AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Shatsky, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-12355-GHW |
| The Palestine Liberation Organization, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Palestinian Authority, The Palestine Liberation Organization*               .

Date:  05/20/2019                                             /s/ Gassan A. Baloul
                                                              *Attorney's signature*

*reserving all of Defendants' jurisdictional
and other defenses, including objections to
the sufficiency of service of process.

                                                              Gassan A. Baloul
                                                              *Printed name and bar number*

                                                              Squire Patton Boggs (US) LLP
                                                              30 Rockefeller Plaza
                                                              23rd Floor
                                                              New York, New York 10112
                                                              *Address*

                                                              gassan.baloul@squirepb.com
                                                              *E-mail address*

                                                              (212) 872-9800
                                                              *Telephone number*

                                                              (212) 872-9815
                                                              *FAX number*