AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Shatsky, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-12355-GHW |
| The Palestine Liberation Organization, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Palestinian Authority, The Palestine Liberation Organization*.

Date:    05/20/2019

/s/ Mitchell R. Berger
*Attorney's signature*

Mitchell R. Berger
*Printed name and bar number*

*reserving all of Defendants' jurisdictional and other defenses, including objections to the sufficiency of service of process.

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
*Address*

mitchell.berger@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*