```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHABTAI SCOTT SHATSKY, individually, and as personal representative of the Estate of Keren Shatsky, et al,

                  Plaintiffs,

-against-

THE PALESTINE LIBERATION ORGANIZATION, and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority,

                  Defendants.
------------------------------------------------------------------X

1: 18-cv-12355-GHW

<u>ORDER REFERRING CASE TO MAGISTRATE JUDGE</u>

The above entitled action is referred to Magistrate Judge Freeman for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

____ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____

SO ORDERED.

Date: May 21, 2019
      New York, NY

                                      _____
                                      GREGORY H. WOODS
                                      United States District Judge