**THE BERKMAN LAW OFFICE,** ]

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2019
```

**MEMORANDUM ENDORSED**

<u>**BY ECF**</u>                                                                                                     August 22,

Hon. Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Shatsky, et al. v. Palestine Liberation Organization, et al.*
            <u>1:18-cv-12355-GHW</u>

Dear Judge Woods:

      We represent the plaintiffs in the above-referenced action, and we respectfully submit this supplemental joint status letter pursuant to the Court's Order of May 21, 2019 (DE 17), and further to our status letter of May 20, 2019 (DE 16).

      As discussed in our May 20 status letter (DE 16), plaintiffs filed this case as a "protective action" because of uncertainties relating to venue and/or personal jurisdiction in plaintiffs' proceedings against the instant defendants in the District of Columbia. Plaintiffs therefore requested in their May 20 letter (with defendants' consent) that this action remain stayed pending the appeal in *Shatsky I* (No. 17-7168 (D.C. Cir.)), and the disposition of the parallel action in *Shatsky II* (Civ. No. 18-3141 (D.D.C.)).

      In the meanwhile, the appeal in *Shatsky I* (No. 17-7168 (D.C. Cir.)) has been scheduled for oral argument on September 9, 2019. Thus, that case should be resolved in the foreseeable future.

      Accordingly, and for the other reasons set forth in their May 20 letter, plaintiffs respectfully request that this action continue to be stayed pending the resolution of the D.C. proceedings.

      Defendants' counsel, Mitchell Berger, Esq. and Gassan Baloul, Esq., of Squire Patton Boggs, have authorized the undersigned to inform the Court that they consent to the continued stay of this action pending the proceedings in the District of Columbia.

      We thank you for your consideration.

                                               Respectfully,

---

Application granted in part. This case is stayed through January 31, 2020. The Court directs the parties to submit a joint status letter no later than January 30, 2020. That letter should update the Court on the status of the related cases.

SO ORDERED.

Dated: August 22, 2019
New York, New York

                                                        _____
                                                        GREGORY H. WOODS
                                                  United States District Judge