UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x

SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, JO ANNE SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ, YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN, MIRIAM SHATSKY, DAVID RAPHAEL SHATKSY, GINETTE LANDO THALER, individually and as personal representative of the Estate of Rachel Thaler, MICHAEL THALER, individually and as personal representative of the Estate of Rachel Thaler, LEOR THALER, ZVI THALER, ISAAC THALER, HILLEL TRATTNER, RONIT TRATTNER, ARON S. TRATTNER, SHELLEY TRATTNER, EFRAT TRATTNER, HADASSA DINER, YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, ZVI FRIEDMAN and BELLA FRIEDMAN,

        Plaintiffs,

     - against -

THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY and/or THE PALESTINIAN NATIONAL AUTHORITY),

        Defendants.
───────────────────────────────x

Case No. 18 Civ. 12355 (MKV) (DCF)

<u>Notice of Appearance</u>

- 2 -

To the Clerk of Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiffs Shabtai Scott Shatsky, individually and as personal representative of the Estate of Keren Shatsky, Jo Anne Shatsky, individually and as personal representative of the Estate of Keren Shatsky, Tzippora Shatsky Schwarz, Yoseph Shatsky, Sara Shatsky Tzimmerman, Miriam Shatsky, David Raphael Shatksy, Ginette Lando Thaler, individually and as personal representative of the Estate of Rachel Thaler, Michael Thaler, individually and as personal representative of the Estate of Rachel Thaler, Leor Thaler, Zvi Thaler, Isaac Thaler, Hillel Trattner, Ronit Trattner, Aron S. Trattner, Shelley Trattner, Efrat Trattner, Hadassa Diner, Yael Hillman, Steven Braun, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman and Bella Friedman.

| | |
|---|---|
| Dated: New York, New York<br>June 30, 2020 | Cohen & Gresser LLP<br><br>By: _____*/s/ Mark Stewart Cohen*_____<br>Mark Stewart Cohen<br>800 Third Avenue<br>New York, New York   10022<br>Telephone: (212) 957-7600<br>Facsimile: (212) 957-4514<br>*mcohen@cohengresser.com*<br><br>Attorneys for Plaintiffs |

1845551.1

- 2 -