**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Shabtai Scott Shatsky, et al.

CIVIL ACTION NO.: 1:18-CV
-12355-MKV-DCF

vs                                                    *Plaintiff*

The Palestine Liberation Organization, et al.

                                                       *Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Wheatley Heights, New York

That on **07/09/2020** at **1:10 PM** at **115 East 65th Street, New York, NY 10065**

deponent served a(n) **Summons in a Civil Action, Complaint - Jury Trial Demanded,**

on **The Palestinian Authority (a/k/a The Palestinian Interim Self-Government Authority and/or The Palestinian National Authority),** accepted by **Almaz Gudeta, authorized to accept service by Racha Maj,**

I went to 115 East 65th Street, and there was a receptionist at the front desk, who identified herself as Almaz Gudeta. She then called

a woman named Racha Maj, who Almaz Gudeta said was the Secretary. Racha Maj told Almaz Gudeta that she could accept service,

so I served Almaz Gudeta.

Description of Person Served:
Gender: Female
Skin: Brown
Hair: Black/Gray
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight:100-130 Lbs.
Other: Glasses

Sworn to before me this
10th day of July, 2020

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Russell Webb
License No.1216146

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160