UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Shabtai Scott Shatsky, et al.

CIVIL ACTION NO.: 1:18-CV-12355-MKV-DCF

vs

**Plaintiff**

The Palestine Liberation Organization, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in Wheatley Heights, New York

That on **07/09/2020** at **1:10 PM** at **115 East 65th Street, New York, NY 10065**

deponent served a(n) **Summons in a Civil Action, Complaint - Jury Trial Demanded,**

on **The Palestine Liberation Organization**, accepted by **Almaz Gudeta**, authorized to accept service by **Racha Maj**,

I went to 115 East 65th Street, and there was a receptionist at the front desk, who identified herself as Almaz Gudeta. She then called a woman named Racha Maj, who Almaz Gudeta said was the Secretary. Racha Maj told Almaz Gudeta that she could accept service, so I served Almaz Gudeta.

**Description of Person Served:**
Gender: Female
Skin: Brown
Hair: Black/Gray
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other: Glasses

Sworn to before me this
10th day of July 2020

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2023

Russell Webb
License No. 1216146

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160