

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/13/2020
```

Mark S. Cohen
212 957 7601
mcohen@cohengresser.com

June 30, 2020

By CM/ECF Posting

The Honorable Mary Kay Vyskocil
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 2230
New York, New York  10007-1312

>  Re:  *Shabtai Scott Shatsky, et al. v. Palestine Liberation Organization, et al.*, Case No. 18 Civ. 12355 (MKV) (DCF)

Dear Judge Vyskocil:

We were retained today to represent Plaintiffs in this action, and write pursuant to Your Honor's memorandum endorsement dated May 29, 2020 (Dkt. No. 24), which granted Plaintiffs' request to (a) continue the stay of this action for 30 days, and (b) report back to the Court within that time as to (i) whether they would petition the United States Supreme Court for a writ of certiorari in connection with the April 14, 2020 decision of the United States Court of Appeals for the District of Columbia Circuit in *Shatsky v. Palestine Liberation Organization*, 955 F.3d 1016 (D.C. Cir. 2020), and (ii) if so, their position concerning whether the stay of this action should continue during the pendency of the petition.  Plaintiffs now respectfully inform the Court that they do not intend to seek certiorari review of the District of Columbia Circuit decision.

Accordingly, Plaintiffs respectfully submit that there is no reason to renew the stay of proceedings, and this action now can and should proceed in the normal course.

Thank you for your consideration.

Respectfully submitted,

*/s/ Mark S. Cohen*

Mark S. Cohen



The Honorable Mary Kay Vyskocil
June 29, 2020
Page 2


cc:  All Counsel (by CM/ECF Posting)


IT IS HEREBY ORDERED that the stay of this action is lifted.

Date: July 13, 2020
New York, New York

Mary Kay Vyskocil
United States District Judge