USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, JO ANNE SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ, YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN, MIRIAM SHATSKY, DAVID RAPHAEL SHATKSY, GINETTE LANDO THALER, individually and as personal representative of the Estate of Rachel Thaler, MICHAEL THALER, individually and as personal representative of the Estate of Rachel Thaler, LEOR THALER, ZVI THALER, ISAAC THALER, HILLEL TRATTNER, RONIT TRATTNER, ARON S. TRATTNER, SHELLEY TRATTNER, EFRAT TRATTNER, HADASSA DINER, YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, ZVI FRIEDMAN and BELLA FRIEDMAN,

                       Plaintiffs,

                - against -

THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY and/or THE PALESTINIAN NATIONAL AUTHORITY),

                       Defendants.

---------------------------------------------------------------x

Case No. 18 Civ. 12355 (MKV) (DCF)

<u>Stipulation and Order</u>

        IT IS HEREBY STIPULATED AND AGREED by the parties to this action, through their undersigned counsel, as follows:

        1.    Plaintiffs served a summons and complaint in this action directed to each defendant as set forth in the proofs of service filed by plaintiffs.  (Dkt. Nos. 33, 34).  Defendants shall not challenge the validity or sufficiency of such service of process for any purpose in this

- 2 -

action. Defendants reserve all other defenses, including as to the jurisdiction of the Court, except insofar as such defenses concern the validity or sufficiency of service of process.

2. The time within which defendants may answer, move or otherwise respond to the complaint in this action shall be extended through and including October 7, 2020.

Dated: New York, New York
July 13, 2020

| Cohen & Gresser LLP | Squire Patton Boggs (US) LLP |
|---|---|
| By: _____*/s/ Stephen M. Sinaiko*_____<br>Mark S. Cohen (MC-9055)<br>Stephen M. Sinaiko (SS-2147)<br>800 Third Avenue<br>New York, New York   10022<br>(212) 957-7600<br>*mcohen@cohengresser.com*<br>*ssinaiko@cohengresser.com* | By: _____*/s/ Gassan A. Baloul*_____<br>Gassan A. Baloul (GB-4473)<br>Mitchell R. Berger (MB-4112)<br>1221 Avenue of the Americas, 26th Floor<br>New York, New York   10036<br>(212) 872-9800<br>*gassan.baloul@squirepb.com*<br>*mitchell.berger@squirepb.com* |
| Attorneys for Plaintiffs | Attorneys for Defendants |

SO ORDERED this _13th_ day of
July, 2020.

_____
Mary Kay Vyskocil, U.S.D.J.