# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

SHABHAI SCOTT SHATSKY, et al.,  Plaintiffs,

vs.

THE PALESTINE LIBERATION ORGANIZATION, et al., Defendants.

1:18 Civ. 12355 ( MKV )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Ronald F. Wick__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __the Plaintiffs__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Maryland and the District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 9/25/2020

Respectfully Submitted,

Ronald F. Wick

Applicant Signature: *Ronald F. Wick*

Applicant's Name: Ronald F. Wick

Firm Name: Cohen & Gresser LLP

Address: 2001 Pennsylvania Avenue, N.W. Suite 300

City/State/Zip: Washington, DC 20006

Telephone/Fax: 202-851-2072 / 202-851-2081

Email: rwick@cohengresser.com