UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SHABTAI SCOTT SHATSKY, et al.,

                Plaintiffs,

vs.

THE PALESTINE LIBERATION
ORGANIZATION, et al.,

                Defendants.

------------------------------------------------------------x

Case No. 18 Civ. 12355-MKV-DCF

Affidavit of Ronald F. Wick in Support of
Motion to Admit Counsel Pro Hac Vice

Ronald F. Wick, being duly sworn, hereby deposes and says as follows:

1. I am a Partner with the law firm Cohen & Gresser LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the state of Maryland and the District of Columbia.

4. I have not been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me.

7.  Wherefore your affiant respectfully submits that he be permitted to appear pro hac vice as counsel for Plaintiffs.

Dated: September 25, 2020

*Ronald F. Wick*

Ronald F. Wick
Cohen & Gresser LLP
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC  20006
*rwick@cohengresser.com*
Telephone:  (202) 851-2072

SUBSCRIBED AND SWORN TO before me on this 25th day of Sept, 2020, by Ronald F. Wick, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

[Notary seal: MANISH THANKI, NOTARY PUBLIC, MONTGOMERY COUNTY, MD, My Commission Expires 04.30.2022]

2