

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Ronald F Wick*

was duly qualified and admitted on November 5, 1993 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 27, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court of Appeals
# of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1992,*

## Ronald Franklin Wick

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of September, 2020.*

*Clerk of the Court of Appeals of Maryland*