# EXHIBIT C

**English Translation of Interview of Qadri Abu Bakr**

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

**Samir Taym:** Abu Fadi, we're looking at the subject of visits, people have started saying that they're coming on the 22nd of July, they were talking to us about visits during the coronavirus outbreak.

**Qadri Abu Bakr (Abu Fadi):** Before the 6th, we had a meeting with the Red Crescent, and they informed us that the [Israel] Prison Service had agreed to prison visits after the 6th.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** Now, we and the Red Crescent came to an agreement with the Ministry of Health. They sent us the protocol that we need to follow, for example, if the bus is [for] 50 [passengers], there can be less than half, sterilization of the bus, gloves. Also… at the first stage, only three prisons will be visited: Ofer Prison, Ktzi'ot Prison and Rimon Prison, these are the three prisons that they will visit, and the visits will begin on the 12th, the 13th and the 14th. The visits will continue to the rest of the prisons, but as for the regions that are contaminated with coronavirus, they might be delayed a bit.

**Samir Taym:** I see.

**Qadri Abu Bakr (Abu Fadi):** So that will... that's based on...

**Samir Taym:** But you're still having consultations with the Red Crescent on this subject?

**Qadri Abu Bakr (Abu Fadi):** We're consulting, and, of course, we also agree, we basically want to maintain the wellbeing of our people, and preparations have begun. Now, the Red Crescent has announced that those who want to register... almost all of them went and registered, and the [visits] will begin on the 12th, the 13th and the 14th.

**Samir Taym:** Abu Fadi, are we talking about one visit, or two?

**Qadri Abu Bakr (Abu Fadi):** No, I mean, there are going to be three visits.

**Samir Taym:** Three visits.

**Qadri Abu Bakr (Abu Fadi):** 12th, 13th and 14th.

**Samir Taym:** I see, for example, there is a message saying that there's a visit on July 22nd…

**Qadri Abu Bakr (Abu Fadi):** The 12th, the 13th and the 14th, and on the 22nd they may be completed, as I said, to the areas. But this also depends on the Israelis procedures. We don't want to be taken by surprise tomorrow, we want to see how the spread of the pandemic… the Israeli side might prevent [the visits].

**Samir Taym:** With regards to the salaries, have they all been received at the banks?

**Qadri Abu Bakr (Abu Fadi):** Regarding the salaries, everything was fine. On Wednesday, obviously, after having discussions with some of the banks that were disbursement stations, almost all of the prisoners… we didn't receive almost any phone call from any prisoner.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** They went to the banks and they [the banks] disbursed to them.

**Samir Taym:** That's wonderful, that's the very least we can give our prisoners, who have given their lives, their blood, years of their lives so that we can live freely and with dignity. We'll go now to the district that we take pride and joy in, it is the homeland's district that has been beset with the most arrests – the Hebron district.

## CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language transcript.

3. The transcript accurately records a portion of an interview of Qadri Abu Bakr appearing in a video published on Facebook starting at 34:45 and continuing through 37:16. I viewed the video at https://www.facebook.com/samertayem2020/videos/321807815502094.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

September 1, 2020

Yaniv Berman

مقابلة: قدري أبو بكر

https://www.facebook.com/samertayem2020/videos/321807815502094

34:45 - 37:16

**سامر تيم**: أبو فادي، يعني إحنا منشوف موضوع الزيارات، إنّه الناس صارت تبلّغ إنّه إحنا جايين ب 22.7 ، تحكيلنا عن موضوع الزيارات في ظلّ الكورونا.

**قدري أبو بكر "أبو فادي"**: يعني قبل 6 الشهر كان في إلنا اجتماع إحنا مع الصليب الأحمر وأبلغنا إنّه إدارة
السجون وافقت على زيارة الأسرى بعد 6 الشهر.

**سامر تيم**: نعم

**قدري أبو بكر "أبو فادي"**: هلأ، اتفقنا إحنا والصليب الأحمر مع وزارة الصحّة، بعثولنا البروتوكول إلّي لازم نتقيّد فيه، إنّه الباص على سبيل المثال 50 بكون فيه أقل من النص، تعقيم الباص، الكمّامات، أيضًا، الي راح يزوروا في المرحلة الأولى بلّغونا ثلاث سجون أوّ ل ل شي؛ سجن عوفر وسجن النقب وريمون، هذي الثلاث سجون الي راح يزوروها، بتبدأ الزيارات في 12 و 13 و 14 وبتستكمل لبقية السجون، لكن المناطق الي موبوءة خلينا نقول، بالكورونا ممكن تتأجل شوي

**سامر تيم**: اها .

**قدري أبو بكر "أبو فادي"**: يعني راح، هذا بناءً على..

**سامر تيم**: بس لا زلتو بمشاورات مع الصليب بهذا الموضوع؟

**قدري أبو بكر "أبو فادي"**: بمشاورات، وإحنا متفقين برضو طبعًا، إحنا بدنا يعني الحرص على سلامة أهلنا، وبدأ الإعداد، الآن نشر الصليب الأحمر، الي بدهن يسجّلوا راحوا وسجّلوا تقريبًا، وراح تبدأ هذي في 12 و 13 و 14

**سامر تيم**: منحكي عن زيارة ولا زيارتين أبو فادي؟

**قدري أبو بكر "أبو فادي"**: لا، يعني ثلاث زيارات راح يكون

**سامر تيم**: ثلاث زيارات

**قدري أبو بكر "أبو فادي"**: 12 و 13 و 14

**سامر تيم**: اها، موضوع مثلًا إنه في زيارة في 22.7 في رسالة

**قدري أبو بكر "أبو فادي":** 12 و 13 و 14 وفي 22 ممكن تستكمل قلت أنا للمناطق، لكن هذي مقرونة كمان في الإجراءات الإسرائيليّة بلاش نتفاجئ بكرا بدنا نشوف كيف انتشار الوباء... يمكن يكون المنع من الجانب الإسرائيليّ

**سامر تيم:** بالنسبة للرواتب، وصلت البنوك كاملة؟

**قدري أبو بكر "أبو فادي":** الرواتب، كل شي كان تمام، يوم الأربعاء بعد اتصالات طبعًا مع بعض البنوك الي كانت موقف صرف وكلّ الأسرى تقريبًا متلقيناش تقريبًا ولا أي مكالمة من ولا أي أسير

**سامر تيم:** نعم

**قدري أبو بكر "أبو فادي":** راحوا على البنوك وانصرفلهم

**سامر تيم:** كلّ الاحترام، هذا أبسط شيء ممكن يتقدّم لأسرانا الّي قدّموا أرواحهم، دماؤهم، سنين عمرهم من أجل أن نحيى بكرامة وحرّيّة، هيّا نذهب إلى المحافظة التي نعتزّ ونفتخر بها كما كانت محافظة الوطن المنكوبة اعتقاليًا، محافظة الخليل.