**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____11/19/2020

Stephen M. Sinaiko
212 957 9756
ssinaiko@cohengresser.com

November 17, 2020

By CM/ECF Posting

The Honorable Mary Kay Vyskocil
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 2230
New York, New York  10007-1312

        Re:  *Shabtai Scott Shatsky, et al. v. The Palestine Liberation
             Organization, et al.*, Case No. 18 Civ. 12355 (MKV) (DCF)

Dear Judge Vyskocil:

        We represent Plaintiffs in this action.  During the pre-motion conference that the Court held on November 6, 2020, Your Honor directed Plaintiffs to file, on or before November 20, 2020, an amended complaint including allegations as to personal jurisdiction over defendants The Palestine Liberation Organization and The Palestinian Authority pursuant to the Promoting Justice and Security for Victims of Terrorism Act, Pub. L. 116-94, div. J, tit. IX, § 903.  Since November 6, Plaintiffs have worked diligently toward preparing their amended complaint.  However, the allegations Plaintiffs will be adding to their original complaint are substantial, and coordination as to those allegations with Plaintiffs, through their representatives in Israel, has taken longer than anticipated.

        Accordingly, with defendants' consent, we respectfully request that the Court extend the deadline for Plaintiffs' filing by three business days, through and including November 25, 2020.  There have been no prior requests to extend this deadline.

        Thank you for your consideration.

                                        Respectfully submitted,

                                        Stephen M. Sinaiko
                                        Ronald F. Wick



The Honorable Mary Kay Vyskocil
November 17, 2020
Page 2


cc:  All Counsel (by CM/ECF Posting)


**Granted. SO ORDERED.**


Date: _Nov. 19, 2020_
New York, New York          Mary Kay Vyskocil
                     United States District Judge