# EXHIBIT A

**Individuals who died participating in terror attacks that killed or injured U.S. nationals**

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 1. | 05 September 1972 | Munich | Yusuf Nazzal |
| 2. | 05 September 1972 | Munich | Mohammed Masalha |
| 3. | 05 September 1972 | Munich | Luttif Afif |
| 4. | 05 September 1972 | Munich | Afif Ahmed Hamid |
| 5. | 05 September 1972 | Munich | Khalid Jawad |
| 6. | 05 September 1972 | Munich | Ahmed Chic Thaa |
| 7. | 11 March 1978 | Tel Aviv | Dalal Said Mohammad al-Mughrabi |
| 8. | 09 October 1994 | Jerusalem | Hassan Mahmoud 'Isa Abbas |
| 9. | 10 October 1994 | Lod, Israel (abduction) | Salah a-Din Hassan Salem Jadallah |
| 10. | 10 October 1994 | Lod, Israel (abduction) | Hassan Natshe |
| 11. | 10 October 1994 | Lod, Israel (abduction) | Abd El Karim Yassin Bader. |
| 12. | 25 December 1994 | Jerusalem | Ayman Kamel Radi |
| 13. | 22 January 1995 | Netanya (Beit Lid Jct.) | Anwar Mohammed Atiyyah Sukar |
| 14. | 22 January 1995 | Netanya (Beit Lid Jct.) | Salah Abd al-Hamid Shaker Mohammad |
| 15. | 09 April 1995 | Kfar Darom | Khaled Mohammad Mahmoud al-Khatib |
| 16. | 21 August 1995 | Jerusalem | Sufyan Salem Abd Rabbo al-Jabarin |
| 17. | 25 February 1996 | Jerusalem | Magdi Mohammad Abu Wardah |
| 18. | 04 March 1996 | Tel Aviv | Ramez Abed al-Kader Mohammad Abid |
| 19. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Taufik Ali Mohammed Yassin |
| 20. | 30 July 1997 | Jerusalem (Mahane Yehuda Market) | Muawiya Mohammad Ahmed Jarara |
| 21. | 04 September 1997 | Jerusalem (Ben Yehuda St.) | Bashar Mohammad As'ad Sawalha |
| 22. | 04 September 1997 | Jerusalem (Ben Yehuda St) | Yousef Jameel Ahmad Shuli |
| 23. | 04 September 1997 | Jerusalem (Ben Yehuda St.) | Khalil Ibrahim Tawfiq Sharif |
| 24. | 28 March 2001 | Neve Yamin | Fadi Attallah Yusuf Amer |

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 25. | 01 June 2001 | Tel Aviv (Dolphinarium) | Said Hussein Hasan Hutari |
| 26. | 09 August 2001 | Jerusalem | Izz al-Din Shuheil Ahmad al-Masri |
| 27. | 04 November 2001 | Jerusalem (French Hill) | Hatem Yaqin Ayesh Shweiki |
| 28. | 01 December 2001 | Jerusalem (Ben Yehuda St.) | Nabil Mahmoud Al-Halabiah |
| 29. | 01 December 2001 | Jerusalem (Ben Yehuda St.) | Osama Mohammed Bahr |
| 30. | 12 December 2001 | Emmanuel (near) | Asem Yousef Mohamed Hamed (aka Assem Yousef Rihan) |
| 31. | 17 January 2002 | Hadera | Abdul Salaam Sadek Mer'y Hassoun |
| 32. | 22 January 2002 | Jerusalem (Jaffa Road) | Said Ibrahim Said Ramadan |
| 33. | 27 January 2002 | Jerusalem (Jaffa Road) | Wafa Ali Khalil Idris |
| 34. | 16 February 2002 | Karnei Shomron | Sadek Abdel Hafez |
| 35. | 18 February 2002 | Kibbutz Kissufim | Mohammad Mahmoud Mohammad Al-Kasir |
| 36. | 09 March 2002 | Jerusalem | Fouad Ismail Al-Hourani |
| 37. | 21 March 2002 | Jerusalem | Mohammed Mashhoor Mohammed Hashaika |
| 38. | 27 March 2002 | Netanya | Abdel-Basit Mohammed Qasem Odeh |
| 39. | 31 March 2002 | Efrat | Jamil Khalaf Mustafa Hamed |
| 40. | 07 May 2002 | Rishon Lezion | Mohammad Jamil Muamar |
| 41. | 19 May 2002 | Netanya | Osama Adel Mohammad Beshkar |
| 42. | 18 June 2002 | Gilo | Mohammed Hazza Al-Ghoul |
| 43. | 19 June 2002 | Jerusalem (French Hill) | Sa'id Wadah Hamid Awada |
| 44. | 30 July 2002 | Jerusalem (Hebrew Univ.) | Hazem Atta Sarasra |
| 45. | 31 August 2002 | Har Bracha | Yusef Ibrahim Hasan Atalla |
| 46. | 19 September 2002 | Tel Aviv | Iyad Naeem Radad |
| 47. | 27 October 2002 | Ariel | Muhammed Kzid Faysal Bastami |
| 48. | 28 November 2002 | Beit Shean | Omar Muhammad Awadh Abu al-Rab |
| 49. | 28 November 2002 | Beit Shean | Yousef Muhammad Ragheb Abu al-Rab |
| 50. | 05 March 2003 | Haifa | Mahmoud Omran Al-Qawasmeh |
| 51. | 07 March 2003 | Kiryat Arba | Muhsin Muhammad Omar al-Qawasmeh |
| 52. | 07 March 2003 | Kiryat Arba | Fadi Ziyad Muhammad Fakhoury |
| 53. | 30 April 2003 | Tel Aviv | Asef Mohammad Hanif |

| No. | Date of Attack | Location | Individual Who Died Perpetrating Attack |
|---|---|---|---|
| 54. | 30 April 2003 | Tel Aviv | Omar Sharif Khan |
| 55. | 18 May 2003 | Jerusalem | Basem Jamal Darwish al-Takruri |
| 56. | 11 June 2003 | Jerusalem | Abdel-Muti Mohammad Saleh Shabaneh |
| 57. | 19 August 2003 | Jerusalem | Raed Abdel-Hamid al-Razaq Misk |
| 58. | 09 September 2003 | Jerusalem | Ramiz Fahmi Izz al-Din Abu Salim |
| 59. | 04 October 2003 | Haifa | Hanadi Taysir Abd al-malik Jaradat |
| 60. | 29 January 2004 | Jerusalem | Ali Ja'ara |
| 61. | 22 February 2004 | Jerusalem | Mohammad Issa Khalil Zghool |
| 62. | 22 September 2004 | Jerusalem | Zaynab Ali Isa Abu Salem |
| 63. | 17 April 2006 | Tel Aviv | Samer Samih Mohammad Hammad |
| 64. | 06 March 2008 | Jerusalem | Alaa Hisham Abu Dheim |
| 65. | 22 October 2014 | Jerusalem | Abdel Rahman Idris al-Shaludi |
| 66. | 18 November 2014 | Jerusalem | Uday Abu Jamal |
| 67. | 18 November 2014 | Jerusalem | Ghassan Muhammad Abu Jamal |
| 68. | 13 October 2015 | Jerusalem | Bahaa Muhammad Khalil Alyan |
| 69. | 08 March 2016 | Tel Aviv (Jaffa) | Bashar Muhammad Abd al-Qader Masalha |
| 70. | 30 June 2016 | Kiryat Arba | Mohammad Naser Mahmoud Tarayreh |
| 71. | 08 January 2017 | Jerusalem | Fadi Ahmad HamdanAl-Qunbar |
| 72. | 16 August 2019 | Elazar | Ala'Khader al-Hreimi |

**Individuals who pled guilty to participating in terror attacks that killed or injured U.S. nationals**

| No. | Date of Attack | Location | Individual Who Pled Guilty |
|---|---|---|---|
| 1. | 25 February 1996 | Jerusalem | Akram Ibrahim Mahmoud Qawasme |
| 2. | 25 February 1996 | Jerusalem | Ayman Mohammed Nazmi Abd al-Jalil al-Razim |
| 3. | 25 February 1996 | Jerusalem | Mohammed Atiya Mahmoud Abu Warda |
| 4. | 31 December 2000 | Ofra | Mustafa Mahmoud Mohamed Masalmani |
| 5. | 09 August 2001 | Jerusalem | Ahlam al-Tamini |
| 6. | 09 August 2001 | Jerusalem | Bilal Yaqub Ahmed Barghouti |
| 7. | 09 August 2001 | Jerusalem | Muhammad Waal Muhammad Daghlas |
| 8. | 17 January 2002 | Hadera | Ahmed Ali Mahmoud Abu-Khader |
| 9. | 22 January 2002 | Jerusalem (Jaffa Road) | Mohamed Sami Ibrahim Abdullah* |
| 10. | 22 January 2002 | Jerusalem (Jaffa Road) | Ibrahim Adnan Najib Abdel Hai* |
| 11. | 22 January 2002 | Jerusalem (Jaffa Road) | Mohamed Abdel Rahman Salem Mousleh* |
| 12. | 22 January 2002 | Jerusalem (Jaffa Road) | Bashar Barghouti* |
| 13. | 18 February 2002 | Kibbutz Kissufim | Nizar Khadar Mohammed Dahliz |
| 14. | 21 March 2002 | Jerusalem | Kahira Sa'id Al-Sa'di* |
| 15. | 21 March 2002 | Jerusalem | Abdel Karim Ratab Yunis Aweis* |
| 16. | 21 March 2002 | Jerusalem | Sana'a Mohamed Shehadeh* |
| 17. | 24 March 2002 | Umm Safah (Near) | Tamar Rassem Salim Rimawi |
| 18. | 24 March 2002 | Umm Safah (Near) | Hussam Abdul-Kader Ahmad Halabi |
| 19. | 24 March 2002 | Umm Safah (Near) | Ahmed Hamad Rushdie Hadib |
| 20. | 19 May 2002 | Netanya | Allam Ahmad Asad Kaabi |
| 21. | 19 May 2002 | Netanya | Du'a Ziyad Jamil Jayusi |
| 22. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Abdullah Ghaleb Abdullah Barghouti* |
| 23. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Ahmed Taleb Moustafa Barghouti* |
| 24. | 19 September 2002 | Tel Aviv | Mahmud Hamad Mahmud Sharitah |

---

* Indicates an individual involved in one of the attacks giving rise to the *Sokolow* case.

| No. | Date of Attack | Location | Individual Who Pled Guilty |
|---|---|---|---|
| 25. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Hisham Abd al-Qader Ibrahim Hijazi |
| 26. | 05 March 2003 | Haifa | Fadi al-Ja'aba |
| 27. | 05 March 2003 | Haifa | Munir Rajbi |
| 28. | 05 March 2003 | Haifa | Mu'az Waal Taleb-Abu Sharakh |
| 29. | 07 March 2003 | Kiryat Arba | Abdallah Ahmad Abd Abu Seif |
| 30. | 18 May 2003 | Jerusalem | Samer Atrash |
| 31. | 11 June 2003 | Jerusalem | Omar Salah Sharif |
| 32. | 20 June 2003 | Israeli Highway Route 60 | Khaled Abd al-Mua'z Zein al-Din Omar |
| 33. | 20 June 2003 | Israeli Highway Route 60 | Ahmad Khaled Dawud Hamed |
| 34. | 19 August 2003 | Jerusalem | Nasim Rashad Abd el-Wadud Za'tari |
| 35. | 19 August 2003 | Jerusalem | Abdallah Yihya Sharbati |
| 36. | 19 August 2003 | Jerusalem | Jalal Jamal Ya'mur |
| 37. | 29 January 2004 | Jerusalem | Mohamed Ma'ali* |
| 38. | 17 April 2006 | Tel Aviv | Muhammad Amoudi |
| 39. | 17 April 2006 | Tel Aviv | Fawaz Rajbi |
| 40. | 12 June 2014 | Halhul (kidnapped) | Ahmed Abrahim Mohamad Qawasme |
| 41. | 12 June 2014 | Halhul (kidnapped) | Maher Mustpha Mohamad al-Qawasme |
| 42. | 12 June 2014 | Halhul (kidnapped) | Hasan Ali Qawasme |
| 43. | 12 June 2014 | Halhul (kidnapped) | Hisham Isa Ibd al-Rahman Qawasme |
| 44. | 01 October 2015 | Israeli Highway Route 60 | Karam Lutfi Fatahi Razek Al Masri |
| 45. | 19 November 2015 | Gush Etzion | Mohammed Abdel Basset al-Haroub |
| 46. | 08 March 2016 | Tel Aviv (Jaffa) | Muhammad Awieda |
| 47. | 08 March 2016 | Tel Aviv (Jaffa) | Bilal Sawan |
| 48. | 13 December 2018 | Ofra | Asem Umar Saleh al-Barghouti |
| 49. | 13 December 2018 | Ofra | Anees Ahmd Yosef Mashal |

**Individuals who were convicted of participating terror attacks that killed or injured U.S. nationals**

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 1. | 05 June 1968 | Los Angeles | Sirhan Sirhan |
| 2. | 14 May 1979 | Tiberias | Ziad Abu Ein |
| 3. | 02 May 1980 | Hebron | Yasser Hasin Mohammed al-Zaydat |
| 4. | 02 May 1980 | Hebron | Adnan Jabbar Mahmoud Jabbar |
| 5. | 02 May 1980 | Hebron | Tayseer Mahmoud Taha Tayseer |
| 6. | 02 May 1980 | Hebron | Mohammed Abdel Rahman Salah Shubaki |
| 7. | 08 October 1985 | Achille Lauro Ship | Maged Moussef al-Molqi |
| 8. | 08 October 1985 | Achille Lauro Ship | Ibrahim Fatayer Abdelatif |
| 9. | 08 October 1985 | Achille Lauro Ship | Ahmed Marrouf al-Assadi |
| 10. | 08 October 1985 | Achille Lauro Ship | Mohammed Issa Abbas |
| 11. | 08 October 1985 | Achille Lauro Ship | Sa'ad Yussuf |
| 12. | 10 October 1994 | Lod, Israel (abduction) | Jihad Ya'amur |
| 13. | 25 February 1996 | Jerusalem | Hassan Abdel Rahman Hassan Salameh |
| 14. | 09 June 1996 | Beit Shemesh | Raid Fakhri Abu Hamadiyah |
| 15. | 09 June 1996 | Beit Shemesh | Jamal Fatah Tzabich Al Hor |
| 16. | 09 June 1996 | Beit Shemesh | Rahman Ismai Abdel Rahman Ghaneimat |
| 17. | 30 July 1997 | Jerusalem (Mahene Yehuda) | Moaz Sa'id Ahmed Sa'id Bilal |
| 18. | 28 March 2001 | Neve Yamin | Tareq Muhammad Abd al-Latif Abu Mariam |
| 19. | 01 June 2001 | Tel Aviv (Dolphinarium) | Raed Al-Hutari |
| 20. | 17 January 2002 | Hadera | Nasser Mahmoud Ahmed Aweis |
| 21. | 22 January 2002 | Jerusalem (Jaffa Road) | Majed Isma'il Mohamed Al-Masri* |
| 22. | 22 January 2002 | Jerusalem (Jaffa Road) | Fares Sadeq Mohamed Ghanem* |
| 23. | 27 January 2002 | Jerusalem (Jaffa Road) | Munzar Mahmoud Khalil Noor* |
| 24. | 18 February 2002 | Israel | Jihad Naim Mutzran |
| 25. | 21 March 2002 | Jerusalem | Nasser Jamal Mussa Shawish (aka Adham)* |
| 26. | 27 March 2002 | Netanya | Abbas al-Sayed |

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 27. | 07 May 2002 | Rishon Lezion | Muhammad Imran |
| 28. | 18 June 2002 | Gilo | Fahmi Id Ramdan Mashahara |
| 29. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Ibrahim Jamil Abd al-Ghani Hamed* |
| 30. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Mohammed Arman |
| 31. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Wael al-Qassim |
| 32. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Walid Anjas |
| 33. | 31 July 2002 | Jerusalem (Hebrew Univ.) | Mohamed Awd |
| 34. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Jaser Isma'il Musa al-Barghuthi |
| 35. | 29 January 2003 | Israeli Highway Route 60 (near Ein Yabrud) | Muayad Hamad |
| 36. | 17 June 2003 | Israeli Highway Route 6 | Mohammed Mustafa Mohammed Abu Dura |
| 37. | 17 June 2003 | Israeli Highway Route 6 | Ibrahim Yusuf Ibrahim Atiya |
| 38. | 17 June 2003 | Israeli Highway Route 6 | Tarek Ahmed Abdel-Karim Hasayin |
| 39. | 17 June 2003 | Israeli Highway Route 6 | Samach Samir Mohammed Shubaki |
| 40. | 20 June 2003 | Israeli Highway Route 60 | Ahmad Mustafa Saleh Hamad |
| 41. | 29 January 2004 | Jerusalem | Ahmed Salah* |
| 42. | 29 January 2004 | Jerusalem | Ali Mohamed Abu Haliel* |
| 43. | 29 January 2004 | Jerusalem | Abdul Rahman Maqdad* |
| 44. | 29 January 2004 | Jerusalem | Hilmi Hamash* |
| 45. | 29 January 2004 | Jerusalem | Ahmed Sa'ad* |
| 46. | 22 February 2004 | Jerusalem | Izz al-din Halid Hussain al-Hamamra |
| 47. | 17 April 2006 | Tel Aviv | Fawzi Badriya |
| 48. | 18 December 2010 | Beit Shemesh | Ayad Fatafta |
| 49. | 12 June 2014 | Halhul | Hussam al-Qawasmeh |
| 50. | 12 June 2014 | Halhul | Ghassan Talal Salman Qawasme |
| 51. | 01 October 2015 | Israeli Highway Route 60 | Yahia Muhamad Naif Abdullah Hajj Hamed |
| 52. | 01 October 2015 | Israeli Highway Route 60 | Samir Zahir Ibrahim Kusa |

| No. | Date of Attack | Location | Convicted Individual |
|---|---|---|---|
| 53. | 01 October 2015 | Israeli Highway Route 60 | Amjad Adel Muhamad Aliwi |
| 54. | 13 October 2015 | Jerusalem | Balal Abu-Ga'aanem |
| 55. | 01 July 2016 | S. Hebron Hills | Mohammed Abdel Mohammed al-Amarya |
| 56. | 01 July 2016 | S. Hebron Hills | Suhib Jabara Ahmed Alfakiyah |
| 57. | 01 July 2016 | S. Hebron Hills | Alaa Raed Salah Zajayer |