AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Shatsky, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-12355-MKV |
| The Palestine Liberation Organization, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Palestinian Authority, The Palestine Liberation Organization*        .

Date: 03/10/2021

/s/ Joseph S. Alonzo
*Attorney's signature*

Joseph S. Alonzo
*Printed name and bar number*

Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, New York  10036
*Address*

joseph.alonzo@squirepb.com
*E-mail address*

(212) 872-9800
*Telephone number*

(212) 872-9815
*FAX number*

*reserving all of Defendants' jurisdictional and other defenses, including objections to the sufficiency of service of process.