# Exhibit G

## Redacted Pursuant to Superseding Stipulation and Order Concerning Production of Confidential Documents and Information