# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x

SHABTAI SCOTT SHATSKY, individually : 
and as personal representative of the Estate of
Keren Shatsky, JO ANNE SHATSKY, :
individually and as personal representative of
the Estate of Keren Shatsky, TZIPPORA :
SHATSKY SCHWARZ, YOSEPH SHATSKY,
SARA SHATSKY TZIMMERMAN, MIRIAM :
SHATSKY, DAVID RAPHAEL SHATSKY,
GINETTE LANDO THALER, individually and as :
personal representative of the Estate of Rachel
Thaler, MICHAEL THALER, individually and as :
personal representative of the Estate of Rachel
Thaler, LEOR THALER, ZVI THALER, ISAAC :   Case No. 18 Civ. 12355 (MKV)
THALER, HILLEL TRATTNER, RONIT
TRATTNER, ARON S. TRATTNER, SHELLEY :
TRATTNER, EFRAT TRATTNER, HADASSA   Notice of Depositions
DINER, YAEL HILLMAN, STEVEN BRAUN, :
CHANA FRIEDMAN, ILAN FRIEDMAN,
MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, :
ZVI FRIEDMAN, and BELLA FRIEDMAN,
  :
               Plaintiffs,
  :
     - against -
  :

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN :
AUTHORITY (a/k/a "The Palestinian Interim
Self-Government Authority" and/or "The :
Palestinian National Authority"),
  :
               Defendants.
―――――――――――――――――――――― x

        PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, the Local Civil Rules of this Court, and the Court's Order dated February 8, 2021

(Dkt. No. 60), Plaintiffs will take the depositions by oral examination of the witnesses listed

below, at the offices of Cohen & Gresser LLP, 800 Third Avenue, 21st Floor, New York, New York 10022, on the dates and at the times listed below:

| Witness | Date and Time of Deposition |
|---|---|
| Qadri Abu Bakr | March 29, 2021 at 9:30 a.m. |
| Feda Abdelhandy-Nasser | March 31, 2021 at 9:30 a.m. |
| Nadia Ghannam | April 2, 2021 at 9:30 a.m. |
| Nadya Rasheed | April 5, 2021 at 9:30 a.m. |
| Riyad Mansour | April 7, 2021 at 9:30 a.m. |

Each deposition will take place before an officer duly qualified to administer oaths and take depositions, will be recorded by stenographic and audiovisual means, and will continue from day to day until completed.

Dated: New York, New York  
      March 5, 2021

Cohen & Gresser LLP

By:    */s/ Stephen M. Sinaiko*  
      Stephen M. Sinaiko  
800 Third Avenue  
New York, New York   10022  
(212) 957-7600  
*ssinaiko@cohengresser.com*

Ronald F. Wick (Admitted *Pro Hac Vice*)  
Erica Lai (*Pro Hac Vice* Motion Forthcoming)  
2001 Pennsylvania Avenue, NW  
Suite 300  
Washington, DC   20006  
(202) 851-2070  
*rwick@cohengresser.com*  
*elai@cohengresser.com*

*Attorneys for Plaintiffs*