# Exhibit G

## Stephen M. Sinaiko

| | |
|---|---|
| **From:** | Stephen M. Sinaiko |
| **Sent:** | Tuesday, April 06, 2021 11:35 AM |
| **To:** | 'Berger, Mitchell'; Baloul, Gassan A. |
| **Cc:** | Alonzo, Joseph; Ronald F. Wick |
| **Subject:** | RE: Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al., Case No. 18 Civ. 12355 (MKV) |
| **Categories:** | Shatsky |

Dear Mitch,

The deficiencies in Defendants' responses to Plaintiffs' Requests for Admissions ("RFAs") are that they have failed to either admit or deny RFAs 1-27, 39-41, 48-64, 72-73 and 92-97, as Fed. R. Civ. P. 36(a)(4) requires.  We doubt that these deficiencies come as a surprise to Defendants.  Given that Defendants use essentially identical boilerplate language for each of their responses to RFAs 1-27, and for each of their responses to the other RFAs identified above, we do not believe the issues for our meet-and-confer are particularly complex.

Accordingly, please let us know your availability for a call this afternoon to discuss.  If you are unavailable this afternoon, perhaps Mr. Baloul or Mr. Alonzo, both of whom are partners in your firm who work on this matter, can handle the call.

Kind regards.

Steve


Stephen M Sinaiko

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 9756
ssinaiko@cohengresser.com   |   view bio
www.cohengresser.com

New York  |  Paris  |  Washington DC  |  London      

CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.

PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.

---

**From:** Berger, Mitchell [mailto:mitchell.berger@squirepb.com]
**Sent:** Tuesday, April 06, 2021 8:42 AM

1

**To:** Stephen M. Sinaiko; Baloul, Gassan A.
**Cc:** Alonzo, Joseph; Ronald F. Wick
**Subject:** RE: Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al., Case No. 18 Civ. 12355 (MKV)

Dear Steve,

Please send us your list of asserted "deficiencies" so we are in a position to have a meaningful meet-and-confer. Once we have your list, and given our schedule today, we will propose a time for a meet-and-confer either late this afternoon or after tomorrow's deposition.

Regards,

Mitch

### Mitchell R. Berger

Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037

T  +1 202 457 5601
F  +1 202 457 6315

mitchell.berger@squirepb.com  |  squirepattonboggs.com

---

**From:** Stephen M. Sinaiko <SSinaiko@CohenGresser.com>
**Sent:** Monday, April 5, 2021 9:50 PM
**To:** Berger, Mitchell <mitchell.berger@squirepb.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>
**Cc:** Alonzo, Joseph <joseph.alonzo@squirepb.com>; Ronald F. Wick <RWick@CohenGresser.com>
**Subject:** [EXT] RE: Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al., Case No. 18 Civ. 12355 (MKV)

Dear Mitch,

Please let us know some times tomorrow afternoon when you are available to meet and confer with us concerning deficiencies in Defendants' responses and objections to Plaintiffs' requests for admissions.

Many thanks.

Steve


Stephen M Sinaiko

## COHEN & GRESSER LLP

800 Third Avenue
New York, NY 10022
+1 212 957 9756
ssinaiko@cohengresser.com  |  view bio
www.cohengresser.com



New York  |  Paris  |  Washington DC  |  London