**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

SHABHAI SCOTT
SHATSKY, et al.,          Plaintiff,

        vs.

THE PALESTINE
LIBERATION
ORGANIZATION, et al.,          Defendant.

1:18 Civ. 12355 ( MKV )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Erica C. Lai hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and Maryland, Commonwealth of Virginia, and District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  April 13, 2021          Respectfully Submitted,

      Erica C. Lai

Applicant Signature: _____

Applicant's Name: Erica C. Lai

Firm Name: Cohen & Gresser LLP

Address: 2001 Pennsylvania Avenue, N.W. Suite 300

City/State/Zip: Washington, DC 20006

Telephone/Fax: 202-851-2070 / 202-851-2081

Email: elai@cohengresser.com