# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

### Erica Courtney Lai

was admitted to practice as an attorney and counsellor at the bar of this Court on September 19, 2017.

I further certify that so far as the records of this office are concerned, Erica Courtney Lai is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 13th day of April
A.D. 2021

By: _____
*Deputy Clerk*