UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/20/2021
```

SHABTAI SCOTT SHATSKY, *individually and as personal representative of the Estate of Keren Shatsky*, et al.,

                        Plaintiffs,

-v-

THE PALESTINE LIBERATION ORGANIZATION, and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority),

                        Defendants.

No. 18-cv-12355 (MKV)
ORDER

<u>MARY KAY VYSKOCIL</u>, District Judge:

The Court is in receipt of: (1) the parties' letters regarding their discovery disputes [ECF #65, 66]; (2) Defendants' request to seal an exhibit that Plaintiffs filed in connection with those letters [ECF #67]; and (3) Plaintiffs' request to extend the deadline for jurisdictional discovery, as well as Defendants' response in opposition to Plaintiffs' request [ECF #69, 70]. Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a conference on April 29, 2021 at 3:30 PM. The conference will be held by telephone. To join, call 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844.

The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 65 and 66.

**SO ORDERED.**

**Date: April 20, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**