Case 1:18-cv-12355-MKV-DCF   Document 76   Filed 04/23/21   Page 1 of 2



**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Stephen M. Sinaiko
212 957 9756
ssinaiko@cohengresser.com

April 23, 2021

By CM/ECF Posting

The Honorable Mary Kay Vyskocil
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 2230
New York, New York   10007

> Re:  *Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al.*, Case No. 18 Civ. 12355 (MKV)

Dear Judge Vyskocil:

We represent Plaintiffs in this action. By orders dated April 20, 2021 and April 23, 2021 (Dkt. Nos. 74, 75), Your Honor directed the parties to appear by telephone at 1:30 p.m. on Thursday, April 29, for a conference concerning (a) disputes as to Defendants' responses and objections to the document requests, interrogatories and deposition notice that Plaintiffs served in connection with jurisdictional discovery (Dkt. Nos. 65, 66); (b) Defendants' request to seal an exhibit to the joint letter concerning one of those discovery disputes (Dkt. No. 67); and (c) Plaintiffs' motion to adjourn the jurisdictional discovery cutoff and briefing schedules that the Court set in its February 8, 2021 order, pending the resolution of the parties' discovery disputes (Dkt. Nos. 69, 70). In addition to those matters, the parties also filed, on April 9, 2021, a joint letter seeking an informal conference with respect to a dispute concerning Defendants' responses and objections to the requests for admissions that Plaintiffs served in connection with jurisdictional discovery. (Dkt. No. 71).

Plaintiffs respectfully submit that it would be most efficient to conduct a single conference with respect to all of the parties' outstanding disputes concerning jurisdictional discovery. Accordingly, Plaintiffs respectfully request that Your Honor address, at the April 29 conference, the parties' dispute concerning Defendants' responses and objections to Plaintiffs' requests for admissions.



The Honorable Mary Kay Vyskocil
April 23, 2021
Page 2

        In addition, Plaintiffs respectfully submit that Your Honor should address, at the April 29 conference, the timing of their anticipated request for discovery pursuant to Fed. R. Civ. P. 56(d).  As Defendants have repeatedly and explicitly acknowledged, Plaintiffs are entitled to seek such discovery in response to Defendants' motion for summary judgment.  *See* Dkt. No. 53, at 2-3 ("To the extent Plaintiffs seek any further discovery, they would do so pursuant to Rule 56(d), following Defendants' summary judgment motion"); *see also* Dkt. No. 55, at 4 ("To the extent Plaintiffs seek additional discovery, they should do so pursuant to Federal Rule of Civil Procedure 56(d)."); *id*. at 5 ("any additional merits discovery can be addressed in the context of Rule 56(d)"); *id*. at 10 ("any further merits discovery should be sought by way of Rule 56(d) procedures following Defendants' motion for summary judgment").  Plaintiffs therefore respectfully request that the Court set a schedule for their Rule 56(d) request during the upcoming conference.

        Thank you for your consideration.

        Respectfully submitted,

        Stephen M. Sinaiko

cc: All Counsel (by CM/ECF Posting)