UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――― x

SHABTAI SCOTT SHATSKY, individually and :
as personal representative of the Estate of Keren :
Shatsky, JO ANNE SHATSKY, individually and :
as personal representative of the Estate of Keren : Case No. 1:18-cv-12355-MKV
Shatsky, TZIPPORA SHATSKY SCHWARZ, :
YOSEPH SHATSKY, SARA SHATSKY :
TZIMMERMAN, MIRIAM SHATSKY, DAVID : Hon. Mary Kay Vyskocil
RAPHAEL SHATKSY, GINETTE LANDO :
THALER, individually and as personal :
representative of the Estate of Rachel Thaler, :
MICHAEL THALER, individually and as :
personal representative of the Estate of Rachel :
Thaler, LEOR THALER, ZVI THALER, ISAAC : **NOTICE OF APPEARANCE**
THALER, HILLEL TRATTNER, RONIT :
TRATTNER, ARON S. TRATTNER, :
SHELLEY TRATTNER, EFRAT TRATTNER, :
HADASSA DINER, YAEL HILLMAN, :
STEVEN BRAUN, CHANA FRIEDMAN, :
ILAN FRIEDMAN, MIRIAM FRIEDMAN, :
YEHIEL FRIEDMAN, ZVI FRIEDMAN and :
BELLA FRIEDMAN, :
 :
                Plaintiffs, :
 :
   v. :
 :
 :
THE PALESTINE LIBERATION :
ORGANIZATION, and THE PALESTINIAN :
AUTHORITY (a/k/a "THE PALESTINIAN :
INTERIM SELF-GOVERNMENT :
AUTHORITY" and/or "THE PALESTINIAN :
NATIONAL AUTHORITY"), :
 :
                Defendants. :
 :
―――――――――――――――――――――――――――― x

      The undersigned, being duly admitted to practice before this court, hereby enters an appearance as counsel for plaintiffs Shabtai Scott Shatsky, *individually and as personal*

*representative of the Estate of Keren Shatsky*, Jo Anne Shatsky, *individually and as personal representative of the Estate of Keren Shatsky*, Tzippora Shatsky Schwarz, Yoseph Shatsky, Sara Shatsky Tzimmerman, Miriam Shatsky, David Raphael Shatksy, Ginette Lando Thaler, *individually and as personal representative of the Estate of Rachel Thaler*, Michael Thaler, *individually and as personal representative of the Estate of Rachel Thaler*, Leor Thaler, Zvi Thaler, Isaac Thaler, Hillel Trattner, Ronit Trattner, Aron S. Trattner, Shelley Trattner, Efrat Trattner, Hadassa Diner, Yael Hillman, Steven Braun, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman and Bella Friedman.

Respectfully submitted,

Dated: New York, New York
April 26, 2021

WINSTON & STRAWN LLP

s/ *Abbe David Lowell*
Abbe David Lowell
200 Park Avenue
New York, New York 10166
Tel.: (202) 282-5875
Fax: (202) 282-5100
Email: ADLowell@winston.com

*Attorney for Plaintiffs*