UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *individually and as personal representative of the Estate of Keren Shatsky*, et al.,

                          Plaintiffs,

   -v-

THE PALESTINE LIBERATION ORGANIZATION, and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority),

                          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/29/2021
```

18-cv-12355 (MKV)

ORDER

MARY KAY VYSKOCIL, District Judge:

      On April 29, 2021, the Court held a conference in this matter. The Court issued several orders on the parties' discovery disputes from the bench. As the Court explained more fully at the conference, IT IS HEREBY ORDERED that, absent a stipulation to personal jurisdiction under the PSJVTA as written, reserving all challenges to the statute itself, Defendants' objection that they have already satisfied jurisdictional discovery is overruled. However, Plaintiffs' must narrow their overbroad discovery requests. The Court admonishes both sides to work together to narrow and complete the jurisdictional discovery, consistent with the Court's rulings and guidance at the conference. Counsel and the parties are on notice that further discovery abuses will not be tolerated and will result in sanctions.

      IT IS FURTHER ORDERED that Plaintiffs shall serve revised document requests and interrogatories by May 10, 2021. Defendants shall respond by June 10, 2021. IT IS FURTHER ORDERED that the witnesses Plaintiffs have noticed for depositions must be produced. The

depositions are limited to the bases for jurisdiction under the statute, and Defendants may assert objections consistent with the Court's instructions.

IT IS FURTHER ORDERED that all jurisdictional discovery shall be completed by July 9, 2021.  **No further extensions of jurisdictional discovery will be granted**.  Any motion for a protective order or motion to compel must be filed sufficiently in advance to obtain a ruling and complete discovery before the July 9 deadline.

IT IS FURTHER ORDERED that Plaintiffs' request for discovery, under Rule 56(d) of the Federal Rules of Civil Procedure, in connection with Defendants' not-yet-filed motion for summary judgment [ECF #76, 77] is DENIED as premature.

IT IS FURTHER ORDERED that Defendants shall file their contemplated dispositive motions by July 30, 2021.  Plaintiffs shall respond by August 20, 2021.  Defendants shall reply by September 3, 2021.

The Clerk of Court is respectfully directed to terminate the letter motions pending at docket entries 69 and 71.

**SO ORDERED.**

Date:  **April 29, 2021**  
New York, NY

_____  
**MARY KAY VYSKOCIL**  
**United States District Judge**