UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

SHABHAI SCOTT SHATSKY, et al.,    Plaintiff,

-against-

THE PALESTINE LIBERATION ORGANIZATION, et al.,
Defendant.

1:18 Civ. 12355 (MKV)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Melissa H. Maxman hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Maryland, Commonwealths of Pennsylvania and Virginia, and District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 22, 2021

Respectfully Submitted,

Melissa H. Maxman

Applicant Signature: *[signature]*

Applicant's Name: Melissa H. Maxman

Firm Name: Cohen & Gresser, LLP

Address: 2001 Pennsylvania Avenue, N.W. Suite 300

City/State/Zip: Washington, DC 20006

Telephone/Fax: 202-851-2070 / 202-851-2081

Email: mmaxman@cohengresser.com