UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x
SHABTAI SCOTT SHATSKY, et al.,   :

           Plaintiffs,   :

           Case No. 18 Civ. 12355-MKV-DCF

   vs.   :

THE PALESTINE LIBERATION   :
ORGANIZATION, et al.,

           Affidavit of Melissa H. Maxman in
           Support of Motion to Admit Counsel *Pro Hac Vice*

           Defendants.
———————————————————— x

Melissa H. Maxman, being duly sworn, hereby deposes and says as follows:

1. I am Counsel with the law firm Cohen & Gresser LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the State of Maryland, Commonwealths of Pennsylvania and Virginia, and District of Columbia.

4. I have not been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me.

7. Wherefore your affiant respectfully submits that she be permitted to appear *pro hac vice* as counsel for Plaintiffs.

Dated: June 23, 2021

*Melissa H. Maxman*
Melissa H. Maxman
Cohen & Gresser LLP
2001 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006
*mmaxman@cohengresser.com*
Telephone: (202) 851-2070

SUBSCRIBED AND SWORN TO before me on this 23 day of June, 2021, by Melissa H. Maxman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Cosette Vincent*

COSETTE VINCENT
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires December 14, 2025

2