UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
SHABHAI SCOTT SHATSKY, et al.,  :
 :  Case No. 1:18-cv-12355 (MKV-DCF)
           Plaintiffs,  :
 :
   vs.  :  **[PROPOSED] ORDER FOR
 :  ADMISSION *PRO HAC VICE***
THE PALESTINE LIBERATION  :
ORGANIZATION, et al.,  :
 :
           Defendants.  :
----------------------------------------------------------------x

      The motion of Melissa H. Maxman ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bars of the State of Maryland, Commonwealths of Pennsylvania and Virginia, and District of Columbia, and that her contact information is as follows:

Melissa H. Maxman
**COHEN & GRESSER LLP**
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Phone:  (202) 851-2070
Fax:  (202) 851-2081

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____      _____
                                                             United States District/Magistrate Judge