

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Melissa H. Maxman, Esq.*

#### DATE OF ADMISSION

*May 30, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 17, 2021

*Phoenicia D. W. Wallace*

Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary