# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Melissa Helen Maxman

was admitted to practice as an attorney and counsellor at the bar of this Court on June 17, 2020.

I further certify that so far as the records of this office are concerned, Melissa Helen Maxman is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 22nd day of June
A.D. 2021

By: *[signature]*
Deputy Clerk