UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHABHAI SCOTT SHATSKY, et al.,      Plaintiff, | |
| -against- | 1:18  Civ. 12355     (MKV) |
| THE PALESTINE LIBERATION ORGANIZATION, et al.,             Defendant. | **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Melissa H. Maxman_____ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for _the Plaintiffs_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Maryland, Commonwealths of Pennsylvania and Virginia, and District of Columbia__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  June 22, 2021

Respectfully Submitted,

Melissa H. Maxman

Applicant Signature: *[signature]*

Applicant's Name:  Melissa H. Maxman

Firm Name:  Cohen & Gresser, LLP

Address:  2001 Pennsylvania Avenue, N.W. Suite 300

City/State/Zip: Washington, DC 20006

Telephone/Fax:  202-851-2070 / 202-851-2081

Email:  mmaxman@cohengresser.com