

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com


Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

**VIA ECF & EMAIL**

August 17, 2021

Hon. Debra Freeman
Chief U.S. Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *Shatsky v. PLO*, No. 18-cv-12355 (MKV) (DF)

Dear Judge Freeman:

    Defendants Palestinian Authority and Palestine Liberation Organization ("Defendants") respectfully request permission to file under seal their response to the letter motion [ECF 99] recently filed by counsel for Plaintiffs in *Sokolow v. Palestine Liberation Organization*, No. 04-394 (GBD) regarding a dispute about the application of this Court's Stipulation and Order Concerning Production of Confidential Documents and Information ("Confidentiality Order") [ECF 64] to the highly sensitive governmental information found in certain depositions taken in this case.  This Court allowed Plaintiffs to file their letter motion under seal and with redactions [*See* ECF 98, 99, 100, & 101], as required by the Confidentiality Order.  Defendants' response contains the same type of highly sensitive governmental information as Plaintiffs' letter motion.

                                                        Respectfully submitted,

                                                        /s/ *Gassan A. Baloul*
                                                        Gassan A. Baloul

cc:    All Counsel

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.