AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Shatsky, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-12355-MKV-DCF |
| The Palestine Liberation Organization, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Miriam Fuld, individually, as personal representative and administrator of the Estate of Ari Yoel Fuld, deceased, and as natural guardian of Natan Shai Fuld, Non-Party Natan Shai Fuld, minor, by his next friend and guardian Miriam Fuld, Non-Party Naomi Fuld, Non-Party Tamar Gila Fuld, and Non-Party Eliezer Yakir Fuld.

Date:   08/19/2021

*Attorney's signature*

JEFFREY FLEISCHMANN, 4547188
*Printed name and bar number*

150 Broadway, Suite 900
New York, New York 10038

*Address*

jf@lawjf.com
*E-mail address*

(646) 657-9623
*Telephone number*

(646) 351-0694
*FAX number*