Awni Abu Hba
April 07, 2021                                                          1

```
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - -x
      SHABTAI SCOTT SHATSKY, ET AL.,
 4
                              Plaintiffs,
 5
                              Civil No.:
 6                            8 CIV. 12355 (MKV)

 7
                      -against-
 8

 9    THE PALESTINE LIBERATION ORGANIZATION, ET AL.,

10
                              Defendants.
11    - - - - - - - - - - - - - - - - - - - - - - - -x

12                    DEPOSITION OF

13                    AWNI ABU HBA

14              Taken on April 7, 2021

15    - - - - - - - - - - - - - -- - - - - - - - - - -x

16

17

18

19

20

21

22

23

24

25
```

Page 2

```
 1
 2                     I N D E X
 3   WITNESS           EXAMINATION BY          PAGE
 4   AWNI ABU HBDA     MR. SINAIKO              10
 5   AWNI ABU HBDA     MR. BERGER              154
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   **************************************************
 2
 3   VIDEO-RECORDED REALTIME DEPOSITION of AWNI ABU HBDA,
 4   held on April 7, 2021, at 9:38 a.m., was sworn
 5   before AMBRIA IANAZZI, a Registered Professional
 6   Reporter, Certified Realtime Reporter, and Notary
 7   Public.
 8   **************************************************
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2                     (CONT'D)
 3                     I N D E X
 4            MARKED FOR IDENTIFICATION
 5   EXHIBIT        DESCRIPTION              PAGE
 6   Exhibit 1      Subpoena                  18
 7   Exhibit 2      Tab 1                     28
 8   Exhibit 3      Tab 8                     32
 9   Exhibit 4      Tab 2                     52
10   Exhibit 5      Declaration of C. Russell 70
11   Exhibit 6      Subpoena to Produce      120
12   Exhibit 7      Tab 13                   124
13   Exhibit 8      Tab 15                   127
14   Exhibit 9      Tab 11                   136
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2   A P P E A R A N C E S:
 3
 4   COHEN & GRESSER LLP
           Counsel for Plaintiffs
 5         800 Third Avenue
           New York, New York 10022
 6
 7   BY:  STEPHEN M. SINAIKO, ESQ.
           ssinaiko@cohengresser.com
 8         ERICA LAI, ESQ.
           elai@cohengresser.com
 9         ANDREW PECORARO, ESQ.
           apecoraro@cohengresser.com
10
11   SQUIRE PATTON BOGGS
           Attorneys for Defendants
12         1211 6th Avenue, 26th Floor
           New York, New York 10036
13
14   BY:  MITCHELL BERGER, ESQ.
           mitchell.berger@@squirepb.com
15         GASSAN A. BALOUL, ESQ.
           gassan.baloul@squirepb.com
16         JOSEPH ALONZO, ESQ.
           joseph.alonzo@squirepb.com
17         SALIM KADDOURA, ESQ.
           salim.kaddoura@squirepb.com
18
19   KROPF MOSELEY PLLC
           Counsel for the Witness
20         1100 H Street NW, Suite 1220
           Washington, D.C. 20005
21
22   BY:  SARAH KROPF, ESQ.
23
24
25
```

Page 6

1
2                        (CONT'D)
3              A P P E A R A N C E S:
4
5    ALSO PRESENT:
6
7    COSETTE VINCENT, Cohen & Gresser
8    ELIZABETH BEZVERKHA, Cohen & Gresser
9    HADEER AL AMIRI, Interpreter
10   NAWEL MESSAOUDI, Interpreter
11   COREY WAINAINA, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1
2                      - o 0 o -
3
4         A W N I   A B U   H B D A, the WITNESS
5    herein, after having been first duly sworn by
6    a Notary Public, was examined and testified
7                       through an
8                 interpreter as follows:
9
10                     - o 0 o -
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1
2            THE VIDEOGRAPHER:  Good morning.  We are
3    now on the record.  The participants should be
4    aware that this proceeding is being recorded, and,
5    as such, all conversations held will be recorded,
6    unless there is a request and agreement to go off
7    the record.  This is the remote video-recorded
8    deposition of Awni Abu Hbda.  Today is Wednesday,
9    April 7th, 2021.  The time is now 13:39 UTC.
10           We are here in the matter of Shatsky
11   versus PLO.  My name is Corey Wainaina.  I am the
12   remote video technician on behalf of U.S. Legal
13   Video Support, located at 90 Broad Street, New
14   York, New York.  I'm not related to any of the
15   Parties in the Action, nor am I financially
16   interested in the outcome of the case.
17           At this time, will the court reporter,
18   Ambria Ianazzi, on behalf of U.S. Legal Support,
19   please enter the statement for remote proceeding
20   into the record.
21           MR. SINAIKO:  Before we get started with
22   Mr. Abu Hbda, I would just like to go around to
23   counsel on the call and confirm that we all
24   stipulate under the Rule 29 of the Federal Rules
25   of Civil Procedure that Ms. Ianazzi, although

Page 9

1
2    she's in New York, is an appropriate officer
3    before whom to take this deposition; does
4    everybody so stipulate?
5            MR. BERGER:  For Defendants, yes.  This is
6    Mitchell Berger from Squire, Patton, Boggs.
7            MR. SINAIKO:  And Counsel for the Witness?
8            MS. KROPF:  We're fine with that.  Thank
9    you.
10           MR. SINAIKO:  Okay.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 10

```
1                    A. ABU HBDA
2  EXAMINATION BY
3  MR. SINAIKO:
4       Q.  And Mr. Abu Hbda, let me introduce myself.
5  My name is Steve Sinaiko.  I'm a partner in the law
6  firm Cohen & Gresser LLP.  We represent the
7  Plaintiffs in this litigation and we appreciate you
8  being here today.  Have you ever had your deposition
9  taken before, Mr. Abu Hbda?
10      A.  No.
11      Q.  Okay.  Have you ever testified in court,
12 in the United States, prior to today?
13      A.  No.
14      Q.  Okay.  I'm just going to take a couple of
15 minutes to go over some ground rules for our
16 deposition today.  First of all, you are here on the
17 record.  There is a court reporter and a
18 videographer recording everything that we say today.
19           In order to ensure that we have an
20 accurate record, and especially because this
21 deposition is being taken by videoconference,
22 instead of in person, due to the COVID-19 Pandemic,
23 it's important that we not speak over one another,
24 and more than one person speaks at a time.
25           So, I would be grateful if you wait until
```

Page 11

```
1                    A. ABU HBDA
2  I finish my questions before you start answering
3  them, and, of course, I'll try to wait until you
4  finish your answers before I ask my next question;
5  is that okay?
6       A.  Yes.
7       Q.  Okay.
8       MS. KROPF:  And sorry to interrupt, I
9  think we'll have the translator translate your
10 questions going forward; is that okay?
11      MR. SINAIKO:  For the record, all my
12 questions are being translated by the translator.
13 Mr. Abu Hbda is being translated, answering the
14 questions in English, and the questions are not
15 being translated at this time.
16      Q.  Okay.  As we work through our questions
17 today, it's important that you respond to questions
18 verbally because the court reporter and the record
19 can't capture nods of the head, or gestures of the
20 hand, so it's important to give verbal answers to my
21 questions; is that okay?
22      THE INTERPRETER:  Yeah.  I'm supposed to
23 swear first.  I'm sorry.
24      MR. SINAIKO:  Oh, we need to swear in the
25 translator.
```

Page 12

```
1                    A. ABU HBDA
2                    - o O o -
3
4      N A W E L   M E S S A O U D I,
5      Called as the interpreter in this
6  matter, was duly sworn by a Notary Public to
7  accurately and faithfully translate the
8  questions propounded to the AWNI ABU HBDA
9  from English into Arabic, and the answers
10 given by the AWNIA ABU HBDA from Arabic into
11             English.
12
13                 - o O o -
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 13

```
1                    A. ABU HBDA
2      THE INTERPRETER:  I'm sorry, I'm not
3  supposed to do before the oath.
4      Q.  Okay.  Mr. Abu Hbda, let's just -- let's
5  just go back and translate, for Mr. Abu Hbda, my
6  last question.
7      THE INTERPRETER:  Can you please repeat
8  it?
9      MR. SINAIKO:  Oh, certainly.
10     Q.  As we go through our questions today,
11 Mr. Abu Hbda, it's important that you give verbal
12 answers, because the court reporter will not be able
13 to capture, and the record will not be able capture,
14 head nods and hand gestures.
15          So, do you understand that you will need
16 to give verbal answers to the questions that I ask
17 you today?
18     A.  Yes.
19     Q.  Okay.
20     A.  Thank you.
21     Q.  So, Mr. Abu Hbda, I'm going to be asking
22 you a series of questions today.  If at any time,
23 there's a question you don't understand, please let
24 me know, and I'll try to rephrase the question for
25 you, or make it more clear.  But understand that if
```

Page 14

A. ABU HBDA

1  
2  you do answer a question, I will assume, and the
3  Court will assume, and everyone in this room will
4  assume, that you understood each question that you
5  respond to; do you understand?
6      A.  Yes.
7      Q.  Okay.  It is possible that during the
8  course of our deposition today, your counsel or one
9  of the other lawyers in the room may object to one
10 of my questions.  Unless your counsel instructs you
11 not to answer a question that I've asked you, and
12 your counsel is the only person who's permitted to
13 so instruct you, you should answer my questions
14 without regard to any objections that may be raised
15 by any of the lawyers in the room; do you
16 understand?
17     A.  Yes.  Okay.
18         MR. SINAIKO:  Just for the record, I
19 think -- I think, going forward, the translator
20 has been translating Mr. Abu Hbda's answers, and I
21 think it's just going to go more smoothly if we
22 have all of the answers translated, just for the
23 record.  I know that the answers have all been
24 translated.
25         And, you know, Sara, unless you object to

Page 15

A. ABU HBDA

1  
2  it, I think we should have all the answers
3  translated; it's going to go more smoothly.
4         MS. KROPF:  That's fine.  So, Awni, you
5  can have the answers translated to English and,
6  then you can answer in Arabic; okay?
7      A.  I prefer speaking in Arabic.
8      Q.  Okay.
9         MR. BERGER:  Excuse me, I have a question.
10 This is Mitchell Berger.  Is the translator
11 translating from a realtime transcript, because we
12 don't have that, or is she translating from notes
13 that she is taking, or from what Steve is saying?
14         MR. SINAIKO:  Mitch, are you asking to
15 have the realtime because I think we can arrange
16 that, if --
17         MR. BERGER:  We ordered the realtime.  It
18 hasn't been provided to us.
19         MR. SINAIKO:  Do we have a support person
20 from U.S. Legal today, because I'm sure we do.
21         MR. BERGER:  My question is, is Mess
22 translating from the realtime?
23         MR. SINAIKO:  Okay.  But my question is,
24 if you didn't get the realtime, and we have the
25 realtime, we would like you to have it.

Page 16

A. ABU HBDA

1  
2         MR. BERGER:  Yeah.  If the translator is
3  translating it from the realtime, we would like to
4  have it.
5         MR. SINAIKO:  Okay.  Great.  So, we could
6  reach out to the support people from U.S. Legal,
7  so you could have the realtime.
8         THE VIDEOGRAPHER:  You guys want to go off
9  the record?
10        MR. MR. SINAIKO:  Let's go off the record.
11        THE VIDEOGRAPHER:  The time is 13:55.
12 (Whereupon, a short recess was taken.)
13        THE VIDEOGRAPHER:  We are now back on the
14 record.  The time is 14:15 UTC Time.
15     Q.  Mr. Abu Hbda, just before we took this
16 short break, I was about to tell you that in the
17 event that, you know, I will be taking periodic
18 breaks during the deposition, and I understand that
19 you will need breaks, and I understand from your
20 counsel that you will need periodic breaks, just let
21 me know, or let Ms. Kropf know, and we will do that.
22 I just ask that if there's a pending question, that
23 you will not take a break before you answer the
24 question; is that okay?
25     A.  Okay.

Page 17

A. ABU HBDA

1  
2      Q.  Okay.  Mr. Abu Hbda, are you currently
3  under the influence of any medication or other
4  substance that might inhibit your ability to
5  understand and respond to questions?
6      A.  Not drugs, but I'm taking medication, yes.
7      Q.  Okay.  And does the medication that you're
8  taking, Mr. Abu Hbda, interfere with your ability to
9  recall or understand questions?
10     A.  I don't think so.
11     Q.  Okay.  And the medication that you're
12 taking, Mr. Abu Hbda, does it interfere with your
13 memory in any way?
14     A.  I'm not a doctor.  I don't know.
15     Q.  Is it your sense, Mr. Abu Hbda, that
16 there's any reason, as you sit here today, that
17 you're unable to give your best testimony?
18     A.  I think I can do my best today.
19     Q.  Thank you very much.  Okay.
20        MR. SINAIKO:  Cosette, could we put up Tab
21 14, please?
22        MS. VINCENT:  Yeah.
23        MR. SINAIKO:  I would like to mark as our
24 next exhibit, or our first exhibit, Exhibit 1, a
25 three-page document titled, "Subpoena to Testify

Awni Abu Hba
April 07, 2021                                                18 to 21

Page 18

1                    A. ABU HBDA
2    at a Deposition in a Civil Action".
3         (Whereupon, Subpoena was marked as Exhibit 1
4    for identification, as of April 7th, 2021.)
5         Q.   Mr. Abu Hbda, do you have Exhibit 1?  Are
6    you able to see Exhibit 1?
7         A.   Yes.
8         Q.   Okay.  And Mr. Abu Hbda, have you seen
9    this document before?
10        A.   Yes.
11        Q.   And Mr. Abu Hbda, do you recognize this
12   document to be a subpoena calling on you to testify
13   in this deposition today?
14        A.   Yes.
15        Q.   Okay.  And Mr. Abu Hbda, you're here today
16   testifying pursuant to the Subpoena that we've
17   marked as Exhibit 1, correct?
18        A.   Yes.
19        Q.   Okay.  Now, in advance of your deposition
20   here today, did you do anything to prepare for the
21   deposition?
22        A.   Yes.
23        Q.   Can you tell us, Mr. Abu Hbda, what you
24   did to prepare for your deposition today.
25        A.   I saw all the document I have in my -- in

Page 19

1                    A. ABU HBDA
2    the office -- in my office.
3         Q.   Can you tell us what documents you looked
4    at?  To be more precise -- well, let me withdraw
5    that.
6              Can you tell us what the documents were
7    that you looked at more specifically?
8         A.   Okay.  The paper I do for the -- for
9    the -- for my -- for my client, I sent to the --
10             THE INTERPRETER:  I'm sorry.  I will ask
11   him to repeat, because I didn't really understand.
12        A.   I checked -- I checked -- I checked the
13   paper I used to -- I sent to the -- to my client, I
14   used to send to the Embassy.
15        Q.   And were those papers for your notary
16   public business, sir?
17        A.   Yes.
18        Q.   Okay.  In anticipation of your deposition
19   today, Mr. Abu Hbda, did you meet with anybody?
20        A.   No.
21        Q.   Okay.  So, did you meet with Ms. Kropf,
22   your lawyer, in anticipation of the deposition
23   today?
24        A.   I talked to her over the phone.
25        Q.   Okay.  And how many times did you speak

Page 20

1                    A. ABU HBDA
2    with Ms. Kropf over the telephone in anticipation of
3    your deposition?
4         A.   More than -- more than once, but I don't
5    recall how many times.
6         Q.   Do you think it was more than five times?
7         A.   No; less.
8         Q.   Do you remember when the first time was
9    that you spoke with Ms. Kropf, in anticipation of
10   your deposition?
11             MS. KROPF:  I object.  I mean, I think
12   we're -- you asked if I talked to me.  You asked
13   what he did to prepare.  When he first talked to
14   me is not a relevant or a proper question here.
15             MR. SINAIKO:  You may answer.
16             MS. KROPF:  No.
17             Mr. Abu Hbda, I instruct you not to
18   answer.
19             MR. SINAIKO:  What's the basis for
20   instructing him not answer when he spoke to you?
21             MS. KROPF:  Because it gets into
22   attorney-client privilege communications, when he
23   spoke to --
24             MR. SINAIKO:  I'm probing his answer.  I'm
25   entitled to ask how he spoke to you for the

Page 21

1                    A. ABU HBDA
2    deposition today.
3             MS. KROPF:  And he answered.  He spoke to
4    me by phone and looked at the records.  Any other
5    questions is attorney-client privilege.
6             MR. SINAIKO:  That's an improper
7    instruction.  We'll have to go about that --
8             MS. KROPF:  Don't answer that question.
9         Q.   Aside from talking to Ms. Kropf, did you
10   speak to anybody else in anticipation of your
11   deposition?
12        A.   No.
13        Q.   By the way, when you spoke to Ms. Kropf in
14   anticipation of your deposition, did those
15   conversations take place in English?
16        A.   Yes.
17        Q.   Okay.  At any time before your deposition
18   today, have you spoken to Mitchell Berger, who is
19   attorney for the Defendants, and is on our
20   videoconference today?
21        A.   No.
22        Q.   At any time before your deposition today,
23   have you spoken with Mr. Gassan Baloul, who is also
24   an attorney for the Defendants, and who is also on
25   our videoconference today?

Awni Abu Hba
April 07, 2021                                          22 to 25

Page 22

A. ABU HBDA

1         A. ABU HBDA
2     A.   No.
3     Q.   Okay.  In advance of your deposition
4  today, have you spoken with any lawyer associated
5  with the law firm Squire, Patton, Boggs, who are
6  Counsel for the Defendants in this action?
7     A.   No.
8     Q.   Okay.  And your lawyer, Ms. Kropf, how did
9  you --
10        Before you received the Subpoena that
11  we've marked as Exhibit 1, have you ever met or
12  spoken to Ms. Kropf?
13        MS. KROPF:  Objection.
14        And Mr. Abu Hbda, you do not need to
15  answer that question.
16        MR. SINAIKO:  That is not a proper
17  objection.  Come on.  I'm entitled to know when he
18  spoke to you.  I'm not asking for the substance of
19  the communications.  I'm just asking whether there
20  were any, because --
21        MS. KROPF:  No, because it would have
22  nothing to do with before he received the
23  Subpoena, nothing to do with this case, in
24  connection with this matter, and that's an
25  improper question.  You could take it up with the

Page 23

1         A. ABU HBDA
2  Judge.
3        MR. SINAIKO:  I don't want this to be a
4  contentious deposition.  The question is not a
5  privilege question.  Relevance objections are not
6  an appropriate basis to instruct a witness not to
7  answer.  The Witness should answer the question.
8        MS. KROPF:  You're asking --
9        MR. SINAIKO:  Are you instructing him not
10  to answer based on relevance?
11        MS. KROPF:  Are you asking him whether or
12  not he has spoken to me, an attorney, before he
13  received the Subpoena?
14        MR. SINAIKO:  That's exactly what I'm
15  asking.  Did he have any contact with you, in
16  advance of receiving the Subpoena; that's what I'm
17  asking.
18        MS. KROPF:  As long as you limit your
19  answer to that.
20        I think we're getting into dangerous
21  territory, whether or not he worked with me
22  before, or whether or not he'd spoken to me before
23  is really not relevant.
24        MR. SINAIKO:  I'm feeling pretty safe, so
25  the Witness can answer the question.

Page 24

1         A. ABU HBDA
2        MS. KROPF:  Why don't you answer the
3  question?
4        MR. SINAIKO:  Can the reporter please
5  repeat the question?
6        (Whereupon, the requested portion was read
7  back by the reporter.)
8     A.   Yes.  Ms. Kropf.  No.
9     Q.   Okay.  And how did you come to be
10  introduced to Ms. Kropf?
11     A.   Through the --
12        THE INTERPRETER:  I'm sorry.
13     A.   Through the Internet.
14     Q.   Mr. Abu Hbda, is it the case that you
15  located Ms. Kropf and hired her as your lawyer on
16  your own?
17     A.   Yes.
18     Q.   Okay.  And are you paying Ms. Kropf out of
19  your own funds, sir?
20        MS. KROPF:  Objection.
21     Q.   You may answer.
22        MS. KROPF:  No, he's not going to answer
23  that, Steve.  It's not relevant.  It gets into the
24  attorney-client.
25        MR. SINAIKO:  Relevance is not a basis for

Page 25

1         A. ABU HBDA
2  an instruction not to answer, and the questions as
3  to issuance and payments of bills is absolutely
4  not privileged.  I'm not asking for any
5  communications between you and he.  I asked for
6  the arrangement between you and he, with respect
7  to payment of bills, and whether he's paying them;
8  that is not a privilege question.
9        MS. KROPF:  Your arrangement --
10        MR. SINAIKO:  If you're going to instruct
11  him on things like that, we're going to have to go
12  to the Judge, which I'd rather not do.
13        MS. KROPF:  The arrangement we have is in
14  writing.  It's a communication between us.
15        I instruct you not to answer.
16        If you want to call the Judge, I invite
17  you to do so.  It goes to the attorney-client
18  privilege written engagement letter, and I'm
19  instructing him not to answer.
20        MR. SINAIKO:  The relationship of his with
21  you is not privileged.  The communications with
22  you is privileged.  Let me see if I could put --
23  slightly ask the question.  I don't want to have
24  to go to the Judge, and this is going to take
25  longer.

Awni Abu Hba
April 07, 2021                                          26 to 29

Page 26

A. ABU HBDA

1
2      Q.   Mr. Abu Hbda, are you personally paying
3   the bills that Ms. Kropf issues for her services in
4   connection with this matter?
5           MS. KROPF:  And I object, and I am
6   instructing him not to answer.  If you want to
7   call the Court, Steve, then let's go ahead and
8   stop, and why don't we go ahead and take care of
9   it.
10          MR. SINAIKO:  I mean, really, this is
11  improper.  We're going to put a pin in it, and
12  we're going to come back to it, if we have to.
13  This is not a proper objection.  If we have to go
14  to the Judge, or go to Mr. Abu Hbda, you know,
15  because of this kind of thing, I would hate to do
16  it, but we will have to, if we will.  Okay.
17     Q.   Okay.  You mentioned before, Mr. Abu Hbda,
18  you reviewed certain documents in anticipation of
19  your deposition.  Do you remember more specifically
20  what those documents were?
21     A.   Okay.  Power of Attorney for my client.
22     Q.   And what is the nature of these Powers of
23  Attorney that you mentioned?
24     A.   Services for -- for the people from my --
25  from my back home, from my community.

Page 27

A. ABU HBDA

1
2      Q.   You mean your community here in the United
3   States?
4      A.   Yes.
5      Q.   And are these Powers of Attorney with
6   respect to business dealings outside the United
7   States?
8           THE INTERPRETER:  Excuse me, could you
9   please repeat?
10          MR. SINAIKO:  Sure.  Let me put the
11  question a second time.
12     Q.   Are these Powers of Attorney you
13  mentioned, Mr. Abu Hbda, with respect to matters
14  outside the United States?
15     A.   They were special -- they were cases
16  special for my client.
17     Q.   Okay.
18          MR. SINAIKO:  Okay.  Cosette, could we
19  bring up Tab 1, please?
20          MS. VINCENT:  Yeah.
21          MR. SINAIKO:  Let's mark Tab 1, the
22  document, you know -- let's mark that as our next
23  exhibit, Exhibit 2, a six-page document that we
24  printed from a Website titled,
25  "Palestiniandocs.com"; let's mark that as Exhibit

Page 28

A. ABU HBDA

1
2   2.
3           (Whereupon, Tab 1 was marked as Exhibit 2 for
4   identification, as of April 7th, 2021.)
5           THE INTERPRETER:  Excuse me, can we go off
6   record?  Can I ask you if we could go off record?
7   It's now --
8           MR. SINAIKO:  Sure.  If we need to go off
9   the record for a moment, we could do that.
10          THE INTERPRETER:  Yeah.  Can I talk to
11  you?
12          THE VIDEOGRAPHER:  Okay.  Does everyone
13  agree to go off the record?
14          MS. KROPF:  Yup.
15          THE VIDEOGRAPHER:  Okay.  We are now off
16  the record.  The time is 14:40 UTC Time.
17          (Whereupon, a short recess was taken.)
18          THE VIDEOGRAPHER:  We are now back on the
19  record.  The time is 14:45 UTC Time.
20     Q.   Mr. Abu Hbda, can you see Exhibit 2?
21     A.   Yes.
22     Q.   Okay.  And do you recognize this document?
23  And by the way, if you want to page through it, we
24  can page through it.
25     A.   Yes.

Page 29

A. ABU HBDA

1
2      Q.   And just to be clear, Mr. Abu Hbda, you
3   recognize the document; is that correct?
4      A.   Yes.
5      Q.   And what do you recognize this document to
6   be, Exhibit 2?
7      A.   It's from the Website, from my computer --
8   from the computer.
9      Q.   And this Website is a website that is --
10  well, let me withdraw that.
11          Is this Website something that you
12  created, or that was created under your direction,
13  sir?
14     A.   Yes, for me.
15     Q.   And what is the purpose of the Website
16  from which we drew Exhibit 2?
17     A.   Advertising.  Advertisement.
18     Q.   And let's turn to -- actually, hang on one
19  second.  I want to page through the document.
20          MR. SINAIKO:  Cosette, could you turn us
21  to the last page of the document, please?
22     A.   Okay.  I'm looking.  Do you see the last
23  box on the page of the document of Exhibit 2?
24     A.   Now, I can see it.
25     Q.   Okay.  And you see that it says, "Awni Abu

Awni Abu Hba
April 07, 2021                                    30 to 33

Page 30

A. ABU HBDA

1    A. ABU HBDA
2    Hbda Documentation Services"; do you see that?
3        A.  Yes.  Yes.
4        Q.  And is that the name of your business,
5    sir?
6        A.  It's part of my business, yes.
7        Q.  And is Awni Abu Hbda Documentation
8    Services organized as a corporation, or some other
9    sort of legal entity?
10       A.  It's a -- only my own.  It's for my --
11   yeah, mine person.
12       Q.  Okay.  So, is it organized as a
13   corporation, or a limited liability company, or
14   anything like that?
15       A.  No.  No.
16       Q.  Okay.  And so would it be fair to say that
17   Awni Abu Hbda Documentation Services is a business
18   name that you use yourself, sir?
19       A.  Yes.
20       Q.  Okay.  When did you start Awni Abu Hbda
21   Documentation Services?
22       A.  I don't recall; maybe a year, or a year
23   and a half.
24       Q.  So, you think, sir, that the business was
25   funded in 2019 or 2020; is that correct?

Page 31

A. ABU HBDA

1    A. ABU HBDA
2        A.  The Website maybe, yes.
3        Q.  Okay.  But not the Website, the business
4    itself.  The business that is Awni Abu Hbda
5    Documentation Services, when did you start that
6    business?
7        A.  It wasn't the business.
8        THE INTERPRETER:  Okay.  Okay.
9        A.  It -- before, it wasn't really a business.
10   Before, I was not having paper.  Before, I didn't
11   have -- I haven't have a Website.  I only had the
12   Website maybe a year, or a year and a half ago.
13       Before, I was doing only, like once week,
14   or couple of like -- or couple of times a week.  It
15   wasn't really a business.
16       Q.  Okay.  What was the nature of the
17   activities that you were engaged in, Mr. Abu Hbda,
18   that, you know, that you were doing once or twice a
19   week, and that, apparently now is Awni Abu Hbda
20   Documentation Services?
21       A.  I -- I am.
22       THE INTERPRETER:  Hold on.  Okay.
23       A.  I am -- I am a notary public, and
24   accountant since 1980, and I was doing insurance
25   since 1980.

Page 32

A. ABU HBDA

1    A. ABU HBDA
2        Q.  Okay.  Let's step back just half a step
3    here, Mr. Abu Hbda.
4        Could you please tell me your educational
5    history, since you graduated high school?
6        A.  Paterson.  So --
7        THE INTERPRETER:  Sorry.
8        A.  So, I took courses in community college in
9    Paterson, but I didn't finish, and so I took some --
10       THE INTERPRETER:  Hold on, sorry --
11       A.  Yes, and I took some lecture on insurance,
12   and I had my license.  I had my license.
13       MR. SINAIKO:  Okay.  Let's take just a
14   half a step backwards.
15       Actually, Cosette, could you bring up Tab
16   8, please, and let's mark it as Exhibit 3.
17       Okay.  And so we're marking Exhibit 3, a
18   four-page excerpt, which we printed from the same
19   Website from which we extracted Exhibit 2.
20       (Whereupon, Tab 8 was marked as Exhibit 3 for
21   identification, as of April 7th, 2021.)
22       MR. SINAIKO:  I'll just ask Mr. Abu Hbda
23   quickly --
24       Q.  Do you recognize this to be a page from
25   the Website for your business?

Page 33

A. ABU HBDA

1    A. ABU HBDA
2        A.  Yes.
3        Q.  And this is part of the Website that
4    either you created, or which was created under your
5    direction; is that correct?
6        A.  Yes.
7        Q.  Okay.  Let's turn to the second page.  So,
8    you see the second and third pages had some text
9    that's titled, "Palestinian Traditions and American
10   Freedoms Blend Perfectly in Paterson"; do you see
11   that?
12       A.  Yes.
13       Q.  Is that text that you wrote, sir?
14       A.  No.
15       Q.  Okay.  Is that text --
16       That's text that you got from another
17   source; is that right?
18       THE INTERPRETER:  Okay.
19       A.  It's another magazine.  New Jersey
20   magazine write it -- wrote it, not me.
21       Q.  Do you believe the information presented
22   in this text is accurate?
23       A.  I don't know.  They wrote it, not me.
24       Q.  Okay.  But you posted it on your Website,
25   correct?

Awni Abu Hba
April 07, 2021                                          34 to 37

Page 34

                    A. ABU HBDA
1
2       A.   True.
3       Q.   Okay.  Let's look at the first sentence.
4   It says here, "Awni Abu Hbda came to the United
5   States to improve his English skills"; do you see
6   that?  We could enlarge it, if that would be
7   helpful.
8            MR. SINAIKO:  Cosette, could you zoom in
9    for us?
10           THE INTERPRETER:  Thank you.
11      A.   Yes, I do.
12      Q.   Okay.  And so that statement is accurate,
13  correct?
14      A.   Maybe it was -- it's 50 years ago.
15      Q.   Actually, that's -- that takes to the next
16  sentence.  It's -- looking at the next sentence --
17  and I recognize this may have been written sometime
18  ago -- it says, "Following in the footstep of an
19  older brother, Awni Abu Hbda, now 68, arrived in
20  America in 1971"; do you see that?
21      A.   Yes.
22      Q.   And that's, in fact, when you arrived in
23  America, sir; is that correct?
24      A.   I think; yes.
25      Q.   Okay.  And the sentence goes on to say

Page 35

                    A. ABU HBDA
1
2   that you graduated from Birzeit University; is that
3   correct?
4       A.   Well, I -- I went to that school, but I
5   never graduated.
6       Q.   Okay.  And so you never received a degree
7   from Birzeit University; is that correct?
8       A.   No.
9       Q.   Have you ever received any degree from any
10  university?
11      A.   No.  No.
12      Q.   Do you have a high school degree, sir?
13      A.   Yes.
14      Q.   Okay.  And you mentioned that you
15  attended -- in the United States, you attended some
16  classes at a community college at Paterson, New
17  Jersey; do you recall that?
18      A.   Yes.
19      Q.   Okay.  Apart from the community college in
20  Paterson, New Jersey, have you ever taken classes at
21  any other educational institution in the United
22  States?
23      A.   Okay.  Institute of Insurance for houses,
24  car, and life.
25      Q.   And what sorts of classes did you take at

Page 36

                    A. ABU HBDA
1
2   the Institute of Insurance?
3       A.   Cars, and real estate property, and
4   casualty.
5       Q.   Were the purposes of these courses to help
6   you learn about selling property and casualty
7   insurance?
8       A.   I was learning how to sell insurance.
9       Q.   Okay.  And did you receive any sort of
10  degree or certificate from the Institute of
11  Insurance?
12      A.   I have New Jersey license.
13      Q.   Okay.  We'll come back to that in just a
14  moment.
15           Apart from the Institute of Insurance and
16  College in Paterson, have you taken any course at
17  any institution in the United States?
18      A.   No.
19      Q.   Okay.  Now, you mentioned a moment ago
20  that you are a notary public; do you recall that?
21      A.   Yes.
22      Q.   And in what state are you commissioned a
23  notary public?
24      A.   New Jersey State.
25      Q.   Okay.  And you mentioned that you have

Page 37

                    A. ABU HBDA
1
2   some sort of an insurance license; do you recall
3   that?
4       A.   I used --
5            THE INTERPRETER:  Okay.
6       A.   I used to have; not now.
7       Q.   Okay.  And when did you get the insurance
8   license?
9       A.   I don't recall, but I think 1980.
10      Q.   And you don't currently have the license,
11  correct?
12      A.   No.
13      Q.   When did the license expire?
14      A.   I don't recall; maybe 1995, '96.  I don't
15  recall.
16      Q.   Apart from the insurance license, and the
17  Notary Public Commission that you hold from the
18  State of New Jersey, do you hold any other licenses
19  or certificates from any government authority, you
20  know, other than the State of New Jersey, anywhere
21  in the world?
22      A.   No.
23           MR. SINAIKO:  Okay.  Let's -- if we could,
24  Cosette, could you take us back to the first page
25  of Exhibit 3, and let's zoom in at the top of the

Awni Abu Hba
April 07, 2021                                    38 to 41

Page 38

A. ABU HBDA

1
2    page.  I don't think we have the top of the page.
3    We're missing the top of the page.  Could you zoom
4    in?  There you go.  Could we zoom in on the
5    Internet address?
6        Q.   Mr. Abu Hbda, do you see that the Internet
7    address for the Website that you use for your
8    business is, "Palestiniandocs.com"?
9        A.   Yes.
10       THE INTERPRETER:  Sorry.
11       Q.   And is that an Internet name that you
12   selected?
13       A.   Yes.
14       Q.   How did you come to select that name for
15   your business?
16       A.   It's a business name; nothing else.
17       Q.   All right.  I'm just asking why you chose
18   that name.
19       A.   It's a business name, that's all.
20       Q.   Was there any particular reason that you
21   chose that name, as opposed to some other name?
22       A.   There is no reason.
23       Q.   Do you specialize, or does your business
24   have a specialty in dealing with Palestinian
25   documents?

Page 39

A. ABU HBDA

1
2        A.   No.
3        Q.   In your business, do you frequently deal
4    with documents that are either being submitted to,
5    or being issued by the Palestinian government --
6    actually, I withdraw the question.  Let me ask the
7    question again.
8            Do you specialize, or does your business
9    have a specialty, in dealing with documents issued
10   by the Palestinian Authority?
11       A.   No.
12       Q.   In your business, do you frequently deal
13   with documents that are being submitted to or were
14   issued by the Palestinian Authority?
15       THE INTERPRETER:  Okay.
16       A.   I -- I -- I witness -- I witness notary
17   public to everybody.
18       THE INTERPRETER:  I'm sorry.
19       A.   Everyone, from everywhere -- from --
20   from -- I witness notary public for everybody from
21   everywhere around the world.
22       Q.   Okay.  Do you deal --
23           In your business, sir, do you deal with
24   documents that are being submitted to the
25   Palestinian Authority?

Page 40

A. ABU HBDA

1
2        THE INTERPRETER:  Okay.  Okay.
3        A.   I'm a notary public who is witness to
4    either Palestinian, or somebody else who -- who --
5    who witness and sign the paper for everybody, and
6    send paper to either the Palestinian Embassy, or
7    other embassies.
8        Q.   Okay.  So, one of the -- sir --
9            Is it fair to say, sir, that one of the
10   services that you offer through your business is the
11   submission of documents on behalf of your clients,
12   to the Palestinian Authority?
13       THE INTERPRETER:  Okay.  Okay.
14       A.   No, I only send it to the Embassy if --
15       THE INTERPRETER:  Okay.
16       A.   I don't send -- usually, I -- I don't --
17   usually, I don't send the paper to the Embassy.  I
18   only send the paper if -- if the person ask me.  I
19   don't know how to send to the Embassy.  Usually, I
20   don't do it.
21       Q.   Okay.  So, one of the --
22           Is it fair to say, sir, that one of the
23   services --
24       MR. BERGER:  Excuse me, I'm going to
25   object to the translation.  We all heard the

Page 41

A. ABU HBDA

1
2    answer in English.  The translation has generally
3    been terrible.  We heard the answer in English.
4    It's on the videotape.  The word, "usual," was
5    never used.
6        MR. SINAIKO:  I'm going to say, Mr. Abu
7    Hbda requested a translator today.  I assume he
8    took the position that his English is not able to
9    testify today.  Mr. Abu Hbda's English is pretty
10   good.  He seems to understand my questions well.
11   He often starts to answer them before the
12   translator has finished translating, and my
13   question is, why did we go -- I mean, if Abu Hbda
14   is able to answer questions in English, why do we
15   have a translator here today?  That's a question
16   for Ms. Kropf.
17       MS. KROPF:  If you recall, Steve, we
18   started the deposition by saying why doesn't he
19   answer the questions in English, and he translated
20   the answer, and we started with that process, and
21   you said it was smoother to have him answer, and
22   have her translate in English.
23           My suggestion is, why don't I talk to
24   Mr. Abu Hbda, and see how it's going, and see this
25   process before, and see how it's working.

Awni Abu Hba
April 07, 2021                                    42 to 45

Page 42

           A. ABU HBDA
1
2           I take your point.  It's your deposition.
3   We suggested the translator in case there were any
4   issues, but my suggestion was that he answered in
5   English.  I thought you said it was smoother if he
6   answered in Arabic.
7           MR. SINAIKO:  Actually, I -- the court
8   reporter explained, and I agree, there has to be a
9   consistent way that we're doing this.  It's not
10  possible for us to rely on translations of the
11  questions and answers in English.  Like, either
12  it's a translated deposition, or it's not a
13  translated deposition.
14          And if we're going to have him testify in
15  English, which I, actually, having now watched
16  this unfold for a while now, because I'm sort of
17  learning a little bit myself about Mr. Abu Hbda's
18  English skills, it seems to me that he understands
19  pretty well, and, you know, given his background,
20  he's been in the United States for 50 years, it's
21  not surprising that he understands pretty well.
22          If you want to take a break, that's fine,
23  and if you want to make sure it makes sense to
24  continue with the translator, or whether we ought
25  to -- ought to excuse the translator and continue

Page 43

           A. ABU HBDA
1
2   the deposition after the break in English only.
3           MS. KROPF:  I would like to talk to my
4   client about that because there's a comfort point
5   here, you know -- because you're going to ask
6   questions that are probably technical.  The words
7   are very much going to matter, and I don't know
8   how he feels about the translation.  So, why don't
9   we take a 15-minute break, and I'll talk to him,
10  and if you want to, you know, the counsel can talk
11  offline as well.
12          MR. SINAIKO:  Sure.  So, it's 11:21 now,
13  according to my clock.  Why don't we plan to
14  resume ourselves at -- you want to resume at
15  11:45?
16          MS. KROPF:  I don't know if we need that
17  long.
18          MR. SINAIKO:  We don't need that much
19  time.
20          MS. KROPF:  I think 15 minutes is 11:35.
21          MR. SINAIKO:  That's perfect.  Why don't
22  we go off the record and resume at 11:35.
23          THE VIDEOGRAPHER:  We're off the record --
24          THE INTERPRETER:  I want to say something
25  in English, and this is --

Page 44

           A. ABU HBDA
1
2           He's saying something in Arabic, and he
3   was saying something in English, and I have to say
4   both, so that's why I was translating both; that's
5   what I did.
6           MR. SINAIKO:  Understood.  That's actually
7   one of the things that we have to work out here,
8   whether it makes sense to have the translated
9   deposition, whether Mr. Abu Hbda's skills -- it's
10  more sensible, and more efficient to just proceed
11  in English.  So, why don't we go off the record.
12  We'll resume at 11:35, and we'll figure out how to
13  handle this.
14          THE VIDEOGRAPHER:  Okay.  We're now off
15  the record.  The time is 15:22 UTC Time.
16          (Whereupon, a short recess was taken.)
17          THE VIDEOGRAPHER:  We are now back on the
18  record.  The time is 15:39 UTC Time.
19          MR. SINAIKO:  So, before we resume the
20  examination of Mr. Abu Hbda, I just want to
21  summarize the conversation that Ms. Kropf and I
22  had off the record, which is that, although
23  Mr. Abu Hbda's English skills are pretty good,
24  Ms. Kropf informed me that Mr. Abu Hbda is more
25  comfortable having a translator on the call for

Page 45

           A. ABU HBDA
1
2   which reason, we're going to, at least for the
3   time being, continue using the translator, and we
4   could continue to reevaluate that as we move
5   forward; is that fair, Ms. Kropf?
6           MS. KROPF:  That's correct.  Thanks,
7   Steve.
8           MR. SINAIKO:  Okay.
9      Q.   I think we were looking at --
10          MR. SINAIKO:  Okay.  Let's go back to
11  Exhibit 3.
12          And Cosette, could we go to Page 2,
13  please?  And could we zoom in on the one, two --
14  third paragraph.
15     Q.   All right.  Mr. Abu Hbda, can you see the
16  third paragraph of that text that's, you know, part
17  of the Exhibit 3?
18     A.   Yes.
19     Q.   Okay.  And I'm looking at the second --
20  the second sentence of Paragraph 3.  It says that
21  you studied business and political science at
22  Passaic County Community College, and William
23  Paterson Community College; is that correct?
24     A.   It's just some --
25          MR. SINAIKO:  I'm just going to note for

Awni Abu Hba
April 07, 2021                                          46 to 49

Page 46

A. ABU HBDA

1
2   the record that, you know, in response to my
3   question, Mr. Abu Hbda immediately began answering
4   in English, and his answer was perfectly
5   intelligible to me, but we should continue with
6   the translation.
7       A.   Yeah.
8       Q.   Sir, is it accurate that you took business
9   and political science classes at Passaic County
10  Community College?
11      A.   Yes.
12      Q.   And is that the community college in
13  Paterson, New Jersey that you mentioned earlier in
14  your testimony today, sir?
15      A.   Yes.
16      Q.   Okay.  And William Paterson University,
17  that's not the college that you mentioned earlier;
18  is that right?
19      A.   No.
20      Q.   Okay.  But you did take classes at William
21  Paterson University, in addition to the college in
22  Paterson, New Jersey, and in addition to the
23  Institution of Insurance, correct?
24      A.   In William Paterson, and I -- I took --
25  it's -- I took a couple of lecture with -- for

Page 47

A. ABU HBDA

1
2   insurance, not credits.
3       Q.   Okay.  Now that we've clarified that you
4   took classes at William Paterson University, in
5   addition to the Institute of Insurance, and the
6   College at William Paterson, does that refresh your
7   recollection of any other institution in the United
8   States where you studied?
9       THE INTERPRETER:  Can you repeat that?
10      MR. SINAIKO:  Can the court reporter read
11  back the question, please?
12      (Whereupon, the requested portion was read
13  back by the reporter.)
14      A.   I don't recall.
15      Q.   Okay.
16      THE VIDEOGRAPHER:  Can I just ask Mr. Abu
17  Hbda to keep his face in the screen?  Your mouth
18  is cut off.  Thank you.  Thank you.
19      MR. SINAIKO:  Let's go to the next page of
20  Exhibit 3.  And can we zero in on the second
21  paragraph at the top?  There's the one-liner, and
22  then there's the second paragraph.
23      Q.   All right.  Mr. Abu Hbda, do you see that
24  in the second paragraph, the Article says, "Awni Abu
25  Hbda made a run for the City Counsel in 1984 but

Page 48

A. ABU HBDA

1
2   lost"; do you see that?
3       THE INTERPRETER:  Counselor, I don't see
4   it.
5       MR. SINAIKO:  Sure.  We're in the second
6   paragraph on the page.  There's a one-line
7   paragraph, and a second paragraph, and we're
8   looking at the second sentence, which says, "Awni
9   Abu Hbda made a run for the City Council in 1984
10  but lost."
11      THE INTERPRETER:  Yes.  Okay.
12      A.   Yes.
13      Q.   Okay.  And is that statement accurate?
14      A.   Yes.
15      Q.   Okay.  And let me just go to -- let me go
16  to the fourth paragraph down, the one that starts,
17  "Today political candidates," and the first line of
18  the paragraph, second sentence says, "In addition to
19  servicing as Paterson's Deputy Mayor"; do you see
20  that.
21      MR. SINAIKO:  The first sentence says, "In
22  addition to," -- the second sentence says, "In
23  addition to servicing as Paterson Deputy Mayor."
24      THE INTERPRETER:  Thank you.
25      MR. SINAIKO:  We're actually focusing on

Page 49

A. ABU HBDA

1
2   the next sentence, actually --
3       Q.   Actually, let me withdraw the question.
4       Now that the translating is focusing on
5   what I'm focusing on, let me just put the question
6   again.
7       A.   Yes.
8       Q.   Mr. Abu Hbda, on the second page of
9   Exhibit 3, in the fourth paragraph, do you see that
10  it says, "In addition to servicing as Paterson's
11  Deputy Mayor an additional" --
12      A.   Yes.
13      Q.   Okay.  Is it, in fact, the case you served
14  as Paterson's Deputy Mayor?
15      A.   Yes.
16      Q.   And when did you serve as Paterson's
17  Deputy Mayor?
18      A.   2002 to 2010.
19      Q.   Okay.  And have you ever held any title,
20  or -- well, let me withdraw that.
21      Have you ever held any title under any
22  other -- under any other government, apart from
23  Paterson, New Jersey?
24      A.   New Jersey -- in Paterson Commissioner,
25  but not in New Jersey.

Awni Abu Hba
April 07, 2021                                              50 to 53

Page 50

```
1                    A. ABU HBDA
2        Q.  I'm sorry, can you --
3        A.  In Paterson, Commissioner comments --
4   Commissioner Institutes of Paterson.  Commissioner
5   Institutes of Paterson.
6        Q.  Okay.  Mr. Abu Hbda, was your answer a
7   moment ago that you also served as some sort of a
8   Commissioner in Paterson, New Jersey?
9        A.  Yes.
10       Q.  We should wait for the translator to
11  answer for you, and then would you answer --
12            By the way, let's get through this
13  question and we'll come back.
14       MR. SINAIKO:  Could the court reporter
15    read back the question, please?
16       (Whereupon, the requested portion was read
17  back by the reporter.)
18       A.  I used to be Commissioner of the institute
19  of Paterson.
20       Q.  Sir, is it accurate that you were a --
21  that you held the title of Commissioner of the City
22  of Paterson, New Jersey -- you were one of the --
23  withdrawn.
24            Is it accurate, sir, that you held the
25  title Commissioner in the City of Paterson, and that
```

Page 51

```
1                    A. ABU HBDA
2   you were one of a number of Commissioners in that
3   city?
4        A.  I used to be the Commissioner, the
5   Institute of Paterson, and the Library Boards.
6        Q.  Were those appointed commissions, or --
7   withdrawn.
8            Were those appointed positions or elected
9   positions?
10       A.  It's appointed.
11       Q.  Okay.  And apart from your positions in
12  the City of Paterson as Deputy Mayor, and
13  Commissioner, and the Library Board, have you ever
14  held any other title with any government body?
15       THE INTERPRETER:  Okay.
16       A.  With the government, no.
17       Q.  Okay.  Have you ever held a title given to
18  you by the Palestinian Authority?
19       A.  No.
20       Q.  Have you ever been an employee of the
21  Palestinian Authority?
22       A.  No.
23       Q.  Have you ever held a title given to you by
24  the Palestine Liberation Organization?
25       A.  No.
```

Page 52

```
1                    A. ABU HBDA
2        Q.  Okay.
3        MR. SINAIKO:  Cosette, let's bring up Tab
4    2, please.  And I would like to mark this as our
5    next exhibit; I think it's going to be Exhibit 4.
6        (Whereupon, Tab 2 was marked as Exhibit 4 for
7   identification, as of April 7th, 2021.)
8        MR. SINAIKO:  Cosette?
9        MS. VINCENT:  Yes.  Bringing it up.
10       MR. SINAIKO:  Please.  Okay.  Thank you.
11  So, I would like to mark for identification as
12  Exhibit 4 a three-page excerpt from Mr. Abu Hbda's
13  Website, and --
14       Q.  And I would ask you, Mr. Abu Hbda, can you
15  see the document?
16       A.  Yes.
17       Q.  And do you recognize this to be an excerpt
18  for the Website that you obtained for your business?
19       A.  Yes.
20       Q.  And this page of your Website was prepared
21  by you or under your direction, correct?
22       A.  Yes, I -- I -- yes, I took it, but it
23  wasn't me who prepared.
24       Q.  So, it wasn't you who prepared -- oh, I'm
25  sorry.  Let me withdraw that.
```

Page 53

```
1                    A. ABU HBDA
2            Just to be clear, Mr. Abu Hbda, your
3   testimony is that you didn't prepare the document,
4   or you didn't prepare this document, but you checked
5   its content and you agreed with its content,
6   correct?
7        A.  Yes, I checked it and I agree on it.  I
8   agreed on it.
9        MR. SINAIKO:  Okay.  Let's turn to Page 2
10   of the document.
11       Q.  At the top of the page, Mr. Abu Hbda, do
12  you see that it says, "Legalize You Documents"?
13       THE INTERPRETER:  I don't see it.
14       MR. SINAIKO:  At the top of the page, in
15    the center, "Legalize You Documents"?
16       THE INTERPRETER:  Oh, yeah.  Okay.
17       A.  Yes.
18       Q.  Okay.  And can you explain to us -- well,
19  withdrawn.
20            Is Legal -- is, "Legalize You Documents,"
21  is that a service that you provide through Abu Hbda
22  Documentation Services?
23       A.  Yes.
24       Q.  And can you describe to us what that
25  service is exactly?  When you say that one of the
```

Page 54

A. ABU HBDA

1
2  services you offer is, "Legalize You Documents,"
3  what do you mean by that?
4      A.   I witness -- I witness -- I witness,
5  and -- and notary -- about the paper of my client
6  for the embassy, for the embassies.
7      Q.   Okay.  And that -- and which embassies are
8  those, sir?
9      A.   Any embassies in the world.
10     Q.   Does that include, in any way, any
11 embassies with the Palestinian Authority?
12          THE INTERPRETER:  Could you please repeat,
13 sorry?  Excuse me.
14          MR. SINAIKO:  Could the reporter please
15 read back the question?
16          (Whereupon, the requested portion was read
17 back by the reporter.)
18     Q.   When you mentioned, Mr. Abu Hbda, any
19 embassies in the world, does that include any
20 embassies that are in any way associated with the
21 Palestinian Authority?
22     A.   For the Palestinian Embassy will ask
23 people to send their paper to the Embassy.
24     Q.   Okay.  So, to go back to the question, the
25 answer is, I think what you were saying, sir, is

Page 55

A. ABU HBDA

1
2  that the answer to the question is, yes, that the
3  documents in question are prepared for use, you
4  know, or submission to embassies affiliated in some
5  way with the Palestinian Authority; is that correct?
6          MR. BERGER:  Objection, that
7  mischaracterizes his testimony.
8      Q.   Okay.  You may answer, Mr. Abu Hbda.
9  Actually, I apologize.  Let me withdraw the
10 question.
11          You testified a moment ago, Mr. Abu Hbda,
12 that you witness documents for the embassies, and I
13 asked you whether that -- the embassies included any
14 embassies that included in any way any embassies
15 associated with the Palestinian Authority?
16          MR. BERGER:  Objection; that's not what he
17 said.
18          MR. SINAIKO:  I'm reading from the
19 realtime.
20          MR. BERGER:  You're using the word, "for,"
21 in a way that the translator didn't mean.  I could
22 tell you that because we have a check translator
23 here.
24          MR. SINAIKO:  I see.  I can't say what the
25 translator knows or doesn't know.  My Arabic

Page 56

A. ABU HBDA

1
2  skills are obviously less, you know -- less sharp
3  than those of your check translator.  In any
4  event, let me just try to put this question again.
5      Q.   When you say, Mr.  -- when you say,
6  Mr. Abu Hbda that -- let me -- let me withdraw that
7  question.
8          Going back to the top of the center of
9  Page 2 of Exhibit 4 where it says, "Legalize You
10 Documents," is it correct, sir, that the service of,
11 "Legalize You Documents," involves witnessing and
12 notarizing new signatures on documents?
13          THE INTERPRETER:  Okay.
14     A.   Most of the time, yes.  Sometimes there is
15 no signature.
16     Q.   Okay.  And when there is no signature,
17 what does the process of Legalize You Document
18 involve?
19          THE INTERPRETER:  Okay.
20     A.   So, when there is --
21          THE INTERPRETER:  Hold on.  One.
22     A.   When there is a certificate, a course
23 certificate, or a Ph.D., or a death certificate, or
24 a school certificate, or a divorce, or university
25 certificate, we -- we -- we don't sign, we -- we

Page 57

A. ABU HBDA

1
2  don't sign it.  We sign it --
3          THE INTERPRETER:  Okay.
4      A.   We sign it, and we send it to --
5          THE INTERPRETER:  Okay.
6      A.   Okay.  Either people they will send it to
7  the Embassy, or we send it to the Embassy.
8      Q.   Okay.  So, that -- the service, "Legalize
9  You Documents," as noted at the top of the second
10 page of Exhibit 4, can involve you notarizing a
11 signature, correct?
12          THE INTERPRETER:  Okay.
13     A.   So, when it's most -- yeah; when it's a
14 paper coming from the Court, or from a -- when it's
15 a legal paper, or it's a degree.  So, we -- we
16 consider it as a -- it's something legal.  So, we
17 consider it as something legal.
18     Q.   Okay.  Let me go back to the question,
19 Mr. Abu Hbda.  The question is, does the service of
20 Legalize You Documents noted at the top of the
21 center of Page 2, Exhibit 4 include, in some
22 instances, notarizing a signature?  That's a simple
23 question.
24          THE INTERPRETER:  Hold on.  I'm sorry.
25 I'm assume to go step by step because I cannot say

Page 58

A. ABU HBDA

1
2    like that my translation has to be accurate.
3        A.   Okay.  Some legal paper doesn't need to
4    be -- doesn't need to be legalized.
5        Q.   Understood, understood.  Let me step back
6    for a moment, because we're getting a little off
7    track here.
8            In some instances, "Legalize You
9    Documents," involves notarizing a signature; is that
10   correct, sir?  This is the service that's noted at
11   the top of the page, correct, sir?
12       A.   If someone has a paper and we have to sign
13   on it, yes.
14       Q.   Okay.
15       A.   The person has to sign the front of us,
16   yes.
17           MR. SINAIKO:  I would just note again that
18   Mr. Abu Hbda answered that question in English
19   over the translator and, you know, in a perfectly
20   coherent way.  We're going to continue with the
21   translator now, but I am concerned that this is an
22   incredible waste of time, that the translator is
23   acting ineffective here, and it's slowing down the
24   deposition, but we could then --
25       Q.   New question.  Is it correct that service

Page 59

A. ABU HBDA

1
2    of Legalize You Documents sometimes performs you
3    witnessing the signature?
4        A.   Sometimes, yes, sometimes, no.
5        Q.   Okay.  At times, it does, correct?
6            THE INTERPRETER:  Excuse me.
7        Q.   At times, it does, correct?
8        A.   Yes.
9        Q.   Okay.  And at times, "Legalize You
10   Documents," involves documents that are not signed
11   by your clients; is that correct, sir?
12           THE INTERPRETER:  I'm sorry, I'm just
13   reading the question again.
14           Okay.
15       A.   If it's a legal paper, no.  If it's like a
16   court, or a divorce, or a deaf -- death.
17       Q.   Okay.  And in that -- in that instance --
18           When we're talking about a document that
19   is not signed by your client, is it correct, sir,
20   that your service involved submitting that document
21   to an authority for authentication or certification?
22       A.   I would send the paper, and they are free
23   to sign it or not, either sign it or nothing.
24       Q.   Okay.  When you're talking about, for
25   example, authentication, or legalization of a birth

Page 60

A. ABU HBDA

1
2    certificate, or a death certificate, in that
3    instance, you send the -- if the client asks you to
4    you send the certificate to an Embassy -- I think
5    you mentioned an Embassy -- and they put a stamp on
6    it from a foreign government; is that correct?
7            THE INTERPRETER:  Could you say it step by
8    step.
9            MR. SINAIKO:  Okay.
10           THE INTERPRETER:  Or I will read it from
11   the transcript.
12       Q.   Let me try to ask the question in pieces
13   slowly.
14           When you are dealing -- instances when
15   legalizing a document involves legalizing a death
16   certificate; is that correct, Mr. Abu Hbda?
17       A.   Yes.  Yes, and they will be free, if they
18   want to sign it -- if they will sign it or not.
19       Q.   Okay.  But whether or not the -- whether
20   or not the client signs the document,
21   legalization -- that -- what does legalization of a
22   document like that entail?
23       A.   The person will go back to the -- to the
24   --
25           MR. SINAIKO:  Once again, I'll note that

Page 61

A. ABU HBDA

1
2    Mr. Abu Hbda is assisting the translator, and
3    translating, and speaking perfect English.
4        A.   The person will -- will go back to the --
5    to the place where -- the person will -- will go
6    back to the place, like whether they will sign it or
7    not, the person will go back to the --
8            THE INTERPRETER:  Okay.  Excuse me, I will
9    translate it.
10       A.   The person will take the paper -- the
11   person will take the paper.
12           THE INTERPRETER:  Okay.
13       A.   He will send it back to his home, back
14   home.
15           THE INTERPRETER:  Okay.
16       A.   And the -- the -- his back home is free to
17   accept it, whether accept it or not.
18       Q.   And sometimes, Mr. Abu Hbda, you send the
19   document, correct, rather than your client?
20       A.   If they ask me to do it, yes.
21       Q.   Okay.  And when you send the document,
22   what is the purpose of sending the document; what
23   are you trying to get?
24       A.   To be -- to be signed by the -- by the
25   embassy, or -- by the embassy or the -- by the

Page 62

```
1                    A. ABU HBDA
2   embassy or the consulate.
3        Q.   To be signed by an official of a foreign
4   government, correct, or stamp -- let me withdraw
5   that.
6             To be signed, or stamped, or -- let me
7   withdraw that.  I'm going to try one more time.
8             When you send the documents to a foreign
9   embassy, the purpose of that is to have them sign
10  and/or stamp, or certified by an official of a
11  foreign government; is that correct?
12       A.   They will.
13            THE INTERPRETER:  Okay.
14       A.   They will -- they will sign on the top of
15  my signature.  They're not responsible of the main
16  contain of the paper.
17       Q.   Right.  But the purpose of submitting the
18  document to the foreign embassy is to obtain a
19  signature or a stamp on the document from an
20  official of the government whose embassy that is; is
21  that correct?
22       A.   Yes; correct.
23       Q.   Okay.  And one of the places to which you
24  submit documents of this nature to get a signature,
25  or a certification, or a stamp is the Palestinian
```

Page 63

```
1                    A. ABU HBDA
2   Authority; is that correct?
3        A.   No.
4        Q.   So, the answer is no, that's not correct?
5        A.   I don't send to them -- I don't send to
6   the -- the Palestinian Authority.  I send to people
7   who represent the Palestinian Authority.
8             MR. SINAIKO:  Okay.  Once again, I'm going
9   to note that Mr. Abu Hbda was assisting the
10  translator, and translating his answer into
11  English, and I'm going to go on to my next
12  question, which is --
13       Q.   To the embassy which you send these papers
14  in Canada, you understand that to be an embassy
15  operated by the Palestinian Authority, correct?
16            THE INTERPRETER:  Can you please repeat
17  the question.
18            MR. SINAIKO:  Can the court reporter read
19  the question back, please.
20            (Whereupon, the requested portion was read
21  back by the reporter.)
22       A.   Yeah, you -- it was -- it was writing
23  that -- it was -- it was writing -- no, the title
24  was Palestinian delegation.
25       Q.   Okay.  You understand that embassy to be
```

Page 64

```
1                    A. ABU HBDA
2   affiliated with the Palestinian Authority, correct,
3   sir?
4        A.   I only know that it represent -- it
5   represent Palestinian, Palestinian people.
6        Q.   Okay.  Staying on Page 2 of Exhibit 4, do
7   you see, sir, that it says, "Passport Services"; do
8   you see that, sir?
9        A.   Yes.
10       Q.   Okay.  And would it be fair to say, sir,
11  that, "Passport Services," involves the submission
12  of applications to obtain or renew a passport?
13       A.   No.
14       Q.   No?  Can you describe -- oh, sorry.  Can
15  you describe what, "Passport Services," means,
16  please?
17       A.   Someone will come with that --
18            THE INTERPRETER:  Hold on.
19       A.   Someone will come --
20            THE INTERPRETER:  Hold on.
21       A.   Someone will come --
22            THE INTERPRETER:  Okay.
23       A.   Someone will come with his passport.  We
24  will do Power of Attorney from him to someone else.
25  He will sign it in front of me.
```

Page 65

```
1                    A. ABU HBDA
2             After that, I will sign it notary, and I
3   will give -- I will give it to him, and he will send
4   it to -- he will send it with whatever he wants.
5        Q.   Okay.  So, your service, when you say,
6   "Passport Services" -- pardon me.
7             When you say, "Passport Services," on your
8   Website here, Mr. Abu Hbda, the service you provide
9   is notarizing a signature on a passport application;
10  is that correct?
11            THE INTERPRETER:  Okay.
12       A.   I notarize -- I notarize his signature
13  only.  I notarize his signature only.
14       Q.   Okay.  So, just to be clear, and to close
15  this off, "Passport Services," involves the
16  notarization of passport applicants on passport
17  applications, correct?
18       A.   So, on the Passport Services, there is no
19  application; there is only Power of Attorney.
20            MR. SINAIKO:  Okay.  I'm going to suggest
21  it's 12:30 now.  I'm going to suggest that we take
22  our lunch break, and we resume at 1:30, if that's
23  okay with everybody.
24            MS. KROPF:  Okay.  That's fine.  I don't
25  know if we want to have a conversation about the
```

Page 66

A. ABU HBDA

1
2    translation on the record or off the record.
3         MR. SINAIKO:  I guess we could have a
4    conversation about translation off the record, but
5    after we have the conversation about translation
6    off the record, we need to have the conversation
7    on the record.
8         MS. KROPF:  That's fine.
9         MR. SINAIKO:  Why don't Mr. Abu Hbda be
10   excused, so he could have his lunch, And Counsel
11   can have the conversation about translation, and
12   we'll plan to resume at 1:34.  Actually, you know
13   what, I take it back.  Let's plan to resume at
14   1:34.
15        THE VIDEOGRAPHER:  Okay.  We're now off
16   the record.  The time is 16:34 UTC Time.
17        (Whereupon, a short recess was taken.)
18        THE VIDEOGRAPHER:  We are now back on the
19   record.  The time is 17:39 UTC Time.
20        MR. SINAIKO:  I will just point out to
21   everyone on the call, before we resume the
22   examination of Mr. Abu Hbda, that we have a new
23   translator now.  The translator, maybe the new
24   translator could identify himself by name and be
25   sworn by the court reporter.

Page 67

A. ABU HBDA

1
2         THE INTERPRETER:  Sure.  My name is
3    Sadeer; S-A-D-E-E-R; this is the first name.  Al,
4    A-L, space, Amiri, A-M-I-R-I, and it's written on
5    the screen.
6                   - o 0 o -
7
8         H A D E E R  A L A M I R I,
9         Called as the interpreter in this
10   matter, was duly sworn by a Notary Public to
11   accurately and faithfully translate the
12   questions propounded to the AWNI ABU HBDA
13   from English into Arabic, and the answers
14   given by the AWNI ABU HBDA from Arabic into
15                    English.
16
17                   - o 0 o -
18
19
20
21
22
23
24
25

Page 68

A. ABU HBDA

1
2    BY MR. SINAIKO:
3         Q.  Mr. Abu Hbda, I hope you had a terrific
4    lunch.  Are you ready to resume?
5         A.  Yes.
6         Q.  Do we wait, the translate -- I don't --
7    maybe you don't need the translator, but if the
8    translator's here, we should use the translator.
9         A.  I'm ready.
10        MR. SINAIKO:  Okay.  Cosette, could we
11   bring up -- could we bring up Tab 4, again,
12   please?
13        MS. VINCENT:  Yes.
14        MR. SINAIKO:  I'm sorry, I meant Tab 2,
15   Exhibit 4.
16        MS. VINCENT:  I got you.
17        MR. SINAIKO:  Done, and done.
18        Q.  Okay.  We're going to stay on Page 2, and
19   we're going to resume -- we're going to try to run
20   back over some material we did before where we were
21   having trouble with the translation; is that okay,
22   Mr. Abu Hbda?  Please, if we don't need the
23   translator, we could excuse him, but if we need the
24   translator --
25        A.  Yes, sir.

Page 69

A. ABU HBDA

1
2         Q.  Okay.  Returning to the top of the page.
3    Do you see in the center of the page says, "Legalize
4    You Documents"; do you see that, sir?
5         A.  Yes, I see it.
6         Q.  And, "Legalize You Documents," is one of
7    the services that Awni Abu Hbda Documentation
8    Services provides; is that correct?
9         A.  Yes.
10        Q.  Okay.  And can you describe the nature of
11   the service, "Legalize You Documents"?
12        A.  It's like a notarization, when somebody
13   comes to sign a document, and you witness this
14   signature, and you sign it.  It's like a notary
15   public service.
16        Q.  Okay.  And apart from witnessing or
17   notarizing a signature, does, "Legalize You
18   Documents," entail any other type of service?
19        A.  If someone wants to notarization, if he
20   wants to send the papers to the embassy to be
21   signed, we take the papers and send them to that
22   embassy.
23        Q.  Okay.  And the embassies to which you
24   sign -- to which you send these papers -- let me
25   withdraw that and start again.

Awni Abu Hba
April 07, 2021                                              70 to 73

Page 70

1                   A. ABU HBDA
2          The embassies to which you send these
3    papers, those includes embassies associated with the
4    Palestinian Authority, or the Palestinian
5    association; is that correct, sir?
6          A.   It's representative of the Palestinian
7    population in Canada.
8          Q.   And do you understand that this
9    representative of the Palestinian people in Canada
10   is in some fashion associated with the Palestinian
11   Liberation Organization or the Palestinian
12   Authority?
13         A.   I don't know the relationship or the rules
14   in that country.  All I know is that it's a
15   representative of the Palestinian application in
16   Canada and it documents or certify documents.
17         Q.   Thank you, Mr. Abu Hbda.
18         MR. SINAIKO:  Let's mark as our next
19   Exhibit a 55-page document that is titled on the
20   front page, "Declaration of C. Russell."
21         This is Tab 10C. Cosette, could you bring
22   it up, please?
23         MS. VINCENT:  It will be up shortly.
24         (Whereupon, Declaration of C. Russell was
25   marked as Exhibit 5 for identification, as of

Page 71

1                   A. ABU HBDA
2    April 7th, 2021.)
3          A.   Yes, sir.
4          Q.   And, specifically, we're going to turn to
5    Page 52 of the document.
6          MR. SINAIKO:  Page --
7          MS. VINCENT:  Yeah, I'm going to have to
8    exit out of there as quick as possible.  I'll
9    share my screen in a moment.
10         MR. SINAIKO:  Can we rotate that around,
11   so Mr. Abu Hbda could see that more clearly?
12         MS. VINCENT:  I'll rotate it.  One moment.
13         Q.   Can you see the page that we're focusing
14   on from Exhibit 5, Mr. Abu Hbda?
15         A.   Yes, I do.
16         Q.   Okay.  And do you recognize that this is a
17   document that you've seen before, sir?
18         A.   Yes, I do.
19         Q.   Okay.  And do you see that there's a stamp
20   in black ink in the upper left-hand corner, and a
21   raised seal, and the stamp in black ink says, "Abu
22   Hbda"; do you see that, sir?
23         A.   Yes, I do.
24         Q.   And the stamp in black ink, that's your
25   notarial stamp; is that correct, sir?

Page 72

1                   A. ABU HBDA
2          A.   Yes, sir.
3          Q.   And you were saying the signature there,
4    that's your signature; is that correct, sir?
5          A.   Yes.
6          Q.   Do you see the raised seal immediately to
7    the left of your black ink seal?
8          A.   Yes.
9          Q.   Is that a notarial seal?
10         A.   Yes, sir.
11         Q.   Whose notarial seal was that?
12         A.   For me.
13         Q.   Okay.  And do you see that there are a
14   number of other stamps on this document?  There's a
15   stamp -- let me withdraw that.
16         Do you see there's a stamp in blue ink,
17   and there's a stamp in red ink on this document?
18         A.   Exactly, yes.
19         Q.   And, sir, is this an example of a document
20   that Awni Abu Hbda Documentation Services legalized?
21         A.   It maybe like -- certificates, graduation
22   certificates, death certificates, authorization.
23   Yes, this is one of them; yes, maybe.
24         Q.   Okay.  And are you able to read the blue
25   ink stamp?

Page 73

1                   A. ABU HBDA
2          MR. SINAIKO:  Cosette, could you zoom in
3    on the blue ink stamp, please.
4          Q.   Is that okay, Mr. Hbda.  Can you see it?
5          A.   It says, "General Palestinian Delegation
6    Canada."
7          Q.   Okay.  And is that the office in Canada to
8    which you emailed documents when you want them
9    legalized?
10         A.   Yes, sir.
11         Q.   And now, let's look at the red ink stamp.
12   Can you read the red ink stamp, sir?
13         A.   Not all of it.
14         Q.   Okay.  Are you familiar with that stamp,
15   sir?
16         A.   Yes, I've seen stamps like this.
17         Q.   So, although you're unable to read the
18   stamp in its entirety, can you read the portions of
19   it that you are able to read?
20         MR. SINAIKO:  Let the record reflect that
21   Mr. Abu Hbda translated the red ink stamp to the
22   best he was able to --
23         A.   It says the a Palestinian delegation
24   legalized this document, but it doesn't confirm the
25   contents or the information inside this document.

Page 74

1                    A. ABU HBDA
2     It's not responsible for the content inside this
3     document.
4          Q.    And you can see inside, Mr. Abu Hbda, do
5     you see that there is a blue ink signature inside
6     the red ink stamp?
7          A.    Yes.
8          Q.    And are you able to tell us whose
9     signature that is?
10         A.    To be honest, I don't know whose signature
11    is that.
12         Q.    Okay.  And this stamp, is this a stamp
13    that's typically -- let me withdraw the question and
14    try again.
15              Is this red ink stamp a stamp that
16    typically appears on documents that you have
17    legalized for your clients?
18         A.    Not all the documents, no.
19         Q.    Do you have any understanding as to which
20    types of documents this red ink stamp would appear
21    on and which not?
22         A.    I'm not sure, but I think maybe it's the
23    certificates that has this red ink stamp, while
24    other documents, they don't have this stamp.
25         Q.    Okay.  And do you have any understanding

Page 75

1                    A. ABU HBDA
2     as to who placed the red ink stamp on this document?
3          A.    The council, or the delegation of both the
4     council.
5          Q.    And that's a person in this office in
6     Canada that you mentioned earlier, this delegation
7     office to which you mail papers, which you would
8     like papers legalized for your clients, correct?
9          A.    This is what this supposed to be.
10         Q.    Okay.  But just to clarify, my question
11    was the office where that stamp was applied was the
12    office -- as you understand it, the office where
13    that stamp was applied was the office in Canada to
14    which you send documents when your clients asked you
15    to have them legalized; is that correct?
16         A.    Yes.
17         Q.    Okie doke.
18              MR. SINAIKO:  Now, let's go back for a
19    moment to Exhibit 4.  Okay.  Now, Cosette, we're
20    getting Exhibit 4 back up.
21              MS. VINCENT:  Yes, we are.
22              MR. SINAIKO:  Okay.  And let's turn to
23    Page 2 for Mr. Abu Hbda.
24              MS. VINCENT:  Is this the page you want?
25              MR. SINAIKO:  I'm sorry, I think we're

Page 76

1                    A. ABU HBDA
2     looking at the wrong document.  I want to look at
3     Tab 2, which is also Exhibit 4.
4              MS. VINCENT:  Sorry.
5              MR. SINAIKO:  It's okay.  Take your time.
6              Bear with us for just a moment, Mr. Abu
7     Hbda.
8              There we go.  Back to Page 2.
9          Q.    Okay.  Now, underneath, "Legalize You
10    Documents," you see that there are a number of
11    different types of -- there are a number of
12    different entities on that page?
13         A.    Yes.
14         Q.    Okay.  The first one is, "Awni Abu Hbda
15    Service Registration Form"; do you see that?
16         A.    Yes.
17         Q.    Can you tell us what that is.
18         A.    This is registering a client.  If someone
19    comes to my office, I register his office or enter
20    his name in a book.
21         Q.    Ah.  Is that a book where you record your
22    notarial act, sir?
23         A.    It's a regular page.  I don't see -- of
24    this pages it changes day by day.
25         Q.    Got it.  But, this service registration

Page 77

1                    A. ABU HBDA
2     form, this is not a document you would legalize?
3     This is a piece of paper you have your clients
4     complete, so you could provide services to them; is
5     that correct?
6          A.    Correct.
7          Q.    Okay.  Going back up to Legalize You
8     Documents for one moment.  What do you typically
9     charge clients to Legalize You Documents for them?
10         A.    If it's only notary public, I charge from
11    five to 15 to 20; this is only if it's notary
12    public.
13         Q.    Right.  And if they're -- in the instances
14    where you're asked to legalize a document by
15    transmitting it to this office in Canada, what do
16    you charge clients to do that?
17         A.    So, the service includes the postage that
18    we use to send it, the fees that they charge us, and
19    the preventative to cancel it, and our fees.  So, it
20    ranges from 250 to 300.  Again, this includes the
21    postage, and includes the money postage.  We -- the
22    money order to pay for the fees that we -- council
23    charges, or that office charges, plus our fees to
24    legalize the document.  The total is between $250
25    and $300 in total.

Awni Abu Hba
April 07, 2021                                              78 to 81

---

Page 78

A. ABU HBDA

1
2    Q.   And Mr. Abu Hbda, what does your business
3  charge -- let me withdraw that question and ask it
4  more crisply.
5             Mr. Hbda -- I'm going to try one more time
6  here.
7             Mr. Abu Hbda, what is your fee, putting
8  aside the fees for postage, and fees charged by the
9  council, whatever you charge, what is your fee that
10 you charge for the document?
11   A.   Between $50 to $100.
12   Q.   And how frequently would you say -- well,
13 let's just -- let me withdraw that question and try
14 again.
15            How frequently would you say that you send
16 documents to this office in Canada that we've been
17 talking about, this delegation of the Palestinian
18 people that you mentioned; how frequently would you
19 say that you send documents to that office that --
20 to be legalized?
21   A.   It may be once a week or maybe every day;
22 it's variable.  It depends on the people.
23   Q.   So, would it be fair to say that over the
24 last year, you've done that at least 50 times?
25   A.   I don't have the number.  I cannot tell.

---

Page 79

A. ABU HBDA

1
2    Q.   Okay.  So, ballpark, you're not prepared
3  to say you did it at least 50 times over the last
4  year?
5    A.   I don't know.  To be honest, I'm not sure.
6    Q.   But you'd say --
7             Well, just to go back to what you said
8  before.  You'd say that you do it several times a
9  month; is that correct, sir?
10   A.   Maybe more.  I don't know.
11   Q.   Okay.  Let's go down to a few stops on the
12 document.  Do you see that it says, "Passport
13 Services"?
14   A.   This is in total.
15            THE INTERPRETER:  I will repeat the
16   question.  It seems he did not hear it.
17            MR. SINAIKO:  Okay.  Go ahead.
18   A.   Yes, sir.
19   Q.   And can you tell me, does, "Passport
20 Services," include -- well, withdrawn.
21            The Passport Services that your company
22 provides, does that include the transmission of
23 documents to the office in Canada that we've been
24 talking about, the delegation of the Palestinian
25 people, as you describe it?

---

Page 80

A. ABU HBDA

1
2    A.   Yes, sir.  No.
3    Q.   Okay.  Do the Passport Services that your
4  company provide, or -- withdrawn.
5             Do the Passport Services that your
6  business provides relate in any way to passports
7  issued by the Palestinian Authority, or the
8  Palestinian Liberation Authority, to the extent such
9  exist?
10   A.   We write an authorization between two
11 persons; one person here and one person in
12 Palestinian.  This has no relation to the PLO, or
13 the organization; it's two persons.
14   Q.   What is the nature of this authorization
15 that you're talking about?
16   A.   It gives authorization to this person to
17 renew the passport for that other person.  We just
18 notarized this document.
19   Q.   I see.  Is this a document that's issued
20 by the Palestinian Authority, and that you assist
21 one of your customers in executing?
22   A.   No, most of the time we write it.  It's a
23 handwritten.  This person authorizes that person to
24 do the renew; that's it.
25   Q.   And is there a prescribed form of words

---

Page 81

A. ABU HBDA

1
2  that that document needs to include in order to be
3  legally valued?
4    A.   No, to accept another person to renew the
5  passport, they accept any notarize document, only in
6  America, not only for me, but in the whole state in
7  America.
8    Q.   Right.  And are these documents that are
9  used to apply for or renew passports issued by the
10 Palestinian Authority or the Palestinian Liberation
11 Organization?
12   A.   No, these are the Palestinian passports.
13   Q.   Right.  So, is it -- how -- well, let me
14 withdraw that.
15            How do you understand --
16            After you prepare and understand and
17 notarize one of these documents, how do you
18 understand that your clients utilize these
19 documents; in other words, what do they do with
20 them?
21   A.   He sends these documents by FedEx to the
22 other person, and after this leaves my office, I
23 don't know what happens to him.  I don't know
24 anything about him after he leaves.
25   Q.   Okay.  And this passport service that you

---

Page 82

A. ABU HBDA

1
2  perform in connection with passports by the
3  Palestinian Authority, how long have you been
4  performing that service?
5      A.   I don't know to be honest.  I've been
6  notarizing papers for customers for long time, but I
7  don't have an idea of how long exactly.
8      Q.   Would you say it's been at least five
9  years?
10     A.   Maybe.  It may be five, it may be seven,
11 it may be more.  I don't know.
12     Q.   Okay.  The preparation of these documents
13 is important in order for a person in the United
14 States to be able to obtain or renew a passport
15 issued by the Palestinian Authority; is that
16 correct?
17     A.   Correct.
18     Q.   And did there come a time when you learned
19 how to prepare these documents, so that they would
20 be legally effective when presented to these
21 authorities, you know, were presented to the
22 Palestinian Authority?
23     A.   Sometimes --
24          THE INTERPRETER:  I'm sorry.
25     A.   Sometimes customers bring all of the form

Page 83

A. ABU HBDA

1
2  papers written and sent to them from my home
3  country, and they wanted to be notarized.
4      Q.   Right, but you mentioned -- thank you very
5  much.
6           You mentioned before, Mr. Abu Hbda, that
7  sometimes you prepared the document, right?
8  Sometimes you prepared the document that has to be
9  notarized and then returned to the Palestinian
10 Authority, correct?
11     A.   Correct.
12     Q.   Okay.  How did you learn the proper
13 wording to put in these documents, so that when
14 presented to the Palestinian Authority, the
15 documents would have the desired effect?
16     A.   We made copies from the papers that were
17 brought to us and then we started using them.
18     Q.   Okay.  Have you ever familiarized yourself
19 for the legal requirements for the issuance or
20 renewal of a passport by the Palestinian Authority?
21     A.   I know that from the people who come,
22 these people have spoken with the people who they
23 want to authorize, and they gave -- they give them
24 the information.
25     Q.   Has any representative of the Palestinian

Page 84

A. ABU HBDA

1
2  Authority ever explained to you any aspect of the
3  process of the issuance or renewal of a passport by
4  the Palestinian Authority?
5      A.   No.
6      Q.   Okay.  And these Passport Services that
7  you provide that are referenced on Page 2 of Exhibit
8  4, have you ever performed those Passport Services
9  in connection with the issuance or renewal of a
10 passport, other than by the Palestinian Authority?
11     A.   Yes, there is.  I performed services for
12 passports to travel to Jordan, and, also, for the
13 Egyptian government.  So, anyone who come requesting
14 this service, I file the form for him or for her.
15     Q.   Okay.  Let's move down to, "Family
16 Matters"; do you see that, Mr. Abu Hbda?
17     A.   Yes, sir.
18     Q.   Can you describe that service to us,
19 please.
20     A.   So, if two people fight at home, like a
21 husband and a wife, I try to solve the issue between
22 them, and if there's another issue, like a daughter
23 with her father, or a family member with another
24 family member for the Palestinian population, I come
25 and try to solve the issue for them.

Page 85

A. ABU HBDA

1
2      Q.   Got it.  And so is that a service that
3  falls within the category of legalization of
4  documents?
5      A.   Yeah, sometimes -- thank you.  Sometimes
6  they have written documents, or have filed claims
7  against each other, and through each of them, and
8  then they come, and the issue solve them; they try
9  to discharge the claim, dissolve the claim, and they
10 write the paper, and I notarize this paper.
11     Q.   And that's a service that you provide as a
12 Notary Public of the State of New Jersey; is that
13 correct?
14     A.   It is a service that I provide for the
15 population, the Palestinian population, to solve the
16 issues or the altercations between the persons.
17     Q.   And you know to whom these documents you
18 note relating to Family Matters are submitted by
19 your customers?
20     A.   I give it to the person responsible, and
21 he submits it to the Court to discharge or resolve
22 the claim after they drop the case, and all these
23 services are free, just to clarify.  I don't get any
24 payment for these services; I provide it for free.
25     Q.   Excellent.  And these services are with

Awni Abu Hba
April 07, 2021                                                86 to 89

Page 86

A. ABU HBDA

1    respect to legal proceedings in the United States;
2    is that correct?
3        A.   If there is a claim, yes, but if there
4    isn't a claim, we just try to solve the issue
5    between them, and they come in peace between them.
6        Q.   Excellent.  Let's move down to the next
7    one here.  It says, "Driver License Certification";
8    do you see that one, sir?
9        A.   Yes, sir.
10       Q.   Okay.  And can you tell us what Driver
11   License Certification -- withdrawn.
12           Can you tell us what service Driver
13   License Certification involves, or can you describe
14   the service?
15       A.   Okay.  So, they stopped at this entity
16   before a while ago.  We used to do a translation, if
17   someone comes from an Arabic country, or the
18   driver's license from that country, we try to
19   translate and validate this driver's license, and
20   notarize it, and he takes it to the DMV, but now it
21   stopped.  It's not longer available.
22       Q.   And when did that service cease to be
23   available?
24       A.   It stopped at a point now, but they

Page 87

A. ABU HBDA

1    specified certain authorized people to do this
2    service.
3        Q.   Okay.  So, when you say they -- when you
4    say, "they specified certain authorized people," who
5    is, "they"?
6        A.   The DMV in New Jersey.
7        Q.   Okay.  Got it.  Is that a service that you
8    ever performed, so that a driver's license could be
9    certified to any entity outside the United States?
10       A.   No.
11       Q.   Okay.  Let's move down to, "Life
12   Certificate."  Can you tell us what service
13   involves, "Life Certificate"?
14       A.   So, this service is a service where, from
15   all over the Arabic countries, people are retired,
16   and they have to prove that their still alive to
17   receive their retirement.  So, they come to my
18   office with the proper documents that they have
19   that -- the ID and the passport, and we write a form
20   and they sign it.  I notarize it to prove that this
21   person is still alive, and then the person takes it
22   and sends it to his government, and to be able to
23   receive the retirement.
24       Q.   Right.  And do you know whether any of

Page 88

A. ABU HBDA

1    these Life Certificate documents have, you know,
2    well -- withdrawn.
3        Q.   Do you know whether any of the Life
4    Certificate documents you've certified have been
5    used for the purposes of collecting a pension, or
6    money, or from the Palestinian Authority, or the
7    Palestinian Liberation Organization?
8        A.   I don't know that.
9        Q.   So, it's possible that the answer is yes;
10   is that correct, sir?
11           MR. BERGER:  Objection to the form of the
12   question; calls for speculation.
13       Q.   Mr. Abu Hbda, you may answer.
14           MR. SINAIKO:  Can we have the question
15   repeated for Mr. Abu Hbda, please?
16       (Whereupon, the requested portion was read
17   back by the reporter.)
18       A.   I don't know.  I can't tell you.  No, I
19   don't know.
20       Q.   Okay.  So, my question to you, sir, is, is
21   it possible that the answer to the question is yes?
22           MR. BERGER:  I object to the form of the
23   question; calls for speculation, and it's been
24   asked and answered.

Page 89

A. ABU HBDA

1        MR. SINAIKO:  Mr. Berger, let me ask the
2    question.
3        Q.   Is it possible that one or more of the
4    Life Certificate documents that you assisted in
5    preparing have been submitted to the -- a -- or the
6    Palestinian Liberation Authority, or Palestinian
7    Liberation Organization, for purposes of collecting
8    a pension or money from one of those entities?
9        MR. BERGER:  And I object to the question,
10   even though it was re-worded, because it calls for
11   speculation.
12           MR. SINAIKO:  Okay.  The objection has
13   been noted, and the Witness should answer.
14       A.   I don't know.  Not even a single one.  I
15   don't know anything about these documents.
16       Q.   These documents that you assist in
17   preparing, right?
18       A.   Maybe.  I haven't done, not even a single
19   one.  I don't remember whether I've done it, or
20   maybe I haven't done any of them.
21       Q.   So, you have no recollection, one way or
22   the other, whether any of these documents were for
23   the purpose of collecting a pension, or money from
24   the Palestinian Liberation Organization, or the