Fuad Ateyeh
April 08, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
SHABTAI SCOTT SHATSKY, ET AL.,

                            Plaintiffs,

                            Civil No.:
                            8 CIV. 12355 (MKV)


             -against-


THE PALESTINE LIBERATION ORGANIZATION, ET AL.,


                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - -x

                     DEPOSITION OF

                     FUAD ATEYEH

             Taken on April 8, 2021

- - - - - - - - - - - - -- - - - - - - - - - - -x

Fuad Ateyeh
April 08, 2021

Page 2

1
2                    I N D E X
3    WITNESS         EXAMINATION BY        PAGE
4    FUAD ATEYEH     MR. WICK               10
5    FUAD ATEYEH     MR. BERGER             68
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2    *****************************************************
3    VIDEO-RECORDED REALTIME DEPOSITION of FUAD ATEYEH,
4    held on April 8, 2021, at 12:32 p.m., was sworn
5    before AMBRIA IANAZZI, a Registered Professional
6    Reporter, Certified Realtime Reporter, and Notary
7    Public.
8    *****************************************************
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2                       (CONT'D)
3                    I N D E X
4              MARKED FOR IDENTIFICATION
5    EXHIBIT       DESCRIPTION          PAGE
6    Exhibit 1     Tab 3                  13
7    Exhibit 2     Tab 4                  39
8    Exhibit 3     Tab 9                  45
9    Exhibit 4     Tab 10                 48
10   Exhibit 5     Tab 8                  52
11   Exhibit 6     Tab 1                  58
12   Exhibit 7     Tab 5                  63
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1
2    A P P E A R A N C E S:
3
4    COHEN & GRESSER LLP
5         Counsel for Plaintiffs
          800 Third Avenue
         New York, New York 10022
6
7    BY:  RONALD F. WICK, ESQ.
          rwick@cohengresser.com
8         ERICA LAI, ESQ.
          elai@cohengresser.com
9         ANDREW PECORARO, ESQ.
          apecoraro@cohengresser.com
10
11   SQUIRE PATTON BOGGS
         Attorneys for Defendants
12        1211 6th Avenue, 26th Floor
         New York, New York 10036
13
14   BY:  MITCHELL BERGER, ESQ.
          mitchell.berger@@squirepb.com
15        GASSAN BALOUL, ESQ.
          gassan.baloul@squirepb.com
16        JOSEPH ALONZO, ESQ.
          joseph.alonzo@squirepb.com
17        SALIM KADOURA, ESQ.
          salim.kadoura@squirepb.com
18
19   ROGERS JOSEPH O'DONNELL, PC
         Counsel for the Witness
20        875 15th Street, Northwest #725
         Washington, D.C. 20005
21
22   BY:  DEAN PAIK, ESQ.
23
24
25

Fuad Ateyeh
April 08, 2021

Page 6

```
1
2                    (CONT'D)
3          A P P E A R A N C E S:
4
5     ALSO PRESENT:
6
7     COSETTE VINCENT, Cohen & Gresser
8     ELIZABETH BEZVERKHA, Cohen & Gresser
9     HADEER AL AMIRI, Interpreter
10    COREY WAINAINA, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
1
2          THE VIDEOGRAPHER:  Good afternoon.  We are
3     now on the record.  The Participants should be
4     aware that this proceeding is being recorded, and
5     as such, all conversations held will be recorded,
6     unless there is a request or agreement to go off
7     the record.  This is the remote video-recorded
8     deposition of Fuad Ateyeh.  Today is Thursday,
9     April 8th, 2021.  The time is now 16:33 UTC Time.
10         We are here in the matter of Shatsky
11    versus PLO.  My name is Corey Wainaina.  I am the
12    Remote video technician on behalf of U.S. Legal
13    Support located at 90 Broad Street, New York, New
14    York.  I'm not related to any Party in this
15    Action, nor am I financially interested in the
16    outcome.
17         At this time, will the reporter Ambria
18    Ianazzi on behalf of U.S. Legal Support please
19    enter the statement for remote proceedings into
20    the record.
21         MR. WICK:  Before we begin, just one
22    housekeeping measure, I would ask, as we are here
23    remotely during the COVID-19 Pandemic, that
24    Counsel confirm that we're stipulating, pursuant
25    to Rule 29 to the Federal Rules of Civil Procedure
```

Page 7

```
1
2                    - o 0 o -
3
4          H A D E E R   A L   A M I R I,
5          Called as the interpreter in this
6     matter, was duly sworn by a Notary Public to
7      accurately and faithfully translate the
8      questions propounded to the AWNI ABU HBDA
9      from English into Arabic, and the answers
10    given by the AWNI ABU HBDA from Arabic into
11                  English.
12
13                    - o 0 o -
14
15          F U A D   A T E Y E H,
16        The WITNESS herein, after having been
17     first duly sworn by a Notary Public, was
18        examined and testified through an
19        interpreter, in Arabic, as follows:
20
21                    - o 0 o -
22
23
24
25
```

Page 9

```
1
2     that today's deposition may be taken by
3     videoconference, as we're proceeding, and that it
4     may be taken before Ms. Ianazzi, who I understand
5     is in New York, and the rest of us are scattered
6     in different locations; do Counsel agree?
7          MR. BERGER:  For the Defendants, yes.
8          MR. PAIK:  For the deponent, yes.
9          MR. WICK:  Thank you.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Fuad Ateyeh
April 08, 2021

Page 10

```
 1                      F. ATEYEH
 2    EXAMINATION BY
 3    MR. WICK:
 4         Q.   Good morning, Mr. Ateyeh.  Thank you for
 5    coming today.
 6         A.   Good morning, sir.
 7         Q.   My name is Ron Wick.  I'm with the law
 8    firm of Cohen & Gresser, and I will be asking you
 9    some questions today.  Let me begin by asking you,
10    have you ever had your deposition taken before?
11         A.   Yes.
12         Q.   On how many occasions?
13         A.   Twice.
14         Q.   Great.  We may come back to that, but let
15    me just go over the process with you.  As a
16    reminder, the court reporter will be transcribing
17    everything we say today.  To make sure that the
18    record is accurate, and especially since we're
19    proceeding by videoconference, it is important that
20    you and I, and the other counsel, and our
21    interpreter, not speak over each other, so that only
22    one person speaks at a time, and I would wait --
23    excuse me.
24         So, I would ask that you wait until I
25    finish my questions before you start to answer, and
```

Page 11

```
 1                      F. ATEYEH
 2    I will, in turn, try to wait until you finish before
 3    I ask another question.
 4         And it is also important, given that we do
 5    have a court reporter taking down everything that we
 6    say, for you to respond to questions verbally.  For
 7    example, nodding your head is something that can't
 8    be transcribed.
 9         And if you don't understand one of my
10    questions, please let me know, and I will try and
11    rephrase it for you.  If you do answer a question, I
12    will assume that you understood it; okay?
13         Your counsel and other counsel here may
14    object to my questions.  Unless your counsel
15    instructs you not to answer a question, you should
16    go ahead and answer my question, even though there
17    was an objection; is that understood?
18         And lastly, I hope we won't be going for
19    too long today, but we may take periodic breaks
20    during the deposition.  If you need a break at any
21    time, please let your attorney know, or let me know,
22    and we'll do our best to accommodate your request.
23         My one request is that if I've asked you a
24    question, I would ask that you answer the question
25    before we take the break; is that all right?
```

Page 12

```
 1                      F. ATEYEH
 2         A.   Okay.
 3         Q.   Mr. Ateyeh, are you aware of any reason
 4    why you cannot answer my questions today fully and
 5    accurately?
 6         A.   No.
 7         Q.   All right.  I note that you asked for an
 8    interpreter today.  Mr. Ateyeh, are you fluent in
 9    Arabic?
10         A.   Yes.
11         Q.   And are you also fluent in English?  How
12    long have you lived in the United States?
13         A.   So --
14         THE INTERPRETER:  This is interpreter.  I
15    want to instruct him in Arabic, also, for his
16    answers to be in Arabic, also, instead of English.
17         A.   Fifty-two years.
18         Q.   All right.  And when you conduct business,
19    typically, which language do you use?
20         A.   English.
21         Q.   I'm going to be showing you some documents
22    during the deposition.  We'll be putting them on the
23    screen, and we will show you as much of the document
24    as you need to see.  If there's something else in
25    the document you would like to see, you and your
```

Page 13

```
 1                      F. ATEYEH
 2    counsel could just let us know, and we'll be happy
 3    to move the document around and show you whatever it
 4    is.  And I'm going to do that now.
 5         MR. WICK:  And could we put up Tab 3,
 6    please.
 7         MS. VINCENT:  Yes.
 8         (Whereupon, Tab 3 was marked as Exhibit 1 for
 9    identification, as of April 8th, 2021.)
10         Q.   Can you see that, Mr. Ateyeh?  What we're
11    showing you right now is a copy of a Subpoena from a
12    Court that's commanding you to appear at a
13    deposition today.  Go ahead.
14         Have you received a copy of the Subpoena?
15         Mr. Ateyeh, because you've requested an
16    interpreter, and he's translating my questions in
17    Arabic, you need to answer in Arabic, and have him
18    translated back to me.
19         Q.   And to be clear, do you understand,
20    Mr. Ateyeh?
21         A.   Yes.
22         Q.   Okay.
23         THE INTERPRETER:  This is interpreter.  I
24    asked him if he received a copy of the Subpoena
25    and the answer was yes.
```

Page 14

```
1              F. ATEYEH
2      Q.   All right.  And is it your understanding
3  that you are testifying today pursuant to the
4  Subpoena?
5      A.   Yes.
6      Q.   Did you do anything to prepare for your
7  deposition today?
8      A.   Yes.
9      Q.   What did you do?
10         MR. PAIK:  So, we're not talking about
11    meeting with the lawyer, or anything that
12    Mr. Ateyeh and I spoke about.
13     Q.   Other than speaking with your lawyer,
14  Mr. Ateyeh, what did you do to prepare for your
15  deposition today?
16     A.   I was asked to search or look for some
17  papers, and I was trying to locate them and give
18  them to my attorney.
19     Q.   Okay.  Did you meet with anybody, or
20  discuss your deposition, or your testimony today
21  with anybody other than your attorney?
22     A.   Yes.
23     Q.   Who else did you meet with?
24     A.   With my wife.
25     Q.   Anyone other than your wife?
```

Page 15

```
1              F. ATEYEH
2      A.   No.
3      Q.   And prior to your deposition today, have
4  you ever had any communications with the counsel for
5  the Defendants, who is here today, Mr. Mitch Berger?
6      A.   No.
7      Q.   And have you ever had any communications
8  with Mr. Berger's colleague Gassan Baloul?
9      A.   No.
10     Q.   And have you ever had any communications
11  with anybody else at the Defendant's law firm of
12  Squire, Patton, Boggs?
13     A.   No.
14     Q.   And your attorney, Mr. Paik, did you know
15  Mr. Paik before you received the Subpoena?
16     A.   No.
17     Q.   And how did you get in contact with
18  Mr. Paik?
19         MR. PAIK:  I'm sorry, can you answer in
20    Arabic, please?
21     A.   A family friend recommended him.
22     Q.   And is anyone, other than you, paying his
23  legal bills for this matter?
24         MR. PAIK:  Objection.
25         Can I object first, or do you want to
```

Page 16

```
1              F. ATEYEH
2  interpret it first?
3         THE INTERPRETER:  I will interpret it.
4         MR. PAIK:  Okay.  I'm going to object, and
5    on attorney-client privilege grounds, and instruct
6    the Witness not to answer.
7         MR. WICK:  On attorney-client privilege
8    grounds?
9         MR. PAIK:  Yes.
10        MR. WICK:  Who paying his bills?
11        MR. PAIK:  I mean, you could do whatever
12    you feel is appropriate.  That's the objection,
13    and that's the instruction.  I would also add that
14    it's not relevant.  I don't see how he's paying
15    his fees is relevant to, or makes the -- somehow
16    objects -- the Palestinian Authority to -- in the
17    United States.
18        MR. WICK:  Well, I appreciate that.  Of
19    course, relevance is not a basis to object.  I'll
20    ask a different question.
21     Q.   Is the Palestinian Authority paying your
22  legal bills in connection with this matter?
23        MR. PAIK:  Go ahead.  I'm sorry.  Okay.
24    Same objection, same instruction.
25     Q.   And are you going to follow your
```

Page 17

```
1              F. ATEYEH
2  attorney's instruction, Mr. Ateyeh?
3      A.   Yes.
4      Q.   And is anyone from the Palestinian
5  Liberation Authority -- correction.
6         Is the Palestinian Liberation Organization
7  paying your legal bills in connection with this
8  matter?
9         MR. PAIK:  Okay.  Objection -- same
10    objection, same instruction.
11     Q.   And Mr. Ateyeh, are you going to follow
12  your attorney's instruction not to answer my
13  question?
14     A.   Yes.
15     Q.   Mr. Ateyeh, you, I believe, testified a
16  moment ago that you have had your deposition taken
17  on two previous occasions; is that correct?
18     A.   Yes, sir.
19     Q.   Let's start with the most recent one.
20  When was that?
21     A.   2012, I think.
22     Q.   And what type of case was that in
23  connection with?
24        MR. PAIK:  Use the interpreter, please.
25     A.   One of the tenants who was renting claimed
```

Fuad Ateyeh
April 08, 2021

Page 18

F. ATEYEH

1
2 that -- there was a fire, and she claimed that she
3 was affected by that fire, and she filed a claim
4 against me for personal injury.
5     Q.   She was a residential tenant of yours?
6     A.   Yes, sir.
7     Q.   And what about the other occasion in which
8 you were deposed; when was that?
9     A.   Maybe 2005.
10    Q.   And what type of case was that?
11    A.   One person lended money for me, asked me
12 for money.  I lent him money.  He never gave it back
13 to me, so I sued him.
14    Q.   You were recovering on a personal loan?
15         MR. PAIK:  Excuse me, I'm going to object
16    as to outside the basis of reasonable scope for
17    the jurisdiction of discovery.  You've got your
18    answer for the basis of the deposition; would you
19    move on?
20    Q.   You could answer, Mr. Ateyeh.
21    A.   Was the question; did I get my money or
22 not?
23    Q.   No.  I just wanted to clarify that the
24 nature of the case was you were seeking to recover
25 on a personal loan?

Page 19

F. ATEYEH

1
2     A.   Yes.
3     Q.   And have you ever testified in court?
4     A.   Yes.  Yes.
5     Q.   On how many occasions?
6     A.   I think once.
7     Q.   And was it in either of the two cases that
8 you just discussed?
9         THE INTERPRETER:  This is interpreter.
10    He's asking me to repeat the question.  I will.
11    A.   Are you referring to the case where I lent
12 someone money, and I filed a claim against him?
13    Q.   All right.  So, that was the same case
14 where you had your deposition taken, and -- in,
15 approximately, 2005?
16    A.   Yes.
17    Q.   Great.
18         MR. WICK:  And to make it easier,
19    Elizabeth, I think we could take that document
20    down.  Thank you.
21    Q.   Mr. Ateyeh, are you a licensed notary
22 public?
23    A.   Yes.
24    Q.   Where are you licensed?
25    A.   In the State of California.

Page 20

F. ATEYEH

1
2     Q.   Are you licensed in any other
3 jurisdictions?
4     A.   No.
5     Q.   And do you offer your notary public
6 services individually or through one of your
7 businesses?
8         MR. PAIK:  Objection, it assumes he has
9    businesses.
10    Q.   You can answer, if you understand the
11 question.
12    A.   I don't know what is the difference.  I
13 have a business, and I do the notarization.  I don't
14 know what is the connection.
15    Q.   Is your business -- strike that.
16         What's the name of your business?
17    A.   Fred's Liquor.
18    Q.   I'm sorry, Fred's Liquor?
19    A.   Liquor.
20    Q.   And that business sells liquor?
21    A.   Yes.
22    Q.   And Fred's Liquor also offers notary
23 public services?
24    A.   No.
25    Q.   Okay.  Do you have a business that offers

Page 21

F. ATEYEH

1
2 notary public services?
3     A.   No.
4     Q.   But you offer notary public services
5 yourself?
6     A.   Yes.
7     Q.   Do you have any other notary publics that
8 work for you?
9     A.   No.
10    Q.   And for what types of clients do you
11 particularly -- that's not a good question.  Let me
12 try to rephrase that.
13         Are your notary services primarily used by
14 individuals, as opposed to companies, or
15 organizations?
16    A.   Whomever calls me, I notarize it for him.
17    Q.   Are there particular types of documents
18 that you hold yourself out as a specialty of yours
19 in notarizing?
20    A.   No.
21    Q.   Are there particular types of clients that
22 you advertise your services to?
23         MR. PAIK:  Objection, assumes he
24    advertises.
25    Q.   You may answer.

Fuad Ateyeh
April 08, 2021

Page 22

1                    F. ATEYEH
2      A.   I do not advertise.  I'm sorry for that.
3      Q.   Approximately, how many documents do you
4  notarize per year?
5      A.   I cannot tell you the exact number, but
6  maybe 30, 20; I don't know exactly.
7      Q.   Is it fair to say that your notary
8  services are not a significant portion of your
9  income?
10      A.   I want to explain to you that this
11  service, I do it as a favor for the community, other
12  than to gain money for it.
13      Q.   Do you charge for your notary services?
14      A.   Yes.
15      Q.   And, approximately, what percent of your
16  notary clients would you say are Palestinian
17  American?
18      A.   A high percentage, most of them.
19      Q.   All right.  And do you have notary clients
20  outside of the United States?
21      A.   No.
22           MR. PAIK:  Objection, ambiguous.
23           MR. WICK:  I'll rephrase it.
24      Q.   Do you have notary clients who reside
25  outside of the United States?

Page 23

1                    F. ATEYEH
2      A.   No.
3      Q.   Is the Palestinian Authority a client of
4  yours?
5      A.   No.
6      Q.   Is the Palestinian Liberation Organization
7  a client of yours?
8      A.   No.
9      Q.   And just for shorthand, during the
10  deposition, I will use the acronym, "PLO," to refer
11  to the Palestinian Liberation Organization; is that
12  okay?
13      A.   Yes.
14      Q.   To the best of your knowledge, does
15  anybody who works for the Palestinian Authority --
16  excuse me.
17           To the best of your knowledge, is anyone
18  who works for the Palestinian Authority a client of
19  yours?
20      A.   No.
21      Q.   And to the best of your knowledge, is
22  anybody who works for the PLO a client of yours?
23      A.   No.
24      Q.   And to the best of your knowledge, is
25  anybody who works at the Palestinian United Nations

Page 24

1                    F. ATEYEH
2  Mission a client of yours?
3      A.   No.
4      Q.   Have you ever provided any notary services
5  for the Palestinian Authority?
6      A.   No.
7      Q.   Have you ever provided any notary services
8  for the PLO?
9      A.   No.
10      Q.   And have you ever provided any notary
11  services for anyone that you knew to be an official
12  or an employee of either the Palestinian Authority
13  or the PLO?
14      A.   No.
15      Q.   Have you ever provided any consular
16  services for the Palestinian Authority or the PLO?
17           MR. PAIK:  Object to the form of the
18      question.  It's ambiguous.  I don't know what you
19      mean by, "consular services."
20           MR. BERGER:  I join in that objection.
21           MR. WICK:  Please go ahead and interpret
22      the question, and I would like an answer.
23      A.   No.
24      Q.   In providing your notary services, do you
25  have occasion to notarize or certify any official

Page 25

1                    F. ATEYEH
2  documents of either the Palestinian Authority or the
3  PLO?
4      A.   No.
5      Q.   Do you have occasion to notarize or
6  certify documents for use in Palestinian legal
7  proceedings?
8           MR. PAIK:  Objection.  Sorry.  Go ahead.
9           MR. BERGER:  Objection, compound question.
10      Q.   You may answer.
11      A.   I don't understand exactly what you are
12  referring to.
13      Q.   Have you ever had occasion to -- let me
14  strike that.
15           Are you occasionally asked to notarize a
16  document that is intended to be used in a -- in a
17  legal proceeding in Palestinian?
18      A.   No.
19      Q.   Give me just a moment, please.
20           Do you have any agreement with the
21  Palestinian Authority who provide any services in
22  the United States?
23           MR. PAIK:  Objection; indifferent as to
24      time.
25           MR. WICK:  To be clear, I'll rephrase the

Fuad Ateyeh
April 08, 2021

Page 26

F. ATEYEH

1  question.
2  Q.  Do you currently have any agreement with
3  the Palestinian Authority to be able to provide
4  services in the United States?
5  A.  No.
6  Q.  Have you ever had such an agreement?
7  A.  What agreement exactly are you referring
8  to?
9  Q.  Have you ever had any agreement of any
10  kind with the Palestinian Authority to provide
11  services to individuals in the United States?
12  MR. PAIK:  Objection.  Services of any
13  kind?
14  MR. WICK:  Correct.
15  A.  No, I don't have any agreement.
16  Q.  Have you ever had any agreement with the
17  Palestinian Authority to provide services in the
18  United States?
19  A.  No, but I didn't even understand; what do
20  you mean by, "the agreement"?
21  Q.  Do you understand what an agreement is?
22  A.  Yes.
23  Q.  Okay.  I'm asking about whether you've
24  ever had an agreement of any kind with the
25

Page 27

F. ATEYEH

1
2  Palestinian Authority that have to do with you
3  providing services in the United States?
4  A.  No.
5  Q.  Same question for the PLO.  Have you ever
6  had an agreement with the PLO to provide any kind of
7  services in the United States?
8  A.  No.
9  Q.  And do you hold any licenses that have
10  been granted by the Palestinian Authority?
11  A.  No.
12  Q.  Do you hold any licenses that have been
13  granted by the PLO?
14  A.  No.
15  Q.  Are you aware that the PLO used to have an
16  office in Washington, D.C.?
17  A.  Yes.
18  Q.  And do you know what happened to that
19  office?
20  A.  Yes.
21  Q.  What's your understanding of what happened
22  to that office?
23  MR. PAIK:  In Arabic, please.
24  A.  I understand it's closed now.  The office
25  is closed now.

Page 28

F. ATEYEH

1
2  Q.  And do you have an understanding that the
3  Washington, D.C. office of the PLO used to provide
4  services that could be characterized as consular
5  services?
6  MR. PAIK:  Objection, lacks foundation.
7  If the Witness even understands what consular
8  services are.
9  MR. WICK:  Let me stop real quick for a
10  second because I realized I forgot to do something
11  very important, which is plug my laptop in, and
12  it's about to die.
13  THE VIDEOGRAPHER:  Do you want to go off
14  the record?
15  MR. WICK:  Okay.  Yes.  Could we go off
16  the record for a minute, please.
17  THE VIDEOGRAPHER:  Okay.  We are now off
18  the record.  The time is 17:14 UTC Time.
19  (Whereupon, a short recess was taken.)
20  THE VIDEOGRAPHER:  We are now back on the
21  record.  The time is 17:16 UTC Time.
22  MR. WICK:  Thank you.
23  Q.  And before I was interrupted, Mr. Ateyeh,
24  there was an objection to my question, so I'm going
25  to ask you a different one.  Were you aware of any

Page 29

F. ATEYEH

1
2  services that the PLO D.C. offices provided, before
3  it closed?
4  A.  I don't know.
5  Q.  All right.  Do you know what the D.C.
6  office did?
7  A.  I don't know.
8  Q.  Do you have any understanding as to
9  whether the D.C. office certified documents for use
10  in certain legal proceedings?
11  MR. PAIK:  Objection, asked and answered.
12  Q.  Please answer the question.
13  A.  Let me answer.  Maybe it's not straight
14  answer, but I don't know what they do exactly in
15  that office.  The only thing I know is that I send
16  them the authorization, and they sign it, and send
17  it back; this is what I know.
18  Q.  What authorization would you send them?
19  A.  I send them -- because they sign it.  I
20  don't know what they do with it, but they sign it.
21  Q.  Why would you have occasion to send papers
22  to the PLO's D.C. office?
23  THE INTERPRETER:  I'm sorry.
24  MR. PAIK:  Objection.  Can he have a
25  time-period?

Fuad Ateyeh
April 08, 2021

1              F. ATEYEH
2          MR. WICK:  I'm working off the Witness's
3      answer, but if you'd like to clarify, certainly.
4      Let's step back.
5          Q.   On occasion, you would send papers to the
6      D.C. -- to the PLO's D.C. office, correct?
7          A.   Yes.  To be specific, the authorization I
8      do; yes.
9          Q.   And over what --
10         MR. BERGER:  Excuse me, we have an
11     objection to the translation.  Our translator says
12     the word he is using is, "Power of Attorney," not
13     authorization.
14         MR. WICK:  Okay.
15         Q.   The papers that you're describing, without
16     characterizing them, over what time-period would you
17     send papers to the PLO's Washington, D.C. office?
18         A.   I didn't understand the question to answer
19     it correctly.  So, when you say, "timeframe," do you
20     mean how long for these documents to take, or what
21     do you mean by, "timeframe," exactly?
22         Q.   I mean the dates on which you would have
23     occasion to interact with the PLO's D.C. office;
24     from what year to what year, approximately?
25         A.   From 2012 up until they closed.

1              F. ATEYEH
2          Q.   I'm sorry, from 2012 until?
3          A.   Until the office was closed.
4          Q.   Okay.  Thank you.  And since we seem to
5      have a disagreement about what these papers were
6      called, can you describe them for me, please?
7          A.   So, the Power -- the papers that I service
8      are Power of Attorneys that we sign and send to the
9      attorneys, and there's two types of Power of
10     Attorneys; there's the general Power of Attorney,
11     and the specific one for selling property, or
12     selling a land.
13         Q.   And why would you send Powers of Attorney
14     to the -- to the PLO's Washington, D.C. office?
15         A.   They either come to me to sign the deal or
16     go directly.  They are to sign it, so I help the --
17     the community to sign it.
18         Q.   So, this is a -- are these documents that
19     you would notarize for one of your clients?
20         A.   Yes.
21         Q.   Okay.  And why would you -- after you've
22     notarized a Power of Attorney there.
23              So, you would notarize a Power of Attorney
24     for one of your clients, correct?
25         A.   Yes.

1              F. ATEYEH
2          Q.   And why would the PLO's Washington, D.C.
3      office need that document, after you had notarized
4      it?
5          MR. PAIK:  Objection, calls for
6      speculation.  And, also, objection, assumes facts
7      not in evidence.
8          Q.   You may answer.  Please answer in Arabic.
9          A.   So, first of all, the question is not
10     clear.  Secondly, I'm just a notary public.  I have
11     already notarized -- I notarize the papers, the
12     Power of Attorneys, but I don't have any authority
13     to sign on their behalf.
14         Q.   I understand.  There's a process here that
15     I'm not understanding, and I'm hoping you can save a
16     little bit of time.  If you could explain it, what
17     the connection is between your client and you, and
18     the PLO's Washington, D.C. office.  So, if I
19     understand it --
20         THE INTERPRETER:  Sorry.  Continue.
21         Q.   And so my question is, why did you send
22     documents that you had notarized to the PLO, rather
23     than just giving them back to your client?
24         A.   Now, your question is slightly more -- to
25     answer it.  So, the customer comes, and they sign,

1              F. ATEYEH
2      and I notarize the document, and either I take their
3      document, or Power of Attorney, and take it
4      themselves to the office in Washington, D.C., or I
5      take it myself, and send it, and get it back.
6              About 50 percent of the Power of Attorney,
7      the individuals take it themselves, and I never see
8      them again, and the other part, I send it to the
9      office, and they send it back to me.  I hope that
10     this answers your question.
11         Q.   I'm starting to understand.  So, why
12     would --
13              You said that for about 50 percent you
14     would send the document to the PLO, and they would
15     send it back to you.  Would the PLO do something
16     with that document before sending it back?
17         MR. BERGER:  Objection, this is
18     Mr. Berger.  I'm identifying myself because the
19     record has me down as Mr. Paik.  I object to the
20     ambiguity of the question.  You should be -- PLO,
21     it should be clear on the record, the PLO Mission
22     of the United States, not the PLO elsewhere.
23         MR. WICK:  I am referring to the PLO's
24     Washington, D.C. office, which I understood to be
25     an office of the PLO, but if that creates an

Fuad Ateyeh
April 08, 2021

Page 34

F. ATEYEH
2  ambiguity, I'm happy to refer to it as the
3  Washington, D.C. office.  The Witness may answer.
4          THE INTERPRETER:  Could you please read
5  the question again, if you don't mind.
6          MR. WICK:  I'll re-ask the question.
7     Q.   You referred a moment ago to sending
8  documents to the PLO's Washington, D.C. office, and
9  then sending the document back to you.
10         My question is, what would the PLO's
11  Washington, D.C. office do with that document,
12  before sending it back to you?
13    A.   Yes, I know they stamp it with the
14  Embassy's stamp, and they send it back to me, and I
15  give it back to the client.
16    Q.   Okay.  And does that stamp convey some
17  sort of authorization or approval from the PLO?
18         MR. PAIK:  Objection, calls for
19  speculation.
20         MR. WICK:  The Witness may answer.
21         MR. PAIK:  Objection.  This is Paik.  I
22  think that also calls for a legal conclusion, what
23  the Witness --
24    Q.   Mr. Ateyeh, you may answer.
25    A.   When they sign it and send it back to us,

Page 35

F. ATEYEH
2  it becomes a valid document for us.
3     Q.   Okay.  And when you say, "a valid
4  document," is it your understanding that it's a
5  valid document under Palestinian law?
6          MR. BERGER:  Objection, calls for a legal
7  conclusion.  This is -- calls for a legal
8  conclusion.
9          Objection, this is also Berger.  It's
10  leading, and this is a non-party witness.
11    Q.   You may answer.
12    A.   I don't know what happens to this document
13  after I receive it.  I give it to them, and I don't
14  know what happens to it.
15    Q.   I understand.  What did you mean when you
16  said, "it becomes a valid document after it's
17  stamped"?
18    A.   My clients send it to the authorize person
19  in Palestinian to use it.
20    Q.   Okay.  So, the documents that you would
21  send to be stamped by the PLO's Washington, D.C.
22  office were typically documents that your clients
23  intended to send to Palestine for use there?
24    A.   Yes.
25    Q.   Okay.  And based on the practice that

Page 36

F. ATEYEH
2  you've just described, is it your understanding that
3  stamping documents, or attesting to documents for
4  use in Palestine was a service that was provided by
5  the PLO's Washington, D.C. office?
6     A.   Yes.
7     Q.   Okay.  Are you aware of any other services
8  that the PLO's Washington, D.C. office offered?
9     A.   No.
10    Q.   Do you have any awareness of whether the
11  PLO's Washington, D.C. office offered notary
12  services?
13    A.   Yes.
14    Q.   And to be clear, is it your understanding
15  that the PLO's Washington, D.C. office offered
16  notary services?
17    A.   Yes.
18    Q.   Okay.  And to your knowledge, did the
19  PLO's Washington, D.C. office enter into contracts
20  with individual notaries to offer notary services?
21    A.   I don't know.
22    Q.   To your knowledge, did the PLO's
23  Washington, D.C. office ever refer individuals to
24  you, or recommend that they get documents certified
25  by you?

Page 37

F. ATEYEH
2     A.   I don't know who sends the clients.  I
3  don't know.
4     Q.   So, to be clear, you're not aware of the
5  PLO's Washington, D.C. office ever recommending or
6  referring a client to you?
7          MR. PAIK:  Objection, asked and answered.
8  You may answer.
9     A.   Let me clear the picture more.  When a
10  client comes to me, I want -- I don't ask the
11  client, "who sent you?  Where did you come from?"
12    Q.   I understand that you don't ask the
13  client.  My question is a little bit different, but
14  it's a direct question.
15         Do you have any knowledge or awareness
16  that the Washington, D.C. of the PLO ever
17  recommended or referred a client to you?
18         MR. PAIK:  Objection, asked and answered.
19    A.   Again, I will answer you again.  Really, I
20  don't know.
21    Q.   Okay.  And do you have any awareness or
22  knowledge that the Palestinian Authority ever
23  recommended or referred a client to you?
24    A.   No.
25    Q.   Okay.

Fuad Ateyeh
April 08, 2021

Page 38

F. ATEYEH

1
2      MR. WICK:  Elizabeth, could we go to Tab
3  D, please, or Tab 4.  Excuse me.
4      MS. BEZVERKHA:  Sorry.  Just a moment.
5      MR. PAIK:  Sorry.  Do you mind if we take
6  a break while -- I think we've been going for more
7  than an hour.
8      MR. WICK:  That's fine with me.
9      THE VIDEOGRAPHER:  Okay.  We are now off
10  the record.  The time is 17:39 UTC Time.
11      (Whereupon, a short recess was taken.)
12      THE VIDEOGRAPHER:  We are now back on the
13  record.  The time is 17:51 UTC.
14      MR. WICK:  Thank you.
15      Q.   Mr. Ateyeh, I was about to show you a
16  document, but before I do so, maybe I'll just -- to
17  avoid it, are you aware of having been -- ever
18  having your name or contact information on a website
19  affiliated with the PLO regarding your notary
20  services?
21      A.   Yes, from the clients.
22      Q.   I don't understand your answer.  What do
23  you mean by, "from the clients"?
24      A.   Yes, when a client comes to me, he tells
25  me that he got my name and contact from the Website.

Page 39

F. ATEYEH

1
2      Q.   Okay.  And do you understand that Website
3  to be a Website of the PLO?
4      A.   It's not the PLO.
5      Q.   Okay.  Let's look at Tab 4.
6      A.   Okay.
7      Q.   We're going to show you a document.
8  Mr. Ateyeh, this is a printout from a Website.
9  You'll see at the -- at the top of the Website, it
10  says, "PLO General Delegation to the United States."
11      (Whereupon, Tab 4 was marked as Exhibit 2 for
12  identification, as of April 8th, 2021.)
13      MR. WICK:  Can you zoom in a little bit on
14  that, so we could see the heading, and can we zoom
15  in on that?
16      Q.   There we go.  You see the heading, "PLO
17  General Delegation to the United States"?
18      A.   Yes.
19      Q.   Okay.  And to -- to not mislead, this is
20  not a current web page.
21      MR. WICK:  Elizabeth, can you scroll down
22  to the bottom of the page.  A little more.  All
23  the way to the bottom.  There we go.
24      Q.   You'll see the date at the very bottom,
25  it's timestamped March 18th, 2019; do you see that?

Page 40

F. ATEYEH

1
2  Yes; do you see that?
3      A.   Yes.
4      Q.   All right.  If we go back up to the first
5  page, you'll see that there's a section in the
6  middle of the page called, "notary publics"; do you
7  see that?
8      A.   Yes, sir.
9      Q.   Okay.
10      MR. WICK:  And Elizabeth, could you scroll
11  down?  It's going to be about seven or eight pages
12  to that section.  It's going to be several pages
13  down.
14      Q.   And while she is scrolling, I'm going to
15  ask you, Mr. Ateyeh, are you familiar with that
16  Website?
17      A.   No.
18      Q.   Okay.  All right.  So, this page is from
19  the Notary Public section of that Website, and you
20  will see that there is a list of tabs associated
21  with various cities; do you see that?
22      A.   It's not clear.
23      Q.   You mean the document isn't clear?  You
24  can't read it clearly?
25      A.   I can't see it even.  I don't know.  Now I

Page 41

F. ATEYEH

1
2  can see it.
3      Q.   Okay.  Do you see your name listed on the
4  page?
5      A.   Yes.
6      Q.   All right.  Do you know how you came --
7  how your name came to be listed on this page?
8      A.   First of all, I haven't seen this page my
9  whole life.  Second thing, I am a well-known and
10  trusted person in the community.
11      MR. PAIK:  This is Paik.  Can I move to
12  strike everything after, "second"?
13      MR. WICK:  I'm sorry?
14      MR. PAIK:  Move to strike everything
15  after, "second," as nonresponsive.
16      MR. WICK:  You're certainly free to state
17  your motion for the record.
18      MR. PAIK:  What?  Sorry, I didn't catch
19  that.  The second part of the answer wasn't
20  responsive to the question, so I just move to
21  strike it.
22      MR. WICK:  And your motion is noted.
23      Q.   So, I'm going to ask the question again.
24  Mr. Ateyeh, do you know how your name came to be
25  listed on this page?

Fuad Ateyeh
April 08, 2021

Page 42

F. ATEYEH

1    A.   I have been doing the Notary Public
2    through the State of California for ten years, and I
3    expect for it to be popular among people.
4    Q.   Do you know who put your name on the page?
5    A.   No, and I've never seen this page.
6    Q.   Did anyone at the PLO or the Palestinian
7    Authority ever ask you for permission to list you as
8    a Notary Public on their Website?
9    A.   No.
10   Q.   And I want to be clear on this, although
11   I've asked you similar questions before; have you
12   ever had any financial or business arrangement with
13   the Washington, D.C. office of the PLO?
14        Since the Washington, D.C. office closed,
15   do you know whether the Palestinian Authority, or
16   PLO has established a list of recommended Notary
17   Publics in the United States?
18   A.   I know there is a list of names available
19   and my name is one of them.
20   Q.   Do you know where a person could find that
21   list?
22   A.   You know, I've never seen this myself.
23   Q.   How do you know that your name is on it?
24   A.   The people tell me that.

Page 43

F. ATEYEH

1    Q.   Which people?
2    A.   The clients who comes to sign their
3    papers.
4    Q.   To your knowledge, do some of these
5    clients find out about you and your services from
6    that list?
7    A.   Very few of them, but most of them, most
8    of the clients knows that I'm a Notary Public in San
9    Francisco.
10   Q.   Have you ever had a conversation with
11   anybody at the Palestinian Authority or the PLO
12   about having your name on that list?
13   A.   No.
14   Q.   And have you ever received any
15   compensation from the Palestinian Authority or for
16   the PLO for being on that list?
17   A.   No.
18   Q.   And have you ever received any
19   compensation from the Palestinian Authority or the
20   PLO for any notary services that you have performed
21   pursuant to your being on that list?
22   A.   No.
23   Q.   Has anyone ever contacted you to ask that
24   you notarize a document on behalf of the Palestinian

Page 44

F. ATEYEH

1    Authority or the PLO?
2    A.   No.
3    Q.   You described a little while ago a process
4    by which you notarize documents for use in
5    Palestine.  Do you also notarize documents for other
6    purposes, or have all of the documents you've
7    notarized been for use in Palestine?
8        MR. PAIK:  Object to the portion of the
9    question, to the extent it attempts to summarize
10   parts of the answer.
11       MR. WICK:  You may answer.
12   A.   So, I'm a Notary Public in the State of
13   California, and my office is open to any person who
14   comes to notarize their document.  Yes, high
15   percentages from Palestine, but not all of my
16   customers or clients are Palestinians.
17   Q.   I'm going to ask you to estimate, during
18   the last 12 months, approximately, what percentage
19   of the documents that you have notarized were
20   documents that were notarized for use in Palestine?
21   A.   Most of them.
22   Q.   More than 75 percent?
23   A.   Yes.
24   Q.   More than 90 percent?

Page 45

F. ATEYEH

1    A.   I don't know -- I cannot -- I don't know.
2        MR. WICK:  Elizabeth, could we take this
3    down and put up Tab 9, please.
4        (Whereupon, Tab 9 was marked as Exhibit 3 for
5    identification, as of April 8th, 2021.)
6        MR. WICK:  Great.
7    Q.   Mr. Ateyeh, I am showing you a document
8    that you produced to us, as well as a Certified
9    English translation of that document that we've had
10   done.  This is -- the first page is labeled FA001-T,
11   which is the first page of the English translation,
12   but lets just scroll through the pages very quick.
13       MR. WICK:  Elizabeth.  So, that everybody
14   could see the full document, slow down.  Go back
15   to the -- that's FA002-T, which is the second page
16   of the English translation, and then after that,
17   we have the translator Certification, keep going,
18   and then below that, we have the original document
19   that you produced to us, Bates stamped FA001 and
20   the last page, I believe, is FA002.
21   Q.   Mr. Ateyeh, at least with respect to the
22   last two pages of this documents, do you recognize
23   the document as a document that you produced to us?
24   A.   Yes.

Fuad Ateyeh
April 08, 2021

Page 46

F. ATEYEH
1
2     Q.   And could you please describe what this
3   document is.
4     A.   So, this is a Power of Attorney specific
5   that cannot be changed, meaning that this Power of
6   Attorney can only be used specifically to sell a
7   land.
8           MR. WICK:  Okay.  And I actually stop, and
9   ask a process question now, because I realize we
10   have not talked about marking these exhibits, and
11   I ask Ms. Ianazzi, what's your procedure for that?
12   Do we send these?  Okay.  Thank you.
13     Q.   And this is a document, Mr. Ateyeh, that
14   you notarized, correct?
15     A.   Yes.
16     Q.   In fact, that is your seal in the bottom
17   right-hand corner of the page numbered FA002,
18   correct?
19     A.   Yes.
20     Q.   And can you describe the seals in the
21   lower left-hand corner; what are those?
22     A.   There are three seals.  Which one are you
23   referring to?
24     Q.   Well, I see two seals.  Let me step back
25   here.  Let's start with the -- the large rectangle,

Page 47

F. ATEYEH
1
2   which is the top of the seals, right next to the
3   redacted box; do you see that?
4     A.   Yes.
5     Q.   All right.  And can you describe what seal
6   that is?
7     A.   Can you enlarge it more, so that I will be
8   able to view it better?
9           MR. WICK:  Can you do that, Elizabeth?
10     A.   I can see it now better.
11     Q.   Great.  Can you explain what that seal is?
12     A.   It said that the Special Palestinian
13   Mission in Mexico are not responsible for the
14   content of this document, but we organize, and we
15   did the seal, and the stamp of the Notary Public,
16   Mr. Fuad Ateyeh.
17     Q.   And I see the name of, "Riyad Alhalabi,"
18   on the page; do you see that?
19     A.   Yes.
20     Q.   And do you know who that is?
21     A.   Over the phone.
22     Q.   I'm sorry?
23     A.   I know him over the phone.
24     Q.   Okay.  Who is he?
25     A.   He is the person who is responsible for

Page 48

F. ATEYEH
1
2   signing the Power of Attorney.
3     Q.   And was he affiliated with the Palestinian
4   Authority or the PLO?
5     A.   I know that he works in the Embassy.  What
6   is his rank, what is his duty, I don't know.
7     Q.   And by the Embassy, are you referring to
8   the Palestinian Embassy in Mexico?
9     A.   Yes, sir.
10     Q.   And so did you send this document to him
11   after you notarized it?
12     A.   Yes, sir.
13     Q.   And he then returned it to you with a
14   stamp?
15     A.   Yes, sir.
16     Q.   It'll be just a moment, please.  I'm
17   trying to make this go as quickly as I can.  Okay.
18           MR. WICK:  Could we go to Tab 10, please.
19           (Whereupon, Tab 10 was marked as Exhibit 4
20   for identification, as of April 8th, 2021.)
21     Q.   And, again, we'll just look through this
22   quickly.  This is similar to what we just looked at
23   add in the -- an English translation of the
24   document, similar to the document produced.  It's --
25   if we'll just walk through it quickly.  If we could

Page 49

F. ATEYEH
1
2   go to the first page, please.
3           Again, English translation that we
4   numbered FA0013-T.  The next page, the translator
5   Certification coversheet, and then the Certification
6   follows that, and then the page after that has a
7   coversheet titled, "Original," then we have a
8   document Bates numbered FA0013 that came from your
9   production, Mr. Ateyeh, and I would ask again, do
10   you recognize this page, FA0013, as a copy of a
11   document you produced to us?
12     A.   Yes.
13     Q.   And is this another example of a Power of
14   Attorney that you notarized for a client?
15     A.   Yes.
16     Q.   Okay.  Let's see.  And can you tell from
17   the document when you notarized the document?
18           MR. WICK:  Can you scroll up, please,
19   Elizabeth, or scroll down, actually, to the bottom
20   of the page.
21           Actually, the date appears to be cut off
22   of the page.  Do any of the other Seals on the
23   page give you an indication of when this occurred,
24   of when you notarized the document?
25     A.   Yes.

Fuad Ateyeh
April 08, 2021

Page 50

F. ATEYEH

1
2    Q.   And what do the other Seals tell you about
3  when this occurred?
4    A.   I think it's August 18, 2020.
5    Q.   Okay.  And that's the date of Mr.
6  Alhalabi's seal, correct?
7    A.   No, it was sealed or stamped after two
8  weeks, on August 31st.
9    Q.   Okay.  And so you would have notarized it
10  about two weeks before that?
11    A.   Correct.
12    Q.   And is this another example of a document
13  that you notarized and sent to the Palestinian
14  Embassy in Mexico?
15    A.   Yes.
16    Q.   And were you in the United States when you
17  notarized this document?
18    A.   Yes.
19    Q.   Approximately, how many documents in the
20  last year have you notarized and sent to Palestinian
21  embassies outside the United States?
22         MR. PAIK:  Object to the form of the
23    question; assumes facts not in evidence to the use
24    of the word plural.
25    A.   It's very hard to estimate.  I don't know

Page 51

F. ATEYEH

1
2  exactly how many.
3    Q.   Do you think it's more than ten?
4    A.   Definitely; yes.
5    Q.   Do you think it's more than 20?
6    A.   I don't think so.
7    Q.   Okay.  And have you notarized and sent any
8  documents in the last year to Palestinian embassies
9  in countries -- in Mexico?
10    A.   From which date to which date?
11    Q.   What is today?  April 8th, 2020, to
12  April 8th, 2021?
13    A.   Yes.
14    Q.   Which other countries have you sent --
15  excuse.
16         Me.  Which other Palestinian embassies
17  have you sent such documents to?
18    A.   Canada.
19    Q.   In any other embassies, besides Canada and
20  Mexico, during that timeframe?
21    A.   No.
22    Q.   And if I take that time-period back a
23  little bit further to January 4th of 2020, would
24  your answer change?
25    A.   I don't -- I really don't know.

Page 52

F. ATEYEH

1
2    Q.   Okay.  Since January 4th of 2020, have you
3  notarized any documents, and sent them to the
4  Palestinian United Nations Mission in the United
5  States?
6    A.   No.
7    Q.   Have you notarized any documents and sent
8  them to any office of the Palestinian Authority or
9  the PLO in the United States?
10    A.   No.
11         MR. WICK:  Can we go to Tab 8, please.
12         (Whereupon, Tab 8 was marked as Exhibit 5 for
13  identification, as of April 8th, 2021.)
14    Q.   So, Tab 8, Mr. Ateyeh is three pages from
15  your production to us that we just received, I
16  believe the day before yesterday.
17         MR. WICK:  And, again, if we could,
18    Elizabeth, if you could scroll through, I believe
19    the first three pages are translated pages labeled
20    FA0131 -- excuse me.  Slow down.  Go back to the
21    first Page 3, FA0130-T.  The second is an English
22    translation, FA0131-T.  Next page.  Next one is
23    a -- is a translation page labeled FA0132-T.  Next
24    page, then the next page.
25         We have our translation Certification and

Page 53

F. ATEYEH

1
2  the next page, we -- one more page down.  We have
3  from your production a page labeled FA -- excuse
4  me, 0131, then the next page FA0131, and the page
5  after that, FA0132.
6         So, if we could scroll up to two pages up
7  to FA0130.
8    Q.   And I would ask you, Mr. Ateyeh, if you
9  recognize this document?
10    A.   Yes.
11    Q.   What is it?
12         MR. WICK:  I need you to answer in Arabic,
13    please.
14    A.   So, when we send the Power of Attorney to
15  the Embassy of the lands, or the -- of lands, I put
16  their email on it, and my email, and a copy of the
17  Power of Attorney, and I send it to them.
18    Q.   Let me ask it this way.  This is an email
19  sent by you, correct?
20    A.   Yes.
21    Q.   And, I'm sorry, and you sent it to an
22  email address, "palus@mfae.gov.ps," correct?
23    A.   Yes.
24    Q.   Whose email is that?
25    A.   It's either Department of Land, or it's

Fuad Ateyeh
April 08, 2021

Page 54

F. ATEYEH

1      F. ATEYEH
2  the division where they notarize the Power of
3  Attorneys.
4           MR. PAIK:  Well, don't guess.  If you
5      know, but don't guess.
6      Q.   Is it your understanding that the email
7  address belongs to some office of the Palestinian
8  Authority or the PLO?
9      A.   What I know is it belongs to one of the
10  Palestinian departments.
11      Q.   And did you send this email to this
12  address because one of your notary clients asked you
13  to do so?
14      A.   Yes.
15      Q.   And this email is dated February 3rd,
16  2021, correct?
17      A.   Yes.
18      Q.   And this email had an attachment to it,
19  correct?
20      A.   Yes.
21      Q.   Do you know what the attachment was?
22      A.   It's a Power of Attorney, specific Power
23  of Attorney that cannot be used for our purposes.
24      Q.   And was that attachment produced to us as
25  part of your earlier production?

Page 55

F. ATEYEH

1      F. ATEYEH
2           THE INTERPRETER:  I'm sorry, I'll ask him
3      to --
4      A.   Of course.  I have sent it to you.
5      Q.   Okay.  And there is a portion of the
6  subject line of the email that has been redacted or
7  blacked out; why was that done?
8           MR. PAIK:  Well, can I answer that, or --
9      I mean, we are the ones that did the
10      redaction.  It's just redacted personal
11      information, identified first as I stated in the
12      letter I sent to you.
13           MR. WICK:  Okay.
14      Q.   Let's go to the next page.  The next page
15  is FA0131, and it appears to be an email from you to
16  the email address, "palus@mofa.pna.ps," dated
17  September 11th, 2020, correct?
18      A.   Yes, sir.
19      Q.   And who did you send this document to?
20      A.   It's the same email, but I usually send
21  documents to it.  The email for the Department of
22  Lands.
23      Q.   And is this another situation where you
24  notarized a Power of Attorney for a client and sent
25  it to the Department of Lands in Palestine?

Page 56

F. ATEYEH

1      F. ATEYEH
2      A.   Yes, sir.
3      Q.   And you sent that document at the request
4  of your client?
5      A.   Yes, sir.
6      Q.   Okay.  And was the attachment of this
7  document produced as part of your earlier
8  production?
9      A.   Yes.
10      Q.   Okay.
11           MR. WICK:  And can we scroll down to one
12      more page, please, to the document labeled at the
13      bottom, "FA0132."
14      Q.   This document is an email from you dated
15  August 24th, 2020, correct?
16      A.   Yes, sir.
17      Q.   And is there another email to the
18  Palestinian Department of Lands?
19      A.   Yes, sir.
20      Q.   And is this another example of a Power of
21  Attorney that you sent to the Department of Lands at
22  the request of your client after notarizing it?
23      A.   Yes, sir.
24      Q.   And I note that only part of the subject
25  line here is redacted --

Page 57

F. ATEYEH

1      F. ATEYEH
2           MR. WICK:  And, Elizabeth, if you could
3      please scroll up to the translation of this page,
4      FA132-T.  The portion before the redacted is
5      translated as, "Agency," in the subject line, and
6      the portion of the redaction after the translation
7      is, "I will send it to Mexico."
8      Q.   And my question for you is, is the
9  redacted portion the name of the agency?
10      A.   When I send it, I send it to Mexico, so
11  that it doesn't get mixed up between Mexico and
12  Canada.
13      Q.   My question -- before I ask the question
14  again --
15           MR. WICK:  Elizabeth, would you please
16      scroll down to the original version, the last
17      page.
18      Q.   My question is, is the redacted portion of
19  this document in the subject line the name of a
20  client or is it the name of an agency?
21      A.   The client's name.
22      Q.   Thank you.
23           MR. PAIK:  Let me put on the record my
24      objection.  Your translation is inaccurate.
25      "Agency," is not the word.  It's, "Power of

**Page 58**

```
1                    F. ATEYEH
2    Attorney."
3         THE INTERPRETER:  I'm sorry, this is the
4    interpreter.  Your question is asking about, is it
5    the entity, not the -- is it sent to the office
6    there, right?  I meant by agency is the office,
7    not the document itself.
8         MR. PAIK:  I'm not quibbling with your
9    translation.  I'm talking about the documents, the
10   way that the document translator translated the
11   Arabic language led to the mistaken language
12   premised on the notion that this is some agency of
13   government as opposed to the word being Power of
14   Attorney.
15        THE INTERPRETER:  Thank you, sir.
16        MR. WICK:  Could we go to Tab 1, please.
17        (Whereupon, Tab 1 was marked as Exhibit 6 for
18   identification, as of April 8th, 2021.)
19   Q.   Mr. Ateyeh, what we're showing you now is
20   the other Subpoena that we had received on you,
21   which is a Subpoena committing you to produce
22   documents.  You've seen this Subpoena before,
23   correct?
24   A.   Yes.
25   Q.   I know that you produced some documents in
```

**Page 59**

```
1                    F. ATEYEH
2    response to this the Subpoena, and I would just like
3    to ask you what you did to search for the documents
4    that were responsive to our Subpoena?
5    A.   I tried to fulfill all of your requests.
6    I searched everything I have, and whatever I was
7    able to find, I did send it to you.
8    Q.   Where specifically did you look?
9    A.   I searched in my office, if I have any
10   documents, and I searched my phone, if there was any
11   documents, and that's -- this is where I keep my
12   documents.
13        MR. WICK:  Elizabeth, would you scroll
14   down to the next page, and the next page, and the
15   page after that, and one more page, one more, keep
16   going.  Let's get -- I want to get to the
17   Substantive Request.  Keep going.  There we go.
18   Q.   So, I just want to go through this very
19   quickly with you, Mr. Ateyeh.
20        The first Request asks for all
21   communications between you and an employee, agent,
22   representative, or other person acting on behalf of,
23   or for the benefit of a Defendant, that being the
24   Palestinian Authority, or the PLO, on or after
25   October 1st, 2019, and to be clear, did you find any
```

**Page 60**

```
1                    F. ATEYEH
2    such communications?
3    A.   Yes, I did.
4    Q.   And these would include the documents that
5    you -- that you produced regarding communications
6    with various offices and agents to whom you sent
7    notarized documents, correct?
8         MR. PAIK:  Objection, this question is
9    misleading, given the legal conclusion request
10   stated in Request 1.
11   Q.   You may answer.
12   A.   Yes.
13   Q.   All right.  Have you ever had any
14   communications with any employee, agent,
15   representative, or anybody else acting on behalf of
16   the Palestinian Authority, or the PLO, since
17   October 1st, 2019, other than sending and receiving
18   documents on behalf of your notary clients?
19        MR. PAIK:  Objection, the question is
20   misleading and ambiguous.  On whose behalf is
21   acting in your question?
22   Q.   You may answer.
23   A.   No.
24   Q.   Okay.  Give me just a moment, please.
25        MR. WICK:  We can take the document down,
```

**Page 61**

```
1                    F. ATEYEH
2    Elizabeth.
3    Q.   Mr. Ateyeh, are you familiar with an
4    entity called the Palestinian National Council?
5    A.   Yes.
6    Q.   And what is the Palestinian National
7    Council?
8    A.   It's like a Parliament -- I'm sorry.  It's
9    like the Palestinian Parliament; yes.
10   Q.   Okay.  It's like the Palestinian
11   Parliament.  Okay.  Have you ever been a member of
12   the Palestinian National Council?
13   A.   Yes.
14   Q.   During what time-period?
15   A.   In the beginning of the -- 2000, but I
16   cannot give you a specific date.
17   Q.   Are you currently a member of the
18   Palestinian National Council?
19   A.   No.
20   Q.   When did you stop being a member of the
21   Palestinian National Council?
22   A.   Five years, six years.
23   Q.   Five or six years ago?
24   A.   Yes, sir.
25   Q.   Have you done any work relating to the
```

Page 62

```
1              F. ATEYEH
2    Palestinian National Council since January 4th of
3    2020?
4         A.   No.
5         Q.   Since January 4th, 2020, have you done any
6    other work, or been a part of any other
7    organizations affiliated with the Palestinian
8    National Counsel, or the PLO?
9         A.   No.
10        MR. PAIK:  Can I ask, we're -- it's
11   actually three hours behind.  So, it's getting
12   almost to lunchtime.  Are you almost done because
13   if you are, we could just plow through and get
14   through it.
15        MR. WICK:  Yes, I have about another ten
16   to 15 minutes to make sure I got everything, and
17   then I'll wrap up.
18        MR. PAIK:  Great.
19        MR. BERGER:  And I'll have a few questions
20   as well, of course.
21        MR. WICK:  Okay.
22        Q.   Have you ever had any interactions, since
23   January 4th of 2020, with anybody affiliated with
24   the Palestinian Authority, or the PLO in the United
25   States?
```

Page 63

```
1              F. ATEYEH
2         A.   No.
3         Q.   And during that same time-period, since
4    January 4th of 2020, have you attended any events
5    held or sponsored by the Palestinian Authority or
6    the PLO in the United States?
7         A.   No.
8         Q.   Have you ever been to the -- to the UN
9    Mission of the PLO in New York?
10        A.   No.
11        MR. WICK:  Can we put up Tab 5, please,
12   and can we scroll in on a little bit more closely,
13   zoom in a little more closely on that, so we can
14   read some of the names.
15        (Whereupon, Tab 5 was marked as Exhibit 7 for
16   identification, as of April 8th, 2021.)
17        THE INTERPRETER:  I can't read that.
18        MR. WICK:  We're trying to read that.
19        Q.   Mr. Ateyeh, this is a page taken from the
20   Permanent Observer Mission from the Palestinian to
21   the United Nations, and there's a list of
22   individuals on that page described as the Mission
23   Team; do you see that?
24        A.   Yes.
25        Q.   And I would like you to take a look at
```

Page 64

```
1              F. ATEYEH
2    that list of individuals, and I'm going to ask you,
3    do you know any of them?
4         Okay.  Any others?
5         A.   Nadya Rasheed, I recognize her name.
6         Q.   Any others?
7         A.   No, that's it.
8         Q.   Okay.  Let's start with --
9         To be clear, so it was two names, correct,
10   Mr. Mansour and Ms. Rasheed?
11        A.   Yes.
12        Q.   Okay.  How do you know Mr. Mansour?
13        A.   He's the Ambassador of Palestinian to the
14   United Nations, and he's always on TV.  He's a
15   permanent figure that everybody knows.
16        Q.   But do you know him personally?
17        A.   Yes.
18        Q.   And for how long have you known him?
19        A.   So, I knew him since his brother died
20   about five or six years ago.  His brother died in
21   San Francisco, and he attended the funeral ceremony,
22   and we went to the Palestinian services.
23        Q.   When was the last time that you spoke with
24   him?
25        A.   I don't know if we have ever spoken.
```

Page 65

```
1              F. ATEYEH
2         Q.   Okay.  Have you emailed with him in the
3    last year?
4         A.   No.
5         Q.   All right.  So, you don't have any
6    personal friendship or relationship with him,
7    correct?
8         A.   No.
9         Q.   Okay.  I'm sorry, I need to be clear on
10   the answer because I said, "correct?"
11        Do you have a personal friendship or
12   relationship with Mr. Mansour?
13        A.   No.
14        Q.   Okay.  And what about Ms. Rasheed; do you
15   know her personally?
16        A.   Yes.
17        Q.   And how do you know her?
18        MR. WICK:  In Arabic, please.
19        A.   Her father is one of her -- my close
20   friends, and we live together in San Francisco area.
21        Q.   When was the last time you spoke with her?
22        A.   I've never have spoken with her.
23        Q.   So, when you said you're close friends,
24   you're referring to her father, not to Ms. Rasheed
25   herself?
```

Fuad Ateyeh
April 08, 2021

Page 66

```
 1                       F. ATEYEH
 2       A.   Correct.
 3       Q.   Okay.  And are you aware of --
 4            Other than the UN Mission in New York, are
 5  you aware of any other offices or facilities owned
 6  or occupied by the PLO or the Palestinian Authority
 7  in the United States?
 8       A.   No.
 9       Q.   Are you aware of anybody who works for the
10  PLO or the Palestinian Authority in the United
11  States, other than through the UN Mission?
12       A.   No.
13       Q.   And are you aware of anybody who receives
14  payment for the Palestinian Authority -- excuse me.
15            Are you aware of anybody who receives
16  payment from the Palestinian Authority or the PLO
17  for performing notary services in the United States?
18       A.   No.
19            MR. WICK:  If I can take a five-minute
20       break, I think I'm probably done, but can we go
21       off the record for a moment?
22            THE VIDEOGRAPHER:  Okay.  We're now off
23       the record.  The time is 19:00 UTC Time.
24            (Whereupon, a short recess was taken.)
25            THE VIDEOGRAPHER:  We are now back on the
```

Page 67

```
 1                       F. ATEYEH
 2  record.  The time is 19:10 UTC Time.
 3       Q.   Mr. Ateyeh, I just have one more question
 4  for you.  Earlier in the deposition, you spoke about
 5  a practice, when the PLO's Washington, D.C. office
 6  was open, of periodically sending notarized
 7  documents to that office and receiving them back; do
 8  you recall that?
 9       A.   Yes.
10       Q.   Since the Washington, D.C. office closed,
11  is there -- is there another office of the, either
12  the Palestinian Authority, or the PLO, that is --
13  performed a similar function in the United States,
14  than what the Washington, D.C. performed?
15            MR. PAIK:  Object to the form of the
16       question; it's misleading and contains a legal
17       conclusion.
18       A.   No.
19            MR. WICK:  Okay.  I thank you very much
20       for your time and your patience today, and I don't
21       have any further questions for you, but I believe
22       my friend Mr. Berger does.
23            MR. BERGER:  Thank you.
24
25
```

Page 68

```
 1                       F. ATEYEH
 2  EXAMINATION BY
 3  MR. BERGER:
 4       Q.   Good afternoon, how are you?  My name is
 5  Mitchell Berger.  I am one of the lawyers for the
 6  Defendants, Palestinian Authority and Palestinian
 7  Liberation Organization; have we ever met before?
 8       A.   No.
 9       Q.   We looked at two documents, Exhibits 3 and
10  Exhibit 4.  We looked at those documents; do you
11  recall those documents?
12       A.   I don't know what's Exhibit 3 and what's
13  Exhibit 4, but all the documents you have presented,
14  they came from me.
15       Q.   Right.  Thank you.  When you notarize
16  documents, did you do so as a service to your notary
17  client?
18       A.   Yes.
19       Q.   Did you do so as a service to the
20  Palestinian Authority?
21       A.   No.
22       Q.   Did you do so as a service to the
23  Palestinian Liberation Organization?
24       A.   No.
25       Q.   We looked at some emails that you sent to
```

Page 69

```
 1                       F. ATEYEH
 2  the Ministry of Lands in Ramallah; do you recall
 3  that?
 4       A.   If you don't mind repeating the questions.
 5       Q.   Sure.  Do you recall, we looked at some
 6  emails that Mr. Wick asked you about?
 7       A.   Yes.
 8       Q.   When you sent those emails, did you send
 9  them as a service for your notary client?
10       A.   Yes.
11       Q.   Did you send those emails as a service on
12  behalf of the Palestinian Authority?
13       A.   No.
14       Q.   Did you send those as a service on behalf
15  of the Palestinian Liberation Organization?
16       A.   No.
17       Q.   Since January 4 of 2020, have you provided
18  any services on behalf of the Palestinian Authority?
19       A.   No.
20       Q.   Since January 4, 2020, have you provided
21  any services on behalf of the Palestinian Liberation
22  Organization?
23       A.   No.
24            MR. BERGER:  Thank you, Mr. Ateyeh.  Those
25       are all the questions that I have.
```

Fuad Ateyeh
April 08, 2021

Page 70

1
2          THE WITNESS:  Thank you.
3     MR. WICK:  Thank you very much.
4          THE VIDEOGRAPHER:  Everyone agree to go
5     off the record?  Okay.
6     MR. PAIK:  Yes.
7          THE VIDEOGRAPHER:  The time is now 19:17
8     UTC.  We are off the record, and this concludes
9     today's testimony by Fuad Ateyeh.  Thank you,
10    everyone.  Have a great day.
11               -o0o-
12    (Whereupon, the examination of FUAD ATEYEH
13    was concluded at 5:17 p.m.)
14
15
16          _____
17          FUAD ATEYEH
18
19
20
21
22
23
24
25

Page 72

1  Errata Sheet
2
3  NAME OF CASE: SHABTAI SCOTT SHATSKY -against- PALESTINE LIBERATION ORGANIZATION
4  DATE OF DEPOSITION: 04/08/2021
5  NAME OF WITNESS: Fuad Ateyeh
6  Reason Codes:
7      1. To clarify the record.
8      2. To conform to the facts.
9      3. To correct transcription errors.
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24
25          _____

Page 71

1
2          C E R T I F I C A T E
3
4     I, AMBRIA IANAZZI, do hereby Certify:
5     THAT FUAD ATEYEH, the WITNESS herein, was
6  sworn under penalty of perjury by a Notary Public.
7
8          THAT the deposition transcript herein is a
9  verbatim record of the testimony given by FUAD
10 ATEYEH, stenographically record by a Registered
11 Professional Reporter, and Certified Realtime
12 Reporter.
13
14          THAT I am not related to any of the Parties
15 to this Action by blood or marriage; and I have no
16 interest, financial or otherwise, in the outcome of
17 the case.
18
19
20     CERTIFICATION DATE:  April 13th, 2021.
21
22               Ambria Ianazzi
23 _____
24     AMBRIA IANAZZI, RPR, CRR, RCR, CSR
25

Fuad Ateyeh
April 08, 2021

| Exhibits | 15 | 52:13 54:16 | 75 |
|---|---|---|---|

---

**Exhibits**

EX 0001 Fuad
Ateyeh 040821
 3:6 13:8
EX 0002 Fuad
Ateyeh 040821
 3:7 39:11
EX 0003 Fuad
Ateyeh 040821
 3:8 45:5
 68:12
EX 0004 Fuad
Ateyeh 040821
 3:9 48:19
 68:10,13
EX 0005 Fuad
Ateyeh 040821
 3:10 52:12
EX 0006 Fuad
Ateyeh 040821
 3:11 58:17
EX 0007 Fuad
Ateyeh 040821
 3:12 63:15

---

**0**

0
 7:2,13,21
0131
 53:4

---

**1**

1
 13:8 58:16,
 17 60:10
10
 48:18,19
11th
 55:17
12
 44:19

15
 62:16
16:33
 8:9
17:14
 28:18
17:16
 28:21
17:39
 38:10
17:51
 38:13
18
 50:4
18th
 39:25
19:00
 66:23
1st
 59:25 60:17

---

**2**

2
 39:11
20
 22:6 51:5
2000
 61:15
2005
 18:9 19:15
2012
 17:21 30:25
 31:2
2019
 39:25 59:25
 60:17
2020
 50:4 51:11,
 23 52:2
 55:17 56:15
 62:3,5,23
 63:4
2021
 8:9 13:9
 39:12 45:6
 48:20 51:12

52:13 54:16
58:18 63:16
24th
 56:15
29
 8:25

---

**3**

3
 13:5,8 45:5
 52:21
30
 22:6
31st
 50:8
3rd
 54:15

---

**4**

4
 38:3 39:5,11
 48:19
4th
 51:23 52:2
 62:2,5,23
 63:4

---

**5**

5
 52:12 63:11,
 15
50
 33:6,13

---

**6**

6
 58:17

---

**7**

7
 63:15

75
 44:23

---

**8**

8
 52:11,12,14
8th
 8:9 13:9
 39:12 45:6
 48:20 51:11,
 12 52:13
 58:18 63:16

---

**9**

9
 45:4,5
90
 8:13 44:25

---

**A**

able
 26:4 47:8
 59:7
ABU
 7:8,10
accommodate
 11:22
accurate
 10:18
accurately
 7:7 12:5
acronym
 23:10
acting
 59:22 60:15,
 21
Action
 8:15
add
 16:13 48:23
address
 53:22 54:7,
 12 55:16

advertise
  21:22 22:2
advertises
  21:24
affected
  18:3
affiliated
  38:19 48:3
  62:7,23
afternoon
  8:2
agency
  57:5,9,20,25
  58:6,12
agent
  59:21 60:14
agents
  60:6
ago
  17:16 34:7
  44:4 61:23
  64:20
agree
  9:6
agreement
  8:6 25:20
  26:3,7,8,10,
  16,17,21,22,
  25 27:6
ahead
  11:16 13:13
  16:23 24:21
  25:8
Alhalabi
  47:17
Alhalabi's
  50:6
Ambassador
  64:13
ambiguity
  33:20 34:2
ambiguous
  22:22 24:18
  60:20
Ambria
  8:17

American
  22:17
answer
  10:25 11:11,
  15,16,24
  12:4 13:17,
  25 15:19
  16:6 17:12
  18:18,20
  20:10 21:25
  24:22 25:10
  29:12,13,14
  30:3,18
  32:8,25
  34:3,20,24
  35:11 37:8,
  19 38:22
  41:19 44:11,
  12 51:24
  53:12 55:8
  60:11,22
  65:10
answered
  29:11 37:7,
  18
answers
  7:9 12:16
  33:10
anybody
  14:19,21
  15:11 23:15,
  22,25 43:12
  60:15 62:23
  66:9,13,15
anyone
  14:25 15:22
  17:4 23:17
  24:11 42:7
  43:24
appears
  49:21 55:15
appreciate
  16:18
appropriate
  16:12
approval
  34:17

approximately
  19:15 22:3,
  15 30:24
  44:19 50:19
April
  8:9 13:9
  39:12 45:6
  48:20 51:11,
  12 52:13
  58:18 63:16
Arabic
  7:9,10,19
  12:9,15,16
  13:17 15:20
  27:23 32:8
  53:12 58:11
  65:18
area
  65:20
around
  13:3
arrangement
  42:13
asked
  11:23 12:7
  13:24 14:16
  18:11 25:15
  29:11 37:7,
  18 42:12
  54:12
asking
  10:8,9 19:10
  26:24 58:4
asks
  59:20
associated
  40:20
assume
  11:12
assumes
  20:8 21:23
  32:6 50:23
Ateyeh
  8:8 10:1,4
  11:1 12:1,3,
  8 13:1,10,
  15,20 14:1,

12,14 15:1
16:1 17:1,2,
11,15 18:1,
20 19:1,21
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1,23 29:1
30:1 31:1
32:1 33:1
34:1,24 35:1
36:1 37:1
38:1,15
39:1,8 40:1,
15 41:1,24
42:1 43:1
44:1 45:1,8,
22 46:1,13
47:1,16 48:1
49:1,9 50:1
51:1 52:1,14
53:1,8 54:1
55:1 56:1
57:1 58:1,19
59:1,19 60:1
61:1,3 62:1
63:1,19 64:1
65:1 66:1
attachment
  54:18,21,24
  56:6
attempts
  44:10
attended
  63:4 64:21
attesting
  36:3
attorney
  11:21 14:18,
  21 15:14
  30:12 31:10,
  13,23 33:3,6
  46:4,6 48:2
  49:14 53:14,
  17 54:22,23
  55:24 56:21
  58:2,14

Fuad Ateyeh
April 08, 2021

attorney's
  17:2,12
attorney-
client
  16:5,7
attorneys
  31:8,9,10
  32:12 54:3
August
  50:4,8 56:15
authority
  16:16,21
  17:5 23:3,
  15,18 24:5,
  12,16 25:2,
  21 26:4,11,
  18 27:2,10
  32:12 37:22
  42:8,16
  43:12,16,20
  44:2 48:4
  52:8 54:8
  59:24 60:16
  62:24 63:5
  66:6,10,14,
  16
authorization
  29:16,18
  30:7,13
  34:17
authorize
  35:18
available
  42:19
avoid
  38:17
aware
  8:4 12:3
  27:15 28:25
  36:7 37:4
  38:17 66:3,
  5,9,13,15
awareness
  36:10 37:15,
  21
AWNI
  7:8,10

---

**B**

back
  10:14 13:18
  18:12 28:20
  29:17 30:4
  32:23 33:5,
  9,15,16
  34:9,12,14,
  15,25 38:12
  40:4 45:15
  46:24 51:22
  52:20 66:25
Baloul
  15:8
based
  35:25
basis
  16:19 18:16,
  18
Bates
  45:20 49:8
begin
  8:21 10:9
beginning
  61:15
behalf
  8:12,18
  32:13 43:25
  59:22 60:15,
  18,20
behind
  62:11
believe
  17:15 45:21
  52:16,18
belongs
  54:7,9
below
  45:19
benefit
  59:23
Berger
  9:7 15:5
  24:20 25:9
  30:10 33:17,

---

18 35:6,9
  62:19
Berger's
  15:8
besides
  51:19
best
  11:22 23:14,
  17,21,24
better
  47:8,10
BEZVERKHA
  38:4
bills
  15:23 16:10,
  22 17:7
bit
  32:16 37:13
  39:13 51:23
  63:12
blacked
  55:7
Boggs
  15:12
bottom
  39:22,23,24
  46:16 49:19
  56:13
box
  47:3
break
  11:20,25
  38:6 66:20
breaks
  11:19
Broad
  8:13
brother
  64:19,20
business
  12:18 20:13,
  15,16,20,25
  42:13
businesses
  20:7,9

---

**C**

California
  19:25 42:3
  44:14
called
  7:5 31:6
  40:6 61:4
calls
  21:16 32:5
  34:18,22
  35:6,7
Canada
  51:18,19
  57:12
case
  17:22 18:10,
  24 19:11,13
cases
  19:7
catch
  41:18
ceremony
  64:21
certain
  29:10
certainly
  30:3 41:16
Certification
  45:18 49:5
  52:25
certified
  29:9 36:24
  45:9
certify
  24:25 25:6
change
  51:24
changed
  46:5
characterized
  28:4
characterizin
g
  30:16

---

Fuad Ateyeh
April 08, 2021

charge
    22:13
cities
    40:21
Civil
    8:25
claim
    18:3 19:12
claimed
    17:25 18:2
clarify
    18:23 30:3
clear
    13:19 25:25
    32:10 33:21
    36:14 37:4,9
    40:22,23
    42:11 59:25
    64:9 65:9
clearly
    40:24
client
    23:3,7,18,22
    24:2 32:17,
    23 34:15
    37:6,10,11,
    13,17,23
    38:24 49:14
    55:24 56:4,
    22 57:20
client's
    57:21
clients
    21:10,21
    22:16,19,24
    31:19,24
    35:18,22
    37:2 38:21,
    23 43:3,6,9
    44:17 54:12
    60:18
close
    65:19,23
closed
    27:24,25
    29:3 30:25
    31:3 42:15

closely
    63:12,13
Cohen
    10:8
colleague
    15:8
come
    10:14 31:15
    37:11
comes
    32:25 37:10
    38:24 43:3
    44:15
commanding
    13:12
committing
    58:21
communication
s
    15:4,7,10
    59:12 60:2,
    5,14
community
    22:11 31:17
    41:10
companies
    21:14
compensation
    43:16,20
compound
    25:9
conclusion
    34:22 35:7,8
    60:9
conduct
    12:18
confirm
    8:24
connection
    16:22 17:7,
    23 20:14
    32:17
consular
    24:15,19
    28:4,7
contact
    15:17 38:18,

25
contacted
    43:24
content
    47:14
Continue
    32:20
contracts
    36:19
conversation
    43:11
conversations
    8:5
convey
    34:16
copy
    13:11,14,24
    49:10 53:16
Corey
    8:11
corner
    46:17,21
correct
    17:17 26:15
    30:6 31:24
    46:14,18
    50:6,11
    53:19,22
    54:16,19
    55:17 56:15
    58:23 60:7
    64:9 65:7,10
    66:2
correction
    17:5
correctly
    30:19
Council
    61:4,7,12,
    18,21 62:2
counsel
    8:24 9:6
    10:20 11:13,
    14 13:2 15:4
    62:8
countries
    51:9,14

course
    16:19 55:4
    62:20
court
    10:16 11:5
    13:12 19:3
coversheet
    49:5,7
COVID-19
    8:23
creates
    33:25
current
    39:20
customer
    32:25
customers
    44:17
cut
    49:21

D

D.C.
    27:16 28:3
    29:2,5,9,22
    30:6,17,23
    31:14 32:2,
    18 33:4,24
    34:3,8,11
    35:21 36:5,
    8,11,15,19,
    23 37:5,16
    42:14,15
date
    39:24 49:21
    50:5 51:10
    61:16
dated
    54:15 55:16
    56:14
dates
    30:22
day
    52:16
deal
    31:15

Defendant
 59:23
Defendant's
 15:11
Defendants
 9:7 15:5
Definitely
 51:4
Delegation
 39:10,17
Department
 53:25 55:21,
 25 56:18,21
departments
 54:10
deponent
 9:8
deposed
 18:8
deposition
 8:8 9:2
 10:10 11:20
 12:22 13:13
 14:7,15,20
 15:3 17:16
 18:18 19:14
 23:10
describe
 31:6 46:2,20
 47:5
described
 36:2 44:4
 63:22
describing
 30:15
die
 28:12
died
 64:19,20
difference
 20:12
different
 9:6 16:20
 28:25 37:13
direct
 37:14

directly
 31:16
disagreement
 31:5
discovery
 18:17
discuss
 14:20
discussed
 19:8
division
 54:2
document
 12:23,25
 13:3 19:19
 25:16 32:3
 33:2,3,14,16
 34:9,11
 35:2,4,5,12,
 16 38:16
 39:7 40:23
 43:25 44:15
 45:8,10,15,
 19,24 46:3,
 13 47:14
 48:10,24
 49:8,11,17,
 24 50:12,17
 53:9 55:19
 56:3,7,12,14
 57:19 58:7,
 10 60:25
documents
 12:21 21:17
 22:3 25:2,6
 29:9 30:20
 31:18 32:22
 34:8 35:20,
 22 36:3,24
 44:5,6,7,20,
 21 45:23
 50:19 51:8,
 17 52:3,7
 55:21 58:9,
 22,25 59:3,
 10,11,12
 60:4,7,18

doing
 42:2
duly
 7:6,17
duty
 48:6

---

**E**

earlier
 54:25 56:7
easier
 19:18
eight
 40:11
either
 19:7 24:12
 25:2 31:15
 33:2 53:25
Elizabeth
 19:19 38:2
 39:21 40:10
 45:3,14 47:9
 49:19 52:18
 57:2,15
 59:13 61:2
email
 53:16,18,22,
 24 54:6,11,
 15,18 55:6,
 15,16,20,21
 56:14,17
emailed
 65:2
embassies
 50:21 51:8,
 16,19
Embassy
 48:5,7,8
 50:14 53:15
Embassy's
 34:14
employee
 24:12 59:21
 60:14
English
 7:9,11

12:11,16,20
 45:10,12,17
 48:23 49:3
 52:21
enlarge
 47:7
enter
 8:19 36:19
entity
 58:5 61:4
established
 42:17
estimate
 44:18 50:25
events
 63:4
everybody
 45:14 64:15
evidence
 32:7 50:23
exact
 22:5
exactly
 22:6 25:11
 26:8 29:14
 30:21 51:2
EXAMINATION
 10:2
examined
 7:18
excuse
 10:23 18:15
 23:16 30:10
 38:3 51:15
 52:20 53:3
 66:14
Exhibit
 13:8 39:11
 45:5 48:19
 52:12 58:17
 63:15
exhibits
 46:10
expect
 42:4
explain
 22:10 32:16

Fuad Ateyeh
April 08, 2021

47:11
**extent**
  44:10

---

**F**

---

**FA**
  53:3
**FA001**
  45:20
**FA001-T**
  45:11
**FA0013**
  49:8,10
**FA0013-T**
  49:4
**FA002**
  45:21 46:17
**FA002-T**
  45:16
**FA0130**
  53:7
**FA0130-T**
  52:21
**FA0131**
  52:20 53:4
  55:15
**FA0131-T**
  52:22
**FA0132**
  53:5 56:13
**FA0132-T**
  52:23
**FA132-T**
  57:4
**facilities**
  66:5
**fact**
  46:16
**facts**
  32:6 50:23
**fair**
  22:7
**faithfully**
  7:7

**familiar**
  40:15 61:3
**family**
  15:21
**father**
  65:19,24
**favor**
  22:11
**February**
  54:15
**Federal**
  8:25
**feel**
  16:12
**fees**
  16:15
**Fifty-two**
  12:17
**figure**
  64:15
**filed**
  18:3 19:12
**financial**
  42:13
**financially**
  8:15
**find**
  42:21 43:6
  59:7,25
**fine**
  38:8
**finish**
  10:25 11:2
**fire**
  18:2,3
**firm**
  10:8 15:11
**first**
  7:17 15:25
  16:2 32:9
  40:4 41:8
  45:11,12
  49:2 52:19,
  21 55:11
  59:20
**five**
  61:22,23

64:20
**five-minute**
  66:19
**fluent**
  12:8,11
**follow**
  16:25 17:11
**follows**
  7:19 49:6
**forgot**
  28:10
**form**
  24:17 50:22
**foundation**
  28:6
**Francisco**
  43:10 64:21
  65:20
**Fred's**
  20:17,18,22
**free**
  41:16
**friend**
  15:21
**friends**
  65:20,23
**friendship**
  65:6,11
**Fuad**
  8:8 47:16
**fulfill**
  59:5
**full**
  45:15
**fully**
  12:4
**funeral**
  64:21

---

**G**

---

**gain**
  22:12
**Gassan**
  15:8

**gave**
  18:12
**general**
  31:10 39:10,
  17
**getting**
  62:11
**give**
  14:17 25:19
  34:15 35:13
  49:23 60:24
  61:16
**given**
  7:10 11:4
  60:9
**giving**
  32:23
**going**
  11:18 12:21
  13:4 16:4,25
  17:11 18:15
  28:24 38:6
  39:7 40:11,
  12,14 41:23
  44:18 45:18
  59:16,17
  64:2
**good**
  8:2 10:4,6
  21:11
**government**
  58:13
**granted**
  27:10,13
**Great**
  10:14 19:17
  45:7 47:11
  62:18
**Gresser**
  10:8
**grounds**
  16:5,8
**guess**
  54:4,5

Fuad Ateyeh
April 08, 2021

**H**

happened
  27:18,21
happy
  13:2 34:2
hard
  50:25
HBDA
  7:8,10
head
  11:7
heading
  39:14,16
held
  8:5 63:5
help
  31:16
high
  22:18 44:15
hold
  21:18 27:9,
  12
hope
  11:18 33:9
hoping
  32:15
hour
  38:7
hours
  62:11
housekeeping
  8:22

**I**

Ianazzi
  8:18 9:4
  46:11
identificatio
n
  13:9 39:12
  45:6 48:20
  52:13 58:18
  63:16

identified
  55:11
identifying
  33:18
important
  10:19 11:4
  28:11
inaccurate
  57:24
include
  60:4
income
  22:9
indication
  49:23
indifferent
  25:23
individual
  36:20
individually
  20:6
individuals
  21:14 26:12
  33:7 36:23
  63:22 64:2
information
  38:18 55:11
injury
  18:4
instruct
  12:15 16:5
instruction
  16:13,24
  17:2,10,12
instructs
  11:15
intended
  25:16 35:23
interact
  30:23
interactions
  62:22
interested
  8:15
interpret
  16:2,3 24:21

interpreter
  7:5,19 10:21
  12:8,14
  13:16,23
  16:3 17:24
  19:9 29:23
  32:20 34:4
  55:2 58:3,4,
  15 63:17
interrupted
  28:23

**J**

January
  51:23 52:2
  62:2,5,23
  63:4
join
  24:20
jurisdiction
  18:17
jurisdictions
  20:3

**K**

keep
  45:18 59:11,
  15,17
kind
  26:11,14,25
  27:6
knew
  24:11 64:19
know
  11:10,21
  13:2 15:14
  20:12,14
  22:6 24:18
  27:18 29:4,
  5,7,14,15,
  17,20 34:13
  35:12,14
  36:21 37:2,
  3,20 40:25
  41:6,24

  42:5,16,19,
  21,23,24
  45:2 47:20,
  23 48:5,6
  50:25 51:25
  54:5,9,21
  58:25 64:3,
  12,16,25
  65:15,17
knowledge
  23:14,17,21,
  24 36:18,22
  37:15,22
  43:5
known
  64:18

**L**

labeled
  45:11 52:19,
  23 53:3
  56:12
lacks
  28:6
land
  31:12 46:7
  53:25
lands
  53:15 55:22,
  25 56:18,21
language
  12:19 58:11
laptop
  28:11
large
  46:25
lastly
  11:18
law
  10:7 15:11
  35:5
lawyer
  14:11,13
leading
  35:10

Fuad Ateyeh
April 08, 2021

led
  58:11
left-hand
  46:21
legal
  8:12,18
  15:23 16:22
  17:7 25:6,17
  29:10 34:22
  35:6,7 60:9
lended
  18:11
lent
  18:12 19:11
lets
  45:13
letter
  55:12
Liberation
  17:5,6 23:6,
  11
licensed
  19:21,24
  20:2
licenses
  27:9,12
life
  41:9
line
  55:6 56:25
  57:5,19
liquor
  20:17,18,19,
  20,22
list
  40:20 42:8,
  17,19,22
  43:7,13,17,
  22 63:21
  64:2
listed
  41:3,7,25
little
  32:16 37:13
  39:13,22
  44:4 51:23
  63:12,13

live
  65:20
lived
  12:12
loan
  18:14,25
locate
  14:17
located
  8:13
locations
  9:6
long
  11:19 12:12
  30:20 64:18
look
  14:16 39:5
  48:21 59:8
  63:25
looked
  48:22
lower
  46:21
lunchtime
  62:12

———————————

          M

———————————

make
  10:17 19:18
  48:17 62:16
makes
  16:15
Mansour
  64:10,12
  65:12
March
  39:25
marked
  13:8 39:11
  45:5 48:19
  52:12 58:17
  63:15
marking
  46:10
matter
  7:6 8:10

  15:23 16:22
  17:8
mean
  16:11 24:19
  26:21 30:20,
  21,22 35:15
  38:23 40:23
  55:9
meaning
  46:5
meant
  58:6
measure
  8:22
meet
  14:19,23
meeting
  14:11
member
  61:11,17,20
Mexico
  47:13 48:8
  50:14 51:9,
  20 57:7,10,
  11
middle
  40:6
mind
  34:5 38:5
minute
  28:16
minutes
  62:16
mislead
  39:19
misleading
  60:9,20
Mission
  24:2 33:21
  47:13 52:4
  63:9,20,22
  66:4,11
mistaken
  58:11
Mitch
  15:5

mixed
  57:11
moment
  17:16 25:19
  34:7 38:4
  48:16 60:24
  66:21
money
  18:11,12,21
  19:12 22:12
months
  44:19
morning
  10:4,6
motion
  41:17,22
move
  13:3 18:19
  41:11,14,20

———————————

          N

———————————

Nadya
  64:5
name
  8:11 10:7
  20:16 38:18,
  25 41:3,7,24
  42:5,20,24
  43:13 47:17
  57:9,19,20,
  21 64:5
names
  42:19 63:14
  64:9
National
  61:4,6,12,
  18,21 62:2,8
Nations
  23:25 52:4
  63:21 64:14
nature
  18:24
need
  11:20 12:24
  13:17 32:3
  53:12 65:9

never
  18:12 33:7
  42:6,23
  65:22
nodding
  11:7
non-party
  35:10
nonresponsive
  41:15
notaries
  36:20
notarization
  20:13
notarize
  21:16 22:4
  24:25 25:5,
  15 31:19,23
  32:11 33:2
  43:25 44:5,
  6,15 54:2
notarized
  31:22 32:3,
  11,22 44:8,
  20,21 46:14
  48:11 49:14,
  17,24 50:9,
  13,17,20
  51:7 52:3,7
  55:24 60:7
notarizing
  21:19 56:22
notary
  7:6,17 19:21
  20:5,22
  21:2,4,7,13
  22:7,13,16,
  19,24 24:4,
  7,10,24
  32:10 36:11,
  16,20 38:19
  40:6,19
  42:2,9,17
  43:9,21
  44:13 47:15
  54:12 60:18
  66:17

note
  12:7 56:24
noted
  41:22
notion
  58:12
number
  22:5
numbered
  46:17 49:4,8

─────────────

O

object
  11:14 15:25
  16:4,19
  18:15 24:17
  33:19 44:9
  50:22
objection
  11:17 15:24
  16:12,24
  17:9,10 20:8
  21:23 22:22
  24:20 25:8,
  9,23 26:13
  28:6,24
  29:11,24
  30:11 32:5,6
  33:17 34:18,
  21 35:6,9
  37:7,18
  57:24 60:8,
  19
objects
  16:16
Observer
  63:20
occasion
  18:7 24:25
  25:5,13
  29:21 30:5,
  23
occasionally
  25:15
occasions
  10:12 17:17

19:5
occupied
  66:6
occurred
  49:23 50:3
October
  59:25 60:17
offer
  20:5 21:4
  36:20
offered
  36:8,11,15
offers
  20:22,25
office
  27:16,19,22,
  24 28:3
  29:6,9,15,22
  30:6,17,23
  31:3,14
  32:3,18
  33:4,9,24,25
  34:3,8,11
  35:22 36:5,
  8,11,15,19,
  23 37:5
  42:14,15
  44:14 52:8
  54:7 58:5,6
  59:9
offices
  29:2 60:6
  66:5
official
  24:11,25
okay
  11:12 12:2
  13:22 14:19
  16:4,23 17:9
  20:25 23:12
  26:24 28:15,
  17 30:14
  31:4,21
  34:16 35:3,
  20,25 36:7,
  18 37:21,25
  38:9 39:2,5,
  6,19 40:9,18

41:3 46:8,12
  47:24 48:17
  49:16 50:5,9
  51:7 52:2
  55:5,13
  56:6,10
  60:24 61:10,
  11 62:21
  64:4,8,12
  65:2,9,14
  66:3,22
once
  19:6
one
  8:21 10:22
  11:9,23
  17:19,25
  18:11 20:6
  28:25 31:11,
  19,24 42:20
  46:22 52:22
  53:2 54:9,12
  56:11 59:15
  65:19
ones
  55:9
open
  44:14
opposed
  21:14 58:13
Organization
  17:6 23:6,11
organizations
  21:15 62:7
organize
  47:14
original
  45:19 49:7
  57:16
outcome
  8:16
outside
  18:16 22:20,
  25 50:21
owned
  66:5

Fuad Ateyeh
April 08, 2021

**P**

page
  39:20,22
  40:5,6,18
  41:4,7,8,25
  42:5,6
  45:11,12,16,
  21 46:17
  47:18 49:2,
  4,6,10,20,
  22,23 52:21,
  22,23,24
  53:2,3,4
  55:14 56:12
  57:3,17
  59:14,15
  63:19,22
pages
  40:11,12
  45:13,23
  52:14,19
  53:6
Paik
  9:8 14:10
  15:14,15,18,
  19,24 16:4,
  9,11,23
  17:9,24
  18:15 20:8
  21:23 22:22
  24:17 25:8,
  23 26:13
  27:23 28:6
  29:11,24
  32:5 33:19
  34:18,21
  37:7,18 38:5
  41:11,14,18
  44:9 50:22
  54:4 55:8
  57:23 58:8
  60:8,19
  62:10,18
Palestine
  35:23 36:4
  44:6,8,16,21

55:25
Palestinian
  16:16,21
  17:4,6 22:16
  23:3,6,11,
  15,18,25
  24:5,12,16
  25:2,6,17,21
  26:4,11,18
  27:2,10
  35:5,19
  37:22 42:7,
  16 43:12,16,
  20,25 47:12
  48:3,8
  50:13,20
  51:8,16
  52:4,8 54:7,
  10 56:18
  59:24 60:16
  61:4,6,9,10,
  12,18,21
  62:2,7,24
  63:5,20
  64:13,22
  66:6,10,14,
  16
Palestinians
  44:17
palus@mfae.
gov.ps
  53:22
palus@mofa.
pna.ps
  55:16
Pandemic
  8:23
papers
  14:17 29:21
  30:5,15,17
  31:5,7 32:11
  43:4
Parliament
  61:8,9,11
part
  33:8 41:19
  54:25 56:7,
  24 62:6

Participants
  8:3
particular
  21:17,21
parts
  44:11
Party
  8:14
Patton
  15:12
paying
  15:22 16:10,
  14,21 17:7
payment
  66:14,16
people
  42:4,25 43:2
percent
  22:15 33:6,
  13 44:23,25
percentage
  22:18 44:19
percentages
  44:16
performed
  43:21
performing
  66:17
periodic
  11:19
permanent
  63:20 64:15
permission
  42:8
person
  10:22 18:11
  35:18 41:10
  42:21 44:14
  47:25 59:22
personal
  18:4,14,25
  55:10 65:6,
  11
personally
  64:16 65:15
phone
  47:21,23

59:10
picture
  37:9
please
  8:18 11:10,
  21 13:6
  15:20 17:24
  24:21 25:19
  27:23 28:16
  29:12 31:6
  32:8 34:4
  38:3 45:4
  46:2 48:16,
  18 49:2,18
  52:11 53:13
  56:12 57:3,
  15 58:16
  60:24 63:11
  65:18
PLO
  8:11 23:10,
  22 24:8,13,
  16 25:3
  27:5,6,13,15
  28:3 29:2
  32:22 33:14,
  15,20,21,22,
  25 34:17
  37:16 38:19
  39:3,4,10,16
  42:7,14,17
  43:12,17,21
  44:2 48:4
  52:9 54:8
  59:24 60:16
  62:8,24
  63:6,9 66:6,
  10,16
PLO's
  29:22 30:6,
  17,23 31:14
  32:2,18
  33:23 34:8,
  10 35:21
  36:5,8,11,
  15,19,22
  37:5

Fuad Ateyeh
April 08, 2021

plow
  62:13
plug
  28:11
plural
  50:24
popular
  42:4
portion
  22:8 44:9
  55:5 57:4,6,
  9,18
Power
  30:12 31:7,
  8,9,10,22,23
  32:12 33:3,6
  46:4,5 48:2
  49:13 53:14,
  17 54:2,22
  55:24 56:20
  57:25 58:13
Powers
  31:13
practice
  35:25
premised
  58:12
prepare
  14:6,14
previous
  17:17
primarily
  21:13
printout
  39:8
prior
  15:3
privilege
  16:5,7
probably
  66:20
procedure
  8:25 46:11
proceeding
  8:4 9:3
  10:19 25:17

proceedings
  8:19 25:7
  29:10
process
  10:15 32:14
  44:4 46:9
produce
  58:21
produced
  45:9,20,24
  48:24 49:11
  54:24 56:7
  58:25 60:5
production
  49:9 52:15
  53:3 54:25
  56:8
property
  31:11
propounded
  7:8
provide
  25:21 26:4,
  11,18 27:6
  28:3
provided
  24:4,7,10,15
  29:2 36:4
providing
  24:24 27:3
public
  7:6,17 19:22
  20:5,23
  21:2,4 32:10
  40:19 42:2,9
  43:9 44:13
  47:15
publics
  21:7 40:6
  42:18
purposes
  44:7 54:23
pursuant
  8:24 14:3
  43:22
put
  13:5 42:5

  45:4 53:15
  57:23 63:11
putting
  12:22

_____

Q

question
  11:3,11,15,
  16,24 16:20
  17:13 18:21
  19:10 20:11
  21:11 24:18,
  22 25:9 26:2
  27:5 28:24
  29:12 30:18
  32:9,21,24
  33:10,20
  34:5,6,10
  37:13,14
  41:20,23
  44:10 46:9
  50:23 57:8,
  13,18 58:4
  60:8,19,21
questions
  7:8 10:9,25
  11:6,10,14
  12:4 13:16
  42:12 62:19
quibbling
  58:8
quick
  28:9 45:13
quickly
  48:17,22,25
  59:19

_____

R

rank
  48:6
Rasheed
  64:5,10
  65:14,24
re-ask
  34:6

read
  34:4 40:24
  63:14,17,18
real
  28:9
realize
  46:9
realized
  28:10
reason
  12:3
reasonable
  18:16
receive
  35:13
received
  13:14,24
  15:15 43:15,
  19 52:15
  58:20
receives
  66:13,15
receiving
  60:17
recent
  17:19
recess
  28:19 38:11
  66:24
recognize
  45:23 49:10
  53:9 64:5
recommend
  36:24
recommended
  15:21 37:17,
  23 42:17
recommending
  37:5
record
  8:3,7,20
  10:18 28:14,
  16,18,21
  33:19,21
  38:10,13
  41:17 57:23
  66:21,23

Fuad Ateyeh
April 08, 2021

recorded
  8:4,5
recover
  18:24
recovering
  18:14
rectangle
  46:25
redacted
  47:3 55:6,10
  56:25 57:4,
  9,18
redaction
  55:10 57:6
refer
  23:10 34:2
  36:23
referred
  34:7 37:17,
  23
referring
  19:11 25:12
  26:8 33:23
  37:6 46:23
  48:7 65:24
regarding
  38:19 60:5
related
  8:14
relating
  61:25
relationship
  65:6,12
relevance
  16:19
relevant
  16:14,15
reminder
  10:16
remote
  8:7,12,19
remotely
  8:23
renting
  17:25
repeat
  19:10

rephrase
  11:11 21:12
  22:23 25:25
reporter
  8:17 10:16
  11:5
representativ
e
  59:22 60:15
request
  8:6 11:22,23
  56:3,22
  59:17,20
  60:9,10
requested
  13:15
requests
  59:5
reside
  22:24
residential
  18:5
respect
  45:22
respond
  11:6
response
  59:2
responsible
  47:13,25
responsive
  41:20 59:4
rest
  9:5
returned
  48:13
right
  11:25 12:7,
  18 13:11
  14:2 19:13
  22:19 29:5
  40:4,18 41:6
  47:2,5 58:6
  60:13 65:5
right-hand
  46:17

Riyad
  47:17
Ron
  10:7
Rule
  8:25
Rules
  8:25

─────────

        S

San
  43:9 64:21
  65:20
save
  32:15
says
  30:11 39:10
scattered
  9:5
scope
  18:16
screen
  12:23
scroll
  39:21 40:10
  45:13 49:18,
  19 52:18
  53:6 56:11
  57:3,16
  59:13 63:12
scrolling
  40:14
seal
  46:16 47:5,
  11,15 50:6
sealed
  50:7
seals
  46:20,22,24
  47:2 49:22
  50:2
search
  14:16 59:3
searched
  59:6,9,10

second
  28:10 41:9,
  12,15,19
  45:16 52:21
section
  40:5,12,19
see
  12:24,25
  13:10 16:14
  33:7 39:9,
  14,16,24,25
  40:2,5,7,20,
  21,25 41:2,3
  45:15 46:24
  47:3,10,17,
  18 49:16
  63:23
seeking
  18:24
sell
  46:6
selling
  31:11,12
sells
  20:20
send
  29:15,16,18,
  19,21 30:5,
  17 31:8,13
  32:21 33:5,
  8,9,14,15
  34:14,25
  35:18,21,23
  46:12 48:10
  53:14,17
  54:11 55:19,
  20 57:7,10
  59:7
sending
  33:16 34:7,
  9,12 60:17
sends
  37:2
September
  55:17
service
  22:11 31:7

Fuad Ateyeh
April 08, 2021

36:4
**services**
20:6,23
21:2,4,13,22
22:8,13
24:4,7,11,
16,19,24
25:21 26:5,
12,13,18
27:3,7 28:4,
5,8 29:2
36:7,12,16,
20 38:20
43:6,21
64:22 66:17
**seven**
40:11
**several**
40:12
**Shatsky**
8:10
**short**
28:19 38:11
66:24
**shorthand**
23:9
**show**
12:23 13:3
38:15 39:7
**showing**
12:21 13:11
45:8 58:19
**sign**
29:16,19,20
31:8,15,16,
17 32:13,25
34:25 43:3
**significant**
22:8
**signing**
48:2
**similar**
42:12 48:22,
24
**sir**
10:6 17:18
18:6 40:8

48:9,12,15
55:18 56:2,
5,16,19,23
58:15 61:24
**situation**
55:23
**slightly**
32:24
**slow**
45:15 52:20
**sort**
34:17
**speak**
10:21
**speaking**
14:13
**speaks**
10:22
**Special**
47:12
**specialty**
21:18
**specific**
30:7 31:11
46:4 54:22
61:16
**specifically**
46:6 59:8
**speculation**
32:6 34:19
**spoke**
14:12 64:23
65:21
**spoken**
64:25 65:22
**sponsored**
63:5
**Squire**
15:12
**stamp**
34:13,14,16
47:15 48:14
**stamped**
35:17,21
45:20 50:7
**stamping**
36:3

**start**
10:25 17:19
46:25 64:8
**starting**
33:11
**state**
19:25 41:16
42:3 44:13
**stated**
55:11 60:10
**statement**
8:19
**States**
12:12 16:17
22:20,25
25:22 26:5,
12,19 27:3,7
33:22 39:10,
17 42:18
50:16,21
52:5,9 62:25
63:6 66:7,
11,17
**step**
30:4 46:24
**stipulating**
8:24
**stop**
28:9 46:8
61:20
**straight**
29:13
**Street**
8:13
**strike**
20:15 25:14
31:22 41:12,
14,21
**subject**
55:6 56:24
57:5,19
**Subpoena**
13:11,14,24
14:4 15:15
58:20,21,22
59:2,4

**Substantive**
59:17
**sued**
18:13
**summarize**
44:10
**Support**
8:13,18
**sure**
10:17 62:16
**sworn**
7:6,17

---

**T**

---

**Tab**
13:5,8 38:2,
3 39:5,11
45:4,5
48:18,19
52:11,12,14
58:16,17
63:11,15
**tabs**
40:20
**take**
11:19,25
19:19 30:20
33:2,3,5,7
38:5 45:3
51:22 60:25
63:25 66:19
**taken**
9:2,4 10:10
17:16 19:14
28:19 38:11
63:19 66:24
**taking**
11:5
**talked**
46:10
**talking**
14:10 58:9
**Team**
63:23
**technician**
8:12

Fuad Ateyeh
April 08, 2021

| | | | |
|---|---|---|---|
| tell<br>  22:5 42:25<br>  49:16 50:2<br>tells<br>  38:24<br>ten<br>  42:3 51:3<br>  62:15<br>tenant<br>  18:5<br>tenants<br>  17:25<br>testified<br>  7:18 17:15<br>  19:3<br>testifying<br>  14:3<br>testimony<br>  14:20<br>Thank<br>  9:9 10:4<br>  19:20 28:22<br>  31:4 38:14<br>  46:12 57:22<br>  58:15<br>thing<br>  29:15 41:9<br>think<br>  17:21 19:6,<br>  19 34:22<br>  38:6 50:4<br>  51:3,5,6<br>  66:20<br>three<br>  46:22 52:14,<br>  19 62:11<br>Thursday<br>  8:8<br>time<br>  8:9,17 10:22<br>  11:21 25:24<br>  28:18,21<br>  32:16 38:10,<br>  13 64:23<br>  65:21 66:23<br>time-period<br>  29:25 30:16 | 51:22 61:14<br>  63:3<br>timeframe<br>  30:19,21<br>  51:20<br>timestamped<br>  39:25<br>titled<br>  49:7<br>today<br>  8:8 10:5,9,<br>  17 11:19<br>  12:4,8 13:13<br>  14:3,7,15,20<br>  15:3,5 51:11<br>today's<br>  9:2<br>top<br>  39:9 47:2<br>transcribed<br>  11:8<br>transcribing<br>  10:16<br>translate<br>  7:7<br>translated<br>  13:18 52:19<br>  57:5 58:10<br>translating<br>  13:16<br>translation<br>  30:11 45:10,<br>  12,17 48:23<br>  49:3 52:22,<br>  23,25 57:3,<br>  6,24 58:9<br>translator<br>  30:11 45:18<br>  49:4 58:10<br>trusted<br>  41:10<br>try<br>  11:2,10<br>  21:12<br>trying<br>  14:17 48:17<br>  63:18 | turn<br>  11:2<br>TV<br>  64:14<br>Twice<br>  10:13<br>two<br>  17:17 19:7<br>  31:9 45:23<br>  46:24 50:7,<br>  10 53:6 64:9<br>type<br>  17:22 18:10<br>types<br>  21:10,17,21<br>  31:9<br>typically<br>  12:19 35:22<br><br>U<br><br>U.S.<br>  8:12,18<br>UN<br>  63:8 66:4,11<br>understand<br>  9:4 11:9<br>  13:19 20:10<br>  25:11 26:20,<br>  22 27:24<br>  30:18 32:14,<br>  19 33:11<br>  35:15 37:12<br>  38:22 39:2<br>understanding<br>  14:2 27:21<br>  28:2 29:8<br>  32:15 35:4<br>  36:2,14 54:6<br>understands<br>  28:7<br>understood<br>  11:12,17<br>  33:24<br>United<br>  12:12 16:17<br>  22:20,25 | 23:25 25:22<br>  26:5,12,19<br>  27:3,7 33:22<br>  39:10,17<br>  42:18 50:16,<br>  21 52:4,9<br>  62:24 63:6,<br>  21 64:14<br>  66:7,10,17<br>UTC<br>  8:9 28:18,21<br>  38:10,13<br>  66:23<br><br>V<br><br>valid<br>  35:2,3,5,16<br>various<br>  40:21 60:6<br>verbally<br>  11:6<br>version<br>  57:16<br>versus<br>  8:11<br>video<br>  8:12<br>video-<br>recorded<br>  8:7<br>videoconferen<br>ce<br>  9:3 10:19<br>VIDEOGRAPHER<br>  8:2 28:13,<br>  17,20 38:9,<br>  12 66:22,25<br>view<br>  47:8<br>VINCENT<br>  13:7<br><br>W<br><br>Wainaina<br>  8:11 |

Fuad Ateyeh
April 08, 2021

wait
  10:22,24
  11:2
walk
  48:25
want
  12:15 15:25
  22:10 28:13
  37:10 42:11
  59:16,18
wanted
  18:23
Washington
  27:16 28:3
  30:17 31:14
  32:2,18
  33:4,24
  34:3,8,11
  35:21 36:5,
  8,11,15,19,
  23 37:5,16
  42:14,15
way
  39:23 53:18
  58:10
web
  39:20
website
  38:18,25
  39:2,3,8,9
  40:16,19
  42:9
weeks
  50:8,10
well-known
  41:9
went
  64:22
Whomever
  21:16
Wick
  8:21 9:9
  10:3,7 13:5
  16:7,10,18
  19:18 22:23
  24:21 25:25
  26:15 28:9,

15,22 30:2,
14 33:23
34:6,20
38:2,8,14
39:13,21
40:10 41:13,
16,22 44:12
45:3,7,14
46:8 47:9
48:18 49:18
52:11,17
53:12 55:13
56:11 57:2,
15 58:16
59:13 60:25
62:15,21
63:11,18
65:18 66:19
wife
  14:24,25
witness
  7:16 16:6
  28:7 34:3,
  20,23 35:10
Witness's
  30:2
word
  30:12 50:24
  57:25 58:13
work
  21:8 61:25
  62:6
working
  30:2
works
  23:15,18,22,
  25 48:5 66:9
wrap
  62:17

---

Y

year
  22:4 30:24
  50:20 51:8
  65:3

years
  12:17 42:3
  61:22,23
  64:20
yesterday
  52:16
York
  8:13,14 9:5
  63:9 66:4

---

Z

zoom
  39:13,14
  63:13