IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY, <br><br> Defendants. | Case No. 18-cv-12355 (MKV) (DCF) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Joseph S. Alonzo, Esq. dated August 20, 2021, and the exhibits annexed thereto; Defendants' 56.1 Statement of Facts as to Which There Is No Genuine Issue; the accompanying Memorandum of Law; and the pleadings and proceedings herein, Defendants Palestine Liberation Organization and Palestinian Authority (collectively, "Defendants"), by and through their undersigned attorneys, hereby move this Court before the Honorable Mary Kay Vyskocil at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 56, granting summary judgment to Defendants on Plaintiffs' federal claims and dismissing Plaintiffs' non-federal claims with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and for such other relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that, pursuant to the June 25, 2021 Order, ECF 92, any response papers are due no later than September 20, 2021, and any reply papers are due no later than October 6, 2021.

August 20, 2021                                                    **SQUIRE PATTON BOGGS (US) LLP**

                                                                   */s/ Gassan A. Baloul*
Mitchell R. Berger (MB-4112)                                       Gassan A. Baloul (GB-4473)
mitchell.berger@squirepb.com                                       gassan.baloul@squirepb.com
2550 M Street, N.W.                                                Joseph S. Alonzo (JA-1378)
Washington, D.C. 20037                                             joseph.alonzo@squirepb.com
Telephone: (202) 457-6000                                          1211 Avenue of the Americas
Facsimile:  (202) 457-6315                                         26th Floor
                                                                   New York, NY 10036
                                                                   Telephone: (212) 872-9800
                                                                   Facsimile:  (212) 872-9815

                                                                   *Attorneys for Defendants*

2