# Exhibit C

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4   SHABTAI SCOTT SHATSKY, et al.,      )
                                         )
 5            Plaintiffs,                )
                                         )
 6   v.                                  )  Civil Action No.
                                         )  1:02-CV-02280 (RJL)
 7   THE SYRIAN ARAB REPUBLIC, et al.,   )
                                         )
 8            Defendants.                )
     _____)
 9

10

11

12

13                VIDEOTAPED DEPOSITION OF

14               RAED TAHA MAHMUD AMAYRA

15                   JERUSALEM, ISRAEL

16                  SEPTEMBER 10, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR
```

1           Videotaped deposition of RAED TAHA MAHMUD

2   AMAYRA, taken in the above-entitled cause pending in

3   the United States District Court for the District

4   of Columbia, pursuant to notice, before AMY R. KATZ,

5   RPR, at the American Colony Hotel, Executive Room,

6   Jerusalem, Israel, on Monday, the 10th day of September,

7   2012, at 1:13 p.m.

8

9

10  APPEARANCES:

11  FOR PLAINTIFFS:

12         LAW OFFICES OF DAVID I. SCHOEN
       By:  DAVID I. SCHOEN, ESQ.

13         2800 Zelda Road
       Suite 100-6

14         Montgomery, Alabama 36106-3700
       (334) 395-6611 / Fax (917) 591-7586

15         dschoen593@aol.com

16

17  FOR DEFENDANTS:

18         MILLER & CHEVALIER CHARTERED
       By:  RICHARD A. HIBEY, ESQ.

19           TIMOTHY O'TOOLE, ESQ.
       655 Fifteenth Street, NW

20         Suite 900
       Washington, DC 20005-5701

21         (202) 626-5800 / Fax (202) 626-5801
       rhibey@milchev.com

22         totoole@milchev.com

23

24

25

```
1    APPEARANCES (Continued):

2    ALSO PRESENT:

3              MITCHELL COOPERSMITH, Videographer

4              SHIMON BEN-NAIM, Official Arabic Interpreter

5              ALBERT AGHAZARIAN, Official Arabic Interpreter

6              GEORGE HAZOU, Check Arabic Interpreter

7              MORDECHAI HALLER, Advocate

8              AVI LEITNER, Advocate

9              OSAMA SAADI, Advocate

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

```
1                        I N D E X
2     WITNESS
3     Raed Taha Mahmud Amayra
4
5     EXAMINATION                                    PAGE
6     By Mr. Schoen                                    10
7
8
9
10                     E X H I B I T S
11                        (None.)
12
13
14
15          Q U E S T I O N S   I N S T R U C T E D
16              N O T   T O   A N S W E R
17                   PAGE        LINE
18                    14          11
19
20
21
22
23
24
25
```

SEPTEMBER 10, 2012 — RAED TAHA MAHMUD AMAYRA

```
 1              P R O C E E D I N G S

 2

 3         (The following proceedings were conducted

 4      through the Official Arabic Interpreters, unless

 5      otherwise indicated.)

 6
```

|          |    |                                                  |
|----------|----|--------------------------------------------------|
| 13:13:39 |  7 | THE VIDEOGRAPHER:  This is the videotaped        |
| 13:13:41 |  8 | deposition of Raed Taha Mahmud Amayra, taken by David |
| 13:13:45 |  9 | Schoen, in the matter of Shatsky versus Syrian Arab |
| 13:13:49 | 10 | Republic, held at the Colony Hotel, Jerusalem, Israel, |
| 13:13:54 | 11 | September 10, 2012.                               |
| 13:13:57 | 12 | The court reporter is Amy Katz.  The             |
| 13:14:00 | 13 | videographer is Mitchell Coopersmith.            |
| 13:14:01 | 14 | Will counsel now state their appearance.         |
| 13:14:05 | 15 | MR. SCHOEN:  David Schoen, along with            |
| 13:14:07 | 16 | Mordechai Haller and Avi Leitner, for the plaintiffs. |
| 13:14:13 | 17 | MR. HIBEY:  Richard Hibey with --                |
| 13:14:15 | 18 | MR. O'TOOLE:  Timothy O'Toole.                   |
| 13:14:17 | 19 | MR. HIBEY:  -- for the defendants.               |
| 13:14:19 | 20 | THE VIDEOGRAPHER:  Will the court reporter       |
| 13:14:21 | 21 | now swear in the witness and the translators.    |
|          | 22 | //                                               |
|          | 23 | //                                               |
|          | 24 | //                                               |
|          | 25 | //                                               |

```
 1              ALBERT AGHAZARIAN

 2                   -and-

 3              SHIMON BEN-NAIM,

 4         the Official Arabic Interpreters, were

 5         duly affirmed to translate from English

 6         to Arabic and from Arabic to English.

 7

 8            RAED TAHA MAHMUD AMAYRA,

 9         called as a witness, being first duly

10         affirmed, was examined and testified

11         as hereinafter set forth:

12
```

13:14:51  13      MR. HIBEY:  I have a statement before the

13:14:53  14   proceedings.

13:14:53  15         This witness is being offered to respond

13:14:55  16   to subject matter related to Categories 3 and 4 of

13:15:00  17   the Amended Notice of 30(b)(6) depositions of the PA

13:15:07  18   in the area of the PA's organizational law enforcement

13:15:12  19   conduct in matters dealing with the PFLP.  This includes

13:15:18  20   security issues under Category 10.

13:15:22  21         Political and financial issues also designated

13:15:26  22   in Categories 3 and 4 of the amended notice will be

13:15:31  23   addressed by other witnesses.  Category 10 issues will

13:15:36  24   also be addressed by another witness.

13:15:40  25         Thank you.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:15:46 | 1 | MR. SCHOEN:  I'd like to respond. |
| 13:15:47 | 2 | The notice we were provided by defendants |
| 13:15:49 | 3 | in this case provided that this witness was being |
| 13:15:54 | 4 | designated to testify as to Categories 3 and 4 of |
| 13:16:00 | 5 | the second -- the Plaintiffs' Second Amended notice |
| 13:16:03 | 6 | to the PA of taking depositions, pursuant to Federal |
| 13:16:07 | 7 | Rule of Civil Procedure 30(b)(6), without any limitation |
| 13:16:14 | 8 | regarding law enforcement and/or whatever other |
| 13:16:18 | 9 | limitation Mr. Hibey just mentioned.  And we prepared |
| 13:16:22 | 10 | accordingly. |
| 13:16:23 | 11 | We also received no notice that this witness |
| 13:16:26 | 12 | would be designated for Category 10.  And I'm not |
| 13:16:30 | 13 | prepared to examine this witness on Category 10. |
| 13:16:34 | 14 | I would further note that there's been a |
| 13:16:36 | 15 | series of e-mails between counsel for the plaintiffs |
| 13:16:39 | 16 | and counsel for the defendants, confirming the subjects |
| 13:16:43 | 17 | for each witness. |
| 13:17:02 | 18 | MR. O'TOOLE:  Just to clarify -- just to |
| 13:17:02 | 19 | clarify the record slightly, there are other witnesses |
| 13:17:06 | 20 | who are also designated for Categories 3 and 4 and will |
| 13:17:10 | 21 | be prepared to discuss the organizational and political |
| 13:17:13 | 22 | categories that you just discussed, as well as financial |
| 13:17:16 | 23 | categories. |
| 13:17:17 | 24 | And also with respect to Category 10, this |
| 13:17:19 | 25 | witness -- we were just putting you on notice that this |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:17:23 | 1 | witness may be asked questions about that category, but |
| 13:17:26 | 2 | there are other witnesses who have been designated for |
| 13:17:28 | 3 | Category 10 who will also be prepared to address those |
| 13:17:33 | 4 | issues. |
| 13:17:34 | 5 | MR. SCHOEN:  To clarify, when you say he "may |
| 13:17:36 | 6 | be asked questions" about Category 10, do you mean, from |
| 13:17:39 | 7 | your perspective, I'm able to ask the categories? |
| 13:17:42 | 8 | MR. HIBEY:  No.  We just don't know what |
| 13:17:45 | 9 | questions you're going to ask.  And rather than try |
| 13:17:47 | 10 | to parse things too finely -- there'll be enough of |
| 13:17:50 | 11 | that as we go forward -- we just thought this might |
| 13:17:55 | 12 | bring some clarity to what this witness will be able |
| 13:17:59 | 13 | to testify to and that would help -- that would -- I |
| 13:18:05 | 14 | use the word "help" -- I don't mean it in the pejorative |
| 13:18:07 | 15 | sense, but that might facilitate your questioning of |
| 13:18:14 | 16 | him and with the understanding or the realization that |
| 13:18:17 | 17 | others will be testifying in the Categories 3, 4, and |
| 13:18:20 | 18 | 10. |
| 13:18:21 | 19 | MR. O'TOOLE:  Just to -- just to be clear, |
| 13:18:22 | 20 | it's just to put you on notice that, if you would |
| 13:18:25 | 21 | like to ask questions about Category 10, you may, |
| 13:18:28 | 22 | because this witness can answer some questions about |
| 13:18:31 | 23 | Category 10.  We're not representing that he is the |
| 13:18:33 | 24 | entirety of Category 10, because we have other |
| 13:18:37 | 25 | witnesses who will also address that subject matter |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:18:40 | 1 | as we go forward. |
| 13:18:43 | 2 | MR. SCHOEN:  Just two final things from my |
| 13:18:43 | 3 | perspective, if I may.  One is, it would be helpful |
| 13:18:43 | 4 | in the future, as to any other witnesses, if there is |
| 13:18:46 | 5 | a limitation within the category on which you intend |
| 13:18:50 | 6 | to designate that witness, we would appreciate knowing |
| 13:18:53 | 7 | that in advance so we could prepare accordingly. |
| 13:18:56 | 8 | And two, from our perspective, we believe that |
| 13:18:58 | 9 | the law permits us to inquire beyond the categories for |
| 13:19:02 | 10 | which the defendant is designated in any event.  So I |
| 13:19:06 | 11 | appreciate the courtesy implied or even directly stated |
| 13:19:11 | 12 | in your statement about what you would allow us to |
| 13:19:15 | 13 | inquire about. |
| 13:19:16 | 14 | MR. HIBEY:  That's what it was meant to be, |
| 13:19:18 | 15 | because there are a number of witnesses remaining in |
| 13:19:21 | 16 | this particular area and we just thought, under the |
| 13:19:27 | 17 | circumstances, that would be something you might like |
| 13:19:32 | 18 | to know. |
| 13:19:32 | 19 | We'll take every question as it comes and |
| 13:19:36 | 20 | object where appropriate, and not, when not appropriate |
| 13:19:40 | 21 | in our minds. |
| 13:19:40 | 22 | MR. SCHOEN:  Okay.  Thank you. |
| 13:19:41 | 23 | // |
| 13:19:41 | 24 | // |
| 13:19:41 | 25 | // |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:19:41 | 1 | EXAMINATION |
| 13:19:41 | 2 | BY MR. SCHOEN: |
| 13:19:41 | 3 | Q.   Sir, could I have your name, please? |
| 13:19:56 | 4 | A.   My name is Raed Taha Mahmud Amayra. |
| 13:20:03 | 5 | Q.   And how old are you? |
| 13:20:05 | 6 | A.   Forty-three years old. |
| 13:20:06 | 7 | Q.   Where do you live? |
| 13:20:08 | 8 | A.   Ramallah. |
| 13:20:10 | 9 | Q.   How long have you lived there? |
| 13:20:12 | 10 | A.   Seventeen years. |
| 13:20:16 | 11 | Q.   Do you live in a house or an apartment? |
| 13:20:21 | 12 | A.   In an apartment there. |
| 13:20:23 | 13 | Q.   And do you own it or you rent it? |
| 13:20:27 | 14 | A.   Rent it. |
| 13:20:28 | 15 | Q.   Who pays the rent for that apartment? |
| 13:20:33 | 16 | A.   The PA. |
| 13:20:39 | 17 | Q.   If I may ask, how shall I call you?  Mr. Taha? |
| 13:20:44 | 18 | Mister -- |
| 13:20:57 | 19 | A.   Mr. Raed. |
| 13:20:57 | 20 | Q.   Mr. Raed.  And I'm David Schoen.  You may call |
| 13:21:01 | 21 | me David, if you like. |
| 13:21:03 | 22 | Mr. Raed, do you speak English? |
| 13:21:08 | 23 | A.   No. |
| 13:21:13 | 24 | Q.   You feel you need the translator today? |
| 13:21:17 | 25 | A.   Certainly. |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:21:21   1        Q.   Have you ever testified before, given

13:21:23   2   testimony like today?

13:21:27   3        A.   You mean in an American court?

13:21:29   4        Q.   In any sort of court, have you given

13:21:32   5   testimony?

13:21:34   6        A.   In Israel.

13:21:36   7        Q.   In what kind of case?

13:21:42   8        A.   In an operation that happened in Tel Aviv.

13:21:45   9        Q.   What kind of operation?

13:21:52  10        A.   Suicidal operation.

13:21:53  11        Q.   I see.  And when was that testimony given,

13:21:56  12   if you remember?

13:22:01  13        A.   Maybe more than a year.

13:22:03  14        Q.   More than a year ago, from now?

13:22:08  15        A.   More than a year.

13:22:10  16        Q.   What -- what was that suicide bombing?

13:22:18  17        A.   Somebody blew himself up.

13:22:20  18        Q.   Where?

13:22:24  19        A.   I think the Dolphinarium operation.

13:22:29  20        Q.   Do you remember who the suicide bomber was?

13:22:38  21        A.   Somebody from Kalkiliya, I believe from the

13:22:43  22   Hotari family.

13:22:47  23        Q.   Do you remember what organization or faction

13:22:49  24   that person was associated with?

13:22:52  25        A.   Hamas movement.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:22:57  1          (Court reporter clarification.)

13:22:57  2      Q.   BY MR. SCHOEN:  Mr. Raed, how far did you

13:23:26  3  go in school?

13:23:33  4      A.   MA in law.

13:23:34  5          (Court reporter clarification.)

13:23:34  6      Q.   BY MR. SCHOEN:  Where did you get your MA

13:23:39  7  in law?

13:23:40  8      A.   Al-Quds University.

13:23:43  9      Q.   Where is that?

13:23:45  10     A.   In Abu Dis.

13:23:49  11     Q.   And when did you finish that degree?

13:23:58  12     A.   Last semester, about four months ago.

13:24:05  13     Q.   Congratulations.

13:24:07  14     A.   Thank you.

13:24:08  15     Q.   Before that, where did you go to school?

13:24:12  16     A.   You mean the BA?

13:24:15  17     Q.   Any school that you went to.

13:24:18  18     A.    I studied in Hebron school.  I took my BA

13:24:25  19  in law in Iraq and continued with my MA at Al-Quds

13:24:31  20  University.

13:24:33  21     Q.   Where did you grow up?

13:24:39  22     A.   I grew up in Hebron and in Ramallah.

13:24:45  23     Q.   Have you lived anyplace else?  Besides the

13:24:48  24  time when you were in university in Iraq, have you --

13:24:53  25  have you lived anyplace other than Hebron or Ramallah?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:25:07  1        A.   Certainly not.

13:25:13  2        Q.   How are you employed today?

13:25:21  3        A.   I am the legal advisor for the Preventive

13:25:26  4   Security organ for the West Bank and supervise

13:25:33  5   interrogation in the West Bank.

13:25:36  6        Q.   Who is -- for whom?  The PA?

13:25:43  7        A.   I am in a security apparatus that -- that

13:25:46  8   comes under the PA.

13:25:48  9        Q.   The PA pays your salary?

13:25:53  10        A.   For sure.

13:25:55  11        Q.   Today I am going to refer to the PA

13:26:01  12   interchangeably with the "PNA," if that's okay.

13:26:15  13        A.   Both are acceptable.

13:26:17  14        Q.   I mean the same thing when I say one or

13:26:20  15   the other.

13:26:20  16        A.   No problem.

13:26:26  17        Q.   If there is anything I say that you don't

13:26:28  18   understand through the translator, please tell me,

13:26:32  19   and I'll try to change how I say it.

13:26:39  20        A.   If you want my opinion, Shimon gets the

13:26:49  21   idea right.  He brings the point.

13:26:51  22        Q.   I just meant I may not be clear in my

13:26:55  23   questioning.

13:26:57  24        A.   If I feel that there is any misunderstanding,

13:27:01  25   I'll certainly ask.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:27:03 | 1 | Q.   Are you under any medication today or |
| 13:27:06 | 2 | suffering from any illness that's an impediment to |
| 13:27:10 | 3 | your testimony, truthfully and completely? |
| 13:27:22 | 4 | A.   Certainly not. |
| 13:27:25 | 5 | Q.   What is your understanding of why you're here |
| 13:27:28 | 6 | today as a witness? |
| 13:27:35 | 7 | A.   So that I tell the truth. |
| 13:27:39 | 8 | Q.   About what subject or subjects? |
| 13:27:43 | 9 | A.   The security issues.  The role of the PA in |
| 13:27:53 | 10 | chasing after terrorism. |
| 13:27:59 | 11 | Q.   And who explained to you what you're here |
| 13:28:03 | 12 | to testify about today? |
| 13:28:08 | 13 | MR. HIBEY:  Excuse me.  I think that's a |
| 13:28:11 | 14 | privileged question, and I'll instruct the witness |
| 13:28:14 | 15 | not to answer it. |
| 13:28:17 | 16 | MR. SCHOEN:  Translate that. |
| 13:28:21 | 17 | OFFICIAL INTERPRETER BEN-NAIM:  I didn't hear |
| 13:28:22 | 18 | it. |
| 13:28:22 | 19 | MR. HIBEY:  It's privileged.  It's a question |
| 13:28:26 | 20 | which indicates privilege, and I'm instructing the |
| 13:28:30 | 21 | witness not to answer it. |
| 13:28:33 | 22 | MR. SCHOEN:  To be clear, I'm asking the |
| 13:28:35 | 23 | witness who told him what his -- the subjects would |
| 13:28:36 | 24 | be or -- subject or subjects would be of his testimony, |
| 13:28:38 | 25 | nothing about the content or what he was told by that |

| | | |
|---|---|---|
| 13:28:42 | 1 | person. |
| 13:28:43 | 2 | MR. HIBEY:  Same instruction. |
| 13:28:55 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  Could you |
| 13:28:55 | 4 | please repeat the question? |
| 13:28:57 | 5 | MR. HIBEY:  No, I said "same instruction." |
| 13:28:59 | 6 | Do not answer the question. |
| 13:29:01 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  Yes, but just |
| 13:29:01 | 8 | for me to translate.  I told him already not to answer. |
| 13:29:09 | 9 | MR. HIBEY:  Tell him again. |
| 13:29:10 | 10 | MR. SCHOEN:  Mine wasn't really a question. |
| 13:29:12 | 11 | I said, to be clear, I am asking the witness simply |
| 13:29:18 | 12 | who told him.  I'm paraphrasing.  I may not be saying |
| 13:29:24 | 13 | exactly what I said, but this is what I meant. |
| 13:29:26 | 14 | MR. HIBEY:  Yes, but you used the word "ask." |
| 13:29:28 | 15 | And I have instructed the witness not to answer. |
| 13:29:31 | 16 | MR. SCHOEN:  My understanding is the |
| 13:29:35 | 17 | translator just wanted me to repeat it because he |
| 13:29:38 | 18 | hadn't translated what I said. |
| 13:29:49 | 19 | I just wanted to make the point that I was |
| 13:29:52 | 20 | asking the witness who told him the subjects he would |
| 13:30:01 | 21 | be asked to testify about today.  I'm not inquiring to |
| 13:30:09 | 22 | the extent that person was a lawyer -- his lawyer, that |
| 13:30:19 | 23 | is, to the extent that person was his lawyer -- what it |
| 13:30:23 | 24 | is his lawyer said to him or he said to his lawyer. |
| 13:30:34 | 25 | MR. HIBEY:  And I continue with the |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:30:37  1    instruction to the witness not to answer the question.

13:30:45  2         Q.    BY MR. SCHOEN:  Who is your lawyer for

13:30:49  3    purposes of these proceedings?

13:30:54  4         A.    Mister (indicating).

13:30:58  5         Q.    Mr. Hibey, across from me?

13:31:02  6         A.    Yes.

13:31:03  7         Q.    And Mr. O'Toole, next to Mr. Hibey?

13:31:10  8         A.    Yes.  Correct.

13:31:11  9         Q.    And how about -- how about Mr. Saadi, is

13:31:13  10   he your lawyer also?

13:31:18  11        A.    I know that they are a team.

13:31:29  12        Q.    Do you consider Mr. Saadi, who is sitting

13:31:33  13   next to Mr. O'Toole, to be your lawyer?

13:31:39  14        A.    I believe he is part of the team.

13:31:47  15            MR. SCHOEN:  To try to shortcut things, I

13:31:50  16   would like to ask the witness what he spoke to you,

13:31:55  17   Mr. Hibey, and Mr. O'Toole about, and Mr. Saadi.  So

13:32:02  18   rather than just asking him those questions, I wanted

13:32:05  19   to -- we could shortcut it, if you would have the same

13:32:09  20   objection and, I assume, the same instruction.

13:32:10  21            MR. HIBEY:  It would be the same objection

13:32:12  22   and same instruction.  Yes.

13:32:24  23            MR. SCHOEN:  I'd like to ask the witness --

13:32:26  24   I'll ask the witness whether he spoke to any non-lawyer,

13:32:30  25   specifically --

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:32:44  1          MR. HIBEY:  I'm going to instruct the witness

13:32:46  2     not to answer any questions about the circumstances

13:32:49  3     associated with his becoming a witness on behalf of

13:32:54  4     the defendants in this 30(b)(6) proceeding.

13:33:06  5          (Court reporter clarification.)

13:33:25  6          MR. SCHOEN:  To be clear and avoid any

13:33:27  7     misunderstanding, I believe that I'm entitled to ask

13:33:31  8     the witness about the steps he took to prepare for his

13:33:39  9     testimony today and the circumstances under which he

13:33:48  10    became a designee for the defendants for the testimony

13:33:53  11    today.

13:34:13  12          I'm asking this question not to be rude,

13:34:15  13    only to see whether -- if the defense wants to raise

13:34:20  14    an objection, raise it.  I just want to ask the

13:34:21  15    question.

13:34:27  16     Q.   BY MR. SCHOEN:  Mr. Raed, what, if any, steps

13:34:31  17    did you take to prepare to testify today?

13:34:43  18     A.   I am a security man, and I work in security

13:34:49  19    since around 17 years.  And the nature of my work is

13:34:56  20    to combat terrorism and to chase armed gangs.  As such,

13:35:12  21    I have the capacity to respond to any question related

13:35:16  22    to this matter.

13:35:19  23          As a security officer since 17 years, I have

13:35:25  24    acquired the experience, and I have sufficient memory

13:35:37  25    to record the operations that occurred after 2000 and

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:35:46 | 1 | 2001, 2002.  And concerning this particular case, I |
| 13:35:50 | 2 | am part of the team that have been engaged in the |
| 13:35:55 | 3 | investigation. |
| 13:35:59 | 4 | While we were in the Preventive Security, |
| 13:36:05 | 5 | this was at the core of our specialization.  And for |
| 13:36:13 | 6 | sure, I have consulted with some of my colleagues |
| 13:36:17 | 7 | who were involved at the time, and I asked them about |
| 13:36:22 | 8 | certain issues that I might not have remembered because, |
| 13:36:27 | 9 | at the end of the day, I must speak the truth and our |
| 13:36:36 | 10 | role during that particular phase. |
| 13:36:39 | 11 | Q.   With whom did you consult? |
| 13:36:44 | 12 | A.   For instance, Iyad Al-Aqra'a, who was the head |
| 13:36:50 | 13 | of the PS in Kalkiliya at the time, Preventive Security. |
| 13:36:58 | 14 | Q.   At what time? |
| 13:37:02 | 15 | A.   After 2000, 2001, 2002.  After 2000. |
| 13:37:09 | 16 | Q.   I believe you testified you're prepared to |
| 13:37:13 | 17 | testify about security matters after the year 2000? |
| 13:37:19 | 18 | (Pending question partially translated.) |
| 13:37:19 | 19 | OFFICIAL INTERPRETER BEN-NAIM:  "After"? |
| 13:37:19 | 20 | MR. SCHOEN:  "2000." |
| 13:37:19 | 21 | (Remainder of pending question translated.) |
| 13:37:19 | 22 | THE WITNESS:  I worked in this field. |
| 13:37:37 | 23 | Q.   BY MR. SCHOEN:  How about between 1994 and |
| 13:37:39 | 24 | 2000? |
| 13:37:46 | 25 | A.   Events that happened between '94 and 2000? |

| | | |
|---|---|---|
| 13:37:58 | 1 | There were the affairs of the tunnel.  In general, the |
| 13:38:05 | 2 | PA was powerful, in control, between '94 and 2000.  The |
| 13:38:12 | 3 | operations were very rare. |
| 13:38:19 | 4 | CHECK INTERPRETER HAZOU:  "Or nonexistent." |
| 13:38:21 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  "Or |
| 13:38:21 | 6 | nonexistent." |
| 13:38:22 | 7 | THE WITNESS:  But mostly I remember the events |
| 13:38:28 | 8 | that erupted with the tunnel. |
| 13:38:31 | 9 | Q.   BY MR. SCHOEN:  When you say you worked in |
| 13:38:32 | 10 | security during these years, from 2000 forward -- |
| 13:38:44 | 11 | A.   No, not from 2000 and onwards.  From '95 |
| 13:38:50 | 12 | onwards.  1995 onwards. |
| 13:38:52 | 13 | Q.   Thank you. |
| 13:38:53 | 14 | So from -- when you say you worked in security |
| 13:38:55 | 15 | from 1995 forward -- |
| 13:39:03 | 16 | A.   Until now. |
| 13:39:04 | 17 | Q.   Yes.  Starting in 1995, what jobs in security |
| 13:39:09 | 18 | did you hold? |
| 13:39:10 | 19 | A.   I started to work in interrogation.  And |
| 13:39:28 | 20 | then I became the head of the investigations in |
| 13:39:33 | 21 | the Hebron area.  Then I became legal advisor for |
| 13:39:45 | 22 | interrogation in Jericho, when the PA was centered |
| 13:39:50 | 23 | in Jericho. |
| 13:39:58 | 24 | Then I moved to be a legal advisor and |
| 13:40:01 | 25 | supervising interrogation for the West Bank.  And, |

13:40:05  1   currently, I am the legal advisor and supervising

13:40:09  2   interrogation for the entire West Bank.

13:40:11  3        Q.   At all times from 1995 until today, were

13:40:23  4   you employed by the PA?

13:40:27  5        A.   A hundred percent.

13:40:30  6        Q.   Do you recall, since 1995, who your

13:40:39  7   supervisors were?

13:40:44  8        A.   Used to be Jibril Rajoub.

13:40:45  9        Q.   From what period until what period, if he

13:40:51  10  remembers?

13:40:59  11       A.   He proceeded since I have joined the apparatus

13:41:03  12  until 2000, 2002.

13:41:06  13       Q.   Jibril was his supervisor?

13:41:10  14       A.   Yes.

13:41:10  15       Q.   And then since 2002?

13:41:17  16       A.   Somebody called Zuheir Manasra came.  Now we

13:41:24  17  have Ziad Hab Al-Rih.

13:41:24  18       Q.   Excuse me.  In the years 1999 to 2002, for

13:41:36  19  example, what was the name of the agency that you worked

13:41:45  20  under, specifically?

13:42:00  21       A.   It has the same name, the Preventive Security

13:42:05  22  organ.

13:42:05  23       Q.   All right.

13:42:10  24            MR. HALLER:  "Organ" or "apparatus"?

13:42:14  25            CHECK INTERPRETER HAZOU:  You can say

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:42:15 | 1 | "apparatus."  You can say "organ."  You can say -- |
| 13:42:15 | 2 | MR. HALLER:  "Jihaz"? |
| 13:42:17 | 3 | CHECK INTERPRETER HAZOU:  "Jihaz" is |
| 13:42:17 | 4 | "apparatus."  But, you know, you can say even -- we |
| 13:42:18 | 5 | refer to it sometimes as PSS, Palestinian Security -- |
| 13:42:23 | 6 | OFFICIAL INTERPRETER AGHAZARIAN:  "Service." |
| 13:42:24 | 7 | CHECK INTERPRETER HAZOU:  PPS -- Preventative |
| 13:42:25 | 8 | Security Service.  Sorry.  "PSS." |
| 13:42:27 | 9 | MR. SCHOEN:  I like that.  So I can use the |
| 13:42:30 | 10 | term "PSS"? |
| 13:42:32 | 11 | OFFICIAL INTERPRETER BEN-NAIM:  If I may just |
| 13:42:33 | 12 | say something.  I translated "jihaz" -- you call it in |
| 13:42:38 | 13 | the States "agency." |
| 13:42:40 | 14 | CHECK INTERPRETER HAZOU:  Exactly. |
| 13:42:40 | 15 | OFFICIAL INTERPRETER BEN-NAIM:  We have a |
| 13:42:41 | 16 | different name.  So I translated it into a thing he |
| 13:42:44 | 17 | can understand. |
| 13:42:44 | 18 | (Court reporter clarification.) |
| 13:42:55 | 19 | Q.   BY MR. SCHOEN:  At all times since 1995 |
| 13:42:59 | 20 | until today, you were working with the PSS, Preventive |
| 13:43:04 | 21 | Security Services? |
| 13:43:16 | 22 | A.   A hundred percent. |
| 13:43:19 | 23 | Q.   I believe your testimony earlier was that the |
| 13:43:25 | 24 | main focus of your job was to combat or chase, something |
| 13:43:34 | 25 | like that, terrorism. |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:43:42   1        A.    A hundred percent.

13:43:44   2        Q.    Would you please tell us what you mean by

13:43:47   3   "terrorism"?

13:43:54   4        A.    As a PA, when we were established, we were

13:44:01   5   committed to the peace process and stuck to it with

13:44:07   6   Israel.  And we believed in this process, and we

13:44:19   7   combated and chased every person that was against

13:44:23   8   the peace process.

13:44:28   9             Hamas was against the peace process, and it

13:44:34   10  tried to undermine the peace process.  And in our role,

13:44:43   11  we have combated and confronted this movement from the

13:44:48   12  moment that the PA was established and until now.  And

13:44:54   13  this is the basis of our function within the PSS, and

13:45:02   14  to chase and punish whoever has not complied with the

13:45:07   15  law and the peace process and the commitments of the

13:45:15   16  PA with the Israeli side.

13:45:18   17       Q.    Are you familiar with the PFLP?

13:45:25   18       A.    For sure.

13:45:27   19       Q.    Is the PFLP an organization you consider to

13:45:31   20  be engaged in terrorism?

13:45:46   21       A.    Me, as security, I consider every party

13:45:49   22  that is carrying weapons illegally, I consider them

13:46:02   23  out of the law.  In a certain given period, the PFLP

13:46:12   24  was conducting operations, and we have combated and

13:46:16   25  stood up against it.  And we detained a number of them.

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:46:23 | 1 | And I remember in this, the case of Ze'evi, |
| 13:46:29 | 2 | we detained the people involved in this operation. |
| 13:46:33 | 3 | I'm speaking as PA, not as security here.  As the PA, |
| 13:46:42 | 4 | we have detained them and gave them -- and they were |
| 13:46:46 | 5 | tried. |
| 13:46:47 | 6 | MR. HIBEY:  They were what? |
| 13:46:48 | 7 | CHECK INTERPRETER HAZOU:  "Tried." |
| 13:46:49 | 8 | THE WITNESS:  And we have a law that prohibits |
| 13:46:57 | 9 | having any armed groups, regardless of their political |
| 13:47:00 | 10 | affiliation.  And we, as security within the PA, |
| 13:47:12 | 11 | combated all armed groups, from PFLP, from Hamas and |
| 13:47:18 | 12 | Fatah, regardless.  And my job was to interrogate with |
| 13:47:26 | 13 | these people and bring them to trial, including PFLP. |
| 13:47:36 | 14 | Q.  BY MR. SCHOEN:  Who in the PFLP did the PA |
| 13:47:41 | 15 | detain? |
| 13:47:51 | 16 | A.  Names? |
| 13:47:53 | 17 | Q.  Yes, please. |
| 13:47:54 | 18 | A.  In which operation and which case? |
| 13:47:56 | 19 | Q.  Any time and all times that you can remember, |
| 13:47:58 | 20 | who in the PFLP? |
| 13:48:03 | 21 | A.  I didn't bring the list of the people from my |
| 13:48:07 | 22 | center. |
| 13:48:09 | 23 | Q.  As you sit here today, who do you recall among |
| 13:48:13 | 24 | the PFLP that the PA detained at any time? |
| 13:48:29 | 25 | A.  Other than Sa'adat and the known people? |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:48:37 | 1 | Other? |
| 13:48:38 | 2 | Q.   I'm not sure who he means by "the known |
| 13:48:40 | 3 | people."  I heard Sa'adat.  But yes, besides Sa'adat, |
| 13:48:44 | 4 | everyone else. |
| 13:48:46 | 5 | A.   I remember I interrogated with members of the |
| 13:48:51 | 6 | PFLP, but I don't recall their names.  I interrogated |
| 13:48:58 | 7 | with thousands of people during this given period, from |
| 13:49:02 | 8 | all factions.  I don't recall. |
| 13:49:11 | 9 | I remember one, he is my friend and my |
| 13:49:16 | 10 | neighbor.  This is how I remember his name.  His name |
| 13:49:25 | 11 | is Saqr Abu Ras.  Although he is my neighbor in Hebron, |
| 13:49:32 | 12 | but I have interrogated with him.  I believe this was |
| 13:49:37 | 13 | in '97, '98.  And so far he does not talk with me until |
| 13:49:45 | 14 | now. |
| 13:49:45 | 15 | Q.   You used -- |
| 13:49:47 | 16 | A.   I remember some others, but not clearly. |
| 13:49:51 | 17 | Q.   You used the word "factions." |
| 13:49:56 | 18 | The PFLP is one of the factions of the PLO? |
| 13:50:06 | 19 | A.   For sure. |
| 13:50:07 | 20 | Q.   And Fatah? |
| 13:50:09 | 21 | A.   Correct. |
| 13:50:10 | 22 | Q.   What are some other factions of the PLO? |
| 13:50:17 | 23 | A.   Fatah, PFLP, Democratic Front, the Arab |
| 13:50:21 | 24 | Liberation Front, FIDA.  There is ample factions within |
| 13:50:30 | 25 | the Palestinian field. |

13:50:38   1        Q.   And you testified that you enforce the law

13:50:42   2   against all of these factions?

13:50:48   3        A.   Correct.

13:50:50   4        Q.   Fatah is one faction that has engaged in

13:50:53   5   terrorism?

13:50:58   6        A.   As an organization, no.  As individuals, it

13:51:03   7   is possible.

13:51:05   8        Q.   Individual members of Fatah?

13:51:10   9        A.   Possible.

13:51:12   10       Q.   You're not aware whether any individual

13:51:15   11   members of Fatah have engaged in terrorism for sure?

13:51:19   12       A.   I don't know.

13:51:19   13            OFFICIAL INTERPRETER BEN-NAIM:  "I don't

13:51:31   14   know."

13:51:32   15            THE WITNESS:  For instance, I know that

13:51:37   16   Marwan is in prison.  But whether he was involved in

13:51:42   17   any terrorist action, I don't know.  It's not me who

13:51:46   18   interrogated with him.

13:51:48   19       Q.   BY MR. SCHOEN:  Is that Marwan Barghouti?

13:51:49   20       A.   Yes.

13:51:53   21       Q.   Any other member of Fatah you believe has been

13:51:59   22   involved with terrorism?

13:52:08   23       A.   I don't remember names.

13:52:10   24       Q.   And again, if I could get your definition of

13:52:16   25   "terrorism" as you're using it here today?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

13:52:28   1         MR. HIBEY:  Excuse me.  I need to pose an

13:52:30   2   objection, because the use of the word "terrorism" in

13:52:34   3   that question is different than the way it was used

13:52:37   4   earlier and different than the way in which the witness

13:52:40   5   has been responding.

13:52:53   6         THE WITNESS:  I am not speaking about the

13:52:55   7   definition of "terrorism" here.  I am speaking that any

13:52:59   8   person who was using arms and who was against the peace

13:53:03   9   process, we used to chase after them.  I consider them

13:53:07 10   outlaw.  And my role as security, it is to chase them.

13:53:14 11     Q.   BY MR. SCHOEN:  The word that was translated

13:53:16 12   to me was "terrorism."

13:53:18 13         And my question was simply:  As you were using

13:53:28 14   that word "terrorism," what do you mean by it?

13:53:43 15     A.   In my opinion, any person involved in

13:53:46 16   murdering civilians is a terrorist.

13:53:55 17     Q.   When you say "civilians," you would include

13:54:01 18   in that anyone not in the military at the time?

13:54:19 19     A.   All who was not military during that period,

13:54:26 20   in the sense that the military is somebody when he is

13:54:30 21   engaged in war.  But anyone outside this battle is not

13:54:39 22   military.

13:54:40 23     Q.   So it's a civilian, the word you translated

13:54:44 24   as "civilian."

13:54:45 25         OFFICIAL INTERPRETER BEN-NAIM:  Yes.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:54:46 | 1 | THE WITNESS:  Civilian.  Civilian. |
| 13:54:51 | 2 | Q.  BY MR. SCHOEN:  Back to the PFLP, I wanted |
| 13:54:57 | 3 | to ask you specifically if you recall anyone who is |
| 13:55:02 | 4 | a PFLP member who was detained, not just interrogated |
| 13:55:11 | 5 | but detained, by the PA? |
| 13:55:21 | 6 | A.  There were people —— members who were |
| 13:55:24 | 7 | detained.  I don't recall their names. |
| 13:55:31 | 8 | Q.  Do you know who —— oh. |
| 13:55:34 | 9 | Do you know who would recall their names, |
| 13:55:37 | 10 | if anybody? |
| 13:55:46 | 11 | A.  I may go back to my lists and remember their |
| 13:55:51 | 12 | names. |
| 13:55:51 | 13 | Q.  You have a list of people who have been |
| 13:55:56 | 14 | detained or —— |
| 13:55:57 | 15 | A.  For sure. |
| 13:55:59 | 16 | Q.  And would that list be organization or |
| 13:56:02 | 17 | factions that that person belonged to? |
| 13:56:20 | 18 | A.  It —— it has all the names of the people that |
| 13:56:25 | 19 | have broken the law and/or committed crimes. |
| 13:56:30 | 20 | Q.  Since, let's say, 1995? |
| 13:56:37 | 21 | A.  Many of our headquarters have been demolished. |
| 13:56:50 | 22 | Most of our documents and headquarters have been |
| 13:56:56 | 23 | demolished by the Israeli army.  But for the sake |
| 13:57:02 | 24 | of the truth, we may research. |
| 13:57:08 | 25 | Q.  As you sit here today, what is your belief |

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 13:57:12 | 1 | about what kinds of lists of this nature exist today? |
| 13:57:19 | 2 | (Pending question partially translated.) |
| 13:57:23 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  "Lists"? |
| 13:57:25 | 4 | MR. SCHOEN:  "Of this nature." |
| 13:57:26 | 5 | (Remainder of pending question translated.) |
| 13:57:26 | 6 | THE WITNESS:  From the lists? |
| 13:57:40 | 7 | (Brief exchange in Arabic between Official |
| 13:57:40 | 8 | Interpreter Aghazarian and Check Interpreter |
| 13:57:40 | 9 | Hazou.) |
| 13:57:41 | 10 | THE WITNESS:  What are the kinds of lists |
| 13:57:47 | 11 | that we have?  According to memory, we might have files, |
| 13:57:50 | 12 | charge sheets, maybe lists just with names of people. |
| 13:57:54 | 13 | It's possible. |
| 13:57:55 | 14 | Q.   BY MR. SCHOEN:  From any particular time |
| 13:57:57 | 15 | period forward? |
| 13:58:07 | 16 | A.   It could be from the beginning of the PA. |
| 13:58:11 | 17 | Q.   Which is about 1994? |
| 13:58:14 | 18 | A.   Possible. |
| 13:58:15 | 19 | Q.   I'm asking:  When did the PA begin? |
| 13:58:24 | 20 | A.   I started in '94 myself. |
| 13:58:27 | 21 | Q.   Do you recall when the PA was created? |
| 13:58:36 | 22 | A.   I remember as security organs, we started in |
| 13:58:43 | 23 | '94. |
| 13:58:46 | 24 | Q.   Mr. Raed, I ask you this with all respect, |
| 13:58:52 | 25 | but I have to ask you this. |

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

| 13:58:56 | 1 | A. And I am open to respond to everything I can. |
| 13:59:03 | 2 | Q. Have you ever been arrested? |
| 13:59:05 | 3 | A. For sure. |
| 13:59:07 | 4 | Q. By whom? |
| 13:59:10 | 5 | A. From the Israeli army. |
| 13:59:12 | 6 | Q. When were you arrested? |

13:59:16  7  A.  I was detained in 1984.  I was 14 years old

13:59:24  8  then.  At the time, I was working in a restaurant within

13:59:31  9  Israel, Papa Michelle is the name of the restaurant.

13:59:39  10  When I was going home, coming out from the restaurant,

13:59:44  11  I was detained.

13:59:53  12      I was also detained again between '87-'88.

13:59:59  13  And in '89 I was detained.

14:00:12  14      I remember I met the late Rabin in the

14:00:19  15  Dahriya prison in '89, and he told me a word I could

14:00:24  16  never forget.  I was in a room where there were 25

14:00:29  17  inmates, and he visited this room.  And I used to

14:00:35  18  have perfect Hebrew at the time.  So he asked for me

14:00:40  19  to translate for him.

14:00:45  20      He asked the first person inmate:  Why are you

14:00:48  21  here?

14:00:50  22      He said:  I don't know.

14:00:52  23      He asked all of the others, and everyone said:

14:00:59  24  I don't know why I'm here.

14:01:01  25      He asked me:  Why are you here?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:01:06  1          Because I work in a restaurant in Beer Sheva.
14:01:12  2   I said:  From '84, I have been frequenting to work in
14:01:22  3   this particular restaurant.
14:01:28  4          And David Ben David, the owner of the place,
14:01:34  5   is still my friend until now.  And he is a religious
14:01:40  6   person.  We still exchange telephone calls, and he is
14:01:43  7   my friend.  And I hope that we will remain friends.  I
14:01:50  8   told him that I live most all of my time within Israel.
14:01:56  9   I go only over the weekend, Fridays and Saturdays, so
14:02:02  10  it's not possible that I would put stones in Beer Sheva.
14:02:09  11         He told me a word that I will never forget:
14:02:11  12  When there is war between two countries, not all the
14:02:21  13  dead are participants in the war.  There are also
14:02:28  14  victims that fall in between.
14:02:32  15     Q.   How long were you detained in 1984?
14:02:36  16     A.   Three months.
14:02:39  17     Q.   Was there a charge brought against you, that
14:02:43  18  you're aware of?
14:02:45  19     A.   '84, there wasn't much happening.  There were
14:02:59  20  certain marches and certain demonstrations.  Maybe I
14:03:04  21  was still a minor.
14:03:06  22     Q.   I just mean:  Do you know whether you were
14:03:09  23  charged with something, specifically you?
14:03:20  24     A.   Three months means that there was a trial.
14:03:25  25     Q.   A trial?  And what happened from the trial?

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

14:03:31   1           (Brief exchange in Arabic between Official

14:03:31   2      Interpreter Aghazarian and Check Interpreter

14:03:31   3      Hazou.)

14:03:42   4           THE WITNESS:  Participating in demonstrating,

14:03:47   5  marches.

14:03:47   6      Q.  BY MR. SCHOEN:  And were you found guilty?

14:03:49   7  Not guilty?

14:03:50   8      A.  If it's three months, it means I was

14:03:53   9  convicted.

14:03:54  10      Q.  Did you have a lawyer, if you remember?

14:04:02  11      A.  Possible, certainly.

14:04:04  12      Q.  You don't remember who the lawyer was, if you

14:04:05  13  had one?

14:04:13  14      A.  There were other lawyers.  I mean, my

14:04:17  15  parents -- there were lawyers.  My parents -- I don't

14:04:20  16  recall his name.  There was a lawyer.

14:04:23  17      Q.  Your parents are lawyers also?

14:04:26  18      A.  No, no.

14:04:27  19      Q.  Oh, I see.

14:04:30  20      A.  It's better that they are not.

14:04:36  21      Q.  One black sheep in the family is enough.

14:04:42  22      A.  My wife is a lawyer.

14:04:44  23      Q.  I wouldn't call your wife any name.

14:04:52  24      A.  She is a judge, actually.

14:04:54  25      Q.  Then I especially wouldn't call her any name.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 14:05:00 | 1 | In '87-'88, how long were you detained? |
| 14:05:13 | 2 | A.   Eighteen days.  Then administrative, four |
| 14:05:19 | 3 | months in the Negev. |
| 14:05:25 | 4 | Q.   For what? |
| 14:05:28 | 5 | A.   There were no charges. |
| 14:05:30 | 6 | CHECK INTERPRETER HAZOU:  But you said "four |
| 14:05:32 | 7 | months"; right? |
| 14:05:34 | 8 | OFFICIAL INTERPRETER AGHAZARIAN:  "Four |
| 14:05:34 | 9 | months." |
| 14:05:36 | 10 | MR. SCHOEN:  I wasn't asking "four what." |
| 14:05:37 | 11 | It wasn't a good question.  I meant:  Why was he |
| 14:05:40 | 12 | detained?  Sorry. |
| 14:05:42 | 13 | THE WITNESS:  There was no charge. |
| 14:05:43 | 14 | Q.   BY MR. SCHOEN:  Thank you. |
| 14:05:45 | 15 | And, in 1989, how long were you detained? |
| 14:05:59 | 16 | A.   It's the same period.  One is 18 days.  And, |
| 14:06:04 | 17 | in '89, it's four months. |
| 14:06:10 | 18 | Q.   So three times you were detained? |
| 14:06:12 | 19 | A.   Yes. |
| 14:06:13 | 20 | Q.   And for the four months, there was no charge |
| 14:06:16 | 21 | brought? |
| 14:06:17 | 22 | A.   This is administrative.  Administrative. |
| 14:06:20 | 23 | Q.   Was any reason given for the administrative |
| 14:06:25 | 24 | detention? |
| 14:06:31 | 25 | A.   No one asked me anything.  They took me from |

14:06:34   1   home, and they put me in the lock-up, Negev.

14:06:40   2       Q.   And the '87-'88, the 18 days, what charge was

14:06:47   3   brought?

14:06:55   4       A.   It was in Dahriya.  They rounded up a number

14:06:59   5   of youth and put us into detention.

14:07:03   6       Q.   These organizations that have members who

14:07:06   7   engage in terrorism, like Fatah --

14:07:18   8       A.   If it engages.

14:07:20   9       Q.   "If," yes.

14:07:22   10           MR. HIBEY:  I'm sorry.  I didn't hear that

14:07:24   11   last translation.

14:07:27   12           OFFICIAL INTERPRETER AGHAZARIAN:  "If it

14:07:29   13   engages."

14:07:30   14       Q.   BY MR. SCHOEN:  The PFLP, for example.

14:07:34   15       A.   Any person.

14:07:35   16       Q.   You're aware that there are members of the

14:07:39   17   PFLP that engage in terrorism, that have engaged in

14:07:44   18   terrorism; correct?

14:07:48   19       A.   How?  On what topic?

14:07:53   20           (Brief exchange in Arabic between Official

14:07:54   21           Interpreter Aghazarian and Check Interpreter

14:07:54   22           Hazou.)

14:07:58   23           THE WITNESS:  Do you know that there are

14:07:59   24   members of the PFLP that engage in terror activities?

14:08:04   25       Q.   BY MR. SCHOEN:  That was my question.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:08:06   1        A.   I recall the case of Minister Ze'evi.  We

14:08:15   2   interrogated on the case of Wadi Al-Qilt.  It turned

14:08:21   3   out they were not the ones who have conducted it.

14:08:27   4            And there was a case in Kalkiliya where

14:08:33   5   they adopted a certain operation where there was an

14:08:41   6   explosion.  They took responsibility, and it turned

14:08:49   7   out later that somebody from Hamas perpetrated that

14:08:56   8   operation.

14:09:03   9            I believe that I interrogated in a certain

14:09:07   10  operation that had happened in Ashkelon, and it turned

14:09:12   11  out that they have nothing to do with it.

14:09:15   12       Q.   Are you familiar with a bombing, suicide

14:09:18   13  bombing in Karnei Shomron, in February of -- oh, I'm

14:09:23   14  sorry.

14:09:25   15       A.   I heard.

14:09:31   16       Q.   In February of 2002?

14:09:39   17       A.   I was working at the time in security.  And

14:09:42   18  for sure, I have heard about it.

14:09:45   19       Q.   Are you aware that that was a PFLP operation?

14:09:57   20       A.   We heard a communique was issued by PFLP

14:10:02   21  claiming responsibility.

14:10:04   22       Q.   Do you have any reason to believe that that

14:10:05   23  was not a PFLP operation?

14:10:15   24       A.   More clear?

14:10:16   25            OFFICIAL INTERPRETER BEN-NAIM:  "Clearer,

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 14:10:17 | 1 | please." |
| 14:10:17 | 2 | Q.   BY MR. SCHOEN:  Do you have -- I'm just going |
| 14:10:19 | 3 | to ask one more question because the time is running |
| 14:10:22 | 4 | out. |
| 14:10:22 | 5 | Do you have any reason to believe that |
| 14:10:29 | 6 | the suicide bombing in Karnei Shomron on or about |
| 14:10:41 | 7 | February 16, 2002, was not a PFLP operation? |
| 14:10:55 | 8 | A.   I believe, but maybe they are not the ones. |
| 14:10:59 | 9 | They -- they often claimed responsibility for certain |
| 14:11:03 | 10 | operations that actually was not theirs. |
| 14:11:06 | 11 | Q.   So it's your testimony today that you don't |
| 14:11:09 | 12 | know that the bombing that this case is about was a |
| 14:11:22 | 13 | PFLP operation or not? |
| 14:11:32 | 14 | A.   If it was conducted by a person and then the |
| 14:11:36 | 15 | PFLP came forward to claim responsibility for conducting |
| 14:11:43 | 16 | this operation and we, as security people, started to |
| 14:11:49 | 17 | interrogate on this matter, it could be PFLP or others |
| 14:11:56 | 18 | that have perpetrated this operation, particularly |
| 14:12:01 | 19 | that the person that claimed to carry this operation |
| 14:12:05 | 20 | was unknown to us and that he belongs to the PFLP. |
| 14:12:14 | 21 | Q.   Do you know whether the suicide bomber in |
| 14:12:16 | 22 | this case was a member of the PFLP? |
| 14:12:27 | 23 | A.   Before the operation, no. |
| 14:12:30 | 24 | Q.   He died in the operation, didn't he? |
| 14:12:35 | 25 | A.   He died for sure. |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:12:38   1          Q.   And do you know, as you sit here today, what

14:12:42   2     that person's name was?

14:12:45   3          A.   Sadiq Abdel Hafith.

14:12:50   4          Q.   And do you know now that that man was a member

14:12:53   5     of the PFLP?

14:12:59   6          A.   The PFLP claimed responsibility for this

14:13:02   7     operation, and openly, in front of everybody.  It was

14:13:10   8     not, for instance, a member of Fatah.

14:13:13   9               MR. SCHOEN:  I think we should take a break

14:13:17   10    now because I've overstayed the five minutes we had

14:13:21   11    left.

14:13:23   12               THE VIDEOGRAPHER:  Going off the record at

14:13:24   13    2:14.

14:13:28   14               (Recess from 2:14 p.m. to 2:27 p.m.)

14:25:56   15               THE VIDEOGRAPHER:  Going back on the record

14:25:58   16    at 2:27.

14:26:03   17          Q.   BY MR. SCHOEN:  Mr. Raed, I want to ask you

14:26:08   18    some questions about investigative procedures.

14:26:17   19               If there was a -- you understand?

14:26:23   20          A.   Legal procedures, you mean?

14:26:25   21          Q.   Investigative procedures, law enforcement,

14:26:29   22    investigative procedures.

14:26:30   23          A.   (In English.)  Okay.

14:26:33   24          Q.   And if there is a difference between those

14:26:35   25    procedures in, let's say, 2002 and now, please tell me

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

14:26:54  1   if there is some difference.

14:27:02  2          I'm focusing now on investigation in around

14:27:06  3   the years 2002 with my questions now.

14:27:15  4          A.   I could speak elaborately on this topic.

14:27:31  5          Q.   About the procedure in investigating a suicide

14:27:39  6   bombing?

14:27:39  7          A.   In our work in security as a whole.

14:27:43  8          Q.   I'm really interested in focusing on the

14:27:47  9   procedures for the investigation of a suicide bombing.

14:27:53  10         A.   We, as PSS, our main role is political

14:28:02  11  security, in the sense that all of our work is related

14:28:17  12  to operations and political factions and to comply with

14:28:24  13  the peace process and Oslo Accords and implementing

14:28:29  14  Palestinian laws that does not contradict the Oslo

14:28:38  15  Accords.

14:28:41  16         When the PA and its security organs assumed

14:28:46  17  their role, the Preventive Security, while one of

14:28:52  18  this apparatus, most people working in the Preventive

14:28:56  19  Security, most of them or all were previously detainees

14:29:08  20  in the Israeli side.  And the PA started to place

14:29:18  21  these people in the security agencies and tried to

14:29:29  22  rehabilitate them and train them and absorb them.

14:29:33  23         As a nascent authority, our procedures were

14:29:37  24  not proper from a legal point of view.  They were not

14:29:41  25  accurate.  There were lots of complaints filed against

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:29:45  1    us, having to do with human rights, especially using

14:29:54  2    torture against the detainees or to have improper legal

14:30:00  3    steps.  Our main objective at the time was -- and the

14:30:11  4    instructions given to us from the political level --

14:30:13  5    to safeguard the peace initiative and to combat anybody

14:30:24  6    who is opposing this initiative.

14:30:31  7          We had headquarters and branches which were

14:30:36  8    not well equipped.  Maybe it was difficult sometimes

14:30:42  9    for the detainees.  And we utilized what was -- what

14:30:52  10   was the space which was used by the Israeli army

14:30:59  11   previously, especially the interrogation rooms and

14:31:03  12   the cells.

14:31:13  13         At the time, President Arafat ordered for

14:31:18  14   the establishment of the state security tribunals.

14:31:29  15   Its role was to bring to trial anybody who was

14:31:35  16   opposed to the peace process or acting against the

14:31:41  17   Oslo agreement, particularly Hamas, Jihad, and other

14:31:54  18   dissident groups.

14:31:56  19         The state security course did not provide for

14:32:00  20   the proper legal safeguards.  Its rulings and procedures

14:32:11  21   were tough, and we were strongly criticized by the human

14:32:23  22   rights organizations that we are undermining proper

14:32:30  23   procedures.  Until -- I don't remember exactly the date.

14:32:39  24   But it was 2004, and the state security courts -- courts

14:32:48  25   were dismissed, annulled.  The normal courts started to

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:33:00   1   have the mandate in order to look into these issues.

14:33:05   2            During the current period, our professional

14:33:09   3   status is much better, that we have accumulated

14:33:14   4   experience over the last years and we were properly

14:33:20   5   trained.  We became qualified as security officers.

14:33:28   6            In addition, that the courts, the laws, are

14:33:32   7   much better than it used to be in the past, especially

14:33:40   8   when the PA assumed -- it said there were no established

14:33:47   9   regulations, we were applying the Jordanian laws, and

14:33:54  10   the Israeli military orders that were implemented in the

14:33:59  11   West Bank.  Currently, we have laws, and the institution

14:34:07  12   is in a much better shape than previously.

14:34:11  13       Q.   Is there -- we spoke about the PSS.

14:34:17  14            Is there another law enforcement agency within

14:34:26  15   the PA?

14:34:28  16       A.   The PA is formed from more than one apparatus.

14:34:38  17   It's the police and the intelligence, the Preventive

14:34:44  18   Security and national security.  We and the intelligence

14:34:53  19   work almost in the same realm.

14:34:56  20       Q.   So we could say the PSS and intelligence work

14:35:01  21   together in the same realm?

14:35:13  22       A.   More or less.

14:35:14  23       Q.   And then there is a PA -- sorry -- PA police

14:35:17  24   department that's different from those, your agency and

14:35:21  25   the intelligence agency?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:35:32  1      A.    Yes.

14:35:33  2      Q.    What's the name of the police department?

14:35:40  3      A.    The police.

14:35:45  4      Q.    And national security, that's another agency?

14:35:52  5      A.    It's a military apparatus.

14:35:57  6      Q.    Now, you described before this effort by the

14:36:01  7  PA at hiring former detainees --

14:36:07  8            (Pending question partially translated.)

14:36:07  9            OFFICIAL INTERPRETER BEN-NAIM:  "At"?

14:36:12  10           MR. SCHOEN:  "At hiring former detainees."

14:36:12  11           (Brief exchange in Arabic among Official

14:36:30  12      Interpreter Aghazarian, Official Interpreter

14:36:30  13      Ben-Naim, Check Interpreter Hazou, and the

14:36:30  14      witness.)

14:36:31  15           (Remainder of pending question translated.)

14:36:32  16      Q.    BY MR. SCHOEN:  And hiring them in law

14:36:34  17  enforcement with the effort at rehabilitating them?

14:36:43  18      A.    Yes.  Correct.

14:36:44  19      Q.    Is that in all of the -- did they have that

14:36:48  20  practice in all of those agencies, the police, the --

14:37:03  21      A.    It was implemented in the different organs,

14:37:07  22  but specifically within the PSS.

14:37:11  23      Q.    And how about the police, they also did that?

14:37:20  24      A.    The police is a professional apparatus.

14:37:28  25  The PSS has its own special specialization, which is

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
14:37:32   1   different from that of the police.  It was practically
14:37:38   2   like the internal security apparatus, with its focus
14:37:46   3   on political security.  And we needed to merge these
14:37:54   4   people in order to rehabilitate them.
14:37:58   5        Q.   All of the employees of each of those
14:38:01   6   agencies, police, intelligence, national security,
14:38:09   7   and PSS, they are all paid by the PA?
14:38:19   8        A.   For sure.
14:38:40   9             THE WITNESS:  Diet?  I don't want "light."
14:38:40  10   You see me fat, but I don't -- I drink sugar.
14:38:43  11             OFFICIAL INTERPRETER BEN-NAIM:  He said:
14:38:43  12   "I'm fat, but I'm eating sugar.  I'm not diabetic."
14:38:44  13             MR. SCHOEN:  To be clear, he was speaking
14:38:47  14   just with the waiter.  He wasn't really answering any
14:38:50  15   question.  He was just making a light comment to the
14:38:52  16   waiter.
14:38:53  17             THE WITNESS:  People who work in security
14:38:55  18   don't get diabetes.  They get pressure.
14:39:00  19             MR. SCHOEN:  "Stress"?
14:39:01  20             OFFICIAL INTERPRETER AGHAZARIAN:  "Stress."
14:39:01  21        Q.   BY MR. SCHOEN:  Each of these agencies, the
14:39:04  22   four agencies we spoke about, they're all units of the
14:39:13  23   PA, they all are part of the PA?
14:39:19  24        A.   For sure.  And this is agreed upon in the Oslo
14:39:32  25   agreement.
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:39:35  1        Q.   Are you aware that there have been members

14:39:36  2   of law enforcement working for the PA who have also

14:39:48  3   been members of the PFLP at the same time?

14:39:59  4        A.   Yes.

14:40:00  5        Q.   Are you aware that there are members of --

14:40:03  6   sorry -- employees of the PA in law enforcement who

14:40:13  7   have engaged in terrorism while they were employed by

14:40:18  8   the PA?

14:40:28  9             (Brief exchange in Arabic among Official

14:40:36  10            Interpreter Ben-Naim, Check Interpreter Hazou,

14:40:36  11            and the witness.)

14:40:37  12            THE WITNESS:  Members in the security that

14:40:38  13   have conducted operations?  Correct, there is.

14:40:41  14        Q.   BY MR. SCHOEN:  Can you give me any names of

14:40:44  15   such people now?

14:40:49  16        A.   I interrogated with somebody from Tulkarm,

14:40:51  17   and I believe he was in the national security.  And

14:41:00  18   he was working in liaison, and he shot at the Israeli

14:41:09  19   army.  I interrogated him and sent him to court.

14:41:21  20            Who else?  From the security forces who

14:41:39  21   conducted operations -- I don't recall names.

14:41:49  22        Q.   Part of your job in trying to combat

14:41:52  23   terrorism, fight against terrorism, requires you to

14:42:04  24   study organizations that -- whose members engage in

14:42:13  25   terrorism; correct?

```
14:42:20   1        A.   I study factions, members -- I don't get the
14:42:26   2   question exactly.
14:42:27   3             I have -- I have taken a number of courses
14:42:31   4   in combating terrorism with American sponsorship.  I
14:42:37   5   also took courses in Jordan, in Egypt, and the United
14:42:43   6   States, courses related to different mechanisms and
14:42:55   7   how to combat terror.
14:42:57   8        Q.   Would you agree that, if you want to try
14:43:00   9   to stop terrorism, it would be helpful to know which
14:43:12  10   factions, if any, have as their mission or platform
14:43:28  11   a call for armed resistance, the use of arms, weapons?
14:43:38  12        A.   Clarify the question, please.
14:43:40  13        Q.   Yes.
14:43:42  14             Do you agree that it's important, in trying
14:43:51  15   to stop terrorism even before it starts, to know
14:44:00  16   whether a faction calls for the use of weapons and
14:44:09  17   armed resistance in their mission statement or platform?
14:44:14  18             MR. HIBEY:  Let me object to that, because
14:44:17  19   you're conflating -- you're conflating the word "terror"
14:44:23  20   with "armed resistance."  And that's a -- I believe
14:44:30  21   a misuse of terms.  So I object.
14:44:44  22             MR. SCHOEN:  Are you instructing the witness
14:44:46  23   not to answer?
14:44:47  24             MR. HIBEY:  No.  I'm asking you to re-form
14:44:52  25   your question.
```

14:44:53   1          MR. SCHOEN:   The witness -- the witness

14:44:54   2   defined "terrorism" as "the use of weapons."   I'm

14:44:58   3   using his definition of "terror" or "terrorism" that

14:45:00   4   I went over a couple of times with the witness.

14:45:02   5          MR. HIBEY:   He did not equate it with the

14:45:03   6   use of the word "resistance."   And that's what I'm

14:45:08   7   saying you have done, and that's where it's improper.

14:45:16   8          (Comment in Arabic by the witness.)

14:45:21   9          MR. HIBEY:   No, there is no -- there is no

14:45:21   10   question pending.

14:45:23   11          MR. SCHOEN:   There is a question pending.

14:45:24   12   If you instruct him not to answer --

14:45:25   13          MR. HIBEY:   I'm not going to instruct him

14:45:27   14   to not answer.   I'm just putting to you the -- my

14:45:31   15   objection.

14:45:34   16          MR. SCHOEN:   For one second, let me just

14:45:38   17   clarify.   During these kind of proceedings, which may

14:45:43   18   be different from what you're familiar with, there will

14:45:48   19   be times when a lawyer might object and instruct you

14:45:56   20   not to answer and other times when a lawyer might object

14:46:03   21   and you're free to still answer the question.

14:46:09   22          I would rely on your lawyer to instruct you,

14:46:13   23   if you are not to answer.   And if the lawyer does not

14:46:22   24   instruct you not to answer, then the procedure is to

14:46:28   25   answer the question, unless Mr. Hibey disagrees with me.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 14:46:37 | 1 | I don't want to misstate the rule.  I don't want to |
| 14:46:43 | 2 | misstate the rule or tell the witness what he should do. |
| 14:46:53 | 3 | THE WITNESS:  I can speak about this subject. |
| 14:46:59 | 4 | I don't know if you are living here or you are familiar |
| 14:47:03 | 5 | with the circumstances we face. |
| 14:47:08 | 6 | Me, as Raed Taha, have been engaged in the |
| 14:47:15 | 7 | security work since 1995.  My basic task, it is to |
| 14:47:22 | 8 | safeguard the peace with Israel and the -- and what |
| 14:47:29 | 9 | instructions I receive in this field. |
| 14:47:34 | 10 | We have been engaged in a confrontation |
| 14:47:37 | 11 | with Hamas.  And what happened in Gaza is an outcome |
| 14:47:45 | 12 | of our involvement in this.  And we were accused of |
| 14:47:52 | 13 | being traitors who work with Israel, and they killed |
| 14:47:58 | 14 | 600 officers from our part.  This is on the assumption |
| 14:48:04 | 15 | that we coordinate in the security field with the |
| 14:48:08 | 16 | Israelis. |
| 14:48:13 | 17 | And let it be known that there is coordination |
| 14:48:17 | 18 | between us and the Israeli side and with the Israeli |
| 14:48:21 | 19 | security.  And I have sat with them more than once. |
| 14:48:28 | 20 | And I have been in several encounters with the Shabak |
| 14:48:32 | 21 | consultants, advisors.  And there is joint cooperation |
| 14:48:40 | 22 | between us since the PA assumed its authority until now. |
| 14:48:48 | 23 | Despite all such difficulties and despite |
| 14:48:52 | 24 | all the difficulties that we confronted and faced |
| 14:48:55 | 25 | from 2000 onwards, and our headquarters and offices |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
14:49:04    1   have been demolished, and for two days the building
14:49:10    2   I was working in was shelled, the planes were shelling
14:49:18    3   the headquarters when I was inside the building, and
14:49:25    4   in this prison, there were inmates which were held
14:49:31    5   from Hamas and other factions, and these people were
14:49:36    6   there, we did not release them, complying with the law
14:49:40    7   and peace.
14:49:46    8           And when the Israelis entered -- marched into
14:49:54    9   the building where I was working in interrogation, they
14:49:59   10   detained me and them, together with the other detainees.
14:50:03   11   These people were accused of planning or conducting
14:50:09   12   actions against Israelis, and I was interrogating them
14:50:14   13   and bringing them to court, and I find out that I am
14:50:19   14   together with them in the same prison.  In a certain
14:50:25   15   given period, we were not capable to protect ourselves
14:50:32   16   or our offices.
14:50:39   17           Despite that, we used to shackle some of
14:50:44   18   the prisoners with our own hands.  And I think that
14:50:53   19   the Israeli army knows about this.  We used to sit
14:50:57   20   with them in the wilderness or in the ranches because
14:51:02   21   we could not release them, in order to stick to our
14:51:07   22   obligations, and from another angle also, to protect
14:51:14   23   their lives.  During that period, we remember also
14:51:20   24   that the Israeli army shelled the Nablus prison.
14:51:23   25   And I believe twelve people were killed then.
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:51:29   1          All of this we bore, we shouldered the

14:51:34   2   responsibility.  Me, in my work and function in the PSS,

14:51:42   3   safeguarded the peace, because I am committed, I am

14:51:47   4   convinced by it and believe in it.  And I hope that

14:51:52   5   it will be completed, complete.  I hope during this

14:52:01   6   period I have been able to abort, in a very significant

14:52:09   7   way, operations against Israel, until we became socially

14:52:15   8   outcast because of these tasks that we do.

14:52:19   9          But I believe in a certain idea, and I

14:52:24  10   am struggling again for it at a time when the PA is

14:52:32  11   currently crumbling, falling apart.  But we, as the

14:52:40  12   security officers, believe in peace, and we will

14:52:44  13   combat for it.

14:52:46  14          I remember a case in which a certain person

14:52:50  15   is involved currently, somebody called Islam Arouri,

14:52:54  16   who is a Palestinian with an American citizenship.

14:53:05  17   He came to Palestine two or more years ago.  And he

14:53:11  18   had prepared the missiles from -- RPG kind.  And he

14:53:18  19   wanted to shell us and the Israelis with these rockets.

14:53:26  20   We, as security, were targeted.  We aborted this

14:53:35  21   terrorist action.  And if we did not able to foil it,

14:53:43  22   there would have been a disaster. [sic]

14:53:47  23          And I remember a citation that Mr. Barak

14:53:50  24   has sent, that no country in the world or no security

14:53:57  25   apparatus anywhere in the world, to prevent somebody

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:54:02  1    who wants to kill himself.  Thank you.

14:54:07  2         Q.   BY MR. SCHOEN:  It's fair to say that you

14:54:09  3    understand your primary job, since you've been a

14:54:18  4    security officer, to be to stop any group or any

14:54:26  5    person from the use of weapons to stop the peace

14:54:37  6    process?

14:54:43  7         A.   Yeah, yeah.  It's true.

14:54:50  8         Q.   Would you agree that, if a group, a faction,

14:54:55  9    has as its mission or platform the legitimacy that

14:55:04  10   it's okay, tells its members that it's okay -- tells

14:55:11  11   its members that it's okay to use weapons to --

14:55:23  12        A.   This is why we confronted Hamas from the

14:55:26  13   outset until today, because openly it was against the

14:55:32  14   peace accords.

14:55:33  15        Q.   Because Hamas was against the peace accords,

14:55:40  16   and the official position of Hamas is that it's okay to

14:55:48  17   use weapons to fight against the peace process?

14:56:02  18        A.   Once again, I was combating Hamas because

14:56:11  19   they have used weapons and their opposition to the

14:56:16  20   peace process.

14:56:17  21        Q.   Yes.  And not only use weapons, but they tell

14:56:22  22   its members and say publicly that it's okay to use

14:56:30  23   weapons to fight against the peace process?

14:56:39  24        A.   The suicide operations that were carried

14:56:42  25   out within Israel, basically it was harmful for us

                    SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

14:56:48  1    as Palestinians.  It was harmful to our own interests.

14:56:55  2    The main objective from these operations was to destroy

14:57:01  3    the PA.

14:57:03  4        Q.   I understand.

14:57:03  5             I am only asking you:  One reason you

14:57:06  6    consider -- well, strike that.

14:57:09  7             You consider Hamas to be a terrorist

14:57:12  8    organization?

14:57:20  9             MR. HIBEY:  This calls for a legal conclusion.

14:57:23  10   Object.

14:57:33  11            THE WITNESS:  What do you mean by a "terrorist

14:57:38  12   organization"?

14:57:39  13       Q.   BY MR. SCHOEN:  Hamas is against the peace

14:57:42  14   process; right?

14:57:51  15       A.   Currently?

14:57:53  16       Q.   Yes.

14:57:54  17       A.   I consider that any action, regardless of

14:57:58  18   the perpetrator, if this targets civilians, I consider

14:58:07  19   it a terrorist action.  Currently, Hamas could be with

14:58:12  20   the peace process.

14:58:15  21       Q.   Do you consider an organization that puts

14:58:20  22   forward a public position that the use of weapons

14:58:29  23   to fight against the peace process is okay, do you

14:58:39  24   consider such an organization, in your opinion as a

14:58:42  25   law enforcement officer for the PA, to be a terrorist

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

14:58:51  1  organization?

14:59:04  2      A.    Any party that carries out an action of

14:59:07  3  a military nature against civilians, whether it is

14:59:14  4  Palestinian or Israeli, and any party that acts against

14:59:20  5  peace, I consider it a terrorist organization.  But I'm

14:59:26  6  not from Hamas, and I don't know currently what is their

14:59:34  7  political position.  I know that Hamas has prohibited

14:59:42  8  and denounced throwing rockets from Gaza.

14:59:49  9          There are people from Fatah maybe who carried

14:59:53  10  out an action of a military nature.  This doesn't mean

14:59:59  11  that Fatah is a terrorist organization.  There are lots

15:00:05  12  of individual actions that do happen.  They happen by

15:00:11  13  individual initiative.  I cannot say, for instance,

15:00:18  14  that Fatah is responsible for such violations.

15:00:26  15          Me, as somebody from the security field, I

15:00:29  16  had no instructions, and we used to have an item under

15:00:29  17  protecting the armed resistance --

15:00:30  18              (Technical interruption in the proceedings.)

15:03:34  19              THE VIDEOGRAPHER:  Going off the record at

15:03:34  20  3:02.

15:03:34  21              (Recess from 3:02 p.m. to 3:13 p.m.)

15:11:36  22              THE VIDEOGRAPHER:  Going back on the record

15:11:57  23  at 3:13.

15:12:07  24      Q.    BY MR. SCHOEN:  Mr. Raed, based on your

15:12:11  25  experience as a law enforcement officer, would you

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:12:14   1   agree that, in fighting against terrorism, it's

15:12:22   2   important to know where a terrorist organization

15:12:27   3   is getting its money from?

15:12:40   4        A.   Of course.

15:12:42   5        Q.   Were you involved at all, directly you,

15:12:46   6   Mr. Raed, in the investigation into the bombing in

15:12:54   7   Karnei Shomron in February of two -- the bombing that

15:13:02   8   occurred in February of 2002 -- 2002?

15:13:18   9        A.   My role was to supervise the general

15:13:25   10  interrogation in the West Bank, not in an immediate way.

15:13:31   11  It was the legal supervision, expose and follow legal

15:13:37   12  procedures with the tribunals and safeguard the legal

15:13:43   13  procedures against the -- those people.

15:13:49   14         I remember, during that period in 2002, the

15:13:53   15  PA areas were under siege.  And the area of Kalkiliya --

15:14:05   16  and you can easily verify this -- was under siege.

15:14:09   17  The Israeli authorities were besieging the whole town

15:14:15   18  of Kalkiliya.  And I think they made an incursion into

15:14:22   19  Kalkiliya in 2001.

15:14:27   20         And me, as a security officer, was --

15:14:29   21  was unable to move from one governorate to another.

15:14:38   22  Despite such hardship, the interrogation and the

15:14:46   23  follow-up continued, pursued on behalf of the PSS.

15:14:50   24  And we had instructions from the president at the

15:14:53   25  time to chase those people and to prevent such

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:15:00   1   operations.

15:15:01   2        Q.   To chase which people?

15:15:06   3        A.   Anybody that carries arms other than the

15:15:13   4   PA elements.

15:15:16   5        Q.   Meaning official PA policemen or PSS people?

15:15:26   6        A.   The legal weapons.

15:15:28   7        Q.   And the only people who legally would have

15:15:32   8   weapons would be the PA police?

15:15:38   9        A.   Correct.  People working for the PA.

15:15:44   10        Q.   Now, specifically, though, after the

15:15:51   11   bombing in Karnei Shomron in February of 2002, were

15:15:59   12   you involved -- you, Mr. Raed -- in the investigation,

15:16:03   13   not just supervising, but the investigation?

15:16:18   14        A.   My role was to listen to the statements of

15:16:26   15   the accused and prepare charge sheets and referring

15:16:35   16   them to trial.  Those who do the investigation and

15:16:40   17   information gathering are other elements.  My role

15:16:47   18   was -- my role was to package the dossier and refer

15:16:54   19   it to trial.

15:16:57   20             We at the PSS, we have our main headquarters

15:17:03   21   based in Ramallah.  This headquarters supervises the --

15:17:11   22   our operations in the West Bank in a full way, and it

15:17:15   23   receives instructions from this headquarters.  And

15:17:22   24   the interrogation used to happen through the main

15:17:28   25   headquarters.  And my role was within such a context.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:17:33  1      Q.   I want to focus specifically on this Karnei

15:17:40  2  Shomron bombing.

15:17:45  3           Are you prepared to testify today what

15:17:48  4  specific steps, if any, were taken by the PA or any

15:18:01  5  of its offices to investigate this specific bombing,

15:18:07  6  who did it -- who did it, what happened, any of the

15:18:19  7  relevant facts related to the bombing?

15:18:27  8      A.   May I answer in the following manner:  Our

15:18:33  9  work during that given period was preventing any armed

15:18:37  10  action.  We were -- we were confident, we were sure

15:18:45  11  the danger that would emanate from any operation and

15:18:52  12  its negative impact on the PA.  And despite all the

15:18:57  13  difficulties and the siege that we were facing, we were

15:19:02  14  moving, trying to abort any kind of action.  And if we

15:19:10  15  knew that any operation is about to be carried out, we

15:19:14  16  would have acted in order to prevent it, for sure.

15:19:22  17           After we knew about the operation, we held

15:19:24  18  interrogation, to know the perpetrator or who were

15:19:33  19  behind this action.

15:19:36  20      Q.   With respect to this bombing, Karnei Shomron

15:19:40  21  bombing, what steps were taken to investigate all of

15:19:52  22  the facts?

15:20:03  23      A.   I recall that, after the PFLP claimed

15:20:10  24  responsibility for carrying out this operation, we

15:20:14  25  detained members of the PFLP and interrogated them

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

15:20:20   1   in order to know who stands behind this operation.

15:20:29   2         At the same time, the Israeli army has

15:20:32   3   undertaken interrogation and search.  And I assure that,

15:20:42   4   during that given period, we did not have any control

15:20:46   5   over the area of Kalkiliya.  Despite that, we went

15:20:51   6   ahead and helped.  And this is our duty, to round up

15:20:58   7   people who stand behind this operation, and punishing

15:21:03   8   them.

15:21:09   9         MR. SCHOEN:  What?

15:21:10   10        OFFICIAL INTERPRETER AGHAZARIAN:  "And

15:21:12   11  punishing them."

15:21:14   12        Q.  BY MR. SCHOEN:  Do you know who was detained

15:21:16   13  in connection with this investigation?

15:21:23   14        A.  I know that members of the PFLP were arrested,

15:21:28   15  but I don't recall their names now.  At the time, there

15:21:36   16  were arrests of PFLP members in all areas, particularly

15:21:51   17  those whom we believed were carrying weapons.

15:21:59   18        Q.  Were you involved with the interrogation

15:22:01   19  of any of the people suspected or interrogated in

15:22:03   20  connection with the Karnei Shomron bombing?

15:22:15   21        A.  At the time, Kalkiliya was closed.  Neither

15:22:24   22  people from Kalkiliya nor from outside Kalkiliya had

15:22:29   23  access.  And if we come back to the date, the whole

15:22:34   24  West Bank was closed at the time.  If it was open,

15:22:42   25  if I could make it, I would have headed to Kalkiliya.

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 15:22:47 | 1 | But I'm sure that I could not make it to Kalkiliya |
| 15:22:50 | 2 | at the time. |
| 15:22:52 | 3 | Q.   So is the answer no, you were not -- you, |
| 15:22:58 | 4 | Mr. Raed, were not involved in the detention or |
| 15:23:02 | 5 | interrogation of the suspects? |
| 15:23:11 | 6 | A.   I mentioned that our role was monitoring |
| 15:23:15 | 7 | and supervising from a distance.  But due to the |
| 15:23:19 | 8 | circumstances, we did not have access.  But we were |
| 15:23:25 | 9 | in touch through telephone, through fax, that we were |
| 15:23:30 | 10 | communicating. |
| 15:23:32 | 11 | Q.   Whatever the reason was, were you, Mr. Raed, |
| 15:23:35 | 12 | involved directly in the detention or interrogation |
| 15:23:40 | 13 | of any people in connection with the Karnei Shomron |
| 15:23:52 | 14 | bombing? |
| 15:23:55 | 15 | CHECK INTERPRETER HAZOU:  He mentioned -- you |
| 15:23:57 | 16 | mentioned "directly," "were you directly involved"? |
| 15:24:02 | 17 | MR. SCHOEN:  Yes.  Did you interrogate? |
| 15:24:02 | 18 | Well, strike that. |
| 15:24:05 | 19 | CHECK INTERPRETER HAZOU:  Yes.  I don't think |
| 15:24:06 | 20 | Shimon heard the word "directly." |
| 15:24:08 | 21 | MR. SCHOEN:  Okay.  Let me strike the |
| 15:24:08 | 22 | question. |
| 15:24:10 | 23 | Q.   BY MR. SCHOEN:  Did you, Mr. Raed, personally |
| 15:24:16 | 24 | interrogate any person in relation to the bombing in |
| 15:24:21 | 25 | Karnei Shomron? |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
15:24:23   1        A.   What do you mean by "directly"?

15:24:32   2             CHECK INTERPRETER HAZOU:  No, no.

15:24:33   3   "Personally."

15:24:34   4             OFFICIAL INTERPRETER AGHAZARIAN:  "Personally."

15:24:37   5             OFFICIAL INTERPRETER BEN-NAIM:  I can

15:24:39   6   re-translate.

15:24:39   7             THE WITNESS:  Maybe give instructions,

15:24:43   8   supervise, give instructions, follow up with the

15:24:48   9   relevant officers, with the -- with the court.

15:24:58  10        In a personal way that I was involved in

15:25:02  11   investigating, the answer is "no."  As I mentioned,

15:25:09  12   the closure and the siege imposed by the Israelis

15:25:16  13   impeded from my having access to Kalkiliya.

15:25:19  14        Q.   BY MR. SCHOEN:  Okay.  What steps did you

15:25:21  15   personally take with respect to this bombing, the

15:25:25  16   Karnei Shomron bombing?

15:25:30  17        I'm asking now that you remember specifically,

15:25:33  18   not what might have happened, but what you remember

15:25:37  19   specifically.

15:25:48  20        A.   Specific things:  I have conducted telephone

15:25:56  21   calls over the matter.  I followed up the procedures

15:26:05  22   of investigation and search.  I requested to follow

15:26:19  23   instructions and to find out who stands behind this

15:26:25  24   operation.  Maybe I have talked to the judicial and

15:26:31  25   to the prosecution.  These measures I have certainly
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:26:39   1   conducted.

15:26:41   2         Q.   Do you have anyplace a file, any papers or

15:26:44   3   any computer file, that would help you remember what,

15:26:48   4   if anything, you did?

15:27:07   5              To be clear, when I'm asking of "you," I

15:27:11   6   mean you or the PA or anyone you're aware of.

15:27:17   7         A.   You may find it with the Israeli army.

15:27:22   8   Because they have broke into Kalkiliya and into the

15:27:27   9   headquarters of the PSS, and they have taken all those

15:27:31   10   documents.  And the headquarters where I was working

15:27:39   11   in Ramallah has been shelled and burned, burnt into

15:27:46   12   ashes.

15:27:47   13         Q.   Is it your testimony that the Israeli

15:27:50   14   government took every document related to this --

15:27:53   15   the investigation into the Karnei Shomron bombing?

15:28:04   16         A.   Maybe they demolished them.  It was a process

15:28:09   17   of shelling and breaking in, an incursion, and the

15:28:16   18   situation was chaotic.

15:28:18   19         Q.   When did that happen, when was this bombing

15:28:21   20   and destruction in Kalkiliya?

15:28:31   21         A.   The first time 2001.  Then I believe in 2004.

15:28:44   22   More than once.

15:28:46   23         Q.   In Kalkiliya?

15:28:47   24         A.   Yes.

15:28:50   25         Q.   And the bombing happened around February,

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:28:53   1   in February of 2002; correct?

15:29:03   2        A.   I don't remember the exact date.

15:29:06   3        Q.   All right.  I represent to you that the

15:29:09   4   bombing we're talking about here happened on or about

15:29:12   5   February 16, 2002.

15:29:20   6        A.   And the incursion into the West Bank happened

15:29:33   7   in 2004.

15:29:35   8        Q.   This investigation that you supervised into

15:29:40   9   the bombing, do you remember when that took place?

15:29:49   10        A.   After the operation.

15:29:51   11        Q.   A month after?  Two months after?

15:30:02   12        A.   Actions started the moment that the operation

15:30:05   13   was conducted.  An issue like this you cannot postpone.

15:30:12   14   This has to do with the whole -- with the entire future

15:30:17   15   of the PA.

15:30:20   16        Q.   And you had telephone calls with people who

15:30:23   17   were investigating and interrogating the suspects?

15:30:35   18        A.   Correct.  Correct.

15:30:37   19        Q.   Where were you at that time, if you remember?

15:30:44   20        A.   I was in Ramallah, in the main headquarters

15:30:48   21   of the PSS.

15:30:50   22        Q.   Did you make any notes of your telephone

15:30:53   23   calls?

15:31:08   24        A.   There was a full file that was there.

15:31:14   25        Q.   What was in that file?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:31:19  1        A.   It was burned.  It burned into flames.  All

15:31:26  2   the papers went into ashes in the headquarters where

15:31:31  3   I was working.  It was shelled by helicopter gunships,

15:31:35  4   and the whole archive went aflame.

15:31:42  5        Q.   And how about -- were there some documents

15:31:44  6   that stayed in Kalkiliya after the investigation?

15:31:52  7        A.   What do you mean?

15:31:55  8        Q.   Well, if an investigator in Kalkiliya

15:31:57  9   interrogated someone in Kalkiliya, would a copy of

15:32:06  10  his notes, if he took any, stay in Kalkiliya?

15:32:17  11       A.   Sir, when the Israeli incursion took place

15:32:22  12  to the various areas, they entered into all the security

15:32:28  13  headquarters, and they have shelled most of it.  And

15:32:34  14  they have burned all what was inside.

15:32:38  15            In the given period, there was no such thing

15:32:42  16  as Palestinian security.  We could not leave our houses,

15:32:46  17  get out from our houses.

15:32:48  18            I remember, during this given period --

15:32:51  19  and I respect this Israeli officer -- I was living in

15:32:57  20  Ramallah.  I had my son, Kussay, three years old, who

15:33:04  21  went out from the house.  I saw him in the street.  I

15:33:10  22  could not go out and fetch him.  The instructions were

15:33:18  23  anybody leaving his house will be shot at.  So I left

15:33:25  24  my son in the street lest I would be shot myself, until

15:33:31  25  this officer came.  He -- he brought him to my house.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:33:36  1          During that period, we did not have any

15:33:39  2   headquarters.  They were shelled.  We were chased,

15:33:46  3   on the run, and we were wanted.  And even after the

15:33:57  4   Israeli army left, they -- the public entered into

15:34:06  5   these headquarters.  There wasn't any files which were

15:34:12  6   there.  And many of the equipment were maybe stolen or

15:34:17  7   shelled.  I saw somebody running away with a TV, a unit

15:34:27  8   from our headquarters, and there was nothing I could

15:34:31  9   do to him.  In a given period, we were not there at all.

15:34:39  10         Q.   Is it your testimony that all of the files

15:34:41  11  related to this case that were in Kalkiliya were either

15:34:52  12  destroyed or taken by the Israelis?

15:35:06  13         A.   This is not certain.  Maybe there are certain

15:35:12  14  documents that do exist with certain offices.  And this

15:35:21  15  requires research into.

15:35:23  16         Q.   Has any search been made that you're aware of?

15:35:30  17         A.   I myself have conducted a search, and I reach

15:35:34  18  to nothing.

15:35:38  19         Q.   What offices do you think would be possible

15:35:41  20  would have such documents, given your experience?

15:35:52  21         A.   The security headquarters, courts, only.

15:36:01  22         Q.   You're not aware of any prosecution, judicial

15:36:05  23  prosecution in this case, are you?

15:36:20  24         A.   Maybe certain people were detained.

15:36:24  25         MR. SCHOEN:  Time's up.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 15:36:27 | 1 | THE VIDEOGRAPHER:  Going off the record at |
| 15:36:28 | 2 | 3:37. |
| 15:51:37 | 3 | (Recess from 3:37 p.m. to 3:53 p.m.) |
| 15:51:41 | 4 | THE VIDEOGRAPHER:  Going on the record at |
| 15:51:42 | 5 | 3:53. |
| 15:51:47 | 6 | Q.   BY MR. SCHOEN:  Mr. Raed, during the time |
| 15:51:50 | 7 | period of this Karnei Shomron bombing, who was working |
| 15:51:57 | 8 | for the PA in law enforcement in Kalkiliya? |
| 15:52:00 | 9 | A.   The security officers.  Who else? |
| 15:52:18 | 10 | Q.   What were their names? |
| 15:52:21 | 11 | A.   Iyad Aqra'a, he was the head of the PSS in |
| 15:52:35 | 12 | Kalkiliya.  The legal person was Yasser Abu Libdeh. |
| 15:52:48 | 13 | These were the officers among the people I recall, |
| 15:52:52 | 14 | that I know them quite well. |
| 15:52:55 | 15 | Q.   Do you remember anyone else who was working |
| 15:52:57 | 16 | for the PA and law enforcement in Kalkiliya during |
| 15:53:02 | 17 | that time period? |
| 15:53:11 | 18 | A.   In Kalkiliya?  There was —— who was it? |
| 15:53:16 | 19 | Every two years, they are transferred from |
| 15:53:22 | 20 | one place or another.  I remember exactly those two. |
| 15:53:29 | 21 | I remember somebody —— I think his name is Hussam |
| 15:53:36 | 22 | Al-Sheikh.  These are —— I am sure that they were |
| 15:53:42 | 23 | around, and I was following up matters with them. |
| 15:53:46 | 24 | Q.   So these are the people you spoke with on |
| 15:53:49 | 25 | the telephone when you were speaking with the telephone |

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

15:53:50  1   about -- on the telephone with someone about the

15:53:53  2   investigation into this bombing?

15:54:03  3       A.   I answered this question previously.

15:54:06  4       Q.   If those were the three people?

15:54:08  5       A.   These are the people I remember, because those

15:54:11  6   were the people with whom I followed up matters.

15:54:17  7       Q.   Where are they now, if you know?

15:54:19  8       A.   Iyad Al-Aqra'a is now the head of the Ramallah

15:54:26  9   branch.  Yasser is still in Kalkiliya.  And Hussam

15:54:30  10  Al-Sheikh is in Ramallah.

15:54:36  11      Q.   With the PSS?  They work with the PSS?

15:54:40  12      A.   Iyad is the head of the Ramallah PSS now,

15:54:46  13  currently.  Yasser is the legal person who -- and,

15:54:52  14  currently, he is in charge of the legal section in

15:54:54  15  Kalkiliya.  They are all in the PSS.

15:55:00  16      Q.   Where were the PA headquarters located in

15:55:03  17  Kalkiliya during that time period?

15:55:11  18      A.   It was inside the city.  It was a rented

15:55:18  19  building in the heart of the city.  Currently, we

15:55:22  20  have constructed a different building.

15:55:25  21      Q.   During that time period, do you remember

15:55:27  22  the street in Kalkiliya where the PA offices were?

15:55:31  23           (Pending question partially translated.)

15:55:32  24           OFFICIAL INTERPRETER BEN-NAIM:  "Do you

15:55:33  25  remember"?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

15:55:34   1              MR. SCHOEN:  "The street where the PA office

15:55:36   2      was."

15:55:36   3              (Remainder of pending question translated.)

15:55:42   4              THE WITNESS:  I remember the headquarters,

15:55:45   5      but I don't recall the name of the street.

15:55:46   6         Q.   BY MR. SCHOEN:  Is it your testimony that the

15:55:48   7      PA headquarters in Kalkiliya were destroyed?

15:56:01   8              MR. HIBEY:  Excuse me.  Did you say "the PA

15:56:04   9      headquarters"?

15:56:06   10             MR. SCHOEN:  Yes, in Kalkiliya.

15:56:08   11             THE WITNESS:  What do you mean by

15:56:10   12     "demolition"?  Is it shelling it or --

15:56:13   13        Q.   BY MR. SCHOEN:  I thought you told me earlier

15:56:15   14     that the PA offices --

15:56:20   15        A.   There are certain headquarters that were

15:56:22   16     leveled down.  And there are areas where they broke

15:56:29   17     into, the army barging in, not shelling from the air.

15:56:40   18     The PSS is one of the locations, premises, that were --

15:56:47   19     they broke into them.

15:56:49   20        Q.   The PSS headquarters they broke into but did

15:56:54   21     not destroy?

15:57:00   22        A.   It hasn't been demolished fully.  There were

15:57:03   23     some damage, but mostly it was breaking into.

15:57:07   24        Q.   And how do you know that the files from the

15:57:10   25     investigation into this case no longer exist?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
15:57:18   1        A.   Because there was no security left in the --
15:57:21   2   in the country.  The security officers left their
15:57:29   3   offices and they left.  And it was the Israeli army
15:57:35   4   that was present in Kalkiliya.
15:57:37   5        Q.   If you know, during what period of time
15:57:41   6   were the records in Ramallah -- no, Ramallah -- were
15:57:48   7   the records in Ramallah, during what period of time,
15:57:54   8   destroyed --
15:58:07   9             MR. SCHOEN:  "Were the records in Ramallah
15:58:07  10   destroyed."
15:58:07  11             CHECK INTERPRETER HAZOU:  "Ramallah."
15:58:07  12             MR. SCHOEN:  "Ramallah."  Ramallah, Ramallah.
15:58:09  13             OFFICIAL INTERPRETER BEN-NAIM:  One more time.
15:58:11  14   Sorry.  Sorry.
15:58:12  15        Q.   BY MR. SCHOEN:  Your testimony earlier was
15:58:15  16   that all law enforcement records related to this bombing
15:58:20  17   that were in Ramallah were destroyed when Ramallah was
15:58:25  18   attacked; correct?
15:58:32  19        A.   Look, once again:  The main headquarters
15:58:39  20   always has a copy of the interrogations.  And this
15:58:48  21   is the PSS headquarters in Bitunya.  All the dossiers
15:58:56  22   in the West Bank must have a copy in this headquarters.
15:59:05  23   For sure, a copy of this file was there in this
15:59:10  24   headquarters.
15:59:12  25             This is the headquarters where I was working
```

15:59:16  1   in.  And this has been completely demolished, leveled

15:59:26  2   down.  And it was shelled by the airplanes and there

15:59:29  3   was burned into ashes.  And you can refer and see the

15:59:36  4   pictures.  They are all out there.

15:59:39  5       Q.   Okay.  In which offices -- name each of

15:59:42  6   the offices that would have a record or a file from

15:59:53  7   the investigation into this kind of incident, in the

16:00:01  8   ordinary procedures for law enforcement within the

16:00:04  9   PA during that time period?

16:00:11  10      A.   The equipment or we as PSS --

16:00:16  11           CHECK INTERPRETER HAZOU:  No, no, no.

16:00:22  12           OFFICIAL INTERPRETER BEN-NAIM:  "Apparatus."

16:00:18  13           (Brief exchange in Arabic among Official

16:00:19  14      Interpreter Aghazarian, Official Interpreter

16:00:19  15      Ben-Naim, and Check Interpreter Hazou.)

16:00:24  16           OFFICIAL INTERPRETER AGHAZARIAN:  "Other

16:00:25  17   apparatus than the PSS, you mean?"

16:00:27  18      Q.   BY MR. SCHOEN:  I mean every place where

16:00:30  19   there would be a copy of a document related to an

16:00:34  20   investigation like this that you're aware of.

16:00:39  21      A.   The PSS and the relevant bodies, such as

16:00:46  22   interrogation and police and security, and the General

16:00:52  23   Intelligence Services.

16:00:53  24      Q.   Where are the offices located, physically

16:00:56  25   where?

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:01:02  1        A.   The PSS in Kalkiliya and Ramallah, and the

16:01:07  2   General Intelligence, I don't know, because I don't

16:01:10  3   work for them.

16:01:12  4        Q.   Is it possible they could have a file still

16:01:15  5   from this bombing investigation?

16:01:24  6        A.   Of course.  It was a relevant party that has

16:01:28  7   the mandate, and it has made the interrogation.

16:01:34  8        Q.   So is it possible they could have a copy of

16:01:37  9   the file?

16:01:40  10       A.   Possible.

16:01:41  11       Q.   Do you know whether there was a PFLP office

16:01:45  12  in Kalkiliya?

16:01:47  13       A.   I'm not a resident of Kalkiliya.  I don't

16:01:58  14  know.

16:01:59  15       Q.   I'm asking you as a law enforcement officer.

16:02:08  16       A.   I know that the PFLP, as one of the

16:02:13  17  Palestinian factions, has its headquarters in Ramallah.

16:02:19  18  But I'm not sure if they have an office in Kalkiliya.

16:02:22  19       Q.   Do you know who pays for that PFLP

16:02:25  20  headquarters in Ramallah?

16:02:30  21       A.   I don't know.

16:02:32  22            What do you mean by "funding"?

16:02:34  23       Q.   I mean who pays the rent for an office.

16:02:37  24            Does the PA pay the rent?

16:02:52  25       A.   Paying the rent of the PFLP?  This is a

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
16:02:57   1   political matter.  I don't know.
16:03:00   2       Q.   You're not prepared to talk today about who
16:03:04   3   pays for the rent for any PFLP office?
16:03:11   4       A.   It's not that I'm not ready.  I simply don't
16:03:17   5   know.
16:03:18   6       Q.   I understand.
16:03:19   7            Do you know anything at all -- no, strike
16:03:22   8   that.
16:03:23   9            Are you prepared to testify today about any
16:03:27  10   of the banking records of the PA with -- to the extent
16:03:36  11   those banking records reflect payment or income?
16:03:40  12            (Pending question partially translated.)
16:03:46  13            OFFICIAL INTERPRETER BEN-NAIM:  "Income" or?
16:03:49  14            MR. SCHOEN:  Payments or income or requests
16:03:51  15   for payment from the PFLP.
16:03:56  16            OFFICIAL INTERPRETER BEN-NAIM:  To the PA?
16:03:59  17            MR. SCHOEN:  From the PA to the PFLP.
16:04:03  18            (Remainder of pending question translated.)
16:04:11  19            THE WITNESS:  I didn't understand the
16:04:13  20   question.
16:04:19  21       Q.   BY MR. SCHOEN:  All right.  Are you prepared
16:04:21  22   to testify about any requests for payment, requests made
16:04:26  23   by the PFLP for the PA to pay any money?
16:04:38  24       A.   This is a topic, me as Raed, I don't know
16:04:42  25   anything.  Maybe you can address this question to the
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
16:04:47   1   PLO or the PFLP, and it could be an issue that has
16:04:54   2   political connotations.
16:04:56   3          We at the PA have monitoring about the money
16:05:03   4   transfers.  This is done in cooperation with Israel,
16:05:10   5   the United Nations, the other Arab countries.  Any
16:05:23   6   transfer through the banks, it is something that we
16:05:26   7   monitor.  We know the source and where these funds
16:05:30   8   are heading.
16:05:36   9          Especially in recent times, the screws
16:05:39  10   have been tightened, particularly of what Hamas gets.
16:05:44  11   And we held lots of amounts pertaining to Hamas in
16:05:53  12   this respect.  This issue is contrary to the law.
16:05:59  13          But any internal issue having to do with PFLP
16:06:04  14   and its relation with the PA is a political issue that
16:06:09  15   is not something I know of.  My role is security.  I
16:06:14  16   have nothing to do with politics.
16:06:18  17     Q.   How about funding for the PFLP?  You testified
16:06:23  18   that you monitor funding, source of funds.
16:06:33  19          Do you monitor funds received by the PFLP?
16:06:46  20     A.   From what -- during these few years, you know,
16:06:52  21   there is nothing I remember in this respect.  There are
16:06:58  22   funds that were addressed to Hamas and Jihad we were
16:07:05  23   able to hold.  But about the PFLP, I have no idea.
16:07:12  24     Q.   You don't know anything from the time period
16:07:15  25   1994 to today about the payment of funds to the PFLP
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 16:07:22 | 1 | from any source, including the PA? |
| 16:07:32 | 2 | A.   The PA, this is an internal issue, and I don't |
| 16:07:38 | 3 | know anything about it.  As I said, that if this matter |
| 16:07:44 | 4 | is there, this is a political and a non-security issue. |
| 16:07:50 | 5 | It's outside my realm.  My role as security, I monitor |
| 16:07:57 | 6 | the influx of illegal money into Palestine.  That's it. |
| 16:08:04 | 7 | Q.   Would you agree that, if the PFLP or its |
| 16:08:10 | 8 | members were engaged in terror activity, it would be |
| 16:08:16 | 9 | relevant to you, as a law enforcement officer, to know |
| 16:08:25 | 10 | the source of the money that they're getting? |
| 16:08:32 | 11 | MR. HIBEY:  It's a compound question.  I'll |
| 16:08:35 | 12 | object to the form.  Objection to the form. |
| 16:08:47 | 13 | THE WITNESS:  This is the nature of my task. |
| 16:08:47 | 14 | CHECK INTERPRETER HAZOU:  What did you say? |
| 16:08:54 | 15 | THE WITNESS:  This is the nature of my work. |
| 16:08:57 | 16 | Q.   BY MR. SCHOEN:  Do you work in connection, |
| 16:09:00 | 17 | in conjunction with, do you work together with the |
| 16:09:04 | 18 | United States in monitoring funds in such situations? |
| 16:09:23 | 19 | A.   If they have information, they inform us |
| 16:09:27 | 20 | about it.  And if we have information regarding persons |
| 16:09:36 | 21 | residing in America or living in America, we inform |
| 16:09:40 | 22 | them of it.  There is coordination at this level. |
| 16:09:44 | 23 | Q.   Are you aware that the United States has |
| 16:09:47 | 24 | designated the PFLP as a terrorist organization? |
| 16:09:58 | 25 | A.   I don't know. |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 16:10:00 | 1 | Q.   You're not aware of that? |
| 16:10:05 | 2 | A.   The United States considering the PFLP as a |
| 16:10:09 | 3 | terrorist organization? |
| 16:10:11 | 4 | Q.   That was my question to you. |
| 16:10:12 | 5 | Are you aware of that? |
| 16:10:20 | 6 | A.   I deal with people based on the Palestinian |
| 16:10:23 | 7 | law. |
| 16:10:25 | 8 | Q.   I was just asking you if you were aware that |
| 16:10:28 | 9 | the United States -- |
| 16:10:30 | 10 | MR. HIBEY:  I think the question has been |
| 16:10:32 | 11 | asked and answered. |
| 16:10:50 | 12 | OFFICIAL INTERPRETER BEN-NAIM:  Excuse me. |
| 16:10:50 | 13 | I didn't hear you. |
| 16:10:50 | 14 | (Comment in Arabic by Official Interpreter |
| 16:10:50 | 15 | Aghazarian.) |
| 16:10:51 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  He told him |
| 16:10:52 | 17 | that the witness -- sorry. |
| 16:11:06 | 18 | THE WITNESS:  I answered that I act based |
| 16:11:08 | 19 | on the Palestinian laws. |
| 16:11:12 | 20 | Q.   BY MR. SCHOEN:  That's not an answer to my |
| 16:11:13 | 21 | question. |
| 16:11:14 | 22 | My question is:  Are you aware that the United |
| 16:11:17 | 23 | States has designated the PFLP a terrorist organization? |
| 16:11:26 | 24 | Whether you act on the basis of PA law or otherwise, are |
| 16:11:34 | 25 | you aware? |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:11:37  1     A.   No.

16:11:40  2     Q.   Does the PA consider the PFLP a terrorist

16:11:47  3  organization?

16:11:52  4     A.   The PFLP as a political organization?  It is

16:11:58  5  one of the factions that constitute the PLO, and it's

16:12:05  6  the PLO that have signed the accords with Israel.  And

16:12:11  7  I know that the PFLP complied with the Oslo agreement,

16:12:18  8  even if at the same time it has its own reservations.

16:12:21  9  And the PFLP, as a political organization, is not a

16:12:29  10  terrorist organization.

16:12:30  11     Q.   Is any part of the PFLP a terrorist

16:12:33  12  organization, in your view?

16:12:47  13     A.   Once again, I respond to the same question.

16:12:52  14  Any person, regardless of the political faction,

16:12:58  15  that does a belligerent act against any civilian for

16:13:08  16  political objectives, I deal with him as a terrorist.

16:13:14  17  This is the stipulation of the Palestinian law.

16:13:18  18          And the Palestinian penal code that is applied

16:13:26  19  in Palestine, including the Jordanian penal law, which

16:13:33  20  is in application currently in Palestine, and the bylaws

16:13:38  21  of the PLO that was in implementation in military and

16:13:47  22  the state security courts, consider such actions as

16:13:50  23  a crime which is punishable by law.

16:13:57  24          In addition to that, instructions of the PA,

16:14:06  25  starting from the president and on -- and this continues

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:14:11   1   to be in implementation in dealing with such factions --

16:14:16   2   that they are groups that are outside the law and should

16:14:24   3   be chased and punished.  And this applies on Fatah,

16:14:35   4   PFLP, and all other factions.

16:14:42   5           And the political decision existing within

16:14:45   6   the PA is only the decision of the PA, which is binding

16:14:50   7   and committed to the peace process, not -- regardless

16:14:56   8   of the factions.  And in all operations, the PA, that

16:15:09   9   the presidency in Palestine consider any such operations

16:15:16  10   as terrorist operations and resent it, rejected it, and

16:15:23  11   ordered the security agencies to chase the perpetrators.

16:15:31  12           And I believe that 2001, 2002, I don't

16:15:37  13   remember exactly, maybe 2000, something around there,

16:15:44  14   maybe probably after the Ze'evi affair, a presidential

16:15:49  15   decree was issued to consider the military wing of

16:15:53  16   the PFLP a body or an entity that is prohibited and

16:16:04  17   illegitimate and shady and outside legitimate.  And

16:16:10  18   this decision was a kind of a confirmation on the

16:16:16  19   implementation of the law that prohibits such actions.

16:16:21  20   Q.   Who was the leader of the PFLP at that time,

16:16:25  21   when you believe that the military wing was outlawed?

16:16:34  22   A.   I remember Abu Ali Mustafa, who was killed in

16:16:40  23   Ramallah by Israeli planes, and Ahmed Sa'adat, who is

16:16:52  24   currently in prison, Israeli prison.

16:16:56  25   Q.   Mr. Mustafa was killed before Ze'evi --

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 16:16:59 | 1 | Mr. Ze'evi was killed; right? |
| 16:17:03 | 2 | A.   For sure. |
| 16:17:04 | 3 | Q.   So Ahmed Sa'adat would have been the head of |
| 16:17:09 | 4 | the PFLP? |
| 16:17:14 | 5 | A.   After the Ze'evi operation? |
| 16:17:16 | 6 | Q.   Yes, after Mustafa was killed. |
| 16:17:26 | 7 | A.   That's -- has mean that he -- Ahmed Sa'adat |
| 16:17:31 | 8 | is the general secretary following Abu Ali.  This is |
| 16:17:35 | 9 | well known for everybody. |
| 16:17:37 | 10 | Q.   Yes.  Ahmed Sa'adat has been the leader of |
| 16:17:40 | 11 | the PFLP since Mustafa was killed until today; correct? |
| 16:17:54 | 12 | A.   So far.  Now, of course, he is incarcerated. |
| 16:18:01 | 13 | I don't know if he is running the PFLP from the prison. |
| 16:18:06 | 14 | Q.   Do you know if there is another leader of the |
| 16:18:08 | 15 | PFLP, or if Ahmed Sa'adat is the leader of the PFLP? |
| 16:18:18 | 16 | A.   At the time -- I know that Ahmed Sa'adat was |
| 16:18:22 | 17 | the general secretary at the time. |
| 16:18:26 | 18 | Q.   All right.  You testified earlier, I |
| 16:18:28 | 19 | believe -- and correct me if I'm wrong -- that the |
| 16:18:38 | 20 | PA monitors funds that go to Hamas? |
| 16:18:53 | 21 | A.   Not just Hamas.  Any party, even if it's a |
| 16:19:03 | 22 | non-political party, it monitors. |
| 16:19:06 | 23 | Q.   I'm asking, though, just about Hamas -- sorry. |
| 16:19:11 | 24 | I'm asking you just about Hamas.  The PA |
| 16:19:11 | 25 | monitors funds that go to Hamas? |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:19:15  1       A.    Correct.

16:19:16  2       Q.    The PA monitors funds that go to Islamic

16:19:19  3  Jihad?

16:19:20  4       A.    Yes.

16:19:26  5       Q.    The PA does not monitor funds that go to the

16:19:30  6  PFLP?

16:19:40  7       A.    The PA monitors all transfers, regardless of

16:19:44  8  which party.  Every transfer is being monitored.  Any

16:19:52  9  amount which exceeds $1,000 entering Palestine should

16:20:01  10  report about the source and the beneficiary.

16:20:07  11      Q.    When you say "entering Palestine," does that

16:20:11  12  mean if the bank is located in Palestine?

16:20:17  13      A.    The bank in Palestine.

16:20:19  14      Q.    Well, what about if a group like Hamas,

16:20:23  15  for example, is receiving funds in a bank outside

16:20:27  16  of Palestine?

16:20:34  17      A.    Where does it receive these funds?

16:20:37  18      Q.    A bank in another country.

16:20:43  19      A.    You ask the other country what they do

16:20:45  20  with it.

16:20:46  21      Q.    So you only have the ability to monitor

16:20:50  22  funding to Hamas that goes to a bank in -- located

16:21:00  23  within Palestine?  And does that mean the branch that

16:21:10  24  it goes into has to be located in Palestine?

16:21:16  25      A.    (In English.)  Okay.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:21:18  1        Q.    I'm asking.

16:21:25  2        A.    I want to answer.  Can I -- am I in a

16:21:30  3   position, for example, to monitor the bank transfers,

16:21:34  4   say, in Kuwait?

16:21:37  5        Q.    What's the name of a bank that operates in

16:21:39  6   Palestine, that has a branch located in Palestine?

16:21:49  7        A.    There are many banks.

16:21:51  8        Q.    Give me the name of one, please.

16:21:54  9        A.    The Arab Bank.

16:21:55 10        Q.    Okay.

16:21:56 11        A.    (In English.)  Bank Palestine, Bank

16:22:01 12   Cairo-Amman, Bank Jordan.

16:22:02 13              (Comment in Arabic by the witness.)

16:22:06 14              CHECK INTERPRETER HAZOU:  "HSBC."

16:22:15 15              THE WITNESS:  (In English.)  HSBC.

16:22:15 16              (Comment in Arabic by the witness.)

16:22:18 17              THE WITNESS:  Lots of them, abundant.

16:22:22 18        Q.    BY MR. SCHOEN:  If one of those banks, HSBC,

16:22:26 19   for example, any one of those banks, receives funds

16:22:30 20   intended for Hamas, how would you monitor that those

16:22:43 21   funds are going to Hamas?

16:22:47 22        A.    We have the Monetary Authority, which is in

16:22:57 23   the form of a central bank.  This Authority receives

16:23:07 24   statements on a daily basis from the banks and monitors

16:23:12 25   all transfers and, in turn, informs the security

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:23:20   1   apparatus about these statements.

16:23:25   2          And we, in our turn, do the checking of --

16:23:29   3   for who receives where these monies are directed to.

16:23:34   4   The bank, as a bank, is not in a position to know

16:23:42   5   whether this is Hamas or Fatah.  Their role, it is

16:23:47   6   simply to receive funds.  And my job, it is to verify

16:23:51   7   the sources and the address where these funds are

16:23:57   8   coming and going to.

16:23:58   9          (Comment in Arabic by the witness.)

16:23:58   10          MR. SCHOEN:  He just said something?

16:23:58   11          THE WITNESS:  The party where they are

16:24:05   12   directed.

16:24:05   13      Q.   BY MR. SCHOEN:  How do you do that?  How do

16:24:07   14   you determine the party where they were directed?

16:24:21   15      A.   I do investigation, and I verify these names.

16:24:24   16   I check them.

16:24:26   17      Q.   What are the steps in that investigation?

16:24:39   18      A.   If it becomes clear that these funds are

16:24:43   19   directed to Hamas, I will hold it and confiscate it.

16:24:49   20      Q.   How about Fatah?  Do you monitor funds to

16:24:54   21   Fatah?

16:25:04   22      A.   Is my job that Fatah is receiving money from

16:25:09   23   the outside?

16:25:11   24      Q.   I'm asking you.

16:25:14   25      A.   If that's the case, the economic situation

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:25:17  1   in Palestine would have been much better.

16:25:21  2        Q.    If what, if Fatah were receiving funds from

16:25:25  3   outside?

16:25:26  4        A.    So that you are in the picture, any person,

16:25:32  5   regardless, receives a money transfer, even if it was

16:25:39  6   me, they should -- you should come back to me, refer

16:25:44  7   to me about the source of this money and why it was

16:25:56  8   dispatched.

16:25:57  9            And you have lots of immigrants, migrants

16:26:00  10  of Palestinians abroad.  Somebody might be living

16:26:05  11  in Kuwait and his wife is in Ramallah.  So he sends

16:26:09  12  a monthly transfer.  If this transfer is based on

16:26:18  13  legal considerations and with the amount that is

16:26:20  14  allowed by law, there is no security or political

16:26:27  15  reason.

16:26:31  16           Fatah is not the security organs.  Most of

16:26:38  17  the detainees are from Fatah.  And maybe you heard that

16:26:48  18  a few days ago a lieutenant was killed in Jenin from

16:26:54  19  the Preventive Security.  And the detainees in Jericho,

16:26:59  20  most of them now who are held are from Fatah.  And the

16:27:07  21  instructions we have, to act in a professional manner

16:27:09  22  and objective, in a neutral way, without any connection

16:27:17  23  to the political affiliation.

16:27:23  24           We cannot connive on any money that is given

16:27:29  25  to Fatah.  Fatah is not entitled to get transfers from

16:27:39  1    abroad if it is not based on the law.

16:27:45  2         Q.   You distinguish in PFLP between the political

16:27:50  3    wing and the military wing?

16:27:52  4              (Brief exchange in Arabic among Official

16:28:04  5         Interpreter Aghazarian, Official Interpreter

16:28:04  6         Ben-Naim, Check Interpreter Hazou, and the

16:28:04  7         witness.)

16:28:12  8              THE WITNESS:  The military wing is illegal,

16:28:18  9    according to the law.  And if I know that there is

16:28:27  10   anybody pertaining to the military wing, I have the

16:28:31  11   right to chase him legally.  And this is why around

16:28:41  12   2000, 2001, a presidential decree was issued that

16:28:47  13   considers that this is a prohibited and illegal and

16:28:52  14   a suspected body.

16:29:02  15        Q.   BY MR. SCHOEN:  Are you aware that the PFLP

16:29:05  16   has offices in different towns?

16:29:14  17        A.   I know that it has an office in Ramallah.

16:29:23  18   I don't know about the other areas.

16:29:26  19        Q.   Are you aware if, during the time period of

16:29:29  20   this bombing, the PFLP had an office in Kalkiliya?

16:29:40  21        A.   I answered this question that I don't know.

16:29:45  22        Q.   Okay.  If the PFLP had an office in Kalkiliya

16:29:50  23   and there were weapons kept in that office, do you have

16:30:03  24   a judgment as to whether that office would be a PFLP

16:30:08  25   political office or a military wing office?

| | | |
|---|---|---|
| 16:30:11 | 1 | MR. HIBEY:  Excuse me.  That's a cause but |
| 16:30:13 | 2 | that's -- |
| 16:30:13 | 3 | MR. SCHOEN:  Let him translate the question |
| 16:30:15 | 4 | first. |
| 16:30:17 | 5 | (Pending question translated.) |
| 16:30:17 | 6 | MR. HIBEY:  That question has no foundation |
| 16:30:22 | 7 | as per -- it's hypothetical, and I object to its being |
| 16:30:28 | 8 | asked. |
| 16:30:38 | 9 | THE WITNESS:  I didn't grasp the question. |
| 16:30:40 | 10 | Q.   BY MR. SCHOEN:  You distinguish between |
| 16:30:41 | 11 | the political wing and the military wing of the PFLP; |
| 16:30:46 | 12 | correct? |
| 16:30:59 | 13 | A.   I said -- I said that the military wing is |
| 16:31:05 | 14 | banned.  It's prohibited according to the Palestinian |
| 16:31:10 | 15 | law.  And this applies to the PFLP and the rest of the |
| 16:31:20 | 16 | Palestinian factions, including Fatah itself. |
| 16:31:22 | 17 | Q.   What's the difference between the military |
| 16:31:25 | 18 | wing of the PFLP and the political wing of the PFLP? |
| 16:31:32 | 19 | A.   What's the difference between the political |
| 16:31:34 | 20 | and the military?  For me, as a security man, that this |
| 16:31:47 | 21 | faction or this group perpetrates acts that are against |
| 16:31:52 | 22 | the law and the other stick to the law. |
| 16:31:57 | 23 | Q.   Would it be against the law in Kalkiliya, |
| 16:32:00 | 24 | in the year 2000 and 2001, for the PFLP to have weapons |
| 16:32:15 | 25 | in an office of the PFLP in Kalkiliya? |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:32:26   1        A.   I don't know.

16:32:27   2        Q.   You don't know?  You testified earlier that

16:32:35   3   your job, among other things --

16:32:42   4        A.   I don't know at the time if there was an

16:32:44   5   office.

16:32:45   6        Q.   I didn't ask you if there was an office.

16:32:52   7        A.   You're telling me that there was an office

16:32:55   8   in Kalkiliya where there were weapons there.

16:33:00   9        Q.   I'm asking you:  If there were an office in

16:33:02  10   Kalkiliya, a PFLP office, and there were weapons kept

16:33:09  11   there, would that be illegal?

16:33:15  12        A.   For sure.

16:33:19  13        Q.   Who is Raed Nazzal?

16:33:24  14        A.   Raed Nazzal?  This name sounds familiar.

16:33:44  15   I think he was murdered.

16:33:46  16        Q.   What else do you know about Raed Nazzal?

16:33:48  17   Anything else?

16:33:56  18        A.   I know that he was a resident of Kalkiliya.

16:33:59  19   He was murdered by the Israeli army.  And I know at

16:34:12  20   the time he was a military, but a military that is

16:34:18  21   unemployed and part of the people that were recruited

16:34:24  22   to the security organs that would be rehabilitated.

16:34:35  23   This is what I recall concerning Raed Nazzal.

16:34:40  24        Q.   What do you mean "he was a military"?

16:34:51  25        A.   That he was on the PA payroll.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 16:34:55 | 1 | Q.   I see.  Did he have a rank?  Do you know? |
| 16:35:06 | 2 | A.   He was military.  And, of course, every |
| 16:35:09 | 3 | military has a rank. |
| 16:35:10 | 4 | Q.   What was his rank?  Do you know? |
| 16:35:13 | 5 | A.   He did not dress up in military uniform. |
| 16:35:17 | 6 | Q.   You don't know his rank? |
| 16:35:23 | 7 | A.   But every military must have a rank. |
| 16:35:32 | 8 | Q.   What agency did he work for? |
| 16:35:39 | 9 | A.   I heard -- I haven't seen with my own eyes -- |
| 16:35:43 | 10 | that, when he was murdered, he was not on the PSS, but |
| 16:35:53 | 11 | he was on the payroll of one of the agencies, either |
| 16:35:57 | 12 | police or national security. |
| 16:35:59 | 13 | Q.   You mean one of the PA agencies that we spoke |
| 16:36:03 | 14 | about? |
| 16:36:08 | 15 | A.   For sure, yes. |
| 16:36:13 | 16 | MR. SCHOEN:  I didn't hear the answer. |
| 16:36:14 | 17 | Someone was -- |
| 16:36:20 | 18 | OFFICIAL INTERPRETER AGHAZARIAN:  "For sure, |
| 16:36:22 | 19 | yes." |
| 16:36:23 | 20 | MR. SCHOEN:  Okay.  If we could take a break |
| 16:36:28 | 21 | here for five minutes, I may be just about finished. |
| 16:36:32 | 22 | I will be able to determine that in five minutes. |
| 16:36:33 | 23 | MR. HIBEY:  I'll -- take a break. |
| 16:36:37 | 24 | THE VIDEOGRAPHER:  Going off the record at |
| 16:36:38 | 25 | 4:37. |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

```
16:36:43   1            (Recess from 4:37 p.m. to 4:47 p.m.)

16:45:40   2            THE VIDEOGRAPHER:  Back on the record at 4:47.

16:45:45   3        Q.   BY MR. SCHOEN:  Mr. Raed, I just want to ask

16:45:49   4    you about a few names to see if you recognize these

16:45:53   5    names.

16:45:59   6            Muhammad Zaid?

16:46:07   7        A.   I don't recall.  Family of -- as a family,

16:46:12   8    they might be there in Kalkiliya.  But not Muhammad,

16:46:17   9    doesn't ring a bell.

16:46:18  10        Q.   Muhammad Mahmoud Zaid?  Doesn't -- you don't

16:46:23  11    know that name?

16:46:24  12        A.   No.

16:46:24  13        Q.   Fa'ar Adnan Sa'id Daoud?

16:46:26  14        A.   The family of Daoud are certainly from

16:46:43  15    Kalkiliya.  But not this particular, I don't know him.

16:46:50  16        Q.   Do you know Muhammad Nazzal?

16:46:56  17        A.   Also from Kalkiliya, but not this

16:46:59  18    particular -- now, I mean, my memory is not helping me.

16:47:07  19        Q.   Ahmed Al-Rai?

16:47:09  20        A.   This name certainly passed.  However, as a

16:47:22  21    name, you know, it rings a bell, but I don't remember

16:47:25  22    the details.  The name is there.  He could be one of

16:47:33  23    the people that were murdered.  Possible.

16:47:38  24        Q.   Of the people I've named so far, do you know

16:47:41  25    whether any of them are PFLP members?
```

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 16:47:50 | 1 | A.   I don't recall them in the first place. |
| 16:47:55 | 2 | Q.   Maher Al-Rai? |
| 16:48:00 | 3 | A.   You're speaking a memory that, in ten years, |
| 16:48:09 | 4 | it has sank.  In Arabic, my memory covers five years. |
| 16:48:17 | 5 | After that, I delete. |
| 16:48:20 | 6 | Q.   Taysir Quba'a? |
| 16:48:23 | 7 | MR. SCHOEN:  You pronounce it.  I've |
| 16:48:25 | 8 | mispronounced it every time I've done it. |
| 16:48:26 | 9 | OFFICIAL INTERPRETER BEN-NAIM:  I'm still |
| 16:48:26 | 10 | trying to -- |
| 16:48:26 | 11 | MR. SCHOEN:  Quba'a.  Taysir Quba'a. |
| 16:48:27 | 12 | THE WITNESS:  (Not translated.)  Taysir |
| 16:48:27 | 13 | Quba'a?  Taysir Quba'a? |
| 16:48:32 | 14 | (Translated.)  A well-known name, but I don't |
| 16:48:41 | 15 | recall perfectly. |
| 16:48:42 | 16 | Q.   BY MR. SCHOEN:  Someone involved with the PA |
| 16:48:51 | 17 | or the PNC? |
| 16:49:02 | 18 | A.   It's possible.  The name is there, but I don't |
| 16:49:04 | 19 | know how -- where to place it. |
| 16:49:09 | 20 | Also, what's the time? |
| 16:49:12 | 21 | Q.   What about Intissar Al-Wazir. |
| 16:49:18 | 22 | A.   For sure, I know her. |
| 16:49:19 | 23 | Q.   Who is she? |
| 16:49:19 | 24 | A.   The spouse of Abu Jihad, Khalil Al-Wazir. |
| 16:49:26 | 25 | Q.   Who is Abu Jihad? |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | |
|---|---|
| 16:49:29 | 1 |

A.   He was working with the PLO, and he was

16:49:35   2   murdered in Tunis.

16:49:37   3       Q.   Does he have another name?

16:49:42   4       A.   He is known as Abu Jihad.

16:49:46   5       Q.   And does -- if you know, does Intissar

16:49:48   6   Al-Wazir --

16:49:51   7               MR. HIBEY:  I thought you just asked that.

16:49:57   8               MR. SCHOEN:  Now I'm going to ask something

16:49:59   9   about her.

16:50:00   10              MR. HIBEY:  Oh, sorry.

16:50:00   11              (Brief exchange in Arabic among Official

16:50:00   12          Interpreter Ben-Naim, Check Interpreter Hazou,

16:50:00   13          and the witness.)

16:50:09   14      Q.   BY MR. SCHOEN:  Are you aware that

16:50:10   15   Ms. Al-Wazir is the president of an organization

16:50:19   16   called Foundation Care Families of Martyrs and Wounded?

16:50:28   17              (Pending question partially translated.)

16:50:41   18              OFFICIAL INTERPRETER BEN-NAIM:  "Foundation

16:50:41   19   Care" -- sorry?

16:50:43   20              MR. SCHOEN:  "Foundation Care Families of

16:50:47   21   Martyrs and Wounded."

16:50:49   22              (Remainder of pending question translated.)

16:50:51   23              THE WITNESS:  We do have such a foundation

16:50:54   24   in the PA.

16:50:55   25      Q.   BY MR. SCHOEN:  Are you aware of Ms. Al-Wazir

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 16:50:56 | 1 | being the president of that organization? |
| 16:51:13 | 2 | A.   Currently? |
| 16:51:15 | 3 | Q.   Yes. |
| 16:51:21 | 4 | (Court reporter clarification.) |
| 16:51:21 | 5 | THE WITNESS:   Currently, I don't know. |
| 16:51:22 | 6 | Because, thanks God, I don't have no martyr and no |
| 16:51:31 | 7 | wounded. |
| 16:51:32 | 8 | Q.   BY MR. SCHOEN:  Are you aware of her being |
| 16:51:34 | 9 | the president at any time of that organization? |
| 16:51:39 | 10 | A.   I know that she used to be a minister at |
| 16:51:42 | 11 | a given time. |
| 16:51:45 | 12 | Q.   If the PA -- you in law enforcement or the |
| 16:51:49 | 13 | PA otherwise learned that there was illegal activity |
| 16:52:08 | 14 | going on in an office within your jurisdiction, meaning |
| 16:52:17 | 15 | in Palestine, would the PA have the power to close that |
| 16:52:29 | 16 | office? |
| 16:52:33 | 17 | A.   Of course. |
| 16:52:35 | 18 | Q.   All right.  And I think the last area:  Are |
| 16:52:40 | 19 | you aware that Hamas, for example, makes payment to |
| 16:52:49 | 20 | the families of suicide bombers? |
| 16:53:06 | 21 | A.   Hamas pays funds? |
| 16:53:12 | 22 | Q.   I'm asking. |
| 16:53:14 | 23 | A.   We, as a security, confiscated lots of funds |
| 16:53:21 | 24 | that were -- that were given -- that was given by Hamas |
| 16:53:26 | 25 | to families of people who are incarcerated or to the |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:53:30  1    families of martyrs.  According to the law, this is

16:53:36  2    illegitimate and prohibited.  Why it is prohibited:

16:53:46  3    Hamas is not an authority.  There is one authority,

16:53:48  4    and there is one law.

16:53:52  5         Q.   Do you believe, as a law enforcement officer,

16:54:00  6    that by making those payments, Hamas undercuts, hurts

16:54:10  7    your work, in trying to fight against -- in trying to

16:54:17  8    fight against terrorism?

16:54:24  9         A.   I prevent, confiscate, and combat such funds.

16:54:30  10   And we did confiscate lots of funds, and we continue

16:54:35  11   to do so.  And during this period, we have put our

16:54:41  12   hands on millions of dollars.

16:54:45  13        Q.   One or two questions more.

16:54:55  14             How is a person who is a PA policeman or PSS,

16:55:03  15   a PSS employee, an employee of one of those four law

16:55:15  16   enforcement agencies we talked about?  How are they

16:55:20  17   paid by the PA?  By check or by wire?

16:55:24  18        A.   Through bank transfers.

16:55:36  19        Q.   And are they -- does the PA have policemen

16:55:39  20   or law enforcement agents in Gaza also?

16:55:53  21        A.   Currently, you mean?

16:55:58  22        Q.   Yes.

16:56:00  23        A.   Currently, there are no PA security

16:56:03  24   organs in Gaza.  Now it is Hamas that undertakes

16:56:13  25   the responsibility of security in the Gaza strip.

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

16:56:17  1          But, currently, the PA pays the salaries

16:56:26  2   of those functionaries who were working previously

16:56:31  3   with the PA, and this is a legal obligation.  They

16:56:39  4   are sitting at home, but they still get their salaries.

16:56:44  5   That's the only possibility.  There are humanitarian

16:56:51  6   angles in the issue, and these people must receive

16:56:55  7   allowances in order to be able to live.

16:56:58  8          Q.   So if you know, who pays the civil servants'

16:57:04  9   salaries, operating in Gaza?

16:57:17  10         A.   Do you mean the functionaries or the public --

16:57:21  11  the civil service of Hamas or the PA?

16:57:24  12         Q.   First the civil service of the PA operating

16:57:29  13  in Gaza.

16:57:35  14         A.   The civil servants who were in Gaza, who were

16:57:39  15  working with the PA before the "putsch," we still pay

16:57:47  16  their salaries.  Whereas -- whereas, those who came

16:57:55  17  after Hamas, it is Hamas that covers their salaries.

16:58:00  18         Q.   I see.  Are there any civil servants today

16:58:03  19  working -- actually working still in Gaza, who are on

16:58:07  20  the PA payroll?

16:58:15  21         A.   While they are sitting home, they still get

16:58:25  22  their salary.  Because Hamas will not agree -- because

16:58:31  23  Hamas will not agree to hire them or provide their

16:58:35  24  salaries.

16:58:36  25         Q.   Okay.  And what is the source of the --

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| 16:58:39 | 1 | what bank pays the salaries of the PA law enforcement |
| 16:58:45 | 2 | officers? |
| 16:58:56 | 3 | A.   Where? |
| 16:58:57 | 4 | Q.   Now.  I mean, your salary, for example. |
| 16:59:01 | 5 | A.   For instance, my -- my account is transferred |
| 16:59:05 | 6 | to the Bank of Palestine. |
| 16:59:07 | 7 | MR. SCHOEN:  From -- you mean "from"?  He |
| 16:59:09 | 8 | gets paid from the Bank of Palestine? |
| 16:59:14 | 9 | THE WITNESS:  Through the bank, that's |
| 16:59:15 | 10 | correct.  The choice of the bank depends on the given |
| 16:59:21 | 11 | individual.  If I don't like the Bank of Palestine, |
| 16:59:26 | 12 | I could open an account in any other bank.  I am -- |
| 16:59:32 | 13 | my account is in Bank Palestine, and my wife's is |
| 16:59:39 | 14 | in Rafah Bank. |
| 16:59:42 | 15 | MR. SCHOEN:  I was really asking about what |
| 16:59:45 | 16 | bank it's paid from, and not what account -- where the |
| 16:59:47 | 17 | account is of the recipient. |
| 16:59:50 | 18 | (Pending question partially translated.) |
| 16:59:52 | 19 | OFFICIAL INTERPRETER BEN-NAIM:  "And not"? |
| 16:59:54 | 20 | MR. SCHOEN:  Not the account of the recipient. |
| 16:59:56 | 21 | (Remainder of pending question translated.) |
| 16:59:58 | 22 | THE WITNESS:  I have no idea of this. |
| 17:00:09 | 23 | MR. SCHOEN:  Okay.  I don't have any other |
| 17:00:10 | 24 | questions. |
| 17:00:13 | 25 | MR. HIBEY:  Indulge me a moment, please. |

SEPTEMBER 10, 2012 - RAED TAHA MAHMUD AMAYRA

| | | |
|---|---|---|
| 17:00:19 | 1 | I'd like to have about five minutes. |
| 17:00:22 | 2 | MR. SCHOEN:  Sure. |
| 17:00:24 | 3 | THE VIDEOGRAPHER:  Going off the record |
| 17:00:25 | 4 | at 5:01. |
| 17:00:47 | 5 | (Recess from 5:01 p.m. to 5:07 p.m.) |
| 17:06:08 | 6 | THE VIDEOGRAPHER:  On the record at 5:07. |
| 17:06:12 | 7 | MR. HIBEY:  We have no questions of the |
| 17:06:13 | 8 | witness.  Thank you. |
| 17:06:16 | 9 | MR. SCHOEN:  Thank you.  And thank you, |
| 17:06:18 | 10 | Mr. Raed. |
| 17:06:19 | 11 | THE VIDEOGRAPHER:  That concludes the video |
| 17:06:21 | 12 | deposition at 5:07. |
| | 13 | (The deposition concluded at 5:07 p.m.) |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

```
 1              CERTIFICATE OF WITNESS/DEPONENT

 2

 3         I, RAED TAHA MAHMUD AMAYRA, witness herein,

 4    do hereby certify and declare the within and foregoing

 5    transcription to be my examination under oath in said

 6    action taken on September 10, 2012, with the exception

 7    of the changes listed on the errata sheet, if any;

 8         That I have read, corrected, and do hereby

 9    affix my signature under penalty of perjury to said

10    examination under oath.

11

12

13

14

15    _____  _____

16     RAED TAHA MAHMUD AMAYRA, Witness         Date

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

```
 1                    CERTIFICATE OF REPORTER

 2

 3         I, AMY R. KATZ, RPR, do hereby certify:

 4         That, prior to being examined, the witness

 5   named in the foregoing deposition was duly affirmed by

 6   me to testify to the truth, the whole truth, and nothing

 7   but the truth;

 8         That the foregoing deposition was taken before

 9   me at the time and place herein set forth, at which time

10   the aforesaid proceedings were stenographically recorded

11   by me and thereafter transcribed by me;

12         That the foregoing transcript, as typed, is

13   a true record of the said proceedings;

14         And I further certify that I am not interested

15   in the action.

16

17

18         Dated this 30th day of September, 2012.

19

20   _____
     AMY R. KATZ, RPR

21

22

23

24

25
```

```
 1                        ERRATA SHEET

 2            *** SHABTAI SCOTT SHATSKY, et al., v.

 3              THE SYRIAN ARAB REPUBLIC, et al. ***

 4

 5   Page _____ Line _____ Change _____

 6   Reason _____

 7   Page _____ Line _____ Change _____

 8   Reason _____

 9   Page _____ Line _____ Change _____

10   Reason _____

11   Page _____ Line _____ Change _____

12   Reason _____

13   Page _____ Line _____ Change _____

14   Reason _____

15   Page _____ Line _____ Change _____

16   Reason _____

17   Page _____ Line _____ Change _____

18   Reason _____

19   Page _____ Line _____ Change _____

20   Reason _____

21   Page _____ Line _____ Change _____

22   Reason _____

23   _____  _____

24     RAED TAHA MAHMUD AMAYRA, Witness              Date

25
```

                SEPTEMBER 10, 2012 – RAED TAHA MAHMUD AMAYRA

**A**

**Abdel** 36:3
**ability** 74:21
**able** 8:7,12 47:6,21
    68:23 81:22 87:7
**abort** 47:6 53:14
**aborted** 47:20
**above-entitled** 2:2
**abroad** 77:10 78:1
**absorb** 37:22
**Abu** 12:10 24:11
    61:12 72:22 73:8
    83:24,25 84:4
**abundant** 75:17
**acceptable** 13:13
**access** 54:23 55:8
    56:13
**accords** 37:13,15
    48:14,15 71:6
**account** 88:5,12,13
    88:16,17,20
**accumulated** 39:3
**accurate** 37:25
**accused** 45:12
    46:11 52:15
**acquired** 17:24
**act** 70:18,24 71:15
    77:21
**acted** 53:16
**acting** 38:16
**action** 1:6 25:17
    47:21 49:17,19
    50:2,10 53:10,14
    53:19 90:6 91:15
**actions** 46:12
    50:12 58:12
    71:22 72:19
**activities** 33:24
**activity** 69:8 85:13
**acts** 50:4 79:21
**addition** 39:6
    71:24
**address** 8:3,25
    67:25 76:7
**addressed** 6:23,24
    68:22
**administrative**
    32:2,22,22,23
**Adnan** 82:13

**adopted** 34:5
**advance** 9:7
**advisor** 13:3 19:21
    19:24 20:1
**advisors** 45:21
**Advocate** 3:7,8,9
**affair** 72:14
**affairs** 19:1
**affiliation** 23:10
    77:23
**affirmed** 6:5,10
    91:5
**affix** 90:9
**aflame** 59:4
**aforesaid** 91:10
**agencies** 37:21
    40:20 41:6,21,22
    72:11 81:11,13
    86:16
**agency** 20:19
    21:13 39:14,24
    39:25 40:4 81:8
**agents** 86:20
**Aghazarian** 3:5
    6:1 19:5 21:6
    28:8 31:2 32:8
    33:12,21 40:12
    41:20 54:10 56:4
    65:14,16 70:15
    78:5 81:18
**ago** 11:14 12:12
    47:17 77:18
**agree** 43:8,14 48:8
    51:1 69:7 87:22
    87:23
**agreed** 41:24
**agreement** 38:17
    41:25 71:7
**ahead** 54:6
**Ahmed** 72:23 73:3
    73:7,10,15,16
    82:19
**air** 63:17
**airplanes** 65:2
**al** 1:4,7 92:2,3
**Alabama** 2:14
**ALBERT** 3:5 6:1
**Ali** 72:22 73:8
**allow** 9:12

**allowances** 87:7
**allowed** 77:14
**Al-Aqra'a** 18:12
    62:8
**Al-Qilt** 34:2
**Al-Quds** 12:8,19
**Al-Rai** 82:19 83:2
**Al-Rih** 20:17
**Al-Sheikh** 61:22
    62:10
**Al-Wazir** 83:21,24
    84:6,15,25
**Amayra** 1:14 2:2
    4:3 5:8 6:8 10:4
    90:3,15 92:24
**amended** 6:17,22
    7:5
**America** 69:21,21
**American** 2:5 11:3
    43:4 47:16
**amount** 74:9 77:13
**amounts** 68:11
**ample** 24:24
**Amy** 1:25 2:4 5:12
    91:3,20
**and/or** 7:8 27:19
**angle** 46:22
**angles** 87:6
**annulled** 38:25
**answer** 8:22 14:15
    14:21 15:6,8,15
    16:1 17:2 43:23
    44:12,14,20,21
    44:23,24,25 53:8
    55:3 56:11 70:20
    75:2 81:16
**answered** 62:3
    70:11,18 78:21
**answering** 41:14
**anybody** 27:10
    38:5,15 52:3
    59:23 78:10
**anyplace** 12:23,25
    57:2
**apart** 47:11
**apartment** 10:11
    10:12,15
**apparatus** 13:7
    20:11,24 21:1,4

37:18 39:16 40:5
    40:24 41:2 47:25
    65:12,17 76:1
**appearance** 5:14
**APPEARANCES**
    2:10 3:1
**application** 71:20
**applied** 71:18
**applies** 72:3 79:15
**applying** 39:9
**appreciate** 9:6,11
**appropriate** 9:20
    9:20
**Aqra'a** 61:11
**Arab** 1:7 5:9 24:23
    68:5 75:9 92:3
**Arabic** 3:4,5,6 5:4
    6:4,6,6 28:7 31:1
    33:20 40:11 42:9
    44:8 65:13 70:14
    75:13,16 76:9
    78:4 83:4 84:11
**Arafat** 38:13
**archive** 59:4
**area** 6:18 9:16
    19:21 51:15 54:5
    85:18
**areas** 51:15 54:16
    59:12 63:16
    78:18
**armed** 17:20 23:9
    23:11 43:11,17
    43:20 50:17 53:9
**arms** 26:8 43:11
    52:3
**army** 27:23 29:5
    38:10 42:19
    46:19,24 54:2
    57:7 60:4 63:17
    64:3 80:19
**Arouri** 47:15
**arrested** 29:2,6
    54:14
**arrests** 54:16
**ashes** 57:12 59:2
    65:3
**Ashkelon** 34:10
**asked** 8:1,6 15:21
    18:7 29:18,20,23

29:25 32:25
    70:11 79:8 84:7
**asking** 14:22 15:11
    15:20 16:18
    17:12 28:19
    32:10 43:24 49:5
    56:17 57:5 66:15
    70:8 73:23,24
    75:1 76:24 80:9
    85:22 88:15
**associated** 11:24
    17:3
**assume** 16:20
**assumed** 37:16
    39:8 45:22
**assumption** 45:14
**assure** 54:3
**attacked** 64:18
**authorities** 51:17
**authority** 37:23
    45:22 75:22,23
    86:3,3
**Avi** 3:8 5:16
**Aviv** 11:8
**avoid** 17:6
**aware** 25:10 30:18
    33:16 34:19 42:1
    42:5 57:6 60:16
    60:22 65:20
    69:23 70:1,5,8,22
    70:25 78:15,19
    84:14,25 85:8,19

**B**

**B** 4:10
**BA** 12:16,18
**back** 27:2,11 36:15
    50:22 54:23 77:6
    82:2
**bank** 13:4,5 19:25
    20:2 39:11 51:10
    52:22 54:24 58:6
    64:22 74:12,13
    74:15,18,22 75:3
    75:5,9,11,11,12
    75:23 76:4,4
    86:18 88:1,6,8,9
    88:10,11,12,13
    88:14,16

banking 67:10,11
banks 68:6 75:7,18
    75:19,24
banned 79:14
Barak 47:23
Barghouti 25:19
barging 63:17
based 50:24 52:21
    70:6,18 77:12
    78:1
basic 45:7
basically 48:25
basis 22:13 70:24
    75:24
battle 26:21
becoming 17:3
Beer 30:1,10
beginning 28:16
behalf 17:3 51:23
belief 27:25
believe 9:8 11:21
    16:14 17:7 18:16
    21:23 24:12
    25:21 34:9,22
    35:5,8 42:17
    43:20 46:25 47:4
    47:9,12 57:21
    72:12,21 73:19
    86:5
believed 22:6
    54:17
bell 82:9,21
belligerent 71:15
belonged 27:17
belongs 35:20
Ben 30:4
beneficiary 74:10
Ben-Naim 3:4 6:3
    14:17 15:3,7
    18:19 21:11,15
    25:13 26:25 28:3
    34:25 40:9,13
    41:11 42:10 56:5
    62:24 64:13
    65:12,15 67:13
    67:16 70:12,16
    78:6 83:9 84:12
    84:18 88:19
besieging 51:17

better 31:20 39:3,7
    39:12 77:1
beyond 9:9
binding 72:6
Bitunya 64:21
black 31:21
blew 11:17
bodies 65:21
body 72:16 78:14
bomber 11:20
    35:21
bombers 85:20
bombing 11:16
    34:12,13 35:6,12
    37:6,9 51:6,7
    52:11 53:2,5,7,20
    53:21 54:20
    55:14,24 56:15
    56:16 57:15,19
    57:25 58:4,9
    61:7 62:2 64:16
    66:5 78:20
bore 47:1
branch 62:9 74:23
    75:6
branches 38:7
break 36:9 81:20
    81:23
breaking 57:17
    63:23
Brief 28:7 31:1
    33:20 40:11 42:9
    65:13 78:4 84:11
bring 8:12 23:13
    23:21 38:15
bringing 46:13
brings 13:21
broke 57:8 63:16
    63:19,20
broken 27:19
brought 30:17
    32:21 33:3 59:25
building 46:1,3,9
    62:19,20
burned 57:11 59:1
    59:1,14 65:3
burnt 57:11
bylaws 71:20

C

C 4:15 5:1
Cairo-Amman
    75:12
call 10:17,20 21:12
    31:23,25 43:11
called 6:9 20:16
    47:15 84:16
calls 30:6 43:16
    49:9 56:21 58:16
    58:23
capable 46:15
capacity 17:21
Care 84:16,19,20
carried 48:24 50:9
    53:15
carries 50:2 52:3
carry 35:19
carrying 22:22
    53:24 54:17
case 7:3 11:7 18:1
    23:1,18 34:1,2,4
    35:12,22 47:14
    60:11,23 63:25
    76:25
categories 6:16,22
    7:4,20,22,23 8:7
    8:17 9:9
category 6:20,23
    7:12,13,24 8:1,3
    8:6,21,23,24 9:5
cause 2:2 79:1
cells 38:12
center 23:22
centered 19:22
central 75:23
certain 18:8 22:23
    30:20,20 34:5,9
    35:9 46:14 47:9
    47:14 60:13,13
    60:14,24 63:15
certainly 10:25
    13:1,25 14:4
    31:11 56:25
    82:14,20
CERTIFICATE
    90:1 91:1
certify 90:4 91:3
    91:14

change 13:19 92:5
    92:7,9,11,13,15
    92:17,19,21
changes 90:7
chaotic 57:18
charge 28:12
    30:17 32:13,20
    33:2 52:15 62:14
charged 30:23
charges 32:5
CHARTERED
    2:18
chase 17:20 21:24
    22:14 26:9,10
    51:25 52:2 72:11
    78:11
chased 22:7 60:2
    72:3
chasing 14:10
check 3:6 19:4
    20:25 21:3,7,14
    23:7 28:8 31:2
    32:6 33:21 40:13
    42:10 55:15,19
    56:2 64:11 65:11
    65:15 69:14
    75:14 76:16 78:6
    84:12 86:17
checking 76:2
CHEVALIER
    2:18
choice 88:10
circumstances
    9:17 17:2,9 45:5
    55:8
citation 47:23
citizenship 47:16
city 62:18,19
civil 1:6 7:7 87:8
    87:11,12,14,18
civilian 26:23,24
    27:1,1 71:15
civilians 26:16,17
    49:18 50:3
claim 35:15
claimed 35:9,19
    36:6 53:23
claiming 34:21
clarification 12:1

12:5 17:5 21:18
    85:4
clarify 7:18,19 8:5
    43:12 44:17
clarity 8:12
clear 8:19 13:22
    14:22 15:11 17:6
    34:24 41:13 57:5
    76:18
Clearer 34:25
clearly 24:16
close 85:15
closed 54:21,24
closure 56:12
code 71:18
colleagues 18:6
Colony 2:5 5:10
Columbia 1:2 2:4
combat 17:20
    21:24 38:5 42:22
    43:7 47:13 86:9
combated 22:7,11
    22:24 23:11
combating 43:4
    48:18
come 54:23 77:6
comes 9:19 13:8
coming 29:10 76:8
comment 41:15
    44:8 70:14 75:13
    75:16 76:9
commitments
    22:15
committed 22:5
    27:19 47:3 72:7
communicating
    55:10
communique
    34:20
complaints 37:25
complete 47:5
completed 47:5
completely 14:3
    65:1
complied 22:14
    71:7
comply 37:12
complying 46:6
compound 69:11

computer 57:3
concerning 18:1
    80:23
concluded 89:13
concludes 89:11
conclusion 49:9
conduct 6:19
conducted 5:3
    34:3 35:14 42:13
    42:21 56:20 57:1
    58:13 60:17
conducting 22:24
    35:15 46:11
confident 53:10
confirmation
    72:18
confirming 7:16
confiscate 76:19
    86:9,10
confiscated 85:23
conflating 43:19
    43:19
confrontation
    45:10
confronted 22:11
    45:24 48:12
Congratulations
    12:13
conjunction 69:17
connection 54:13
    54:20 55:13
    69:16 77:22
connive 77:24
connotations 68:2
consider 16:12
    22:19,21,22 26:9
    49:6,7,17,18,21
    49:24 50:5 71:2
    71:22 72:9,15
considerations
    77:13
considering 70:2
considers 78:13
constitute 71:5
constructed 62:20
consult 18:11
consultants 45:21
consulted 18:6
content 14:25

context 52:25
continue 15:25
    86:10
continued 3:1
    12:19 51:23
continues 71:25
contradict 37:14
contrary 68:12
control 19:2 54:4
convicted 31:9
convinced 47:4
cooperation 45:21
    68:4
Coopersmith 3:3
    5:13
coordinate 45:15
coordination
    45:17 69:22
copy 59:9 64:20,22
    64:23 65:19 66:8
core 18:5
correct 16:8 24:21
    25:3 33:18 40:18
    42:13,25 52:9
    58:1,18,18 64:18
    73:11,19 74:1
    79:12 88:10
corrected 90:8
counsel 5:14 7:15
    7:16
countries 30:12
    68:5
country 47:24
    64:2 74:18,19
couple 44:4
course 38:19 51:4
    66:6 73:12 81:2
    85:17
courses 43:3,5,6
court 1:1 2:3 5:12
    5:20 11:3,4 12:1
    12:5 17:5 21:18
    42:19 46:13 56:9
    85:4
courtesy 9:11
courts 38:24,24,25
    39:6 60:21 71:22
covers 83:4 87:17
created 28:21

crime 71:23
crimes 27:19
criticized 38:21
crumbling 47:11
current 39:2
currently 20:1
    39:11 47:11,15
    49:15,19 50:6
    62:13,14,19
    71:20 72:24 85:2
    85:5 86:21,23
    87:1

D

D 4:1,15 5:1
Dahriya 29:15
    33:4
daily 75:24
damage 63:23
danger 53:11
Daoud 82:13,14
date 38:23 54:23
    58:2 90:15 92:24
Dated 91:18
David 2:12,12 5:8
    5:15 10:20,21
    30:4,4
day 2:6 18:9 91:18
days 32:2,16 33:2
    46:1 77:18
DC 2:20
dead 30:13
deal 70:6 71:16
dealing 6:19 72:1
decision 72:5,6,18
declare 90:4
decree 72:15 78:12
defendant 9:10
defendants 1:8
    2:17 5:19 7:2,16
    17:4,10
defense 17:13
defined 44:2
definition 25:24
    26:7 44:3
degree 12:11
delete 83:5
Democratic 24:23
demolished 27:21

27:23 46:1 57:16
    63:22 65:1
demolition 63:12
demonstrating
    31:4
demonstrations
    30:20
denounced 50:8
department 39:24
    40:2
depends 88:10
deposition 1:13
    2:1 5:8 89:12,13
    91:5,8
depositions 6:17
    7:6
described 40:6
designate 9:6
designated 6:21
    7:4,12,20 8:2
    9:10 69:24 70:23
designee 17:10
despite 45:23,23
    46:17 51:22
    53:12 54:5
destroy 49:2 63:21
destroyed 60:12
    63:7 64:8,10,17
destruction 57:20
details 82:22
detain 23:15
detained 22:25
    23:2,4,24 27:4,5
    27:7,14 29:7,11
    29:12,13 30:15
    32:1,12,15,18
    46:10 53:25
    54:12 60:24
detainees 37:19
    38:2,9 40:7,10
    46:10 77:17,19
detention 32:24
    33:5 55:4,12
determine 76:14
    81:22
diabetes 41:18
diabetic 41:12
died 35:24,25
Diet 41:9

difference 36:24
    37:1 79:17,19
different 21:16
    26:3,4 39:24
    40:21 41:1 43:6
    44:18 62:20
    78:16
difficult 38:8
difficulties 45:23
    45:24 53:13
directed 76:3,12
    76:14,19
directly 9:11 51:5
    55:12,16,16,20
    56:1
Dis 12:10
disagrees 44:25
disaster 47:22
discuss 7:21
discussed 7:22
dismissed 38:25
dispatched 77:8
dissident 38:18
distance 55:7
distinguish 78:2
    79:10
District 1:1,2 2:3,3
document 57:14
    65:19
documents 27:22
    57:10 59:5 60:14
    60:20
dollars 86:12
Dolphinarium
    11:19
dossier 52:18
dossiers 64:21
dress 81:5
drink 41:10
dschoen593@ao...
    2:15
due 55:7
duly 6:5,9 91:5
duty 54:6

E

E 4:1,10,15,15,16
    5:1,1
earlier 21:23 26:4

63:13 64:15
73:18 80:2
**easily** 51:16
**eating** 41:12
**economic** 76:25
**effort** 40:6,17
**Egypt** 43:5
**Eighteen** 32:2
**either** 60:11 81:11
**elaborately** 37:4
**elements** 52:4,17
**emanate** 53:11
**employed** 13:2
20:4 42:7
**employee** 86:15,15
**employees** 41:5
42:6
**encounters** 45:20
**enforce** 25:1
**enforcement** 6:18
7:8 36:21 39:14
40:17 42:2,6
49:25 50:25 61:8
61:16 64:16 65:8
66:15 69:9 85:12
86:5,16,20 88:1
**engage** 33:7,17,24
42:24
**engaged** 18:2
22:20 25:4,11
26:21 33:17 42:7
45:6,10 69:8
**engages** 33:8,13
**English** 6:5,6
10:22 36:23
74:25 75:11,15
**entered** 46:8 59:12
60:4
**entering** 74:9,11
**entire** 20:2 58:14
**entirety** 8:24
**entitled** 17:7 77:25
**entity** 72:16
**equate** 44:5
**equipment** 60:6
65:10
**equipped** 38:8
**errata** 90:7 92:1
**erupted** 19:8

**especially** 31:25
38:1,11 39:7
68:9
**ESQ** 2:12,18,19
**established** 22:4
22:12 39:8
**establishment**
38:14
**et** 1:4,7 92:2,3
**event** 9:10
**events** 18:25 19:7
**everybody** 36:7
73:9
**exact** 58:2
**exactly** 15:13
21:14 38:23 43:2
61:20 72:13
**examination** 4:5
10:1 90:5,10
**examine** 7:13
**examined** 6:10
91:4
**example** 20:19
33:14 74:15 75:3
75:19 85:19 88:4
**exceeds** 74:9
**exception** 90:6
**exchange** 28:7
30:6 31:1 33:20
40:11 42:9 65:13
78:4 84:11
**Excuse** 14:13
20:18 26:1 63:8
70:12 79:1
**Executive** 2:5
**exist** 28:1 60:14
63:25
**existing** 72:5
**experience** 17:24
39:4 50:25 60:20
**explained** 14:11
**explosion** 34:6
**expose** 51:11
**extent** 15:22,23
67:10
**eyes** 81:9
**e-mails** 7:15

**F**

**face** 45:5
**faced** 45:24
**facilitate** 8:15
**facing** 53:13
**faction** 11:23 25:4
43:16 48:8 71:14
79:21
**factions** 24:8,17,18
24:22,24 25:2
27:17 37:12 43:1
43:10 46:5 66:17
71:5 72:1,4,8
79:16
**facts** 53:7,22
**fair** 48:2
**fall** 30:14
**falling** 47:11
**familiar** 22:17
34:12 44:18 45:4
80:14
**families** 84:16,20
85:20,25 86:1
**family** 11:22 31:21
82:7,7,14
**far** 12:2 24:13
73:12 82:24
**fat** 41:10,12
**Fatah** 23:12 24:20
24:23 25:4,8,11
25:21 33:7 36:8
50:9,11,14 72:3
76:5,20,21,22
77:2,16,17,20,25
77:25 79:16
**fax** 2:14,21 55:9
**Fa'ar** 82:13
**February** 34:13,16
35:7 51:7,8
52:11 57:25 58:1
58:5
**Federal** 7:6
**feel** 10:24 13:24
**fetch** 59:22
**FIDA** 24:24
**field** 18:22 24:25
45:9,15 50:15
**Fifteenth** 2:19
**fight** 42:23 48:17
48:23 49:23 86:7

86:8
**fighting** 51:1
**file** 57:2,3 58:24
58:25 64:23 65:6
66:4,9
**filed** 37:25
**files** 28:11 60:5,10
63:24
**final** 9:2
**financial** 6:21 7:22
**find** 46:13 56:23
57:7
**finely** 8:10
**finish** 12:11
**finished** 81:21
**first** 6:9 29:20
57:21 79:4 83:1
87:12
**five** 36:10 81:21,22
83:4 89:1
**flames** 59:1
**focus** 21:24 41:2
53:1
**focusing** 37:2,8
**foil** 47:21
**follow** 51:11 56:8
56:22
**followed** 56:21
62:6
**following** 5:3 53:8
61:23 73:8
**follow-up** 51:23
**forces** 42:20
**foregoing** 90:4
91:5,8,12
**forget** 29:16 30:11
**form** 69:12,12
75:23
**formed** 39:16
**former** 40:7,10
**forth** 6:11 91:9
**Forty-three** 10:6
**forward** 8:11 9:1
19:10,15 28:15
35:15 49:22
**found** 31:6
**foundation** 79:6
84:16,18,20,23
**four** 12:12 32:2,6

32:8,10,17,20
41:22 86:15
**free** 44:21
**frequenting** 30:2
**Fridays** 30:9
**friend** 24:9 30:5,7
**friends** 30:7
**front** 24:23,24
36:7
**full** 52:22 58:24
**fully** 63:22
**function** 22:13
47:2
**functionaries** 87:2
87:10
**funding** 66:22
68:17,18 74:22
**funds** 68:7,18,19
68:22,25 69:18
73:20,25 74:2,5
74:15,17 75:19
75:21 76:6,7,18
76:20 77:2 85:21
85:23 86:9,10
**further** 7:14 91:14
**future** 9:4 58:14

**G**

**G** 5:1
**gangs** 17:20
**gathering** 52:17
**Gaza** 45:11 50:8
86:20,24,25 87:9
87:13,14,19
**general** 19:1 51:9
65:22 66:2 73:8
73:17
**GEORGE** 3:6
**getting** 51:3 69:10
**give** 42:14 56:7,8
75:8
**given** 11:1,4,11
22:23 24:7 32:23
38:4 46:15 53:9
54:4 59:15,18
60:9,20 77:24
85:11,24,24
88:10
**go** 8:11 9:1 12:3,15

27:11 30:9 59:22
73:20,25 74:2,5
**God** 85:6
**goes** 74:22,24
**going** 8:9 13:11
17:1 29:10 35:2
36:12,15 44:13
50:19,22 61:1,4
75:21 76:8 81:24
84:8 85:14 89:3
**good** 32:11
**government** 57:14
**governorate** 51:21
**grasp** 79:9
**grew** 12:22
**group** 48:4,8 74:14
79:21
**groups** 23:9,11
38:18 72:2
**grow** 12:21
**guilty** 31:6,7
**gunships** 59:3

**H**

**H** 4:10
**Hab** 20:17
**Hafith** 36:3
**Haller** 3:7 5:16
20:24 21:2
**Hamas** 11:25 22:9
23:11 34:7 38:17
45:11 46:5 48:12
48:15,16,18 49:7
49:13,19 50:6,7
68:10,11,22
73:20,21,23,24
73:25 74:14,22
75:20,21 76:5,19
85:19,21,24 86:3
86:6,24 87:11,17
87:17,22,23
**hands** 46:18 86:12
**happen** 50:12,12
52:24 57:19
**happened** 11:8
18:25 30:25
34:10 45:11 53:6
56:18 57:25 58:4
58:6

**happening** 30:19
**hardship** 51:22
**harmful** 48:25
49:1
**Hazou** 3:6 19:4
20:25 21:3,7,14
23:7 28:9 31:3
32:6 33:22 40:13
42:10 55:15,19
56:2 64:11 65:11
65:15 69:14
75:14 78:6 84:12
**head** 18:12 19:20
61:11 62:8,12
73:3
**headed** 54:25
**heading** 68:8
**headquarters**
27:21,22 38:7
45:25 46:3 52:20
52:21,23,25 57:9
57:10 58:20 59:2
59:13 60:2,5,8,21
62:16 63:4,7,9,15
63:20 64:19,21
64:22,24,25
66:17,20
**hear** 14:17 33:10
70:13 81:16
**heard** 24:3 34:15
34:18,20 55:20
77:17 81:9
**heart** 62:19
**Hebrew** 29:18
**Hebron** 12:18,22
12:25 19:21
24:11
**held** 5:10 46:4
53:17 68:11
77:20
**helicopter** 59:3
**help** 8:13,14 57:3
**helped** 54:6
**helpful** 9:3 43:9
**helping** 82:18
**hereinafter** 6:11
**Hibey** 2:18 5:17,17
5:19 6:13 7:9 8:8
9:14 14:13,19

15:2,5,9,14,25
16:5,7,17,21 17:1
23:6 26:1 33:10
43:18,24 44:5,9
44:13,25 49:9
63:8 69:11 70:10
79:1,6 81:23
84:7,10 88:25
89:7
**hire** 87:23
**hiring** 40:7,10,16
**hold** 19:18 68:23
76:19
**home** 29:10 33:1
87:4,21
**hope** 30:7 47:4,5
**Hotari** 11:22
**Hotel** 2:5 5:10
**house** 10:11 59:21
59:23,25
**houses** 59:16,17
**HSBC** 75:14,15,18
**human** 38:1,21
**humanitarian**
87:5
**hundred** 20:5
21:22 22:1
**hurts** 86:6
**Hussam** 61:21
62:9
**hypothetical** 79:7

**I**

**idea** 13:21 47:9
68:23 88:22
**illegal** 69:6 78:8,13
80:11 85:13
**illegally** 22:22
**illegitimate** 72:17
86:2
**illness** 14:2
**immediate** 51:10
**immigrants** 77:9
**impact** 53:12
**impeded** 56:13
**impediment** 14:2
**implementation**
71:21 72:1,19
**implemented**

39:10 40:21
**implementing**
37:13
**implied** 9:11
**important** 43:14
51:2
**imposed** 56:12
**improper** 38:2
44:7
**incarcerated**
73:12 85:25
**incident** 65:7
**include** 26:17
**includes** 6:19
**including** 23:13
69:1 71:19 79:16
**income** 67:11,13
67:14
**incursion** 51:18
57:17 58:6 59:11
**indicated** 5:5
**indicates** 14:20
**indicating** 16:4
**individual** 25:8,10
50:12,13 88:11
**individuals** 25:6
**Indulge** 88:25
**influx** 69:6
**inform** 69:19,21
**information** 52:17
69:19,20
**informs** 75:25
**initiative** 38:5,6
50:13
**inmate** 29:20
**inmates** 29:17 46:4
**inquire** 9:9,13
**inquiring** 15:21
**inside** 46:3 59:14
62:18
**instance** 18:12
25:15 36:8 50:13
88:5
**institution** 39:11
**instruct** 14:14
17:1 44:12,13,19
44:22,24
**instructed** 15:15
**instructing** 14:20

43:22
**instruction** 15:2,5
16:1,20,22
**instructions** 38:4
45:9 50:16 51:24
52:23 56:7,8,23
59:22 71:24
77:21
**intelligence** 39:17
39:18,20,25 41:6
65:23 66:2
**intend** 9:5
**intended** 75:20
**interchangeably**
13:12
**interested** 37:8
91:14
**interests** 49:1
**internal** 41:2
68:13 69:2
**Interpreter** 3:4,5,6
14:17 15:3,7
18:19 19:4,5
20:25 21:3,6,7,11
21:14,15 23:7
25:13 26:25 28:3
28:8,8 31:2,2
32:6,8 33:12,21
33:21 34:25 40:9
40:12,12,13
41:11,20 42:10
42:10 54:10
55:15,19 56:2,4,5
62:24 64:11,13
65:11,12,14,14
65:15,16 67:13
67:16 69:14
70:12,14,16
75:14 78:5,5,6
81:18 83:9 84:12
84:12,18 88:19
**Interpreters** 5:4
6:4
**interrogate** 23:12
35:17 55:17,24
**interrogated** 24:5
24:6,12 25:18
27:4 34:2,9
42:16,19 53:25

54:19 59:9
**interrogating**
46:12 58:17
**interrogation** 13:5
19:19,22,25 20:2
38:11 46:9 51:10
51:22 52:24
53:18 54:3,18
55:5,12 65:22
66:7
**interrogations**
64:20
**interruption** 50:18
**Intissar** 83:21 84:5
**investigate** 53:5,21
**investigating** 37:5
56:11 58:17
**investigation** 18:3
37:2,9 51:6
52:12,13,16
54:13 56:22
57:15 58:8 59:6
62:2 63:25 65:7
65:20 66:5 76:15
76:17
**investigations**
19:20
**investigative** 36:18
36:21,22
**investigator** 59:8
**involved** 18:7 23:2
25:16,22 26:15
47:15 51:5 52:12
54:18 55:4,12,16
56:10 83:16
**involvement** 45:12
**Iraq** 12:19,24
**Islam** 47:15
**Islamic** 74:2
**Israel** 1:15 2:6
5:10 11:6 22:6
29:9 30:8 45:8
45:13 47:7 48:25
68:4 71:6
**Israeli** 22:16 27:23
29:5 37:20 38:10
39:10 42:18
45:18,18 46:19
46:24 50:4 51:17

54:2 57:7,13
59:11,19 60:4
64:3 72:23,24
80:19
**Israelis** 45:16 46:8
46:12 47:19
56:12 60:12
**issue** 58:13 68:1,12
68:13,14 69:2,4
87:6
**issued** 34:20 72:15
78:12
**issues** 6:20,21,23
8:4 14:9 18:8
39:1
**item** 50:16
**Iyad** 18:12 61:11
62:8,12

_____

**J**

**Jenin** 77:18
**Jericho** 19:22,23
77:19
**Jerusalem** 1:15
2:6 5:10
**Jibril** 20:8,13
**Jihad** 38:17 68:22
74:3 83:24,25
84:4
**jihaz** 21:2,3,12
**job** 21:24 23:12
42:22 48:3 76:6
76:22 80:3
**jobs** 19:17
**joined** 20:11
**joint** 45:21
**Jordan** 43:5 75:12
**Jordanian** 39:9
71:19
**judge** 31:24
**judgment** 78:24
**judicial** 56:24
60:22
**jurisdiction** 85:14

_____

**K**

**Kalkiliya** 11:21
18:13 34:4 51:15
51:18,19 54:5,21
54:22,22,25 55:1

56:13 57:8,20,23
59:6,8,9,10 60:11
61:8,12,16,18
62:9,15,17,22
63:7,10 64:4
66:1,12,13,18
78:20,22 79:23
79:25 80:8,10,18
82:8,15,17
**Karnei** 34:13 35:6
51:7 52:11 53:1
53:20 54:20
55:13,25 56:16
57:15 61:7
**Katz** 1:25 2:4 5:12
91:3,20
**kept** 78:23 80:10
**Khalil** 83:24
**kill** 48:1
**killed** 45:13 46:25
72:22,25 73:1,6
73:11 77:18
**kind** 11:7,9 44:17
47:18 53:14 65:7
72:18
**kinds** 28:1,10
**knew** 53:15,17
**know** 8:8 9:18
16:11 21:4 25:12
25:14,15,17 27:8
27:9 29:22,24
30:22 33:23
35:12,21 36:1,4
43:9,15 45:4
50:6,7 51:2
53:18 54:1,12,14
61:14 62:7 63:24
64:5 66:2,11,14
66:16,19,21 67:1
67:5,7,24 68:7,15
68:20,24 69:3,9
69:25 71:7 73:13
73:14,16 76:4
78:9,17,18,21
80:1,2,4,16,18,19
81:1,4,6 82:11,15
82:16,21,24
83:19,22 84:5
85:5,10 87:8

**knowing** 9:6
**known** 23:25 24:2
45:17 73:9 84:4
**knows** 46:19
**Kussay** 59:20
**Kuwait** 75:4 77:11

_____

**L**

**late** 29:14
**law** 2:12 6:18 7:8
9:9 12:4,7,19
22:15,23 23:8
25:1 27:19 36:21
39:14 40:16 42:2
42:6 46:6 49:25
50:25 61:8,16
64:16 65:8 66:15
68:12 69:9 70:7
70:24 71:17,19
71:23 72:2,19
77:14 78:1,9
79:15,22,22,23
85:12 86:1,4,5,15
86:20 88:1
**laws** 37:14 39:6,9
39:11 70:19
**lawyer** 15:22,22
15:23,24,24 16:2
16:10,13 31:10
31:12,16,22
44:19,20,22,23
**lawyers** 31:14,15
31:17
**leader** 72:20 73:10
73:14,15
**learned** 85:13
**leave** 59:16
**leaving** 59:23
**left** 36:11 59:23
60:4 64:1,2,3
**legal** 13:3 19:21,24
20:1 36:20 37:24
38:2,20 49:9
51:11,11,12 52:6
61:12 62:13,14
77:13 87:3
**legally** 52:7 78:11
**legitimacy** 48:9
**legitimate** 72:17

**Leitner** 3:8 5:16
**lest** 59:24
**let's** 27:20 36:25
**level** 38:4 69:22
**leveled** 63:16 65:1
**liaison** 42:18
**Libdeh** 61:12
**Liberation** 24:24
**lieutenant** 77:18
**light** 41:9,15
**limitation** 7:7,9
9:5
**Line** 4:17 92:5,7,9
92:11,13,15,17
92:19,21
**list** 23:21 27:13,16
**listed** 90:7
**listen** 52:14
**lists** 27:11 28:1,3,6
28:10,12
**live** 10:7,11 30:8
87:7
**lived** 10:9 12:23,25
**lives** 46:23
**living** 45:4 59:19
69:21 77:10
**located** 62:16
65:24 74:12,22
74:24 75:6
**locations** 63:18
**lock-up** 33:1
**long** 10:9 30:15
32:1,15
**longer** 63:25
**look** 39:1 64:19
**lots** 37:25 50:11
68:11 75:17 77:9
85:23 86:10

_____

**M**

**MA** 12:4,6,19
**Maher** 83:2
**Mahmoud** 82:10
**Mahmud** 1:14 2:1
4:3 5:8 6:8 10:4
90:3,15 92:24
**main** 21:24 37:10
38:3 49:2 52:20
52:24 58:20

64:19
**making** 41:15 86:6
**man** 17:18 36:4
79:20
**Manasra** 20:16
**mandate** 39:1 66:7
**manner** 53:8 77:21
**marched** 46:8
**marches** 30:20
31:5
**martyr** 85:6
**martyrs** 84:16,21
86:1
**Marwan** 25:16,19
**matter** 5:9 6:16
8:25 17:22 35:17
56:21 67:1 69:3
**matters** 6:19 18:17
61:23 62:6
**mean** 8:6,14 11:3
12:16 13:14 22:2
26:14 30:22
31:14 36:20
49:11 50:10 56:1
57:6 59:7 63:11
65:17,18 66:22
66:23 73:7 74:12
74:23 80:24
81:13 82:18
86:21 87:10 88:4
88:7
**meaning** 52:5
85:14
**means** 24:2 30:24
31:8
**meant** 9:14 13:22
15:13 32:11
**measures** 56:25
**mechanisms** 43:6
**medication** 14:1
**member** 25:21
27:4 35:22 36:4
36:8
**members** 24:5
25:8,11 27:6
33:6,16,24 42:1,3
42:5,12,24 43:1
48:10,11,22
53:25 54:14,16

69:8 82:25
**memory** 17:24
28:11 82:18 83:3
83:4
**mentioned** 7:9
55:6,15,16 56:11
**merge** 41:3
**met** 29:14
**Michelle** 29:9
**migrants** 77:9
**military** 26:18,19
26:20,22 39:10
40:5 50:3,10
71:21 72:15,21
78:3,8,10,25
79:11,13,17,20
80:20,20,24 81:2
81:3,5,7
**MILLER** 2:18
**millions** 86:12
**minds** 9:21
**Mine** 15:10
**minister** 34:1
85:10
**minor** 30:21
**minutes** 36:10
81:21,22 89:1
**mispronounced**
83:8
**missiles** 47:18
**mission** 43:10,17
48:9
**misstate** 45:1,2
**Mister** 10:18 16:4
**misunderstanding**
13:24 17:7
**misuse** 43:21
**Mitchell** 3:3 5:13
**moment** 22:12
58:12 88:25
**Monday** 2:6
**Monetary** 75:22
**money** 51:3 67:23
68:3 69:6,10
76:22 77:5,7,24
**monies** 76:3
**monitor** 68:7,18
68:19 69:5 74:5
74:21 75:3,20

76:20
**monitored** 74:8
**monitoring** 55:6
68:3 69:18
**monitors** 73:20,22
73:25 74:2,7
75:24
**Montgomery** 2:14
**month** 58:11
**monthly** 77:12
**months** 12:12
30:16,24 31:8
32:3,7,9,17,20
58:11
**Mordechai** 3:7
5:16
**move** 51:21
**moved** 19:24
**movement** 11:25
22:11
**moving** 53:14
**Muhammad** 82:6
82:8,10,16
**murdered** 80:15
80:19 81:10
82:23 84:2
**murdering** 26:16
**Mustafa** 72:22,25
73:6,11

**N**

**N** 4:1,15,15,16,16
5:1
**Nablus** 46:24
**name** 10:3,4 20:19
20:21 21:16
24:10,10 29:9
31:16,23,25 36:2
40:2 61:21 63:5
65:5 75:5,8
80:14 82:11,20
82:21,22 83:14
83:18 84:3
**named** 82:24 91:5
**names** 23:16 24:6
25:23 27:7,9,12
27:18 28:12
42:14,21 54:15
61:10 76:15 82:4

82:5
**nascent** 37:23
**national** 39:18
40:4 41:6 42:17
81:12
**Nations** 68:5
**nature** 17:19 28:1
28:4 50:3,10
69:13,15
**Nazzal** 80:13,14
80:16,23 82:16
**need** 10:24 26:1
**needed** 41:3
**negative** 53:12
**Negev** 32:3 33:1
**neighbor** 24:10,11
**Neither** 54:21
**neutral** 77:22
**never** 29:16 30:11
**nonexistent** 19:4,6
**non-lawyer** 16:24
**non-political**
73:22
**non-security** 69:4
**normal** 38:25
**note** 7:14
**notes** 58:22 59:10
**notice** 2:4 6:17,22
7:2,5,11,25 8:20
**number** 9:15
22:25 33:4 43:3
**NW** 2:19

**O**

**O** 4:15,16,16 5:1
**oath** 90:5,10
**object** 9:20 43:18
43:21 44:19,20
49:10 69:12 79:7
**objection** 16:20,21
17:14 26:2 44:15
69:12
**objective** 38:3 49:2
77:22
**objectives** 71:16
**obligation** 87:3
**obligations** 46:22
**occurred** 17:25
51:8

**offered** 6:15
**office** 63:1 66:11
66:18,23 67:3
78:17,20,22,23
78:24,25,25
79:25 80:5,6,7,9
80:10 85:14,16
**officer** 17:23 48:4
49:25 50:25
51:20 59:19,25
66:15 69:9 86:5
**officers** 39:5 45:14
47:12 56:9 61:9
61:13 64:2 88:2
**offices** 2:12 45:25
46:16 53:5 60:14
60:19 62:22
63:14 64:3 65:5
65:6,24 78:16
**official** 3:4,5 5:4
6:4 14:17 15:3,7
18:19 19:5 21:6
21:11,15 25:13
26:25 28:3,7
31:1 32:8 33:12
33:20 34:25 40:9
40:11,12 41:11
41:20 42:9 48:16
52:5 54:10 56:4
56:5 62:24 64:13
65:12,13,14,16
67:13,16 70:12
70:14,16 78:4,5
81:18 83:9 84:11
84:18 88:19
**oh** 27:8 31:19
34:13 84:10
**okay** 9:22 13:12
36:23 48:10,10
48:11,16,22
49:23 55:21
56:14 65:5 74:25
75:10 78:22
81:20 87:25
88:23
**old** 10:5,6 29:7
59:20
**once** 45:19 48:18
57:22 64:19

71:13
**ones** 34:3 35:8
**onwards** 19:11,12
  19:12 45:25
**open** 29:1 54:24
  88:12
**openly** 36:7 48:13
**operates** 75:5
**operating** 87:9,12
**operation** 11:8,9
  11:10,19 23:2,18
  34:5,8,10,19,23
  35:7,13,16,18,19
  35:23,24 36:7
  53:11,15,17,24
  54:1,7 56:24
  58:10,12 73:5
**operations** 17:25
  19:3 22:24 35:10
  37:12 42:13,21
  47:7 48:24 49:2
  52:1,22 72:8,9,10
**opinion** 13:20
  26:15 49:24
**opposed** 38:16
**opposing** 38:6
**opposition** 48:19
**order** 39:1 41:4
  46:21 53:16 54:1
  87:7
**ordered** 38:13
  72:11
**orders** 39:10
**ordinary** 65:8
**organ** 13:4 20:22
  20:24 21:1
**organization**
  11:23 22:19 25:6
  27:16 49:8,12,21
  49:24 50:1,5,11
  51:2 69:24 70:3
  70:23 71:3,4,9,10
  71:12 84:15 85:1
  85:9
**organizational**
  6:18 7:21
**organizations** 33:6
  38:22 42:24
**organs** 28:22

37:16 40:21
  77:16 80:22
  86:24
**OSAMA** 3:9
**Oslo** 37:13,14
  38:17 41:24 71:7
**outcast** 47:8
**outcome** 45:11
**outlaw** 26:10
**outlawed** 72:21
**outset** 48:13
**outside** 26:21
  54:22 69:5 72:2
  72:17 74:15
  76:23 77:3
**overstayed** 36:10
**owner** 30:4
**O'Toole** 2:19 5:18
  5:18 7:18 8:19
  16:7,13,17

───────

**P**

**P** 5:1
**PA** 6:17 7:6 10:16
  13:6,8,9,11 14:9
  19:2,22 20:4
  22:4,12,16 23:3,3
  23:10,14,24 27:5
  28:16,19,21
  37:16,20 39:8,15
  39:16,23,23 40:7
  41:7,23,23 42:2,6
  42:8 45:22 47:10
  49:3,25 51:15
  52:4,5,8,9 53:4
  53:12 57:6 58:15
  61:8,16 62:16,22
  63:1,7,8,14 65:9
  66:24 67:10,16
  67:17,23 68:3,14
  69:1,2 70:24
  71:2,24 72:6,6,8
  73:20,24 74:2,5,7
  80:25 81:13
  83:16 84:24
  85:12,13,15
  86:14,17,19,23
  87:1,3,11,12,15
  87:20 88:1

**package** 52:18
**Page** 4:5,17 92:5,7
  92:9,11,13,15,17
  92:19,21
**paid** 41:7 86:17
  88:8,16
**Palestine** 47:17
  69:6 71:19,20
  72:9 74:9,11,12
  74:13,16,23,24
  75:6,6,11 77:1
  85:15 88:6,8,11
  88:13
**Palestinian** 21:5
  24:25 37:14
  47:16 50:4 59:16
  66:17 70:6,19
  71:17,18 79:14
  79:16
**Palestinians** 49:1
  77:10
**Papa** 29:9
**papers** 57:2 59:2
**paraphrasing**
  15:12
**parents** 31:15,15
  31:17
**parse** 8:10
**part** 16:14 18:2
  41:23 42:22
  45:14 71:11
  80:21
**partially** 18:18
  28:2 40:8 62:23
  67:12 84:17
  88:18
**participants** 30:13
**Participating** 31:4
**particular** 9:16
  18:1,10 28:14
  30:3 82:15,18
**particularly** 35:18
  38:17 54:16
  68:10
**party** 22:21 50:2,4
  66:6 73:21,22
  74:8 76:11,14
**passed** 82:20
**pay** 66:24 67:23

87:15
**Paying** 66:25
**payment** 67:11,15
  67:22 68:25
  85:19
**payments** 67:14
  86:6
**payroll** 80:25
  81:11 87:20
**pays** 10:15 13:9
  66:19,23 67:3
  85:21 87:1,8
  88:1
**PA's** 6:18
**peace** 22:5,8,9,10
  22:15 26:8 37:13
  38:5,16 45:8
  46:7 47:3,12
  48:5,14,15,17,20
  48:23 49:13,20
  49:23 50:5 72:7
**pejorative** 8:14
**penal** 71:18,19
**penalty** 90:9
**pending** 2:2 18:18
  18:21 28:2,5
  40:8,15 44:10,11
  62:23 63:3 67:12
  67:18 79:5 84:17
  84:22 88:18,21
**people** 23:2,13,21
  23:25 24:3,7
  27:6,13,18 28:12
  35:16 37:18,21
  41:4,17 42:15
  46:5,11,25 50:9
  51:13,25 52:2,5,7
  52:9 54:7,19,22
  55:13 58:16
  60:24 61:13,24
  62:4,5,6 70:6
  80:21 82:23,24
  85:25 87:6
**percent** 20:5 21:22
  22:1
**perfect** 29:18
**perfectly** 83:15
**period** 20:9,9
  22:23 24:7 26:19

28:15 32:16 39:2
  46:15,23 47:6
  51:14 53:9 54:4
  59:15,18 60:1,9
  61:7,17 62:17,21
  64:5,7 65:9
  68:24 78:19
  86:11
**perjury** 90:9
**permits** 9:9
**perpetrated** 34:7
  35:18
**perpetrates** 79:21
**perpetrator** 49:18
  53:18
**perpetrators**
  72:11
**person** 11:24 15:1
  15:22,23 22:7
  26:8,15 27:17
  29:20 30:6 33:15
  35:14,19 47:14
  48:5 55:24 61:12
  62:13 71:14 77:4
  86:14
**personal** 56:10
**personally** 55:23
  56:3,4,15
**persons** 69:20
**person's** 36:2
**perspective** 8:7 9:3
  9:8
**pertaining** 68:11
  78:10
**PFLP** 6:19 22:17
  22:19,23 23:11
  23:13,14,20,24
  24:6,18,23 27:2,4
  33:14,17,24
  34:19,20,23 35:7
  35:13,15,17,20
  35:22 36:5,6
  42:3 53:23,25
  54:14,16 66:11
  66:16,19,25 67:3
  67:15,17,23 68:1
  68:13,17,19,23
  68:25 69:7,24
  70:2,23 71:2,4,7

71:9,11 72:4,16
72:20 73:4,11,13
73:15,15 74:6
78:2,15,20,22,24
79:11,15,18,18
79:24,25 80:10
82:25
**phase** 18:10
**physically** 65:24
**picture** 77:4
**pictures** 65:4
**place** 30:4 37:20
58:9 59:11 61:20
65:18 83:1,19
91:9
**plaintiffs** 1:5 2:11
5:16 7:5,15
**planes** 46:2 72:23
**planning** 46:11
**platform** 43:10,17
48:9
**please** 10:3 13:18
15:4 22:2 23:17
35:1 36:25 43:12
75:8 88:25
**PLO** 24:18,22 68:1
71:5,6,21 84:1
**PNA** 13:12
**PNC** 83:17
**point** 13:21 15:19
37:24
**police** 39:17,23
40:2,3,20,23,24
41:1,6 52:8
65:22 81:12
**policeman** 86:14
**policemen** 52:5
86:19
**political** 6:21 7:21
23:9 37:10,12
38:4 41:3 50:7
67:1 68:2,14
69:4 71:4,9,14,16
72:5 77:14,23
78:2,25 79:11,18
79:19
**politics** 68:16
**pose** 26:1
**position** 48:16

49:22 50:7 75:3
76:4
**possibility** 87:5
**possible** 25:7,9
28:13,18 30:10
31:11 60:19 66:4
66:8,10 82:23
83:18
**postpone** 58:13
**power** 85:15
**powerful** 19:2
**PPS** 21:7
**practically** 41:1
**practice** 40:20
**premises** 63:18
**prepare** 9:7 17:8
17:17 52:15
**prepared** 7:9,13
7:21 8:3 18:16
47:18 53:3 67:2
67:9,21
**present** 3:2 64:4
**presidency** 72:9
**president** 38:13
51:24 71:25
84:15 85:1,9
**presidential** 72:14
78:12
**pressure** 41:18
**prevent** 47:25
51:25 53:16 86:9
**Preventative** 21:7
**preventing** 53:9
**Preventive** 13:3
18:4,13 20:21
21:20 37:17,18
39:17 77:19
**previously** 37:19
38:11 39:12 62:3
87:2
**primary** 48:3
**prior** 91:4
**prison** 25:16 29:15
46:4,14,24 72:24
72:24 73:13
**prisoners** 46:18
**privilege** 14:20
**privileged** 14:14
14:19

**probably** 72:14
**problem** 13:16
**procedure** 7:7
37:5 44:24
**procedures** 36:18
36:20,21,22,25
37:9,23 38:20,23
51:12,13 56:21
65:8
**proceeded** 20:11
**proceeding** 17:4
**proceedings** 5:3
6:14 16:3 44:17
50:18 91:10,13
**process** 22:5,6,8,9
22:10,15 26:9
37:13 38:16 48:6
48:17,20,23
49:14,20,23
57:16 72:7
**professional** 39:2
40:24 77:21
**prohibited** 50:7
72:16 78:13
79:14 86:2,2
**prohibits** 23:8
72:19
**pronounce** 83:7
**proper** 37:24
38:20,22
**properly** 39:4
**prosecution** 56:25
60:22,23
**protect** 46:15,22
**protecting** 50:17
**provide** 38:19
87:23
**provided** 7:2,3
**PS** 18:13
**PSS** 21:5,8,10,20
22:13 37:10
39:13,20 40:22
40:25 41:7 47:2
51:23 52:5,20
57:9 58:21 61:11
62:11,11,12,15
63:18,20 64:21
65:10,17,21 66:1
81:10 86:14,15

**public** 49:22 60:4
87:10
**publicly** 48:22
**punish** 22:14
**punishable** 71:23
**punished** 72:3
**punishing** 54:7,11
**purposes** 16:3
**pursuant** 2:4 7:6
**pursued** 51:23
**put** 8:20 30:10
33:1,5 86:11
**puts** 49:21
**putsch** 87:15
**putting** 7:25 44:14
**p.m** 2:7 36:14,14
50:21,21 61:3,3
82:1,1 89:5,5,13

**Q**
**qualified** 39:5
**Quba'a** 83:6,11,11
83:13,13
**question** 9:19
14:14,19 15:4,6
15:10 16:1 17:12
17:15,21 18:18
18:21 26:3,13
28:2,5 32:11
33:25 35:3 40:8
40:15 41:15 43:2
43:12,25 44:10
44:11,21,25
55:22 62:3,23
63:3 67:12,18,20
67:25 69:11 70:4
70:10,21,22
71:13 78:21 79:3
79:5,6,9 84:17,22
88:18,21
**questioning** 8:15
13:23
**questions** 8:1,6,9
8:21,22 16:18
17:2 36:18 37:3
86:13 88:24 89:7
**quite** 61:14

**R**
**R** 1:25 2:4 4:15,16

5:1 91:3,20
**Rabin** 29:14
**Raed** 1:14 2:1 4:3
5:8 6:8 10:4,19
10:20,22 12:2
17:16 28:24
36:17 45:6 50:24
51:6 52:12 55:4
55:11,23 61:6
67:24 80:13,14
80:16,23 82:3
89:10 90:3,15
92:24
**Rafah** 88:14
**raise** 17:13,14
**Rajoub** 20:8
**Ramallah** 10:8
12:22,25 52:21
57:11 58:20
59:20 62:8,10,12
64:6,6,7,9,11,12
64:12,12,17,17
66:1,17,20 72:23
77:11 78:17
**ranches** 46:20
**rank** 81:1,3,4,6,7
**rare** 19:3
**Ras** 24:11
**reach** 60:17
**read** 90:8
**ready** 67:4
**realization** 8:16
**really** 15:10 37:8
41:14 88:15
**realm** 39:19,21
69:5
**reason** 32:23
34:22 35:5 49:5
55:11 77:15 92:6
92:8,10,12,14,16
92:18,20,22
**recall** 20:6 23:23
24:6,8 27:3,7,9
28:21 31:16 34:1
42:21 53:23
54:15 61:13 63:5
80:23 82:7 83:1
83:15
**receive** 45:9 74:17

76:6 87:6
**received** 7:11
  68:19
**receives** 52:23
  75:19,23 76:3
  77:5
**receiving** 74:15
  76:22 77:2
**Recess** 36:14 50:21
  61:3 82:1 89:5
**recipient** 88:17,20
**recognize** 82:4
**record** 7:19 17:25
  36:12,15 50:19
  50:22 61:1,4
  65:6 81:24 82:2
  89:3,6 91:13
**recorded** 91:10
**records** 64:6,7,9
  64:16 67:10,11
**recruited** 80:21
**refer** 13:11 21:5
  52:18 65:3 77:6
**referring** 52:15
**reflect** 67:11
**regarding** 7:8
  69:20
**regardless** 23:9,12
  49:17 71:14 72:7
  74:7 77:5
**regulations** 39:9
**rehabilitate** 37:22
  41:4
**rehabilitated**
  80:22
**rehabilitating**
  40:17
**rejected** 72:10
**related** 6:16 17:21
  37:11 43:6 53:7
  57:14 60:11
  64:16 65:19
**relation** 55:24
  68:14
**release** 46:6,21
**relevant** 53:7 56:9
  65:21 66:6 69:9
**religious** 30:5
**rely** 44:22

**remain** 30:7
**Remainder** 18:21
  28:5 40:15 63:3
  67:18 84:22
  88:21
**remaining** 9:15
**remember** 11:12
  11:20,23 19:7
  23:1,19 24:5,9,10
  24:16 25:23
  27:11 28:22
  29:14 31:10,12
  38:23 46:23
  47:14,23 51:14
  56:17,18 57:3
  58:2,9,19 59:18
  61:15,20,21 62:5
  62:21,25 63:4
  68:21 72:13,22
  82:21
**remembered** 18:8
**remembers** 20:10
**rent** 10:13,14,15
  66:23,24,25 67:3
**rented** 62:18
**repeat** 15:4,17
**report** 74:10
**REPORTED** 1:25
**reporter** 5:12,20
  12:1,5 17:5
  21:18 85:4 91:1
**represent** 58:3
**representing** 8:23
**Republic** 1:7 5:10
  92:3
**requested** 56:22
**requests** 67:14,22
  67:22
**requires** 42:23
  60:15
**research** 27:24
  60:15
**resent** 72:10
**reservations** 71:8
**resident** 66:13
  80:18
**residing** 69:21
**resistance** 43:11
  43:17,20 44:6

50:17
**respect** 7:24 28:24
  53:20 56:15
  59:19 68:12,21
**respond** 6:15 7:1
  17:21 29:1 71:13
**responding** 26:5
**responsibility** 34:6
  34:21 35:9,15
  36:6 47:2 53:24
  86:25
**responsible** 50:14
**rest** 79:15
**restaurant** 29:8,9
  29:10 30:1,3
**re-form** 43:24
**re-translate** 56:6
**rhibey@milchev...**
  2:21
**Richard** 2:18 5:17
**right** 13:21 20:23
  32:7 49:14 58:3
  67:21 73:1,18
  78:11 85:18
**rights** 38:1,22
**ring** 82:9
**rings** 82:21
**RJL** 1:6
**Road** 2:13
**rockets** 47:19 50:8
**role** 14:9 18:10
  22:10 26:10
  37:10,17 38:15
  51:9 52:14,17,18
  52:25 55:6 68:15
  69:5 76:5
**room** 2:5 29:16,17
**rooms** 38:11
**round** 54:6
**rounded** 33:4
**RPG** 47:18
**RPR** 1:25 2:5 91:3
  91:20
**rude** 17:12
**rule** 7:7 45:1,2
**rulings** 38:20
**run** 60:3
**running** 35:3 60:7
  73:13

**S**
**S** 4:10,15,15,15,16
  5:1
**Saadi** 3:9 16:9,12
  16:17
**Sadiq** 36:3
**safeguard** 38:5
  45:8 51:12
**safeguarded** 47:3
**safeguards** 38:20
**sake** 27:23
**salaries** 87:1,4,9
  87:16,17,24 88:1
**salary** 13:9 87:22
  88:4
**sank** 83:4
**Saqr** 24:11
**sat** 45:19
**Saturdays** 30:9
**saw** 59:21 60:7
**saying** 15:12 44:7
**Sa'adat** 23:25 24:3
  24:3 72:23 73:3
  73:7,10,15,16
**Sa'id** 82:13
**Schoen** 2:12,12 4:6
  5:9,15,15 7:1 8:5
  9:2,22 10:2,20
  12:2,6 14:16,22
  15:10,16 16:2,15
  16:23 17:6,16
  18:20,23 19:9
  21:9,19 23:14
  25:19 26:11 27:2
  28:4,14 31:6
  32:10,14 33:14
  33:25 35:2 36:9
  36:17 40:10,16
  41:13,19,21
  42:14 43:22 44:1
  44:11,16 48:2
  49:13 50:24 54:9
  54:12 55:17,21
  55:23 56:14
  60:25 61:6 63:1
  63:6,10,13 64:9
  64:12,15 65:18
  67:14,17,21
  69:16 70:20

75:18 76:10,13
  78:15 79:3,10
  81:16,20 82:3
  83:7,11,16 84:8
  84:14,20,25 85:8
  88:7,15,20,23
  89:2,9
**school** 12:3,15,17
  12:18
**SCOTT** 1:4 92:2
**screws** 68:9
**search** 54:3 56:22
  60:16,17
**second** 7:5,5 44:16
**secretary** 73:8,17
**section** 62:14
**security** 6:20 13:4
  13:7 14:9 17:18
  17:18,23 18:4,13
  18:17 19:10,14
  19:17 20:21 21:5
  21:8,21 22:21
  23:3,10 26:10
  28:22 34:17
  35:16 37:7,11,16
  37:17,19,21
  38:14,19,24 39:5
  39:18,18 40:4
  41:2,3,6,17 42:12
  42:17,20 45:7,15
  45:19 47:12,20
  47:24 48:4 50:15
  51:20 59:12,16
  60:21 61:9 64:1
  64:2 65:22 68:15
  69:5 71:22 72:11
  75:25 77:14,16
  77:19 79:20
  80:22 81:12
  85:23 86:23,25
**see** 11:11 17:13
  31:19 41:10 65:3
  81:1 82:4 87:18
**seen** 81:9
**semester** 12:12
**sends** 77:11
**sense** 8:15 26:20
  37:11
**sent** 42:19 47:24

**September** 1:16
2:6 5:11 90:6
91:18
**series** 7:15
**servants** 87:8,14
87:18
**service** 21:6,8
87:11,12
**Services** 21:21
65:23
**set** 6:11 91:9
**Seventeen** 10:10
**Shabak** 45:20
**SHABTAI** 1:4
92:2
**shackle** 46:17
**shady** 72:17
**shape** 39:12
**Shatsky** 1:4 5:9
92:2
**sheep** 31:21
**sheet** 90:7 92:1
**sheets** 28:12 52:15
**shell** 47:19
**shelled** 46:2,24
57:11 59:3,13
60:2,7 65:2
**shelling** 46:2 57:17
63:12,17
**Sheva** 30:1,10
**Shimon** 3:4 6:3
13:20 55:20
**Shomron** 34:13
35:6 51:7 52:11
53:2,20 54:20
55:13,25 56:16
57:15 61:7
**shortcut** 16:15,19
**shot** 42:18 59:23
59:24
**shouldered** 47:1
**sic** 47:22
**side** 22:16 37:20
45:18
**siege** 51:15,16
53:13 56:12
**signature** 90:9
**signed** 71:6
**significant** 47:6

**simply** 15:11
26:13 67:4 76:6
**Sir** 10:3 59:11
**sit** 23:23 27:25
36:1 46:19
**sitting** 16:12 87:4
87:21
**situation** 57:18
76:25
**situations** 69:18
**slightly** 7:19
**socially** 47:7
**somebody** 11:17
11:21 20:16
26:20 34:7 42:16
47:15,25 50:15
60:7 61:21 77:10
**son** 59:20,24
**sorry** 21:8 32:12
33:10 34:14
39:23 42:6 64:14
64:14 70:17
73:23 84:10,19
**sort** 11:4
**sounds** 80:14
**source** 68:7,18
69:1,10 74:10
77:7 87:25
**sources** 76:7
**space** 38:10
**speak** 10:22 18:9
37:4 45:3
**speaking** 23:3 26:6
26:7 41:13 61:25
83:3
**special** 40:25
**specialization** 18:5
40:25
**specific** 53:4,5
56:20
**specifically** 16:25
20:20 27:3 30:23
40:22 52:10 53:1
56:17,19
**spoke** 16:16,24
39:13 41:22
61:24 81:13
**sponsorship** 43:4
**spouse** 83:24

**stand** 54:7
**stands** 54:1 56:23
**started** 19:19
28:20,22 35:16
37:20 38:25
58:12
**starting** 19:17
71:25
**starts** 43:15
**state** 5:14 38:14,19
38:24 71:22
**stated** 9:11
**statement** 6:13
9:12 43:17
**statements** 52:14
75:24 76:1
**States** 1:1 2:3
21:13 43:6 69:18
69:23 70:2,9,23
**status** 39:3
**stay** 59:10
**stayed** 59:6
**stenographically**
91:10
**steps** 17:8,16 38:3
53:4,21 56:14
76:17
**stick** 46:21 79:22
**stipulation** 71:17
**stolen** 60:6
**stones** 30:10
**stood** 22:25
**stop** 43:9,15 48:4,5
**street** 2:19 59:21
59:24 62:22 63:1
63:5
**Stress** 41:19,20
**strike** 49:6 55:18
55:21 67:7
**strip** 86:25
**strongly** 38:21
**struggling** 47:10
**stuck** 22:5
**studied** 12:18
**study** 42:24 43:1
**subject** 6:16 8:25
14:8,24 45:3
**subjects** 7:16 14:8
14:23,24 15:20

**suffering** 14:2
**sufficient** 17:24
**sugar** 41:10,12
**Suicidal** 11:10
**suicide** 11:16,20
34:12 35:6,21
37:5,9 48:24
85:20
**Suite** 2:13,20
**supervise** 13:4
51:9 56:8
**supervised** 58:8
**supervises** 52:21
**supervising** 19:25
20:1 52:13 55:7
**supervision** 51:11
**supervisor** 20:13
**supervisors** 20:7
**sure** 13:10 18:6
22:18 24:2,19
25:11 27:15 29:3
34:18 35:25 41:8
41:24 53:10,16
55:1 61:22 64:23
66:18 73:2 80:12
81:15,18 83:22
89:2
**suspected** 54:19
78:14
**suspects** 55:5
58:17
**swear** 5:21
**Syrian** 1:7 5:9
92:3

_____
**T**
**T** 4:10,15,15,15,16
4:16
**Taha** 1:14 2:1 4:3
5:8 6:8 10:4,17
45:6 90:3,15
92:24
**take** 9:19 17:17
36:9 56:15 81:20
81:23
**taken** 2:2 5:8 43:3
53:4,21 57:9
60:12 90:6 91:8
**talk** 24:13 67:2

**talked** 56:24 86:16
**talking** 58:4
**targeted** 47:20
**targets** 49:18
**task** 45:7 69:13
**tasks** 47:8
**Taysir** 83:6,11,12
83:13
**team** 16:11,14
18:2
**Technical** 50:18
**Tel** 11:8
**telephone** 30:6
55:9 56:20 58:16
58:22 61:25,25
62:1
**tell** 13:18 14:7
15:9 22:2 36:25
45:2 48:21
**telling** 80:7
**tells** 48:10,10
**ten** 83:3
**term** 21:10
**terms** 43:21
**terror** 33:24 43:7
43:19 44:3 69:8
**terrorism** 14:10
17:20 21:25 22:3
22:20 25:5,11,22
25:25 26:2,7,12
26:14 33:7,17,18
42:7,23,23,25
43:4,9,15 44:2,3
51:1 86:8
**terrorist** 25:17
26:16 47:21 49:7
49:11,19,25 50:5
50:11 51:2 69:24
70:3,23 71:2,10
71:11,16 72:10
**testified** 6:10 11:1
18:16 25:1 68:17
73:18 80:2
**testify** 7:4 8:13
14:12 15:21
17:17 18:17 53:3
67:9,22 91:6
**testifying** 8:17
**testimony** 11:2,5

11:11 14:3,24
17:9,10 21:23
35:11 57:13
60:10 63:6 64:15
**thank** 6:25 9:22
12:14 19:13
32:14 48:1 89:8
89:9,9
**thanks** 85:6
**theirs** 35:10
**thing** 13:14 21:16
59:15
**things** 8:10 9:2
16:15 56:20 80:3
**think** 11:19 14:13
36:9 46:18 51:18
55:19 60:19
61:21 70:10
80:15 85:18
**thought** 8:11 9:16
63:13 84:7
**thousands** 24:7
**three** 30:16,24
31:8 32:18 59:20
62:4
**throwing** 50:8
**tightened** 68:10
**time** 12:24 18:7,13
18:14 23:19,24
26:18 28:14 29:8
29:18 30:8 34:17
35:3 38:3,13
42:3 47:10 51:25
54:2,15,21,24
55:2 57:21 58:19
61:6,17 62:17,21
64:5,7,13 65:9
68:24 71:8 72:20
73:16,17 78:19
80:4,20 83:8,20
85:9,11 91:9,9
**times** 20:3 21:19
23:19 32:18 44:4
44:19,20 68:9
**Time's** 60:25
**Timothy** 2:19 5:18
**today** 10:24 11:2
13:2,11 14:1,6,12
15:21 17:9,11,17

20:3 21:20 23:23
25:25 27:25 28:1
35:11 36:1 48:13
53:3 67:2,9
68:25 73:11
87:18
**told** 14:23,25 15:8
15:12,20 29:15
30:8,11 63:13
70:16
**topic** 33:19 37:4
67:24
**torture** 38:2
**totoole@milche...**
2:22
**touch** 55:9
**tough** 38:21
**town** 51:17
**towns** 78:16
**train** 37:22
**trained** 39:5
**traitors** 45:13
**transcribed** 91:11
**transcript** 91:12
**transcription** 90:5
**transfer** 68:6 74:8
77:5,12,12
**transferred** 61:19
88:5
**transfers** 68:4
74:7 75:3,25
77:25 86:18
**translate** 6:5 14:16
15:8 29:19 79:3
**translated** 15:18
18:18,21 21:12
21:16 26:11,23
28:2,5 40:8,15
62:23 63:3 67:12
67:18 79:5 83:12
83:14 84:17,22
88:18,21
**translation** 33:11
**translator** 10:24
13:18 15:17
**translators** 5:21
**trial** 23:13 30:24
30:25,25 38:15
52:16,19

**tribunals** 38:14
51:12
**tried** 22:10 23:5,7
37:21
**true** 48:7 91:13
**truth** 14:7 18:9
27:24 91:6,6,7
**truthfully** 14:3
**try** 8:9 13:19 16:15
43:8
**trying** 42:22 43:14
53:14 83:10 86:7
86:7
**Tulkarm** 42:16
**Tunis** 84:2
**tunnel** 19:1,8
**turn** 75:25 76:2
**turned** 34:2,6,10
**TV** 60:7
**twelve** 46:25
**two** 9:2,8 30:12
46:1 47:17 51:7
58:11 61:19,20
86:13
**typed** 91:12

**U**

**U** 4:15,15
**unable** 51:21
**undercuts** 86:6
**undermine** 22:10
**undermining**
38:22
**understand** 13:18
21:17 36:19 48:3
49:4 67:6,19
**understanding**
8:16 14:5 15:16
**undertaken** 54:3
**undertakes** 86:24
**unemployed** 80:21
**uniform** 81:5
**unit** 60:7
**United** 1:1 2:3
43:5 68:5 69:18
69:23 70:2,9,22
**units** 41:22
**university** 12:8,20
12:24

**unknown** 35:20
**use** 8:14 21:9 26:2
43:11,16 44:2,6
48:5,11,17,21,22
49:22
**utilized** 38:9

**V**

**v** 1:6 92:2
**various** 59:12
**verify** 51:16 76:6
76:15
**versus** 5:9
**victims** 30:14
**video** 89:11
**videographer** 3:3
5:7,13,20 36:12
36:15 50:19,22
61:1,4 81:24
82:2 89:3,6,11
**videotaped** 1:13
2:1 5:7
**view** 37:24 71:12
**violations** 50:14
**visited** 29:17

**W**

**W** 4:16
**Wadi** 34:2
**waiter** 41:14,16
**want** 13:20 17:14
36:17 41:9 43:8
45:1,1 53:1 75:2
82:3
**wanted** 15:17,19
16:18 27:2 47:19
60:3
**wants** 17:13 48:1
**war** 26:21 30:12
30:13
**Washington** 2:20
**wasn't** 15:10 30:19
32:10,11 41:14
60:5
**way** 26:3,4 47:7
51:10 52:22
56:10 77:22
**weapons** 22:22
43:11,16 44:2
48:5,11,17,19,21

48:23 49:22 52:6
52:8 54:17 78:23
79:24 80:8,10
**weekend** 30:9
**well-known** 83:14
**went** 12:17 44:4
54:5 59:2,4,21
**West** 13:4,5 19:25
20:2 39:11 51:10
52:22 54:24 58:6
64:22
**We'll** 9:19
**we're** 8:23 58:4
**wife** 31:22,23
77:11
**wife's** 88:13
**wilderness** 46:20
**wing** 72:15,21 78:3
78:3,8,10,25
79:11,11,13,18
79:18
**wire** 86:17
**witness** 4:2 5:21
6:9,15,24 7:3,11
7:13,17,25 8:1,12
8:22 9:6 14:6,14
14:21,23 15:11
15:15,20 16:1,16
16:23,24 17:1,3,8
18:22 19:7 23:8
25:15 26:4,6
27:1 28:6,10
31:4 32:13 33:23
40:14 41:9,17
42:11,12 43:22
44:1,1,4,8 45:2,3
49:11 56:7 63:4
63:11 67:19
69:13,15 70:17
70:18 75:13,15
75:16,17 76:9,11
78:7,8 79:9
83:12 84:13,23
85:5 88:9,22
89:8 90:3,15
91:4 92:24
**witnesses** 6:23
7:19 8:2,25 9:4
9:15

**WITNESS/DEP...** 90:1
**word** 8:14 15:14 24:17 26:2,11,14 26:23 29:15 30:11 43:19 44:6 55:20
**work** 17:18,19 19:19 30:1,2 37:7,11 39:19,20 41:17 45:7,13 47:2 53:9 62:11 66:3 69:15,16,17 81:8 86:7
**worked** 18:22 19:9 19:14 20:19
**working** 21:20 29:8 34:17 37:18 42:2,18 46:2,9 52:9 57:10 59:3 61:7,15 64:25 84:1 87:2,15,19 87:19
**world** 47:24,25
**wouldn't** 31:23,25
**wounded** 84:16,21 85:7
**wrong** 73:19

**X**

**X** 4:1,10

**Y**

**Yasser** 61:12 62:9 62:13
**yeah** 48:7,7
**year** 11:13,14,15 18:17 79:24
**years** 10:6,10 17:19,23 19:10 20:18 29:7 37:3 39:4 47:17 59:20 61:19 68:20 83:3 83:4
**youth** 33:5

**Z**

**Zaid** 82:6,10
**Zelda** 2:13
**Ze'evi** 23:1 34:1

72:14,25 73:1,5
**Ziad** 20:17
**Zuheir** 20:16

**$**

**$1,000** 74:9

**1**

**1:02-CV-02280** 1:6
**1:13** 2:7
**10** 1:16 4:6 5:11 6:20,23 7:12,13 7:24 8:3,6,18,21 8:23,24 90:6
**10th** 2:6
**100-6** 2:13
**11** 4:18
**14** 4:18 29:7
**16** 35:7 58:5
**17** 17:19,23
**18** 32:16 33:2
**1984** 29:7 30:15
**1989** 32:15
**1994** 18:23 28:17 68:25
**1995** 19:12,15,17 20:3,6 21:19 27:20 45:7
**1999** 20:18

**2**

**2:14** 36:13,14
**2:27** 36:14,16
**2000** 17:25 18:15 18:15,17,20,24 18:25 19:2,10,11 20:12 45:25 72:13 78:12 79:24
**20005-5701** 2:20
**2001** 18:1,15 51:19 57:21 72:12 78:12 79:24
**2002** 18:1,15 20:12 20:15,18 34:16 35:7 36:25 37:3 51:8,14 52:11 58:1,5 72:12
**2004** 38:24 57:21

58:7
**2012** 1:16 2:7 5:11 90:6 91:18
**202** 2:21,21
**25** 29:16
**2800** 2:13

**3**

**3** 6:16,22 7:4,20 8:17
**3:02** 50:20,21
**3:13** 50:21,23
**3:37** 61:2,3
**3:53** 61:3,5
**30th** 91:18
**30(b)(6)** 6:17 7:7 17:4
**334** 2:14
**36106-3700** 2:14
**395-6611** 2:14

**4**

**4** 6:16,22 7:4,20 8:17
**4:37** 81:25 82:1
**4:47** 82:1,2

**5**

**5:01** 89:4,5
**5:07** 89:5,6,12,13
**591-7586** 2:14

**6**

**600** 45:14
**626-5800** 2:21
**626-5801** 2:21
**655** 2:19

**8**

**84** 30:2,19
**87** 29:12 32:1 33:2
**88** 29:12 32:1 33:2
**89** 29:13,15 32:17

**9**

**900** 2:20
**917** 2:14
**94** 18:25 19:2 28:20,23
**95** 19:11

**97** 24:13
**98** 24:13