# Exhibit E

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3

4   SHABTAI SCOTT SHATSKY, et al.,        )
                                          )
5            Plaintiffs,                  )
                                          )
6   v.                                    ) Civil Action No.
                                          ) 1:02-CV-02280 (RJL)
7   THE SYRIAN ARAB REPUBLIC, et al.,     )
                                          )
8            Defendants.                  )
    _____)

9

10

11

12

13            VIDEOCONFERENCE DEPOSITION OF

14              ABDEL RAHIM MALOUH

15             PETACH TIKVA, ISRAEL

16             SEPTEMBER 5, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243

1        Videoconference deposition of ABDEL RAHIM

2    MALOUH, taken in the above-entitled cause pending in

3    the United States District Court for the District of

4    Columbia, pursuant to notice, before BRENDA MATZOV,

5    CA CSR 9243, at Veidan Conferencing Solutions, 35 Efal

6    Street, Adgar Tower, 12th Floor, Petach Tikva, Israel,

7    and simultaneously in Ramallah, Israel, on Wednesday,

8    the 5th day of September, 2012, at 10:01 a.m.

9

10   APPEARANCES:

11   FOR PLAINTIFFS:

12          LAW OFFICES OF DAVID I. SCHOEN
            By:  DAVID I. SCHOEN, ESQ.
13               (in Petach Tikva)
            2800 Zelda Road
14          Suite 100-6
            Montgomery, Alabama 36106-3700
15          (334) 395-6611 / Fax (917) 591-7586
            dschoen593@aol.com
16

17   FOR DEFENDANTS:

18          MILLER & CHEVALIER CHARTERED
            By:  CHARLES F.B. McALEER, JR., ESQ.
19               (in Petach Tikva)
                 MARK J. ROCHON, ESQ.
20               (in Ramallah)
            655 Fifteenth Street, NW
21          Suite 900
            Washington, DC 20005-5701
22          (202) 626-5800 / Fax (202) 626-5801
            cmcaleer@milchev.com
23          mrochon@milchev.com

24

25

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
 1   APPEARANCES (Continued):

 2   ALSO PRESENT:

 3           (in Petach Tikva)

 4           SHIMON BEN-NAIM, Official Arabic Interpreter

 5           ALBERT AGHAZARIAN, Official Arabic Interpreter

 6           MORDECHAI HALLER, Advocate

 7           NITSANA DARSHAN-LEITNER, Advocate (partial)

 8           AVI LEITNER, Advocate

 9           NOA MERIDOR (partial)

10           ARIEH SPITZEN

11

12           (in Ramallah)

13           GEORGE HAZOU, Check Arabic Interpreter

14           MAHMOUD HASSAN, Advocate

15           OSAMA SAADI, Advocate

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
 1                        I N D E X

 2   WITNESS

 3   Abdel Rahim Malouh

 4

 5   EXAMINATION                                    PAGE

 6   By Mr. Schoen                                    10

 7

 8

 9                     E X H I B I T S

10   LETTER            DESCRIPTION                 MARKED

11   Exhibit A         Arabic Document
                       (No Bates Number)              94
12
     Exhibit B         Arabic Document
13                     (No Bates Number)             107

14   Exhibit C         Arabic Document
                       (No Bates Number)             108
15
     Exhibit D         Arabic Al-Hadaf Article,
16                     Dated June 30, 2000
                       (No Bates Number)             114
17
     Exhibit E         Arabic Al-Hadaf Article,
18                     Dated August 31, 2000
                       (No Bates Number)             114
19
     Exhibit F         Arabic Al-Hadaf Website
20                     Article
                       (No Bates Number)             117
21
     Exhibit G         Hebrew Document, Dated
22                     August 22, 2002
                       (No Bates Number)             126
23

24

25
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

I N D E X (Continued)

Q U E S T I O N S   I N S T R U C T E D

N O T   T O   A N S W E R

PAGE          LINE

72            8

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| | 1 | P R O C E E D I N G S |
| | 2 | |
| 10:01:57 | 3 | MR. SCHOEN:  On the record. |
| 10:01:58 | 4 | First, I'm going to make my apology. |
| 10:01:59 | 5 | Mr. Malouh, can you hear me still now? |
| 10:02:07 | 6 | THE WITNESS:  (In English.)  Yes. |
| 10:02:07 | 7 | MR. ROCHON:  We hear you.  But it —— it would |
| 10:02:10 | 8 | be helpful if there was only one person speaking at a |
| 10:02:14 | 9 | time so that we can hear clearly. |
| 10:02:17 | 10 | MR. SCHOEN:  I'm sorry.  I'm sure we'll work |
| 10:02:18 | 11 | all of the kinks out soon in the process. |
| 10:02:19 | 12 | MR. McALEER:  If I may, this is Chas McAleer, |
| 10:02:21 | 13 | counsel for defendants for the record. |
| 10:02:24 | 14 | Just for clarification, for the folks who |
| 10:02:28 | 15 | are in Ramallah, I believe that Shimon, who is one |
| 10:02:34 | 16 | of the translators here, was trying to do as he has |
| 10:02:38 | 17 | done at other depositions very well, simultaneous |
| 10:02:43 | 18 | translation. |
| 10:02:43 | 19 | That may normally be workable when the witness |
| 10:02:49 | 20 | and the examiner are in the room.  But I think, in this |
| 10:02:53 | 21 | circumstance, where we are in remote locations between |
| 10:02:58 | 22 | the witness and the examiner, it will be better if |
| 10:03:02 | 23 | we do sequential translations or we —— or —— Shimon |
| 10:03:10 | 24 | corrects me.  It is —— the proper term is "consecutive |
| 10:03:15 | 25 | translations." |

SEPTEMBER 5, 2012 — ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:03:18 | 1 | So are we agreed in doing consecutive |
| 10:03:20 | 2 | translations? |
| 10:03:21 | 3 | MR. SCHOEN:  I'm fine with whatever works |
| 10:03:23 | 4 | best.  Let's try it. |
| 10:03:25 | 5 | MR. McALEER:  Translators Shimon Ben-Naim |
| 10:03:29 | 6 | and Albert Aghazarian, are you in agreement that that |
| 10:03:32 | 7 | is the most effective way to handle the translations, |
| 10:03:35 | 8 | given the remote locations? |
| 10:03:39 | 9 | OFFICIAL INTERPRETER BEN-NAIM:  We do. |
| 10:03:40 | 10 | OFFICIAL INTERPRETER AGHAZARIAN:  We do. |
| 10:03:42 | 11 | MR. SCHOEN:  Now, before -- before we make |
| 10:03:45 | 12 | a statement as to who's present, I wanted to simply |
| 10:03:52 | 13 | apologize. |
| 10:03:58 | 14 | Mr. Malouh, especially, I did not mean to |
| 10:04:02 | 15 | keep you waiting.  I was stuck in traffic, and I got |
| 10:04:06 | 16 | lost.  I've never been here before.  Okay. |
| 10:04:20 | 17 | You want to swear the witness first? |
| | 18 | |
| | 19 | ALBERT AGHAZARIAN |
| | 20 | -and- |
| | 21 | SHIMON BEN-NAIM, |
| | 22 | the Official Arabic Interpreters, were |
| | 23 | duly affirmed to translate from English |
| | 24 | to Arabic and from Arabic to English. |
| | 25 | |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
 1                    ABDEL RAHIM MALOUH,

 2              called as a witness, being first duly

 3              affirmed, was examined and testified

 4              as hereinafter set forth.

 5

 6              (The following proceedings were conducted

 7          through the official Arabic interpreters, unless

 8          otherwise indicated.)

 9

10:05:19  10              MR. SCHOEN:  Okay.  Thank you, Mr. Malouh.

10:05:21  11              Present today, we have here in Petach Tikva

10:05:25  12  in a conference center counsel for the defendants,

10:05:29  13  Mr. McAcleer.  I represent the plaintiffs in this case.

10:05:36  14  And with me is Mordechai Haller, Avi and Nitsana --

10:05:48  15              MR. HALLER:  Leitner.

10:05:49  16              MS. DARSHAN-LEITNER:  Leitner.

10:05:51  17              MR. SCHOEN:  -- Leitner.  I just wanted

10:05:52  18  to make sure both "Leitner."

10:05:54  19              And we have also two translators -- Shimon

10:05:57  20  and Albert have been introduced already -- and Arieh

10:06:04  21  Spitzen and Noa Meridor in this room, along with the

10:06:08  22  court reporter.

10:06:08  23              If you would, please, just put on the record

10:06:11  24  who's in that room in Ramallah.

10:06:13  25              MR. McALEER:  Mr. Schoen --
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | |
|---|---|
| 10:06:15 | 1 |
| 10:06:16 | 2 |
| 10:06:17 | 3 |
| 10:06:18 | 4 |
| 10:06:21 | 5 |
| 10:06:26 | 6 |
| 10:06:30 | 7 |
| 10:06:30 | 8 |
| 10:06:35 | 9 |
| 10:06:39 | 10 |
| 10:06:42 | 11 |
| 10:06:44 | 12 |
| 10:06:50 | 13 |
| 10:06:56 | 14 |
| 10:06:57 | 15 |
| 10:06:59 | 16 |
| 10:07:04 | 17 |
| 10:07:07 | 18 |
| 10:07:10 | 19 |
| 10:07:13 | 20 |
| 10:07:13 | 21 |
| 10:07:17 | 22 |
| 10:07:18 | 23 |
| 10:07:21 | 24 |
| | 25 |

1 MR. ROCHON:  Thank you.

2 MR. McALEER:  Mark -- Mark, if I may interrupt
3 for a second.

4 Mr. Schoen, would you please clarify who
5 the two other people whom you just mentioned are and
6 in what capacity they're here at the deposition?

7 MR. SCHOEN:  Yes.  Arieh Spitzen and Noa
8 Meridor, consulting experts in the case.  They're here
9 just to observe.

10 MR. ROCHON:  Okay.  Here in Ramallah, you have
11 Mark Rochon speaking.  Obviously, I'm here.  The witness
12 is here.  His counsel, Mahmoud Hassan, is here.  With
13 me also is Osama Saadi.  And I represent the PLO and
14 the PA in this matter.

15 And also present is our check translator,
16 George Hazou.  The videographer is just outside the
17 room.  In case any difficulties develop, we can get
18 him in here and have him take care of it.  But he is
19 not in the deposition.

20 MR. SCHOEN:  Yes.  I should have said
21 that also.  Same on our end, the videographer, as
22 I understand it, is outside the room.  He's certainly
23 not in the room.  Let's put it that way.  All right.

24 //

25 //

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 10:07:21 | 1  | EXAMINATION                                               |
| 10:07:22 | 2  | BY MR. SCHOEN:                                            |
| 10:07:22 | 3  |     Q.   All right.  Mr. Malouh, do you speak or         |
| 10:07:24 | 4  | understand English?                                      |
| 10:07:32 | 5  |     A.   (In English.)  A little bit.  Little bit.       |
| 10:07:33 | 6  |          OFFICIAL INTERPRETER BEN-NAIM:  Aah.  "A        |
| 10:07:33 | 7  | little bit."                                             |
| 10:07:34 | 8  |     Q.   BY MR. SCHOEN:  (Not translated.)  Thank you.   |
| 10:07:35 | 9  |     A.   (In English.)  Welcome.                         |
| 10:07:38 | 10 |     Q.   (Not translated.)  Please tell us your full     |
| 10:07:39 | 11 | name.                                                    |
| 10:07:43 | 12 |     A.   (In English.)  My full name, Abdel Rahim        |
| 10:07:44 | 13 | Mahmoud Ali Abu Malouh.                                   |
| 10:07:47 | 14 |     Q.   (Not translated.)  How old are you?  I'm        |
| 10:07:50 | 15 | sorry?                                                   |
| 10:07:52 | 16 |     A.   (In English.)  I -- my -- I am in -- born in    |
| 10:07:57 | 17 | 1942 -- '45.                                             |
| 10:08:00 | 18 |     Q.   (Not translated.)  And where do you live,      |
| 10:08:02 | 19 | Mr. Malouh?                                              |
| 10:08:04 | 20 |     A.   (In English.)  I live here in Ramallah now.    |
| 10:08:09 | 21 |          MR. McALEER:  For the record, if we could have  |
| 10:08:12 | 22 | Shimon Ben-Naim translate the question.                  |
| 10:08:16 | 23 |          (Pending question translated.)                  |
| 10:08:16 | 24 |     Q.   BY MR. SCHOEN:  (Not translated.)  You          |
| 10:08:22 | 25 | understand so far what we have said; correct?            |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:08:25 | 1 | MR. SCHOEN:  Go ahead, translate. |
| 10:08:26 | 2 | (Pending question translated.) |
| 10:08:29 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  There is |
| 10:08:30 | 4 | a delay. |
| 10:08:36 | 5 | (Comment in Arabic by Check Interpreter |
| 10:08:36 | 6 | Hazou.) |
| 10:08:38 | 7 | THE WITNESS:  We spoke about my history. |
| 10:08:42 | 8 | Q.   BY MR. SCHOEN:  I'm sorry.  We're just |
| 10:08:44 | 9 | trying to get the rhythm going here.  So we'll just |
| 10:08:47 | 10 | translate -- everything I say will be translated, and |
| 10:08:49 | 11 | then you answer.  And then everything you say will be |
| 10:08:52 | 12 | translated, and then I'll give my next question. |
| 10:09:08 | 13 | A.   Until now, I hear the person who is in front |
| 10:09:11 | 14 | of me. |
| 10:09:14 | 15 | Q.   Okay.  Thank you.  And that's me, David |
| 10:09:16 | 16 | Schoen. |
| 10:09:17 | 17 | I suppose you don't see on your screen the |
| 10:09:20 | 18 | translators.  They're sitting to my right.  I know |
| 10:09:24 | 19 | that's going to be confusing. |
| 10:09:25 | 20 | MR. SCHOEN:  Go ahead. |
| 10:09:58 | 21 | (Brief exchange in Arabic between Official |
| 10:09:58 | 22 | Interpreter Ben-Naim and the witness.) |
| 10:09:58 | 23 | (Pending question translated.) |
| 10:09:58 | 24 | OFFICIAL INTERPRETER AGHAZARIAN:  "Do you |
| 10:09:58 | 25 | hear the voice of the translator?" |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
10:09:58   1              "Now I do."
10:09:58   2              MR. SCHOEN:  Okay.  Thank you.
10:09:34   3              MR. McALEER:  And let the record reflect
10:09:34   4    that the protocol at the moment is that Shimon Ben-Naim
10:09:34   5    is translating the English question into Arabic and
10:10:01   6    Mr. Aghazarian is translating the Arabic answer into
10:10:04   7    English, so that the record is clear about the protocol.
10:10:10   8         Q.   BY MR. SCHOEN:  Mr. Malouh, what is the
10:10:13   9    address where you live?
10:10:20  10         A.   I live here in Ramallah, in the PA areas.
10:10:25  11         Q.   Is there a street name?
10:10:33  12         A.   The street of Jihad.
10:10:37  13         Q.   And how long have you lived there?
10:10:54  14         A.   After I have -- since four years since I was
10:10:59  15    released from the Israeli prison.
10:11:03  16         Q.   Do you live in an apartment or a house?
10:11:07  17         A.   I live in an apartment.
10:11:09  18         Q.   Who pays the rent for that apartment?
10:11:27  19         A.   The car and the apartment is covered by the
10:11:28  20    PLO.
10:11:31  21         Q.   And you're employed by the PLO?
10:11:43  22         A.   I am a member of the Executive Committee of
10:11:46  23    the PLO.
10:11:48  24         Q.   And is it because you are a member of the
10:11:51  25    Executive Committee of the PLO that the PLO pays for
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
10:11:54    1    your apartment and your car?
10:12:14    2         A.    The PLO covers the expenses of all members
10:12:17    3    of the Executive Committee, not only myself.
10:12:20    4         Q.    I understand.  But for you, that's the reason
10:12:22    5    they pay for your car and your house?
10:12:32    6         A.    Yes.  Being a member of the Executive
10:12:35    7    Committee, they pay me.  That's the only reason.
10:12:39    8         Q.    Okay.  How much is the rent for your house?
10:12:50    9         A.    The cost of my apartment rent is around
10:12:53   10    $11,000 annually.
10:12:57   11         Q.    And does the PLO pay that directly to the
10:12:59   12    owner of the apartment, if you know, or do they pay
10:13:03   13    you and you pay the owner of the apartment?
10:13:14   14              MR. ROCHON:   This is Mark Rochon -- Mr. --
10:13:14   15    Mr. Schoen, I assume that this is the portion of the
10:13:20   16    examination, given your questions, that relates to the
10:13:23   17    status of the witness as a member of the PLO Executive
10:13:27   18    Committee and, when you move to the portion that deals
10:13:29   19    with him in any other capacity, you will so state,
10:13:31   20    consistent with Judge Leon's order?
10:13:34   21              MR. SCHOEN:   Mr. Rochon -- Rochon -- sorry.
10:13:36   22              MR. McALEER:   "Rochon."
10:13:37   23              MR. SCHOEN:   -- Rochon -- I'm sorry.
10:13:39   24              Mr. Rochon, yes.  In fact, I have the order
10:13:41   25    in front of me.  And I think the order actually says
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:13:44 | 1 | that I should begin with the questions in Mr. Malouh's |
| 10:13:49 | 2 | capacity as the PLO -- member of the PLO Executive |
| 10:13:52 | 3 | Committee and, after completing that, then go to the -- |
| 10:13:56 | 4 | any other -- what it says specifically is: |
| 10:14:00 | 5 | "Regarding any relevant knowledge" -- |
| 10:14:02 | 6 | MR. ROCHON:  Well, Mr. Schoen -- Mr. Schoen, |
| 10:14:04 | 7 | it's going to be impossible for the translator to keep |
| 10:14:07 | 8 | up with you.  You've got to break it up a little bit. |
| 10:14:10 | 9 | MR. SCHOEN:  Okay.  Well, I'm more used to |
| 10:14:12 | 10 | doing simultaneous translation.  But we agreed, in this |
| 10:14:13 | 11 | case, to do this.  But you're right.  I spoke too long, |
| 10:14:16 | 12 | I suppose. |
| 10:14:18 | 13 | MR. ROCHON:  Yes. |
| 10:14:18 | 14 | MR. SCHOEN:  Go ahead. |
| 10:14:18 | 15 | MR. ROCHON:  The witness needs to understand |
| 10:14:20 | 16 | this as well, maybe not all objections, but this part. |
| 10:14:24 | 17 | So if the translator could proceed. |
| 10:14:26 | 18 | MR. SCHOEN:  All right.  So let -- let me back |
| 10:14:27 | 19 | up.  I'll back up, then. |
| 10:14:29 | 20 | MR. ROCHON:  Okay. |
| 10:14:30 | 21 | MR. SCHOEN:  In response -- in response |
| 10:14:31 | 22 | to Mr. Rochon's question, I am proceeding as the |
| 10:14:39 | 23 | judge ordered, asking questions first of Mr. Malouh |
| 10:14:51 | 24 | regarding -- regarding any relevant knowledge or |
| 10:14:57 | 25 | actions in his capacity as a member of the PLO |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:15:12 | 1 | Executive Committee.  And then I will ask him |
| 10:15:20 | 2 | questions about any relevant knowledge or actions |
| 10:15:30 | 3 | in any other relevant capacities. |
| 10:15:40 | 4 | I was reading from the order that's docket |
| 10:15:43 | 5 | entry 162.  Okay. |
| 10:15:59 | 6 | MR. McALEER:  David, just for clarity's sake, |
| 10:16:02 | 7 | the order says that, upon completion of the questioning |
| 10:16:06 | 8 | regarding the PLO Executive Committee capacity, you may |
| 10:16:11 | 9 | then move into other areas. |
| 10:16:13 | 10 | And further to Mark's request, if you could |
| 10:16:17 | 11 | just let us know when you have completed that first part |
| 10:16:22 | 12 | of your examination so that the record is clear when the |
| 10:16:27 | 13 | transition is occurring. |
| 10:16:28 | 14 | MR. SCHOEN:  Sure.  Actually, the -- oh, |
| 10:16:30 | 15 | sorry. |
| 10:16:34 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  You'll have |
| 10:16:34 | 17 | to repeat.  I didn't write anything.  So -- |
| 10:16:38 | 18 | MR. McALEER:  I will repeat what I just said. |
| 10:16:44 | 19 | (Comment in Arabic by Official Interpreter |
| 10:16:44 | 20 | Ben-Naim.) |
| 10:16:45 | 21 | OFFICIAL INTERPRETER BEN-NAIM:  I said:  "He |
| 10:16:46 | 22 | is repeating what is between the both of you." |
| 10:16:49 | 23 | MR. McALEER:  David, for clarity sake, the |
| 10:16:51 | 24 | order in the case is that, when you have completed |
| 10:16:57 | 25 | the examination regarding the PLO Executive Committee |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

10:17:01    1    capacity, then you may proceed with other examination

10:17:16    2    regarding other areas.

10:17:27    3            Further to Mark Rochon's question, you --

10:17:30    4    we would appreciate it if you would indicate on

10:17:42    5    the record when you have completed that first part

10:17:45    6    of the examination so that the record is clear when

10:18:02    7    the transition occurs.

10:18:11    8            Is that agreeable to you?

10:18:12    9            MR. SCHOEN:  Yes.

10:18:12    10    Q.    BY MR. SCHOEN:  Yes, I intend to proceed

10:18:23    11    that way so that all of the questions I ask you now,

10:18:26    12    unless or until I say otherwise, relate to your relevant

10:18:40    13    knowledge in your capacity as a member of the PLO

10:18:51    14    Executive Committee.

10:19:00    15            Now, as to the car that you have as a function

10:19:06    16    of your role as a PLO Executive Committee member, what

10:19:23    17    kind of car is that?

10:19:39    18    A.    More than once, I have utilized cars that

10:19:42    19    have been covered by the PLO.  I used to have a rental

10:19:52    20    car for a while.  I had a car from Opel Astra -- Astra.

10:20:19    21    Then I had an Audi that was demolished at the compound

10:20:23    22    where Yasser Arafat was.  Currently, I have a Mercedes

10:20:35    23    which is a old model, '97, '98.

10:20:40    24    Q.    All right.  For all of those cars, the PLO

10:20:43    25    has been paying either for rental or they bought the

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | |
|---|---|
| 10:20:47 | 1 |
| 10:21:10 | 2 |
| 10:21:13 | 3 |
| 10:21:16 | 4 |
| 10:21:19 | 5 |
| 10:21:22 | 6 |
| 10:21:26 | 7 |
| 10:21:31 | 8 |
| 10:21:44 | 9 |
| 10:21:46 | 10 |
| 10:21:49 | 11 |
| 10:21:52 | 12 |
| 10:22:02 | 13 |
| 10:22:26 | 14 |
| 10:22:31 | 15 |
| 10:22:35 | 16 |
| 10:22:39 | 17 |
| 10:22:43 | 18 |
| 10:22:44 | 19 |
| 10:22:47 | 20 |
| 10:22:47 | 21 |
| 10:22:53 | 22 |
| 10:22:57 | 23 |
| 10:23:00 | 24 |
| 10:23:05 | 25 |

1 car for you?

2      A.   I already mentioned that -- that the PLO

3 has been covering the expenses for all members of

4 the Executive Committee, whether it is the car or

5 the accommodation.

6      Q.   So the PLO, then, is paying for cars and

7 homes for every member of the PLO Executive Committee,

8 as far as you know?

9      A.   Correct.

10      Q.   Do you know whether the -- do you know who

11 the members are of the PLO Executive Committee, the

12 other members?

13      A.   Of course.  I meet with them.  Despite the --

14 despite the fact that, since 1993 until '98, there was

15 a disruption in my participation, as well as when I

16 was detained after two -- the year 2000 until 2002,

17 I haven't been meeting with members of the Executive

18 Committee.

19           CHECK INTERPRETER HAZOU:  2007.  2002 to 2007.

20           MR. ROCHON:  Our -- our translator said that

21 he referenced 2002 to 2007 as the period when he was

22 incarcerated and not meeting.  I wonder if the -- the

23 translators could agree to that.

24           THE WITNESS:  June 2002 until July 2007.

25      Q.   BY MR. SCHOEN:  That's the period when he was

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:23:07 | 1 | not meeting with them.  But besides those periods, he |
| 10:23:11 | 2 | was meeting with them; correct? |
| 10:23:12 | 3 | (Comment in Arabic by the witness.) |
| 10:23:17 | 4 | MR. McALEER:  If we could make sure that the |
| 10:23:20 | 5 | translation on this end can be recorded and audio -- |
| 10:23:26 | 6 | audibly and then responded to after the completion of |
| 10:23:29 | 7 | the translation, that would be great. |
| 10:23:30 | 8 | (Comment in Arabic by Official Interpreter |
| 10:23:30 | 9 | Ben-Naim.) |
| 10:23:34 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  I said: |
| 10:23:45 | 11 | "There is a delay" and "please wait." |
| 10:23:47 | 12 | Q.   BY MR. SCHOEN:  Mr. Malouh, occasionally |
| 10:23:49 | 13 | I see you looking to the left, and you appear to be |
| 10:23:52 | 14 | listening to someone or looking at something.  It's |
| 10:24:05 | 15 | very difficult to know from here what's happening there. |
| 10:24:14 | 16 | So I wanted to just ask you who you're |
| 10:24:17 | 17 | speaking to or listening to on your left? |
| 10:24:39 | 18 | A.   Frankly, I'm talking directly to you in a -- |
| 10:24:42 | 19 | in a -- in a direct way.  But the person I'm talking to |
| 10:24:46 | 20 | to my left is my personal lawyer. |
| 10:24:49 | 21 | Q.   All right. |
| 10:24:52 | 22 | MS. DARSHAN-LEITNER:  Who is that? |
| 10:24:52 | 23 | MR. SCHOEN:  Mr. Rochon, I'd like to work |
| 10:24:56 | 24 | out some procedure -- I'm not -- we're not -- we can |
| 10:24:57 | 25 | translate this so Mr. Malouh can follow. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:25:06 | 1 | We may have -- Mr. Malouh's personal lawyer |
| 10:25:11 | 2 | may or may not be familiar with our deposition practice. |
| 10:25:29 | 3 | And I don't want to give Mr. Malouh any directions.  I |
| 10:25:32 | 4 | would rather you handle that and I would just speak to |
| 10:25:35 | 5 | you about this.  I would just ask you that -- to ensure |
| 10:25:47 | 6 | that, when I ask a question and there's a question |
| 10:25:51 | 7 | pending, that Mr. Malouh's lawyer -- or no one other |
| 10:25:54 | 8 | than Mr. Malouh answer that question or provide input |
| 10:25:58 | 9 | into the answer of that question. |
| 10:26:14 | 10 | MR. ROCHON:  This is Rochon speaking.  That's |
| 10:26:15 | 11 | agreeable.  And just so you have a sense of the room, |
| 10:26:18 | 12 | on Mr. Malouh's left is his personal counsel.  On |
| 10:26:23 | 13 | Mr. Malouh's right are myself, Mr. Saadi, and the check |
| 10:26:28 | 14 | translator. |
| 10:26:30 | 15 | MR. SCHOEN:  Thank you. |
| 10:26:30 | 16 | Q.   BY MR. SCHOEN:  Mr. Malouh -- |
| 10:26:32 | 17 | MR. ROCHON:  And -- and to the degree it's |
| 10:26:34 | 18 | helpful, Mr. Schoen -- I don't speak Arabic or read |
| 10:26:36 | 19 | it -- I believe what was happening was that his counsel |
| 10:26:39 | 20 | was telling him to wait for the translator before he |
| 10:26:41 | 21 | starts answering so we can have a clear record.  I -- |
| 10:26:44 | 22 | I don't understand, but he was -- the hand gestures |
| 10:26:47 | 23 | were consistent with "would you hold off" -- |
| 10:26:52 | 24 | MR. SCHOEN:  Thank you. |
| 10:26:52 | 25 | MR. ROCHON:  -- which would be helpful. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:26:54 | 1 | MR. SCHOEN:  Thank -- thank you for explaining |
| 10:26:54 | 2 | that. |
| 10:26:55 | 3 | Q.   BY MR. SCHOEN:  Mr. Malouh -- |
| 10:26:56 | 4 | MR. SCHOEN:  You can translate.  Thank you. |
| 10:26:58 | 5 | OFFICIAL INTERPRETER BEN-NAIM:  The whole |
| 10:26:59 | 6 | conversation? |
| 10:27:01 | 7 | MR. SCHOEN:  Yes.  I just said:  "Thank you |
| 10:27:03 | 8 | for explaining it." |
| 10:27:05 | 9 | OFFICIAL INTERPRETER BEN-NAIM:  I'm going |
| 10:27:05 | 10 | to -- I'm going to -- I'm going to summarize sort of |
| 10:27:09 | 11 | whatever you said in between. |
| 10:27:31 | 12 | (Brief exchange in Arabic between Official |
| 10:27:31 | 13 | Interpreter Ben-Naim and the witness.) |
| 10:27:37 | 14 | (Last colloquy translated.) |
| 10:28:07 | 15 | Q.   BY MR. SCHOEN:  Mr. Malouh, I see -- it |
| 10:28:09 | 16 | appears you have some papers in front of you. |
| 10:28:12 | 17 | Is that right? |
| 10:28:23 | 18 | MR. ROCHON:  (Indicating.)  That's a set of |
| 10:28:25 | 19 | tissues. |
| 10:28:26 | 20 | MR. SCHOEN:  Yes, that's a tissue box. |
| 10:28:28 | 21 | In -- in Mr. Malouh's hands, it looks like |
| 10:28:31 | 22 | a piece of paper. |
| 10:28:32 | 23 | THE WITNESS:  I have empty papers from the |
| 10:28:43 | 24 | hotel in order to record notes and opinions. |
| 10:28:45 | 25 | Q.   BY MR. SCHOEN:  I understand.  Thank you. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:28:50 | 1 | In preparing for this deposition, did you look |
| 10:29:00 | 2 | at any papers? |
| 10:29:12 | 3 | A.  I still haven't checked any documents.  I wait |
| 10:29:17 | 4 | for your questions to see what will unfold. |
| 10:29:21 | 5 | Q.  And in preparing for the deposition, did you |
| 10:29:23 | 6 | speak to anyone about the deposition, about testifying |
| 10:29:26 | 7 | today? |
| 10:30:03 | 8 | A.  Only yesterday –– only yesterday I had a |
| 10:30:12 | 9 | visit in my office by Mr. Osama and Mr. Michael [sic]. |
| 10:30:18 | 10 | And we discuss for almost an hour, and I did not have |
| 10:30:22 | 11 | any documents or other material related to this |
| 10:30:25 | 12 | deposition. |
| 10:30:26 | 13 | Q.  When you say "Michael," I assume you really |
| 10:30:29 | 14 | mean Mark, Mr. Rochon; correct? |
| 10:30:40 | 15 | A.  Yes, I do. |
| 10:30:40 | 16 | Q.  You mentioned just now your office. |
| 10:30:43 | 17 | Where is your office? |
| 10:30:51 | 18 | A.  My office –– my office is in the premises of |
| 10:30:56 | 19 | the PLO building, next to the Mukataa. |
| 10:31:01 | 20 | Q.  And who pays for that office? |
| 10:31:11 | 21 | A.  All the PLO offices are on this site. |
| 10:31:14 | 22 | Q.  I see.  So your office is a PLO office? |
| 10:31:27 | 23 | A.  Clearly, if I am not anymore within the PLO, |
| 10:31:30 | 24 | then I will have to leave the office. |
| 10:31:34 | 25 | Q.  Mr. Malouh, so that I understand the |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:31:38 | 1 | structure, you referred before to the other members |
| 10:31:41 | 2 | of the PLO Executive Committee? |
| 10:31:54 | 3 | A.   Of course.  The issue is not the issue of -- |
| 10:32:04 | 4 | OFFICIAL INTERPRETER BEN-NAIM:  "Their." |
| 10:32:07 | 5 | (Comment in Arabic by Official Interpreter |
| 10:32:07 | 6 | Ben-Naim.) |
| 10:32:08 | 7 | CHECK INTERPRETER HAZOU:  "It's not their |
| 10:32:10 | 8 | issue." |
| 10:32:11 | 9 | MR. ROCHON:  Our -- our check translator said |
| 10:32:12 | 10 | that the answer translated is:  "That is not the issue." |
| 10:32:17 | 11 | CHECK INTERPRETER HAZOU:  "Their issue." |
| 10:32:17 | 12 | "Their issue." |
| 10:32:17 | 13 | MR. ROCHON:  "That is not their issue." |
| 10:32:18 | 14 | I wonder if your translator can agree, |
| 10:32:20 | 15 | Mr. Schoen.  Try to get -- okay.  Good.  Thank you. |
| 10:32:24 | 16 | Q.   BY MR. SCHOEN:  Let me back up. |
| 10:32:25 | 17 | Mr. Malouh, when did you join the PLO |
| 10:32:27 | 18 | Executive Committee? |
| 10:32:38 | 19 | A.   In Algeria in 1991. |
| 10:32:42 | 20 | Q.   And have you been a member of the PLO |
| 10:32:43 | 21 | Executive Committee since that time? |
| 10:32:55 | 22 | A.   I have suspended my membership in '93 until |
| 10:33:00 | 23 | 1999.  I was imprisoned in 2002 and released in 2007, |
| 10:33:14 | 24 | after which I continued my function. |
| 10:33:17 | 25 | Q.   Okay.  You suspended in '99, did you say? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:33:33 | 1 | A.   From 1993 until 1999. |
| 10:33:37 | 2 | Q.   Yes.  I'm sorry. |
| 10:33:38 | 3 | And then, until you went to prison, you were |
| 10:33:41 | 4 | a member of the PLO Executive Committee? |
| 10:34:04 | 5 | A.   I have been -- I have been a member for -- |
| 10:34:10 | 6 | in '91.  And then it was suspended from '93 until '99. |
| 10:34:13 | 7 | And, of course, I continued to be a member of the PLO |
| 10:34:20 | 8 | when I was in prison between the years 2002 and 2007. |
| 10:34:29 | 9 | CHECK INTERPRETER HAZOU:   "But I did not have |
| 10:34:29 | 10 | any role because I was in prison." |
| 10:34:31 | 11 | MR. SCHOEN:  I'm sorry? |
| 10:34:32 | 12 | MR. ROCHON:  Our check translator said that |
| 10:34:33 | 13 | he -- that the witness also said that:  "I did not have |
| 10:34:36 | 14 | any role because I was in prison." |
| 10:34:38 | 15 | Q.   BY MR. SCHOEN:  I -- I understand.  I'm really |
| 10:34:41 | 16 | just asking -- |
| 10:34:41 | 17 | MR. ROCHON:  Hold on. |
| 10:34:42 | 18 | MR. McALEER:  Hold on.  Hold on.  Just so |
| 10:34:43 | 19 | the record is clear, does the official translator |
| 10:34:46 | 20 | accept that -- that proposed translation from the |
| 10:34:51 | 21 | check translator? |
| 10:34:52 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  I do. |
| 10:34:54 | 23 | MR. McALEER:  Thank you. |
| 10:34:54 | 24 | Q.   BY MR. SCHOEN:  Okay.  Really I'm asking not |
| 10:34:56 | 25 | about "role" yet.  I -- I just want to get an overall |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:35:06 | 1 | picture of the structure. |
| 10:35:13 | 2 | So you became a member of the PLO Executive |
| 10:35:16 | 3 | Committee and have been a member since that date in |
| 10:35:26 | 4 | 19 -- since that date in Algiers that you mentioned |
| 10:35:39 | 5 | through today and -- |
| 10:35:48 | 6 | A.   In 1993, I suspended my membership. |
| 10:35:53 | 7 | Q.   Yes.  Other than the period that you -- |
| 10:35:59 | 8 | A.   And this membership was suspended until 1999. |
| 10:36:04 | 9 | After -- after 1999, a dialogue -- and it was suspended |
| 10:36:32 | 10 | from 11/6/2002 until 2000 [sic] when I was released in |
| 10:36:35 | 11 | prison and I reassumed my role. |
| 10:36:38 | 12 | Q.   Okay.  And do you know why you were asked to |
| 10:36:41 | 13 | join the PLO Executive Committee? |
| 10:36:57 | 14 | A.   The Executive Committee -- |
| 10:37:06 | 15 | MR. SCHOEN:  Stop one second just for the -- |
| 10:37:07 | 16 | THE WITNESS:  The Executive Committee -- |
| 10:37:07 | 17 | MR. SCHOEN:  -- translator.  Sorry. |
| 10:37:08 | 18 | THE WITNESS:  The Executive Committee is |
| 10:37:11 | 19 | elected from the PNC.  And this happened in -- in 1991 |
| 10:37:16 | 20 | in Algeria and in 1996. |
| 10:37:20 | 21 | Q.   BY MR. SCHOEN:  Mr. Malouh -- Mr. Malouh, |
| 10:37:20 | 22 | some -- |
| 10:37:29 | 23 | A.   The other issue is that -- that the Executive |
| 10:37:34 | 24 | Committee is composed of all members of -- all -- all |
| 10:37:39 | 25 | components of the Palestinian people, personalities, |

| | | |
|---|---|---|
| 10:37:44 | 1 | and factions. |
| 10:37:46 | 2 | Q.  Can you tell me, for example, the factions |
| 10:37:49 | 3 | that are represented on the PLO Executive Committee? |
| 10:38:16 | 4 | A.  I'm not in a position to specify this function |
| 10:38:20 | 5 | or that.  But this represents the whole Palestinian |
| 10:38:29 | 6 | people.  And according to the law, all Palestinians |
| 10:38:32 | 7 | are part and parcel of the PLO. |
| 10:38:36 | 8 | Q.  Mr. Malouh, I'm just going to ask you |
| 10:38:39 | 9 | procedurally to learn from my mistakes and stop after |
| 10:38:50 | 10 | you speak shortly so we can have the translation. |
| 10:39:02 | 11 | Is it accurate to say that, since the PLO |
| 10:39:12 | 12 | Executive Committee represents all of the factions of |
| 10:39:20 | 13 | the Palestinian people, you were invited to join the |
| 10:39:29 | 14 | PLO Executive Committee as a representative of the |
| 10:39:38 | 15 | PFLP faction? |
| 10:39:44 | 16 | MR. McALEER:  Objection as to form. |
| 10:39:46 | 17 | THE WITNESS:  Yes. |
| 10:39:47 | 18 | Q.  BY MR. SCHOEN:  Okay. |
| 10:39:57 | 19 | A.  I do represent the PFLP within the PLO. |
| 10:40:01 | 20 | Q.  Okay.  And other members of the PLO Executive |
| 10:40:05 | 21 | Committee represent their faction? |
| 10:40:21 | 22 | A.  Not necessarily, because there are certain |
| 10:40:25 | 23 | people who represent figures, public figures.  It could |
| 10:40:36 | 24 | be individual representatives.  Representatives of the |
| 10:40:47 | 25 | PLO are factions, as well as individual public figures |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:40:51 | 1 | that are Palestinian. |
| 10:40:53 | 2 | Q.   As a member of the PLO Executive Committee -- |
| 10:40:58 | 3 | CHECK INTERPRETER HAZOU:  "Who are |
| 10:40:58 | 4 | independent." |
| 10:41:00 | 5 | I'm sorry.  But he also mentioned:  "Public |
| 10:41:02 | 6 | figures who are independent people also.  They do not |
| 10:41:04 | 7 | need to be representing a faction." |
| 10:41:08 | 8 | MR. ROCHON:  Does the translator agree with -- |
| 10:41:09 | 9 | that the witness said "independent people"? |
| 10:41:16 | 10 | MR. SCHOEN:  Albert? |
| 10:41:16 | 11 | MR. McALEER:  Mr. Aghazarian, do you agree |
| 10:41:18 | 12 | with the proposed translation from the check translator? |
| 10:41:25 | 13 | OFFICIAL INTERPRETER AGHAZARIAN:  I don't. |
| 10:41:25 | 14 | MR. McALEER:  Okay.  Could -- would you mind |
| 10:41:27 | 15 | explaining why you disagree with the check translator |
| 10:41:31 | 16 | that the concept of other persons being independent |
| 10:41:36 | 17 | was not part of the witness' answer? |
| 10:41:39 | 18 | OFFICIAL INTERPRETER AGHAZARIAN:  When you say |
| 10:41:39 | 19 | "public figures," by insinuation it means "independent." |
| 10:41:45 | 20 | CHECK INTERPRETER HAZOU:  No, no, no, no.  He |
| 10:41:46 | 21 | mentioned -- |
| 10:41:47 | 22 | (Comment in Arabic by Check Interpreter |
| 10:41:47 | 23 | Hazou.) |
| 10:41:47 | 24 | CHECK INTERPRETER HAZOU:  He said |
| 10:41:47 | 25 | "independent." |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

10:41:48  1          I think it's a problem of communication more

10:41:51  2  than anything else.  We do not suspect your abilities,

10:41:53  3  Albert, as a good translator.  That we know.  It's

10:41:56  4  just -- it's just bad communication sometimes.

10:41:59  5          OFFICIAL INTERPRETER AGHAZARIAN:  Public --

10:41:59  6          CHECK INTERPRETER HAZOU:  So he -- he did say

10:42:01  7  "public figure."

10:42:02  8          (Comment in Arabic by Check Interpreter

10:42:02  9      Hazou.)

10:42:03  10          OFFICIAL INTERPRETER AGHAZARIAN:  Public --

10:42:04  11          (Comment in Arabic by Check Interpreter

10:42:04  12      Hazou.)

10:42:05  13          CHECK INTERPRETER HAZOU:  He did say that.

10:42:06  14          OFFICIAL INTERPRETER AGHAZARIAN:  Public

10:42:07  15  figures need to be independent.

10:42:09  16      Q.   BY MR. SCHOEN:  Can -- can you give an example

10:42:10  17  of who you mean by these independent public figures?

10:42:16  18          (Pending question partially translated.)

10:42:16  19          OFFICIAL INTERPRETER BEN-NAIM:  Like?

10:42:16  20          MR. SCHOEN:  "Public figures."

10:42:16  21          (Remainder of pending question translated.)

10:42:16  22          THE WITNESS:  I have given an example a while

10:42:32  23  ago.  Shafiq Al-Hout was a member of the -- of the PLO,

10:42:37  24  and he was independent.

10:42:38  25      Q.   BY MR. SCHOEN:  Okay.  And, again, Mr. Malouh,

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:42:40 | 1 | I'm asking you a broad question now. |
| 10:42:49 | 2 | The way you have described the structure of |
| 10:42:57 | 3 | the PLO Executive Committee, does that testimony apply |
| 10:43:09 | 4 | since you have been a member of the PLO Executive |
| 10:43:12 | 5 | Committee 'til today? |
| 10:43:24 | 6 | MR. McALEER:  Objection as to form. |
| 10:43:31 | 7 | THE WITNESS:  This is the situation before |
| 10:43:32 | 8 | I joined in and after I joined in. |
| 10:43:35 | 9 | Q.   BY MR. SCHOEN:  So all the time that you've |
| 10:43:36 | 10 | been on there, that's the structure of the PLO Executive |
| 10:43:38 | 11 | Committee? |
| 10:43:56 | 12 | A.   This is the basic ground rules within the PLO |
| 10:43:59 | 13 | since it was established until now. |
| 10:44:02 | 14 | Q.   As a member of the PLO Executive Committee, |
| 10:44:10 | 15 | do you have the right to decide who can be a member? |
| 10:44:15 | 16 | You, I mean Mr. Malouh, do you -- who can be a member |
| 10:44:24 | 17 | of the PLO Executive Committee? |
| 10:44:36 | 18 | A.   What determines that is the Palestinian |
| 10:44:39 | 19 | National Council, PNC. |
| 10:44:43 | 20 | MR. SCHOEN:  Council or councils? |
| 10:44:45 | 21 | CHECK INTERPRETER HAZOU:  The PNC.  The PNC. |
| 10:44:45 | 22 | MR. McALEER:  The translator said "council." |
| 10:44:49 | 23 | MR. SCHOEN:  Yeah.  And it's an Arabic term. |
| 10:44:52 | 24 | Q.   BY MR. SCHOEN:  And who makes up the -- shall |
| 10:44:53 | 25 | we call it PNC for -- you understand what I mean when |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:44:58 | 1 | I say "PNC"? |
| 10:45:10 | 2 | A.   I understand it's the Palestinian National |
| 10:45:13 | 3 | Council. |
| 10:45:14 | 4 | Q.   (Not translated.)  Okay.  So I'm going to use |
| 10:45:16 | 5 | "PNC," and that's what I mean, so we understand each |
| 10:45:20 | 6 | other. |
| 10:45:20 | 7 | MR. SCHOEN:  Shimon. |
| 10:45:20 | 8 | (Pending question translated.) |
| 10:45:32 | 9 | THE WITNESS:  (In English.)  Okay. |
| 10:45:34 | 10 | Q.   BY MR. SCHOEN:  Who -- who makes up the -- |
| 10:45:34 | 11 | who are the members of the PNC |
| 10:45:37 | 12 | Are there members of the PNC? |
| 10:45:55 | 13 | A.   Since 1969, the principals of the PNC |
| 10:46:07 | 14 | have been endorsed, established.  They join popular |
| 10:46:13 | 15 | organizations, factions, public figures, and the |
| 10:46:21 | 16 | Palestinian Liberation Army. |
| 10:46:24 | 17 | Q.   If you would, sir, name for me some of the |
| 10:46:33 | 18 | other factions who are members of the PLO Executive |
| 10:46:36 | 19 | Committee. |
| 10:46:52 | 20 | A.   Factions?  It is my right to mention factions. |
| 10:47:01 | 21 | And this is not part of the process to mention the |
| 10:47:05 | 22 | various factions that constitute the executive -- |
| 10:47:07 | 23 | Executive Committee. |
| 10:47:09 | 24 | Q.   That -- with all due respect, that's part |
| 10:47:11 | 25 | of my process.  I'm asking you to name who the other |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:47:23 | 1 | factions are. |
| 10:47:37 | 2 | A.   Very clearly and frankly, I cannot mention |
| 10:47:40 | 3 | all the factions.  But all the Palestinian factions of |
| 10:47:49 | 4 | the Palestinian people have the right to be members of |
| 10:47:54 | 5 | the PLO.  Those who are outside the framework of the |
| 10:47:58 | 6 | PLO are those who do not want. |
| 10:48:02 | 7 | Q.   How many -- if you were to estimate, how |
| 10:48:04 | 8 | many factions do you think are represented on the PLO |
| 10:48:08 | 9 | Executive Committee? |
| 10:48:24 | 10 | A.   You may say ten or five or fifteen.  I don't |
| 10:48:28 | 11 | have a ready answer for this.  Independent factions. |
| 10:48:34 | 12 | Q.   Okay.  Is Fatah one of the factions on the |
| 10:48:37 | 13 | PLO Executive Committee? |
| 10:48:47 | 14 | A.   You have said that. |
| 10:48:49 | 15 | Q.   Yes.  And I'm asking you.  It was a question. |
| 10:48:51 | 16 | I'm sorry. |
| 10:49:01 | 17 | A.   Maybe it is Fatah or otherwise.  This concerns |
| 10:49:05 | 18 | every faction on its own. |
| 10:49:07 | 19 | Q.   Yeah.  But you're here today as a |
| 10:49:11 | 20 | representative.  And I'm asking you questions |
| 10:49:13 | 21 | as a member of the PLO Executive Committee. |
| 10:49:15 | 22 | So I'm asking you -- |
| 10:49:27 | 23 | A.   I am not here as a representative of the |
| 10:49:30 | 24 | Executive Committee.  I don't represent the Executive |
| 10:49:37 | 25 | Committee.  I represent and I -- I used to be a |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

10:49:43   1   represent [sic], and I don't represent.

10:49:45   2       Q.   What does that mean, "I used to represent"?

10:49:59   3       A.   I am here a representative -- as a member of

10:50:02   4   the Executive Committee.  But I do not represent the

10:50:06   5   Executive Committee.

10:50:08   6       Q.   I'm asking you, sir:  As a member of the

10:50:11   7   PLO Executive Committee, is Fatah a member of the PLO

10:50:23   8   Executive Committee?

10:50:35   9       A.   I am not entitled to respond on behalf of

10:50:39   10   Fatah.  Talk to Fatah directly.

10:50:41   11       Q.   I'm sorry.  I'm not asking you to respond

10:50:44   12   on behalf of Fatah.  I'm asking you:  Based on your

10:50:50   13   knowledge, in your capacity as a member of the PLO

10:50:59   14   Executive Committee, whether Fatah is a member --

10:51:21   15       A.   It doesn't have to do with my knowledge of

10:51:23   16   this.  I am here in a very specific case, and I'm ready

10:51:27   17   to discuss this specific case with you.

10:51:30   18       Q.   Mr. Malouh, with all due respect, unless your

10:51:35   19   lawyer -- a lawyer directs you not to answer, I'm going

10:51:40   20   to continue asking my questions.  If your lawyer directs

10:51:42   21   you not to answer, then we can discuss it among the

10:51:56   22   lawyers.  So I want to ask you one more time for an

10:52:06   23   answer to my question.

10:52:20   24       A.   I want first to tell you that I have not

10:52:23   25   received any instructions from the lawyer or otherwise.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:52:30 | 1 | I am discussing this issue.  This has nothing to do with |
| 10:52:34 | 2 | discussion with lawyers and the session over this topic. |
| 10:52:41 | 3 | I am not entitled here -- in a position to speak about |
| 10:52:45 | 4 | Fatah or otherwise.  You have many members of Fatah and |
| 10:52:56 | 5 | other factions, and you could direct yourself towards |
| 10:52:59 | 6 | them. |
| 10:53:00 | 7 | Q.   Mr. Malouh, is the DFLP faction a member of |
| 10:53:08 | 8 | the PLO Executive Committee? |
| 10:53:17 | 9 | A.   We don't answer any questions of this -- of |
| 10:53:21 | 10 | this type. |
| 10:53:21 | 11 | Q.   Meaning you refuse to answer any questions |
| 10:53:24 | 12 | as to who the members are of -- other than you -- of |
| 10:53:32 | 13 | the PLO Executive Committee? |
| 10:53:43 | 14 | A.   I will not respond to any faction or person |
| 10:53:47 | 15 | who are members of the PLO.  You could address yourself |
| 10:53:52 | 16 | directly to them and talk to them. |
| 10:53:54 | 17 | Q.   Mr. Malouh, the -- again, the translator -- |
| 10:53:56 | 18 | it's a little difficult because you're speaking a little |
| 10:54:00 | 19 | bit long before you take a break.  If you could, just |
| 10:54:07 | 20 | take a break, a little shorter, and then finish your |
| 10:54:13 | 21 | sentence. |
| 10:54:23 | 22 | Do you know -- go ahead. |
| 10:54:31 | 23 | A.   I clearly stated that I will not respond |
| 10:54:33 | 24 | to such questions whether you have representatives |
| 10:54:37 | 25 | or otherwise.  I will not respond to such questions. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:54:40 | 1 | Because, if you want to ask them, you can directly |
| 10:54:46 | 2 | address yourselves to them. |
| 10:54:52 | 3 | Q.   Do you meet with the other members of the |
| 10:54:54 | 4 | PLO Executive Committee? |
| 10:55:04 | 5 | A.   I meet or I don't meet.  That's another |
| 10:55:07 | 6 | matter. |
| 10:55:09 | 7 | Q.   I'm not sure I understand the answer. |
| 10:55:11 | 8 | Is that a "yes" or "no"? |
| 10:55:29 | 9 | A.   I could meet and I could not meet and I could |
| 10:55:32 | 10 | meet regularly or non-regularly.  This is not a matter |
| 10:55:35 | 11 | to —— I will discuss with you. |
| 10:55:37 | 12 | Q.   Mr. Malouh, is your answer that you refuse |
| 10:55:40 | 13 | to answer my questions about whether you meet with the |
| 10:55:43 | 14 | PLO Executive Committee, as well as any questions when |
| 10:56:00 | 15 | you meet with —— |
| 10:56:01 | 16 | (Comment in Arabic by the witness.) |
| 10:56:01 | 17 | Q.   BY MR. SCHOEN:  Excuse me.  Let me —— let |
| 10:56:03 | 18 | me —— I haven't finished my question. |
| 10:56:08 | 19 | A.   My answer is that your questions move things |
| 10:56:12 | 20 | into a different direction. |
| 10:56:14 | 21 | Q.   Yeah.  Mr. Malouh, again, with all due |
| 10:56:17 | 22 | respect, I'm asking the questions here.  So please |
| 10:56:18 | 23 | let me finish my question. |
| 10:56:24 | 24 | Now I'll ask you again. |
| 10:56:25 | 25 | Do you refuse to answer any questions on the |

10:56:34   1   subjects of whether you meet with other members of the

10:56:40   2   PLO Executive Committee, how often you meet, and when

10:56:54   3   you have any such meetings?

10:57:01   4              MR. ROCHON:  Objection -- just wait a

10:57:03   5   minute -- to the form.

10:57:05   6              And, Mr. Schoen, if I could, it's not clear

10:57:09   7   if the question is whether he meets with those people,

10:57:13   8   which would be one thing, or if you're asking him

10:57:16   9   whether he goes -- actually attends Executive Committee

10:57:20  10   meetings.

10:57:20  11              As formed, your question was, "Do you meet

10:57:22  12   with those people?" which could be outside that context.

10:57:26  13              MR. SCHOEN:  Okay.

10:57:26  14              MR. ROCHON:  I am wondering whether you would

10:57:28  15   like us to take a break, and we could discuss with the

10:57:30  16   witness the -- the responsiveness of these questions or

10:57:34  17   not.  I defer to you, if you don't want us to do that.

10:57:41  18              MR. SCHOEN:  Let -- let's -- if you don't

10:57:41  19   mind, unless there's some reason to take a break

10:57:43  20   otherwise, let's just continue on for a bit here.

10:57:45  21   And then I am going to ask you -- I'll ask you to

10:57:50  22   speak with the witness about his obligations in the

10:57:52  23   deposition, which you and I may disagree with.

10:57:56  24              But I -- I want to -- I just want to be clear,

10:57:58  25   Mr. Rochon, that, you know, we're all -- oh, I'm sorry.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 10:58:02 | 1 | We need to translate so Mr. Malouh is following also. |
| 10:58:06 | 2 | I -- I want to be clear, Mr. Rochon, that we |
| 10:58:17 | 3 | will take the position that this witness is required |
| 10:58:20 | 4 | to answer these questions in his capacity here today |
| 10:58:34 | 5 | as a PLO Executive Committee member.  We're -- we're |
| 10:58:41 | 6 | all a long way from home.  Many of us are -- many of |
| 10:58:44 | 7 | us are a long way from home.  And, if possible, I would |
| 10:58:53 | 8 | like to avoid doing this twice. |
| 10:59:06 | 9 | But we will press for answers along these |
| 10:59:10 | 10 | lines of questioning with the judge if Mr. Malouh |
| 10:59:13 | 11 | refuses to answer.  And given the time difference |
| 10:59:22 | 12 | and other considerations -- |
| 10:59:32 | 13 | OFFICIAL INTERPRETER BEN-NAIM:  I would add |
| 10:59:33 | 14 | for myself -- |
| 10:59:33 | 15 | (Comment in Arabic by Official Interpreter |
| 10:59:33 | 16 | Ben-Naim.) |
| 10:59:37 | 17 | OFFICIAL INTERPRETER BEN-NAIM:  I said: |
| 10:59:37 | 18 | "Between the Middle East and the United States." |
| 10:59:41 | 19 | MR. SCHOEN:  Yes. |
| 10:59:42 | 20 | -- we will complete the depo -- the deposition |
| 10:59:45 | 21 | before I go to the judge with any issues. |
| 10:59:56 | 22 | In any event, let -- let me just -- let me |
| 11:00:00 | 23 | back -- before we take a break, let me just back up |
| 11:00:03 | 24 | with a couple of questions and ask -- yeah, let me |
| 11:00:12 | 25 | just go back to a couple of other areas. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:00:24 | 1 | Q.   BY MR. SCHOEN:  With respect to the PLO's |
| 11:00:26 | 2 | payment for your house and for your car -- and if the |
| 11:00:41 | 3 | answer is different between the house and the car, tell |
| 11:00:42 | 4 | me -- how does the PLO pay for the house -- your house |
| 11:00:51 | 5 | and your -- I'm sorry -- your apartment and your car? |
| 11:01:01 | 6 | Do they -- do they pay you directly?  Or |
| 11:01:10 | 7 | please describe for me how payment is made. |
| 11:01:21 | 8 | A.   First of all -- first of all, I do not receive |
| 11:01:26 | 9 | any funds directly.  It is paid to the owner of the |
| 11:01:30 | 10 | apartment. |
| 11:01:31 | 11 | Q.   For your benefit? |
| 11:01:37 | 12 | A.   This is according to the rent contract which |
| 11:01:39 | 13 | is there. |
| 11:01:41 | 14 | Q.   Who is that rent con -- I'm sorry. |
| 11:01:46 | 15 | A.   This has -- this is concerning the apartment. |
| 11:01:49 | 16 | As for the car, the car is handed in to the driver. |
| 11:01:59 | 17 | Q.   Sir, I didn't understand.  I'm sorry.  I |
| 11:02:02 | 18 | didn't understand. |
| 11:02:03 | 19 | A.   The driver goes and comes.  He takes care |
| 11:02:06 | 20 | of it. |
| 11:02:07 | 21 | Q.   Who pays the driver? |
| 11:02:13 | 22 | A.   The PLO pays to the driver. |
| 11:02:16 | 23 | Q.   And the driver pays someone for a lease on |
| 11:02:18 | 24 | the car, or the car was bought? |
| 11:02:39 | 25 | A.   There are different phases.  When I was in |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:02:46  1    Jordan in '91, it was rented.  But when I became part

11:02:50  2    of the PLO, it belongs to the PLO.  And they can refuse

11:02:55  3    it anytime I finish my assignment.

11:02:57  4         Q.   When you say when you became part of the PLO,

11:02:59  5    you're part of the PLO and part of the PFLP; correct?

11:03:26  6         A.   I have not left the PLO or -- and I have not

11:03:30  7    left the PFLP.

11:03:31  8         Q.   Okay.  Again, so I don't have to ask ten

11:03:36  9    questions on this subject, has this -- since you became

11:03:44  10   a member of the PLO Executive Committee, whether you

11:03:52  11   were renting a car or bought a car, renting an apartment

11:03:59  12   or a house, or an apartment or house was rented for you,

11:04:13  13   the place where you have been living and the car that's

11:04:20  14   for your benefit has been paid for by the PLO; correct?

11:04:35  15        A.   Correct.

11:04:36  16        Q.   Okay.  All of that time, nothing has changed

11:04:40  17   about that from one year to another?

11:04:46  18        A.   Correct.  With the -- with the exception of

11:04:50  19   the times when membership was frozen.

11:04:55  20        Q.   Okay.  Tell me the times when the PLO did not

11:04:59  21   pay for your -- the place where you were living and the

11:05:04  22   car that was for your benefit.

11:05:40  23        A.   I have already mentioned between 1993 and 1999

11:05:46  24   when my membership was frozen in the PLO.  As a reaction

11:05:50  25   from the Palestinian leadership, everything was blocked.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:05:53  1      Q.   And that's the only time frame when they were

11:05:56  2  not paying for these things -- the PLO was not paying

11:05:59  3  for these things?

11:06:05  4      A.   Of course that was the -- the -- the case

11:06:08  5  before 1991 when I became a member of the Executive

11:06:12  6  Committee.

11:06:13  7      Q.   And all the way through, other than that

11:06:15  8  period '93 to '99?

11:06:16  9          (Pending question partially translated.)

11:06:20  10         OFFICIAL INTERPRETER BEN-NAIM:  Please repeat.

11:06:21  11     Q.   BY MR. SCHOEN:  And other than the period '93

11:06:23  12  to '99, from before you became a member through today,

11:06:25  13  that has been the system?

11:06:27  14         (Pending question partially translated.)

11:06:27  15         OFFICIAL INTERPRETER BEN-NAIM:  Ninety?

11:06:33  16         MR. SCHOEN:  '93 to '99.

11:06:36  17         (Remainder of pending question translated.)

11:06:39  18         THE WITNESS:  Yes.

11:06:40  19     Q.   BY MR. SCHOEN:  Okay.  Now, you mentioned

11:06:41  20  a driver.  You have someone who drives your car?

11:06:52  21     A.   Of course there is somebody.  Does the car

11:06:56  22  roll on its own?

11:06:57  23     Q.   I'm sorry.  That was a good joke.

11:07:00  24         I meant -- I meant someone other than you.

11:07:04  25  I didn't think the car drove itself.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:07:19   1          A.   It doesn't roll -- roll on its own.  But,

11:07:22   2   clearly, my driver in Amman was different than my

11:07:28   3   driver here.

11:07:29   4          Q.   Yes.  I wasn't asking for who your driver

11:07:33   5   was yet.

11:07:34   6               But, Mr. Malouh, since you've been a member

11:07:39   7   of the PLO Executive Committee, during the course of

11:07:45   8   your membership on the PLO Executive Committee, has

11:07:53   9   the PLO paid for a driver for you?

11:08:11   10         A.   As long as I am in -- in -- in my position,

11:08:13   11   the PLO will cover this.  These are bylaws within the

11:08:18   12   PLO.

11:08:20   13         Q.   There are PLO bylaws that require the PLO

11:08:22   14   to pay for these kinds of expenses -- these kinds

11:08:27   15   of expenses for every member of the PLO Executive

11:08:29   16   Committee?

11:08:54   17         A.   Every member who has been elected for the

11:08:57   18   Executive Committee, the PLO is responsible to provide

11:09:01   19   a car and an accommodation for him or her.

11:09:06   20         Q.   And are you paid a salary by the PLO?

11:09:20   21         A.   I think we're not coming here for the salary

11:09:23   22   and the house.  These are irrelevant questions.

11:09:26   23         Q.   Are you paid a salary by the PLO in your

11:09:29   24   capacity as a PLO Executive Committee member?

11:09:42   25         A.    I said I'm not here to look at the salary

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:09:45  1    or apartment rent or the driver.  This is not our topic.

11:09:51  2         Q.   Do you refuse to answer any questions as to

11:09:54  3    whether you're paid a salary -- let -- let -- let me

11:09:57  4    finish my question.  I have to finish my -- I --

11:10:02  5         A.   I did not respond -- I did not refuse to

11:10:06  6    respond.  I have -- I have given, but if you don't

11:10:11  7    like my answer, that's another matter.

11:10:14  8         Q.   Mr. Malouh, are you paid a salary by the PLO?

11:10:27  9         A.   I don't answer such questions.  You can annul

11:10:30 10    the home and the car and so on.

11:10:32 11         Q.   Mr. Malouh, are you married?

11:10:42 12         A.   Somebody who is 68 years old is not married,

11:10:45 13    you think?

11:10:46 14         Q.   Mr. Malouh, are you married?

11:10:52 15         A.   Yes, I am married.

11:10:54 16         Q.   What is your wife's name?

11:10:55 17              (Comment in Arabic by the witness.)

11:10:55 18              (Pending question re-translated.)

11:11:11 19              THE WITNESS:  Her name is Amal.  What's my

11:11:13 20    wife's name?  Her name is Amal.

11:11:15 21         Q.   BY MR. SCHOEN:  When you were in prison,

11:11:21 22    do you know whether your wife helped to arrange your

11:11:24 23    release from prison?

11:11:41 24         A.   No.  I'm -- I don't know.  But according to

11:11:46 25    what I know, she did not play any role in that.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:11:50   1        Q.   Uh-huh.  Have you ever seen a videotape of
11:11:52   2   your wife discussing your release from prison when an
11:11:56   3   announcement was made that you would be released?
11:12:21   4        A.   He did not say "conditions."
11:12:25   5             OFFICIAL INTERPRETER BEN-NAIM:  Okay.  Could
11:12:25   6   you please repeat?
11:12:31   7             THE WITNESS:  I answered this question.
11:12:32   8   I have not seen such a video.
11:12:36   9        Q.   BY MR. SCHOEN:  Okay.  Mr. Malouh, do you
11:12:36   10  have children?
11:12:43   11       A.   I have three [sic] children, three boys and
11:12:46   12  one girl.
11:12:47   13       Q.   Do your children live in your apartment with
11:12:49   14  you?
11:12:57   15       A.   Part of them are here, and part are abroad
11:13:01   16  studying.
11:13:01   17       Q.   How many children are living at home now with
11:13:05   18  you?
11:13:11   19       A.   I have a girl and a boy and -- a son living
11:13:14   20  with us here.
11:13:17   21       Q.   Mr. Malouh, where are your other children
11:13:20   22  studying?
11:13:30   23       A.   One is married, living separately.  And the
11:13:33   24  other is studying in the U.S.A.
11:13:36   25       Q.   Mr. Malouh, how much money are you paid by

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:13:40 | 1 | the PLO each year? |
| 11:13:56 | 2 | MR. SCHOEN:  Excuse me.  If there –– if |
| 11:13:57 | 3 | there's any –– I'm sorry. |
| 11:13:58 | 4 | (Comment in Arabic by the witness.) |
| 11:13:59 | 5 | MR. SCHOEN:  I hear –– I'm sorry.  I hear |
| 11:13:59 | 6 | other voices. |
| 11:14:01 | 7 | THE WITNESS:  Already this question was asked |
| 11:14:03 | 8 | before. |
| 11:14:04 | 9 | MR. SCHOEN:  I hear –– excuse me.  I hear |
| 11:14:06 | 10 | other voices in the background.  Please tell us what |
| 11:14:10 | 11 | was said to the witness and what the witness responded, |
| 11:14:12 | 12 | if anything. |
| 11:14:13 | 13 | MR. ROCHON:  What was said to the witness |
| 11:14:21 | 14 | is that he should answer the question. |
| 11:14:24 | 15 | MR. SCHOEN:  Thank you. |
| 11:14:25 | 16 | MR. ROCHON:  Do you have a problem with that? |
| 11:14:27 | 17 | MR. SCHOEN:  No.  I thought that's –– |
| 11:14:27 | 18 | MR. ROCHON:  And the witness –– |
| 11:14:28 | 19 | MR. SCHOEN:  I'm sorry. |
| 11:14:29 | 20 | MR. ROCHON:  The witness did not –– the |
| 11:14:30 | 21 | witness did not respond, as near that I could tell, |
| 11:14:31 | 22 | other than to your question. |
| 11:14:34 | 23 | MR. SCHOEN:  Thank you.  I thought that's |
| 11:14:34 | 24 | what I heard.  And I –– that was my observation, that |
| 11:14:35 | 25 | the witness did not respond also. |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:14:39 | 1 | MR. ROCHON:  Maybe because the suggestion |
| 11:14:41 | 2 | was made in English. |
| 11:14:44 | 3 | MR. SCHOEN:  You mean your suggestion? |
| 11:14:46 | 4 | MR. ROCHON:  Yes. |
| 11:14:47 | 5 | MR. SCHOEN:  Aah, I see.  Okay. |
| 11:14:51 | 6 | Q.   BY MR. SCHOEN:  Mr. Malouh -- |
| 11:14:51 | 7 | MR. ROCHON:  The suggestion to answer -- the |
| 11:14:52 | 8 | suggestion to answer the question. |
| 11:14:54 | 9 | MR. SCHOEN:  Yes, yes.  Yes, yes.  I'm clear |
| 11:14:56 | 10 | on that.  Thank you. |
| 11:14:58 | 11 | Q.   BY MR. SCHOEN:  Mr. Malouh, I want to ask you |
| 11:15:01 | 12 | again:  Are you paid a salary by the PLO? |
| 11:15:15 | 13 | A.   I did not come here in order to respond to |
| 11:15:17 | 14 | such kind of questions. |
| 11:15:19 | 15 | Q.   Do you refuse to tell me whether you're paid |
| 11:15:22 | 16 | a salary by the PLO? |
| 11:15:26 | 17 | A.   I refuse to answer any such question.  And |
| 11:15:29 | 18 | this is already a response. |
| 11:15:31 | 19 | Q.   Does the PLO pay any of your household |
| 11:15:34 | 20 | expenses besides paying for the rent of the apartment? |
| 11:15:57 | 21 | A.   The PLO does not pay me anything except the |
| 11:16:01 | 22 | car and the apartment. |
| 11:16:02 | 23 | Q.   So you do not get paid a salary by the PLO? |
| 11:16:11 | 24 | A.   I did not say that.  You are saying that. |
| 11:16:15 | 25 | Q.   Then I must not have understood your answer. |

| | | |
|---|---|---|
| 11:16:18 | 1 | The translation was that –– was that the PLO |
| 11:16:27 | 2 | does not pay anything to you other than for your car |
| 11:16:33 | 3 | or your apartment.  I'm asking you –– |
| 11:16:43 | 4 | A.   I answered I didn't come here in –– in order |
| 11:16:46 | 5 | to respond to all these kinds of questions. |
| 11:16:51 | 6 | Q.   As I understood your answer, Mr. Malouh, |
| 11:16:58 | 7 | most recently you said the PLO doesn't pay you anything |
| 11:17:03 | 8 | except for your apartment or your car. |
| 11:17:17 | 9 | Is that your testimony today? |
| 11:17:24 | 10 | A.   Understand it the way you want.  And I don't |
| 11:17:28 | 11 | prevent you on this topic.  But I reiterate that I did |
| 11:17:36 | 12 | not come here in order to respond to such kinds of |
| 11:17:40 | 13 | questions. |
| 11:17:42 | 14 | Q.   Mr. Malouh, do you have money in your wallet |
| 11:17:50 | 15 | today? |
| 11:17:58 | 16 | A.   I have –– I have 220 shekels. |
| 11:18:02 | 17 | Q.   Do you have money to pay –– |
| 11:18:06 | 18 | A.   If you want, I could count them with the |
| 11:18:09 | 19 | lawyer here. |
| 11:18:10 | 20 | Q.   Do you have money to buy food during the week |
| 11:18:13 | 21 | for your family? |
| 11:18:23 | 22 | A.   My wife works for the Ministry of Social |
| 11:18:26 | 23 | Affairs.  She's the person to –– to cover the home |
| 11:18:31 | 24 | expenses. |
| 11:18:32 | 25 | Q.   That's a ministry within the PLO or the PA? |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

```
11:18:39   1        A.   (In English.)  PA.

11:18:39   2        Q.   I'm sorry?

11:18:40   3             OFFICIAL INTERPRETER BEN-NAIM:  He answered

11:18:43   4   before I finished.

11:18:43   5             MR. SCHOEN:  Yeah.

11:18:44   6             THE WITNESS:  The PNA.

11:18:47   7        Q.   BY MR. SCHOEN:  (Not translated.)  PNA?  We'll

11:18:51   8   call -- we'll call it Palestine National Authority.

11:18:55   9        A.   (In English.)  National --

11:18:56  10        Q.   (Not translated.)  Pardon?

11:18:56  11        A.   (In English.)  National Authority or Palestine

11:18:59  12   National Authority.

11:18:59  13        Q.   All right.  Are we going to use that instead

11:19:01  14   of "PA"?  We'll call Palestine National Authority the

11:19:05  15   same as the Palestinian Authority for today?

11:19:10  16        A.   (In English.)  Yes.

11:19:14  17             (Translated.)  Since 1990 -- since 1999, we

11:19:23  18   call it the Palestinian National Authority, PNA.  You

11:19:27  19   call it PA.

11:19:28  20        Q.   I'm happy to call it whatever you like.  I'll

11:19:31  21   use "PNA."  But -- but by that, to be clear, I mean the

11:19:38  22   PA that's a defendant in this lawsuit.

11:19:40  23             (Pending question partially translated.)

11:19:41  24             OFFICIAL INTERPRETER BEN-NAIM:  Please repeat

11:19:48  25   your last phrase.
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:19:49 | 1 | MR. SCHOEN:  Yeah.  Sorry. |
| 11:19:50 | 2 | Q.   BY MR. SCHOEN:  Let's just -- we'll get |
| 11:19:51 | 3 | straight on the same terms. |
| 11:19:55 | 4 | What's sometimes referred to as the |
| 11:19:57 | 5 | "Palestinian Authority" you understand to be the |
| 11:20:05 | 6 | same as what you're calling the "Palestine National |
| 11:20:08 | 7 | Authority"? |
| 11:20:18 | 8 | A.   This is how it is in the official documents. |
| 11:20:20 | 9 | Q.   Okay.  So I'm going to call it "PNA" for |
| 11:20:23 | 10 | today. |
| 11:20:23 | 11 | Does the -- does the PNA pay you a salary |
| 11:20:34 | 12 | of any kind? |
| 11:20:42 | 13 | A.   No. |
| 11:20:42 | 14 | Q.   All right. |
| 11:20:42 | 15 | A.   Why are you concerned about my salary? |
| 11:20:51 | 16 | Q.   Mr. Malouh, do you have a bank account? |
| 11:21:02 | 17 | A.   Every employee, every person is paid in |
| 11:21:06 | 18 | the bank.  That's -- that's why I have to open a bank |
| 11:21:09 | 19 | account. |
| 11:21:11 | 20 | Q.   Paid by who, Mr. Malouh? |
| 11:21:21 | 21 | A.   Anything is paid through a bank account. |
| 11:21:29 | 22 | Every person, every functionary is paid through the |
| 11:21:35 | 23 | bank.  They are not paid by cash. |
| 11:21:38 | 24 | Q.   When you're paid, that money goes into a bank |
| 11:21:42 | 25 | account? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:22:01   1         A.   You keep coming back to this account and to
11:22:04   2    the cash and the salary.  I tell you every functionary
11:22:09   3    is paid through the bank.
11:22:11   4         Q.   I'm asking you just about you, Mr. Malouh,
11:22:12   5    right now.
11:22:18   6              When you're paid money, does that money go
11:22:21   7    into a bank account?
11:22:34   8         A.   If you have money to pay me, that -- that's
11:22:39   9    fine.  I will immediately give you the bank account.
11:22:44   10   I will open an account and inform you about it.
11:22:48   11        Q.   Where do you have your bank account,
11:22:49   12   Mr. Malouh?
11:23:00   13        A.   When you decide to deposit funds for my favor,
11:23:04   14   I will go open a bank account and inform you about its
11:23:08   15   number.
11:23:08   16        Q.   Do you have a bank account now?
11:23:19   17        A.   I tell you:  When you decide to donate funds
11:23:22   18   for me, I will go open an account and inform you about
11:23:25   19   the bank account.
11:23:26   20        Q.   (Not translated.)  Do you refuse to tell me
11:23:28   21   now whether you have a bank account or where that bank
11:23:30   22   account is?
11:23:31   23              Excuse me.
11:23:36   24        A.   I don't refuse any question or answer.  But
11:23:41   25   if you do not like my answer, that's another matter.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:23:45  1       Q.   Mr. Malouh, do you have a bank account now?

11:24:01  2       A.   I already told you that, when you decide to

11:24:03  3   donate funds to me, I will open a bank account.

11:24:14  4       Q.   Mr. Malouh, your wife is employed by the PLO?

11:24:20  5            MR. ROCHON:  Objection.

11:24:21  6            Counsel, I think you misstated your question.

11:24:28  7            THE WITNESS:  What does the relation of my

11:24:29  8   wife with the PLO and my life, how does this connect?

11:24:33  9   What relation there is [sic]?

11:24:35  10           MR. SCHOEN:  First of all, I stand corrected.

11:24:36  11  Mr. Rochon, I think what you meant was I said "PLO"

11:24:38  12  and I should have said "PNA"?

11:24:41  13           MR. ROCHON:  That's –– the objection was that

11:24:42  14  you misstated the prior testimony.  Yes.

11:24:47  15      Q.   BY MR. SCHOEN:  (Not translated.)  Okay.

11:24:47  16  Mr. Malouh, your wife is employed by the PNA?

11:24:56  17      A.   I am not ready to answer any question other

11:24:58  18  than what concerns myself.

11:25:00  19      Q.   Mr. Malouh, some of the questions you're

11:25:04  20  answering without the translation.  The –– for example,

11:25:13  21  the ––

11:25:17  22      A.   I am sorry.  But I don't want the translator

11:25:19  23  to suffer.

11:25:20  24           CHECK INTERPRETER HAZOU:  No, no, no.  No, no,

11:25:24  25  no.  He didn't say that.  No.

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:25:26 | 1 | MR. ROCHON:  Well, what did he say? |
| 11:25:28 | 2 | CHECK INTERPRETER HAZOU:  He said -- |
| 11:25:28 | 3 | MR. ROCHON:  Wait.  Wait. |
| 11:25:28 | 4 | CHECK INTERPRETER HAZOU:  I wait -- I wait |
| 11:25:29 | 5 | for the translator, and sometimes he does not answer. |
| 11:25:34 | 6 | THE WITNESS:  I wait for the translator, and |
| 11:25:35 | 7 | he does not answer. |
| 11:25:39 | 8 | Q.   BY MR. SCHOEN:  Okay.  Do you need the |
| 11:25:40 | 9 | translator? |
| 11:25:43 | 10 | A.   Yes. |
| 11:25:44 | 11 | Q.   Okay.  Mr. Malouh, are there any other |
| 11:25:53 | 12 | members of the PLF -- PFLP on the Executive Committee -- |
| 11:25:56 | 13 | Executive Committee of the PLO? |
| 11:26:12 | 14 | A.   Previously, yes. |
| 11:26:13 | 15 | Q.   When were there other members of the PFLP on |
| 11:26:15 | 16 | the exec -- PLO Executive Committee? |
| 11:26:38 | 17 | A.   There were many members.  There was Abu Maher |
| 11:26:39 | 18 | Al-Yamani, Salah Salah, Taysir Qubba'a, Abu Ali Mustafa. |
| 11:26:46 | 19 | Q.   And how about today, are there any other |
| 11:26:49 | 20 | members of the PFLP on the PLO Executive Committee |
| 11:26:51 | 21 | today? |
| 11:27:09 | 22 | A.   I speak in the name of the PFLP within the |
| 11:27:12 | 23 | PLO. |
| 11:27:14 | 24 | Q.   My question is:  Are there any other members |
| 11:27:16 | 25 | of the PFLP who are on the PLO Executive Committee? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:27:51  1        A.   My answer is that there may be different

11:27:54  2   positions and different opinions taken by various

11:27:59  3   members within the Executive Committee which is not

11:28:02  4   binding.

11:28:03  5        Q.   I -- I -- maybe my question wasn't clear.

11:28:06  6             I'm just asking whether there are other PFLP

11:28:10  7   members who -- let me finish the question, please --

11:28:17  8   who sit on the PLO Executive Committee?

11:29:01  9        A.   Officially, there is the official side,

11:29:05  10  and there are positions.  It seems that there is an

11:29:08  11  ignorance in the modus operandi of how the Executive

11:29:12  12  Committee functions and there is a lack of accuracy in

11:29:16  13  speaking.  There are -- are -- there are people who are

11:29:19  14  official spokespersons and people who take positions.

11:29:23  15       Q.   I'm sorry.  You spoke before about members

11:29:26  16  of the PLO Executive Committee; correct?

11:29:28  17            (Pending question partially translated.)

11:29:28  18            OFFICIAL INTERPRETER BEN-NAIM:  Of?

11:29:32  19            MR. SCHOEN:  "Members of the PLO Executive

11:29:33  20  Committee."

11:29:37  21            (Remainder of pending question translated.)

11:29:37  22       Q.   BY MR. SCHOEN:  These members are

11:29:40  23  representatives of the different factions, you said.

11:29:46  24            Are there any --

11:29:48  25            MR. ROCHON:  Objection.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:29:49 | 1 | MR. SCHOEN:  Sorry.  Sorry. |
| 11:29:50 | 2 | MR. ROCHON:  Counsel, it misstates the |
| 11:29:51 | 3 | testimony.  And I don't want to state how because |
| 11:29:55 | 4 | you'll think I'm leading the witness. |
| 11:29:55 | 5 | If you recall, go ahead. |
| 11:29:59 | 6 | Misstating the evidence. |
| 11:30:00 | 7 | Q.   BY MR. SCHOEN:  Yeah.  Okay.  You're a member |
| 11:30:02 | 8 | of the PLO Executive Committee; correct? |
| 11:30:12 | 9 | A.   Correct. |
| 11:30:12 | 10 | Q.   And you're a member of the PLO Executive |
| 11:30:16 | 11 | Committee as a representative of the PFLP; correct? |
| 11:30:29 | 12 | A.   Yes.  Yes. |
| 11:30:31 | 13 | Q.   Okay.  Are there any other members of the |
| 11:30:34 | 14 | PLO Executive Committee who are also members of the |
| 11:30:43 | 15 | PFLP? |
| 11:30:54 | 16 | A.   I don't know about the popular committee. |
| 11:30:59 | 17 | (Comment in Hebrew by Mr. Spitzen.) |
| 11:31:02 | 18 | THE WITNESS:  I am not entitled to speak in |
| 11:31:03 | 19 | the name of any other faction. |
| 11:31:06 | 20 | Q.   BY MR. SCHOEN:  I'm not asking you to speak -- |
| 11:31:09 | 21 | A.   We already spoke about this a while ago. |
| 11:31:13 | 22 | Q.   I'm not asking you to speak about any other |
| 11:31:17 | 23 | faction. |
| 11:31:19 | 24 | MR. HALLER:  There was a mistake in the |
| 11:31:20 | 25 | translation. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:31:22 | 1 | MR. SCHOEN:  I'm told there may have been a |
| 11:31:24 | 2 | mistake in the translation.  I don't know if that means |
| 11:31:28 | 3 | my question or the answer. |
| 11:31:30 | 4 | Just wait one second, Mr. Malouh. |
| 11:31:31 | 5 | MR. SPITZEN:  There was a mistake in the |
| 11:31:33 | 6 | translation.  He said -- |
| 11:31:35 | 7 | (Comment in Arabic by Mr. Spitzen.) |
| 11:31:40 | 8 | MR. SPITZEN:  There is a mistake in the |
| 11:31:41 | 9 | translation.  He said the "popular committee" instead |
| 11:31:45 | 10 | of saying the "Popular Front."  So -- |
| 11:31:46 | 11 | MR. SCHOEN:  Okay.  I'm sorry. |
| 11:31:51 | 12 | MR. McALEER:  And I'm sorry.  For the record |
| 11:31:53 | 13 | again, your name is? |
| 11:31:53 | 14 | MR. SPITZEN:  Arieh Spitzen. |
| 11:31:56 | 15 | MR. McALEER:  Okay.  Mr. Spitzen was the |
| 11:31:57 | 16 | person who just spoke.  And as previously identified |
| 11:32:01 | 17 | in the deposition, he is a consulting expert of the |
| 11:32:06 | 18 | plaintiffs attending and observing this deposition. |
| 11:32:11 | 19 | Q.   BY MR. SCHOEN:  Let me ask the question again. |
| 11:32:14 | 20 | Mr. Malouh, to your knowledge, as a member of |
| 11:32:22 | 21 | the PLO Executive Committee, is there -- are there any |
| 11:32:29 | 22 | other members of the PLO Executive Committee who are |
| 11:32:39 | 23 | also members of the PFLP? |
| 11:32:56 | 24 | A.   I don't know. |
| 11:32:58 | 25 | Q.   You don't know whether there are any other |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:33:00 | 1 | members of the PLO Executive Committee who are also |
| 11:33:03 | 2 | members -- |
| 11:33:05 | 3 | (Comment in Arabic by the witness.) |
| 11:33:05 | 4 | Q.   BY MR. SCHOEN:  Pardon? |
| 11:33:08 | 5 | A.   I personally do not know. |
| 11:33:10 | 6 | Q.   Okay.  While you sit on the PLO Executive |
| 11:33:12 | 7 | Committee, what is your position with the PFLP? |
| 11:33:27 | 8 | MR. McALEER:  Objection as to form. |
| 11:33:28 | 9 | MR. ROCHON:  Objection as -- as to form. |
| 11:33:30 | 10 | And -- and -- and it's impossible to answer, it's so |
| 11:33:35 | 11 | confusing.  So we'd ask you to rephrase it, Counsel. |
| 11:33:41 | 12 | Q.   BY MR. SCHOEN:  What is your position with |
| 11:33:44 | 13 | the PFLP?  Are you a leader of the PFLP? |
| 11:33:49 | 14 | MR. ROCHON:  Object -- objection. |
| 11:33:51 | 15 | Counsel, this is the portion of his testimony |
| 11:33:54 | 16 | dealing with his being on the PLO Executive Committee |
| 11:33:56 | 17 | for -- as a -- as a representative -- as a member of the |
| 11:34:00 | 18 | PLO Executive Committee.  And that's why I was objecting |
| 11:34:03 | 19 | the last time and to this time. |
| 11:34:04 | 20 | If you're moving to the PFLP portion of your |
| 11:34:06 | 21 | examination, you should so state. |
| 11:34:08 | 22 | MR. SCHOEN:  I'm not.  I'm asking him in his |
| 11:34:09 | 23 | capacity -- that's why I prefaced the question with |
| 11:34:10 | 24 | that.  In his capacity as a member of the PLO Executive |
| 11:34:15 | 25 | Committee, is he aware of whether he holds a leadership |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:34:20 | 1 | position in the PFLP also? |
| 11:34:24 | 2 | MR. ROCHON:  When you say "while he's" -- |
| 11:34:25 | 3 | that's what my objection is.  If you could make your |
| 11:34:32 | 4 | question more clear.  Are you saying:  Is he acting |
| 11:34:35 | 5 | in both capacities?  Are you saying -- your question |
| 11:34:37 | 6 | is so confusing as to not be able to be answered. |
| 11:34:40 | 7 | MR. SCHOEN:  Yeah.  Let me -- let me -- |
| 11:34:40 | 8 | I'll -- this is just directed toward you, Mr. Rochon. |
| 11:34:44 | 9 | In -- in our -- from our perspective, as |
| 11:34:46 | 10 | a member of the PLO Executive Committee, he needs |
| 11:34:51 | 11 | to know and ought to know and may know -- whether |
| 11:34:54 | 12 | he knows or not -- what factions are represented on |
| 11:34:58 | 13 | the PLO Executive Committee and whether any members of |
| 11:35:03 | 14 | his faction, the PFLP, are represented on the Executive |
| 11:35:07 | 15 | Committee.  And I mean that solely in his capacity as |
| 11:35:11 | 16 | a member of the Executive Committee. |
| 11:35:16 | 17 | MR. ROCHON:  You -- well, I -- I don't want to |
| 11:35:18 | 18 | have this dialogue with the witness here because you'll |
| 11:35:19 | 19 | get concerned.  I could ask the witness to step out, if |
| 11:35:22 | 20 | you'd like.  Because I think the -- the -- I think, if |
| 11:35:23 | 21 | you clear up the lack of clarity, you might be able to |
| 11:35:27 | 22 | move the examination along. |
| 11:35:28 | 23 | Would you like me to ask him to step out? |
| 11:35:32 | 24 | MR. SCHOEN:  In any event, the translator |
| 11:35:32 | 25 | needs a break now.  We -- I think we all need to take |

```
11:35:34   1   a break now.  So we'll do a bathroom break.
11:35:38   2              How long would you like to break for?
11:35:41   3              THE WITNESS:  Okay.
11:35:42   4              MR. ROCHON:  How about ten, fifteen minutes?
11:35:43   5              MR. SCHOEN:  Fifteen minutes.  So what do you
11:35:45   6   have now timewise?
11:35:49   7              MR. ROCHON:  4:34 in Ramallah.  No, that's --
11:35:53   8              MR. McALEER:  No.
11:35:53   9              MR. ROCHON:  -- my -- 11:35.
11:35:54  10              MR. McALEER:  11:35.
11:35:56  11              MR. ROCHON:  In Washington, DC, it's 4:34.
11:36:00  12              MR. SCHOEN:  So when do you want to call it?
11:36:01  13   When do you want to call it?  When do you want to come
11:36:01  14   back?
11:36:03  15              MR. ROCHON:  11:50.
11:36:05  16              MR. SCHOEN:  Okay.  We're going to turn the
11:36:06  17   mike off.  We're going to turn the mike off on this end.
11:36:10  18              MR. ROCHON:  The same here.
11:36:12  19              (Recess from 11:36 a.m. to 11:56 a.m.)
11:56:34  20              MR. SCHOEN:  Going on the record now.
11:56:35  21        Q.   BY MR. SCHOEN:  Mr. Malouh, I -- I understand
11:56:36  22   your personal lawyer is not yet in the room; is that
11:56:37  23   correct?
11:56:37  24              MR. ROCHON:  No, no.  No, no.  Mr. Saadi is
11:56:38  25   the person who's not here.  We wouldn't have started
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 11:56:38 | 1 | without his personal lawyer. |
| 11:56:38 | 2 | MR. SCHOEN:  Okay. |
| 11:56:38 | 3 | MR. ROCHON:  Mr. Saadi represents -- we're -- |
| 11:56:38 | 4 | we're ready to go. |
| 11:56:39 | 5 | Q.   BY MR. SCHOEN:  All right.  Mr. Malouh, you |
| 11:56:40 | 6 | understand, when we come back from these breaks, you're |
| 11:56:40 | 7 | still under the oath that you took originally? |
| 11:56:42 | 8 | A.   Yes. |
| 11:56:42 | 9 | Q.   The court reporter did not get your full name. |
| 11:56:43 | 10 | She didn't understand your full name. |
| 11:56:43 | 11 | Could you please say it again? |
| 11:56:44 | 12 | (Comment in Arabic by the witness.) |
| 11:56:45 | 13 | MR. McALEER:  The -- the record should reflect |
| 11:56:46 | 14 | the translator is taking some notes and will translate |
| 11:56:48 | 15 | what was just said. |
| 11:56:49 | 16 | THE WITNESS:  My name is Abdel Rahim Mahmoud |
| 11:56:51 | 17 | Ali Abu Malouh, born 23rd of August, 1945. |
| 11:57:07 | 18 | Q.   BY MR. SCHOEN:  Mr. Malouh, as a member of |
| 11:57:14 | 19 | the PLO Executive Committee, do you have what I'm going |
| 11:57:25 | 20 | to call a portfolio, meaning a job -- specific job to |
| 11:57:32 | 21 | do? |
| 11:57:54 | 22 | (Comment in Arabic by Check Interpreter |
| 11:57:54 | 23 | Hazou.) |
| 11:58:03 | 24 | THE WITNESS:  Before 2009 -- |
| 11:58:06 | 25 | MR. SCHOEN:  One second.  Sorry. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

11:58:07  1          THE WITNESS:  Before 2009, I did not have any
11:58:10  2   portfolio.  After the exception of PNC, which was held
11:58:25  3   in 2009, and completing the PLO according to the bylaws,
11:58:34  4   the different tasks were distributed anew.
11:58:42  5          Q.   BY MR. SCHOEN:  All right.  So --
11:58:45  6          A.   I became in charge of the Arabic department.
11:58:49  7          Q.   That was in 2009?
11:58:55  8          A.   After 2009.  2009 there was the exception and
11:59:03  9   meeting of the PNC here in Ramallah.
11:59:07  10         Q.   So two thou --
11:59:13  11         A.   And this was an exceptional kind of meeting
11:59:17  12  in order to complete my membership also in the Executive
11:59:20  13  Committee.
11:59:21  14         Q.   What does the Arabic department do?
11:59:32  15         A.   Relations with Arab countries and Arab groups.
11:59:36  16         Q.   And that's -- sorry.
11:59:39  17              Before 2009, you had an office at the PLO;
11:59:50  18  correct?
11:59:45  19         A.   Yes.
11:59:56  20         Q.   What work, if any, did you do in that office
11:59:59  21  before you had a specific portfolio or job?
12:00:15  22         A.   I was operating within the political --
12:00:19  23              OFFICIAL INTERPRETER BEN-NAIM:  "Domain."
12:00:20  24              THE WITNESS:  -- domain.
12:00:22  25         Q.   BY MR. SCHOEN:  What does that mean?  What

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
12:00:24   1    did you do each day?
12:00:31   2         A.   For example, in March 2008, as an example,
12:00:34   3    I went to Syria to -- to participate in the Arab Summit.
12:00:39   4         Q.   I see.  But before you had a portfolio, what
12:00:45   5    did you use your -- did you go into your office every
12:00:48   6    day?
12:00:57   7         A.   Before that, I was in prison.
12:00:59   8         Q.   Yeah.  So except for the years 2001 to 2007,
12:01:03   9    when you were --
12:01:05   10             MR. HALLER:  2002.
12:01:07   11             MR. SCHOEN:  Sorry.
12:01:08   12        Q.   BY MR. SCHOEN:  I made a mistake.  I'm sorry.
12:01:11   13             From the time in 2002 until the time in 2007
12:01:19   14   when you were in prison, during that time period, did
12:01:30   15   you have an office?
12:01:34   16        A.   (In English.)  No.
12:01:35   17             (Translated.)  There were no offices because
12:01:46   18   the PLO offices were in Gaza and I do not go to Gaza.
12:01:50   19        Q.   I see.  Okay.
12:01:52   20             So when did you start using an office at the
12:01:57   21   PLO?
12:02:18   22        A.   Quite recently, when for me and others there
12:02:21   23   was available offices in the PLO building.
12:02:28   24        Q.   So during the earlier years we spoke about --
12:02:32   25             CHECK INTERPRETER HAZOU:  End -- end -- "end
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:02:33 | 1 | of 2010," he said.  "End of 2010." |
| 12:02:36 | 2 | MR. ROCHON:  Our -- our check translator said |
| 12:02:38 | 3 | that the witness said:  "End of 2010." |
| 12:02:39 | 4 | Is there agreement? |
| 12:02:41 | 5 | CHECK INTERPRETER HAZOU:  "Approximately end |
| 12:02:42 | 6 | of 2010."  Yes. |
| 12:02:43 | 7 | This is miscommunication.  That's all. |
| 12:02:44 | 8 | MR. ROCHON:  Is there -- is there agreement |
| 12:02:45 | 9 | on that? |
| 12:02:47 | 10 | OFFICIAL INTERPRETER AGHAZARIAN:  Okay. |
| 12:02:48 | 11 | Q.   BY MR. SCHOEN:  All right.  So in the early |
| 12:02:53 | 12 | days, when you first joined the PLO Executive Committee, |
| 12:03:03 | 13 | until you moved into this office that you've spoken |
| 12:03:07 | 14 | about now, did you have an office anyplace? |
| 12:03:52 | 15 | A.   In nine -- in 1991, I was in Jordan.  And in |
| 12:04:05 | 16 | 1993, my membership was frozen.  I -- I -- I declined. |
| 12:04:10 | 17 | And, in 1996, I was elected, even during the frozen |
| 12:04:17 | 18 | period, to the Executive Committee.  And, in 1999, I |
| 12:04:21 | 19 | did not action [sic].  And in the meanwhile, Arafat |
| 12:04:24 | 20 | was in Tunis.  And -- and -- and the -- the following |
| 12:04:29 | 21 | phase was in -- was -- the following phase is the |
| 12:04:35 | 22 | current phase. |
| 12:04:41 | 23 | Q.   When you were on the PLO Executive Committee |
| 12:04:44 | 24 | and living in Jordan, did you have an office in Jordan? |
| 12:04:59 | 25 | A.   No.  I was pursuing my functions like this. |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:05:04 | 1 | Q.  I didn't understand what you mean "like this." |
| 12:05:11 | 2 | A.  I did not have a private office in Jordan. |
| 12:05:17 | 3 | Q.  Did the PLO pay you any money while you were |
| 12:05:21 | 4 | living in Jordan? |
| 12:05:40 | 5 | A.  I mentioned that, when I was in Jordan, the |
| 12:05:42 | 6 | PLO provided me with a car.  They rented it for me. |
| 12:05:46 | 7 | Q.  And a place to live? |
| 12:05:54 | 8 | A.  I was moving all the time.  I did not settle |
| 12:05:57 | 9 | down yet. |
| 12:05:58 | 10 | Q.  Did they pay you any money in a salary? |
| 12:06:12 | 11 | A.  Why do you come back and issue -- and -- and |
| 12:06:14 | 12 | to -- for this discussion?  I already responded to these |
| 12:06:17 | 13 | questions.  Tell me. |
| 12:06:22 | 14 | Q.  Did the PLO ever pay you a salary? |
| 12:06:33 | 15 | A.  I already answered such questions. |
| 12:06:35 | 16 | Q.  Do you refuse to answer that question further? |
| 12:06:43 | 17 | A.  I don't refuse.  I answered. |
| 12:06:45 | 18 | Q.  I'm asking you again. |
| 12:06:47 | 19 | Does the PLO pay you a salary? |
| 12:06:55 | 20 | A.  I already said I do not refuse to answer. |
| 12:06:58 | 21 | But I have answered these questions more than once. |
| 12:07:02 | 22 | Q.  Does the PLO Executive Committee pay money |
| 12:07:13 | 23 | to each different faction that make up the members of |
| 12:07:22 | 24 | the PLO? |
| 12:07:28 | 25 | A.  I don't think so.  I don't think so.  You can |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:07:40 | 1 | ask all the members and all the factions:  Do you take |
| 12:07:43 | 2 | or you don't take? |
| 12:07:44 | 3 | Q.   All right.  Does the PLO Executive Committee |
| 12:07:47 | 4 | or any other part of the PLO make payments or allotments |
| 12:08:05 | 5 | to the PFLP? |
| 12:08:14 | 6 | A.   I don't know. |
| 12:08:17 | 7 | Q.   You don't know whether the PLO pays any money |
| 12:08:21 | 8 | to the PFLP? |
| 12:08:32 | 9 | A.   I don't know.  I don't know. |
| 12:08:41 | 10 | Q.   Excuse me one second. |
| 12:08:42 | 11 | (Brief discussion held off the record between |
| 12:08:42 | 12 | Mr. Schoen and Mr. Haller.) |
| 12:08:47 | 13 | Q.   BY MR. SCHOEN:  Do you know whether the |
| 12:08:51 | 14 | Palestine National Fund -- what's the Palestine National |
| 12:08:53 | 15 | Fund? |
| 12:09:12 | 16 | A.   This is a fund that covers the expenses of |
| 12:09:15 | 17 | the embassies and of the different functions.  And |
| 12:09:19 | 18 | this is not in the occupied territories, its location. |
| 12:09:24 | 19 | Q.   Do you know whether the Palestine National |
| 12:09:25 | 20 | Fund or any other unit of the PLO or the PNA makes -- |
| 12:09:32 | 21 | (Pending question partially translated.) |
| 12:09:37 | 22 | OFFICIAL INTERPRETER BEN-NAIM:  Please repeat. |
| 12:09:38 | 23 | Q.   BY MR. SCHOEN:  Do you know whether the |
| 12:09:39 | 24 | Pale -- Palestine National Fund or any other unit of |
| 12:09:48 | 25 | the PLO or the PNA makes -- makes allotments or gives |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:10:01 | 1 | payments to the PFLP or any other faction because its |
| 12:10:09 | 2 | a faction? |
| 12:10:23 | 3 | A.   I don't know anything regarding this. |
| 12:10:25 | 4 | Q.   Do you know whether the bylaws of the PLO or |
| 12:10:27 | 5 | the PNA gives -- provides for any payments to factions? |
| 12:10:55 | 6 | A.   This issue you may discuss with -- with the -- |
| 12:10:58 | 7 | with the relevant parties, not with me personally. |
| 12:11:01 | 8 | Q.   Do you know -- as a member of the PLO |
| 12:11:04 | 9 | Executive Committee, do you know if the PFLP has |
| 12:11:16 | 10 | the right to receive money from the PLO or the PNA? |
| 12:11:36 | 11 | A.   It has the right.  But I have no idea whether |
| 12:11:38 | 12 | this right is applied or not applied. |
| 12:11:41 | 13 | Q.   Where does that right come from? |
| 12:11:59 | 14 | A.   The right that this is the funds of the |
| 12:12:01 | 15 | Palestinian people and it should be distributed equally |
| 12:12:04 | 16 | among all members of the Palestinian people. |
| 12:12:08 | 17 | Q.   Do you know whether the PLO, which you serve |
| 12:12:15 | 18 | on its Executive Committee, or the PNA, has any duty or |
| 12:12:28 | 19 | obligation to pay money to the different factions that |
| 12:12:34 | 20 | are its members? |
| 12:12:41 | 21 | MR. McALEER:  Objection as to form. |
| 12:12:49 | 22 | MR. ROCHON:  I'm directing the witness to |
| 12:12:51 | 23 | answer. |
| 12:13:01 | 24 | THE WITNESS:  I believe that the PNA is an |
| 12:13:03 | 25 | arm of the PLO.  The P -- the PLO should -- should |

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
| 12:13:22 | 1  | convene in order to discuss the different components     |
| 12:13:25 | 2  | of the Palestinian people and orientations.  Within      |
| 12:13:34 | 3  | the Executive Committee of the PLO, this matter has      |
| 12:13:37 | 4  | not been discussed.                                      |
| 12:13:43 | 5  | Q.   BY MR. SCHOEN:  Are you aware of whether the        |
| 12:13:49 | 6  | PLO or PNA bylaws or charter --                          |
| 12:14:00 | 7  | (Pending question partially translated.)                |
| 12:14:00 | 8  | OFFICIAL INTERPRETER BEN-NAIM:  Again?                   |
| 12:14:02 | 9  | MR. SCHOEN:  "Bylaws or charter."                        |
| 12:14:08 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  No, no.  The             |
| 12:14:08 | 11 | whole question.                                          |
| 12:14:09 | 12 | Q.   BY MR. SCHOEN:  Okay.  Are you -- do you know       |
| 12:14:10 | 13 | whether any bylaws or charter or any other requirement   |
| 12:14:19 | 14 | exists within the PLO or PA that provides for payments   |
| 12:14:39 | 15 | to be made to the PFLP or any other faction?  That's it. |
| 12:14:58 | 16 | A.   There is nothing written related to this.          |
| 12:15:02 | 17 | Q.   All right.  Is there a practice or a system        |
| 12:15:12 | 18 | within the PLO or the PNA to pay money to its different  |
| 12:15:24 | 19 | factions?  For example --                                |
| 12:15:33 | 20 | A.   Practically, I do not know.                        |
| 12:15:35 | 21 | Q.   You don't know, as a member of the Executive       |
| 12:15:36 | 22 | Committee, whether the PFLP is paid money by the PLO     |
| 12:15:50 | 23 | or PNA?                                                  |
| 12:16:00 | 24 | A.   From the two positions, I do not know what --      |
| 12:16:02 | 25 | there is practically -- there is nothing written in     |

```
12:16:08   1   order to pay the PFLP or other factions.
12:16:10   2        Q.   Yes, I'm not asking you now about written.
12:16:12   3   I'm asking you whether you know payments are made?
12:16:29   4        A.   No.
12:16:29   5        Q.   You don't know or --
12:16:31   6             CHECK INTERPRETER HAZOU:  "I don't know."
12:16:34   7   "I don't know."
12:16:35   8             THE WITNESS:  I don't know.
12:16:36   9        Q.   BY MR. SCHOEN:  Okay.  Are you aware of a
12:16:37  10   system that provides for payments of money by the PLO
12:16:47  11   or PNA to factions based on some factor like how many
12:17:03  12   members?
12:17:10  13             In other words, that the PLO or PNA pay so
12:17:21  14   much to Fatah, so much to PFLP, and so much to each
12:17:36  15   faction?
12:17:55  16        A.   I do not know.  But I know that these factions
12:17:58  17   work for the Palestinian people.  And they could -- it
12:18:01  18   could be paid from here or from there.
12:18:12  19             Why does the person asking questions insist
12:18:17  20   so much for the separation between the PLO and the PNA?
12:18:24  21   I am a member of the Executive Committee.  The PNA is
12:18:29  22   a part of the PLO.  It's an offshoot.
12:18:40  23        Q.   Maybe I wasn't clear.  I didn't mean to
12:18:43  24   suggest a separation.  I just wanted to ask you about
12:18:49  25   both of them in case you knew about either one making
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

12:18:54  1    payment.

12:19:02  2            Are you aware of any request on behalf of

12:19:09  3    the PFLP for the PLO to pay money to the PFLP for any

12:19:18  4    purpose?

12:19:40  5        A.   I already answered this question more than

12:19:43  6    once.  All the people have the right to have access

12:19:51  7    to such funds.  But, in reality, I do not know.

12:19:54  8        Q.   Yeah.  I understand about the right.

12:19:55  9            I'm asking you:  In all of the time that

12:20:03  10   you have served on the PLO Executive Committee, are

12:20:13  11   you aware of any request being made by or on behalf

12:20:22  12   of the PFLP for the PLO or PNA to pay to or for the

12:20:43  13   benefit of the PFLP?

12:20:49  14           MR. McALEER:  Objection as to form.

12:20:52  15           THE WITNESS:  I already answered this

12:20:54  16   question.

12:20:55  17       Q.   BY MR. SCHOEN:  I'm asking it again, then.

12:20:57  18           Are you aware of any request?

12:21:08  19       A.   I say I already responded to this question

12:21:10  20   more than once.

12:21:11  21       Q.   What was the response?

12:21:12  22           (Comment in Arabic by the witness.)

12:21:12  23           (Pending question re-translated.)

12:21:22  24       Q.   BY MR. SCHOEN:  What was your earlier --

12:21:22  25   what -- what was your earlier response to that question

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

12:21:25   1   whether any requests --

12:21:31   2        A.   It is recorded on your side, and you can

12:21:35   3   listen to it once again.

12:21:36   4        Q.   Okay.  Mr. Malouh, "yes" or "no," do you know

12:21:42   5   of any request ever made by or on behalf of the PFLP

12:21:56   6   to the PL -- PLO or PNA for the payment of any money

12:22:09   7   to the PFLP or for the benefit of the PFLP?

12:22:25   8        A.   I already answered this question.  The PFLP

12:22:28   9   is a founding member of the PLO, and it is part of it.

12:22:33   10        Q.   And it has the right to receive money from

12:22:36   11   the PLO?

12:22:44   12        A.   It has the right.  But whether it has -- you

12:22:48   13   took this right or not, that's another matter.

12:22:50   14        Q.   Are you aware, as a member of the PLO

12:22:53   15   Executive Committee, if the PFLP ever took that right?

12:23:10   16        A.   I don't know.

12:23:13   17        Q.   Mr. Malouh, have you ever -- Mr. Malouh, who

12:23:20   18   in the PLO, if anyone, would know whether any request

12:23:31   19   was made by or on behalf of the PFLP or whether any

12:23:45   20   money was paid by the P -- by the PLO or -- or PNA to

12:23:58   21   or for the benefit of --

12:24:02   22             (Comment in Arabic by the witness.)

12:24:02   23        Q.   BY MR. SCHOEN:  Let me fin -- let me finish

12:24:04   24   my question, please.  Let me --

12:24:05   25        A.   I am not ready to answer such questions.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 12:24:11 | 1 | Q.   -- to or for the benefit of the PFLP?                   |
| 12:24:25 | 2 | A.   I say I'm not ready to respond to this issue            |
| 12:24:27 | 3 | for two reasons.  The first, because this is a political     |
| 12:24:32 | 4 | question.  And I think I'm not here to discuss this          |
| 12:24:40 | 5 | matter about different political opinions.  The second       |
| 12:24:45 | 6 | is I should not be speaking on behalf of others.             |
| 12:24:52 | 7 | Q.   I hope my question wasn't [sic] clear.  I'm             |
| 12:24:55 | 8 | not asking any political questions.                          |
| 12:25:07 | 9 | I'm asking you simply if you know who in the                 |
| 12:25:14 | 10 | PLO or PA -- PNA would know whether a request was made       |
| 12:25:29 | 11 | or payment was made -- request from the PFLP or payment      |
| 12:25:41 | 12 | made to or for the benefit of the PFLP?                      |
| 12:25:55 | 13 | A.   I do not have a response to this question.              |
| 12:25:57 | 14 | And you can ask those who are concerned on this issue.       |
| 12:26:02 | 15 | Q.   Is your answer that you don't know?                     |
| 12:26:11 | 16 | A.   I do not know.  From the outset, I told you             |
| 12:26:15 | 17 | that I'm not ready to respond to something that I do         |
| 12:26:21 | 18 | not know about.                                              |
| 12:26:22 | 19 | Q.   Who would the people -- you referred to "the            |
| 12:26:23 | 20 | people concerned."                                           |
| 12:26:29 | 21 | Who are those people that I should speak to                  |
| 12:26:31 | 22 | to get an answer?                                            |
| 12:26:41 | 23 | A.   You -- you -- you spoke a while ago about               |
| 12:26:43 | 24 | the PLO, the PNA, the Palestinian [sic] National Fund.       |
| 12:26:47 | 25 | So -- so you know -- I mean, you are the one who knows.      |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:26:52 | 1 | Whoever you want to address this question, you can |
| 12:27:00 | 2 | address it to them. |
| 12:27:01 | 3 | Q.   As a member of the PLO Executive Committee, |
| 12:27:07 | 4 | do you believe that you owe any duties to the PLO? |
| 12:27:24 | 5 | A.   Of course there are duties.  What do you |
| 12:27:28 | 6 | expect? |
| 12:27:29 | 7 | Q.   What -- what sort of duties do you owe to |
| 12:27:31 | 8 | the PLO? |
| 12:27:48 | 9 | A.   First of all, there is a -- a platform for |
| 12:27:51 | 10 | the PLO.  And I'm concerned with this program, which |
| 12:27:59 | 11 | is self-determination and a state with Jerusalem as |
| 12:28:04 | 12 | its -- its capital and the right of return. |
| 12:28:06 | 13 | Q.   So you -- sorry. |
| 12:28:13 | 14 | A.   There is a program.  But the PLO recognizes |
| 12:28:16 | 15 | the international conventions and stipulations on that |
| 12:28:20 | 16 | basis.  I work within such a framework. |
| 12:28:29 | 17 | Q.   Are you in -- are you involved in developing |
| 12:28:32 | 18 | the platform of the PLO? |
| 12:28:34 | 19 | (Pending question partially translated.) |
| 12:28:34 | 20 | OFFICIAL INTERPRETER BEN-NAIM:  "Developing |
| 12:28:42 | 21 | the program of"? |
| 12:28:43 | 22 | MR. SCHOEN:  "The platform of the PLO." |
| 12:28:45 | 23 | (Remainder of pending question translated.) |
| 12:28:45 | 24 | THE WITNESS:  I believe in the -- in the |
| 12:28:47 | 25 | platform as is. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

12:28:49   1        Q.   BY MR. SCHOEN:  In the PLO's platform as is?

12:28:59   2        A.   Yes.  I believe in the PLO platform as is.

12:29:04   3        Q.   In your position as a member of the PLO

12:29:07   4   Executive Committee, have you ever felt or believed that

12:29:20   5   there was a conflict between the platform or philosophy

12:29:28   6   of the PLO and the platform or philosophy of the PFLP?

12:29:46   7             MR. McALEER:  Objection as to form.  Lack of

12:29:47   8   foundation.  Calls for an improper opinion and is vague.

12:29:52   9   And lack of foundation.

12:30:00  10             THE WITNESS:  At first, I tell you I believe

12:30:02  11   in the platform as is.  The PLO is a social/political

12:30:10  12   formation.  It has all factions, Marxists and moderates

12:30:17  13   and all parties.  And these parties have opinions.  For

12:30:25  14   instance, over the Oslo Accords, there was different

12:30:28  15   opinions.

12:30:29  16        Q.   BY MR. SCHOEN:  But you under --

12:30:36  17        A.   This is why we say we believe in the platform

12:30:40  18   as is.  But about the amendments, there are different

12:30:47  19   controversial positions.

12:30:49  20        Q.   Can you tell me what those different

12:30:52  21   controversial positions are and what amendments you're

12:31:00  22   referring to?

12:31:24  23        A.   I tell you we believe in the platform as is,

12:31:26  24   the right of self-determination, a state with Jerusalem

12:31:31  25   as the capital, the right of return, and international

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:31:35 | 1 | legitimacy.  Other than that, we are not concerned. |
| 12:31:38 | 2 | Q.  I understood you said there were some |
| 12:31:41 | 3 | controversies about some amendments? |
| 12:31:51 | 4 | MR. McALEER:  Objection.  Misstates testimony. |
| 12:31:53 | 5 | THE WITNESS:  We clearly state that the PLO |
| 12:32:05 | 6 | is a social formation. |
| 12:32:08 | 7 | MR. SCHOEN:  Is a what? |
| 12:32:08 | 8 | OFFICIAL INTERPRETER AGHAZARIAN:  "Social |
| 12:32:09 | 9 | formation." |
| 12:32:17 | 10 | THE WITNESS:  This social formation has –– |
| 12:32:20 | 11 | has different social combinations, factions.  It has |
| 12:32:25 | 12 | Islamist trends or otherwise.  So these factions have |
| 12:32:31 | 13 | different positions.  You have nationalists.  You |
| 12:32:33 | 14 | have Islamists.  You have Marxists.  And there is |
| 12:32:37 | 15 | the Palestinian national position.  And each group |
| 12:32:44 | 16 | has its opinions, but they all –– they all meet under |
| 12:32:51 | 17 | the umbrella of something called "PLO." |
| 12:32:56 | 18 | Q.  BY MR. SCHOEN:  So the PLO accepts all –– |
| 12:32:57 | 19 | accepts all of its factions and supports each –– |
| 12:33:07 | 20 | A.  Yes. |
| 12:33:07 | 21 | Q.  –– and supports the right of each faction |
| 12:33:12 | 22 | to have a difference in position? |
| 12:33:22 | 23 | A.  There are positions where there is consensus, |
| 12:33:25 | 24 | and there are positions –– there are positions when |
| 12:33:29 | 25 | there is –– when there is controversy. |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:33:33 | 1 | Q.   But all of the factions are members of the |
| 12:33:35 | 2 | PLO anyway? |
| 12:33:45 | 3 | A.   Yes. |
| 12:33:45 | 4 | Q.   Each faction has the same right -- |
| 12:33:54 | 5 | A.   The basic law of the PLO says every |
| 12:33:57 | 6 | Palestinian is a member in the PLO, every Palestinian. |
| 12:34:03 | 7 | Q.   And each faction has the same rights as every |
| 12:34:06 | 8 | other faction of the PLO? |
| 12:34:21 | 9 | A.   All factions are equal, but at the level |
| 12:34:24 | 10 | of their presence and support within the Palestinian |
| 12:34:29 | 11 | people. |
| 12:34:30 | 12 | Q.   Can you name for me all of the factions of |
| 12:34:35 | 13 | the PLO that -- that -- |
| 12:34:40 | 14 | A.   I already answered this question. |
| 12:34:42 | 15 | Q.   Can you -- would you please name for me the |
| 12:34:45 | 16 | factions of the PLO that you can think of -- that you |
| 12:34:55 | 17 | can think of or are aware of? |
| 12:35:02 | 18 | A.   I already answered this question more than |
| 12:35:05 | 19 | once.  I don't men -- I won't mention any name which |
| 12:35:10 | 20 | is not existing on this table. |
| 12:35:15 | 21 | Q.   Is the DFLP a faction of the PLO? |
| 12:35:22 | 22 | A.   You already asked the same question. |
| 12:35:25 | 23 | Q.   Mr. Malouh, does the Executive Committee of |
| 12:35:32 | 24 | the PLO ever meet as a whole group? |
| 12:35:55 | 25 | A.   The PLO convenes based on the Israeli consent |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:36:02 | 1 | or re -- rejection whether they could come or not. |
| 12:36:06 | 2 | Q.   When was the last time there was a meeting |
| 12:36:08 | 3 | of the PLO Executive Committee? |
| 12:36:16 | 4 | A.   A few days ago. |
| 12:36:18 | 5 | Q.   Where did they meet? |
| 12:36:25 | 6 | A.   The meeting -- the meeting was held here in |
| 12:36:28 | 7 | Ramallah. |
| 12:36:29 | 8 | Q.   And what was the purpose for that meeting? |
| 12:36:34 | 9 | MR. ROCHON:  Objection.  Objection. |
| 12:36:36 | 10 | (Comment in Arabic by the witness.) |
| 12:36:36 | 11 | MR. ROCHON:  Objection. |
| 12:36:39 | 12 | THE WITNESS:  (In English.)  Okay. |
| 12:36:39 | 13 | MR. ROCHON:  As it goes to the current |
| 12:36:42 | 14 | political decisions of my client, we're not going to |
| 12:36:45 | 15 | discuss the current legislative or political actions |
| 12:36:48 | 16 | of my client in a case that relates to 2002. |
| 12:36:51 | 17 | MR. SCHOEN:  Mr. Rochon, can I ask whether |
| 12:36:54 | 18 | there's a specific basis for that objection under the |
| 12:36:57 | 19 | Federal rules that you're aware of? |
| 12:36:59 | 20 | MR. ROCHON:  You can't bring in a governmental |
| 12:37:02 | 21 | representative, somebody who's on the -- the committee |
| 12:37:05 | 22 | of the PLO in a case from 2002 and start saying, "What |
| 12:37:10 | 23 | did you talk about two days ago in the Executive |
| 12:37:12 | 24 | Committee of the PLO?" and expect to get answers. |
| 12:37:17 | 25 | This is a governmental function.  And -- |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:37:18 | 1 | and whether it's a Federal rule or not, you can't just |
| 12:37:21 | 2 | inquire about governmental functions.  We're here about |
| 12:37:24 | 3 | a specific case. |
| 12:37:25 | 4 | We've -- we've obviously gone a long period |
| 12:37:26 | 5 | of time, and you still haven't gotten to anything to |
| 12:37:29 | 6 | do with this case.  This is so far afield that this |
| 12:37:32 | 7 | witness should not answer the question.  And it goes |
| 12:37:34 | 8 | to political issues that aren't part of this case, |
| 12:37:38 | 9 | current political issues. |
| 12:37:39 | 10 | MR. SCHOEN:  I -- I disagree with your |
| 12:37:39 | 11 | characterization of the questions that I've asked so |
| 12:37:43 | 12 | far.  What -- it is inappropriate to make a speech on |
| 12:37:47 | 13 | that subject. |
| 12:37:48 | 14 | I asked you simply whether there's a Federal |
| 12:37:49 | 15 | rule that you're relying on.  And are you instructing |
| 12:37:51 | 16 | the witness not to answer?  And please state the basis |
| 12:37:54 | 17 | for the instruction to the witness not to answer. |
| 12:37:57 | 18 | MR. ROCHON:  I'm instructing the witness not |
| 12:37:58 | 19 | to answer as to what transpired at the committee meeting |
| 12:38:02 | 20 | of two days ago. |
| 12:38:04 | 21 | MR. McALEER:  And -- and let me also note for |
| 12:38:06 | 22 | the record that the order of the Court dated July 30, |
| 12:38:10 | 23 | 2012, docket entry 162, limits the scope of this part |
| 12:38:15 | 24 | of the deposition to relevant knowledge and actions that |
| 12:38:19 | 25 | Mr. Malouh may have as a member of the PLO Executive |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

12:38:23   1   Committee.  And so by that standard, your question and

12:38:27   2   the information it seeks is not appropriate under the

12:38:30   3   Court's order and as well as any other applicable bases.

12:38:35   4        MR. SCHOEN:  I disagree completely.  It's

12:38:37   5   certainly relevant whether the PLO Executive Committee

12:38:39   6   discusses payments to factions or other business or its

12:38:43   7   approval of various factions.  And I don't think there's

12:38:47   8   any basis under the Federal rules for direction not to

12:38:51   9   answer.

12:38:51   10        MR. ROCHON:  I —— I understand your point.

12:38:53   11   And if you'd ask a question about payments to factions,

12:38:57   12   I haven't objected yet, have I?

12:38:58   13        Your question was:  What did they talk

12:39:00   14   about two days ago?  That could have related to peace

12:39:04   15   negotiations.  That could have related to the situation

12:39:07   16   with the settlements.  That could have related to

12:39:09   17   sensitive political issues.  And the witness is not

12:39:11   18   going to answer those questions.

12:39:11   19        Now, if you want to ask about payments to the

12:39:14   20   factions, which you've been doing, I haven't objected

12:39:16   21   once.  I'm instructing the witness not to answer the

12:39:17   22   question as phrased.  If you rephrase it, I may not

12:39:22   23   instruct him.

12:39:23   24   Q.   BY MR. SCHOEN:  In any meeting that you're

12:39:24   25   aware of, Mr. Malouh, of the PLO Executive Committee,

12:39:27  1  are you aware of any discussion about pay -- payments

12:39:50  2  or the request for payments concerning any factions?

12:40:11  3      A.   The meetings of the Executive Committee is

12:40:14  4  issued on a regular basis by the convenor, the secretary

12:40:20  5  general of the committee.  And those who accept or

12:40:29  6  reject this statement, I'm not responsible for it.

12:40:36  7  And in such meetings of the Executive Committee, fund --

12:40:38  8  money issues are not discussed.

12:40:44  9      Q.   So money issues are not discussed in any

12:40:46  10 meetings of the PLO Executive Committee?

12:40:58  11     A.   Maybe this is discussed within the Israeli

12:41:00  12 government proceedings.

12:41:02  13     Q.   As a member of the Executive Committee of

12:41:07  14 the PLO, have you ever been asked to approve the payment

12:41:16  15 of any money by --

12:41:27  16     A.   I already mentioned that this -- these issues

12:41:29  17 are not discussed.

12:41:31  18     Q.   No, I'm not asking in the meeting.

12:41:33  19          I'm asking whether you are ever asked to

12:41:41  20 approve the payment -- the payment of any money --

12:41:57  21     A.   I say that these issues are not discussed.

12:42:04  22     Q.   I don't understand the answer.

12:42:13  23     A.   I say these issues are not discussed, not

12:42:17  24 inside and not outside.

12:42:20  25     Q.   Have you, as a member of the PLO Executive

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:42:22 | 1 | Committee, ever requested the payment of any money |
| 12:42:33 | 2 | to the PFLP or any other faction? |
| 12:42:43 | 3 | A.  I already responded to this question. |
| 12:42:45 | 4 | Q.  Respond to it again, please. |
| 12:42:54 | 5 | A.  You have it recorded, and you can go on and |
| 12:42:56 | 6 | read it. |
| 12:42:57 | 7 | Q.  Mr. Malouh, have you, as a member of the PLO |
| 12:43:01 | 8 | Executive Committee, ever requested that the PLO or PNA |
| 12:43:18 | 9 | pay any money to the PFLP or PNA -- I'm sorry -- to the |
| 12:43:27 | 10 | PFLP or any faction? |
| 12:43:46 | 11 | A.  I already responded to this question. |
| 12:43:49 | 12 | Q.  As a member of the PLO Executive Committee -- |
| 12:43:52 | 13 | you described yourself as the PFLP representative on |
| 12:44:00 | 14 | the PLO Executive Committee; correct? |
| 12:44:13 | 15 | Correct? |
| 12:44:14 | 16 | (Comment in Arabic by the witness.) |
| 12:44:17 | 17 | Q.  BY MR. SCHOEN:  Pardon? |
| 12:44:21 | 18 | A.  Yes.  And I already answered. |
| 12:44:24 | 19 | Q.  And in your position, then, as the PFLP |
| 12:44:28 | 20 | representative on the PLO Executive Committee, have |
| 12:44:44 | 21 | you ever made any requests on behalf of this group |
| 12:44:50 | 22 | that you represent on the PLO Executive Committee? |
| 12:45:00 | 23 | A.  To make an application for what? |
| 12:45:02 | 24 | Q.  Anything.  Have you ever asked for anything |
| 12:45:05 | 25 | on behalf of the PFLP? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

12:45:14  1    A.    There is an agenda.  We put the agenda, and

12:45:18  2   we discuss it through the agenda.

12:45:20  3    Q.    (Not translated.)  Whose agenda?  Do you

12:45:22  4   discuss, as a member of the PLO Executive -- let me

12:45:29  5   finish my question, please.

12:45:29  6          MR. SCHOEN:  Tell him.

12:45:30  7          (Comment in Arabic by the witness.)

12:45:30  8          (Pending question partially translated.)

12:45:30  9          OFFICIAL INTERPRETER BEN-NAIM:  Restart.

12:45:33  10   Q.    BY MR. SCHOEN:  As a member of the PLO

12:45:34  11  Executive Committee, do you, among other things perhaps,

12:45:39  12  discuss the agenda of the PFLP?

12:45:56  13   A.    We could present or not.

12:45:58  14          How does this relate to what we are up to?

12:46:01  15   Q.    I'm asking you whether you ever have, not

12:46:04  16  whether you could or could not.

12:46:13  17   A.    Personally, I have not presented anything.

12:46:15  18   Q.    (Not translated.)  Oh.  So you have never

12:46:17  19  requested or advocate -- requested or advocated for any

12:46:27  20  position of the PFLP as a member of the PLO Executive

12:46:30  21  Committee?

12:46:33  22          MR. ROCHON:  Objection.  Asked and answered.

12:46:33  23          OFFICIAL INTERPRETER BEN-NAIM:  Sorry.  I

12:46:33  24  didn't get it.

12:46:35  25          MR. SCHOEN:  The translator didn't ask him

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:46:38 | 1 | yet.  As -- |
| 12:46:38 | 2 | MR. ROCHON:  Oh. |
| 12:46:38 | 3 | MR. SCHOEN:  As a -- |
| 12:46:38 | 4 | MR. ROCHON:  I know.  But I objected. |
| 12:46:42 | 5 | MR. SCHOEN:  Pardon? |
| 12:46:43 | 6 | MR. ROCHON:  I objected as -- I said: |
| 12:46:44 | 7 | Objection.  Asked and answered.  I wasn't waiting for |
| 12:46:47 | 8 | the translator.  But I don't mind if the translator |
| 12:46:48 | 9 | put -- |
| 12:46:50 | 10 | MR. SCHOEN:  Are you -- you said he can answer |
| 12:46:50 | 11 | it.  But he doesn't have a question before him. |
| 12:46:52 | 12 | MR. ROCHON:  All right. |
| 12:46:56 | 13 | Q.   BY MR. SCHOEN:  In any event, as a -- is it |
| 12:46:58 | 14 | your testimony that, as a member of the PLO Executive |
| 12:47:06 | 15 | Committee, you have never requested anything from the |
| 12:47:17 | 16 | PLO or PNA for the benefit of the PFLP? |
| 12:47:41 | 17 | A.   I testified that the questions are targeting |
| 12:47:44 | 18 | something other than the questions. |
| 12:47:48 | 19 | Q.   Can you answer my question, please? |
| 12:47:57 | 20 | A.   Related to that, I tell you goodbye.  The |
| 12:48:05 | 21 | redundancy of the question does not solve the problem. |
| 12:48:09 | 22 | Q.   The redundancy of the question, if there |
| 12:48:11 | 23 | is one, hasn't gotten an answer.  I'm asking you that |
| 12:48:17 | 24 | question again. |
| 12:48:21 | 25 | A.   I gave you before -- many questions, I gave |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:48:24 | 1 | the same answer for the various questions. |
| 12:48:28 | 2 | Q.   Mr. Malouh, in -- in your mind, did you answer |
| 12:48:32 | 3 | my question about whether you're paid a salary by the |
| 12:48:37 | 4 | PLO? |
| 12:48:37 | 5 | (Pending question partially translated.) |
| 12:48:37 | 6 | OFFICIAL INTERPRETER BEN-NAIM:  "Salary"? |
| 12:48:45 | 7 | Again? |
| 12:48:46 | 8 | MR. SCHOEN:  "A salary by the PLO." |
| 12:48:49 | 9 | (Remainder of pending question translated.) |
| 12:48:54 | 10 | MR. ROCHON:  Objection to form. |
| 12:48:55 | 11 | You may answer. |
| 12:49:11 | 12 | Q.   BY MR. SCHOEN:  I can't hear your answer, |
| 12:49:12 | 13 | Mr. Malouh. |
| 12:49:13 | 14 | Are you refusing to answer, Mr. Malouh? |
| 12:49:34 | 15 | A.   I already answered that I do not refuse to |
| 12:49:40 | 16 | respond to any question.  And I don't want to respond |
| 12:49:43 | 17 | to any redundant question. |
| 12:49:48 | 18 | Q.   I'm looking here for a "yes" or "no." |
| 12:49:52 | 19 | "Yes" or "no," are you or have you ever been |
| 12:49:56 | 20 | paid a salary by the PLO?  "Yes" or "no"? |
| 12:50:07 | 21 | A.   No one specifies to me "yes" or "no." |
| 12:50:09 | 22 | Q.   I just did.  And I'm asking you for a "yes" |
| 12:50:11 | 23 | or "no" question [sic]. |
| 12:50:16 | 24 | A.   I answered this question a while ago more |
| 12:50:21 | 25 | than once. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

12:50:22  1        Q.   Did you answer "yes" or "no"?

12:50:24  2             Can you answer that one "yes" or "no"?

12:50:36  3        A.   No one decides for me "yes" or "no."

12:50:38  4        Q.   I'm not looking to decide.  I'm asking you

12:50:41  5   for a "yes" or "no" answer to a question that can get

12:50:44  6   a "yes" or "no" answer.

12:50:58  7        A.   I will not answer this question with a "yes"

12:51:00  8   or a "no."

12:51:02  9        Q.   Is that because you're a member of the PLO

12:51:06  10  Executive Committee that no one asks you to give a

12:51:10  11  "yes" or "no" answer?

12:51:20  12       A.   I am here in my capacity as a member of the

12:51:23  13  Executive Committee.  And I came with my personal will

12:51:30  14  to respond to the questions.  But these questions are

12:51:33  15  irrelevant.

12:51:34  16       Q.   As a member of the PLO Executive Committee

12:51:40  17  that you're here to represent, do you -- do you know

12:51:47  18  whether salaries are paid to any faction members by

12:51:55  19  the PLO or PNA?

12:52:00  20       A.   I do not represent here neither the Executive

12:52:04  21  Committee, nor the PLO.  And this question is answered

12:52:09  22  redundantly.  And the responses -- and you should cease

12:52:14  23  raising such questions.

12:52:18  24       Q.   Mr. Malouh, you're here as a member of the

12:52:20  25  PLO Executive Committee?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:52:27 | 1 | A.   I already answered this question. |
| 12:52:29 | 2 | Q.   Yeah.  Do you understand, as a member of the |
| 12:52:32 | 3 | PLO Executive Committee, that you have any duty to the |
| 12:52:39 | 4 | PLO regarding how the PLO's money is spent? |
| 12:53:08 | 5 | A.   I say I am a member of the Executive Committee |
| 12:53:12 | 6 | of the PLO, but I do not represent it here. |
| 12:53:14 | 7 | Q.   I understood that. |
| 12:53:16 | 8 | I'm asking you:  As a member of it -- as |
| 12:53:18 | 9 | a member of it, do you believe you have a duty to the |
| 12:53:27 | 10 | PLO with respect to how the PLO spends its money? |
| 12:53:50 | 11 | A.   You can ask this question to the president |
| 12:53:53 | 12 | and the -- the secretary general of the Palestinian |
| 12:53:58 | 13 | National Fund. |
| 12:53:59 | 14 | Q.   I'm asking you, as a committee member, what |
| 12:54:04 | 15 | you un -- what you understand your duties to be? |
| 12:54:19 | 16 | A.   I am not here to respond to questions which |
| 12:54:22 | 17 | are irrelevant.  Otherwise, every party can answer for |
| 12:54:27 | 18 | its own. |
| 12:54:31 | 19 | Q.   Mr. Malouh, you mentioned before that you were |
| 12:54:36 | 20 | in jail from this period some -- sometime in 2002 to |
| 12:54:43 | 21 | 2007; correct? |
| 12:54:50 | 22 | A.   Yes. |
| 12:54:51 | 23 | Q.   Did you understand, during that period, you |
| 12:54:56 | 24 | still were a member of the PLO Executive Committee? |
| 12:55:12 | 25 | A.   The membership of the Executive Committee |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:55:18 | 1 | remains until the -- the -- the further convening of |
| 12:55:21 | 2 | the PN -- PNC unless you -- you commit other acts that |
| 12:55:28 | 3 | are in -- and I think that the Executive Committee |
| 12:55:38 | 4 | should reward me for being imprisoned by the Israelis. |
| 12:55:44 | 5 | Q.   The Executive Committee should reward you for |
| 12:55:47 | 6 | being in prison? |
| 12:55:53 | 7 | A.   Yes. |
| 12:55:54 | 8 | Q.   What were you -- |
| 12:55:55 | 9 | (Comment in Arabic by the witness.) |
| 12:55:55 | 10 | Q.   BY MR. SCHOEN:  What were you in prison -- |
| 12:55:56 | 11 | A.   Yes.  Yes. |
| 12:55:57 | 12 | Q.   -- for? |
| 12:55:59 | 13 | A.   They must reward me. |
| 12:56:02 | 14 | Q.   What were you in prison for? |
| 12:56:03 | 15 | MR. ROCHON:  Objection.  This is not within |
| 12:56:07 | 16 | the scope of the first part of your examination.  The |
| 12:56:10 | 17 | first part of your examination deals with the status |
| 12:56:12 | 18 | of the PLO Executive Committee.  And I don't believe |
| 12:56:16 | 19 | there's any reason to believe that the reason for |
| 12:56:19 | 20 | incarceration related to that. |
| 12:56:20 | 21 | MR. SCHOEN:  He just said that the Executive |
| 12:56:22 | 22 | Committee should reward him for being in prison.  So |
| 12:56:25 | 23 | this is clearly, then, something that's of interest |
| 12:56:28 | 24 | to the Executive Committee according to Mr. Malouh. |
| 12:56:31 | 25 | MR. ROCHON:  If you want to ask him why he |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
12:56:33   1   thinks that, I have no objection.  But the reason for
12:56:34   2   him being in prison is not by virtue of being in the
12:56:37   3   Executive Committee.
12:56:38   4          MR. SCHOEN:  That would determine whether the
12:56:39   5   Executive Committee's interest is based on the nature
12:56:42   6   of his crime or not and what their interests are, how
12:56:47   7   they view what he's arrested for.  If he -- they should
12:56:51   8   reward him -- go ahead.
12:56:52   9          MR. ROCHON:  If you're talking about resolving
12:56:52  10   this, sooner or later you could get to this question.
12:56:55  11   I'm noting that I think it's not part of this first
12:56:59  12   part.  You think it is.  We can resolve that some other
12:57:02  13   time.  If you want to go ahead and have him answer that
12:57:02  14   now, I'd preserve the objection.
12:57:06  15          MR. SCHOEN:  All right.  Let him answer it
12:57:09  16   now then, please, and you can preserve the objection.
12:57:10  17          MR. ROCHON:  Sure.  If the witness recalls
12:57:13  18   the question, that's fine with me for him to answer it.
12:57:13  19          As I recall the question, it was:  What was
12:57:15  20   he in prison for?
12:57:16  21          MR. SCHOEN:  Yes.
12:57:19  22          Go ahead, Translator.
12:57:21  23          (Pending question re-translated.)
12:57:34  24          THE WITNESS:  I already mentioned my belonging
12:57:38  25   to an illegal -- illegal organization and -- and -- and
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:57:43 | 1 | being a leader of an illegal faction. |
| 12:57:48 | 2 | Q.   BY MR. SCHOEN:  You -- |
| 12:57:54 | 3 | A.   And in year 2002, in Petach Tikva where you |
| 12:57:58 | 4 | are sitting right now, there is a difference, a judge |
| 12:58:10 | 5 | told me, between a -- a dead who is dead and before |
| 12:58:17 | 6 | having the certificate of death. |
| 12:58:18 | 7 | So the agreements with the Palestinians, |
| 12:58:26 | 8 | is it a dead body, which is in the refrigerator?  He |
| 12:58:29 | 9 | said:  Understand it the way you understand.  You can |
| 12:58:41 | 10 | understand whatever you want.  And he gave an order |
| 12:58:45 | 11 | to take me off -- |
| 12:58:45 | 12 | MR. SCHOEN:  I'm sorry.  The translator was -- |
| 12:58:53 | 13 | CHECK INTERPRETER HAZOU:  No, no, no, no.  He |
| 12:58:53 | 14 | asked the -- |
| 12:58:59 | 15 | THE WITNESS:  He gave orders to the Israeli |
| 12:59:04 | 16 | soldiers to get me out of the -- |
| 12:59:06 | 17 | CHECK INTERPRETER HAZOU:  No, no. |
| 12:59:07 | 18 | THE WITNESS:  -- of the solitary confinement. |
| 12:59:11 | 19 | CHECK INTERPRETER HAZOU:  No, no, no. |
| 12:59:11 | 20 | OFFICIAL INTERPRETER BEN-NAIM:  "To the |
| 12:59:11 | 21 | solitary confinement." |
| 12:59:12 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  "To the |
| 12:59:12 | 23 | solitary confinement." |
| 12:59:15 | 24 | CHECK INTERPRETER HAZOU:  "To prison."  "He |
| 12:59:15 | 25 | asked the Israeli soldiers to take me to the cell where |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 12:59:21 | 1 | he will be incarcerated." [sic] |
| 12:59:24 | 2 | MR. McALEER: Let me just be clear. |
| 12:59:26 | 3 | Does the official translator accept the |
| 12:59:28 | 4 | translation that was just offered by the check |
| 12:59:31 | 5 | translator in Ramallah? |
| 12:59:34 | 6 | OFFICIAL INTERPRETER AGHAZARIAN: Yes, I do. |
| 12:59:34 | 7 | There was some disturbance in the voice. |
| 12:59:37 | 8 | MR. McALEER: Yes. I -- I -- I agree. If |
| 12:59:39 | 9 | we could make sure that the witness and translators |
| 12:59:43 | 10 | are not talking at the same time, that would be great. |
| 12:59:46 | 11 | But the record reflects that the official translator |
| 12:59:50 | 12 | accepted the check translator's proposed translation. |
| 13:00:00 | 13 | THE WITNESS: Here they ask for an opportunity |
| 13:00:02 | 14 | to take a rest. There is another question of: How long |
| 13:00:13 | 15 | shall we proceed in this timewise? |
| 13:00:17 | 16 | Q. BY MR. SCHOEN: You mean this deposition? |
| 13:00:24 | 17 | A. Yes. |
| 13:00:24 | 18 | Q. We'll have to see. |
| 13:00:28 | 19 | Do you want a break now? |
| 13:00:33 | 20 | A. (In English.) Yes. They -- they ask me to |
| 13:00:35 | 21 | make a break now, about -- about 15 minutes. |
| 13:00:37 | 22 | Q. Okay. I mean, do you need a lunch break, |
| 13:00:39 | 23 | something longer than that? |
| 13:00:49 | 24 | A. (In English.) I don't know. But -- but we |
| 13:00:51 | 25 | want -- or they want -- |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:00:52 | 1 | Q. (Not translated.) Let me —— let me just |
| 13:00:54 | 2 | ask —— |
| 13:00:54 | 3 | (Comment in Arabic by the witness.) |
| 13:00:54 | 4 | Q. BY MR. SCHOEN: All right. Let me —— let me |
| 13:00:54 | 5 | just ask —— I'll ask —— let me ask one more question, |
| 13:00:58 | 6 | and then we'll —— you'll tell me —— you'll tell me what |
| 13:01:00 | 7 | you want to do for a break after that. |
| 13:01:06 | 8 | Mr. Malouh, in connection with this arrest, |
| 13:01:08 | 9 | it's true, sir —— it's true, sir, that your defense |
| 13:01:16 | 10 | was that the —— the arrest and putting you in jail was |
| 13:01:24 | 11 | illegal because you were a member of the PLO Executive |
| 13:01:32 | 12 | Committee; correct? |
| 13:01:39 | 13 | MR. ROCHON: Wait. Wait. Objection. Calls |
| 13:01:40 | 14 | for a legal conclusion. But the witness can answer the |
| 13:01:44 | 15 | question. |
| 13:01:45 | 16 | Q. BY MR. SCHOEN: Let —— let me —— let me clear |
| 13:01:48 | 17 | it up, then, since you've objected. |
| 13:01:51 | 18 | I'm not asking you whether such a defense |
| 13:01:54 | 19 | actually applied or you believe that it applied. |
| 13:02:12 | 20 | I'm just asking you whether you told the police, |
| 13:02:17 | 21 | for example, that your arrest was illegal because |
| 13:02:28 | 22 | you were a member of the PLO Executive Committee? |
| 13:02:36 | 23 | Correct? |
| 13:02:49 | 24 | A. I spoke —— I —— I —— I spoke about this |
| 13:03:07 | 25 | when I was detained by the police and later on in the |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
13:03:10   1    courtroom.  And it is clear that I am, you know, from
13:03:14   2    the -- from the PFLP.  This has -- this is already on
13:03:19   3    record.
13:03:19   4       Q.  Yeah.  No, but you asserted the defense that,
13:03:23   5    because you're a member of the PLO Executive Committee,
13:03:26   6    your -- your arrest and imprisonment was ill -- were
13:03:40   7    illegal?
13:03:50   8       A.  First -- first of all, it was illegitimate,
13:03:55   9    and it was for a political motivation, period.  And
13:04:00  10    there was no requirement for my imprisonment --
13:04:05  11       Q.  Yes.  But I --
13:04:05  12       A.  -- justification.
13:04:06  13       Q.  I understand your view of that.
13:04:08  14           I'm just asking you specifically whether
13:04:12  15    you told the police and the judge in court -- is
13:04:23  16    someone handing you something, Mr. Malouh, or showing
13:04:27  17    you something?
13:04:28  18           MR. ROCHON:  His counsel was handing him an
13:04:31  19    exhibit.
13:04:31  20           MR. SCHOEN:  And what's that exhibit, please?
13:04:33  21           MR. ROCHON:  It would be Exhibit No. 7.
13:04:39  22       Q.  BY MR. SCHOEN:  Mr. Malouh, I'm asking you a
13:04:40  23    question without re -- not based on any exhibits.  I'm
13:04:53  24    asking you a question whether --
13:05:02  25       A.  You asked what you asked.  But I said:  Being
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
13:05:08   1   a member of the Executive Committee -- and out of all
13:05:13   2   people, I took a commission and went to Gaza -- it
13:05:20   3   does not justify my detention.
13:05:23   4        Q.   I really couldn't hear the answer.  But
13:05:26   5   anyway.  Look, would it --
13:05:30   6             CHECK INTERPRETER HAZOU:  No, no, no.  Wait.
13:05:31   7   He -- he is speaking.  The translator is speaking.  We
13:05:35   8   can't hear what the translation is.
13:05:37   9             MR. SCHOEN:  I couldn't -- I couldn't either.
13:05:38   10            MR. McALEER:  Why don't we --
13:05:39   11            MR. ROCHON:  Okay.  Just -- just one -- just
13:05:39   12   one minute, please, everyone.
13:05:41   13            I would like what I'm about to say be
13:05:45   14   translated, please, by the official translator, sir.
13:05:55   15            OFFICIAL INTERPRETER BEN-NAIM:  Could you
13:05:55   16   hear me, Mr. --
13:05:55   17            MR. McALEER:  Rochon.
13:05:55   18            OFFICIAL INTERPRETER BEN-NAIM:  -- Rochon?
13:05:54   19            MR. SCHOEN:  Can you hear the interpreter,
13:05:56   20   Mr. Rochon?
13:05:59   21            MR. ROCHON:  The translator is fine except --
13:05:59   22   except for when you're talking, Mr. Schoen.
13:06:02   23            What I'd like to say is that the witness
13:06:06   24   needs to break up his answers into shorter pieces and
13:06:08   25   then be quiet while we get the translation because the
```

| | | |
|---|---|---|
| 13:06:12 | 1 | entire record of this case will be in English. |
| 13:06:15 | 2 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |
| 13:06:15 | 3 | MR. ROCHON:  When we are done -- |
| 13:06:18 | 4 | MR. McALEER:  Mark -- |
| 13:06:18 | 5 | MR. ROCHON:  -- there will be a -- |
| 13:06:18 | 6 | MR. McALEER:  Mark. |
| 13:06:18 | 7 | MR. SCHOEN:  Hold on.  Hold on. |
| 13:06:16 | 8 | MR. McALEER:  Mark, further to that point, |
| 13:06:19 | 9 | let the translator translate what you've just said -- |
| 13:06:23 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  Yeah. |
| 13:06:23 | 11 | MR. McALEER:  -- before going on. |
| 13:06:24 | 12 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |
| 13:06:30 | 13 | (Last section of colloquy translated.) |
| 13:06:59 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  Is that |
| 13:07:00 | 15 | correct, George? |
| 13:07:00 | 16 | CHECK INTERPRETER HAZOU:  Yeah. |
| 13:07:02 | 17 | MR. SCHOEN:  Mark. |
| 13:07:03 | 18 | MR. McALEER:  No, he's asking the check |
| 13:07:04 | 19 | translator. |
| 13:07:05 | 20 | George, the request -- Shimon asked you if |
| 13:07:07 | 21 | what he said in Arabic was a correct translation of |
| 13:07:10 | 22 | what Mark said in English. |
| 13:07:14 | 23 | CHECK INTERPRETER HAZOU:  Yes, yes. |
| 13:07:15 | 24 | MR. ROCHON:  And therefore, sir, Mr. Malouh, |
| 13:07:19 | 25 | if you don't break it up more, the record will never |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:07:23 | 1 | reflect what you actually said.  And -- and we won't |
| 13:07:26 | 2 | have it preserved. |
| 13:07:28 | 3 | Therefore, I'd ask the witness to repeat his |
| 13:07:49 | 4 | last answer, which was given in response to the question |
| 13:07:53 | 5 | as to whether he said the statements Mr. Schoen said |
| 13:07:58 | 6 | to the police and the Court. |
| 13:08:27 | 7 | THE WITNESS:  At first, I would like to say |
| 13:08:29 | 8 | clearly that my detention was purely political and it |
| 13:08:32 | 9 | has no relationship or justification whatsoever.  And |
| 13:08:42 | 10 | I want to speak with -- with detail about this phase. |
| 13:08:53 | 11 | In -- in 2005 -- sorry -- 2004 -- on the |
| 13:09:04 | 12 | 21st of November, 2004, I was in Ofer prison, and |
| 13:09:25 | 13 | I was sentenced in the same prison.  And I told them |
| 13:09:28 | 14 | then that I came among five or six million Palestinians |
| 13:09:41 | 15 | stranded abroad.  And I came in my capacity as member |
| 13:09:52 | 16 | of the Executive Council and the PNC. |
| 13:10:10 | 17 | And -- and during this period, I was going |
| 13:10:12 | 18 | to Gaza, and I was going abroad with Yasser Arafat. |
| 13:10:14 | 19 | And during this period, it is you who were granting |
| 13:10:19 | 20 | us the permissions to move. |
| 13:10:26 | 21 | In the same session, after the judge has |
| 13:10:37 | 22 | accepted to adjourn the court in this case -- I |
| 13:10:49 | 23 | don't know what is the communication or the line |
| 13:10:51 | 24 | of communication with the prosecutor.  After, he said: |
| 13:11:04 | 25 | You can go to the appeal court so that you may be able |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:11:10 | 1 | to adjourn the case.  Then I was taken by the prosecutor |
| 13:11:32 | 2 | and by the judge to Ofer where the cause -- the -- the |
| 13:11:36 | 3 | case was to be proceeded.  The major prosecutor:  If |
| 13:12:03 | 4 | he does not accept on the deal, take him and grill him. |
| 13:12:09 | 5 | And the prosecutor requested that there should be a |
| 13:12:23 | 6 | maximum of ten years in order to pursue on this issue. |
| 13:12:30 | 7 | The judge -- the judge had issued a sentence |
| 13:12:41 | 8 | of imprisonment of seven years and two years minimum |
| 13:12:46 | 9 | with a guarantee of five years.  For what?  It was based |
| 13:13:03 | 10 | on two things.  That is the verse of all the charge list |
| 13:13:09 | 11 | and -- and being a member of a hostile organization. |
| 13:13:18 | 12 | On this ground, I say this is unfair and is |
| 13:13:25 | 13 | a mistake.  And this is -- and this is a court with -- |
| 13:13:30 | 14 | with -- this is a very clearly politically riddled |
| 13:13:43 | 15 | issue like Lieberman speaks about Mahmoud Abbas and |
| 13:13:48 | 16 | what happened with Yasser Arafat. |
| 13:13:50 | 17 | Q.   BY MR. SCHOEN:  Mr. -- Mr. Malouh, to |
| 13:13:53 | 18 | summarize, you understand the charge brought against |
| 13:13:57 | 19 | you was for being a leader of this hostile organization, |
| 13:14:04 | 20 | as I understood it.  By that, you mean PFLP; correct? |
| 13:14:16 | 21 | But -- but you told the police that you |
| 13:14:22 | 22 | believe you were arrested or that it was illegal |
| 13:14:28 | 23 | to arrest you because you were a member of the PLO |
| 13:14:37 | 24 | Executive Committee; correct? |
| 13:14:59 | 25 | A.   First of all, I do not agree for the |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:15:02 | 1 | conclusion you have reached because the charge |
| 13:15:04 | 2 | sheet should be very clear-cut from the outset. |
| 13:15:10 | 3 | Q.   I'm -- |
| 13:15:11 | 4 | A.   This is first.  And, secondly, I still |
| 13:15:25 | 5 | believe that my detention and -- and the sentencing, |
| 13:15:28 | 6 | it has to do with my membership of the Executive |
| 13:15:33 | 7 | Committee. |
| 13:15:34 | 8 | Q.   Okay.  And so that was my only question. |
| 13:15:36 | 9 | You told them that from the start?  You told |
| 13:15:39 | 10 | them that from the start of your arrest; right? |
| 13:15:41 | 11 | That's why -- |
| 13:15:52 | 12 | A.   And for this reason, I say that it was an |
| 13:15:56 | 13 | unfair, unjust hearing. |
| 13:16:01 | 14 | Q.   I understand that. |
| 13:16:01 | 15 | Let me ask you -- take a -- take a look at |
| 13:16:03 | 16 | Exhibit 7 now that your lawyer has that there. |
| 13:16:10 | 17 | MR. ROCHON:  I'm just -- I'm going to be |
| 13:16:11 | 18 | handing the witness the exhibits at least from now on. |
| 13:16:14 | 19 | The lawyer has his own copy. |
| 13:16:17 | 20 | MR. SCHOEN:  Sure. |
| 13:16:18 | 21 | MR. ROCHON:  So here in the room, Mr. Malouh |
| 13:16:19 | 22 | has now received a copy of what you guys have indicated |
| 13:16:21 | 23 | was Exhibit 7. |
| 13:16:24 | 24 | THE WITNESS:  (Examining.)  This exhibit which |
| 13:16:31 | 25 | is here, I have signed it at the prosecutor's office |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:16:41 | 1 | during that period. |
| 13:16:42 | 2 | Q.   BY MR. SCHOEN:  Okay.  Is that your hand -- |
| 13:16:43 | 3 | tell me what that exhibit is. |
| 13:16:45 | 4 | Is that your handwriting? |
| 13:16:53 | 5 | A.   It is in my handwriting, and it is available |
| 13:16:56 | 6 | on your side. |
| 13:16:57 | 7 | Q.   Yes.  No, I have it. |
| 13:16:58 | 8 | Look on the second page toward the end. |
| 13:17:04 | 9 | MR. McALEER:  Okay.  While -- while we're -- |
| 13:17:06 | 10 | while we're -- the witness has been directed by counsel |
| 13:17:10 | 11 | to look at the second page of Exhibit 7.  I'll note for |
| 13:17:22 | 12 | the record that the document I have in hand sent to us |
| 13:17:31 | 13 | yesterday by plaintiffs' counsel -- |
| 13:17:37 | 14 | (Pending question partially translated.) |
| 13:17:39 | 15 | OFFICIAL INTERPRETER BEN-NAIM:  The copy? |
| 13:17:39 | 16 | The copy of it? |
| 13:17:41 | 17 | MR. McALEER:  Yeah. |
| 13:17:42 | 18 | (Remainder of pending question translated.) |
| 13:17:43 | 19 | MR. McALEER:  -- is a document that is not |
| 13:17:45 | 20 | in English. |
| 13:17:51 | 21 | Counsel, I have previously asked for you |
| 13:17:54 | 22 | all to tender a certified English translation of any |
| 13:18:01 | 23 | document -- |
| 13:18:01 | 24 | (Last colloquy partially translated.) |
| 13:18:11 | 25 | OFFICIAL INTERPRETER BEN-NAIM:  "Any |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:18:12 | 1 | document"? |
| 13:18:12 | 2 | MR. McALEER:  —— that you are going to be |
| 13:18:14 | 3 | marking as an exhibit in this testimony and showing |
| 13:18:21 | 4 | the witness that reflects what you are proffering |
| 13:18:28 | 5 | to the Court and the witness in this process is |
| 13:18:33 | 6 | the accurate English translation of this exhibit |
| 13:18:36 | 7 | that you are using. |
| 13:18:53 | 8 | Up to this moment, when you were showing |
| 13:18:56 | 9 | the witness this Exhibit 7, we have not received from |
| 13:19:06 | 10 | plaintiffs such a certified English translation of |
| 13:19:20 | 11 | this document.  Defendants preserve their rights with |
| 13:19:28 | 12 | respect to plaintiffs' refusal or failure, whichever it |
| 13:19:34 | 13 | may be, to tender such a translation to the defendants |
| 13:19:38 | 14 | previously. |
| 13:19:38 | 15 | (Last colloquy partially translated.) |
| 13:19:44 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  Sorry.  The |
| 13:19:44 | 17 | last sentence, sir? |
| 13:19:45 | 18 | MR. McALEER:  "Failure or refusal, whichever |
| 13:19:49 | 19 | it may be, to tender such a translation previously." |
| 13:20:03 | 20 | (Remainder of colloquy translated.) |
| 13:20:03 | 21 | (A. Malouh Exhibit A marked.) |
| 13:20:03 | 22 | MR. SCHOEN:  (Partially translated.)  Since |
| 13:20:05 | 23 | we're talking for the record here, as I understand it, |
| 13:20:07 | 24 | for the record, it's my —— it's my understanding that |
| 13:20:14 | 25 | this —— what so far is referred to as Exhibit 7, but |

| | |
|---|---|
| 13:20:19 | 1 |
| 13:20:24 | 2 |
| 13:20:30 | 3 |
| 13:20:33 | 4 |
| 13:20:37 | 5 |
| 13:20:40 | 6 |
| 13:20:40 | 7 |
| 13:20:46 | 8 |
| 13:20:51 | 9 |
| 13:20:55 | 10 |

we -- we'll mark for purposes of this deposition
Plaintiffs' Exhibit A to the deposition is -- my
understanding, it is an exact copy of the original
statement in Arabic in Mr. Malouh's handwriting that
was given -- oh, go ahead and translate.

OFFICIAL INTERPRETER BEN-NAIM:  You're
serious?  No, I mean, if you want --

MR. SCHOEN:  Okay.  I'll start over.

(Last colloquy partially translated.)

MR. SCHOEN:  And that a copy of this
same exact document in Arabic in its original form,
as it appears today and as it was sent to defense
counsel yesterday, was also sent to defense counsel,
Mr. McAcleer, and all defense counsel many weeks ago
by e-mail as part of our disclosures in the case --
disclosures, things we turned over in the case, with
plenty of opportunity to translate it on their own,
if they wished to do so.

They may have translated it.  They have
told us that they have translated other documents in
this case.  We presented it to Mr. Malouh for purposes
of this deposition in its original form in Arabic as
he wrote it so that he would be able to review it and
so that he would not think we changed anything in
translating it.  And it is our understanding that

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
13:23:14    1    there's a translator there who could translate it
13:23:20    2    for counsel present who needs a translation.
13:23:29    3              But, in any case, the -- the purpose of
13:23:32    4    asking Mr. Malouh to look at the statement today --
13:23:35    5    and subject -- I understood all of Mr. McAleer's
13:23:37    6    objections.  I understand he's standing by those
13:23:42    7    objections.  I'm -- we're showing the document to
13:23:44    8    Mr. Malouh today to ask him to review it, perhaps
13:24:06    9    to refresh his recollection, if it needs refreshing,
13:24:08   10    to recall that he told the police, on his arrest,
13:24:22   11    that he felt he was being arrested because he's a
13:24:28   12    member of the PLO Executive Committee.
13:24:36   13         Q.   BY MR. SCHOEN:  Do you see where that's
13:24:38   14    written on this document, Mr. Malouh?
13:24:42   15              (Comment in Arabic by Mr. Spitzen.)
13:24:51   16         Q.   BY MR. SCHOEN:  Did you see --
13:24:52   17         A.   (Examining.)  I am not concerned with what
13:24:57   18    you have come to know.  This is your affair.  If you
13:25:03   19    conclude -- whatever you conclude, that's another
13:25:07   20    matter.  I affirm that what is in Exhibit 7 I have
13:25:22   21    written, full stop.
13:25:27   22         Q.   All right.  And you -- what you wrote is true;
13:25:30   23    correct?
13:25:30   24              (Pending question re-translated by Check
13:25:30   25         Interpreter Hazou.)
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:25:35 | 1 | THE WITNESS:  That's what I'm -- what I'm |
| 13:25:39 | 2 | saying.  I have written and I confirm that I did. |
| 13:25:44 | 3 | Q.   BY MR. SCHOEN:  All right.  All right. |
| 13:25:51 | 4 | A.   And this is, you know, the core of the point, |
| 13:25:54 | 5 | that there was a very clear avoiding to refer to the |
| 13:26:00 | 6 | PLO. |
| 13:26:01 | 7 | Q.   Okay.  But what you mean by that is they |
| 13:26:07 | 8 | claimed it was for another reason, but you believe |
| 13:26:11 | 9 | it was because you were PLO? |
| 13:26:47 | 10 | A.   I will be very clear and frank.  The previous |
| 13:26:51 | 11 | Israeli leadership and the current one and the future |
| 13:26:55 | 12 | one, it is in order to undermine Palestinian rights |
| 13:26:58 | 13 | and -- and Palestinian aspirations.  This is the basis. |
| 13:27:04 | 14 | Q.   All right.  Is this a good time to -- |
| 13:27:18 | 15 | A.   And -- and very clearly why before me |
| 13:27:21 | 16 | there was the dissention of Taysir Khalid, who is |
| 13:27:27 | 17 | also a member of the Executive Committee, and why -- |
| 13:27:37 | 18 | and why there was the campaign against Arafat and |
| 13:27:44 | 19 | later assassination and why now Lieberman is attacking |
| 13:27:49 | 20 | Mahmoud Abbas, who is head of the government and -- |
| 13:27:52 | 21 | and president. |
| 13:27:55 | 22 | Q.   This Taysir Qubba'a you mentioned -- |
| 13:28:01 | 23 | CHECK INTERPRETER HAZOU:  "Taysir Khalid." |
| 13:28:05 | 24 | "Khalid." |
| 13:28:07 | 25 | MR. SCHOEN:  Oh, I see. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
13:28:08   1              CHECK INTERPRETER HAZOU:  "Taysir Khalid."

13:28:08   2              THE WITNESS:  He stayed in prison for a while.

13:28:12   3              MR. ROCHON:  He did not say "Taysir Qubba'a."

13:28:16   4              MR. SCHOEN:  Yes, I understand that.

13:28:16   5              OFFICIAL INTERPRETER BEN-NAIM:  "Qubba'a."

13:28:17   6       Q.   BY MR. SCHOEN:  What -- what faction -- I see.

13:28:17   7            What faction is he?

13:28:26   8       A.   Taysir Khalid -- Taysir Khalid is a member

13:28:31   9   of the Executive Committee.  And he was detained

13:28:34  10   together with me in the year 2002.

13:28:38  11       Q.   Was he also PFLP?

13:28:42  12       A.   I already answered this question of yours.

13:28:46  13       Q.   You answered whether this guy was PFLP?

13:28:52  14       A.   I already answered your question previously.

13:28:56  15       Q.   Okay.  Will you tell me whether the guy's

13:28:58  16   PFLP?

13:29:02  17       A.   I tell you:  I already answered your question.

13:29:05  18       Q.   Okay.  Will you answer me "yes" or "no" if

13:29:08  19   you want lunch now?

13:29:17  20              MR. ROCHON:  Wait.  Wait.

13:29:17  21              (Comment in Arabic by the witness.)

13:29:24  22              MR. ROCHON:  You should translate what he

13:29:27  23   said.

13:29:27  24              MR. SCHOEN:  Translate.

13:29:28  25              He didn't hear.
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
13:29:28   1              OFFICIAL INTERPRETER AGHAZARIAN:  I haven't
13:29:28   2    heard.
13:29:28   3              MR. SCHOEN:  He didn't hear.
13:29:29   4              MR. ROCHON:  Okay.  I was trying to say I
13:29:29   5    was going to mute this so we could discuss the schedule
13:29:33   6    here.  You may want to do the same.  I don't know if you
13:29:33   7    want to try to take a very short break to keep pressing
13:29:36   8    through or a longer one for lunch.  So if we could mute
13:29:40   9    for one minute.
13:29:40   10             MR. SCHOEN:  Okay.  I'm going to tell you,
13:29:42   11   on our end, I want to take a lunch break.
13:29:46   12             MR. ROCHON:  Okay.  Well, then -- then I'm
13:29:46   13   not going to argue about that.  How long do you want?
13:29:48   14             MR. SCHOEN:  I don't know.  What's fair?
13:29:48   15   An hour for lunch?  No?
13:29:51   16             MR. ROCHON:  That's -- that's kind of long.
13:29:53   17             MR. SCHOEN:  Forty-five -- forty-five minutes.
13:29:54   18   Yeah.  I don't know where you have to go here.
13:29:55   19             MR. ROCHON:  I'd like to --
13:29:55   20             MR. SCHOEN:  Forty --
13:29:58   21             MR. ROCHON:  I'll leave that to you folks.
13:30:01   22             MR. SCHOEN:  Forty-five minutes.
13:30:02   23             MR. ROCHON:  Resume at a quarter after 3:00,
13:30:05   24   3:15.
13:30:05   25             CHECK INTERPRETER HAZOU:  At 2:15.
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 13:30:09 | 1 | MR. ROCHON:  2:15.  Correct. |
| 13:30:11 | 2 | CHECK INTERPRETER HAZOU:  So we reconvene |
| 13:30:13 | 3 | at 2:15. |
| 13:30:13 | 4 | MR. SCHOEN:  Okay. |
| 13:30:13 | 5 | MR. ROCHON:  Great. |
| 13:30:15 | 6 | MR. SCHOEN:  Okay. |
| 13:30:16 | 7 | MR. ROCHON:  We're going to mute. |
| 13:30:18 | 8 | MR. SCHOEN:  Okay.  Same here. |
| 13:30:19 | 9 | (Recess from 1:30 p.m. to 2:25 p.m., after |
| 13:30:19 | 10 | which Ms. Darshan-Leitner and Ms. Meridor were |
| 13:30:19 | 11 | not present.) |
| 14:25:18 | 12 | Q.  BY MR. SCHOEN:  Mr. Malouh, I'd like you to |
| 14:25:23 | 13 | take a look at a couple of articles.  They purport to |
| 14:25:31 | 14 | be articles -- |
| 14:25:34 | 15 | CHECK INTERPRETER HAZOU:  Can you please |
| 14:25:36 | 16 | raise the translator's voice?  Mr. Malouh cannot hear |
| 14:25:41 | 17 | very well what he is saying. |
| 14:25:41 | 18 | (Comment in Arabic by Official Interpreter |
| 14:25:41 | 19 | Ben-Naim.) |
| 14:25:42 | 20 | CHECK INTERPRETER HAZOU:  Yes, yes.  Okay. |
| 14:25:45 | 21 | Q.  BY MR. SCHOEN:  Mr. Malouh, I want to show |
| 14:25:47 | 22 | you what's marked over there that your lawyer should |
| 14:25:51 | 23 | have as Exhibit 1.  And I will try to move through this |
| 14:26:02 | 24 | as quickly as possible, if you'll -- if you'll help me. |
| 14:26:10 | 25 | Exhibit 1 purports to be -- it appears to |

| | | |
|---|---|---|
| 14:26:17 | 1 | be an article from the Journal of Palestinian Studies |
| 14:26:32 | 2 | written by you in your capacity as both PLO Executive |
| 14:26:38 | 3 | Committee member and a PFLP position. |
| 14:26:48 | 4 | Do you recognize Exhibit 1? |
| 14:26:51 | 5 | A.   (Examining.)  I saw it now. |
| 14:27:01 | 6 | Q.   Have you ever seen that before?  Is that an |
| 14:27:03 | 7 | article you think you wrote? |
| 14:27:14 | 8 | A.   First of all, this is not an -- something I |
| 14:27:17 | 9 | wrote.  It's an interview. |
| 14:27:19 | 10 | Q.   Okay.  Tell me what it is.  Tell me what it |
| 14:27:21 | 11 | is. |
| 14:27:26 | 12 | A.   The way it is -- this was in July 2003 in |
| 14:27:33 | 13 | Megiddo -- Megiddo prison. |
| 14:27:47 | 14 | Q.   Okay. |
| 14:27:37 | 15 | A.   I just saw -- I just saw it right now.  And |
| 14:27:52 | 16 | I cannot comment what was mentioned or not mentioned |
| 14:27:55 | 17 | in this particular interview. |
| 14:27:57 | 18 | Q.   Well, take a look at it, then, and read it. |
| 14:27:59 | 19 | I just wanted to ask you whether -- I just wanted you |
| 14:28:06 | 20 | to see if that reflects what you said, if you recall. |
| 14:28:25 | 21 | A.   I cannot -- I cannot give quick answers to |
| 14:28:31 | 22 | something that I haven't read carefully.  And then |
| 14:28:34 | 23 | this was something which was written in 2003.  So I |
| 14:28:37 | 24 | cannot answer questions related to this particular |
| 14:28:42 | 25 | interview. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

14:28:54   1        Q.   As you read it now, is there anything in

14:28:57   2   there that you disagree with?

14:29:03   3        A.   I have not read it until this moment.

14:29:07   4        Q.   Okay.  And now that you read it this moment,

14:29:08   5   is there anything in there that's --

14:29:15   6             (Pending question partially translated.)

14:29:20   7             OFFICIAL INTERPRETER BEN-NAIM:  That?

14:29:21   8        Q.   BY MR. SCHOEN:  -- that's inaccurate?

14:29:22   9             MR. McALEER:  Objection.  Misstates testimony.

14:29:29   10            THE WITNESS:  I said that I have not read it.

14:29:31   11   And as far as I'm concerned as if it is nonexistent.

14:29:36   12       Q.   BY MR. SCHOEN:  Okay.  I'm asking you:  Please

14:29:38   13   read the article now or the interview now.

14:29:52   14       A.   I cannot give quick answers for something I

14:29:55   15   read right now.  I have to read it carefully and reflect

14:29:59   16   before I come up with answers on it.

14:30:01   17       Q.   What I'm referring to, Mr. Malouh, is about

14:30:04   18   two or two and a half pages.

14:30:25   19       A.   You may ask about -- you may --

14:30:28   20            CHECK INTERPRETER HAZOU:  Can I -- can I

14:30:28   21   interrupt for a moment?

14:30:30   22            OFFICIAL INTERPRETER BEN-NAIM:  Yes, George.

14:30:30   23            CHECK INTERPRETER HAZOU:  He didn't say this.

14:30:32   24   He said --

           25   //

103

| | | |
|---|---|---|
| 14:30:34 | 1 | (Brief exchange in Arabic between Official |
| 14:30:34 | 2 | Interpreter Ben-Naim and Check Interpreter Hazou.) |
| 14:30:38 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  Aah, okay. |
| 14:30:40 | 4 | Okay.  Okay.  George corrected and I agreed.  Okay? |
| 14:30:48 | 5 | MR. SCHOEN:  What did he say? |
| 14:30:50 | 6 | OFFICIAL INTERPRETER AGHAZARIAN:  That it |
| 14:30:50 | 7 | is two and a half pages. |
| 14:30:53 | 8 | OFFICIAL INTERPRETER BEN-NAIM:  Yeah. |
| 14:30:53 | 9 | OFFICIAL INTERPRETER AGHAZARIAN:  Not |
| 14:30:53 | 10 | "page 2." |
| 14:30:53 | 11 | MR. SCHOEN:  Oh, I said it was two and a |
| 14:30:54 | 12 | half pages. |
| 14:30:56 | 13 | OFFICIAL INTERPRETER BEN-NAIM:  Yeah. |
| 14:30:57 | 14 | MR. SCHOEN:  Oh. |
| 14:30:56 | 15 | OFFICIAL INTERPRETER BEN-NAIM:  But I |
| 14:30:58 | 16 | translated -- |
| 14:30:58 | 17 | MR. SCHOEN:  Okay.  Got it.  Got it.  Got it. |
| 14:30:59 | 18 | Anyway, this is a -- |
| 14:31:01 | 19 | CHECK INTERPRETER HAZOU:  Bad communication. |
| 14:31:02 | 20 | MR. SCHOEN:  Yes.  I'm sorry. |
| 14:31:03 | 21 | Q.   BY MR. SCHOEN:  This is -- what we're showing |
| 14:31:04 | 22 | you, Exhibit 1, is about two and a half pages.  I'm not |
| 14:31:14 | 23 | asking you for a quick answer.  And I wasn't going to |
| 14:31:20 | 24 | make you go -- ask you to go through the article with |
| 14:31:23 | 25 | me.  I'm just asking you to look at it and see whether |

14:31:36   1   you believe this accurately reflects the interview you

14:31:46   2   gave that purports to be reflected in that document.

14:31:52   3        A.   (Examining.)  First, I would like to say

14:32:11   4   that this interview dates back when I was in Megiddo

14:32:15   5   prison in the year 2003.  And I will not -- I'm not in

14:32:29   6   a position to give any answer before I carefully read

14:32:32   7   it and ponder over it in order to respond.

14:32:37   8        Q.   Okay.  Please carefully read it and ponder

14:32:41   9   over it.

14:32:42  10        A.   Once again, if you have any specific

14:32:46  11   questions, go ahead.

14:32:46  12        Q.   My specific question is whether that

14:32:51  13   interview -- whether that document accurately reflects

14:33:01  14   the interview you gave.  And I'm asking you to please

14:33:06  15   take the time to read it care -- as carefully as you

14:33:09  16   need.

14:33:19  17        A.   I don't know and I don't recall.  I just saw

14:33:27  18   this document right now.  And reading it is on another

14:33:31  19   occasion.

14:33:31  20        Q.   (Not translated.)  All right.  And if you

14:33:32  21   don't recall whether it accurately reflects the

14:33:35  22   interview, please read it now and tell me with --

14:33:38  23   whether you agree with what is written there as

14:33:41  24   reflecting your position.

14:33:43  25             (Comment in Arabic by Mr. Hassan.)

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 14:33:43 | 1 | CHECK INTERPRETER HAZOU:  Hang on a minute. |
| 14:33:43 | 2 | We have -- something came up.  Hang on a minute, please. |
| 14:33:51 | 3 | "I cannot recall," he said.  "I cannot |
| 14:33:53 | 4 | recall."  "I cannot remember." |
| 14:33:55 | 5 | MR. ROCHON:  This is his counsel making that |
| 14:33:57 | 6 | statement to George Hazou. |
| 14:33:59 | 7 | (Brief exchange in Arabic between Mr. Hassan |
| 14:33:59 | 8 | and Check Interpreter Hazou.) |
| 14:34:19 | 9 | OFFICIAL INTERPRETER AGHAZARIAN:  The lawyer |
| 14:34:20 | 10 | of the witness is saying that he does not recall this |
| 14:34:26 | 11 | particular interview. |
| 14:34:28 | 12 | Q.   BY MR. SCHOEN:  Okay.  I understand you don't |
| 14:34:31 | 13 | recall it.  So I'm asking you to read it now and see if |
| 14:34:36 | 14 | you agree with what's written there that's attributed |
| 14:34:40 | 15 | to you as you sit here now. |
| 14:35:01 | 16 | A.   I am telling -- I say it in a very clear and |
| 14:35:15 | 17 | frank way.  I shall take and read this document.  But |
| 14:35:17 | 18 | if you have any particular questions, ask them directly. |
| 14:35:21 | 19 | Q.   I just asked you.  That's my question. |
| 14:35:23 | 20 | The article as a whole, is there anything in |
| 14:35:26 | 21 | there you disagree with? |
| 14:35:46 | 22 | A.   For the -- I said for the 20th time that |
| 14:36:13 | 23 | I have not been exposed to this interview.  Frankly, |
| 14:36:18 | 24 | I have not read it, and I do not recall.  As I said, |
| 14:36:23 | 25 | this -- it has been years and years that this happened. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

106

| | | |
|---|---|---|
| 14:36:29 | 1 | And -- and -- and I do not recall anything. |
| 14:36:32 | 2 | Q.   Okay.  In all of this time that we've been |
| 14:36:35 | 3 | discussing this, I submit to you, Mr. Malouh, you could |
| 14:36:38 | 4 | have read the article and given an answer.  So I'm going |
| 14:36:41 | 5 | to ask you one more time. |
| 14:36:41 | 6 | Do you refuse to read the article now as we |
| 14:36:44 | 7 | sit here? |
| 14:36:45 | 8 | (Pending question partially translated.) |
| 14:36:45 | 9 | OFFICIAL INTERPRETER BEN-NAIM:  I -- "I ask |
| 14:36:45 | 10 | you one more time"? |
| 14:36:46 | 11 | Q.   BY MR. SCHOEN:  Do you refuse to read the |
| 14:37:00 | 12 | article and give me an answer? |
| 14:37:15 | 13 | A.   This -- I have not exposed to this. [sic] |
| 14:37:27 | 14 | And I am not ready to give answers on an article that |
| 14:37:30 | 15 | I have not read. |
| 14:37:34 | 16 | Q.   Yeah.  You keep repeating that.  And I'm |
| 14:37:37 | 17 | asking you to read it now. |
| 14:37:48 | 18 | Will you please read it now? |
| 14:37:57 | 19 | A.   I'm not ready now to go into this.  This is |
| 14:38:00 | 20 | something that needs reading on a different time. |
| 14:38:03 | 21 | Q.   Okay.  Let me ask you to turn to Exhibit 2, |
| 14:38:05 | 22 | please. |
| 14:38:10 | 23 | Yeah.  Sorry.  Let me mark -- I have to mark |
| 14:38:15 | 24 | the -- what we've called earlier Exhibit 1 will be |
| 14:38:19 | 25 | marked Plaintiffs' Exhibit B to the deposition. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

107

```
14:38:32   1              OFFICIAL INTERPRETER BEN-NAIM:  Again?
14:38:33   2              MR. SCHOEN:  We'll mark that document
14:38:35   3    Plaintiffs' Exhibit B to the deposition.
14:38:38   4              (A. Malouh Exhibit B marked.)
14:38:46   5         Q.   BY MR. SCHOEN:  Let me -- Mr. Malouh --
14:38:47   6              MR. ROCHON:  Counsel.
14:38:48   7         Q.   BY MR. SCHOEN:  Mr. Malouh, let me --
14:38:49   8              MR. ROCHON:  Counsel, just so we -- Counsel,
14:38:51   9    the one you just showed him, then, was -- you're marking
14:38:54  10    as B?
14:38:56  11              MR. SCHOEN:  Correct.
14:38:56  12              MR. ROCHON:  "B" like --
14:38:57  13              MR. SCHOEN:  "B" like "baker."
14:38:59  14              MR. ROCHON:  Exhibit 1 -- for the purpose of
14:39:00  15    this deposition, what we've worked on, Exhibit 1, is,
14:39:02  16    in fact, "B"?
14:39:04  17              MR. SCHOEN:  Correct.
14:39:04  18              MR. ROCHON:  Yes?
14:39:05  19              MR. SCHOEN:  Yes.
14:39:05  20              MR. ROCHON:  What was -- what was "A"?
14:39:07  21              MR. SCHOEN:  Seven was "A."  We marked 7 as
14:39:09  22    "A."
14:39:11  23              MR. McALEER:  So what was --
14:39:11  24              MR. ROCHON:  Thank you.
14:39:11  25              MR. McALEER:  Okay.
```

| 14:39:13 | 1 | MR. ROCHON:  What was used this morning was |
| 14:39:15 | 2 | marked as Exhibit A? |
| 14:39:16 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  Can I |
| 14:39:17 | 4 | translate -- |
| 14:39:18 | 5 | MR. SCHOEN:  Correct. |
| 14:39:18 | 6 | OFFICIAL INTERPRETER BEN-NAIM:  -- for the |
| 14:39:18 | 7 | sake of -- so he can understand what's going on? |
| 14:39:21 | 8 | MR. McALEER:  Yes. |
| 14:39:21 | 9 | MR. SCHOEN:  Sure. |
| 14:39:22 | 10 | (Last section of colloquy translated.) |
| 14:39:22 | 11 | (A. Malouh Exhibit C marked.) |
| 14:39:24 | 12 | MR. ROCHON:  I've given him what we had marked |
| 14:39:26 | 13 | as Exhibit 2, which you are now telling us is -- is, for |
| 14:39:29 | 14 | the record, is deposition Exhibit C? |
| 14:39:34 | 15 | MR. SCHOEN:  Correct. |
| 14:39:34 | 16 | MR. ROCHON:  Yes? |
| 14:39:35 | 17 | MR. SCHOEN:  Correct. |
| 14:39:35 | 18 | MR. ROCHON:  All right.  The witness has it. |
| 14:39:38 | 19 | Q.   BY MR. SCHOEN:  Mr. Malouh, in this Exhibit C |
| 14:39:41 | 20 | to this deposition, that document, I would direct your |
| 14:39:52 | 21 | attention to what's numbered pages 67 to 69 and ask |
| 14:40:03 | 22 | you if you can identify the document? |
| 14:40:06 | 23 | A.   (Examining.)  I just received it. |
| 14:40:13 | 24 | Q.   Take your time. |
| 14:40:28 | 25 | A.   I'm not in a position to respond to documents |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| 14:40:32 | 1 | that I just received. |
| 14:40:33 | 2 | Q.   So again, Mr. Malouh, as you sit there, I'm |
| 14:40:36 | 3 | asking you to read what appear to be three pages of this |
| 14:40:40 | 4 | document.  It -- |
| 14:40:57 | 5 | A.   I am not ready now to read any document that |
| 14:41:00 | 6 | I have not been exposed to previously. |
| 14:41:03 | 7 | Q.   When you say "exposed," Mr. Malouh, this |
| 14:41:06 | 8 | appears to be a document that's an article that you |
| 14:41:10 | 9 | wrote in your -- in your capacity as a member of the |
| 14:41:27 | 10 | PLO Executive Committee and in your capacity with the |
| 14:41:31 | 11 | PFLP. |
| 14:41:46 | 12 | A.   I said clearly that I'm not in a position -- |
| 14:41:50 | 13 | I'm not -- in a position not to discuss a document that |
| 14:41:59 | 14 | was ten years ago.  Maybe I have written.  Maybe some -- |
| 14:42:01 | 15 | someone else has written.  But I'm not in a position to |
| 14:42:07 | 16 | answer on it. |
| 14:42:09 | 17 | Q.   Yeah.  That's why I was asking -- asking |
| 14:42:11 | 18 | whether you wrote it, if you can tell by looking at it. |
| 14:42:14 | 19 | Because it does have your name in both capacities. |
| 14:42:17 | 20 | So I'm ask -- |
| 14:42:55 | 21 | A.   I said I'm not ready -- you can direct your |
| 14:43:06 | 22 | questions to the publisher, to the Palestinian Institute |
| 14:43:11 | 23 | for Studies.  But if you have any specific comments, |
| 14:43:15 | 24 | I can respond to it. |
| 14:43:17 | 25 | Q.   All right.  Let me ask you a question. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 14:43:19 | 1 | If you'd turn to page six -- it's marked "67" |
| 14:43:22 | 2 | on the document.  It's about halfway down the column. |
| 14:43:32 | 3 | And in Arab -- in Arabic, it appears to say the word |
| 14:43:41 | 4 | "third."  We'll ask the translator to translate. |
| 14:43:58 | 5 | Please look at that page 67.  I want to ask |
| 14:44:01 | 6 | you a question about it. |
| 14:44:17 | 7 | A.   I will not respond.  I will not respond |
| 14:44:33 | 8 | to anything, whether it is page 67, 68, or 69, |
| 14:44:36 | 9 | what happened, when happened.  I'm not going to |
| 14:44:40 | 10 | be forthcoming in responding to these questions. |
| 14:44:44 | 11 | Q.   You had asked me to ask you a specific |
| 14:44:47 | 12 | question about the document.  So I'm trying now to |
| 14:44:50 | 13 | accommodate you. |
| 14:44:59 | 14 | So if you would look at that page 67 in the |
| 14:45:07 | 15 | part I asked you to look at, which purports to talk |
| 14:45:14 | 16 | about the -- the reasons for the Intifada.  I want |
| 14:45:25 | 17 | to ask you if you agree with what's written there |
| 14:45:29 | 18 | as you read it now? |
| 14:45:48 | 19 | A.   I -- I'm -- I -- I'm not going to debate |
| 14:45:54 | 20 | this issue.  But the reasons for the Intifada is the |
| 14:45:57 | 21 | occupation.  You are the reason for the occupation. |
| 14:46:01 | 22 | Q.   In -- in -- on this page 67, if you wrote |
| 14:46:07 | 23 | this article, you appear to give several reasons for |
| 14:46:11 | 24 | the Intifada, in -- including the ability to obtain |
| 14:46:24 | 25 | weapons.  So I'm asking you to read it and see whether |

```
14:46:28   1   you agree with that.
14:46:41   2        A.   I -- I told you that I have not read and I
14:46:44   3   will not read.
14:46:48   4        Q.   Let me ask you to look at --
14:46:54   5             (Comment in Arabic by the witness.)
14:46:50   6        Q.   BY MR. SCHOEN:  I don't think the translator
14:46:55   7   heard.  I'm sorry.
14:46:59   8        A.   Not in this session.  In this session, I'm not
14:47:03   9   in a position to --
14:47:05  10        Q.   (Not translated.)  Do you want to come back
14:47:06  11   for another session?
14:47:09  12             CHECK INTERPRETER HAZOU:  No, no.  Let's see
14:47:10  13   the translation --
14:47:11  14             MR. SCHOEN:  Oh.
14:47:11  15             CHECK INTERPRETER HAZOU:  Translation.
14:47:15  16             (Pending question translated.)
14:47:15  17             (Comment in Arabic by the witness.)
14:47:24  18             CHECK INTERPRETER HAZOU:  No, no, no.
14:47:24  19             (Comment in Arabic by the witness.)
14:47:24  20             MR. HALLER:  Albert, what did he say?
14:47:32  21             THE WITNESS:  You're -- you're free to do it.
14:47:34  22             CHECK INTERPRETER HAZOU:  No, no, no.
14:47:34  23             THE WITNESS:  But I will not come in another
14:47:38  24   session after this one.
14:47:40  25             CHECK INTERPRETER HAZOU:  What -- what he's
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 14:47:41 | 1 | saying -- and I think also due to bad communication. |
| 14:47:43 | 2 | He's saying that he -- at least for now, he will not |
| 14:47:48 | 3 | read the interview or the article.  But he may read |
| 14:47:51 | 4 | it later as he wishes.  But he will not do it now. |
| 14:47:56 | 5 | MR. SCHOEN:  You agree with -- that's what |
| 14:47:58 | 6 | I [sic] said? |
| 14:47:59 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  That's what |
| 14:47:59 | 8 | he said. |
| 14:47:59 | 9 | OFFICIAL INTERPRETER AGHAZARIAN:  But he |
| 14:47:59 | 10 | said -- he added that "personally, I will not come |
| 14:48:03 | 11 | to another depo." |
| 14:48:06 | 12 | CHECK INTERPRETER HAZOU:  Yes.  But he said |
| 14:48:11 | 13 | something before it -- before that.  You're right, |
| 14:48:12 | 14 | Albert.  This is what he said.  But he said something |
| 14:48:16 | 15 | before, which I think you did not hear. |
| 14:48:18 | 16 | MR. SCHOEN:  And that's what -- I'm sorry. |
| 14:48:20 | 17 | George, that's what you had said into the record? |
| 14:48:21 | 18 | That's -- what you said into the record is what you |
| 14:48:24 | 19 | heard Mr. Malouh say; correct? |
| 14:48:29 | 20 | CHECK INTERPRETER HAZOU:  Yes, sir. |
| 14:48:30 | 21 | MR. SCHOEN:  Okay. |
| 14:48:37 | 22 | (Brief exchange in Arabic between Check |
| 14:48:37 | 23 | Interpreter Hazou and the witness.) |
| 14:48:44 | 24 | OFFICIAL INTERPRETER AGHAZARIAN:  He is |
| 14:48:47 | 25 | saying:  "Do you want us to meet again" -- |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

113

| | | |
|---|---|---|
| 14:48:50 | 1 | OFFICIAL INTERPRETER BEN-NAIM:  No. |
| 14:48:50 | 2 | OFFICIAL INTERPRETER AGHAZARIAN:  -- "in |
| 14:48:51 | 3 | another depo?" |
| 14:48:53 | 4 | OFFICIAL INTERPRETER BEN-NAIM:  No.  He's |
| 14:48:54 | 5 | answering George.  He's answering George. |
| 14:49:00 | 6 | MR. SPITZEN:  He's now -- he's now speaking |
| 14:49:01 | 7 | to George. |
| 14:49:02 | 8 | Q.   BY MR. SCHOEN:  Okay.  Mr. Malouh, I want to |
| 14:49:02 | 9 | be clear with you.  I want you to have as much time as |
| 14:49:07 | 10 | you feel you need to read these documents in order to |
| 14:49:21 | 11 | answer my questions.  Now, some of the questions have |
| 14:49:29 | 12 | been asking you to identify the document and whether |
| 14:49:37 | 13 | you recall whether you -- if you wrote it or gave the |
| 14:49:40 | 14 | interview. |
| 14:49:40 | 15 | As I understood your answer to that, it's |
| 14:49:52 | 16 | essentially that you would need more time to read the |
| 14:49:59 | 17 | document and consider it.  On that point, I'm asking |
| 14:50:10 | 18 | you to please take as much time as you want. |
| 14:50:17 | 19 | And on the second set of questions, I'm asking |
| 14:50:24 | 20 | you simply to look at the document now, specifically |
| 14:50:33 | 21 | page 67 of Exhibit C, and ask you just to comment on |
| 14:50:42 | 22 | that -- what's written there, whether or not you recall |
| 14:50:50 | 23 | if you wrote it or gave an interview. |
| 14:51:02 | 24 | Will you do that, please? |
| 14:51:14 | 25 | A.   In this session, it will not happen, because |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

114

| 14:51:17 | 1 | this has been since long time.  Do you want to get me |
| 14:51:21 | 2 | back to prison?  Whether it is the interview or what was |
| 14:51:39 | 3 | written has its own circumstances when it was written. |
| 14:51:42 | 4 | Whether it is relevant or not, I don't know. |
| 14:51:46 | 5 | Q.   Do you refuse to read it and answer my |
| 14:51:49 | 6 | question based on the document? |
| 14:51:53 | 7 | A.   I refuse reading it now in this particular |
| 14:51:56 | 8 | session. |
| 14:51:57 | 9 | Q.   Will you agree to come back for another |
| 14:52:00 | 10 | session after you've had a chance to read it? |
| 14:52:06 | 11 | A.   This has to do with the future and with time. |
| 14:52:08 | 12 | It depends. |
| 14:52:10 | 13 | Q.   Okay.  Let me ask you to look at exhibits |
| 14:52:16 | 14 | previously marked 4 and 5, which we will now mark as |
| 14:52:21 | 15 | D and E. |
| 14:52:40 | 16 | (A. Malouh Exhibits D and E marked.) |
| 14:52:41 | 17 | Q.   BY MR. SCHOEN:  4 and 5. |
| 14:52:42 | 18 | Let me ask you a question, Mr. Malouh. |
| 14:52:59 | 19 | When you -- if you were to write an article |
| 14:53:07 | 20 | or give an interview in your capacity as a PLO Executive |
| 14:53:15 | 21 | Committee member, do you need to get anyone's permission |
| 14:53:24 | 22 | to do so? |
| 14:53:25 | 23 | A.   (Examining.)  Very clearly, if -- if I need |
| 14:53:44 | 24 | a permission, it is -- it -- it has to come from the |
| 14:53:49 | 25 | paper which is introducing me, whether it is Al-Ittihad, |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

115

| | | |
|---|---|---|
| 14:53:53 | 1 | Al-Quds, or Al-Hadaf. |
| 14:53:58 | 2 | Q.   I don't understand. |
| 14:53:58 | 3 | OFFICIAL INTERPRETER AGHAZARIAN:  "Papers." |
| 14:53:58 | 4 | MR. SCHOEN:  I don't understand the answer. |
| 14:53:57 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  That's the |
| 14:53:59 | 6 | name of papers. |
| 14:53:59 | 7 | MR. SCHOEN:  Yes. |
| 14:54:00 | 8 | Q.   BY MR. SCHOEN:  I don't understand. |
| 14:54:00 | 9 | What do you mean the permission has to come |
| 14:54:03 | 10 | from them? |
| 14:54:03 | 11 | (Pending question partially translated.) |
| 14:54:09 | 12 | OFFICIAL INTERPRETER BEN-NAIM:  "Them"? |
| 14:54:10 | 13 | MR. SCHOEN:  "Has to come from them, |
| 14:54:12 | 14 | permission." |
| 14:54:12 | 15 | (Remainder of pending question translated.) |
| 14:54:17 | 16 | THE WITNESS:  Because it is up to the given |
| 14:54:21 | 17 | newspaper that publishes or does not publish according |
| 14:54:24 | 18 | to its requirements. |
| 14:54:26 | 19 | Q.   BY MR. SCHOEN:  Do you believe that you have |
| 14:54:27 | 20 | the authority to speak publicly or to give an interview |
| 14:54:42 | 21 | or to write an article in your capacity as a PLO |
| 14:54:48 | 22 | Executive Committee member? |
| 14:55:07 | 23 | A.   In my capacity of my membership -- |
| 14:55:14 | 24 | Q.   One second.  We're just translating now.  Tell |
| 14:55:17 | 25 | him I said that. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

14:55:19   1          A.    In my capacity of my membership, I can, like
14:55:24   2    any other person, speak what I want to speak.  And it
14:55:30   3    has to do with the political decision which is connected
14:55:33   4    with a specific decision.
14:55:36   5          Q.    Okay.  The exhibits you have now been handed,
14:55:43   6    which are D and E, previously 4 and 5, purport -- appear
14:55:58   7    to be articles from Al-Hadaf magazine written by you in
14:56:13   8    your capacity as a PLO Executive Committee member and
14:56:23   9    in your capacity with the PFLP.
14:56:31  10          For Exhibit D, I would direct your attention
14:56:34  11    to page 14.  And for Exhibit E, I would direct your
14:56:44  12    attention to page 16.  And I would ask you if you
14:56:53  13    recognize these documents starting at those pages?
14:56:57  14          MR. ROCHON:  Just --
14:57:06  15          THE WITNESS:  (Examining.)  What's the
14:57:11  16    question?
14:57:11  17          Q.    BY MR. SCHOEN:  I asked you if you recognize
14:57:13  18    the document, first of all?
14:57:34  19          A.    This is Al-Hadaf magazine in the year 2000.
14:57:39  20          What is the question?  What's the question?
14:57:41  21          Q.    Okay.  First, what is Al-Hadaf magazine?
14:57:51  22          A.    This is the magazine that speaks in the name
14:57:54  23    of the PFLP.
14:57:56  24          Q.    Okay.  And do you recall writing this article
14:58:01  25    in Al-Hadaf?

                     SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 14:58:13 | 1 | A.   I write and I send.  And whoever publishes |
| 14:58:15 | 2 | publishes. |
| 14:58:21 | 3 | Q.   Okay.  Do you recognize these specific |
| 14:58:23 | 4 | articles? |
| 14:58:30 | 5 | A.   When I read it, I will tell you whether I |
| 14:58:32 | 6 | recall it or I don't. |
| 14:58:34 | 7 | Q.   Please read it now and tell me if you recall |
| 14:58:36 | 8 | it. |
| 14:58:42 | 9 | A.   I told you -- I -- I have told you I'm not |
| 14:58:47 | 10 | going to read it now but I will read it at the opportune |
| 14:58:53 | 11 | time. |
| 14:58:54 | 12 | Q.   Okay.  Mr. Malouh, I've skipped one, No. 3. |
| 14:59:07 | 13 | (Pending question partially translated.) |
| 14:59:07 | 14 | MR. SCHOEN:  "No. 3." |
| 14:59:09 | 15 | (Remainder of pending question translated.) |
| 14:59:09 | 16 | Q.   BY MR. SCHOEN:  Previously marked 3, we'll now |
| 14:59:17 | 17 | call it F, like "Frank." |
| 14:59:22 | 18 | Let me -- would your answer be the same if |
| 14:59:25 | 19 | I asked you the same series of questions? |
| 14:59:36 | 20 | A.   I don't know what are the questions and the -- |
| 14:59:38 | 21 | and the answers.  I have not been exposed to them. |
| 14:59:43 | 22 | (A. Malouh Exhibit F marked.) |
| 14:59:43 | 23 | Q.   BY MR. SCHOEN:  Okay.  Mr. Malouh, please |
| 14:59:46 | 24 | look at what was previously marked Exhibit 3 and is |
| 14:59:50 | 25 | now marked Exhibit F. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

14:59:53  1        A.    (Examining.)

15:00:07  2        Q.    Will you please identify that document?

15:00:10  3        A.    I haven't read it or know about it until this

15:00:22  4   moment.

15:00:23  5        Q.    Looking at that document, you believe you

15:00:25  6   never saw it before, or you just don't know whether

15:00:29  7   you did?

15:00:29  8              (Pending question partially translated.)

15:00:29  9              OFFICIAL INTERPRETER BEN-NAIM:  "You believe"?

15:00:34 10   "You believe"?

15:00:34 11        Q.    BY MR. SCHOEN:  You never saw it before, or

15:00:38 12   you don't know whether you saw it before?

15:00:47 13        A.    I will read it later.

15:00:48 14        Q.    Oh, we're going to just take a minute to put

15:01:14 15   something up on the screen.

15:01:23 16              MR. ROCHON:  Before you do so, I'd like to

15:01:25 17   go off the record for a second.

15:01:30 18              MR. SCHOEN:  Okay.

15:01:30 19              MR. ROCHON:  Not for a second.  For a few

15:01:33 20   minutes.

15:01:38 21              MR. SCHOEN:  Let me just ask:  Before we go

15:01:40 22   off the record, Mark, for what purpose?

15:01:43 23              MR. ROCHON:  Because I'd like to discuss the

15:01:45 24   last series of questions with the witness to see if we

15:01:46 25   can come to some way that we can move things forward.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:01:58 | 1 | MR. SCHOEN:  Okay.  Just so that you know, |
| 15:01:59 | 2 | what I thought you meant was go off the record to speak |
| 15:02:03 | 3 | to me.  But I'm -- I'm -- I'm prepared to move forward |
| 15:02:06 | 4 | now.  I mean -- anyway. |
| 15:02:07 | 5 | MR. ROCHON:  I -- I understand.  But I'm -- |
| 15:02:08 | 6 | I'd like to have the opportunity to consult with the |
| 15:02:11 | 7 | witness on -- |
| 15:02:12 | 8 | MR. SCHOEN:  Okay. |
| 15:02:12 | 9 | MR. ROCHON:  -- those questions. |
| 15:02:12 | 10 | MR. SCHOEN:  All right.  We're going to -- |
| 15:02:17 | 11 | we'll mute it on our -- mute it on our end too, then. |
| 15:02:21 | 12 | Okay? |
| 15:02:22 | 13 | MR. ROCHON:  Yeah.  And I'm going to cover the |
| 15:02:24 | 14 | video screen as well just for a second. |
| 15:02:29 | 15 | MR. SCHOEN:  Yeah.  Off the record and it's |
| 15:02:31 | 16 | muted. |
| 15:08:23 | 17 | (Recess from 3:02 p.m. to 3:09 p.m.) |
| 15:09:57 | 18 | MR. ROCHON:  So in terms -- are you ready? |
| 15:10:05 | 19 | MR. SCHOEN:  Ready. |
| 15:10:05 | 20 | MR. ROCHON:  Okay.  In terms of these |
| 15:10:06 | 21 | articles -- and I'm not saying you need to go back |
| 15:10:09 | 22 | to them.  It's your call.  If -- if there are specific |
| 15:10:12 | 23 | statements in there that you want to read out to him |
| 15:10:13 | 24 | and ask him about them, that's fine.  And we'll -- |
| 15:10:15 | 25 | he'll -- I think he would answer those questions, |

15:10:18  1   if you read them out.

15:10:19  2           I have to admit, since they're in Arabic --

15:10:23  3   and we've received many documents from you guys.  I

15:10:25  4   don't even know if we've received all those.  We haven't

15:10:27  5   had a chance to compare them.  I don't read Arabic.

15:10:29  6   And these are long articles.  And so it's very hard

15:10:33  7   to speak to an entire article.

15:10:35  8           But if there's a specific statement and you

15:10:38  9   want to just read it out, Counsel, and say, "Do you

15:10:41  10  agree with it or not?" I think maybe you could cover

15:10:43  11  the topics you wish to cover, which is are -- are these

15:10:46  12  reflective of his views or not.

15:10:49  13          But for him to go and read all of these

15:10:53  14  articles and try to -- which have to be read in context

15:10:53  15  and take a long time, when you haven't seen them before,

15:10:55  16  puts him in an uncomfortable position because who knows

15:10:58  17  if they edited them right, if they didn't edit them

15:11:01  18  right.  But what kind of -- all those issues.

15:11:03  19          But if there's specific statements in

15:11:05  20  there that you want to say to him whatever it says

15:11:08  21  in English -- and it will be translated into Arabic --

15:11:10  22  then we can see what he says about them.

15:11:14  23          MR. SCHOEN:  Yeah.  With all due respect,

15:11:14  24  I disagree with the editorialization that it would take

15:11:19  25  a long time or that they're long articles.  They're

| | | |
|---|---|---|
| 15:11:21 | 1 | short articles.  I asked him the questions that I asked |
| 15:11:23 | 2 | him.  In my view, he refused to answer those questions. |
| 15:11:27 | 3 | I asked him also specifically, consistent with |
| 15:11:29 | 4 | what you're now asking me to do again, to simply take |
| 15:11:32 | 5 | one paragraph and read it to himself or out loud and |
| 15:11:36 | 6 | comment on it.  He refused to do that also.  It's about |
| 15:11:39 | 7 | ten lines. |
| 15:11:40 | 8 | MR. ROCHON:  You're —— but your question |
| 15:11:42 | 9 | doesn't include what that content is.  You have to |
| 15:11:44 | 10 | ask —— read out loud —— for you to confront a witness |
| 15:11:47 | 11 | with a statement, you have to say to the witness "read |
| 15:11:50 | 12 | it out" and have the witness comment on it. |
| 15:11:53 | 13 | MR. SCHOEN:  I don't —— |
| 15:11:54 | 14 | MR. ROCHON:  Not just read some document in |
| 15:11:56 | 15 | a foreign language that —— that isn't the language of |
| 15:11:58 | 16 | this case and then start some dialogue about it. |
| 15:12:02 | 17 | MR. SCHOEN:  Yeah.  Okay.  I —— |
| 15:12:02 | 18 | MR. ROCHON:  If you want —— I —— |
| 15:12:02 | 19 | MR. SCHOEN:  Go ahead.  Sorry. |
| 15:12:03 | 20 | MR. ROCHON:  So we disagree. |
| 15:12:05 | 21 | MR. SCHOEN:  Yeah. |
| 15:12:05 | 22 | MR. ROCHON:  I thought I was going to get |
| 15:12:05 | 23 | a way to solve it.  I respect your opinion, even if |
| 15:12:07 | 24 | I disagree with it.  We disagree.  You're not going |
| 15:12:10 | 25 | to proceed that way.  We don't need to debate whether |

SEPTEMBER 5, 2012 — ABDEL RAHIM MALOUH

```
15:12:11   1    you have to or not.
15:12:12   2            MR. SCHOEN:  Right.  So I'll -- I'll ask you
15:12:14   3    what I think is consistent with what you've said.  But,
15:12:17   4    again, you may disagree with it.
15:12:18   5            I'll ask again if Mr. Malouh will read that
15:12:23   6    paragraph that I referred to on page 67 to himself,
15:12:25   7    tell us what it says, and then comment on it.
15:12:30   8            MR. ROCHON:  Well, that's where, I guess,
15:12:31   9    we disagree.  I don't think Mr. Malouh has to interpret
15:12:33   10   for you what that says.  If you want the -- if you want
15:12:37   11   to -- if you want to read out loud what you understand
15:12:41   12   it to say in English, which is the language of this
15:12:43   13   case -- and then at least I would know what you're
15:12:45   14   asking him.  Because I don't even know what question
15:12:46   15   you're asking right now, because I don't read Arabic.
15:12:48   16           MR. SCHOEN:  Yeah.  I'm not asking him to
15:12:50   17   interpret anything.  I asked him to read it simply.
15:12:50   18   We have a translator here.  He can read it to himself,
15:12:55   19   if he likes, and tell us whether he agrees with the
15:12:58   20   statement or doesn't agree with the statement.  Or he
15:13:01   21   can read it out loud, and the translator can translate
15:13:03   22   it.  And then he could answer my question.  Those are
15:13:05   23   the two options.
15:13:08   24           MR. ROCHON:  Well, the third option was if you
15:13:10   25   provided an English-language translation of this, then
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:13:12 | 1 | we would know what question you were putting, and you |
| 15:13:14 | 2 | could put it in English for it to be translated into |
| 15:13:17 | 3 | Arabic, which is how we should proceed here. |
| 15:13:20 | 4 | You're -- I'm -- I'm a lawyer from America |
| 15:13:22 | 5 | in a case that's being tried in America.  We're only |
| 15:13:24 | 6 | here pursuant to a foreign deposition.  You need to |
| 15:13:27 | 7 | put your questions in English.  That's a question that |
| 15:13:29 | 8 | you're putting to him in Arabic. |
| 15:13:32 | 9 | MR. SCHOEN:  Okay. |
| 15:13:32 | 10 | MR. ROCHON:  You need to present your question |
| 15:13:34 | 11 | in English.  And then -- I don't know what that says. |
| 15:13:35 | 12 | I don't even know if you're asking him |
| 15:13:35 | 13 | something relevant or not.  How can I frame an objection |
| 15:13:40 | 14 | when I don't know what question you're asking him? |
| 15:13:42 | 15 | MR. SCHOEN:  The question I'm asking him -- |
| 15:13:43 | 16 | MR. ROCHON:  What is it? |
| 15:13:45 | 17 | THE WITNESS:  (In English.)  You don't know, |
| 15:13:47 | 18 | and I don't know. |
| 15:13:49 | 19 | MR. SCHOEN:  Please just -- |
| 15:13:51 | 20 | MR. ROCHON:  The witness said:  "You don't |
| 15:13:51 | 21 | know, and I don't know." |
| 15:13:51 | 22 | MR. SCHOEN:  In English. |
| 15:13:51 | 23 | MR. ROCHON:  So I understand you disagree |
| 15:13:54 | 24 | with me.  And we can move on, if you wish.  I -- I'm |
| 15:13:56 | 25 | suggesting a way that I think would be an appropriate |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
15:13:57   1   way to move forward, understanding you don't agree.
15:13:59   2   I -- I was just trying to move things along.  But go
15:14:03   3   ahead however you wish, Counsel.
15:14:03   4        MR. SCHOEN:  Okay.  I'm going to ask the
15:14:05   5   translator to read what's written there.  Mr. Malouh
15:14:08   6   can follow along, if he'd like.
15:14:12   7        OFFICIAL INTERPRETER AGHAZARIAN:  In Arabic
15:14:13   8   or English?
15:14:14   9        MR. SCHOEN:  In Arabic.  Read the document --
15:14:14  10   it's written in Arabic.  Read it in Arabic.
15:14:15  11        OFFICIAL INTERPRETER AGHAZARIAN:  Yes.
15:14:15  12        MR. SCHOEN:  And then for the lawyers there,
15:14:17  13   you can translate it.  Their translator can tell whether
15:14:20  14   he thinks it's an accurate translation or not.  I'd ask
15:14:24  15   Mr. Malouh to --
15:14:25  16        MR. ROCHON:  No.  Whatever the translator says
15:14:27  17   needs to be translated into English --
15:14:30  18        MR. SCHOEN:  Yeah.
15:14:31  19        MR. ROCHON:  -- for the court reporter.
15:14:33  20        MR. SCHOEN:  Yeah.  I -- that's what I just
15:14:35  21   said to the translator.
15:14:37  22        MR. ROCHON:  Okay.  Who's going to -- who's
15:14:39  23   going to read it in Arabic and who's going to provide
15:14:42  24   the contemporaneous English translation?
15:14:46  25        THE WITNESS:  Any translation -- any
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:15:04 | 1 | translation taken out of con -- context will strip |
| 15:15:08 | 2 | the meaning.  So I say right now that -- that any |
| 15:15:12 | 3 | translation outside this is not objective. |
| 15:15:17 | 4 | MR. SCHOEN:  Okay.  And -- and so I'm going |
| 15:15:18 | 5 | to say, again:  Will Mr. Malouh read the document to |
| 15:15:22 | 6 | himself in the Arabic and tell us whether he agrees |
| 15:15:26 | 7 | with the statement that is written there? |
| 15:15:42 | 8 | MR. ROCHON:  Counsel, it doesn't matter |
| 15:15:43 | 9 | whether he would do it.  I'm objecting and saying you |
| 15:15:47 | 10 | need to put your question in English.  You're not going |
| 15:15:50 | 11 | to present a foreign language document to the -- the |
| 15:15:52 | 12 | witness and have him start commenting on it without me |
| 15:15:54 | 13 | knowing what it says. |
| 15:15:55 | 14 | MR. SCHOEN:  If I ask Mr. Malouh to read the |
| 15:15:57 | 15 | document in English, my understanding is he wouldn't be |
| 15:15:59 | 16 | able to read it.  I'm asking him to read it to himself |
| 15:16:02 | 17 | in Arabic.  You -- |
| 15:16:03 | 18 | (Comment in Arabic by the witness.) |
| 15:16:03 | 19 | MR. SCHOEN:  Excuse me, Mr. Malouh.  I'm not |
| 15:16:04 | 20 | finished.  Excuse -- |
| 15:16:10 | 21 | THE WITNESS:  In this session, not in Arabic |
| 15:16:12 | 22 | or any other language, I'm not in a position to go into |
| 15:16:15 | 23 | this reading. |
| 15:16:16 | 24 | MR. SCHOEN:  Okay.  Mr. Malouh -- Mr. Malouh, |
| 15:16:23 | 25 | Exhibit 8, we'll mark it Exhibit G for these purposes. |

| | | |
|---|---|---|
| 15:16:44 | 1 | (A. Malouh Exhibit G marked.) |
| 15:16:47 | 2 | Q.   BY MR. SCHOEN:  My only question to you on |
| 15:16:48 | 3 | this document, Mr. Malouh, is if you recognize what |
| 15:16:57 | 4 | appears to be your signature on the bottom of the page? |
| 15:17:00 | 5 | A.   (Examining.)  First of all, this document is |
| 15:17:15 | 6 | in Hebrew.  It's not in Arabic or English.  I personally |
| 15:17:25 | 7 | do not understand this language. |
| 15:17:29 | 8 | Q.   Okay. |
| 15:17:35 | 9 | A.   As for the signature, I have no idea whether |
| 15:17:39 | 10 | this was today, yesterday, or whenever.  That's another |
| 15:17:41 | 11 | matter. |
| 15:17:42 | 12 | Q.   Yeah.  The signature that appears on that |
| 15:17:44 | 13 | document, does that appear to you to be your signature? |
| 15:18:07 | 14 | A.   I will not answer whether it seems or it does |
| 15:18:13 | 15 | not seem.  This kind of question, this appears to be |
| 15:18:17 | 16 | virtual questions. |
| 15:18:19 | 17 | Q.   I don't understand the answer. |
| 15:18:30 | 18 | A.   Your question is virtual.  And I do not |
| 15:18:33 | 19 | respond to virtual questions. |
| 15:18:35 | 20 | Q.   (Not translated.)  Okay.  My actual question |
| 15:18:37 | 21 | is:  Do you see what appears to you to be your signature |
| 15:18:44 | 22 | anyplace on this page? |
| 15:18:46 | 23 | (Comment in Arabic by someone in Ramallah.) |
| 15:18:52 | 24 | MR. SCHOEN:  Did you translate? |
| 15:18:47 | 25 | THE WITNESS:  I -- I will not answer this |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

15:19:00    1    question.  This needs a specialist about handwriting

15:19:03    2    or relevant parties.

15:19:05    3        Q.   BY MR. SCHOEN:  Yeah.  Thank you for the legal

15:19:07    4    lesson.

15:19:07    5            But I'm just asking you whether you recognize

15:19:10    6    your own handwriting?

15:19:10    7            (Pending question partially translated.)

15:19:11    8            OFFICIAL INTERPRETER BEN-NAIM:  You're asking?

15:19:15    9        Q.   BY MR. SCHOEN:  What appears to be your own

15:19:17   10    handwriting.

15:19:17   11        A.   In what seems -- this is a sort of question

15:19:31   12    which is virtual.

15:19:33   13        Q.   Is it your signature?

15:19:37   14        A.   I do not -- I do not respond to virtual

15:19:40   15    questions.

15:19:41   16        Q.   Does your signature appear anyplace on this

15:19:45   17    page, Mr. Malouh?

15:19:55   18        A.   My name is clear.  But I do not know whether

15:19:58   19    this is my signature or not.

15:20:00   20        Q.   Okay.

15:20:02   21            MR. ROCHON:  Counsel, that last document,

15:20:04   22    the former Exhibit 8 is now referred to as Exhibit G

15:20:09   23    for purposes of the deposition; is that right?

15:20:12   24            MR. SCHOEN:  Correct.

15:20:12   25            MR. ROCHON:  Thank you.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

128

| | | |
|---|---|---|
| 15:20:15 | 1 | Q.   BY MR. SCHOEN:   Mr. Malouh, this document, |
| 15:20:18 | 2 | Exhibit 8, purports to be a power of attorney giving |
| 15:20:32 | 3 | lawyers -- giving lawyers the authority to act on your |
| 15:20:41 | 4 | behalf in the -- in the criminal case in which you put |
| 15:20:50 | 5 | forward the defense that it was illegal to prosecute |
| 15:21:01 | 6 | you -- |
| 15:21:02 | 7 | (Comment in Arabic by the witness.) |
| 15:21:02 | 8 | Q.   BY MR. SCHOEN:   May I finish my -- |
| 15:21:03 | 9 | A.   First of all, I do not accept that this is |
| 15:21:06 | 10 | a criminal case. |
| 15:21:07 | 11 | Q.   Okay.  Let me finish my question, please. |
| 15:21:10 | 12 | In the case for which you went to prison |
| 15:21:18 | 13 | and you asserted the defense that it was illegal |
| 15:21:22 | 14 | to prosecute you because you're a member of the PLO |
| 15:21:34 | 15 | Executive Committee, you had lawyers representing you; |
| 15:21:41 | 16 | correct? |
| 15:21:56 | 17 | A.   First of all, this is a military tribunal. |
| 15:22:00 | 18 | Do you recognize Israeli military tribunals? |
| 15:22:05 | 19 | Q.   Did you have lawyers representing you in your |
| 15:22:08 | 20 | case? |
| 15:22:12 | 21 | A.   Of course there were lawyers that represented |
| 15:22:14 | 22 | me, defending.  Abu Yamani.  Mohammad Na'amna. |
| 15:22:20 | 23 | But the military court and the military law, |
| 15:22:32 | 24 | do you recognize it? |
| 15:22:34 | 25 | Q.   Who paid for your lawyers, Mr. Malouh? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

129

| 15:22:48 | 1 | A.   They volunteered.  I did not pay for any of |
| 15:22:51 | 2 | them. |
| 15:22:51 | 3 | Q.   Do you know whether they were paid by anyone? |
| 15:22:59 | 4 | A.   I don't know. |
| 15:23:02 | 5 | Q.   Who -- who's paying for the -- your lawyer |
| 15:23:05 | 6 | who's present today? |
| 15:23:13 | 7 | A.   I don't know. |
| 15:23:15 | 8 | Q.   Do you -- |
| 15:23:19 | 9 | A.   I personally have not paid him and have not |
| 15:23:22 | 10 | paid anybody who is here. |
| 15:23:24 | 11 | Q.   Do you know -- |
| 15:23:30 | 12 | A.   Did they pay you? |
| 15:23:31 | 13 | Q.   Do you know whether any lawyers who have |
| 15:23:35 | 14 | represented you have been paid by the PLO or the PNA? |
| 15:23:38 | 15 | (Pending question partially translated.) |
| 15:23:38 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  "PNA"? |
| 15:23:49 | 17 | MR. SCHOEN:  (Counsel nods head in the |
| 15:23:49 | 18 | affirmative.) |
| 15:23:51 | 19 | (Remainder of pending question translated.) |
| 15:24:00 | 20 | THE WITNESS:  Personally, I don't know.  But |
| 15:24:04 | 21 | it is natural that some party keeps -- but I don't know |
| 15:24:10 | 22 | who has been paid, who has not been paid.  That's beyond |
| 15:24:14 | 23 | my knowledge. |
| 15:24:14 | 24 | Q.   BY MR. SCHOEN:  Who is Mr. Hassan, Mr. Malouh? |
| 15:24:44 | 25 | A.   There is an institution called Al-Dameer |

| | | |
|---|---|---|
| 15:24:47 | 1 | whose job it is to protect the -- the human rights |
| 15:24:50 | 2 | and the detainees.  It's called Dameer.  He's the |
| 15:24:55 | 3 | head of that organization. |
| 15:24:56 | 4 | Q.   And do you know who arranged for Mr. Hassan |
| 15:24:59 | 5 | to represent you? |
| 15:25:05 | 6 | A.   I did not contact Mr. Hassan.  He volunteered |
| 15:25:10 | 7 | in order to respond to me. |
| 15:25:13 | 8 | Q.   Mr. Malouh, do you know whether there's a |
| 15:25:16 | 9 | charter of the PLO? |
| 15:25:35 | 10 | A.   I know it since it became the Palestinian |
| 15:25:40 | 11 | charter instead of being the nationalist charter. |
| 15:25:45 | 12 | Q.   Has that document changed? |
| 15:25:54 | 13 | A.   The name, the land, and lots have changed. |
| 15:25:58 | 14 | Q.   Uh-huh.  The PLO charter, as it exists today, |
| 15:26:03 | 15 | are you familiar with it? |
| 15:26:14 | 16 | A.   Yes, I do.  It is still as is since 1965. |
| 15:26:20 | 17 | MR. SCHOEN:  Say again?  I didn't hear you. |
| 15:26:22 | 18 | OFFICIAL INTERPRETER AGHAZARIAN:  "It is as |
| 15:26:23 | 19 | is since 1965." |
| 15:26:25 | 20 | Q.   BY MR. SCHOEN:  I see.  And you're familiar |
| 15:26:26 | 21 | with it? |
| 15:26:26 | 22 | A.   Since 1968. |
| 15:26:34 | 23 | Q.   You're familiar with that charter? |
| 15:26:37 | 24 | A.   '86 [sic]. |
| 15:26:44 | 25 | CHECK INTERPRETER HAZOU:  '68.  '68.  Okay. |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| 15:26:47 | 1 | Okay.  No problem. |
| 15:26:48 | 2 | Q.   BY MR. SCHOEN:  Okay.  You're familiar with |
| 15:26:50 | 3 | that charter? |
| 15:26:52 | 4 | You -- you know what's written there? |
| 15:27:03 | 5 | A.   And, in 2001, it has been changed by the |
| 15:27:07 | 6 | Palestinian National Council. |
| 15:27:11 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  "Published." |
| 15:27:13 | 8 | MR. SCHOEN:  Published? |
| 15:27:14 | 9 | CHECK INTERPRETER HAZOU:  No, no, no. |
| 15:27:14 | 10 | Can you repeat? |
| 15:27:15 | 11 | THE WITNESS:  It was re-published in 2001 |
| 15:27:20 | 12 | on behalf of the PNC. |
| 15:27:24 | 13 | Q.   BY MR. SCHOEN:  As that charter reads since |
| 15:27:26 | 14 | 2001 -- |
| 15:27:29 | 15 | MR. ROCHON:  Wait just one second, please. |
| 15:27:31 | 16 | CHECK INTERPRETER HAZOU:  I didn't -- did you |
| 15:27:34 | 17 | say "re-published"? |
| 15:27:37 | 18 | OFFICIAL INTERPRETER AGHAZARIAN: |
| 15:27:37 | 19 | "Re-published." |
| 15:27:37 | 20 | (Comment in Arabic by Official Interpreter |
| 15:27:37 | 21 | Aghazarian.) |
| 15:27:39 | 22 | CHECK INTERPRETER HAZOU:  Okay.  Thanks. |
| 15:27:40 | 23 | Q.   BY MR. SCHOEN:  As that charter reads since |
| 15:27:42 | 24 | 2001, do you agree with the charter? |
| 15:27:57 | 25 | A.   I agree on it from 1968 until this moment. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:28:02 | 1 | Q.   Okay.  When you became a member of the PLO |
| 15:28:04 | 2 | Executive Committee, did you have to take any sort of |
| 15:28:09 | 3 | loyalty oath to the PLO? |
| 15:28:26 | 4 | A.   There is no loyalty oath to the PLO. |
| 15:28:29 | 5 | Q.   And when you serve -- in your capacity as |
| 15:28:35 | 6 | a PLO Executive Committee member, do you know whether |
| 15:28:45 | 7 | the factions that are members of the PLO also have |
| 15:28:53 | 8 | their own charter? |
| 15:29:04 | 9 | A.   Of course.  Every faction has its -- its |
| 15:29:08 | 10 | platform. |
| 15:29:10 | 11 | Q.   And, for example, in the PFLP, is that |
| 15:29:12 | 12 | platform in writing? |
| 15:29:16 | 13 | MR. ROCHON:  Counsel. |
| 15:29:18 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  Can I |
| 15:29:19 | 15 | translate? |
| 15:29:20 | 16 | MR. ROCHON:  Go ahead, sir.  Sorry. |
| 15:29:22 | 17 | OFFICIAL INTERPRETER BEN-NAIM:  Can you -- |
| 15:29:26 | 18 | Q.   BY MR. SCHOEN:  For the -- for the PFLP, is |
| 15:29:30 | 19 | that platform in writing? |
| 15:29:37 | 20 | MR. ROCHON:  Objection.  Are you moving to |
| 15:29:38 | 21 | the PFL [sic] portion of your examina -- PFLP portion |
| 15:29:42 | 22 | of your examination now? |
| 15:29:44 | 23 | MR. SCHOEN:  No.  I'm asking him, in his |
| 15:29:45 | 24 | capacity as a PLO Executive Committee member -- what |
| 15:29:46 | 25 | I intend to ask him is how he -- how that affects his |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:29:51 | 1 | duty, if at all, to the PLO if that charter were in |
| 15:29:54 | 2 | conflict with the PLO charter? |
| 15:29:59 | 3 | MR. ROCHON:  If -- if -- if that's the case, |
| 15:29:59 | 4 | then whether or not it's in writing isn't the issue. |
| 15:30:02 | 5 | It's just whether they conflict.  And if you want to |
| 15:30:04 | 6 | ask him about that, I don't object.  I just wanted to |
| 15:30:06 | 7 | make sure we're staying on the PLO Executive Committee |
| 15:30:08 | 8 | portion of the examination until it ends. |
| 15:30:11 | 9 | MR. SCHOEN:  Yeah. |
| 15:30:11 | 10 | MR. ROCHON:  Details about -- so -- okay. |
| 15:30:13 | 11 | MR. SCHOEN:  I -- I am.  But he used the |
| 15:30:15 | 12 | word -- he used the word "platform."  And that has |
| 15:30:16 | 13 | several different meanings to me.  So that's why I was |
| 15:30:19 | 14 | trying to establish whether or not there is a written |
| 15:30:22 | 15 | charter so that I could then ask him my question about |
| 15:30:26 | 16 | that. |
| 15:30:27 | 17 | THE WITNESS:  Every Palestinian faction, |
| 15:30:52 | 18 | every Palestinian party has its own platform.  So they |
| 15:30:59 | 19 | head together to the P -- PNC in order to bridge the |
| 15:31:04 | 20 | gap and come out with a common vision that encompasses |
| 15:31:10 | 21 | all the different forces. |
| 15:31:11 | 22 | Q.   BY MR. SCHOEN:  And as a member of the PLO |
| 15:31:14 | 23 | Executive Committee, do you believe the PFLP platform |
| 15:31:22 | 24 | or charter, as you understand it to exist, is consistent |
| 15:31:32 | 25 | with the platform and mission of the PLO? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

15:31:53   1       A.   It is not necessary that -- that it is in

15:31:56   2   line to agree with -- with it, because the issue is

15:32:00   3   not to find a common ground.  And as -- as far as

15:32:19   4   I'm concerned, within the PLO, I represent the PFLP.

15:32:21   5   And this is quite well-known.

15:32:26   6           CHECK INTERPRETER HAZOU:  No, no, no, no, no.

15:32:30   7           "As far as I'm concerned, the program of the

15:32:34   8   PFLP is something different than the PLO.  In the PLO,

15:32:38   9   I have to abide by the program of the PLO."

15:32:43   10          That's what he said.

15:32:46   11          OFFICIAL INTERPRETER AGHAZARIAN:  Okay.

15:32:48   12      Q.   BY MR. SCHOEN:  Do you feel, in your capacity

15:32:50   13  as a member of the PLO Executive Committee, that there's

15:32:58   14  a conflict with the platform of -- between the PLO's

15:33:04   15  platform and the PFLP's platform?

15:33:18   16      A.   You do not allow, as Israelis, any possibility

15:33:22   17  for this kind of harmony.  Because -- because we, in the

15:33:48   18  PLO, as well as the P -- PFLP and all the components of

15:33:53   19  the Palestinian people, our only target, objective is to

15:33:57   20  put an end to the occupation and implement international

15:34:02   21  legitimacy.

15:34:03   22      Q.   Have you, Mr. Malouh, as a member of the PLO

15:34:06   23  Executive Committee, ever told anyone with the PLO that

15:34:18   24  you believe the PFLP has a platform or charter that's

15:34:30   25  not consistent with the PLO's mission?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

15:34:39   1            MR. ROCHON:  Objection.  Objection to the

15:34:40   2   form of the question.

15:34:42   3            But go ahead.

15:34:46   4            THE WITNESS:  I don't need to say that.

15:34:54   5   Because the platform of the PLO and the PFLP is down

15:34:58   6   there in the street.

15:34:59   7       Q.   BY MR. SCHOEN:  Do you believe that there's

15:35:00   8   a conflict between the two?

15:35:10   9            MR. ROCHON:  Objection.  Calls for an opinion

15:35:12  10   answer.  And the witness isn't here as an expert.

15:35:16  11            Go ahead and answer, though.

15:35:21  12            (Comment in Arabic by someone in Ramallah.)

15:35:54  13            THE WITNESS:  There might be contradictions.

15:35:56  14   But, however, within the -- through the PNC, a consensus

15:36:00  15   is reached after filtering the opinion of every faction.

15:36:04  16            And they all mold into the -- the program,

15:36:07  17   the -- the platform of the -- of the PNC and -- which --

15:36:12  18   which is based on the basic principles of return,

15:36:19  19   self-determination, and end of occupation.

15:36:20  20       Q.   BY MR. SCHOEN:  (Not translated.)  Under whose

15:36:22  21   auspices or control is the PNC?  The PLO or the PNA?

15:36:28  22            MR. McALEER:  Objection as to form.

15:36:31  23       Q.   BY MR. SCHOEN:  (Not translated.)  Under

15:36:33  24   whose -- under whose control is the PNC?

15:36:35  25            OFFICIAL INTERPRETER BEN-NAIM:  "The PNC"?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:36:47 | 1 | (Comment in Arabic by Official Interpreter |
| 15:36:47 | 2 | Aghazarian.) |
| 15:36:47 | 3 | (Pending question translated.) |
| 15:36:49 | 4 | Q.    BY MR. SCHOEN:  Is the PNC part of the PLO? |
| 15:37:33 | 5 | A.    Despite the fact that I did not come here in |
| 15:37:35 | 6 | order to expose my personal opinion in this direction |
| 15:37:39 | 7 | or otherwise, you are trying to drag us, with the people |
| 15:37:43 | 8 | that you are consulting with, in order to -- I very |
| 15:37:49 | 9 | clearly say that it is the -- the PNC position that |
| 15:37:53 | 10 | we endorse. |
| 15:37:54 | 11 | Q.    Do you believe, as a member of the PLO |
| 15:37:58 | 12 | Executive Committee, that the positions taken by |
| 15:38:05 | 13 | the PFLP and the actions taken by the PFLP -- |
| 15:38:19 | 14 | CHECK INTERPRETER HAZOU:  Hang on.  We did |
| 15:38:20 | 15 | not hear the translation.  Neither did the witness hear |
| 15:38:24 | 16 | the translation.  Can you repeat this, please? |
| 15:38:27 | 17 | (Brief exchange in Arabic between Official |
| 15:38:27 | 18 | Interpreter Ben-Naim and Check Interpreter Hazou.) |
| 15:38:33 | 19 | THE WITNESS:  Repeat the question, please. |
| 15:38:35 | 20 | Q.    BY MR. SCHOEN:  Sure.  Let me repeat. |
| 15:38:36 | 21 | As a member of the PLO Executive Committee, |
| 15:38:38 | 22 | do you believe that, since you have been a member of |
| 15:38:44 | 23 | the PLO Executive Committee, that the actions taken by |
| 15:38:55 | 24 | the PFLP are consistent with the platform of the PLO? |
| 15:39:14 | 25 | MR. ROCHON:  Objection.  Vague. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:39:16 | 1 | What actions?  Counsel, do you have something |
| 15:39:29 | 2 | specifically?  Are you asking from the inception until |
| 15:39:32 | 3 | now?  What -- what are you -- this question is too |
| 15:39:34 | 4 | vague. |
| 15:39:40 | 5 | MR. SCHOEN:  I've asked the witness my |
| 15:39:41 | 6 | question.  And I don't think it's appropriate for |
| 15:39:44 | 7 | the lawyer to interject with a speaking objection. |
| 15:40:01 | 8 | THE WITNESS:  First, it is the right of |
| 15:40:02 | 9 | the lawyer to interfere when he sees a need for that |
| 15:40:10 | 10 | in this direction or otherwise.  It is clear that it |
| 15:40:23 | 11 | is the right of the lawyer to say "stop" and interfere |
| 15:40:27 | 12 | here and this [sic] so that we continue this odyssey |
| 15:40:34 | 13 | together. |
| 15:40:42 | 14 | But in what concerns the PLO, let us leave |
| 15:40:50 | 15 | this. |
| 15:41:20 | 16 | (Comment in Arabic by the witness.) |
| 15:41:21 | 17 | Q.   BY MR. SCHOEN:  The lawyer has to step in |
| 15:41:22 | 18 | during the questions.  We've asked you -- |
| 15:41:26 | 19 | MR. ROCHON:  Wait.  Counsel, we have to |
| 15:41:26 | 20 | translate what the witness said before you start. |
| 15:41:27 | 21 | THE WITNESS:  I do not know about this |
| 15:41:28 | 22 | position or that position.  I have made it clear |
| 15:41:31 | 23 | that the PLO is a formation which has political and |
| 15:41:37 | 24 | social components.  There are those who agree, and |
| 15:41:40 | 25 | there are those who disagree.  There is a problem -- |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

138

| | | |
|---|---|---|
| 15:41:42 | 1 | a platform which is there, and this is the binding |
| 15:41:48 | 2 | element. |
| 15:41:53 | 3 | Q.   BY MR. SCHOEN:  Mr. Malouh, when you are |
| 15:41:56 | 4 | working as a member of the PLO Executive Committee, |
| 15:42:05 | 5 | do you suspend your work on behalf of the PFLP? |
| 15:42:20 | 6 | A.   Of course, I am —— of course —— of course, |
| 15:42:37 | 7 | I am elected to the PNC.  And in such a character, |
| 15:42:41 | 8 | I reiterate that the PLO is a political, social |
| 15:42:46 | 9 | formation which is united for all the people combined. |
| 15:42:51 | 10 | Q.   Yeah.  My question to you is:  Is there any |
| 15:42:53 | 11 | time when you're operate —— operating as a member of |
| 15:42:58 | 12 | the PLO Executive Committee that you stop operating |
| 15:43:12 | 13 | as an official with the PFLP? |
| 15:43:46 | 14 | A.   There are always invitations for different |
| 15:43:50 | 15 | calls.  And I am —— I combine being a member of the |
| 15:43:55 | 16 | Palestinian National Council and the Central Council, |
| 15:43:56 | 17 | as well as the Executive Committee.  I did not ever |
| 15:44:02 | 18 | stop any of the invitations, and —— I did not stop |
| 15:44:08 | 19 | any invitations.  And we —— only in the period when |
| 15:44:12 | 20 | my membership I decided to freeze during that period. |
| 15:44:16 | 21 | Q.   Yeah.  I —— I'm not sure you understood my |
| 15:44:19 | 22 | question. |
| 15:44:19 | 23 | My question is:  When you're working with |
| 15:44:25 | 24 | the PLO Executive Committee or the Central Committee |
| 15:44:39 | 25 | or the PNC, are you also working for the PFLP? |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

139

| | | |
|---|---|---|
| 15:45:09 | 1 | A.   I am the representative of the PFLP within |
| 15:45:12 | 2 | the framework of the PLO.  I conduct political action |
| 15:45:17 | 3 | on behalf of the PFLP within the PLO. |
| 15:45:20 | 4 | Q.   Okay.  You mentioned now the PNC. |
| 15:45:27 | 5 | Are you a member of the PNC? |
| 15:45:39 | 6 | A.   A precondition is that all members of the |
| 15:45:42 | 7 | Executive Committee and the Central Committee to be |
| 15:45:44 | 8 | members of the PNC. |
| 15:45:46 | 9 | Q.   So the answer's "yes"? |
| 15:45:49 | 10 | (Comment in Arabic by the witness.) |
| 15:45:50 | 11 | Q.   BY MR. SCHOEN:  Are you a member also of the |
| 15:45:52 | 12 | Central Committee [sic]? |
| 15:45:52 | 13 | (Comment in Arabic by the witness.) |
| 15:46:00 | 14 | CHECK INTERPRETER HAZOU:  The "Central |
| 15:46:00 | 15 | Council." |
| 15:46:01 | 16 | THE WITNESS:  The Central Council. |
| 15:46:03 | 17 | Q.   BY MR. SCHOEN:  Okay.  So you're a member |
| 15:46:04 | 18 | of the PNC, the Executive Committee, and the Central |
| 15:46:07 | 19 | Council of the PLO; correct? |
| 15:46:27 | 20 | A.   A prerequisite to be a member of the Executive |
| 15:46:30 | 21 | Committee and in the Central Committee, it is to be a |
| 15:46:32 | 22 | member of the PNC. |
| 15:46:36 | 23 | Q.   We talked about when you first became a member |
| 15:46:38 | 24 | of the Executive Committee. |
| 15:46:48 | 25 | When did you become a member of the central |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:46:51 | 1 | commit -- Central Council? |
| 15:47:05 | 2 | A.   I became a member -- I became a member of |
| 15:47:18 | 3 | the PNC in -- around the year '78, '79 and a member |
| 15:47:24 | 4 | of the Central Committee in the mid '80s. |
| 15:47:28 | 5 | Q.   And have you been a member of those committees |
| 15:47:33 | 6 | or councils continually since you joined those councils? |
| 15:47:57 | 7 | A.   Since I have joined the PNC, I have been a |
| 15:48:00 | 8 | member on a regular basis in these various councils. |
| 15:48:04 | 9 | Q.   Okay.  When you joined any of these councils, |
| 15:48:10 | 10 | the PNC -- |
| 15:48:11 | 11 | MR. SCHOEN:  Go ahead. |
| 15:48:14 | 12 | (Pending partial question translated.) |
| 15:48:18 | 13 | Q.   BY MR. SCHOEN:  -- the Executive Committee, |
| 15:48:22 | 14 | or the Central Council, did you replace someone else? |
| 15:49:12 | 15 | A.   I was -- first joined the PNC in 1977.  I |
| 15:49:17 | 16 | did not replace anybody.  Actually, new members come |
| 15:49:21 | 17 | into the PNC each three years. |
| 15:49:24 | 18 | And also, in the Central Council, I became |
| 15:49:28 | 19 | a member after 1987 in Algeria.  Again, I did not |
| 15:49:34 | 20 | replace anybody.  But I joined the Executive Committee |
| 15:49:36 | 21 | in 1991 after the death of Abu Ali Mustafa. |
| 15:49:48 | 22 | (Comment in Arabic by the witness.) |
| 15:49:49 | 23 | THE WITNESS:  (In English.)  Without "death." |
| 15:49:50 | 24 | Without "death." |
| | 25 | // |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

15:49:55   1          (Brief exchange in Arabic between Official

15:49:55   2       Interpreter Aghazarian and Official Interpreter

15:49:55   3       Ben-Naim.)

15:50:15   4          THE WITNESS:  He -- he was -- he did not

15:50:16   5   die in -- in -- in '91.  He -- he died on the 27th

15:50:22   6   of August, 2001.

15:50:23   7       Q.   BY MR. SCHOEN:  And you replaced Mr. Ali

15:50:26   8   Mustafa?

15:50:30   9       A.   Yes.

15:50:31   10      Q.   And --

15:50:35   11      A.   In 1991, he was a member of the PNC -- no --

15:50:45   12   the Executive Committee since 1987.

15:50:52   13         CHECK INTERPRETER HAZOU:  While he was a

15:50:52   14   member of the Executive Committee since 1987, and he

15:50:57   15   replaced him.  I'm talking about -- and he replaced

15:51:01   16   him in 2000 -- in 1991.

15:51:05   17         THE WITNESS:  (In English.)  Yes.

15:51:06   18      Q.   BY MR. SCHOEN:  Ali Mustafa also was PFLP?

15:51:08   19         He was a PFLP representative to the Executive

15:51:10   20   Committee?

15:51:38   21      A.   Abu Ali Mustafa, who was martyred on the

15:51:40   22   27th of August, 2001, by Israeli airplanes and -- and

15:51:45   23   rockets, he was a member of the Executive Committee.

15:51:49   24      Q.   Yes.  And was he a PFLP representative on the

15:51:52   25   Executive Committee?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

15:51:53   1        A.   Or was he representing himself?  He was not
15:52:05   2   representing himself.
15:52:08   3        Q.   He was a member of the PFLP who served on the
15:52:11   4   Executive Committee?
15:52:19   5        A.   He was the general secretary of the PFLP since
15:52:23   6   2000.  Before that, he was the deputy of the general
15:52:26   7   secretary of the Front.
15:52:29   8        Q.   And was there any PFLP representative on the
15:52:33   9   Executive Committee before Mr. Mustafa?
15:52:46  10        A.   Before him, there was Abu Mahir Al-Yamani.
15:52:51  11        Q.   And when you were in prison for those years,
15:53:00  12   do you know whether another PFLP member served on the
15:53:04  13   Executive Committee?
15:53:25  14        A.   The position is safeguarded.  As long as I'm
15:53:31  15   there, there is an allocation of a position in -- within
15:53:37  16   the Executive Committee.
15:53:38  17        MR. SCHOEN:  Okay.  If we take a ten-minute
15:53:40  18   break now, I may be finished on the exec -- not that
15:53:44  19   I accept that there is any distinction between the
15:53:47  20   Executive Committee and the others.
15:53:47  21        But for these purposes, based on the judge's
15:53:50  22   order, we may be finished.  I just want to talk with
15:53:54  23   the other lawyers for ten minutes about it.  I may come
15:53:56  24   back with more questions.  But I'm trying to shortcut
15:53:59  25   it if I can.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 15:54:01 | 1 | MR. ROCHON:  You're -- you're asking for a |
| 15:54:03 | 2 | break?  How long do you want? |
| 15:54:05 | 3 | MR. SCHOEN:  Ten minutes. |
| 15:54:07 | 4 | MR. ROCHON:  Done. |
| 15:54:12 | 5 | (Recess from 3:54 p.m. to 4:10 p.m.) |
| 16:10:04 | 6 | Q.   BY MR. SCHOEN:  Just a couple more questions, |
| 16:10:05 | 7 | Mr. Malouh, in this area. |
| 16:10:11 | 8 | You -- you mentioned before that your -- |
| 16:10:15 | 9 | I'm going to call "portfolio" is the Arab relations |
| 16:10:25 | 10 | department.  In that capacity, what is your job? |
| 16:10:35 | 11 | What do you do? |
| 16:10:48 | 12 | A.   First of all, I do not leave here by an |
| 16:10:54 | 13 | Israeli decision from the OPT. |
| 16:10:57 | 14 | Q.   I don't know what that means. |
| 16:10:59 | 15 | A.   The occupied Palestinian territories. |
| 16:11:05 | 16 | Q.   Oh. |
| 16:11:02 | 17 | A.   They -- they -- they prevent me from leaving, |
| 16:11:09 | 18 | whether it is the Civil Administration or other Israeli |
| 16:11:13 | 19 | parties.  Since -- since I have left prison -- since I |
| 16:11:40 | 20 | have left prison -- |
| 16:11:42 | 21 | Q.   One second.  We just have to translate. |
| 16:11:45 | 22 | A.   I have left twice, one in 2008 and the -- |
| 16:11:48 | 23 | the second time in 2009, through an Egyptian |
| 16:11:54 | 24 | coordination with the -- with the Shabak, during |
| 16:11:56 | 25 | the period for negotiations -- during the period |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
16:11:58    1   of Hosni Mubarak.

16:12:10    2          During this -- during this period, it is

16:12:17    3   the department of Arab affairs, relations with Arab

16:12:22    4   work.  Unfortunately, this department, its relation

16:12:35    5   with the Arab parties outside is quite limited.

16:12:39    6          MR. SCHOEN:  "Is quite limited"?

16:12:41    7          OFFICIAL INTERPRETER AGHAZARIAN:  "Limited."

16:12:53    8          THE WITNESS:  Those who come here like, you

16:12:55    9   know, the Rafah Jordanian party and however activity

16:13:01   10   on the outside front is very limited due to Israeli

16:13:04   11   measures.

16:13:05   12      Q.   BY MR. SCHOEN:  In your job with the Arab

16:13:07   13   relations department or any way with your job with

16:13:16   14   the PLO -- or in any capacity in your job with the PLO,

16:13:25   15   have you ever asked for or been asked for money to be --

16:13:48   16      A.   I did not request.  And no one -- I did not

16:13:51   17   request, and no one requested from me.

16:13:54   18      Q.   So your job does not in any way involve asking

16:13:59   19   for or giving out funds to different factions?

16:14:12   20      A.   I did not request, and no one requested from

16:14:14   21   me.

16:14:15   22      Q.   Mr. Malouh, when you're acting in a job for

16:14:20   23   the PLO, how do you tell -- how do you decide --

16:14:32   24          MR. SCHOEN:  Go ahead.

16:14:34   25          (Pending partial question translated.)
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

16:14:37  1      Q.   BY MR. SCHOEN:  -- if your actions are in your

16:14:42  2   capacity as a member of the PLO or in your capacity as

16:14:48  3   a member of the PFLP?  How do you tell?

16:15:07  4      A.   It -- it has to do with the way that the PFLP

16:15:11  5   looks at matters or the PLO.

16:15:14  6      Q.   Can you explain that further?  I don't know

16:15:16  7   what you mean.

16:15:42  8      A.   For instance, the pal -- the -- the support

16:15:43  9   for the Palestinian people and the national movement,

16:15:46  10  its positions are -- are debated, discussed.  And then

16:15:50  11  it comes out as a summary of all the inputs in it.

16:15:56  12     Q.   No, I'm asking a different question, I think.

16:16:00  13          I'm asking you:  When you take action any

16:16:03  14  given day, how do you tell if that's Mr. Malouh, the

16:16:13  15  PLO member, or Mr. Malouh, the PFLP member?

16:16:34  16     A.   In both directions.  I wear both hats.

16:16:38  17     Q.   Both hats at the same time?

16:16:46  18     A.   I make them one hat.

16:16:49  19     Q.   Okay.  And when you learn something, some

16:16:54  20  kind of fact, when you learn a fact when you're working

16:16:58  21  in the PLO -- are you looking at something particular,

16:17:02  22  Mr. Malouh?  I see you looking to the right.

16:17:21  23     A.   I look right and I look up.  And when I look

16:17:26  24  straight forward, you are always facing me.

16:17:31  25     Q.   I'm sorry I'm not more handsome.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:17:38 | 1 | By -- by the way, you mentioned before -- |
| 16:17:41 | 2 | you referred to me as -- as an Israeli.  I just -- I |
| 16:17:48 | 3 | just want to make sure you understand I'm an American. |
| 16:17:57 | 4 | A.   There is no difference in front of me as long |
| 16:18:00 | 5 | as you wear the kippah. |
| 16:18:03 | 6 | Q.   Aah.  So I'm a Jew to you no -- whether I'm |
| 16:18:06 | 7 | American or Israeli, I'm a Jew? |
| 16:18:10 | 8 | MR. ROCHON:  Counsel.  Counsel, objection. |
| 16:18:15 | 9 | Mr. Malouh -- Counsel, we shouldn't interject personal |
| 16:18:21 | 10 | issues as to what he thinks of you. |
| 16:18:23 | 11 | MR. SCHOEN:  No.  No, no.  He raised the |
| 16:18:24 | 12 | kippah.  He raised the yarmulke issue. |
| 16:18:32 | 13 | MR. ROCHON:  No.  No.  You -- you raised |
| 16:18:32 | 14 | the -- what citizenship -- |
| 16:18:35 | 15 | MR. SCHOEN:  That's right.  And he mentioned |
| 16:18:37 | 16 | my yarmulke.  Not my face, not my hair color, not my |
| 16:18:42 | 17 | language. |
| 16:18:53 | 18 | MR. ROCHON:  Whatever your view of that is, |
| 16:18:54 | 19 | we should not personalize this with your further |
| 16:18:58 | 20 | questions.  But go ahead and proceed with your |
| 16:19:13 | 21 | examination as you see fit. |
| 16:19:15 | 22 | (Comment in Arabic by the witness.) |
| 16:19:16 | 23 | MR. ROCHON:  There's no question -- there's |
| 16:19:21 | 24 | no question pending that I know of, is there? |
| 16:19:28 | 25 | MR. SCHOEN:  What did Mr. Malouh just say? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

147

| 16:19:44 | 1 | THE WITNESS:  I say I have no problem with |
| 16:19:46 | 2 | Jews.  And, you know, I -- I know that I'm sitting with |
| 16:19:55 | 3 | Jews.  And I know that you are in Petach Tikva.  I have |
| 16:19:58 | 4 | no problem in dialoguing with you since this morning. |
| 16:20:02 | 5 | Q.   BY MR. SCHOEN:  Mr. Malouh, to return to the |
| 16:20:05 | 6 | other subject, it's fair to say you wear both hats at |
| 16:20:09 | 7 | the same time, all the time -- correct? -- PLO and PFLP? |
| 16:20:25 | 8 | (Brief exchange in Arabic between Official |
| 16:20:28 | 9 | Interpreter Ben-Naim and Check Interpreter Hazou.) |
| 16:21:01 | 10 | THE WITNESS:  Is this according to me, the |
| 16:21:03 | 11 | way I think, or my personality or in what -- |
| 16:21:06 | 12 | Q.   BY MR. SCHOEN:  The way you think. |
| 16:21:08 | 13 | A.   -- relationship? |
| 16:21:09 | 14 | Q.   The way you think.  That's all. |
| 16:21:26 | 15 | A.   I know that I work for the PLO, within the |
| 16:21:28 | 16 | ranks of the people, and as a representative of the |
| 16:21:32 | 17 | PFLP and the contribution in this direction. |
| 16:21:36 | 18 | Q.   Okay.  Mr. Malouh, when you were released |
| 16:21:43 | 19 | from prison -- when you were in prison, you were still |
| 16:21:45 | 20 | a member of the PLO Executive Committee; correct? |
| 16:21:47 | 21 | (Pending question partially translated.) |
| 16:21:59 | 22 | MR. SCHOEN:  "PLO Executive Committee." |
| 16:22:02 | 23 | (Remainder of pending question translated.) |
| 16:22:11 | 24 | THE WITNESS:  I have been and continue to |
| 16:22:12 | 25 | be -- I have been and continue to be a member since |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

148

| | | |
|---|---|---|
| 16:22:31 | 1 | 1991.  And although, in 1993, there was freezing and |
| 16:22:39 | 2 | imprisonment, I have continued to be a member.  Because |
| 16:22:42 | 3 | ending this status requires a meeting of the PNC for |
| 16:22:47 | 4 | either changing or for any behavioral aberrations. |
| 16:22:53 | 5 | Q.   BY MR. SCHOEN:  And when you were released |
| 16:22:54 | 6 | from prison in —— what's the date?  What was the date? |
| 16:23:08 | 7 | A.   20 July, 2007. |
| 16:23:10 | 8 | Q.   On the 20th of July of 2007, when —— when |
| 16:23:13 | 9 | you were released, you were released early before your |
| 16:23:19 | 10 | sentence was finished; correct? |
| 16:23:47 | 11 | A.   It was —— there was a mediation from Abu Mazen |
| 16:23:51 | 12 | and Erekat with the minister of security, who was a |
| 16:23:57 | 13 | member of the Labor party —— |
| 16:23:59 | 14 | MR. HALLER:  "Minister of defense." |
| 16:24:00 | 15 | MR. SCHOEN:  Go ahead. |
| 16:24:02 | 16 | OFFICIAL INTERPRETER AGHAZARIAN:  "Minister |
| 16:24:02 | 17 | of security," he said. |
| 16:24:02 | 18 | (Comment in Arabic by Official Interpreter |
| 16:24:02 | 19 | Aghazarian.) |
| 16:24:02 | 20 | MR. SCHOEN:  Go ahead and say what you're |
| 16:24:03 | 21 | saying. |
| 16:24:04 | 22 | MR. HALLER:  Okay. |
| 16:24:06 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  "Minister |
| 16:24:07 | 24 | of security."  That's what he said. |
| 16:24:09 | 25 | THE WITNESS:  —— who was a member of the Labor |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

16:24:11 1  party.  This is what paved the way for my early release.

16:24:16 2  　　　　Q.　BY MR. SCHOEN:  Mr. Abbas -- who -- who is Abu

16:24:18 3  Mazen?

16:24:20 4  　　　　A.　The head of the Executive Committee and the

16:24:29 5  head of the future Palestinian state and head of the

16:24:37 6  PNA, who is elected by the Palestinian people.

16:24:40 7  　　　　Q.　Otherwise known as Mr. Abbas?  Same person?

16:24:52 8  　　　　A.　He is Abu Mazen and he is Mahmoud Abbas.

16:24:56 9  　　　　Q.　He negotiated for your release?

16:25:18 10  　　　　A.　He -- he contacted me.  He called me in

16:25:22 11  Ansar III and in Ketziot detention center.  And --

16:25:32 12  and they called me.  Saeb Erekat talked to me in the

16:25:39 13  room of the head warden of the prison.

16:25:41 14  　　　　Q.　To talk to you about your release, that he

16:25:44 15  was negotiating for your release?

16:25:55 16  　　　　A.　I think so.

16:25:56 17  　　　　Q.　Who is Saeb Erekat?

16:26:08 18  　　　　A.　He is a member of the Executive Committee

16:26:11 19  and of the Central Committee.  And he's in charge of

16:26:14 20  the negotiations department within the PLO.

16:26:18 21  　　　　Q.　Mr. Malouh, my colleague is going to put on

16:26:21 22  the screen a -- a document.

16:26:32 23  　　　　　　MR. HALLER:  They have to click it in there.

16:26:34 24  　　　　　　THE WITNESS:  I should mention that, during

16:26:39 25  that period, I wasn't alone to be released.  I was

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

16:26:42  1    released -- we -- we were a group of people who were

16:26:53  2    released and -- and -- next to the Ofer detention

16:26:58  3    center.

16:26:58  4        Q.  BY MR. SCHOEN:  Any other PFLP people released

16:27:01  5    in this negotiation?

16:27:07  6        A.  I don't know.  All the prison -- prisoners are

16:27:08  7    mixed together.

16:27:10  8        Q.  You don't know whether any PFLP person was

16:27:13  9    released in the negotiation?

16:27:26  10       A.  Because I had been only one day in this new

16:27:30  11   prison.  I used to be in Hadarim.  And I was brought up

16:27:33  12   the day before to Ansar III as a prelude to be released.

16:27:37  13       Q.  Yeah.  I was really just asking you whether

16:27:39  14   you know if any other PFLP prisoners were released in

16:27:44  15   this negotiation?

16:27:47  16       A.  I don't know.

16:27:47  17           MR. SCHOEN:  Okay.  I need to ask the person

16:27:50  18   in the video room to click something.

16:27:52  19           Mordechai.  Mordechai.

16:27:53  20           MR. HALLER:  Yeah.  Tell me what you want

16:28:13  21   to do.

16:28:15  22       Q.  BY MR. SCHOEN:  Up on the screen, Mr. Malouh,

16:28:16  23   can you see it?  Can you see the document?

16:28:27  24       A.  I don't see it clearly.

16:28:29  25       Q.  Oh, you don't see it clearly.  So I'll make

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:28:31 | 1 | it bigger.  Do you want it to be bigger?  Smaller? |
| 16:28:36 | 2 | Where's the text? |
| 16:28:38 | 3 | A.   (In English.)  It must be bigger. |
| 16:28:38 | 4 | MR. ROCHON:  Counsel, it's fuzzy. |
| 16:28:43 | 5 | CHECK INTERPRETER HAZOU:  Yeah.  The letters |
| 16:28:44 | 6 | must be —— are not conspicuous.  The letters are not |
| 16:28:47 | 7 | conspicuous at all. |
| 16:28:49 | 8 | Q.   BY MR. SCHOEN:  Let me —— let me ask you a |
| 16:28:50 | 9 | question, Mr. Malouh. |
| 16:28:55 | 10 | Do you know who Rabah Muhanna —— |
| 16:28:56 | 11 | OFFICIAL INTERPRETER BEN—NAIM:  "Muhanna." |
| 16:28:57 | 12 | Q.   BY MR. SCHOEN:  —— Muhanna is?  Sorry. |
| 16:29:07 | 13 | A.   Yes.  I know Rabah Muhanna.  And he is in |
| 16:29:15 | 14 | Gaza. |
| 16:29:22 | 15 | Q.   Who is Rabah Muhanna? |
| 16:29:15 | 16 | A.   He was in charge of the PFLP.  And he was also |
| 16:29:25 | 17 | in charge of medical affairs, because he's a medical |
| 16:29:28 | 18 | doctor by formation. |
| 16:29:30 | 19 | Q.   (Not translated.)  And do you know Jamil |
| 16:29:32 | 20 | Mizher? |
| 16:29:34 | 21 | OFFICIAL INTERPRETER AGHAZARIAN:  Jamil |
| 16:29:34 | 22 | Mizher? |
| 16:29:34 | 23 | MR. SCHOEN:  "Mizher."  Sorry. |
| 16:29:39 | 24 | THE WITNESS:  I haven't met him.  But, of |
| 16:29:42 | 25 | course, the name is familiar. |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

152

16:29:43  1       Q.   BY MR. SCHOEN:  Also PFLP?

16:29:51  2       A.   He can introduce himself.

16:29:53  3       Q.   In your position as a member of the PLO

16:29:57  4  Executive Committee or any other council or committee

16:30:00  5  with the PLO, do you recall either of these men?

16:30:04  6            (Pending question partially translated.)

16:30:14  7            OFFICIAL INTERPRETER BEN-NAIM:  "Do you

16:30:15  8  recall?"

16:30:15  9            MR. SCHOEN:  "Either of these men."

16:30:16  10           (Remainder of pending question translated.)

16:30:16  11           (Comment in Arabic by the witness.)

16:30:20  12           MR. SCHOEN:  Let me finish.  He has to let

16:30:23  13  me finish.

16:30:25  14           THE WITNESS:  Maybe Rabah Muhanna could get

16:30:34  15  in touch with me, you know, from his part.  But Jamil

16:30:37  16  Mizher, he's not close.

16:30:40  17      Q.   BY MR. SCHOEN:  Okay.  Do you recall either

16:30:42  18  of them at any time asking you or anyone at the PLO

16:30:48  19  that you're aware of for more funds for the PFLP from

16:30:52  20  the PLO?

16:30:53  21           OFFICIAL INTERPRETER BEN-NAIM:  "Asking you"?

16:31:05  22      Q.   BY MR. SCHOEN:  Asking you or anyone at the

16:31:06  23  PLO that you're aware of?

16:31:07  24           (Pending question partially translated.)

16:31:14  25           OFFICIAL INTERPRETER BEN-NAIM:  Asking for

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:31:16 | 1 | more what? |
| 16:31:17 | 2 | MR. SCHOEN:  Funds.  More money. |
| 16:31:18 | 3 | (Remainder of pending question translated.) |
| 16:31:21 | 4 | THE WITNESS:  From my part, I don't recall. |
| 16:31:27 | 5 | And the others, I don't know. |
| 16:31:31 | 6 | Q.   BY MR. SCHOEN:  When you say you don't recall, |
| 16:31:32 | 7 | is it possible they asked you for more money from the |
| 16:31:35 | 8 | PLO or complained that they weren't getting enough money |
| 16:31:43 | 9 | from the PLO? |
| 16:32:02 | 10 | MR. ROCHON:  I'm not sure, but I think his |
| 16:32:04 | 11 | counsel may have an objection or -- |
| 16:32:06 | 12 | Q.   BY MR. SCHOEN:  I'm asking him as a -- in |
| 16:32:07 | 13 | his role in the PL -- as a member of the PLO, if he |
| 16:32:15 | 14 | recalls -- |
| 16:32:19 | 15 | OFFICIAL INTERPRETER BEN-NAIM:  Go ahead. |
| 16:32:20 | 16 | Q.   BY MR. SCHOEN:  -- either of these men asking |
| 16:32:24 | 17 | the PLO for more money for them and their work in the |
| 16:32:35 | 18 | PFLP? |
| 16:32:41 | 19 | MR. McALEER:  Objection.  Asked and answered. |
| 16:33:24 | 20 | THE WITNESS:  I truly do not recall whether |
| 16:33:27 | 21 | there were requests specifically.  But it is very |
| 16:33:31 | 22 | common that always people ask for support for Gaza |
| 16:33:35 | 23 | and otherwise.  But I personally do not recall that |
| 16:33:41 | 24 | Rabah or Jamil Mizher have asked for any financial |
| 16:33:47 | 25 | assistance through me. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:33:48 | 1 | Q.   BY MR. SCHOEN:  Sometimes people ask from |
| 16:33:50 | 2 | these factions, and sometimes the PLO gives the money? |
| 16:33:53 | 3 | MR. McALEER:  Objection as to form.  Lack |
| 16:34:03 | 4 | of foundation. |
| 16:34:05 | 5 | THE WITNESS:  This is your opinion. |
| 16:34:08 | 6 | Q.   BY MR. SCHOEN:  I'm asking you a question. |
| 16:34:15 | 7 | A.   I say this is your opinion.  I do not recall |
| 16:34:18 | 8 | that. |
| 16:34:19 | 9 | Q.   I'm not speaking now about them.  I'm speaking |
| 16:34:22 | 10 | in general. |
| 16:34:23 | 11 | You said they may have asked.  So I'm saying |
| 16:34:30 | 12 | sometimes people from the factions ask -- |
| 16:34:40 | 13 | A.   I personally do not recall.  I'm speaking |
| 16:34:43 | 14 | for myself. |
| 16:34:44 | 15 | MR. SCHOEN:  Okay.  The next questions, |
| 16:34:47 | 16 | I have no way of knowing whether this -- whether |
| 16:35:03 | 17 | Mr. Malouh knows the answers, if at all, in his |
| 16:35:10 | 18 | capacity with the PLO or in his capacity with the PFLP. |
| 16:35:26 | 19 | I think, again, from his testimony, the answer's got |
| 16:35:29 | 20 | to be in both capacities at once.  But I'm going to -- |
| 16:35:34 | 21 | I'll ask -- go ahead. |
| 16:35:35 | 22 | (Last colloquy translated.) |
| 16:35:36 | 23 | MR. SCHOEN:  I'll ask the question, and you |
| 16:35:44 | 24 | can decide how to proceed. |
| 16:35:49 | 25 | Q.   BY MR. SCHOEN:  Mr. Malouh, do you know |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

155

| | | |
|---|---|---|
| 16:35:56 | 1 | whether the PLO has ever provi -- provided money for |
| 16:36:10 | 2 | a PFLP office? |
| 16:36:30 | 3 | A.  I have already answered that question that |
| 16:36:32 | 4 | I do not at all absolutely know whether there was a |
| 16:36:36 | 5 | request or other kind of works. |
| 16:36:40 | 6 | Q.  Do you know whether the PFLP has offices? |
| 16:37:00 | 7 | A.  In all areas, there are offices.  But whether |
| 16:37:03 | 8 | these offices are financed by the PLO, I -- I do not |
| 16:37:07 | 9 | know. |
| 16:37:08 | 10 | Q.  No, my question this time was just:  Does |
| 16:37:11 | 11 | the PFLP have offices? |
| 16:37:26 | 12 | A.  Are you asking if there is an office in |
| 16:37:28 | 13 | Algeria?  Yes, there is an office in Algeria. |
| 16:37:32 | 14 | Q.  Is there -- in the period 1996 to 2002 -- let |
| 16:37:36 | 15 | me narrow it there -- did -- did the PFLP have an office |
| 16:37:45 | 16 | in Ramallah? |
| 16:37:53 | 17 | A.  Of course. |
| 16:37:53 | 18 | Q.  In that same -- |
| 16:38:00 | 19 | A.  In all the governorates, there are offices |
| 16:38:04 | 20 | for the PFLP. |
| 16:38:05 | 21 | Q.  What does that mean?  In all of the what? |
| 16:38:09 | 22 | OFFICIAL INTERPRETER AGHAZARIAN: |
| 16:38:08 | 23 | "Governorates."  "Districts." |
| 16:38:09 | 24 | MR. HALLER:  "Governorates." |
| 16:38:11 | 25 | MR. SCHOEN:  What's a "governorate"? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:38:13 | 1 | MR. HALLER:  "District." |
| 16:38:13 | 2 | OFFICIAL INTERPRETER AGHAZARIAN: |
| 16:38:13 | 3 | "Governorate." |
| 16:38:13 | 4 | (Comment in Arabic by the witness.) |
| 16:38:14 | 5 | CHECK INTERPRETER HAZOU:  "Governorate." |
| 16:38:20 | 6 | MR. SCHOEN:  Yes. |
| 16:38:20 | 7 | THE WITNESS:  For example, in Gaza, there is |
| 16:38:22 | 8 | a PFLP office. |
| 16:38:23 | 9 | Q.   BY MR. SCHOEN:  Okay.  How about in that same |
| 16:38:23 | 10 | time period -- I'm talking around 1996 to 2002 -- did |
| 16:38:37 | 11 | the PFLP operate an office in Kalkilya? |
| 16:38:50 | 12 | A.   I don't know.  I have visited Kalkilya more |
| 16:38:53 | 13 | than once.  I don't know. |
| 16:38:54 | 14 | Q.   You don't know if the PFLP ever has had an |
| 16:38:58 | 15 | office in Kalkilya? |
| 16:39:14 | 16 | A.   I don't know that there are offices for the |
| 16:39:16 | 17 | PFLP there.  I visited my relatives there. |
| 16:39:20 | 18 | Q.   In what cities do you know that there are PFLP |
| 16:39:24 | 19 | offices between 1996 and 2002? |
| 16:39:37 | 20 | A.   I won't -- I won't -- I won't respond to this |
| 16:39:43 | 21 | question.  In all towns -- let's say wherever there are |
| 16:39:49 | 22 | PFLP, they have offices in all the states. |
| 16:39:52 | 23 | Q.   Okay.  Mr. Malouh, since 1990 -- in the period |
| 16:40:02 | 24 | 1996 through today, what is your position with the PFLP? |
| 16:40:31 | 25 | A.   I already answered on this question that I |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:40:34 | 1 | work in the political -- political action as well as |
| 16:40:39 | 2 | within the framework of the PLO. |
| 16:40:42 | 3 | Q.  Uh-huh.  And do you have a title with the PFLP |
| 16:40:45 | 4 | during this time period? |
| 16:40:57 | 5 | MR. McALEER:  Couns -- hold on.  Counsel, are |
| 16:40:59 | 6 | you now in the -- hold -- hold on -- hold on. |
| 16:41:04 | 7 | MR. ROCHON:  Objection.  There's an objection. |
| 16:41:05 | 8 | Go ahead. |
| 16:41:06 | 9 | THE WITNESS:  My name is Abdel Rahim Mahmoud |
| 16:41:08 | 10 | Malouh -- Malouh. |
| 16:41:10 | 11 | MR. McALEER:  Counsel, are you now into part |
| 16:41:12 | 12 | two of the deposition -- |
| 16:41:13 | 13 | MR. SCHOEN:  What I said before -- |
| 16:41:13 | 14 | MR. McALEER:  -- as required to the Court's |
| 16:41:14 | 15 | order? |
| 16:41:15 | 16 | MR. SCHOEN:  What I said before is:  I |
| 16:41:16 | 17 | don't know how to answer that.  I don't know, on these |
| 16:41:18 | 18 | questions, whether his knowledge comes from his capacity |
| 16:41:22 | 19 | with the PLO Executive Committee or some other capacity. |
| 16:41:25 | 20 | I asked him before, and he said he wears the same hat |
| 16:41:29 | 21 | at both times -- at all times. |
| 16:41:30 | 22 | MR. McALEER:  No aspect of your question |
| 16:41:33 | 23 | relates to the PLO.  You asked him for his position |
| 16:41:36 | 24 | at the PFLP.  So I'll take your question and your |
| 16:41:38 | 25 | absence of ability to discern as an indication that |

16:41:42  1   you are now into part two of your examination of the

16:41:46  2   witness.

16:41:48  3           MR. SCHOEN:  Take it as you will.  I don't

16:41:50  4   know the answer to that.  So however you think is

16:41:54  5   appropriate to act.

16:41:55  6       Q.   BY MR. SCHOEN:  Mr. Malouh, do you know

16:42:01  7   a person by the name of Ra'ed Nizzal -- Nazzal?

16:42:10  8       A.   I heard this name.  I met him once at An-Najah

16:42:16  9   University.

16:42:16  10      Q.   At what?  I couldn't hear.

16:42:17  11          MR. HALLER:  "An-Najah University."

16:42:17  12          (Comment in Arabic by the witness.)

16:42:17  13          OFFICIAL INTERPRETER AGHAZARIAN:  When he was

16:42:24  14  a student at An-Najah University.

16:42:27  15      Q.   BY MR. SCHOEN:  When was that?

16:42:38  16      A.   I think it was between '97, '98, '99, during

16:42:42  17  that period.

16:42:43  18      Q.   You met him once and never saw him again?

16:42:56  19      A.   Since then, I haven't met him.  He was in some

16:43:02  20  festival at An-Najah University.

16:43:07  21      Q.   What makes you remember the name?

16:43:14  22      A.   Normally he's a citizen.  He entered prison,

16:43:18  23  and he was released from prison.  And don't forget that

16:43:28  24  my relatives are living in Kalkilya.

16:43:31  25      Q.   Nazzal -- Nazzal lives in Kalkilya?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

16:43:40  1          A.   We assume that Nazzal is from Kalkilya, not

16:43:44  2   from Jenin or -- or Kalkil -- or --

16:43:49  3              OFFICIAL INTERPRETER BEN-NAIM:  "Kabatia."

16:43:49  4              THE WITNESS:  -- Kabatia.

16:43:50  5          Q.   BY MR. SCHOEN:  And in this period 1996 to

16:43:53  6   2002, Nazzal was in Kalkilya?

16:44:11  7          A.   That's what I know that, during this period,

16:44:14  8   he was between his home and the prison.

16:44:16  9          Q.   And do you know Mohammad Nazzal?

16:44:30  10         A.   First of all, Mohammad Nazzal is from Hamas.

16:44:33  11  He's not from the PFLP or the PLO.  I met him once when

16:44:43  12  he was de -- deported from Kuwait to Jordan.

16:44:50  13         Q.   Yeah.  I'm thinking of Mohammad --

16:44:58  14             (Comment in Arabic by the witness.)

16:44:51  15             MR. SCHOEN:  I'm ask -- I'm sorry.  What did

16:44:59  16  he say?  Albert?

16:45:02  17             THE WITNESS:  Not now, he's not in Syria.

16:45:04  18  He's in Jordan.

16:45:06  19         Q.   BY MR. SCHOEN:  Yeah.  I'm asking you about

16:45:09  20  a Mohammad Nazzal from Kalkilya.

16:45:13  21             Do you know such a person?

16:45:15  22         A.   I don't know him at all.

16:45:17  23         Q.   And as to Ra'ed Nazzal, during this period

16:45:23  24  1996 to 2002, was he P --

16:45:34  25         A.   I already told you that I met Ra'ed Nazzal

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
16:45:40   1   one time at Nablus.
16:45:41   2         Q.   Yeah.  And was Ra'ed Nazzal a PFLP member?
16:45:48   3         A.   Possible.
16:45:49   4         Q.   Possible?
16:45:54   5         A.   Possible, yes.  Unpossible, no.
16:45:57   6         Q.   You hold a title with the PFLP?
16:46:10   7         A.   I did not leave my -- my position.  But
16:46:13   8   it is my work in -- from another angle.
16:46:17   9         Q.   How many members are there in the PFLP
16:46:20  10   around the years 1996 to today at any given time?
16:46:42  11         A.   I suggest to you to go and meet Ahmed
16:46:44  12   Sa'adat in the -- in the prison inside and ask him
16:46:50  13   this question.
16:46:52  14         Q.   I'm asking you the question now, as the
16:46:54  15   assistant secretary general of the PFLP.
16:47:04  16         A.   I answered you this question.  I answered
16:47:08  17   you this question.
16:47:10  18         Q.   You said before that there -- wherever there
16:47:14  19   is a PFLP member, there's a PFLP office.
16:47:17  20             Do you mean throughout what you're calling
16:47:29  21   the Palestinian territories or occupied territories?
16:47:49  22         A.   I mean wherever there are -- wherever there
16:47:52  23   are -- wherever there are members of the PFLP, whether
16:48:03  24   it is in Chili or in Gaza or wherever there are offices
16:48:07  25   that -- that -- that pertain to the PFLP.
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

```
16:48:14   1           MR. SCHOEN:  Did the witness say also "or the
16:48:16   2   West Bank," or he didn't say that?
16:48:19   3           MR. HALLER:  "Jaffa."
16:48:23   4           CHECK INTERPRETER HAZOU:  Yes, he did.
16:48:24   5           OFFICIAL INTERPRETER AGHAZARIAN:  "And the
16:48:26   6   West Bank."
16:48:28   7           MR. ROCHON:  Our check translator said:  Yes,
16:48:30   8   he did.
16:48:31   9           MR. SCHOEN:  Okay.
16:48:32  10       Q.  BY MR. SCHOEN:  Is there a PFLP office in
16:48:33  11   Tulkarem in the period 1996 to 2002?
16:48:58  12       A.  Wherever there are members of the P -- of
16:49:00  13   the PFLP, there are offices.  And this I have answered
16:49:04  14   more than once.
16:49:05  15       Q.  Okay.  During that time period, were there
16:49:07  16   members in Tulkarem?
16:49:17  17       A.  In everywhere there are PFLP.
16:49:23  18       Q.  And that includes Kalkilya during that time
16:49:26  19   period?
16:49:42  20       A.  Kalkilya, Tulkarem, Nablus, everywhere, Chili,
16:49:44  21   Algeria, Syria.  The P -- the P -- the PFLP is all over.
16:49:50  22       Q.  Okay.  Does the PFLP maintain any bank
16:49:53  23   accounts?
16:50:05  24       A.  There are people in charge of it.  I'm not
16:50:08  25   the person in charge.
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

16:50:09  1        Q.   Do you know anything about whether the PFLP

16:50:11  2   has a bank account?

16:50:28  3        A.   I don't know whether there is an account or

16:50:29  4   not.  There are people in charge outside the occupied

16:50:33  5   territories who are responsible for this issue.

16:50:36  6        Q.   Who are those people?

16:50:42  7        A.   They are around.  These people are around.

16:50:50  8        Q.   What's -- what'd you say?

16:50:53  9             MR. HALLER:  "People are around."

16:50:54  10            MR. SCHOEN:  Aah.

16:51:01  11            THE WITNESS:  I personally don't know who is

16:51:03  12   in charge here or there.  But they -- they are there.

16:51:07  13       Q.   BY MR. SCHOEN:  And if the PFLP -- in your

16:51:12  14   position with the PFLP, have you ever needed to spend

16:51:21  15   money for the PFLP activities?

16:51:48  16       A.   Within the PFLP, everyone has -- has -- is

16:51:55  17   in charge of various activities, distribution of roles.

16:51:57  18   For me, my -- it is only the personal expenses that

16:52:04  19   count.  But there is somebody in charge of expenditures.

16:52:08  20       Q.   The PL -- PFLP has certain expenses; correct?

16:52:20  21       A.   Could be yes, could be no.

16:52:22  22       Q.   You don't know whether the PFLP has any

16:52:24  23   expenses?

16:52:38  24       A.   I don't know.  Maybe it has to operate with

16:52:40  25   a minimum level.  What is the requested level, I don't

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 16:52:46 | 1 | know.  With the bare minimum. |
| 16:52:48 | 2 | Q.   If there's any money that the PFLP spends -- |
| 16:52:51 | 3 | let me strike that question. |
| 16:53:03 | 4 | Does the PFLP have any income? |
| 16:53:18 | 5 | A.   There is -- there is a party in charge of |
| 16:53:19 | 6 | this.  And I have nothing to do with this, and I don't |
| 16:53:22 | 7 | know anything about this.  And don't waste your time, |
| 16:53:36 | 8 | you and the person next to you, about such a question. |
| 16:53:38 | 9 | That's the bottom line. |
| 16:53:40 | 10 | Q.   As the -- is that funny, Mr. Malouh?  I see |
| 16:53:46 | 11 | you smiling.  It's funny? |
| 16:53:48 | 12 | (Comment in Arabic by the witness.) |
| 16:53:49 | 13 | THE WITNESS:  (In English.)  It's funny. |
| 16:53:52 | 14 | (Comment in Arabic by the witness.) |
| 16:53:52 | 15 | Q.   BY MR. SCHOEN:  Mr. Malouh, you're the PFL -- |
| 16:53:54 | 16 | A.   I am very relaxed. |
| 16:53:57 | 17 | MR. ROCHON:  Counsel.  Counsel, let him |
| 16:53:58 | 18 | translate. |
| 16:53:59 | 19 | THE WITNESS:  I am very relaxed. |
| 16:54:02 | 20 | Q.   BY MR. SCHOEN:  Yeah.  Mr. Malouh, you are the |
| 16:54:04 | 21 | PFLP representative to the PLO; correct? |
| 16:54:14 | 22 | A.   I answered this several times on and on again. |
| 16:54:18 | 23 | Q.   Yeah.  But you don't know whether the PL -- |
| 16:54:20 | 24 | PFLP takes in money ever? |
| 16:54:27 | 25 | A.   I answered this question several times. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

16:54:31   1        Q.   Is it true, Mr. Malouh, that you're the
16:54:34   2    highest-ranking person in the PFLP who's not presently
16:54:38   3    in jail, in prison?
16:55:02   4        A.   Could be yes, could be no.  There are members
16:55:04   5    of the political bureau who are around in Gaza here,
16:55:07   6    abroad, and everywhere.
16:55:10   7        Q.   What are their names, the members of the
16:55:11   8    political bureau?
16:55:24   9        A.   There are members of the PF -- PFLP
16:55:27  10    everywhere.  And it is not my job to -- to tell you
16:55:31  11    who is in -- who is who in this context.
16:55:36  12        Q.   Can you name anyone in the leadership of
16:55:37  13    the PFLP who is your superior?
16:55:45  14        A.   Ahmed Sa'adat is in prison under your
16:55:49  15    premises.
16:55:50  16        Q.   Is there anyone other than Ahmed Sa'adat who
16:55:54  17    is higher than you in the PFLP?
16:56:10  18        A.   This has to do with the different arrangements
16:56:14  19    within the PFLP, inside and outside.  And I'm not in
16:56:17  20    a position to -- to speak about it.
16:56:21  21        Q.   Explain to me the structure of the PFLP
16:56:22  22    leadership, then, so I understand it.
16:56:33  23        A.   You can go to the bylaws of the PFLP in
16:56:36  24    order to get an answer for that.  And you have it
16:56:39  25    under your disposition.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

16:56:40  1        Q.   Where would I find the bylaws?

16:56:47  2        A.   You have it since a long while.

16:56:52  3        Q.   Are the by --

16:56:58  4        A.   I was asked about it at 2002, 2008, and you

16:57:04  5    have it at your disposition.  In Petach Tikva, in 2002,

16:57:10  6    I was questioned about these bylaws.

16:57:17  7        Q.   Is there a website for the PFLP?

16:57:19  8             OFFICIAL INTERPRETER BEN-NAIM:  "Internet."

16:57:19  9             THE WITNESS:  There is a site in Gaza.  There

16:57:33  10   is a site -- website for the PFLP.

16:57:38  11       Q.   BY MR. SCHOEN:  And the material that appears

16:57:41  12   on that website --

16:57:44  13            CHECK INTERPRETER HAZOU:  "In Gaza or

16:57:45  14   outside."

16:57:45  15            He -- he doesn't really --

16:57:50  16            THE WITNESS:  There is a site --

16:57:51  17            MR. McALEER:  Did the official translator

16:57:53  18   accept the proposed translation from the check

16:57:57  19   translator?

16:57:59  20            OFFICIAL INTERPRETER AGHAZARIAN:  There was

16:57:59  21   no change.  We repeated the same thing.

16:58:05  22            CHECK INTERPRETER HAZOU:  There was just

16:58:06  23   an addition:  "Whether it could be in Gaza.  It could

16:58:10  24   be abroad.  I -- I do not know a lot about it."

16:58:15  25            That's what he said.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
16:58:16   1            OFFICIAL INTERPRETER AGHAZARIAN:  Okay.
16:58:17   2            MR. McALEER:  The official translator accepts
16:58:20   3    the addition offered by the check translator.  Thank --
16:58:24   4    thank you both.
16:58:28   5            Q.   BY MR. SCHOEN:  Do you see the screen in front
16:58:30   6    of you now?
16:58:41   7            A.   I see it, but the writing is not clear.
16:58:44   8            Q.   Do you know whether the bylaws appear on the
16:58:49   9    website?
16:59:11  10            A.   I don't know the bylaws since I'm not capable
16:59:14  11    to read what appears there.
16:59:16  12            Q.   Uh-huh.  Do you know what the bylaws say?
16:59:25  13            A.   I don't see.
16:59:27  14            Q.   No, I mean, forget about what's up on the
16:59:30  15    screen.
16:59:32  16            Are you familiar with the bylaws of the PFLP?
16:59:46  17            A.   I said -- I said several times a while ago
16:59:59  18    that you have these bylaws under your disposition.  And
17:00:04  19    if you extend your hand to your right or to your left,
17:00:08  20    you will find it right there.
17:00:10  21            Q.   Is there a char -- a written charter or
17:00:13  22    constitution --
17:00:20  23            A.   Instead of talking to the person to your left,
17:00:23  24    just let him hand you this -- these bylaws.
17:00:27  25            Q.   The person to my left is the court reporter,
```

167

| | | |
|---|---|---|
| 17:00:29 | 1 | and she doesn't have the bylaws. |
| 17:00:39 | 2 | MR. McALEER: Let the record reflect that |
| 17:00:40 | 3 | the witness has been seeing the figure or portions |
| 17:00:46 | 4 | of the figure of Mordechai Haller, who has, in fact, |
| 17:00:49 | 5 | been seated to the right of Mr. Schoen, which from |
| 17:00:52 | 6 | the witness' perspective would appear to be to the |
| 17:00:56 | 7 | left of the screen, and that Mr. Haller has moved |
| 17:00:59 | 8 | from that perch, where he has been for a good portion |
| 17:01:04 | 9 | of the deposition, speaking to Mr. Schoen, down to |
| 17:01:08 | 10 | the other end of the table where he is operating the |
| 17:01:14 | 11 | laptop by which he is putting the images up on the |
| 17:01:18 | 12 | screen. |
| 17:01:19 | 13 | MR. SCHOEN: Let the -- oh, go ahead. |
| 17:01:21 | 14 | (Last colloquy translated.) |
| 17:02:05 | 15 | MR. SCHOEN: Let the record reflect that |
| 17:02:07 | 16 | Mr. Malouh referred to Mr. Haller before as sitting |
| 17:02:11 | 17 | on my right when he asked me about something to do |
| 17:02:16 | 18 | with the person on my right. |
| 17:02:33 | 19 | Q. BY MR. SCHOEN: Mr. Malouh, is there a written |
| 17:02:36 | 20 | charter or constitution for the PFLP? |
| 17:02:53 | 21 | A. I have answered this question a while ago |
| 17:02:55 | 22 | and more than once. |
| 17:02:58 | 23 | Q. In addition to the bylaws, is there also |
| 17:03:00 | 24 | a charter that sets out the philosophy or the mission |
| 17:03:04 | 25 | of the PFLP? |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

17:03:23  1       A.   Also I have already answered this question.

17:03:25  2       Q.   Please answer it again.

17:03:34  3       A.   I say I have answered this question

17:03:41  4  previously.  There is redundancy here.  Let us bring

17:03:51  5  this encounter to an end.

17:03:53  6       Q.   Mr. Malouh, can you now read what's on the

17:03:56  7  screen?  We tried to make the print bigger.

17:03:59  8            Can you read it?

17:04:17  9       A.   I have already read the bylaws.  And I am not

17:04:23  10  able to read it in such a way now.

17:04:26  11       Q.   Because you can't see the print?  You can't

17:04:30  12  read the print?

17:04:42  13       A.   I do not see it.  And, also, I do not wish

17:04:44  14  in order to see such questions and such writing.

17:04:53  15       Q.   Mr. Malouh, have you ever worked in a PFLP

17:04:57  16  office?

17:05:11  17       A.   What kind of question is this?  Of course I

17:05:13  18  did.

17:05:15  19       Q.   Okay.  Where?

17:05:19  20       A.   But not here.  Not in offices here.  I worked

17:05:24  21  in Jordan, in Lebanon, Syria, Algeria.  My political

17:05:31  22  activity has been all over these places.

17:05:34  23       Q.   When did you work in a PFLP office?

17:05:49  24       A.   In Jordan, in Lebanon, in -- in Algeria, and

17:05:55  25  in more than one place, and Syria.

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

17:05:58   1        Q.   I'm sorry.  I said:  "When?"

17:06:01   2             Since 1996, every year have you worked in

17:06:06   3   a P -- PFLP office?

17:06:24   4        A.   During the period of 1996 and 2002, I --

17:06:29   5   it was very difficult for me to move.  And it was not

17:06:33   6   possible to work in -- under specific circumstances.

17:06:36   7   It was not allowed -- it was not allowed for me to

17:06:45   8   leave.

17:06:46   9        Q.   Did you work with the PFLP during that period?

17:07:00   10       A.   I -- I represented the PFLP within the --

17:07:04   11  the PLO framework.

17:07:07   12       Q.   Yeah.  Did you work in any PFLP office

17:07:10   13  anyplace during that period?

17:07:22   14       A.   If -- if there were offices -- if -- if

17:07:30   15  there were offices wherever I went, of course I would

17:07:33   16  visit these offices.  But my work was within the PLO

17:07:39   17  framework.

17:07:46   18       Q.   Have you ever worked from a PFLP office

17:07:48   19  in Ramallah?

17:08:01   20       A.   I worked from the offices of the PLO in

17:08:06   21  Ramallah.

17:08:07   22       Q.   Have you ever visited the PFLP office in

17:08:09   23  Ramallah?

17:08:24   24       A.   If there are offices pertaining to the PFLP

17:08:26   25  in Ramallah or in Gaza or in Latin America or whatever

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

170

| 17:08:31 | 1 | it is, I would visit it. |
|---|---|---|

```
17:08:31   1   it is, I would visit it.
17:08:33   2        Q.   Do you know how the telephone bill is paid
17:08:37   3   in a PFLP office anyplace?
17:08:58   4        A.   If you speak about the telephones or this
17:09:01   5   within the PLO, I do not know how the bill will be paid.
17:09:05   6        Q.   PFLP.  Not PLO.
17:09:10   7        A.   I don't know, whether it's the PLO or the
17:09:12   8   PFLP.
17:09:13   9        Q.   Is there a budget for the PFLP?
17:09:16  10             CHECK INTERPRETER HAZOU:  No, no, no, no.  No,
17:09:17  11   no, no.
17:09:17  12             MR. ROCHON:  Just a second.
17:09:18  13             CHECK INTERPRETER HAZOU:  "I don't know how
17:09:19  14   the telephone bills are paid, whether we're talking
17:09:22  15   about the PFLP or the PLO."
17:09:24  16             MR. ROCHON:  Does the check trans --
17:09:25  17             MR. McALEER:  Does the official -- does the
17:09:26  18   official translator accept the translation proposed
17:09:28  19   by the check translator?
17:09:32  20             CHECK INTERPRETER HAZOU:  Ask the witness.
17:09:32  21   That's what he said.
17:09:35  22             OFFICIAL INTERPRETER AGHAZARIAN:  Ask the
17:09:36  23   witness?
17:09:42  24             CHECK INTERPRETER HAZOU:  He said -- he said:
17:09:43  25   "I don't know how the telephone bills are paid, whether
```

| | | |
|---|---|---|
| 17:09:46 | 1 | we're talking about the PFLP or the PLO." |
| 17:09:50 | 2 | OFFICIAL INTERPRETER AGHAZARIAN:  That's how |
| 17:09:50 | 3 | I translated it. |
| 17:09:52 | 4 | MR. SCHOEN:  That's how I understood it. |
| 17:09:53 | 5 | MR. ROCHON:  Okay. |
| 17:09:55 | 6 | CHECK INTERPRETER HAZOU:  Okay. |
| 17:09:56 | 7 | Q.   BY MR. SCHOEN:  Mr. Malouh, is there a budget |
| 17:09:59 | 8 | for the PFLP? |
| 17:10:20 | 9 | A.   You have to ask the party that pays this |
| 17:10:23 | 10 | budget.  I myself do not know. |
| 17:10:26 | 11 | Q.   So, again, as the assistant secretary general |
| 17:10:29 | 12 | of the PFLP, you don't know whether the PFLP has a |
| 17:10:46 | 13 | budget of any kind? |
| 17:11:24 | 14 | A.   You can address yourself to every party and |
| 17:11:28 | 15 | the relevant parties outside about the way that the -- |
| 17:11:32 | 16 | the -- the budget is earmarked.  I myself do not know. |
| 17:11:38 | 17 | Q.   I simply asked if there is a budget? |
| 17:11:51 | 18 | A.   You can ask yourself. |
| 17:11:52 | 19 | Q.   Who should I ask, Mr. Malouh?  Who would know? |
| 17:11:57 | 20 | A.   I am not in charge, and I do not know. |
| 17:12:00 | 21 | Q.   You're not in charge? |
| 17:12:07 | 22 | A.   From the beginning, I made it clear that my |
| 17:12:10 | 23 | work is political. |
| 17:12:12 | 24 | Q.   You're a leader of the P -- |
| 17:12:21 | 25 | A.   And I am not responsible for the financial |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

172

| | | |
|---|---|---|
| 17:12:24 | 1 | aspects, not in the PLO, not in the PFLP, or elsewhere. |
| 17:12:29 | 2 | Q.   Do you get any income from any source, |
| 17:12:31 | 3 | Mr. Malouh? |
| 17:12:40 | 4 | A.   I have answered this question.  Since the |
| 17:12:44 | 5 | morning, I am responding to your questions. |
| 17:12:49 | 6 | Q.   Actually, I limited my questions then as |
| 17:12:51 | 7 | to whether you were paid a salary as a member of the |
| 17:12:55 | 8 | PLO Executive Committee. |
| 17:12:57 | 9 | I'm asking -- |
| 17:13:14 | 10 | A.   What -- |
| 17:13:18 | 11 | MR. ROCHON:  Counsel, you were in the middle |
| 17:13:19 | 12 | of the question before Mr. Haller started talking to |
| 17:13:22 | 13 | you. |
| 17:13:23 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  Could you |
| 17:13:23 | 15 | restart the question? |
| 17:13:26 | 16 | MR. SCHOEN:  I thought I asked a question. |
| 17:13:26 | 17 | OFFICIAL INTERPRETER BEN-NAIM:  You didn't. |
| 17:13:26 | 18 | MR. SCHOEN:  Oh, yeah.  He interrupted me. |
| 17:13:27 | 19 | Yeah. |
| 17:13:27 | 20 | OFFICIAL INTERPRETER BEN-NAIM:  Whatever. |
| 17:13:28 | 21 | Just -- |
| 17:13:28 | 22 | MR. SCHOEN:  Okay. |
| 17:13:28 | 23 | OFFICIAL INTERPRETER BEN-NAIM:  -- start it |
| 17:13:29 | 24 | all over. |
| 17:13:29 | 25 | MR. SCHOEN:  Yeah. |

173

17:13:30    1         Q.   BY MR. SCHOEN:  I asked you before,
17:13:31    2    Mr. Malouh, if you had any income as a mem -- as
17:13:41    3    a member of the PLO Executive Committee.
17:13:47    4              I'm asking you now whether you have any income
17:13:54    5    from any source -- whether you have any income from any
17:13:57    6    source in any capacity?
17:14:14    7         A.   From the outset, I will tell you that I'm not
17:14:17    8    in a position to answer such kinds of questions.
17:14:20    9         Q.   You're in a position to answer it.
17:14:22   10              Do you refuse to answer it?
17:14:33   11         A.   I did not say that I resent responding to
17:14:36   12    your questions.  I said I cannot.  And this makes the
17:14:41   13    whole difference.
17:14:42   14         Q.   You cannot answer my question as to whether
17:14:44   15    you have any income from any source?
17:14:58   16         A.   I cannot.  And this is a very highly personal
17:15:01   17    question, which I cannot present in such a form.
17:15:05   18         Q.   Why?  Why can't you answer it?
17:15:12   19         A.   Because I can -- I simply cannot respond.
17:15:17   20         Q.   You understand the question is whether you
17:15:19   21    make any money, whether anyone gives you or pays you
17:15:23   22    any money in any form anytime?
17:15:45   23         A.   You or anybody in this room and in that room
17:15:50   24    have the right to ask the question who gives and who
17:15:53   25    does not give support.

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 17:15:55 | 1 | Q.   (Not translated.)  Yeah.  I'm asking you |
| 17:16:00 | 2 | whether you get any income, receive? |
| 17:16:05 | 3 | A.   Don't ask me such questions.  Because, in the |
| 17:16:14 | 4 | first place, the basis of this question is wrong. |
| 17:16:18 | 5 | Q.   Mr. Malouh, do you have any income from any |
| 17:16:20 | 6 | source? |
| 17:16:30 | 7 | A.   I would not respond to you to such kinds of |
| 17:16:33 | 8 | questions. |
| 17:16:34 | 9 | Q.   Mr. Malouh, do you have any bank account? |
| 17:16:40 | 10 | A.   I will not respond to such kinds of questions. |
| 17:16:56 | 11 | Q.   You mentioned before, Mr. Malouh, that your |
| 17:16:59 | 12 | wife gets some income; correct? |
| 17:17:15 | 13 | A.   I don't know about that.  But I know that my |
| 17:17:19 | 14 | wife works with the social affairs, full stop. |
| 17:17:25 | 15 | Q.   But you don't know if your wife gets any |
| 17:17:29 | 16 | income from the PLO? |
| 17:17:32 | 17 | A.   You have no relation -- you have no relation |
| 17:17:36 | 18 | for you to know what my wife takes from the PLO or any |
| 17:17:39 | 19 | other source.  And this is not a way for interrogation. |
| 17:17:49 | 20 | Bye-bye, if that's the kind of questions. |
| 17:17:52 | 21 | Q.   You're leaving, Mr. Malouh? |
| 17:17:55 | 22 | MR. ROCHON:  Counsel -- Counsel, can we take |
| 17:17:57 | 23 | a short break so Mr. Malouh and his counsel can consult? |
| 17:18:01 | 24 | MR. SCHOEN:  Is Mr. Malouh leaving or not? |
| 17:18:03 | 25 | He just got up in the middle of my question. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

17:18:05   1              MR. HASSAN:  Ten minutes.  Ten minutes, and
17:18:08   2    we will come back.
17:18:11   3              MR. SCHOEN:  I want an answer as to whether
17:18:14   4    Mr. Malouh is leaving.
17:18:15   5              MR. ROCHON:  His counsel -- Counsel, his
17:18:17   6    counsel just said:  Ten minutes and we'll be back.
17:18:21   7    Since there's no one with counsel other than his client,
17:18:25   8    I presume that means "we" is the two of them.  So let's
17:18:28   9    take a ten-minute break.
17:18:30   10             MR. SCHOEN:  Going off the record.
17:18:33   11             MR. ROCHON:  Thank you.
17:28:25   12             (Recess from 5:18 p.m. to 5:28 p.m.)
17:28:29   13             MR. SCHOEN:  On the record.
17:28:42   14        Q.   BY MR. SCHOEN:  Mr. Malouh, during the break,
17:28:43   15   did you look at any documents?
17:28:54   16        A.   What kind of documents?
17:28:56   17        Q.   Any documents.
17:29:07   18        A.   I have seen a lot of what's going in the
17:29:10   19   landscape in -- in Israel and lots of documents.  And
17:29:13   20   I have seen lots of documents.
17:29:16   21        Q.   Tell me what documents you've seen during the
17:29:19   22   course of this deposition.
17:29:30   23             MR. ROCHON:  I think there's some confusion
17:29:32   24   between your questions.
17:29:39   25             CHECK INTERPRETER HAZOU:  You said "during

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

176

17:29:41   1   this session" or "during the break"?

17:29:43   2        MR. SCHOEN:  I originally asked him during

17:29:44   3   the break.  But if he wants to give a smart alec answer,

17:29:45   4   then I'd like to know during the whole deposition what

17:29:51   5   documents he's consulted.

17:29:53   6        THE WITNESS:  During the break, I did not look

17:30:07   7   into any document.

17:30:09   8        Q.   BY MR. SCHOEN:  Mr. Malouh, do you know

17:30:11   9   whether any PFLP member gets paid any money by the PFLP?

17:30:39   10        A.   This implies that I should know all members

17:30:42   11   of the PFLP and the source of the funding.  And this

17:30:45   12   is something I don't know.

17:30:45   13        Q.   (Not translated.)  I'm not asking you about

17:30:50   14   all of them.  I'm asking you whether you know one or

17:30:54   15   any other number of PFLP members who gets any income --

17:30:57   16        (Comment in Arabic by the witness.)

17:30:57   17        Q.   BY MR. SCHOEN:  Let me finish my question,

17:30:59   18   please.

17:31:07   19        A.   Maybe somebody will be getting funds from here

17:31:11   20   or from there.  But I do not know.

17:31:14   21        Q.   (Not translated.)  What do you know -- as the

17:31:16   22   assistant general direct -- assistant secretary general

17:31:20   23   of the PFLP, what is it that you do know about the PFLP

17:31:25   24   operations, if anything?

17:31:29   25        (Comment in Arabic by the witness.)

| | | |
|---|---|---|
| 17:31:29 | 1 | MR. SCHOEN:  Sorry.  "If anything?" |
| 17:31:31 | 2 | Translate. |
| 17:31:32 | 3 | THE WITNESS:  General direction, of course. |
| 17:31:39 | 4 | (Pending question translated.) |
| 17:31:34 | 5 | THE WITNESS:  Only in the general orientation. |
| 17:31:46 | 6 | Q.   BY MR. SCHOEN:  You don't know any specific |
| 17:31:47 | 7 | activities of the PFLP? |
| 17:31:58 | 8 | A.   I don't know. |
| 17:31:59 | 9 | Q.   How did you become assistant secretary general |
| 17:32:01 | 10 | of the PFLP? |
| 17:32:10 | 11 | A.   I am very popular. |
| 17:32:12 | 12 | Q.   (Not translated.)  When they -- do you know |
| 17:32:14 | 13 | whether the other members of the PFLP know that you |
| 17:32:18 | 14 | don't know anything about any specific operations or |
| 17:32:21 | 15 | activities of the PFLP? |
| 17:32:24 | 16 | MR. SCHOEN:  Did you get that? |
| 17:32:25 | 17 | OFFICIAL INTERPRETER BEN-NAIM:  No. |
| 17:32:26 | 18 | Q.   BY MR. SCHOEN:  Do you know whether the other |
| 17:32:28 | 19 | members of the PFLP are aware that their assistant |
| 17:32:38 | 20 | secretary general doesn't know anything about specific |
| 17:32:42 | 21 | operations of the PFLP? |
| 17:33:03 | 22 | A.   I am telling you that I do not know.  And |
| 17:33:06 | 23 | you may, on your own, conclude.  And -- |
| 17:33:14 | 24 | CHECK INTERPRETER HAZOU:  "I'm satisfied." |
| 17:33:16 | 25 | THE WITNESS:  And I'm satisfied with this |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

178

| | | |
|---|---|---|
| 17:33:18 | 1 | state of affairs. |
| 17:33:21 | 2 | Q.   BY MR. SCHOEN:  There's a lot of noise in the |
| 17:33:23 | 3 | background. |
| 17:33:24 | 4 | Any idea what it is? |
| 17:33:26 | 5 | MR. ROCHON:  Yeah.  It's —— it's some people |
| 17:33:28 | 6 | breaking down a conference.  And I think it will stop |
| 17:33:31 | 7 | in a moment. |
| 17:33:32 | 8 | MR. SCHOEN:  Okay. |
| 17:33:34 | 9 | Q.   BY MR. SCHOEN:  Mr. Malouh, does the PFLP have |
| 17:33:38 | 10 | a women's organization? |
| 17:33:47 | 11 | A.   You may ask the Popular Front. |
| 17:33:51 | 12 | Q.   I am. |
| 17:34:02 | 13 | A.   In light of your comments, I must be in a |
| 17:34:06 | 14 | position to know [sic]. |
| 17:34:08 | 15 | Q.   Yes. |
| 17:34:09 | 16 | OFFICIAL INTERPRETER AGHAZARIAN:  "Not to |
| 17:34:10 | 17 | know." |
| 17:34:11 | 18 | MR. SCHOEN:  Aah. |
| 17:34:11 | 19 | Q.   BY MR. SCHOEN:  I'm asking you:  As the |
| 17:34:13 | 20 | assistant secretary general leader, assistant leader |
| 17:34:16 | 21 | of the PFLP, is there a women's organization of the |
| 17:34:26 | 22 | PFLP? |
| 17:34:29 | 23 | A.   I don't know. |
| 17:34:30 | 24 | Q.   Aah.  Do you know if there is an agricultural |
| 17:34:34 | 25 | workers organization? |

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

179

```
17:34:42   1        A.   I don't know.
17:34:42   2        Q.   Do you know if there's a medical organization
17:34:45   3   within the PFLP?
17:34:48   4        A.   I don't know.
17:34:48   5             MR. ROCHON:   Counsel, could we take one
17:34:57   6   second?  I'll ask those people to stop banging outside.
17:35:03   7             MR. SCHOEN:   Sure.
17:35:06   8             MR. ROCHON:   Don't ask a question while I'm
17:35:09   9   gone.
17:35:10  10             (Brief pause in the proceedings.)
17:35:17  11             MR. ROCHON:   Okay.  Go ahead.  We'll do the
17:35:17  12   best we can.  They're actually assembling something out
17:35:21  13   there.  I've asked them to be quiet.  But there's no
17:35:23  14   manager onsite.  So if it happens again, I'll have to
17:35:27  15   go find a manager.
17:35:28  16        Q.   BY MR. SCHOEN:   (Not translated.)  Do you know
17:35:28  17   the organization called Union of Agricultural Workers
17:35:34  18   Committee?
17:35:35  19        A.   I don't know.
17:35:36  20        Q.   The question wasn't translated.
17:35:45  21        A.   I say I don't know.
17:35:47  22        Q.   To every question?
17:35:55  23        A.   The questions that you have asked at the end.
17:35:57  24        Q.   (Not translated.)  Uh-huh.  Okay.  Do you know
17:35:59  25   someone named Bashira Al-Khayr?  Khayr?
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

17:36:05   1        A.   I don't know.

17:36:06   2        Q.   The question wasn't translated.

17:36:12   3             (Pending question translated.)

17:36:14   4        Q.   BY MR. SCHOEN:  You're answering the questions

17:36:15   5   before they're translated.

17:36:18   6             Do you understand the English?

17:36:28   7        A.   Since the morning, I have become familiar with

17:36:31   8   your questions.

17:36:32   9        Q.   (Not translated.)  I see.  Mr. Malouh, what

17:36:39  10   would you say -- in your opinion, as the assistant

17:36:42  11   secretary general of the PFLP, what's the most important

17:36:46  12   or successful PFLP operation that you're familiar with?

17:36:49  13             (Comment in Arabic by the witness.)

17:36:58  14             CHECK INTERPRETER HAZOU:  Translate.

17:37:00  15             OFFICIAL INTERPRETER BEN-NAIM:  I'm not sure.

17:37:00  16   Is the answer -- I don't know when to answer.

17:37:02  17        Q.   BY MR. SCHOEN:  One second.  What did Malouh

17:37:03  18   say already?  He already spoke.

17:37:08  19             (Pending question translated.)

17:37:19  20             THE WITNESS:  The PLO.

17:37:19  21        Q.   BY MR. SCHOEN:  That's the most important PFLP

17:37:23  22   operation?

17:37:30  23        A.   It's the most important political operation.

17:37:34  24        Q.   It's the most important -- also the most

17:37:36  25   important PFLP ally?

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
17:37:45   1            MR. ROCHON:  Objection.  Objection.
17:37:48   2            "Ally" is confusing.  Could you rephrase your
17:37:54   3   question, Counsel?
17:37:54   4            MR. SCHOEN:  No.  I haven't heard the witness
17:37:56   5   say it was confusing.  I asked the question I asked.
17:38:02   6            MR. ROCHON:  Yeah, I know.  But -- but
17:38:05   7   I object.  It's not -- I object on behalf of myself
17:38:11   8   and my client.  It's not on behalf of the witness that
17:38:12   9   I was objecting to the use of the word.  If you don't
17:38:13   10  want to rephrase it -- I just think the answer won't
17:38:17   11  have much meaning with that confusing word.  You can
17:38:17   12  leave it in there if you want.
17:38:19   13           MR. SCHOEN:  Yeah.  And, again, it's not
17:38:20   14  appropriate to make these speaking objections like that.
17:38:22   15  You want to object to form, you want to object to
17:38:25   16  something specific, object to it.  You don't need to
17:38:27   17  tell me that something is confusing to the witness.
17:38:33   18           MR. ROCHON:  I'll -- I'm not -- I'll ignore
17:38:35   19  your speech.
17:38:35   20           The witness can answer the question.
17:38:40   21           THE WITNESS:  I want you to clarify your
17:38:42   22  question.
17:38:45   23      Q.   BY MR. SCHOEN:  Is the PLO the most important
17:38:47   24  ally, friend, supporter of the PFLP?
17:39:08   25      A.   We are part of the PLO, and that's how we
```

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 17:39:11 | 1 | look at it. |
| 17:39:12 | 2 | Q.   Okay.  What body, if any, within the PFLP |
| 17:39:17 | 3 | appointed you to be assistant secretary general? |
| 17:39:44 | 4 | A.   Read the internal bylaws.  You would -- you |
| 17:39:46 | 5 | would know what is the body that has elected me. |
| 17:39:49 | 6 | Q.   I'm asking you the question. |
| 17:39:58 | 7 | A.   Don't ask me this question, because the answer |
| 17:40:00 | 8 | you have at your disposition. |
| 17:40:02 | 9 | Q.   Mr. Malouh, I'm entitled to ask you questions. |
| 17:40:04 | 10 | I don't -- I'm not required just to read things.  I'm |
| 17:40:06 | 11 | asking you the question.  So I'll ask you again. |
| 17:40:28 | 12 | A.   You have been exposing on the screen the |
| 17:40:32 | 13 | internal bylaws, which means that you have read it |
| 17:40:35 | 14 | before even exposing it to me, that you are familiar |
| 17:40:40 | 15 | with the contents of the internal bylaws.  So this |
| 17:40:46 | 16 | is why, once again, I tell you:  Go to the internal |
| 17:40:51 | 17 | bylaws, and you will -- you will get the answer. |
| 17:40:54 | 18 | Q.   Does the PFLP always follow its bylaws? |
| 17:41:08 | 19 | A.   It depends.  This depends. |
| 17:41:11 | 20 | Q.   Then I'm sure you would agree with me, |
| 17:41:13 | 21 | Mr. Malouh, that just looking at the bylaws wouldn't |
| 17:41:17 | 22 | necessarily answer my question about you. |
| 17:41:17 | 23 | So, in this case, I'm asking you -- I'm |
| 17:41:21 | 24 | sure you would agree with me, Mr. Malouh, that I |
| 17:41:29 | 25 | can't rely just on the bylaws to answer my questions. |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

17:41:39  1          So I'm asking you again:  In your situation --

17:41:49  2      A.   But the organization and issues depend on the

17:41:53  3  internal bylaws.

17:41:54  4      Q.   Yeah.  Mr. Malouh, were you elected by the

17:41:57  5  Central Committee to be assistant secretary general of

17:42:00  6  the PFLP?

17:42:19  7      A.   The -- the bylaws say that there will be the

17:42:22  8  election of the general secretary, the deputy secretary,

17:42:25  9  as well as the Central Committee.

17:42:29  10     Q.   And you're the deputy secretary?

17:42:35  11     A.   That's what they say.

17:42:36  12     Q.   The number two man in charge?

17:42:43  13     A.   That's how they say.

17:42:45  14     Q.   Who's "they"?

17:42:53  15     A.   Those who have read the internal bylaws,

17:42:55  16  including yourself.

17:42:56  17     Q.   Mr. Malouh, do you know a person named Taysir

17:43:00  18  Qubba'a?

17:43:17  19     A.   He is a refugee outside this country.  And

17:43:22  20  he's the deputy -- the deputy of the PNC.

17:43:27  21     Q.   The deputy president of the -- sorry.

17:43:29  22          Deputy --

17:43:34  23     A.   He's deputy in Kalkilya, in his own town.

17:43:39  24          MR. SCHOEN:  What's the town?

17:43:40  25          OFFICIAL INTERPRETER AGHAZARIAN:  Kalkilya.

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 17:43:40 | 1 | MR. SCHOEN:  Aah. |
| 17:43:43 | 2 | CHECK INTERPRETER HAZOU:  Kalkilya. |
| 17:43:43 | 3 | Q.   BY MR. SCHOEN:  And is this man a PFLP member? |
| 17:43:57 | 4 | A.   Now he's the deputy chair of the PNC. |
| 17:43:59 | 5 | Q.   Is he also a member of the PFLP? |
| 17:44:07 | 6 | A.   You could have directed this question to him. |
| 17:44:10 | 7 | Q.   And I'm directing it to you. |
| 17:44:22 | 8 | A.   I say he is the deputy head of the PNC and |
| 17:44:28 | 9 | he's residing in Amman. |
| 17:44:30 | 10 | Q.   How long has he been the deputy president of |
| 17:44:33 | 11 | the PNC? |
| 17:44:50 | 12 | A.   He's the deputy of the head of the PNC.  And |
| 17:44:58 | 13 | he was elected by the PNC as deputy chair. |
| 17:45:02 | 14 | Q.   When? |
| 17:45:07 | 15 | A.   Since the last century. |
| 17:45:18 | 16 | Q.   Be fair to say that that would include the |
| 17:45:20 | 17 | period since at least 1999 until now? |
| 17:45:41 | 18 | A.   It could be even before that date because the |
| 17:45:46 | 19 | PNC has not convened since '99. |
| 17:45:50 | 20 | Q.   Mr. Malouh -- |
| 17:45:52 | 21 | A.   (In English.)  Not since '99. |
| 17:45:54 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  "Before |
| 17:45:54 | 23 | '99." |
| 17:45:56 | 24 | THE WITNESS:  (In English.)  2009, we met |
| 17:46:02 | 25 | the -- |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

185

| | | |
|---|---|---|
| 17:46:02 | 1 | (Comment in Arabic by someone in Ramallah.) |
| 17:46:09 | 2 | THE WITNESS:  We -- we had a special session |
| 17:46:17 | 3 | convened for the PNC in 2009 in order to fill up the |
| 17:46:23 | 4 | vacant positions. |
| 17:46:24 | 5 | MR. SCHOEN:  Let the record -- let the record |
| 17:46:27 | 6 | reflect that the witness began to answer this question |
| 17:46:27 | 7 | in English until someone said something to him on their |
| 17:46:33 | 8 | end. |
| 17:46:33 | 9 | (Comment in Arabic by Mr. Hassan.) |
| 17:46:33 | 10 | MR. SCHOEN:  What'd he say? |
| 17:46:33 | 11 | MR. HASSAN:  He did not say something.  He |
| 17:46:56 | 12 | spoke in Arabic. |
| 17:46:59 | 13 | MR. ROCHON:  Let the record also reflect that |
| 17:47:00 | 14 | his English was broken and, because he was struggling |
| 17:47:03 | 15 | for his words, not me, but people in the room suggested |
| 17:47:07 | 16 | he try to answer in Arabic. |
| 17:47:30 | 17 | MR. McALEER:  Let the record also reflect, |
| 17:47:31 | 18 | since we're letting the record reflect things, we're |
| 17:47:34 | 19 | now -- we're now at six hours on the record. |
| 17:48:06 | 20 | Q.   BY MR. SCHOEN:  I want to clear up the time |
| 17:48:09 | 21 | frame on Kaba [sic] because I'm afraid we got mixed up. |
| 17:48:17 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  "Qubba'a." |
| 17:48:27 | 23 | MR. SCHOEN:  "Qubba'a." |
| 17:48:27 | 24 | Q.   BY MR. SCHOEN:  Put aside for a second 2009. |
| 17:48:28 | 25 | I'm focusing on the period -- let's just say 1999 to |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

| | | |
|---|---|---|
| 17:48:38 | 1 | 2006. |
| 17:48:46 | 2 | At that time, was this man Qubba'a the deputy |
| 17:48:55 | 3 | president of the PNC? |
| 17:49:19 | 4 | A.   To start with, at 2:30, the convenor, he |
| 17:49:21 | 5 | said -- he said we should be finished within a couple |
| 17:49:27 | 6 | of hours.  Now it is quarter to 6:00. |
| 17:49:29 | 7 | But I said Qubba'a -- why -- why is the focus |
| 17:49:50 | 8 | on the -- the period of 1999 'til 2006?  And we keep |
| 17:49:57 | 9 | repeating this all the time. |
| 17:50:00 | 10 | Q.   I want to just give you a time frame. |
| 17:50:03 | 11 | If you can tell me when this man Qubba'a |
| 17:50:05 | 12 | became deputy president of the PNC, I don't have to |
| 17:50:11 | 13 | name a time frame.  Your answer, as it was translated, |
| 17:50:29 | 14 | was "from the last century," as I understood it. |
| 17:50:39 | 15 | I didn't think you were serious with that |
| 17:50:41 | 16 | answer.  I didn't think you were serious with that |
| 17:50:44 | 17 | answer.  But if you were, then we'll stick with it. |
| 17:51:03 | 18 | A.   To start with -- |
| 17:51:10 | 19 | Q.   Go ahead. |
| 17:51:11 | 20 | A.   At first, you know, I'm not here an |
| 17:51:14 | 21 | alternative to Taysir Qubba'a, since when and how |
| 17:51:19 | 22 | and so on and what have you. |
| 17:51:21 | 23 | Q.   I'm only asking you what you know. |
| 17:51:28 | 24 | A.   I don't know the dates exactly. |
| 17:51:30 | 25 | Q.   Can you give me an estimate what year -- |

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

17:51:33    1    within five years?

17:51:40    2         A.   The last century.

17:51:41    3         Q.   Okay.  Can you name for me, Mr. Malouh --

17:51:45    4    please name for me ten members of the PFLP.

17:52:04    5         A.   I won't name anybody.  I don't know.

17:52:07    6         Q.   You don't know the name of any member of the

17:52:10    7    PFLP?

17:52:30    8         A.   Whether I know -- I -- I wouldn't know whether

17:52:35    9    he's a member of the PNC or -- PNC or not.  This is a

17:52:39   10    different matter.

17:52:40   11         Q.   I'm asking you to name for me any members

17:52:43   12    of the PFLP.

17:52:50   13         A.   Did I come here to -- to witness on them?

17:52:52   14         Q.   Yes.

17:52:56   15         A.   No.  No one has informed me that I'm coming

17:53:05   16    here in order to make witness on this or on that.

17:53:09   17    Otherwise goodbye.  This is like the job to be done

17:53:13   18    by interrogation with the Shabak.

17:53:16   19         Q.   You're here to answer my questions on whatever

17:53:19   20    subject I ask you, subject to your lawyer's objection

17:53:23   21    and/or instruction not to --

17:53:42   22         A.   Since the morning, I have responded positively

17:53:46   23    to all logical questions.  But you are trying to --

17:53:49   24    to drag issues to the wrong direction.  And -- and --

17:53:53   25    and -- and these are the questions that I see are not

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

17:53:58    1    fit.

17:53:58    2         Let me tell you a joke.  I have not sat so

17:54:10    3    long during the interrogation of the Shabak.  I never

17:54:13    4    had so much grilling.

17:54:16    5         Q.  Mr. Malouh, can you name for me five members

17:54:20    6    of the PFLP?

17:54:25    7         A.  I won't mention -- I won't mention any name.

17:54:28    8    Even if I know, I will not come up with any names.

17:54:33    9              MR. SCHOEN:  I have no further questions.

17:54:39   10              MR. ROCHON:  Thank you.  We can go off the

17:54:41   11    record.  We're done.  No questions.

17:54:43   12              MR. SCHOEN:  Okay.

           13              (The deposition concluded at 5:55 p.m.)

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

SEPTEMBER 5, 2012 - ABDEL RAHIM MALOUH

```
1                  CERTIFICATE OF WITNESS/DEPONENT

2

3          I, ABDEL RAHIM MALOUH, witness herein, do

4    hereby certify and declare the within and foregoing

5    transcription to be my examination under oath in said

6    action taken on September 5, 2012, with the exception

7    of the changes listed on the errata sheet, if any;

8          That I have read, corrected, and do hereby

9    affix my signature under penalty of perjury to said

10   examination under oath.

11

12

13

14

15   _____  _____

16     ABDEL RAHIM MALOUH, Witness          Date

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

1                    CERTIFICATE OF REPORTER

2

3           I, BRENDA MATZOV, CA CSR No. 9243, do hereby

4    certify:

5           That, prior to being examined, the witness

6    named in the foregoing deposition was duly affirmed by

7    me to testify the truth, the whole truth, and nothing

8    but the truth;

9           That the foregoing deposition was taken before

10   me at the time and place herein set forth, at which time

11   the aforesaid proceedings were stenographically recorded

12   by me and thereafter transcribed by me;

13          That the foregoing transcript, as typed, is a

14   true record of the said proceedings;

15          And I further certify that I am not interested

16   in the action.

17

18          Dated this 15th day of October, 2012.

19

20   _____

     BRENDA MATZOV, CA CSR No. 9243
21

22

23

24

25

```
 1                         ERRATA SHEET

 2             *** SHABTAI SCOTT SHATSKY, et al., v.

 3              THE SYRIAN ARAB REPUBLIC, et al. ***

 4

 5    Page _____ Line _____ Change _____

 6    Reason _____

 7    Page _____ Line _____ Change _____

 8    Reason _____

 9    Page _____ Line _____ Change _____

10    Reason _____

11    Page _____ Line _____ Change _____

12    Reason _____

13    Page _____ Line _____ Change _____

14    Reason _____

15    Page _____ Line _____ Change _____

16    Reason _____

17    Page _____ Line _____ Change _____

18    Reason _____

19    Page _____ Line _____ Change _____

20    Reason _____

21    Page _____ Line _____ Change _____

22    Reason _____

23    _____  _____

24      ABDEL RAHIM MALOUH, Witness              Date

25
```

SEPTEMBER 5, 2012 – ABDEL RAHIM MALOUH

**A**

Aah 10:6 43:5
103:3 146:6
162:10 178:18,24
184:1
Abbas 91:15 97:20
149:2,7,8
Abdel 1:14 2:1 4:3
8:1 10:12 56:16
157:9 189:3,15
191:24
aberrations 148:4
abide 134:9
abilities 27:2
ability 110:24
157:25
able 54:6,21 90:25
95:23 125:16
168:10
above-entitled 2:2
abroad 41:15
90:15,18 164:6
165:24
absence 157:25
absolutely 155:4
Abu 10:13 49:17
49:18 56:17
128:22 140:21
141:21 142:10
148:11 149:2,8
accept 23:20 75:5
85:3 91:4 128:9
142:19 165:18
170:18
accepted 85:12
90:22
accepts 70:18,19
166:2
access 65:6
accommodate
110:13
accommodation
17:5 39:19
Accords 69:14
account 46:16,19
46:21,25 47:1,7,9
47:10,11,14,16
47:18,19,21,22
48:1,3 162:2,3

174:9
accounts 161:23
accuracy 50:12
accurate 25:11
94:6 124:14
accurately 104:1
104:13,21
act 128:3 158:5
acting 54:4 144:22
action 1:6 59:19
139:2 145:13
157:1 189:6
190:16
actions 14:25 15:2
72:15 73:24
136:13,23 137:1
145:1
activities 162:15
162:17 177:7,15
activity 144:9
168:22
acts 82:2
actual 126:20
add 35:13
added 112:10
addition 165:23
166:3 167:23
address 12:9 32:15
33:2 68:1,2
171:14
Adgar 2:6
adjourn 90:22
91:1
Administration
143:18
admit 120:2
advocate 3:6,7,8
3:14,15 77:19
advocated 77:19
affair 96:18
affairs 44:23 144:3
151:17 174:14
178:1
affirm 96:20
affirmative 129:18
affirmed 7:23 8:3
190:6
affix 189:9
afield 73:6

aforesaid 190:11
afraid 185:21
agenda 77:1,1,2,3
77:12
Aghazarian 3:5
7:6,10,19 11:24
12:6 23:22 26:11
26:13,18 27:5,10
27:14 59:10 70:8
84:22 85:6 99:1
103:6,9 105:9
112:9,24 113:2
115:3,5 124:7,11
130:18 131:18,21
134:11 136:2
141:2 144:7
148:16,19,23
151:21 155:22
156:2 158:13
161:5 165:20
166:1 170:22
171:2 178:16
183:25 184:22
185:22
ago 27:23 51:21
67:23 72:4,23
73:20 74:14
79:24 95:14
109:14 166:17
167:21
agree 17:23 22:14
26:8,11 85:8
91:25 104:23
105:14 110:17
111:1 112:5
114:9 120:10
122:20 124:1
131:24,25 134:2
137:24 182:20,24
agreeable 16:8
19:11
agreed 7:1 14:10
103:4
agreement 7:6
59:4,8
agreements 84:7
agrees 122:19
125:6
agricultural

178:24 179:17
ahead 11:1,20
14:14 32:22 51:5
83:8,13,22 95:5
104:11 121:19
124:3 132:16
135:3,11 140:11
144:24 146:20
148:15,20 153:15
154:21 157:8
167:13 179:11
186:19
Ahmed 160:11
164:14,16
airplanes 141:22
al 1:4,7 191:2,3
Alabama 2:14
Albert 3:5 7:6,19
8:20 26:10 27:3
111:20 112:14
159:16
alec 176:3
Algeria 22:19
24:20 140:19
155:13,13 161:21
168:21,24
Algiers 24:4
Ali 10:13 49:18
56:17 140:21
141:7,18,21
allocation 142:15
allotments 61:4,25
allow 134:16
allowed 169:7,7
ally 180:25 181:2
181:24
alternative 186:21
Al-Dameer 129:25
Al-Hadaf 4:15,17
4:19 115:1 116:7
116:19,21,25
Al-Hout 27:23
Al-Ittihad 114:25
Al-Khayr 179:25
Al-Quds 115:1
Al-Yamani 49:18
142:10
Amal 40:19,20
amendments

69:18,21 70:3
America 123:4,5
169:25
American 146:3,7
Amman 39:2
184:9
and/or 187:21
anew 57:4
angle 160:8
announcement
41:3
annually 13:10
annul 40:9
Ansar 149:11
150:12
answer 11:11 12:6
19:8,9 22:10
26:17 30:11
31:19,21,23 32:9
32:11 33:7,12,13
33:19,25 35:4,11
36:3 40:2,7,9
42:14 43:7,8,17
43:25 44:6 47:24
47:25 48:17 49:5
49:7 50:1 52:3
53:10 60:16,20
62:23 66:25
67:15,22 73:7,16
73:17,19 74:9,18
74:21 75:22
78:10,19,23 79:1
79:2,11,12,14
80:1,2,5,6,7,11
81:17 83:13,15
83:18 86:14 88:4
90:4 98:18
101:24 103:23
104:6 106:4,12
109:16 113:11,15
114:5 115:4
117:18 119:25
121:2 122:22
126:14,17,25
135:10,11 157:17
158:4 164:24
168:2 173:8,9,10
173:14,18 175:3
176:3 180:16,16

181:10,20 182:7
182:17,22,25
185:6,16 186:13
186:16,17 187:19
**answered** 41:7
44:4 45:3 54:6
60:15,17,21 65:5
65:15 66:8 71:14
71:18 76:18
77:22 78:7 79:15
79:24 80:21 81:1
98:12,13,14,17
153:19 155:3
156:25 160:16,16
161:13 163:22,25
167:21 168:1,3
172:4
**answering** 19:21
48:20 113:5,5
180:4
**answers** 35:9
72:24 88:24
101:21 102:14,16
106:14 117:21
154:17
**answer's** 139:9
154:19
**anybody** 129:10
140:16,20 173:23
187:5
**anymore** 21:23
**anyone's** 114:21
**anyplace** 59:14
126:22 127:16
169:13 170:3
**anytime** 37:3
173:22
**anyway** 71:2 88:5
103:18 119:4
**An-Najah** 158:8
158:11,14,20
**apartment** 12:16
12:17,18,19 13:1
13:9,12,13 36:5
36:10,15 37:11
37:12 40:1 41:13
43:20,22 44:3,8
**apologize** 7:13
**apology** 6:4

**appeal** 90:25
**appear** 18:13
109:3 110:23
116:6 126:13
127:16 166:8
167:6
**APPEARANCES**
2:10 3:1
**appears** 20:16
95:12 100:25
109:8 110:3
126:4,12,15,21
127:9 165:11
166:11
**applicable** 74:3
**application** 76:23
**applied** 62:12,12
86:19,19
**apply** 28:3
**appointed** 182:3
**appreciate** 16:4
**appropriate** 74:2
123:25 137:6
158:5 181:14
**approval** 74:7
**approve** 75:14,20
**Approximately**
59:5
**Arab** 1:7 57:15,15
58:3 110:3 143:9
144:3,3,5,12
191:3
**Arabic** 3:4,5,13
4:11,12,14,15,17
4:19 7:22,24,24
8:7 11:5,21 12:5
12:6 15:19 18:3
18:8 19:18 20:12
22:5 26:22 27:8
27:11 28:23
33:16 35:15
40:17 42:4 52:7
53:3 56:12,22
57:6,14 65:22
66:22 72:10
76:16 77:7 82:9
86:3 89:21 95:4
95:11,22 96:15
98:21 100:18

103:1 104:25
105:7 110:3
111:5,17,19
112:22 120:2,5
120:21 122:15
123:3,8 124:7,9
124:10,10,23
125:6,17,18,21
126:6,23 128:7
131:20 135:12
136:1,17 137:16
139:10,13 140:22
141:1 146:22
147:8 148:18
152:11 156:4
158:12 159:14
163:12,14 176:16
176:25 180:13
185:1,9,12,16
**Arafat** 16:22
59:19 90:18
91:16 97:18
**area** 143:7
**areas** 12:10 15:9
16:2 35:25 155:7
**argue** 99:13
**Arieh** 3:10 8:20
9:7 52:14
**arm** 62:25
**Army** 29:16
**arrange** 40:22
**arranged** 130:4
**arrangements**
164:18
**arrest** 86:8,10,21
87:6 91:23 92:10
96:10
**arrested** 83:7
91:22 96:11
**article** 4:15,17,20
101:1,7 102:13
103:24 105:20
106:4,6,12,14
109:8 110:23
112:3 114:19
115:21 116:24
120:7
**articles** 100:13,14
116:7 117:4

119:21 120:6,14
120:25 121:1
**aside** 185:24
**asked** 24:12 42:7
71:22 73:11,14
75:14,19 76:24
77:22 78:7 84:14
84:25 87:25,25
89:20 93:21
105:19 110:11,15
116:17 117:19
121:1,1,3 122:17
137:5,18 144:15
144:15 153:7,19
153:24 154:11
157:20,23 165:4
167:17 171:17
172:16 173:1
176:2 179:13,23
181:5,5
**asking** 14:23 23:16
23:24 28:1 29:25
30:15,20,22 31:6
31:11,12,20
33:22 34:8 39:4
44:3 47:4 50:6
51:20,22 53:22
60:18 64:2,3,19
65:9,17 67:8,9
75:18,19 77:15
78:23 79:22 80:4
81:8,14 86:18,20
87:14,22,24
89:18 96:4
102:12 103:23,25
104:14 105:13
106:17 109:3,17
109:17 110:25
113:12,17,19
121:4 122:14,15
122:16 123:12,14
123:15 125:16
127:5,8 132:23
137:2 143:1
144:18 145:12,13
150:13 152:18,21
152:22,25 153:12
153:16 154:6
155:12 159:19

160:14 172:9
173:4 174:1
176:13,14 178:19
182:6,11,23
183:1 186:23
187:11
**asks** 80:10
**aspect** 157:22
**aspects** 172:1
**aspirations** 97:13
**assassination**
97:19
**assembling** 179:12
**asserted** 87:4
128:13
**assignment** 37:3
**assistance** 153:25
**assistant** 160:15
171:11 176:22,22
177:9,19 178:20
178:20 180:10
182:3 183:5
**assume** 13:15
21:13 159:1
**Astra** 16:20,20
**attacking** 97:19
**attending** 52:18
**attends** 34:9
**attention** 108:21
116:10,12
**attorney** 128:2
**attributed** 105:14
**Audi** 16:21
**audibly** 18:6
**audio** 18:5
**August** 4:18,22
56:17 141:6,22
**auspices** 135:21
**authority** 45:8,11
45:12,14,15,18
46:5,7 115:20
128:3
**available** 58:23
93:5
**Avi** 3:8 8:14
**avoid** 35:8
**avoiding** 97:5
**aware** 53:25 63:5
64:9 65:2,11,18

66:14 71:17
72:19 74:25 75:1
152:19,23 177:19
**a.m** 2:8 55:19,19

**B**

**B** 4:9,12 106:25
107:3,4,10,12,13
107:16
**back** 14:18,19
22:16 35:23,23
35:25 47:1 55:14
56:6 60:11 104:4
111:10 114:2,9
119:21 142:24
175:2,6
**background** 42:10
178:3
**bad** 27:4 103:19
112:1
**baker** 107:13
**banging** 179:6
**bank** 46:16,18,18
46:21,23,24 47:3
47:7,9,11,14,16
47:19,21,21 48:1
48:3 161:2,6,22
162:2 174:9
**bare** 163:1
**based** 31:12 64:11
71:25 83:5 87:23
91:9 114:6
135:18 142:21
**bases** 74:3
**Bashira** 179:25
**basic** 28:12 71:5
135:18
**basis** 68:16 72:18
73:16 74:8 75:4
97:13 140:8
174:4
**Bates** 4:11,13,14
4:16,18,20,22
**bathroom** 55:1
**began** 185:6
**beginning** 171:22
**behalf** 31:9,12
65:2,11 66:5,19
67:6 76:21,25

128:4 131:12
138:5 139:3
181:7,8
**behavioral** 148:4
**believe** 6:15 19:19
62:24 68:4,24
69:2,10,17,23
81:9 82:18,19
86:19 91:22 92:5
97:8 104:1
115:19 118:5,9
118:10 133:23
134:24 135:7
136:11,22
**believed** 69:4
**belonging** 83:24
**belongs** 37:2
**benefit** 36:11
37:14,22 65:13
66:7,21 67:1,12
78:16
**Ben-Naim** 3:4 7:5
7:9,21 10:6,22
11:3,22 12:4
15:16,20,21 18:9
18:10 20:5,9,13
22:4,6 27:19
35:13,16,17
38:10,15 41:5
45:3,24 50:18
57:23 61:22 63:8
63:10 68:20 77:9
77:23 79:6 84:20
88:15,18 89:2,10
89:12,14 93:15
93:25 94:16 95:6
98:5 100:19
102:7,22 103:2,3
103:8,13,15
106:9 107:1
108:3,6 112:7
113:1,4 115:12
118:9 127:8
129:16 131:7
132:14,17 135:25
136:18 141:3
147:9 151:11
152:7,21,25
153:15 159:3

165:8 172:14,17
172:20,23 177:17
180:15
**best** 7:4 179:12
**better** 6:22
**beyond** 129:22
**bigger** 151:1,1,3
168:7
**bill** 170:2,5
**bills** 170:14,25
**binding** 50:4 138:1
**bit** 10:5,5,7 14:8
32:19 34:20
**blocked** 37:25
**body** 84:8 182:2,5
**born** 10:16 56:17
**bottom** 126:4
163:9
**bought** 16:25
36:24 37:11
**box** 20:20
**boy** 41:19
**boys** 41:11
**break** 14:8 32:19
32:20 34:15,19
35:23 54:25 55:1
55:1,2 85:19,21
85:22 86:7 88:24
89:25 99:7,11
142:18 143:2
174:23 175:9,14
176:1,3,6
**breaking** 178:6
**breaks** 56:6
**BRENDA** 1:25 2:4
190:3,20
**bridge** 133:19
**Brief** 11:21 20:12
61:11 103:1
105:7 112:22
136:17 141:1
147:8 179:10
**bring** 72:20 168:4
**broad** 28:1
**broken** 185:14
**brought** 91:18
150:1
**budget** 170:9
171:7,10,13,16

171:17
**building** 21:19
58:23
**bureau** 164:5,8
**business** 74:6
**buy** 44:20
**Bye-bye** 174:20
**bylaws** 39:11,13
57:3 62:4 63:6,9
63:13 164:23
165:1,6 166:8,10
166:12,16,18,24
167:1,23 168:9
182:4,13,15,17
182:18,21,25
183:3,7,15

**C**

**C** 4:14 5:3 6:1
108:11,14,19
113:21
**CA** 1:25 2:5 190:3
190:20
**call** 28:25 45:8,8
45:14,18,19,20
46:9 55:12,13
56:20 117:17
119:22 143:9
**called** 8:2 70:17
106:24 129:25
130:2 149:10,12
179:17
**calling** 46:6
160:20
**calls** 69:8 86:13
135:9 138:15
**campaign** 97:18
**capable** 166:10
**capacities** 15:3
54:5 109:19
154:20
**capacity** 9:6 13:19
14:2,25 15:8
16:1,13 31:13
35:4 39:24 53:23
53:24 54:15
80:12 90:15
101:2 109:9,10
114:20 115:21,23

116:1,8,9 132:5
132:24 134:12
143:10 144:14
145:2,2 154:18
154:18 157:18,19
173:6
**capital** 68:12
69:25
**car** 12:19 13:1,5
16:15,17,20,20
17:1,4 36:2,3,5
36:16,16,24,24
37:11,11,13,22
38:20,21,25
39:19 40:10
43:22 44:2,8
60:6
**care** 9:18 36:19
104:15
**carefully** 101:22
102:15 104:6,8
104:15
**cars** 16:18,24 17:6
**case** 8:13 9:8,17
14:11 15:24
31:16,17 38:4
64:25 72:16,22
73:3,6,8 89:1
90:22 91:1,3
95:15,16,21 96:3
121:16 122:13
123:5 128:4,10
128:12,20 133:3
182:23
**cash** 46:23 47:2
**cause** 2:2 91:2
**cease** 80:22
**cell** 84:25
**center** 8:12 149:11
150:3
**central** 138:16,24
139:7,12,14,16
139:18,21,25
140:1,4,14,18
149:19 183:5,9
**century** 184:15
186:14 187:2
**certain** 25:22
162:20

**certainly** 9:22 74:5
**certificate** 84:6
  189:1 190:1
**certified** 93:22
  94:10
**certify** 189:4 190:4
  190:15
**chair** 184:4,13
**chance** 114:10
  120:5
**change** 165:21
  191:5,7,9,11,13
  191:15,17,19,21
**changed** 37:16
  95:24 130:12,13
  131:5
**changes** 189:7
**changing** 148:4
**char** 166:21
**character** 138:7
**characterization**
  73:11
**charge** 57:6 91:10
  91:18 92:1
  149:19 151:16,17
  161:24,25 162:4
  162:12,17,19
  163:5 171:20,21
  183:12
**CHARLES** 2:18
**charter** 63:6,9,13
  130:9,11,11,14
  130:23 131:3,13
  131:23,24 132:8
  133:1,2,15,24
  134:24 166:21
  167:20,24
**CHARTERED**
  2:18
**Chas** 6:12
**check** 3:13 9:15
  11:5 17:19 19:13
  22:7,9,11 23:9,12
  23:21 26:3,12,15
  26:20,22,24 27:6
  27:8,11,13 28:21
  48:24 49:2,4
  56:22 58:25 59:2
  59:5 64:6 84:13

84:17,19,24 85:4
85:12 88:6 89:16
89:18,23 96:24
97:23 98:1 99:25
100:2,15,20
102:20,23 103:2
103:19 105:1,8
111:12,15,18,22
111:25 112:12,20
112:22 130:25
131:9,16,22
134:6 136:14,18
139:14 141:13
147:9 151:5
156:5 161:4,7
165:13,18,22
166:3 170:10,13
170:16,19,20,24
171:6 175:25
177:24 180:14
184:2
**checked** 21:3
**CHEVALIER**
  2:18
**children** 41:10,11
  41:13,17,21
**Chili** 160:24
  161:20
**circumstance** 6:21
**circumstances**
  114:3 169:6
**cities** 156:18
**citizen** 158:22
**citizenship** 146:14
**Civil** 1:6 143:18
**claimed** 97:8
**clarification** 6:14
**clarify** 9:4 181:21
**clarity** 15:23 54:21
**clarity's** 15:6
**clear** 12:7 15:12
  16:6 19:21 23:19
  34:6,24 35:2
  43:9 45:21 50:5
  54:4,21 64:23
  67:7 85:2 86:16
  87:1 97:5,10
  105:16 113:9
  127:18 137:10,22

166:7 171:22
  185:20
**clearly** 6:9 21:23
  30:2 32:23 39:2
  70:5 82:23 90:8
  91:14 97:15
  109:12 114:23
  136:9 150:24,25
**clear-cut** 92:2
**click** 149:23
  150:18
**client** 72:14,16
  175:7 181:8
**close** 152:16
**cmcaleer@milc...**
  2:22
**colleague** 149:21
**colloquy** 20:14
  89:13 93:24
  94:15,20 95:9
  108:10 154:22
  167:14
**color** 146:16
**Columbia** 1:2 2:4
**column** 110:2
**combinations**
  70:11
**combine** 138:15
**combined** 138:9
**come** 43:13 44:4
  44:12 55:13 56:6
  60:11 62:13 72:1
  96:18 102:16
  111:10,23 112:10
  114:9,24 115:9
  115:13 118:25
  133:20 136:5
  140:16 142:23
  144:8 175:2
  187:13 188:8
**comes** 36:19
  145:11 157:18
**coming** 39:21 47:1
  187:15
**comment** 11:5
  15:19 18:3,8
  22:5 26:22 27:8
  27:11 33:16
  35:15 40:17 42:4

51:17 52:7 53:3
56:12,22 65:22
66:22 72:10
76:16 77:7 82:9
86:3 96:15 98:21
100:18 101:16
104:25 111:5,17
111:19 113:21
121:6,12 122:7
125:18 126:23
128:7 131:20
135:12 136:1
137:16 139:10,13
140:22 146:22
148:18 152:11
156:4 158:12
159:14 163:12,14
176:16,25 180:13
185:1,9
**commenting**
  125:12
**comments** 109:23
  178:13
**commission** 88:2
**commit** 82:2 140:1
**committee** 12:22
  12:25 13:3,7,18
  14:3 15:1,8,25
  16:14,16 17:4,7
  17:11,18 22:2,18
  22:21 23:4 24:3
  24:13,14,16,18
  24:24 25:3,12,14
  25:21 26:2 28:3
  28:5,11,14,17
  29:19,23 30:9,13
  30:21,24,25 31:4
  31:5,7,8,14 32:8
  32:13 33:4,14
  34:2,9 35:5
  37:10 38:6 39:7
  39:8,16,18,24
  49:12,13,16,20
  49:25 50:3,8,12
  50:16,20 51:8,11
  51:14,16 52:9,21
  52:22 53:1,7,16
  53:18,25 54:10
  54:13,15,16

56:19 57:13
59:12,18,23
60:22 61:3 62:9
62:18 63:3,22
64:21 65:10
66:15 68:3 69:4
71:23 72:3,21,24
73:19 74:1,5,25
75:3,5,7,10,13
76:1,8,12,14,20
76:22 77:11,21
78:15 80:10,13
80:16,21,25 81:3
81:5,14,24,25
82:3,5,18,22,24
83:3 86:12,22
87:5 88:1 91:24
92:7 96:12 97:17
98:9 101:3
109:10 114:21
115:22 116:8
128:15 132:2,6
132:24 133:7,23
134:13,23 136:12
136:21,23 138:4
138:12,17,24,24
139:7,7,12,18,21
139:21,24 140:4
140:13,20 141:12
141:14,20,23,25
142:4,9,13,16,20
147:20,22 149:4
149:18,19 152:4
152:4 157:19
172:8 173:3
179:18 183:5,9
**committees** 140:5
**Committee's** 83:5
**common** 133:20
  134:3 153:22
**communication**
  27:1,4 90:23,24
  103:19 112:1
**compare** 120:5
**complained** 153:8
**complete** 35:20
  57:12
**completed** 15:11
  15:24 16:5

**completely** 74:4
**completing** 14:3
  57:3
**completion** 15:7
  18:6
**components** 24:25
  63:1 134:18
  137:24
**composed** 24:24
**compound** 16:21
**con** 36:14 125:1
**concept** 26:16
**concerned** 46:15
  54:19 67:14,20
  68:10 70:1 96:17
  102:11 134:4,7
**concerning** 36:15
  75:2
**concerns** 30:17
  48:18 137:14
**conclude** 96:19,19
  177:23
**concluded** 188:13
**conclusion** 86:14
  92:1
**conditions** 41:4
**conduct** 139:2
**conducted** 8:6
**conference** 8:12
  178:6
**Conferencing** 2:5
**confinement** 84:18
  84:21,23
**confirm** 97:2
**conflict** 69:5 133:2
  133:5 134:14
  135:8
**confront** 121:10
**confusing** 11:19
  53:11 54:6 181:2
  181:5,11,17
**confusion** 175:23
**connect** 48:8
**connected** 116:3
**connection** 86:8
**consecutive** 6:24
  7:1
**consensus** 70:23
  135:14

**consent** 71:25
**consider** 113:17
**considerations**
  35:12
**consistent** 13:20
  19:23 121:3
  122:3 133:24
  134:25 136:24
**conspicuous** 151:6
  151:7
**constitute** 29:22
**constitution**
  166:22 167:20
**consult** 119:6
  174:23
**consulted** 176:5
**consulting** 9:8
  52:17 136:8
**contact** 130:6
**contacted** 149:10
**contemporaneous**
  124:24
**content** 121:9
**contents** 182:15
**context** 34:12
  120:14 125:1
  164:11
**continually** 140:6
**continue** 31:20
  34:20 137:12
  147:24,25
**continued** 3:1 5:1
  22:24 23:7 148:2
**contract** 36:12
**contradictions**
  135:13
**contribution**
  147:17
**control** 135:21,24
**controversial**
  69:19,21
**controversies** 70:3
**controversy** 70:25
**convene** 63:1
**convened** 184:19
  185:3
**convenes** 71:25
**convening** 82:1
**convenor** 75:4

186:4
**conventions** 68:15
**conversation** 20:6
**coordination**
  143:24
**copy** 92:19,22
  93:15,16 95:3,10
**core** 97:4
**correct** 10:25 17:9
  18:2 21:14 37:5
  37:14,15,18
  50:16 51:8,9,11
  55:23 57:18
  76:14,15 81:21
  86:12,23 89:15
  89:21 91:20,24
  96:23 100:1
  107:11,17 108:5
  108:15,17 112:19
  127:24 128:16
  139:19 147:7,20
  148:10 162:20
  163:21 174:12
**corrected** 48:10
  103:4 189:8
**corrects** 6:24
**cost** 13:9
**council** 28:19,20
  28:22 29:3 90:16
  131:6 138:16,16
  139:15,16,19
  140:1,14,18
  152:4
**councils** 28:20
  140:6,6,8,9
**Couns** 157:5
**counsel** 6:13 8:12
  9:12 19:12,19
  48:6 51:2 53:11
  53:15 87:18
  93:10,13,21
  95:13,13,14 96:2
  105:5 107:6,8,8
  120:9 124:3
  125:8 127:21
  129:17 132:13
  137:1,19 146:8,8
  146:9 151:4
  153:11 157:5,11

163:17,17 172:11
  174:22,22,23
  175:5,5,6,7 179:5
  181:3
**count** 44:18
  162:19
**countries** 57:15
**country** 183:19
**couple** 35:24,25
  100:13 143:6
  186:5
**course** 17:13 22:3
  23:7 38:4,21
  39:7 68:5 128:21
  132:9 138:6,6,6
  151:25 155:17
  168:17 169:15
  175:22 177:3
**court** 1:1 2:3 8:22
  56:9 73:22 87:15
  90:6,22,25 91:13
  94:5 124:19
  128:23 166:25
**courtroom** 87:1
**Court's** 74:3
  157:14
**cover** 39:11 44:23
  119:13 120:10,11
**covered** 12:19
  16:19
**covering** 17:3
**covers** 13:2 61:16
**crime** 83:6
**criminal** 128:4,10
**CSR** 1:25 2:5
  190:3,20
**current** 59:22
  72:13,15 73:9
  97:11
**Currently** 16:22

— — —

**D**

**D** 4:1,15 5:1,3 6:1
  114:15,16 116:6
  116:10
**Dameer** 130:2
**Darshan-Leitner**
  3:7 8:16 18:22
  100:10

**date** 24:3,4 148:6
  148:6 184:18
  189:15 191:24
**dated** 4:16,18,21
  73:22 190:18
**dates** 104:4 186:24
**David** 2:12,12
  11:15 15:6,23
**day** 2:8 58:1,6
  145:14 150:10,12
  190:18
**days** 59:12 72:4,23
  73:20 74:14
**DC** 2:21 55:11
**de** 159:12
**dead** 84:5,5,8
**deal** 91:4
**dealing** 53:16
**deals** 13:18 82:17
**death** 84:6 140:21
  140:23,24
**debate** 110:19
  121:25
**debated** 145:10
**decide** 28:15 47:13
  47:17 48:2 80:4
  144:23 154:24
**decided** 138:20
**decides** 80:3
**decision** 116:3,4
  143:13
**decisions** 72:14
**declare** 189:4
**declined** 59:16
**defendant** 45:22
**defendants** 1:8
  2:17 6:13 8:12
  94:11,13
**defending** 128:22
**defense** 86:9,18
  87:4 95:12,13,14
  128:5,13 148:14
**defer** 34:17
**degree** 19:17
**delay** 11:4 18:11
**demolished** 16:21
**department** 57:6
  57:14 143:10
  144:3,4,13

149:20
**depend** 183:2
**depends** 114:12
  182:19,19
**depo** 35:20 112:11
  113:3
**deported** 159:12
**deposit** 47:13
**deposition** 1:13
  2:1 9:6,19 19:2
  21:1,5,6,12 34:23
  35:20 52:17,18
  73:24 85:16 95:1
  95:2,22 106:25
  107:3,15 108:14
  108:20 123:6
  127:23 157:12
  167:9 175:22
  176:4 188:13
  190:6,9
**depositions** 6:17
**deputy** 142:6
  183:8,10,20,20
  183:21,22,23
  184:4,8,10,12,13
  186:2,12
**describe** 36:7
**described** 28:2
  76:13
**DESCRIPTION**
  4:10
**despite** 17:13,14
  136:5
**detail** 90:10
**Details** 133:10
**detained** 17:16
  86:25 98:9
**detainees** 130:2
**detention** 88:3
  90:8 92:5 149:11
  150:2
**determine** 83:4
**determines** 28:18
**develop** 9:17
**developing** 68:17
  68:20
**DFLP** 32:7 71:21
**dialogue** 24:9
  54:18 121:16

**dialoguing** 147:4
**die** 141:5
**died** 141:5
**difference** 35:11
  70:22 84:4 146:4
  173:13
**different** 33:20
  36:3,25 39:2
  50:1,2,23 57:4
  60:23 61:17
  62:19 63:1,18
  67:5 69:14,18,20
  70:11,13 106:20
  133:13,21 134:8
  138:14 144:19
  145:12 164:18
  187:10
**difficult** 18:15
  32:18 169:5
**difficulties** 9:17
**direct** 18:19 32:5
  108:20 109:21
  116:10,11 176:22
**directed** 54:8
  93:10 184:6
**directing** 62:22
  184:7
**direction** 33:20
  74:8 136:6
  137:10 147:17
  177:3 187:24
**directions** 19:3
  145:16
**directly** 13:11
  18:18 31:10
  32:16 33:1 36:6
  36:9 105:18
**directs** 31:19,20
**disagree** 26:15
  34:23 73:10 74:4
  102:2 105:21
  120:24 121:20,24
  121:24 122:4,9
  123:23 137:25
**discern** 157:25
**disclosures** 95:15
  95:16
**discuss** 21:10
  31:17,21 33:11

34:15 62:6 63:1
  67:4 72:15 77:2
  77:4,12 99:5
  109:13 118:23
**discussed** 63:4
  75:8,9,11,17,21
  75:23 145:10
**discusses** 74:6
**discussing** 32:1
  41:2 106:3
**discussion** 32:2
  60:12 61:11 75:1
**disposition** 164:25
  165:5 166:18
  182:8
**disruption** 17:15
**dissention** 97:16
**distinction** 142:19
**distributed** 57:4
  62:15
**distribution**
  162:17
**District** 1:1,2 2:3,3
  156:1
**Districts** 155:23
**disturbance** 85:7
**docket** 15:4 73:23
**doctor** 151:18
**document** 4:11,12
  4:14,21 93:12,19
  93:23 94:1,11
  95:11 96:7,14
  104:2,13,18
  105:17 107:2
  108:20,22 109:4
  109:5,8,13 110:2
  110:12 113:12,17
  113:20 114:6
  116:18 118:2,5
  121:14 124:9
  125:5,11,15
  126:3,5,13
  127:21 128:1
  130:12 149:22
  150:23 176:7
**documents** 21:3,11
  46:8 95:20
  108:25 113:10
  116:13 120:3

175:15,16,17,19
  175:20,21 176:5
**doing** 7:1 14:10
  35:8 74:20
**domain** 57:23,24
**donate** 47:17 48:3
**drag** 136:7 187:24
**driver** 36:16,19,21
  36:22,23 38:20
  39:2,3,4,9 40:1
**drives** 38:20
**drove** 38:25
**dschoen593@ao...**
  2:15
**due** 29:24 31:18
  33:21 112:1
  120:23 144:10
**duly** 7:23 8:2
  190:6
**duties** 68:4,5,7
  81:15
**duty** 62:18 81:3,9
  133:1

——————

**E**

**E** 4:1,9,17 5:1,3,3
  5:4 6:1,1 114:15
  114:16 116:6,11
**earlier** 58:24 65:24
  65:25 106:24
**early** 59:11 148:9
  149:1
**earmarked** 171:16
**East** 35:18
**edit** 120:17
**edited** 120:17
**editorialization**
  120:24
**Efal** 2:5
**effective** 7:7
**Egyptian** 143:23
**either** 16:25 64:25
  88:9 148:4 152:5
  152:9,17 153:16
**elected** 24:19
  39:17 59:17
  138:7 149:6
  182:5 183:4
  184:13

**election** 183:8
**element** 138:2
**embassies** 61:17
**employed** 12:21
  48:4,16
**employee** 46:17
**empty** 20:23
**encompasses**
  133:20
**encounter** 168:5
**endorse** 136:10
**endorsed** 29:14
**ends** 133:8
**English** 6:6 7:23
  7:24 10:4,5,9,12
  10:16,20 12:5,7
  29:9 43:2 45:1,9
  45:11,16 58:16
  72:12 85:20,24
  89:1,22 93:20,22
  94:6,10 120:21
  122:12 123:2,7
  123:11,17,22
  124:8,17,24
  125:10,15 126:6
  140:23 141:17
  151:3 163:13
  180:6 184:21,24
  185:7,14
**English-language**
  122:25
**ensure** 19:5
**entered** 158:22
**entire** 89:1 120:7
**entitled** 31:9 32:3
  51:18 182:9
**entry** 15:5 73:23
**equal** 71:9
**equally** 62:15
**Erekat** 148:12
  149:12,17
**errata** 189:7 191:1
**especially** 7:14
**ESQ** 2:12,18,19
**essentially** 113:16
**establish** 133:14
**established** 28:13
  29:14
**estimate** 30:7

186:25
**et** 1:4,7 191:2,3
**event** 35:22 54:24
78:13
**evidence** 51:6
**exact** 95:3,11
**exactly** 186:24
**examina** 132:21
**examination** 4:5
10:1 13:16 15:12
15:25 16:1,6
53:21 54:22
82:16,17 132:22
133:8 146:21
158:1 189:5,10
**examined** 8:3
190:5
**examiner** 6:20,22
**Examining** 92:24
96:17 101:5
104:3 108:23
114:23 116:15
118:1 126:5
**example** 25:2
27:16,22 48:20
58:2,2 63:19
86:21 132:11
156:7
**exception** 37:18
57:2,8 189:6
**exceptional** 57:11
**exchange** 11:21
20:12 103:1
105:7 112:22
136:17 141:1
147:8
**excuse** 33:17 42:2
42:9 47:23 61:10
125:19,20
**exec** 49:16 142:18
**executive** 12:22,25
13:3,6,17 14:2
15:1,8,25 16:14
16:16 17:4,7,11
17:17 22:2,18,21
23:4 24:2,13,14
24:16,18,23 25:3
25:12,14,20 26:2
28:3,4,10,14,17

29:18,22,23 30:9
30:13,21,24,24
31:4,5,7,8,14
32:8,13 33:4,14
34:2,9 35:5
37:10 38:5 39:7
39:8,15,18,24
49:12,13,16,20
49:25 50:3,8,11
50:16,19 51:8,10
51:14 52:21,22
53:1,6,16,18,24
54:10,13,14,16
56:19 57:12
59:12,18,23
60:22 61:3 62:9
62:18 63:3,21
64:21 65:10
66:15 68:3 69:4
71:23 72:3,23
73:25 74:5,25
75:3,7,10,13,25
76:8,12,14,20,22
77:4,11,20 78:14
80:10,13,16,20
80:25 81:3,5,24
81:25 82:3,5,18
82:21,24 83:3,5
86:11,22 87:5
88:1 90:16 91:24
92:6 96:12 97:17
98:9 101:2
109:10 114:20
115:22 116:8
128:15 132:2,6
132:24 133:7,23
134:13,23 136:12
136:21,23 138:4
138:12,17,24
139:7,18,20,24
140:13,20 141:12
141:14,19,23,25
142:4,9,13,16,20
147:20,22 149:4
149:18 152:4
157:19 172:8
173:3
**exhibit** 4:11,12,14
4:15,17,19,21

87:19,20,21
92:16,23,24 93:3
93:11 94:3,6,9,21
94:25 95:2 96:20
100:23,25 101:4
103:22 106:21,24
106:25 107:3,4
107:14,15 108:2
108:11,13,14,19
113:21 116:10,11
117:22,24,25
125:25,25 126:1
127:22,22 128:2
**exhibits** 87:23
92:18 114:13,16
116:5
**exist** 133:24
**existing** 71:20
**exists** 63:14
130:14
**expect** 68:6 72:24
**expenditures**
162:19
**expenses** 13:2 17:3
39:14,15 43:20
44:24 61:16
162:18,20,23
**expert** 52:17
135:10
**experts** 9:8
**explain** 145:6
164:21
**explaining** 20:1,8
26:15
**expose** 136:6
**exposed** 105:23
106:13 109:6,7
117:21
**exposing** 182:12
182:14
**extend** 166:19
**e-mail** 95:15

—————————
**F**
**F** 4:19 117:17,22
117:25
**face** 146:16
**facing** 145:24
**fact** 13:24 17:14

107:16 136:5
145:20,20 167:4
**faction** 25:15,21
26:7 30:18 32:7
32:14 51:19,23
54:14 60:23 62:1
62:2 63:15 64:15
70:21 71:4,7,8,21
76:2,10 80:18
84:1 98:6,7
132:9 133:17
135:15
**factions** 25:1,2,12
25:25 29:15,18
29:20,20,22 30:1
30:3,3,8,11,12
32:5 50:23 54:12
61:1 62:5,19
63:19 64:1,11,16
69:12 70:11,12
70:19 71:1,9,12
71:16 74:6,7,11
74:20 75:2 132:7
144:19 154:2,12
**factor** 64:11
**failure** 94:12,18
**fair** 99:14 147:6
184:16
**familiar** 19:2
130:15,20,23
131:2 151:25
166:16 180:7,12
182:14
**family** 44:21
**far** 10:25 17:8 73:6
73:12 94:25
102:11 134:3,7
**Fatah** 30:12,17
31:7,10,10,12,14
32:4,4 64:14
**favor** 47:13
**Fax** 2:15,22
**Federal** 72:19 73:1
73:14 74:8
**feel** 113:10 134:12
**felt** 69:4 96:11
**festival** 158:20
**fifteen** 30:10 55:4
55:5

**Fifteenth** 2:20
**figure** 27:7 167:3,4
**figures** 25:23,23
25:25 26:6,19
27:15,17,20
29:15
**fill** 185:3
**filtering** 135:15
**fin** 66:23
**financed** 155:8
**financial** 153:24
**find** 134:3 165:1
166:20 179:15
**fine** 7:3 47:9 83:18
88:21 119:24
**finish** 32:20 33:23
37:3 40:4,4 50:7
66:23 77:5 128:8
128:11 152:12,13
176:17
**finished** 33:18
45:4 125:20
142:18,22 148:10
186:5
**first** 6:4 7:17 8:2
14:23 15:11 16:5
31:24 36:8,8
48:10 59:12 67:3
68:9 69:10 82:16
82:17 83:11 87:8
87:8 90:7 91:25
92:4 101:8 104:3
116:18,21 126:5
128:9,17 137:8
139:23 140:15
143:12 159:10
174:4 186:20
**fit** 146:21 188:1
**five** 30:10 90:14
91:9 187:1 188:5
**Floor** 2:6
**focus** 186:7
**focusing** 185:25
**folks** 6:14 99:21
**follow** 18:25 124:6
182:18
**following** 8:6 35:1
59:20,21

**food** 44:20
**forces** 133:21
**foregoing** 189:4
190:6,9,13
**foreign** 121:15
123:6 125:11
**forget** 158:23
166:14
**form** 25:16 28:6
34:5 53:8,9
62:21 65:14 69:7
79:10 95:11,22
135:2,22 154:3
173:17,22 181:15
**formation** 69:12
70:6,9,10 137:23
138:9 151:18
**formed** 34:11
**former** 127:22
**forth** 8:4 190:10
**forthcoming**
110:10
**Forty** 99:20
**forty-five** 99:17,17
99:22
**forward** 118:25
119:3 124:1
128:5 145:24
**foundation** 69:8,9
154:4
**founding** 66:9
**four** 12:14
**frame** 38:1 123:13
185:21 186:10,13
**framework** 30:5
68:16 139:2
157:2 169:11,17
**frank** 97:10
105:17 117:17
**frankly** 18:18 30:2
105:23
**free** 111:21
**freeze** 138:20
**freezing** 148:1
**friend** 181:24
**front** 11:13 13:25
20:16 52:10
142:7 144:10
146:4 166:5

178:11
**frozen** 37:19,24
59:16,17
**full** 10:10,12 56:9
56:10 96:21
174:14
**function** 16:15
22:24 25:4 72:25
**functionary** 46:22
47:2
**functions** 50:12
59:25 61:17 73:2
**fund** 61:14,15,16
61:20,24 67:24
75:7 81:13
**funding** 176:11
**funds** 36:9 47:13
47:17 48:3 62:14
65:7 144:19
152:19 153:2
176:19
**funny** 163:10,11
163:13
**further** 15:10 16:3
60:16 82:1 89:8
145:6 146:19
188:9 190:15
**future** 97:11
114:11 149:5
**fuzzy** 151:4
**F.B** 2:18

——————
**G**
——————
**G** 4:21 6:1 125:25
126:1 127:22
**gap** 133:20
**Gaza** 58:18,18
88:2 90:18
151:14 153:22
156:7 160:24
164:5 165:9,13
165:23 169:25
**general** 75:5 81:12
142:5,6 154:10
160:15 171:11
176:22,22 177:3
177:5,9,20
178:20 180:11
182:3 183:5,8

**George** 3:13 9:16
89:15,20 102:22
103:4 105:6
112:17 113:5,5,7
**gestures** 19:22
**getting** 153:8
176:19
**girl** 41:12,19
**give** 11:12 19:3
27:16 47:9 80:10
101:21 102:14
104:6 106:12,14
110:23 114:20
115:20 173:25
176:3 186:10,25
**given** 7:8 13:16
27:22 35:11 40:6
90:4 95:5 106:4
108:12 115:16
145:14 160:10
**gives** 61:25 62:5
154:2 173:21,24
**giving** 128:2,3
144:19
**go** 11:1,20 14:3,14
32:22 35:21,25
47:6,14,18 51:5
56:4 58:5,18
76:5 83:8,13,22
90:25 95:5 99:18
103:24,24 104:11
106:19 118:17,21
119:2,21 120:13
121:19 124:2
125:22 132:16
135:3,11 140:11
144:24 146:20
148:15,20 153:15
154:21 157:8
160:11 164:23
167:13 179:11,15
182:16 186:19
188:10
**goes** 34:9 36:19
46:24 72:13 73:7
**going** 6:4 11:9,19
14:7 20:9,10,10
25:8 29:4 31:19
34:21 45:13 46:9

55:16,17,20
56:19 72:14
74:18 89:11
90:17,18 92:17
94:2 99:5,10,13
100:7 103:23
106:4 108:7
110:9,19 117:10
118:14 119:10,13
121:22,24 124:4
124:22,23,23
125:4,10 143:9
149:21 154:20
175:10,18
**good** 22:15 27:3
38:23 97:14
167:8
**goodbye** 78:20
187:17
**gotten** 73:5 78:23
**government** 75:12
97:20
**governmental**
72:20,25 73:2
**governorate**
155:25 156:3,5
**governorates**
155:19,23,24
**granting** 90:19
**great** 18:7 85:10
100:5
**grill** 91:4
**grilling** 188:4
**ground** 28:12
91:12 134:3
**group** 70:15 71:24
76:21 150:1
**groups** 57:15
**guarantee** 91:9
**guess** 122:8
**guy** 98:13
**guys** 92:22 120:3
**guy's** 98:15

——————
**H**
——————
**H** 4:9
**Hadarim** 150:11
**hair** 146:16
**half** 102:18 103:7

103:12,22
**halfway** 110:2
**Haller** 3:6 8:14,15
51:24 58:10
61:12 111:20
148:14,22 149:23
150:20 155:24
156:1 158:11
161:3 162:9
167:4,7,16
172:12
**Hamas** 159:10
**hand** 19:22 93:2
93:12 166:19,24
**handed** 36:16
116:5
**handing** 87:16,18
92:18
**handle** 7:7 19:4
**hands** 20:21
**handsome** 145:25
**handwriting** 93:4
93:5 95:4 127:1
127:6,10
**Hang** 105:1,2
136:14
**happen** 113:25
**happened** 24:19
91:16 105:25
110:9,9
**happening** 18:15
19:19
**happens** 179:14
**happy** 45:20
**hard** 120:6
**harmony** 134:17
**Hassan** 3:14 9:12
104:25 105:7
129:24 130:4,6
175:1 185:9,11
**hat** 145:18 157:20
**hats** 145:16,17
147:6
**Hazou** 3:13 9:16
11:6 17:19 22:7
22:11 23:9 26:3
26:20,23,24 27:6
27:9,12,13 28:21
48:24 49:2,4

56:23 58:25 59:5
64:6 84:13,17,19
84:24 88:6 89:16
89:23 96:25
97:23 98:1 99:25
100:2,15,20
102:20,23 103:2
103:19 105:1,6,8
111:12,15,18,22
111:25 112:12,20
112:23 130:25
131:9,16,22
134:6 136:14,18
139:14 141:13
147:9 151:5
156:5 161:4
165:13,22 170:10
170:13,20,24
171:6 175:25
177:24 180:14
184:2
**head** 97:20 129:17
130:3 133:19
149:4,5,5,13
184:8,12
**hear** 6:5,7,9 11:13
11:25 42:5,5,9,9
79:12 88:4,8,16
88:19 98:25 99:3
100:16 112:15
130:17 136:15,15
158:10
**heard** 42:24 99:2
111:7 112:19
158:8 181:4
**hearing** 92:13
**Hebrew** 4:21
51:17 126:6
**held** 57:2 61:11
72:6
**help** 100:24
**helped** 40:22
**helpful** 6:8 19:18
19:25
**hereinafter** 8:4
**he'll** 119:25
**higher** 164:17
**highest-ranking**
164:2

**highly** 173:16
**history** 11:7
**hold** 19:23 23:17
23:18,18 89:7,7
157:5,6,6,6 160:6
**holds** 53:25
**home** 35:6,7 40:10
41:17 44:23
159:8
**homes** 17:7
**hope** 67:7
**Hosni** 144:1
**hostile** 91:11,19
**hotel** 20:24
**hour** 21:10 99:15
**hours** 185:19
186:6
**house** 12:16 13:5,8
36:2,3,4,4 37:12
37:12 39:22
**household** 43:19
**human** 130:1

——————
**I**
**idea** 62:11 126:9
178:4
**identified** 52:16
**identify** 108:22
113:12 118:2
**ignorance** 50:11
**ignore** 181:18
**III** 149:11 150:12
**ill** 87:6
**illegal** 83:25,25
84:1 86:11,21
87:7 91:22 128:5
128:13
**illegitimate** 87:8
**images** 167:11
**immediately** 47:9
**implement** 134:20
**implies** 176:10
**important** 180:11
180:21,23,24,25
181:23
**impossible** 14:7
53:10
**imprisoned** 22:23
82:4

**imprisonment**
87:6,10 91:8
148:2
**improper** 69:8
**inaccurate** 102:8
**inappropriate**
73:12
**incarcerated**
17:22 85:1
**incarceration**
82:20
**inception** 137:2
**include** 121:9
184:16
**includes** 161:18
**including** 110:24
183:16
**income** 163:4
172:2 173:2,4,5
173:15 174:2,5
174:12,16 176:15
**independent** 26:4
26:6,9,16,19,25
27:15,17,24
30:11
**indicate** 16:4
**indicated** 8:8
92:22
**Indicating** 20:18
**indication** 157:25
**individual** 25:24
25:25
**inform** 47:10,14
47:18
**information** 74:2
**informed** 187:15
**input** 19:8
**inputs** 145:11
**inquire** 73:2
**inside** 75:24
160:12 164:19
**insinuation** 26:19
**insist** 64:19
**instance** 69:14
145:8
**Institute** 109:22
**institution** 129:25
**instruct** 74:23
**instructing** 73:15

73:18 74:21
**instruction** 73:17
187:21
**instructions** 31:25
**intend** 16:10
132:25
**interest** 82:23 83:5
**interested** 190:15
**interests** 83:6
**interfere** 137:9,11
**interject** 137:7
146:9
**internal** 182:4,13
182:15,16 183:3
183:15
**international**
68:15 69:25
134:20
**Internet** 165:8
**interpret** 122:9,17
**interpreter** 3:4,5
3:13 7:9,10 10:6
11:3,5,22,24
15:16,19,21
17:19 18:8,10
20:5,9,13 22:4,5
22:7,11 23:9,22
26:3,13,18,20,22
26:24 27:5,6,8,10
27:11,13,14,19
28:21 35:13,15
35:17 38:10,15
41:5 45:3,24
48:24 49:2,4
50:18 56:22
57:23 58:25 59:5
59:10 61:22 63:8
63:10 64:6 68:20
70:8 77:9,23
79:6 84:13,17,19
84:20,22,24 85:6
88:6,15,18,19
89:2,10,12,14,16
89:23 93:15,25
94:16 95:6 96:25
97:23 98:1,5
99:1,25 100:2,15
100:18,20 102:7
102:20,22,23

103:2,2,3,6,8,9
103:13,15,19
105:1,8,9 106:9
107:1 108:3,6
111:12,15,18,22
111:25 112:7,9
112:12,20,23,24
113:1,2,4 115:3,5
115:12 118:9
124:7,11 127:8
129:16 130:18,25
131:7,9,16,18,20
131:22 132:14,17
134:6,11 135:25
136:1,14,18,18
139:14 141:2,2
141:13 144:7
147:9,9 148:16
148:18,23 151:5
151:11,21 152:7
152:21,25 153:15
155:22 156:2,5
158:13 159:3
161:4,5 165:8,13
165:20,22 166:1
170:10,13,20,22
170:24 171:2,6
172:14,17,20,23
175:25 177:17,24
178:16 180:14,15
183:25 184:2,22
185:22
**interpreters** 7:22
8:7
**interrogation**
174:19 187:18
188:3
**interrupt** 9:2
102:21
**interrupted**
172:18
**interview** 101:9,17
101:25 102:13
104:1,4,13,14,22
105:11,23 112:3
113:14,23 114:2
114:20 115:20
**Intifada** 110:16,20
110:24

**introduce** 152:2
**introduced** 8:20
**introducing** 114:25
**invitations** 138:14 138:18,19
**invited** 25:13
**involve** 144:18
**involved** 68:17
**irrelevant** 39:22 80:15 81:17
**Islamist** 70:12
**Islamists** 70:14
**Israel** 1:15 2:6,7 175:19
**Israeli** 12:15 71:25 75:11 84:15,25 97:11 128:18 141:22 143:13,18 144:10 146:2,7
**Israelis** 82:4 134:16
**issue** 22:3,3,8,10 22:11,12,13 24:23 32:1 60:11 62:6 67:2,14 91:6,15 110:20 133:4 134:2 146:12 162:5
**issued** 75:4 91:7
**issues** 35:21 73:8,9 74:17 75:8,9,16 75:21,23 120:18 146:10 183:2 187:24

**J**

**J** 2:19
**Jaffa** 161:3
**jail** 81:20 86:10 164:3
**Jamil** 151:19,21 152:15 153:24
**Jenin** 159:2
**Jerusalem** 68:11 69:24
**Jew** 146:6,7
**Jews** 147:2,3
**Jihad** 12:12

**job** 56:20,20 57:21 130:1 143:10 144:12,13,14,18 144:22 164:10 187:17
**join** 22:17 24:13 25:13 29:14
**joined** 28:8,8 59:12 140:6,7,9 140:15,20
**joke** 38:23 188:2
**Jordan** 37:1 59:15 59:24,24 60:2,4,5 159:12,18 168:21 168:24
**Jordanian** 144:9
**Journal** 101:1
**JR** 2:18
**judge** 13:20 14:23 35:10,21 84:4 87:15 90:21 91:2 91:7,7
**judge's** 142:21
**July** 17:24 73:22 101:12 148:7,8
**June** 4:16 17:24
**justification** 87:12 90:9
**justify** 88:3

**K**

**Kaba** 185:21
**Kabatia** 159:3,4
**Kalkil** 159:2
**Kalkilya** 156:11 156:12,15 158:24 158:25 159:1,6 159:20 161:18,20 183:23,25 184:2
**keep** 7:15 14:7 47:1 99:7 106:16 186:8
**keeps** 129:21
**Ketziot** 149:11
**Khalid** 97:16,23 97:24 98:1,8,8
**Khayr** 179:25
**kind** 16:17 43:14 46:12 57:11

99:16 120:18
126:15 134:17
145:20 155:5
168:17 171:13
174:20 175:16
**kinds** 39:14,14 44:5,12 173:8 174:7,10
**kinks** 6:11
**kippah** 146:5,12
**knew** 64:25
**know** 11:18 13:12 15:11 17:8,10,10 18:15 24:12 27:3 32:22 34:25 40:22,24,25 51:16 52:2,24,25 53:5 54:11,11,11 61:6,7,9,9,13,19 61:23 62:3,4,8,9 62:17 63:12,20 63:21,24 64:3,5,6 64:7,8,16,16 65:7 66:4,16,18 67:9 67:10,15,16,18 67:25 78:4 80:17 85:24 87:1 90:23 96:18 97:4 99:6 99:14,18 104:17 114:4 117:20 118:3,6,12 119:1 120:4 122:13,14 123:1,11,12,14 123:17,18,21,21 127:18 129:3,4,7 129:11,13,20,21 130:4,8,10 131:4 132:6 137:21 142:12 143:14 144:9 145:6 146:24 147:2,2,3 147:15 150:6,8 150:14,16 151:10 151:13,19 152:15 153:5 154:25 155:4,6,9 156:12 156:13,14,16,18 157:17,17 158:4 158:6 159:7,9,21

159:22 162:1,3
162:11,22,24
163:1,7,23
165:24 166:8,10
166:12 170:2,5,7
170:13,25 171:10
171:12,16,19,20
174:13,13,15,18
176:4,8,10,12,14
176:20,21,23
177:6,8,12,13,14
177:18,20,22
178:14,17,23,24
179:1,2,4,16,19
179:21,24 180:1
180:16 181:6
182:5 183:17
186:20,23,24
187:5,6,8,8 188:8
**knowing** 125:13 154:16
**knowledge** 14:5,24 15:2 16:13 31:13 31:15 52:20 73:24 129:23 157:18
**known** 149:7
**knows** 54:12 67:25 120:16 154:17
**Kuwait** 159:12

**L**

**Labor** 148:13,25
**lack** 50:12 54:21 69:7,9 154:3
**land** 130:13
**landscape** 175:19
**language** 121:15 121:15 122:12 125:11,22 126:7 146:17
**laptop** 167:11
**Latin** 169:25
**law** 2:12 25:6 71:5 128:23
**lawsuit** 45:22
**lawyer** 18:20 19:1 19:7 31:19,20 31:25 44:19

55:22 56:1 92:16
92:19 100:22
105:9 123:4
129:5 137:7,9,11
137:17
**lawyers** 31:22 32:2 124:12 128:3,3 128:15,19,21,25 129:13 142:23
**lawyer's** 187:20
**leader** 53:13 84:1 91:19 171:24 178:20,20
**leadership** 37:25 53:25 97:11 164:12,22
**leading** 51:4
**learn** 25:9 145:19 145:20
**lease** 36:23
**leave** 21:24 99:21 137:14 143:12 160:7 169:8 181:12
**leaving** 143:17 174:21,24 175:4
**Lebanon** 168:21 168:24
**left** 18:13,17,20 19:12 37:6,7 143:19,20,22 166:19,23,25 167:7
**legal** 86:14 127:3
**legislative** 72:15
**legitimacy** 70:1 134:21
**Leitner** 3:8 8:15 8:16,17,18
**Leon's** 13:20
**lesson** 127:4
**LETTER** 4:10
**letters** 151:5,6
**letting** 185:18
**let's** 7:4 9:23 34:18 34:20 46:2 111:12 156:21 175:8 185:25
**level** 71:9 162:25

162:25
**Liberation** 29:16
**Lieberman** 91:15
97:19
**life** 48:8
**light** 178:13
**likes** 122:19
**limited** 144:5,6,7
144:10 172:6
**limits** 73:23
**line** 5:5 90:23
134:2 163:9
191:5,7,9,11,13
191:15,17,19,21
**lines** 35:10 121:7
**list** 91:10
**listed** 189:7
**listen** 66:3
**listening** 18:14,17
**little** 10:5,5,7 14:8
32:18,18,20
**live** 10:18,20 12:9
12:10,16,17
41:13 60:7
**lived** 12:13
**lives** 158:25
**living** 37:13,21
41:17,19,23
59:24 60:4
158:24
**location** 61:18
**locations** 6:21 7:8
**logical** 187:23
**long** 12:13 14:11
32:19 35:6,7
39:10 55:2 73:4
85:14 99:13,16
114:1 120:6,15
120:25,25 142:14
143:2 146:4
165:2 184:10
188:3
**longer** 85:23 99:8
**look** 21:1 39:25
88:5 92:15 93:8
93:11 96:4
100:13 101:18
103:25 110:5,14
110:15 111:4

113:20 114:13
117:24 145:23,23
145:23 175:15
176:6 182:1
**looking** 18:13,14
79:18 80:4
109:18 118:5
145:21,22 182:21
**looks** 20:21 145:5
**lost** 7:16
**lot** 165:24 175:18
178:2
**lots** 130:13 175:19
175:20
**loud** 121:5,10
122:11,21
**loyalty** 132:3,4
**lunch** 85:22 98:19
99:8,11,15

— M —
**magazine** 116:7,19
116:21,22
**Maher** 49:17
**Mahir** 142:10
**Mahmoud** 3:14
9:12 10:13 56:16
91:15 97:20
149:8 157:9
**maintain** 161:22
**major** 91:3
**making** 64:25
105:5
**Malouh** 1:14 2:2
4:3 6:5 7:14 8:1
8:10 10:3,13,19
12:8 14:23 18:12
18:25 19:3,8,16
20:3,15 21:25
22:17 24:21,21
25:8 27:25 28:16
31:18 32:7,17
33:12,21 35:1,10
39:6 40:8,11,14
41:9,21,25 43:6
43:11 44:6,14
46:16,20 47:4,12
48:1,4,16,19
49:11 52:4,20

55:21 56:5,17,18
66:4,17,17 71:23
73:25 74:25 76:7
79:2,13,14 80:24
81:19 82:24 86:8
87:16,22 89:24
91:17 92:21
94:21 95:21 96:4
96:8,14 100:12
100:16,21 102:17
106:3 107:4,5,7
108:11,19 109:2
109:7 112:19
113:8 114:16,18
117:12,22,23
122:5,9 124:5,15
125:5,14,19,24
125:24 126:1,3
127:17 128:1,25
129:24 130:8
134:22 138:3
143:7 144:22
145:14,15,22
146:9,25 147:5
147:18 149:21
150:22 151:9
154:17,25 156:23
157:10,10 158:6
163:10,15,20
164:1 167:16,19
168:6,15 171:7
171:19 172:3
173:2 174:5,9,11
174:21,23,24
175:4,14 176:8
178:9 180:9,17
182:9,21,24
183:4,17 184:20
187:3 188:5
189:3,15 191:24
**Malouh's** 14:1
19:1,7,12,13
20:21 95:4
**man** 183:12 184:3
186:2,11
**manager** 179:14
179:15
**March** 58:2
**mark** 2:19 9:2,2,11

13:14 16:3 21:14
89:4,6,8,17,22
95:1 106:23,23
107:2 114:14
118:22 125:25
**marked** 4:10 94:21
100:22 106:25
107:4,21 108:2
108:11,12 110:1
114:14,16 117:16
117:22,24,25
126:1
**marking** 94:3
107:9
**Mark's** 15:10
**married** 40:11,12
40:14,15 41:23
**martyred** 141:21
**Marxists** 69:12
70:14
**material** 21:11
165:11
**matter** 9:14 33:6
33:10 40:7 47:25
63:3 66:13 67:5
96:20 125:8
126:11 187:10
**matters** 145:5
**MATZOV** 1:25
2:4 190:3,20
**maximum** 91:6
**Mazen** 148:11
149:3,8
**McAcleer** 8:13
95:14
**McALEER** 2:18
6:12,12 7:5 8:25
9:2 10:21 12:3
13:22 15:6,18,23
18:4 23:18,23
25:16 26:11,14
28:6,22 52:12,15
53:8 55:8,10
56:13 62:21
65:14 69:7 70:4
73:21 85:2,8
88:10,17 89:4,6,8
89:11,18 93:9,17
93:19 94:2,18

102:9 107:23,25
108:8 135:22
153:19 154:3
157:5,11,14,22
165:17 166:2
167:2 170:17
185:17
**McAleer's** 96:5
**mean** 7:14 21:14
27:17 28:16,25
29:5 31:2 43:3
45:21 54:15
57:25 60:1 64:23
67:25 85:16,22
91:20 95:7 97:7
115:9 119:4
145:7 155:21
160:20,22 166:14
**meaning** 32:11
56:20 125:2
181:11
**meanings** 133:13
**means** 26:19 52:2
143:14 175:8
182:13
**meant** 38:24,24
48:11 119:2
**measures** 144:11
**mediation** 148:11
**medical** 151:17,17
179:2
**meet** 17:13 33:3,5
33:5,9,9,10,13,15
34:1,2,11 70:16
71:24 72:5
112:25 160:11
**meeting** 17:17,22
18:1,2 57:9,11
72:2,6,6,8 73:19
74:24 75:18
148:3
**meetings** 34:3,10
75:3,7,10
**meets** 34:7
**Megiddo** 101:13
101:13 104:4
**mem** 173:2
**member** 12:22,24
13:6,17 14:2,25

16:13,16 17:7
22:20 23:4,5,7
24:2,3 26:2
27:23 28:4,14,15
28:16 30:21 31:3
31:6,7,13,14 32:7
35:5 37:10 38:5
38:12 39:6,15,17
39:24 51:7,10
52:20 53:17,24
54:10,16 56:18
62:8 63:21 64:21
66:9,14 68:3
69:3 71:6 73:25
75:13,25 76:7,12
77:4,10,20 78:14
80:9,12,16,24
81:2,5,8,9,14,24
86:11,22 87:5
88:1 90:15 91:11
91:23 96:12
97:17 98:8 101:3
109:9 114:21
115:22 116:8
128:14 132:1,6
132:24 133:22
134:13,22 136:11
136:21,22 138:4
138:11,15 139:5
139:11,17,20,22
139:23,25 140:2
140:2,3,5,8,19
141:11,14,23
142:3,12 145:2,3
145:15,15 147:20
147:25 148:2,13
148:25 149:18
152:3 153:13
160:2,19 172:7
173:3 176:9
184:3,5 187:6,9
**members** 13:2
17:3,11,12,17
22:1 24:24 25:20
29:11,12,18 30:4
32:4,12,15 33:3
34:1 49:12,15,17
49:20,24 50:3,7
50:15,19,22

51:13,14 52:22
52:23 53:1,2
54:13 60:23 61:1
62:16,20 64:12
71:1 80:18 132:7
139:6,8 140:16
160:9,23 161:12
161:16 164:4,7,9
176:10,15 177:13
177:19 187:4,11
188:5
**membership** 22:22
24:6,8 37:19,24
39:8 57:12 59:16
81:25 92:6
115:23 116:1
138:20
**men** 71:19 152:5,9
153:16
**mention** 29:20,21
30:2 71:19
149:24 188:7,7
**mentioned** 9:5
17:2 21:16 24:4
26:5,21 37:23
38:19 60:5 75:16
81:19 83:24
97:22 101:16,16
139:4 143:8
146:1,15 174:11
**Mercedes** 16:22
**Meridor** 3:9 8:21
9:8 100:10
**met** 151:24 158:8
158:18,19 159:11
159:25 184:24
**Michael** 21:9,13
**mid** 140:4
**middle** 35:18
172:11 174:25
**mike** 55:17,17
**military** 128:17,18
128:23,23
**MILLER** 2:18
**million** 90:14
**mind** 26:14 34:19
78:8 79:2
**minimum** 91:8
162:25 163:1

**minister** 148:12,14
148:16,23
**ministry** 44:22,25
**minute** 34:5 88:12
99:9 105:1,2
118:14
**minutes** 55:4,5
85:21 99:17,22
118:20 142:23
143:3 175:1,1,6
**miscommunicati...**
59:7
**mission** 133:25
134:25 167:24
**misstated** 48:6,14
**misstates** 51:2
70:4 102:9
**Misstating** 51:6
**mistake** 51:24 52:2
52:5,8 58:12
91:13
**mistakes** 25:9
**mixed** 150:7
185:21
**Mizher** 151:20,22
151:23 152:16
153:24
**model** 16:23
**moderates** 69:12
**modus** 50:11
**Mohammad**
128:22 159:9,10
159:13,20
**mold** 135:16
**moment** 12:4 94:8
102:3,4,21 118:4
131:25 178:7
**money** 41:25 44:14
44:17,20 46:24
47:6,6,8 60:3,10
60:22 61:7 62:10
62:19 63:18,22
64:10 65:3 66:6
66:10,20 75:8,9
75:15,20 76:1,9
81:4,10 144:15
153:2,7,8,17
154:2 155:1
162:15 163:2,24

173:21,22 176:9
**Montgomery** 2:14
**Mordechai** 3:6
8:14 150:19,19
167:4
**morning** 108:1
147:4 172:5
180:7 187:22
**motivation** 87:9
**move** 13:18 15:9
33:19 54:22
90:20 100:23
118:25 119:3
123:24 124:1,2
169:5
**moved** 59:13 167:7
**movement** 145:9
**moving** 53:20 60:8
132:20
**mrochon@milc...**
2:23
**Mubarak** 144:1
**Muhanna** 151:10
151:11,12,13,15
152:14
**Mukataa** 21:19
**Mustafa** 49:18
140:21 141:8,18
141:21 142:9
**mute** 99:5,8 100:7
119:11,11
**muted** 119:16

_____
**N**

**N** 4:1 5:1,3,3,4,4
6:1
**Nablus** 160:1
161:20
**name** 10:11,12
12:11 29:17,25
40:16,19,20,20
49:22 51:19
52:13 56:9,10,16
71:12,15,19
109:19 115:6
116:22 127:18
130:13 151:25
157:9 158:7,8,21
164:12 186:13

187:3,4,5,6,11
188:5,7
**named** 179:25
183:17 190:6
**names** 164:7 188:8
**narrow** 155:15
**national** 28:19
29:2 45:8,9,11,12
45:14,18 46:6
61:14,14,19,24
67:24 70:15
81:13 131:6
138:16 145:9
**nationalist** 130:11
**nationalists** 70:13
**natural** 129:21
**nature** 83:5
**Nazzal** 158:7,25
158:25 159:1,6,9
159:10,20,23,25
160:2
**Na'amna** 128:22
**near** 42:21
**necessarily** 25:22
182:22
**necessary** 134:1
**need** 26:7 27:15
35:1 49:8 54:25
85:22 104:16
113:10,16 114:21
114:23 119:21
121:25 123:6,10
125:10 135:4
137:9 150:17
181:16
**needed** 162:14
**needs** 14:15 54:10
54:25 88:24 96:2
96:9 106:20
124:17 127:1
**negotiated** 149:9
**negotiating** 149:15
**negotiation** 150:5
150:9,15
**negotiations** 74:15
143:25 149:20
**neither** 80:20
136:15
**never** 7:16 77:18

78:15 89:25
118:6,11 158:18
188:3
**new** 140:16 150:10
**newspaper** 115:17
**nine** 59:15
**Ninety** 38:15
**Nitsana** 3:7 8:14
**Nizzal** 158:7
**Noa** 3:9 8:21 9:7
**nods** 129:17
**noise** 178:2
**nonexistent**
102:11
**non-regularly**
33:10
**normally** 6:19
158:22
**note** 73:21 93:11
**notes** 20:24 56:14
**notice** 2:4
**noting** 83:11
**November** 90:12
**number** 4:11,13
4:14,16,18,20,22
47:15 176:15
183:12
**numbered** 108:21
**NW** 2:20

**O**

**O** 5:3,4,4 6:1
**oath** 56:7 132:3,4
189:5,10
**object** 53:14 133:6
181:7,7,15,15,16
**objected** 74:12,20
78:4,6 86:17
**objecting** 53:18
125:9 181:9
**objection** 25:16
28:6 34:4 48:5
48:13 50:25 53:8
53:9,14 54:3
62:21 65:14 69:7
70:4 72:9,9,11,18
77:22 78:7 79:10
82:15 83:1,14,16
86:13 102:9

123:13 132:20
135:1,1,9,22
136:25 137:7
146:8 153:11,19
154:3 157:7,7
181:1,1 187:20
**objections** 14:16
96:6,7 181:14
**objective** 125:3
134:19
**obligation** 62:19
**obligations** 34:22
**observation** 42:24
**observe** 9:9
**observing** 52:18
**obtain** 110:24
**obviously** 9:11
73:4
**occasion** 104:19
**occasionally** 18:12
**occupation** 110:21
110:21 134:20
135:19
**occupied** 61:18
143:15 160:21
162:4
**occurring** 15:13
**occurs** 16:7
**October** 190:18
**odyssey** 137:12
**Ofer** 90:12 91:2
150:2
**offered** 85:4 166:3
**office** 21:9,16,17
21:18,18,20,22
21:22,24 57:17
57:20 58:5,15,20
59:13,14,24 60:2
92:25 155:2,12
155:13,15 156:8
156:11,15 160:19
161:10 168:16,23
169:3,12,18,22
170:3
**offices** 2:12 21:21
58:17,18,23
155:6,7,8,11,19
156:16,19,22
160:24 161:13

168:20 169:14,15
169:16,20,24
**official** 3:4,5 7:9
7:10,22 8:7 10:6
11:3,21,24 15:16
15:19,21 18:8,10
20:5,9,12 22:4,5
23:19,22 26:13
26:18 27:5,10,14
27:19 35:13,15
35:17 38:10,15
41:5 45:3,24
46:8 50:9,14,18
57:23 59:10
61:22 63:8,10
68:20 70:8 77:9
77:23 79:6 84:20
84:22 85:3,6,11
88:14,15,18 89:2
89:10,12,14
93:15,25 94:16
95:6 98:5 99:1
100:18 102:7,22
103:1,3,6,8,9,13
103:15 105:9
106:9 107:1
108:3,6 112:7,9
112:24 113:1,2,4
115:3,5,12 118:9
124:7,11 127:8
129:16 130:18
131:7,18,20
132:14,17 134:11
135:25 136:1,17
138:13 141:1,2
144:7 147:8
148:16,18,23
151:11,21 152:7
152:21,25 153:15
155:22 156:2
158:13 159:3
161:5 165:8,17
165:20 166:1,2
170:17,18,22
171:2 172:14,17
172:20,23 177:17
178:16 180:15
183:25 184:22
185:22

**Officially** 50:9
**offshoot** 64:22
**oh** 15:14 34:25
77:18 78:2 95:5
97:25 103:11,14
111:14 118:14
143:16 150:25
167:13 172:18
**okay** 7:16 8:10
9:10 11:15 12:2
13:8 14:9,20
15:5 22:15,25
23:24 24:12
25:18,20 26:14
27:25 29:4,9
30:12 34:13 37:8
37:16,20 38:19
41:5,9 43:5 46:9
48:15 49:8,11
51:7,13 52:11,15
53:6 55:3,16
56:2 58:19 59:10
63:12 64:9 66:4
72:12 85:22
88:11 89:2,12
92:8 93:2,9 95:8
97:7 98:15,18
99:4,10,12 100:4
100:6,8,20
101:10,14 102:4
102:12 103:3,4,4
103:4,17 104:8
105:12 106:2,21
107:25 112:21
113:8 114:13
116:5,21,24
117:3,12,23
118:18 119:1,8
119:12,20 121:17
123:9 124:4,22
125:4,24 126:8
126:20 127:20
128:11 130:25
131:1,2,22 132:1
133:10 134:11
139:4,17 140:9
142:17 145:19
147:18 148:22
150:17 152:17

154:15 156:9,23
161:9,15,22
166:1 168:19
171:5,6 172:22
178:8 179:11,24
182:2 187:3
188:12
**old** 10:14 16:23
40:12
**once** 16:18 60:21
65:6,20 66:3
71:19 74:21
79:25 104:10
154:20 156:13
158:8,18 159:11
161:14 167:22
182:16
**onsite** 179:14
**Opel** 16:20
**open** 46:18 47:10
47:14,18 48:3
**operandi** 50:11
**operate** 138:11
156:11 162:24
**operating** 57:22
138:11,12 167:10
**operation** 180:12
180:22,23
**operations** 176:24
177:14,21
**opinion** 69:8
121:23 135:9,15
136:6 154:5,7
180:10
**opinions** 20:24
50:2 67:5 69:13
69:15 70:16
**opportune** 117:10
**opportunity** 85:13
95:17 119:6
**OPT** 143:13
**option** 122:24
**options** 122:23
**order** 13:20,24,25
15:4,7,24 20:24
43:13 44:4,12
57:12 63:1 64:1
73:22 74:3 84:10
91:6 97:12 104:7

113:10 130:7
133:19 136:6,8
142:22 157:15
164:24 168:14
185:3 187:16
**ordered** 14:23
**orders** 84:15
**organization**
83:25 91:11,19
130:3 178:10,21
178:25 179:2,17
183:2
**organizations**
29:15
**orientation** 177:5
**orientations** 63:2
**original** 95:3,11,22
**originally** 56:7
176:2
**Osama** 3:15 9:13
21:9
**Oslo** 69:14
**ought** 54:11
**outset** 67:16 92:2
173:7
**outside** 9:16,22
30:5 34:12 75:24
125:3 144:5,10
162:4 164:19
165:14 171:15
179:6 183:19
**overall** 23:25
**owe** 68:4,7
**owner** 13:12,13
36:9

**P**

**P** 6:1 62:25 66:20
133:19 134:18
159:24 161:12,21
161:21 169:3
171:24
**PA** 9:14 12:10
44:25 45:1,14,19
45:22 63:14
67:10
**page** 4:5 5:5 93:8
93:11 103:10
110:1,5,8,14,22

113:21 116:11,12
122:6 126:4,22
127:17 191:5,7,9
191:11,13,15,17
191:19,21
**pages** 102:18
103:7,12,22
108:21 109:3
116:13
**paid** 36:9 37:14
39:9,20,23 40:3,8
41:25 43:12,15
43:23 46:17,20
46:21,22,23,24
47:3,6 63:22
64:18 66:20 79:3
79:20 80:18
128:25 129:3,9
129:10,14,22,22
170:2,5,14,25
172:7 176:9
**pal** 145:8
**Pale** 61:24
**Palestine** 45:8,11
45:14 46:6 61:14
61:14,19,24
**Palestinian** 24:25
25:5,13 26:1
28:18 29:2,16
30:3,4 37:25
45:15,18 46:5
62:15,16 63:2
64:17 67:24
70:15 71:6,6,10
81:12 97:12,13
101:1 109:22
130:10 131:6
133:17,18 134:19
138:16 143:15
145:9 149:5,6
160:21
**Palestinians** 25:6
84:7 90:14
**paper** 20:22
114:25
**papers** 20:16,23
21:2 115:3,6
**paragraph** 121:5
122:6

**parcel** 25:7
**Pardon** 45:10 53:4
76:17 78:5
**part** 14:16 15:11
16:5 25:7 26:17
29:21,24 37:1,4,5
37:5 41:15,15
61:4 64:22 66:9
73:8,23 82:16,17
83:11,12 95:15
110:15 136:4
152:15 153:4
157:11 158:1
181:25
**partial** 3:7,9
140:12 144:25
**partially** 27:18
38:9,14 45:23
50:17 61:21 63:7
68:19 77:8 79:5
93:14,24 94:15
94:22 95:9 102:6
106:8 115:11
117:13 118:8
127:7 129:15
147:21 152:6,24
**participate** 58:3
**participation**
17:15
**particular** 101:17
101:24 105:11,18
114:7 145:21
**parties** 62:7 69:13
69:13 127:2
143:19 144:5
171:15
**party** 81:17
129:21 133:18
144:9 148:13
149:1 163:5
171:9,14
**pause** 179:10
**paved** 149:1
**pay** 13:5,7,11,12
13:13 36:4,6
37:21 39:14
43:19,21 44:2,7
44:17 46:11 47:8
60:3,10,14,19,22

62:19 63:18 64:1
64:13 65:3,12
75:1 76:9 129:1
129:12
**paying** 16:25 17:6
38:2,2 43:20
129:5
**payment** 36:2,7
65:1 66:6 67:11
67:11 75:14,20
75:20 76:1
**payments** 61:4
62:1,5 63:14
64:3,10 74:6,11
74:19 75:1,2
**peace** 74:14
**penalty** 189:9
**pending** 2:2 10:23
11:2,23 19:7
27:18,21 29:8
38:9,14,17 40:18
45:23 50:17,21
61:21 63:7 65:23
68:19,23 77:8
79:5,9 83:23
93:14,18 96:24
102:6 106:8
111:16 115:11,15
117:13,15 118:8
127:7 129:15,19
136:3 140:12
144:25 146:24
147:21,23 152:6
152:10,24 153:3
177:4 180:3,19
**people** 9:5 24:25
25:6,13,23 26:6,9
30:4 34:7,12
50:13,14 62:15
62:16 63:2 64:17
65:6 67:19,20,21
71:11 88:2
134:19 136:7
138:9 145:9
147:16 149:6

150:1,4 153:22
154:1,12 161:24
162:4,6,7,9 178:5
176:9 185:15
**perch** 167:8
**period** 17:21,25
24:7 38:8,11
58:14 59:18 73:4
81:20,23 87:9
90:17,19 93:1
138:19,20 143:25
143:25 144:2
149:25 155:14
156:10,23 157:4
158:17 159:5,7
159:23 161:11,15
161:19 169:4,9
169:13 184:17
185:25 186:8
**periods** 18:1
**perjury** 189:9
**permission** 114:21
114:24 115:9,14
**permissions** 90:20
**person** 6:8 11:13
18:19 32:14
44:23 46:17,22
52:16 55:25
64:19 116:2
149:7 150:8,17
158:7 159:21
161:25 163:8
164:2 166:23,25
167:18 183:17
**personal** 18:20
19:1,12 55:22
56:1 80:13 136:6
146:9 162:18
173:16
**personalities**
24:25
**personality** 147:11
**personalize** 146:19
**personally** 53:5
62:7 77:17
112:10 126:6
129:9,20 153:23
154:13 162:11
**persons** 26:16

**perspective** 54:9
167:6
**pertain** 160:25
**pertaining** 169:24
**Petach** 1:15 2:6,13
2:19 3:3 8:11
84:3 147:3 165:5
**PF** 164:9
**PFL** 132:21
163:15
**PFLP** 25:15,19
37:5,7 49:12,15
49:20,22,25 50:6
51:11,15 52:23
53:7,13,13,20
54:1,14 61:5,8
62:1,9 63:15,22
64:1,14 65:3,3,12
65:13 66:5,7,7,8
66:15,19 67:1,11
67:12 69:6 76:2
76:9,10,13,19,25
77:12,20 78:16
87:2 91:20 98:11
98:13,16 101:3
109:11 116:9,23
132:11,18,21
133:23 134:4,8
134:18,24 135:5
136:13,13,24
138:5,13,25
139:1,3 141:18
141:19,24 142:3
142:5,8,12 145:3
145:4,15 147:7
147:17 150:4,8
150:14 151:16
152:1,19 153:18
154:18 155:2,6
155:11,15,20
156:8,11,14,17
156:18,22,24
157:3,24 159:11
160:2,6,9,15,19
160:19,23,25
161:10,13,17,21
161:22 162:1,13
162:14,15,16,20
162:22 163:2,4

163:21,24 164:2
164:9,13,17,19
164:21,23 165:7
165:10 166:16
167:20,25 168:15
168:23 169:3,9
169:10,12,18,22
169:24 170:3,6,8
170:9,15 171:1,8
171:12,12 172:1
176:9,9,11,15,23
176:23 177:7,10
177:13,15,19,21
178:9,21,22
179:3 180:11,12
180:21,25 181:24
182:2,18 183:6
184:3,5 187:4,7
187:12 188:6
**PFLP's** 134:15
**phase** 59:21,21,22
90:10
**phases** 36:25
**philosophy** 69:5,6
167:24
**phrase** 45:25
**phrased** 74:22
**picture** 24:1
**piece** 20:22
**pieces** 88:24
**PL** 66:6 153:13
162:20 163:23
**place** 37:13,21
60:7 168:25
174:4 190:10
**places** 168:22
**plaintiffs** 1:5 2:11
8:13 52:18 93:13
94:10,12 95:2
106:25 107:3
**platform** 68:9,18
68:22,25 69:1,2,5
69:6,11,17,23
132:10,12,19
133:12,18,23,25
134:14,15,15,24
135:5,17 136:24
138:1
**play** 40:25

**please** 8:23 9:4
10:10 18:11
33:22 36:7 38:10
41:6 42:10 45:24
50:7 56:11 61:22
66:24 71:15
73:16 76:4 77:5
78:19 83:16
87:20 88:12,14
100:15 102:12
104:8,14,22
105:2 106:18,22
110:5 113:18,24
117:7,23 118:2
123:19 128:11
131:15 136:16,19
168:2 176:18
187:4
**plenty** 95:17
**PLF** 49:12
**PLO** 9:13 12:20,21
12:23,25,25 13:2
13:11,17 14:2,2
14:25 15:8,25
16:13,16,19,24
17:2,6,7,11 21:19
21:21,22,23 22:2
22:17,20 23:4,7
24:2,13 25:3,7,11
25:14,19,20,25
26:2 27:23 28:3
28:4,10,12,14,17
29:18 30:5,6,8,13
30:21 31:7,7,13
32:8,13,15 33:4
33:14 34:2 35:5
36:4,22 37:2,2,4
37:5,6,10,14,20
37:24 38:2 39:7
39:8,9,11,12,13
39:13,15,18,20
39:23,24 40:8
42:1 43:12,16,19
43:21,23 44:1,7
44:25 48:4,8,11
49:13,16,20,23
49:25 50:8,16,19
51:8,10,14 52:21
52:22 53:1,6,16

53:18,24 54:10
54:13 56:19 57:3
57:17 58:18,21
58:23 59:12,23
60:3,6,14,19,22
60:24 61:3,4,7,20
61:25 62:4,8,10
62:17,25,25 63:3
63:6,14,18,22
64:10,13,20,22
65:3,10,12 66:6,9
66:11,14,18,20
67:10,24 68:3,4,8
68:10,14,18,22
69:2,3,6,11 70:5
70:17,18 71:2,5,6
71:8,13,16,21,24
71:25 72:3,22,24
73:25 74:5,25
75:10,14,25 76:7
76:8,12,14,20,22
77:4,10,20 78:14
78:16 79:4,8,20
80:9,16,19,21,25
81:3,4,6,10,10,24
82:18 86:11,22
87:5 91:23 96:12
97:6,9 101:2
109:10 114:20
115:21 116:8
128:14 129:14
130:9,14 132:1,3
132:4,6,7,24
133:1,2,7,22,25
134:4,8,8,9,13,18
134:22,23 135:5
135:21 136:4,11
136:21,23,24
137:14,23 138:4
138:8,12,24
139:2,3,19
144:14,14,23
145:2,5,15,21
147:7,15,20,22
149:20 152:3,5
152:18,20,23
153:8,9,13,17
154:2,18 155:1,8
157:2,19,23

159:11 163:21
169:11,16,20
170:5,6,7,15
171:1 172:1,8
173:3 174:16,18
180:20 181:23,25
**PLO's** 36:1 69:1
81:4 134:14,25
**PN** 82:2
**PNA** 45:6,7,18,21
46:9,11 48:12,16
61:20,25 62:5,10
62:18,24 63:6,18
63:23 64:11,13
64:20,21 65:12
66:6,20 67:10,24
76:8,9 78:16
80:19 129:14,16
135:21 149:6
**PNC** 24:19 28:19
28:21,21,25 29:1
29:5,11,12,13
57:2,9 82:2
90:16 131:12
133:19 135:14,17
135:21,24,25
136:4,9 138:7,25
139:4,5,8,18,22
140:3,7,10,15,17
141:11 148:3
183:20 184:4,8
184:11,12,13,19
185:3 186:3,12
187:9,9
**point** 74:10 89:8
97:4 113:17
**police** 86:20,25
87:15 90:6 91:21
96:10
**political** 57:22
67:3,5,8 72:14,15
73:8,9 74:17
87:9 90:8 116:3
137:23 138:8
139:2 157:1,1
164:5,8 168:21
171:23 180:23
**politically** 91:14
**ponder** 104:7,8

**popular** 29:14
  51:16 52:9,10
  177:11 178:11
**portfolio** 56:20
  57:2,21 58:4
  143:9
**portion** 13:15,18
  53:15,20 132:21
  132:21 133:8
  167:8
**portions** 167:3
**position** 25:4 32:3
  35:3 39:10 53:7
  53:12 54:1 69:3
  70:15,22 76:19
  77:20 101:3
  104:6,24 108:25
  109:12,13,15
  111:9 120:16
  125:22 136:9
  137:22,22 142:14
  142:15 152:3
  156:24 157:23
  160:7 162:14
  164:20 173:8,9
  178:14
**positions** 50:2,10
  50:14 63:24
  69:19,21 70:13
  70:23,24,24
  136:12 145:10
  185:4
**positively** 187:22
**possibility** 134:16
**possible** 35:7
  100:24 153:7
  160:3,4,5 169:6
**power** 128:2
**practically** 63:20
  63:25
**practice** 19:2
  63:17
**precondition**
  139:6
**prefaced** 53:23
**prelude** 150:12
**premises** 21:18
  164:15
**prepared** 119:3

**preparing** 21:1,5
**prerequisite**
  139:20
**presence** 71:10
**present** 3:2 7:12
  8:11 9:15 77:13
  96:2 100:11
  123:10 125:11
  129:6 173:17
**presented** 77:17
  95:21
**presently** 164:2
**preserve** 83:14,16
  94:11
**preserved** 90:2
**president** 81:11
  97:21 183:21
  184:10 186:3,12
**press** 35:9
**pressing** 99:7
**presume** 175:8
**prevent** 44:11
  143:17
**previous** 97:10
**previously** 49:14
  52:16 93:21
  94:14,19 98:14
  109:6 114:14
  116:6 117:16,24
  168:4
**principals** 29:13
**principles** 135:18
**print** 168:7,11,12
**prior** 48:14 190:5
**prison** 12:15 23:3
  23:8,10,14 24:11
  40:21,23 41:2
  58:7,14 82:6,10
  82:14,22 83:2,20
  84:24 90:12,13
  98:2 101:13
  104:5 114:2
  128:12 142:11
  143:19,20 147:19
  147:19 148:6
  149:13 150:6,11
  158:22,23 159:8
  160:12 164:3,14
**prisoners** 150:6,14

**private** 60:2
**problem** 27:1
  42:16 78:21
  131:1 137:25
  147:1,4
**procedurally** 25:9
**procedure** 18:24
**proceed** 14:17
  16:1,10 85:15
  121:25 123:3
  146:20 154:24
**proceeded** 91:3
**proceeding** 14:22
**proceedings** 8:6
  75:12 179:10
  190:11,14
**process** 6:11 29:21
  29:25 94:5
**proffering** 94:4
**program** 68:10,14
  68:21 134:7,9
  135:16
**proper** 6:24
**proposed** 23:20
  26:12 85:12
  165:18 170:18
**prosecute** 128:5,14
**prosecutor** 90:24
  91:1,3,5
**prosecutor's** 92:25
**protect** 130:1
**protocol** 12:4,7
**provi** 155:1
**provide** 19:8 39:18
  124:23
**provided** 60:6
  122:25 155:1
**provides** 62:5
  63:14 64:10
**public** 25:23,25
  26:5,19 27:5,7,10
  27:14,17,20
  29:15
**publicly** 115:20
**publish** 115:17
**Published** 131:7,8
**publisher** 109:22
**publishes** 115:17
  117:1,2

**purely** 90:8
**purport** 100:13
  116:6
**purports** 100:25
  104:2 110:15
  128:2
**purpose** 65:4 72:8
  96:3 107:14
  118:22
**purposes** 95:1,21
  125:25 127:23
  142:21
**pursuant** 2:4
  123:6
**pursue** 91:6
**pursuing** 59:25
**put** 8:23 9:23 77:1
  78:9 118:14
  123:2,7 125:10
  128:4 134:20
  149:21 185:24
**puts** 120:16
**putting** 86:10
  123:1,8 167:11
**p.m** 100:9,9
  119:17,17 143:5
  143:5 175:12,12
  188:13

**Q**
**quarter** 99:23
  186:6
**Qubba'a** 49:18
  97:22 98:3,5
  183:18 185:22,23
  186:2,7,11,21
**question** 10:22,23
  11:2,12,23 12:5
  14:22 16:3 19:6
  19:6,8,9 27:18,21
  28:1 29:8 30:15
  31:23 33:18,23
  34:7,11 38:9,14
  38:17 40:4,18
  41:7 42:7,14,22
  43:8,17 45:23
  47:24 48:6,17
  49:24 50:5,7,17
  50:21 52:3,19

53:23 54:4,5
  60:16 61:21 63:7
  63:11 65:5,16,19
  65:23,25 66:8,24
  67:4,7,13 68:1,19
  68:23 71:14,18
  71:22 73:7 74:1
  74:11,13,22 76:3
  76:11 77:5,8
  78:11,19,21,22
  78:24 79:3,5,9,16
  79:17,23,24 80:5
  80:7,21 81:1,11
  83:10,18,19,23
  85:14 86:5,15
  87:23,24 90:4
  92:8 93:14,18
  96:24 98:12,14
  98:17 102:6
  104:12 105:19
  106:8 109:25
  110:6,12 111:16
  114:6,18 115:11
  115:15 116:16,20
  116:20 117:13,15
  118:8 121:8
  122:14,22 123:1
  123:7,10,14,15
  125:10 126:2,15
  126:18,20 127:1
  127:7,11 128:11
  129:15,19 133:15
  135:2 136:3,19
  137:3,6 138:10
  138:22,23 140:12
  144:25 145:12
  146:23,24 147:21
  147:23 151:9
  152:6,10,24
  153:3 154:6,23
  155:3,10 156:21
  156:25 157:22,24
  160:13,14,16,17
  163:3,8,25
  167:21 168:1,3
  168:17 172:4,12
  172:15,16 173:14
  173:17,20,24
  174:4,25 176:17

177:4 179:8,20
179:22 180:2,3
180:19 181:3,5
181:20,22 182:6
182:7,11,22
184:6 185:6
**questioned** 165:6
**questioning** 15:7
35:10
**questions** 13:16
14:1,23 15:2
16:11 21:4 30:20
31:20 32:9,11,24
32:25 33:13,14
34:16 35:4,24
37:9 39:22 40:2
40:9 43:14 44:5
44:13 48:19
60:13,15,21
64:19 66:25 67:8
73:11 74:18
78:17,18,25 79:1
80:14,14,23
81:16 101:24
104:11 105:18
109:22 110:10
113:11,11,19
117:19,20 118:24
119:9,25 121:1,2
123:7 126:16,19
127:15 137:18
142:24 143:6
146:20 154:15
157:18 168:14
172:5,6 173:8,12
174:3,8,10,20
175:24 179:23
180:4,8 182:9,25
187:19,23,25
188:9,11
**quick** 101:21
102:14 103:23
**quickly** 100:24
**quiet** 88:25 179:13
**quite** 58:22 134:5
144:5,6

**R**

**R** 5:3,4 6:1
**Rabah** 151:10,13
151:15 152:14
153:24
**Rafah** 144:9
**Rahim** 1:14 2:1
4:3 8:1 10:12
56:16 157:9
189:3,15 191:24
**raise** 100:16
**raised** 146:11,12
146:13
**raising** 80:23
**Ramallah** 2:7,20
3:12 6:15 8:24
9:10 10:20 12:10
55:7 57:9 72:7
85:5 126:23
135:12 155:16
169:19,21,23,25
185:1
**ranks** 147:16
**Ra'ed** 158:7
159:23,25 160:2
**reached** 92:1
135:15
**reaction** 37:24
**read** 19:18 76:6
101:18,22 102:1
102:3,4,10,13,15
102:15 104:6,8
104:15,22 105:13
105:17,24 106:4
106:6,11,15,17
106:18 109:3,5
110:18,25 111:2
111:3 112:3,3
113:10,16 114:5
114:10 117:5,7
117:10,10 118:3
118:13 119:23
120:1,5,9,13,14
121:5,10,11,14
122:5,11,15,17
122:18,21 124:5
124:9,10,23
125:5,14,16,16
166:11 168:6,8,9
168:10,12 182:4

182:10,13 183:15
189:8
**reading** 15:4
104:18 106:20
114:7 125:23
**reads** 131:13,23
**ready** 30:11 31:16
48:17 56:4 66:25
67:2,17 106:14
106:19 109:5,21
119:18,19
**reality** 65:7
**really** 21:13 23:15
23:24 88:4
150:13 165:15
**reason** 13:4,7
34:19 82:19,19
83:1 92:12 97:8
110:21 191:6,8
191:10,12,14,16
191:18,20,22
**reasons** 67:3
110:16,20,23
**reassumed** 24:11
**recall** 51:5 83:19
96:10 101:20
104:17,21 105:3
105:4,10,13,24
106:1 113:13,22
116:24 117:6,7
152:5,8,17 153:4
153:6,20,23
154:7,13
**recalls** 83:17
153:14
**receive** 36:8 62:10
66:10 174:2
**received** 31:25
92:22 94:9
108:23 109:1
120:3,4
**Recess** 55:19 100:9
119:17 143:5
175:12
**recognize** 101:4
116:13,17 117:3
126:3 127:5
128:18,24
**recognizes** 68:14

**recollection** 96:9
**reconvene** 100:2
**record** 6:3,13 8:23
10:21 12:3,7
15:12 16:5,6
19:21 20:24
23:19 52:12
55:20 56:13
61:11 73:22
85:11 87:3 89:1
89:25 93:12
94:23,24 108:14
112:17,18 118:17
118:22 119:2,15
167:2,15 175:10
175:13 185:5,5
185:13,17,18,19
188:11 190:14
**recorded** 18:5 66:2
76:5 190:11
**redundancy** 78:21
78:22 168:4
**redundant** 79:17
**redundantly** 80:22
**refer** 97:5
**referenced** 17:21
**referred** 22:1 46:4
67:19 94:25
122:6 127:22
146:2 167:16
**referring** 69:22
102:17
**reflect** 12:3 56:13
90:1 102:15
167:2,15 185:6
185:13,17,18
**reflected** 104:2
**reflecting** 104:24
**reflective** 120:12
**reflects** 85:11 94:4
101:20 104:1,13
104:21
**refresh** 96:9
**refreshing** 96:9
**refrigerator** 84:8
**refugee** 183:19
**refusal** 94:12,18
**refuse** 32:11 33:12
33:25 37:2 40:2

40:5 43:15,17
47:20,24 60:16
60:17,20 79:15
106:6,11 114:5,7
173:10
**refused** 121:2,6
**refuses** 35:11
**refusing** 79:14
**regarding** 14:5,24
14:24 15:8,25
16:2 62:3 81:4
**regular** 75:4 140:8
**regularly** 33:10
**reiterate** 44:11
138:8
**reject** 75:6
**rejection** 72:1
**relate** 16:12 77:14
**related** 21:11
63:16 74:14,15
74:16 78:20
82:20 101:24
**relates** 13:16 72:16
157:23
**relation** 48:7,9
144:4 174:17,17
**relations** 57:15
143:9 144:3,13
**relationship** 90:9
147:13
**relatives** 156:17
158:24
**relaxed** 163:16,19
**release** 40:23 41:2
149:1,9,14,15
**released** 12:15
22:23 24:10 41:3
147:18 148:5,9,9
149:25 150:1,2,4
150:9,12,14
158:23
**relevant** 14:5,24
15:2,3 16:12
62:7 73:24 74:5
114:4 123:13
127:2 171:15
**rely** 182:25
**relying** 73:15
**Remainder** 27:21

38:17 50:21
68:23 79:9 93:18
94:20 115:15
117:15 129:19
147:23 152:10
153:3
**remains** 82:1
**remember** 105:4
158:21
**remote** 6:21 7:8
**rent** 12:18 13:8,9
36:12,14 40:1
43:20
**rental** 16:19,25
**rented** 37:1,12
60:6
**renting** 37:11,11
**repeat** 15:17,18
38:10 41:6 45:24
61:22 90:3
131:10 136:16,19
136:20
**repeated** 165:21
**repeating** 15:22
106:16 186:9
**rephrase** 53:11
74:22 181:2,10
**replace** 140:14,16
140:20
**replaced** 141:7,15
141:15
**REPORTED** 1:25
**reporter** 8:22 56:9
124:19 166:25
190:1
**represent** 8:13
9:13 25:19,21,23
30:24,25 31:1,1,2
31:4 76:22 80:17
80:20 81:6 130:5
134:4
**representative**
25:14 30:20,23
31:3 51:11 53:17
72:21 76:13,20
139:1 141:19,24
142:8 147:16
163:21
**representatives**

25:24,24 32:24
50:23
**represented** 25:3
30:8 54:12,14
128:21 129:14
169:10
**representing** 26:7
128:15,19 142:1
142:2
**represents** 25:5,12
56:3
**REPUBLIC** 1:7
191:3
**request** 15:10 65:2
65:11,18 66:5,18
67:10,11 75:2
89:20 144:16,17
144:20 155:5
**requested** 76:1,8
77:19,19 78:15
91:5 144:17,20
162:25
**requests** 66:1
76:21 153:21
**require** 39:13
**required** 35:3
157:14 182:10
**requirement** 63:13
87:10
**requirements**
115:18
**requires** 148:3
**resent** 173:11
**residing** 184:9
**resolve** 83:12
**resolving** 83:9
**respect** 29:24
31:18 33:22 36:1
81:10 94:12
120:23 121:23
**respond** 31:9,11
32:14,23,25 40:5
40:6 42:21,25
43:13 44:5,12
67:2,17 76:4
79:16,16 80:14
81:16 104:7
108:25 109:24
110:7,7 126:19

127:14 130:7
156:20 173:19
174:7,10
**responded** 18:6
42:11 60:12
65:19 76:3,11
187:22
**responding** 110:10
172:5 173:11
**response** 14:21,21
43:18 65:21,25
67:13 90:4
**responses** 80:22
**responsible** 39:18
75:6 162:5
171:25
**responsiveness**
34:16
**rest** 85:14
**restart** 77:9
172:15
**Resume** 99:23
**return** 68:12 69:25
135:18 147:5
**review** 95:23 96:8
**reward** 82:4,5,13
82:22 83:8
**re-published**
131:11,17,19
**re-translated**
40:18 65:23
83:23 96:24
**rhythm** 11:9
**riddled** 91:14
**right** 9:23 10:3
11:18 14:11,18
16:24 18:21
19:13 20:17
28:15 29:20 30:4
45:13 46:14 47:5
56:5 57:5 59:11
61:3 62:10,11,12
62:13,14 63:17
65:6,8 66:10,12
66:13,15 68:12
69:24,25 70:21
71:4 78:12 83:15
84:4 86:4 92:10
96:22 97:3,3,14

101:15 102:15
104:18,20 108:18
109:25 112:13
119:10 120:17,18
122:2,15 125:2
127:23 137:8,11
145:22,23 146:15
166:19,20 167:5
167:17,18 173:24
**rights** 71:7 94:11
97:12 130:1
**RJL** 1:6
**Road** 2:13
**Rochon** 2:19 6:7
9:1,10,11 13:14
13:14,21,21,22
13:23,24 14:6,13
14:15,20 17:20
18:23 19:10,10
19:17,25 20:18
21:14 22:9,13
23:12,17 26:8
34:4,14,25 35:2
42:13,16,18,20
43:1,4,7 48:5,11
48:13 49:1,3
50:25 51:2 53:9
53:14 54:2,8,17
55:4,7,9,11,15,18
55:24 56:3 59:2
59:8 62:22 72:9
72:11,13,17,20
73:18 74:10
77:22 78:2,4,6,12
79:10 82:15,25
83:9,17 86:13
87:18,21 88:11
88:17,18,20,21
89:3,5,24 92:17
92:21 98:3,20,22
99:4,12,16,19,21
99:23 100:1,5,7
105:5 107:6,8,12
107:14,18,20,24
108:1,12,16,18
116:14 118:16,19
118:23 119:5,9
119:13,18,20
121:8,14,18,20

121:22 122:8,24
123:10,16,20,23
124:16,19,22
125:8 127:21,25
131:15 132:13,16
132:20 133:3,10
135:1,9 136:25
137:19 143:1,4
146:8,13,18,23
151:4 153:10
157:7 161:7
163:17 170:12,16
171:5 172:11
174:22 175:5,11
175:23 178:5
179:5,8,11 181:1
181:6,18 185:13
188:10
**Rochon's** 14:22
16:3
**rockets** 141:23
**role** 16:16 23:10
23:14,25 24:11
40:25 153:13
**roles** 162:17
**roll** 38:22 39:1,1
**room** 6:20 8:21,24
9:17,22,23 19:11
55:22 92:21
149:13 150:18
173:23,23 185:15
**rule** 73:1,15
**rules** 28:12 72:19
74:8

---

**S**

**S** 4:9 5:3,3,3,4 6:1
**Saadi** 3:15 9:13
19:13 55:24 56:3
**Saeb** 149:12,17
**safeguarded**
142:14
**sake** 15:6,23 108:7
**Salah** 49:18,18
**salaries** 80:18
**salary** 39:20,21,23
39:25 40:3,8
43:12,16,23
46:11,15 47:2

60:10,14,19 79:3
79:6,8,20 172:7
**sat** 188:2
**satisfied** 177:24,25
**saw** 101:5,15,15
104:17 118:6,11
118:12 158:18
**saying** 43:24 52:10
54:4,5 72:22
97:2 100:17
105:10 112:1,2
112:25 119:21
125:9 148:21
154:11
**says** 13:25 14:4
15:7 71:5 120:20
120:22 122:7,10
123:11 124:16
125:13
**Sa'adat** 160:12
164:14,16
**schedule** 99:5
**Schoen** 2:12,12 4:6
6:3,10 7:3,11
8:10,17,25 9:4,7
9:20 10:2,8,24
11:1,8,16,20 12:2
12:8 13:15,21,23
14:6,6,9,14,18,21
15:14 16:9,10
17:25 18:12,23
19:15,16,18,24
20:1,3,4,7,15,20
20:25 22:15,16
23:11,15,24
24:15,17,21
25:18 26:10
27:16,20,25 28:9
28:20,23,24 29:7
29:10 33:17 34:6
34:13,18 35:19
36:1 38:11,16,19
40:21 41:9 42:2
42:5,9,15,17,19
42:23 43:3,5,6,9
43:11 45:5,7
46:1,2 48:10,15
49:8 50:19,22
51:1,7,20 52:1,11

52:19 53:4,12,22
54:7,24 55:5,12
55:16,20,21 56:2
56:5,18,25 57:5
57:25 58:11,12
59:11 61:12,13
61:23 63:5,9,12
64:9 65:17,24
66:23 68:22 69:1
69:16 70:7,18
72:17 73:10 74:4
74:24 76:17 77:6
77:10,25 78:3,5
78:10,13 79:8,12
82:10,21 83:4,15
83:21 84:2,12
85:16 86:4,16
87:20,22 88:9,19
88:22 89:7,17
90:5 91:17 92:20
93:2 94:22 95:8
95:10 96:13,16
97:3,25 98:4,6,24
99:3,10,14,17,20
99:22 100:4,6,8
100:12,21 102:8
102:12 103:5,11
103:14,17,20,21
105:12 106:11
107:2,5,7,11,13
107:17,19,21
108:5,9,15,17,19
111:6,14 112:5
112:16,21 113:8
114:17 115:4,7,8
115:13,19 116:17
117:14,16,23
118:11,18,21
119:1,8,10,15,19
120:23 121:13,17
121:19,21 122:2
122:16 123:9,15
123:19,22 124:4
124:9,12,18,20
125:4,14,19,24
126:2,24 127:3,9
127:24 128:1,8
129:17,24 130:17
130:20 131:2,8

131:13,23 132:18
132:23 133:9,11
133:22 134:12
135:7,20,23
136:4,20 137:5
137:17 138:3
139:11,17 140:11
140:13 141:7,18
142:17 143:3,6
144:6,12,24
145:1 146:11,15
146:25 147:5,12
147:22 148:5,15
148:20 149:2
150:4,17,22
151:8,12,23
152:1,9,12,17,22
153:2,6,12,16
154:1,6,15,23,25
155:25 156:6,9
157:13,16 158:3
158:6,15 159:5
159:15,19 161:1
161:9,10 162:10
162:13 163:15,20
165:11 166:5
167:5,9,13,15,19
171:4,7 172:16
172:18,22,25
173:1 174:24
175:3,10,13,14
176:2,8,17 177:1
177:6,16,18
178:2,8,9,18,19
179:7,16 180:4
180:17,21 181:4
181:13,23 183:24
184:1,3 185:5,10
185:20,23,24
188:9,12
**scope** 73:23 82:16
**SCOTT** 1:4 191:2
**screen** 11:17
118:15 119:14
149:22 150:22
166:5,15 167:7
167:12 168:7
182:12
**seated** 167:5

**second** 9:3 24:15
52:4 56:25 61:10
67:5 93:8,11
113:19 115:24
118:17,19 119:14
131:15 143:21,23
170:12 179:6
180:17 185:24
**secondly** 92:4
**secretary** 75:4
81:12 142:5,7
160:15 171:11
176:22 177:9,20
178:20 180:11
182:3 183:5,8,8
183:10
**section** 89:13
108:10
**security** 148:12,17
148:24
**see** 11:17 18:13
20:15 21:4,22
43:5 58:4,19
85:18 96:13,16
97:25 98:6
101:20 103:25
105:13 110:25
111:12 118:24
120:22 126:21
130:20 145:22
146:21 150:23,23
150:24,25 163:10
166:5,7,13
168:11,13,14
180:9 187:25
**seeing** 167:3
**seeks** 74:2
**seen** 41:1,8 101:6
120:15 175:18,20
175:21
**sees** 137:9
**self-determinati...**
68:11 69:24
135:19
**send** 117:1
**sense** 19:11
**sensitive** 74:17
**sent** 93:12 95:12
95:13

**sentence** 32:21
91:7 94:17
148:10
**sentenced** 90:13
**sentencing** 92:5
**separately** 41:23
**separation** 64:20
64:24
**September** 1:16
2:8 189:6
**sequential** 6:23
**series** 117:19
118:24
**serious** 95:7
186:15,16
**serve** 62:17 132:5
**served** 65:10 142:3
142:12
**session** 32:2 90:21
111:8,8,11,24
113:25 114:8,10
125:21 176:1
185:2
**set** 8:4 20:18
113:19 190:10
**sets** 167:24
**settle** 60:8
**settlements** 74:16
**seven** 91:8 107:21
**Shabak** 143:24
187:18 188:3
**SHABTAI** 1:4
191:2
**Shafiq** 27:23
**SHATSKY** 1:4
191:2
**sheet** 92:2 189:7
191:1
**shekels** 44:16
**Shimon** 3:4 6:15
6:23 7:5,21 8:19
10:22 12:4 29:7
89:20
**short** 99:7 121:1
174:23
**shortcut** 142:24
**shorter** 32:20
88:24
**shortly** 25:10

**show** 100:21
**showed** 107:9
**showing** 87:16
  94:3,8 96:7
  103:21
**sic** 21:9 24:10 31:1
  41:11 48:9 59:19
  67:7,24 79:23
  85:1 106:13
  112:6 130:24
  132:21 137:12
  139:12 178:14
  185:21
**side** 50:9 66:2 93:6
**signature** 126:4,9
  126:12,13,21
  127:13,16,19
  189:9
**signed** 92:25
**simply** 7:12 67:9
  73:14 113:20
  121:4 122:17
  171:17 173:19
**simultaneous** 6:17
  14:10
**simultaneously**
  2:7
**sir** 29:17 31:6
  36:17 86:9,9
  88:14 89:24
  94:17 112:20
  132:16
**sit** 50:8 53:6
  105:15 106:7
  109:2
**site** 21:21 165:9,10
  165:16
**sitting** 11:18 84:4
  147:2 167:16
**situation** 28:7
  74:15 183:1
**six** 90:14 110:1
  185:19
**skipped** 117:12
**Smaller** 151:1
**smart** 176:3
**smiling** 163:11
**social** 44:22 70:6,8
  70:10,11 137:24

138:8 174:14
**social/political**
  69:11
**soldiers** 84:16,25
**solely** 54:15
**solitary** 84:18,21
  84:23
**Solutions** 2:5
**solve** 78:21 121:23
**somebody** 38:21
  40:12 72:21
  162:19 176:19
**son** 41:19
**soon** 6:11
**sooner** 83:10
**sorry** 6:10 10:15
  11:8 13:21,23
  15:15 23:2,11
  24:17 26:5 30:16
  31:11 34:25 36:5
  36:14,17 38:23
  42:3,5,19 45:2
  46:1 48:22 50:15
  51:1,1 52:11,12
  56:25 57:16
  58:11,12 68:13
  76:9 77:23 84:12
  90:11 94:16
  103:20 106:23
  111:7 112:16
  121:19 132:16
  145:25 151:12,23
  159:15 169:1
  177:1 183:21
**sort** 20:10 68:7
  127:11 132:2
**source** 172:2 173:5
  173:6,15 174:6
  174:19 176:11
**speak** 10:3 19:4,18
  21:6 25:10 32:3
  34:22 49:22
  51:18,20,22
  67:21 90:10
  115:20 116:2,2
  119:2 120:7
  164:20 170:4
**speaking** 6:8 9:11
  18:17 19:10

32:18 50:13 67:6
  88:7,7 113:6
  137:7 154:9,9,13
  167:9 181:14
**speaks** 91:15
  116:22
**special** 185:2
**specialist** 127:1
**specific** 31:16,17
  56:20 57:21
  72:18 73:3
  104:10,12 109:23
  110:11 116:4
  117:3 119:22
  120:8,19 169:6
  177:6,14,20
  181:16
**specifically** 14:4
  87:14 113:20
  121:3 137:2
  153:21
**specifies** 79:21
**specify** 25:4
**speech** 73:12
  181:19
**spend** 162:14
**spends** 81:10
  163:2
**spent** 81:4
**Spitzen** 3:10 8:21
  9:7 51:17 52:5,7
  52:8,14,14,15
  96:15 113:6
**spoke** 11:7 14:11
  50:15 51:21
  52:16 58:24
  67:23 86:24,24
  180:18 185:12
**spoken** 59:13
**spokespersons**
  50:14
**stand** 48:10
**standard** 74:1
**standing** 96:6
**start** 58:20 72:22
  92:9,10 95:8
  121:16 125:12
  137:20 172:23
  186:4,18

**started** 55:25
  172:12
**starting** 116:13
**starts** 19:21
**state** 13:19 51:3
  53:21 68:11
  69:24 70:5 73:16
  149:5 178:1
**stated** 32:23
**statement** 7:12
  75:6 95:4 96:4
  105:6 120:8
  121:11 122:20,20
  125:7
**statements** 90:5
  119:23 120:19
**states** 1:1 2:3
  35:18 156:22
**status** 13:17 82:17
  148:3
**stayed** 98:2
**staying** 133:7
**stenographically**
  190:11
**step** 54:19,23
  137:17
**stick** 186:17
**stipulations** 68:15
**stop** 24:15 25:9
  96:21 137:11
  138:12,18,18
  174:14 178:6
  179:6
**straight** 46:3
  145:24
**stranded** 90:15
**street** 2:6,20 12:11
  12:12 135:6
**strike** 163:3
**strip** 125:1
**structure** 22:1
  24:1 28:2,10
  164:21
**struggling** 185:14
**stuck** 7:15
**student** 158:14
**Studies** 101:1
  109:23
**studying** 41:16,22

41:24
**subject** 37:9 73:13
  96:5 147:6
  187:20,20
**subjects** 34:1
**submit** 106:3
**successful** 180:12
**suffer** 48:23
**suggest** 64:24
  160:11
**suggested** 185:15
**suggesting** 123:25
**suggestion** 43:1,3
  43:7,8
**Suite** 2:14,21
**summarize** 20:10
  91:18
**summary** 145:11
**Summit** 58:3
**superior** 164:13
**support** 71:10
  145:8 153:22
  173:25
**supporter** 181:24
**supports** 70:19,21
**suppose** 11:17
  14:12
**sure** 6:10 8:18
  15:14 18:4 33:7
  83:17 85:9 92:20
  108:9 133:7
  136:20 138:21
  146:3 153:10
  179:7 180:15
  182:20,24
**suspect** 27:2
**suspend** 138:5
**suspended** 22:22
  22:25 23:6 24:6
  24:8,9
**swear** 7:17
**Syria** 58:3 159:17
  161:21 168:21,25
**SYRIAN** 1:7
  191:3
**system** 38:13
  63:17 64:10

**T**

**T** 4:9 5:3,3,3,4,4
**table** 71:20 167:10
**take** 9:18 32:19,20
    34:15,19 35:3,23
    50:14 54:25 61:1
    61:2 84:11,25
    85:14 91:4 92:15
    92:15 99:7,11
    100:13 101:18
    104:15 105:17
    108:24 113:18
    118:14 120:15,24
    121:4 132:2
    142:17 145:13
    157:24 158:3
    174:22 175:9
    179:5
**taken** 2:2 50:2
    91:1 125:1
    136:12,13,23
    189:6 190:9
**takes** 36:19 163:24
    174:18
**talk** 31:10 32:16
    72:23 74:13
    110:15 142:22
    149:14
**talked** 139:23
    149:12
**talking** 18:18,19
    83:9 85:10 88:22
    94:23 141:15
    156:10 166:23
    170:14 171:1
    172:12
**target** 134:19
**targeting** 78:17
**tasks** 57:4
**Taysir** 49:18 97:16
    97:22,23 98:1,3,8
    98:8 183:17
    186:21
**telephone** 170:2
    170:14,25
**telephones** 170:4
**tell** 10:10 25:2
    31:24 36:3 37:20
    42:10,21 43:15
    47:2,17,20 60:13

69:10,20,23 77:6
    78:20 86:6,6
    93:3 98:15,17
    99:10 101:10,10
    104:22 109:18
    115:24 117:5,7
    122:7,19 124:13
    125:6 144:23
    145:3,14 150:20
    164:10 173:7
    175:21 181:17
    182:16 186:11
    188:2
**telling** 19:20
    105:16 108:13
    177:22
**ten** 30:10 37:8
    55:4 91:6 109:14
    121:7 142:23
    143:3 175:1,1,6
    187:4
**tender** 93:22 94:13
    94:19
**ten-minute** 142:17
    175:9
**term** 6:24 28:23
**terms** 46:3 119:18
    119:20
**territories** 61:18
    143:15 160:21,21
    162:5
**testified** 8:3 78:17
**testify** 190:7
**testifying** 21:6
**testimony** 28:3
    44:9 48:14 51:3
    53:15 70:4 78:14
    94:3 102:9
    154:19
**text** 151:2
**thank** 8:10 9:1
    10:8 11:15 12:2
    19:15,24 20:1,1,4
    20:7,25 22:15
    23:23 42:15,23
    43:10 107:24
    127:3,25 166:3,4
    175:11 188:10
**Thanks** 131:22

**thing** 34:8 165:21
**things** 33:19 38:2
    38:3 77:11 91:10
    95:16 118:25
    124:2 182:10
    185:18
**think** 6:20 13:25
    27:1 30:8 38:25
    39:21 40:13 48:6
    48:11 51:4 54:20
    54:20,25 60:25
    60:25 67:4 71:16
    71:17 74:7 82:3
    83:11,12 95:24
    101:7 111:6
    112:1,15 119:25
    120:10 122:3,9
    123:25 137:6
    145:12 147:11,12
    147:14 149:16
    153:10 154:19
    158:4,16 175:23
    178:6 181:10
    186:15,16
**thinking** 159:13
**thinks** 83:1 124:14
    146:10
**third** 110:4 122:24
**thou** 57:10
**thought** 42:17,23
    119:2 121:22
    172:16
**three** 41:11,11
    109:3 140:17
**Tikva** 1:15 2:6,13
    2:19 3:3 8:11
    84:3 147:3 165:5
**time** 6:9 22:21
    28:9 31:22 35:11
    37:16 38:1 53:19
    53:19 58:13,13
    58:14 60:8 65:9
    72:2 73:5 83:13
    85:10 97:14
    104:15 105:22
    106:2,5,10,20
    108:24 113:9,16
    113:18 114:1,11
    117:11 120:15,25

138:11 143:23
    145:17 147:7,7
    152:18 155:10
    156:10 157:4
    160:1,10 161:15
    161:18 163:7
    185:20 186:2,9
    186:10,13 190:10
    190:10
**times** 37:19,20
    157:21,21 163:22
    163:25 166:17
**timewise** 55:6
    85:15
**tissue** 20:20
**tissues** 20:19
**title** 157:3 160:6
**today** 8:11 21:7
    24:5 28:5 30:19
    35:4 38:12 44:9
    44:15 45:15
    46:10 49:19,21
    95:12 96:4,8
    126:10 129:6
    130:14 156:24
    160:10
**told** 48:2 52:1
    67:16 84:5 86:20
    87:15 90:13
    91:21 92:9,9
    95:20 96:10
    111:2 117:9,9
    134:23 159:25
**topic** 32:2 40:1
    44:11
**topics** 120:11
**touch** 152:15
**Tower** 2:6
**town** 183:23,24
**towns** 156:21
**traffic** 7:15
**trans** 170:16
**transcribed**
    190:12
**transcript** 190:13
**transcription**
    189:5
**transition** 15:13
    16:7

**translate** 7:23
    10:22 11:1,10
    18:25 20:4 35:1
    56:14 89:9 95:5
    95:17 96:1 98:22
    98:24 108:4
    110:4 122:21
    124:13 126:24
    132:15 137:20
    143:21 163:18
    177:2 180:14
**translated** 10:8,10
    10:14,18,23,24
    11:2,10,12,23
    20:14 22:10
    27:18,21 29:4,8
    38:9,14,17 45:7
    45:10,17,23
    47:20 48:15
    50:17,21 58:17
    61:21 63:7 68:19
    68:23 77:3,8,18
    79:5,9 86:1
    88:14 89:13
    93:14,18,24
    94:15,20,22 95:9
    95:19,20 102:6
    103:16 104:20
    106:8 108:10
    111:10,16 115:11
    115:15 117:13,15
    118:8 120:21
    123:2 124:17
    126:20 127:7
    129:15,19 135:20
    135:23 136:3
    140:12 144:25
    147:21,23 151:19
    152:6,10,24
    153:3 154:22
    167:14 171:3
    174:1 176:13,21
    177:4,12 179:16
    179:20,24 180:2
    180:3,5,9,19
    186:13
**translating** 12:5,6
    95:25 115:24
**translation** 6:18

14:10 18:5,7
23:20 25:10
26:12 44:1 48:20
51:25 52:2,6,9
85:4,12 88:8,25
89:21 93:22 94:6
94:10,13,19 96:2
111:13,15 122:25
124:14,24,25
125:1,3 136:15
136:16 165:18
170:18
**translations** 6:23
6:25 7:2,7
**translator** 9:15
11:25 14:7,17
17:20 19:14,20
22:9,14 23:12,19
23:21 24:17 26:8
26:12,15 27:3
28:22 32:17
48:22 49:5,6,9
54:24 56:14 59:2
77:25 78:8,8
83:22 84:12 85:3
85:5,11 88:7,14
88:21 89:9,19
96:1 110:4 111:6
122:18,21 124:5
124:13,16,21
161:7 165:17,19
166:2,3 170:18
170:19
**translators** 6:16
7:5 8:19 11:18
17:23 85:9
**translator's** 85:12
100:16
**transpired** 73:19
**trends** 70:12
**tribunal** 128:17
**tribunals** 128:18
**tried** 123:5 168:7
**true** 86:9,9 96:22
164:1 190:14
**truly** 153:20
**truth** 190:7,7,8
**try** 7:4 22:15 99:7
100:23 120:14

185:16
**trying** 6:16 11:9
99:4 110:12
124:2 133:14
136:7 142:24
187:23
**Tulkarem** 161:11
161:16,20
**Tunis** 59:20
**turn** 55:16,17
106:21 110:1
**turned** 95:16
**twice** 35:8 143:22
**two** 8:19 9:5 17:16
57:10 63:24 67:3
72:23 73:20
74:14 91:8,10
102:18,18 103:7
103:11,22 122:23
135:8 157:12
158:1 175:8
183:12
**type** 32:10
**typed** 190:13

─────────
**U**

**U** 5:3,3
**Uh-huh** 41:1
130:14 157:3
166:12 179:24
**umbrella** 70:17
**un** 81:15
**uncomfortable**
120:16
**undermine** 97:12
**understand** 9:22
10:4,25 13:4
14:15 19:22
20:25 21:25
23:15 28:25 29:2
29:5 33:7 36:17
36:18 44:10 46:5
55:21 56:6,10
60:1 65:8 74:10
75:22 81:2,15,23
84:9,9,10 87:13
91:18 92:14
94:23 96:6 98:4
105:12 108:7

115:2,4,8 119:5
122:11 123:23
126:7,17 133:24
146:3 164:22
173:20 180:6
**understanding**
94:24 95:3,25
124:1 125:15
**understood** 43:25
44:6 70:2 81:7
91:20 96:5
113:15 138:21
171:4 186:14
**unfair** 91:12 92:13
**unfold** 21:4
**Unfortunately**
144:4
**Union** 179:17
**unit** 61:20,24
**united** 1:1 2:3
35:18 138:9
**University** 158:9
158:11,14,20
**unjust** 92:13
**Unpossible** 160:5
**use** 29:4 45:13,21
58:5 181:9
**utilized** 16:18
**U.S.A** 41:24

─────────
**V**

**v** 1:6 191:2
**vacant** 185:4
**vague** 69:8 136:25
137:4
**various** 29:22 50:2
74:7 79:1 140:8
162:17
**Veidan** 2:5
**verse** 91:10
**video** 41:8 119:14
150:18
**Videoconference**
1:13 2:1
**videographer** 9:16
9:21
**videotape** 41:1
**view** 83:7 87:13
121:2 146:18

**views** 120:12
**virtual** 126:16,18
126:19 127:12,14
**virtue** 83:2
**vision** 133:20
**visit** 21:9 169:16
170:1
**visited** 156:12,17
169:22
**voice** 11:25 85:7
100:16
**voices** 42:6,10
**volunteered** 129:1
130:6

─────────
**W**

**W** 5:4
**wait** 18:11 19:20
21:3 34:4 49:3,3
49:4,4,6 52:4
86:13,13 88:6
98:20,20 131:15
137:19
**waiting** 7:15 78:7
**wallet** 44:14
**want** 7:17 19:3
23:25 30:6 31:22
31:24 33:1 34:17
34:24,24 35:2
43:11 44:10,18
48:22 51:3 54:17
55:12,13,13 68:1
74:19 79:16
82:25 83:13
84:10 85:19,25
85:25 86:7 90:10
95:7 98:19 99:6
99:7,11,13
100:21 110:5,16
111:10 112:25
113:8,9,18 114:1
116:2 119:23
120:9,20 121:18
122:10,10,11
133:5 142:22
143:2 146:3
150:20 151:1
175:3 181:10,12
181:15,15,21

185:20 186:10
**wanted** 7:12 8:17
18:16 64:24
101:19,19 133:6
**wants** 176:3
**warden** 149:13
**Washington** 2:21
55:11
**wasn't** 39:4 50:5
64:23 67:7 78:7
103:23 149:25
179:20 180:2
**waste** 163:7
**way** 7:7 9:23 16:11
18:19 28:2 35:6
35:7 38:7 44:10
84:9 101:12
105:17 118:25
121:23,25 123:25
124:1 144:13,18
145:4 146:1
147:11,12,14
149:1 154:16
168:10 171:15
174:19
**weapons** 110:25
**wear** 145:16 146:5
147:6
**wears** 157:20
**website** 4:19 165:7
165:10,12 166:9
**Wednesday** 2:7
**week** 44:20
**weeks** 95:14
**Welcome** 10:9
**well-known** 134:5
**went** 23:3 58:3
88:2 128:12
169:15
**weren't** 153:8
**West** 161:2,6
**we'll** 6:10 11:9
45:7,8,14 46:2
55:1 85:18 86:6
95:1 107:2 110:4
117:16 119:11,24
125:25 175:6
179:11 186:17
**we're** 11:8 18:24

34:25 35:5,5
39:21 55:16,17
56:3,4 72:14
73:2 93:9,10
94:23 96:7 100:7
103:21 115:24
118:14 119:10
123:5 133:7
170:14 171:1
185:18,18,19
188:11
**we've** 73:4,4 106:2
106:24 107:15
120:3,4 137:18
**whatsoever** 90:9
**what'd** 162:8
185:10
**whichever** 94:12
94:18
**wife** 40:22 41:2
44:22 48:4,8,16
174:12,14,15,18
**wife's** 40:16,20
**wish** 120:11
123:24 124:3
168:13
**wished** 95:18
**wishes** 112:4
**witness** 4:2 6:6,19
6:22 7:17 8:2
9:11 11:7,22
13:17 14:15
17:24 18:3 20:13
20:23 23:13
24:16,18 25:17
26:9,17 27:22
28:7 29:9 33:16
34:16,22 35:3
38:18 40:17,19
41:7 42:4,7,11,11
42:13,18,20,21
42:25 45:6 48:7
49:6 51:4,18
53:3 54:18,19
55:3 56:12,16,24
57:1,24 59:3
62:22,24 64:8
65:15,22 66:22
68:24 69:10 70:5

70:10 72:10,12
73:7,16,17,18
74:17,21 76:16
77:7 82:9 83:17
83:24 84:15,18
85:9,13 86:3,14
88:23 90:3,7
92:18,24 93:10
94:4,5,9 97:1
98:2,21 102:10
105:10 108:18
111:5,17,19,21
111:23 112:23
115:16 116:15
118:24 119:7
121:10,11,12
123:17,20 124:25
125:12,18,21
126:25 128:7
129:20 131:11
133:17 135:4,10
135:13 136:15,19
137:5,8,16,20,21
139:10,13,16
140:22,23 141:4
141:17 144:8
146:22 147:1,10
147:24 148:25
149:24 151:24
152:11,14 153:4
153:20 154:5
156:4,7 157:9
158:2,12 159:4
159:14,17 161:1
162:11 163:12,13
163:14,19 165:9
165:16 167:3,6
170:20,23 176:6
176:16,25 177:3
177:5,25 180:13
180:20 181:4,8
181:17,20,21
184:24 185:2,6
187:13,16 189:3
189:15 190:5
191:24
**WITNESS/DEP...**
189:1
**women's** 178:10

178:21
**wonder** 17:22
22:14
**wondering** 34:14
**word** 110:3 133:12
133:12 181:9,11
**words** 64:13
185:15
**work** 6:10 18:23
57:20 64:17
68:16 138:5
144:4 147:15
153:17 157:1
160:8 168:23
169:6,9,12,16
171:23
**workable** 6:19
**worked** 107:15
168:15,20 169:2
169:18,20
**workers** 178:25
179:17
**working** 138:4,23
138:25 145:20
**works** 7:3 44:22
155:5 174:14
**wouldn't** 55:25
125:15 182:21
187:8
**write** 15:17 114:19
115:21 117:1
**writing** 116:24
132:12,19 133:4
166:7 168:14
**written** 63:16,25
64:2 96:14,21
97:2 101:2,23
104:23 105:14
109:14,15 110:17
113:22 114:3,3
116:7 124:5,10
125:7 131:4
133:14 166:21
167:19
**wrong** 174:4
187:24
**wrote** 95:23 96:22
101:7,9 109:9,18
110:22 113:13,23

| **X** |
|---|
| **X** 4:1,9 5:1 |

| **Y** |
|---|
**Yamani** 128:22
**yarmulke** 146:12
146:16
**Yasser** 16:22
90:18 91:16
**yeah** 28:23 30:19
33:21 35:24 45:5
46:1 51:7 54:7
58:8 65:8 81:2
87:4 89:10,16
93:17 99:18
103:8,13 106:16
106:23 109:17
119:13,15 120:23
121:17,21 122:16
124:18,20 126:12
127:3 133:9
138:10,21 150:13
150:20 151:5
159:13,19 160:2
163:20,23 169:12
172:18,19,25
174:1 178:5
181:6,13 183:4
**year** 17:16 37:17
42:1 84:3 98:10
104:5 116:19
140:3 169:2
186:25
**years** 12:14 23:8
40:12 58:8,24
91:6,8,8,9 105:25
105:25 109:14
140:17 142:11
160:10 187:1
**yesterday** 21:8,8
93:13 95:13
126:10

| **Z** |
|---|
**Zelda** 2:13

| **$** |
|---|
**$11,000** 13:10

| **1** |
|---|

**1** 100:23,25 101:4
103:22 106:24
107:14,15
**1:02-CV-02280**
1:6
**1:30** 100:9
**10** 4:6
**10:01** 2:8
**100-6** 2:14
**107** 4:13
**108** 4:14
**11/6/2002** 24:10
**11:35** 55:9,10
**11:36** 55:19
**11:50** 55:15
**11:56** 55:19
**114** 4:16,18
**117** 4:20
**12th** 2:6
**126** 4:22
**14** 116:11
**15** 85:21
**15th** 190:18
**16** 116:12
**162** 15:5 73:23
**19** 24:4
**1942** 10:17
**1945** 56:17
**1965** 130:16,19
**1968** 130:22
131:25
**1969** 29:13
**1977** 140:15
**1987** 140:19
141:12,14
**1990** 45:17 156:23
**1991** 22:19 24:19
38:5 59:15
140:21 141:11,16
148:1
**1993** 17:14 23:1
24:6 37:23 59:14
148:1
**1996** 24:20 59:17
155:14 156:10,19
156:24 159:5,24
160:10 161:11
169:2,4
**1999** 22:23 23:1

24:8,9 37:23
45:17 59:18
184:17 185:25
186:8

## 2

**2** 103:10 106:21
108:13
**2:15** 99:25 100:1,3
**2:25** 100:9
**2:30** 186:4
**20** 148:7
**20th** 105:22 148:8
**2000** 4:16,18 17:16
24:10 116:19
141:16 142:6
**20005-5701** 2:21
**2001** 58:8 131:5,11
131:14,24 141:6
141:22
**2002** 4:22 17:16,19
17:21,24 22:23
23:8 58:10,13
72:16,22 81:20
84:3 98:10
155:14 156:10,19
159:6,24 161:11
165:4,5 169:4
**2003** 101:12,23
104:5
**2004** 90:11,12
**2005** 90:11
**2006** 186:1,8
**2007** 17:19,19,21
17:24 22:23 23:8
58:8,13 81:21
148:7,8
**2008** 58:2 143:22
165:4
**2009** 56:24 57:1,3
57:7,8,8,17
143:23 184:24
185:3,24
**2010** 59:1,1,3,6
**2012** 1:16 2:8
73:23 189:6
190:18
**202** 2:22,22
**21st** 90:12

**22** 4:22
**220** 44:16
**23rd** 56:17
**27th** 141:5,22
**2800** 2:13

## 3

**3** 117:12,14,16,24
**3:00** 99:23
**3:02** 119:17
**3:09** 119:17
**3:15** 99:24
**3:54** 143:5
**30** 4:16 73:22
**31** 4:18
**334** 2:15
**35** 2:5
**36106-3700** 2:14
**395-6611** 2:15

## 4

**4** 114:14,17 116:6
**4:10** 143:5
**4:34** 55:7,11
**45** 10:17

## 5

**5** 1:16 114:14,17
116:6 189:6
**5th** 2:8
**5:18** 175:12
**5:28** 175:12
**5:55** 188:13
**591-7586** 2:15

## 6

**6:00** 186:6
**626-5800** 2:22
**626-5801** 2:22
**655** 2:20
**67** 108:21 110:1,5
110:8,14,22
113:21 122:6
**68** 40:12 110:8
130:25,25
**69** 108:21 110:8

## 7

**7** 87:21 92:16,23
93:11 94:9,25

96:20 107:21
**72** 5:6
**78** 140:3
**79** 140:3

## 8

**8** 5:6 125:25
127:22 128:2
**80s** 140:4
**86** 130:24

## 9

**900** 2:21
**91** 23:6 37:1 141:5
**917** 2:15
**9243** 1:25 2:5
190:3,20
**93** 22:22 23:6 38:8
38:11,16
**94** 4:11
**97** 16:23 158:16
**98** 16:23 17:14
158:16
**99** 22:25 23:6 38:8
38:12,16 158:16
184:19,21,23