# Exhibit F

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3

4   SHABTAI SCOTT SHATSKY, et al.,      )
                                        )
5          Plaintiffs,                  )
                                        )
6   v.                                  ) Civil Action No.
                                        ) 1:02-CV-02280 (RJL)
7   THE SYRIAN ARAB REPUBLIC, et al.,   )
                                        )
8          Defendants.                  )
    _____)

9

10

11

12

13            VIDEOTAPED DEPOSITION OF

14                 JAWAD AMAWI

15              JERUSALEM, ISRAEL

16             SEPTEMBER 6, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR NO. 9243

1          Videotaped deposition of JAWAD AMAWI, taken

2     in the above-entitled cause pending in the United

3     States District Court for the District of Columbia,

4     pursuant to notice, before BRENDA MATZOV, CA CSR 9243,

5     at the American Colony Hotel, Pasha Room, Jerusalem,

6     Israel, on Thursday, the 6th day of September, 2012,

7     at 9:44 a.m.

8

9

10    APPEARANCES:

11    FOR PLAINTIFFS:

12          LAW OFFICES OF DAVID I. SCHOEN
            By:  DAVID I. SCHOEN, ESQ.
13          2800 Zelda Road
            Suite 100-6
14          Montgomery, Alabama 36106-3700
            (334) 395-6611 / Fax (917) 591-7586
15          dschoen593@aol.com

16

17    FOR DEFENDANTS:

18          MILLER & CHEVALIER CHARTERED
            By:  CHARLES F.B. McALEER, JR., ESQ.
19            MARK J. ROCHON, ESQ.
            655 Fifteenth Street, NW
20          Suite 900
            Washington, DC 20005-5701
21          (202) 626-5800 / Fax (202) 626-5801
            cmcaleer@milchev.com
22          mrochon@milchev.com

23

24

25

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
1    APPEARANCES (Continued):

2    ALSO PRESENT:

3            MITCHELL COOPERSMITH, Videographer

4            SHIMON BEN-NAIM, Official Arabic Interpreter

5            ALBERT AGHAZARIAN, Official Arabic Interpreter

6            GEORGE HAZOU, Check Arabic Interpreter

7            MORDECHAI HALLER, Advocate

8            AVI LEITNER, Advocate

9            DINA ROVNER, Advocate

10           RACHEL WEISER, Advocate

11           OSAMA SAADI, Advocate

12           JONATHAN ARNON, Advocate

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
1                      I N D E X

2    WITNESS

3    Jawad Amawi

4

5    EXAMINATION                                    PAGE

6    By Mr. Schoen                               9, 158

7    By Mr. McAleer                                 155

8

9

10

11                    E X H I B I T S

12   LETTER        DESCRIPTION              IDENTIFIED

13   Exhibit A     CD, Containing CNN Video
                   (Retained by Counsel.)          90
14

15

16

17

18        Q U E S T I O N S   I N S T R U C T E D

19            N O T   T O   A N S W E R

20               PAGE      LINE

21               139       22

22               142       14

23

24

25
```

SEPTEMBER 6, 2012 – JAWAD AMAWI

```
 1                    P R O C E E D I N G S

 2

 3            THE VIDEOGRAPHER:  This is the videotape

 4    deposition of Jawad Amawi, taken by David Schoen,

 5    in the matter of Shatsky versus Syrian Arab Republic,

 6    held at the American Colony Hotel, Jerusalem, Israel,

 7    September 6, 2012.

 8            The court reporter is Brenda Matzov.  The

 9    videographer is Mitchell Coopersmith.

10            Will counsel now state their appearance.

11            MR. SCHOEN:  For the plaintiff, I'm David

12    Schoen, S-c-h-o-e-n.  And with me is -- with me is

13    Avi Leitner, U.S. counsel -- co-counsel Dina Rovner

14    and Rachel Weiser.  And Mordechai Haller is also with

15    me, Israeli counsel.

16            MR. McALEER:  Good morning.

17            My name is Charles McAleer, with the law

18    firm of Miller & Chevalier.  I'm counsel for the

19    deponent today, Mr. Jawad Amawi, who's appearing

20    here today as a designee of the Palestinian Authority,

21    pursuant to the Second Amended Notice of Deposition

22    to the Palestinian Authority, dated August 2nd, 2012,

23    pursuant to Rule 30(b)(6) of the Federal Rules of

24    Civil Procedure.

25            Specifically, Mr. Amawi is being tendered
```

| | |
|---|---|
| 09:45:44 | 1 |
| 09:45:51 | 2 |

09:45:44   1   today as a designee with respect to Categories 6, 7,

09:45:51   2   11, and 12 of the Second Amended Notice.

09:45:59   3          I am here today with my colleague and partner,

09:46:03   4   Mr. Mark Rochon.  Also with us here today, as counsel

09:46:12   5   for the Palestinian Authority and the PLO, is Mr. Osama

09:46:18   6   Saadi.  And we're joined today as well by our local

09:46:24   7   counsel, Mr. Jonathan Arnon.

09:46:27   8          The check translator here today is Mr. George

09:46:30   9   Hazou.

09:46:33   10         I'd like to just take one moment to note for

09:46:36   11   the record that, while I appreciate Mr. Coopersmith's

09:46:42   12   announcement at the beginning of the deposition, the

09:46:45   13   defendants disagree with the indication that the

09:46:49   14   deposition is proceeding in Jerusalem, Israel, for

09:46:54   15   reasons we've previously stated on the record.  We're

09:46:59   16   appearing here today at the American Colony Hotel in

09:47:02   17   East Jerusalem.

09:47:04   18         And, Counsel, may I just request that you

09:47:07   19   indicate in what relationship the other two attendees

09:47:13   20   who are here have to the case other than, of course,

09:47:16   21   Mr. Haller and Mr. Leitner.

09:47:20   22         MR. SCHOEN:  Yes.  Ms. Rovner and Ms. Weiser

09:47:22   23   are co-counsel now in the case.  They are just joining

09:47:27   24   the case now.

09:47:30   25         MR. McALEER:  And -- and with what law firm

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 09:47:30 | 1 | or organization are they associated? |
| 09:47:31 | 2 | MR. SCHOEN:  None really.  Just working with |
| 09:47:32 | 3 | us independently. |
| 09:47:33 | 4 | MR. McALEER:  So they -- they are not employed |
| 09:47:35 | 5 | by any law firm or organization? |
| 09:47:38 | 6 | MR. SCHOEN:  I don't know the answer to who |
| 09:47:39 | 7 | they're employed by. |
| 09:47:41 | 8 | MR. McALEER:  Well, I -- Mr. Schoen, I |
| 09:47:42 | 9 | appreciate you may not know.  But I would ask of |
| 09:47:47 | 10 | the other counsel that you have here, Mr. Haller and |
| 09:47:50 | 11 | Mr. Leitner, whether they're aware of the organization |
| 09:47:54 | 12 | or entity by which these two additional counsel are |
| 09:47:59 | 13 | employed. |
| 09:47:59 | 14 | MR. SCHOEN:  I'm not sure all of those |
| 09:48:01 | 15 | details have been worked out yet.  Certainly no |
| 09:48:02 | 16 | other outside organization.  They'll be working |
| 09:48:04 | 17 | with us on the team.  They don't work for any other |
| 09:48:07 | 18 | sort of outside organization or any other law firm |
| 09:48:08 | 19 | on it. |
| 09:48:09 | 20 | MR. LEITNER:  They're working for the law |
| 09:48:14 | 21 | office of Nitsana Darshan-Leitner. |
| 09:48:17 | 22 | MR. McALEER:  For the -- for the record, |
| 09:48:17 | 23 | in case that wasn't picked up, Mr. Leitner indicated |
| 09:48:20 | 24 | that the two additional counsel, who Mr. Schoen just |
| 09:48:27 | 25 | introduced, are employees of the law offices of Nitsana |

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
09:48:32   1   Darshan-Leitner.
09:48:34   2           MR. SCHOEN:  And one other just housekeeping
09:48:36   3   point.  I think you probably said this the first time.
09:48:38   4   The second time you referred to just the Second Amended
09:48:41   5   Notice of Deposition.  But I'm sure you said the first
09:48:44   6   time "to the PA."
09:48:45   7           I just want to be clear that's the Notice
09:48:47   8   of Deposition that we're talking about, the August 2nd
09:48:49   9   Second Notice of Deposition to the PA.
09:48:52  10           MR. McALEER:  That is correct.
09:48:54  11           MR. SCHOEN:  We also have two other
09:48:55  12   translators here today who we didn't introduce,
09:48:59  13   but the same guys from yesterday, Albert and Shimon.
09:49:05  14           MR. McALEER:  Why don't we have both of them
09:49:07  15   introduce themselves for the record with their full
09:49:07  16   names.
09:49:08  17           OFFICIAL INTERPRETER AGHAZARIAN:  Albert
09:49:08  18   Aghazarian, interpreter.
09:49:10  19           OFFICIAL INTERPRETER BEN-NAIM:  Shimon
09:49:12  20   Ben-Naim, interpreter, translator.
09:49:15  21           MR. McALEER:  And then may I just finally
09:49:17  22   ask Mr. Coopersmith:  At what time did we go on to
09:49:20  23   the record?
09:49:21  24           THE VIDEOGRAPHER:  We went on the record
09:49:22  25   at 9:44.
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
 1                    ALBERT AGHAZARIAN

 2                          -and-

 3                    SHIMON BEN-NAIM,

 4          the Official Arabic Interpreters, were

 5          duly affirmed to translate from English

 6          to Arabic and from Arabic to English.

 7

 8                    JAWAD AMAWI,

 9          called as a witness, being first duly

10          affirmed, was examined and testified

11          as hereinafter set forth.

12

13          (The following proceedings were conducted

14       through the Official Arabic Interpreters, unless

15       otherwise indicated.)

16

17                    EXAMINATION

18    BY MR. SCHOEN:
```

09:50:01  19       Q.   I introduced myself privately earlier.  But

09:50:07  20    I'm David Schoen, representing the plaintiffs in this

09:50:11  21    case.

09:50:14  22            Would you please state your full name?

09:50:27  23       A.   I am Jawad Amawi.  I am a lawyer, and I

09:50:31  24    represent the PA as a legal advisor.

09:50:36  25       Q.   Mr. Amawi --

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
09:50:41   1              MR. HALLER:  Did he say the ministry?

09:50:43   2              (Comment in Arabic by Official Interpreter

09:50:43   3         Ben-Naim.)

09:50:48   4              THE WITNESS:  In the Ministry of Detainees

09:50:52   5    of the PA.

09:50:54   6         Q.   BY MR. SCHOEN:  If I mispronounce your name,

09:50:57   7    I hope you'll --

09:50:58   8              CHECK INTERPRETER HAZOU:  He did say.

09:51:00   9         Q.   BY MR. SCHOEN:  -- I hope you'll correct me.

09:51:01  10              Amawi?

09:51:03  11         A.   Amawi.

09:51:03  12         Q.   Amawi.

09:51:03  13              Mr. Amawi, how old are you?

09:51:07  14         A.   Forty-four years.

09:51:09  15         Q.   And where do you live?

09:51:13  16         A.   In Qalansuwa.

09:51:17  17         Q.   Where is that?

09:51:23  18         A.   It's an Arab town inside Israel, close to

09:51:27  19    Netanya.

09:51:30  20         Q.   Where did you go to school, from high school

09:51:34  21    forward, let's say?

09:51:50  22         A.   I studied my elementary education in Bal'a

09:51:55  23    school, as well as my preparative period.  And I did

09:52:00  24    my school finishing studies in Tulkarem.

09:52:03  25         Q.   And you're a lawyer; right?
```

```
09:52:08   1        A.    Yeah.
09:52:09   2        Q.    Where did you go to law school?
09:52:16   3        A.    In the Jordanian university.
09:52:18   4        Q.    Let me ask you:  Do you feel you need an
09:52:21   5    interpreter/translator today?
09:52:28   6        A.    Certainly.  For sure.
09:52:32   7        Q.    How long have you been a lawyer?
09:52:38   8        A.    Eighteen years.
09:52:41   9        Q.    And would you tell me, please, how you've
09:52:46  10    been employed since you became -- since you finished
09:52:51  11    law school?
09:53:09  12        A.    After I finished my studies, I did a training,
09:53:11  13    internship in Jordan.  Then I returned here to our
09:53:23  14    country Palestine, and I did training in Ramallah.
09:53:32  15    I worked with several institutions during this period.
09:53:38  16    I worked with the Mandella institution that deals with
09:53:42  17    detainees.  I worked with different institutions that
09:53:54  18    are concerned with such issues, including Beit Sharq,
09:53:58  19    that deals with detainees.
09:54:12  20            In 1994, I had my own office with a private
09:54:18  21    colleague in Tulkarem.  I proceeded in this office --
09:54:28  22    in this law firm from 1994 until 2000.  There were
09:54:45  23    incursions in 2001 and 2000, and our office became
09:54:51  24    like a military post for the Israelis.  Practically
09:55:00  25    there was no work at home -- in the office.  I was
```

| | | |
|---|---|---|
| 09:55:03 | 1 | working at home for only specific cases in a limited |
| 09:55:12 | 2 | way because the whole court system were blocked and |
| 09:55:16 | 3 | everything was paralyzed in this period. |
| 09:55:22 | 4 | In 2001, I worked with Al-Hoc [sic] -- |
| 09:55:26 | 5 | Qanun -- Al-Qanun, the law institution in the field |
| 09:55:33 | 6 | of defending Palestinian detainees.  My work continued |
| 09:55:43 | 7 | with Al-Qanun institute for a year. |
| 09:55:48 | 8 | After that, I moved to be engaged in a project |
| 09:55:57 | 9 | that was financed by the UNICEF, which was concerned |
| 09:56:06 | 10 | with defending children detainees held in Israeli |
| 09:56:12 | 11 | prisons.  And this program was conducted jointly with |
| 09:56:19 | 12 | the ministry of -- Palestinian Ministry of Detainees. |
| 09:56:28 | 13 | I was a director of this program, and at the same time, |
| 09:56:31 | 14 | I was an attorney, the legal -- the legal director, |
| 09:56:37 | 15 | in parentheses. |
| 09:56:45 | 16 | This program proceeded for three years by -- |
| 09:56:48 | 17 | financed by the UNICEF.  Later than -- than that, |
| 09:56:58 | 18 | it was financed by various European institutions -- |
| 09:57:01 | 19 | institutions that are interested in childhood, such |
| 09:57:12 | 20 | as Save the Children.  In 2007, this program came |
| 09:57:24 | 21 | to an end. |
| 09:57:29 | 22 | In February 2008, a decision was taken |
| 09:57:36 | 23 | to establish a legal management in the Ministry of |
| 09:57:39 | 24 | Detainees.  And since I have been working for an |
| 09:57:46 | 25 | extended period with them, I was offered to establish |

|          |    |                                                    |
|----------|----|----------------------------------------------------|
| 09:57:56 | 1  | and run this program.  And this is what happened.  |
| 09:58:04 | 2  | And so far I'm still engaged in this type of work. |
| 09:58:09 | 3  |     Q.   What's -- do you have a job title in the  |
| 09:58:11 | 4  | work you have now -- you're doing now?             |
| 09:58:24 | 5  |     A.   My job title officially, according to the |
| 09:58:28 | 6  | contract, is -- is lawyer and legal advisor, according |
| 09:58:33 | 7  | to the contract.  But I'm assigned -- I am assigned |
| 09:58:47 | 8  | actually to be director general of legal affairs. |
| 09:58:50 | 9  |     Q.   With whom is your contract?               |
| 09:58:56 | 10 |     A.   With the Ministry of Detainees.           |
| 09:58:58 | 11 |     Q.   And the organization is the PLO or the PA? |
| 09:59:19 | 12 |     A.   It is the Ministry of Detainee Affairs, which |
| 09:59:22 | 13 | is part of the PNA.                                |
| 09:59:25 | 14 |     Q.   Just briefly, you mentioned that you worked |
| 09:59:29 | 15 | earlier for several institutions.  And you gave two |
| 09:59:37 | 16 | examples, Mandella and another, Beit [sic].        |
| 09:59:45 | 17 |         Any other specific institutions that come  |
| 09:59:47 | 18 | to mind that you worked for?                       |
| 09:59:51 | 19 |     A.   No, I don't.  That's it.                  |
| 09:59:53 | 20 |     Q.   And under the category of your work on    |
| 09:59:56 | 21 | behalf of child detainees, you -- you mentioned that |
| 10:00:04 | 22 | it was funded by certain European institutions, and |
| 10:00:11 | 23 | you mentioned Save the Children as an example.     |
| 10:00:17 | 24 |         Any other organizations that funded that   |
| 10:00:19 | 25 | work that you remember?                            |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 10:00:38 | 1 | A. Save the Children is spread across many |
| 10:00:41 | 2 | countries and -- like -- such as the Netherlands. |
| 10:00:44 | 3 | And I don't remember exactly which chapter of Save |
| 10:00:49 | 4 | the Children was supporting. |
| 10:00:51 | 5 | Q. The specific office that you work under now |
| 10:00:55 | 6 | is called Ministry of Detainees? |
| 10:01:12 | 7 | A. The Ministry of Detainees and Ex-detainees. |
| 10:01:18 | 8 | CHECK INTERPRETER HAZOU: I would say |
| 10:01:18 | 9 | "Ministry of Prisoners Affairs." |
| 10:01:24 | 10 | (Brief exchange in Arabic between Check |
| 10:01:24 | 11 | Interpreter Hazou and the witness.) |
| 10:01:25 | 12 | CHECK INTERPRETER HAZOU: "Ministry of |
| 10:01:26 | 13 | Prisoners Affairs and Released" -- |
| 10:01:30 | 14 | OFFICIAL INTERPRETER AGHAZARIAN: |
| 10:01:29 | 15 | "Ex-detainees." |
| 10:01:31 | 16 | CHECK INTERPRETER HAZOU: Or "ex-detainees." |
| 10:01:31 | 17 | Yes. |
| 10:01:31 | 18 | OFFICIAL INTERPRETER AGHAZARIAN: That's |
| 10:01:31 | 19 | formally the name. |
| 10:01:33 | 20 | MR. SCHOEN: Okay. For purposes of today, |
| 10:01:34 | 21 | I'm going to call it the Ministry of Prison [sic] |
| 10:01:37 | 22 | Affairs so that we're talking about the same thing, |
| 10:01:40 | 23 | if that's okay. |
| 10:01:45 | 24 | MR. McALEER: Let me just make sure we're |
| 10:01:47 | 25 | clear. Did you just say "Ministry of Prison Affairs" |

| | | |
|---|---|---|
| 10:01:51 | 1 | or "Prisoner Affairs"? |
| 10:01:53 | 2 | MR. SCHOEN:  I said "prison," and I meant -- |
| 10:01:54 | 3 | should have said "prisoner."  But -- |
| 10:01:56 | 4 | CHECK INTERPRETER HAZOU:  "Prisoners affairs." |
| 10:01:59 | 5 | MR. SCHOEN:  Yeah. |
| 10:02:15 | 6 | Q.   BY MR. SCHOEN:  But the main point I wanted |
| 10:02:17 | 7 | to make is we're talking about the same office. |
| 10:02:26 | 8 | Would it be fair to say that you've developed |
| 10:02:28 | 9 | a specialty in your legal practice of working on behalf |
| 10:02:39 | 10 | of prisoners or detainees? |
| 10:02:47 | 11 | A.   Correct. |
| 10:02:49 | 12 | Q.   And specifically with respect to the -- |
| 10:02:55 | 13 | I'm going to call it the PNA's Ministry of Prison -- |
| 10:03:01 | 14 | Prisoner Affairs for these purposes. |
| 10:03:15 | 15 | You're thoroughly familiar with the workings |
| 10:03:18 | 16 | of that ministry? |
| 10:03:21 | 17 | A.   Yes.  Correct. |
| 10:03:25 | 18 | Q.   Mr. Amawi, have you ever been a prisoner |
| 10:03:29 | 19 | or detainee yourself? |
| 10:03:35 | 20 | A.   Yes. |
| 10:03:37 | 21 | Q.   When was that? |
| 10:03:44 | 22 | A.   I was in the first preparatory class. |
| 10:03:47 | 23 | Q.   I need just a time frame.  I'm not familiar |
| 10:03:50 | 24 | enough with -- |
| 10:03:56 | 25 | A.   I don't remember years.  I just remember I |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 10:03:57 | 1 | was in the first preparatory school. |
| 10:04:02 | 2 | CHECK INTERPRETER HAZOU:  Which is grade |
| 10:04:03 | 3 | seven. |
| 10:04:03 | 4 | OFFICIAL INTERPRETER BEN-NAIM:  Junior high. |
| 10:04:04 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  Grade seven. |
| 10:04:06 | 6 | MR. SCHOEN:  Oh, I'm sorry.  I -- |
| 10:04:08 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  It's American |
| 10:04:08 | 8 | junior high. |
| 10:04:09 | 9 | Q.   BY MR. SCHOEN:  Yeah, yeah.  I didn't realize |
| 10:04:10 | 10 | you were referring to the time in your life.  I see. |
| 10:04:13 | 11 | So I'm going to call it grade seven. |
| 10:04:16 | 12 | In grade seven, you were arrested? |
| 10:04:21 | 13 | A.   "Nam." |
| 10:04:23 | 14 | Q.   By whom? |
| 10:04:26 | 15 | A.   The Israelis. |
| 10:04:26 | 16 | Q.   Police or another agency? |
| 10:04:31 | 17 | A.   The police and the Army. |
| 10:04:35 | 18 | (Court reporter clarification.) |
| 10:04:35 | 19 | OFFICIAL INTERPRETER AGHAZARIAN:  "The Army." |
| 10:04:35 | 20 | Q.   BY MR. SCHOEN:  Where were you living at that |
| 10:04:39 | 21 | time? |
| 10:04:42 | 22 | A.   In Bal'a. |
| 10:04:45 | 23 | Q.   And what was the reason given for your arrest? |
| 10:04:57 | 24 | A.   That we were involved in a demonstration |
| 10:05:01 | 25 | coming out from school and that we raised the |

| | | |
|---|---|---|
| 10:05:06 | 1 | Palestinian flag. |
| 10:05:07 | 2 | Q.   Who is "we"?  You and some school friends? |
| 10:05:14 | 3 | A.   A number of pupils from the school were |
| 10:05:21 | 4 | detained. |
| 10:05:22 | 5 | Q.   And you were arrested actually? |
| 10:05:23 | 6 | A.   Correct. |
| 10:05:24 | 7 | Q.   And where were you taken? |
| 10:05:33 | 8 | A.   It was the Fara'a detention center. |
| 10:05:37 | 9 | Q.   Is that a pretrial detention center? |
| 10:05:57 | 10 | A.   It -- it combined both people who were in |
| 10:06:00 | 11 | a pretrial status and people who were condemned.  But |
| 10:06:05 | 12 | most of them were -- were pretrial. |
| 10:06:09 | 13 | Q.   Do you remember any of the police officers |
| 10:06:11 | 14 | who were involved in the arrest? |
| 10:06:26 | 15 | A.   The police forces were not using correct |
| 10:06:30 | 16 | names.  But I remember -- I remember the person that |
| 10:06:37 | 17 | has interrogated me.  One called himself Abu Hadijah. |
| 10:06:46 | 18 | Of course, this is not an actual name.  This is how |
| 10:06:56 | 19 | the situation was. |
| 10:06:58 | 20 | Q.   The name sounds like an Arabic name? |
| 10:07:10 | 21 | A.   All the interrogators within the Shabak, |
| 10:07:13 | 22 | they utilize Arabic names. |
| 10:07:15 | 23 | Q.   But it was not an Arab -- an Israeli Arab |
| 10:07:18 | 24 | or an Arab person?  It was a -- |
| 10:07:28 | 25 | A.   No. |

10:07:29   1          Q.   How soon after you were arrested were you
10:07:31   2    interrogated?
10:07:50   3          A.   From the moment that I was detained
10:07:53   4    at 2:00 a.m., I was beaten up.  They started the
10:07:57   5    interrogation immediately upon arrest, something
10:08:00   6    I don't forget.
10:08:02   7          Q.   Do you know whether -- did you speak with
10:08:04   8    the police?
10:08:08   9          A.   What do you mean I spoke with the police?
10:08:17   10         Q.   Oh, what do I mean when I ask did you speak
10:08:20   11   with the police?
10:08:22   12              The police asked you questions?
10:08:24   13         A.   (Witness nods head in the affirmative.)
10:08:28   14         Q.   Did you answer their questions?
10:08:32   15         A.   Yes.
10:08:33   16         Q.   Did you also make a statement?
10:08:40   17         A.   Yes.
10:08:41   18         Q.   Do you know whether there was a writing made
10:08:43   19   of any statements you made?
10:08:50   20         A.   Yes.
10:08:50   21         Q.   Did you ever review that statement?
10:08:57   22         A.   What do you mean I saw it?
10:09:01   23         Q.   Did you ever have a chance to read that
10:09:03   24   statement, the writing that was made of your statement?
10:09:13   25         A.   No.  There was an interrogator interrogating

SEPTEMBER 6, 2012 - JAWAD AMAWI

10:09:16   1   me.  And at the end, there was a paper in Hebrew.  And

10:09:19   2   he said:  You have to sign this.  I don't know what was

10:09:24   3   in it written, and I don't have any idea.

10:09:27   4       Q.   Did you sign it?

10:09:29   5       A.   Of course.

10:09:30   6       Q.   Do you read Hebrew?

10:09:37   7       A.   Now I read Hebrew.  But at -- during that

10:09:40   8   period, I couldn't read Hebrew.

10:09:42   9       Q.   Yeah.  I should have asked a better question.

10:09:48  10            How long were you detained?

10:09:55  11       A.   Twenty-one days.

10:09:57  12       Q.   Was there a formal charge brought against you?

10:10:06  13       A.   Participating in a demonstration and waving

10:10:14  14   the flag.  In the legal context, it was described as

10:10:18  15   the "disruption of public order."

10:10:21  16       Q.   Did you know at the time that what you had

10:10:25  17   done was illegal?

10:10:29  18            MR. McALEER:  Objection.

10:10:29  19            Are you asking illegal under whose law?

10:10:36  20            Objection.  The question is vague.  And

10:10:44  21   counsel has not clarified it.

10:10:46  22            THE WITNESS:  I do not think that the act

10:11:02  23   that I was involved in was illegal.  Or, rather, I

10:11:09  24   am convinced that this is a legal action.

10:11:13  25            MR. SCHOEN:  "A legal action"?

| | | |
|---|---|---|
| 10:11:15 | 1 | OFFICIAL INTERPRETER AGHAZARIAN:  (Interpreter |
| 10:11:15 | 2 | nods head in the affirmative.) |
| 10:11:16 | 3 | Q.   BY MR. SCHOEN:  Do you understand it to have |
| 10:11:17 | 4 | been against Israeli law at the time? |
| 10:11:28 | 5 | MR. McALEER:  Objection. |
| 10:11:28 | 6 | Counsel, are you asking him if he knew at -- |
| 10:11:31 | 7 | at the time when he was in grade seven? |
| 10:11:34 | 8 | MR. SCHOEN:  Yeah. |
| 10:11:38 | 9 | MR. McALEER:  And, Counsel, you know, I've |
| 10:11:39 | 10 | let you go on for a little while on this.  And this |
| 10:11:44 | 11 | seems well beyond any appropriate background.  It's |
| 10:11:50 | 12 | also beyond the scope of the topics for which this |
| 10:11:56 | 13 | designee has been tendered here today. |
| 10:11:59 | 14 | So I'd object both as to the scope and the |
| 10:12:05 | 15 | discoverability and examination along these lines. |
| 10:12:09 | 16 | Do you have any proffer of -- of why you're |
| 10:12:12 | 17 | going into this area in this detail with this witness |
| 10:12:17 | 18 | now beyond the fact that it's not within the scope of |
| 10:12:20 | 19 | the categories for which he's designated? |
| 10:12:27 | 20 | Counsel? |
| 10:12:29 | 21 | MR. SCHOEN:  Yeah.  I was letting him finish |
| 10:12:32 | 22 | the translation. |
| 10:12:33 | 23 | MR. McALEER:  Sure. |
| 10:12:36 | 24 | MR. SCHOEN:  Two answers.  The witness' |
| 10:12:39 | 25 | credibility is always at issue. |

10:12:43   1          Secondly, I don't think you've let me go

10:12:46   2   beyond any level.  I think this is entirely appropriate

10:12:49   3   questioning.

10:12:55   4          And, thirdly, we may disagree over this, but

10:13:00   5   I'm not limited to the scope of the subjects for which

10:13:05   6   you've designated him with respect to the questions that

10:13:08   7   I can ask today.

10:13:14   8          MR. McALEER:  Well, let me just say I disagree

10:13:17   9   with your proffer as a proper basis.  But we need not

10:13:20   10  debate it here.

10:13:20   11         Secondly, I'm entitled to note on the record

10:13:29   12  when you have exceeded the scope of the topics for

10:13:35   13  which the witness is designated.  And whether or not

10:13:40   14  any examination you attempt to conduct beyond the

10:13:44   15  scope of those topics for which he's been designated

10:13:47   16  is appropriate is something that we will assess as

10:13:51   17  the deposition goes on.

10:13:52   18         MR. SCHOEN:  Yeah.  Let me say, I –– I agree

10:13:54   19  that you're entitled to note for the record just about

10:13:58   20  anything you want to note for the record.  We don't

10:14:00   21  disagree over that.

10:14:03   22         And my intention is to go forward.  And if

10:14:09   23  you believe that a question is improper or that I've

10:14:12   24  exceeded the scope or some other reason, you'll enter

10:14:16   25  your objection as you think appropriate.  And you'll

SEPTEMBER 6, 2012 – JAWAD AMAWI

| | | |
|---|---|---|
| 10:14:20 | 1 | make a decision as to whether to instruct the witness |
| 10:14:23 | 2 | not to answer or proceed otherwise. |
| 10:14:29 | 3 | MR. McALEER: And as to this line of inquiry, |
| 10:14:32 | 4 | I have noted my objection. And notwithstanding the |
| 10:14:37 | 5 | proffer from counsel, which I appreciate, I maintain |
| 10:14:42 | 6 | my objection. |
| 10:14:43 | 7 | MR. SCHOEN: Let me -- |
| 10:14:46 | 8 | MR. McALEER: And -- and I maintain my |
| 10:14:48 | 9 | objection. I'm not instructing the witness not to |
| 10:14:51 | 10 | answer, at least this immediate line. But I would |
| 10:14:59 | 11 | ask, Counsel, that you proceed to the topics for which |
| 10:15:03 | 12 | the witness has been designated. |
| 10:15:07 | 13 | MR. SCHOEN: I wish you hadn't added the last |
| 10:15:14 | 14 | part, frankly, because I was going to say that I'm about |
| 10:15:17 | 15 | to move off of this area. But I don't want to be in |
| 10:15:20 | 16 | a position of taking direction from you as to how I'm |
| 10:15:23 | 17 | going to proceed today. |
| 10:15:24 | 18 | So I'm -- I believe I'm entitled to ask him |
| 10:15:27 | 19 | questions about his background. I intend to move along |
| 10:15:31 | 20 | because I would like to make this process move along |
| 10:15:34 | 21 | as quickly as I can for the convenience of everyone |
| 10:15:37 | 22 | and because I think it's the right thing to do. |
| 10:15:51 | 23 | Q. BY MR. SCHOEN: Is there any other time |
| 10:15:52 | 24 | during which you have been detained? |
| 10:16:07 | 25 | A. No. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
10:16:08   1        Q.   You've testified before in a deposition;
10:16:10   2   correct?
10:16:15   3        A.   Yes.
10:16:16   4        Q.   How many times?
10:16:18   5        A.   Twice.
10:16:19   6        Q.   And -- in the Saperstein case, if you recall?
10:16:26   7        A.   I don't remember exactly.
10:16:27   8        Q.   The Klieman case, K -- K-l-i-e-m-a-n?
10:16:35   9        A.   Yes.
10:16:35  10        Q.   And on those occasions, you also appeared
10:16:38  11   as a designee or witness on behalf of either the PLO
10:16:44  12   or the PNA?
10:16:59  13        A.   I used to represent the PA.
10:17:02  14        Q.   In those circumstances when you testified
10:17:04  15   at those depositions?
10:17:12  16        A.   Correct.
10:17:14  17        Q.   Today does your salary come from the PNA,
10:17:17  18   if you get a salary?
10:17:25  19        A.   Correct.
10:17:30  20        Q.   May I ask what your salary is?
10:17:40  21        A.   I apologize to answer.  This is a private
10:17:42  22   matter.  The conditions of the contract are that they
10:17:51  23   should be secret and no one is allowed to release it.
10:17:56  24        Q.   The contract -- the employment contract
10:17:58  25   you have with the PNA provides that the terms of your
```

SEPTEMBER 6, 2012 – JAWAD AMAWI

| | | |
|---|---|---|
| 10:18:01 | 1 | compensation and other terms of the contract are to |
| 10:18:12 | 2 | be kept secret? |
| 10:18:27 | 3 | A.   Yes.   That this is a contract between two |
| 10:18:29 | 4 | parties and it should not -- it should not be revealed. |
| 10:18:37 | 5 | Q.   Do you recall whether that was at your |
| 10:18:39 | 6 | request, or was it the request of the PNA? |
| 10:19:08 | 7 | A.   I have arranged the contracts.  And -- and |
| 10:19:11 | 8 | I have put within the establishment of this department |
| 10:19:15 | 9 | that the -- the -- the -- the items will be discrete |
| 10:19:22 | 10 | as a lawyer.  And in order that you don't go with your |
| 10:19:34 | 11 | thinking very far upon this point -- so that -- so that |
| 10:19:39 | 12 | you don't waste your time with questions that will not |
| 10:19:43 | 13 | lead anywhere, the contract was placed because we have |
| 10:19:51 | 14 | a number of lawyers that are functioning.  And, very |
| 10:19:58 | 15 | clearly, the tasks of every lawyer and the -- the |
| 10:20:01 | 16 | circumstances differ from one and the -- and the other. |
| 10:20:10 | 17 | So that -- so that -- so that X will not |
| 10:20:14 | 18 | tell to Y, "Why did you give him a 50 and you gave |
| 10:20:18 | 19 | the other 100?" -- so in order to have my mind calm, |
| 10:20:25 | 20 | so I don't have any headache, I have discrete contracts |
| 10:20:29 | 21 | so that I don't get trouble.  But since it is contained |
| 10:20:37 | 22 | within the contract, it becomes binding to all parties |
| 10:20:42 | 23 | concerned. |
| 10:20:43 | 24 | Q.   Uh-huh.  Just give me one minute, please. |
| | 25 | // |

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
10:20:46   1            (Brief discussion held off the record between
10:20:46   2       Mr. Schoen and Mr. Haller.)
10:20:55   3       Q.   BY MR. SCHOEN:  Are you a member of any
10:20:58   4   political organization or military organization?
10:21:07   5       A.   No.
10:21:08   6       Q.   Are you a member of any -- what I'm going
10:21:12   7   to call "faction"?  But if you have a question about my
10:21:15   8   term, tell me.
10:21:33   9       A.   The PLO has a number of factions involved.
10:21:36  10   I don't have any problem with the term of "faction."
10:21:39  11   But I'm not a member of any.
10:21:42  12       Q.   Are you a member of the PLO?
10:21:54  13       A.   I already answered:  To be a member of the
10:21:57  14   PLO, you have to be a member in one of -- of its
10:22:01  15   factions.  And I'm not a member.
10:22:09  16       Q.   Have you ever been engaged in any activities
10:22:12  17   you would consider to be political activities?
10:22:25  18            MR. McALEER:  Objection.  The question's
10:22:27  19   vague.
10:22:38  20            THE WITNESS:  This is a term which is wide
10:22:39  21   open and -- the term of "political action."
10:22:52  22            For the Israelis, engagement in human rights
10:22:55  23   is considered political activity.  And I have spent
10:23:02  24   a lot of time of my life working on issues of human
10:23:05  25   rights.  If this is considered political action, for
```

| | | |
|---|---|---|
| 10:23:12 | 1 | sure I have been engaged in political action.  And at |
| 10:23:21 | 2 | the university, I was involved in student activities. |
| 10:23:24 | 3 | Also, this is considered political activity.  Political |
| 10:23:38 | 4 | action, in the way which is understood in the -- in |
| 10:23:41 | 5 | the world, I haven't been engaged in. |
| 10:23:44 | 6 | Q.   BY MR. SCHOEN:  Did you belong to any student |
| 10:23:46 | 7 | organizations, political organizations or ad -- advocacy |
| 10:23:50 | 8 | organizations? |
| 10:23:59 | 9 | A.   No.  Just the students. |
| 10:24:01 | 10 | Q.   Where are you a citizen of?  What country? |
| 10:24:09 | 11 | A.   This is a complex question.  I carry an |
| 10:24:16 | 12 | Israeli ID.  I don't have an Israeli nationality. |
| 10:24:27 | 13 | I carry a temporary Jordanian passport.  For the |
| 10:24:37 | 14 | Israelis, I have a -- a pass document. |
| 10:24:41 | 15 | MR. HALLER:  No. |
| 10:24:41 | 16 | (Comment in Arabic by Check Interpreter |
| 10:24:41 | 17 | Hazou.) |
| 10:24:41 | 18 | OFFICIAL INTERPRETER AGHAZARIAN:  "A travel |
| 10:24:45 | 19 | document." |
| 10:24:58 | 20 | THE WITNESS:  And in the travel document, |
| 10:24:59 | 21 | in the item mentioning nationality is "Undetermined." |
| 10:25:04 | 22 | (Comment in Arabic by Check Interpreter |
| 10:25:04 | 23 | Hazou.) |
| 10:25:07 | 24 | THE WITNESS:  In the 21st century -- imagine, |
| 10:25:15 | 25 | in the 21st century, somebody who does not know his |

| | | |
|---|---|---|
| 10:25:21 | 1 | status. |
| 10:25:23 | 2 | Q.   BY MR. SCHOEN:  Do you pay taxes? |
| 10:25:26 | 3 | A.   Yes. |
| 10:25:26 | 4 | Q.   To whom? |
| 10:25:30 | 5 | A.   Wherever I work, according to the law. |
| 10:25:34 | 6 | Q.   Where are you working now? |
| 10:25:42 | 7 | A.   For one hour, you've been asking me where |
| 10:25:47 | 8 | I work.  Now you ask me where do I work? |
| 10:25:48 | 9 | Q.   I asked you where you pay taxes, and you |
| 10:25:49 | 10 | answered where you work.  So I would like to know |
| 10:25:53 | 11 | where you consider that you work. |
| 10:26:13 | 12 | A.   Since we started, you've been asking me with |
| 10:26:16 | 13 | whom I work, where I work, and this is the nature of |
| 10:26:19 | 14 | my work.  That's it. |
| 10:26:21 | 15 | Q.   Who do you pay taxes to? |
| 10:26:23 | 16 | MR. McALEER:  Counsel, you're referring to |
| 10:26:27 | 17 | income tax?  The sales tax?  VAT tax?  What? |
| 10:26:31 | 18 | MR. SCHOEN:  The answer was -- to my question, |
| 10:26:40 | 19 | "Where do you pay taxes?" the answer, as I understood |
| 10:26:43 | 20 | it, was, "I pay taxes where I work." |
| 10:26:45 | 21 | I think the witness had an understanding of |
| 10:26:48 | 22 | what kind of taxes I meant by that answer.  I'm simply |
| 10:26:52 | 23 | asking, for tax purposes, where he understands that he |
| 10:26:56 | 24 | works. |
| 10:26:56 | 25 | THE WITNESS:  I work -- |

SEPTEMBER 6, 2012 – JAWAD AMAWI

| | | |
|---|---|---|
| 10:26:58 | 1 | MR. McALEER:  Objection.  Vague. |
| 10:26:59 | 2 | THE WITNESS:  -- for the PNA, and I pay my |
| 10:27:02 | 3 | taxes to the PNA.  And this is what is stipulated by |
| 10:27:06 | 4 | the law. |
| 10:27:07 | 5 | Q.   BY MR. SCHOEN:  Thank you. |
| 10:27:16 | 6 | Do you receive any sort of monetary benefits |
| 10:27:20 | 7 | from the Israeli government? |
| 10:27:21 | 8 | (Comment in Arabic by Check Interpreter |
| 10:27:21 | 9 | Hazou.) |
| 10:27:36 | 10 | CHECK INTERPRETER HAZOU:  "Benefits." |
| 10:27:39 | 11 | THE WITNESS:  What do you mean?  What kind |
| 10:27:41 | 12 | of benefits? |
| 10:27:42 | 13 | Q.   BY MR. SCHOEN:  Any kind of money payment. |
| 10:27:44 | 14 | Any kind of insurance, health services. |
| 10:28:02 | 15 | A.   I don't have any financial benefits.  But |
| 10:28:05 | 16 | when it comes to health insurance, I do receive that |
| 10:28:08 | 17 | like all citizens [sic] within Israel -- residents. |
| 10:28:18 | 18 | MR. McALEER:  So the record is clear, the |
| 10:28:20 | 19 | witness used the term "residents" and only "residents." |
| 10:28:27 | 20 | Correct? |
| 10:28:34 | 21 | THE WITNESS:  That's the legal definition |
| 10:28:36 | 22 | within Israel. |
| 10:28:40 | 23 | Q.   BY MR. SCHOEN:  Are you a permanent resident? |
| 10:28:48 | 24 | A.   Yes.  Correct. |
| 10:28:59 | 25 | Q.   Sir, do you know a person by the name of |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 10:29:01 | 1 | Shaher Ali Al-Rai? |
| 10:29:05 | 2 | And forgive me if I mispronounce it. |
| 10:29:09 | 3 | (Pending question partially translated.) |
| 10:29:09 | 4 | MR. SCHOEN:  "Ali Al-Rai." |
| 10:29:13 | 5 | (Remainder of pending question translated.) |
| 10:29:18 | 6 | MR. HALLER:  "Shaher Ali Al-Rai." |
| 10:29:23 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  It doesn't |
| 10:29:25 | 8 | sound like anything in Arabic.  I'm sorry. |
| 10:29:29 | 9 | MR. SCHOEN:  Well, let me say this.  This is |
| 10:29:31 | 10 | the way the name is written for the designation that |
| 10:29:33 | 11 | you're appearing for. |
| 10:29:39 | 12 | MR. ROCHON:  I'm trying to get people other |
| 10:29:42 | 13 | than you to stop talking. |
| 10:29:43 | 14 | Q.   BY MR. SCHOEN:  I may be butchering the |
| 10:29:46 | 15 | pronunciation.  But that's -- that's the way it's |
| 10:29:49 | 16 | written in the notice for which you're appearing today. |
| 10:29:57 | 17 | A.   Yes, I know him. |
| 10:29:58 | 18 | Q.   May I hear you pronounce the person's name? |
| 10:30:06 | 19 | A.   Shaher Al-Rai.  Al-Rai. |
| 10:30:06 | 20 | Q.   Al-Rai. |
| 10:30:07 | 21 | OFFICIAL INTERPRETER AGHAZARIAN:  "Shaher |
| 10:30:07 | 22 | Al-Rai."  "The shepherd." |
| 10:30:11 | 23 | Q.   BY MR. SCHOEN:  Sorry. |
| 10:30:13 | 24 | Do you know this person, Al -- Mr. Al-Rai? |
| 10:30:16 | 25 | A.   Yes.  Correct. |

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 10:30:17 | 1  | Q.   How do you know him?                                 |
| 10:30:29 | 2  | A.   I was assigned to defend him in 1994, 1995.         |
| 10:30:34 | 3  | He was held in detention in Jericho then.                |
| 10:30:38 | 4  | Q.   You were his lawyer?                                 |
| 10:30:44 | 5  | A.   Me and my colleague, the other lawyer, Abdel        |
| 10:30:48 | 6  | Karim Hannun.                                             |
| 10:30:51 | 7  | Q.   Do you remember Mr. -- Mr. Al-Rai -- Al-Rai         |
| 10:30:51 | 8  | personally as you sit here today?                        |
| 10:30:57 | 9  | A.   What do you mean by that?                           |
| 10:31:05 | 10 | Q.   (Not translated.)  Well, this was 1994 you          |
| 10:31:08 | 11 | represented him?                                         |
| 10:31:10 | 12 | A.   (In English.)  '94, '95, I think.                   |
| 10:31:13 | 13 |      (Pending question translated.)                      |
| 10:31:16 | 14 |      THE WITNESS:  Yes.  Correct.                        |
| 10:31:18 | 15 | Q.   BY MR. SCHOEN:  Do you have any idea of a           |
| 10:31:20 | 16 | reasonable estimate as to how many detainees you've      |
| 10:31:24 | 17 | represented since 1994 'til today?                       |
| 10:31:44 | 18 | A.   A lot.  I cannot figure out.                        |
| 10:31:48 | 19 | Q.   A thousand?                                          |
| 10:31:51 | 20 | A.   Thousands.                                          |
| 10:31:52 | 21 | Q.   Thousands.                                          |
| 10:31:59 | 22 |      Do you remember what Mr. Al-Rai looks like?         |
| 10:32:06 | 23 | A.   Now?  No.                                           |
| 10:32:08 | 24 | Q.   Did you ever meet him in person, if you             |
| 10:32:10 | 25 | recall?                                                  |

| | | |
|---|---|---|
| 10:32:17 | 1 | A.   I met him once when he was in detention. |
| 10:32:22 | 2 | Q.   I'd like to show you a video clip and see |
| 10:32:27 | 3 | whether you're able to recognize whether a person |
| 10:32:36 | 4 | appearing in this video is Shaher Al-Rai. |
| 10:32:48 | 5 | MR. McALEER:  Counsel, can I ask you:  Have |
| 10:32:49 | 6 | you previously disclosed or produced it?  And if so, |
| 10:32:53 | 7 | do you recall when, or does Mr. Haller recall when? |
| 10:32:58 | 8 | MR. HALLER:  A few days ago.  It's the CNN |
| 10:33:03 | 9 | clip that we've mentioned. |
| 10:33:07 | 10 | MR. McALEER:  So -- |
| 10:33:10 | 11 | OFFICIAL INTERPRETER BEN-NAIM:  CNN? |
| 10:33:12 | 12 | MR. SCHOEN:  CNN. |
| 10:33:12 | 13 | OFFICIAL INTERPRETER BEN-NAIM:  I'm just |
| 10:33:12 | 14 | translating for him. |
| 10:33:12 | 15 | MR. SCHOEN:  He said "CNN." |
| 10:33:12 | 16 | OFFICIAL INTERPRETER BEN-NAIM:  Yeah.  He said |
| 10:33:12 | 17 | "CNN." |
| 10:33:13 | 18 | MR. McALEER:  So what you're about to show the |
| 10:33:16 | 19 | witness is something that you received from CNN pursuant |
| 10:33:21 | 20 | to a subpoena in this case? |
| 10:33:23 | 21 | MR. SCHOEN:  Yes. |
| 10:33:24 | 22 | MR. McALEER:  Are there any other documents |
| 10:33:26 | 23 | produced by CNN or any communications of a written |
| 10:33:32 | 24 | nature between plaintiffs and CNN regarding that |
| 10:33:35 | 25 | subpoena? |

| | | |
|---|---|---|
| 10:33:37 | 1 | MR. SCHOEN:  My understanding is -- and I |
| 10:33:39 | 2 | think Mr. Haller will correct me if I'm wrong -- is |
| 10:33:43 | 3 | that you were provided a copy of the subpoena and a |
| 10:33:46 | 4 | copy of the disk or some form of the video.  And that's |
| 10:33:49 | 5 | all that I've seen or am aware of in connection with |
| 10:33:53 | 6 | this thing.  That is the subpoena and the -- I actually |
| 10:33:57 | 7 | got a disk from CNN with this video on it and no other |
| 10:34:01 | 8 | paperwork, document, or any other thing. |
| 10:34:07 | 9 | MR. McALEER:  So, Counsel, is it your |
| 10:34:09 | 10 | representation that there were never any written |
| 10:34:12 | 11 | communications between plaintiffs and their counsel |
| 10:34:15 | 12 | on one part and CNN or its counsel in this matter, |
| 10:34:19 | 13 | including e-mails? |
| 10:34:23 | 14 | MR. HALLER:  Tolchin's addressed to that |
| 10:34:25 | 15 | question.  And I think he -- |
| 10:34:29 | 16 | (Simultaneous colloquy.) |
| 10:34:29 | 17 | THE COURT REPORTER:  I can't hear. |
| 10:34:29 | 18 | MR. HALLER:  So there was no other production |
| 10:34:32 | 19 | from CNN. |
| 10:34:33 | 20 | MR. McALEER:  But Mr. -- we need not take |
| 10:34:35 | 21 | up more of the record on this.  But Mr. Tolchin didn't |
| 10:34:39 | 22 | substantively answer my previous inquiry on this and -- |
| 10:34:45 | 23 | or on other subpoena matters.  So I -- I have a standing |
| 10:34:52 | 24 | objection on this. |
| 10:34:55 | 25 | And let me just ask counsel:  Will a copy of |

| | | |
|---|---|---|
| 10:35:00 | 1 | the video that you're going to be showing the witness |
| 10:35:06 | 2 | be marked -- put on a CD and marked as an exhibit in |
| 10:35:10 | 3 | the case? |
| 10:35:12 | 4 | MR. SCHOEN:  Yes, I'd like it to be. |
| 10:35:18 | 5 | Just in response, if I heard exactly what |
| 10:35:21 | 6 | you said, I certainly wouldn't -- absent some court |
| 10:35:28 | 7 | order, I wouldn't intend to provide you with any |
| 10:35:32 | 8 | communications between plaintiff and their counsel, |
| 10:35:33 | 9 | which is one of the categories you had said -- you |
| 10:35:36 | 10 | had asked about at least, if there were any such |
| 10:35:39 | 11 | communication.  And, frankly, I don't have any |
| 10:35:42 | 12 | reason to believe that there were -- there was |
| 10:35:44 | 13 | such communication.  But anyway. |
| 10:35:47 | 14 | MR. McALEER:  Mr. Schoen, again, I don't |
| 10:35:48 | 15 | want to belabor this point.  But I'm a little confused |
| 10:35:51 | 16 | by what you just said. |
| 10:35:53 | 17 | My inquiry was as to communications between |
| 10:35:56 | 18 | the plaintiffs or their counsel on the one part and |
| 10:36:01 | 19 | CNN and CNN's counsel on the other part.  Those are |
| 10:36:07 | 20 | the communications as to which I'm inquiring. |
| 10:36:10 | 21 | And do you have a basis for representing |
| 10:36:12 | 22 | whether there were ever such communications between |
| 10:36:18 | 23 | those two groups of a written nature, including e-mails? |
| 10:36:24 | 24 | MR. SCHOEN:  Let me ask:  Do you care if he |
| 10:36:26 | 25 | translates this part?  Do you want him to translate |

```
10:36:31   1    all of this?
10:36:32   2              MR. McALEER:  I -- I think the witness is
10:36:33   3    entitled --
10:36:34   4              MR. SCHOEN:  Certainly.
10:36:34   5              MR. McALEER:  -- to be hearing what is being
10:36:36   6    said.
10:36:36   7              MR. SCHOEN:  I agree.
10:36:43   8              MR. McALEER:  Now, the videographer has
10:36:45   9    indicated that there's five minutes remaining on the
10:36:48   10   tape.  And he's put that sign in front of you.
10:36:52   11             Would you like to go on the tape -- on break
10:36:54   12   now so that he can change the tape, and during the
10:36:57   13   break, the witness can look at the video?  And then
10:37:00   14   we'll come back on.
10:37:02   15             MR. SCHOEN:  Let me tell you my plan for
10:37:04   16   today.  And to the extent, you know, best laid plans
10:37:07   17   and that sort of thing.
10:37:09   18             My plan for today would be:  We take a break
10:37:10   19   now, then.  And I intend to show this video, ask him
10:37:15   20   a couple of brief questions about the video, ask him
10:37:19   21   a few questions on this subject, ask him some questions
10:37:25   22   on other designated subjects -- subjects we'll call it,
10:37:31   23   but designated subjects.  I may ask him some other
10:37:35   24   questions.  We'll decide about that afterwards.
10:37:38   25             And I think I would conclude, after the break,
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 10:37:41 | 1 | I'm going to say outside two hours.  But I think one |
| 10:37:47 | 2 | hour just to give some sense of what my plan is today. |
| 10:37:50 | 3 | I don't know if you intend to ask questions or not. |
| 10:37:54 | 4 | But to give a sense of where we are today.  So I think |
| 10:37:58 | 5 | we should take a break now and then come back. |
| 10:38:02 | 6 | MR. ROCHON:  Okay.  Did you want him to look |
| 10:38:02 | 7 | at the video while we're on the break to save time? |
| 10:38:06 | 8 | MR. SCHOEN:  Oh, that's what you're asking? |
| 10:38:08 | 9 | MR. ROCHON:  That's -- yes, that's -- it's |
| 10:38:10 | 10 | up to you.  We can decide -- let's go on the break now. |
| 10:38:13 | 11 | MR. SCHOEN:  Yeah.  We'll show him the video. |
| 10:38:13 | 12 | It's not -- it's very short.  And I might ask him -- |
| 10:38:16 | 13 | MR. ROCHON:  Can we go off the record? |
| 10:38:16 | 14 | MR. SCHOEN:  Yes. |
| 10:38:17 | 15 | THE VIDEOGRAPHER:  Going off the record |
| 10:38:19 | 16 | at 10:37. |
| 10:38:21 | 17 | (Recess from 10:37 a.m. to 10:56 a.m.) |
| 10:57:29 | 18 | THE VIDEOGRAPHER:  Going on the record |
| 10:57:29 | 19 | at 10:56. |
| 10:57:29 | 20 | MR. SCHOEN:  Back on the record. |
| 10:57:36 | 21 | Q.  BY MR. SCHOEN:  Before I show the video, |
| 10:57:38 | 22 | I just want to finish up what I'm going to call |
| 10:57:42 | 23 | housekeeping, and then I won't have to come back. |
| 10:57:54 | 24 | What we're calling the Ministry of Prisoner |
| 10:57:58 | 25 | Affairs, where you work, how long has that been in |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| 10:58:05 | 1 | existence, if you know? |
| 10:58:16 | 2 | A.   It was established in 1998. |
| 10:58:19 | 3 | Q.   1998. |
| 10:58:20 | 4 | With the same name? |
| 10:58:23 | 5 | A.   With the same name. |
| 10:58:24 | 6 | Q.   And when you met Mr. Rai -- Al-Rai, you |
| 10:58:32 | 7 | weren't working for that office? |
| 10:58:38 | 8 | A.   For sure. |
| 10:58:39 | 9 | Q.   Was that a time when you were in private |
| 10:58:41 | 10 | practice? |
| 10:58:47 | 11 | A.   Yes.  I already answered that question. |
| 10:58:49 | 12 | Q.   Yeah.  I just didn't remember the answer. |
| 10:58:51 | 13 | I'm sorry. |
| 10:58:57 | 14 | Do you recall who would have appointed you |
| 10:58:59 | 15 | to -- I think you said "appointed" -- you to represent |
| 10:59:04 | 16 | him? |
| 10:59:16 | 17 | A.   I said I was with my partner.  And it is the |
| 10:59:21 | 18 | family that have asked us to work on this case. |
| 10:59:24 | 19 | Q.   I see.  And -- and the fee would have been |
| 10:59:26 | 20 | paid by whom?  The organization or the family? |
| 10:59:36 | 21 | A.   The family, of course. |
| 10:59:38 | 22 | Q.   I see.  I see. |
| 10:59:41 | 23 | And in this ministry where you work now -- |
| 10:59:45 | 24 | and let me explain.  I'm asking you this ques -- these |
| 10:59:54 | 25 | questions to try to shortcut some things. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:00:02 | 1 | In this ministry –– in your work in this |
| 11:00:05 | 2 | ministry, is this the same ministry that makes payments |
| 11:00:08 | 3 | to prisoners –– Palestinian prisoners who are detained? |
| 11:00:24 | 4 | A.   Yes. |
| 11:00:25 | 5 | Q.   Is that part of your job duties also?  Are |
| 11:00:28 | 6 | you involved in any way in that system of making |
| 11:00:30 | 7 | payments? |
| 11:00:42 | 8 | A.   Clarify your question. |
| 11:00:44 | 9 | Q.   Are you familiar with the system of payments |
| 11:00:47 | 10 | that are made by the PNA to Palestinian prisoners who |
| 11:00:52 | 11 | are detained? |
| 11:01:04 | 12 | A.   Correct. |
| 11:01:05 | 13 | Q.   Do you know, as you sit here today, based –– |
| 11:01:10 | 14 | based on any investigation or otherwise, whether |
| 11:01:17 | 15 | Mr. Al-Rai ever received any prisoner payments from |
| 11:01:26 | 16 | the PNA? |
| 11:01:40 | 17 | A.   I don't have anything that can confirm or |
| 11:01:44 | 18 | deny this issue.  But, supposedly, any person detained |
| 11:01:53 | 19 | by the Israelis will get assistance from the ministry. |
| 11:01:59 | 20 | Q.   Tell me how that process would work. |
| 11:02:02 | 21 | Is an application made?  How does the PNA |
| 11:02:04 | 22 | know that someone has been detained? |
| 11:02:07 | 23 | (Pending question partially translated.) |
| 11:02:08 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  The last part |
| 11:02:14 | 25 | of the sentence? |

```
11:02:14   1        Q.   BY MR. SCHOEN:  How does the PNA know that
11:02:15   2   someone has been detained who needs to be paid?
11:02:26   3             MR. McALEER:  Objection.  Vague.
11:02:28   4             Counsel, do you mean detained by the Israelis?
11:02:31   5             MR. SCHOEN:  Yes, I do.
11:02:40   6             THE WITNESS:  The family see their way into
11:02:44   7   the offices of the ministry.  They fill up applications.
11:02:51   8   They present the charge sheet or the sentence or
11:02:58   9   a document from the Red Cross.  And based on these
11:03:09  10   documents -- based on these documents -- they check
11:03:12  11   them, and based on that, they endorse this given person.
11:03:16  12        Q.   BY MR. SCHOEN:  That person's meeting with
11:03:18  13   a clerk in the office or with a lawyer or -- the person
11:03:23  14   making the application?
11:03:27  15        A.   No.  With regular clerks.
11:03:29  16        Q.   And this is a standard form that asks for
11:03:36  17   information?
11:03:45  18        A.   It's a standard procedure.
11:03:49  19        Q.   In other words, what prison?  Why arrested?
11:03:50  20   How old?
11:03:59  21        A.   Personal information, particulars.  We
11:04:03  22   don't -- we don't care for the reason.
11:04:05  23        Q.   The reason the person's being detained?
11:04:18  24        A.   Having a document from the ICRC and the --
11:04:23  25   the proof that the person is in Israeli prisons is
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:04:30 | 1 | enough. |
| 11:04:30 | 2 | Q.   Does it matter whether the person is charged |
| 11:04:33 | 3 | with a crime -- a street crime like rape, something like |
| 11:04:38 | 4 | that, robbery, or -- or called a security prisoner? |
| 11:04:47 | 5 | Or are they considered the same? |
| 11:04:55 | 6 | MR. McALEER:  Objection.  Beyond the scope. |
| 11:04:56 | 7 | But the witness may answer. |
| 11:05:03 | 8 | THE WITNESS:  I feel compelled, you know, not |
| 11:05:16 | 9 | to answer directly.  But I will explain why we do this |
| 11:05:20 | 10 | so that you'll -- you'll feel at ease. |
| 11:05:28 | 11 | Since the inception of the establishment of |
| 11:05:32 | 12 | the P -- PA, according to the Accords, when indicated, |
| 11:05:41 | 13 | it was supposed to become a state, and we were supposed |
| 11:05:46 | 14 | to have a state.  Of course, the state needs infra -- |
| 11:05:51 | 15 | needs structures and institutions. |
| 11:06:01 | 16 | According to the ICRC statistics, anywhere |
| 11:06:10 | 17 | from 750,000 to 800,000 Palestinians have seen their |
| 11:06:16 | 18 | way into prisons since the occupation started.  This |
| 11:06:23 | 19 | is a huge number for the Palestinian people. |
| 11:06:35 | 20 | Since the PA does not have, like many |
| 11:06:38 | 21 | countries, like national security or health insurance |
| 11:06:41 | 22 | or other facilities, so the role of such institutions |
| 11:06:50 | 23 | in the rest of the world had to be handled by basically |
| 11:06:56 | 24 | two major institutions.  The first is the Ministry of |
| 11:07:04 | 25 | Detainees and, second, is the Social Affairs Ministry. |

| | | |
|---|---|---|
| 11:07:18 | 1 | The social -- the ministry pays only for |
| 11:07:21 | 2 | people who are held under the security cases.  We -- |
| 11:07:36 | 3 | we do not get involved in whether it was shooting or |
| 11:07:40 | 4 | throwing a stone.  What we care for is the document |
| 11:07:44 | 5 | from the Red Cross.  And regardless of the violation, |
| 11:07:51 | 6 | the amount received is the same. |
| 11:07:57 | 7 | And we don't care which faction belonged to. |
| 11:07:59 | 8 | This is not of concern to us.  Because the general |
| 11:08:11 | 9 | perspective is that you are not paying for the detainee |
| 11:08:15 | 10 | but you are covering the needs of the family.  And |
| 11:08:25 | 11 | this is the same thing which Israel does for the Arab |
| 11:08:29 | 12 | citizens within the State of Israel. |
| 11:08:37 | 13 | There are around 300 Israeli Arabs who are |
| 11:08:41 | 14 | detained in the same prisons with the rest of the |
| 11:08:44 | 15 | Palestinians.  Part of them are convicted for killing |
| 11:08:52 | 16 | Israeli soldiers and Israeli citizens.  Despite that, |
| 11:08:59 | 17 | the Israeli National Insurance continues to pay the -- |
| 11:09:04 | 18 | the allocations to their families. |
| 11:09:10 | 19 | Other kind of the street crimes that you |
| 11:09:12 | 20 | have referred to, their families in such cases address |
| 11:09:20 | 21 | themselves not to our ministry but to the social |
| 11:09:22 | 22 | affairs.  And this is where they can get some income |
| 11:09:29 | 23 | and other safeguards.  This is why we do not pay for |
| 11:09:37 | 24 | street crimes. |
| 11:09:38 | 25 | Q.   BY MR. SCHOEN:  And the money that your |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:09:40 | 1 | ministry pays to the detainee's family, does that -- |
| 11:09:51 | 2 | does that -- does it matter whether the detainee is |
| 11:09:55 | 3 | a person who is earning money or not? |
| 11:10:05 | 4 | A.   What do you mean? |
| 11:10:06 | 5 | Q.   Well, it may be -- would you agree? -- |
| 11:10:08 | 6 | less expensive financially to the family if a member |
| 11:10:20 | 7 | of their family is being detained and he was -- and |
| 11:10:26 | 8 | he wasn't earning any money for that family so that, |
| 11:10:36 | 9 | from strictly a financial point of view, the family's |
| 11:10:43 | 10 | better off financially with that person detained. |
| 11:10:54 | 11 | Can you -- |
| 11:10:58 | 12 | MR. McALEER:  Objection to form.  Objection |
| 11:11:01 | 13 | to the form of the question.  Assumes facts.  Improper |
| 11:11:06 | 14 | hypothetical.  Compound.  I'll leave it at that. |
| 11:11:32 | 15 | THE WITNESS:  I am sorry, as a lawyer, that |
| 11:11:34 | 16 | you imply as if people go and get detained in order to |
| 11:11:39 | 17 | provide a source of income.  All the funds in the world |
| 11:11:51 | 18 | do not justify for somebody to be detained for one hour. |
| 11:12:08 | 19 | And -- and if this position is -- is correct, |
| 11:12:11 | 20 | people would not go on a daily basis in order to request |
| 11:12:16 | 21 | the release of their children.  Somebody to go and sort |
| 11:12:27 | 22 | of freeze his freedom for the sake of getting income |
| 11:12:33 | 23 | does not make sense. |
| 11:12:36 | 24 | Q.   BY MR. SCHOEN:  I didn't mean to imply |
| 11:12:38 | 25 | anything.  I understood your explanation here today |

| | | |
|---|---|---|
| 11:12:48 | 1 | and in other situations in which you have testified |
| 11:12:55 | 2 | to be that the payments to the prisoners are -- to |
| 11:13:06 | 3 | the prisoner's families -- I'm sorry -- were to act as |
| 11:13:12 | 4 | a sort of Social Security or insurance for the family |
| 11:13:20 | 5 | who's now without this person because -- because this |
| 11:13:33 | 6 | person is being detained. |
| 11:13:38 | 7 | A.   That's the general policy. |
| 11:13:42 | 8 | Q.   But you would accept that the fact that a |
| 11:13:44 | 9 | family member is being detained does not necessarily |
| 11:13:51 | 10 | cause any financial loss to that family that you're |
| 11:14:04 | 11 | paying? |
| 11:14:14 | 12 | A.   There is always a loss.  It could be ranging |
| 11:14:17 | 13 | and relatively different, but there is always a loss. |
| 11:14:21 | 14 | Q.   Always a financial loss to the family? |
| 11:14:27 | 15 | A.   For sure a financial loss. |
| 11:14:32 | 16 | Q.   Well, let's say the detainee is a person who, |
| 11:14:44 | 17 | when he's living at home and not detained, spends the |
| 11:14:55 | 18 | family's money freely, requires the family to pay a lot |
| 11:15:04 | 19 | of money in food, clothing, and any other expenses for |
| 11:15:20 | 20 | that family and now that person is detained. |
| 11:15:31 | 21 | Is it your position that that family suffered |
| 11:15:39 | 22 | a financial loss -- |
| 11:15:44 | 23 | A.   Yes.  Correct. |
| 11:15:46 | 24 | MR. McALEER:  Hold on.  He hadn't -- counsel |
| 11:15:47 | 25 | had not finished his question. |

| | | |
|---|---|---|
| 11:15:50 | 1 | Q.   BY MR. SCHOEN:  -- that -- that your ministry |
| 11:15:54 | 2 | needs to -- so that your ministry needs to pay that |
| 11:15:59 | 3 | family money still? |
| 11:16:05 | 4 | MR. McALEER:  Objection.  Improper |
| 11:16:05 | 5 | hypothetical.  And beyond the scope. |
| 11:16:18 | 6 | THE WITNESS:  For sure I have spoken about the |
| 11:16:20 | 7 | general philosophy as a ministry.  And until this phase, |
| 11:16:34 | 8 | we do not have exactly the mechanisms in order to -- to |
| 11:16:38 | 9 | know who has and who hasn't in order to deal with the |
| 11:16:41 | 10 | issue. |
| 11:16:48 | 11 | But having to do with somebody who is spending |
| 11:16:52 | 12 | and the -- the hypothesis that you have come up with, |
| 11:16:57 | 13 | as if he's a burden to the family and, as imprisonment, |
| 11:17:04 | 14 | they sort of got rid of -- of the exorbitant expenses |
| 11:17:11 | 15 | and now he becomes instead a source of income -- in |
| 11:17:17 | 16 | fact, he costs them while he's in prison much more |
| 11:17:21 | 17 | than if he's free. |
| 11:17:24 | 18 | Because in prison, in the State of Israel, |
| 11:17:25 | 19 | there is only for the detainees to pay the rent for |
| 11:17:34 | 20 | staying in prison.  A prisoner costs his family not |
| 11:17:44 | 21 | less than 1,000 shekels each month.  Because the |
| 11:17:51 | 22 | canteens in the prison are -- the prices are very, |
| 11:17:55 | 23 | very high and -- and -- and all the food and clothing |
| 11:18:08 | 24 | of the prisoners is purchased from the canteen on the |
| 11:18:12 | 25 | account of the detainees. |

| | | |
|---|---|---|
| 11:18:19 | 1 | And in previous times, the families were |
| 11:18:21 | 2 | allowed to bring in certain food and certain papers. |
| 11:18:25 | 3 | Now this has been banned.  And -- and -- and I know, |
| 11:18:38 | 4 | for instance, if a prisoner wants to purchase shoes -- |
| 11:18:41 | 5 | and there is the company called Dadash.  I know that |
| 11:18:47 | 6 | each shoe costs 400 to 500 shekels. [sic] |
| 11:18:52 | 7 | CHECK INTERPRETER HAZOU:  "700." |
| 11:18:55 | 8 | THE WITNESS:  Whereas, if he is out of prison, |
| 11:18:56 | 9 | he can purchase it for 50 shekels. |
| 11:19:00 | 10 | MR. McALEER:  Wait.  I'm sorry to interrupt. |
| 11:19:00 | 11 | Just so we don't go too far -- |
| 11:19:04 | 12 | CHECK INTERPRETER HAZOU:  I just want to -- |
| 11:19:04 | 13 | MR. McALEER:  George, hold on. |
| 11:19:04 | 14 | So we don't go too far -- and I'm sorry to |
| 11:19:08 | 15 | interrupt the witness.  My apologies to Mr. Schoen. |
| 11:19:10 | 16 | However, I believe there was an issue that the check |
| 11:19:14 | 17 | translator had regarding some aspect of the translation. |
| 11:19:17 | 18 | OFFICIAL INTERPRETER BEN-NAIM:  Can I |
| 11:19:19 | 19 | translate just what he said before? |
| 11:19:21 | 20 | MR. McALEER:  Yes. |
| 11:19:29 | 21 | (Last colloquy translated.) |
| 11:19:28 | 22 | (Comment in Arabic by Check Interpreter |
| 11:19:28 | 23 | Hazou.) |
| 11:19:30 | 24 | CHECK INTERPRETER HAZOU:  How much did you |
| 11:19:32 | 25 | say it costs? |

| | | |
|---|---|---|
| 11:19:35 | 1 | THE WITNESS:  400 to 700. |
| 11:19:39 | 2 | MR. McALEER:  Thank you. |
| 11:19:44 | 3 | THE WITNESS:  So if he is out of prison, |
| 11:19:46 | 4 | it is more comfortable for the family. |
| 11:19:52 | 5 | Q.  BY MR. SCHOEN:  Again, assuming he wants |
| 11:19:54 | 6 | to buy these things -- |
| 11:19:57 | 7 | MR. McALEER:  Same -- |
| 11:19:58 | 8 | Q.  BY MR. SCHOEN:  -- in prison? |
| 11:20:06 | 9 | MR. McALEER:  Same objections. |
| 11:20:08 | 10 | THE WITNESS:  What do you mean "supposedly |
| 11:20:10 | 11 | that he wants"? |
| 11:20:10 | 12 | Q.  BY MR. SCHOEN:  I said "supposedly"? |
| 11:20:14 | 13 | You're not suggesting that for the Palestinian |
| 11:20:17 | 14 | prisoner in the Israeli jail, to get a meal in the |
| 11:20:31 | 15 | prison, he has to pay for that meal or he doesn't eat? |
| 11:21:00 | 16 | A.  This is what you say.  I haven't said that. |
| 11:21:03 | 17 | Q.  No, no.  I was asking whether you were saying |
| 11:21:05 | 18 | that. |
| 11:21:08 | 19 | A.  That's not the way I am saying.  They -- |
| 11:21:19 | 20 | I said that the detainees buy their own food.  And |
| 11:21:23 | 21 | if there is another thing, that's another issue. |
| 11:21:26 | 22 | Q.  If they want to buy food -- extra food? |
| 11:21:34 | 23 | A.  No, not extra. |
| 11:21:36 | 24 | Q.  Okay.  So then we're back where we started. |
| 11:21:40 | 25 | In order to get a meal for a Palestinian |

11:21:43   1   prisoner in an Israeli jail, unless -- are you -- is

11:21:55   2   it your testimony that, unless that detainee pays money

11:22:05   3   and buys a meal, the Israelis will not give him any

11:22:12   4   food?

11:22:27   5        A.   The Red Cross pays funds for -- for the

11:22:32   6   prisoners' daily -- for the food that is provided to

11:22:36   7   the detainees.  The prison authorities practically do

11:22:46   8   provide food.  But what is the content of this food?

11:22:51   9   It is bad quality so that human beings cannot eat it.

11:22:59   10  The amount is extremely little.  And it is cooked by

11:23:08   11  the Israeli criminal prisoners.  And the detainees say,

11:23:19   12  if you want, for instance, to cook rice, bring it raw,

11:23:23   13  and we can cook it.  And the prison authorities refuse

11:23:28   14  that.

11:23:38   15       Bad -- bad quality and little amount.  And

11:23:41   16  when the Israeli criminal cooks, who are in prison,

11:23:45   17  they put in it dirty stuff and sometimes insects.

11:23:48   18  And this has happened frequently within the prisons.

11:23:59   19  Lots of complaints were addressed to the prison

11:24:02   20  authorities.  So I have provided the food, but I

11:24:09   21  have put dirty material in it.  I -- I cannot say

11:24:18   22  I provided food.  But, you know, he -- he chose to --

11:24:23   23  to -- to purchase his own food, so he is compelled

11:24:29   24  to go and purchase the food.

11:24:38   25       Q.   Do you believe that these kinds of complaints

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:24:41 | 1 | about prisoners and prison food are unique to this |
| 11:24:57 | 2 | situation, the Israeli-Palestinian situation? |
| 11:24:58 | 3 | (Comment in Arabic by Check Interpreter |
| 11:24:58 | 4 | Hazou.) |
| 11:24:59 | 5 | OFFICIAL INTERPRETER BEN-NAIM:  Okay. |
| 11:25:08 | 6 | (Pending question re-translated.) |
| 11:25:12 | 7 | THE WITNESS:  For sure. |
| 11:25:12 | 8 | Q.   BY MR. SCHOEN:  I would invite you to come |
| 11:25:15 | 9 | to my law practice, and you can see the complaints |
| 11:25:19 | 10 | we make about the prisons in the United States. |
| 11:25:38 | 11 | A.   I will be honored to come and see the |
| 11:25:40 | 12 | practices in the States. |
| 11:25:41 | 13 | But I know that in Palestinian prisoners |
| 11:25:44 | 14 | [sic], in this particular situation, the prisoners eat |
| 11:25:47 | 15 | the same food that the security forces eat, the PA. |
| 11:25:59 | 16 | And I went in Jordan to visit, you know, the Swaqa |
| 11:26:06 | 17 | prison, and the food there is five stars. |
| 11:26:09 | 18 | Q.   Does the -- |
| 11:26:09 | 19 | A.   I don't know. |
| 11:26:09 | 20 | Q.   I'll finish this in -- within five minutes, |
| 11:26:13 | 21 | I think. |
| 11:26:17 | 22 | Does -- does the prison ministry, your |
| 11:26:21 | 23 | ministry, in addition to making payments to detainees' |
| 11:26:30 | 24 | families, also pay the canteen directly? |
| 11:26:50 | 25 | A.   Yes.  We pay monthly expenses to the company |

| | | |
|---|---|---|
| 11:26:54 | 1 | of Dadash and the prison authorities on a monthly basis. |
| 11:26:59 | 2 | And the Ministry of Finance defer funds for the criminal |
| 11:27:05 | 3 | detainees. |
| 11:27:06 | 4 | Q.   (Not translated.)  If a Palestinian is |
| 11:27:07 | 5 | detained in a -- sorry. |
| 11:27:10 | 6 | Are there Palestinian jails? |
| 11:27:15 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  Sorry? |
| 11:27:16 | 8 | Q.   BY MR. SCHOEN:  Are there Palestinian jails? |
| 11:27:19 | 9 | A.   Of course. |
| 11:27:19 | 10 | Q.   If a Palestinian is detained in a Palestinian |
| 11:27:22 | 11 | jail -- I'm using the term "jail" the same as "prison" |
| 11:27:32 | 12 | today. |
| 11:27:32 | 13 | If a Palestinian is detained in a Palestinian |
| 11:27:38 | 14 | jail, does your ministry or any other ministry you're |
| 11:27:46 | 15 | aware of make -- make payments to that detainee's |
| 11:27:55 | 16 | family? |
| 11:27:57 | 17 | A.   For the family? |
| 11:27:59 | 18 | Q.   Yes. |
| 11:28:01 | 19 | A.   Ministry of Social Affairs. |
| 11:28:02 | 20 | Q.   That Ministry of Social Affairs takes care |
| 11:28:05 | 21 | of that if it's a Palestinian in a Palestinian jail? |
| 11:28:23 | 22 | A.   Yes.  Correct. |
| 11:28:23 | 23 | Q.   For each prisoner in a Palestinian jail, does |
| 11:28:27 | 24 | that family get a payment from this Ministry of Social |
| 11:28:30 | 25 | Affairs? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:28:42 | 1 | A.   If the family addressed themselves and they |
| 11:28:46 | 2 | want an income source, they -- they -- the ministry |
| 11:28:48 | 3 | does provide the requirement. |
| 11:28:51 | 4 | Q.   Do you know how many times Shaher Al-Rai |
| 11:28:56 | 5 | was arrested? |
| 11:29:03 | 6 | A.   No. |
| 11:29:04 | 7 | Q.   You don't know how many times? |
| 11:29:06 | 8 | A.   But I know that he was detained more than |
| 11:29:08 | 9 | once. |
| 11:29:09 | 10 | Q.   Uh-huh.  Any estimate on how many times? |
| 11:29:13 | 11 | You can't -- I don't want you to guess. |
| 11:29:17 | 12 | A.   I don't know. |
| 11:29:22 | 13 | Q.   By whom was he detained when he was detained? |
| 11:29:35 | 14 | A.   When I took the case, he was imprisoned once |
| 11:29:39 | 15 | in the Palestinian Authority.  And several times he |
| 11:29:41 | 16 | was detained by the Israelis. |
| 11:29:43 | 17 | Q.   So by 1994 or 1995, he had been already |
| 11:29:49 | 18 | detained once by the Palestinian Authority? |
| 11:30:04 | 19 | OFFICIAL INTERPRETER BEN-NAIM:  Did you say |
| 11:30:04 | 20 | how many times? |
| 11:30:06 | 21 | Q.   BY MR. SCHOEN:  And -- and several times by |
| 11:30:08 | 22 | the Israelis? |
| 11:30:10 | 23 | MR. McALEER:  Objection.  Misstates testimony. |
| 11:30:13 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  Please repeat |
| 11:30:15 | 25 | the question. |

| | | |
|---|---|---|
| 11:30:15 | 1 | MR. SCHOEN:  Yes. |
| 11:30:17 | 2 | Q.  BY MR. SCHOEN:  Is it your testimony that, |
| 11:30:19 | 3 | by the time you met Mr. Al-Rai in '94, '95, he |
| 11:30:36 | 4 | already -- he already had been -- he had been arrested |
| 11:30:41 | 5 | once before -- at least once before by the Palestinians? |
| 11:30:43 | 6 | (Pending question partially translated.) |
| 11:30:44 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  "By |
| 11:30:56 | 8 | Palestinians"? |
| 11:30:56 | 9 | (Comment in Arabic by the witness.) |
| 11:30:58 | 10 | (Remainder of pending question translated.) |
| 11:30:59 | 11 | THE WITNESS:  The information I have is this |
| 11:31:01 | 12 | is the first time.  I hadn't heard that he was detained |
| 11:31:05 | 13 | earlier -- |
| 11:31:05 | 14 | (Comment in Arabic by the witness.) |
| 11:31:06 | 15 | THE WITNESS:  -- by the Palestinians. |
| 11:31:09 | 16 | Q.  BY MR. SCHOEN:  You mean today is the first |
| 11:31:11 | 17 | time? |
| 11:31:12 | 18 | MR. McALEER:  Counsel, let me -- let me -- |
| 11:31:14 | 19 | let me see if we can clear this up. |
| 11:31:17 | 20 | You -- he -- he testified to his knowledge. |
| 11:31:23 | 21 | You didn't allocate it according to date.  You then |
| 11:31:27 | 22 | posed a question saying:  So is it your testimony |
| 11:31:31 | 23 | that -- and you put it into a date context in which |
| 11:31:37 | 24 | you indicated whether his testimony was that Mr. Shaher |
| 11:31:46 | 25 | Al-Rai had been in prison prior to 1994. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:31:51 | 1 | So when he just answered back that this is |
| 11:31:54 | 2 | the first time he heard of it, he said this is the |
| 11:31:58 | 3 | first time in your question today that he had heard |
| 11:32:03 | 4 | of a pre-1994 imprisonment by Mr. Shaher Al-Rai. |
| 11:32:12 | 5 | And I'm sorry to go on, and I'm not trying |
| 11:32:16 | 6 | to coach the witness.  But that's where the confusion |
| 11:32:20 | 7 | was.  He didn't testify to a pre-'94 detention.  You |
| 11:32:21 | 8 | were the one who put it in your question, trying to, |
| 11:32:23 | 9 | in your view, summarize what his testimony had been. |
| 11:32:28 | 10 | So my apologies for going on. |
| 11:32:31 | 11 | MR. SCHOEN:  Thank you.  Not "thank you" |
| 11:32:33 | 12 | for apologizing.  Thank you for explaining what |
| 11:32:37 | 13 | you understand the confusion to be.  Thank you for |
| 11:32:42 | 14 | apologizing also. |
| 11:32:45 | 15 | Let me review it. |
| 11:32:47 | 16 | Q.   BY MR. SCHOEN:  You're aware that Mr. Al-Rai |
| 11:32:49 | 17 | has been arrested on more than one occasion? |
| 11:32:58 | 18 | MR. ROCHON:  You mean -- |
| 11:32:58 | 19 | THE WITNESS:  Yes. |
| 11:32:58 | 20 | MR. ROCHON:  -- sitting here today; right? |
| 11:33:00 | 21 | MR. SCHOEN:  Yes. |
| 11:33:00 | 22 | MR. ROCHON:  That's where the confusion was. |
| 11:33:02 | 23 | MR. SCHOEN:  I said:  "You are aware of it." |
| 11:33:04 | 24 | Q.   BY MR. SCHOEN:  Sitting here today, do you |
| 11:33:10 | 25 | know whether, when you met Mr. Al-Rai -- |

```
11:33:13  1          (Pending partial question translated.)

11:33:18  2          OFFICIAL INTERPRETER BEN-NAIM:  Go on.

11:33:20  3     Q.   BY MR. SCHOEN:  (Not translated.)  -- in '94,

11:33:21  4  '95, do you know whether you knew then that he had been

11:33:29  5  previously arrested?

11:33:33  6          OFFICIAL INTERPRETER BEN-NAIM:  No, I'm sorry.

11:33:37  7          (Pending question translated by Official

11:33:37  8     Interpreter Aghazarian.)

11:33:38  9          THE WITNESS:  (Translated.)  I answered

11:33:45 10  this question.  I don't know what you are up to.

11:33:57 11          When I visited him, he informed me that

11:33:59 12  he was detained by the Israelis [sic].  I don't know

11:34:02 13  what detentions were previously.

11:34:04 14          (Comment in Arabic by Check Interpreter

11:34:04 15     Hazou.)

11:34:04 16          THE WITNESS:  (In English.)  "By

11:34:04 17  Palestinians."

11:34:04 18          OFFICIAL INTERPRETER BEN-NAIM:  "By the

11:34:04 19  Palestinians."

11:34:05 20          OFFICIAL INTERPRETER AGHAZARIAN:  "By

11:34:08 21  Palestinians."

11:34:13 22     Q.   BY MR. SCHOEN:  To be clear, I'm not trying --

11:34:15 23  I'm not up to anything.  Your lawyers had said that I

11:34:21 24  wasn't clear in my question.

11:34:29 25          As you sit here today, is it your
```

| | | |
|---|---|---|
| 11:34:34 | 1 | understanding that Mr. Al-Rai was arrested and detained |
| 11:34:46 | 2 | several times by the Israelis? |
| 11:34:53 | 3 | A.   Correct. |
| 11:34:54 | 4 | Q.   Do you have any idea of a time frame for any |
| 11:34:57 | 5 | of those detentions by the Israelis? |
| 11:35:08 | 6 | A.   No. |
| 11:35:12 | 7 | Q.   Do you understand them to have been before |
| 11:35:15 | 8 | you met him in 1994 and 1995? |
| 11:35:27 | 9 | A.   There were detentions before as well as after. |
| 11:35:29 | 10 | Q.   Okay.  Do you know when Mr. Al-Rai's most |
| 11:35:34 | 11 | recent detention was by the Israelis? |
| 11:35:43 | 12 | A.   No. |
| 11:35:44 | 13 | Q.   And you don't know how many total detentions |
| 11:35:47 | 14 | he had? |
| 11:35:49 | 15 | A.   No. |
| 11:35:50 | 16 | Q.   And do you know how many total detentions |
| 11:35:53 | 17 | Mr. Al-Rai had by the Palestinians? |
| 11:36:04 | 18 | A.   I know on -- on one time. |
| 11:36:06 | 19 | Q.   (Not translated.)  The '94, '95? |
| 11:36:09 | 20 | A.   (In English.)  Yeah. |
| 11:36:09 | 21 | (Pending question translated.) |
| 11:36:10 | 22 | THE WITNESS:  Yes. |
| 11:36:13 | 23 | Q.   BY MR. SCHOEN:  Okay.  When you were asked |
| 11:36:14 | 24 | to appear today, you understood that you were to |
| 11:36:20 | 25 | testify about Mr. Al-Rai? |

SEPTEMBER 6, 2012 – JAWAD AMAWI

| | | |
|---|---|---|
| 11:36:29 | 1 | A.   Correct. |
| 11:36:30 | 2 | Q.   Did you understand that you were just to |
| 11:36:31 | 3 | testify about one arrest? |
| 11:36:44 | 4 | A.   Yes.  This is what I understood. |
| 11:36:47 | 5 | Q.   What arrest was that? |
| 11:36:55 | 6 | A.   The detention of 1994, '95. |
| 11:36:59 | 7 | Q.   Your understanding is you were asked to come |
| 11:37:02 | 8 | here today to testify just about Mr. Al-Rai's arrest |
| 11:37:07 | 9 | and detention in 1994, '95? |
| 11:37:21 | 10 | A.   Essentially, yes. |
| 11:37:22 | 11 | Q.   What was Mr. Al-Rai arrested for in 1994 |
| 11:37:24 | 12 | and '95, if you remember? |
| 11:37:35 | 13 | A.   A charge sheet was directed to him with |
| 11:37:37 | 14 | two items, opposing the general policy of the PA |
| 11:37:48 | 15 | and undermining Palestinian national security. |
| 11:37:57 | 16 | Q.   Did you understand that, at the time, the |
| 11:38:00 | 17 | charges you just described, there were -- there was |
| 11:38:15 | 18 | an investigation concerning Mr. Al-Rai in Israel? |
| 11:38:37 | 19 | A.   I want to put it in a nutshell, summarize |
| 11:38:40 | 20 | it for you so that you feel at ease. |
| 11:38:48 | 21 | We were assigned to defend Mr. Al-Rai. |
| 11:38:51 | 22 | And at the time, this was an issue that was making |
| 11:39:00 | 23 | an outrage in the -- in the -- in the media.  I went |
| 11:39:08 | 24 | with my partner, attorney Abdel Karim Hannun, to |
| 11:39:15 | 25 | Jericho.  We met them, Shaher and Yusef, his colleague. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | |
|---|---|
| 11:39:20 | 1 |

They were together in the jail.

It was a short meeting.  Through this meeting,
we understood that no interrogation was conducted with
them.  They were only told that we received from the
Israeli side information of an interrogation with Jamal
Al-Hindi and, according to these confessions, these two,
together with Jamal Al-Hindi, participated in killing
Israeli citizens.

They completely denied such charges.  But
the charge sheet and the whole case was built on
this confession that happened at the Israeli side.
We requested at the time to have a photocopy of the
dossier and the -- and the probe into it.

The Palestinian prosecution informed us --

CHECK INTERPRETER HAZOU:  Wait.  Wait.

(Comment in Arabic by Check Interpreter
Hazou.)

THE WITNESS:  The Palestinian military
prosecution told us that we will inform you when you
can photocopy the file.  Why?  Because he was condemned
within the Palestinian military prosecution.

And we returned with my partner to Tulkarem.
I got home at 8:00 o'clock in the evening or something
around that.  I remember at 3:00 a.m., there was
a telephone ringing that woke me up, and there was

```
11:41:50   1    continuous, like, a call.
11:41:59   2          So I went -- I was very alarmed, you know,
11:42:02   3    that maybe somebody in the family died or something.
11:42:08   4    I was surprised that somebody said:  This is -- is
11:42:12   5    this attorney Jawad Amawi?
11:42:17   6          I told him:  Yes, this is him.
11:42:21   7          He said:  This is Abu Ziad Al-Bishtawi talking
11:42:27   8    to you, the head of the military prosecution in the
11:42:32   9    Jericho court.  Within half an hour, he told me, you
11:42:39   10   have to be in my office in Jericho because the session
11:42:49   11   having to deal with the case of Shaher and Yusef will
11:42:57   12   be held within half an hour.  Of course, from my home
11:43:05   13   to Jericho I need a couple hours.
11:43:12   14         I answered him literally that my helicopter
11:43:16   15   is not available.  You can take them to court the way
11:43:23   16   you want.  I closed the telephone, and I took out, you
11:43:30   17   know, the cable.
11:43:34   18         (Comment in Arabic by Check Interpreter
11:43:34   19     Hazou.)
11:43:38   20         THE WITNESS:  And in the morning, it was all
11:43:40   21   over the papers that they were condemned.  My colleague
11:43:47   22   Abdel Karim, was nervous.  How can they sort of condemn
11:43:55   23   them, and we have -- we don't know about it?
11:43:57   24         I said:  Don't be unfair to them.  They did
11:44:03   25   inform us at 3:00 a.m.
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

| 11:44:04 | 1 | MR. SCHOEN:  Can I just interrupt one second? |
|---|---|---|
| 11:44:04 | 2 | When you use the word "condemned" in English, might he |
| 11:44:09 | 3 | mean "convicted"? |
| 11:44:10 | 4 | CHECK INTERPRETER HAZOU:  Well, it's "tried." |
| 11:44:12 | 5 | MR. SCHOEN:  "Tried"? |
| 11:44:13 | 6 | CHECK INTERPRETER HAZOU:  "Tried."  "They |
| 11:44:13 | 7 | were tried." |
| 11:44:17 | 8 | (Comment in Arabic by Check Interpreter |
| 11:44:17 | 9 | Hazou.) |
| 11:44:43 | 10 | CHECK INTERPRETER HAZOU:  "They were tried." |
| 11:44:44 | 11 | He said:  "They were tried." |
| 11:44:50 | 12 | THE WITNESS:  This is in a nutshell what |
| 11:44:53 | 13 | happened in the case of Shaher and Yusef. |
| 11:45:00 | 14 | The family requested that we present an |
| 11:45:02 | 15 | appeal.  And after I studied the case, me and my |
| 11:45:04 | 16 | partner, we apologized to the family that we cannot |
| 11:45:05 | 17 | go on in pursuing this file.  And we made it clear |
| 11:45:07 | 18 | to the family that it is not that we are not willing |
| 11:45:08 | 19 | to engage in this case.  We advise you to save your |
| 11:45:09 | 20 | money, whether it is to us or to others, because this |
| 11:45:10 | 21 | is a political trial and, whether we attend or we |
| 11:45:11 | 22 | appeal, nothing will change.  And the family was |
| 11:45:12 | 23 | convinced by this argument, and they did not appeal. |
| 11:45:13 | 24 | I hope that you have had the full picture |
| 11:45:15 | 25 | of the matter. |

SEPTEMBER 6, 2012 – JAWAD AMAWI

11:45:15   1      Q.   BY MR. SCHOEN:  I want to try to give you

11:45:16   2   my understanding, and tell me if I'm correct.

11:45:17   3        Al-Rai was suspected of committing a murder

11:45:18   4   by the Israelis -- of an Israeli or more than one

11:45:19   5   Israeli?

11:45:27   6      A.   Yes.  There was an accusation directed against

11:45:33   7   him.

11:45:33   8      Q.   And at -- at that time, in the system op --

11:45:38   9   operating then, the process would be something like

11:45:51   10   Israel would make a request or demand to turn him over

11:45:55   11   to Israel; right?

11:46:05   12      A.   According to the Oslo Accords, if a

11:46:14   13   Palestinian in Areas A, B, under Palestinian control,

11:46:17   14   conducts a violation against an Israeli citizen, the

11:46:29   15   Israeli authorities have the right to bring him to

11:46:33   16   trial within its premises.  This right comes to an

11:46:44   17   end in case he's tried by the PA.

11:46:47   18      Q.   And when you say you believe it was a

11:46:51   19   political thing --

11:46:58   20      A.   Yes.

11:46:58   21      Q.   -- what you mean is the P -- the PNA made a

11:47:08   22   very quick trial, on the one hand, so they wouldn't have

11:47:17   23   to turn them over to Israel, but on the other hand, it's

11:47:27   24   something that upset the family because they wanted a

11:47:31   25   full trial?

```
11:47:49   1        A.   You have a hypothesis that I cannot confirm,
11:47:52   2   why did they make this quick trial.  I said -- said
11:48:15   3   this is a political trial because military tribunals
11:48:17   4   all over the world are illegitimate and usually they
11:48:22   5   carry political reasons behind them.
11:48:29   6             What you say may be correct, that they do
11:48:34   7   not want to hand them over.  But -- but I cannot, you
11:48:42   8   know, guarantee that because I have not been responsible
11:48:46   9   for -- for their trial.
11:48:49  10        Q.   You said originally -- the term in English
11:48:52  11   I heard was that there was originally an "outrage"
11:48:56  12   about the incident -- the arrest of Al-Rai?
11:49:34  13        A.   This was in the media, that there has been,
11:49:36  14   you know, a lot of outrage that they were detained,
11:49:40  15   a lot of noise.
11:49:43  16             MR. McALEER:  I'm sorry.  Mr. Aghazarian,
11:49:44  17   were you finished?  There -- there seems to be an
11:49:49  18   issue over the translation that the check translator
11:49:52  19   has.
11:49:52  20             CHECK INTERPRETER HAZOU:  No, he also
11:49:54  21   turned my attention, because "outrage" means big --
11:49:57  22   "big thing," "big time," you know.  "Outrage."
11:49:59  23             (Comment in Arabic by Check Interpreter
11:49:59  24        Hazou.)
11:49:59  25             CHECK INTERPRETER HAZOU:  He said the word --
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
11:50:03   1              (Comment in Arabic by Check Interpreter
11:50:03   2         Hazou.)
11:50:03   3              CHECK INTERPRETER HAZOU:  I would say --
11:50:04   4              (Comment in Arabic by Check Interpreter
11:50:04   5         Hazou.)
11:50:05   6              CHECK INTERPRETER HAZOU:  Perhaps he means --
11:50:07   7    he means "hustle and bustle," you know.
11:50:09   8              OFFICIAL INTERPRETER BEN-NAIM:  Hustle and
11:50:09   9    bustle.
11:50:10   10             CHECK INTERPRETER HAZOU:  Some noise --
11:50:11   11   some noise, media -- media noise, hustle and bustle.
11:50:17   12   "Outrage" would mean -- would mean "big time."
11:50:38   13             THE WITNESS:  Somebody -- somebody could
11:50:40   14   be detained, and there is no noise.  And somebody
11:50:43   15   could be detained, and there is a lot of noise.  And
11:50:45   16   it was the Israeli radio that was fanning these news.
11:50:51   17        Q.   BY MR. SCHOEN:  The noise was about the
11:50:53   18   accusation that Al-Rai had been -- the accusation that
11:50:59   19   Al-Rai had been involved with the murder of an Israeli?
11:51:07   20        A.   Yes.  Correct.
11:51:10   21        Q.   How long -- what was the sentence that Al-Rai
11:51:19   22   got, if you remember?
11:51:22   23        A.   I think seven years' detention.
11:51:25   24        Q.   Uh-huh.  All right.  Let me just show the
11:51:31   25   video now and see if you recognize Al-Rai.
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

11:51:34  1         MR. SCHOEN:  It takes about three minutes.
11:51:34  2  Oh, you don't have three minutes?
11:51:35  3         THE VIDEOGRAPHER:  We have three minutes, but
11:51:37  4  you want this --
11:51:37  5         MR. SCHOEN:  Yeah.
11:51:40  6         THE WITNESS:  What is the purpose of -- I saw
11:51:41  7  it already.
11:51:43  8     Q.  BY MR. SCHOEN:  (Not translated.)  Aah.  You
11:51:43  9  saw the video during the break?
11:51:45 10     A.  (In English.)  Yeah.
11:51:46 11     Q.  So very simple, did you recognize anyone in
11:51:49 12  that video?
11:51:55 13     A.  I am honest.  I don't recall people.
11:51:58 14     Q.  I assume you're being honest with everything
11:52:01 15  you say.
11:52:11 16     A.  You know, I mean, sometimes you could see,
11:52:13 17  could it be him or others?  So in order to -- to --
11:52:17 18  to sort of determine the issue -- you have -- you have
11:52:28 19  asked me how many people you have defended, and I told
11:52:32 20  you thousands.  And often people greet me, salute me
11:52:36 21  in the street.  They said:  You were my lawyer.  And
11:52:40 22  I do not recall them.
11:52:46 23         In 2001 alone, in the Qanun Institute, I
11:52:51 24  have -- I have defended 2,500 people.  And my colleague
11:52:56 25  George was working in the same organization.  It's

| | | |
|---|---|---|
| 11:53:02 | 1 | impossible to remember all these faces.  And if this |
| 11:53:10 | 2 | was a regular case, I would not have been a witness |
| 11:53:13 | 3 | in the way I am making now. |
| 11:53:20 | 4 | But for sure, somebody who calls and wakes |
| 11:53:23 | 5 | you up at 3:00 a.m. becomes indelible.  You can remember |
| 11:53:28 | 6 | it.  If it's a normal case, I cannot give you any |
| 11:53:33 | 7 | details. |
| 11:53:34 | 8 | Q.   My only question, then, on that is -- I |
| 11:53:39 | 9 | don't know if you could hear well enough.  But you saw |
| 11:53:42 | 10 | there were two people on the video, who the announcer |
| 11:53:52 | 11 | identified as Yusef and Shaher Al-Rai. |
| 11:54:03 | 12 | As you sit here today, you don't know whether |
| 11:54:07 | 13 | that's really Yusef and Shaher Al-Rai? |
| 11:54:15 | 14 | A.   It could be them.  It could -- but I assume |
| 11:54:21 | 15 | that, if there was a TV interview, it must be real. |
| 11:54:25 | 16 | Q.   And also there was a Palestinian official, |
| 11:54:28 | 17 | Saeb Erekat? |
| 11:54:37 | 18 | A.   Saeb is well-known.  He is all the time in |
| 11:54:41 | 19 | the media. |
| 11:54:41 | 20 | Q.   No, no.  I'm just asking:  You recognize him |
| 11:54:44 | 21 | on the video? |
| 11:54:46 | 22 | A.   Of course. |
| 11:54:47 | 23 | Q.   And there was a person who they said was |
| 11:54:48 | 24 | a general, some kind of Palestinian official who was |
| 11:54:51 | 25 | speaking. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 11:54:56 | 1 | A.   I saw him, but I did not recognize him. |
| 11:54:59 | 2 | Q.   Would it help you if you saw it again? |
| 11:55:01 | 3 | Would it help you determine if you would |
| 11:55:04 | 4 | know him, the general? |
| 11:55:09 | 5 | A.   I have looked carefully, but I could not |
| 11:55:12 | 6 | recognize. |
| 11:55:13 | 7 | Q.   So you don't know the name of that person? |
| 11:55:17 | 8 | A.   No. |
| 11:55:17 | 9 | MR. SCHOEN:   Okay.   Let's take the break. |
| 11:55:18 | 10 | That's all I —— I'm sorry.   Before we take the break, |
| 11:55:20 | 11 | that's all I wanted from the video, by the way. |
| 11:55:26 | 12 | THE VIDEOGRAPHER:   Going off the record at |
| 11:55:27 | 13 | 11:55. |
| 11:55:29 | 14 | (Recess from 11:55 a.m. to 12:10 p.m.) |
| 12:10:45 | 15 | THE VIDEOGRAPHER:   Going back on record at |
| 12:10:46 | 16 | 12:10. |
| 12:10:54 | 17 | Q.   BY MR. SCHOEN:   Mr. Amawi, I believe you said |
| 12:10:57 | 18 | your recollection is you think Mr. Al-Rai was sentenced |
| 12:11:02 | 19 | to about seven years —— |
| 12:11:11 | 20 | (Pending question partially translated.) |
| 12:11:11 | 21 | MR. SCHOEN:   "Al—Rai sentenced to about seven |
| 12:11:13 | 22 | years in prison." |
| 12:11:15 | 23 | (Remainder of pending question translated.) |
| 12:11:16 | 24 | THE WITNESS:   That's what I think. |
| 12:11:18 | 25 | Q.   BY MR. SCHOEN:   Have you —— |

| | | |
|---|---|---|
| 12:11:22 | 1 | A.   I haven't seen the sentence. |
| 12:11:24 | 2 | Q.   I see. |
| 12:11:26 | 3 | Did you review any papers in preparing for |
| 12:11:28 | 4 | the deposition today? |
| 12:11:36 | 5 | A.   No. |
| 12:11:36 | 6 | Q.   You didn't look at any file for Mr. Al-Rai? |
| 12:11:50 | 7 | A.   The file -- I already -- I already mentioned |
| 12:11:52 | 8 | that our office has became [sic] a military post and |
| 12:11:56 | 9 | all the papers vanished.  And there was no dossier |
| 12:12:04 | 10 | because we were not allowed to photocopy in the first |
| 12:12:09 | 11 | place.  There was a power of attorney from the family |
| 12:12:12 | 12 | and some documents here and there. |
| 12:12:16 | 13 | Q.   Did you review those documents? |
| 12:12:26 | 14 | A.   I say that within 2000 and 2001, when -- when |
| 12:12:31 | 15 | our office was detained and became like a military post, |
| 12:12:35 | 16 | all the papers disappeared. |
| 12:12:37 | 17 | Q.   I -- I thought you meant that there were still |
| 12:12:40 | 18 | left a power of attorney and some other documents. |
| 12:12:43 | 19 | But there were no documents? |
| 12:12:54 | 20 | A.   No.  Nothing was left. |
| 12:12:56 | 21 | Q.   Would there -- in the normal course of things, |
| 12:13:02 | 22 | would there have been a court file also for Mr. Al-Rai? |
| 12:13:18 | 23 | A.   Usually -- usually there should be.  But |
| 12:13:23 | 24 | according to the Union of Lawyers, we -- we should keep |
| 12:13:28 | 25 | the files for seven years.  But after seven years, it |

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
12:13:31  1   becomes -- becomes outdated.

12:13:39  2       Q.   Do you have any copy of any document related

12:13:41  3   to Mr. Al-Rai in your office?

12:13:55  4       A.   In my office, in the year 2000, there wasn't

12:13:58  5   a single paper left, not for Al-Rai and not for any

12:14:02  6   other person.

12:14:03  7       Q.   Do you know whether the family of Al-Rai made

12:14:07  8   a -- made a request for payment for his -- because he

12:14:13  9   was detained?

12:14:20  10      A.   While he was in prison with the PA?

12:14:23  11      Q.   Yes.

12:14:24  12      A.   I have no idea.

12:14:26  13      Q.   Is there a place you could look to find out?

12:14:45  14      A.   This is a very old period.  At the time, the

12:14:48  15   PA was only in Jericho -- based in Jericho, because the

12:14:54  16   Declaration of Principles was to have Gaza and Jericho.

12:15:01  17   That was -- the reason that they were detained -- the

12:15:11  18   reason they were detained is that they were in Jericho.

12:15:14  19   Otherwise, you know, if they were in Kalkilya, the PA

12:15:14  20   at the time could not arrest them, because it was at

12:15:27  21   the initial phase and the PA did not have the authority

12:15:31  22   to -- to detainee them at the time.  Otherwise, they

12:15:34  23   would have been left out.

12:15:36  24      Q.   Do you know whether Mr. Al-Rai was detained

12:15:39  25   by either the Israelis or the Palestinians after this
```

```
12:15:42   1    Jericho incident?
12:15:57   2         A.   Yes.  I know that they were detained after
12:15:59   3    they were released from Jericho, from the Israeli side.
12:16:03   4         Q.   They were detained by the Israeli side?
12:16:06   5              OFFICIAL INTERPRETER AGHAZARIAN:  Yes.
12:16:07   6              THE WITNESS:  Correct.
12:16:10   7         Q.   BY MR. SCHOEN:  Do you know whether as you --
12:16:11   8    do you know whether Mr. Al-Rai's family has ever made
12:16:16   9    any request for payment because of his detention?
12:16:31  10         A.   Where?  When?
12:16:33  11         Q.   Any -- at anytime.
12:16:50  12         A.   I have already answered that, during his
12:16:52  13    detention in Jericho, there weren't institutions.  So
12:16:56  14    I would appreciate if you ask a specific question so
12:16:59  15    that I answer in a specific manner.
12:17:04  16         Q.   Well, first of all, before Jericho, which
12:17:07  17    I mean '94, '95, I understood records were destroyed --
12:17:14  18    sorry.  I said "before."  I meant "since that date."
12:17:19  19              I want to focus on after Jericho, then.
12:17:25  20              You said that you're aware he was detained
12:17:27  21    by the Israelis?
12:17:32  22         A.   Correct.
12:17:33  23         Q.   Do you know whether Mr. Al-Rai's family made
12:17:36  24    any request for payment because of his detention by the
12:17:41  25    Israelis?
```

| | | |
|---|---|---|
| 12:17:58 | 1 | A.   I haven't seen an application.  But I assume, |
| 12:18:04 | 2 | yes, there must have been, like any other Palestinian |
| 12:18:08 | 3 | detainee -- |
| 12:18:12 | 4 | Q.   All right.  So -- |
| 12:18:12 | 5 | A.   -- held -- held on the Israeli side. |
| 12:18:15 | 6 | MR. SCHOEN:  "Held on the Israeli side"? |
| 12:18:18 | 7 | OFFICIAL INTERPRETER AGHAZARIAN:  (Interpreter |
| 12:18:18 | 8 | nods head in the affirmative.) |
| 12:18:19 | 9 | Q.   BY MR. SCHOEN:  Okay.  You told us before, |
| 12:18:21 | 10 | if an application is made, the family comes to your |
| 12:18:27 | 11 | office? |
| 12:18:31 | 12 | A.   It's not my office. |
| 12:18:32 | 13 | Q.   The office of your ministry? |
| 12:18:37 | 14 | A.   (In English.)  It's okay. |
| 12:18:38 | 15 | (Translated.)  Correct. |
| 12:18:39 | 16 | Q.   Is there more than one office, or is |
| 12:18:42 | 17 | there only one place for people to come to make |
| 12:18:44 | 18 | the application? |
| 12:18:52 | 19 | A.   The main headquarters of the ministry is |
| 12:18:54 | 20 | in the town of Ramallah.  And the ministry has branches |
| 12:19:01 | 21 | in all the governorates of the West Bank. |
| 12:19:05 | 22 | Q.   So if a person -- if a person from Kalkilya |
| 12:19:08 | 23 | were detained, the procedure would be for his family |
| 12:19:15 | 24 | to go to a ministry office in Kalkilya to ask -- to |
| 12:19:18 | 25 | make application for the payment? |

| | | |
|---|---|---|
| 12:19:28 | 1 | A.   Correct. |
| 12:19:29 | 2 | Q.   And when that person makes the application |
| 12:19:31 | 3 | we talked about, what happens to that piece of paper |
| 12:19:39 | 4 | they filled out, the application? |
| 12:19:49 | 5 | A.   This application is dispatched to the |
| 12:19:51 | 6 | ministry, from the Kalkilya branch to the headquarters, |
| 12:19:53 | 7 | to Ramallah.  This is until -- after 2007, this is the |
| 12:20:01 | 8 | procedure.  Before -- before 2007, the headquarters |
| 12:20:12 | 9 | were in Gaza, before there was the coup d'etat, and |
| 12:20:17 | 10 | so no more to Gaza. |
| 12:20:21 | 11 | All branches were -- all the documents were |
| 12:20:30 | 12 | dispatched to Gaza previously before, and the Ramallah |
| 12:20:37 | 13 | office like -- was like a branch like all the other |
| 12:20:41 | 14 | governorates.  The fall of Gaza under the rule of Hamas, |
| 12:20:48 | 15 | and it's controlling everything, so the ministry was |
| 12:20:58 | 16 | established anew in Ramallah.  And we proceed from |
| 12:21:01 | 17 | there.  And until now, we are trying to gather data |
| 12:21:11 | 18 | that is available.  And this is still far from being |
| 12:21:15 | 19 | complete. |
| 12:21:16 | 20 | Q.   Would they, in the normal course of things -- |
| 12:21:18 | 21 | would they, in the normal course of things, keep a |
| 12:21:24 | 22 | copy of the application in the Kalkilya office if |
| 12:21:27 | 23 | the application was made in Kalkilya? |
| 12:21:41 | 24 | A.   No. |
| 12:21:43 | 25 | Q.   After 2007, you're most familiar with that |

12:21:50  1   process now?

12:21:57  2        A.   I became familiar, rather, after 2008.

12:22:01  3        Q.   Okay.  Today -- let's take today, as you

12:22:07  4   sit here.  If a person make -- the family makes

12:22:09  5   application, the application is sent to Ramallah.

12:22:18  6             And then what?

12:22:20  7             Is a file -- a paper file created for the

12:22:23  8   detainee's payments?

12:22:50  9        A.   The application is dispatched with a special

12:22:53  10  relevant unit and endorsed.  It's not decision taking

12:22:58  11  it will be endorsed. [sic]  And the decision is taken

12:23:01  12  in order to start providing the -- the funds.  And they

12:23:10  13  would put it in envelopes after they complete the thing,

12:23:13  14  either in boxes or in certain special envelopes.  And

12:23:21  15  it is not stored in a proper archival manner.

12:23:34  16            And it was problematic to the families

12:23:37  17  because sometimes, if there is something missing, they

12:23:40  18  would come up with certain documents five or six times.

12:23:47  19  Starting from this year, there is an attempt to start

12:23:50  20  a proper type of archives.  This has not been complete

12:23:56  21  yet.  We hope that this will be achieved within the

12:24:01  22  coming year.

12:24:04  23       Q.   How about when the application -- if an

12:24:06  24  application were made in the period of time from 2000

12:24:12  25  to 2006, let's say, and that person is still being

SEPTEMBER 6, 2012 - JAWAD AMAWI

12:24:27  1    detained today --

12:24:33  2         A.   (In English.)  Okay.

12:24:34  3         Q.   -- how would you determine that that's a

12:24:37  4    person who made application and is entitled to payments?

12:24:55  5         A.   He was, say, detained in the year 2000,

12:24:56  6    and later on, an application was done, and the sort

12:25:02  7    of allowances were -- started to be paid.  With the

12:25:12  8    fall of Gaza in the year 2006, there was a CD that had

12:25:17  9    contained -- for the monthly payments to be dispatched.

12:25:26  10   It was this CD that we have endorsed in order to pursue

12:25:30  11   payments and deal with the matters.

12:25:33  12        What is existing until this moment -- those

12:25:40  13   detainees who are still there in detention since the

12:25:43  14   year 2000, now we started to gather the data in order

12:25:51  15   to start new, complete dossiers.

12:25:56  16        Q.   But the CD is something that was rescued from

12:26:00  17   Gaza?

12:26:07  18        A.   Yes.  There was a CD that employees of the

12:26:12  19   ministry managed to get it out.

12:26:14  20        Q.   And that has some records, but not all

12:26:17  21   records?

12:26:30  22        A.   It's not -- it's not records.  But it has

12:26:32  23   the names of the detainees, the time span of the --

12:26:36  24   of the sentence, of the detention.  And that's what

12:26:41  25   it is.

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 12:26:41 | 1 | Q.   And if you wanted to find out -- if you wanted |
| 12:26:44 | 2 | to find out for -- |
| 12:26:46 | 3 | CHECK INTERPRETER HAZOU:  It's a financial CD. |
| 12:26:47 | 4 | MR. SCHOEN:  I'm sorry? |
| 12:26:48 | 5 | CHECK INTERPRETER HAZOU:  It's a financial CD. |
| 12:26:48 | 6 | Q.   BY MR. SCHOEN:  Financial CD with data on |
| 12:26:50 | 7 | it -- information, data on it?  It would -- |
| 12:27:02 | 8 | A.   Correct. |
| 12:27:02 | 9 | Q.   It would have the detainee's name and the |
| 12:27:03 | 10 | amount that's been paid to the detainee? |
| 12:27:10 | 11 | A.   And the -- the time of detention. |
| 12:27:13 | 12 | CHECK INTERPRETER HAZOU:  No, no.  "The period |
| 12:27:14 | 13 | of sentence." |
| 12:27:15 | 14 | MR. SCHOEN:  "The length of" -- |
| 12:27:16 | 15 | CHECK INTERPRETER HAZOU:  "Of the sentence." |
| 12:27:19 | 16 | MR. McALEER:  Does the official translator |
| 12:27:22 | 17 | accept that proposed translation? |
| 12:27:26 | 18 | THE WITNESS:  The sentence period. |
| 12:27:27 | 19 | Q.   BY MR. SCHOEN:  Meaning the length of the |
| 12:27:29 | 20 | sentence? |
| 12:27:30 | 21 | CHECK INTERPRETER HAZOU:  Yes. |
| 12:27:31 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  Yes. |
| 12:27:34 | 23 | THE WITNESS:  Sentence, five years or one |
| 12:27:36 | 24 | year. |
| 12:27:38 | 25 | CHECK INTERPRETER HAZOU:  Thanks. |

| | |
|---|---|
| 12:27:39 | 1 |
| 12:27:40 | 2 |
| 12:27:43 | 3 |
| 12:27:44 | 4 |
| 12:27:47 | 5 |
| 12:27:50 | 6 |
| 12:28:02 | 7 |
| 12:28:14 | 8 |
| 12:28:19 | 9 |
| 12:28:26 | 10 |
| 12:28:30 | 11 |
| 12:28:55 | 12 |
| 12:29:04 | 13 |
| 12:29:09 | 14 |
| 12:29:14 | 15 |
| 12:29:16 | 16 |
| 12:29:21 | 17 |
| 12:29:22 | 18 |
| 12:29:22 | 19 |
| 12:29:22 | 20 |
| 12:29:23 | 21 |
| 12:29:23 | 22 |
| 12:29:24 | 23 |
| 12:29:28 | 24 |
| 12:29:31 | 25 |

Q.   BY MR. SCHOEN:  And is there an identification number for each person?

A.   Yes, of course.

Q.   So if you wanted to find out whether any particular person who was detained made an application, you could do a search by the name or by identification number?

A.   If somebody receives allowances from the ministry, then this will appear as what amounts have been received.  It's on the lists.

Q.   (Not translated.)  How -- how are you physically moving the paper files during that time period you spoke about when the files were all transferred to Gaza, sent to Gaza?

OFFICIAL INTERPRETER BEN-NAIM:  I will add "mail" --

MR. SCHOEN:  Sent.

OFFICIAL INTERPRETER BEN-NAIM:  -- just for -- okay.  By mail?

MR. SCHOEN:  I don't know.  That's what I'm asking.

OFFICIAL INTERPRETER BEN-NAIM:  Okay.

(Pending question translated.)

THE WITNESS:  It used to be put in boxes and dispatched with the post office.

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 12:29:35 | 1 | Q.   BY MR. SCHOEN:  Do you know when Mr. Al-Rai |
| 12:29:37 | 2 | was released on this Jer -- he was detained in Jericho |
| 12:29:41 | 3 | from the '94, '95 arrest; right? |
| 12:29:52 | 4 | A.   Correct. |
| 12:29:53 | 5 | OFFICIAL INTERPRETER BEN-NAIM:  "Do you know"? |
| 12:29:55 | 6 | MR. SCHOEN:  No.  I just ask what I asked. |
| 12:29:57 | 7 | OFFICIAL INTERPRETER BEN-NAIM:  Aah, okay. |
| 12:29:58 | 8 | Q.   BY MR. SCHOEN:  Was he detained in Jericho? |
| 12:30:01 | 9 | A.   Yes, in Jericho. |
| 12:30:02 | 10 | Q.   And do you know when he was released? |
| 12:30:06 | 11 | A.   No. |
| 12:30:06 | 12 | Q.   Do you know whether he served the full |
| 12:30:09 | 13 | seven-year sentence? |
| 12:30:15 | 14 | A.   I have no idea.  I can't tell. |
| 12:30:17 | 15 | Q.   Do you know whether, during the seven years, |
| 12:30:18 | 16 | he was released and then locked up again anytime? |
| 12:30:33 | 17 | MR. McALEER:  Objection.  Vague. |
| 12:30:34 | 18 | Counsel, are you talking about locked up by |
| 12:30:37 | 19 | the Palestinian Authority or by Israel? |
| 12:30:43 | 20 | Q.   BY MR. SCHOEN:  I mean by the Palestinians. |
| 12:30:44 | 21 | Was he released from the jail and then taken |
| 12:30:49 | 22 | back into the jail? |
| 12:31:04 | 23 | A.   I don't have a ready-made answer.  But |
| 12:31:14 | 24 | according to the Palestinian law, unlike the Israeli |
| 12:31:17 | 25 | law, we don't have a system to release for a period |

| | | |
|---|---|---|
| 12:31:19 | 1 | and then bring him back.  They have to -- to pass the |
| 12:31:25 | 2 | entire sentence or get -- |
| 12:31:32 | 3 | CHECK INTERPRETER HAZOU:  "Amnesty." |
| 12:31:34 | 4 | THE WITNESS:  -- amnesty. |
| 12:31:42 | 5 | But there were other elements that interfered |
| 12:31:44 | 6 | with this dossier at a later period.  Because the person |
| 12:31:56 | 7 | that allegedly has made the confession, Jamal Al-Hindi, |
| 12:32:01 | 8 | who was detained on the Israeli side and he confessed |
| 12:32:09 | 9 | that they have been involved in the murder, his lawyer |
| 12:32:15 | 10 | was able to prove through -- through the Israeli |
| 12:32:18 | 11 | military tribunal that this confession is false and |
| 12:32:27 | 12 | it was extracted under torture. |
| 12:32:41 | 13 | It -- it was proven that this person was |
| 12:32:44 | 14 | working in a West Bank settlement.  And for everybody |
| 12:32:57 | 15 | who works in settlements, Palestinians, they have to |
| 12:33:01 | 16 | sort of press their card in the morning and in the |
| 12:33:04 | 17 | evening by the security at the entrance of the gate. |
| 12:33:21 | 18 | And this documentation at the settlement proved that |
| 12:33:26 | 19 | he was on his job in the settlement between 8:00 a.m. |
| 12:33:31 | 20 | and 4:00 p.m.  And the -- the murder was supposed to |
| 12:33:36 | 21 | have taken place around noon.  And as much -- somebody |
| 12:33:45 | 22 | cannot be in Kalkilya and in Jericho at the same time. |
| 12:33:51 | 23 | So based on this, Jamal Hindi was sentenced |
| 12:33:54 | 24 | to be innocent.  And if the main person confessing |
| 12:34:03 | 25 | has -- is proven to be innocent -- and this is not |

| | | |
|---|---|---|
| 12:34:07 | 1 | an assumption because, as we mentioned earlier, he |
| 12:34:15 | 2 | was detained later -- after he left, he was detained |
| 12:34:18 | 3 | by the Israelis, and now he's in Kalkilya.  The Israelis |
| 12:34:26 | 4 | can get him anytime they -- they would want to.  And |
| 12:34:34 | 5 | if it was proven that he -- he has murdered an Israeli, |
| 12:34:38 | 6 | he would have had a life sentence. |
| 12:34:51 | 7 | And all those whose hands are -- have blood, |
| 12:34:56 | 8 | they -- they will not be released, despite all the |
| 12:35:00 | 9 | negotiations and so on.  And this proves -- that |
| 12:35:10 | 10 | Shaher and Yusef and Jamal are free outside prison, |
| 12:35:15 | 11 | this proves that their hands were not smeared with |
| 12:35:24 | 12 | blood. |
| 12:35:25 | 13 | Q.   BY MR. SCHOEN:  Al-Rai was not charged with |
| 12:35:27 | 14 | murder in -- by the Palestinian courts; right? |
| 12:35:48 | 15 | A.   The term which is used according to the |
| 12:35:50 | 16 | special Palestinian military law is that this is |
| 12:35:56 | 17 | "undermining national interests." |
| 12:36:05 | 18 | Q.   What is undermining national interests? |
| 12:36:23 | 19 | A.   That the Palestinians -- that any action |
| 12:36:37 | 20 | that might assume an Israeli response to enter the |
| 12:36:43 | 21 | Palestinian areas is considered undermining national |
| 12:36:46 | 22 | interests.  Any shooting or thing that would lead |
| 12:36:50 | 23 | to an Israeli response for -- for hitting back is |
| 12:36:54 | 24 | considered undermining national interests. |
| 12:36:57 | 25 | Q.   And he got a seven-year sentence for that? |

12:37:04  1      A.   Correct.  That's right.

12:37:05  2      Q.   As you sit here today, you don't know for sure

12:37:09  3  whether Al-Rai committed a murder or not?

12:37:26  4      A.   I assure -- I -- I vehemently believe that he

12:37:31  5  has not killed.

12:37:32  6      Q.   You believe it --

12:37:46  7      A.   It's not believing.  It's not belief.  It's

12:37:49  8  confirmed emphatically.  Because Israel will -- in case

12:37:55  9  there's killing, he was in their hands, they would have

12:37:59  10  brought him even if he was in a country abroad.  So I

12:38:03  11  emphatically confirm that he has not killed, because

12:38:05  12  Israel would not have ever allowed that he will be free

12:38:09  13  if he did it.

12:38:28  14      Dirar Al-Sissi, who is from Gaza, he was

12:38:29  15  kidnapped from Ukraine on the assumption that he was

12:38:34  16  preparing rockets to hit from Gaza.  So what about

12:38:46  17  somebody who is exactly down there under the hands

12:38:49  18  of the Israelis and he was not sentenced?  The Israeli

12:38:56  19  side is emphatically convinced that he did not murder.

12:39:02  20      Q.   When -- I'm sorry.

12:39:03  21      A.   Okay.

12:39:04  22      Q.   (Not translated.)  When was -- when did the

12:39:06  23  court in Israel throw out the Al-Hindi confession?  What

12:39:11  24  year?

12:39:13  25          OFFICIAL INTERPRETER BEN-NAIM:  Again, please?

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | |
|---|---|
| 12:39:15 | 1 |
| 12:39:17 | 2 |
| 12:39:21 | 3 |
| 12:39:23 | 4 |
| 12:39:37 | 5 |
| 12:39:58 | 6 |
| 12:39:59 | 7 |
| 12:40:03 | 8 |
| 12:40:08 | 9 |
| 12:40:13 | 10 |
| 12:40:18 | 11 |
| 12:40:21 | 12 |
| 12:40:24 | 13 |
| 12:40:25 | 14 |
| 12:40:28 | 15 |
| 12:40:31 | 16 |
| 12:40:33 | 17 |
| 12:40:33 | 18 |
| 12:40:38 | 19 |
| 12:40:41 | 20 |
| 12:40:50 | 21 |
| 12:40:56 | 22 |
| 12:41:00 | 23 |
| 12:41:09 | 24 |
| 12:41:16 | 25 |

Q.   BY MR. SCHOEN:  What year did the Israeli court throw out the Al-Hindi confession, find that it was a coerced confession?

(Comments in Arabic by Check Interpreter Hazou and Mr. Saadi.)

THE WITNESS:  During -- the period of detention of Shaher and Yusef was going in line with the beginning of the case against Jamal Hindi, who I cannot specify a period, but I estimate that it is two years.

Q.   BY MR. SCHOEN:  Two years after the detention of Al-Rai began?

MR. ROCHON:  No, no.  That wasn't your question.  Your question was -- your question was: How long after he was -- it took for them to try Al-Hindi's case?

Q.   BY MR. SCHOEN:  My question was:  During what time period -- when was Al-Hindi's confession throw out? When did the court find Al-Hindi's confession to be thrown out, was coerced?

A.   I -- I am not the -- the lawyer defending Al-Hindi.  But his lawyer is my friend.  His name is Khaled Quzmar.  He is the person that tackled this dossier.  I know the proceedings, the deliberations, but I do not have the dates.  I cannot confirm the

| | |
|---|---|
| 12:41:21 | 1 | dates.  But I know the deliberations that happened |
| 12:41:24 | 2 | in this case. |
| 12:41:25 | 3 |     Q.   Is it your understanding that Al-Rai was |
| 12:41:28 | 4 | released from detention in Jericho because this Al-Hindi |
| 12:41:34 | 5 | confession was found to be coerced? |
| 12:41:55 | 6 |     A.   What I am sure -- what I know, that after |
| 12:42:04 | 7 | they were released, there was an uproar and that there |
| 12:42:08 | 8 | were certain people released.  And how come he was not |
| 12:42:12 | 9 | released? |
| 12:42:16 | 10 |         (Brief exchange in Arabic between Official |
| 12:42:16 | 11 |     Interpreter Ben-Naim and Official Interpreter |
| 12:42:16 | 12 |     Aghazarian.) |
| 12:42:22 | 13 |         THE WITNESS:  The families were saying that, |
| 12:42:23 | 14 | if Jamal Al-Hindi was detained by the Israelis -- was |
| 12:42:28 | 15 | released and he is the -- the person that has testified |
| 12:42:32 | 16 | or made a confession against our kids and -- and the |
| 12:42:38 | 17 | Palestinian court sentenced them based on the confession |
| 12:42:42 | 18 | of Hindi and, despite this, the PA had not released |
| 12:42:48 | 19 | them.  And this is why, from the beginning, when I said |
| 12:42:52 | 20 | that it is politically motivated.  But despite the fact |
| 12:43:02 | 21 | that the PA knew they were not the murderers, but for |
| 12:43:05 | 22 | political reasons, they chose to keep them incarcerated. |
| 12:43:11 | 23 |     Q.   BY MR. SCHOEN:  As a PA representative, when |
| 12:43:14 | 24 | do you believe the PA knew that Al-Rai didn't commit |
| 12:43:18 | 25 | this murder? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

12:43:31   1       A.   I cannot answer.

12:43:32   2       Q.   Again, do you know when Al-Rai was released

12:43:36   3   from Jericho?

12:43:46   4       A.   I already answered.  I don't know.

12:43:49   5       Q.   Is there a way for you to find that out?

12:43:55   6       A.   No.  You assume things that you must be

12:44:05   7   knowing about.

12:44:10   8            After 2000 -- the invasion of -- or the

12:44:13   9   incursions of 2000, every -- all the documents of

12:44:16  10   the PA were demolished.  All the security apparatus

12:44:21  11   has been demolished.  Even the files that were at the

12:44:31  12   president's residence or compound have been taken.  So

12:44:42  13   there is -- is no way.  All the files were defaced --

12:44:44  14   were -- vanished.

12:44:46  15       Q.   Did the Israelis enter Jericho and take files

12:44:49  16   from Jericho?

12:44:55  17       A.   They took also people, including Sa'adat.

12:45:02  18       Q.   I'm asking specifically about files, though.

12:45:09  19       A.   For sure they have taken files.  And they

12:45:12  20   have taken documents, papers, and everything.  Even

12:45:20  21   at the level of the people paying visits to the various

12:45:24  22   PA departments were taken.

12:45:28  23       Q.   And it's your testimony today that, as far

12:45:31  24   as you know, there's no court file existing regarding

12:45:46  25   the Shaher prosecution, Shaher Al-Rai?

SEPTEMBER 6, 2012 - JAWAD AMAWI

12:45:58   1        A.   Yes.

12:45:58   2        Q.   And there's no document or way to find

12:46:03   3   information, as far as you know, about when Al-Rai

12:46:11   4   was released from Jericho?

12:46:22   5        A.   Maybe somebody could know based on a personal

12:46:27   6   basis, you know, on a personal -- but not as a document.

12:46:32   7        Q.   What, if anything, did you do to

12:46:33   8   investigate -- to prepare today on these questions?

12:46:55   9        A.   I sat with Chas and Mark, and we exchanged

12:47:00   10  ideas.  I asked at the military prosecution about their

12:47:06   11  dossiers.  And the response was that they do not have

12:47:13   12  any record or document related to this case.  And this

12:47:18   13  is the party that has sentenced them.

12:47:25   14            And since the party that has sentenced them

12:47:28   15  do not have any documents, so it means that no other

12:47:31   16  party does have documents related to this.  This is

12:47:36   17  all what happened in preparing for this session.

12:47:40   18        Q.   And is it your testimony in this well-known

12:47:43   19  case, a case that made a lot of noise, that you didn't

12:47:51   20  have any way to find out when the Al-Rai -- Shaher

12:47:56   21  Al-Rai was released?

12:48:05   22        A.   Yes.  Correct.

12:48:06   23        Q.   Or the circumstances of his release?

12:48:12   24        A.   Neither their release circumstances.

12:48:16   25            MR. SCHOEN:  I didn't hear you.

SEPTEMBER 6, 2012 - JAWAD AMAWI

12:48:17   1          OFFICIAL INTERPRETER AGHAZARIAN:   "Neither

12:48:18   2   the circumstances of release."

12:48:19   3          Q.   BY MR. SCHOEN:  Do you know where Shaher --

12:48:21   4   Shaher Al-Rai is today?

12:48:29   5          A.   I assume in his normal place of residence.

12:48:33   6          Q.   Did you make any attempt to contact him to

12:48:35   7   find out the information?

12:48:40   8          A.   No.

12:48:41   9          Q.   (Not translated.)  Did you understand that

12:48:42   10   you had a duty to investigate to be able to answer the

12:48:45   11   questions that you're designated for?

12:48:48   12          OFFICIAL INTERPRETER BEN-NAIM:  Again?  Sorry.

12:48:50   13          Q.   BY MR. SCHOEN:  Did you understand that you

12:48:51   14   had a duty to investigate to be able to answer the

12:48:56   15   questions fully that you were designated for?

12:48:58   16          (Pending question partially translated.)

12:48:58   17          OFFICIAL INTERPRETER BEN-NAIM:  I'm sorry.

12:49:09   18   I'm sorry.  I lost the thing.

12:49:11   19          (Brief exchange in Arabic between Official

12:49:11   20      Interpreter Aghazarian and Official Interpreter

12:49:11   21      Ben-Naim.)

12:49:13   22          MR. McALEER:  (Not translated.)  Objection

12:49:14   23   to form to the extent it calls for any sort of legal

12:49:18   24   conclusion.

12:49:18   25          (Comment in Arabic by the witness.)

SEPTEMBER 6, 2012 - JAWAD AMAWI

12:49:19  1          MR. SCHOEN:  He didn't translate.  Translate
12:49:21  2  what Chas said.
12:49:23  3          OFFICIAL INTERPRETER BEN-NAIM:  Oh, sorry.
12:49:23  4  Chas?
12:49:24  5          MR. McALEER:  Object to the form of the
12:49:24  6  question to the extent it calls for any sort of legal
12:49:29  7  conclusion.
12:49:39  8          THE WITNESS:  Could you repeat the -- the
12:49:41  9  question?
12:49:42  10     Q.   BY MR. SCHOEN:  Yes.
12:49:43  11         Did you understand, in preparing for this
12:49:45  12  deposition to testify today, that you had -- that
12:49:53  13  you had a duty to investigate all of the facts related
12:50:01  14  to the subjects you were going to testify on?
12:50:21  15     A.   Within the level of my knowledge and the
12:50:25  16  information that I have and the available requirements
12:50:32  17  with us.
12:50:34  18     Q.   You understand that one thing you were to
12:50:35  19  testify about are the full details of -- among the
12:50:49  20  imprisonment and release by the PA of Al-Rai?
12:51:05  21     A.   Yes.  But I clearly stated that we do not
12:51:07  22  have any data or records with the PA.  If I do not have,
12:51:17  23  you know, all these files, then how can -- shall I go
12:51:20  24  and invent it or create it?
12:51:22  25     Q.   It didn't occur to you to speak to Al-Rai

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 12:51:25 | 1 | to ask him when he was released from prison? |
| 12:51:34 | 2 | A.   That's not my job.  Why should I talk to |
| 12:51:36 | 3 | Al-Rai? |
| 12:51:37 | 4 | Q.   So you don't understand that to be included |
| 12:51:40 | 5 | with your duty to investigate? |
| 12:51:41 | 6 | MR. McALEER:  Same objection. |
| 12:51:54 | 7 | THE WITNESS:  Definitely it's not part of |
| 12:51:56 | 8 | my duty. |
| 12:51:56 | 9 | Q.   BY MR. SCHOEN:  And you had been Al-Rai's |
| 12:52:00 | 10 | lawyer; right? |
| 12:52:03 | 11 | A.   Yes, at the given period of time. |
| 12:52:05 | 12 | Q.   What period of time? |
| 12:52:08 | 13 | A.   The period -- the period when he was in the |
| 12:52:13 | 14 | Jericho prison that I have elaborately talked about. |
| 12:52:17 | 15 | Q.   Specifically for the offense that we're |
| 12:52:19 | 16 | talking about now? |
| 12:52:25 | 17 | MR. McALEER:  Objection.  Form.  It's vague. |
| 12:52:31 | 18 | THE WITNESS:  Correct. |
| 12:52:32 | 19 | Q.   BY MR. SCHOEN:  Did you speak to any of the |
| 12:52:34 | 20 | people who were working at the jail in Jericho? |
| 12:52:40 | 21 | A.   No. |
| 12:52:42 | 22 | Q.   Did you take any other steps to investigate |
| 12:52:45 | 23 | when Al-Rai was released from jail in Jericho? |
| 12:53:07 | 24 | A.   I am clear that the party which is responsible |
| 12:53:11 | 25 | for all the military prisons is the Palestinian military |

| | | |
|---|---|---|
| 12:53:17 | 1 | prosecution.  It is the Palestinian military prosecution |
| 12:53:24 | 2 | which is supervising the whole affair, from sentencing |
| 12:53:28 | 3 | to imprisonment, and all related matters.  And since |
| 12:53:34 | 4 | this is the party that is specialized in these matters, |
| 12:53:41 | 5 | I consulted with them in a –– in an official capacity. |
| 12:53:44 | 6 | And their answer was that everything has been |
| 12:53:51 | 7 | demolished.  We do not have anything left.  So there |
| 12:54:00 | 8 | is no need for me to go around in the street and ask: |
| 12:54:02 | 9 | When –– when was Shaher released? |
| 12:54:12 | 10 | And even if I was his lawyer, the day that |
| 12:54:16 | 11 | the sentence was issued, my role is finished.  And so |
| 12:54:18 | 12 | I step out.  They can through –– through the Israelis, |
| 12:54:30 | 13 | they can bring him and tell him when he was released. |
| 12:54:34 | 14 | And he was later on detained by the Israelis after |
| 12:54:37 | 15 | he was released from Jericho. |
| 12:54:39 | 16 | Q.   How did you know that? |
| 12:54:47 | 17 | A.   It's in the media, all over.  This is not |
| 12:54:52 | 18 | a difficult issue.  It's –– it's out there.  I said |
| 12:54:57 | 19 | it raised an uproar in the media. |
| 12:55:00 | 20 | Q.   But their release from jail in Jericho didn't |
| 12:55:03 | 21 | raise an uproar?  That wasn't in the media? |
| 12:55:14 | 22 | A.   I don't remember when. |
| 12:55:17 | 23 | Q.   But you know when he was arrested by the |
| 12:55:20 | 24 | Israelis because it was in the media, you just |
| 12:55:23 | 25 | testified? |

| | | |
|---|---|---|
| 12:55:30 | 1 | MR. McALEER:  Objection.  Mis -- |
| 12:55:34 | 2 | THE WITNESS:  No.  No.  Don't let me tell |
| 12:55:37 | 3 | something I haven't said.  Don't put words in my mouth |
| 12:55:43 | 4 | and don't veer the discussion from its track. |
| 12:55:48 | 5 | I know the date of his detention because |
| 12:55:51 | 6 | I was his lawyer.  This is your job to know when he |
| 12:55:58 | 7 | was detained, when he was released.  That's your side |
| 12:56:02 | 8 | of the responsibility. |
| 12:56:03 | 9 | Q.   BY MR. SCHOEN:  Do you understand that |
| 12:56:04 | 10 | your responsibility, as a PNA representative today, |
| 12:56:08 | 11 | is to testify, as the designated witness, about the |
| 12:56:26 | 12 | full details of Shaher Al-Rai's arrest, indictment, |
| 12:56:40 | 13 | trial, sentencing, imprisonment, and release by the PA? |
| 12:56:53 | 14 | Do you understand that that's your job today? |
| 12:57:00 | 15 | MR. McALEER:  Objection.  Argumentative and |
| 12:57:01 | 16 | for the reason previously stated to the prior iteration |
| 12:57:06 | 17 | of that question.  And asked and answered. |
| 12:57:20 | 18 | THE WITNESS:  I understand it is my duty |
| 12:57:21 | 19 | within the information and the data that are available |
| 12:57:26 | 20 | under my hands. |
| 12:57:28 | 21 | In all courts, tribunals in the world, |
| 12:57:32 | 22 | when a witness is summoned, he answers within the |
| 12:57:38 | 23 | available -- requirements available with him, whether |
| 12:57:45 | 24 | it is a bank -- bank clerk or representing a company |
| 12:57:49 | 25 | or representing an authority. |

```
12:57:58    1              I -- I -- when I, in law, in my practice,

12:58:00    2    I summon a bank employee and I ask him for certain

12:58:06    3    information, and he could say:  I simply don't have

12:58:09    4    it under my fingertips.  Although I tell him I want

12:58:15    5    all this relevant information, he says:  I don't have

12:58:18    6    it under my fingertips.  If he doesn't have it, then

12:58:23    7    the issue is over.

12:58:33    8              You're holding me accountable.  In all the

12:58:37    9    world -- we're speaking of about 19 years here -- there

12:58:48   10    isn't a single institution that keeps its records for

12:58:52   11    19 years.  This is under normal circumstances, let alone

12:58:59   12    a party that was subject to comprehensive demolition,

12:59:04   13    and after that, to insinuate that we are failing or we

12:59:14   14    are not fulfilling our obligations -- our obligations.

12:59:19   15              When you ask why these documents are not

12:59:24   16    available, it's the occupation that has demolished them.

12:59:32   17    But to insinuate that we are not responsive -- I have

12:59:37   18    answered, and I have given you all what [sic] I have.

12:59:39   19    And most of the issues mentioned in the paper has been

12:59:46   20    answered.  If there is something which is not available,

12:59:51   21    that's not the end of the world.  That's the fact on

12:59:54   22    the ground.

12:59:55   23        Q.   BY MR. SCHOEN:  Do you understand that I

12:59:56   24    didn't select you to be the witness today?

13:00:04   25        A.   I do know that.
```

13:00:05  1       Q.   And that it doesn't matter to me what you

13:00:08  2   have available to you.

13:00:09  3            Do you understand that?

13:00:17  4       A.   Once again, I reiterate, I am not speaking

13:00:23  5   in my personal capacity that I don't have it available.

13:00:27  6   I'm speaking as a PA that does not have availability

13:00:32  7   of the information.

13:00:39  8            I went to the party that is specialized

13:00:42  9   and is supposed to have the files, and this has been

13:00:46  10  demolished.  Whether it is me or it is Mr. President,

13:00:56  11  the answer will be the same, because we do not have

13:01:01  12  any documents, regardless of who is sitting on this

13:01:07  13  witness chair.

13:01:08  14      Q.   Is it your testimony that no one with the

13:01:11  15  PA could -- could engage in a reasonable investigation

13:01:22  16  to find out when Shaher Al-Rai was released from prison

13:01:29  17  in Jericho?

13:01:39  18      A.   What do you mean by -- by "engaging in an

13:01:42  19  interrogation"?

13:01:43  20            MR. SCHOEN:  "Investigation."

13:01:46  21            OFFICIAL INTERPRETER AGHAZARIAN:

13:01:45  22            "Investigation."

13:01:46  23      Q.   BY MR. SCHOEN:  Any reasonable investigation.

13:01:48  24            Is it your -- any reasonable investigation.

13:01:52  25            Is it your testimony that there is some

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
13:01:56   1    obstacle that makes it impossible for a representative
13:02:02   2    of the PNA to find out --
13:02:09   3              (Brief exchange in Arabic between Official
13:02:09   4         Interpreter Ben-Naim and Check Interpreter Hazou.)
13:02:12   5         Q.   BY MR. SCHOEN:  -- to find out when Al-Rai
13:02:15   6    was released from the prison in Jericho?
13:02:38   7         A.   I am sorry that I have been responding to
13:02:41   8    that question repeatedly.
13:02:47   9              Just as there is focus on the questions,
13:02:49  10    we should also focus on the answers in order to --
13:02:53  11    to save time.  I have clearly stated that, as far as
13:03:05  12    papers are concerned, documents, there is nothing with
13:03:10  13    the PA.  And I said that maybe there is somebody out
13:03:26  14    there, a soldier, an official or just a person that
13:03:30  15    remembers the date in a personal capacity.
13:03:42  16              But I'm not in a position to put a TV ad or
13:03:44  17    make a circular and ask the people:  Anyone who knows
13:03:49  18    something about Shaher Al-Rai, come and report to us.
13:03:55  19    I work within the available means and -- and -- under
13:03:58  20    my disposition in the institution.  That's how I --
13:04:01  21    I deal.
13:04:02  22         Q.   Is it your testimony that the only way to
13:04:05  23    find out when -- when Rai -- Al-Rai was released is
13:04:17  24    from documents?
13:04:26  25              MR. McALEER:  Objection.  Objection to the
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 13:04:38 | 1 | extent -- to the extent counsel is trying to, by his |
| 13:04:45 | 2 | question, characterize the witness' prior testimony. |
| 13:04:49 | 3 | The question misstates the testimony. |
| 13:04:51 | 4 | And to the extent it does not try to |
| 13:04:55 | 5 | characterize the prior testimony, this area has been |
| 13:04:59 | 6 | asked and answered.  And berating the witness further |
| 13:05:02 | 7 | on this I don't think is productive, Counsel. |
| 13:05:06 | 8 | MR. SCHOEN:  Please don't use the word |
| 13:05:06 | 9 | "berating."  I'm not berating.  I'm engaging in |
| 13:05:08 | 10 | discussion with the witness. |
| 13:05:09 | 11 | MR. McALEER:  You are -- you are visibly |
| 13:05:14 | 12 | enervated, raising your voice level higher than it |
| 13:05:19 | 13 | was before.  And just a couple of moments ago, you |
| 13:05:23 | 14 | were thrusting your finger into the table.  So -- |
| 13:05:27 | 15 | MR. SCHOEN:  Don't -- don't make up a record. |
| 13:05:27 | 16 | I wasn't thrusting any finger into any table. |
| 13:05:31 | 17 | MR. McALEER:  I'm not making it up.  I saw it. |
| 13:05:40 | 18 | THE WITNESS:  I have answered the question. |
| 13:05:41 | 19 | Q.   BY MR. SCHOEN:  Okay.  Is there any obstacle |
| 13:05:43 | 20 | you're aware of that would prevent a PA or PNA |
| 13:05:46 | 21 | representative from speaking to Mr. Al-Rai to try |
| 13:06:01 | 22 | to find out when he was released from Jericho? |
| 13:06:10 | 23 | A.   Yes.  Correct. |
| 13:06:12 | 24 | Q.   There is an obstacle? |
| 13:06:16 | 25 | A.   Correct. |

13:06:17   1        Q.   What's that obstacle?

13:06:20   2        A.   The obstacle is that Al-Rai will not cooperate

13:06:23   3   with us.

13:06:24   4        Q.   Did you ask him?

13:06:27   5        A.   Without asking him, he will not cooperate.

13:06:33   6        Q.   Why do you say that?

13:06:38   7        A.   Because after -- because after he left --

13:06:43   8   because he launched a campaign against the Authority.

13:06:46   9   And he said this is the worse period.  And he -- he

13:06:51  10   sort of vehemently attacked the PA.

13:06:59  11             And he said even mentioning this issue will

13:07:02  12   cause him a deep psychological strain.  And he spoke

13:07:11  13   about this, how bitterly he was injured from the --

13:07:14  14   on the radio and TV.  The people that have reported

13:07:28  15   for the CNN should have also made a follow-up to see

13:07:32  16   his declarations of vehement attack on the PA after

13:07:36  17   he was released from Jericho.

13:07:37  18        Q.   You just saw the CNN video; correct?

13:07:45  19        A.   Correct.

13:07:45  20             MR. SCHOEN:  We'll mark the CD as Exhibit A

13:07:49  21   for today's deposition.

13:07:54  22             (J. Amawi Exhibit A identified.)

13:07:54  23        Q.   BY MR. SCHOEN:  Are you aware, from watching

13:07:56  24   that video, that the PA was able to produce a witness,

13:08:06  25   a representative of the PA who they -- they represent

| | | |
|---|---|---|
| 13:08:18 | 1 | to be Brigadier General Younis Al-Assi? |
| 13:08:23 | 2 | Do you know that person? |
| 13:08:30 | 3 | A.   It's a known name. |
| 13:08:32 | 4 | Q.   Uh-huh. |
| 13:08:33 | 5 | They were able to -- CNN interviewed him, |
| 13:08:36 | 6 | and he was able to tell them about the circumstances |
| 13:08:47 | 7 | of Al-Rai's detention and whether he had been released |
| 13:08:52 | 8 | from jail. |
| 13:08:58 | 9 | Are you aware of that now from watching the |
| 13:09:01 | 10 | video? |
| 13:09:03 | 11 | MR. McALEER:  Objection.  Assumes facts and |
| 13:09:05 | 12 | lack of foundation. |
| 13:09:08 | 13 | THE WITNESS:  I have seen the pictures.  I |
| 13:09:11 | 14 | have not heard exactly what was said. |
| 13:09:14 | 15 | Q.   BY MR. SCHOEN:  Would you like to hear it |
| 13:09:15 | 16 | again? |
| 13:09:18 | 17 | A.   It will not change anything. |
| 13:09:20 | 18 | Q.   It won't change anything to you? |
| 13:09:34 | 19 | A.   For me, this is a recording.  I'm not going |
| 13:09:37 | 20 | to deny or approve anything.  It's already on record. |
| 13:09:43 | 21 | I don't know when this interview was conducted.  Maybe |
| 13:09:50 | 22 | somebody who has lived the scene could respond to it, |
| 13:09:54 | 23 | you know, directly, but not -- without papers.  They |
| 13:09:57 | 24 | would just remember it.  But the same person, if you |
| 13:10:02 | 25 | come and refer to him after two decades, unfortunately |

SEPTEMBER 6, 2012 - JAWAD AMAWI

13:10:08  1    will not be able to answer you without having some

13:10:12  2    written material.

13:10:14  3            And I reiterate once more:  If there weren't

13:10:22  4    special elements in this particular dossier, without

13:10:27  5    having written material, I could not have handled

13:10:31  6    the matter or the witness.  And I witness within the

13:10:39  7    information which is available with the PA.

13:10:43  8            If the party that has sentenced does not have

13:10:46  9    any written material, it means that there is no other

13:10:50  10   party that can -- that can have the information on this.

13:11:02  11   There might be people that remember in a personal way.

13:11:05  12   My job is not just to speculate.  But somebody -- some

13:11:12  13   warden might remember something here and there.  But

13:11:14  14   I cannot speculate on this matter.

13:11:18  15       Q.   Do you understand no one's asking you to

13:11:20  16   speculate?

13:11:20  17            (Comment in Arabic by the witness.)

13:11:22  18            THE VIDEOGRAPHER:  We have to change the tape.

13:11:23  19            MR. SCHOEN:  Oh, okay.  The tape is out?

13:11:23  20            THE VIDEOGRAPHER:  No, we have to change

13:11:23  21   the tape now.

13:11:23  22            MR. SCHOEN:  We need to get his answer to

13:11:23  23   the question.

13:11:41  24            THE WITNESS:  I answered.  So what do you

13:11:42  25   want from me?

SEPTEMBER 6, 2012 - JAWAD AMAWI

13:11:44   1         MR. SCHOEN:  No, what was the answer?  You

13:11:44   2   didn't trans -- he said "okay" or something like that.

13:11:48   3         THE WITNESS:  What is it?

13:11:49   4     Q.   BY MR. SCHOEN:  The question was:  Do you

13:11:50   5   understand I'm not asking you to speculate?

13:12:06   6     A.   The way your questions -- you want me to --

13:12:09   7   to be a fortune teller or speculate for you.  You --

13:12:18   8   you insist that you must have an answer.  I don't have

13:12:21   9   an answer, I tell you.  And you say:  You must have

13:12:24  10   an answer.

13:12:25  11         MR. SCHOEN:  The tape is out now.

13:12:28  12         THE VIDEOGRAPHER:  Going off the record at

13:12:29  13   1:12.

13:12:31  14         (Recess from 1:12 p.m. to 1:29 p.m.)

13:30:11  15         THE VIDEOGRAPHER:  Going back on record at

13:30:12  16   1:29.

13:30:19  17     Q.   BY MR. SCHOEN:  Mr. Amawi, do you know whether

13:30:23  18   Shaher -- Shaher Al-Rai was ever employed by the PA at

13:30:37  19   anytime between 1994 and today?

13:30:58  20     A.   As far as I'm concerned, according to my

13:31:00  21   knowledge, the period when I was his lawyer, '94, '95,

13:31:05  22   he wasn't employed, because the PA had just started.

13:31:14  23   And as his lawyer, he would have told me that he is

13:31:19  24   employed by the PA.  And I can say that there is no

13:31:34  25   record whatsoever that he was, on any given day, an

| | | |
|---|---|---|
| 13:31:38 | 1 | employee of the PA.  He never was employed by the PA. |
| 13:31:47 | 2 | Q.   Do you know whether he was ever paid any money |
| 13:31:50 | 3 | by the PA?  If you know. |
| 13:32:00 | 4 | A.   What do you mean by "funds"?  Specify your |
| 13:32:06 | 5 | question clearly. |
| 13:32:08 | 6 | Q.   I'm sorry.  I don't know how to ask it any |
| 13:32:11 | 7 | other way. |
| 13:32:12 | 8 | I'm asking whether you know whether he was |
| 13:32:14 | 9 | paid any money ever by the PA? |
| 13:32:28 | 10 | A.   For sure, in the period when he was detained |
| 13:32:31 | 11 | by the Israelis, he had access to -- to funds, like any |
| 13:32:35 | 12 | other person. |
| 13:32:36 | 13 | Q.   (Not translated.)  Would that have been money |
| 13:32:39 | 14 | paid to him or to his family? |
| 13:32:41 | 15 | A.   (In English.)  The family. |
| 13:32:42 | 16 | (Translated.)  To the family. |
| 13:32:43 | 17 | Q.   So as to him, Mr. Al-Rai himself, do you know |
| 13:32:47 | 18 | whether he was ever paid any money by the PA? |
| 13:32:59 | 19 | A.   I don't think, according to the information |
| 13:33:00 | 20 | I have, that he has received funds on a personal basis. |
| 13:33:12 | 21 | There is nothing that indicates that he has received |
| 13:33:16 | 22 | funds in a personal way, but rather the family had |
| 13:33:19 | 23 | got it. |
| 13:33:21 | 24 | Q.   What, if any, investigation did you do to |
| 13:33:24 | 25 | determine whether Al-Rai ever worked for the PA or |

| | | |
|---|---|---|
| 13:33:27 | 1 | whether he ever received any money himself from the PA? |
| 13:33:30 | 2 | (Pending question partially translated.) |
| 13:33:30 | 3 | OFFICIAL INTERPRETER BEN-NAIM:  That |
| 13:33:38 | 4 | Mr. Al-Rai -- what happened to him? |
| 13:33:40 | 5 | MR. SCHOEN:  "Ever was employed by the PA." |
| 13:33:42 | 6 | (Remainder of pending question translated.) |
| 13:33:48 | 7 | THE WITNESS:  Yes, we did -- we did |
| 13:33:54 | 8 | investigate.  I've already answered.  We did the |
| 13:34:00 | 9 | investigation, but we did not find any records |
| 13:34:04 | 10 | whatsoever. |
| 13:34:04 | 11 | Q.   BY MR. SCHOEN:  My question is -- which you |
| 13:34:06 | 12 | have not already answered -- what steps did you take |
| 13:34:13 | 13 | to investigate these things? |
| 13:34:26 | 14 | A.   The issue whether he was -- whether employed |
| 13:34:34 | 15 | or not is a very easy matter.  You have the list of |
| 13:34:39 | 16 | employees with their ID numbers.  You just press the |
| 13:34:43 | 17 | computer.  If he's there, he's there, or he's not there. |
| 13:34:48 | 18 | If his name features out, then he is employed.  If not, |
| 13:34:54 | 19 | then he's not, as simple as that.  We checked this, and |
| 13:34:59 | 20 | it turned out that he is not employed. |
| 13:35:01 | 21 | Q.   From what period of time forward would the |
| 13:35:04 | 22 | computer records reflect these things? |
| 13:35:18 | 23 | A.   From the moment that the PA came until now. |
| 13:35:24 | 24 | Q.   But they don't have any computer records |
| 13:35:26 | 25 | that would show prisoner payments from the mo -- from -- |

SEPTEMBER 6, 2012 - JAWAD AMAWI

13:35:41  1    sorry -- from the moment the PA came into existence

13:35:46  2    forward?

13:35:50  3         A.    Who said that?

13:35:51  4         Q.    I'm asking:  For the employment records --

13:36:04  5         A.    I clearly stated that, you know, we have

13:36:08  6    the information on CD and we took it out from Gaza

13:36:11  7    and that we keep track of these matters.  The Ministry

13:36:18  8    of Detainee Affairs and Ex-detainees, since it was

13:36:24  9    conceived in 1998, the computer payroll is clear.

13:36:36  10   We cannot consider that these are allowances given

13:36:40  11   to the detainee, but rather to the family.  As such,

13:36:50  12   I cannot say that it was handed over to the prisoner

13:36:54  13   or the detainee.  Anyway, he is incarcerated.

13:36:59  14        Q.    The Ministry of Social Affairs, I believe

13:37:01  15   you testified to -- but correct me if I'm wrong --

13:37:10  16   pays -- give -- makes payments to the families of

13:37:15  17   detainees in -- in Palestinian detention; is that

13:37:27  18   correct?

13:37:37  19        A.    The Ministry of Social Affairs keeps track

13:37:41  20   of people who do not have sources of income or have low

13:37:47  21   income levels.  It is similar to the National Insurance

13:37:54  22   for people that cannot make both ends meet.  For sure

13:38:02  23   its role it is not to pursue the cases of detainees in

13:38:08  24   Palestinian prisons.  It deal -- deals with people who

13:38:20  25   have dire needs and who need assistance.  That's the

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
13:38:22    1    principle.
13:38:31    2              So it might be someone detained by the PA
13:38:33    3    and does not apply for assistance, so he will not have
13:38:37    4    access to these funds.  It's the same with our case.
13:38:45    5    There are a number of detainees who did not apply --
13:38:49    6    who did not address themselves to the ministry.  And
13:38:52    7    so these people did not have any financial assistance.
13:38:56    8        Q.   Do you know whether Al-Rai's family applied
13:38:59    9    for or received payments during the time period he
13:39:10   10    was detained in Jericho, payments from the PNA?
13:39:44   11        A.   I don't have -- I don't have concrete
13:39:46   12    information on this.  But I assume no, because the
13:39:50   13    PA was still nascent in its beginnings and it was
13:39:57   14    only in Jericho and in Gaza.  And later on, it started
13:40:00   15    to put the house in order, and it became more systematic
13:40:04   16    with the establishment of the Ministry of Detainees and
13:40:07   17    Ex-detainees in 1998.
13:40:17   18        Q.   What time period was that when they got
13:40:20   19    themselves in order?
13:40:41   20        A.   Things started to get organized after 1998.
13:40:43   21    But the moment -- by the time they were putting the
13:40:46   22    house in order, the Second Intifada erupted, and it
13:40:52   23    washed away everything -- washed away.  And after 2007,
13:40:59   24    we started all over again to put matters in -- in order.
13:41:04   25        Q.   But not quite everything.  It didn't wash away
```

| | | |
|---|---|---|
| 13:41:08 | 1 | quite everything; right? |
| 13:41:09 | 2 | Because you told me, when it comes to checking |
| 13:41:12 | 3 | about payments for detainees in Israeli detention, you |
| 13:41:24 | 4 | have that on a CD.  And when it comes to employment |
| 13:41:30 | 5 | records from 1994 or from the start of the PNA, you |
| 13:41:42 | 6 | just have to press a button to get the information. |
| 13:41:52 | 7 | A.   Once again, I have said files and written |
| 13:41:55 | 8 | material were all demolished. |
| 13:42:05 | 9 | About the CD that I have referred to, it has |
| 13:42:08 | 10 | to do with the financial issues.  So it doesn't have any |
| 13:42:14 | 11 | comprehensive information, only money aspects -- money |
| 13:42:21 | 12 | aspects.  And so -- so this CD that includes payments |
| 13:42:30 | 13 | for -- for employees and as well as for the detainees, |
| 13:42:35 | 14 | this has been available.  And through it, we would -- |
| 13:42:44 | 15 | we would be able to verify whether the funds were paid |
| 13:42:49 | 16 | or not. |
| 13:42:51 | 17 | Q.   When you represented Al-Rai, you were acting |
| 13:42:56 | 18 | as a private lawyer; right? |
| 13:43:01 | 19 | A.   Correct. |
| 13:43:02 | 20 | Q.   Al-Rai's brother had another lawyer? |
| 13:43:11 | 21 | A.   His brother? |
| 13:43:12 | 22 | Q.   Sorry.  I'm sorry. |
| 13:43:12 | 23 | Yusef Al-Rai had another lawyer? |
| 13:43:17 | 24 | A.   Me and my partner, we were the lawyers for |
| 13:43:20 | 25 | both of them. |

13:43:21  1       Q.   Uh-huh.  And do you have reason to believe

13:43:23  2   that either Al-Rai is angry with you or your partner?

13:43:33  3           (Pending question partially translated.)

13:43:33  4           OFFICIAL INTERPRETER BEN-NAIM:  The other one?

13:43:27  5           MR. SCHOEN:  "Or his partner."

13:43:34  6           (Remainder of pending question translated.)

13:43:34  7           THE WITNESS:  I don't think so.  Why should

13:43:40  8   they be cross with -- unless he -- if he assumed that

13:43:48  9   I should have made it to the military court at 3:30

13:43:54  10  that morning.

13:43:54  11      Q.   BY MR. SCHOEN:  But you have no reason to

13:43:56  12  believe he's angry with you?

13:44:01  13      A.   No.  He is convinced that he passed through

13:44:08  14  an unfair and an unjust tribunal.  And he knew that

13:44:18  15  whether there is a lawyer or not -- if a lawyer was

13:44:21  16  there, this would have been a farce.

13:44:24  17      Q.   The PA prosecution would have been a farce?

13:44:28  18           OFFICIAL INTERPRETER AGHAZARIAN:  No.

13:44:29  19           THE WITNESS:  If the military was there,

13:44:31  20  it would have been like compulse -- secondary actor.

13:44:36  21  It would be like a -- you know, just for the facade.

13:44:41  22           (Comment in Arabic by the witness.)

13:44:44  23           CHECK INTERPRETER HAZOU:  Right.  Yes, yes.

13:44:48  24      Q.   BY MR. SCHOEN:  Let's talk about

13:44:49  25  unincorporated associations.

SEPTEMBER 6, 2012 - JAWAD AMAWI

13:44:51  1          (Pending question partially translated.)

13:45:01  2          OFFICIAL INTERPRETER AGHAZARIAN:  What's the

13:45:03  3  word?

13:45:03  4          OFFICIAL INTERPRETER BEN-NAIM:

13:45:03  5          "Unincorporated" --

13:45:03  6          MR. SCHOEN:  It's two words.  "Unincorporated

13:45:06  7  associations."

13:45:07  8          CHECK INTERPRETER HAZOU:  "Unincorporated"?

13:45:07  9          MR. SCHOEN:  Uh-huh.

13:45:12  10         (Brief exchange in Arabic among Official

13:45:12  11     Interpreter Ben-Naim, Official Interpreter

13:45:12  12     Aghazarian, Check Interpreter Hazou, and the

13:45:12  13     witness.)

13:45:13  14         OFFICIAL INTERPRETER BEN-NAIM:  We're

13:45:22  15  discussing --

13:45:23  16         MR. SCHOEN:  But someone has to translate,

13:45:24  17  when he says something, what he said.  So what did

13:45:28  18  he say?

13:45:29  19         OFFICIAL INTERPRETER BEN-NAIM:  He said:

13:45:29  20  "What is it?"  Okay.

13:45:33  21         MR. HALLER:  We have an Arabic-speaking

13:45:35  22  lawyer.  Maybe you want him to help.

13:45:35  23         OFFICIAL INTERPRETER BEN-NAIM:

13:45:35  24         "Uncooperated."  [sic]

13:45:35  25         OFFICIAL INTERPRETER AGHAZARIAN:

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 13:45:35 | 1 | "Unincorporated." |
| 13:45:37 | 2 | CHECK INTERPRETER HAZOU:  I'm not sure what |
| 13:45:38 | 3 | it means in English. |
| 13:45:41 | 4 | MR. HALLER:  Can you ask Saadi, since it's |
| 13:45:43 | 5 | a -- a legal term? |
| 13:45:44 | 6 | CHECK INTERPRETER HAZOU:  "Unincorporated |
| 13:45:46 | 7 | associations." |
| 13:45:49 | 8 | (Brief exchange in Hebrew between Mr. Haller |
| 13:45:49 | 9 | and Mr. Saadi.) |
| 13:45:52 | 10 | (Comment in Arabic by Mr. Saadi.) |
| 13:45:54 | 11 | (Comment in Hebrew by Mr. Haller.) |
| 13:45:55 | 12 | OFFICIAL INTERPRETER BEN-NAIM:  I -- I don't |
| 13:46:00 | 13 | hear a Hebrew. |
| 13:46:01 | 14 | MR. SCHOEN:  In any event, too many different |
| 13:46:01 | 15 | discussions going on. |
| 13:46:02 | 16 | Q.   BY MR. SCHOEN:  Are you familiar with the term |
| 13:46:03 | 17 | "unincorporated association"? |
| 13:46:13 | 18 | A.   What is it?  I don't know. |
| 13:46:15 | 19 | Q.   In preparing to testify today, did anyone |
| 13:46:21 | 20 | raise that term with you, "unincorporated association"? |
| 13:46:24 | 21 | (Comment in Arabic by the witness.) |
| 13:46:40 | 22 | (Comment in Arabic by Official Interpreter |
| 13:46:40 | 23 | Aghazarian.) |
| 13:46:40 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  My colleague |
| 13:46:41 | 25 | here is suggesting a terminology. |

```
13:46:44    1          MR. SCHOEN:  One second.  He just said
13:46:45    2    something.  So you have to -- when he says something --
13:46:47    3          OFFICIAL INTERPRETER AGHAZARIAN:  "I haven't
13:46:48    4    heard this term.  This is the first time I hear it."
13:46:51    5      Q.   BY MR. SCHOEN:  Okay.  Are you aware that
13:46:56    6    you're the designee to testify today about facts related
13:47:00    7    to the PNA's status as a so-called unincorporated
13:47:06    8    association?
13:47:27    9      A.   I am coming in order to -- we might have a
13:47:37   10    divergence in the term.  It's not a big deal about what
13:47:42   11    the term "unincorporated" --
13:47:45   12      Q.   "Association."
13:47:46   13      A.   -- "associations" mean.  That's not the issue.
13:47:57   14      Q.   Okay.  Well, what else did you talk to your
13:48:02   15    lawyer -- what else do you understand you're supposed
13:48:05   16    to be a designee for today, if anything?
13:48:18   17          (Comment in Arabic by the witness.)
13:48:20   18          MR. SCHOEN:  What -- he just said something.
13:48:21   19          OFFICIAL INTERPRETER AGHAZARIAN:  "I don't
13:48:21   20    get the question."
13:48:21   21          MR. SCHOEN:  What?
13:48:22   22          OFFICIAL INTERPRETER AGHAZARIAN:  "I don't
13:48:22   23    get the question."
13:48:23   24      Q.   BY MR. SCHOEN:  My question is:  Besides this
13:48:26   25    Al-Rai business we've been talking about, what is your
```

| | | |
|---|---|---|
| 13:48:34 | 1 | understanding of the subject or subjects that you are |
| 13:48:44 | 2 | the PNA designee -- that you were selected to speak |
| 13:48:48 | 3 | about on -- on behalf of the PNA today? |
| 13:49:04 | 4 | A.   I still don't understand the question. |
| 13:49:07 | 5 | MR. McALEER:  Counsel, I'll be happy to -- |
| 13:49:11 | 6 | THE WITNESS:  Ask me a clear-cut question |
| 13:49:13 | 7 | so that I can -- I -- |
| 13:49:16 | 8 | CHECK INTERPRETER HAZOU:  Can I -- |
| 13:49:17 | 9 | MR. McALEER:  Can -- can -- |
| 13:49:17 | 10 | CHECK INTERPRETER HAZOU:   -- say it in Arabic? |
| 13:49:18 | 11 | MR. McALEER:  No. |
| 13:49:18 | 12 | Counsel, I -- I don't want to be accused |
| 13:49:22 | 13 | of coaching the witness. |
| 13:49:23 | 14 | MR. SCHOEN:  Then don't say anything |
| 13:49:25 | 15 | substantively. |
| 13:49:28 | 16 | MR. McALEER:  My -- my -- my point to you |
| 13:49:30 | 17 | will be:  I'll be happy to try to fit this into a |
| 13:49:33 | 18 | context that might enable you to question the witness |
| 13:49:36 | 19 | and allow the witness to understand what it is you're |
| 13:49:41 | 20 | trying to address here concerning his designation. |
| 13:49:49 | 21 | Q.   BY MR. SCHOEN:  Mr. Amawi, you were asked |
| 13:49:50 | 22 | to appear here today on behalf of the PA; correct? |
| 13:50:02 | 23 | A.   Correct. |
| 13:50:03 | 24 | Q.   And you were told that you would be asked |
| 13:50:05 | 25 | questions by a lawyer for the plaintiffs? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

13:50:13  1      A.   Correct.

13:50:14  2      Q.   And you were told that you would be asked

13:50:16  3  questions by the lawyer for the plaintiffs about certain

13:50:20  4  subjects?

13:50:30  5      A.   In general, yes.

13:50:32  6      Q.   You were told that you would have to prepare

13:50:35  7  to testify about certain specific subjects; correct?

13:50:45  8      A.   Yes.

13:50:47  9      Q.   What subjects were you told to prepare to

13:50:52  10 testify about today?

13:51:02  11     A.   Shaher Al-Rai, essentially, and the issue --

13:51:08  12 and the legal status of the PA.

13:51:10  13     Q.   Aah.  So on the question of the legal status

13:51:13  14 of the PA, what were you asked to prepare about?

13:51:33  15     A.   I was told that -- a set of questions, and

13:51:37  16 I have sufficient information to be able to testify.

13:51:41  17     Q.   All right.  When was the PA organized?  When

13:51:44  18 did it come into being?

13:51:49  19     A.   It was established based on the Oslo Accords

13:51:58  20 at the end of 1993.  And it -- and it came -- it was --

13:52:03  21 it was established in 1994, starting from Gaza and

13:52:08  22 Jericho.

13:52:08  23     Q.   (Not translated.)  Was the creation of the

13:52:14  24 PA -- I'm going to use the term "PNA" the same as "PA."

13:52:22  25     A.   (In English.)  Okay.

13:52:24   1                    (Pending question translated.)

13:52:24   2                    THE WITNESS:  "PA."

13:52:24   3                    OFFICIAL INTERPRETER BEN-NAIM:  The question

13:52:29   4     was?

13:52:30   5          Q.   BY MR. SCHOEN:  Was the creation of the PA

13:52:36   6     the subject of negotiation between the PLO and other

13:52:47   7     parties?

13:52:51   8          A.   Why other parties?

13:52:53   9                    With the Israeli side.

13:52:54   10         Q.   Just between the PLO and the Israelis?

13:52:58   11         A.   Of course.  Correct.

13:53:02   12         Q.   That's how the PA was created?

13:53:17   13         A.   It was established according to the

13:53:19   14    Declaration of Principles emanating from the Oslo

13:53:24   15    Accords.  These are no secrets.  It's public

13:53:27   16    information.

13:53:28   17         Q.   So the Declaration of Principles created

13:53:31   18    the PA?

13:53:35   19         A.   Yes.

13:53:35   20         Q.   And what do you understand to be the Palestine

13:53:43   21    council -- the Palestinian Council?  I'm sorry.

13:53:55   22         A.   The Palestinian Council, according to my

13:53:57   23    understanding from the Oslo Accords, is the council

13:54:04   24    which -- which was supposed to carry the name of the

13:54:07   25    Executive Council.  Based on this, it would have had

SEPTEMBER 6, 2012 - JAWAD AMAWI

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 13:54:15 | 1  | to assume the responsibility of running the PA as a      |
| 13:54:18 | 2  | whole.                                                   |
| 13:54:21 | 3  | Because according to the Accords, there --               |
| 13:54:31 | 4  | there was no government as such, but there were, like,   |
| 13:54:35 | 5  | ministers which were dubbed the Executive Council.       |
| 13:54:40 | 6  | And in the Oslo Accords, you do not have a cabinet and   |
| 13:54:51 | 7  | ministers and so on.  It's not stipulated in the Oslo    |
| 13:54:58 | 8  | Accords.  And we assume that -- that this council should |
| 13:55:02 | 9  | have had legislative authorities in coordination with    |
| 13:55:10 | 10 | the Israeli side.                                        |
| 13:55:13 | 11 | At the time, Arafat composed the government              |
| 13:55:19 | 12 | and transformed it effectively into a legislative        |
| 13:55:25 | 13 | council contrary to the Accords.  But this was           |
| 13:55:31 | 14 | something that satisfied peace.  The Israelis, they      |
| 13:55:34 | 15 | liked it.  They welcomed it.  Because if the -- if       |
| 13:55:49 | 16 | the Palestinian Council assumed the job, there would     |
| 13:55:52 | 17 | have been lots of hurdles and they would have put        |
| 13:55:56 | 18 | obstacles in implementing other steps.  It was much      |
| 13:56:00 | 19 | easier to have a cabinet to control.                     |
| 13:56:09 | 20 | So, effectively, what Arafat done:  You do               |
| 13:56:12 | 21 | your legislation, but I have a government to run the     |
| 13:56:15 | 22 | thing.  And this was welcomed by the Israelis.  And in   |
| 13:56:30 | 23 | the case when you had the confrontations of having the   |
| 13:56:34 | 24 | tunnel in 1996 in the Old City -- and in order to sort   |
| 13:56:49 | 25 | of isolate Arafat, they said:  This is not the case.     |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 13:56:53 | 1 | Get us the Executive Committee, which means we want |
| 13:56:58 | 2 | to apply the Accords as is. |
| 13:57:05 | 3 | And the first person who was opposed to this |
| 13:57:09 | 4 | was the current Prime Minister Netanyahu.  Because he |
| 13:57:17 | 5 | knows that the actual situation is much easier to deal |
| 13:57:21 | 6 | with than the original format that emanated before. |
| 13:57:29 | 7 | From all what we are talking, we are speaking |
| 13:57:31 | 8 | about an Executive Council to run the -- the needs of |
| 13:57:36 | 9 | the people and affairs of the people.  And we speak |
| 13:57:42 | 10 | of -- we speak of a ten-year transitional period with |
| 13:57:46 | 11 | the hope of establishing a state.  This is the actuality |
| 13:57:52 | 12 | that was embedded in the Oslo Accords. |
| 13:57:56 | 13 | Q.  Are you familiar with a document called the |
| 13:57:58 | 14 | Taba agreement? |
| 13:58:04 | 15 | A.  The Taba accords.  Yes. |
| 13:58:06 | 16 | Q.  Do you know when the Taba accords were entered |
| 13:58:11 | 17 | into? |
| 13:58:15 | 18 | A.  I don't recall. |
| 13:58:19 | 19 | Q.  Are the Taba accords also referred to as |
| 13:58:21 | 20 | the Israeli-Palestinian Interim Agreement on the -- |
| 13:58:36 | 21 | on the West Bank and Gaza Strip? |
| 13:58:43 | 22 | A.  These are transitional steps following |
| 13:58:46 | 23 | the first phase.  Because it's known that, after the |
| 13:58:53 | 24 | Authority came into Gaza and Jericho, city by city |
| 13:59:02 | 25 | started to have arrangements based according to Taba |

| | | |
|---|---|---|
| 13:59:07 | 1 | and other types of accords. |
| 13:59:13 | 2 | Q.   Where do you -- I'm sorry.  Strike that. |
| 13:59:19 | 3 | Were you involved in any way in these |
| 13:59:21 | 4 | negotiations, Taba agreement, or the negotiations |
| 13:59:23 | 5 | between the PLO and the Israelis? |
| 13:59:31 | 6 | A.   No. |
| 13:59:31 | 7 | Q.   Do you consider yourself to be an expert |
| 13:59:34 | 8 | on these negotiations? |
| 13:59:41 | 9 | A.   In the negotiations?  Of course not. |
| 13:59:46 | 10 | Q.   Do you consider yourself to be an expert |
| 13:59:48 | 11 | on the creation of the Palestinian Authority? |
| 14:00:05 | 12 | A.   I speak about the establishment of the |
| 14:00:08 | 13 | Palestinian Authority based on an accord that is clear |
| 14:00:12 | 14 | for everybody concerned.  First and foremost, I work |
| 14:00:20 | 15 | as an attorney.  And this is the title that I will not |
| 14:00:27 | 16 | give up under any circumstances. |
| 14:00:34 | 17 | As a lawyer, of course, this is a matter of |
| 14:00:36 | 18 | concern to me.  It has the legal components at the core |
| 14:00:40 | 19 | of it.  And as a citizen that -- that is affected by |
| 14:00:48 | 20 | these laws and determining our destiny, for sure I |
| 14:00:59 | 21 | must grasp it and -- and to know where we are heading. |
| 14:01:03 | 22 | I am not concerned, you know, to be described |
| 14:01:12 | 23 | as an expert or appear on TV as an expert.  But I think |
| 14:01:23 | 24 | I have sufficient information to respond to the bulk, |
| 14:01:28 | 25 | 90 percent of the issues.  And maybe people who are |

14:01:37  1  dubbed as experts might not be able to -- to explain
14:01:42  2  20 percent of the gist of the Accords.
14:01:46  3      Q.   Do you understand the Palestinian Authority
14:01:52  4  to have the right to sue other parties?
14:01:54  5          (Pending question partially translated.)
14:01:54  6          OFFICIAL INTERPRETER BEN-NAIM:  "Other"?
14:02:06  7          MR. SCHOEN:  "Parties."
14:02:07  8          (Remainder of pending question translated.)
14:02:08  9          THE WITNESS:  Where?
14:02:12 10      Q.  BY MR. SCHOEN:  "Where" or "when"?
14:02:12 11      A.   Where?
14:02:12 12      Q.   Anyplace.  Do you understand that they have --
14:02:14 13  the PA has the legal capacity or right to file --
14:02:25 14  sorry -- to file a lawsuit against any party anyplace?
14:02:47 15      A.   In the Oslo Accords, which is our main title
14:02:50 16  embracing, this is not stipulated.  But in practical
14:02:57 17  implementation -- but -- sorry -- but the laws clearly
14:03:08 18  stipulate that the PA has no authority to bring to court
14:03:13 19  Israelis, to sue Israelis.
14:03:21 20          And very clearly anyone that has committed
14:03:24 21  any crime against an Israeli, the Israelis can take him
14:03:30 22  and charge him.  And this shows that you are not dealing
14:03:39 23  effectively as a real state.  In practical experience, I
14:03:50 24  mean, we as an authority and particularly as a Ministry
14:03:54 25  of Detainees, we headed to the Supreme Court in Israel

| | | |
|---|---|---|
| 14:04:03 | 1 | in certain cases, according to which we want to improve |
| 14:04:10 | 2 | the conditions through these -- these court cases of |
| 14:04:13 | 3 | the detainees who are in Israeli prisons and issues |
| 14:04:22 | 4 | related to education or health or people who are ill. |
| 14:04:27 | 5 | And the -- the Supreme Court dismissed these |
| 14:04:32 | 6 | cases.  They rejected them and that the PA does not have |
| 14:04:38 | 7 | the right to represent these people.  This is supposed |
| 14:04:47 | 8 | to be a Palestinian citizen, and this is supposed to |
| 14:04:51 | 9 | be the PA.  And despite this, the Israeli Supreme Court |
| 14:04:59 | 10 | has rejected scores of cases under the title that it |
| 14:05:07 | 11 | does not have a representative status, it is not a |
| 14:05:11 | 12 | full-fledged state.  But from another angle, they sue |
| 14:05:22 | 13 | the PA for actions that the citizens have made.  In |
| 14:05:31 | 14 | that case, it has a role which is representative. |
| 14:05:45 | 15 | Practically, what I'm saying is that the PA, |
| 14:05:48 | 16 | according to the Accords, does not have the right to |
| 14:05:53 | 17 | raise cases, but for sure it has the right to defend |
| 14:05:59 | 18 | itself, in case there were cases raised against her, |
| 14:06:06 | 19 | or what have you, as an authority. |
| 14:06:20 | 20 | And when they went to the International Court |
| 14:06:23 | 21 | of Justice, they did not go as a PA.  They went there |
| 14:06:27 | 22 | in their capacity as PLO.  And the referral was through |
| 14:06:38 | 23 | the General Assembly.  So the -- the PA did not go |
| 14:06:42 | 24 | single-handedly to -- to that court. |
| 14:06:48 | 25 | Q.   The accord we spoke about before, the Taba |

| | | |
|---|---|---|
| 14:06:49 | 1 | agreement -- let me call it the "Interim Agreement." |
| 14:06:56 | 2 | You're familiar with that term, the "Interim |
| 14:06:59 | 3 | Agreement"? |
| 14:06:59 | 4 | A.   (In English.)  Okay. |
| 14:07:02 | 5 | Q.   In that agreement, the signatories to the |
| 14:07:04 | 6 | agreement were the PLO, United States, Israel, Russia, |
| 14:07:16 | 7 | Egypt -- |
| 14:07:20 | 8 | A.   (In English.)  Jordan. |
| 14:07:21 | 9 | Q.   -- Jordan, Norway, and the European Union; |
| 14:07:27 | 10 | correct? |
| 14:07:29 | 11 | You're familiar with that document? |
| 14:07:31 | 12 | A.   (In English.)  Okay. |
| 14:07:33 | 13 | (Translated.)  Okay. |
| 14:07:35 | 14 | Q.   Are you aware that in that document -- do |
| 14:07:41 | 15 | you understand that document to expressly provide for -- |
| 14:07:47 | 16 | to expressly provide for the -- the right or power or |
| 14:07:58 | 17 | legal capacity of the body that would be created from |
| 14:08:11 | 18 | that agreement to have the right to sue other parties |
| 14:08:26 | 19 | or to be sued, that is, the capacity to be sued? |
| 14:08:35 | 20 | Do you understand that to be a part of that |
| 14:08:36 | 21 | agreement? |
| 14:08:46 | 22 | A.   The actuality is not like this on the ground. |
| 14:08:53 | 23 | I gave you an example that what your -- if |
| 14:08:55 | 24 | your understanding is -- is correct in such a format, |
| 14:09:00 | 25 | the Israeli Supreme Court would not have rejected, |

SEPTEMBER 6, 2012 - JAWAD AMAWI

14:09:07  1  saying it has no authority.

14:09:11  2       Q.   My only question is:  Are you aware that that

14:09:13  3  was provided for in that agreement?

14:09:28  4       A.   Now I cannot speak because I do not have the

14:09:30  5  text in front of me.  I can speak of it if I see the

14:09:35  6  text in front of me.

14:09:37  7       Q.   Okay.  Are you familiar with any cases that

14:09:39  8  the PA has filed in the Jerusalem Magistrate Court,

14:09:40  9  for example, commercial litigation?

14:10:00  10          (Comment in Arabic by Check Interpreter

14:10:00  11      Hazou.)

14:10:03  12          OFFICIAL INTERPRETER BEN-NAIM:  Magistrate's

14:10:05  13  Court?

14:10:07  14          (Comment in Hebrew by Mr. Haller.)

14:10:09  15          (Comment in Arabic by Check Interpreter

14:10:09  16      Hazou.)

14:10:13  17          THE WITNESS:  What kind of cases is this?

14:10:16  18          MR. SCHOEN:  Civil commercial lawsuits.

14:10:27  19          CHECK INTERPRETER HAZOU:  You said

14:10:27  20  "commercial"?

14:10:29  21          MR. SCHOEN:  Yes.  Meaning "business

14:10:30  22  lawsuits."

14:10:37  23          THE WITNESS:  It could be a businessman with

14:10:39  24  a BA or an individual basis.  But as an authority, which

14:10:46  25  is a representative of the Palestinian people, what I

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | |
|---|---|
| 14:10:55 | 1 |

14:10:55  1    know, that the rulings of the Supreme Court deprive the

14:11:00  2    PA from the right of raising cases.  And -- and we, in

14:11:08  3    our case as Ministry of Ex-detainees, there were five

14:11:11  4    cases that were rejected.

14:11:15  5        Q.   BY MR. SCHOEN:  Which cases were those?  Do

14:11:17  6    you remember the name or not?

14:11:21  7        A.   I know one about pursuing university studies

14:11:26  8    in prison and paying visits to the detainees of Gaza.

14:11:32  9    These are the ones I have in mind.

14:11:38  10       Q.   And those cases you're referring to were

14:11:42  11   thrown out by the court?

14:11:46  12       A.   Correct.

14:11:46  13       Q.   And you believe they were thrown out by the

14:11:49  14   court based on a finding that the Palestinian -- PA

14:11:59  15   has no right to sue?

14:12:07  16       A.   It is not what I think.  This was clearly

14:12:09  17   stated by the court, the highest legal body in Israel.

14:12:17  18   I -- I cannot debate it.  This comes from the highest

14:12:22  19   ruling in the State of Israel.

14:12:23  20       Q.   Is it possible -- do you understand, in those

14:12:26  21   cases, that perhaps the court threw out the case because

14:12:37  22   the Palestinian Authority has no standing --

14:12:42  23            (Partial pending question translated.)

14:12:43  24            MR. SCHOEN:  It's not going to translate.

14:12:45  25            OFFICIAL INTERPRETER BEN-NAIM:  Don't worry.

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 14:12:48 | 1 | (Remainder of pending question translated.) |
| 14:12:53 | 2 | Q.   BY MR. SCHOEN:   -- doesn't have the right to |
| 14:12:55 | 3 | represent that plaintiff who suffered that injury? |
| 14:12:59 | 4 | (Pending question partially translated.) |
| 14:12:59 | 5 | OFFICIAL INTERPRETER BEN-NAIM:   "Injury"? |
| 14:13:08 | 6 | MR. SCHOEN:   "Injury."   "Suffered that |
| 14:13:09 | 7 | injury." |
| 14:13:09 | 8 | (Remainder of pending question translated.) |
| 14:13:10 | 9 | (Comment in Arabic by Check Interpreter |
| 14:13:10 | 10 | Hazou.) |
| 14:13:13 | 11 | THE WITNESS:   I have not presented the cases |
| 14:13:15 | 12 | in the name of victims.   I -- I fall under the title |
| 14:13:23 | 13 | of the Ministry of Detainee and Ex-detainee Affairs. |
| 14:13:31 | 14 | The prison authorities have signed with me |
| 14:13:33 | 15 | an agreement about the canteens.   I meet regularly |
| 14:13:41 | 16 | with the prison authorities.   I call them even if it's |
| 14:13:47 | 17 | at 1:00 a.m., not because we are friends, but because |
| 14:13:53 | 18 | there is work to do.   I send them letters, and they |
| 14:13:59 | 19 | respond by official letters.   This is not personal |
| 14:14:05 | 20 | papers or letters, that it has the logo of the -- |
| 14:14:09 | 21 | of the PA on top of it.   The prison authorities deal |
| 14:14:16 | 22 | with me in my capacity as a representative party. |
| 14:14:24 | 23 | In certain cases, for instance, at 1:00 a.m. |
| 14:14:29 | 24 | somebody passed away in prison.   So they called me, |
| 14:14:33 | 25 | telling me:   Come and pick up.   And they asked me to |

| | | |
|---|---|---|
| 14:14:36 | 1 | inform the family and to -- and to coordinate receiving |
| 14:14:43 | 2 | the -- the corpse. |
| 14:14:48 | 3 | And we presented all of this in front of |
| 14:14:50 | 4 | the Supreme Court.  And it did not enter into the |
| 14:14:54 | 5 | core of the case.  It says:  In principle, you have |
| 14:15:00 | 6 | no representative right.  So it spoke with a legal |
| 14:15:09 | 7 | conviction on its behalf.  And I am not going to |
| 14:15:15 | 8 | debate or argue with the Supreme Court in its legal |
| 14:15:20 | 9 | convictions. |
| 14:15:26 | 10 | And that Israel feels great pride that |
| 14:15:30 | 11 | the Supreme Court is a -- a legal framework.  And -- |
| 14:15:37 | 12 | and it is marketed as being the only democracy in |
| 14:15:41 | 13 | the Middle East.  If it is the only democracy, then |
| 14:15:47 | 14 | we have to abide with its laws and regulations. |
| 14:15:52 | 15 | Q.   BY MR. SCHOEN:  So if the Israeli courts |
| 14:15:53 | 16 | do permit the Palestinian Authority to sue in its |
| 14:15:56 | 17 | courts, then we have to abide by that also? |
| 14:16:08 | 18 | A.   How is that? |
| 14:16:14 | 19 | MR. McALEER:  Objection as to form. |
| 14:16:15 | 20 | Sorry. |
| 14:16:15 | 21 | MR. SCHOEN:  You said -- |
| 14:16:15 | 22 | (Court reporter clarification.) |
| 14:16:18 | 23 | MR. SCHOEN:  -- "how is that?" |
| 14:16:20 | 24 | OFFICIAL INTERPRETER AGHAZARIAN:  "How is |
| 14:16:20 | 25 | that?" |

SEPTEMBER 6, 2012 - JAWAD AMAWI

14:16:21   1        Q.   BY MR. SCHOEN:  I understood you to say --
14:16:23   2   maybe sarcastically -- that if the Israeli courts, as
14:16:35   3   a democracy, says that you can't sue -- the Palestinian
14:16:40   4   Authority can't sue -- cannot sue in its courts, we
14:16:48   5   have to abide by that.  But if --
14:16:54   6            MR. McALEER:  Objection.  Misstates the
14:16:54   7   testimony.
14:16:56   8            THE WITNESS:  (In English.)  Okay.
14:16:59   9        Q.   BY MR. SCHOEN:  But if the Israeli courts --
14:17:00  10   if the Israeli courts allow the Palestinian Authority
14:17:08  11   to sue in its courts and to maintain a lawsuit against
14:17:17  12   another party, if that were the case, then you would
14:17:27  13   agree the Palestinian Authority has the right to sue,
14:17:32  14   at least in Israeli courts?
14:17:41  15            MR. McALEER:  Objection as to form.
14:17:43  16            THE WITNESS:  This is a virtual question
14:17:44  17   that I am not able to answer.
14:17:48  18        Q.   BY MR. SCHOEN:  Okay.  Let me ask you a real
14:17:50  19   question.  Maybe you can answer.
14:17:52  20            Are you familiar with the case Palestinian
14:17:58  21   Authority versus -- versus Shlomo Transportation, a
14:18:10  22   case, I represent to you, filed in the Israeli courts?
14:18:17  23            Are you familiar with that case?
14:18:21  24        A.   I don't know about this case.  But -- but
14:18:33  25   we're speaking from the name, Shlomo Transportation,

SEPTEMBER 6, 2012 – JAWAD AMAWI

| | | |
|---|---|---|
| 14:18:36 | 1 | that this might be a person that made an accord with |
| 14:18:40 | 2 | the PA.  It will -- it will sue it not on the basis |
| 14:18:44 | 3 | of being a PA, but rather having a party with whom a |
| 14:18:49 | 4 | contract has been signed.  This is completely different |
| 14:18:54 | 5 | from what we're up to, what we're talking about. |
| 14:19:01 | 6 | For the PA to have the authority to be |
| 14:19:03 | 7 | representative like any other state and -- but there |
| 14:19:11 | 8 | is -- there is a big difference if there is a contract |
| 14:19:14 | 9 | which is signed with an Israeli party and -- and they |
| 14:19:18 | 10 | go as contract signatories.  The issue is:  Where does |
| 14:19:26 | 11 | this right for -- for bringing to court has emanated? |
| 14:19:31 | 12 | Is it an outcome of an accord or whether it has to do |
| 14:19:41 | 13 | with its existence as an authority?  And the difference |
| 14:19:45 | 14 | is huge between the two. |
| 14:19:50 | 15 | MR. HALLER:  An "accord" or a "contract"? |
| 14:19:51 | 16 | "Accord"? |
| 14:19:52 | 17 | OFFICIAL INTERPRETER AGHAZARIAN:  "Accord." |
| 14:19:55 | 18 | MR. HALLER:  Not an "agreement" or a |
| 14:19:56 | 19 | "contract"? |
| 14:19:58 | 20 | George? |
| 14:20:00 | 21 | (Comment in Arabic by Check Interpreter |
| 14:20:00 | 22 | Hazou.) |
| 14:20:11 | 23 | THE WITNESS:  Between a contract -- it has |
| 14:20:12 | 24 | to do between a contract or based on an agreement in |
| 14:20:20 | 25 | the whole structure, existence of the PA.  Its existence |

```
14:20:25    1   has -- is related to this right.
14:20:28    2        Q.   BY MR. SCHOEN:  Do you agree that the
14:20:29    3   Palestinian Authority has the ability, the right,
14:20:36    4   the capacity --
14:20:40    5            (Comment in Arabic by Check Interpreter
14:20:40    6        Hazou.)
14:20:41    7        Q.   BY MR. SCHOEN:  -- to bring a lawsuit in the
14:20:43    8   Israeli courts under the name "Palestinian Authority"?
14:20:56    9            MR. McALEER:  Objection as to form.
14:21:02   10            THE WITNESS:  It's not important whether you
14:21:04   11   have the right to raise a case.  We did do it.  I have
14:21:12   12   raised cases in the name of my ministry and the PA.
14:21:15   13            But what was the outcome?  The outcome said:
14:21:20   14   You don't have this right.  Go home.
14:21:29   15        Q.   BY MR. SCHOEN:  Let me be clear.  I'm not
14:21:31   16   asking you about any lawsuit brought in the name of
14:21:37   17   any ministry.
14:21:44   18            I'm asking you if you are aware, "yes" or
14:21:52   19   "no," if you can, if you're aware that the Palestinian
14:22:00   20   Authority, in its own name "Palestinian Authority,"
14:22:06   21   over the past four years, for example, through today
14:22:21   22   has filed a lawsuit in the Israeli courts and such a
14:22:32   23   lawsuit brought in the Palestinian Authority name is
14:22:42   24   allowed to proceed in the Israeli courts?
14:22:54   25            MR. McALEER:  Objection as to form.
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

119

| | | |
|---|---|---|
| 14:22:57 | 1 | THE WITNESS:  I don't have any objection. |
| 14:23:03 | 2 | Q.   BY MR. SCHOEN:  I think you heard "objection." |
| 14:23:05 | 3 | A.   I'm not familiar with the matter.  I cannot |
| 14:23:10 | 4 | answer by "yes" or "no." |
| 14:23:12 | 5 | Q.   Okay.  You're not aware?  That's the answer? |
| 14:23:18 | 6 | A.   No, I'm not familiar. |
| 14:23:29 | 7 | MR. SCHOEN:  Okay.  We'll take a break now, |
| 14:23:30 | 8 | then.  There may be a question about terminology that |
| 14:23:34 | 9 | can be sorted out, translation or -- |
| 14:23:36 | 10 | MR. ROCHON:  We're off the record? |
| 14:23:40 | 11 | THE VIDEOGRAPHER:  Off the record at 2:22. |
| 14:23:43 | 12 | (Recess from 2:22 p.m. to 2:45 p.m.) |
| 14:45:02 | 13 | THE VIDEOGRAPHER:  Going back on record at |
| 14:45:03 | 14 | 2:45. |
| 14:45:12 | 15 | Q.   BY MR. SCHOEN:  As a representative of the |
| 14:45:14 | 16 | Palestinian Authority today, can the Palestinian |
| 14:45:20 | 17 | Authority enter into a contract with another party? |
| 14:45:32 | 18 | A.   What do you mean by "another party"? |
| 14:45:36 | 19 | OFFICIAL INTERPRETER BEN-NAIM:  No. |
| 14:45:34 | 20 | OFFICIAL INTERPRETER AGHAZARIAN:  "A contract. |
| 14:45:36 | 21 | What do you mean by 'contract'?" |
| 14:45:38 | 22 | OFFICIAL INTERPRETER BEN-NAIM:  Sorry. |
| 14:45:41 | 23 | Q.   BY MR. SCHOEN:  What do you mean by a |
| 14:45:42 | 24 | "contract"? |
| 14:45:44 | 25 | Any idea what a contract is? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
14:45:49   1        A.   It's not me who asked the question.

14:45:51   2        Q.   Yeah.  If the Palestinian Authority wants

14:45:53   3   to buy 50 widgets from a company --

14:46:00   4             CHECK INTERPRETER HAZOU:  Fifty what?

14:46:01   5             MR. SCHOEN:  "Things."

14:46:02   6        Q.   BY MR. SCHOEN:  -- 50 things from a company,

14:46:14   7   wants to buy them, and a company wants to sell them --

14:46:25   8        A.   (In English.)  Okay.

14:46:25   9        Q.   -- could the Palestinian Authority buy them

14:46:29  10   in its own name, first of all?

14:46:37  11        A.   Of course it can.

14:46:38  12        Q.   And could it enter into an agreement with

14:46:40  13   the seller to buy those things?

14:46:52  14        A.   For sure.

14:46:53  15        Q.   Now, let's forget, in my question, about the

14:46:56  16   Israeli courts for a second.

14:47:02  17        A.   (In English.)  Okay.

14:47:03  18        Q.   Could the Palestinian Authority -- sorry.

14:47:07  19             If the company that it made an agreement

14:47:09  20   to buy the 50 things from doesn't provide them with

14:47:19  21   the 50 things or they're not in the condition that the

14:47:27  22   Palestinian Authority wanted them to be in, the seller

14:47:36  23   broke its agreement with the Palestinian Authority in

14:47:38  24   some way --

14:47:42  25        A.   (In English.)  Okay.  Okay.
```

```
14:47:44   1        Q.    -- could the Palestinian Authority file a
14:47:47   2   lawsuit in any court, either its own court, the court
14:47:57   3   of the country that the seller is in -- forget about
14:48:01   4   Israel --
14:48:08   5        A.    (In English.)  Okay.  Okay.
14:48:09   6        Q.    -- or anyplace?
14:48:11   7             MR. McALEER:  Objection.  Form.
14:48:13   8             THE WITNESS:  For sure.  For sure.
14:48:23   9             I answered you, but you insist on pushing
14:48:27  10   forward because there is certain response that you
14:48:30  11   want me to say.
14:48:43  12             When the PA went to court, they went because
14:48:47  13   there was a deviation from the contract that was signed
14:48:50  14   with this given company, not in its capacity -- not
14:48:59  15   in its capacity as representative of the Palestinian
14:49:00  16   people, but rather as not abiding by the signed
14:49:06  17   contract.  So I am suing you because there is a
14:49:18  18   contract, contractual agreement, not I am coming
14:49:22  19   to sue you in the name of the Palestinian people.
14:49:24  20             And if there is a case, for example, in
14:49:28  21   Geneva or elsewhere, depending on where the issue is
14:49:33  22   related locationwise, this is a situation which is
14:49:42  23   radically different from the legal status of the PA.
14:49:52  24   This is a different matter altogether.  I could sign
14:49:56  25   a contract with any party and then sue him in case
```

| | | |
|---|---|---|
| 14:50:04 | 1 | there is a breach. |
| 14:50:08 | 2 | Q. BY MR. SCHOEN: Let me be clear. |
| 14:50:11 | 3 | You started your answer by saying something |
| 14:50:20 | 4 | about what you think I want your answer to be. If it's |
| 14:50:38 | 5 | possible, I would just like an answer to my question. |
| 14:50:44 | 6 | I can tell you -- I can tell you that I don't think |
| 14:50:54 | 7 | you know what I'm -- that I'm looking for a particular |
| 14:50:57 | 8 | answer. I'm just asking you -- but okay. |
| 14:51:02 | 9 | Anyway, you answer as you think appropriate. |
| 14:51:05 | 10 | (Pending question partially translated.) |
| 14:51:07 | 11 | OFFICIAL INTERPRETER BEN-NAIM: "Anyway"? |
| 14:51:08 | 12 | MR. SCHOEN: "You answer as you think |
| 14:51:10 | 13 | appropriate." |
| 14:51:10 | 14 | (Remainder of pending question translated.) |
| 14:51:12 | 15 | MR. McALEER: Counsel, is there any pending |
| 14:51:14 | 16 | question? |
| 14:51:15 | 17 | MR. SCHOEN: No. |
| 14:51:16 | 18 | MR. McALEER: All right. So there's no |
| 14:51:17 | 19 | pending question. |
| 14:51:22 | 20 | THE WITNESS: (In English.) Okay. Okay. |
| 14:51:23 | 21 | Q. BY MR. SCHOEN: If the -- in that same case -- |
| 14:51:27 | 22 | hypothetical case I gave you, the Palestinian Authority |
| 14:51:38 | 23 | doesn't pay the money it's supposed to pay to buy these |
| 14:51:45 | 24 | 50 things, are you aware of any court -- let's not talk |
| 14:51:53 | 25 | about Israel -- any court where that company could sue |

SEPTEMBER 6, 2012 - JAWAD AMAWI

```
14:51:58   1   the Palestinian Authority in the name Palestinian --
14:52:05   2   in its name, Palestinian Authority, for breaking that
14:52:12   3   agreement?
14:52:16   4              MR. McALEER:  Objection as to form.
14:52:24   5              THE WITNESS:  I don't know if there are cases
14:52:25   6   that were raised or not raised.
14:52:30   7              But I reiterate, once again, that there is
14:52:49   8   a distinction between suing the Palestinian Authority
14:52:52   9   in order to make claims, compensations, based on
14:52:56  10   certain contractual agreements or in its representative
14:53:03  11   capacity of the Palestinian people.  It does not have
14:53:10  12   a representative character.  As much, suing it is --
14:53:19  13   is not correct.  The only things that you can base
14:53:29  14   yourself to go into a lawsuit, if there is a contractual
14:53:35  15   agreement that has been breached.
14:53:41  16              I will say the same hypothetical position
14:53:44  17   you're taking, I will tell you.  If in the contract
14:53:50  18   for supplying the -- the 50 things that there might
14:54:00  19   be an item saying you go to arbitration -- arbitration,
14:54:05  20   international or otherwise, and -- or to a chamber of
14:54:09  21   commerce, in that case, the PA has no authority to go
14:54:15  22   to court.  Whereas, a -- a nat -- a natural state that
14:54:25  23   has representative, this does not apply on it.
14:54:28  24     Q.   BY MR. SCHOEN:  So the PA cannot go to
14:54:30  25   arbitration in the name PA?
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

124

14:54:42   1       A.   No.   That's not the answer.

14:54:50   2            I used this example in order to say on what

14:54:54   3   I am basing myself.   I say that this is my pen.   Why?

14:55:04   4   Not because I own it and I am the legitimate owner of

14:55:09   5   this pen or because I own all this room and everything

14:55:16   6   in it.   I own this because I have a contractual deal

14:55:22   7   with you that I have sold -- sold -- you have sold it

14:55:25   8   to me.   The establishment of such a commitment is based

14:55:38   9   on the contractual agreement.

14:55:43   10            For countries to have representative

14:55:45   11   character, do not need to have contractual agreements.

14:55:54   12   But if it is treated as a state, then let it get

14:55:59   13   engaged or join international institutions.   So you

14:56:06   14   have no international status.   That's how I can answer.

14:56:16   15   This is my understanding of the legal status of the PA.

14:56:21   16       Q.   I'm not asking you about the legal status

14:56:24   17   right now.

14:56:32   18            There's an entity called Palestinian

14:56:34   19   Authority; correct?

14:56:42   20       A.   "Sahir."

14:56:42   21       Q.   Does that entity, Palestinian Authority,

14:56:44   22   in its name, Palestinian Authority, ever enter into

14:56:50   23   a contract with another party?

14:56:57   24       A.   Yes.   Of course they did.

14:56:58   25       Q.   Okay.   And that entity, Palestinian Authority,

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 14:57:06 | 1 | is an entity's name that can appear -- would appear on |
| 14:57:09 | 2 | the contract; right? |
| 14:57:10 | 3 | Palestinian Authority and Rami Levy enter |
| 14:57:13 | 4 | into an agreement. |
| 14:57:17 | 5 | A.   Normal.  What's the -- what's the problem? |
| 14:57:28 | 6 | Q.   That's normal? |
| 14:57:29 | 7 | I'm trying to say:  The name Palestinian |
| 14:57:32 | 8 | Authority -- if you were to look at the contract, the |
| 14:57:34 | 9 | written agreement, the name "Palestinian Authority" |
| 14:57:40 | 10 | would be the buyer? |
| 14:57:51 | 11 | A.   Okay. |
| 14:57:52 | 12 | Q.   And another party would appear as the seller, |
| 14:57:54 | 13 | some other name? |
| 14:57:59 | 14 | A.   What's the problem? |
| 14:58:03 | 15 | Q.   The agreement is broken by the other party; |
| 14:58:05 | 16 | right? |
| 14:58:11 | 17 | A.   (In English.)  Okay. |
| 14:58:14 | 18 | Q.   The Palestinian Authority wants to sue this |
| 14:58:19 | 19 | other party. |
| 14:58:31 | 20 | A.   It's right. |
| 14:58:32 | 21 | Q.   Can there be a lawsuit called -- |
| 14:58:34 | 22 | (Court reporter clarification.) |
| 14:58:34 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  He says: |
| 14:58:34 | 24 | "It's right." |
| 14:58:34 | 25 | Q.   BY MR. SCHOEN:  Can there be a lawsuit called |

SEPTEMBER 6, 2012 – JAWAD AMAWI

| | | |
|---|---|---|
| 14:58:34 | 1 | Palestinian Authority -- the name of the case -- against |
| 14:58:44 | 2 | whoever that -- the name of that seller is? |
| 14:58:51 | 3 | A.   It is not important what -- under what name |
| 14:58:53 | 4 | it comes.  It has to do with the really [sic] content. |
| 14:58:56 | 5 | Q.   I'm not asking you what's important.  I'm |
| 14:59:00 | 6 | only asking you -- I'm only asking you whether it |
| 14:59:04 | 7 | could appear? |
| 14:59:06 | 8 | A.   I don't have -- I don't have a case which |
| 14:59:08 | 9 | is registered in front of me.  The PA calls itself the |
| 14:59:19 | 10 | PNA.  And Israel is -- does not agree on such a name. |
| 14:59:25 | 11 | And anything which has the "N" in it is crossed off. |
| 14:59:33 | 12 | So if they don't agree on the name, does this mean |
| 14:59:37 | 13 | that they will agree on the content? |
| 14:59:39 | 14 | Q.   I said:  Let's forget about Israel.  I'm |
| 14:59:44 | 15 | talking only about another court, some court other |
| 14:59:46 | 16 | than Israel. |
| 14:59:48 | 17 | You're a representative of the PA.  Is it your |
| 14:59:53 | 18 | testimony today under oath, as a representative of the |
| 14:59:59 | 19 | PA, that the PA or PNA, whichever you want to call it, |
| 15:00:15 | 20 | can or cannot enter into a contract, an agreement, with |
| 15:00:24 | 21 | another party under the name Palestinian Authority or |
| 15:00:32 | 22 | Palestinian National Authority, whether or not that's |
| 15:00:37 | 23 | important for some other reason? |
| 15:00:40 | 24 | I'm only asking you:  Can it enter into such |
| 15:00:43 | 25 | a contract under that name? |

127

| | | |
|---|---|---|
| 15:00:52 | 1 | A.   I answered you 100 times:  Yes, it -- it can. |
| 15:00:58 | 2 | Q.   Okay. |
| 15:00:58 | 3 | A.   It can.  It can.  It can. |
| 15:01:00 | 4 | What next? |
| 15:01:00 | 5 | Q.   Okay.  Can the Palestinian Authority, by |
| 15:01:06 | 6 | that name, or the Palestinian National Authority, by |
| 15:01:17 | 7 | that name, file a lawsuit in any court -- in some court |
| 15:01:29 | 8 | in the world in that name -- brought in that name? |
| 15:01:38 | 9 | A.   Based on the agreement, yes. |
| 15:01:41 | 10 | Q.   Okay.  And is it your testimony further |
| 15:01:45 | 11 | that, if that Palestinian Authority brings a lawsuit, |
| 15:01:57 | 12 | it's only bringing it in that name, but not as a |
| 15:02:06 | 13 | representative of the Palestinian people? |
| 15:02:21 | 14 | MR. McALEER:  Objection as to form. |
| 15:02:25 | 15 | THE WITNESS:  Is it representative or not |
| 15:02:27 | 16 | representative? |
| 15:02:28 | 17 | Q.   BY MR. SCHOEN:  That's what I was asking. |
| 15:02:31 | 18 | A.   What is your question?  What did you say? |
| 15:02:33 | 19 | What did you say? |
| 15:02:35 | 20 | Q.   I thought I understood before that you said |
| 15:02:45 | 21 | the Palestinian Authority can file a case in that name, |
| 15:02:50 | 22 | but only because that's the name that was used on the |
| 15:02:58 | 23 | contract, not because it's a representative of the |
| 15:03:07 | 24 | Palestinian people -- not because it's a representative |
| 15:03:14 | 25 | of the Palestinian people. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

128

| | | |
|---|---|---|
| 15:03:19 | 1 | A.   For sure I have a question to raise. |
| 15:03:24 | 2 | Let's use the example that you have used. |
| 15:03:25 | 3 | If -- if they -- if they want to -- to -- to raise |
| 15:03:36 | 4 | a case against Rami Levy without having a contract, |
| 15:03:41 | 5 | will it say in my capacity representing the Palestinian |
| 15:03:48 | 6 | people, Rami Levy, for instance, has sold a certain |
| 15:03:56 | 7 | merchandise for certain Palestinians who -- who had |
| 15:04:01 | 8 | the damage? |
| 15:04:02 | 9 | Or -- I tell you beforehand that this case |
| 15:04:10 | 10 | will be rejected.  And those who have been affected |
| 15:04:14 | 11 | negatively, they are the ones to come and sue, because |
| 15:04:18 | 12 | it doesn't have a representative character.  But if |
| 15:04:23 | 13 | the PA has a contract with Rami Levy in order to provide |
| 15:04:29 | 14 | certain material and there was a breach, then it can |
| 15:04:34 | 15 | go and sue it. |
| 15:04:36 | 16 | Q.   Okay. |
| 15:04:36 | 17 | A.   And this emanated from the contractual |
| 15:04:40 | 18 | document -- |
| 15:04:40 | 19 | Q.   Okay. |
| 15:04:40 | 20 | A.   -- and nothing else. |
| 15:04:41 | 21 | Q.   Okay.  Can the Palestinian Authority bring |
| 15:04:43 | 22 | criminal charges against someone? |
| 15:04:53 | 23 | MR. McALEER:  Objection as to form. |
| 15:04:55 | 24 | THE WITNESS:  I didn't understand your |
| 15:04:56 | 25 | question.  What do you mean by a "criminal lawsuit"? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

15:05:02   1       Q.   BY MR. SCHOEN:  Where does the Palestinian

15:05:03   2   Authority have its authority?

15:05:06   3            Where are its courts?  Where are its jails?

15:05:09   4            (Pending question partially translated.)

15:05:10   5            MR. SCHOEN:  All right.  Let me -- let me

15:05:16   6   rephrase -- strike it.

15:05:18   7            OFFICIAL INTERPRETER BEN-NAIM:  Okay.

15:05:18   8       Q.   BY MR. SCHOEN:  If a crime is committed within

15:05:24   9   territory governed by the Palestinian Authority, can the

15:05:35  10   Palestinian Authority bring a criminal prosecution for

15:05:37  11   that crime?

15:05:47  12       A.   Of course.

15:05:47  13       Q.   Does the Palestinian Authority operate a court

15:05:50  14   system?

15:05:55  15       A.   Of course.

15:05:55  16       Q.   Does the Palestinian Authority have a -- an

15:06:00  17   executive branch, if you know -- if that's --

15:06:06  18            MR. McALEER:  Objection as to form.

15:06:09  19            THE WITNESS:  Of course.

15:06:10  20       Q.   BY MR. SCHOEN:  Does the Palestinian Authority

15:06:11  21   have a legislative branch?

15:06:20  22            (Comment in Arabic by Check Interpreter

15:06:20  23       Hazou.)

15:06:22  24            THE WITNESS:  Currently, no.

15:06:23  25       Q.   BY MR. SCHOEN:  Is there a provision for the

SEPTEMBER 6, 2012 - JAWAD AMAWI

130

| | | |
|---|---|---|
| 15:06:25 | 1 | Palestinian Authority to have a legislative branch in |
| 15:06:29 | 2 | the Oslo Accords? |
| 15:06:43 | 3 | A.   No.   The Oslo Accords stipulates that there |
| 15:06:52 | 4 | should be an Executive Council that needs to -- to be |
| 15:06:58 | 5 | coordinated with the Israelis.   The last thing is the |
| 15:07:08 | 6 | legislative authority.   They are supposed to have a |
| 15:07:16 | 7 | joint Israeli-Palestinian committee if it approves |
| 15:07:21 | 8 | that it becomes legal.   Otherwise, it's pending. |
| 15:07:26 | 9 | But we already spoke about what happened on |
| 15:07:29 | 10 | the ground was different from this.   And we explained |
| 15:07:31 | 11 | the procedure earlier.   And we said that this was |
| 15:07:39 | 12 | changed because it is more of an Israeli interest |
| 15:07:43 | 13 | than a Palestinian one. |
| 15:08:14 | 14 | Q.   If the -- if a person, living in the area |
| 15:08:17 | 15 | where the Palestinian Authority governs, commits a |
| 15:08:32 | 16 | crime, you already said he could be prosecuted |
| 15:08:40 | 17 | criminally by the Palestinian Authority; right? |
| 15:08:44 | 18 | A.   Correct. |
| 15:08:45 | 19 | Q.   Could that person who's being charged say |
| 15:08:49 | 20 | and win with this argument -- |
| 15:08:53 | 21 | (Pending question partially translated.) |
| 15:09:02 | 22 | (Brief exchange in Arabic between Official |
| 15:09:02 | 23 | Interpreter Ben-Naim and Check Interpreter Hazou.) |
| 15:09:11 | 24 | (Remainder of pending question translated.) |
| 15:09:12 | 25 | OFFICIAL INTERPRETER BEN-NAIM:   What can he |

| | | |
|---|---|---|
| 15:09:19 | 1 | say, and then? |
| 15:09:20 | 2 | Q.   BY MR. SCHOEN:  Can that -- can that person |
| 15:09:22 | 3 | who's charged with a crime say:  I don't want to be |
| 15:09:25 | 4 | prosecuted by the Palestinian Authority because I don't |
| 15:09:33 | 5 | want to come under your authority and voluntarily just |
| 15:09:42 | 6 | withdraw from it and avoid prosecution? |
| 15:09:48 | 7 | MR. McALEER:  Object -- objection as to form. |
| 15:09:51 | 8 | THE WITNESS:  I don't understand. |
| 15:09:57 | 9 | (Comment in Arabic by the witness.) |
| 15:09:57 | 10 | OFFICIAL INTERPRETER BEN-NAIM:  Aah. |
| 15:09:57 | 11 | I -- "I understand." |
| 15:10:07 | 12 | THE WITNESS:  No, I don't understand this. |
| 15:10:10 | 13 | What do you mean?  Somebody -- somebody who |
| 15:10:11 | 14 | says, you know:  I don't want the authority, so I walk |
| 15:10:16 | 15 | out? |
| 15:10:16 | 16 | But somebody -- but, you know, the -- the |
| 15:10:20 | 17 | authority cannot obligate somebody that they will sue |
| 15:10:24 | 18 | him.  So somebody who is living under the umbrella of |
| 15:10:34 | 19 | the authority and then he decides, "I don't want your |
| 15:10:39 | 20 | authority," this is un-understandable [sic]. |
| 15:10:44 | 21 | It is not only states that have courts. |
| 15:10:46 | 22 | There are many areas that have autonomy and do not have |
| 15:10:54 | 23 | the authority of a state or -- and -- and despite that, |
| 15:10:59 | 24 | they sort of have lawsuits. |
| 15:11:09 | 25 | Before the PA came, the -- it was -- the |

15:11:13   1   Palestinian laws were under the aegis of the Israeli

15:11:17   2   occupation, the same kind of laws.  And when the PA

15:11:24   3   came, they assumed the same body and continued working.

15:11:35   4   The whole world, including the General Assembly of the

15:11:39   5   U.N. and headed by the U.S., were saying this as early

15:11:48   6   as that:  Continue to be occupied, including East

15:11:52   7   Jerusalem and Gaza Strip.  Despite that, there was a

15:11:58   8   judicial system, and people were being taken to court

15:12:02   9   and otherwise.

15:12:05   10          I don't know what is the purpose for all these

15:12:10   11   questions.  I have questions that I have answered more

15:12:16   12   than ten times.  I have no problem.  I can stay as much

15:12:25   13   as you want.

15:12:26   14       Q.   BY MR. SCHOEN:  Do you know who Hassan Al-Ouri

15:12:31   15   is?

15:12:31   16            OFFICIAL INTERPRETER AGHAZARIAN:  "Ouri"?

15:12:32   17            MR. SCHOEN:  "Ouri."

15:12:32   18            THE WITNESS:  Yes, I do know him.

15:12:34   19       Q.   BY MR. SCHOEN:  Who is that?  Who is that?

15:12:35   20       A.   Hassan Al-Ouri, yeah.  He's a colleague.

15:12:41   21   He's a lawyer.  And since a couple years, I believe he

15:12:49   22   has been appointed as a legal advisor for the president.

15:12:57   23   I know him as a colleague attorney, together.

15:13:02   24       Q.   (Not translated.)  If Hassan -- may I just

15:13:05   25   call him Hassan because --

| | | |
|---|---|---|
| 15:13:07 | 1 | A.   (In English.)  No problem. |
| 15:13:08 | 2 | Q.   Okay.  If Hassan's legal advice was that |
| 15:13:12 | 3 | the Palestinian Authority has the right to take |
| 15:13:24 | 4 | legal action against Israeli leaders and settlers |
| 15:13:37 | 5 | who practice terrorism against the Palestinian people |
| 15:13:46 | 6 | in international -- sue in inter -- have the right to |
| 15:13:49 | 7 | bring suit in international courts or anyplace else, |
| 15:14:01 | 8 | would you agree with such a position that there is |
| 15:14:06 | 9 | such a right? |
| 15:14:06 | 10 | (Pending question partially translated.) |
| 15:14:12 | 11 | MR. McALEER:  Objection. |
| 15:14:13 | 12 | OFFICIAL INTERPRETER BEN-NAIM:  "Would you |
| 15:14:14 | 13 | agree"? |
| 15:14:14 | 14 | MR. McALEER:  Objection as to form. |
| 15:14:15 | 15 | (Remainder of pending question translated.) |
| 15:14:16 | 16 | THE WITNESS:  No, I don't agree with them. |
| 15:14:19 | 17 | Q.   BY MR. SCHOEN:  Are you aware that that's |
| 15:14:20 | 18 | a publicly stated position Hassan has taken? |
| 15:14:33 | 19 | A.   This is maybe a personal opinion.  That's |
| 15:14:35 | 20 | his opinion.  Maybe he exposed it in a press interview. |
| 15:14:44 | 21 | But if he's requested to come up with -- with -- with |
| 15:14:48 | 22 | a full-fledged package of -- from a legal point of view, |
| 15:14:53 | 23 | he cannot respond in such a way. |
| 15:14:58 | 24 | Q.   So -- |
| 15:14:58 | 25 | A.   In the media, he can say whatever he -- he |

15:15:01  1    wants.

15:15:01  2        Q.   Okay.  So as today, the representative of

15:15:03  3    the PA as you sit here, is it your testimony that the

15:15:12  4    PA does not have the right -- the legal right to take

15:15:19  5    legal action against Israeli leaders and settlers who

15:15:35  6    practice terrorism against the Palestinian people?

15:15:39  7             MR. McALEER:  Objection as to form.

15:15:47  8             THE WITNESS:  I think that all the cases that

15:15:51  9    were raised against Israel, particularly against Israeli

15:16:00  10   leaders such as Livni, Mofaz, and others, it is not

15:16:04  11   the Authority that raised it.  It was the civil society

15:16:14  12   organizations, Palestinian, that have moved in that

15:16:16  13   direction.  And this is what represented the Palestinian

15:16:24  14   citizens.  The PA has not raised such cases, and it has

15:16:35  15   not the capacity to do that.

15:16:37  16       Q.   BY MR. SCHOEN:  Aah.  So to be clear, I didn't

15:16:39  17   ask you whether they had already brought; right?

15:16:43  18             (Pending question partially translated.)

15:16:45  19             OFFICIAL INTERPRETER BEN-NAIM:  "Whether"?

15:16:45  20             MR. SCHOEN:  "Whether they already had brought

15:16:48  21   a case."

15:16:48  22             (Remainder of pending question translated.)

15:16:48  23             THE WITNESS:  In my opinion, it has no right

15:16:51  24   to raise such cases.

15:16:53  25       Q.   BY MR. SCHOEN:  I'm asking you as a

SEPTEMBER 6, 2012 - JAWAD AMAWI

15:16:55   1   representative of the PA today.

15:16:57   2            MR. McALEER:  Objection as to form.

15:16:59   3            THE WITNESS:  This is my personal conviction.

15:17:01   4   Me, as a legal advisor, this is my -- my conviction.

15:17:08   5        Q.   BY MR. SCHOEN:  As -- as a legal advisor to

15:17:10   6   the PA?

15:17:17   7        A.   If I was asked that we will raise cases

15:17:20   8   against Israeli leaders, what do you think?  I would

15:17:26   9   say:  Refrain from that.  The CSOs can do that.  But,

15:17:35   10  whereas, in our case, the case will be dismissed.

15:17:38   11  That's my personal conviction.

15:17:56   12       Q.   Are you aware that the Palestinian Authority

15:18:04   13  has taken the position in lawsuits that it should be

15:18:12   14  treated like a state?

15:18:18   15            Just are you aware that it has taken that

15:18:21   16  position?

15:18:22   17       A.   No.

15:18:23   18       Q.   Are you aware that the Palestinian Authority

15:18:26   19  has taken the position in lawsuits -- I don't know if

15:18:34   20  the term's going to translate now -- that it's entitled

15:18:43   21  to sovereign immunity?

15:18:56   22            CHECK INTERPRETER HAZOU:  Yes.

15:18:58   23            THE WITNESS:  I have no idea.

15:18:59   24       Q.   BY MR. SCHOEN:  Are you aware that the

15:19:00   25  Palestinian Authority has taken the position that it

SEPTEMBER 6, 2012 - JAWAD AMAWI

15:19:10  1    should be treated like a state before the International

15:19:16  2    Criminal Court?

15:19:16  3              (Pending question partially translated.)

15:19:22  4              OFFICIAL INTERPRETER BEN-NAIM:  Before the

15:19:23  5    International Court?

15:19:24  6              MR. SCHOEN:  "Criminal."  "Criminal Court."

15:19:25  7              OFFICIAL INTERPRETER BEN-NAIM:  "Criminal."

15:19:27  8              (Remainder of pending question translated.)

15:19:35  9              THE WITNESS:  The PA requested this.  What

15:19:38  10   was the response of the International Criminal Court?

15:19:41  11        Q.   BY MR. SCHOEN:  I only asked whether it was

15:19:43  12   requested.

15:19:47  13        A.   Sorry, sir.  You raised the questions.  At

15:19:51  14   the same time, you have to listen.

15:19:52  15             Ocampo said that you are not a state and you

15:19:59  16   are not entitled to this.  You might claim whatever you

15:20:05  17   want.  But your actual situation, does it allow or not?

15:20:14  18             If I change my opinion and I say:  Yes, we

15:20:18  19   do have the right, does this mean that we own that

15:20:21  20   right?  These are dreams.  People can dream the way

15:20:26  21   they want.  And the dream is something, and the

15:20:29  22   actuality is something else.

15:20:32  23        Q.   Do you know whether the PA currently takes

15:20:39  24   the position or plans to take the position in the

15:20:49  25   future -- plans right now -- plans -- makes the plan

15:20:57   1   in the future, but it's the plan right now to continue

15:21:03   2   arguing before the International Criminal Court that

15:21:16   3   it should be treated as a state?

15:21:21   4        Or do you know if the PA intends to abandon

15:21:29   5   that position?  If you know.

15:21:36   6        MR. McALEER:  Objection as to form.

15:21:40   7        THE WITNESS:  I don't know.  It's not me who

15:21:43   8   is pursuing this.

15:21:46   9   Q.   BY MR. SCHOEN:  As a representative of the

15:21:47   10  PA today, is it your position that the International

15:21:52   11  Criminal Court should treat the Palestinian Authority

15:22:03   12  as a state?

15:22:04   13  A.   (Translated.)  In my opinion -- I express

15:22:13   14  my personal opinion that the -- the Authority, in

15:22:20   15  its actuality, does not have the representative right.

15:22:28   16  There are people that think otherwise.  And maybe

15:22:35   17  colleagues of mine, who even work as legal advisors,

15:22:38   18  they might give divergent points of view completely.

15:22:46   19  But at the end of the day, it is not my or their opinion

15:22:51   20  that determines.  It's the actuality on the ground.

15:22:55   21        And in the example that you utilize, there

15:22:59   22  were two opinions.  There were people who said:  Don't

15:23:03   23  go to the International Court [sic].  And there was

15:23:05   24  a position:  Go ahead.

15:23:08   25        (In English.)  "Criminal Court."

15:23:10  1          MR. SCHOEN:  "International Criminal Court,"

15:23:10  2  he's saying.

15:23:22  3          OFFICIAL INTERPRETER AGHAZARIAN:

15:23:22  4          "International Court," I said.  So

15:23:22  5  "International Criminal Court."

15:23:11  6          THE WITNESS:  And the PA adopted the idea

15:23:24  7  of those saying:  Go ahead.  But, in fact, they said:

15:23:31  8  Go home.  You have nothing to do here.  This is the

15:23:38  9  reality on the ground, not what I wish for.

15:23:44  10          And there were people who thought that,

15:23:47  11  within ten years, the Oslo separations would -- would

15:23:52  12  be implied [sic] and we would have a state.  But the

15:23:59  13  agreement did not say:  Once you have ten years elapse

15:24:05  14  and then you have a state.

15:24:08  15          And if we were actually a state, all this

15:24:14  16  existing reality on the ground -- the ICC in -- in the

15:24:20  17  Hague, on the issue of the wall, considered that the

15:24:30  18  Palestinian areas are still under occupation.  It said

15:24:37  19  all lands occupied since 1967 still is subject to the

15:24:43  20  Geneva Accords and it is occupied areas.  It cannot be

15:24:55  21  to have occupied areas and, at the same time, you have

15:24:57  22  some kind of state within it.

15:25:00  23      Q.  BY MR. SCHOEN:  Is the Palestinian Authority's

15:25:03  24  position that it should be considered a state before

15:25:06  25  the United Nations?

```
15:25:15   1            MR. McALEER:  Objection as to form.
15:25:25   2            THE WITNESS:  Once again, it is not important
15:25:28   3   what the PA states.
15:25:30   4        Q.   BY MR. SCHOEN:  But that's my question.  My
15:25:32   5   question is whether it states or believes?
15:25:40   6        A.   What?
15:25:41   7        Q.   My -- my only question is whether the -- the
15:25:44   8   PA's position is -- its belief -- its -- its public
15:25:49   9   statement to the U.N. is that we, the Palestinian
15:25:54  10   Authority, should be treated like a state?
15:26:03  11            MR. McALEER:  Objection as to form.
15:26:05  12            I think part of the problem, David, is that
15:26:08  13   the way your question is posed, it doesn't address the
15:26:12  14   question of whether there is implementing action for
15:26:15  15   such an express aspiration.
15:26:19  16            MR. SCHOEN:  I don't need my question -- and
15:26:19  17   that's a speaking objection that we don't need.  That
15:26:22  18   is coaching the witness, in my view.
15:26:24  19            MR. McALEER:  Well --
15:26:25  20            MR. SCHOEN:  It may not be intended to.  But
15:26:25  21   it's going into substance.
15:26:26  22        Q.   BY MR. SCHOEN:  I have a very simple question,
15:26:28  23   whether it's -- you know, as well as I do, that the
15:26:29  24   Palestinian Authority has advocated before the United
15:26:37  25   Nations and before the world that it should be treated
```

| | | |
|---|---|---|
| 15:26:43 | 1 | as a member state of the United Nations.  Maybe it |
| 15:26:50 | 2 | should.  Maybe it shouldn't.  I don't know. |
| 15:26:56 | 3 | But I'm asking simply whether it's the |
| 15:27:02 | 4 | position of the Palestinian Authority that it should |
| 15:27:04 | 5 | be treated as a state and should -- should be permitted |
| 15:27:11 | 6 | to be a member state of the United Nations? |
| 15:27:20 | 7 | MR. McALEER:  Objection to form for the |
| 15:27:22 | 8 | reasons stated.  And, additionally, if that's your |
| 15:27:25 | 9 | construct and solely your construct, that has no |
| 15:27:28 | 10 | relevance to this case. |
| 15:27:30 | 11 | MR. SCHOEN:  That's simply not true. |
| 15:27:32 | 12 | MR. McALEER:  Okay. |
| 15:27:32 | 13 | MR. SCHOEN:  Well, are you instructing the |
| 15:27:32 | 14 | witness not to answer? |
| 15:27:33 | 15 | MR. ROCHON:  Yes.  I'm instructing him not |
| 15:27:34 | 16 | to answer that question. |
| 15:27:34 | 17 | If you say:  Does it consider itself to be |
| 15:27:37 | 18 | one now -- that's the question?  Does it say that it |
| 15:27:39 | 19 | is a state, not whether it should be?  "Should" is a |
| 15:27:42 | 20 | prescriptive.  That's the problem with the question. |
| 15:27:44 | 21 | As phrased, I'm instructing him not to answer. |
| 15:27:47 | 22 | MR. SCHOEN:  Okay.  I'm asking both questions. |
| 15:27:47 | 23 | So you need to decide -- |
| 15:27:48 | 24 | MR. ROCHON:  Then break it up. |
| 15:27:49 | 25 | MR. SCHOEN:  I'm asking both questions: |

| | | |
|---|---|---|
| 15:27:51 | 1 | Whether it considers itself to be a state -- |
| 15:27:54 | 2 | MR. ROCHON:  Right now? |
| 15:27:55 | 3 | MR. SCHOEN:  Yes. |
| 15:27:55 | 4 | -- and whether it considers itself -- whether |
| 15:27:56 | 5 | it believes it should be treated as a state. |
| 15:28:00 | 6 | MR. ROCHON:  Right now? |
| 15:28:01 | 7 | MR. SCHOEN:  Yes.  Whether it believes it |
| 15:28:03 | 8 | should be treated and welcomed in as a member state |
| 15:28:04 | 9 | of the United Nations. |
| 15:28:04 | 10 | MR. ROCHON:  Okay.  If you break it up that |
| 15:28:06 | 11 | way, I won't instruct. |
| 15:28:08 | 12 | MR. SCHOEN:  Either way, you would instruct |
| 15:28:08 | 13 | him not to answer?  What's the basis for instructing |
| 15:28:10 | 14 | not to answer? |
| 15:28:12 | 15 | MR. ROCHON:  On the first formulation, |
| 15:28:12 | 16 | whether it should it be a state, it's simply what -- |
| 15:28:14 | 17 | is so confusing that it's going to lead to a mistaken |
| 15:28:16 | 18 | answer.  It's -- it's a belief. |
| 15:28:18 | 19 | Should it be a state?  Certainly the |
| 15:28:20 | 20 | Palestinian Authority should be a state some day. |
| 15:28:23 | 21 | You have to decide whether or not it is currently |
| 15:28:25 | 22 | a state.  All we're here for is to find out whether |
| 15:28:26 | 23 | it currently has a capacity to be sued. |
| 15:28:29 | 24 | MR. SCHOEN:  That's what it is.  Do you |
| 15:28:31 | 25 | understand that to be a basis for an instruction not |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 15:28:32 | 1 | to answer under Rule 30? |
| 15:28:35 | 2 | MR. ROCHON:  On –– on the "should" which |
| 15:28:35 | 3 | gets into all these diplomatic issues and the current |
| 15:28:37 | 4 | position of President Abbas, yes. |
| 15:28:39 | 5 | MR. SCHOEN:  So your objection is on political |
| 15:28:39 | 6 | grounds or diplomatic grounds? |
| 15:28:42 | 7 | MR. ROCHON:  As to what should happen in the |
| 15:28:43 | 8 | future?  That's a political issue.  That's not what he's |
| 15:28:44 | 9 | here for.  He's here to talk about what our client is |
| 15:28:47 | 10 | today.  Ask him about today. |
| 15:28:49 | 11 | MR. SCHOEN:  And if –– I'm going to ask him |
| 15:28:49 | 12 | the questions.  You can instruct him not to answer. |
| 15:28:51 | 13 | MR. ROCHON:  Just –– just ask a clear one. |
| 15:28:56 | 14 | Q.   BY MR. SCHOEN:  Is it the PA's position that |
| 15:29:00 | 15 | today or sometime in the near future the United Nations |
| 15:29:10 | 16 | should treat the Palestinian Authority, as it currently |
| 15:29:19 | 17 | exists, as a state? |
| 15:29:22 | 18 | MR. ROCHON:  Objection. |
| 15:29:23 | 19 | I'm going to instruct him not to answer. |
| 15:29:26 | 20 | That goes to diplomatic issues as to what |
| 15:29:30 | 21 | the current diplomatic views are of our client.  I |
| 15:29:34 | 22 | will not object to any questions about what its current |
| 15:29:36 | 23 | status is. |
| 15:29:36 | 24 | MR. SCHOEN:  Is that because it involves the |
| 15:29:39 | 25 | U.N., or in any circumstance?  If I ask whether –– let |

| | | |
|---|---|---|
| 15:29:41 | 1 | me finish -- whether -- whether it should be considered |
| 15:29:45 | 2 | a state for any purpose in the future? |
| 15:29:54 | 3 | MR. ROCHON:  If you ask me whether my client |
| 15:29:56 | 4 | aspires to be a state, the answer would -- I wouldn't |
| 15:29:56 | 5 | object.  Because we all know that it aspires to be a |
| 15:30:00 | 6 | state. |
| 15:30:00 | 7 | But if you start talking about the mechanisms |
| 15:30:02 | 8 | by which it achieves, either through U.N., general |
| 15:30:06 | 9 | observer status, Security Council, withdrawing or not |
| 15:30:10 | 10 | withdrawing that, I object to those, and I'll instruct |
| 15:30:12 | 11 | him not to answer. |
| 15:30:13 | 12 | It's currently the subject of intense debate |
| 15:30:14 | 13 | with the Arab League and other folks.  This witness |
| 15:30:17 | 14 | is not here to discuss the diplomacy of our client. |
| 15:30:20 | 15 | And I will instruct him not to answer those kinds of |
| 15:30:22 | 16 | questions. |
| 15:30:29 | 17 | Q.   BY MR. SCHOEN:  As it exists today, is it |
| 15:30:38 | 18 | the PA's position that it's qualified to be a state? |
| 15:30:56 | 19 | And by a "state," I mean a member state |
| 15:30:58 | 20 | of the United Nations or a state for purposes of the |
| 15:31:07 | 21 | International Criminal Court. |
| 15:31:17 | 22 | MR. McALEER:  Objection as to form. |
| 15:31:39 | 23 | THE WITNESS:  I believe there is a big |
| 15:31:40 | 24 | distinction or we should differentiate between what |
| 15:31:45 | 25 | we aspire for as Palestinians and our actuality. |

| | | |
|---|---|---|
| 15:31:53 | 1 | Our ambition is to have a state like any other |
| 15:31:57 | 2 | people in -- in the world.  The only country or people |
| 15:32:04 | 3 | that does not have a statehood in the 21st century |
| 15:32:10 | 4 | is us.  And our ambition for sure it is to achieve |
| 15:32:16 | 5 | statehood.  This is our legitimate right.  This is |
| 15:32:23 | 6 | something.  But what you are asking about is something |
| 15:32:26 | 7 | entirely different. |
| 15:32:31 | 8 | This is, I believe, a political issue more |
| 15:32:34 | 9 | than being a legal or legalistic issue.  And if the |
| 15:32:42 | 10 | political talks were continuing proceeding, there would |
| 15:32:47 | 11 | have been no need to head to the United Nations.  And |
| 15:32:57 | 12 | I also believe seeking the United Nations was a way |
| 15:33:03 | 13 | in order to activate water which is stale, to move |
| 15:33:12 | 14 | the -- the stale water. |
| 15:33:14 | 15 | CHECK INTERPRETER HAZOU:  "Still waters." |
| 15:33:16 | 16 | Yes. |
| 15:33:22 | 17 | Q.   BY MR. SCHOEN:  If a person lives in the |
| 15:33:24 | 18 | area governed by the Palestinian Authority -- and I |
| 15:33:28 | 19 | think I only have about two or three questions now -- |
| 15:33:32 | 20 | if a -- does that person have the right to say that |
| 15:33:53 | 21 | he's not -- he or she is not subject to the authority |
| 15:34:10 | 22 | of the Palestinian Authority? |
| 15:34:20 | 23 | MR. McALEER:  Objection to form and beyond |
| 15:34:21 | 24 | the scope. |
| 15:34:21 | 25 | THE WITNESS:  I already answered this question |

| | | |
|---|---|---|
| 15:34:23 | 1 | previously. |
| 15:34:23 | 2 | Q.   BY MR. SCHOEN:  I didn't hear the answer, |
| 15:34:25 | 3 | then.  I need another answer. |
| 15:34:29 | 4 | A.   No problem.  That's not my problem. |
| 15:34:31 | 5 | Q.   Do you refuse to answer the question now? |
| 15:34:38 | 6 | A.   You haven't heard -- you haven't heard me. |
| 15:34:41 | 7 | You haven't -- |
| 15:34:45 | 8 | MR. SCHOEN:  Let the record reflect, as |
| 15:34:46 | 9 | we did before, the witness just pointed at me and |
| 15:34:48 | 10 | raised his voice.  That's my observation of what |
| 15:34:51 | 11 | happened here.  He picked up a pen and pointed the |
| 15:35:04 | 12 | pen at me, demonstrating while he was talking. |
| 15:35:09 | 13 | Now that doesn't bother me.  But |
| 15:35:12 | 14 | Mr. McAleer put on the record before what he said |
| 15:35:15 | 15 | was his observation that I had raised my voice and -- |
| 15:35:20 | 16 | and did something with my finger into the table. |
| 15:35:35 | 17 | MR. McALEER:  Well, the good thing is that |
| 15:35:36 | 18 | we have a video of Mr. Amawi, which will fully confirm |
| 15:35:43 | 19 | how patient Mr. Amawi -- Amawi has been during this |
| 15:35:47 | 20 | entire exercise and his -- his commendable efforts to |
| 15:35:53 | 21 | respond to your questions.  So I suggest that you get |
| 15:35:57 | 22 | through with the remaining question or questions that |
| 15:36:02 | 23 | you have. |
| 15:36:05 | 24 | MR. SCHOEN:  I think I have a few more now. |
| 15:36:09 | 25 | THE WITNESS:  I answer again -- and I |

SEPTEMBER 6, 2012 - JAWAD AMAWI

15:36:14  1   apologize if I spoke with a loud pitch.  My purpose

15:36:18  2   is not to minimize the importance of anybody.

15:36:26  3           But I have said, first and foremost, that

15:36:29  4   I'm here as an attorney and I am proud of that.  And

15:36:38  5   I don't like people to ignore me.  I assume that, when

15:36:40  6   I ask a question for a witness that I am listening to,

15:36:47  7   I should focus on getting the answer to the question

15:36:52  8   rather than him talking to his colleague.

15:37:00  9           I am sorry to inform my colleague, the

15:37:03 10   attorney, without exaggeration, that more than

15:37:13 11   40 percent of the answers that I was giving to him

15:37:17 12   he did not listen to, because he used to ask me a

15:37:24 13   question and, at the same time, start whispering

15:37:28 14   with his colleague.

15:37:33 15           Although I felt a personal injury in this

15:37:36 16   format, I said nothing.  But I do not like the idea

15:37:43 17   that you have not heard me.  That's not my problem,

15:37:46 18   because you were talking to your colleague.  This is

15:37:51 19   why I'm sorry, I don't feel in a position to answer

15:37:54 20   that question.

15:37:55 21      Q.   BY MR. SCHOEN:  Let me be clear.  When I

15:37:57 22   said I didn't hear that answer, I have heard every

15:38:06 23   single word that you have said.  I have listened or

15:38:12 24   spoken to my colleague, who is sitting next to me,

15:38:15 25   only when the answer was being given in Arabic that

| | | |
|---|---|---|
| 15:38:25 | 1 | I couldn't understand. |
| 15:38:30 | 2 | When the translation to English began, I |
| 15:38:36 | 3 | have listened to every word.  And, in fact, I have |
| 15:38:43 | 4 | stopped -- I've stopped my colleague from speaking |
| 15:38:49 | 5 | to me in order to hear the answer in English, both |
| 15:38:56 | 6 | to hear the answer and out of respect for the witness. |
| 15:39:10 | 7 | A.   (In English.)  Thank you. |
| 15:39:22 | 8 | (Translated.)  Thank you. |
| 15:39:23 | 9 | Q.   Just give me a moment to look over my notes. |
| 15:39:41 | 10 | THE VIDEOGRAPHER:  Can we take a break to |
| 15:39:42 | 11 | change the tape? |
| 15:39:43 | 12 | MR. SCHOEN:  Yeah.  I mean, I think it -- |
| 15:39:43 | 13 | MR. ROCHON:  Let's take a break. |
| 15:39:43 | 14 | MR. SCHOEN:  Just go over my notes. |
| 15:39:43 | 15 | (Simultaneous colloquy.) |
| 15:39:43 | 16 | MR. SCHOEN:  Okay.  I think I would say I have |
| 15:39:43 | 17 | no more questions. |
| 15:39:43 | 18 | MR. ROCHON:  Change the tape. |
| 15:39:43 | 19 | MR. SCHOEN:  Change the tape. |
| 15:39:43 | 20 | MR. ROCHON:  Off the record. |
| 15:39:53 | 21 | THE VIDEOGRAPHER:  Going off the -- the record |
| 15:39:54 | 22 | at 3:39. |
| 15:39:56 | 23 | (Recess from 3:39 p.m. to 3:42 p.m.) |
| 15:42:40 | 24 | THE VIDEOGRAPHER:  Back on record at 3:42. |
| 15:42:53 | 25 | Q.   BY MR. SCHOEN:  Can you please tell me, sir, |

15:42:59   1   all of the facts that you believe, as a representative

15:43:09   2   of the PA, that support the claim that the PA is an

15:43:26   3   unincorporated association, as that term has been

15:43:36   4   used by the PA in this case?

15:43:53   5       A.   I don't know the term that has been used.

15:43:55   6   I'm not the lawyer involved in this case.

15:44:06   7           If the term "unincorporated association" --

15:44:09   8   does it mean what I mean?  If it's yes, it's possible.

15:44:16   9   The term "unincorporated association," maybe there are

15:44:24  10   terms that are used in the American terminology that

15:44:29  11   I'm not familiar with.  And, unfortunately, my English

15:44:36  12   is quite poor.  My command of English is quite poor.

15:44:40  13   I wish I could be in a better position to understand

15:44:44  14   this term.  That's it.

15:44:51  15       Q.   Whether it's because of a lack of

15:44:53  16   understanding the term or otherwise, as you sit here

15:44:56  17   today, can you tell us all of the facts that the PA

15:45:12  18   believes supports the claim that the PA has entered --

15:45:21  19           (Pending question partially translated.)

15:45:21  20       Q.   BY MR. SCHOEN:  (Not translated.)  -- that

15:45:21  21   the PA -- that supports the claim that the PA has

15:45:25  22   made in this lawsuit --

15:45:28  23           OFFICIAL INTERPRETER BEN-NAIM:  Sorry.

15:45:29  24   I don't get you.

15:45:31  25       Q.   BY MR. SCHOEN:  As you sit here today,

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 15:45:32 | 1 | as a representative of the PA, can you tell me the |
| 15:45:37 | 2 | facts that you believe, as a representative of the PA, |
| 15:45:49 | 3 | support the claim made by the PA in this lawsuit that |
| 15:46:00 | 4 | we're a, as the PA has used that term, "unincorporated |
| 15:46:15 | 5 | association"? |
| 15:46:15 | 6 | (Pending question partially translated.) |
| 15:46:15 | 7 | MR. SCHOEN:  "Association." |
| 15:46:15 | 8 | (Remainder of pending question translated.) |
| 15:46:25 | 9 | MR. McALEER:  Objection. |
| 15:46:26 | 10 | You're talking, Counsel, about something other |
| 15:46:29 | 11 | than what he's been talking about for the last several |
| 15:46:32 | 12 | hours? |
| 15:46:33 | 13 | MR. SCHOEN:  I'm asking him now, at one time, |
| 15:46:34 | 14 | to -- in one time, to list the facts that he believes |
| 15:46:39 | 15 | support the claim that the PA is an unincorporated |
| 15:46:42 | 16 | association, as that term is used by the PA in this |
| 15:46:45 | 17 | lawsuit. |
| 15:46:46 | 18 | OFFICIAL INTERPRETER BEN-NAIM:  Can I rephrase |
| 15:46:48 | 19 | it for him in the translation?  Because I guess -- |
| 15:46:53 | 20 | MR. SCHOEN:  Sure.  Sure. |
| 15:46:53 | 21 | OFFICIAL INTERPRETER BEN-NAIM:  -- things |
| 15:46:53 | 22 | didn't get -- |
| 15:46:53 | 23 | MR. SCHOEN:  Should I say it again for you? |
| 15:46:55 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  Yep. |
| 15:46:55 | 25 | MR. SCHOEN:  Okay. |

| | | |
|---|---|---|
| 15:46:55 | 1 | OFFICIAL INTERPRETER BEN-NAIM:  Please. |
| 15:46:57 | 2 | MR. SCHOEN:  I'm asking him now whether he |
| 15:47:00 | 3 | can answer me -- |
| 15:47:03 | 4 | OFFICIAL INTERPRETER BEN-NAIM:  With the |
| 15:47:04 | 5 | agreement of the -- the other side, can you please |
| 15:47:09 | 6 | start from -- from the end?  "The Palestinian Authority |
| 15:47:11 | 7 | consists" -- |
| 15:47:16 | 8 | Q.   BY MR. SCHOEN:  The Palestinian Authority, |
| 15:47:16 | 9 | in this case, has made the claim that it is an un -- |
| 15:47:23 | 10 | unincorporated association. |
| 15:47:35 | 11 | OFFICIAL INTERPRETER BEN-NAIM:  What was |
| 15:47:36 | 12 | translated by the interpreters in this courtroom -- |
| 15:47:38 | 13 | in this room as -- |
| 15:47:43 | 14 | (Comments in Arabic by Official Interpreter |
| 15:47:43 | 15 | Ben-Naim and Official Interpreter Aghazarian.) |
| 15:47:46 | 16 | Q.   BY MR. SCHOEN:  And I'm also using the term |
| 15:47:48 | 17 | in English "unincorporated association." |
| 15:48:03 | 18 | Can you tell me now what all of the facts are |
| 15:48:12 | 19 | that the PA believes supports that claim -- supports |
| 15:48:29 | 20 | that claim that the PA is an unincorporated association? |
| 15:48:34 | 21 | (Pending question partially translated.) |
| 15:48:34 | 22 | MR. SCHOEN:  "Unincorporated." |
| 15:48:57 | 23 | (Remainder of pending question translated.) |
| 15:49:02 | 24 | MR. McALEER:  I believe there may be a |
| 15:49:04 | 25 | translation issue. |

```
15:49:05  1          OFFICIAL INTERPRETER BEN-NAIM:  Okay.
15:49:06  2          CHECK INTERPRETER HAZOU:  When we say
15:49:07  3  "unincorporated association," it has been translated
15:49:12  4  as being --
15:49:14  5          (Comment in Arabic by Check Interpreter
15:49:14  6      Hazou.)
15:49:16  7          CHECK INTERPRETER HAZOU:  -- which to me does
15:49:17  8  not make any sense to be honest.
15:49:19  9          MR. SCHOEN:  Okay.
15:49:21 10          CHECK INTERPRETER HAZOU:  It may -- they may
15:49:22 11  have -- what I'm asking is as simple as this:  Can you
15:49:27 12  please elaborate on this expression --
15:49:30 13          (Comment in Arabic by Check Interpreter
15:49:30 14      Hazou.)
15:49:31 15          CHECK INTERPRETER HAZOU:  -- so that --
15:49:32 16          OFFICIAL INTERPRETER AGHAZARIAN:  Because
15:49:32 17  a corporation -- I mean, it's the first time I hear
15:49:35 18  this term.
15:49:37 19          MR. SCHOEN:  Let me respond, please.  Let
15:49:37 20  me respond, as the person asking the question.  There
15:49:40 21  should not be, in my view, a translation problem that
15:49:43 22  decides whether this question can be answered.
15:49:47 23          It's the PA that has used the term
15:49:49 24  "unincorporated association" in its filings.  The
15:49:59 25  section -- the section of the Rule 30(b)(6) note --
```

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | |
|---|---|
| 15:50:04 | 1 |
| 15:50:08 | 2 |
| 15:50:14 | 3 |
| 15:50:17 | 4 |
| 15:50:19 | 5 |
| 15:50:24 | 6 |
| 15:50:27 | 7 |
| 15:50:32 | 8 |
| 15:50:37 | 9 |

15:50:04   1   motion -- notice that refers to this specifically

15:50:08   2   lists out a witness to be designated who can testify

15:50:14   3   as to exactly what No. 12 says:

15:50:17   4            "All facts relating to the claim by the

15:50:19   5   PA that it is an unincorporated association, within

15:50:24   6   the meaning of that term as used on page 36 of the

15:50:27   7   Memorandum in Support of Defendants' Motion to Vacate

15:50:32   8   Clerk's Entry of Default, filed by the PA in this

15:50:37   9   action."

15:50:37   10            And then there's a reference in parentheses

15:50:41   11   to Docket Entry No. 77.

15:50:43   12            It is our position, so that it's clear, that

15:50:45   13   if there's a problem with translation or understanding

15:50:53   14   the term, then the obligation on the defendants was

15:51:07   15   either to designate a witness who understood that

15:51:11   16   term to the extent that term can be understood and

15:51:19   17   is something other than a legal concept.

15:51:23   18            (Colloquy partially translated.)

15:51:29   19            OFFICIAL INTERPRETER BEN-NAIM:  "To the"?

15:51:31   20            MR. SCHOEN:  To the extent that term can be

15:51:33   21   understood -- I don't remember exactly what I said --

15:51:36   22   or as something that's a legal concept.  But the point

15:51:46   23   is the PA selected that term.

15:51:54   24            OFFICIAL INTERPRETER BEN-NAIM:  "Selected"?

15:51:59   25            MR. SCHOEN:  "Selected."

| | | |
|---|---|---|
| 15:52:00 | 1 | And we asked that a witness be designated -- |
| 15:52:07 | 2 | OFFICIAL INTERPRETER BEN-NAIM:  "Be"? |
| 15:52:09 | 3 | MR. SCHOEN:  -- that a witness be designated |
| 15:52:11 | 4 | who could explain and give us all of the facts.  That's |
| 15:52:22 | 5 | all. |
| 15:52:23 | 6 | MR. McALEER:  All right.  Well, we're not |
| 15:52:24 | 7 | going to get into a debate on the record in this |
| 15:52:28 | 8 | deposition. |
| 15:52:28 | 9 | I object to the form of your question, |
| 15:52:30 | 10 | particularly to the extent that it ignores the last |
| 15:52:35 | 11 | several hours of testimony in which the witness had |
| 15:52:40 | 12 | stated any number of different facts.  So -- |
| 15:52:44 | 13 | MR. SCHOEN:  All right.  Let me -- I'll ask |
| 15:52:45 | 14 | him another question, then. |
| 15:52:47 | 15 | Q.   BY MR. SCHOEN:  Do you believe that the |
| 15:52:52 | 16 | answers you've given to these questions I've asked |
| 15:52:58 | 17 | you about an unincorporated association state facts -- |
| 15:53:07 | 18 | are facts which support the claim that the PA has made |
| 15:53:29 | 19 | in this case that it is an unincorporated association? |
| 15:53:42 | 20 | OFFICIAL INTERPRETER BEN-NAIM:  I said also: |
| 15:53:43 | 21 | What was translated here with objection -- with -- with |
| 15:53:52 | 22 | some observations. |
| 15:53:55 | 23 | (Comment in Arabic by Official Interpreter |
| 15:53:55 | 24 | Ben-Naim.) |
| 15:53:58 | 25 | THE WITNESS:  (In English.)  Okay. |

| | | |
|---|---|---|
| 15:54:02 | 1 | (Translated.)  First of all, I am not a |
| 15:54:06 | 2 | specialist on American law.  And there is no precedent |
| 15:54:15 | 3 | that I have been exposed to the American law. |
| 15:54:23 | 4 | When the PA -- cases were raised against it, |
| 15:54:28 | 5 | it assigned relevant people with expertise about the |
| 15:54:33 | 6 | American law system.  The job of the people in these |
| 15:54:41 | 7 | American law firms, because they work within the |
| 15:54:48 | 8 | American legal system, is to respond in -- in -- in a |
| 15:54:56 | 9 | way that fits within the American legal system.  I say |
| 15:55:00 | 10 | that I'm not an authority and they have the packaging |
| 15:55:04 | 11 | to follow up the matter. |
| 15:55:17 | 12 | If -- if I wanted to resort to -- there was |
| 15:55:22 | 13 | no need to go to a specialized American law firm in |
| 15:55:27 | 14 | order to deal up with the issue.  I responded to the |
| 15:55:33 | 15 | questions that were addressed to me.  And this term |
| 15:55:41 | 16 | that has been subject for controversial discussion |
| 15:55:51 | 17 | somehow, so they see, according to the American legal |
| 15:55:53 | 18 | framework, this is the term that -- that will be |
| 15:55:56 | 19 | endorsed. |
| 15:56:01 | 20 | If the case was being pursued in a different |
| 15:56:04 | 21 | country, most probably they would use a different term. |
| 15:56:14 | 22 | If -- if you use this term of -- |
| 15:56:17 | 23 | (Comment in Arabic by the witness.) |
| 15:56:18 | 24 | THE WITNESS:  -- which is the Arabic, maybe |
| 15:56:20 | 25 | nobody will understand around here.  And there is no |

| | | |
|---|---|---|
| 15:56:25 | 1 | court system that will be able to understand. |
| 15:56:32 | 2 | But very clearly that this term has its place |
| 15:56:36 | 3 | within the American legal system and it's there.  So I |
| 15:56:47 | 4 | believe that I have answered all the questions related |
| 15:56:50 | 5 | to our actuality regarding the status of the PA.  The |
| 15:57:03 | 6 | final drafting and how to list these names, what comes |
| 15:57:08 | 7 | first, what comes next, this is -- the final packaging, |
| 15:57:11 | 8 | this is the work of the law firm in the United States. |
| 15:57:15 | 9 | MR. SCHOEN:  Okay.  No more questions. |
| 15:57:17 | 10 | MR. McALEER:  Mr. Amawi, I know it's been |
| 15:57:19 | 11 | a long day, but I have just a few questions for you. |
| 15:57:23 | 12 | THE WITNESS:  (In English.)  It's okay. |
| 15:57:25 | 13 | |
| 15:57:25 | 14 | EXAMINATION |
| 15:57:29 | 15 | BY MR. McALEER: |
| 15:57:26 | 16 | Q.   Do you recall Mr. Schoen asking you whether, |
| 15:57:33 | 17 | in preparation for testifying today regarding Topic |
| 15:57:45 | 18 | No. 7 in the Notice of Deposition, Shaher Al-Rai and |
| 15:57:56 | 19 | his imprisonment, Mr. Schoen asked you if you had |
| 15:58:04 | 20 | contacted Shaher Al-Rai to determine when he was |
| 15:58:11 | 21 | released from Palestinian prison following his 1994 |
| 15:58:16 | 22 | or '95 incarceration? |
| 15:58:20 | 23 | (Pending question partially translated.) |
| 15:58:42 | 24 | OFFICIAL INTERPRETER BEN-NAIM:  "To"?  To |
| 15:58:42 | 25 | make sure about the time? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

15:58:45   1          MR. McALEER:  "His release from" --

15:58:51   2          OFFICIAL INTERPRETER BEN-NAIM:  "From prison"?

15:58:52   3          MR. McALEER:  "From Palestinian prison

15:58:55   4   following his incarceration in 1994 or '95."

15:58:57   5          (Remainder of pending question translated.)

15:59:01   6          THE WITNESS:  Correct.

15:59:09   7      Q.   BY MR. McALEER:  Do you recall telling

15:59:12   8   Mr. Schoen, in response to that question, that in

15:59:23   9   preparation for your testimony today on that topic,

15:59:25  10   that you had not spoken with Mr. Shaher Al-Rai

15:59:41  11   regarding the date of his release from Palestinian

15:59:44  12   prison?

15:59:51  13      A.   I have not talked to him.

15:59:54  14      Q.   Did you ask anyone else to attempt to contact

16:00:00  15   Shaher Al-Rai to ask Shaher Al-Rai about his release

16:00:08  16   date?

16:00:08  17          (Pending question partially translated.)

16:00:09  18          OFFICIAL INTERPRETER BEN-NAIM:  "Released

16:00:23  19   from"?

16:00:24  20          MR. McALEER:  "The Palestinian prison."

16:00:27  21          (Remainder of pending question translated.)

16:00:30  22          THE WITNESS:  I reiterate the way I stated

16:00:33  23   earlier.  I was asked and declared that I did not talk

16:00:41  24   with Mr. Al-Rai, that this is not my job.  And I said

16:00:53  25   that I have searched in my official capacity.

SEPTEMBER 6, 2012 - JAWAD AMAWI

16:00:56  1        And I went to the proper address which, in

16:01:02  2   this case, is the military prosecution.  And I answered

16:01:14  3   indirectly on one of the questions that were addressed

16:01:18  4   to me when he said:  Does the PA find it difficult to

16:01:28  5   extract the information from Mr. Shaher Al-Rai?

16:01:33  6        And I said:  Yes, there are impediments in

16:01:40  7   this respect.

16:01:44  8        I have a colleague with whom -- who is -- who

16:01:52  9   is the head of the center of our ministry in Kalkilya.

16:01:59  10  His name is Nael Ghannam, and he's a friend of Shaher

16:02:07  11  Al-Rai.  I asked him, as the head of our center, branch

16:02:16  12  there, without knowing that there is a depo.  And I

16:02:26  13  didn't inform why I am questioning about the matter.

16:02:35  14       I told him:  Whenever you see Shaher and --

16:02:38  15  ask him indirectly when was he released from the Jericho

16:02:44  16  jail.  Of course, this is not official.  But I did this

16:02:51  17  as a personal nature.  In my representative capacity

16:03:02  18  for the PA, I have no right to go around in this manner.

16:03:12  19       And the response from Shaher was -- and he

16:03:15  20  has no idea that there is a depo.  He cursed his friend,

16:03:25  21  this clerk of ours, that:  Merely hearing the word about

16:03:33  22  my Jericho ordeal, I could kill anybody that shows up

16:03:42  23  in front of me whenever this is mentioned.  And this

16:03:45  24  is an issue that I do not want to remember at all.

16:03:56  25       I did not reveal this before.  I said that

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 16:03:59 | 1 | there are impediments on the issue.  Because this |
| 16:04:13 | 2 | clearly was not done in a proper way.  It's not my job. |
| 16:04:17 | 3 | But I tried to do it in a roundabout way.  That's the |
| 16:04:24 | 4 | answer. |
| 16:04:26 | 5 |     Q.   BY MR. McALEER:  Do you know what Mr. Shaher |
| 16:04:28 | 6 | Al-Rai told your Kalkilya colleague the date on which |
| 16:04:32 | 7 | Mr. Shaher Al-Rai was released from the Jericho prison? |
| 16:04:36 | 8 |         MR. SCHOEN:  Objection. |
| 16:04:47 | 9 |         THE WITNESS:  He absolutely rejected -- he |
| 16:04:50 | 10 | refused to -- to delve into the topic whatsoever.  I |
| 16:05:05 | 11 | was trying to get the information because it was part |
| 16:05:07 | 12 | of the requirement here. |
| 16:05:18 | 13 |         And so, formally, my job was to correspond |
| 16:05:22 | 14 | with the military prosecution, which I did.  I cannot |
| 16:05:34 | 15 | summon him:  Come, there is a case I want to know. |
| 16:05:36 | 16 | I cannot dictate on him to reveal the information. |
| 16:05:45 | 17 | So this is why, since it's a personal matter, I did |
| 16:05:48 | 18 | not go into detail on this particular subject. |
| 16:05:52 | 19 |         MR. McALEER:  Those are all the questions |
| 16:05:57 | 20 | I have. |
| 16:05:57 | 21 | |
| 16:05:57 | 22 |                 FURTHER EXAMINATION |
| 16:05:58 | 23 | BY MR. SCHOEN: |
| 16:05:57 | 24 |     Q.   Mr. Al-Rai -- sorry.  Mr. -- sorry. |
| 16:06:05 | 25 |         Do you recall when I asked you those questions |

SEPTEMBER 6, 2012 - JAWAD AMAWI

| | | |
|---|---|---|
| 16:06:10 | 1 | and you told me that you felt Al-Rai wouldn't speak |
| 16:06:20 | 2 | because he hated the Palestinian Authority or something |
| 16:06:26 | 3 | like that? |
| 16:06:28 | 4 | A.   I said this, of course, I -- repeatedly. |
| 16:06:33 | 5 | Q.   Do you remember I asked you:  How do you know |
| 16:06:36 | 6 | that, or something like that, to that effect? |
| 16:06:44 | 7 | A.   And I answered this went public.  It was |
| 16:06:47 | 8 | published in the paper.  And in all the circles, he |
| 16:06:50 | 9 | was openly cursing the PA.  I remember vividly. |
| 16:06:55 | 10 | Q.   Do you remember I asked you whether you spoke |
| 16:06:57 | 11 | to anyone in Kalkilya or you went to Kalkilya to find |
| 16:07:01 | 12 | out about it? |
| 16:07:12 | 13 | A.   You asked me if you went and tried to bring |
| 16:07:15 | 14 | this information.  And I clearly stated that this is |
| 16:07:18 | 15 | not my job.  Once again, I'm very lucid and clear on |
| 16:07:26 | 16 | what I said.  And I still believe that this is not my |
| 16:07:33 | 17 | job.  And what I responded, I stick to. |
| 16:07:40 | 18 | I utilized something which is not kosher, if |
| 16:07:44 | 19 | you like.  It is like, you know, draw -- pull his neck |
| 16:07:51 | 20 | and try to get the information.  And I did not want |
| 16:07:55 | 21 | to speak about this matter.  Because it's as if I was |
| 16:08:06 | 22 | trapping him.  I did not inform him that there is a |
| 16:08:09 | 23 | case brewing somewhere. |
| 16:08:13 | 24 | But when my -- my friend, colleague, he said, |
| 16:08:15 | 25 | "Why do you want the date of release?" I said there was |

| | | |
|---|---|---|
| 16:08:22 | 1 | an argument when was the date, and I want to know the |
| 16:08:28 | 2 | exact date of the release.  So -- so I myself, you know, |
| 16:08:39 | 3 | went in a roundabout way to get the information.  And |
| 16:08:42 | 4 | if you went to the military prosecution, of course, |
| 16:08:46 | 5 | no one is in a position. |
| 16:08:53 | 6 | But I clearly stated that there would be |
| 16:08:59 | 7 | impediments and -- and obstacles.  And this was the |
| 16:09:03 | 8 | gist of it.  And the problem whether he will cooperate |
| 16:09:14 | 9 | or not, and I responded to you. |
| 16:09:16 | 10 | Q.   Do you remember that I specifically asked |
| 16:09:17 | 11 | you about your -- about your relationship with Al-Rai |
| 16:09:25 | 12 | that wasn't in your official capacity? |
| 16:09:26 | 13 | (Pending question partially translated.) |
| 16:09:27 | 14 | OFFICIAL INTERPRETER BEN-NAIM:  "That wasn't"? |
| 16:09:34 | 15 | MR. SCHOEN:  "That was not in your official |
| 16:09:36 | 16 | capacity." |
| 16:09:37 | 17 | (Remainder of pending question translated.) |
| 16:09:37 | 18 | Q.   BY MR. SCHOEN:  I asked you if you remembered |
| 16:09:38 | 19 | when you were his lawyer and that you had a relationship |
| 16:09:47 | 20 | when you were not a member of the -- not a member -- |
| 16:09:50 | 21 | employed by the PA. |
| 16:10:00 | 22 | A.   I answered you.  And I said I was his attorney |
| 16:10:03 | 23 | and -- and there was no personal relationship, just |
| 16:10:09 | 24 | between a client.  If there is a reason, I would have |
| 16:10:13 | 25 | personally called him to get the information. |

SEPTEMBER 6, 2012 - JAWAD AMAWI

161

| | | |
|---|---|---|
| 16:10:17 | 1 | Q.   But you understood that I was asking you how |
| 16:10:23 | 2 | you know he would be angry with the PA or wouldn't speak |
| 16:10:30 | 3 | to the PA? |
| 16:10:39 | 4 | A.   I answered you also in a legal way, which |
| 16:10:42 | 5 | is familiar to everybody.  I considered that.  So I |
| 16:11:05 | 6 | do not want to speak about this because there is a |
| 16:11:07 | 7 | specificity in the case.  It's not a personal kind |
| 16:11:11 | 8 | of relationship between me and him. |
| 16:11:16 | 9 | His rejection -- I have clearly responded to |
| 16:11:20 | 10 | your query.  The man refuses to delve into the issue. |
| 16:11:29 | 11 | He feels it's a black spot.  Let's not make an issue |
| 16:11:35 | 12 | out of it. |
| 16:11:36 | 13 | Q.   That's what your friend told you? |
| 16:11:39 | 14 | A.   Yes. |
| 16:11:39 | 15 | Q.   You have no other way of knowing that? |
| 16:11:50 | 16 | A.   He had been opening fire in his words, |
| 16:11:53 | 17 | verbally lashing against the -- against the -- bashing |
| 16:11:58 | 18 | against the -- the Authority.  And because I know this |
| 16:12:03 | 19 | issue and I know that he's allergic particularly to |
| 16:12:09 | 20 | this issue, I sent somebody to sneak and try to get |
| 16:12:18 | 21 | the information.  And even in an indirect, sneaky way, |
| 16:12:22 | 22 | he was intimidated, and there was an outburst, you know, |
| 16:12:32 | 23 | an anger. |
| 16:12:33 | 24 | Q.   Were you there for the conversation between -- |
| 16:12:36 | 25 | between your friend -- between your friend and Al-Rai? |

SEPTEMBER 6, 2012 - JAWAD AMAWI

16:12:44  1        A.   Of course I wasn't there.

16:12:45  2        Q.   You were not there?

16:12:47  3             OFFICIAL INTERPRETER AGHAZARIAN:  "No."

16:12:53  4             THE WITNESS:  So why -- I mean, if I was

16:12:55  5   present, why should I ask my friend in order to sneak

16:13:00  6   to get the information?

16:13:01  7             You know, he said:  I mean, I asked it

16:13:15  8   innocently.  And, you know, the -- the person that

16:13:16  9   asked the question, he said:  When I raised this issue,

16:13:20 10   he was furious, and he wanted to -- to stab me.

16:13:24 11        Q.   BY MR. SCHOEN:  So the truth of this report

16:13:26 12   that you've given us -- that you gave Mr. McAleer, in

16:13:36 13   response to his question, but didn't testify about when

16:13:44 14   I asked you my questions, the truth of the conversation

16:13:56 15   between your friend and Al-Rai is based entirely on

16:14:05 16   what you say your friend told you?

16:14:19 17        A.   No.  That's not accurate.  I responded to

16:14:24 18   you the same answer that I received from my friend.

16:14:28 19   But -- but he entered in -- in further detail, and so

16:14:39 20   I elaborated further.  And the principle, it has been

16:14:47 21   the same.  This is just a detail.  And I consider that

16:14:54 22   it has no weight to move the thing forward or backwards.

16:15:01 23   The principle of his rejecting bringing this issue forth

16:15:06 24   is the bottom line.

16:15:09 25        Q.   So when I asked you whether you asked Al-Rai

| | | |
|---|---|---|
| 16:15:13 | 1 | when he was released from prison -- |
| 16:15:21 | 2 | A.   I did not ask Al-Rai. |
| 16:15:23 | 3 | Q.   Let me -- let me finish my question. |
| 16:15:27 | 4 | When I asked you whether you asked Al-Rai |
| 16:15:35 | 5 | when he -- when he was released and you answered that |
| 16:15:39 | 6 | you had not -- |
| 16:15:44 | 7 | A.   Correct. |
| 16:15:44 | 8 | Q.   -- and if I asked you whether you made any |
| 16:15:48 | 9 | attempt to find out from Al-Rai -- |
| 16:15:50 | 10 | (Pending question partially translated.) |
| 16:15:52 | 11 | OFFICIAL INTERPRETER BEN-NAIM:  To what? |
| 16:15:58 | 12 | Q.   BY MR. SCHOEN:  -- to -- made any attempt |
| 16:15:59 | 13 | to find out from Al-Rai when he was released -- and |
| 16:16:06 | 14 | the transcript will tell us whether I asked you that |
| 16:16:12 | 15 | or not -- if your answer to that was "no," that would |
| 16:16:20 | 16 | not have been a truthful answer or a complete answer; |
| 16:16:24 | 17 | correct? |
| 16:16:37 | 18 | A.   What you say is not correct, for a given |
| 16:16:43 | 19 | reason.  Go back to the questions that you have |
| 16:16:48 | 20 | addressed to me.  You -- you kept reiterating "in |
| 16:16:53 | 21 | your capacity as somebody coming in to represent the |
| 16:16:57 | 22 | PA." |
| 16:17:03 | 23 | And -- and -- and I am not compelled, as a PA, |
| 16:17:09 | 24 | to talk to you.  I did not speak all of this in -- in |
| 16:17:18 | 25 | my capacity as a PA representative.  All your focus |

SEPTEMBER 6, 2012 - JAWAD AMAWI

16:17:28  1   is that you, in your capacity as PA, have shortcomings

16:17:33  2   and failed to respond to your responsibilities.  And

16:17:40  3   I will answer in the same size that you are putting

16:17:45  4   your questions to me.

16:17:46  5        Q.   Did you take any other steps in your capacity

16:17:49  6   other than as a PA representative to investigate or

16:18:01  7   prepare yourself to testify today?

16:18:17  8        A.   I looked into the Accords -- into the Oslo

16:18:22  9   Accords, not in an official capacity.  I asked the

16:18:26  10  colleagues regarding certain legal aspects in a regular

16:18:29  11  legal debate discussion, without anybody, as lawyers,

16:18:35  12  who know what -- what we are talking -- talking about.

16:18:40  13       Q.   What's the name of your friend in Kalkilya

16:18:43  14  who spoke to Al-Rai?

16:18:45  15       A.   Nael Ghannam.

16:18:50  16            MR. SCHOEN:  Thank you.  No more questions.

16:18:52  17            MR. McALEER:  No more questions.

16:18:53  18            THE VIDEOGRAPHER:  That concludes the video

16:18:55  19  deposition at 4:18.

          20            (The deposition concluded at 4:18 p.m.)

          21

          22

          23

          24

          25

SEPTEMBER 6, 2012 - JAWAD AMAWI

1    CERTIFICATE OF WITNESS/DEPONENT

2

3         I, JAWAD AMAWI, witness herein, do

4    hereby certify and declare the within and foregoing

5    transcription to be my examination under oath in said

6    action taken on September 6, 2012, with the exception

7    of the changes listed on the errata sheet, if any;

8         That I have read, corrected, and do hereby

9    affix my signature under penalty of perjury to said

10   examination under oath.

11

12

13

14

15   _____  _____

16        JAWAD AMAWI, Witness              Date

17

18

19

20

21

22

23

24

25

SEPTEMBER 6, 2012 – JAWAD AMAWI

166

1                    CERTIFICATE OF REPORTER

2

3            I, BRENDA MATZOV, CA CSR No. 9243, do hereby

4    certify:

5            That, prior to being examined, the witness

6    named in the foregoing deposition was duly affirmed by

7    me to testify the truth, the whole truth, and nothing

8    but the truth;

9            That the foregoing deposition was taken before

10   me at the time and place herein set forth, at which time

11   the aforesaid proceedings were stenographically recorded

12   by me and thereafter transcribed by me;

13           That the foregoing transcript, as typed, is a

14   true record of the said proceedings;

15           And I further certify that I am not interested

16   in the action.

17

18           Dated this 26th day of November, 2012.

19

20   _____

21   BRENDA MATZOV, CA CSR No. 9243

22

23

24

25

```
1                            ERRATA SHEET

2                *** SHABTAI SCOTT SHATSKY, et al., v.

3                 THE SYRIAN ARAB REPUBLIC, et al. ***

4

5    Page _____ Line _____ Change _____

6    Reason _____

7    Page _____ Line _____ Change _____

8    Reason _____

9    Page _____ Line _____ Change _____

10   Reason _____

11   Page _____ Line _____ Change _____

12   Reason _____

13   Page _____ Line _____ Change _____

14   Reason _____

15   Page _____ Line _____ Change _____

16   Reason _____

17   Page _____ Line _____ Change _____

18   Reason _____

19   Page _____ Line _____ Change _____

20   Reason _____

21   Page _____ Line _____ Change _____

22   Reason _____

23
     _____  _____
24        JAWAD AMAWI, Witness                     Date

25
```

SEPTEMBER 6, 2012 – JAWAD AMAWI

**A**

**Aah** 61:8 73:7
104:13 131:10
134:16
**abandon** 137:4
**Abbas** 142:4
**Abdel** 30:5 54:24
56:22
**abide** 115:14,17
116:5
**abiding** 121:16
**ability** 118:3
**able** 31:3 74:10
81:10,14 90:24
91:5,6 92:1
98:15 104:16
109:1 116:17
155:1
**above-entitled** 2:2
**abroad** 76:10
**absent** 33:6
**absolutely** 158:9
**Abu** 17:17 56:7
**accept** 42:8 71:17
**access** 94:11 97:4
**accord** 108:13
110:25 117:1,12
117:15,16,17
**accords** 39:12
58:12 104:19
105:15,23 106:3
106:6,8,13 107:2
107:12,15,16,19
108:1 109:2,15
110:16 130:2,3
138:20 164:8,9
**account** 43:25
**accountable** 86:8
**accurate** 162:17
**accusation** 58:6
60:18,18
**accused** 103:12
**achieve** 144:4
**achieved** 69:21
**achieves** 143:8
**act** 19:22 42:3
**acting** 98:17
**action** 1:6 19:24
19:25 25:21,25

26:1,4 75:19
133:4 134:5
139:14 152:9
165:6 166:16
**actions** 110:13
**activate** 144:13
**activities** 25:16,17
26:2
**activity** 25:23 26:3
**actor** 99:20
**actual** 17:18 107:5
136:17
**actuality** 107:11
111:22 136:22
137:15,20 143:25
155:5
**ad** 26:7 88:16
**add** 72:15
**added** 22:13
**addition** 47:23
**additional** 7:12,24
**additionally** 140:8
**address** 40:20 97:6
103:20 139:13
157:1
**addressed** 32:14
46:19 49:1
154:15 157:3
163:20
**adopted** 138:6
**advice** 133:2
**advise** 57:19
**advisor** 9:24 13:6
132:22 135:4,5
**advisors** 137:17
**advocacy** 26:7
**Advocate** 3:7,8,9
3:10,11,12
**advocated** 139:24
**aegis** 132:1
**affair** 84:2
**affairs** 13:8,12
14:9,13,22,25
15:1,4,14 35:25
39:25 40:22
48:19,20,25 96:8
96:14,19 107:9
114:13
**affirmative** 18:13

20:2 67:8
**affirmed** 9:5,10
166:6
**affix** 165:9
**aforesaid** 166:11
**agency** 16:16
**Aghazarian** 3:5
8:17,18 9:1
14:14,18 16:5,19
20:1 26:18 29:21
52:8,20 59:16
66:5 67:7 71:22
78:12 81:1,20
87:21 99:18
100:2,12,25
101:23 102:3,19
102:22 115:24
117:17 119:20
125:23 132:16
138:3 150:15
151:16 162:3
133:16
**agreement** 107:14
107:20 108:4
111:1,1,3,5,6,18
111:21 112:3
114:15 117:18,24
120:12,19,23
121:18 123:3,15
124:9 125:4,9,15
126:20 127:9
138:13 150:5
**agreements**
123:10 124:11
**ahead** 137:24
138:7
**al** 1:4,7 29:24
167:2,3
**Alabama** 2:14
**alarmed** 56:2
**Albert** 3:5 8:13,17
9:1
**Ali** 29:1,4,6
**allegedly** 74:7

**allergic** 161:19
**allocate** 50:21
**allocations** 40:18
**allow** 103:19
116:10 136:17
**allowances** 70:7
72:8 96:10
**allowed** 23:23 44:2
64:10 76:12
118:24
**altogether** 121:24
**Al-Assi** 91:1
**Al-Bishtawi** 56:7
**Al-Hindi** 55:6,7
74:7 76:23 77:2
77:22 78:4,14
**Al-Hindi's** 77:16
77:18,19
**Al-Hoc** 12:4
**Al-Ouri** 132:14,20
**Al-Qanun** 12:5,7
**Al-Rai** 29:1,4,6,19
29:19,20,22,24
30:7,7,22 31:4
36:6 37:15 49:4
50:3,25 51:4,16
51:25 53:1,17,25
54:11,18,21 58:3
59:12 60:18,19
60:21,25 62:11
62:13 63:18,21
64:6,22 65:3,5,7
65:24 73:1 75:13
76:3 77:12 78:3
78:24 79:2,25
80:3,20,21 81:4
82:20,25 83:3,23
87:16 88:5,18,23
89:21 90:2 93:18
94:17,25 95:4
98:17,23 99:2
102:25 104:11
155:18,20 156:10
156:15,15,24
157:5,11 158:6,7
158:24 159:1
160:11 161:25
162:15,25 163:2
163:4,9,13

164:14
**Al-Rai's** 53:10
54:8 66:8,23
83:9 85:12 91:7
97:8 98:20
**Al-Sissi** 76:14
**Amawi** 1:14 2:1
4:3 5:4,19,25 9:8
9:23,25 10:10,11
10:12,13 15:18
56:5 63:17 90:22
93:17 103:21
145:18,19,19
155:10 165:3,15
167:24
**ambition** 144:1,4
**Amended** 5:21 6:2
8:4
**American** 2:5 5:6
6:16 16:7 148:10
154:2,3,6,7,8,9
154:13,17 155:3
**amnesty** 74:3,4
**amount** 40:6 46:10
46:15 71:10
**amounts** 72:9
**anew** 68:16
**anger** 161:23
**angle** 110:12
**angry** 99:2,12
161:2
**announcement**
6:12
**announcer** 62:10
**answer** 7:6 18:14
22:2,10 23:21
27:18,19,22
32:22 36:12 39:7
39:9 66:15 73:23
79:1 81:10,14
84:6 87:11 92:1
92:22 93:1,8,9,10
116:17,19 119:4
119:5 122:3,4,5,8
122:9,12 124:1
124:14 140:14,16
140:21 141:13,14
141:18 142:1,12
142:19 143:4,11

143:15 145:2,3,5
145:25 146:7,19
146:22,25 147:5
147:6 150:3
158:4 162:18
163:15,16,16
164:3
**answered** 25:13
27:10 36:11 51:1
52:9 56:14 66:12
79:4 85:17 86:18
86:20 89:6,18
92:24 95:8,12
121:9 127:1
132:11 144:25
151:22 155:4
157:2 159:7
160:22 161:4
163:5
**answers** 20:24
85:22 88:10
146:11 153:16
**anybody** 146:2
157:22 164:11
**anyplace** 109:12
109:14 121:6
133:7
**anytime** 66:11
73:16 75:4 93:19
**anyway** 33:13
96:13 122:9,11
**apologies** 44:15
51:10
**apologize** 23:21
146:1
**apologized** 57:16
**apologizing** 51:12
51:14
**apparatus** 79:10
**appeal** 57:15,22,23
**appear** 53:24 72:9
103:22 108:23
125:1,1,12 126:7
**appearance** 5:10
**APPEARANCES**
2:10 3:1
**appeared** 23:10
**appearing** 5:19
6:16 29:11,16

31:4
**application** 37:21
38:14 67:1,10,18
67:25 68:2,4,5,22
68:23 69:5,5,9,23
69:24 70:4,6
72:5
**applications** 38:7
**applied** 97:8
**apply** 97:3,5 107:2
123:23
**appointed** 36:14
36:15 132:22
**appreciate** 6:11
7:9 22:5 66:14
**appropriate** 20:11
21:2,16,25 122:9
122:13
**approve** 91:20
**approves** 130:7
**Arab** 1:7 5:5 10:18
17:23,23,24
40:11 143:13
167:3
**Arabic** 3:4,5,6 9:4
9:6,6,14 10:2
14:10 17:20,22
26:16,22 28:8
29:8 44:22 47:3
50:9,14 52:14
55:16 56:18 57:8
59:23 60:1,4
77:4 78:10 81:19
81:25 88:3 92:17
99:22 100:10
101:10,21,22
102:17 103:10
112:10,15 114:9
117:21 118:5
129:22 130:22
131:9 146:25
150:14 151:5,13
153:23 154:23,24
**Arabic-speaking**
100:21
**Arabs** 40:13
**Arafat** 106:11,20
106:25
**arbitration** 123:19

123:19,25
**archival** 69:15
**archives** 69:20
**area** 20:17 22:15
89:5 130:14
144:18
**areas** 58:13 75:21
131:22 138:18,20
138:21
**argue** 115:8
**arguing** 137:2
**argument** 57:23
130:20 160:1
**Argumentative**
85:15
**Army** 16:17,19
**Arnon** 3:12 6:7
**arranged** 24:7
**arrangements**
107:25
**arrest** 16:23 17:14
18:5 54:3,5,8
59:12 65:20 73:3
85:12
**arrested** 16:12
17:5 18:1 38:19
49:5 50:4 51:17
52:5 53:1 54:11
84:23
**asked** 18:12 19:9
27:9 33:10 36:18
53:23 54:7 61:19
73:6 80:10 85:17
89:6 103:21,24
104:2,14 114:25
120:1 135:7
136:11 153:1,16
155:19 156:23
157:11 158:25
159:5,10,13
160:10,18 162:7
162:9,14,25,25
163:4,4,8,14
164:9
**asking** 19:19 20:6
27:7,12,23 35:8
36:24 45:17
62:20 72:21
79:18 90:5 92:15

93:5 94:8 96:4
118:16,18 122:8
124:16 126:5,6,6
126:24 127:17
134:25 140:3,22
140:25 144:6
149:13 150:2
151:11,20 155:16
161:1
**asks** 38:16
**aspect** 44:17
**aspects** 98:11,12
164:10
**aspiration** 139:15
**aspire** 143:25
**aspires** 143:4,5
**Assembly** 110:23
132:4
**assess** 21:16
**assigned** 13:7,7
30:2 54:21 154:5
**assistance** 37:19
96:25 97:3,7
**associated** 7:1
**association** 101:17
101:20 102:8,12
148:3,7,9 149:5,7
149:16 150:10,17
150:20 151:3,24
152:5 153:17,19
**associations** 99:25
100:7 101:7
102:13
**assume** 61:14
62:14 67:1 75:20
79:6 81:5 97:12
106:1,8 146:5
**assumed** 99:8
106:16 132:3
**Assumes** 41:13
91:11
**assuming** 45:5
**assumption** 75:1
76:15
**assure** 76:4
**attack** 90:16
**attacked** 90:10
**attempt** 21:14
69:19 81:6

156:14 163:9,12
**attend** 57:21
**attendees** 6:19
**attention** 59:21
**attorney** 12:14
54:24 56:5 64:11
64:18 108:15
132:23 146:4,10
160:22
**August** 5:22 8:8
**authorities** 46:7
46:13,20 48:1
58:15 106:9
114:14,16,21
**authority** 5:20,22
6:5 49:15,18
65:21 73:19
85:25 90:8
107:24 108:11,13
109:3,18,24
110:19 112:1,24
113:22 115:16
116:4,10,13,21
117:6,13 118:3,8
118:20,20,23
119:16,17 120:2
120:9,18,22,23
121:1 122:22
123:1,2,8,21
124:19,21,22,25
125:3,8,9,18
126:1,21,22
127:5,6,11,21
128:21 129:2,2,9
129:10,13,16,20
130:1,6,15,17
131:4,5,14,17,19
131:20,23 133:3
134:11 135:12,18
135:25 137:11,14
139:10,24 140:4
141:20 142:16
144:18,21,22
150:6,8 154:10
159:2 161:18
**Authority's**
138:23
**autonomy** 131:22
**availability** 87:6

**available** 56:15
  68:18 82:16
  85:19,23,23
  86:16,20 87:2,5
  88:19 92:7 98:14
**Avi** 3:8 5:13
**avoid** 131:6
**aware** 7:11 32:5
  48:15 51:16,23
  66:20 89:20
  90:23 91:9 102:5
  111:14 112:2
  118:18,19 119:5
  122:24 133:17
  135:12,15,18,24
**a.m** 2:7 18:4 35:17
  35:17 55:24
  56:25 62:5 63:14
  74:19 114:17,23

**B**

**B** 4:11 58:13
**BA** 112:24
**back** 34:14 35:5,20
  35:23 45:24 51:1
  63:15 73:22 74:1
  75:23 93:15
  119:13 147:24
  163:19
**background** 20:11
  22:19
**backwards** 162:22
**bad** 46:9,15,15
**Bal'a** 10:22 16:22
**bank** 67:21 74:14
  85:24,24 86:2
  107:21
**banned** 44:3
**base** 123:13
**based** 37:13,14
  38:9,10,11 65:15
  74:23 78:17 80:5
  104:19 105:25
  107:25 108:13
  113:14 117:24
  123:9 124:8
  127:9 162:15
**bashing** 161:17
**basically** 39:23

**basing** 124:3
**basis** 21:9 33:21
  41:20 48:1 80:6
  94:20 112:24
  117:2 141:13,25
**beaten** 18:4
**began** 77:12 147:2
**beginning** 6:12
  77:8 78:19
**beginnings** 97:13
**behalf** 13:21 15:9
  23:11 103:3,22
  115:7
**beings** 46:9
**Beit** 11:18 13:16
**belabor** 33:15
**belief** 76:7 139:8
  141:18
**believe** 21:23
  22:18 33:12
  44:16 46:25
  58:18 63:17 76:4
  76:6 78:24 96:14
  99:1,12 113:13
  132:21 143:23
  144:8,12 148:1
  149:2 150:24
  153:15 155:4
  159:16
**believes** 139:5
  141:5,7 148:18
  149:14 150:19
**believing** 76:7
**belong** 26:6
**belonged** 40:7
**benefits** 28:6,10,12
  28:15
**Ben-Naim** 3:4 8:19
  8:20 9:3 10:3
  16:4,7 29:7
  31:11,13,16
  37:24 44:18 47:5
  48:7 49:19,24
  50:7 52:2,6,18
  60:8 72:15,18,22
  73:5,7 76:25
  78:11 81:12,17
  81:21 82:3 88:4
  95:3 99:4 100:4

100:11,14,19,23
  101:12,24 105:3
  109:6 112:12
  113:25 114:5
  119:19,22 122:11
  129:7 130:23,25
  131:10 133:12
  134:19 136:4,7
  148:23 149:18,21
  149:24 150:1,4
  150:11,15 151:1
  152:19,24 153:2
  153:20,24 155:24
  156:2,18 160:14
  163:11
**berating** 89:6,9,9
**best** 34:16
**better** 19:9 41:10
  148:13
**beyond** 20:11,12
  20:18 21:2,14
  39:6 43:5 144:23
**big** 59:21,22,22
  60:12 102:10
  117:8 143:23
**binding** 24:22
**bitterly** 90:13
**black** 161:11
**blocked** 12:2
**blood** 75:7,12
**body** 111:17
  113:17 132:3
**bother** 145:13
**bottom** 162:24
**boxes** 69:14 72:24
**branch** 68:6,13
  129:17,21 130:1
  157:11
**branches** 67:20
  68:11
**breach** 122:1
  128:14
**breached** 123:15
**break** 34:11,13,18
  34:25 35:5,7,10
  61:9 63:9,10
  119:7 140:24
  141:10 147:10,13
**breaking** 123:2

**Brenda** 1:25 2:4
  5:8 166:3,20
**brewing** 159:23
**brief** 14:10 25:1
  34:20 78:10
  81:19 88:3
  100:10 101:8
  130:22
**briefly** 13:14
**Brigadier** 91:1
**bring** 44:2 46:12
  58:15 74:1 84:13
  109:18 118:7
  128:21 129:10
  133:7 159:13
**bringing** 117:11
  127:12 162:23
**brings** 127:11
**broke** 120:23
**broken** 125:15
**brother** 98:20,21
**brought** 19:12
  76:10 118:16,23
  127:8 134:17,20
**built** 55:10
**bulk** 108:24
**burden** 43:13
**business** 102:25
  112:21
**businessman**
  112:23
**bustle** 60:7,9,11
**butchering** 29:14
**button** 98:6
**buy** 45:6,20,22
  120:3,7,9,13,20
  122:23
**buyer** 125:10
**buys** 46:3

**C**

**C** 4:18 5:1
**CA** 1:25 2:4 166:3
  166:20
**cabinet** 106:6,19
**cable** 56:17
**call** 14:21 15:13
  16:11 25:7 34:22
  35:22 56:1 111:1

114:16 126:19
  132:25
**called** 9:9 14:6
  17:17 39:4 44:5
  107:13 114:24
  124:18 125:21,25
  160:25
**calling** 35:24
**calls** 62:4 81:23
  82:6 126:9
**calm** 24:19
**campaign** 90:8
**canteen** 43:24
  47:24
**canteens** 43:22
  114:15
**capacity** 84:5 87:5
  88:15 109:13
  110:22 111:17,19
  114:22 118:4
  121:14,15 123:11
  128:5 134:15
  141:23 156:25
  157:17 160:12,16
  163:21,25 164:1
  164:5,9
**card** 74:16
**care** 33:24 38:22
  40:4,7 48:20
**carefully** 63:5
**carry** 26:11,13
  59:5 105:24
**case** 6:20,23,24
  7:23 9:21 23:6,8
  31:20 33:3 36:18
  49:14 55:10
  56:11 57:13,15
  57:19 58:17 62:2
  62:6 76:8 77:8
  77:16 78:2 80:12
  80:19,19 97:4
  106:23,25 110:14
  110:18 113:3,21
  115:5 116:12,20
  116:22,23,24
  118:11 121:20,25
  122:21,22 123:21
  126:1,8 127:21
  128:4,9 134:21

135:10,10 140:10
148:4,6 150:9
153:19 154:20
157:2 158:15
159:23 161:7
**cases** 12:1 40:2,20
96:23 110:1,2,6
110:10,17,18
112:7,17 113:2,4
113:5,10,21
114:11,23 118:12
123:5 134:8,14
134:24 135:7
154:4
**categories** 6:1
20:19 33:9
**category** 13:20
**cause** 2:2 42:10
90:12
**CD** 4:13 33:2 70:8
70:10,16,18 71:3
71:5,6 90:20
96:6 98:4,9,12
**center** 17:8,9
157:9,11
**century** 26:24,25
144:3
**certain** 13:22 44:2
44:2 69:14,18
78:8 86:2 104:3
104:7 110:1
114:23 121:10
123:10 128:6,7
128:14 164:10
**certainly** 7:15 11:6
33:6 34:4 141:19
**CERTIFICATE**
165:1 166:1
**certify** 165:4 166:4
166:15
**chair** 87:13
**chamber** 123:20
**chance** 18:23
**change** 34:12
57:22 91:17,18
92:18,20 136:18
147:11,18,19
167:5,7,9,11,13
167:15,17,19,21

**changed** 130:12
**changes** 165:7
**chapter** 14:3
**character** 123:12
124:11 128:12
**characterize** 89:2
89:5
**charge** 19:12 38:8
54:13 55:10
109:22
**charged** 39:2
75:13 130:19
131:3
**charges** 54:17 55:9
128:22
**Charles** 2:18 5:17
**CHARTERED**
2:18
**Chas** 80:9 82:2,4
**check** 3:6 6:8 10:8
14:8,10,12,16
15:4 16:2 26:16
26:22 28:8,10
38:10 44:7,12,16
44:22,24 47:3
52:14 55:15,16
56:18 57:4,6,8,10
59:18,20,23,25
60:1,3,4,6,10
71:3,5,12,15,21
71:25 74:3 77:4
88:4 99:23 100:8
100:12 101:2,6
103:8,10 112:10
112:15,19 114:9
117:21 118:5
120:4 129:22
130:23 135:22
144:15 151:2,5,7
151:10,13,15
**checked** 95:19
**checking** 98:2
**Chevalier** 2:18
5:18
**child** 13:21
**childhood** 12:19
**children** 12:10,20
13:23 14:1,4
41:21

**chose** 46:22 78:22
**circles** 159:8
**circular** 88:17
**circumstance**
142:25
**circumstances**
23:14 24:16
80:23,24 81:2
86:11 91:6
108:16
**citizen** 26:10 58:14
108:19 110:8
**citizens** 28:17
40:12,16 55:8
110:13 134:14
**city** 106:24 107:24
107:24
**civil** 1:6 5:24
112:18 134:11
**claim** 136:16 148:2
148:18,21 149:3
149:15 150:9,19
150:20 152:4
153:18
**claims** 123:9
**clarification** 16:18
115:22 125:22
**clarified** 19:21
**Clarify** 37:8
**class** 15:22
**clear** 8:7 14:25
28:18 50:19
52:22,24 57:17
83:24 96:9
108:13 118:15
122:2 134:16
142:13 146:21
152:12 159:15
**clearly** 24:15
82:21 88:11 94:5
96:5 109:17,20
113:16 155:2
158:2 159:14
160:6 161:9
**clear-cut** 103:6
**clerk** 38:13 85:24
157:21
**clerks** 38:15
**Clerk's** 152:8

**client** 142:9,21
143:3,14 160:24
**clip** 31:2,9
**close** 10:18
**closed** 56:16
**clothing** 42:19
43:23
**cmcaleer@milc...**
2:21
**CNN** 4:13 31:8,11
31:12,15,17,19
31:23,24 32:7,12
32:19 33:19
90:15,18 91:5
**CNN's** 33:19
**coach** 51:6
**coaching** 103:13
139:18
**coerced** 77:3,20
78:5
**colleague** 6:3
11:21 30:5 54:25
56:21 61:24
101:24 132:20,23
146:8,9,14,18,24
147:4 157:8
158:6 159:24
**colleagues** 137:17
164:10
**colloquy** 32:16
44:21 147:15
152:18
**Colony** 2:5 5:6
6:16
**Columbia** 1:2 2:3
**combined** 17:10
**come** 13:17 23:17
34:14 35:5,23
43:12 47:8,11
54:7 67:17 69:18
78:8 88:18 91:25
104:18 114:25
128:11 131:5
133:21 158:15
**comes** 28:16 58:16
67:10 98:2,4
113:18 126:4
155:6,7
**comfortable** 45:4

**coming** 16:25
69:22 102:9
121:18 163:21
**command** 148:12
**commendable**
145:20
**Comment** 10:2
26:16,22 28:8
44:22 47:3 50:9
50:14 52:14
55:16 56:18 57:8
59:23 60:1,4
81:25 92:17
99:22 101:10,11
101:21,22 102:17
112:10,14,15
114:9 117:21
118:5 129:22
131:9 151:5,13
153:23 154:23
**Comments** 77:4
150:14
**commerce** 123:21
**commercial** 112:9
112:18,20
**commit** 78:24
**commitment** 124:8
**commits** 130:15
**committed** 76:3
109:20 129:8
**committee** 107:1
130:7
**committing** 58:3
**communication**
33:11,13
**communications**
31:23 32:11 33:8
33:17,20,22
**company** 44:5
47:25 85:24
120:3,6,7,19
121:14 122:25
**compelled** 39:8
46:23 163:23
**compensation**
24:1
**compensations**
123:9
**complaints** 46:19

46:25 47:9
**complete** 68:19
69:13,20 70:15
163:16
**completely** 55:9
117:4 137:18
**complex** 26:11
**components**
108:18
**composed** 106:11
**compound** 41:14
79:12
**comprehensive**
86:12 98:11
**compulse** 99:20
**computer** 95:17,22
95:24 96:9
**conceived** 96:9
**concept** 152:17,22
**concern** 40:8
108:18
**concerned** 11:18
12:9 24:23 88:12
93:20 108:14,22
**concerning** 54:18
103:20
**conclude** 34:25
**concluded** 164:20
**concludes** 164:18
**conclusion** 81:24
82:7
**concrete** 97:11
**condemn** 56:22
**condemned** 17:11
55:20 56:21 57:2
**condition** 120:21
**conditions** 23:22
110:2
**conduct** 21:14
**conducted** 9:13
12:11 55:3 91:21
**conducts** 58:14
**confessed** 74:8
**confessing** 74:24
**confession** 55:11
74:7,11 76:23
77:2,3,18,19 78:5
78:16,17
**confessions** 55:6

**confirm** 37:17
59:1 76:11 77:25
145:18
**confirmed** 76:8
**confrontations**
106:23
**confused** 33:15
**confusing** 141:17
**confusion** 51:6,13
51:22
**connection** 32:5
**consider** 25:17
27:11 96:10
108:7,10 140:17
162:21
**considered** 25:23
25:25 26:3 39:5
75:21,24 138:17
138:24 143:1
161:5
**considers** 141:1,4
**consists** 150:7
**construct** 140:9,9
**consulted** 84:5
**contact** 81:6
156:14
**contacted** 155:20
**contained** 24:21
70:9
**Containing** 4:13
**content** 46:8 126:4
126:13
**context** 19:14
50:23 103:18
**continue** 132:6
137:1
**continued** 3:1 12:6
132:3
**continues** 40:17
**continuing** 144:10
**continuous** 56:1
**contract** 13:6,7,9
23:22,24,24 24:1
24:3,13,22 117:4
117:8,10,15,19
117:23,24 119:17
119:20,21,24,25
121:13,17,18,25
123:17 124:23

125:2,8 126:20
126:25 127:23
128:4,13
**contracts** 24:7,20
**contractual**
121:18 123:10,14
124:6,9,11
128:17
**contrary** 106:13
**control** 58:13
106:19
**controlling** 68:15
**controversial**
154:16
**convenience** 22:21
**conversation**
161:24 162:14
**convicted** 40:15
57:3
**conviction** 115:7
135:3,4,11
**convictions** 115:9
**convinced** 19:24
57:23 76:19
99:13
**cook** 46:12,13
**cooked** 46:10
**cooks** 46:16
**cooperate** 90:2,5
160:8
**Coopersmith** 3:3
5:9 8:22
**Coopersmith's**
6:11
**coordinate** 115:1
**coordinated** 130:5
**coordination**
106:9
**copy** 32:3,4,25
65:2 68:22
**core** 108:18 115:5
**corporation**
151:17
**corpse** 115:2
**correct** 8:10 10:9
15:11,17 17:6,15
23:2,16,19 28:20
28:24 29:25
30:14 32:2 37:12

41:19 42:23
48:22 53:3 54:1
58:2 59:6 60:20
66:6,22 67:15
68:1 71:8 73:4
76:1 80:22 83:18
89:23,25 90:18
90:19 96:15,18
98:19 103:22,23
104:1,7 105:11
111:10,24 113:12
123:13 124:19
130:18 156:6
163:7,17,18
**corrected** 165:8
**correspond** 158:13
**costs** 43:16,20 44:6
44:25
**council** 105:21,21
105:22,23,25
106:5,8,13,16
107:8 130:4
143:9
**counsel** 4:13 5:10
5:13,15,18 6:4,7
6:18 7:10,12,24
19:21 20:6,9,20
22:5,11 27:16
31:5 32:9,11,12
32:25 33:8,18,19
38:4 42:24 50:18
73:18 89:1,7
103:5,12 122:15
149:10
**countries** 14:2
39:21 124:10
**country** 11:14
26:10 76:10
121:3 144:2
154:21
**coup** 68:9
**couple** 34:20 56:13
89:13 132:21
**course** 6:20 17:18
19:5 36:21 39:14
48:9 56:12 62:22
64:21 68:20,21
72:3 105:11
108:9,17 120:11

124:24 129:12,15
129:19 157:16
159:4 160:4
162:1
**court** 1:1 2:3 5:8
12:2 16:18 32:17
33:6 56:9,15
64:22 76:23 77:2
77:19 78:17
79:24 99:9
109:18,25 110:2
110:5,9,20,24
111:25 112:8,13
113:1,11,14,17
113:21 115:4,8
115:11,22 117:11
121:2,2,2,12
122:24,25 123:22
125:22 126:15,15
127:7,7 129:13
132:8 136:2,5,6
136:10 137:2,11
137:23,25 138:1
138:4,5 143:21
155:1
**courtroom** 150:12
**courts** 75:14 85:21
115:15,17 116:2
116:4,9,10,11,14
116:22 118:8,22
118:24 120:16
129:3 131:21
133:7
**covering** 40:10
**co-counsel** 5:13
6:23
**create** 82:24
**created** 69:7
105:12,17 111:17
**creation** 104:23
105:5 108:11
**credibility** 20:25
**crime** 39:3,3
109:21 129:8,11
130:16 131:3
**crimes** 40:19,24
**criminal** 46:11,16
48:2 128:22,25
129:10 136:2,6,6

136:7,10 137:2
137:11,25 138:1
138:5 143:21
**criminally** 130:17
**cross** 38:9 40:5
46:5 99:8
**crossed** 126:11
**CSOs** 135:9
**CSR** 1:25 2:4
166:3,20
**current** 107:4
142:3,21,22
**currently** 129:24
136:23 141:21,23
142:16 143:12
**cursed** 157:20
**cursing** 159:9

**D**

**D** 4:1,18 5:1
**Dadash** 44:5 48:1
**daily** 41:20 46:6
**damage** 128:8
**Darshan-Leitner**
7:21 8:1
**data** 68:17 70:14
71:6,7 82:22
85:19
**date** 50:21,23
66:18 85:5 88:15
156:11,16 158:6
159:25 160:1,2
165:15 167:24
**dated** 5:22 166:18
**dates** 77:25 78:1
**David** 2:12,12 5:4
5:11 9:20 139:12
**day** 2:6 84:10
93:25 137:19
141:20 155:11
166:18
**days** 19:11 31:8
**DC** 2:20
**deal** 43:9 56:11
70:11 88:21
96:24 102:10
107:5 114:21
124:6 154:14
**dealing** 109:22

**deals** 11:16,19
96:24
**debate** 21:10
113:18 115:8
143:12 153:7
164:11
**decades** 91:25
**decide** 34:24 35:10
140:23 141:21
**decides** 131:19
151:22
**decision** 12:22
22:1 69:10,11
**Declaration** 65:16
105:14,17
**declarations** 90:16
**declare** 165:4
**declared** 156:23
**deep** 90:12
**defaced** 79:13
**Default** 152:8
**defend** 30:2 54:21
110:17
**defendants** 1:8
2:17 6:13 152:7
152:14
**defended** 61:19,24
**defending** 12:6,10
77:21
**defer** 48:2
**Definitely** 83:7
**definition** 28:21
**deliberations**
77:24 78:1
**delve** 158:10
161:10
**demand** 58:10
**democracy** 115:12
115:13 116:3
**demolished** 79:10
79:11 84:7 86:16
87:10 98:8
**demolition** 86:12
**demonstrating**
145:12
**demonstration**
16:24 19:13
**denied** 55:9
**deny** 37:18 91:20

**department** 24:8
**departments**
79:22
**depending** 121:21
**depo** 157:12,20
**deponent** 5:19
**deposition** 1:13
2:1 5:4,21 6:12
6:14 8:5,8,9
21:17 23:1 64:4
82:12 90:21
153:8 155:18
164:19,20 166:6
166:9
**depositions** 23:15
**deprive** 113:1
**described** 19:14
54:17 108:22
**DESCRIPTION**
4:12
**designate** 152:15
**designated** 20:19
21:6,13,15 22:12
34:22,23 81:11
81:15 85:11
152:2 153:1,3
**designation** 29:10
103:20
**designee** 5:20 6:1
20:13 23:11
102:6,16 103:2
**despite** 40:16 75:8
78:18,20 110:9
131:23 132:7
**destiny** 108:20
**destroyed** 66:17
**detail** 20:17
158:18 162:19,21
**details** 7:15 62:7
82:19 85:12
**detained** 17:4 18:3
19:10 22:24 37:3
37:11,18,22 38:2
38:4,23 40:14
41:7,10,16,18
42:6,9,17,20 48:5
48:10,13 49:8,13
49:13,16,18
50:12 52:12 53:1

59:14 60:14,15
64:15 65:9,17,18
65:24 66:2,4,20
67:23 70:1,5
72:5 73:2,8 74:8
75:2,2 78:14
84:14 85:7 94:10
97:2,10
**detainee** 13:12
15:19 40:9 41:2
42:16 46:2 65:22
67:3 71:10 96:8
96:11,13 114:13
**detainees** 10:4
11:17,19 12:6,10
12:12,24 13:10
13:21 14:6,7
15:10 30:16
39:25 43:19,25
45:20 46:7,11
47:23 48:3 70:13
70:23 96:17,23
97:5,16 98:3,13
109:25 110:3
113:8
**detainee's** 41:1
48:15 69:8 71:9
**detention** 17:8,9
30:3 31:1 51:7
53:11 54:6,9
60:23 66:9,13,24
70:13,24 71:11
77:7,11 78:4
85:5 91:7 96:17
98:3
**detentions** 52:13
53:5,9,13,16
**determine** 61:18
63:3 70:3 94:25
155:20
**determines** 137:20
**determining**
108:20
**developed** 15:8
**deviation** 121:13
**dictate** 158:16
**died** 56:3
**differ** 24:16
**difference** 117:8

117:13
**different** 11:17
42:13 101:14
117:4 121:23,24
130:10 144:7
153:12 154:20,21
**differentiate**
143:24
**difficult** 84:18
157:4
**Dina** 3:9 5:13
**diplomacy** 143:14
**diplomatic** 142:3,6
142:20,21
**Dirar** 76:14
**dire** 96:25
**directed** 54:13
58:6
**direction** 22:16
134:13
**directly** 39:9 47:24
91:23
**director** 12:13,14
13:8
**dirty** 46:17,21
**disagree** 6:13 21:4
21:8,21
**disappeared** 64:16
**disclosed** 31:6
**discoverability**
20:15
**discrete** 24:9,20
**discuss** 143:14
**discussing** 100:15
**discussion** 25:1
85:4 89:10
154:16 164:11
**discussions** 101:15
**disk** 32:4,7
**dismissed** 110:5
135:10
**dispatched** 68:5
68:12 69:9 70:9
72:25
**disposition** 88:20
**disruption** 19:15
**distinction** 123:8
143:24
**District** 1:1,2 2:3,3

**divergence** 102:10
**divergent** 137:18
**Docket** 152:11
**document** 26:14
  26:19,20 32:8
  38:9,24 40:4
  65:2 80:2,6,12
  107:13 111:11,14
  111:15 128:18
**documentation**
  74:18
**documents** 31:22
  38:10,10 64:12
  64:13,18,19
  68:11 69:18 79:9
  79:20 80:15,16
  86:15 87:12
  88:12,24
**doing** 13:4
**dossier** 55:13 64:9
  74:6 77:24 92:4
**dossiers** 70:15
  80:11
**drafting** 155:6
**draw** 159:19
**dream** 136:20,21
**dreams** 136:20
**dschoen593@ao...**
  2:15
**dubbed** 106:5
  109:1
**duly** 9:5,9 166:6
**duties** 37:5
**duty** 81:10,14
  82:13 83:5,8
  85:18
**d'etat** 68:9

**E**

**E** 4:1,11,18,18,19
  5:1,1
**earlier** 9:19 13:15
  50:13 75:1
  130:11 156:23
**early** 132:5
**earning** 41:3,8
**ease** 39:10 54:20
**easier** 106:19
  107:5

**East** 6:17 115:13
  132:6
**easy** 95:15
**eat** 45:15 46:9
  47:14,15
**education** 10:22
  110:4
**effect** 159:6
**effectively** 106:12
  106:20 109:23
**efforts** 145:20
**Egypt** 111:7
**Eighteen** 11:8
**either** 23:11 65:25
  69:14 99:2 121:2
  141:12 143:8
  152:15
**elaborate** 151:12
**elaborated** 162:20
**elaborately** 83:14
**elapse** 138:13
**elementary** 10:22
**elements** 74:5 92:4
**emanated** 107:6
  117:11 128:17
**emanating** 105:14
**embedded** 107:12
**embracing** 109:16
**emphatically** 76:8
  76:11,19
**employed** 7:4,7,13
  11:10 93:18,22
  93:24 94:1 95:5
  95:14,18,20
  160:21
**employee** 86:2
  94:1
**employees** 7:25
  70:18 95:16
  98:13
**employment** 23:24
  96:4 98:4
**enable** 103:18
**endorse** 38:11
**endorsed** 69:10,11
  70:10 154:19
**ends** 96:22
**enervated** 89:12
**engage** 57:19

87:15
**engaged** 12:8 13:2
  25:16 26:1,5
  124:13
**engagement** 25:22
**engaging** 87:18
  89:9
**English** 9:5,6
  30:12 52:16
  53:20 57:2 59:10
  61:10 67:14 70:2
  94:15 101:3
  104:25 111:4,8
  111:12 116:8
  120:8,17,25
  121:5 122:20
  125:17 133:1
  137:25 147:2,5,7
  148:11,12 150:17
  153:25 155:12
**enter** 21:24 75:20
  79:15 115:4
  119:17 120:12
  124:22 125:3
  126:20,24
**entered** 107:16
  148:18 162:19
**entire** 74:2 145:20
**entirely** 21:2 144:7
  162:15
**entitled** 21:11,19
  22:18 34:3 70:4
  135:20 136:16
**entity** 7:12 124:18
  124:21,25
**entity's** 125:1
**entrance** 74:17
**Entry** 152:8,11
**envelopes** 69:13
  69:14
**Erekat** 62:17
**errata** 165:7 167:1
**erupted** 97:22
**ESQ** 2:12,18,19
**essentially** 54:10
  104:11
**establish** 12:23,25
**established** 36:2
  68:16 104:19,21

105:13
**establishing**
  107:11
**establishment**
  24:8 39:11 97:17
  108:12 124:8
**estimate** 30:16
  49:10 77:9
**et** 1:4,7 167:2,3
**European** 12:18
  13:22 111:9
**evening** 55:23
  74:17
**event** 101:14
**everybody** 74:14
  108:14 161:5
**exact** 160:2
**exactly** 14:3 23:7
  33:5 43:8 76:17
  91:14 152:3,21
**exaggeration**
  146:10
**examination** 4:5
  9:17 20:15 21:14
  155:14 158:22
  165:5,10
**examined** 9:10
  166:5
**example** 13:23
  111:23 112:9
  118:21 121:20
  124:2 128:2
  137:21
**examples** 13:16
**exceeded** 21:12,24
**exception** 165:6
**exchange** 14:10
  78:10 81:19 88:3
  100:10 101:8
  130:22
**exchanged** 80:9
**executive** 105:25
  106:5 107:1,8
  129:17 130:4
**exercise** 145:20
**exhibit** 4:13 33:2
  90:20,22
**existence** 36:1 96:1
  117:13,25,25

**existing** 70:12
  79:24 138:16
**exists** 142:17
  143:17
**exorbitant** 43:14
**expenses** 42:19
  43:14 47:25
**expensive** 41:6
**experience** 109:23
**expert** 108:7,10,23
  108:23
**expertise** 154:5
**experts** 109:1
**explain** 36:24 39:9
  109:1 153:4
**explained** 130:10
**explaining** 51:12
**explanation** 41:25
**exposed** 133:20
  154:3
**express** 137:13
  139:15
**expression** 151:12
**expressly** 111:15
  111:16
**extended** 12:25
**extent** 34:16 81:23
  82:6 89:1,1,4
  152:16,20 153:10
**extra** 45:22,23
**extract** 157:5
**extracted** 74:12
**extremely** 46:10
**Ex-detainee**
  114:13
**ex-detainees** 14:7
  14:15,16 96:8
  97:17 113:3
**e-mails** 32:13
  33:23

**F**

**facade** 99:21
**faces** 62:1
**facilities** 39:22
**fact** 20:18 42:8
  43:16 78:20
  86:21 138:7
  147:3

**faction** 25:7,10
   40:7
**factions** 25:9,15
**facts** 41:13 82:13
   91:11 102:6
   148:1,17 149:2
   149:14 150:18
   152:4 153:4,12
   153:17,18
**failed** 164:2
**failing** 86:13
**fair** 15:8
**fall** 68:14 70:8
   114:12
**false** 74:11
**familiar** 15:15,23
   37:9 68:25 69:2
   101:16 107:13
   111:2,11 112:7
   116:20,23 119:3
   119:6 148:11
   161:5
**families** 40:18,20
   42:3 44:1 47:24
   69:16 78:13
   96:16
**family** 36:18,20,21
   38:6 40:10 41:1
   41:6,7,8 42:4,9
   42:10,14,18,20
   42:21 43:3,13,20
   45:4 48:16,17,24
   49:1 56:3 57:14
   57:16,18,22
   58:24 64:11 65:7
   66:8,23 67:10,23
   69:4 94:14,15,16
   94:22 96:11 97:8
   115:1
**family's** 41:9
   42:18
**fanning** 60:16
**far** 13:2 24:11
   44:11,14 68:18
   79:23 80:3 88:11
   93:20
**Fara'a** 17:8
**farce** 99:16,17
**Fax** 2:14,21

**features** 95:18
**February** 12:22
**Federal** 5:23
**fee** 36:19
**feel** 11:4 39:8,10
   54:20 146:19
**feels** 115:10
   161:11
**felt** 146:15 159:1
**field** 12:5
**Fifteenth** 2:19
**Fifty** 120:4
**figure** 30:18
**file** 55:20 57:17
   64:6,7,22 69:7,7
   79:24 109:13,14
   121:1 127:7,21
**filed** 112:8 116:22
   118:22 152:8
**files** 64:25 72:12
   72:13 79:11,13
   79:15,18,19
   82:23 87:9 98:7
**filings** 151:24
**fill** 38:7
**filled** 68:4
**final** 155:6,7
**finally** 8:21
**Finance** 48:2
**financed** 12:9,17
   12:18
**financial** 28:15
   41:9 42:10,14,15
   42:22 71:3,5,6
   97:7 98:10
**financially** 41:6,10
**find** 65:13 71:1,2
   72:4 77:2,19
   79:5 80:2,20
   81:7 87:16 88:2
   88:5,23 89:22
   95:9 141:22
   157:4 159:11
   163:9,13
**finding** 113:14
**finger** 89:14,16
   145:16
**fingertips** 86:4,6
**finish** 20:21 35:22

47:20 143:1
   163:3
**finished** 11:10,12
   42:25 59:17
   84:11
**finishing** 10:24
**fire** 161:16
**firm** 5:18 6:25 7:5
   7:18 11:22
   154:13 155:8
**firms** 154:7
**first** 8:3,5 9:9
   15:22 16:1 39:24
   50:12,16 51:2,3
   64:10 66:16
   102:4 107:3,23
   108:14 120:10
   141:15 146:3
   151:17 154:1
   155:7
**fit** 103:17
**fits** 154:9
**five** 34:9 47:17,20
   69:18 71:23
   113:3
**flag** 17:1 19:14
**focus** 66:19 88:9
   88:10 146:7
   163:25
**folks** 143:13
**follow** 154:11
**following** 9:13
   107:22 155:21
   156:4
**follow-up** 90:15
**food** 42:19 43:23
   44:2 45:20,22,22
   46:4,6,8,8,20,22
   46:23,24 47:1,15
   47:17
**forces** 17:15 47:15
**foregoing** 165:4
   166:6,9,13
**foremost** 108:14
   146:3
**forget** 18:6 120:15
   121:3 126:14
**forgive** 29:2
**form** 32:4 38:16

41:12,13 81:23
   82:5 83:17
   115:19 116:15
   118:9,25 121:7
   123:4 127:14
   128:23 129:18
   131:7 133:14
   134:7 135:2
   137:6 139:1,11
   140:7 143:22
   144:23 153:9
**formal** 19:12
**formally** 14:19
   158:13
**format** 107:6
   111:24 146:16
**formulation**
   141:15
**forth** 9:11 162:23
   166:10
**fortune** 93:7
**Forty-four** 10:14
**forward** 10:21
   21:22 95:21 96:2
   121:10 162:22
**found** 78:5
**foundation** 91:12
**four** 118:21
**frame** 15:23 53:4
**framework** 115:11
   154:18
**frankly** 22:14
   33:11
**free** 43:17 75:10
   76:12
**freedom** 41:22
**freely** 42:18
**freeze** 41:22
**frequently** 46:18
**friend** 77:22
   157:10,20 159:24
   161:13,25,25
   162:5,15,16,18
   164:13
**friends** 17:2
   114:17
**front** 34:10 112:5
   112:6 115:3
   126:9 157:23

**fulfilling** 86:14
**full** 8:15 9:22
   57:24 58:25
   73:12 82:19
   85:12
**fully** 81:15 145:18
**full-fledged**
   110:12 133:22
**functioning** 24:14
**funded** 13:22,24
**funds** 41:17 46:5
   48:2 69:12 94:4
   94:11,20,22 97:4
   98:15
**furious** 162:10
**further** 89:6
   127:10 158:22
   162:19,20 166:15
**future** 136:25
   137:1 142:8,15
   143:2
**F.B** 2:18

**G**

**G** 5:1
**gate** 74:17
**gather** 68:17 70:14
**Gaza** 65:16 68:9
   68:10,12,14 70:8
   70:17 72:14,14
   76:14,16 96:6
   97:14 104:21
   107:21,24 113:8
   132:7
**general** 13:8 40:8
   42:7 43:7 54:14
   62:24 63:4 91:1
   104:5 110:23
   132:4 143:8
**Geneva** 121:21
   138:20
**George** 3:6 6:8
   44:13 61:25
   117:20
**getting** 41:22
   146:7
**Ghannam** 157:10
   164:15
**gist** 109:2 160:8

**give** 24:18,24 35:2
  35:4 46:3 58:1
  62:6 96:16
  108:16 137:18
  147:9 153:4
**given** 16:23 38:11
  83:11 86:18
  93:25 96:10
  121:14 146:25
  153:16 162:12
  163:18
**giving** 146:11
**go** 8:22 10:20 11:2
  20:10 21:1,22
  24:10 34:11
  35:10,13 41:16
  41:20,21 44:11
  44:14 46:24 51:5
  52:2 57:17 67:24
  82:23 84:8
  110:21,23 117:10
  118:14 123:14,19
  123:21,24 128:15
  137:23,24 138:7
  138:8 147:14
  154:13 157:18
  158:18 163:19
**goes** 21:17 142:20
**going** 14:21 15:13
  16:11 20:17
  22:14,17 25:6
  33:1 35:1,15,18
  35:22 51:10
  63:12,15 77:7
  82:14 91:19
  93:12,15 101:15
  104:24 113:24
  115:7 119:13
  135:20 139:21
  141:17 142:11,19
  147:21 153:7
**good** 5:16 145:17
**governed** 129:9
  144:18
**government** 28:7
  106:4,11,21
**governorates**
  67:21 68:14
**governs** 130:15

**grade** 16:2,5,11,12
  20:7
**grasp** 108:21
**great** 115:10
**greet** 61:20
**ground** 86:22
  111:22 130:10
  137:20 138:9,16
**grounds** 142:6,6
**groups** 33:23
**guarantee** 59:8
**guess** 49:11 149:19
**guys** 8:13

———————
**H**
**H** 4:11
**Hadijah** 17:17
**Hague** 138:17
**half** 56:9,12
**Haller** 3:7 5:14
  6:21 7:10 10:1
  25:2 26:15 29:6
  31:7,8 32:2,14,18
  100:21 101:4,8
  101:11 112:14
  117:15,18
**Hamas** 68:14
**hand** 58:22,23
  59:7
**handed** 96:12
**handled** 39:23
  92:5
**hands** 75:7,11 76:9
  76:17 85:20
**Hannun** 30:6
  54:24
**happen** 142:7
**happened** 13:1
  46:18 55:11
  57:13 78:1 80:17
  95:4 130:9
  145:11
**happens** 68:3
**happy** 103:5,17
**Hassan** 132:14,20
  132:24,25 133:18
**Hassan's** 133:2
**hated** 159:2
**Hazou** 3:6 6:9 10:8

14:8,11,12,16
  15:4 16:2 26:17
  26:23 28:9,10
  44:7,12,23,24
  47:4 52:15 55:15
  55:17 56:19 57:4
  57:6,9,10 59:20
  59:24,25 60:2,3,5
  60:6,10 71:3,5,12
  71:15,21,25 74:3
  77:4 88:4 99:23
  100:8,12 101:2,6
  103:8,10 112:11
  112:16,19 114:10
  117:22 118:6
  120:4 129:23
  130:23 135:22
  144:15 151:2,6,7
  151:10,14,15
**head** 18:13 20:2
  56:8 67:8 144:11
  157:9,11
**headache** 24:20
**headed** 109:25
  132:5
**heading** 108:21
**headquarters**
  67:19 68:6,8
**health** 28:14,16
  39:21 110:4
**hear** 29:18 32:17
  62:9 80:25 91:15
  101:13 102:4
  145:2 146:22
  147:5,6 151:17
**heard** 33:5 50:12
  51:2,3 59:11
  91:14 102:4
  119:2 145:6,6
  146:17,22
**hearing** 34:5
  157:21
**Hebrew** 19:1,6,7,8
  101:8,11,13
  112:14
**held** 5:6 12:10
  25:1 30:3 40:2
  56:12 67:5,5,6
**helicopter** 56:14

**help** 63:2,3 100:22
**hereinafter** 9:11
**high** 10:20 16:4,8
  43:23
**higher** 89:12
**highest** 113:17,18
**Hindi** 74:23 77:8
  78:18
**hit** 76:16
**hitting** 75:23
**hold** 42:24 44:13
**holding** 86:8
**home** 11:25 12:1
  42:17 55:23
  56:12 118:14
  138:8
**honest** 61:13,14
  151:8
**honored** 47:11
**hope** 10:7,9 57:24
  69:21 107:11
**Hotel** 2:5 5:6 6:16
**hour** 27:7 35:2
  41:18 56:9,12
**hours** 35:1 56:13
  149:12 153:11
**house** 97:15,22
**housekeeping** 8:2
  35:23
**huge** 39:19 117:14
**human** 25:22,24
  46:9
**hurdles** 106:17
**hustle** 60:7,8,11
**hypothesis** 43:12
  59:1
**hypothetical** 41:14
  43:5 122:22
  123:16

———————
**I**
**ICC** 138:16
**ICRC** 38:24 39:16
**ID** 26:12 95:16
**idea** 19:3 30:15
  53:4 65:12 73:14
  119:25 135:23
  138:6 146:16
  157:20

**ideas** 80:10
**identification** 72:1
  72:6
**identified** 4:12
  62:11 90:22
**ignore** 146:5
**ignores** 153:10
**ill** 110:4
**illegal** 19:17,19,23
**illegitimate** 59:4
**imagine** 26:24
**immediate** 22:10
**immediately** 18:5
**immunity** 135:21
**impediments**
  157:6 158:1
  160:7
**implementation**
  109:17
**implementing**
  106:18 139:14
**implied** 138:12
**imply** 41:16,24
**importance** 146:2
**important** 118:10
  126:3,5,23 139:2
**impossible** 62:1
  88:1
**imprisoned** 49:14
**imprisonment**
  43:13 51:4 82:20
  84:3 85:13
  155:19
**improper** 21:23
  41:13 43:4
**improve** 110:1
**incarcerated**
  78:22 96:13
**incarceration**
  155:22 156:4
**inception** 39:11
**incident** 59:12
  66:1
**included** 83:4
**includes** 98:12
**including** 11:18
  32:13 33:23
  79:17 132:4,6
**income** 27:17

40:22 41:17,22
43:15 49:2 96:20
96:21
**incursions** 11:23
79:9
**indelible** 62:5
**independently** 7:3
**indicate** 6:19
**indicated** 7:23
9:15 34:9 39:12
50:24
**indicates** 94:21
**indication** 6:13
**indictment** 85:12
**indirect** 161:21
**indirectly** 157:3
157:15
**individual** 112:24
**inform** 55:19
56:25 115:1
146:9 157:13
159:22
**information** 38:17
38:21 50:11 55:5
71:7 80:3 81:7
82:16 85:19 86:3
86:5 87:7 92:7
92:10 94:19 96:6
97:12 98:6,11
104:16 105:16
108:24 157:5
158:11,16 159:14
159:20 160:3,25
161:21 162:6
**informed** 52:11
55:14
**infra** 39:14
**initial** 65:21
**injured** 90:13
**injury** 114:3,5,6,7
146:15
**innocent** 74:24,25
**innocently** 162:8
**inquiring** 33:20
**inquiry** 22:3 32:22
33:17
**insects** 46:17
**inside** 10:18
**insinuate** 86:13,17

**insist** 93:8 121:9
**instance** 44:4
46:12 114:23
128:6
**institute** 12:7
61:23
**institution** 11:16
12:5 86:10 88:20
**institutions** 11:15
11:17 12:18,19
13:15,17,22
39:15,22,24
66:13 124:13
**instruct** 22:1
141:11,12 142:12
142:19 143:10,15
**instructing** 22:9
140:13,15,21
141:13
**instruction** 141:25
**insurance** 28:14
28:16 39:21
40:17 42:4 96:21
**intend** 22:19 33:7
34:19 35:3
**intended** 139:20
**intends** 137:4
**intense** 143:12
**intention** 21:22
**inter** 133:6
**interest** 130:12
**interested** 12:19
166:15
**interests** 75:17,18
75:22,24
**interfered** 74:5
**Interim** 107:20
111:1,2
**international**
110:20 123:20
124:13,14 133:6
133:7 136:1,5,10
137:2,10,23
138:1,4,5 143:21
**internship** 11:13
**interpreter** 3:4,5,6
8:17,18,19,20
10:2,8 14:8,11,12
14:14,16,18 15:4

16:2,4,5,7,19
20:1,1 26:16,18
26:22 28:8,10
29:7,21 31:11,13
31:16 37:24 44:7
44:12,18,22,24
47:3,5 48:7
49:19,24 50:7
52:2,6,8,14,18,20
55:15,16 56:18
57:4,6,8,10 59:20
59:23,25 60:1,3,4
60:6,8,10 66:5
67:7,7 71:3,5,12
71:15,21,22,25
72:15,18,22 73:5
73:7 74:3 76:25
77:4 78:11,11
81:1,12,17,20,20
82:3 87:21 88:4
88:4 95:3 99:4
99:18,23 100:2,4
100:8,11,11,12
100:14,19,23,25
101:2,6,12,22,24
102:3,19,22
103:8,10 105:3
109:6 112:10,12
112:15,19 113:25
114:5,9 115:24
117:17,21 118:5
119:19,20,22
120:4 122:11
125:23 129:7,22
130:23,23,25
131:10 132:16
133:12 134:19
135:22 136:4,7
138:3 144:15
148:23 149:18,21
149:24 150:1,4
150:11,14,15
151:1,2,5,7,10,13
151:15,16 152:19
152:24 153:2,20
153:23 155:24
156:2,18 160:14
162:3 163:11
**interpreters** 9:4,14

150:12
**interpreter/tran...**
11:5
**interrogated** 17:17
18:2
**interrogating**
18:25
**interrogation** 18:5
55:3,5 87:19
**interrogator** 18:25
**interrogators**
17:21
**interrupt** 44:10,15
57:1
**interview** 62:15
91:21 133:20
**interviewed** 91:5
**Intifada** 97:22
**intimidated**
161:22
**introduce** 8:12,15
**introduced** 7:25
9:19
**invasion** 79:8
**invent** 82:24
**investigate** 80:8
81:10,14 82:13
83:5,22 95:8,13
164:6
**investigation**
37:14 54:18
87:15,20,22,23
87:24 94:24 95:9
**invite** 47:8
**involved** 16:24
17:14 19:23 25:9
26:2 37:6 40:3
60:19 74:9 108:3
148:6
**involves** 142:24
**isolate** 106:25
**Israel** 1:15 2:6 5:6
6:14 10:18 28:17
28:22 40:11,12
43:18 54:18
58:10,11,23
73:19 76:8,12,23
109:25 111:6
113:17,19 115:10

121:4 122:25
126:10,14,16
134:9
**Israeli** 5:15 12:10
17:23 20:4 26:12
26:12 28:7 38:25
40:13,16,16,17
45:14 46:1,11,16
55:5,8,11 58:4,5
58:14,15 60:16
60:19 66:3,4
67:5,6 73:24
74:8,10 75:5,20
75:23 76:18 77:1
98:3 105:9
106:10 109:21
110:3,9 111:25
115:15 116:2,9
116:10,14,22
117:9 118:8,22
118:24 120:16
130:12 132:1
133:4 134:5,9
135:8
**Israelis** 11:24
16:15 25:22
26:14 37:19 38:4
46:3 49:16,22
52:12 53:2,5,11
58:4 65:25 66:21
66:25 75:3,3
76:18 78:14
79:15 84:12,14
84:24 94:11
105:10 106:14,22
108:5 109:19,19
109:21 130:5
**Israeli-Palestinian**
47:2 107:20
130:7
**issue** 20:25 37:18
43:10 44:16
45:21 54:22
59:18 61:18
84:18 86:7 90:11
95:14 102:13
104:11 117:10
121:21 138:17
142:8 144:8,9

150:25 154:14
157:24 158:1
161:10,11,19,20
162:9,23
**issued** 84:11
**issues** 11:18 25:24
86:19 98:10
108:25 110:3
142:3,20
**item** 26:21 123:19
**items** 24:9 54:14
**iteration** 85:16

**J**

**J** 2:19 90:22
**jail** 45:14 46:1
48:11,11,14,21
48:23 55:1 73:21
73:22 83:20,23
84:20 91:8
157:16
**jails** 48:6,8 129:3
**Jamal** 55:5,7 74:7
74:23 75:10 77:8
78:14
**Jawad** 1:14 2:1 4:3
5:4,19 9:8,23
56:5 165:3,15
167:24
**Jer** 73:2
**Jericho** 30:3 54:25
56:9,10,13 65:15
65:15,16,18 66:1
66:3,13,16,19
73:2,8,9 74:22
78:4 79:3,15,16
80:4 83:14,20,23
84:15,20 87:17
88:6 89:22 90:17
97:10,14 104:22
107:24 157:15,22
158:7
**Jerusalem** 1:15
2:5 5:6 6:14,17
112:8 132:7
**job** 13:3,5 37:5
74:19 83:2 85:6
85:14 92:12
106:16 154:6

156:24 158:2,13
159:15,17
**join** 124:13
**joined** 6:6
**joining** 6:23
**joint** 130:7
**jointly** 12:11
**Jonathan** 3:12 6:7
**Jordan** 11:13
47:16 111:8,9
**Jordanian** 11:3
26:13
**JR** 2:18
**judicial** 132:8
**junior** 16:4,8
**Justice** 110:21
**justify** 41:18

**K**

**K** 23:8
**Kalkilya** 65:19
67:22,24 68:6,22
68:23 74:22 75:3
157:9 158:6
159:11,11 164:13
**Karim** 30:6 54:24
56:22
**keep** 64:24 68:21
78:22 96:7
**keeps** 86:10 96:19
**kept** 24:2 163:20
**Khaled** 77:23
**kidnapped** 76:15
**kids** 78:16
**kill** 157:22
**killed** 76:5,11
**killing** 40:15 55:7
76:9
**kind** 27:22 28:11
28:13,14 40:19
62:24 112:17
132:2 138:22
161:7
**kinds** 46:25
143:15
**Klieman** 23:8
**knew** 20:6 52:4
78:21,24 99:14
**know** 7:6,9 18:7

18:18 19:2,16
20:9 26:25 27:10
28:25 29:17,24
30:1 34:16 35:3
36:1 37:13,22
38:1 39:8 43:9
44:3,5 46:22
47:13,16,19 49:4
49:7,8,12 51:25
52:4,10,12 53:10
53:13,16,18 56:2
56:17,23 59:8,14
59:22 60:7 61:16
62:9,12 63:4,7
65:7,19,24 66:2,7
66:8,23 72:20
73:1,5,10,12,15
76:2 77:24 78:1
78:6 79:2,4,24
80:3,5,6 81:3
82:23 84:16,23
85:5,6 86:25
91:2,21,23 93:17
94:2,3,6,8,17
96:5 97:8 99:21
101:18 107:16
108:21,22 113:1
113:7 116:24
122:7 123:5
129:17 131:14,16
132:10,14,18,23
135:19 136:23
137:4,5,7 139:23
140:2 143:5
148:5 155:10
158:5,15 159:5
159:19 160:1,2
161:2,18,19,22
162:7,8 164:12
**knowing** 79:7
157:12 161:15
**knowledge** 50:20
82:15 93:21
**known** 91:3
107:23
**knows** 88:17 107:5
**kosher** 159:18
**K-l-i-e-m-a-n** 23:8

**L**

**lack** 91:12 148:15
**laid** 34:16
**lands** 138:19
**lashing** 161:17
**launched** 90:8
**law** 2:12 5:17 6:25
7:5,18,20,25 11:2
11:11,22 12:5
19:19 20:4 27:5
28:4 47:9 73:24
73:25 75:16 86:1
154:2,3,6,7,13
155:8
**laws** 108:20
109:17 115:14
132:1,2
**lawsuit** 109:14
116:11 118:7,16
118:22,23 121:2
123:14 125:21,25
127:7,11 128:25
148:22 149:3,17
**lawsuits** 112:18,22
131:24 135:13,19
**lawyer** 9:23 10:25
11:7 13:6 24:10
24:15 30:4,5
38:13 41:15
61:21 74:9 77:21
77:22 83:10
84:10 85:6 93:21
93:23 98:18,20
98:23 99:15,15
100:22 102:15
103:25 104:3
108:17 132:21
148:6 160:19
**lawyers** 24:14
52:23 64:24
98:24 164:11
**lead** 24:13 75:22
141:17
**leaders** 133:4
134:5,10 135:8
**League** 143:13
**leave** 41:14
**left** 64:18,20 65:5
65:23 75:2 84:7

90:7
**legal** 9:24 12:14,14
12:23 13:6,8
15:9 19:14,24,25
28:21 81:23 82:6
101:5 104:12,13
108:18 109:13
111:17 113:17
115:6,8,11
121:23 124:15,16
130:8 132:22
133:2,4,22 134:4
134:5 135:4,5
137:17 144:9
152:17,22 154:8
154:9,17 155:3
161:4 164:10,11
**legalistic** 144:9
**legislation** 106:21
**legislative** 106:9
106:12 129:21
130:1,6
**legitimate** 124:4
144:5
**Leitner** 3:8 5:13
6:21 7:11,20,23
**length** 71:14,19
**LETTER** 4:12
**letters** 114:18,19
114:20
**letting** 20:21
**let's** 10:21 35:10
42:16 63:9 69:3
69:25 99:24
120:15 122:24
126:14 128:2
147:13 161:11
**level** 21:2 79:21
82:15 89:12
**levels** 96:21
**Levy** 125:3 128:4
128:6,13
**life** 16:10 25:24
75:6
**liked** 106:15
**limited** 12:1 21:5
**line** 4:20 22:3,10
77:7 162:24
167:5,7,9,11,13

167:15,17,19,21
**lines** 20:15
**list** 95:15 149:14
    155:6
**listed** 165:7
**listen** 136:14
    146:12
**listened** 146:23
    147:3
**listening** 146:6
**lists** 72:10 152:2
**literally** 56:14
**litigation** 112:9
**little** 20:10 33:15
    46:10,15
**live** 10:15
**lived** 91:22
**lives** 144:17
**living** 16:20 42:17
    130:14 131:18
**Livni** 134:10
**local** 6:6
**locationwise**
    121:22
**locked** 73:16,18
**logo** 114:20
**long** 11:7 19:10
    35:25 60:21
    77:15 155:11
**look** 34:13 35:6
    64:6 65:13 125:8
    147:9
**looked** 63:5 164:8
**looking** 122:7
**looks** 30:22
**loss** 42:10,12,13,14
    42:15,22
**lost** 81:18
**lot** 25:24 30:18
    42:18 59:14,15
    60:15 80:19
**lots** 46:19 106:17
**loud** 146:1
**low** 96:20
**lucid** 159:15

——————
**M**
**Magistrate** 112:8
**Magistrate's**

112:12
**mail** 72:16,19
**main** 15:6 67:19
    74:24 109:15
**maintain** 22:5,8
    116:11
**major** 39:24
**making** 37:6 38:14
    47:23 54:22 62:3
    89:17
**man** 161:10
**managed** 70:19
**management**
    12:23
**Mandella** 11:16
    13:16
**manner** 66:15
    69:15 157:18
**mark** 2:19 6:4
    80:9 90:20
**marked** 33:2,2
**marketed** 115:12
**material** 46:21
    92:2,5,9 98:8
    128:14
**matter** 5:5 23:22
    32:12 39:2 41:2
    57:25 87:1 92:6
    92:14 95:15
    108:17 119:3
    121:24 154:11
    157:13 158:17
    159:21
**matters** 32:23
    70:11 84:3,4
    96:7 97:24
**Matzov** 1:25 2:4
    5:8 166:3,20
**McALEER** 2:18
    4:7 5:16,17 6:25
    7:4,8,22 8:10,14
    8:21 14:24 19:18
    20:5,9,23 21:8
    22:3,8 25:18
    27:16 28:1,18
    31:5,10,18,22
    32:9,20 33:14
    34:2,5,8 38:3
    39:6 41:12 42:24

43:4 44:10,13,20
    45:2,7,9 49:23
    50:18 59:16
    71:16 73:17
    81:22 82:5 83:6
    83:17 85:1,15
    88:25 89:11,17
    91:11 103:5,9,11
    103:16 115:19
    116:6,15 118:9
    118:25 121:7
    122:15,18 123:4
    127:14 128:23
    129:18 131:7
    133:11,14 134:7
    135:2 137:6
    139:1,11,19
    140:7,12 143:22
    144:23 145:14,17
    149:9 150:24
    153:6 155:10,15
    156:1,3,7,20
    158:5,19 162:12
    164:17
**meal** 45:14,15,25
    46:3
**mean** 18:9,10,22
    28:11 30:9 38:4
    41:4,24 45:10
    50:16 51:18 57:3
    58:21 60:12,12
    61:16 66:17
    73:20 87:18 94:4
    102:13 109:24
    119:18,21,23
    126:12 128:25
    131:13 136:19
    143:19 147:12
    148:8,8 151:17
    162:4,7
**meaning** 71:19
    112:21 152:6
**meant** 15:2 27:22
    64:17 66:18
**mechanisms** 43:8
    143:7

**media** 54:23 59:13
    60:11,11 62:19
    84:17,19,21,24
    133:25
**meet** 30:24 96:22
    114:15
**meeting** 38:12
    55:2,2
**member** 25:3,6,11
    25:12,13,14,15
    41:6 42:9 140:1
    140:6 141:8
    143:19 160:20,20
**Memorandum**
    152:7
**mentioned** 13:14
    13:21,23 31:9
    64:7 75:1 86:19
    157:23
**mentioning** 26:21
    90:11
**merchandise**
    128:7
**Merely** 157:21
**met** 31:1 36:6 50:3
    51:25 53:8 54:25
**Middle** 115:13
**military** 11:24
    25:4 55:18,21
    56:8 59:3 64:8
    64:15 74:11
    75:16 80:10
    83:25,25 84:1
    99:9,19 157:2
    158:14 160:4
**Miller** 2:18 5:18
**mind** 13:18 24:19
    113:9
**mine** 137:17
**minimize** 146:2
**Minister** 107:4
**ministers** 106:5,7
**ministry** 10:1,4
    12:12,12,23
    13:10,12 14:6,7,9
    14:12,21,25
    15:13,16 35:24
    36:23 37:1,2,2,19
    38:7 39:24,25

40:1,21 41:1
    43:1,2,7 47:22,23
    48:2,14,14,19,20
    48:24 49:2 67:13
    67:19,20,24 68:6
    68:15 70:19 72:9
    96:7,14,19 97:6
    97:16 109:24
    113:3 114:13
    118:12,17 157:9
**minute** 24:24
**minutes** 34:9
    47:20 61:1,2,3
**Mis** 85:1
**mispronounce**
    10:6 29:2
**missing** 69:17
**misstates** 49:23
    89:3 116:6
**mistaken** 141:17
**Mitchell** 3:3 5:9
**mo** 95:25
**Mofaz** 134:10
**moment** 6:10 18:3
    70:12 95:23 96:1
    97:21 147:9
**moments** 89:13
**monetary** 28:6
**money** 28:13 40:25
    41:3,8 42:18,19
    43:3 46:2 57:20
    94:2,9,13,18 95:1
    98:11,11 122:23
**Montgomery** 2:14
**month** 43:21
**monthly** 47:25
    48:1 70:9
**Mordechai** 3:7
    5:14
**morning** 5:16
    56:20 74:16
    99:10
**motion** 152:1,7
**motivated** 78:20
**mouth** 85:3
**move** 22:15,19,20
    144:13 162:22
**moved** 12:8 134:12
**moving** 72:12

mrochon@milc...
2:22
murder 58:3 60:19
74:9,20 75:14
76:3,19 78:25
murdered 75:5
murderers 78:21

**N**

N 4:1,18,18,19,19
5:1 126:11
Nael 157:10
164:15
Nam 16:13
name 5:17 9:22
10:6 14:19 17:18
17:20,20 28:25
29:10,18 36:4,5
63:7 71:9 72:6
77:22 91:3 95:18
105:24 113:6
114:12 116:25
118:8,12,16,20
118:23 120:10
121:19 123:1,2
123:25 124:22
125:1,7,9,13
126:1,2,3,10,12
126:21,25 127:6
127:7,8,8,12,21
127:22 157:10
164:13
named 166:6
names 8:16 17:16
17:22 70:23
155:6
nascent 97:13
nat 123:22
national 39:21
40:17 54:15
75:17,18,21,24
96:21 126:22
127:6
nationality 26:12
26:21
Nations 138:25
139:25 140:1,6
141:9 142:15
143:20 144:11,12

natural 123:22
nature 27:13
31:24 33:23
157:17
near 142:15
necessarily 42:9
neck 159:19
need 11:4 15:23
21:9 32:20 56:13
84:8 92:22 96:25
124:11 139:16,17
140:23 144:11
145:3 154:13
needs 38:2 39:14
39:15 40:10 43:2
43:2 96:25 107:8
130:4
negatively 128:11
negotiation 105:6
negotiations 75:9
108:4,4,8,9
Neither 80:24 81:1
nervous 56:22
Netanya 10:19
Netanyahu 107:4
Netherlands 14:2
never 32:10 94:1
new 70:15
news 60:16
Nitsana 7:21,25
nods 18:13 20:2
67:8
noise 59:15 60:10
60:11,11,14,15
60:17 80:19
noon 74:21
normal 62:6 64:21
68:20,21 81:5
86:11 125:5,6
Norway 111:9
note 6:10 21:11,19
21:20 151:25
noted 22:4
notes 147:9,14
notice 2:4 5:21 6:2
8:5,7,9 29:16
152:1 155:18
notwithstanding
22:4

November 166:18
number 17:3
24:14 25:9 39:19
72:2,7 97:5
153:12
numbers 95:16
nutshell 54:19
57:12
NW 2:19

**O**

O 4:18,19,19 5:1
oath 126:18 165:5
165:10
object 20:14 82:5
131:7 142:22
143:5,10 153:9
objection 19:18,20
20:5 21:25 22:4
22:6,9 25:18
28:1 32:24 38:3
39:6 41:12,12
43:4 49:23 73:17
81:22 83:6,17
85:1,15 88:25,25
91:11 115:19
116:6,15 118:9
118:25 119:1,2
121:7 123:4
127:14 128:23
129:18 131:7
133:11,14 134:7
135:2 137:6
139:1,11,17
140:7 142:5,18
143:22 144:23
149:9 153:21
158:8
objections 45:9
obligate 131:17
obligation 152:14
obligations 86:14
86:14
observation
145:10,15
observations
153:22
observer 143:9
obstacle 88:1

89:19,24 90:1,2
obstacles 106:18
160:7
Ocampo 136:15
occasion 51:17
occasions 23:10
occupation 39:18
86:16 132:2
138:18
occupied 132:6
138:19,20,21
occur 82:25
offense 83:15
offered 12:25
office 7:21 11:20
11:21,23,25 14:5
15:7 36:7 38:13
56:10 64:8,15
65:3,4 67:11,12
67:13,16,24
68:13,22 72:25
officers 17:13
offices 2:12 7:25
38:7
official 3:4,5 8:17
8:19 9:4,14 10:2
14:14,18 16:4,5,7
16:19 20:1 26:18
29:7,21 31:11,13
31:16 37:24
44:18 47:5 48:7
49:19,24 50:7
52:2,6,7,18,20
60:8 62:16,24
66:5 67:7 71:16
71:22 72:15,18
72:22 73:5,7
76:25 78:10,11
81:1,12,17,19,20
82:3 84:5 87:21
88:3,14 95:3
99:4,18 100:2,4
100:10,11,14,19
100:23,25 101:12
101:22,24 102:3
102:19,22 105:3
109:6 112:12
113:25 114:5,19
115:24 117:17

119:19,20,22
122:11 125:23
129:7 130:22,25
131:10 132:16
133:12 134:19
136:4,7 138:3
148:23 149:18,21
149:24 150:1,4
150:11,14,15
151:1,16 152:19
152:24 153:2,20
153:23 155:24
156:2,18,25
157:16 160:12,14
160:15 162:3
163:11 164:9
officially 13:5
Oh 16:6 18:10
35:8 61:2 82:3
92:19
okay 14:20,23 35:6
45:24 47:5 53:10
53:23 63:9 67:9
67:14 69:3 70:2
72:19,22 73:7
76:21 89:19
92:19 93:2
100:20 102:5,14
104:25 111:4,12
111:13 112:7
116:8,18 119:5,7
120:8,17,25,25
121:5,5 122:8,20
122:20 124:25
125:11,17 127:2
127:5,10 128:16
128:19,21 129:7
133:2 134:2
140:12,22 141:10
147:16 149:25
151:1,9 153:25
155:9,12
old 10:13 38:20
65:14 106:24
once 31:1 49:9,14
49:18 50:5,5
87:4 92:3 98:7
123:7 138:13
139:2 159:15

**ones** 113:9 128:11
**one's** 92:15
**op** 58:8
**open** 25:21
**opening** 161:16
**openly** 159:9
**operate** 129:13
**operating** 58:9
**opinion** 133:19,20
134:23 136:18
137:13,14,19
**opinions** 137:22
**opposed** 107:3
**opposing** 54:14
**ordeal** 157:22
**order** 19:15 24:10
24:19 33:7 41:16
41:20 43:8,9
45:25 61:17
69:12 70:10,14
88:10 97:15,19
97:22,24 102:9
106:24 123:9
124:2 128:13
144:13 147:5
154:14 162:5
**organization** 7:1,5
7:11,16,18 13:11
25:4,4 36:20
61:25
**organizations**
13:24 26:7,7,8
134:12
**organized** 97:20
104:17
**original** 107:6
**originally** 59:10
59:11
**Osama** 3:11 6:5
**Oslo** 58:12 104:19
105:14,23 106:6
106:7 107:12
109:15 130:2,3
138:11 164:8
**Ouri** 132:16,17
**outburst** 161:22
**outcome** 117:12
118:13,13
**outdated** 65:1

**outrage** 54:23
59:11,14,21,22
60:12
**outside** 7:16,18
35:1 75:10
**owner** 124:4
**o'clock** 55:23

_____
**P**

**P** 5:1 39:12 58:21
**PA** 8:6,9 9:24 10:5
13:11 23:13
39:12,20 47:15
54:14 58:17
65:10,15,19,21
78:18,21,23,24
79:10,22 82:20
82:22 85:13 87:6
87:15 88:13
89:20 90:10,16
90:24,25 92:7
93:18,22,24 94:1
94:1,3,9,18,25
95:1,5,23 96:1
97:2,13 99:17
103:22 104:12,14
104:17,24,24
105:2,5,12,18
106:1 109:13,18
110:6,9,13,15,21
110:23 112:8
113:2,14 114:21
117:2,3,6,25
118:12 121:12,23
123:21,24,25
124:15 126:9,17
126:19,19 128:13
131:25 132:2
134:3,4,14 135:1
135:6 136:9,23
137:4,10 138:6
139:3 148:2,2,4
148:17,18,21,21
149:1,2,3,4,15,16
150:19,20 151:23
152:5,8,23
153:18 154:4
155:5 157:4,18
159:9 160:21

161:2,3 163:22
163:23,25 164:1
164:6
**package** 133:22
**packaging** 154:10
155:7
**page** 4:5,20 152:6
167:5,7,9,11,13
167:15,17,19,21
**paid** 36:20 38:2
70:7 71:10 94:2
94:9,14,18 98:15
**Palestine** 11:14
105:20
**Palestinian** 5:20
5:22 6:5 12:6,12
17:1 37:3,10
39:19 45:13,25
47:13 48:4,6,8,10
48:10,13,13,21
48:21,23 49:15
49:18 54:15
55:14,18,21
58:13,13 62:16
62:24 67:2 73:19
73:24 75:14,16
75:21 78:17
83:25 84:1 96:17
96:24 105:21,22
106:16 108:11,13
109:3 110:8
112:25 113:14,22
115:16 116:3,10
116:13,20 118:3
118:8,19,20,23
119:16,16 120:2
120:9,18,22,23
121:1,15,19
122:22 123:1,1,2
123:8,11 124:18
124:21,22,25
125:3,7,9,18
126:1,21,22
127:5,6,11,13,21
127:24,25 128:5
128:21 129:1,9
129:10,13,16,20
130:1,13,15,17
131:4 132:1

133:3,5 134:6,12
134:13 135:12,18
135:25 137:11
138:18,23 139:9
139:24 140:4
141:20 142:16
144:18,22 150:6
150:8 155:21
156:3,11,20
159:2
**Palestinians** 39:17
40:15 50:5,8,15
52:17,19,21
53:17 65:25
73:20 74:15
75:19 128:7
143:25
**paper** 19:1 65:5
68:3 69:7 72:12
86:19 159:8
**papers** 44:2 56:21
64:3,9,16 79:20
88:12 91:23
114:20
**paperwork** 32:8
**paralyzed** 12:3
**parentheses** 12:15
152:10
**part** 13:13 22:14
32:12 33:18,19
33:25 37:5,24
40:15 83:7
111:20 139:12
158:11
**partial** 52:1
113:23
**partially** 29:3
37:23 50:6 63:20
81:16 95:2 99:3
100:1 109:5
114:4 122:10
129:4 130:21
133:10 134:18
136:3 148:19
149:6 150:21
152:18 155:23
156:17 160:13
163:10
**participated** 55:7

**Participating**
19:13
**particular** 47:14
72:5 92:4 122:7
158:18
**particularly**
109:24 134:9
153:10 161:19
**particulars** 38:21
**parties** 24:4,22
105:7,8 109:4,7
111:18
**partner** 6:3 36:17
54:24 55:22
57:16 98:24 99:2
99:5
**party** 80:13,14,16
83:24 84:4 86:12
87:8 92:8,10
109:14 114:22
116:12 117:3,9
119:17,18 121:25
124:23 125:12,15
125:19 126:21
**Pasha** 2:5
**pass** 26:14 74:1
**passed** 99:13
114:24
**passport** 26:13
**patient** 145:19
**pay** 27:2,9,15,19
27:20 28:2 40:17
40:23 42:18 43:2
43:19 45:15
47:24,25 122:23
122:23
**paying** 40:9 42:11
79:21 113:8
**payment** 28:13
48:24 65:8 66:9
66:24 67:25
**payments** 37:2,7,9
37:15 42:2 47:23
48:15 69:8 70:4
70:9,11 95:25
96:16 97:9,10
98:3,12
**payroll** 96:9
**pays** 40:1 41:1

46:2,5 96:16
**PA's** 139:8 142:14
143:18
**peace** 106:14
**pen** 124:3,5 145:11
145:12
**penalty** 165:9
**pending** 2:2 29:3,5
30:13 37:23 47:6
50:6,10 52:1,7
53:21 63:20,23
72:23 81:16 95:2
95:6 99:3,6
100:1 105:1
109:5,8 113:23
114:1,4,8 122:10
122:14,15,19
129:4 130:8,21
130:24 133:10,15
134:18,22 136:3
136:8 148:19
149:6,8 150:21
150:23 155:23
156:5,17,21
160:13,17 163:10
**people** 17:10,11
29:12 39:19 40:2
41:16,20 61:13
61:19,20,24
62:10 67:17 78:8
79:17,21 83:20
88:17 90:14
92:11 96:20,22
96:24 97:7 107:9
107:9 108:25
110:4,7 112:25
121:16,19 123:11
127:13,24,25
128:6 132:8
133:5 134:6
136:20 137:16,22
138:10 144:2,2
146:5 154:5,6
**percent** 108:25
109:2 146:11
**period** 10:23 11:15
12:3,25 19:8
65:14 69:24
71:12,18 72:13

73:25 74:6 77:6
77:9,18 83:11,12
83:13,13 90:9
93:21 94:10
95:21 97:9,18
107:10
**perjury** 165:9
**permanent** 28:23
**permit** 115:16
**permitted** 140:5
**person** 17:16,24
28:25 29:24
30:24 31:3 37:18
38:11,13,25 39:2
41:3,10 42:5,6,16
42:20 62:23 63:7
65:6 67:22,22
68:2 69:4,25
70:4 72:2,5 74:6
74:13,24 77:23
78:15 88:14 91:2
91:24 94:12
107:3 117:1
130:14,19 131:2
144:17,20 151:20
162:8
**personal** 38:21
80:5,6 87:5
88:15 92:11
94:20,22 114:19
133:19 135:3,11
137:14 146:15
157:17 158:17
160:23 161:7
**personally** 30:8
160:25
**person's** 29:18
38:12,23
**perspective** 40:9
**phase** 43:7 65:21
107:23
**philosophy** 43:7
**photocopy** 55:12
55:20 64:10
**phrased** 140:21
**physically** 72:12
**pick** 114:25
**picked** 7:23
145:11

**picture** 57:24
**pictures** 91:13
**piece** 68:3
**pitch** 146:1
**place** 64:11 65:13
67:17 74:21 81:5
155:2 166:10
**placed** 24:13
**plaintiff** 5:11 33:8
114:3
**plaintiffs** 1:5 2:11
9:20 31:24 32:11
33:18 103:25
104:3
**plan** 34:15,18 35:2
136:25 137:1
**plans** 34:16 136:24
136:25,25
**please** 9:22 11:9
24:24 49:24
76:25 89:8
147:25 150:1,5
151:12,19
**PLO** 6:5 13:11
23:11 25:9,12,14
105:6,10 108:5
110:22 111:6
**PNA** 13:13 23:12
23:17,25 24:6
28:2,3 37:10,16
37:21 38:1 58:21
85:10 88:2 89:20
97:10 98:5 103:2
103:3 104:24
126:10,19
**PNA's** 15:13 102:7
**point** 8:3 15:6
24:11 33:15 41:9
103:16 133:22
152:22
**pointed** 145:9,11
**points** 137:18
**police** 16:16,17
17:13,15 18:8,9
18:11,12
**policy** 42:7 54:14
**political** 25:4,17
25:21,23,25 26:1
26:3,3,7 57:21

58:19 59:3,5
78:22 142:5,8
144:8,10
**politically** 78:20
**poor** 148:12,12
**posed** 50:22
139:13
**position** 22:16
41:19 42:21
88:16 123:16
133:8,18 135:13
135:16,19,25
136:24,24 137:5
137:10,24 138:24
139:8 140:4
142:4,14 143:18
146:19 148:13
152:12 160:5
**possible** 113:20
122:5 148:8
**post** 11:24 64:8,15
72:25
**power** 64:11,18
111:16
**practical** 109:16
109:23
**practically** 11:24
46:7 110:15
**practice** 15:9
36:10 47:9 86:1
133:5 134:6
**practices** 47:12
**pre** 51:7
**precedent** 154:2
**premises** 58:16
**preparation**
155:17 156:9
**preparative** 10:23
**preparatory** 15:22
16:1
**prepare** 80:8
104:6,9,14 164:7
**preparing** 64:3
76:16 80:17
82:11 101:19
**prescriptive**
140:20
**present** 3:2 38:8
57:14 162:5

**presented** 114:11
115:3
**president** 87:10
132:22 142:4
**president's** 79:12
**press** 74:16 95:16
98:6 133:20
**pretrial** 17:9,11,12
**prevent** 89:20
**previous** 32:22
44:1
**previously** 6:15
31:6 52:5,13
68:12 85:16
145:1
**pre-1994** 51:4
**prices** 43:22
**pride** 115:10
**Prime** 107:4
**principle** 97:1
115:5 162:20,23
**Principles** 65:16
105:14,17
**prior** 50:25 85:16
89:2,5 166:5
**prison** 14:21,25
15:2,13 38:19
43:16,18,20,22
44:8 45:3,8,15
46:7,13,16,19
47:1,17,22 48:1
48:11 50:25
63:22 65:10
75:10 83:1,14
87:16 88:6 113:8
114:14,16,21,24
155:21 156:2,3
156:12,20 158:7
163:1
**prisoner** 15:1,3,14
15:18 35:24
37:15 39:4 43:20
44:4 45:14 46:1
48:23 95:25
96:12
**prisoners** 14:9,13
15:4,10 37:3,3,10
42:2 43:24 46:6
46:11 47:1,13,14

**prisoner's** 42:3
**prisons** 12:11
  38:25 39:18
  40:14 46:18
  47:10 83:25
  96:24 110:3
**private** 11:20
  23:21 36:9 98:18
**privately** 9:19
**probably** 8:3
  154:21
**probe** 55:13
**problem** 25:10
  125:5,14 132:12
  133:1 139:12
  140:20 145:4,4
  146:17 151:21
  152:13 160:8
**problematic** 69:16
**procedure** 5:24
  38:18 67:23 68:8
  130:11
**proceed** 22:2,11
  22:17 68:16
  118:24
**proceeded** 11:21
  12:16
**proceeding** 6:14
  144:10
**proceedings** 9:13
  77:24 166:11,14
**process** 22:20
  37:20 58:9 69:1
**produce** 90:24
**produced** 31:6,23
**production** 32:18
**productive** 89:7
**proffer** 20:16 21:9
  22:5
**program** 12:11,13
  12:16,20 13:1
**project** 12:8
**pronounce** 29:18
**pronunciation**
  29:15
**proof** 38:25
**proper** 21:9 69:15
  69:20 157:1
  158:2

**proposed** 71:17
**prosecuted** 130:16
  131:4
**prosecution** 55:14
  55:19,21 56:8
  79:25 80:10 84:1
  84:1 99:17
  129:10 131:6
  157:2 158:14
  160:4
**proud** 146:4
**prove** 74:10
**proved** 74:18
**proven** 74:13,25
  75:5
**proves** 75:9,11
**provide** 33:7 41:17
  46:8 49:3 111:15
  111:16 120:20
  128:13
**provided** 32:3
  46:6,20,22 112:3
**provides** 23:25
**providing** 69:12
**provision** 129:25
**psychological**
  90:12
**public** 19:15
  105:15 139:8
  159:7
**publicly** 133:18
**published** 159:8
**pull** 159:19
**pupils** 17:3
**purchase** 44:4,9
  46:23,24
**purchased** 43:24
**purpose** 61:6
  132:10 143:2
  146:1
**purposes** 14:20
  15:14 27:23
  143:20
**pursuant** 2:4 5:21
  5:23 31:19
**pursue** 70:10
  96:23
**pursued** 154:20
**pursuing** 57:17

113:7 137:8
**pushing** 121:9
**put** 24:8 33:2
  34:10 46:17,21
  50:23 51:8 54:19
  69:13 72:24 85:3
  88:16 97:15,24
  106:17 145:14
**putting** 97:21
  164:3
**p.m** 63:14 74:20
  93:14,14 119:12
  119:12 147:23,23
  164:20

**— Q —**
**Qalansuwa** 10:16
**Qanun** 12:5 61:23
**qualified** 143:18
**quality** 46:9,15
**query** 161:10
**ques** 36:24
**question** 19:9,20
  21:23 25:7 26:11
  27:18 29:3,5
  30:13 32:15
  36:11 37:8,23
  41:13 42:25 47:6
  49:25 50:6,10,22
  51:3,8 52:1,7,10
  52:24 53:21 62:8
  63:20,23 66:14
  72:23 77:14,14
  77:14,17 81:16
  82:6,9 85:17
  88:8 89:2,3,18
  92:23 93:4 94:5
  95:2,6,11 99:3,6
  100:1 102:20,23
  102:24 103:4,6
  103:18 104:13
  105:1,3 109:5,8
  112:2 113:23
  114:1,4,8 116:16
  116:19 119:8
  120:1,15 122:5
  122:10,14,16,19
  127:18 128:1,25
  129:4 130:21,24

133:10,15 134:18
  134:22 136:3,8
  139:4,5,7,13,14
  139:16,22 140:16
  140:18,20 144:25
  145:5,22 146:6,7
  146:13,20 148:19
  149:6,8 150:21
  150:23 151:20,22
  153:9,14 155:23
  156:5,8,17,21
  160:13,17 162:9
  162:13 163:3,10
**questioning** 21:3
  157:13
**questions** 18:12,14
  21:6 22:19 24:12
  34:20,21,21,24
  35:3 36:25 80:8
  81:11,15 88:9
  93:6 103:25
  104:3,15 132:11
  132:11 136:13
  140:22,25 142:12
  142:22 143:16
  144:19 145:21,22
  147:17 153:16
  154:15 155:4,9
  155:11 157:3
  158:19,25 162:14
  163:19 164:4,16
  164:17
**question's** 25:18
**quick** 58:22 59:2
**quickly** 22:21
**quite** 97:25 98:1
  148:12,12
**Quzmar** 77:23

**— R —**
**R** 4:18,19 5:1
**Rachel** 3:10 5:14
**radically** 121:23
**radio** 60:16 90:14
**Rai** 36:6 88:23
**raise** 84:21 101:20
  110:17 118:11
  128:1,3 134:24
  135:7

**raised** 16:25 84:19
  110:18 118:12
  123:6,6 134:9,11
  134:14 136:13
  145:10,15 154:4
  162:9
**raising** 89:12
  113:2
**Ramallah** 11:14
  67:20 68:7,12,16
  69:5
**Rami** 125:3 128:4
  128:6,13
**ranging** 42:12
**rape** 39:3
**raw** 46:12
**read** 18:23 19:6,7
  19:8 165:8
**ready-made** 73:23
**real** 62:15 109:23
  116:18
**reality** 138:9,16
**realize** 16:9
**really** 7:2 62:13
  126:4
**reason** 16:23
  21:24 33:12
  38:22,23 65:17
  65:18 85:16 99:1
  99:11 126:23
  160:24 163:19
  167:6,8,10,12,14
  167:16,18,20,22
**reasonable** 30:16
  87:15,23,24
**reasons** 6:15 59:5
  78:22 140:8
**recall** 23:6 24:5
  30:25 31:7,7
  36:14 61:13,22
  107:18 155:16
  156:7 158:25
**receive** 28:6,16
**received** 31:19
  37:15 40:6 55:4
  72:10 94:20,21
  95:1 97:9 162:18
**receives** 72:8
**receiving** 115:1

**Recess** 35:17 63:14
93:14 119:12
147:23
**recognize** 31:3
60:25 61:11
62:20 63:1,6
**recollection** 63:18
**record** 6:11,15
7:22 8:15,23,24
21:11,19,20 25:1
28:18 32:21
35:13,15,18,20
63:12,15 80:12
89:15 91:20
93:12,15,25
119:10,11,13
145:8,14 147:20
147:21,24 153:7
166:14
**recorded** 166:11
**recording** 91:19
**records** 66:17
70:20,21,22
82:22 86:10 95:9
95:22,24 96:4
98:5
**Red** 38:9 40:5 46:5
**refer** 91:25
**reference** 152:10
**referral** 110:22
**referred** 8:4 40:20
98:9 107:19
**referring** 16:10
27:16 113:10
**refers** 152:1
**reflect** 95:22 145:8
**Refrain** 135:9
**refuse** 46:13 145:5
**refused** 158:10
**refuses** 161:10
**regarding** 31:24
44:17 79:24
155:5,17 156:11
164:10
**regardless** 40:5
87:12
**registered** 126:9
**regular** 38:15 62:2
164:10

**regularly** 114:15
**regulations** 115:14
**reiterate** 87:4 92:3
123:7 156:22
**reiterating** 163:20
**rejected** 110:6,10
111:25 113:4
128:10 158:9
**rejecting** 162:23
**rejection** 161:9
**related** 65:2 80:12
80:16 82:13 84:3
102:6 110:4
118:1 121:22
155:4
**relating** 152:4
**relationship** 6:19
160:11,19,23
161:8
**relatively** 42:13
**release** 23:23
41:21 73:25
80:23,24 81:2
82:20 84:20
85:13 156:1,11
156:15 159:25
160:2
**released** 14:13
66:3 73:2,10,16
73:21 75:8 78:4
78:7,8,9,15,18
79:2 80:4,21
83:1,23 84:9,13
84:15 85:7 87:16
88:6,23 89:22
90:17 91:7
155:21 156:18
157:15 158:7
163:1,5,13
**relevance** 140:10
**relevant** 69:10
86:5 154:5
**Remainder** 29:5
50:10 63:23 95:6
99:6 109:8 114:1
114:8 122:14
130:24 133:15
134:22 136:8
149:8 150:23

156:5,21 160:17
**remaining** 34:9
145:22
**remember** 13:25
14:3 15:25,25
17:13,16,16 23:7
30:7,22 36:12
54:12 55:24
60:22 62:1,5
84:22 91:24
92:11,13 113:6
152:21 157:24
159:5,9,10
160:10
**remembered**
160:18
**remembers** 88:15
**rent** 43:19
**repeat** 49:24 82:8
**repeatedly** 88:8
159:4
**rephrase** 129:6
149:18
**report** 88:18
162:11
**reported** 1:25
90:14
**reporter** 5:8 16:18
32:17 115:22
125:22 166:1
**represent** 9:24
23:13 36:15
90:25 110:7
114:3 116:22
163:21
**representation**
32:10
**representative**
78:23 85:10 88:1
89:21 90:25
110:11,14 112:25
114:22 115:6
117:7 119:15
121:15 123:10,12
123:23 124:10
126:17,18 127:13
127:15,16,23,24
128:12 134:2
135:1 137:9,15

148:1 149:1,2
157:17 163:25
164:6
**represented** 30:11
30:17 98:17
134:13
**representing** 9:20
33:21 85:24,25
128:5
**Republic** 1:7 5:5
167:3
**request** 6:18 24:6
24:6 41:20 58:10
65:8 66:9,24
**requested** 55:12
57:14 133:21
136:9,12
**requirement** 49:3
158:12
**requirements**
82:16 85:23
**requires** 42:18
**rescued** 70:16
**residence** 79:12
81:5
**resident** 28:23
**residents** 28:17,19
28:19
**resort** 154:12
**respect** 6:1 15:12
21:6 147:6 157:7
**respond** 91:22
108:24 114:19
133:23 145:21
151:19,20 154:8
164:2
**responded** 154:14
159:17 160:9
161:9 162:17
**responding** 88:7
**response** 33:5
75:20,23 80:11
121:10 136:10
156:8 157:19
162:13
**responsibilities**
164:2
**responsibility** 85:8
85:10 106:1

**responsible** 59:8
83:24
**responsive** 86:17
**rest** 39:23 40:14
**Retained** 4:13
**returned** 11:13
55:22
**reveal** 157:25
158:16
**revealed** 24:4
**review** 18:21
51:15 64:3,13
**re-translated** 47:6
**rice** 46:12
**rid** 43:14
**right** 10:25 22:22
51:20 58:11,15
58:16 60:24 67:4
73:3 75:14 76:1
83:10 98:1,18
99:23 104:17
109:4,13 110:7
110:16,17 111:16
111:18 113:2,15
114:2 115:6
116:13 117:11
118:1,3,11,14
122:18 124:17
125:2,16,20,24
129:5 130:17
133:3,6,9 134:4,4
134:17,23 136:19
136:20,25 137:1
137:15 141:2,6
144:5,20 153:6
153:13 157:18
**rights** 25:22,25
**ringing** 55:25
**RJL** 1:6
**Road** 2:13
**robbery** 39:4
**Rochon** 2:19 6:4
29:12 35:6,9,13
51:18,20,22
77:13 119:10
140:15,24 141:2
141:6,10,15
142:2,7,13,18
143:3 147:13,18

147:20
**rockets** 76:16
**role** 39:22 84:11
  96:23 110:14
**room** 2:5 124:5
  150:13
**roundabout** 158:3
  160:3
**Rovner** 3:9 5:13
  6:22
**rule** 5:23 68:14
  142:1 151:25
**Rules** 5:23
**ruling** 113:19
**rulings** 113:1
**run** 13:1 106:21
  107:8
**running** 106:1
**Russia** 111:6

**S**

**S** 4:11,18,18,18,19
  5:1
**Saadi** 3:11 6:6
  77:5 101:4,9,10
**Saeb** 62:17,18
**safeguards** 40:23
**Sahir** 124:20
**sake** 41:22
**salary** 23:17,18,20
**sales** 27:17
**salute** 61:20
**Saperstein** 23:6
**sarcastically** 116:2
**sat** 80:9
**satisfied** 106:14
**save** 12:20 13:23
  14:1,3 35:7
  57:19 88:11
**saw** 18:22 61:6,9
  62:9 63:1,2
  89:17 90:18
**saying** 45:17,19
  50:22 78:13
  110:15 112:1
  122:3 123:19
  132:5 138:2,7
**says** 86:5 100:17
  102:2 115:5

116:3 125:23
  131:14 152:3
**Sa'adat** 79:17
**scene** 91:22
**Schoen** 2:12,12 4:6
  5:4,11,12 6:22
  7:2,6,8,14,24 8:2
  8:11 9:18,20
  10:6,9 14:20
  15:2,5,6 16:6,9
  16:20 19:25 20:3
  20:8,21,24 21:18
  22:7,13,23 25:2,3
  26:6 27:2,18
  28:5,13,23 29:4,9
  29:14,23 30:15
  31:12,15,21 32:1
  33:4,14,24 34:4,7
  34:15 35:8,11,14
  35:20,21 38:1,5
  38:12 40:25
  41:24 43:1 44:15
  45:5,8,12 47:8
  48:8 49:21 50:1
  50:2,16 51:11,16
  51:21,23,24 52:3
  52:22 53:23 57:1
  57:5 58:1 60:17
  61:1,5,8 63:9,17
  63:21,25 66:7
  67:6,9 71:4,6,14
  71:19 72:1,17,20
  73:1,6,8,20 75:13
  77:1,11,17 78:23
  80:25 81:3,13
  82:1,10 83:9,19
  85:9 86:23 87:20
  87:23 88:5 89:8
  89:15,19 90:20
  90:23 91:15
  92:19,22 93:1,4
  93:11,17 95:5,11
  99:5,11,24 100:6
  100:9,16 101:14
  101:16 102:1,5
  102:18,21,24
  103:14,21 105:5
  109:7,10 112:18
  112:21 113:5,24

114:2,6 115:15
  115:21,23 116:1
  116:9,18 118:2,7
  118:15 119:2,7
  119:15,23 120:5
  120:6 122:2,12
  122:17,21 123:24
  125:25 127:17
  129:1,5,8,20,25
  131:2 132:14,17
  132:19 133:17
  134:16,20,25
  135:5,24 136:6
  136:11 137:9
  138:1,23 139:4
  139:16,20,22
  140:11,13,22,25
  141:3,7,12,24
  142:5,11,14,24
  143:17 144:17
  145:2,8,24
  146:21 147:12,14
  147:16,19,25
  148:20,25 149:7
  149:13,20,23,25
  150:2,8,16,22
  151:9,19 152:20
  152:25 153:3,13
  153:15 155:9,16
  155:19 156:8
  158:8,23 160:15
  160:18 162:11
  163:12 164:16
**school** 10:20,20,23
  10:24 11:2,11
  16:1,25 17:2,3
**scope** 20:12,14,18
  21:5,12,15,24
  39:6 43:5 144:24
**scores** 110:10
**SCOTT** 1:4 167:2
**search** 72:6
**searched** 156:25
**second** 5:21 6:2
  8:4,4,9 39:25
  57:1 97:22 102:1
  120:16
**secondary** 99:20
**Secondly** 21:1,11

**secret** 23:23 24:2
**secrets** 105:15
**section** 151:25,25
**security** 39:4,21
  40:2 42:4 47:15
  54:15 74:17
  79:10 143:9
**see** 16:10 31:2
  36:19,22,22 38:6
  47:9,11 50:19
  60:25 61:16 64:2
  90:15 112:5
  154:17 157:14
**seeking** 144:12
**seen** 32:5 39:17
  64:1 67:1 91:13
**select** 86:24
**selected** 103:2
  152:23,24,25
**sell** 120:7
**seller** 120:13,22
  121:3 125:12
  126:2
**send** 114:18
**sense** 35:2,4 41:23
  151:8
**sent** 69:5 72:14,17
  161:20
**sentence** 37:25
  38:8 60:21 64:1
  70:24 71:13,15
  71:18,20,23
  73:13 74:2 75:6
  75:25 84:11
**sentenced** 63:18
  63:21 74:23
  76:18 78:17
  80:13,14 92:8
**sentencing** 84:2
  85:13
**separations**
  138:11
**September** 1:16
  2:6 5:7 165:6
**served** 73:12
**services** 28:14
**session** 56:10
  80:17
**set** 9:11 104:15

166:10
**settlement** 74:14
  74:18,19
**settlements** 74:15
**settlers** 133:4
  134:5
**seven** 16:3,5,11,12
  20:7 60:23 63:19
  63:21 64:25,25
  73:15
**seven-year** 73:13
  75:25
**Shabak** 17:21
**SHABTAI** 1:4
  167:2
**Shaher** 29:1,6,19
  29:21 31:4 49:4
  50:24 51:4 54:25
  56:11 57:13
  62:11,13 75:10
  77:7 79:25,25
  80:20 81:3,4
  84:9 85:12 87:16
  88:18 93:18,18
  104:11 155:18,20
  156:10,15,15
  157:5,10,14,19
  158:5,7
**Sharq** 11:18
**Shatsky** 1:4 5:5
  167:2
**sheet** 38:8 54:13
  55:10 165:7
  167:1
**shekels** 43:21 44:6
  44:9
**shepherd** 29:22
**Shimon** 3:4 8:13
  8:19 9:3
**Shlomo** 116:21,25
**shoe** 44:6
**shoes** 44:4
**shooting** 40:3
  75:22
**short** 35:12 55:2
**shortcomings**
  164:1
**shortcut** 36:25
**show** 31:2,18

34:19 35:11,21
60:24 95:25
**showing** 33:1
**shows** 109:22
157:22
**sic** 12:4 13:16
14:21 28:17 44:6
47:14 52:12 64:8
69:11 86:18
100:24 126:4
131:20 137:23
138:12
**side** 55:5,11 66:3,4
67:5,6 74:8
76:19 85:7 105:9
106:10 150:5
**sign** 19:2,4 34:10
121:24
**signatories** 111:5
117:10
**signature** 165:9
**signed** 114:14
117:4,9 121:13
121:16
**similar** 96:21
**simple** 61:11 95:19
139:22 151:11
**simply** 27:22 86:3
140:3,11 141:16
**Simultaneous**
32:16 147:15
**single** 65:5 86:10
146:23
**single-handedly**
110:24
**sir** 28:25 136:13
147:25
**sit** 30:8 37:13
52:25 62:12 69:4
76:2 134:3
148:16,25
**sitting** 51:20,24
87:12 146:24
**situation** 17:19
47:2,2,14 107:5
121:22 136:17
**situations** 42:1
**six** 69:18
**size** 164:3

**smeared** 75:11
**sneak** 161:20
162:5
**sneaky** 161:21
**social** 39:25 40:1
40:21 42:4 48:19
48:20,24 96:14
96:19
**society** 134:11
**sold** 124:7,7,7
128:6
**soldier** 88:14
**soldiers** 40:16
**solely** 140:9
**somebody** 26:25
41:18,21 43:11
56:3,4 60:13,13
60:14 62:4 72:8
74:21 76:17 80:5
88:13 91:22
92:12 114:24
131:13,13,16,17
131:18 161:20
163:21
**soon** 18:1
**sorry** 16:6 29:8,23
36:13 41:15 42:3
44:10,14 48:5,7
51:5 52:6 59:16
63:10 66:18 71:4
76:20 81:12,17
81:18 82:3 88:7
94:6 96:1 98:22
98:22 105:21
108:2 109:14,17
115:20 119:22
120:18 136:13
146:9,19 148:23
158:24,24
**sort** 7:18 28:6
34:17 41:21 42:4
43:14 56:22
61:18 70:6 74:16
81:23 82:6 90:10
106:24 131:24
**sorted** 119:9
**sound** 29:8
**sounds** 17:20
**source** 41:17 43:15

49:2
**sources** 96:20
**sovereign** 135:21
**so-called** 102:7
**span** 70:23
**speak** 18:7,10
82:25 83:19
103:2 107:9,10
108:12 112:4,5
159:1,21 161:2,6
163:24
**speaking** 62:25
86:9 87:4,6
89:21 107:7
116:25 139:17
147:4
**special** 69:9,14
75:16 92:4
**specialist** 154:2
**specialized** 84:4
87:8 154:13
**specialty** 15:9
**specific** 12:1 13:17
14:5 66:14,15
104:7
**specifically** 5:25
15:12 79:18
83:15 152:1
160:10
**specificity** 161:7
**specify** 77:9 94:4
**speculate** 92:12,14
92:16 93:5,7
**spending** 43:11
**spends** 42:17
**spent** 25:23
**spoke** 18:9 72:13
90:12 110:25
115:6 130:9
146:1 159:10
164:14
**spoken** 43:6
146:24 156:10
**spot** 161:11
**spread** 14:1
**stab** 162:10
**stale** 144:13,14
**standard** 38:16,18
**standing** 32:23

113:22
**stars** 47:17
**start** 69:12,19
70:15 98:5 143:7
146:13 150:6
**started** 18:4 27:12
39:18 45:24 70:7
70:14 93:22
97:14,20,24
107:25 122:3
**starting** 69:19
104:21
**state** 5:10 9:22
39:13,14,14
40:12 43:18
107:11 109:23
110:12 113:19
117:7 123:22
124:12 131:23
135:14 136:1,15
137:3,12 138:12
138:14,15,22,24
139:10 140:1,5,6
140:19 141:1,5,8
141:16,19,20,22
142:17 143:2,4,6
143:18,19,19,20
144:1 153:17
**stated** 6:15 82:21
85:16 88:11 96:5
113:17 133:18
140:8 153:12
156:22 159:14
160:6
**statehood** 144:3,5
**statement** 18:16
18:21,24,24
139:9
**statements** 18:19
**states** 1:1 2:3
47:10,12 111:6
131:21 139:3,5
155:8
**statistics** 39:16
**status** 17:11 27:1
102:7 104:12,13
110:11 121:23
124:14,15,16
142:23 143:9

155:5
**stay** 132:12
**staying** 43:20
**stenographically**
166:11
**step** 84:12
**steps** 83:22 95:12
106:18 107:22
164:5
**stick** 159:17
**stipulate** 109:18
**stipulated** 28:3
106:7 109:16
**stipulates** 130:3
**stone** 40:4
**stop** 29:13
**stopped** 147:4,4
**stored** 69:15
**strain** 90:12
**street** 2:19 39:3
40:19,24 61:21
84:8
**strictly** 41:9
**strike** 108:2 129:6
**Strip** 107:21 132:7
**structure** 117:25
**structures** 39:15
**student** 26:2,6
**students** 26:9
**studied** 10:22
57:15
**studies** 10:24
11:12 113:7
**stuff** 46:17
**subject** 34:21
86:12 103:1
105:6 138:19
143:12 144:21
154:16 158:18
**subjects** 21:5
34:22,22,23
82:14 103:1
104:4,7,9
**subpoena** 31:20,25
32:3,6,23
**substance** 139:21
**substantively**
32:22 103:15
**sue** 109:4,19

110:12 111:18
113:15 115:16
116:3,4,4,11,13
117:2 121:19,25
122:25 125:18
128:11,15 131:17
133:6
**sued** 111:19,19
141:23
**suffered** 42:21
114:3,6
**sufficient** 104:16
108:24
**suggest** 145:21
**suggesting** 45:13
101:25
**suing** 121:17 123:8
123:12
**suit** 133:7
**Suite** 2:13,20
**summarize** 51:9
54:19
**summon** 86:2
158:15
**summoned** 85:22
**supervising** 84:2
**supplying** 123:18
**support** 148:2
149:3,15 152:7
153:18
**supporting** 14:4
**supports** 148:18
148:21 150:19,19
**supposed** 39:13,13
74:20 87:9
102:15 105:24
110:7,8 122:23
130:6
**supposedly** 37:18
45:10,12
**Supreme** 109:25
110:5,9 111:25
113:1 115:4,8,11
**sure** 7:14 8:5 11:6
14:24 20:23 26:1
36:8 42:15 43:6
47:7 62:4 76:2
78:6 79:19 94:10
96:22 101:2

108:20 110:17
120:14 121:8,8
128:1 144:4
149:20,20 155:25
**surprised** 56:4
**suspected** 58:3
**Swaqa** 47:16
**Syrian** 1:7 5:5
167:3
**system** 12:2 37:6,9
58:8 73:25
129:14 132:8
154:6,8,9 155:1,3
**systematic** 97:15
**S-c-h-o-e-n** 5:12

――――――――
**T**

**T** 4:11,18,18,18,19
4:19
**Taba** 107:14,15,16
107:19,25 108:4
110:25
**table** 89:14,16
145:16
**tackled** 77:23
**take** 6:10 32:20
34:18 35:5 56:15
63:9,10 69:3
79:15 83:22
95:12 109:21
119:7 133:3
134:4 136:24
147:10,13 164:5
**taken** 2:1 5:4
12:22 17:7 69:11
73:21 74:21
79:12,19,20,22
132:8 133:18
135:13,15,19,25
165:6 166:9
**takes** 48:20 61:1
136:23
**talk** 83:2 99:24
102:14 122:24
142:9 156:23
163:24
**talked** 68:3 83:14
156:13
**talking** 8:8 14:22

15:7 29:13 56:7
73:18 83:16
102:25 107:7
117:5 126:15
143:7 145:12
146:8,18 149:10
149:11 164:12,12
**talks** 144:10
**tape** 34:10,11,12
92:18,19,21
93:11 147:11,18
147:19
**tasks** 24:15
**tax** 27:17,17,17,23
**taxes** 27:2,9,15,19
27:20,22 28:3
**team** 7:17
**telephone** 55:25
56:16
**tell** 11:9 24:18
25:8 34:15 37:20
58:2 73:14 84:13
85:2 86:4 91:6
93:9 122:6,6
123:17 128:9
147:25 148:17
149:1 150:18
163:14
**teller** 93:7
**telling** 114:25
156:7
**temporary** 26:13
**ten** 132:12 138:11
138:13
**tendered** 5:25
20:13
**ten-year** 107:10
**term** 25:8,10,20,21
28:19 48:11
59:10 75:15
101:5,16,20
102:4,10,11
104:24 111:2
148:3,5,7,9,14,16
149:4,16 150:16
151:18,23 152:6
152:14,16,16,20
152:23 154:15,18
154:21,22 155:2

**terminology**
101:25 119:8
148:10
**terms** 23:25 24:1
148:10
**term's** 135:20
**territory** 129:9
**terrorism** 133:5
134:6
**testified** 9:10 23:1
23:14 42:1 50:20
78:15 84:25
96:15
**testify** 51:7 53:25
54:3,8 82:12,14
82:19 85:11
101:19 102:6
104:7,10,16
152:2 162:13
164:7 166:7
**testifying** 155:17
**testimony** 46:2
49:23 50:2,22,24
51:9 79:23 80:18
87:14,25 88:22
89:2,3,5 116:7
126:18 127:10
134:3 153:11
156:9
**text** 112:5,6
**thank** 28:5 45:2
51:11,11,12,13
147:7,8 164:16
**Thanks** 71:25
**thing** 14:22 22:22
32:6,8 34:17
40:11 45:21
58:19 59:22
69:13 75:22
81:18 82:18
106:22 130:5
145:17 162:22
**things** 36:25 45:6
64:21 68:20,21
79:6 95:13,22
97:20 120:5,6,13
120:20,21 122:24
123:13,18 149:21
**think** 8:3 19:22

21:1,2,25 22:22
27:21 30:12 32:2
32:15 34:2,25
35:1,4 36:15
47:21 60:23
63:18,24 89:7
94:19 99:7
108:23 113:16
119:2 122:4,6,9
122:12 134:8
135:8 137:16
139:12 144:19
145:24 147:12,16
**thinking** 24:11
**thirdly** 21:4
**thoroughly** 15:15
**thought** 64:17
127:20 138:10
**thousand** 30:19
**thousands** 30:20
30:21 61:20
**three** 12:16 61:1,2
61:3 144:19
**threw** 113:21
**throw** 76:23 77:2
77:18
**throwing** 40:4
**thrown** 77:20
113:11,13
**thrusting** 89:14,16
**Thursday** 2:6
**time** 8:3,4,6,22
12:13 15:23
16:10,21 19:16
20:4,7 22:23
24:12 25:24 35:7
36:9 50:3,12,17
51:2,3 53:4,18
54:16,22 55:12
58:8 59:22 60:12
62:18 65:14,20
65:22 69:24
70:23 71:11
72:12 74:22
77:18 83:11,12
88:11 95:21 97:9
97:18,21 102:4
106:11 136:14
138:21 146:13

149:13,14 151:17
155:25 166:10,10
**times** 23:4 44:1
49:4,7,10,15,20
49:21 53:2 69:18
127:1 132:12
**title** 13:3,5 108:15
109:15 110:10
114:12
**today** 5:19,20 6:1
6:3,4,6,8,16 8:12
11:5 14:20 20:13
21:7 22:17 23:17
29:16 30:8,17
34:16,18 35:2,4
37:13 41:25
48:12 50:16 51:3
51:20,24 52:25
53:24 54:8 62:12
64:4 69:3,3 70:1
76:2 79:23 80:8
81:4 82:12 85:10
85:14 86:24
93:19 101:19
102:6,16 103:3
103:22 104:10
118:21 119:16
126:18 134:2
135:1 137:10
142:10,10,15
143:17 148:17,25
155:17 156:9
164:7
**today's** 90:21
**Tolchin** 32:21
**Tolchin's** 32:14
**told** 55:4,19 56:6,9
61:19 67:9 93:23
98:2 103:24
104:2,6,9,15
157:14 158:6
159:1 161:13
162:16
**top** 114:21
**topic** 155:17 156:9
158:10
**topics** 20:12 21:12
21:15 22:11
**torture** 74:12

**total** 53:13,16
**town** 10:18 67:20
**track** 85:4 96:7,19
**training** 11:12,14
**trans** 93:2
**transcribed**
166:12
**transcript** 163:14
166:13
**transcription**
165:5
**transferred** 72:14
**transformed**
106:12
**transitional**
107:10,22
**translate** 9:5 33:25
44:19 82:1,1
100:16 113:24
135:20
**translated** 29:3,5
30:10,13 37:23
44:21 48:4 50:6
50:10 52:1,3,7,9
53:19,21 61:8
63:20,23 67:15
72:11,23 76:22
81:9,16,22 94:13
94:16 95:2,6
99:3,6 100:1
104:23 105:1
109:5,8 111:13
113:23 114:1,4,8
122:10,14 129:4
130:21,24 132:24
133:10,15 134:18
134:22 136:3,8
137:13 147:8
148:19,20 149:6
149:8 150:12,21
150:23 151:3
152:18 153:21
154:1 155:23
156:5,17,21
160:13,17 163:10
**translates** 33:25
**translating** 31:14
**translation** 20:22
44:17 59:18

71:17 119:9
147:2 149:19
150:25 151:21
152:13
**translator** 6:8 8:20
44:17 59:18
71:16
**translators** 8:12
**Transportation**
116:21,25
**trapping** 159:22
**travel** 26:18,20
**treat** 137:11
142:16
**treated** 124:12
135:14 136:1
137:3 139:10,25
140:5 141:5,8
**trial** 57:21 58:16
58:22,25 59:2,3,9
85:13
**tribunal** 74:11
99:14
**tribunals** 59:3
85:21
**tried** 57:4,5,6,7,10
57:11 58:17
158:3 159:13
**trouble** 24:21
**true** 140:11 166:14
**truth** 162:11,14
166:7,7,8
**truthful** 163:16
**try** 36:25 58:1
77:15 89:4,21
103:17 159:20
161:20
**trying** 29:12 51:5
51:8 52:22 68:17
89:1 103:20
125:7 158:11
**Tulkarem** 10:24
11:21 55:22
**tunnel** 106:24
**turn** 58:10,23
**turned** 59:21
95:20
**TV** 62:15 88:16
90:14 108:23

**Twenty-one** 19:11
**Twice** 23:5
**two** 6:19 7:12,24
8:11 13:15 20:24
24:3 33:23 35:1
39:24 54:14 55:6
62:10 77:10,11
91:25 100:6
117:14 137:22
144:19
**type** 13:2 69:20
**typed** 166:13
**types** 108:1

———————

**U**

**U** 4:18,18
**Uh-huh** 24:24
49:10 60:24 91:4
99:1 100:9
**Ukraine** 76:15
**umbrella** 131:18
**un** 150:9
**Uncooperated**
100:24
**undermining**
54:15 75:17,18
75:21,24
**understand** 20:3
51:13 53:7 54:2
54:16 81:9,13
82:11,18 83:4
85:9,14,18 86:23
87:3 92:15 93:5
102:15 103:4,19
105:20 109:3,12
111:15,20 113:20
128:24 131:8,11
131:12 141:25
147:1 148:13
154:25 155:1
**understanding**
27:21 32:1 53:1
54:7 58:2 78:3
103:1 105:23
111:24 124:15
148:16 152:13
**understands** 27:23
**understood** 26:4
27:19 41:25

53:24 54:4 55:3
66:17 116:1
127:20 152:15,16
152:21 161:1
**Undetermined**
26:21
**unfair** 56:24 99:14
**unfortunately**
91:25 148:11
**UNICEF** 12:9,17
**unincorporated**
99:25 100:5,6,8
101:1,6,17,20
102:7,11 148:3,7
148:9 149:4,15
150:10,17,20,22
151:3,24 152:5
153:17,19
**Union** 64:24 111:9
**unique** 47:1
**unit** 69:10
**United** 1:1 2:2
47:10 111:6
138:25 139:24
140:1,6 141:9
142:15 143:20
144:11,12 155:8
**university** 11:3
26:2 113:7
**unjust** 99:14
**un-understanda...**
131:20
**uproar** 78:7 84:19
84:21
**upset** 58:24
**use** 57:2 89:8
104:24 128:2
154:21,22
**usually** 59:4 64:23
64:23
**utilize** 17:22
137:21
**utilized** 159:18
**U.N** 132:5 139:9
142:25 143:8
**U.S** 5:13 132:5

———————

**V**

**v** 1:6 167:2

**Vacate** 152:7
**vague** 19:20 25:19
  28:1 38:3 73:17
  83:17
**vanished** 64:9
  79:14
**various** 12:18
  79:21
**VAT** 27:17
**veer** 85:4
**vehement** 90:16
**vehemently** 76:4
  90:10
**verbally** 161:17
**verify** 98:15
**versus** 5:5 116:21
  116:21
**victims** 114:12
**video** 4:13 31:2,4
  32:4,7 33:1
  34:13,19,20 35:7
  35:11,21 60:25
  61:9,12 62:10,21
  63:11 90:18,24
  91:10 145:18
  164:18
**videographer** 3:3
  5:3,9 8:24 34:8
  35:15,18 61:3
  63:12,15 92:18
  92:20 93:12,15
  119:11,13 147:10
  147:21,24 164:18
**videotape** 5:3
**Videotaped** 1:13
  2:1
**view** 41:9 51:9
  133:22 137:18
  139:18 151:21
**views** 142:21
**violation** 40:5
  58:14
**virtual** 116:16
**visibly** 89:11
**visit** 47:16
**visited** 52:11
**visits** 79:21 113:8
**vividly** 159:9
**voice** 89:12 145:10

145:15
**voluntarily** 131:5

**W**

**W** 4:19
**Wait** 44:10 55:15
  55:15
**wakes** 62:4
**walk** 131:14
**wall** 138:17
**want** 8:7 21:20
  22:15 33:15,25
  35:6,22 44:12
  45:22 46:12 49:2
  49:11 54:19
  56:16 58:1 59:7
  61:4 66:19 75:4
  86:4 92:25 93:6
  100:22 103:12
  107:1 110:1
  121:11 122:4
  126:19 128:3
  131:3,5,14,19
  132:13 136:17,21
  157:24 158:15
  159:20,25 160:1
  161:6
**wanted** 15:6 58:24
  63:11 71:1,1
  72:4 120:22
  154:12 162:10
**wants** 44:4 45:5,11
  120:2,7,7 125:18
  134:1
**warden** 92:13
**wash** 97:25
**washed** 97:23,23
**Washington** 2:20
**wasn't** 7:23 41:8
  52:24 65:4 77:13
  84:21 89:16
  93:22 160:12,14
  162:1
**waste** 24:12
**watching** 90:23
  91:9
**water** 144:13,14
**waters** 144:15
**waving** 19:13

**way** 12:2 26:4
  29:10,15 37:6
  38:6 39:18 45:19
  56:15 62:3 63:11
  79:5,13 80:2,20
  88:22 92:11 93:6
  94:7,22 108:3
  120:24 133:23
  136:20 139:13
  141:11,12 144:12
  154:9 156:22
  158:2,3 160:3
  161:4,15,21
**weight** 162:22
**Weiser** 3:10 5:14
  6:22
**welcomed** 106:15
  106:22 141:8
**well-known** 62:18
  80:18
**went** 8:24 47:16
  54:23 56:2 87:8
  110:20,21 121:12
  121:12 157:1
  159:7,11,13
  160:3,4
**weren't** 36:7 66:13
  92:3
**West** 67:21 74:14
  107:21
**we'll** 34:14,22,24
  35:11 90:20
  119:7
**we're** 6:6,15 8:8
  14:22,24 15:7
  35:7,24 45:24
  83:15 86:9
  100:14 116:25
  117:5,5 119:10
  141:22 149:4
  153:6
**we've** 6:15 31:9
  102:25
**whatsoever** 93:25
  95:10 158:10
**whichever** 126:19
**whispering** 146:13
**wide** 25:20
**widgets** 120:3

**willing** 57:18
**win** 130:20
**wish** 22:13 138:9
  148:13
**withdraw** 131:6
**withdrawing**
  143:9,10
**witness** 4:2 9:9
  10:4 14:11 18:13
  19:22 20:17,24
  21:13 22:1,9,12
  23:11 25:20
  26:20,24 27:21
  27:25 28:2,11,19
  28:21 30:14
  31:19 33:1 34:2
  34:13 38:6 39:7
  39:8 41:15 43:6
  44:8,15 45:1,3,10
  47:7 50:9,11,14
  50:15 51:6,19
  52:9,16 53:22
  55:18 56:20
  57:12 60:13 61:6
  62:2 63:24 66:6
  71:18,23 72:24
  74:4 77:6 78:13
  81:25 82:8 83:7
  83:18 85:2,11,18
  85:22 86:24
  87:13 89:2,6,10
  89:18 90:24
  91:13 92:6,6,17
  92:24 93:3 95:7
  99:7,19,22
  100:13 101:21
  102:17 103:6,13
  103:18,19 105:2
  109:9 112:17,23
  114:11 116:8,16
  117:23 118:10
  119:1 121:8
  122:20 123:5
  127:15 128:24
  129:19,24 131:8
  131:9,12 132:18
  133:16 134:8,23
  135:3,23 136:9
  137:7 138:6

139:2,18 140:14
  143:13,23 144:25
  145:9,25 146:6
  147:6 152:2,15
  153:1,3,11,25
  154:23,24 155:12
  156:6,22 158:9
  162:4 165:3,15
  166:5 167:24
**WITNESS/DEP...**
  165:1
**woke** 55:25
**word** 57:2 59:25
  89:8 100:3
  146:23 147:3
  157:21
**words** 38:19 85:3
  100:6 161:16
**work** 7:17 11:25
  12:6 13:2,4,20,25
  14:5 27:5,8,8,10
  27:11,13,13,14
  27:20,25 35:25
  36:18,23 37:1,20
  88:19 108:14
  114:18 137:17
  154:7 155:8
**worked** 7:15 11:15
  11:16,17 12:4
  13:14,18 94:25
**working** 7:2,16,20
  12:1,24 15:9
  25:24 27:6 36:7
  61:25 74:14
  83:20 132:3
**workings** 15:15
**works** 27:24 74:15
**world** 26:5 39:23
  41:17 59:4 85:21
  86:9,21 127:8
  132:4 139:25
  144:2
**worry** 113:25
**worse** 90:9
**wouldn't** 33:6,7
  58:22 143:4
  159:1 161:2
**writing** 18:18,24
**written** 19:3 29:10

29:16 31:23
32:10 33:23 92:2
92:5,9 98:7
125:9
**wrong** 32:2 96:15

**X**

**X** 4:1,11 24:17

**Y**

**Y** 24:18
**yeah** 11:1 15:5
16:9,9 19:9 20:8
20:21 21:18
31:16 35:11
36:12 53:20 61:5
61:10 120:2
132:20 147:12
**year** 12:7 65:4
69:19,22 70:5,8
70:14 71:24
76:24 77:1
**years** 10:14 11:8
12:16 15:25
60:23 63:19,22
64:25,25 71:23
73:15 77:10,11
86:9,11 118:21
132:21 138:11,13
**Yep** 149:24
**yesterday** 8:13
**Younis** 91:1
**Yusef** 54:25 56:11
57:13 62:11,13
75:10 77:7 98:23

**Z**

**Zelda** 2:13
**Ziad** 56:7

**1**

**1,000** 43:21
**1:00** 114:17,23
**1:02-CV-02280**
1:6
**1:12** 93:13,14
**1:29** 93:14,16
**10:37** 35:16,17
**10:56** 35:17,19
**100** 24:19 127:1

**100-6** 2:13
**11** 6:2
**11:55** 63:13,14
**12** 6:2 152:3
**12:10** 63:14,16
**139** 4:21
**14** 4:22
**142** 4:22
**155** 4:7
**158** 4:6
**19** 86:9,11
**1967** 138:19
**1993** 104:20
**1994** 11:20,22 30:2
30:10,17 49:17
50:25 53:8 54:6
54:9,11 93:19
98:5 104:21
155:21 156:4
**1995** 30:2 49:17
53:8
**1996** 106:24
**1998** 36:2,3 96:9
97:17,20

**2**

**2nd** 5:22 8:8
**2,500** 61:24
**2:00** 18:4
**2:22** 119:11,12
**2:45** 119:12,14
**20** 109:2
**2000** 11:22,23
64:14 65:4 69:24
70:5,14 79:8,9
**20005-5701** 2:20
**2001** 11:23 12:4
61:23 64:14
**2006** 69:25 70:8
**2007** 12:20 68:7,8
68:25 97:23
**2008** 12:22 69:2
**2012** 1:16 2:6 5:7
5:22 165:6
166:18
**202** 2:21,21
**21st** 26:24,25
144:3
**22** 4:21

**26th** 166:18
**2800** 2:13

**3**

**3:00** 55:24 56:25
62:5
**3:30** 99:9
**3:39** 147:22,23
**3:42** 147:23,24
**30** 142:1
**30(b)(6)** 5:23
151:25
**300** 40:13
**334** 2:14
**36** 152:6
**36106-3700** 2:14
**395-6611** 2:14

**4**

**4:00** 74:20
**4:18** 164:19,20
**40** 146:11
**400** 44:6 45:1

**5**

**50** 24:18 44:9
120:3,6,20,21
122:24 123:18
**500** 44:6
**591-7586** 2:14

**6**

**6** 1:16 5:7 6:1
165:6
**6th** 2:6
**626-5800** 2:21
**626-5801** 2:21
**655** 2:19

**7**

**7** 6:1 155:18
**700** 44:7 45:1
**750,000** 39:17
**77** 152:11

**8**

**8:00** 55:23 74:19
**800,000** 39:17

**9**

**9** 4:6
**9:44** 2:7 8:25
**90** 4:13 108:25
**900** 2:20
**917** 2:14
**9243** 1:25 2:4
166:3,20
**94** 30:12 50:3 51:7
52:3 53:19 66:17
73:3 93:21
**95** 30:12 50:3 52:4
53:19 54:6,9,12
66:17 73:3 93:21
155:22 156:4