# Exhibit G

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3

4   SHABTAI SCOTT SHATSKY, et al.,      )
                                        )
5          Plaintiffs,                  )
                                        )
6   v.                                  )  Civil Action No.
                                        )  1:02-CV-02280 (RJL)
7   THE SYRIAN ARAB REPUBLIC, et al.,   )
                                        )
8          Defendants.                  )
    _____)

9

10

11

12

13            VIDEOTAPED DEPOSITION OF

14                 IBRAHIM DAHBOUR

15               JERUSALEM, ISRAEL

16              SEPTEMBER 12, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR

1              Videotaped deposition of IBRAHIM DAHBOUR,

2    taken in the above-entitled cause pending in the

3    United States District Court for the District of

4    Columbia, pursuant to notice, before AMY R. KATZ, RPR,

5    at the American Colony Hotel, Pasha Room, Jerusalem,

6    Israel, on Wednesday, the 12th day of September, 2012,

7    at 9:29 a.m.

8

9

10   APPEARANCES:

11   FOR PLAINTIFFS:

12           LAW OFFICES OF DAVID I. SCHOEN
             By:  DAVID I. SCHOEN, ESQ.
13           2800 Zelda Road
             Suite 100-6
14           Montgomery, Alabama 36106-3700
             (334) 395-6611 / Fax (917) 591-7586
15           dschoen593@aol.com

16

17   FOR DEFENDANTS:

18           MILLER & CHEVALIER CHARTERED
             By:  RICHARD A. HIBEY, ESQ.
19               TIMOTHY O'TOOLE, ESQ.
             655 Fifteenth Street, NW
20           Suite 900
             Washington, DC 20005-5701
21           (202) 626-5800 / Fax (202) 626-5801
             rhibey@milchev.com
22           totoole@milchev.com

23

24

25

```
 1   APPEARANCES (Continued):

 2   ALSO PRESENT:

 3            MITCHELL COOPERSMITH, Videographer

 4            DOV RABINOVITCH, Official Arabic Interpreter

 5            ALBERT AGHAZARIAN, Official Arabic Interpreter

 6            GEORGE HAZOU, Check Arabic Interpreter

 7            MORDECHAI HALLER, Advocate

 8            AVI LEITNER, Advocate

 9            RACHEL WEISAR, Advocate

10            ARIEH SPITZEN

11            NOA MERIDOR

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
1                           I N D E X

2    WITNESS

3    Ibrahim Dahbour

4

5    EXAMINATION                                    PAGE

6    By Mr. Schoen                                    10

7

8

9                         E X H I B I T S

10   LETTER          DESCRIPTION                   MARKED

11   Exhibit A       Extract from GIS File
                     (Bates 07:000051 to 07:000054)    70
12
     Exhibit B       Extract from GIS File
13                   (Bates 07:000063 to 07:000067)    79

14

15                 S E A L E D   E X H I B I T S

16   NUMBER          DESCRIPTION                   MARKED

17   Exhibit 1       Narrative Statement, Page 1
                     (Retained by Counsel)
18                   (No Bates Number)                 139

19   Exhibit 1A      Narrative Statement, Page 2
                     (Retained by Counsel)
20                   (No Bates Number)                 139

21

22

23        Q U E S T I O N S   I N S T R U C T E D

24               N O T   T O   A N S W E R

25                         (None.)
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

|   |   |
|---|---|
|   | 1 |

P R O C E E D I N G S

|   |   |
|---|---|
|   | 2 |
| 09:29:24 | 3 |

THE VIDEOGRAPHER:  This is the videotape
deposition of Ibrahim Dahbour, taken by David Schoen,
in the matter of Shatsky versus Syrian Arab Republic,
at the Colony Hotel, Jerusalem, Israel, on September 12,
2012.

The court reporter is Amy Katz.  Mitchell
Coopersmith is the videographer.

Will the counsel now state your appearance.

MR. SCHOEN:  Yeah, we've also just been saying
who else is in the room.

So I'll say on our side, I'm David Schoen.
Mordechai Haller is here -- excuse me -- Avi Leitner.
The translators are here -- I'll just announce that
each day -- Albert and Dov.  They're not in the room
this second, but they were and they will be.  Two other
people, Noa Meridor and Arieh Spitzen.  They've been
here for other depositions as well.  Those are the
people identified earlier as consulting experts.
That's it for our side.

MR. HIBEY:  Richard Hibey and Timothy O'Toole,
for the defendants, with our check translator, George
Hazou.

Before we get started, could somebody tell me,

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:30:36 | 1 | now that Mr. Haller is in the room, what the intentions |
| 09:30:41 | 2 | are with respect to the witnesses of the day? |
| 09:30:48 | 3 | MR. HALLER:  Mr. Schoen will. |
| 09:30:49 | 4 | MR. SCHOEN:  Okay.  As I said before we went |
| 09:30:51 | 5 | on the record -- but Mr. Haller wasn't here -- I worked |
| 09:30:55 | 6 | last night pretty hard to streamline things so that -- |
| 09:31:01 | 7 | I think he should get a translation. |
| 09:31:07 | 8 | OFFICIAL INTERPRETER RABINOVITCH:  It's okay. |
| 09:31:07 | 9 | I can translate. |
| 09:31:07 | 10 | MR. SCHOEN:  Okay.  Okay. |
| 09:31:08 | 11 | OFFICIAL INTERPRETER RABINOVITCH:  I can |
| 09:31:08 | 12 | translate for him, just I wouldn't disturb you, yeah? |
| 09:31:11 | 13 | MR. SCHOEN:  No, no, you're not disturbing me. |
| | 14 | |
| | 15 | (The following proceedings were conducted |
| | 16 | through the Official Arabic Interpreters, |
| | 17 | unless otherwise indicated.) |
| | 18 | |
| 09:31:14 | 19 | MR. SCHOEN:  -- to streamline things last |
| 09:31:14 | 20 | night to move quickly through the witnesses. |
| 09:31:17 | 21 | On Dr. Swailem, who I may have mentioned |
| 09:31:20 | 22 | yesterday, we may be able to forego.  Mr. Haller raised |
| 09:31:24 | 23 | with me the point that we don't know who Dr. Swailem is, |
| 09:31:29 | 24 | frankly, anything about him other than his name.  And |
| 09:31:32 | 25 | we wanted to know something about who he is, what his |

| | |
|---|---|
| 09:31:36 | 1 | background is, before we made the decision as to how |
| 09:31:39 | 2 | to proceed or whether to proceed with him.  So that -- |
| 09:31:41 | 3 | that's the best answer I can give about him. |
| 09:31:45 | 4 | Doctor -- Mr. Shaqbu'a, again, I hate for you |
| 09:31:50 | 5 | to rely on my representation entirely about time, but |
| 09:31:54 | 6 | I do not anticipate a long deposition. |
| 09:31:57 | 7 | And as I understand it, the -- what |
| 09:32:00 | 8 | Mr. McAleer wrote in his e-mail last night was that |
| 09:32:04 | 9 | rather than having Dr. Shaqbu'a sitting in a spot, |
| 09:32:09 | 10 | just waiting -- |
| 09:32:10 | 11 | MR. HIBEY:  Dr. Swailem. |
| 09:32:11 | 12 | MR. O'TOOLE:  Dr. Shaqbu'a? |
| 09:32:11 | 13 | MR. SCHOEN:  Mr. Shaqbu'a.  Either -- this |
| 09:32:11 | 14 | is -- |
| 09:32:12 | 15 | MR. O'TOOLE:  Mr. Shaqbu'a. |
| 09:32:13 | 16 | MR. HIBEY:  I'm sorry.  He said "doctor." |
| 09:32:15 | 17 | MR. SCHOEN:  Yes.  Shaqbu'a, the third witness |
| 09:32:18 | 18 | today. |
| 09:32:20 | 19 | MR. HIBEY:  Yes. |
| 09:32:20 | 20 | MR. SCHOEN:  Mr. McAleer said that it would |
| 09:32:22 | 21 | be more convenient for him to just sort of be on call |
| 09:32:26 | 22 | so that, if we told him now we're ready for him, he |
| 09:32:27 | 23 | would require just 30 to 45 minutes to produce him. |
| 09:32:30 | 24 | And I think he's being produced in Amman, Jordan, |
| 09:32:34 | 25 | actually. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:32:35 | 1 | MR. HIBEY:  Correct. |
| 09:32:41 | 2 | MR. SCHOEN:  And then -- I don't know if you |
| 09:32:41 | 3 | have the mike on. |
| 09:32:42 | 4 | And then Dr. Swailem, my understanding is he's |
| 09:32:44 | 5 | going to be coming from Ramallah.  But I intend to tell |
| 09:32:49 | 6 | you as soon as -- absolutely as soon as possible whether |
| 09:32:51 | 7 | we're going to need him at all and, if we are going to |
| 09:32:55 | 8 | need him, how long I would estimate that examination |
| 09:32:58 | 9 | to be. |
| 09:33:00 | 10 | MR. HIBEY:  All right.  Just to make it clear, |
| 09:33:04 | 11 | Dr. Swailem will be testifying from Ramallah. |
| 09:33:09 | 12 | MR. SCHOEN:  Yes, sir, sure, by the |
| 09:33:10 | 13 | videoconference.  Both of the other two witnesses today, |
| 09:33:13 | 14 | if they are called, will be by videoconference. |
| 09:33:17 | 15 | MR. HIBEY:  We have Dr. Swailem coming in. |
| 09:33:21 | 16 | As I understood from yesterday's discussions on the |
| 09:33:25 | 17 | subject, that it was talked about getting to him in |
| 09:33:32 | 18 | the twelve o'clock hour.  And we will have him in the |
| 09:33:38 | 19 | site for the taking of the deposition before that time. |
| 09:33:44 | 20 | MR. SCHOEN:  Okay.  Yes, we were told he would |
| 09:33:46 | 21 | be produced around twelve o'clock today.  We understand |
| 09:33:49 | 22 | that. |
| 09:33:52 | 23 | MR. HIBEY:  He will be there before that. |
| 09:33:53 | 24 | MR. SCHOEN:  Okay.  All right.  The witness |
| 09:33:54 | 25 | today, Mr. Dahbour. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:33:58 | 1 | THE VIDEOGRAPHER:  The court reporter will |
| 09:33:58 | 2 | swear in the witness and the interpreters. |
| 09:33:58 | 3 | THE COURT REPORTER:  First the interpreters. |
| | 4 | |
| | 5 | ALBERT AGHAZARIAN |
| | 6 | -and- |
| | 7 | DOV RABINOVITCH, |
| | 8 | the Official Arabic Interpreters, were |
| | 9 | duly affirmed to translate from English |
| | 10 | to Arabic and from Arabic to English. |
| | 11 | |
| | 12 | IBRAHIM DAHBOUR, |
| | 13 | called as a witness, being first duly |
| | 14 | affirmed, was examined and testified |
| | 15 | as hereinafter set forth. |
| | 16 | |
| 09:34:24 | 17 | MR. SCHOEN:  Mr. Dahbour, again, based on |
| 09:34:27 | 18 | Mr. McAleer's e-mail, is being produced -- Mr. McAleer's |
| 09:34:32 | 19 | characterization -- I'm reading from an e-mail of |
| 09:34:35 | 20 | September 10th, 2012 -- said that Mr. Dahbour's |
| 09:34:39 | 21 | knowledge will relate to the Kalkilya-specific security |
| 09:34:43 | 22 | issues implicated by Topics 3 and 4 of plaintiffs' PA |
| 09:34:48 | 23 | notice, as well as the Kalkilya-specific security issues |
| 09:34:53 | 24 | raised by Topic 10 of the PA notice. |
| 09:35:00 | 25 | That Kalkilya-specific security issues is not |

| | | |
|---|---|---|
| 09:35:05 | 1 | anything that's listed in categories -- those Topics 3, |
| 09:35:10 | 2 | 4, or 10.  But I take it to mean by this representation |
| 09:35:15 | 3 | that Mr. Dahbour's principal area of testimony today |
| 09:35:19 | 4 | will be on those issues, that is, the Kalkilya-specific |
| 09:35:23 | 5 | security issues. |
| 09:35:28 | 6 | MR. HIBEY:  Yes. |
| 09:35:37 | 7 | THE WITNESS:  He informed me that the focus |
| 09:35:45 | 8 | would be on security issues in Kalkilya. |
| 09:35:47 | 9 | |
| 09:35:47 | 10 | EXAMINATION |
| 09:35:47 | 11 | BY MR. SCHOEN: |
| 09:35:49 | 12 | Q.   Okay.  Mr. Dahbour, first please pronounce |
| 09:35:54 | 13 | your name for me so I get it right. |
| 09:35:58 | 14 | A.   My name is Ibrahim Dahbour. |
| 09:36:03 | 15 | Q.   Dahbour.  So I can call you Mr. Dahbour? |
| 09:36:11 | 16 | OFFICIAL INTERPRETER AGHAZARIAN:  No problem |
| 09:36:12 | 17 | with the "H" in English?  You can drop it. |
| 09:36:14 | 18 | MR. SCHOEN:  Take it easy.  I can handle it. |
| 09:36:17 | 19 | Q.   BY MR. SCHOEN:  Okay.  Mr. Dahbour, how old |
| 09:36:19 | 20 | are you? |
| 09:36:22 | 21 | A.   I am born on the 1st of July, '71 -- |
| 09:36:26 | 22 | OFFICIAL INTERPRETER RABINOVITCH:  '61. |
| 09:36:26 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  "'61." |
| 09:36:26 | 24 | Sorry. |
| 09:36:27 | 25 | THE WITNESS:  I am 52 years old -- 51 years |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:36:32 | 1 | old. |
| 09:36:32 | 2 | Q.   BY MR. SCHOEN:  51 years young. |
| 09:36:36 | 3 | Where do you live? |
| 09:36:37 | 4 | A.   I live in Azun in the governorate of Kalkilya. |
| 09:36:46 | 5 | Q.   How long have you lived in Kalkilya? |
| 09:36:47 | 6 | A.   All the time. |
| 09:36:52 | 7 | Q.   Your whole life? |
| 09:36:56 | 8 | A.   (Witness nods head in the affirmative.) |
| 09:36:58 | 9 | Q.   Did you go to school in Kalkilya? |
| 09:37:03 | 10 | A.   In Azun. |
| 09:37:04 | 11 | Q.   That's a nearby town? |
| 09:37:08 | 12 | A.   It's nine kilometers.  It's the same area, |
| 09:37:13 | 13 | same district. |
| 09:37:15 | 14 | Q.   How far did you go in -- |
| 09:37:16 | 15 | MR. HIBEY:  Excuse me.  Excuse me, Counsel. |
| 09:37:16 | 16 | Could we ask the interpreter, Mr. Rabinovitch -- |
| 09:37:19 | 17 | OFFICIAL INTERPRETER RABINOVITCH:  Yes? |
| 09:37:20 | 18 | MR. HIBEY:  -- to raise his voice? |
| 09:37:24 | 19 | OFFICIAL INTERPRETER RABINOVITCH:  Yeah. |
| 09:37:24 | 20 | I'm just trying to translate to be discreet, so I don't |
| 09:37:25 | 21 | disturb the proceedings. |
| 09:37:26 | 22 | MR. HIBEY:  No, I appreciate your discretion. |
| 09:37:29 | 23 | But I've got a check translator down here who wants |
| 09:37:33 | 24 | to -- |
| 09:37:34 | 25 | OFFICIAL INTERPRETER RABINOVITCH:  Oh, you |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:37:34 | 1 | want me to speak louder? |
| 09:37:39 | 2 | MR. HIBEY:  –– wants to hear it.  Yes. |
| 09:37:40 | 3 | OFFICIAL INTERPRETER RABINOVITCH:  No problem. |
| 09:37:40 | 4 | No problem. |
| 09:37:40 | 5 | MR. HIBEY:  Thank you very much. |
| 09:37:40 | 6 | Q.  BY MR. SCHOEN:  How far did you go in school? |
| 09:37:45 | 7 | A.  In Azun? |
| 09:37:46 | 8 | Q.  Any school. |
| 09:37:46 | 9 | What's the most schooling you did? |
| 09:37:50 | 10 | A.  I finished my elementary, preparatory, and |
| 09:37:54 | 11 | secondary studies in Azun.  And I did BA in sociology |
| 09:38:00 | 12 | in Bir Zeit University.  And I was preparing my |
| 09:38:04 | 13 | Master's –– I had two courses to go.  But I dropped |
| 09:38:09 | 14 | before that. |
| 09:38:10 | 15 | Q.  Also at Bir Zeit? |
| 09:38:12 | 16 | A.  Yes. |
| 09:38:13 | 17 | Q.  And where is Bir Zeit located? |
| 09:38:16 | 18 | A.  It's in the Ramallah district, governorate. |
| 09:38:19 | 19 | MR. SCHOEN:   I think you knew that already, |
| 09:38:21 | 20 | Albert. |
| 09:38:27 | 21 | Q.  BY MR. SCHOEN:  You live in a house or in |
| 09:38:29 | 22 | an apartment? |
| 09:38:33 | 23 | A.  In a house. |
| 09:38:34 | 24 | Q.  In a house. |
| 09:38:34 | 25 | Who pays for that house? |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:38:42 | 1 | A.   This is a property that I inherited from my |
| 09:38:45 | 2 | father.  It's -- it's mine. |
| 09:38:47 | 3 | Q.   Paid for? |
| 09:38:49 | 4 | A.   Yes. |
| 09:38:49 | 5 | Q.   You have a family? |
| 09:38:54 | 6 | A.   I am married.  I have four girls and two boys. |
| 09:39:02 | 7 | Q.   How are you employed? |
| 09:39:16 | 8 | A.   Almost from 1995, I work in the GIS. |
| 09:39:21 | 9 | Q.   What's the GIS? |
| 09:39:29 | 10 | A.   Its description, meaning? |
| 09:39:33 | 11 | Q.   Let me -- let me say for these purposes, if |
| 09:39:36 | 12 | it's okay, because we've spoken to other witnesses about |
| 09:39:39 | 13 | this, we'll all refer to GIS as the General Intelligence |
| 09:39:43 | 14 | Services.  Okay. |
| 09:39:51 | 15 | A.   It's like the body of the General |
| 09:39:53 | 16 | Intelligence. |
| 09:39:55 | 17 | Q.   GIS is one of the law enforcement agencies? |
| 09:40:01 | 18 | It's a law enforcement agency? |
| 09:40:09 | 19 | A.   It is a security apparatus to gather |
| 09:40:13 | 20 | information and impose -- imposing law that's through |
| 09:40:25 | 21 | the tribunate. |
| 09:40:26 | 22 | (Court reporter clarification.) |
| 09:40:28 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  It's through |
| 09:40:27 | 24 | the tribunate, through the courts. |
| 09:40:28 | 25 | Q.   BY MR. SCHOEN:  Is the GIS under the PA or the |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

09:40:33    1    PLO?

09:40:34    2         A.   The PA.

09:40:37    3         Q.   Okay.  Today also, I'm going to use the term

09:40:41    4    "PA" and "PNA" to mean the same thing, if that's okay

09:40:47    5    with you.

09:40:55    6         A.   I get it.

09:40:56    7         Q.   Okay.  What were your -- since 1995, you've

09:41:02    8    worked with the GIS, all the way through today?

09:41:10    9         A.   Yes, until today.

09:41:11   10         Q.   What did you do for work before 1995?

09:41:18   11         A.   I had different works in farming, a regular

09:41:25   12    worker.  That's the areas I worked in.

09:41:29   13         Q.   Around the Kalkilya area, always?

09:41:33   14         A.   Yes.

09:41:34   15         Q.   Did you have some training for the GIS before

09:41:38   16    you joined the GIS?

09:41:47   17         A.   No, I haven't.

09:41:49   18         Q.   No security training?

09:41:58   19         A.   I got the training after I joined the GIS.

09:42:01   20         Q.   I see.  And what kind of training did you get

09:42:05   21    after you joined the GIS?

09:42:16   22         A.   Mostly in information gathering in a proper

09:42:19   23    manner, all human rights laws and ways to preserve

09:42:31   24    security within the community.

09:42:35   25         Q.   Were you trained in how to interview a person

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

09:42:37  1    who you were interested in learning more about?

09:42:48  2         A.   Correct.

09:42:50  3         Q.   And in your work since 1995 through today --

09:42:57  4    let me back up.

09:43:03  5              All of the questions I ask you, unless I

09:43:05  6    say differently, I'm referring to the period from 1995

09:43:12  7    through today.  But if something was different during

09:43:21  8    some period of time within that period, just tell me,

09:43:29  9    if you would.

09:43:30  10        A.   Work outside the GIS?

09:43:37  11        Q.   No.  I'm going to ask you about your job in

09:43:41  12   the GIS and how you performed that job and things like

09:43:47  13   that.

09:43:49  14             So if there's any difference in the answer to

09:43:54  15   any of those questions, if things changed between 1995

09:44:02  16   and today with respect to the question I'm asking you,

09:44:11  17   just tell me, if that's okay.

09:44:17  18        A.   Okay.

09:44:20  19        Q.   Now, when you learned how to properly

09:44:24  20   interview a person you were interested in getting

09:44:28  21   intelligence on, were you taught to record -- make

09:44:37  22   a recording of the statement?

09:44:49  23        A.   I have learned doing interviews in a general

09:44:53  24   manner, without the technological tools.

09:45:04  25        Q.   Have you ever made a recording of an interview

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:45:06 | 1 | of a suspect? |
| 09:45:10 | 2 | A.  Not technical, but in writing. |
| 09:45:12 | 3 | Q.  Oh.  You would take notes from the interview? |
| 09:45:16 | 4 | A.  Yes. |
| 09:45:17 | 5 | Q.  During the interview? |
| 09:45:25 | 6 | A.  Yes.  After that, the suspect reads it, and |
| 09:45:30 | 7 | he signs it. |
| 09:45:31 | 8 | Q.  I see.  That -- that would be your standard -- |
| 09:45:34 | 9 | CHECK INTERPRETER HAZOU:  A second.  You |
| 09:45:38 | 10 | missed another piece.  He will ask him to sign it. |
| 09:45:42 | 11 | If he wants to sign it, he will sign it.  If he doesn't, |
| 09:45:45 | 12 | then he won't sign it. |
| 09:45:48 | 13 | That's what he said. |
| 09:45:49 | 14 | THE WITNESS:  If he doesn't like what's noted, |
| 09:45:52 | 15 | then he doesn't have to sign. |
| 09:45:53 | 16 | Q.  BY MR. SCHOEN:  And if he tells you to change |
| 09:45:56 | 17 | something, you might make that change that he says? |
| 09:46:01 | 18 | A.  Of course. |
| 09:46:03 | 19 | Q.  And what you're describing, that's the general |
| 09:46:09 | 20 | practice within the GIS, as far as you know? |
| 09:46:19 | 21 | A.  According to the best of my knowledge, yes. |
| 09:46:23 | 22 | Q.  And after the interview, you would go back to |
| 09:46:27 | 23 | your office? |
| 09:46:32 | 24 | A.  We do the interviews in the office. |
| 09:46:35 | 25 | Q.  In the office. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:46:37 | 1 | After the interview, did you make notes for |
| 09:46:39 | 2 | yourself? |
| 09:46:41 | 3 | A.   Yes. |
| 09:46:41 | 4 | Q.   You created a file for this person? |
| 09:46:50 | 5 | A.   Yes.  After we finish, we make a dossier for |
| 09:46:54 | 6 | the person and follow up after he leaves —— he leaves |
| 09:46:59 | 7 | us.  And each person has a file within the archives. |
| 09:47:07 | 8 | Q.   And you make that file —— your notes in that |
| 09:47:10 | 9 | file.  And the documents you keep in that dossier or |
| 09:47:15 | 10 | file contain a complete account of all that you have |
| 09:47:25 | 11 | learned about this person, this suspect? |
| 09:47:34 | 12 | A.   Correct. |
| 09:47:35 | 13 | Q.   Because one day you might need to refer |
| 09:47:37 | 14 | to the notes or the documents to remember about this |
| 09:47:41 | 15 | person? |
| 09:47:48 | 16 | A.   Correct. |
| 09:47:49 | 17 | Q.   And you might have a supervisor who needs |
| 09:47:54 | 18 | to look at the file, to see what happened with the |
| 09:47:58 | 19 | investigation? |
| 09:48:08 | 20 | A.   Of course, immediately after the interview, |
| 09:48:10 | 21 | the supervisor looks into —— into what has been done. |
| 09:48:17 | 22 | Q.   I see. |
| 09:48:21 | 23 | A.   The final decision is for my immediate |
| 09:48:24 | 24 | superior. |
| 09:48:25 | 25 | Q.   So the supervisor needs to review the file |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:48:30 | 1 | also, to know what happened fully? |
| 09:48:37 | 2 | A.   Of course, he has to -- to look into it. |
| 09:48:40 | 3 | Q.   And he speaks with you or the investigating |
| 09:48:43 | 4 | officer to find out about the case? |
| 09:48:54 | 5 | A.   It's possible, whether there was something |
| 09:48:57 | 6 | that was not tackled, or neglected.  So he fills up |
| 09:49:02 | 7 | the gaps. |
| 09:49:03 | 8 | Q.   The supervisor fills -- oh, I see. |
| 09:49:06 | 9 | The investigating officer fills in the gaps |
| 09:49:09 | 10 | for the supervisor? |
| 09:49:12 | 11 | A.   Based on the instructions of the superior. |
| 09:49:15 | 12 | Q.   Okay.  Starting in 1995, were you given a |
| 09:49:24 | 13 | rank in the GIS? |
| 09:49:34 | 14 | A.   From the first day that I joined the -- the |
| 09:49:37 | 15 | GIS? |
| 09:49:38 | 16 | Q.   When did you first get a rank within the GIS? |
| 09:49:47 | 17 | A.   After a year and a half from getting started. |
| 09:49:51 | 18 | Q.   And what's that rank called? |
| 09:49:55 | 19 | A.   Sergeant. |
| 09:49:56 | 20 | OFFICIAL INTERPRETER RABINOVITCH: |
| 09:49:56 | 21 | "Lieutenant." |
| 09:49:56 | 22 | THE WITNESS:  (In English.)  Lieutenant. |
| 09:49:59 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  Sorry. |
| 09:50:00 | 24 | "Lieutenant." |
| 09:50:01 | 25 | Q.   BY MR. SCHOEN:  What were your job duties, |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:50:04 | 1 | if you recall, when you first started at the GIS? |
| 09:50:14 | 2 | A.   The task that I was assigned to? |
| 09:50:20 | 3 | Q.   Yes. |
| 09:50:21 | 4 | A.   In sequence? |
| 09:50:23 | 5 | Q.   If you could, please.  If you remember. |
| 09:50:24 | 6 | A.   The first six months, my job was to |
| 09:50:33 | 7 | gather information.  Then I became in charge of |
| 09:50:41 | 8 | the interrogation department.  I was supervising |
| 09:50:51 | 9 | for the various sectors.  I was in charge of all |
| 09:50:56 | 10 | the information-gathering units. |
| 09:51:00 | 11 | Q.   When did that start? |
| 09:51:01 | 12 | I'm sorry. |
| 09:51:02 | 13 | When did you become in charge of all the |
| 09:51:06 | 14 | investigating units? |
| 09:51:15 | 15 | A.   In the mid 2004. |
| 09:51:18 | 16 | Q.   Uh-huh.  Let's back up a little bit, then. |
| 09:51:24 | 17 | In the time frame, let's say, 1998 to 2002, |
| 09:51:30 | 18 | what were your job duties at the GIS? |
| 09:51:35 | 19 | (Pending question partially translated.) |
| 09:51:38 | 20 | OFFICIAL INTERPRETER RABINOVITCH:  Two |
| 09:51:38 | 21 | thousand and? |
| 09:51:41 | 22 | MR. SCHOEN:  Two.  '98 to 2002. |
| 09:51:43 | 23 | (Remainder of pending question translated.) |
| 09:51:44 | 24 | THE WITNESS:  I was in charge of |
| 09:51:45 | 25 | interrogation. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
09:51:46   1          Q.   BY MR. SCHOEN:  In charge of interrogation
09:51:48   2    in Kalkilya?
09:51:51   3          A.   Yes.
09:51:52   4          Q.   And there -- were there -- are there other
09:51:54   5    GIS offices besides in Kalkilya?
09:52:01   6          A.   In the office?
09:52:03   7          Q.   Are there other GIS offices in other towns?
09:52:11   8          A.   No.  It's only in the city of Kalkilya, at
09:52:15   9    one office.
09:52:16  10          MR. SCHOEN:  I wasn't -- I'm not being clear
09:52:19  11    in my question.  It's my fault.  Tell him what I just
09:52:23  12    said.
09:52:25  13          OFFICIAL INTERPRETER RABINOVITCH:  Yes.  Could
09:52:26  14    you please repeat the question so we can be clear about
09:52:27  15    that?
09:52:28  16          MR. SCHOEN:  Yes, but I want him to hear me
09:52:31  17    say I'm not being clear about my question so it's my
09:52:34  18    fault.
09:52:34  19          (Last colloquy translated.)
09:52:34  20          Q.   BY MR. SCHOEN:  There's one GIS office in
09:52:36  21    Kalkilya?
09:52:41  22          A.   In the governorate of Kalkilya.  It is in the
09:52:45  23    town.
09:52:46  24          Q.   Are there other towns that have GIS offices?
09:52:57  25          A.   In the governorate?
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

09:52:59   1        Q.   Like Ramallah, is there a GIS office in
09:53:05   2   Ramallah?
09:53:06   3        A.   In every governorate, there is an office.
09:53:11   4        Q.   That was my question.  Thank you.
09:53:14   5        A.   I asked you whether it is within the
09:53:16   6   governorate or outside the governorate.
09:53:20   7        Q.   My fault.
09:53:24   8             In Kalkilya, what is the address of the GIS
09:53:27   9   office?
09:53:29   10       A.   The actual?
09:53:36   11            OFFICIAL INTERPRETER RABINOVITCH:  The
09:53:36   12   address?
09:53:38   13            MR. SCHOEN:  Yes.
09:53:39   14            THE WITNESS:  It has been moving from a
09:53:42   15   location to another location.  From '95 until 2005,
09:53:49   16   it was located in a certain area.
09:53:51   17       Q.   BY MR. SCHOEN:  What's that area?
09:53:57   18       A.   The first office was where the Israelis were
09:54:03   19   located, and the GIS, the Israelis, the same location.
09:54:09   20       Q.   Do you know the address, actually?
09:54:10   21       A.   It is the main road to Nablus.
09:54:13   22       Q.   When you say the Israelis were there also,
09:54:17   23   you were working with Israeli intelligence together?
09:54:20   24   GIS and Israeli intelligence were working together in
09:54:25   25   the office?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:54:31 | 1 | A.   No.   The Israelis handed it to the PA and |
| 09:54:36 | 2 | we -- that's how we got in. |
| 09:54:38 | 3 | Q.   Oh. |
| 09:54:39 | 4 | A.   In December of '95. |
| 09:54:42 | 5 | Q.   So you took over the office that the Israelis |
| 09:54:45 | 6 | had been using? |
| 09:54:50 | 7 | A.   Correct. |
| 09:54:54 | 8 | Q.   Is there a name for that building? |
| 09:54:58 | 9 | A.   It's the GIS.  It has no name. |
| 09:55:03 | 10 | Q.   Is it a large building? |
| 09:55:08 | 11 | A.   One floor. |
| 09:55:09 | 12 | Q.   One floor. |
| 09:55:11 | 13 | How many offices in there, if you remember? |
| 09:55:22 | 14 | A.   I don't know exactly.  I can't -- but there |
| 09:55:26 | 15 | is a large number of offices. |
| 09:55:29 | 16 | Q.   In that period in that office, 1995 to 2005, |
| 09:55:39 | 17 | do you recall how many GIS people were working in the |
| 09:55:42 | 18 | office in Kalkilya? |
| 09:55:53 | 19 | A.   From '95 to 2005? |
| 09:55:58 | 20 | Q.   I can make it smaller if that's -- if you |
| 09:56:01 | 21 | don't recall the exact date. |
| 09:56:03 | 22 | Do you recall, between '95 and 2005, how many |
| 09:56:13 | 23 | people at any given time were working in the office? |
| 09:56:27 | 24 | A.   There isn't any specific number.  The numbers |
| 09:56:31 | 25 | vary all the time. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:56:34 | 1 | Q.   Okay.  So let's take the period 1998 to 2002, |
| 09:56:37 | 2 | do you recall about how many GIS employees were assigned |
| 09:56:47 | 3 | to the Kalkilya office? |
| 09:56:57 | 4 | A.   No. |
| 09:56:58 | 5 | Q.   More than five? |
| 09:57:02 | 6 | A.   Yes.  More. |
| 09:57:03 | 7 | Q.   More than ten? |
| 09:57:09 | 8 | A.   More than ten.  But after that number, it's |
| 09:57:13 | 9 | difficult for me to estimate. |
| 09:57:15 | 10 | Q.   You don't want me to just continue mentioning |
| 09:57:18 | 11 | numbers? |
| 09:57:22 | 12 | A.   There are people who are known to me and there |
| 09:57:25 | 13 | are people who are not. |
| 09:57:27 | 14 | Q.   Okay.  Tell me the names of everyone you |
| 09:57:29 | 15 | recall who worked for the GIS in Kalkilya between 1998 |
| 09:57:35 | 16 | and 2002 and tell me what their position was, if you |
| 09:57:46 | 17 | recall. |
| 09:57:55 | 18 | A.   In '98, Abdullah Daoud was the head of the GIS |
| 09:58:03 | 19 | in Kalkilya.  In 1999, it was Ibrahim Khaber.  Until the |
| 09:58:14 | 20 | beginning of 2001, Azzam Zakarneh took over.  At the end |
| 09:58:29 | 21 | of 2004, beginning 2005, Jamal Jabara took over. |
| 09:58:37 | 22 | Q.   Do you remember the names of anyone else |
| 09:58:38 | 23 | working in the office during that period? |
| 09:58:42 | 24 | A.   Ibrahim Teetan.  Ibrahim Teetan was the |
| 09:58:55 | 25 | deputy of Jamal Jabara for a while.  I remember Rafik |

| | | |
|---|---|---|
| 09:59:03 | 1 | Mara'abeh, who currently is retired.  Ma'ath Shamasneh, |
| 09:59:17 | 2 | he also retired.  Samer Abu Hanieh is also on pension, |
| 09:59:29 | 3 | retired.  Naim Zumari, he also retired.  And I should |
| 09:59:39 | 4 | retire also.  It's coming up.  They extended for me |
| 09:59:44 | 5 | for a while, but I should also retire. |
| 09:59:54 | 6 | Q.   Anyone else? |
| 09:59:56 | 7 | A.   Mahmoud Malouhk, who is currently working |
| 10:00:04 | 8 | in Ramallah.  Abdel Halim Za'arur, he is also working |
| 10:00:15 | 9 | in the operations department in Ramallah almost since |
| 10:00:20 | 10 | the last year and a half.  Ziad Quzmar.  These are the |
| 10:00:40 | 11 | names that come to my mind. |
| 10:00:44 | 12 | Q.   Thank you. |
| 10:00:44 | 13 | Is -- oh, I knew that one. |
| 10:00:45 | 14 | Is the headquarters of the GIS located in |
| 10:00:54 | 15 | Ramallah? |
| 10:00:55 | 16 | A.   The main headquarters? |
| 10:00:57 | 17 | Q.   Yes. |
| 10:00:58 | 18 | A.   Yes. |
| 10:01:04 | 19 | Q.   I believe you said your job stayed the same |
| 10:01:07 | 20 | until 2005? |
| 10:01:08 | 21 | (Pending question partially translated.) |
| 10:01:17 | 22 | OFFICIAL INTERPRETER RABINOVITCH:  What year? |
| 10:01:20 | 23 | MR. SCHOEN:  2005. |
| 10:01:20 | 24 | (Remainder of pending question translated.) |
| 10:01:25 | 25 | THE WITNESS:  I said that I was engaged for |

10:01:29   1   six months in information gathering.

10:01:31   2         Q.   BY MR. SCHOEN:   Okay.

10:01:33   3         A.   And then until the end of 2004, I was in

10:01:36   4   charge of interrogation.

10:01:38   5         Q.   Yes.

10:01:39   6         A.   And then I became supervisor for the various

10:01:44   7   sectors and the offices dealing with information

10:01:47   8   gathering.   2006, I became head of operations.   2008,

10:01:53   9   I was deputy director and also in the operations

10:01:57   10  department.

10:01:59   11        Q.   Let me just stop one second.

10:02:02   12             When you say "head of operations," you mean

10:02:05   13  for the Kalkilya office?

10:02:10   14        A.   For the governorate or the district of

10:02:13   15  Kalkilya.

10:02:14   16        Q.   Okay.   And the position after that, which I

10:02:16   17  think you described as deputy director, that's a higher

10:02:25   18  position than head of operations?

10:02:29   19        A.   Yes.

10:02:29   20        Q.   And it's also deputy director for the

10:02:32   21  governorate of Kalkilya?

10:02:37   22        A.   Yes, for the governorate of Kalkilya.

10:02:42   23        Q.   And that position, is it fair to say you

10:02:49   24  supervised the investigating officers for the Kalkilya

10:02:51   25  governorate GIS office?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:03:01 | 1 | A.   Is it in the position of deputy head? |
| 10:03:10 | 2 | Q.   What is the position of deputy head?  What |
| 10:03:15 | 3 | do you do in that position? |
| 10:03:16 | 4 | A.   The deputy fills up all the functions that |
| 10:03:27 | 5 | the head assigns for him.  So in case that the head |
| 10:03:33 | 6 | is absent, he fills up for him. |
| 10:03:37 | 7 | Q.   So if the head is absent, you're in charge |
| 10:03:41 | 8 | of the entire GIS Kalkilya governorate office; correct? |
| 10:03:50 | 9 | A.   Yes. |
| 10:03:51 | 10 | Q.   And if the head is present, you're the number |
| 10:03:54 | 11 | two man for the office? |
| 10:03:59 | 12 | A.   Correct. |
| 10:04:02 | 13 | Q.   All right.  Did you have a position after you |
| 10:04:04 | 14 | were deputy head? |
| 10:04:14 | 15 | A.   Please clarify.  I don't get it. |
| 10:04:17 | 16 | Q.   After head of operations, you became deputy |
| 10:04:21 | 17 | head? |
| 10:04:29 | 18 | A.   Yes.  Correct. |
| 10:04:32 | 19 | Q.   After that, have you had any other job, after |
| 10:04:39 | 20 | you were deputy head? |
| 10:04:51 | 21 | A.   Simultaneously, I was deputy head and head of |
| 10:04:56 | 22 | operations.  And after that, there was a decision that |
| 10:05:01 | 23 | you should carry only one title.  So they told me, you |
| 10:05:10 | 24 | know:  You would be better off being deputy director. |
| 10:05:19 | 25 | In May 2011, I was transferred to Ramallah |

| | | |
|---|---|---|
| 10:05:25 | 1 | for the central operations as assistant to the central |
| 10:05:31 | 2 | operations commander.  And in June 2012, the director |
| 10:05:44 | 3 | wanted me back in Kalkilya to work closely with him. |
| 10:05:49 | 4 | Q.   The director of the Kalkilya governorate |
| 10:05:51 | 5 | wanted you to work in Kalkilya again? |
| 10:06:00 | 6 | A.   He didn't request me directly.  But from the |
| 10:06:04 | 7 | head of the GIS, he requested that I work closely with |
| 10:06:08 | 8 | him. |
| 10:06:09 | 9 | Q.   What is your position today? |
| 10:06:13 | 10 | A.   Deputy director. |
| 10:06:15 | 11 | Q.   Of the Kalkilya governorate office of the GIS? |
| 10:06:23 | 12 | A.   Correct. |
| 10:06:24 | 13 | Q.   I didn't ask you at the beginning:  What is |
| 10:06:28 | 14 | your full name?  Just Ibrahim Dahbour? |
| 10:06:29 | 15 | A.   Ibrahim Abdullah Hamed Dahbour. |
| 10:06:37 | 16 | Q.   Do you have some kind of ID number also? |
| 10:06:43 | 17 | A.   909195547. |
| 10:06:53 | 18 | Q.   Is that a number the PA gives or the PLO? |
| 10:07:02 | 19 | A.   The number of the ID?  No.  I carry -- |
| 10:07:09 | 20 | this number has been since the -- you had the Civil |
| 10:07:14 | 21 | Administration, Israeli.  (Indicating.) |
| 10:07:18 | 22 | Q.   I see. |
| 10:07:20 | 23 | A.   Since I was 15, it's the same number. |
| 10:07:24 | 24 | Q.   It's an Israeli number, you're saying? |
| 10:07:26 | 25 | A.   It's an Israeli number. |

| | | |
|---|---|---|
| 10:07:29 | 1 | Q.   I see.  Of what -- where are you a citizen? |
| 10:07:36 | 2 | A.   Not a single country. |
| 10:07:38 | 3 | Q.   I see.  Not an Israeli citizen? |
| 10:07:44 | 4 | A.   I lived under Israeli rule, but I wasn't a |
| 10:07:48 | 5 | citizen. |
| 10:07:55 | 6 | Q.   I asked you before about the file that you |
| 10:07:59 | 7 | keep in an investigation. |
| 10:08:07 | 8 | You remember? |
| 10:08:11 | 9 | A.   Which file? |
| 10:08:12 | 10 | Q.   No, just the general procedures for a file. |
| 10:08:20 | 11 | A.   Correct. |
| 10:08:21 | 12 | Q.   If an investigation is conducted in Kalkilya, |
| 10:08:31 | 13 | that file that's created from the investigation, is that |
| 10:08:37 | 14 | kept in the Kalkilya office of the GIS? |
| 10:08:50 | 15 | A.   Let me clarify specifically this point.  The |
| 10:08:56 | 16 | original dossier with the -- with the papers attached |
| 10:09:01 | 17 | to it is in Kalkilya.  But there is a resum [sic] -- but |
| 10:09:12 | 18 | we send a resum [sic] to the head of the GIS operations. |
| 10:09:17 | 19 | But the main dossier is in the archives. |
| 10:09:22 | 20 | Q.   When you say "resum," does that mean a |
| 10:09:25 | 21 | summary? |
| 10:09:27 | 22 | A.   Yes. |
| 10:09:28 | 23 | Q.   Where's the archives kept? |
| 10:09:34 | 24 | A.   Within the building of the GIS. |
| 10:09:38 | 25 | Q.   In Kalkilya? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:09:39 | 1 | A.   Yes. |
| 10:09:41 | 2 | Q.   Do you have access to those archives? |
| 10:09:51 | 3 | A.   Ex-officio, yes. |
| 10:09:52 | 4 | MR. SCHOEN:   Now you've got me with the |
| 10:09:56 | 5 | English.  What does "ex-officio" mean? |
| 10:09:57 | 6 | OFFICIAL INTERPRETER AGHAZARIAN:   "By my |
| 10:09:59 | 7 | function." |
| 10:09:59 | 8 | OFFICIAL INTERPRETER RABINOVITCH:   "Within |
| 10:10:01 | 9 | the settings of my functions." |
| 10:10:02 | 10 | MR. SCHOEN:   Okay.  Albert happens to have |
| 10:10:04 | 11 | a much larger vocabulary than I do in English also, |
| 10:10:10 | 12 | I'm sorry to say. |
| 10:10:11 | 13 | OFFICIAL INTERPRETER AGHAZARIAN:   This is |
| 10:10:11 | 14 | a Latin word. |
| 10:10:15 | 15 | MR. SCHOEN:   Yeah, uh-oh, now you're being |
| 10:10:15 | 16 | mean, unnecessarily mean.  But you're right again. |
| 10:10:20 | 17 | I don't know if I can turn redder than I am, though, |
| 10:10:23 | 18 | already. |
| 10:10:24 | 19 | All right.  I just want to -- I think I can |
| 10:10:24 | 20 | move forward here. |
| 10:10:25 | 21 | Q.   BY MR. SCHOEN:   In preparation for your |
| 10:10:45 | 22 | testimony today -- in preparation for your testimony |
| 10:10:54 | 23 | today, did you review certain records in the Kalkilya |
| 10:10:58 | 24 | GIS office? |
| 10:11:03 | 25 | A.   Today? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
10:11:04   1        Q.   No, in preparing to testify for today.
10:11:14   2        A.   I know the dossiers from previously.  I have
10:11:22   3   been exposed to it.  I know them.
10:11:25   4        Q.   All the dossiers from the Kalkilya office?
10:11:29   5        A.   I am familiar with most of the dossiers.
10:11:32   6        Q.   You grew up in Kalkilya?
10:11:35   7        A.   Yes.
10:11:35   8        Q.   You -- you've lived in Kalkilya all your life?
10:11:39   9        A.   Yes.
10:11:40  10        Q.   And you work in Kalkilya in intelligence?
10:11:45  11        A.   Yes.
10:11:46  12        Q.   Would it be fair to say you know something
10:11:49  13   about almost everyone who lives in Kalkilya?
10:11:59  14        A.   I know some things, but of course, I don't
10:12:03  15   know everything on everybody.
10:12:07  16        Q.   Sure.
10:12:09  17   When were you told that you would be testifying in this
10:12:13  18   case?
10:12:23  19        A.   On Monday, I was informed that I'm needed
10:12:27  20   to -- to testify and that there were papers with the
10:12:32  21   lawyers.
10:12:33  22        Q.   I see.  So you reviewed papers that the
10:12:37  23   lawyers had?
10:12:42  24        A.   Yes.
10:12:46  25             MR. SCHOEN:  Mr. Hibey, I'm going to ask him
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

10:12:48  1    what the papers were.

10:12:50  2         Q.   BY MR. SCHOEN:   What papers that the lawyers

10:12:53  3    had did you review?

10:13:02  4         A.   Papers that are related to Sadiq Ahed Abdul

10:13:04  5    Hafez and Ra'ed Nazzal.

10:13:15  6         Q.   Did you review any papers -- other than

10:13:18  7    the papers the lawyers had, did you review any papers

10:13:25  8    related to those two people you just mentioned?

10:13:42  9         A.   These are the only documents that -- that

10:13:48  10   I had available.

10:13:49  11        Q.   Did you look in the archives in Kalkilya to

10:13:52  12   see if there were any documents related to either or

10:13:56  13   both of these two people?

10:14:07  14        A.   Correct.  I checked the files.  And all the

10:14:12  15   information related to those two people, I have provided

10:14:16  16   them to the lawyers.

10:14:17  17        Q.   I see.  So you found their files and provided

10:14:21  18   them to the lawyers?

10:14:26  19        A.   Correct.  On Monday.

10:14:29  20        Q.   Where did you find the files?

10:14:38  21        A.   In the archives.

10:14:41  22        Q.   In Kalkilya?

10:14:42  23        A.   Yes.

10:14:43  24        Q.   Were the files -- as far as you know, were

10:14:45  25   the files on these two people their complete files?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
10:14:59   1        A.   The information that was provided, or is it

10:15:01   2   the information which is within the archives?

10:15:05   3        Q.   Oh.  Do you believe that the files you took

10:15:07   4   from the archives and gave to the lawyers are the

10:15:16   5   complete files that were created by the GIS regarding

10:15:22   6   those two people?

10:15:27   7        A.   Correct.

10:15:30   8        Q.   By the way, are files kept there based on the

10:15:34   9   person's name or a particular event, like some suicide

10:15:46  10   bombing, or both?

10:15:58  11        A.   We keep them by name.  That's how we file

10:16:02  12   them.  Even if there are things published in the papers

10:16:11  13   or other events that occur, we -- we incorporate them

10:16:16  14   in this file, which is set up by name.

10:16:19  15        Q.   The file should reflect every relevant fact

10:16:23  16   or event that you know about for that person?

10:16:37  17        A.   The events that we come to know about.

10:16:42  18        Q.   Yes.  From whatever source?

10:16:42  19        A.   From a source.

10:16:43  20        Q.   From any source?

10:16:46  21        A.   Regardless of the source.

10:16:48  22        Q.   Are there files kept on computer also?

10:16:56  23        A.   Correct.  We -- we feed -- there are dossiers

10:17:01  24   that we feed into the computer.

10:17:05  25        Q.   Do you know whether any information about
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:17:08 | 1 | these two people you mentioned are also in computer |
| 10:17:11 | 2 | files? |
| 10:17:15 | 3 | A.   No.  I have reviewed.  All the information |
| 10:17:19 | 4 | is there. |
| 10:17:21 | 5 | Q.   I'm asking:  But are there computer files that |
| 10:17:24 | 6 | exist for these two people? |
| 10:17:34 | 7 | A.   What we have in the computer are the resums |
| 10:17:36 | 8 | [sic], the summaries, of the different dossiers. |
| 10:17:43 | 9 | Q.   Including the -- oh, including these two |
| 10:17:47 | 10 | people? |
| 10:17:48 | 11 | A.   Yes. |
| 10:17:48 | 12 | Q.   And you reviewed those computer files also? |
| 10:17:56 | 13 | A.   Everything related to those two persons. |
| 10:18:00 | 14 | Q.   Anywhere that you knew it would be kept, |
| 10:18:02 | 15 | including in the Ramallah office? |
| 10:18:04 | 16 |      Did you check in the Ramallah office, see |
| 10:18:07 | 17 | if there's information about those two people? |
| 10:18:19 | 18 | A.   Ramallah or otherwise, they get their -- |
| 10:18:23 | 19 | they extract their information from the district. |
| 10:18:27 | 20 | Q.   So if you reviewed the Kalkilya file, you |
| 10:18:34 | 21 | should have everything in the file of that person? |
| 10:18:43 | 22 | A.   Correct. |
| 10:18:44 | 23 | Q.   And anything you found in Ramallah or on the |
| 10:18:47 | 24 | computer would have already been in the Kalkilya file? |
| 10:18:58 | 25 | A.   Correct. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:18:59 | 1 | Q.   Now, if you want to investigate -- I'm sorry. |
| 10:19:06 | 2 | If you want to learn more about a suicide |
| 10:19:09 | 3 | bombing that happened sometime in the past and that |
| 10:19:20 | 4 | was investigated sometime in the past -- let me be -- |
| 10:19:29 | 5 | I'll be more specific so I'm not just -- |
| 10:19:33 | 6 | If today you wanted to investigate a suicide |
| 10:19:39 | 7 | bombing in Karnei Shomron in February of 2002 and you |
| 10:19:51 | 8 | didn't know the names of the bombers or the bombers' |
| 10:19:56 | 9 | handler or anyone involved, how would you go about |
| 10:20:05 | 10 | investigating or learning about what happened then, |
| 10:20:08 | 11 | if you didn't know the name of anyone whose file to |
| 10:20:14 | 12 | look at? |
| 10:20:25 | 13 | A.   Of course, we are living in a time in the |
| 10:20:31 | 14 | street.  And an operation of explosives, what have you, |
| 10:20:36 | 15 | everyone will know about.  The news will spread quickly. |
| 10:20:43 | 16 | If you ask a little child in the street, he would know. |
| 10:20:47 | 17 | Q.   He would know or would have heard who was |
| 10:20:54 | 18 | involved in the bombing? |
| 10:20:58 | 19 | A.   Well, the word passes quickly. |
| 10:21:02 | 20 | Q.   Yes. |
| 10:21:07 | 21 | On these two people you mentioned, Ra'ed |
| 10:21:09 | 22 | Nazzal -- did you know that name before you looked |
| 10:21:21 | 23 | at the file to prepare to testify here? |
| 10:21:24 | 24 | CHECK INTERPRETER HAZOU:  Wait.  You said |
| 10:21:32 | 25 | "the name" or "the names"? |

| | | |
|---|---|---|
| 10:21:36 | 1 | MR. SCHOEN: "Name." |
| 10:21:38 | 2 | Q. BY MR. SCHOEN: Ra'ed Nazzal. |
| 10:21:40 | 3 | A. Did I know his name or know him personally? |
| 10:21:47 | 4 | Q. First, did you know the name before? |
| 10:21:50 | 5 | A. Yes. |
| 10:21:50 | 6 | Q. Ra'ed Nazzal was from Kalkilya; correct? |
| 10:21:56 | 7 | A. Yes. |
| 10:21:56 | 8 | Q. Ra'ed Nazzal was a well-known person in |
| 10:22:00 | 9 | Kalkilya; correct? |
| 10:22:01 | 10 | A. Correct. |
| 10:22:02 | 11 | Q. Ra'ed Nazzal was a leader of the PFLP in |
| 10:22:09 | 12 | Kalkilya; correct? |
| 10:22:11 | 13 | A. This was known, of course. |
| 10:22:15 | 14 | Q. And this person, Hafez, the -- Hafez? |
| 10:22:22 | 15 | A. Sadiq. |
| 10:22:24 | 16 | MR. SCHOEN: That's not an English word, so |
| 10:22:28 | 17 | I don't know what it means. |
| 10:22:29 | 18 | OFFICIAL INTERPRETER AGHAZARIAN: That's the |
| 10:22:29 | 19 | name. "Sadiq." |
| 10:22:29 | 20 | OFFICIAL INTERPRETER RABINOVITCH: That's a |
| 10:22:29 | 21 | name. It's a name. |
| 10:22:30 | 22 | OFFICIAL INTERPRETER AGHAZARIAN: You said |
| 10:22:30 | 23 | Hafez, no? |
| 10:22:30 | 24 | MR. SCHOEN: Oh. So what should I call him |
| 10:22:30 | 25 | to identify him? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:22:30 | 1 | OFFICIAL INTERPRETER AGHAZARIAN:  "Sadiq." |
| 10:22:30 | 2 | MR. SCHOEN:  That's his last name or first |
| 10:22:30 | 3 | name? |
| 10:22:30 | 4 | OFFICIAL INTERPRETER AGHAZARIAN:  First name. |
| 10:22:30 | 5 | OFFICIAL INTERPRETER RABINOVITCH:  Sadiq Hafez |
| 10:22:30 | 6 | is the name. |
| 10:22:41 | 7 | THE WITNESS:  Sadiq Hafez. |
| 10:22:43 | 8 | MR. SCHOEN:  Okay.  If I refer to -- sorry. |
| 10:22:45 | 9 | If I refer to "Sadiq," we're talking about Hafez. |
| 10:22:51 | 10 | OFFICIAL INTERPRETER AGHAZARIAN:  It means |
| 10:22:51 | 11 | literally "truthful." |
| 10:22:54 | 12 | MR. SCHOEN:  The name, like -- right -- like |
| 10:22:54 | 13 | Tzadik or Tzadok, something like that. |
| 10:22:59 | 14 | OFFICIAL INTERPRETER AGHAZARIAN:  The name, |
| 10:22:59 | 15 | "truthful." |
| 10:22:55 | 16 | MR. SCHOEN:  Or Tzadok, something like that. |
| 10:22:59 | 17 | Okay. |
| 10:23:03 | 18 | Q.   BY MR. SCHOEN:  This person we spoke about |
| 10:23:08 | 19 | whose file you looked at, Sadiq Hafez, did you know |
| 10:23:15 | 20 | that name before you were called to testify today? |
| 10:23:22 | 21 | A.   After the operation, I came to know his name. |
| 10:23:27 | 22 | Before that, he wasn't known to me. |
| 10:23:30 | 23 | Q.   But your office investigated him, this Sadiq |
| 10:23:34 | 24 | Hafez, before the operation; right? |
| 10:23:47 | 25 | A.   About him, not with him. |

| | | |
|---|---|---|
| 10:23:50 | 1 | Q.   You investigated about Sadiq Hafez before the |
| 10:23:55 | 2 | operation? |
| 10:24:05 | 3 | A.   He was a student in the Vocational Qalandia |
| 10:24:08 | 4 | Training Center.  And part of the mechanisms of the |
| 10:24:18 | 5 | modus operandi of the GIS, any student that moves from |
| 10:24:24 | 6 | a district to another, we gather information regarding |
| 10:24:27 | 7 | this person. |
| 10:24:29 | 8 | Q.   Is that what he did, he moved from one |
| 10:24:31 | 9 | district to another? |
| 10:24:35 | 10 | A.   He moved in order to study in the Qalandia |
| 10:24:38 | 11 | vocational school. |
| 10:24:43 | 12 | Q.   In Kalkilya? |
| 10:24:45 | 13 | A.   No.  It's in Ramallah. |
| 10:24:47 | 14 | Q.   I see.  So he moved from Kalkilya to Ramallah |
| 10:24:50 | 15 | to study in that school? |
| 10:24:51 | 16 | A.   In a vocational school.  Yes. |
| 10:24:54 | 17 | Q.   By the way, when we refer to "the operation," |
| 10:24:57 | 18 | we're referring to the suicide bombing in February in |
| 10:25:01 | 19 | Karnei Shomron of 2002; right? |
| 10:25:04 | 20 | When you asked me -- I'm sorry. |
| 10:25:11 | 21 | To make it clear, you said before the |
| 10:25:13 | 22 | translated words "before the operation" or "after |
| 10:25:15 | 23 | the operation."  We're referring to the suicide |
| 10:25:20 | 24 | bombing in Karnei Shomron? |
| 10:25:33 | 25 | A.   Yes. |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:25:34 | 1 | MR. SCHOEN:  Okay.  There's only a minute |
| 10:25:36 | 2 | or two left on the tape.  We'll take a break.  I don't |
| 10:25:40 | 3 | need much of a break.  So you tell me what you'd like. |
| 10:25:44 | 4 | Again, estimates have not been reliable, but |
| 10:25:47 | 5 | I really think that we're going to finish up with him |
| 10:25:50 | 6 | within an hour, hour and a half, after we come back, |
| 10:25:53 | 7 | I think.  I'm going to talk to my colleague. |
| 10:25:57 | 8 | MR. HIBEY:  If you could let me know after |
| 10:25:59 | 9 | the break whether that estimate holds up -- |
| 10:26:03 | 10 | MR. SCHOEN:  Yes.  Yes. |
| 10:26:03 | 11 | MR. HIBEY:  -- and what your intentions are |
| 10:26:06 | 12 | with respect to Dr. Swailem, then that would be very |
| 10:26:11 | 13 | helpful, and we can get word back to him in Ramallah. |
| 10:26:15 | 14 | MR. SCHOEN:  Yes, sir.  Yes, sir. |
| 10:26:16 | 15 | THE VIDEOGRAPHER:  Going off the record at |
| 10:26:18 | 16 | 10:27. |
| 10:26:19 | 17 | (Recess from 10:27 a.m. to 10:42 a.m.) |
| 10:41:13 | 18 | THE VIDEOGRAPHER:  Going back on the record |
| 10:41:26 | 19 | at 10:42. |
| 10:41:30 | 20 | MR. SCHOEN:  Now, Mr. Hibey, you had asked |
| 10:41:33 | 21 | me whether I can make any kind of conclusion about |
| 10:41:37 | 22 | Dr. Swailem.  First of all, can you just -- if you know, |
| 10:41:39 | 23 | can you just tell us who he is, what his job is, what |
| 10:41:43 | 24 | his -- |
| 10:41:44 | 25 | MR. HIBEY:  He's an academic. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

10:41:47   1           MR. SCHOEN:  He's an academic?

10:41:49   2           MR. HIBEY:  He is a professor at --

10:41:52   3           MR. O'TOOLE:  Al-Quds.

10:41:53   4           MR. HIBEY:  Al-Quds.

10:41:55   5           MR. SCHOEN:  He's an economist, I think;

10:41:56   6   right?

10:41:57   7           MR. HIBEY:  I think not.  I understood him

10:41:59   8   to be a political scientist.  But I don't know if he

10:42:02   9   has other expertise.

10:42:04   10           MR. SCHOEN:  I would tell you now, then, that

10:42:09   11   you could release Dr. Swailem and that we will not be

10:42:14   12   examining him.

10:42:16   13       Q.   BY MR. SCHOEN:  Reminds me, though, I wanted

10:42:20   14   to ask you, Mr. Dahbour:  Are you familiar with another

10:42:24   15   Ibrahim Dahbour?

10:42:30   16       A.   I saw recently on Facebook that there -- that

10:42:37   17   there are -- there is somebody else, at least one from

10:42:39   18   Jenin who carries the same name.  One of them is a

10:42:48   19   representative in the PLC for Hamas, the Legislative

10:42:53   20   Council.  He is from Arrabi.

10:42:55   21       Q.   And his home was recently raided, and he was

10:42:58   22   suspected of certain crimes; right?

10:43:06   23       A.   I don't know him because he is from Jenin.

10:43:08   24   But I have seen his name on Facebook.

10:43:12   25       Q.   But he is Hamas and you're not Hamas; right?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
10:43:18   1        A.   No, I am not.

10:43:21   2        Q.   He is actually a Hamas representative with

10:43:24   3   the -- in the PLO; correct?

10:43:27   4             OFFICIAL INTERPRETER RABINOVITCH:  In the PNC

10:43:30   5   [sic], you mean?

10:43:31   6             MR. SCHOEN:  Yes.  PLC, the Palestine

10:43:36   7   Legislative Council.

10:43:38   8             THE WITNESS:  Yes.  In 2006, he was elected

10:43:41   9   for Hamas.

10:43:42  10        Q.   BY MR. SCHOEN:  Yeah.  And he still is today,

10:43:44  11   he's still in it.

10:43:46  12             Anyway, not related to you?  That's not you?

10:43:50  13        A.   It's just a common name.

10:43:53  14        Q.   That allows me to remove an entire file that

10:43:56  15   I had.  That'll also help streamline things.

10:44:08  16             To go back to the process of keeping records

10:44:11  17   on your investigation, that's a regular way in which

10:44:19  18   you practice your business of intelligence gathering;

10:44:23  19   correct?  You keep records?

10:44:35  20             MR. SCHOEN:  These -- I'm sorry.  Albert?

10:44:39  21             THE WITNESS:  Correct.  We do register it

10:44:41  22   in the dossier.

10:44:42  23        Q.   BY MR. SCHOEN:  These files, like the Sadiq

10:44:45  24   Hafez file and the Nazzal file you spoke about?

10:44:55  25        A.   Ra'ed Nazzal, yes.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
| 10:44:57 | 1  | Q.   And the person who creates that file, that's      |
| 10:45:00 | 2  | that person's job to create such a file; correct?      |
| 10:45:08 | 3  | A.   No.  It's not the same person that gathers        |
| 10:45:11 | 4  | the dossiers.                                           |
| 10:45:13 | 5  | Q.   I see.  So tell me how the dossier or the file    |
| 10:45:16 | 6  | is gathered and then how it's kept.                    |
| 10:45:30 | 7  | A.   The principal step is to get the information      |
| 10:45:34 | 8  | from the field.  And this is not gathered by one       |
| 10:45:38 | 9  | officer.  And sometimes they depend on clandestine     |
| 10:45:44 | 10 | people, undercover people, to gather this information. |
| 10:45:52 | 11 | Once this information gets there, we gather            |
| 10:45:55 | 12 | it, and we give it for the analysis department.  The   |
| 10:46:04 | 13 | analysis department exposes it to the director, and    |
| 10:46:11 | 14 | he takes the decision what to do with it.  Whether the |
| 10:46:15 | 15 | people will be under scrutiny, or they will be detained,|
| 10:46:20 | 16 | or they will cross off the file, I mean, he decides    |
| 10:46:25 | 17 | what, what are the next steps.                         |
| 10:46:28 | 18 | Once it gets into the archives, it gets               |
| 10:46:33 | 19 | a special registration number.  When I want to refer   |
| 10:46:38 | 20 | it, say "Ibrahim Dahbour," so it would feature on the  |
| 10:46:44 | 21 | computer.  They see what's the number of the given     |
| 10:46:50 | 22 | Ibrahim Dahbour in this case, and they get the archives|
| 10:46:54 | 23 | based on the registry number.                          |
| 10:46:57 | 24 | Q.   Who physically puts something into the file?      |
| 10:47:00 | 25 | Does the agent or officer who did the                  |

| | | |
|---|---|---|
| 10:47:03 | 1 | intelligence gathering put something into the file? |
| 10:47:20 | 2 | MR. SCHOEN:  Not the computer.  I didn't say |
| 10:47:23 | 3 | "computer." |
| 10:47:23 | 4 | OFFICIAL INTERPRETER RABINOVITCH:  In the |
| 10:47:25 | 5 | file.  You said "in the file." |
| 10:47:28 | 6 | THE WITNESS:  The question is not clear. |
| 10:47:31 | 7 | Q.   BY MR. SCHOEN:  Okay.  Sorry. |
| 10:47:31 | 8 | The person who gathers the intelligence -- |
| 10:47:34 | 9 | let's say you're doing an investigation.  You gather |
| 10:47:43 | 10 | information and you make a report, either you took |
| 10:47:50 | 11 | notes during the investigation or -- I mean, during |
| 10:47:56 | 12 | the interrogation, as you described it, or any other |
| 10:48:05 | 13 | notes that you took about this investigation.  You |
| 10:48:12 | 14 | would take those notes and put those notes in the file |
| 10:48:18 | 15 | created for that person? |
| 10:48:23 | 16 | A.   In the paper dossier which is in the archives, |
| 10:48:31 | 17 | you mean? |
| 10:48:32 | 18 | Q.   Yes. |
| 10:48:32 | 19 | A.   All the information. |
| 10:48:34 | 20 | Q.   Yes.  That's how it would -- that's the |
| 10:48:35 | 21 | regular practice in the General Intelligence Services? |
| 10:48:44 | 22 | A.   This is the way we operate since a while. |
| 10:48:51 | 23 | Q.   Since 1995? |
| 10:48:54 | 24 | A.   There has been a development in how, you know, |
| 10:48:57 | 25 | we arrange the dossier and to make a proper summary, |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

10:49:02   1   resum [sic], and to have a memo of analysis of the

10:49:08   2   situation.  But, in general, this is our modus operandi.

10:49:18   3        Q.   And the investigating officer, or whoever puts

10:49:22   4   something in that file -- puts something into the file,

10:49:29   5   he does so at around the time that he's gathered the

10:49:35   6   information?

10:49:52   7        A.   Clarify, because there are -- there is a

10:49:55   8   distinction between interrogation, on the one hand,

10:50:00   9   and the information gathering from the field, on the

10:50:02   10  other, before the interrogation.  These are two separate

10:50:06   11  areas.

10:50:06   12       Q.   All right.  When a person gathers information

10:50:09   13  from the field, he makes notes about the information he

10:50:15   14  gathered shortly after he got the information, so he

10:50:21   15  remembers it well?

10:50:29   16            (Comment in Arabic by the witness.)

10:50:29   17            MR. SCHOEN:  You have to answer, Albert.

10:50:29   18            OFFICIAL INTERPRETER AGHAZARIAN:  "Yes."

10:50:29   19       Q.   BY MR. SCHOEN:  And around that same time,

10:50:34   20  that information gets put into the file?

10:50:47   21       A.   So the officer gets the information and feeds

10:50:50   22  it into the dossier?  That's what you mean?

10:50:53   23       Q.   Yeah.  Puts his notes or whatever information

10:50:57   24  he has into the file.

10:50:59   25       A.   No.  He brings it to the operations

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:51:01 | 1 | department.  That's where they deal -- they analyze |
| 10:51:05 | 2 | the information before attaching it to the dossier. |
| 10:51:09 | 3 | And if there is a measure which is taken, a procedure, |
| 10:51:13 | 4 | then it happens before it is fed into the archive. |
| 10:51:17 | 5 | The putting -- attaching it to the archive is the |
| 10:51:23 | 6 | final phase in the operation. |
| 10:51:25 | 7 | Q.   Okay.  And is that done soon after the |
| 10:51:29 | 8 | supervisor has reviewed the information and decided |
| 10:51:33 | 9 | it should be put into the file? |
| 10:51:42 | 10 | A.   No.  In the -- in the dossier, you have all |
| 10:51:46 | 11 | the relevant information. |
| 10:51:48 | 12 | Q.   Yes.  I'm just trying to find out how the |
| 10:51:52 | 13 | documents get into the file and when. |
| 10:51:59 | 14 | A.   After we get the information coming from the |
| 10:52:03 | 15 | field -- |
| 10:52:05 | 16 | Q.   Or an interrogation? |
| 10:52:07 | 17 | A.   -- or interrogation, it would be presented |
| 10:52:13 | 18 | to the operations department.  They check the type of |
| 10:52:23 | 19 | this information. |
| 10:52:27 | 20 | For instance, if there is any important |
| 10:52:30 | 21 | information, it is presented in front of the director. |
| 10:52:34 | 22 | And then this head, he decides what measures should |
| 10:52:41 | 23 | be taken as a follow-up.  Once they finish all the |
| 10:52:46 | 24 | procedures, they put it in the archive. |
| 10:52:56 | 25 | It's possible that, after you put the |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:52:59 | 1 | information in the archives, two days later, a new |
| 10:53:03 | 2 | information might come in. |
| 10:53:06 | 3 | Q.   Okay. |
| 10:53:07 | 4 | A.   If this information requires a follow-up |
| 10:53:12 | 5 | procedure, depending on the importance of the person |
| 10:53:18 | 6 | and the importance of the dossier, once again, you |
| 10:53:23 | 7 | have -- a new procedure might be taken. |
| 10:53:28 | 8 | But if it is a regular -- you know, a |
| 10:53:31 | 9 | non-news kind of information that the guy is -- |
| 10:53:36 | 10 | "I saw him walking in the street with so-and-so," |
| 10:53:45 | 11 | then we put it in the dossier but without taking |
| 10:53:49 | 12 | measures. |
| 10:53:50 | 13 | But all information, regardless how important |
| 10:53:53 | 14 | or less important, they are all included in the dossier. |
| 10:53:59 | 15 | Q.   Okay.  And the dossier -- you're using |
| 10:54:00 | 16 | the term "file" or "dossier" sometimes and sometimes |
| 10:54:03 | 17 | "archives." |
| 10:54:04 | 18 | I'm really concerned about the file.  And |
| 10:54:06 | 19 | the archives, as I understand it, is where the file |
| 10:54:10 | 20 | is kept.  I don't know if it's a question about the |
| 10:54:28 | 21 | word being used -- |
| 10:54:30 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  The dossier |
| 10:54:30 | 23 | is not the archive.  The dossier is the file. |
| 10:54:34 | 24 | MR. SCHOEN:  Okay. |
| 10:54:35 | 25 | OFFICIAL INTERPRETER AGHAZARIAN:  But it is |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
10:54:35   1    a nicer word.  It's a French word.
10:54:39   2              MR. SCHOEN:  Okay.  That's it.
10:54:39   3              OFFICIAL INTERPRETER AGHAZARIAN:  They go
10:54:39   4    together.
10:54:42   5              (Brief exchange in Arabic among Official
10:54:42   6         Interpreter Aghazarian, Official Interpreter
10:54:42   7         Rabinovitch, and the witness.)
10:54:42   8         Q.   BY MR. SCHOEN:  My -- what I'm trying to learn
10:54:44   9    here is how all of the documents from an investigation
10:54:48  10    get into the file, not the archives now.
10:55:00  11         A.   One dossier?
10:55:01  12         Q.   The paper file.  How --
10:55:04  13         A.   According to the best of my knowledge, what
10:55:09  14    I have under my hands -- there are people who have very
10:55:16  15    tiny files.  There are people who have books, loads of
10:55:22  16    information.  (Indicating.)  It depends.
10:55:24  17         Q.   Yeah.  I'm really just talking -- I'm asking
10:55:27  18    about a procedure, maybe.
10:55:30  19              Is it the regular procedure of the GIS during
10:55:40  20    the time period 19 -- the time period 2000 till now
10:55:50  21    that, if information is learned by a GIS officer about
10:55:56  22    a person, that person, the GIS officer or the person who
10:56:10  23    gathered the information or conducted the interrogation,
10:56:20  24    first takes notes?
10:56:28  25         A.   Correct.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:56:29 | 1 | Q.   And then those notes are given to a supervisor |
| 10:56:35 | 2 | in operations? |
| 10:56:39 | 3 | A.   Yes.  Correct. |
| 10:56:40 | 4 | Q.   And that person in operations decides whether |
| 10:56:45 | 5 | additional action should be taken in the case or that |
| 10:56:56 | 6 | no action needs to be taken? |
| 10:57:08 | 7 | A.   The head of the operations studies where we |
| 10:57:12 | 8 | have reached in the case. |
| 10:57:17 | 9 | Let's assume that it's expected to have an |
| 10:57:22 | 10 | operation.  The head of the operations has a report |
| 10:57:28 | 11 | accordingly.  Immediately he goes to the computer |
| 10:57:35 | 12 | and the archives, and he derives the information, the |
| 10:57:42 | 13 | relevant papers.  He makes a resum [sic], a summary for |
| 10:57:46 | 14 | the boss.  He tells him that this person, we expect that |
| 10:57:54 | 15 | he will be engaged in a certain operation.  According to |
| 10:57:59 | 16 | the available dossier, we estimate that this is likely. |
| 10:58:09 | 17 | So he dispatches it to the boss. |
| 10:58:16 | 18 | So the director has the resum [sic], the |
| 10:58:21 | 19 | summary, on the face of the file.  So he knows that |
| 10:58:29 | 20 | the head of the operations has scrutinized and checked |
| 10:58:33 | 21 | the file and based his conclusions accordingly. |
| 10:58:39 | 22 | So the director takes the measures based |
| 10:58:43 | 23 | on the information available in his hands.  He might |
| 10:58:52 | 24 | suffice with the summary appearing in -- on the top |
| 10:58:56 | 25 | and take immediate measure accordingly.  And maybe he |

| | | |
|---|---|---|
| 10:59:03 | 1 | might feel that there is something fishy or unclear, |
| 10:59:06 | 2 | so he goes in and checks the entire file, all the |
| 10:59:12 | 3 | papers and information available in the -- in the |
| 10:59:15 | 4 | dossier. |
| 10:59:16 | 5 | Q.   Okay.  And all of the papers -- notes or |
| 10:59:23 | 6 | papers of any kind that were generated or created or |
| 10:59:31 | 7 | reviewed during the course of that process you just |
| 10:59:36 | 8 | described, all are put in the file for that person? |
| 10:59:47 | 9 | A.   Correct. |
| 10:59:48 | 10 | Q.   As you say, sometimes it's a small file, |
| 10:59:51 | 11 | sometimes it's a big file? |
| 10:59:56 | 12 | A.   It depends on the level of activity of the |
| 11:00:00 | 13 | given person. |
| 11:00:01 | 14 | Q.   And who puts all of those papers in the file? |
| 11:00:14 | 15 | A.   The person that actually, you know, puts it |
| 11:00:17 | 16 | in the thing or -- |
| 11:00:20 | 17 | Q.   Yes. |
| 11:00:21 | 18 | A.   -- or how the file is built up? |
| 11:00:24 | 19 | Q.   First, who actually puts it in the file. |
| 11:00:29 | 20 | A.   The person in charge of the archives, after |
| 11:00:32 | 21 | it comes from the operations department.  And this is |
| 11:00:36 | 22 | the final measure. |
| 11:00:38 | 23 | Q.   And that's a regular part of that person's |
| 11:00:41 | 24 | job in the GIS? |
| 11:00:47 | 25 | A.   Yes.  This is the job. |

| | | |
|---|---|---|
| 11:00:50 | 1 | Q.   And that person does that -- at the time the |
| 11:00:53 | 2 | file becomes complete, that person puts it in the file, |
| 11:00:58 | 3 | and then the file into the archives? |
| 11:01:08 | 4 | A.   He arranges it in finally within the file, |
| 11:01:11 | 5 | and he gives it a number.  And he preserves the number, |
| 11:01:21 | 6 | the given number on the computer, because if somebody |
| 11:01:26 | 7 | needs to request it. |
| 11:01:31 | 8 | So say Ibrahim Dahbour, his number is 440, |
| 11:01:36 | 9 | so -- so he's in the computerized list.  Ibrahim Dahbour |
| 11:01:40 | 10 | appears with the number 440 in this case.  So there |
| 11:01:47 | 11 | is -- there is no name on my file.  It's a number.  So |
| 11:01:53 | 12 | I know from the number that this is from the computer, |
| 11:01:56 | 13 | Ibrahim Dahbour, and I check it out. |
| 11:02:00 | 14 | Q.   And that file that has been created and is |
| 11:02:04 | 15 | now in the archives, that's what you, as an intelligence |
| 11:02:10 | 16 | officer, would pull to review, to learn about everything |
| 11:02:12 | 17 | you could learn about that person? |
| 11:02:27 | 18 | A.   This file is the main indicator of where we |
| 11:02:31 | 19 | are heading. |
| 11:02:33 | 20 | Let's assume, to use myself as an example, |
| 11:02:39 | 21 | they say we want the dossier of Ibrahim Dahbour.  His |
| 11:02:46 | 22 | number is 440, so they get it out from the archives. |
| 11:02:51 | 23 | And we found that the last information incoming on |
| 11:02:56 | 24 | Ibrahim Dahbour is in 2010.  So here the officers |
| 11:03:02 | 25 | are requested to update the information.  What did |

| | | |
|---|---|---|
| 11:03:07 | 1 | he do between 2010 and 2012?  Where was he?  What |
| 11:03:13 | 2 | were his activities and movements? |
| 11:03:16 | 3 | So the information is updated. |
| 11:03:18 | 4 | Q.    And if you want to learn about Ibrahim |
| 11:03:20 | 5 | Dahbour in that situation you gave because you were |
| 11:03:30 | 6 | investigating Ibrahim Dahbour, for starters, you would |
| 11:03:37 | 7 | rely on what's in that file? |
| 11:03:42 | 8 | A.    Correct. |
| 11:03:43 | 9 | Q.    Okay.  In this matter, the file of |
| 11:03:47 | 10 | Mr. Hafez — |
| 11:03:50 | 11 | MR. SCHOEN:  The first name is Tzadok? |
| 11:03:53 | 12 | OFFICIAL INTERPRETER AGHAZARIAN:  Sadiq Hafez. |
| 11:03:58 | 13 | Q.    BY MR. SCHOEN:  — Sadiq Hafez, you reviewed |
| 11:03:59 | 14 | that file and produced some documents from that file |
| 11:04:02 | 15 | to defense counsel; correct? |
| 11:04:14 | 16 | A.    Correct. |
| 11:04:15 | 17 | Q.    Do you remember how big that file was, how |
| 11:04:17 | 18 | many documents were in it? |
| 11:04:26 | 19 | A.    I don't remember exactly.  But the dossier |
| 11:04:29 | 20 | is not big. |
| 11:04:31 | 21 | Q.    Maybe ten documents in it? |
| 11:04:39 | 22 | A.    I do not want to speculate. |
| 11:04:41 | 23 | Q.    Good.  Thank you. |
| 11:04:43 | 24 | And the file on Mr. Nazzal, is that a small |
| 11:04:47 | 25 | file, big file, Ra'ed Nazzal? |

SEPTEMBER 12, 2012 — IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:04:51 | 1 | A.  Ra'ed's file is much bigger.  He has much more |
| 11:05:00 | 2 | activities. |
| 11:05:01 | 3 | Q.  Any idea how big his file is that you found? |
| 11:05:10 | 4 | A.  I don't have the number of papers.  But it's |
| 11:05:16 | 5 | a relatively thicker kind of dossier.  (Indicating.) |
| 11:05:21 | 6 | MR. SCHOEN:  The witness is indicating with |
| 11:05:23 | 7 | his fingers.  What would we agree on as the size of |
| 11:05:27 | 8 | that?  Is that an inch and a half? |
| 11:05:30 | 9 | OFFICIAL INTERPRETER AGHAZARIAN:  It's more |
| 11:05:30 | 10 | than that. |
| 11:05:31 | 11 | MR. SCHOEN:  Two inches? |
| 11:05:32 | 12 | OFFICIAL INTERPRETER AGHAZARIAN:  Two to three |
| 11:05:32 | 13 | inches. |
| 11:05:33 | 14 | MR. SCHOEN:  You willing to go with that one |
| 11:05:34 | 15 | as an estimate? |
| 11:05:35 | 16 | MR. HIBEY:  No. |
| 11:05:36 | 17 | MR. SCHOEN:  No?  Okay. |
| 11:05:36 | 18 | Q.  BY MR. SCHOEN:  How many centimeters thick |
| 11:05:39 | 19 | would you say the file is? |
| 11:05:42 | 20 | A.  I did not measure it. |
| 11:05:44 | 21 | Q.  About, if you were to give an estimate? |
| 11:05:58 | 22 | A.  Three and a half to four centimeters. |
| 11:05:59 | 23 | Q.  Okay. |
| 11:06:01 | 24 | A.  More or less. |
| 11:06:03 | 25 | Q.  Okay.  And you believe you reviewed his entire |

| | | |
|---|---|---|
| 11:06:07 | 1 | file with the GIS? |
| 11:06:14 | 2 | A.   From paper to paper, yes, correct. |
| 11:06:17 | 3 | Q.   Ra'ed Nazzal was the head of the Ali Abu |
| 11:06:20 | 4 | Mustafa Brigade for the PFLP in Kalkilya; correct? |
| 11:06:36 | 5 | A.   This is not a secret. |
| 11:06:38 | 6 | Q.   It was well-known? |
| 11:06:45 | 7 | A.   He was released from Israeli prisons in |
| 11:06:49 | 8 | September in 1999.  And this was the main -- this is |
| 11:06:57 | 9 | a well-known information. |
| 11:06:59 | 10 | Q.   That he was PFLP and head of Ali Abu Mustafa |
| 11:07:01 | 11 | Brigade? |
| 11:07:06 | 12 | A.   Yes.  Correct. |
| 11:07:08 | 13 | Q.   And that's one reason his file would be a |
| 11:07:11 | 14 | bigger file; correct? |
| 11:07:16 | 15 | A.   As I told you, it depends from person to |
| 11:07:19 | 16 | person. |
| 11:07:20 | 17 | Q.   But in his case, that's one of the reasons, |
| 11:07:24 | 18 | because of his PFLP activities, his file was so thick? |
| 11:07:33 | 19 | A.   Right. |
| 11:07:34 | 20 | Q.   Now, you're aware that the PFLP had an office |
| 11:07:37 | 21 | in Kalkilya; correct? |
| 11:07:43 | 22 | A.   Right. |
| 11:07:43 | 23 | Q.   They had an office in Kalkilya in the 1990s |
| 11:07:47 | 24 | through today; correct? |
| 11:07:51 | 25 | A.   Ra'ed Nazzal? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
11:07:56   1        Q.   The PFLP had an office in Kalkilya?
11:08:00   2        A.   Yes.
11:08:00   3        Q.   Okay.  And Ra'ed Nazzal worked in that PFLP
11:08:05   4   office in Kalkilya; correct?
11:08:08   5        A.   No.
11:08:09   6        Q.   Where did Ra'ed Nazzal work?  Do you know?
11:08:14   7        A.   Ra'ed Nazzal -- after being released from
11:08:20   8   the Israeli prison, most of the people who had military
11:08:29   9   activity were absorbed, recruited by the PA, in order
11:08:35  10   to distance them from armed activity.  And Ra'ed Nazzal
11:08:41  11   was one of the people who were recruited for the
11:08:48  12   national security organ, apparatus.
11:08:52  13             I have no idea how many years he served in
11:08:55  14   this capacity.  But, currently, according to the best
11:09:02  15   of my knowledge, he doesn't get any salary or allowances
11:09:08  16   now.
11:09:09  17        Q.   When you say "now," you mean at that time?
11:09:20  18        A.   About Ra'ed, I'm not exactly sure.  But the
11:09:27  19   information I have, that he was murdered in 2002 --
11:09:32  20        Q.   When you say about Ra'ed you're not sure --
11:09:35  21        A.   -- in April.
11:09:36  22        Q.   -- you mean you're not sure whether he
11:09:38  23   was paid money, how much money he was paid by the
11:09:42  24   government; correct?
11:09:45  25        A.   Correct.
```

| | | |
|---|---|---|
| 11:09:46 | 1 | Q.   All right.  Was there only one PFLP office |
| 11:10:02 | 2 | in Kalkilya? |
| 11:10:05 | 3 | A.   Yes. |
| 11:10:05 | 4 | Q.   Where was it? |
| 11:10:10 | 5 | A.   On the main road leading to Jaljoulieh, that |
| 11:10:15 | 6 | has been since then shut down, this road. |
| 11:10:18 | 7 | Q.   The road has been shut down? |
| 11:10:23 | 8 | A.   It has been closed.  Because they just kept |
| 11:10:27 | 9 | one crossing point into Israel.  At first there was |
| 11:10:34 | 10 | through Taibeh and Jaljoulieh and Kfar Saba.  So when |
| 11:10:45 | 11 | the Intifada erupted in 2000, they broke the -- these |
| 11:10:53 | 12 | roads, all of them.  They just kept Kafr Kassem -- |
| 11:10:57 | 13 | sorry.  They just kept the road that goes through |
| 11:11:00 | 14 | Kafr Kassem.  They call it Tzomet area. |
| 11:11:13 | 15 | Q.   But as far as you know from the period, let's |
| 11:11:15 | 16 | just say 1998 through 2002, there was just one PFLP |
| 11:11:25 | 17 | office in Kalkilya operating? |
| 11:11:31 | 18 | A.   Yes. |
| 11:11:32 | 19 | Q.   Okay.  And do you know whether the PFLP owned |
| 11:11:36 | 20 | or operated other buildings in Kalkilya? |
| 11:11:52 | 21 | A.   To the best of my knowledge, no. |
| 11:11:56 | 22 | Q.   Do you know who was working in the PFLP office |
| 11:11:59 | 23 | in Kalkilya, let's say between the years 1998 and 2002? |
| 11:12:19 | 24 | A.   Margaret and Manala Rai, these are two women. |
| 11:12:31 | 25 | Margaret Rai and Manala Rai.  Shaher, after he was |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:12:33 | 1 | released by the PA, he came to this office.  He was |
| 11:12:42 | 2 | wanted by the Israelis, and he left the office because |
| 11:12:49 | 3 | he was wanted by the Israelis.  Only these two women |
| 11:12:54 | 4 | stayed. |
| 11:12:55 | 5 | Q.   When you say Shaher, you mean Shaher Al-Rai? |
| 11:13:02 | 6 | A.   Shaher Rai, yes. |
| 11:13:05 | 7 | Q.   You mentioned the name Yusef. |
| 11:13:07 | 8 | That's also Yusef Al-Rai? |
| 11:13:11 | 9 | A.   His brother. |
| 11:13:13 | 10 | Q.   Yes.  That's who you were referring to? |
| 11:13:16 | 11 | A.   Yes. |
| 11:13:18 | 12 | Q.   Shaher and Yusef Al-Rai also were PFLP; right? |
| 11:13:33 | 13 | A.   This is very well-known.  Correct. |
| 11:13:35 | 14 | Q.   And the two women who worked in the office you |
| 11:13:39 | 15 | mentioned, they're also PFLP? |
| 11:13:46 | 16 | A.   Logically, of course, yes. |
| 11:13:48 | 17 | Q.   Do you know who their husbands were? |
| 11:14:00 | 18 | A.   One is married to Yusef, and the other |
| 11:14:04 | 19 | is married to Shaher.  But I don't know whether it's |
| 11:14:08 | 20 | Margaret or Manala, which.  But they were both married |
| 11:14:12 | 21 | to the -- Yusef and Shaher. |
| 11:14:15 | 22 | Q.   And do you know that the building that was |
| 11:14:18 | 23 | used for the PFLP office was owned by a Mr. Zaid? |
| 11:14:22 | 24 | MR. SCHOEN:  I didn't say "Yusef."  "Mister," |
| 11:14:22 | 25 | Mr. Zaid. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:14:29 | 1 | (Pending question re-translated.) |
| 11:14:30 | 2 | THE WITNESS:  Is it in 2002, if I knew this, |
| 11:14:35 | 3 | or now, currently? |
| 11:14:38 | 4 | Q.   BY MR. SCHOEN:  I'm asking you now if you |
| 11:14:38 | 5 | know. |
| 11:14:42 | 6 | A.   Now, yes. |
| 11:14:43 | 7 | Q.   And did you know that in 2000 and 2002? |
| 11:14:46 | 8 | A.   No.  In 2002, I didn't. |
| 11:14:48 | 9 | Q.   But during those periods, 1998 to 2002, you |
| 11:14:51 | 10 | knew that these people who we've mentioned, Shaher, |
| 11:14:56 | 11 | Yusef, the two women, Nazzal, were all PFLP? |
| 11:15:11 | 12 | A.   Of course. |
| 11:15:23 | 13 | Q.   If you recall, when is it -- around what |
| 11:15:26 | 14 | year did Shaher and Yusef Al-Rai leave Kalkilya? |
| 11:15:32 | 15 | You mentioned they left Kalkilya.  Around |
| 11:15:34 | 16 | what year did they leave? |
| 11:15:41 | 17 | A.   No, I don't recall.  Exactly which year, |
| 11:15:46 | 18 | I don't recall. |
| 11:15:47 | 19 | Q.   If you wanted to find out -- strike that. |
| 11:15:50 | 20 | Strike that. |
| 11:15:51 | 21 | Shaher and Yusef Al-Rai were put in jail |
| 11:15:57 | 22 | at some point in Jericho; correct? |
| 11:16:03 | 23 | A.   In the GIS prison, yes. |
| 11:16:10 | 24 | Q.   Jericho, that's the -- Jericho? |
| 11:16:12 | 25 | A.   Correct. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

11:16:13   1        Q.   Do you know how long they were kept in that

11:16:16   2   prison?

11:16:21   3        A.   Not exactly, but I believe almost seven years.

11:16:25   4        Q.   And do you know when they were released from

11:16:28   5   that prison?

11:16:32   6        A.   2001.  2001.

11:16:38   7        Q.   How do you know it was 2001?

11:16:42   8        A.   From the dossier.

11:16:44   9        Q.   There is a dossier for Shaher Al-Rai?

11:16:49   10       A.   Yes.

11:16:52   11       Q.   And for Yusef Al-Rai?

11:16:53   12       A.   Yes.

11:16:57   13       Q.   And are those dossiers kept in the Kalkilya

11:17:01   14   GIS office?

11:17:04   15       A.   Yes.

11:17:04   16       Q.   Have you reviewed those dossiers?

11:17:07   17       A.   Yes.

11:17:08   18       Q.   When did you review them?

11:17:16   19       A.   Yesterday, Tuesday.

11:17:18   20       Q.   I see.  You found those files there Tuesday

11:17:21   21   and --

11:17:25   22       A.   I know that they have dossiers, but I have

11:17:26   23   scrutinized them yesterday.

11:17:27   24       Q.   That you found them in the -- in the regular

11:17:36   25   archives?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

11:17:37   1          A.    Yes.

11:17:42   2          Q.    Would you characterize the file on Shaher

11:17:45   3   Al-Rai as a large one also?

11:17:52   4          A.    Yes.

11:17:53   5          Q.    Larger than Nazzal or smaller than Nazzal?

11:17:57   6          A.    Thicker than Nazzal.  Because there was

11:18:01   7   interrogation and there was more follow-up, so it's

11:18:02   8   a bigger file.  And there were confessions on him.

11:18:09   9   And then his family protested, and there was a lot

11:18:14   10  of headaches.  So the file is bigger.

11:18:18   11          Because the person that made a confession

11:18:22   12  with the Israelis on him, he withdrew his confession.

11:18:30   13  And after the person that confessed left the Israeli

11:18:36   14  prison, while they remained -- you know, the man in

11:18:40   15  Israel was released, but they remained in the PA prison.

11:18:45   16         Q.    The two Al-Rais --

11:18:46   17               (Comment in Arabic by the witness.)

11:18:47   18         Q.    BY MR. SCHOEN:  Sorry.  The two Al-Rais

11:18:47   19  remained in the Jericho prison?

11:18:51   20         A.    Yes.

11:18:52   21         Q.    Do you know Muhammad Nazzal?

11:19:02   22         A.    There are so many Muhammads.

11:19:06   23         Q.    In Kalkilya, there are many?

11:19:09   24         A.    Muhammad, Ahmed, Mahmoud.  That's a very

11:19:16   25  common name.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:19:33 | 1 | Q.   I hope I can get a more full name so I can |
| 11:19:39 | 2 | ask you a better question about Muhammad Nazzal.  Okay. |
| 11:19:42 | 3 | A.   If you tell me what he is working, and so |
| 11:19:49 | 4 | maybe that will be -- that would help to know which |
| 11:19:53 | 5 | Muhammad you mean. |
| 11:19:56 | 6 | Q.   I'll try to give as much information as I can. |
| 11:20:16 | 7 | I want to ask you if you recognize these |
| 11:20:20 | 8 | names, and if you do, tell me what you know about these |
| 11:20:28 | 9 | people. |
| 11:20:29 | 10 | Maher Al-Rai? |
| 11:20:32 | 11 | A.   Popular Front. |
| 11:20:40 | 12 | Q.   Is Popular Front -- a PFLP person, member? |
| 11:20:45 | 13 | A.   Yes. |
| 11:20:46 | 14 | Q.   Who lives in Kalkilya? |
| 11:20:48 | 15 | A.   Yes. |
| 11:20:49 | 16 | Q.   Is there a GIS file on him? |
| 11:20:55 | 17 | A.   Yes. |
| 11:20:58 | 18 | Q.   Ahmed Al-Rai? |
| 11:20:58 | 19 | A.   There are two Ahmeds.  Specify which you are |
| 11:21:05 | 20 | referring to. |
| 11:21:05 | 21 | Q.   You -- |
| 11:21:05 | 22 | A.   If you mean the guy who belongs to the PFLP, |
| 11:21:15 | 23 | yes.  He is married to the sister -- he is married to |
| 11:21:21 | 24 | the sister of Ra'ed, if that's the one you refer to. |
| 11:21:27 | 25 | Q.   She is an in-law to Al-Rai? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
11:21:31   1          A.   Yes.

11:21:32   2          Q.   Is there a file on that person?

11:21:37   3          A.   PFLP, yes.

11:21:38   4          Q.   The GIS has a file on that person?

11:21:41   5          A.   Yes.

11:21:45   6          Q.   Nuradin Adnan Sa'id Daoud, also known as

11:21:53   7   Teetan?

11:21:55   8          A.   Yes.

11:21:59   9          Q.   PFLP?

11:22:00  10          A.   Yes.  He was imprisoned by the Israelis, you

11:22:06  11   know, of course.

11:22:08  12          Q.   He lives in Kalkilya?

11:22:09  13          A.   Yes.

11:22:10  14          Q.   All of these people I've mentioned live in

11:22:12  15   Kalkilya; correct?

11:22:14  16          A.   All of them, yes.

11:22:16  17          Q.   Is there a file, GIS file, on Teetan thus far?

11:22:18  18          A.   Yes.

11:22:22  19          Q.   Large file?

11:22:25  20          A.   I don't recall.  But everybody engaged in

11:22:28  21   political activity has a file.

11:22:31  22          Q.   Muhammad Jabber?

11:22:31  23               OFFICIAL INTERPRETER AGHAZARIAN:  "Jabber."

11:22:33  24               OFFICIAL INTERPRETER RABINOVITCH:  "Jabber"

11:22:33  25   or "Jaber"?
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:22:33 | 1 | MR. SCHOEN:  "Jabber." |
| 11:22:33 | 2 | OFFICIAL INTERPRETER AGHAZARIAN:  "Muhammad |
| 11:22:33 | 3 | Jabber." |
| 11:22:33 | 4 | THE WITNESS:  I don't know him. |
| 11:22:42 | 5 | Q.   BY MR. SCHOEN:  Taqsin El-Adel? |
| 11:22:48 | 6 | A.   Taqsin El-Adel.  "Improving justice," that's |
| 11:22:56 | 7 | what the word means. |
| 11:22:58 | 8 | Q.   Oh.  Do you know that person? |
| 11:23:01 | 9 | A.   He is imprisoned by the Israelis.  PFLP. |
| 11:23:03 | 10 | He is incarcerated. |
| 11:23:05 | 11 | Q.   Is there a file on him, GIS file? |
| 11:23:08 | 12 | A.   Yes. |
| 11:23:09 | 13 | Q.   Shaher A'amar? |
| 11:23:09 | 14 | OFFICIAL INTERPRETER AGHAZARIAN:  Al-Amar? |
| 11:23:10 | 15 | MR. SCHOEN:  A'amar. |
| 11:23:10 | 16 | (Brief exchange in Arabic among Official |
| 11:23:10 | 17 | Interpreter Rabinovitch, Official Interpreter |
| 11:23:10 | 18 | Aghazarian, Check Interpreter Hazou, and |
| 11:23:10 | 19 | Mr. Spitzen.) |
| 11:23:10 | 20 | OFFICIAL INTERPRETER RABINOVITCH:  Amer? |
| 11:23:10 | 21 | THE WITNESS:  I don't know him. |
| 11:23:26 | 22 | Q.   BY MR. SCHOEN:  Doesn't ring a bell? |
| 11:23:37 | 23 | A.   I don't recall him. |
| 11:23:41 | 24 | Q.   Anis Shanti? |
| 11:23:46 | 25 | A.   Anis Douri? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:23:51 | 1 | Q.  Shanti. |
| 11:23:54 | 2 | A.  Shanti? |
| 11:23:54 | 3 | Anis Douri is known to be PFLP. |
| 11:24:00 | 4 | MR. SCHOEN:  "Is known to be"? |
| 11:24:00 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  "A PFLP |
| 11:24:00 | 6 | member." |
| 11:24:00 | 7 | Q.  BY MR. SCHOEN:  Also in Kalkilya? |
| 11:24:00 | 8 | CHECK INTERPRETER HAZOU:  But he said: |
| 11:24:02 | 9 | "Shanti, no." |
| 11:24:05 | 10 | Q.  BY MR. SCHOEN:  Shanti, no? |
| 11:24:05 | 11 | A.  Shanti, no. |
| 11:24:05 | 12 | Q.  And is there a GIS file on this Anis Douri, |
| 11:24:11 | 13 | PFLP guy? |
| 11:24:12 | 14 | A.  Yes.  Douri, not Shanti. |
| 11:24:12 | 15 | Q.  Douri, yeah, yeah. |
| 11:24:12 | 16 | And Ahmed Awani?  Awani. |
| 11:24:14 | 17 | A.  I don't know.  I mean, the names don't -- |
| 11:24:30 | 18 | Q.  (Not translated.)  Not a familiar name?  At |
| 11:24:33 | 19 | least the way I'm pronouncing it, it's not a familiar |
| 11:24:37 | 20 | name? |
| 11:24:37 | 21 | MR. SCHOEN:  You have to translate it. |
| 11:24:37 | 22 | (Pending question translated.) |
| 11:24:37 | 23 | THE WITNESS:  (Witness shakes head in the |
| 11:24:37 | 24 | negative.) |
| 11:24:37 | 25 | OFFICIAL INTERPRETER AGHAZARIAN:  Sorry. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:24:44 | 1 | MR. SCHOEN:  My -- since I don't read the |
| 11:24:48 | 2 | language -- |
| 11:24:51 | 3 | MR. HALLER:  Muhammad Nazzal that we're |
| 11:24:54 | 4 | referring to, one of them is Muhammad Wasif Abdel |
| 11:24:55 | 5 | Rahman Nazzal. |
| 11:24:55 | 6 | (Simultaneous colloquy among Official |
| 11:24:55 | 7 | Interpreter Aghazarian, Official Interpreter |
| 11:24:55 | 8 | Rabinovitch, Check Interpreter Hazou, and |
| 11:24:55 | 9 | Mr. Haller.) |
| 11:24:55 | 10 | THE COURT REPORTER:  I'm sorry.  Are you |
| 11:24:55 | 11 | speaking for the record?  Because I didn't hear what |
| 11:24:55 | 12 | you said. |
| 11:24:55 | 13 | MR. HIBEY:  Would you take some control of |
| 11:24:55 | 14 | this?  Could you take some control of this? |
| 11:24:55 | 15 | MR. SCHOEN:  Yes. |
| 11:24:55 | 16 | MR. HIBEY:  Because this is -- |
| 11:24:55 | 17 | (Simultaneous colloquy among Mr. Haller, |
| 11:24:55 | 18 | Mr. Leitner, Official Interpreter Rabinovitch, |
| 11:24:55 | 19 | and Check Interpreter Hazou.) |
| 11:25:26 | 20 | MR. SCHOEN:  Stop.  Stop, please.  Stop.  We |
| 11:25:26 | 21 | can't have other people speaking into the record.  She's |
| 11:25:30 | 22 | trying to keep a record, so only I can speak.  But if -- |
| 11:25:31 | 23 | I know the problem is an innocent one because I can't |
| 11:25:35 | 24 | pronounce the words.  I appreciate the help, but we |
| 11:25:38 | 25 | won't have a clean record if anyone else speaks. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:25:41 | 1 | So if you want to tell me a name, I'm happy |
| 11:25:43 | 2 | to transmit that name or any other word.  Feel free to |
| 11:25:47 | 3 | tell me, please.  Thank you. |
| 11:25:49 | 4 | Q.   BY MR. SCHOEN:  This name that you were given |
| 11:25:58 | 5 | for this Nazzal, Muhammad or Mahmoud Nazzal, the name |
| 11:26:03 | 6 | that was just given. |
| 11:26:04 | 7 | A.   Muhammad Mahmoud Nazzal? |
| 11:26:04 | 8 | Q.   Yes. |
| 11:26:08 | 9 | A.   He is the owner of the office that he rented |
| 11:26:11 | 10 | to the PFLP.  He owns the office, Muhammad Mahmoud |
| 11:26:17 | 11 | Nazzal. |
| 11:26:21 | 12 | Q.   Or he is in the family of the -- you know that |
| 11:26:23 | 13 | Mr. Zaid owns the office? |
| 11:26:33 | 14 | A.   Yes.  Muhammad Mahmoud Zaid. |
| 11:27:03 | 15 | Q.   Yes.  Okay. |
| 11:27:04 | 16 | Do you recognize this name:  Muhammad Wahid |
| 11:27:06 | 17 | Abdel Rahman Nazzal? |
| 11:27:12 | 18 | A.   No.  I don't know who it is. |
| 11:27:15 | 19 | Q.   Okay. |
| 11:27:16 | 20 | A.   No. |
| 11:27:19 | 21 | Q.   I'd like to show you some documents. |
| 11:27:24 | 22 | MR. SCHOEN:  Mr. Hibey, I'm going to show him |
| 11:27:28 | 23 | the documents that we were provided on September 10th |
| 11:27:40 | 24 | by the defense -- |
| | 25 | // |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:27:41 | 1 | (Comment in Arabic by Check Interpreter |
| 11:27:41 | 2 | Hazou.) |
| 11:27:41 | 3 | OFFICIAL INTERPRETER RABINOVITCH:  "September |
| 11:27:41 | 4 | 10th." |
| 11:27:57 | 5 | MR. SCHOEN:  -- by e-mail.  And I represent |
| 11:28:00 | 6 | to you that, in his e-mail to me, Mr. McAleer wrote |
| 11:28:05 | 7 | that documents Bates stamped 51 to 54 would be documents |
| 11:28:16 | 8 | about which Mr. Dahbour would have information and that |
| 11:28:25 | 9 | could be shown to him during the examination, if you |
| 11:28:29 | 10 | want. |
| 11:28:33 | 11 | Without going into detail, I would just |
| 11:28:38 | 12 | reiterate what I said yesterday.  I had not been able -- |
| 11:28:39 | 13 | I don't know what these documents say because I can't |
| 11:28:39 | 14 | read Arabic.  I haven't had a chance to have them review |
| 11:28:52 | 15 | the documents and tell me in detail.  Mr. Haller doesn't |
| 11:28:56 | 16 | have sufficient -- I understand Mr. Haller does not have |
| 11:28:57 | 17 | sufficient Arabic background to read them. |
| 11:29:01 | 18 | MR. HIBEY:  That's -- look.  Finish your |
| 11:29:03 | 19 | statement.  Thank you. |
| 11:29:05 | 20 | MR. SCHOEN:  I don't really have anything |
| 11:29:06 | 21 | more to say.  I'm just telling you:  I don't know what |
| 11:29:07 | 22 | the documents say when I show them to the witness. |
| 11:29:07 | 23 | MR. HIBEY:  You clearly have the capability |
| 11:29:12 | 24 | on your side to do that.  I myself have heard Mr. Haller |
| 11:29:17 | 25 | talk about the grammar and syntax of Arabic.  He |

```
11:29:20   1    certainly can read it.  He understands it.  He has
11:29:24   2    demonstrated that to me on occasion over the five-plus
11:29:29   3    years we've been engaged in litigation.
11:29:31   4            Obviously, the gentleman next to him, who
11:29:34   5    is here as a consulting expert, speaks with a dialect
11:29:38   6    in Arabic that suggests to me that it isn't just picked
11:29:42   7    up in the first 20 lessons of primary Arabic.  I think
11:29:48   8    we have to be -- we have to be clear about this.
11:29:50   9            With respect to your own facility, I accept
11:29:54   10   any representation you make about your own abilities
11:29:58   11   in whatever language is being advanced in the course
11:30:04   12   of review of documents and things like that.  But
11:30:08   13   please understand that we have a serious disagreement
11:30:15   14   about your immediate capability to translate the
11:30:19   15   materials that you did receive.
11:30:22   16           Now, I presume also that there are no
11:30:26   17   translations that are going to be offered to us in
11:30:30   18   English of these materials.
11:30:33   19           MR. SCHOEN:  The materials that you provided
11:30:34   20   to us in Arabic?
11:30:37   21           MR. HIBEY:  Correct.
11:30:39   22           MR. SCHOEN:  Correct.
11:30:39   23           MR. HIBEY:  All right.  We will object to
11:30:40   24   the use -- in the absence of a document that's going
11:30:44   25   to be used in this deposition, because they have to be
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:30:46 | 1 | translated by you for us –– in the use of the materials |
| 11:30:52 | 2 | in the deposition that you're convening. |
| 11:30:56 | 3 | With that said, I think we can go forward. |
| 11:31:01 | 4 | MR. SCHOEN:  Let me be clear.  We have no |
| 11:31:03 | 5 | English translations of the documents that you provided |
| 11:31:06 | 6 | to us in Arabic.  And further, Mr. McAleer represented |
| 11:31:09 | 7 | to me that you have no English translations –– |
| 11:31:15 | 8 | MR. HIBEY:  That is correct. |
| 11:31:15 | 9 | MR. SCHOEN:  –– of those documents. |
| 11:31:15 | 10 | MR. HIBEY:  We got them that quickly, as |
| 11:31:18 | 11 | it's already been testified to, and turned them over |
| 11:31:20 | 12 | to you.  So we have not had the opportunity to get any |
| 11:31:24 | 13 | translation.  And as you well know, our time has been |
| 11:31:28 | 14 | occupied by the work that has brought us together this |
| 11:31:32 | 15 | past week. |
| 11:31:33 | 16 | MR. SCHOEN:  In fairness, Mr. Hibey, that's |
| 11:31:38 | 17 | a two-way street.  We also have been occupied.  And |
| 11:31:38 | 18 | if you suggest that we have an opportunity, I would |
| 11:31:40 | 19 | suggest to you that you have had an opportunity. |
| 11:31:44 | 20 | And, frankly, I know that you have not |
| 11:31:46 | 21 | misspoken intentionally in any regard, and I'm |
| 11:31:51 | 22 | not sure what you meant by you'd just received |
| 11:31:53 | 23 | the documents.  But we examined a witness yesterday |
| 11:31:54 | 24 | who testified that the indication on the document, |
| 11:31:54 | 25 | as he read it, was that that document had been printed |

| | | |
|---|---|---|
| 11:31:54 | 1 | on the 5th of September.  Now, we both may agree that |
| 11:32:00 | 2 | that's also within the recent past. |
| 11:32:02 | 3 | I just want to be clear. |
| 11:32:04 | 4 | MR. HIBEY:  Well, no, I understand.  But it |
| 11:32:06 | 5 | presumes something else with respect to our receipt of |
| 11:32:08 | 6 | that document.  And I stand by what I said, and I'm not |
| 11:32:12 | 7 | going to elaborate any further.  Let's proceed. |
| 11:32:15 | 8 | MR. SCHOEN:  Yes.  We'll leave it that we do |
| 11:32:17 | 9 | have a serious disagreement on this. |
| 11:32:19 | 10 | MR. HIBEY:  We have a serious disagreement, we |
| 11:32:21 | 11 | have a standing objection, and we have a demand that the |
| 11:32:25 | 12 | documents that you are using should have been translated |
| 11:32:27 | 13 | by you.  You have -- your side having the capacity to do |
| 11:32:31 | 14 | that, the capability of doing that, in order to advance |
| 11:32:34 | 15 | it before the witness and before a court in the United |
| 11:32:38 | 16 | States. |
| 11:32:38 | 17 | MR. SCHOEN:  Mr. Hibey, I think that |
| 11:32:41 | 18 | assertion shows tremendous chutzpah.  You have provided |
| 11:32:44 | 19 | the documents to us in Arabic when they were provided. |
| 11:32:48 | 20 | Mr. McAleer suggested, in his e-mail, that those |
| 11:32:52 | 21 | documents be shown to this witness.  And that's what |
| 11:32:55 | 22 | I'm doing. |
| 11:32:57 | 23 | MR. HIBEY:  I'm not -- I'm having trouble |
| 11:32:58 | 24 | with you showing the document to the witness.  I'm |
| 11:33:00 | 25 | having trouble with you using the document in its -- |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:33:02 | 1 | in a deposition where I have to sit here and not know |
| 11:33:05 | 2 | what the Arabic is or what the English is of the Arabic. |
| 11:33:09 | 3 | MR. SCHOEN:  Just as I don't know. |
| 11:33:11 | 4 | MR. HIBEY:  Well, this ought to be a very |
| 11:33:13 | 5 | interesting excursion by both of us.  Let's see. |
| 11:33:16 | 6 | You have my objection. |
| 11:33:20 | 7 | MR. SCHOEN:  I know you weren't here |
| 11:33:22 | 8 | yesterday.  I said yesterday on the record that I |
| 11:33:24 | 9 | have a continuing objection to even having to examine |
| 11:33:27 | 10 | these witnesses with these documents like this.  And |
| 11:33:30 | 11 | that goes for all of the depositions after September |
| 11:33:34 | 12 | 10th. |
| 11:33:36 | 13 | MR. HIBEY:  Well, that's noted.  I believe |
| 11:33:36 | 14 | that that's noted yesterday. |
| 11:33:36 | 15 | Q.   BY MR. SCHOEN:  I'm going to show you, |
| 11:33:36 | 16 | mister -- |
| 11:33:43 | 17 | MR. HIBEY:  Excuse me, I hate -- I don't like |
| 11:33:44 | 18 | to interrupt.  I really don't. |
| 11:33:44 | 19 | Are we marking anything? |
| 11:33:45 | 20 | MR. SCHOEN:  Yes. |
| 11:33:46 | 21 | MR. HIBEY:  I say that so that I can -- so |
| 11:33:49 | 22 | that we know at least what -- |
| 11:33:52 | 23 | MR. SCHOEN:  Yes.  As I said before, |
| 11:33:54 | 24 | Mr. McAleer suggested I take Bates stamped documents |
| 11:33:59 | 25 | 51 through 54 and show them to Mr. Dahbour to learn |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:34:03 | 1 | more about the documents.  That's what I'm doing now. |
| 11:34:05 | 2 | And we'll mark those as Exhibit A to |
| 11:34:08 | 3 | Mr. Dahbour's deposition.  And those are defense |
| 11:34:11 | 4 | Bates stamp numbers 51, 52, 53, and 54. |
| 11:34:18 | 5 | MR. HIBEY:  Are all "A"? |
| 11:34:20 | 6 | MR. SCHOEN:  Yes, these are all "A."  I'm |
| 11:34:21 | 7 | marking it as one unit.  All four pages are Exhibit A. |
| 11:34:52 | 8 | MR. HIBEY:  Just give me a moment to keep |
| 11:34:52 | 9 | track. |
| 11:34:52 | 10 | (I. Dahbour Exhibit A marked.) |
| 11:34:58 | 11 | MR. HIBEY:  Now -- |
| 11:34:58 | 12 | THE COURT REPORTER:  One moment, Counsel. |
| 11:34:58 | 13 | MR. HIBEY:  May I ask you one other question? |
| 11:34:58 | 14 | Do you intend to mark by the letter? |
| 11:34:58 | 15 | This is housekeeping.  This -- if you want |
| 11:34:58 | 16 | to take your hands off, you can do it.  This if off |
| 11:34:58 | 17 | the record. |
| 11:34:58 | 18 | MR. SCHOEN:  It goes by letter. |
| 11:35:03 | 19 | MR. HIBEY:  By letter?  Okay.  I didn't know. |
| 11:35:03 | 20 | This is the first one I've been in with you where you |
| 11:35:03 | 21 | actually -- |
| 11:35:03 | 22 | MR. SCHOEN:  Do you prefer number?  I'll use |
| 11:35:03 | 23 | number. |
| 11:35:08 | 24 | MR. HIBEY:  No, no.  I -- |
| 11:35:08 | 25 | MR. SCHOEN:  Okay.  We'll use letters. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:35:08 | 1 | MR. HIBEY:  What's happening there? |
| 11:35:13 | 2 | MR. SCHOEN:  Now, the last question is -- it |
| 11:35:15 | 3 | shows the tape has a very short time on it. |
| 11:35:18 | 4 | MR. HIBEY:  Do you want to take the break now? |
| 11:35:19 | 5 | MR. SCHOEN:  Take the break now, put a new |
| 11:35:19 | 6 | tape in?  Should we just put a new tape in and not |
| 11:35:22 | 7 | break? |
| 11:35:25 | 8 | MR. HIBEY:  Well -- |
| 11:35:25 | 9 | MR. SCHOEN:  We'll break for five minutes. |
| 11:35:26 | 10 | MR. HIBEY:  I can -- we can do that.  I think |
| 11:35:26 | 11 | he's well enough to proceed, and Amy is anxious so she'd |
| 11:35:31 | 12 | like to go on. |
| 11:35:33 | 13 | MR. SCHOEN:  Okay.  I hear that people have to |
| 11:35:33 | 14 | go to the bathroom.  Five minutes and only five minutes, |
| 11:35:37 | 15 | and we'll come right back. |
| 11:35:40 | 16 | THE VIDEOGRAPHER:  Going off the record at |
| 11:35:42 | 17 | 11:36. |
| 11:40:23 | 18 | (Recess from 11:36 a.m. to 11:46 a.m.) |
| 11:45:44 | 19 | THE VIDEOGRAPHER:  On the record at 11:46. |
| 11:45:46 | 20 | Q.   BY MR. SCHOEN:  Mr. Dahbour, I want to show |
| 11:45:53 | 21 | you what was marked as Exhibit A, already described as |
| 11:46:00 | 22 | a four-page document, Bates stamped.  And by that, I |
| 11:46:06 | 23 | mean this number down here.  (Indicating.)  It's just |
| 11:46:10 | 24 | a number that the defense put on the paper so they can |
| 11:46:18 | 25 | keep track of documents that they can turn over.  They |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:46:21 | 1 | give them each a number called a Bates stamp.  So this |
| 11:46:25 | 2 | is 51 through 54, Exhibit A. |
| 11:46:30 | 3 | I'd ask you to look at that document, all four |
| 11:46:35 | 4 | pages, and tell me if you recognize that document. |
| 11:46:51 | 5 | A.  (Examining.)  Yes, I know it. |
| 11:46:53 | 6 | Q.  What is that document?  Or if the pages are -- |
| 11:46:59 | 7 | reflect different documents, tell me what each page is. |
| 11:47:10 | 8 | A.  This document? |
| 11:47:13 | 9 | Q.  Page 51. |
| 11:47:19 | 10 | A.  Yes.  This is a request for a security search |
| 11:47:27 | 11 | about Sadiq Hafez -- Abdel Hafez -- Sadiq Abdul Hafez. |
| 11:47:28 | 12 | This is a request from the Ramallah GIS, because |
| 11:47:41 | 13 | this person at the time was studying at the Qalandia |
| 11:47:44 | 14 | vocational school.  And as I told you, any student that |
| 11:47:54 | 15 | moves from district to district, we have to pursue the |
| 11:47:59 | 16 | matter. |
| 11:48:02 | 17 | So the GIS of Ramallah are requesting a |
| 11:48:06 | 18 | security search about his file. |
| 11:48:09 | 19 | Q.  Is there a date on that document? |
| 11:48:14 | 20 | A.  The 2nd of July, 2001. |
| 11:48:18 | 21 | Q.  Okay.  And what does that date mean?  Is that |
| 11:48:21 | 22 | when the request would have come to -- |
| 11:48:27 | 23 | A.  This is the date of the request itself -- |
| 11:48:30 | 24 | Q.  Have you seen -- |
| 11:48:30 | 25 | A.  -- the way it has been sent by them. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:48:33 | 1 | Q.   Have you seen that document before? |
| 11:48:36 | 2 | A.   Of course. |
| 11:48:39 | 3 | Q.   Have you -- |
| 11:48:40 | 4 | A.   I have it in the file. |
| 11:48:41 | 5 | Q.   Okay.  So these documents, the four pages in |
| 11:48:44 | 6 | front of you, all came from Hafez's file? |
| 11:48:54 | 7 | A.   Sadiq. |
| 11:48:56 | 8 | Q.   And that's the file you reviewed? |
| 11:49:01 | 9 | A.   Yes. |
| 11:49:05 | 10 | Q.   And you removed those documents from the file? |
| 11:49:08 | 11 | A.   Yes. |
| 11:49:09 | 12 | Q.   Made copies? |
| 11:49:12 | 13 | A.   Yes. |
| 11:49:14 | 14 | Q.   And provided them to the defense? |
| 11:49:17 | 15 | A.   Yes. |
| 11:49:17 | 16 | Q.   Did you provide the defense with everything |
| 11:49:21 | 17 | that was in Mr. Hafez's file? |
| 11:49:25 | 18 | A.   Yes. |
| 11:49:25 | 19 | Q.   You don't remember, though, how many documents |
| 11:49:31 | 20 | that was? |
| 11:49:32 | 21 | A.   I don't. |
| 11:49:33 | 22 | Q.   Okay.  Next sheet, 52. |
| 11:49:47 | 23 | A.   Let's tackle 52 and 53 together.  Combine |
| 11:49:50 | 24 | them. |
| 11:49:51 | 25 | Q.   Good. |

| | | |
|---|---|---|
| 11:49:55 | 1 | A.   As the work of GIS, this letter was dispatched |
| 11:49:59 | 2 | from Ramallah.  It entered into the section of the |
| 11:50:05 | 3 | operations.  The operations requested a security |
| 11:50:11 | 4 | search from the field.  And so we had these two |
| 11:50:18 | 5 | search warrants.  From the field, these reports came. |
| 11:50:24 | 6 | After we received these from the field, the |
| 11:50:27 | 7 | head of the operations came.  He summarized these two |
| 11:50:33 | 8 | documents and responded to the Ramallah GIS with this |
| 11:50:37 | 9 | letter. |
| 11:50:38 | 10 | Q.   What number is this, his -- |
| 11:50:40 | 11 | A.   54. |
| 11:50:54 | 12 | Q.   Number 54 is the supervisor's summary. |
| 11:51:01 | 13 | Let me stop you one second, if I might. |
| 11:51:06 | 14 | Pages 52, 53, and 54, are they in printing |
| 11:51:14 | 15 | or handwriting? |
| 11:51:18 | 16 | A.   I said it clearly.  This came from the field |
| 11:51:23 | 17 | by handwriting. |
| 11:51:25 | 18 | Q.   That's 52? |
| 11:51:27 | 19 | A.   52 and 53 is coming from the field.  It's in |
| 11:51:31 | 20 | handwriting. |
| 11:51:33 | 21 | Q.   And would the handwritten documents, in the |
| 11:51:36 | 22 | normal course of things, be typewritten at some point? |
| 11:51:40 | 23 | Or would the supervisor review them in handwriting? |
| 11:51:48 | 24 | A.   He reads it with handwriting. |
| 11:52:15 | 25 | Q.   Are these all of the documents that you gave |

| | | |
|---|---|---|
| 11:52:18 | 1 | the defense from Sadiq Hafez's file, these four pieces |
| 11:52:27 | 2 | of paper? |
| 11:52:32 | 3 | A.   No.   There is more than four. |
| 11:52:34 | 4 | Q.   Okay.   Do you remember how many pages you gave |
| 11:52:37 | 5 | the defense? |
| 11:52:39 | 6 | A.   I don't remember exactly, but it's more than |
| 11:52:40 | 7 | four. |
| 11:52:41 | 8 | Q.   More than ten? |
| 11:52:43 | 9 | A.   I don't know. |
| 11:52:44 | 10 | Q.   But, in any event, you gave the defense all |
| 11:52:47 | 11 | of the documents that were in his file? |
| 11:52:52 | 12 | A.   Yes. |
| 11:52:53 | 13 | Q.   Okay.   I have some other documents to talk |
| 11:52:56 | 14 | to you about that were given to us.   I'll get to those |
| 11:53:03 | 15 | afterwards. |
| 11:53:07 | 16 | Okay.   So can you read to us what's on the -- |
| 11:53:10 | 17 | what the report provides, the handwritten notes? |
| 11:53:14 | 18 | You told us what the first document is. |
| 11:53:24 | 19 | A.   It's printed here in the -- it is printed. |
| 11:53:26 | 20 | Q.   Right.   Can you tell us what it says? |
| 11:53:34 | 21 | A.   This document? |
| 11:53:36 | 22 | Q.   Yes.   51 you already told us about.   So take |
| 11:53:42 | 23 | 52, tell us what that says. |
| 11:53:50 | 24 | A.   This is in handwriting, of course.   Security |
| 11:53:57 | 25 | search concerning Sadiq.   He has his full name and |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:54:05 | 1 | four items:  His social status, he is a celibate, |
| 11:54:10 | 2 | not married; his education and level, he is a student |
| 11:54:19 | 3 | in Qalandia Vocational School; currently living in |
| 11:54:24 | 4 | Kalkilya, Hayeshimadi, at the time. |
| 11:54:30 | 5 | Q.   Is there a date on that document? |
| 11:54:37 | 6 | A.   9 July, 2001. |
| 11:54:40 | 7 | Q.   And would that reflect the date the report |
| 11:54:43 | 8 | was made, the handwriting was made on the paper? |
| 11:54:47 | 9 | A.   Yes. |
| 11:54:48 | 10 | Q.   Please continue. |
| 11:54:54 | 11 | A.   Political affinity:  Nonexistent. |
| 11:55:04 | 12 | It is mentioned he finished the third |
| 11:55:07 | 13 | preparatory class in Kalkilya and he headed to the |
| 11:55:10 | 14 | Qalandia Vocational School to study body -- car |
| 11:55:20 | 15 | bodywork and painting cars.  He works for -- in a |
| 11:55:30 | 16 | garage, in a car garage, Jaljoulieh Street. |
| 11:55:37 | 17 | There are no ethical violations or records |
| 11:55:46 | 18 | on him, misbehavior or misdemeanor.  And he works -- |
| 11:55:55 | 19 | his father works in Israel proper, and they have a |
| 11:56:02 | 20 | restaurant on the lower floor of the house. |
| 11:56:07 | 21 | A week before the date when the report has |
| 11:56:11 | 22 | been prepared, a problem happened with Sadiq at the |
| 11:56:20 | 23 | institute.  And this was one day before he was supposed |
| 11:56:26 | 24 | to graduate from the institute.  He left the institute |
| 11:56:32 | 25 | and went home.  His father protested on this.  He |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | |
|---|---|
| 11:56:40 | 1 |
| 11:56:50 | 2 |
| 11:56:57 | 3 |
| 11:57:02 | 4 |
| 11:57:13 | 5 |
| 11:57:25 | 6 |
| 11:57:34 | 7 |
| 11:57:42 | 8 |
| 11:57:52 | 9 |
| 11:57:55 | 10 |
| 11:58:02 | 11 |
| 11:58:08 | 12 |
| 11:58:14 | 13 |
| 11:58:20 | 14 |
| 11:58:22 | 15 |
| 11:58:26 | 16 |
| 11:58:26 | 17 |
| 11:58:31 | 18 |
| 11:58:36 | 19 |
| 11:58:39 | 20 |
| 11:58:42 | 21 |
| 11:58:51 | 22 |
| 11:58:57 | 23 |
| 11:59:03 | 24 |
| 11:59:04 | 25 |

brought him back in order to pick up his certificate.

This is what is the gist of 52.

Q.   And 53?

A.   Also the full name, his nickname is Sadiq
Zaid.  He's back -- Sadiq Zaid -- and living in
Kalkilya.  Place of birth, celibate, he is a student,
and he studies at the Qalandia Vocational School.
He worked also in a car garage on Jaljoulieh Street.
His father was a worker within Israel, and he has
a restaurant on the lower floor of the house.

The same thing:  It reiterates that he had
trouble in Qalandia, a problem happened in Qalandia.
What is printed here, it is a summary of what is in
handwriting.

Q.   Which page now?  54?

A.   54.

Q.   That's a summary by the supervisor?

A.   They type this and dispatch it to Ramallah.

Q.   If you would just take a quick look at that
and see if that -- if there's anything in there that
didn't appear in 52 or 53.

A.   This has no relation.  The people who typed
it, they typed it from the handwriting.  They typed it
from the available handwritten material.

Q.   54 looks to you like a fair summary -- an

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:59:08 | 1 | accurate summary of what's in the other documents, 52 |
| 11:59:11 | 2 | and 53? |
| 11:59:16 | 3 | A.    52 and 53. |
| 11:59:18 | 4 | Q.    Okay. |
| 11:59:18 | 5 | A.    This is the usual modus operandi of the GIS, |
| 11:59:29 | 6 | that they take the handwritten material from the field |
| 11:59:35 | 7 | through an official typed letter. |
| 11:59:40 | 8 | Q.    So the regular course of business that the |
| 11:59:45 | 9 | GIS follows with respect to its filing procedures was |
| 11:59:50 | 10 | followed in this case, as far as you can tell? |
| 12:00:00 | 11 | A.    Yes. |
| 12:00:04 | 12 | Q.    Let me show you, then -- I represent to you |
| 12:00:07 | 13 | that the other documents that Mr. McAleer suggested |
| 12:00:11 | 14 | showing to this witness are Bates stamped 63 through 67. |
| 12:00:17 | 15 | MR. HIBEY:  That will be your Exhibit B? |
| 12:00:20 | 16 | MR. SCHOEN:  Exhibit B. |
| 12:00:49 | 17 | Mr. Hibey, what I'm going to do is:  Your |
| 12:00:54 | 18 | office, I believe through Mr. O'Toole, was kind enough, |
| 12:00:57 | 19 | at our request yesterday, to bring in a packet of what |
| 12:00:59 | 20 | Mr. O'Toole said were the -- correct me if I'm wrong -- |
| 12:01:04 | 21 | the originals of the documents that the defense received |
| 12:01:06 | 22 | so that -- because they may be a bit more legible.  That |
| 12:01:14 | 23 | was our -- the reason for our request anyway.  And I |
| 12:01:16 | 24 | think, in fact, they are a bit more legible. |
| 12:01:19 | 25 | MR. HIBEY:  Okay. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:01:20 | 1 | MR. SCHOEN:  I'd -- I'd like to show |
| 12:01:21 | 2 | the defendant the original because I think he has |
| 12:01:22 | 3 | a better -- let me show him -- show him the copies |
| 12:01:26 | 4 | first because they are Bates stamped. |
| 12:01:29 | 5 | MR. HIBEY:  If you need to show the originals, |
| 12:01:31 | 6 | then show him the originals. |
| 12:01:33 | 7 | MR. SCHOEN:  The problem is they're not Bates |
| 12:01:36 | 8 | stamped.  Let me show him the Bates stamped ones, see |
| 12:01:42 | 9 | if -- I'm going to mark as Exhibit B the Bates stamped |
| 12:01:46 | 10 | documents 63 through 67 provided by the defense.  Those |
| 12:01:53 | 11 | are their Bates stamp numbers.  I'm going to call all |
| 12:01:59 | 12 | of those pages together Exhibit B to this deposition. |
| 12:02:24 | 13 | (I. Dahbour Exhibit B marked.) |
| 12:02:27 | 14 | Q.   BY MR. SCHOEN:  Mr. Dahbour, I'm going to show |
| 12:02:30 | 15 | you this document and ask if you can identify it.  And |
| 12:02:34 | 16 | I'm going to ask you to read through it.  But this is |
| 12:02:42 | 17 | a copy, as I understand it, of what you provided.  And |
| 12:02:47 | 18 | I have here, courtesy of the defense, the original |
| 12:02:54 | 19 | documents as I understand they received them from you. |
| 12:03:01 | 20 | So if you have trouble reading it, let me |
| 12:03:04 | 21 | know, and we'll work out a system for you to read the |
| 12:03:09 | 22 | original, if necessary. |
| 12:03:32 | 23 | A.   (Examining.)  There is nothing which is |
| 12:03:34 | 24 | clear here.  It's not legible.  I am sure that I have |
| 12:03:44 | 25 | brought these documents, but they are not legible. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:03:49 | 1 | It's difficult with -- |
| 12:03:51 | 2 | Q.   Okay.  I'm going to show you what we |
| 12:03:54 | 3 | understand to be the originals.  And just to make |
| 12:03:58 | 4 | sure they're the exact same documents, I'll ask |
| 12:04:01 | 5 | defense counsel, maybe George, their translator, to |
| 12:04:05 | 6 | look at them. |
| 12:04:06 | 7 | I don't know what the text says.  So if you |
| 12:04:06 | 8 | could tell if it appears to be the same page that -- |
| 12:04:11 | 9 | MR. HIBEY:  Indulge me for a moment. |
| 12:04:17 | 10 | MR. SCHOEN:  Sure. |
| 12:04:18 | 11 | MR. HIBEY:  We'll accept your representation |
| 12:04:20 | 12 | that these are the same documents. |
| 12:04:22 | 13 | MR. SCHOEN:  Yeah.  Well, I hope I can |
| 12:04:26 | 14 | recognize them as the same pages.  I'm just looking |
| 12:04:27 | 15 | at the text and see if the text looks the same. |
| 12:04:28 | 16 | MR. HIBEY:  Let's go off the record, because |
| 12:04:31 | 17 | we're burdening the record. |
| 12:04:33 | 18 | THE VIDEOGRAPHER:  Going off the record at |
| 12:04:34 | 19 | 12:05. |
| 12:05:12 | 20 | (Brief discussion held off the record.) |
| 12:05:14 | 21 | THE VIDEOGRAPHER:  Back on the record at |
| 12:05:16 | 22 | 12:06. |
| 12:05:19 | 23 | Q.   BY MR. SCHOEN:  Mr. Dahbour, I'm going to show |
| 12:05:22 | 24 | you the pages from the original that we believe match |
| 12:05:24 | 25 | up to these pages.  And I'll ask you to look at them |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:05:26 | 1 | and see if it's the same page. |
| 12:05:32 | 2 | This page I'm handing you now -- I guess I'm |
| 12:05:36 | 3 | going to have to mark them? |
| 12:05:38 | 4 | MR. HIBEY:  No.  Here's what we'll do.  Why |
| 12:05:40 | 5 | don't you, for purposes of the deposition, put those |
| 12:05:44 | 6 | together -- |
| 12:05:44 | 7 | MR. SCHOEN:  Okay.  Okay. |
| 12:05:44 | 8 | MR. HIBEY:  -- as identical pages.  Then |
| 12:05:47 | 9 | when this deposition's over, we'll make sure the record |
| 12:05:52 | 10 | reflects where we are. |
| 12:05:54 | 11 | MR. SCHOEN:  Fine. |
| 12:05:56 | 12 | Q.   BY MR. SCHOEN:  So I'm going to hand you a |
| 12:05:58 | 13 | page now. |
| 12:05:59 | 14 | Does this look to you the same as 63? |
| 12:06:04 | 15 | A.   Yes. |
| 12:06:06 | 16 | Q.   Okay.  So take this and hold it. |
| 12:06:06 | 17 | Now, does this look like number 64? |
| 12:06:11 | 18 | A.   Yes. |
| 12:06:16 | 19 | Q.   Does this look like number 65? |
| 12:06:19 | 20 | A.   Yes.  Correct. |
| 12:06:25 | 21 | Q.   Does this look like 66? |
| 12:06:30 | 22 | A.   Yes. |
| 12:06:36 | 23 | Q.   Does this look like 67? |
| 12:06:41 | 24 | A.   Yes. |
| 12:06:43 | 25 | Q.   Okay.  So now you have an original -- what |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:06:50 | 1 | I am calling an original -- I guess that's still a |
| 12:06:54 | 2 | copy -- but the document provided today by the defense, |
| 12:06:57 | 3 | which we're calling an original, and a copy with a Bates |
| 12:07:01 | 4 | stamp number. |
| 12:07:04 | 5 | Look at both copies of that and see if you can |
| 12:07:07 | 6 | read one better than the other and, if you can, tell me |
| 12:07:13 | 7 | what the document says. |
| 12:07:37 | 8 | A.   This is a charge sheet to Jamal Amin where |
| 12:07:52 | 9 | he confessed against Shaher Rai.  This is the first |
| 12:08:00 | 10 | confession, of course. |
| 12:08:02 | 11 | Q.   Now we're talking about document 62? |
| 12:08:06 | 12 | MR. HIBEY:  63. |
| 12:08:07 | 13 | Q.   BY MR. SCHOEN:  63.  63? |
| 12:08:17 | 14 | A.   Either printing or what is written here?  63. |
| 12:08:32 | 15 | OFFICIAL INTERPRETER RABINOVITCH:  No, he |
| 12:08:32 | 16 | looked at the -- |
| 12:08:32 | 17 | MR. HIBEY:  He's confused by the exhibit |
| 12:08:41 | 18 | stamp, tab. |
| 12:08:43 | 19 | But that's 63, Counsel? |
| 12:08:45 | 20 | MR. SCHOEN:  63, correct. |
| 12:08:47 | 21 | Q.   BY MR. SCHOEN:  The document you just |
| 12:08:50 | 22 | described was 63; correct? |
| 12:08:53 | 23 | A.   The confession of Jamal Amin. |
| 12:08:57 | 24 | Q.   Yes.  Do you know where that document came |
| 12:08:59 | 25 | from? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:09:03  1      A.   This is from the IDF.  It's an official charge

12:09:09  2    sheet from the court, from the IDF.

12:09:14  3      Q.   But is this a document you provided to the

12:09:16  4    defense?

12:09:20  5      A.   Yes.

12:09:20  6      Q.   And where did you get that document from in

12:09:22  7    order to give it to the defense?

12:09:31  8      A.   From the file.

12:09:33  9      Q.   Whose file?

12:09:34  10     A.   The file of Shaher Rai.

12:09:40  11     Q.   So you took that from the file of Shaher

12:09:42  12   Al-Rai and provided it to the defense?

12:09:46  13     A.   Yes.

12:09:47  14     Q.   How did you decide to choose that document

12:09:49  15   from Shaher Al-Rai's file?

12:09:54  16     A.   Because I know all the dossiers, Shaher and

12:09:57  17   Maher and others.

12:10:00  18     Q.   Right.  But he had a big file, Shaher Al-Rai;

12:10:02  19   right?

12:10:06  20     A.   Right.

12:10:07  21     Q.   So why did you pick this particular document,

12:10:10  22   number 50 -- 63?

12:10:21  23     A.   This is -- in Kalkilya, they had made

12:10:25  24   an uproar.  They accused that the Authority is not

12:10:32  25   following justice.  Because the main accused, which

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:10:39 | 1 | is Jamal, who was incarcerated by the Israelis, and |
| 12:10:47 | 2 | he is the one who confessed against Shaher, Jamal |
| 12:10:54 | 3 | went home, was released after 40 days, and Shaher |
| 12:10:58 | 4 | stayed seven years imprisoned by the PA.  This is |
| 12:11:07 | 5 | why it's a very well-known case to the public. |
| 12:11:12 | 6 | Q.   I think my question wasn't understood. |
| 12:11:16 | 7 | My question is:  Why did you, Mr. Dahbour, |
| 12:11:22 | 8 | take that particular document and give it -- select it |
| 12:11:27 | 9 | off from the rest of the documents in the Shaher Al-Rai |
| 12:11:30 | 10 | file and give that one to the defense? |
| 12:11:41 | 11 | A.   Because this is directly related to the case |
| 12:11:46 | 12 | that we are talking about. |
| 12:11:48 | 13 | Q.   So you went through Shaher Al-Rai's file -- |
| 12:11:58 | 14 | (Comment in Arabic by the witness.) |
| 12:12:01 | 15 | MR. SCHOEN:  Answer?  He said "yes." |
| 12:12:02 | 16 | (Pending question re-translated.) |
| 12:12:03 | 17 | THE WITNESS:  Yes. |
| 12:12:06 | 18 | Q.   BY MR. SCHOEN:  And you decided what |
| 12:12:08 | 19 | documents, if any, were relevant to these proceedings? |
| 12:12:20 | 20 | A.   Why I took this out from the file of Shaher |
| 12:12:23 | 21 | Rai? |
| 12:12:23 | 22 | Q.   Which is this now, 62, 63, or 64? |
| 12:12:30 | 23 | A.   All these documents. |
| 12:12:33 | 24 | Q.   Okay. |
| 12:12:34 | 25 | A.   Because, in the work of the GIS, in the file |

| | | |
|---|---|---|
| 12:12:42 | 1 | of Sadiq Hafez and Ra'ed Nazzal, there are notes that |
| 12:12:50 | 2 | are -- that there is a charge sheet that concerns this |
| 12:12:56 | 3 | particular case.  And it is written in which dossier |
| 12:13:04 | 4 | it is existing. |
| 12:13:05 | 5 | Q.   Which particular case is he referring to? |
| 12:13:13 | 6 | A.   That I'm talking about? |
| 12:13:16 | 7 | Q.   Yes. |
| 12:13:17 | 8 | A.   The case of Sadiq and Ra'ed Nazzal. |
| 12:13:22 | 9 | Q.   So in the records of the GIS, there is a file |
| 12:13:29 | 10 | that relates to the case of Sadiq Hafez and Shaher -- |
| 12:13:36 | 11 | and Ra'ed Nazzal? |
| 12:13:43 | 12 | A.   Of course, there is a file. |
| 12:13:45 | 13 | Q.   And when you say "the case," you mean the |
| 12:13:47 | 14 | suicide bombing in Karnei Shomron? |
| 12:13:54 | 15 | A.   Yes. |
| 12:13:55 | 16 | Q.   In February 2002? |
| 12:13:58 | 17 | A.   Yes. |
| 12:14:00 | 18 | Q.   So I asked you earlier if files were |
| 12:14:07 | 19 | maintained only by the person's name or a number for |
| 12:14:11 | 20 | that person. |
| 12:14:14 | 21 | But is there also a file on this Karnei |
| 12:14:21 | 22 | Shomron suicide bombing itself? |
| 12:14:34 | 23 | A.   No, no.  The information, it is written in |
| 12:14:38 | 24 | the dossiers of specific individuals.  This is why |
| 12:14:43 | 25 | there is a serial number that -- where the information |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:14:47   1   is in each dossier.

12:14:50   2        Q.   So what you did was:  You knew that Sadiq

12:14:53   3   Hafez was involved in that suicide bombing, he was

12:15:04   4   the bomber; right?

12:15:12   5        A.   He didn't blow himself up.  He threw a bomb,

12:15:16   6   and he used weapons.  He did not make a suicidal

12:15:21   7   operation.

12:15:25   8        Q.   Where did you get that information from?

12:15:29   9        A.   It is in the dossier.

12:15:33  10        Q.   You don't believe that Sadiq Hafez was a

12:15:38  11   suicide bomber?

12:15:45  12        A.   I know that he participated in this operation.

12:15:49  13   I don't know exactly in which form the operation was

12:15:53  14   conducted.  The information I have is that he threw a

12:16:00  15   bomb and he used arms.

12:16:03  16        Q.   Is it possible that he threw a grenade first

12:16:13  17   and then blew himself up in a suicide bombing?

12:16:21  18        A.   I don't know.

12:16:27  19        Q.   Okay.  So you knew that, in some way, Sadiq

12:16:30  20   Hafez was involved in this suicide bombing in Karnei

12:16:36  21   Shomron?

12:16:37  22        A.   Before the operation?

12:16:39  23        Q.   No.  When you're looking now for documents

12:16:42  24   that are relevant to these proceedings.

12:16:45  25        A.   Yes.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:16:46  1      Q.   You looked in Hafez -- Sadiq Hafez's file
12:16:50  2  because you knew he was involved?
12:16:58  3      A.   Yes.
12:16:59  4      Q.   And you looked in Ra'ed Nazzal's file because
12:17:02  5  you knew he was involved in the bombing?
12:17:10  6      A.   Correct.
12:17:11  7      Q.   Are you aware that Ra'ed Nazzal provided the
12:17:15  8  bomb to Sadiq Hafez?
12:17:17  9           MR. HIBEY:  That assumes a fact not in
12:17:21  10  evidence.  Object.  Object to the form of the question.
12:17:24  11  No foundation.
12:17:26  12      Q.   BY MR. SCHOEN:  The -- I know you're not
12:17:30  13  familiar with the rules of these proceedings.
12:17:38  14           When I ask you a question, usually, even
12:17:45  15  if the lawyer objects, you -- you still answer the
12:17:49  16  question, unless the lawyer directs you not to answer
12:17:58  17  the question.
12:18:04  18           Now, in this instance, I don't believe the
12:18:07  19  lawyer was directing you not to answer the question.
12:18:09  20  But Mr. Hibey will correct me if I'm wrong.
12:18:22  21           I would like you to answer the question.
12:18:28  22      A.   How did he blow himself up?
12:18:32  23      Q.   No.  You knew that -- you know now that Ra'ed
12:18:35  24  Nazzal was involved in a bombing incident in Karnei
12:18:41  25  Shomron; correct?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:18:50 | 1 | A.   The Israelis murdered him in April 2002. |
| 12:18:56 | 2 | And they announced that the reason for murdering him |
| 12:19:00 | 3 | is -- and Sadiq -- and this is not secret, that Sadiq |
| 12:19:09 | 4 | was helping in the operation, was involved.  He was |
| 12:19:15 | 5 | murdered two months after the operation was conducted. |
| 12:19:20 | 6 | Q.   So you understand that Ra'ed Nazzal was |
| 12:19:24 | 7 | involved with Sadiq Hafez in the bombing in Karnei |
| 12:19:29 | 8 | Shomron; correct? |
| 12:19:30 | 9 | MR. HIBEY:  I -- let me object to that |
| 12:19:32 | 10 | question, too.  That's not what the witness said. |
| 12:19:35 | 11 | MR. SCHOEN:  I am asking the witness whether |
| 12:19:37 | 12 | that is his testimony. |
| 12:19:41 | 13 | MR. HIBEY:  Well, you used the word "so." |
| 12:19:57 | 14 | Q.   BY MR. SCHOEN:  You understand that Ra'ed -- |
| 12:19:59 | 15 | oh. |
| 12:20:01 | 16 | You understand that Ra'ed Nazzal was involved |
| 12:20:03 | 17 | with Sadiq Hafez in the attack in Karnei Shomron that |
| 12:20:09 | 18 | we're talking about? |
| 12:20:11 | 19 | A.   I know from the media. |
| 12:20:13 | 20 | Q.   Okay.  From whatever source, you're aware |
| 12:20:15 | 21 | of that? |
| 12:20:19 | 22 | MR. HIBEY:  Object to the use of the word |
| 12:20:20 | 23 | "aware," in light of what he had said. |
| 12:20:24 | 24 | MR. SCHOEN:  "Aware"?  Did you say -- I'm |
| 12:20:24 | 25 | sorry.  Did you say -- |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:20:28 | 1 | MR. HIBEY:  No, perhaps I was thinking |
| 12:20:30 | 2 | that the proper word is "aware" as opposed to "you |
| 12:20:37 | 3 | understand that."  Basically, we're talking about |
| 12:20:40 | 4 | you're attributing hearsay information as a fact to |
| 12:20:44 | 5 | this witness. |
| 12:20:46 | 6 | MR. SCHOEN:  This witness -- I'm asking this |
| 12:20:48 | 7 | witness about the methodology he used to pull documents |
| 12:20:53 | 8 | from files. |
| 12:20:54 | 9 | The witness testified -- in my understanding, |
| 12:20:58 | 10 | the witness' testimony was that he selected those files |
| 12:21:01 | 11 | that he thought were relevant to the incident that's |
| 12:21:04 | 12 | the subject of this lawsuit. |
| 12:21:06 | 13 | MR. HIBEY:  Yes. |
| 12:21:10 | 14 | MR. SCHOEN:  So for purposes of these |
| 12:21:12 | 15 | questions, I don't care where the witness came to |
| 12:21:14 | 16 | that conclusion.  I'm just asking him whether he had |
| 12:21:18 | 17 | in mind that that person in this case, Ra'ed Nazzal, |
| 12:21:24 | 18 | was involved in the attack that's the subject of the |
| 12:21:28 | 19 | lawsuit. |
| 12:21:28 | 20 | MR. HIBEY:  Now, that's slightly different |
| 12:21:29 | 21 | than the question that you put to him.  Because the |
| 12:21:32 | 22 | question you put to him was a fact that was presumed |
| 12:21:36 | 23 | when, in fact, he had told you that he had learned of |
| 12:21:39 | 24 | or became -- had become aware of these two people being |
| 12:21:46 | 25 | involved in that operation by reason of the Israelis |

12:21:52  1    having said so.

12:21:55  2        Q.   BY MR. SCHOEN:  You selected Ra'ed Nazzal's

12:21:58  3    file to go through, to pull documents for this case;

12:22:02  4    correct?

12:22:09  5        A.   Shaher?

12:22:19  6             OFFICIAL INTERPRETER AGHAZARIAN:  Sadiq.

12:22:19  7    Sadiq Hafez.

12:22:19  8             MR. SCHOEN:  No, I didn't say that.

12:22:19  9             CHECK INTERPRETER HAZOU:  He didn't say that.

12:22:22  10   He said --

12:22:22  11            MR. SCHOEN:  I didn't say that.

12:22:23  12       Q.   BY MR. SCHOEN:  I said:  You selected Ra'ed

12:22:24  13   Nazzal's file to look through, to go through, for

12:22:30  14   documents that you believe might be relevant to this

12:22:35  15   case; correct?

12:22:42  16       A.   It's not that I think.  It is already there

12:22:45  17   in the dossier.  It's indicated within the file.

12:22:49  18       Q.   Okay.  The file indicates that Ra'ed Nazzal

12:22:51  19   is a person whose file would have information or

12:22:56  20   documents relevant to this case?

12:23:12  21       A.   Documents?

12:23:13  22       Q.   Documents or information would be in Ra'ed

12:23:14  23   Nazzal's file that are relevant to this case?

12:23:30  24       A.   There are reports, that's the Israeli

12:23:44  25   allegations, that it was done by Sadiq and Nazzal.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:23:50 | 1 | CHECK INTERPRETER HAZOU:  You said -- |
| 12:23:53 | 2 | (Exchange in Arabic among Official Interpreter |
| 12:23:53 | 3 | Aghazarian, Check Interpreter Hazou, and the |
| 12:23:59 | 4 | witness.) |
| 12:24:03 | 5 | THE WITNESS:  There are reports within the |
| 12:24:04 | 6 | file that indicate, according to the person writing it, |
| 12:24:14 | 7 | that the Israelis accuse Ra'ed and that he recruited |
| 12:24:26 | 8 | him -- recruited Sadiq. |
| 12:24:29 | 9 | CHECK INTERPRETER HAZOU:  This is what he |
| 12:24:30 | 10 | said. |
| 12:24:31 | 11 | Q.   BY MR. SCHOEN:  Why did you pick -- before |
| 12:24:34 | 12 | you looked at the file, Ra'ed Nazzal's file, why did |
| 12:24:38 | 13 | you pick Ra'ed Nazzal's file to look at for purposes |
| 12:24:43 | 14 | of this case? |
| 12:24:48 | 15 | A.   This is very clear.  According to what is |
| 12:24:54 | 16 | within the file of Sadiq, it is -- it is mentioned |
| 12:25:00 | 17 | that the Israelis accuse Ra'ed.  This is why that was |
| 12:25:05 | 18 | my choice of the file to see. |
| 12:25:08 | 19 | Q.   Okay.  So, first, you looked at Hafez's file? |
| 12:25:13 | 20 | OFFICIAL INTERPRETER AGHAZARIAN:  Sadiq. |
| 12:25:13 | 21 | MR. SCHOEN:  Sadiq. |
| 12:25:14 | 22 | Q.   BY MR. SCHOEN:  And you saw reference to Ra'ed |
| 12:25:16 | 23 | Nazzal.  And then you looked then at Ra'ed Nazzal's file |
| 12:25:23 | 24 | because of the reference? |
| 12:25:29 | 25 | A.   Right. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | |
|---|---|
| 12:25:31 | 1 |
| 12:25:38 | 2 |
| 12:25:43 | 3 |
| 12:25:50 | 4 |
| 12:25:55 | 5 |
| 12:26:01 | 6 |
| 12:26:07 | 7 |
| 12:26:13 | 8 |
| 12:26:18 | 9 |
| 12:26:21 | 10 |
| 12:26:24 | 11 |
| 12:26:27 | 12 |
| 12:26:29 | 13 |
| 12:26:32 | 14 |
| 12:26:40 | 15 |
| 12:26:51 | 16 |
| 12:26:54 | 17 |
| 12:26:58 | 18 |
| 12:27:05 | 19 |
| 12:27:18 | 20 |
| 12:27:28 | 21 |
| 12:27:30 | 22 |
| 12:27:35 | 23 |
| 12:27:38 | 24 |
| 12:27:41 | 25 |

Q.   If you know, did the GIS at any time investigate whether Ra'ed Nazzal was involved in the attack in Karnei Shomron?

A.   Let me clarify two matters from this issue.

First of all, this period in 2002, there was repeated incursions by the Israeli army.  Actually, the offices were not functioning at all in a proper form. And the -- the area was cut off into A, B, C, et cetera.

CHECK INTERPRETER HAZOU:  "And it was hard to get access to Israel."

OFFICIAL INTERPRETER AGHAZARIAN:  "It was very difficult to have access."

THE WITNESS:  We could not have access to the offices and our work places.  There was repeated incursions, and there was no way to function normally.

Between the -- when the operation was conducted and the murder of Ra'ed Nazzal, there was merely two months of time.  There wasn't time to conduct a proper investigation and follow-up.  And the main factor is that the offices were paralyzed.

Q.   BY MR. SCHOEN:  I'm asking you whether, at any time, the GIS investigated who was involved in the attack in Karnei Shomron?

From the time of the attack until today, has there ever been an investigation by the GIS about

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:27:50  1    any details regarding that attack, including who was

12:27:55  2    involved or who might have been involved?

12:28:04  3         A.   I personally -- I wasn't involved in it.  But

12:28:11  4    I know that there are coordinating committees between

12:28:15  5    the Israelis and Palestinians that pursue such matters.

12:28:21  6         Q.   In your review of Hafez's file, Ra'ed Nazzal's

12:28:27  7    file, do you see any indication as to whether the GIS

12:28:31  8    ever performed an investigation into the attack on

12:28:36  9    Karnei Shomron?

12:28:47  10        A.   This investigation happens at the higher

12:28:50  11   levels of committees, not at our level.

12:28:54  12        Q.   So if there were an investigation -- well,

12:28:57  13   do you know if there was any investigation of the

12:29:01  14   attack on Karnei Shomron by the GIS at any level?

12:29:08  15        A.    I don't know at -- at what level.  I do

12:29:16  16   not want to speculate.  According to my information --

12:29:22  17   I don't know.

12:29:23  18        Q.   And what are the higher levels that you're

12:29:26  19   referring to?

12:29:33  20        A.   There are coordinating committees,

12:29:36  21   Israeli/Palestinian, that specialize in such issues.

12:29:43  22   They have joint sessions and meetings.  You can find

12:29:48  23   the information about this at that level.

12:29:51  24        Q.   Where would that information be kept?  Where

12:29:54  25   would a file about that information be kept?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:29:58 | 1 | A.   I don't know. |
| 12:29:59 | 2 | Q.   When you say "coordination," you mean between |
| 12:30:02 | 3 | the Israeli authorities and the Palestinian authorities |
| 12:30:04 | 4 | at that higher level? |
| 12:30:13 | 5 | A.   Right. |
| 12:30:14 | 6 | Q.   Let's talk about the rest of the documents |
| 12:30:16 | 7 | you have in front of you.  We covered so far 63. |
| 12:30:26 | 8 | And what about 64? |
| 12:30:51 | 9 | A.   Here on 63 -- sorry -- 64, Jamal Al-Hindi, |
| 12:31:03 | 10 | that we referred to earlier, who confessed against |
| 12:31:08 | 11 | Shaher, and he withdrew his confession. |
| 12:31:16 | 12 | He said that:  I have been lying in the |
| 12:31:19 | 13 | confession that I have given. |
| 12:31:25 | 14 | Q.   What's the date on that? |
| 12:31:29 | 15 | A.   I don't know.  This is from an Israeli court. |
| 12:31:32 | 16 | It's not legible. |
| 12:31:33 | 17 | Q.   It appears to be from an Israeli court? |
| 12:31:37 | 18 | A.   Yes. |
| 12:31:40 | 19 | Q.   Now, this is a document also that you selected |
| 12:31:44 | 20 | from a file? |
| 12:31:45 | 21 | A.   Yes. |
| 12:31:46 | 22 | Q.   And whose file did this come from? |
| 12:31:48 | 23 | A.   Shaher's file. |
| 12:31:57 | 24 | Q.   What made you look at Shaher Al-Rai's file? |
| 12:32:02 | 25 | What made you select Shaher Al-Rai's file to look at? |

```
12:32:09   1        A.   I already clarified why I chose him.
12:32:13   2        Q.   Well, you told me -- correct me if I'm wrong.
12:32:16   3             But you told me that you looked first at Sadiq
12:32:21   4   Hafez's file and you saw a reference to Ra'ed Nazzal;
12:32:25   5   correct?
12:32:32   6        A.   Yes.
12:32:34   7        Q.   And that's why you looked at Ra'ed Nazzal's
12:32:36   8   file?
12:32:40   9        A.   Yes.  Right.
12:32:42  10        Q.   Why did you look at Shaher Al-Rai's file?
12:32:43  11   Same reason or a different reason?
12:32:43  12        A.   I clarified the reason before, earlier.  There
12:32:56  13   was a big uproar in the community on this topic.  They
12:33:05  14   say that the main person who confessed was released.
12:33:09  15        Q.   But you're -- you were looking for documents.
12:33:12  16   You were selecting files to find documents relevant to
12:33:20  17   this case, the bombing in Karnei Shomron case; right?
12:33:24  18        A.   Right.
12:33:31  19        Q.   And you picked Ra'ed Nazzal's file because,
12:33:32  20   in Sadiq Hafez's file, there was a reference to Ra'ed
12:33:32  21   Nazzal in connection with the Karnei Shomron --
12:33:32  22             (Court reporter clarification.)
12:33:40  23        Q.   BY MR. SCHOEN:  You looked in Sadiq Hafez's
12:33:42  24   file because you were looking for documents about the
12:33:46  25   Karnei Shomron attack?
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:33:47   1              (Comment in Arabic by the witness.)

12:33:47   2              MR. SCHOEN:  Albert?  He just answered.

12:33:53   3              OFFICIAL INTERPRETER AGHAZARIAN:  "Yes."

12:33:54   4      Q.   BY MR. SCHOEN:  And you then looked in Ra'ed

12:33:57   5   Nazzal's file because you believed there would be

12:34:03   6   something relevant in Nazzal's file about the Karnei

12:34:12   7   Shomron attack; right?

12:34:16   8      A.   Yes.

12:34:19   9      Q.   When you looked in -- in Hafez's file, Sadiq

12:34:22  10   Hafez's file, did you see a reference to Shaher Al-Rai

12:34:26  11   related to the attack in Karnei Shomron?

12:34:37  12      A.   No.

12:34:39  13      Q.   So you didn't look in Shaher Al-Rai's file

12:34:43  14   because you believed he was involved in the Karnei

12:34:46  15   Shomron attack; correct?

12:34:54  16              That wasn't the reason you looked in Shaher

12:34:56  17   Al-Rai's file?

12:35:07  18      A.   A reason for reading -- going into the

12:35:09  19   Shaher Rai file was the uproar that was raised in

12:35:15  20   the community.

12:35:16  21      Q.   Was that uproar -- does that uproar have

12:35:19  22   anything to do with the attack in Karnei Shomron?

12:35:31  23      A.   No.  But the -- the accusations leveled by

12:35:37  24   Jamal Hindi to Shaher Rai --

12:35:41  25      Q.   To or about?  About --
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 12:35:42 | 1 | A.   These are two different issues. |
| 12:35:47 | 2 | MR. SCHOEN:  No, you've mistranslated the |
| 12:35:51 | 3 | word, I think, or he's mis-said it.  He didn't mean |
| 12:35:55 | 4 | "to" Shaher Rai.  He meant "about" Shaher Al-Rai. |
| 12:35:58 | 5 | CHECK INTERPRETER HAZOU:  Yes, "about." |
| 12:35:59 | 6 | THE WITNESS:  About. |
| 12:36:00 | 7 | MR. SCHOEN:  And I'm sorry.  I don't mean |
| 12:36:02 | 8 | to say you mistranslated anything.  Just a slip of the |
| 12:36:06 | 9 | tongue.  Okay. |
| 12:36:07 | 10 | THE WITNESS:  The issue of Shaher Al-Rai is |
| 12:36:16 | 11 | something, and the issue of Sadiq is a different matter |
| 12:36:20 | 12 | altogether. |
| 12:36:23 | 13 | Sadiq's issue is Karnei Shomron.  Now the |
| 12:36:29 | 14 | Israelis accuse Ra'ed Nazzal of perpetrating or of |
| 12:36:37 | 15 | recruiting Sadiq. |
| 12:36:40 | 16 | The issue of Shaher, it's the issue related |
| 12:36:46 | 17 | to the Wadi Al-Qelt incident, the confession of Jamal |
| 12:36:53 | 18 | Hindi about Shaher in Wadi al-Qelt, on the way to |
| 12:37:04 | 19 | Jericho. |
| 12:37:05 | 20 | The GIS detained Shaher.  Shaher was |
| 12:37:15 | 21 | incarcerated by the GIC -- GIS.  And Jamal Hinde, |
| 12:37:21 | 22 | in the meanwhile, was detained by the Israelis.  Of |
| 12:37:30 | 23 | course, Jamal, that had confessed about Shaher, went |
| 12:37:38 | 24 | home.  After 40 days he was released.  And Shaher |
| 12:37:41 | 25 | stayed seven years in prison with the PA.  This is |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:37:49    1    why there was an uproar on this particular case.

12:37:54    2        Q.   BY MR. SCHOEN:   About this Shaher and Al-Hindi

12:37:56    3    business.

12:37:59    4        A.   Yes.

12:37:59    5        Q.   Okay.   Then I'll go back.

12:38:03    6             I asked you how you selected documents from

12:38:06    7    files to produce to the defense, how you selected whose

12:38:15    8    file to look in.   I thought you told me that you were

12:38:25    9    looking for documents relevant to the attack in Karnei

12:38:30   10    Shomron.

12:38:34   11        A.   Right.

12:38:36   12        Q.   These documents that you're referring to now

12:38:39   13    about Shaher and Al-Hindi have nothing to do with the

12:38:43   14    attack in Karnei Shomron; right?

12:38:50   15        A.   These documents I brought -- Shaher Al-Rai

12:38:59   16    is the one who rented the house of Muhammad Zaid.   He

12:39:10   17    signed on the contract to rent the headquarters of the

12:39:15   18    PFLP.   I said anything related to this matter, I will

12:39:21   19    probe into it.   And I was searching whether the PFLP

12:39:30   20    is directly involved in making this operation.

12:39:38   21             These are very normal kinds of information.

12:39:41   22    It has nothing to do with the operation itself.   And

12:39:47   23    this is public, I mean, open from the court.

12:39:50   24        Q.   But from this large Shaher Al-Rai file, you

12:39:57   25    selected only these documents as the --

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:40:03   1        A.   What was raising furor and uproar, which was

12:40:06   2   accusing the PA for being unfair and unjust.

12:40:20   3        Q.   Again, how is that relevant to the attack in

12:40:25   4   Karnei Shomron, in your mind?

12:40:30   5             The fact that there was an uproar over Shaher

12:40:34   6   Al-Rai being locked up in Jericho, you believe -- and

12:40:41   7   the Al-Hindi confession or false confession, how in your

12:40:50   8   mind is that relevant to the attack in Karnei Shomron?

12:41:02   9        A.   We have -- we have tried to seek if there is

12:41:05   10  a connection.  We found that there is no connection.

12:41:09   11       Q.   No connection between what?

12:41:17   12       A.   Between Wadi Al-Qelt and the Karnei Shomron.

12:41:23   13  There is no linkage between these two operations.

12:41:29   14       Q.   So you selected these documents because

12:41:31   15  there's no relevance to the attack in Karnei Shomron?

12:41:36   16       A.   We were trying to find a linkage.  We found

12:41:42   17  that there is no such thing.

12:41:44   18       Q.   Well, are there documents in Shaher Al-Rai's

12:41:46   19  file that show that he was a PFLP member at the time

12:41:53   20  of the attack?

12:41:56   21       A.   Yes, he was.

12:41:58   22       Q.   Did you select -- are there documents in the

12:42:01   23  file that show that?

12:42:08   24       A.   Reports rather than documents.

12:42:10   25       Q.   There are reports in Shaher Al-Rai's file that

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:42:14   1   show that at the time he was a PFLP member; right?

12:42:19   2   A.   Right.  Even more important, he was detained

12:42:26   3   by the Israelis from 2005 until 2010.  And the charge

12:42:34   4   sheet clearly indicates that he is a member of the PFLP.

12:42:43   5   Q.   And were there documents in Shaher Al-Rai's

12:42:48   6   file that show that Shaher Al-Rai, on behalf of the

12:42:58   7   PFLP, rented the -- signed the contract for the Zaid

12:43:06   8   house that was used as the PFLP office in Kalkilya?

12:43:21   9   A.   In Kalkilya?  There are reports.  I don't have

12:43:27   10   corroborated evidence.

12:43:28   11   Q.   Is there -- in the file of Shaher Al-Rai,

12:43:32   12   there are reports that Shaher Al-Rai was a member of

12:43:39   13   the PFLP; correct?

12:43:42   14   A.   Right.

12:43:43   15   Q.   Did you select any of those documents to give

12:43:46   16   to the defense lawyers?

12:43:55   17   A.   If it was requested from me and it would

12:44:00   18   have been on the charge sheet that the Israelis have

12:44:05   19   prepared, if it was requested from me.

12:44:08   20   Q.   I'm only asking you whether, when you went

12:44:11   21   through the file to look for documents for the defense

12:44:24   22   in connection with these proceedings, when you saw

12:44:32   23   documents or reports in Shaher Al-Rai's file indicating

12:44:40   24   to you that Shaher Al-Rai was a member of the PFLP,

12:44:50   25   did you select any of those documents to show to the

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:44:55 | 1 | defense? |
| 12:45:00 | 2 | A.   I did not attach importance on this issue. |
| 12:45:06 | 3 | Because the Israelis have detained Shaher after the |
| 12:45:14 | 4 | operation by three years.  They held him also on the |
| 12:45:19 | 5 | charges of being a member of the PFLP, and nothing |
| 12:45:26 | 6 | else was queried about.  The fact that he was already |
| 12:45:32 | 7 | detained with the Israelis and they are investigating |
| 12:45:37 | 8 | it, so it was outside my realm of interest. |
| 12:45:42 | 9 | Q.   Do you know where Shaher Al-Rai is today? |
| 12:45:47 | 10 | A.   In Kalkilya. |
| 12:45:47 | 11 | Q.   He lives in Kalkilya today? |
| 12:45:50 | 12 | A.   Yes. |
| 12:45:51 | 13 | Q.   He is a PFLP member; correct? |
| 12:46:00 | 14 | A.   He has been released by the Israelis, cleared. |
| 12:46:05 | 15 | Q.   No, I understand. |
| 12:46:05 | 16 | I'm just asking:  You know he is a PFLP |
| 12:46:09 | 17 | member? |
| 12:46:10 | 18 | A.   Yes. |
| 12:46:12 | 19 | Q.   And is there still the PFLP office in |
| 12:46:15 | 20 | Kalkilya? |
| 12:46:19 | 21 | A.   Yes.  They do have an office. |
| 12:46:21 | 22 | Q.   Okay. |
| 12:46:23 | 23 | A.   But it deals with social activities. |
| 12:46:27 | 24 | Q.   How do you know that? |
| 12:46:31 | 25 | A.   From the reports that I have in my files. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 12:46:35 | 1 | Q.   Have you visit -- |
|---|---|---|

12:46:35  1      Q.   Have you visit --

12:46:36  2           THE VIDEOGRAPHER:  I need to change the tape.

12:46:38  3           MR. SCHOEN:  Do I have a minute or not?

12:46:36  4           THE VIDEOGRAPHER:  Thirty seconds.

12:46:42  5      Q.   BY MR. SCHOEN:  Are you aware that weapons

12:46:45  6 have been found in the PFLP office in Kalkilya at some

12:46:51  7 time?

12:46:53  8           MR. HIBEY:  I'll object to that question.

12:46:54  9 Form.  Totally vague.  Totally vague.  Totally without

12:46:56 10 foundation on this record.

12:46:56 11      Q.   BY MR. SCHOEN:  Can I get an answer, please?

12:46:59 12      A.   Repeat the question, please.

12:47:03 13      Q.   Are you aware that weapons have been found

12:47:06 14 in the Kalkilya office of the PFLP?

12:47:10 15           MR. HIBEY:  Same objection.

12:47:16 16           THE WITNESS:  From behalf of whom?

12:47:18 17      Q.   BY MR. SCHOEN:  Weapons.  On behalf of anyone,

12:47:21 18 weapons have been found in that office?

12:47:24 19      A.   I am surprised from such a question.

12:47:32 20           THE VIDEOGRAPHER:  We have to go off the

12:47:34 21 record now.

12:47:35 22           THE WITNESS:  Because the office was searched

12:47:36 23 by the Israelis at least ten times.

12:47:42 24           THE VIDEOGRAPHER:  Going off --

12:47:43 25           THE WITNESS:  At least.

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:47:45 | 1 | THE VIDEOGRAPHER:  Going off the record at |
| 12:47:46 | 2 | 12:48. |
| 12:47:48 | 3 | (Recess from 12:48 p.m. to 12:59 p.m.) |
| 12:59:08 | 4 | THE VIDEOGRAPHER:   Back on the record at |
| 12:59:11 | 5 | 12:59. |
| 12:59:16 | 6 | Q.   BY MR. SCHOEN:  Mr. Dahbour, when we finished |
| 12:59:20 | 7 | the last session, I asked whether you were aware that |
| 12:59:25 | 8 | weapons had been kept in the PFLP house in Kalkilya. |
| 12:59:28 | 9 | And your answer, as I understand it, was that you would |
| 12:59:35 | 10 | be surprised to hear that, because the Israelis had |
| 12:59:44 | 11 | raided the office ten times. |
| 12:59:51 | 12 | Is that a fair characterization of your |
| 12:59:53 | 13 | testimony? |
| 12:59:59 | 14 | A.   Yes. |
| 13:00:00 | 15 | Q.   Are you aware, sir, that the Israelis found |
| 13:00:03 | 16 | weapons in that house, PFLP house in Kalkilya? |
| 13:00:09 | 17 | A.   I don't know. |
| 13:00:10 | 18 | Q.   Have you ever reviewed the reports from the |
| 13:00:13 | 19 | Israeli raids of that house, the PFLP house in Kalkilya? |
| 13:00:24 | 20 | MR. HIBEY:  Object to that question because |
| 13:00:27 | 21 | it presumes facts that haven't been established, most |
| 13:00:30 | 22 | notably that Israeli reports have been given to him. |
| 13:00:53 | 23 | Q.   BY MR. SCHOEN:  Are you aware that there are |
| 13:00:55 | 24 | reports of investigation by the Israelis that reflect |
| 13:01:05 | 25 | having -- the Israelis found -- that the Israelis found |

| | | |
|---|---|---|
| 13:01:10 | 1 | weapons in the PFLP house in Kalkilya? |
| 13:01:17 | 2 | A.  No. |
| 13:01:18 | 3 | Q.  Do you have any estimate as to how many PFLP |
| 13:01:22 | 4 | members live in Kalkilya? |
| 13:01:28 | 5 | A.  Currently? |
| 13:01:44 | 6 | Q.  Yes. |
| 13:01:44 | 7 | A.  No. |
| 13:01:45 | 8 | Q.  How about in the period 1998 to 2002, do |
| 13:01:48 | 9 | you have any idea about -- any estimate how many PFLP |
| 13:01:54 | 10 | members lived in Kalkilya? |
| 13:01:57 | 11 | A.  I don't have numbers. |
| 13:01:59 | 12 | Q.  Any estimate? |
| 13:02:04 | 13 | A.  But their number is not significant. |
| 13:02:08 | 14 | Q.  Ten? |
| 13:02:08 | 15 | A.  I don't know. |
| 13:02:11 | 16 | Q.  You knew that the PFLP maintained an office |
| 13:02:14 | 17 | in Kalkilya during that period, '98 to 2002? |
| 13:02:27 | 18 | A.  Yes.  That's open. |
| 13:02:30 | 19 | MR. SCHOEN:  "That's open" means it's well |
| 13:02:32 | 20 | known? |
| 13:02:34 | 21 | OFFICIAL INTERPRETER AGHAZARIAN:  "Well |
| 13:02:34 | 22 | known." |
| 13:02:35 | 23 | Q.  BY MR. SCHOEN:  And even before that period |
| 13:02:37 | 24 | and after that period until today? |
| 13:02:53 | 25 | A.  It has been shut down around 2008. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

105

13:02:57  1        Q.   So today there is no PFLP office operating
13:03:01  2   in Kalkilya?
13:03:08  3        A.   It was closed until 2008.  After 2008, it
13:03:12  4   was re-opened.
13:03:14  5        Q.   When was it closed?
13:03:18  6        A.   2002.  At the end of 2002.
13:03:24  7        Q.   Why was the PFLP office in Kalkilya closed
13:03:28  8   between the end of 2002 and 2008?
13:03:41  9        A.   There have been repeated Israeli incursions.
13:03:44 10   I believe that this is the reason.
13:03:46 11        Q.   Who closed down that office?
13:03:49 12        A.   No one was working in it, and they shut it
13:03:55 13   down.  There were Israeli incursions, and there was
13:04:02 14   no funding.  So they shut it down.
13:04:17 15        Q.   How do you know there was no funding?
13:04:20 16        A.   From classified information that we get
13:04:24 17   together.
13:04:25 18        Q.   Where was that classified information stored?
13:04:26 19             CHECK INTERPRETER HAZOU:  No, no.  "Classified
13:04:29 20   sources."
13:04:31 21             OFFICIAL INTERPRETER AGHAZARIAN:  "Sources."
13:04:32 22        Q.   BY MR. SCHOEN:  What do you mean by
13:04:34 23   "classified sources"?
13:04:37 24        A.   Intelligence, secret kind of sources.
13:04:41 25        Q.   Meaning people who are informants?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:04:46 | 1 | A.   Yes. |
| 13:04:48 | 2 | Q.   Who are your sources of information about |
| 13:04:50 | 3 | the PFLP? |
| 13:04:57 | 4 | A.   The persons? |
| 13:04:57 | 5 | Q.   Yes. |
| 13:04:58 | 6 | A.   The sources? |
| 13:05:01 | 7 | Q.   Yes. |
| 13:05:02 | 8 | A.   Yes, this is secret material.  Classified. |
| 13:05:08 | 9 | Q.   I ask you respectfully:  Do you refuse to |
| 13:05:11 | 10 | answer that question? |
| 13:05:15 | 11 | A.   No.  These are sources within the PFLP. |
| 13:05:18 | 12 | I cannot reveal them. |
| 13:05:21 | 13 | Q.   Okay.  And I'm just asking you:  Do you refuse |
| 13:05:24 | 14 | to reveal their identities? |
| 13:05:29 | 15 | A.   The names of secret sources, classified? |
| 13:05:35 | 16 | Q.   Yes. |
| 13:05:35 | 17 | A.   Of course.  Of course. |
| 13:05:37 | 18 | Q.   Okay.  Were there sources of information, |
| 13:05:40 | 19 | confidential secret sources of information within the |
| 13:05:44 | 20 | PFLP between 1998 and 2002? |
| 13:05:59 | 21 | A.   Secret sources? |
| 13:06:01 | 22 | Q.   Yes. |
| 13:06:03 | 23 | A.   For sure there was. |
| 13:06:06 | 24 | Q.   Will you tell me who those secret sources |
| 13:06:09 | 25 | were? |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:06:14 | 1 | A.   Who they are? |
| 13:06:15 | 2 | Q.   Yes. |
| 13:06:17 | 3 | A.   I'm not entitled to reveal in such matters. |
| 13:06:22 | 4 | Q.   You said that the PFLP office in Kalkilya |
| 13:06:27 | 5 | re-opened in 2008? |
| 13:06:32 | 6 | A.   Yes. |
| 13:06:37 | 7 | Q.   Yes? |
| 13:06:37 | 8 | A.   Yes. |
| 13:06:40 | 9 | Q.   Do you know who re-opened that office? |
| 13:06:46 | 10 | A.   The same two names that I already mentioned: |
| 13:06:50 | 11 | Margaret and Manala Rai, which is the wives of Shaher |
| 13:06:54 | 12 | and Yusef. |
| 13:06:58 | 13 | Q.   And do you know who provided the funding for |
| 13:07:01 | 14 | that office when it re-opened in 2008? |
| 13:07:12 | 15 | A.   No. |
| 13:07:13 | 16 | Q.   Do you know -- you testified that you |
| 13:07:15 | 17 | understand the funding for the office to have been |
| 13:07:17 | 18 | cut off in 2002? |
| 13:07:40 | 19 | A.   According to the internal -- internal |
| 13:07:44 | 20 | discussions among them, they say:  We do not have |
| 13:07:47 | 21 | funds to run an office. |
| 13:07:49 | 22 | Q.   Do you know who was funding them up until |
| 13:07:51 | 23 | that time in 2002 when the funding was cut off? |
| 13:08:00 | 24 | A.   No. |
| 13:08:02 | 25 | Q.   Are you aware that the PFLP has a website? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

13:08:18  1      A.   I personally did not have a look at it.

13:08:22  2      Q.   Do you know that it exists?

13:08:26  3      A.   I haven't seen it.

13:08:28  4      Q.   Have you heard about it?

13:08:31  5      A.   No.  I am not into -- I am not into Internet

13:08:42  6  and electronics.  That's not of much concern to me.

13:08:49  7  We have an IT unit that handles these matters.

13:08:55  8      Q.   You testified earlier that you believe the

13:08:57  9  PFLP office in Kalkilya was involved with -- I think

13:09:02  10  the word you used was "social activities," but maybe

13:09:06  11  "political."

13:09:07  12           Is that your testimony?

13:09:27  13      A.   Politically?

13:09:28  14           (Court reporter clarification.)

13:09:28  15      Q.   BY MR. SCHOEN:  What kind of activities do

13:09:33  16  you believe the PFLP office in Kalkilya was involved

13:09:38  17  with, again, let's say between 1998 and 2002?

13:09:53  18      A.   Most of it was raising the flag of the PFLP,

13:10:02  19  reviving the memory of establishing the Front, the PFLP.

13:10:10  20  These are the public activities that are open to the

13:10:13  21  public.

13:10:15  22      Q.   You are aware, sir, that since it began, the

13:10:18  23  PFLP has been involved with violent terrorist incidents;

13:10:24  24  correct?

13:10:25  25           MR. HIBEY:  That presumes a fact not in

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

13:10:27  1    evidence.  Objection.  Objection.

13:10:39  2         THE WITNESS:  The Popular Front in Kalkilya?

13:10:43  3         Q.   BY MR. SCHOEN:  The Popular Front for the

13:10:46  4    Liberation of Palestine, the PFLP.

13:10:55  5         A.   I don't know.

13:10:55  6         Q.   You don't know whether the PFLP has ever been

13:10:59  7    involved in a violent terrorist incident, action?

13:11:04  8         MR. HIBEY:  Objection.  That presumes facts

13:11:07  9    not in evidence.  I think you're now arguing with the

13:11:11  10   witness.  Objection.

13:11:12  11        MR. SCHOEN:  I'm not pretending to argue.  I'm

13:11:14  12   asking him a question: "Do you know?"  Okay?

13:11:17  13        MR. HIBEY:  The question has been asked and

13:11:19  14   answered.

13:11:23  15        Q.   BY MR. SCHOEN:  Do you know whether the PFLP

13:11:27  16   has been involved in the past in violent terrorist

13:11:32  17   actions?

13:11:43  18        A.   I am not pursuing the case of the PFLP.  I am

13:11:48  19   here in order to witness over a case that is connected

13:11:53  20   with my district.

13:11:55  21        Q.   I'm asking you a question:  As a security

13:12:00  22   officer or as a Palestinian, are you aware that the

13:12:04  23   PFLP has been involved in violent terrorist actions?

13:12:08  24        MR. HIBEY:  Well, I'm going to object to that

13:12:12  25   because it calls upon him to testify as other than a

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

110

| | | |
|---|---|---|
| 13:12:20 | 1 | 30(b)(6) witness.  His personal opinion or awareness |
| 13:12:25 | 2 | is not relevant. |
| 13:12:45 | 3 |         THE WITNESS:  I do not have any information |
| 13:12:48 | 4 | on such issues.  My job, it is to monitor any behavior |
| 13:13:00 | 5 | that might undermine public order in my governorate, |
| 13:13:07 | 6 | my district. |
| 13:13:10 | 7 |     Q.   BY MR. SCHOEN:  Do you ever monitor the PFLP? |
| 13:13:14 | 8 |     A.   All the political factions. |
| 13:13:16 | 9 |     Q.   I'm asking about the PFLP. |
| 13:13:19 | 10 |     A.   Yes, we do. |
| 13:13:21 | 11 |     Q.   Why do you monitor the PFLP? |
| 13:13:24 | 12 |     A.   The same answer.  We also monitor the |
| 13:13:28 | 13 | activities of Fatah.  All the political activities, |
| 13:13:34 | 14 | we monitor. |
| 13:13:35 | 15 |     Q.   Are you monitoring them for, among other |
| 13:13:39 | 16 | reasons, to see whether they're involved in violent |
| 13:13:43 | 17 | activity? |
| 13:13:58 | 18 |     A.   Any faction which is involved in violence |
| 13:14:01 | 19 | or in terrorism, measures are taken to follow-up on |
| 13:14:06 | 20 | them, even if it was Fatah. |
| 13:14:09 | 21 |     Q.   And is the PFLP one such organization? |
| 13:14:15 | 22 |     A.   Yes. |
| 13:14:17 | 23 |     Q.   Are you aware, sir, of the murder of the |
| 13:14:21 | 24 | cabinet minister Ze'evi, Rehavam Ze'evi? |
| 13:14:29 | 25 |     A.   Of course I am. |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

13:14:31  1        Q.   Do you know whether a PFLP member was involved

13:14:35  2  with that murder?

13:14:43  3        A.   To the best of my knowledge, those involved

13:14:48  4  in this murder, they have been held by the GIS, and they

13:14:56  5  were imprisoned in Jericho.  And then the Israelis came

13:15:02  6  and captured them.  I did not conduct any investigation

13:15:06  7  with them.  I don't know them personally.

13:15:09  8        Q.   Is Ahmed Sa'adat one such person?

13:15:16  9        A.   That the intelligence have detained?

13:15:19  10       Q.   That you were just describing as among the

13:15:23  11 people the GIS detained in connection with the Ze'evi

13:15:28  12 murder.

13:15:32  13       A.   No.  There were three others.

13:15:34  14       Q.   Who were they?

13:15:36  15       A.   I don't recall the names.

13:15:37  16       Q.   And you don't know whether they were PFLP

13:15:40  17 members?

13:15:42  18       A.   I don't know.

13:15:43  19       Q.   Do you know that Ahmed Sa'adat is the leader

13:15:48  20 of the PFLP?

13:15:49  21       A.   Yes, I do.

13:15:51  22       Q.   Are you aware, sir, that Ahmed Sa'adat has

13:15:56  23 written that the use of violence is permitted --

13:15:59  24            MR. HIBEY:  Oh, I'm going to object.  Wait

13:16:01  25 a minute.  I'm going to object to that.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

13:16:04  1          The way you've framed it is total hearsay

13:16:07  2   without any support whatsoever and certainly not in

13:16:11  3   this record.  And I respectfully object to your asking

13:16:17  4   the question of that -- in that form.

13:16:30  5          THE WITNESS:  No, I don't know.

13:16:35  6      Q.   BY MR. SCHOEN:  Have you ever written -- read

13:16:38  7   anything that Ahmed Sa'adat has written?

13:16:45  8      A.   I'm not interested in that.

13:16:49  9      Q.   Are you familiar with political positions

13:16:52  10  advocated by the PFLP?

13:17:02  11     A.   Not at all.

13:17:03  12     Q.   Are you familiar with the Ali Abu Mustafa

13:17:07  13  Brigade?

13:17:16  14     A.   I heard about it after the murder of Ra'ed

13:17:18  15  Nazzal.

13:17:20  16     Q.   What do you understand the Ali Abu Mustafa

13:17:26  17  Brigade to have been?

13:17:30  18     A.   According to the charges against Ra'ed Nazzal,

13:17:41  19  it used to be the military wing of the PFLP.

13:17:48  20     Q.   "Used to be"?

13:17:54  21     A.   That was the charge against Ra'ed Nazzal, that

13:17:57  22  he is a member of the military wing of the PFLP.

13:18:03  23     Q.   Do you know if, between 1998 and 2002, there

13:18:06  24  was a military wing of the PFLP?

13:18:24  25     A.   In Kalkilya, I don't know.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:18:26 | 1 | Q.   Anyplace, are you familiar with -- do you know |
| 13:18:33 | 2 | whether there has existed at any time a military wing |
| 13:18:36 | 3 | of the PFLP? |
| 13:18:48 | 4 | A.   I don't know on this subject. |
| 13:18:51 | 5 | Q.   Have you ever heard of a military wing of the |
| 13:18:53 | 6 | PFLP? |
| 13:19:03 | 7 | A.   No. |
| 13:19:05 | 8 | Q.   Do you believe the PFLP is divided into two |
| 13:19:08 | 9 | or more different wings? |
| 13:19:16 | 10 | A.   I have no knowledge about the PFLP. |
| 13:19:21 | 11 | Q.   Let's go to the rest of the documents you |
| 13:19:24 | 12 | have.  Are the rest of the documents -- |
| 13:19:31 | 13 | A.   But let me clarify a point, that 64 and 65 |
| 13:19:35 | 14 | complement each other.  They are not separate. |
| 13:19:42 | 15 | Q.   Okay.  Are the rest of the documents through |
| 13:19:44 | 16 | 67 -- that would be 63 through 67 -- do they all relate |
| 13:19:55 | 17 | to the Shaher Al-Rai and Hindi matters that you were -- |
| 13:20:02 | 18 | A.   Yes. |
| 13:20:03 | 19 | Q.   Same thing -- kind of thing you were |
| 13:20:05 | 20 | testifying about earlier, the Al-Hindi and Shaher |
| 13:20:07 | 21 | Al-Rai? |
| 13:20:08 | 22 | A.   Yes. |
| 13:20:14 | 23 | Q.   So the rest of the documents, 63 through 67 -- |
| 13:20:21 | 24 | A.   The same topic. |
| 13:20:23 | 25 | Q.   Same topic. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

13:20:24   1        Any other relevance, those documents, to the

13:20:29   2   Karnei Shomron attack?

13:20:32   3        A.   No.

13:20:33   4        Q.   Now, considering the documents 51 through 54

13:20:39   5   that I showed you earlier, which we called Exhibit A,

13:20:49   6   and the documents that we're calling Exhibit B, 63

13:20:55   7   through 67, are there any other documents that you

13:21:01   8   provided to the defense?

13:21:07   9        A.   No.

13:21:07  10        Q.   Mr. Dahbour, is it your testimony that of

13:21:37  11   all of the files you reviewed in connection with this

13:21:41  12   case, Exhibit A and Exhibit B represent the total body

13:21:53  13   of documents that you provided to the defense?

13:22:02  14        A.   Yes.

13:22:05  15        MR. SCHOEN:   Then I have to ask Mr. Hibey

13:22:08  16   if you know -- as I say, this morning, courtesy of

13:22:14  17   Mr. O'Toole, we were provided with what we were told

13:22:18  18   were the originals of the documents that were provided

13:22:21  19   to us on September 10, 2012.

13:22:27  20        There is -- I'll represent there is a

13:22:33  21   document in there that is not in among the documents

13:22:37  22   we were given on September 12 -- September 10, 2012,

13:22:45  23   and the originals don't have Bates stamps on them

13:22:48  24   anyway.  But a comparison of that document with the

13:22:51  25   face of the documents that we were given indicates

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:22:55 | 1 | that it was not a document that was given to us. |
| 13:23:01 | 2 | I just assume it was inadvertently left out |
| 13:23:07 | 3 | of the documents that were given to us.  But I'd like |
| 13:23:10 | 4 | to examine the witness about it, and I don't have Bates |
| 13:23:15 | 5 | stamped copies of it. |
| 13:23:17 | 6 | MR. HIBEY:  I -- I'm a little confused by what |
| 13:23:21 | 7 | you've just said.  You're telling me that, on September |
| 13:23:25 | 8 | 10th, when we provided you with documents, there was one |
| 13:23:29 | 9 | less document in it than what we brought to you today? |
| 13:23:34 | 10 | MR. SCHOEN:  There was -- on September 10 |
| 13:23:37 | 11 | you all provided documents.  Mr. McAleer provided |
| 13:23:41 | 12 | documents Bates stamped 51 to 67, which I think is |
| 13:23:47 | 13 | about 17 pages of documents.  We see originals in the |
| 13:23:51 | 14 | file that Mr. O'Toole gave us of the originals of those |
| 13:23:54 | 15 | 17 pages. |
| 13:23:56 | 16 | And then there is an additional document, |
| 13:23:58 | 17 | which I'm assuming to be a document that you all |
| 13:24:02 | 18 | intended to turn over to us, because it's in the group |
| 13:24:05 | 19 | of originals of the documents that were turned over. |
| 13:24:07 | 20 | MR. O'TOOLE:  Could we review that document? |
| 13:24:11 | 21 | MR. SCHOEN:  Yes. |
| 13:24:11 | 22 | MR. O'TOOLE:  It may have been inadvertent. |
| 13:24:12 | 23 | MR. SCHOEN:  Yes.  I believe it's a two-page |
| 13:24:14 | 24 | document.  (Indicating.) |
| 13:24:20 | 25 | MR. HIBEY:  Maybe we need to step outside. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

116

```
13:24:25   1            MR. O'TOOLE:  Can we go off the record?
13:24:26   2            MR. SCHOEN:  Go off -- go off the record.
13:24:26   3            THE VIDEOGRAPHER:  Going off the record at
13:24:29   4   1:25.
13:24:31   5            (Brief discussion held off the record.)
13:26:00   6            THE VIDEOGRAPHER:  Back on the record at 1:26.
13:26:02   7            MR. HIBEY:  Mr. Schoen, I appreciate your
13:26:05   8   bringing this to our attention.  Indeed, it is
13:26:11   9   inadvertent.
13:26:11  10            These are the notes in ink, on the right-hand
13:26:13  11   side, of one of our colleagues, John Eustice, whom you
13:26:20  12   met yesterday.  This is an inadvertent turnover of two
13:26:29  13   pages that were given to us.  In other words, it was
13:26:35  14   created for us, and it would appropriately be the
13:26:42  15   subject of a privilege log.
13:26:45  16            So I understand this was inadvertent.  But
13:26:50  17   I'm telling you that this should not have been turned
13:26:54  18   over to you.
13:26:54  19            MR. SCHOEN:  Let me ask you a question by
13:26:55  20   way of full disclosure.
13:27:00  21            I have asked someone to summarize that
13:27:03  22   document in the limited period of time we've had
13:27:03  23   available today.  So I am aware to some degree, in
13:27:03  24   summary fashion, of what that document provides.
13:27:06  25            It certainly, in my view -- I'm characterizing
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:27:10 | 1 | it -- provides information that would be directly |
| 13:27:12 | 2 | relevant to this examination.  And it provides a great |
| 13:27:15 | 3 | deal more information about the bomber, Mr. Hafez, and |
| 13:27:19 | 4 | his PFLP membership, from sources of information that |
| 13:27:24 | 5 | we simply have not seen, because we haven't seen that |
| 13:27:28 | 6 | information yet. |
| 13:27:30 | 7 | I would ask that that document be marked as |
| 13:27:33 | 8 | an exhibit and then sealed, if that's what the defense |
| 13:27:37 | 9 | wants.  But for whatever purpose it might be used in |
| 13:27:42 | 10 | the future, I believe it ought to be marked.  And if |
| 13:27:45 | 11 | the defense wants it to be sealed, it can be sealed. |
| 13:27:50 | 12 | Because I'm very troubled that we haven't |
| 13:27:52 | 13 | been provided with the underlying information that's |
| 13:27:55 | 14 | reflected in that document, as I understand the document |
| 13:27:58 | 15 | to reflect, from the summary I was given of it. |
| 13:28:09 | 16 | I'm -- I'm also willing, by the way, to |
| 13:28:12 | 17 | the extent the defense wants to cover up hand notes |
| 13:28:17 | 18 | or something like that, to agree to that for these |
| 13:28:23 | 19 | purposes. |
| 13:28:25 | 20 | I suppose I'd like to understand better.  Are |
| 13:28:28 | 21 | you saying that this is not a document -- no part of |
| 13:28:31 | 22 | this document is a document produced from a file -- all |
| 13:28:36 | 23 | of this document is some person on the defense team's -- |
| 13:28:40 | 24 | MR. O'TOOLE:  It's a document created by a |
| 13:28:44 | 25 | client to report to attorney requests. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

118

```
13:28:49   1        MR. SCHOEN:  All right.  So -- I mean, I
13:28:49   2   understand, of course, why the defense would consider
13:28:52   3   that to have a privileged nature.
13:28:56   4        On the other hand, I hope the defense
13:28:58   5   understands why I would be very troubled that the
13:28:58   6   client, whose depositions we've been trying to take,
13:29:01   7   would have such information, which, in our view, if
13:29:06   8   we understand the summary we have been provided, would
13:29:08   9   clearly have been the subject of outstanding discovery
13:29:11  10   requests due previously and these depositions.  And I
13:29:15  11   was, frankly, quite surprised to see that information
13:29:19  12   in there.
13:29:20  13        That's why I would like to have it marked
13:29:23  14   for possibly future litigation.  But I understand,
13:29:28  15   because the defense feels it's a privileged document,
13:29:32  16   why sealing that document would be appropriate.
13:29:39  17        MR. HIBEY:  Well, I would prefer that we
13:29:44  18   retain the copy, as well as be assured that no copy
13:29:50  19   has been made of this during the time the document
13:29:54  20   has been in your possession.  And I think you can be
13:30:00  21   assured that the document will be retained -- this
13:30:08  22   document which you handed me, which we inadvertently
13:30:13  23   provided to you today -- retained by us for purposes
13:30:19  24   of additional litigation you wish to wage concerning it.
13:30:26  25        So my first question is:  Have you copied this
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:30:30 | 1 | document during the time it was in your possession? |
| 13:30:35 | 2 | MR. SCHOEN:  I'm not prepared to answer that |
| 13:30:37 | 3 | at this time. |
| 13:30:37 | 4 | MR. HIBEY:  Yeah. |
| 13:30:37 | 5 | MR. SCHOEN:  I don't know the answer to that |
| 13:30:39 | 6 | at this time. |
| 13:30:40 | 7 | MR. HIBEY:  Well, perhaps you can consult |
| 13:30:42 | 8 | with your local counsel and give me an answer, because |
| 13:30:45 | 9 | I think that's important to know. |
| 13:30:48 | 10 | MR. SCHOEN:  My first question is:  Would you |
| 13:30:50 | 11 | agree to mark the document for preservation purposes? |
| 13:30:53 | 12 | MR. HIBEY:  I agree to mark the document for |
| 13:30:56 | 13 | preservation purposes.  I am not agreeable to it being |
| 13:31:01 | 14 | out of our possession. |
| 13:31:03 | 15 | So it can be marked, and it would be retained |
| 13:31:06 | 16 | by us on the representation that we've made that it will |
| 13:31:09 | 17 | be retained for purposes of any future litigation. |
| 13:31:14 | 18 | But my other question remains unanswered at |
| 13:31:17 | 19 | this time:  Has this document been copied by your side |
| 13:31:24 | 20 | during the time it has been in your possession? |
| 13:31:30 | 21 | MR. SCHOEN:  Would you agree to turn the |
| 13:31:32 | 22 | document over to a third party for custody? |
| 13:31:35 | 23 | MR. HIBEY:  Well, I think I need to consider |
| 13:31:38 | 24 | that only after I know the answer to the question I put |
| 13:31:42 | 25 | to you.  I put it to you three or four times. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

120

13:31:45  1        I am prepared to infer that you have copied

13:31:51  2   it.  And I take it by your silence that you are

13:31:57  3   affirming that the document has been copied.

13:32:01  4        MR. SCHOEN:  Sir, you have no right to take

13:32:03  5   anything from my silence.  I've already told you that

13:32:06  6   I don't know the answer to the question.  So to infer

13:32:10  7   otherwise is, quite frankly, to me, offensive.

13:32:14  8        MR. HIBEY:  This is not -- no.  It shouldn't

13:32:15  9   be offensive.

13:32:15  10        MR. SCHOEN:  Okay.

13:32:16  11        MR. HIBEY:  It should be obvious to you that

13:32:18  12   we've been here together for a number of hours, during

13:32:21  13   which time you have had possession of this document.

13:32:25  14   You cannot sit here across the table and plead ignorance

13:32:29  15   to me about its disposition while it's been in the hands

13:32:31  16   of your people.

13:32:32  17        You've got Mr. Haller there, and you've got

13:32:35  18   a gentleman who apparently has been assisting in this

13:32:40  19   particular examination.  I want to know if you gentlemen

13:32:43  20   have copied it.

13:32:45  21        Now, that's a pretty straightforward question,

13:32:53  22   and I think the silence on that is deafening.

13:32:58  23        MR. SCHOEN:  Again, you're entitled to think

13:33:00  24   whatever you think.  I don't intend silence to be any

13:33:05  25   kind of answer at any time.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:33:06 | 1 | MR. HIBEY:  Well, good for you.  But I think |
| 13:33:09 | 2 | you understand that, in the circumstances, the record |
| 13:33:12 | 3 | can easily be read to infer that you have copied this |
| 13:33:16 | 4 | document. |
| 13:33:17 | 5 | MR. SCHOEN:  The record should infer that I |
| 13:33:20 | 6 | refuse to answer your question at this time, not that |
| 13:33:22 | 7 | there is any affirmative inference from that.  I have |
| 13:33:26 | 8 | told you I don't know the answer.  So you shouldn't |
| 13:33:29 | 9 | draw any affirmative inference from my silence. |
| 13:33:32 | 10 | MR. HIBEY:  And I am imploring -- this is |
| 13:33:32 | 11 | not personal, Mr. Schoen.  You've got a side.  I am |
| 13:33:37 | 12 | imploring you -- you are surrounded by lawyers and |
| 13:33:39 | 13 | consultants and somebody in the corner who is probably |
| 13:33:43 | 14 | a lawyer as well.  Talk to them.  Ask them the question. |
| 13:33:47 | 15 | MR. SCHOEN:  I may certainly be willing to do |
| 13:33:49 | 16 | that.  You said you're inferring an affirmative response |
| 13:33:52 | 17 | from my silence. |
| 13:33:54 | 18 | MR. HIBEY:  Only because I've asked it five |
| 13:33:55 | 19 | times of your side, not of you. |
| 13:33:56 | 20 | MR. SCHOEN:  I have no obligation to answer |
| 13:33:58 | 21 | any question you ever ask me, with all due respect. |
| 13:34:02 | 22 | MR. HIBEY:  All right.  All right, then. |
| 13:34:02 | 23 | That's the position you take.  I just needed to |
| 13:34:05 | 24 | understand that very clearly on this record. |
| 13:34:11 | 25 | MR. SCHOEN:  Now, I am willing to go off |

| | | |
|---|---|---|
| 13:34:13 | 1 | the record and discuss it with the other people at |
| 13:34:16 | 2 | the table here. |
| 13:34:18 | 3 | MR. HIBEY:  Thank you. |
| 13:34:19 | 4 | THE VIDEOGRAPHER:  Going off the record at |
| 13:34:20 | 5 | 1:35. |
| 13:34:22 | 6 | (Recess from 1:35 p.m. to 1:45 p.m.) |
| 13:34:22 | 7 | THE VIDEOGRAPHER:  Back on the record at 1:45. |
| 13:45:08 | 8 | MR. SCHOEN:  Mr. Hibey, I'm -- I'm now going |
| 13:45:11 | 9 | to provide you with a full account of what I understand |
| 13:45:15 | 10 | transpired with respect to the document we're talking |
| 13:45:17 | 11 | about and our position on it.  Mr. O'Toole certainly |
| 13:45:20 | 12 | is here with us to correct anything I've said that's |
| 13:45:23 | 13 | wrong factually. |
| 13:45:26 | 14 | We were given the documents this morning |
| 13:45:30 | 15 | in an envelope by Mr. O'Toole.  Mr. O'Toole gave it |
| 13:45:34 | 16 | to Mr. Haller.  We understood these documents to be |
| 13:45:38 | 17 | the originals of the documents that Mr. McAleer -- |
| 13:45:42 | 18 | Mr. O'Toole, you're not recording this on there, are |
| 13:45:45 | 19 | you? |
| 13:45:48 | 20 | MR. O'TOOLE:  I'm not recording this. |
| 13:45:49 | 21 | MR. SCHOEN:  Okay.  Is someone else on the |
| 13:45:49 | 22 | telephone? |
| 13:45:49 | 23 | MR. O'TOOLE:  No, I'm actually looking at the |
| 13:45:53 | 24 | Federal Rules of Civil Procedure 26(b). |
| 13:45:56 | 25 | MR. SCHOEN:  Not my business.  What is it? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 13:45:57 | 1  | MR. O'TOOLE:  I'll talk about it when you're             |
| 13:45:59 | 2  | done.                                                    |
| 13:46:00 | 3  | MR. SCHOEN:  Sure.  We were given the                    |
| 13:46:03 | 4  | documents -- let me back up.                             |
| 13:46:05 | 5  | I understand that yesterday a request                    |
| 13:46:06 | 6  | was made to Mr. O'Toole to provide the originals         |
| 13:46:09 | 7  | of the documents that Mr. McAleer e-mailed to us on      |
| 13:46:12 | 8  | September 10th, because certain of the documents we      |
| 13:46:15 | 9  | received were illegible.  And it was our hope that       |
| 13:46:18 | 10 | the originals would be more legible.                     |
| 13:46:20 | 11 | Mr. O'Toole, as I understand it, agreed to               |
| 13:46:23 | 12 | that request and, this morning, handed Mr. Haller an     |
| 13:46:26 | 13 | envelope which he represented to be the originals of     |
| 13:46:29 | 14 | the documents that Mr. McAleer had e-mailed to us on     |
| 13:46:34 | 15 | September 10, 2012.                                       |
| 13:46:36 | 16 | When mister -- the understanding was,                    |
| 13:46:38 | 17 | Mr. Haller had, that Mr. O'Toole not only intended for,  |
| 13:46:44 | 18 | but told Mr. Haller, that these documents should all be  |
| 13:46:50 | 19 | copied, with the originals to be returned to the defense |
| 13:46:52 | 20 | team.  Mr. Haller then copied all of the documents.  And |
| 13:46:56 | 21 | the documents, as a matter of course, were distributed   |
| 13:46:58 | 22 | to other members of the defense team.                    |
| 13:47:03 | 23 | MR. HIBEY:  Of the --                                     |
| 13:47:04 | 24 | MR. SCHOEN:  Of the defense team.                         |
| 13:47:10 | 25 | MR. HIBEY:  Distributed here to other members            |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

124

| | | |
|---|---|---|
| 13:47:12 | 1 | of the plaintiffs' team? |
| 13:47:14 | 2 | MR. SCHOEN:  Oh. |
| 13:47:15 | 3 | MR. O'TOOLE:  "Plaintiffs." |
| 13:47:15 | 4 | MR. SCHOEN:  I absolutely misspoke on the |
| 13:47:18 | 5 | record.  I meant to say the plaintiffs' team.  I'm |
| 13:47:22 | 6 | used to being on the other side and doing defense work. |
| 13:47:26 | 7 | They were distributed to members of the |
| 13:47:27 | 8 | plaintiffs' team as a matter of course. |
| 13:47:30 | 9 | You and Mr. Hibey have now advised us that |
| 13:47:34 | 10 | this document we're talking about, this two-page |
| 13:47:38 | 11 | document, was a document that was not among the |
| 13:47:41 | 12 | documents -- you believe was not among the documents -- |
| 13:47:43 | 13 | and I think we all agree was not among the documents |
| 13:47:47 | 14 | that Mr. McAleer e-mailed to us on September 10, 2012. |
| 13:47:54 | 15 | I understand you to have described this |
| 13:47:58 | 16 | delivery to us as the inadvertent delivery of a |
| 13:48:04 | 17 | privileged document, privileged because it is a |
| 13:48:07 | 18 | document created by your client for you. |
| 13:48:14 | 19 | After a review of the document, we believe, |
| 13:48:17 | 20 | respectfully, that the document is not properly |
| 13:48:19 | 21 | a privileged document and what occurred was the |
| 13:48:23 | 22 | inadvertent disclosure of a non-privileged document, |
| 13:48:26 | 23 | which we believe on its face -- perhaps with the |
| 13:48:29 | 24 | exception of what you have described as the handwritten |
| 13:48:32 | 25 | notes of Mr. Eustice -- and there clearly are what |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

125

| 13:48:36 | 1 | appear to be handwritten notes in blue ink on the top |
| 13:48:41 | 2 | right margin of the document.  We believe it to be a |
| 13:48:45 | 3 | pre-existing document that should have been disclosed |
| 13:48:47 | 4 | to us and that contains important material information |
| 13:48:51 | 5 | supportive of the plaintiffs' case that has been |
| 13:48:54 | 6 | improperly withheld from us, both the document itself |
| 13:48:57 | 7 | and the underlying information. |
| 13:48:59 | 8 | We would like to show this document to the |
| 13:49:01 | 9 | witness and ask the witness if he can identify the |
| 13:49:04 | 10 | document and ask the witness with a -- I don't know |
| 13:49:09 | 11 | what language the document's written in.  I think the |
| 13:49:13 | 12 | document is written in Arabic.  If the document is |
| 13:49:16 | 13 | written in Arabic, I would ask the witness to identify |
| 13:49:20 | 14 | the document, if he can.  And in any event, I would |
| 13:49:23 | 15 | like to examine him about the contents of this document, |
| 13:49:26 | 16 | because I believe the document reflects non-privileged |
| 13:49:31 | 17 | fully relevant information that properly ought to be |
| 13:49:34 | 18 | the subject of this examination. |
| 13:49:38 | 19 | And one reason that I say we believe the |
| 13:49:40 | 20 | document to be a pre-existing document and a document |
| 13:49:43 | 21 | of non-privileged character is that, in form and in |
| 13:49:50 | 22 | content, to a great degree, it resembles other documents |
| 13:49:56 | 23 | that have been disclosed in this case.  And I say |
| 13:49:59 | 24 | just in form and in character.  I don't speak about |
| 13:50:04 | 25 | the substance of it.  It appears to be similar to |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:50:08 | 1 | or identical to the nature and character and form of |
| 13:50:12 | 2 | other documents that we understand to be pre-existing |
| 13:50:16 | 3 | documents taken from the files and produced to us from |
| 13:50:19 | 4 | the defense. |
| 13:50:22 | 5 | We would like to examine the witness about |
| 13:50:24 | 6 | the document.  We believe we are entitled to it and |
| 13:50:27 | 7 | that we will be prejudiced if we're not able to on this |
| 13:50:34 | 8 | occasion.  If we're not permitted to examine the witness |
| 13:50:37 | 9 | on this document, we certainly intend to seek sanctions, |
| 13:50:39 | 10 | including a reconvening of the deposition with the |
| 13:50:41 | 11 | payment of all associated expenses by the defense. |
| 13:50:45 | 12 | And what we would propose to do is -- I've |
| 13:50:47 | 13 | already asked you to make the document an exhibit to |
| 13:50:51 | 14 | this deposition, kept under seal, if you like.  We |
| 13:50:55 | 15 | also would like to have this document -- maintain this |
| 13:51:02 | 16 | document in a confidential manner.  And this case is |
| 13:51:05 | 17 | subject to a confidentiality order already. |
| 13:51:08 | 18 | We would keep it in a manner consistent with |
| 13:51:11 | 19 | the terms of that confidentiality order, in order, among |
| 13:51:15 | 20 | other things, to litigate the propriety or impropriety |
| 13:51:20 | 21 | of having withheld this document from us and the |
| 13:51:24 | 22 | propriety or impropriety of our having this document |
| 13:51:28 | 23 | and the underlying information. |
| 13:51:29 | 24 | If you just give me one second, I'll see |
| 13:51:32 | 25 | if there's anything else I wanted to say about this. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

127

| | | |
|---|---|---|
| 13:51:39 | 1 | I've tried to make this point in my remarks |
| 13:51:43 | 2 | that I made.  But, in any event, when I say we would |
| 13:51:49 | 3 | keep the document in a confidential manner, we certainly |
| 13:51:53 | 4 | would be amenable to having the document sequestered, as |
| 13:51:58 | 5 | that term is used in the Federal Rules, and specifically |
| 13:51:58 | 6 | in Rule 26, I believe is the relevant rule.  I think I'm |
| 13:52:03 | 7 | referring to 26(b)(5)(B). |
| 13:52:03 | 8 | MR. O'TOOLE:  Correct. |
| 13:52:09 | 9 | (Court reporter clarification.) |
| 13:52:09 | 10 | MR. SCHOEN:  We would sequester the document |
| 13:52:19 | 11 | and keep it certainly sequestered, and in all regards, |
| 13:52:23 | 12 | subject to the confidentiality order. |
| 13:52:26 | 13 | That's all I have to say about it. |
| 13:52:28 | 14 | MR. O'TOOLE:  I think, first, just to correct |
| 13:52:30 | 15 | a couple of things with respect to what happened that |
| 13:52:33 | 16 | I'm sure were inadvertent. |
| 13:52:35 | 17 | But I believe yesterday, during the |
| 13:52:37 | 18 | deposition, Mr. Haller asked Mr. Eustice to provide |
| 13:52:40 | 19 | these copies.  Because of the logistics today with |
| 13:52:44 | 20 | the possible deposition in Ramallah, Mr. Eustice |
| 13:52:49 | 21 | prepared a -- Mr. Eustice prepared a file in response |
| 13:52:51 | 22 | to Mr. Haller's request.  I delivered the file to |
| 13:52:55 | 23 | Mr. Haller this morning. |
| 13:52:56 | 24 | We were not aware that this document was |
| 13:52:59 | 25 | among the documents that was included in the file. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

128

| | | |
|---|---|---|
| 13:53:02 | 1 | Any disclosure was completely inadvertent and related |
| 13:53:06 | 2 | to a document that we believed to be attorney/client |
| 13:53:09 | 3 | privileged. |
| 13:53:10 | 4 | Immediately after we learned of the |
| 13:53:12 | 5 | inadvertent disclosure, when you told us, we immediately |
| 13:53:15 | 6 | have notified you that the disclosure was inadvertent, |
| 13:53:18 | 7 | that the privilege -- that the documents, we believed, |
| 13:53:18 | 8 | were privileged. |
| 13:53:19 | 9 | And we are now requesting, after being |
| 13:53:24 | 10 | notified, that you promptly return -- well, you have |
| 13:53:27 | 11 | returned the document -- and sequester or destroy the |
| 13:53:29 | 12 | specified information in any copies it has, that you |
| 13:53:32 | 13 | cannot use or disclose the information until the claim |
| 13:53:35 | 14 | is resolved, and you must take reasonable steps to |
| 13:53:39 | 15 | retrieve any information, if the party has disclosed |
| 13:53:42 | 16 | the information beyond -- to others before being |
| 13:53:44 | 17 | notified, which it sounds like from your description |
| 13:53:49 | 18 | you may have done with respect to your consulting |
| 13:53:51 | 19 | experts. |
| 13:53:52 | 20 | And we would suggest that we would mark this |
| 13:53:55 | 21 | and, to the extent that any claim is raised disputing |
| 13:53:59 | 22 | our claim of privilege, that we will promptly present |
| 13:54:01 | 23 | this document under seal to the court for determination |
| 13:54:05 | 24 | of the claim. |
| 13:54:09 | 25 | MR. SCHOEN:  Two brief things in response. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:54:10 | 1 | I think you just misspoke.  You said that |
| 13:54:13 | 2 | Mr. Haller asked Mr. Eustice for these copies.  I think |
| 13:54:16 | 3 | you meant the originals. |
| 13:54:16 | 4 | MR. O'TOOLE:  For the originals, to the |
| 13:54:18 | 5 | extent that we have them.  Because I think we gave you |
| 13:54:21 | 6 | the documents we were given.  But I believe that those |
| 13:54:24 | 7 | documents were probably copies. |
| 13:54:26 | 8 | MR. SCHOEN:  Yes.  Yes, I understand. |
| 13:54:26 | 9 | MR. HALLER:  I actually asked Mr. McAleer. |
| 13:54:29 | 10 | I think I e-mailed you all and asked for better copies. |
| 13:54:32 | 11 | And then Mr. Eustice approached me and said that the |
| 13:54:32 | 12 | copies will be brought today. |
| 13:54:35 | 13 | MR. O'TOOLE:  I think that's -- I'm sure |
| 13:54:36 | 14 | that's accurate.  I wasn't involved in it until this |
| 13:54:39 | 15 | morning, when I delivered the envelope. |
| 13:54:40 | 16 | MR. SCHOEN:  It seems to me, if we were |
| 13:54:42 | 17 | to narrow our differences, the differences, as I |
| 13:54:46 | 18 | could identify them, would be that, among other |
| 13:54:48 | 19 | things, you're asking us to destroy all copies of |
| 13:54:51 | 20 | the document that we have.  And I don't think that |
| 13:54:53 | 21 | would be appropriate, especially when what you would |
| 13:54:56 | 22 | have proposed and all you're willing to do in response |
| 13:55:00 | 23 | to my request is to mark the document as an exhibit and |
| 13:55:03 | 24 | to deliver the document to a third party.  It certainly |
| 13:55:07 | 25 | would not be appropriate for us to destroy the document. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

130

```
13:55:10   1           Again, what we're willing to do is sequester
13:55:14   2    the document, maintain it in a fully confidential form,
13:55:19   3    fully subject to the confidentiality order in this case
13:55:25   4    in all regards.
13:55:27   5           But what we're not willing to do -- again,
13:55:30   6    especially because what we believe the nature of the
13:55:32   7    document to be and what we believe to be the impropriety
13:55:36   8    of withholding this document and the contents of this
13:55:39   9    document, we would not be comfortable in knowing that
13:55:44  10    all copies other than the physical document that sits
13:55:49  11    before you right now had been destroyed.
13:55:56  12           MR. HIBEY:  Do you have a copy of this
13:55:58  13    document?
13:56:00  14           MR. SCHOEN:  Does the -- does our team have
13:56:01  15    a copy of this document?  Is what you're asking?
13:56:05  16           MR. HIBEY:  Yes.
13:56:06  17           MR. SCHOEN:  Yes.
13:56:06  18           MR. HIBEY:  Do you have multiple copies of the
13:56:08  19    document?
13:56:08  20           MR. SCHOEN:  The document has been distributed
13:56:12  21    to other members on the defense team.
13:56:15  22           MR. HIBEY:  On the --
13:56:15  23           MR. SCHOEN:  The plaintiffs' team.
13:56:17  24           MR. HIBEY:  We think that the rule, as
13:56:20  25    Mr. O'Toole has quoted it, governs this situation.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:56:25 | 1 | And therefore, on this record, we are requesting |
| 13:56:31 | 2 | that you return all copies of this document, which |
| 13:56:37 | 3 | we maintain was inadvertently turned over to you, so |
| 13:56:42 | 4 | that we may have all copies of the questioned material. |
| 13:56:52 | 5 | MR. O'TOOLE:  Can I add one point here? |
| 13:56:59 | 6 | To the -- to the extent that the rule |
| 13:57:01 | 7 | permits sequestration, the rule is also very clear |
| 13:57:04 | 8 | that any party who sequesters cannot use or disclose |
| 13:57:08 | 9 | the information and has to take reasonable steps to |
| 13:57:11 | 10 | make sure that it is not used or disclosed. |
| 13:57:16 | 11 | And so I think I want to make very clear, |
| 13:57:17 | 12 | this is -- this is a document that you can't look at |
| 13:57:18 | 13 | at this point.  The only thing you can do is retrieve |
| 13:57:21 | 14 | copies and put it in an envelope to the -- because that |
| 13:57:23 | 15 | is sequestration.  It's not you keep it and hang on to |
| 13:57:25 | 16 | it for what -- for whatever use you want to make of it. |
| 13:57:27 | 17 | The rules are very clear.  You can't use it. |
| 13:57:30 | 18 | MR. SCHOEN:  Our proposal is to sequester |
| 13:57:33 | 19 | the document as a remedy, not to destroy the document. |
| 13:57:36 | 20 | We intend to litigate this issue.  As I say, |
| 13:57:38 | 21 | we intend to litigate the issue in the context of a |
| 13:57:40 | 22 | sanctions motion and our entitlement to the document, |
| 13:57:43 | 23 | among other issues.  So we are not willing to destroy |
| 13:57:47 | 24 | the document.  We are willing to sequester the document, |
| 13:57:52 | 25 | as the term is used in the applicable Federal rule. |

| | | |
|---|---|---|
| 13:57:58 | 1 | MR. O'TOOLE:  We believe that destruction |
| 13:57:59 | 2 | would be the better remedy.  But, obviously, we're not |
| 13:58:03 | 3 | going to be able to forcibly take the documents from |
| 13:58:06 | 4 | you, so I think we'll have to litigate. |
| 13:58:11 | 5 | MR. SCHOEN:  I don't think the rule |
| 13:58:11 | 6 | expresses a preferable remedy between sequestration |
| 13:58:15 | 7 | and destruction.  But in any event, to the extent it |
| 13:58:16 | 8 | does, we believe the rule gives a choice. |
| 13:58:17 | 9 | We believe the appropriate and only |
| 13:58:18 | 10 | appropriate choice in this case would be sequestration |
| 13:58:19 | 11 | until this matter is resolved and certainly keeping the |
| 13:58:25 | 12 | document in all regards subject to the confidentiality |
| 13:58:30 | 13 | order. |
| 13:58:31 | 14 | MR. HIBEY:  Well, insisting on sequestration |
| 13:58:33 | 15 | on your part is only one aspect of this.  The |
| 13:58:36 | 16 | information contained therein cannot be used and |
| 13:58:41 | 17 | cannot be disseminated.  And, therefore, that is |
| 13:58:46 | 18 | simply what shall be the case until such time as |
| 13:58:49 | 19 | this issue is resolved by the court or resolved |
| 13:58:55 | 20 | otherwise. |
| 13:58:56 | 21 | I don't think you can take from this document |
| 13:59:00 | 22 | or from the record that we've attempted to make here |
| 13:59:07 | 23 | that this is any document other than what we represented |
| 13:59:11 | 24 | it to be.  And it is clear to me that there is a strong |
| 13:59:16 | 25 | suggestion on your part that it is as we construe it, |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | |
|---|---|
| 13:59:21 | 1 | because you most kindly brought it to our attention. |
| 13:59:25 | 2 | MR. SCHOEN:   Let me respond to that again, |
| 13:59:33 | 3 | Mr. Hibey. |
| 13:59:33 | 4 | You continue, it seems to me, to engage |
| 13:59:34 | 5 | in the practice of trying to read my mind or infer |
| 13:59:37 | 6 | something that's simply neither accurate nor fair. |
| 13:59:40 | 7 | I explained to you when I disclosed the |
| 13:59:40 | 8 | document to you -- |
| 13:59:40 | 9 | MR. HIBEY:  Perhaps -- |
| 13:59:41 | 10 | MR. SCHOEN:  Let me finish, please -- why I |
| 13:59:43 | 11 | disclosed the document to you.  It seemed -- |
| 13:59:46 | 12 | MR. HIBEY:  Perhaps -- I'm sorry.  Go ahead. |
| 13:59:47 | 13 | MR. SCHOEN:  You go ahead. |
| 13:59:49 | 14 | MR. HIBEY:  Perhaps I should always say "you |
| 13:59:51 | 15 | all" when I speak to you, Mr. Schoen.  I don't speak |
| 13:59:55 | 16 | to you personally.  I'm talking about the side. |
| 13:59:59 | 17 | MR. SCHOEN:  In this case -- I appreciate |
| 14:00:00 | 18 | that.  But, in this case, I wasn't responding |
| 14:00:02 | 19 | personally.  I was responding as a side. |
| 14:00:02 | 20 | I don't know, frankly, what's in anybody |
| 14:00:04 | 21 | else's mind.  I do know the reason that I first |
| 14:00:07 | 22 | raised this with you before I showed it to the witness. |
| 14:00:11 | 23 | The reason is because it didn't appear, as I compared |
| 14:00:15 | 24 | documents with the Bates stamped documents, that this |
| 14:00:17 | 25 | was one of those documents.  My conclusion from that |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

134

| | | |
|---|---|---|
| 14:00:22 | 1 | was to, in my view, give you the benefit of the doubt. |
| 14:00:25 | 2 | I didn't believe it was a privileged document. |
| 14:00:28 | 3 | I thought that, when you folks gave us |
| 14:00:31 | 4 | documents, you carefully reviewed whatever documents |
| 14:00:34 | 5 | were given to us and that those documents were documents |
| 14:00:38 | 6 | you believed had been given to us. |
| 14:00:40 | 7 | And, therefore, if I didn't examine on that |
| 14:00:43 | 8 | document, would take the position that we had all of |
| 14:00:46 | 9 | the information that's contained in that document and |
| 14:00:48 | 10 | that, if we had wanted to examine this witness on that |
| 14:00:51 | 11 | information, we should have done it.  After all, it was |
| 14:00:53 | 12 | in the envelope of documents we gave to you today, and |
| 14:00:58 | 13 | we wouldn't have given you documents unless we intended |
| 14:01:00 | 14 | for you to see those documents. |
| 14:01:01 | 15 | So that's why, as a precaution, I simply asked |
| 14:01:02 | 16 | you first, drew it to your attention, but not because |
| 14:01:07 | 17 | I believed it to be a privileged document.  And I don't |
| 14:01:10 | 18 | think it's either fair or appropriate for you to infer |
| 14:01:13 | 19 | some kind of mal intent or some kind of belief that you |
| 14:01:17 | 20 | have no basis for making. |
| 14:01:19 | 21 | I've explained to you, and to the extent you |
| 14:01:22 | 22 | come to any other conclusion, you're simply questioning |
| 14:01:25 | 23 | my representation, which you're entitled to do. |
| 14:01:30 | 24 | MR. HIBEY:  Well, I'm trying hard not |
| 14:01:32 | 25 | to question your representation, because I'm still |

14:01:37  1   grateful for the fact that you brought this matter

14:01:41  2   to our attention.

14:01:43  3            But, unfortunately, now that the point has

14:01:46  4   been pressed as it has been in the colloquy that we've

14:01:48  5   been having, I think it's important for your side to

14:01:56  6   advise the record as to when, after we arrived here

14:02:02  7   this morning and turned these materials over to you,

14:02:06  8   it was realized by your side that there were two pages

14:02:10  9   more than what we have otherwise indicated or otherwise

14:02:19  10  provided you on the 10th of September.  And --

14:02:22  11            MR. SCHOEN:  Well --

14:02:22  12            MR. HIBEY:  Just hear me out.

14:02:29  13            MR. SCHOEN:  Yes.  Sure.

14:02:29  14            MR. HIBEY:  It would seem to me that at that

14:02:27  15  point -- at that point, someone who realized that there

14:02:32  16  were two pages more might have brought this to our

14:02:36  17  attention, rather than causing somebody on your side

14:02:43  18  who can read Arabic to read it, to copy it, and then,

14:02:49  19  only hours later, bring it to our attention in the

14:02:55  20  fashion that it was done.

14:02:57  21            MR. SCHOEN:  Two things.  I can assure you

14:02:59  22  this document was not copied and distributed before

14:03:03  23  anyone realized that it was anything other than what

14:03:05  24  we understood it to be, that is, a set of originals

14:03:10  25  of the documents we had been provided.  It was handed

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

136

| | | |
|---|---|---|
| 14:03:11 | 1 | as a set.  That set was copied and distributed.  I'm |
| 14:03:15 | 2 | not going to inquire of every member of the team as |
| 14:03:18 | 3 | to when each person recognized there were two extra |
| 14:03:22 | 4 | documents. |
| 14:03:22 | 5 | We approached this document in the manner |
| 14:03:25 | 6 | we believe appropriate.  We're suggesting a remedy we |
| 14:03:29 | 7 | believe appropriate.  And from our perspective, that's |
| 14:03:32 | 8 | the end of it. |
| 14:03:34 | 9 | MR. HIBEY:  Well, you have our position. |
| 14:03:36 | 10 | MR. SCHOEN:  Sure.  Okay.  I'd now like to |
| 14:03:40 | 11 | show the document to the witness and examine the witness |
| 14:03:44 | 12 | about the document that we've been discussing. |
| 14:03:57 | 13 | MR. HIBEY:  I'm not altogether comfortable |
| 14:04:00 | 14 | with that at this time.  I would like to take time off |
| 14:04:03 | 15 | the record to consider the request. |
| 14:04:05 | 16 | MR. SCHOEN:  Of course. |
| 14:04:05 | 17 | MR. HIBEY:  We don't need much time, but -- |
| 14:04:10 | 18 | MR. SCHOEN:  Of course. |
| 14:04:14 | 19 | THE VIDEOGRAPHER:  Going off the record at |
| 14:04:14 | 20 | 2:05. |
| 14:15:50 | 21 | (Recess from 2:05 p.m. to 2:16 p.m.) |
| 14:15:53 | 22 | THE VIDEOGRAPHER:  Back on the record at 2:16. |
| 14:16:01 | 23 | MR. HIBEY:  We've had the opportunity to |
| 14:16:03 | 24 | consult. |
| 14:16:06 | 25 | We think that there ought to be questioning |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:16:11 | 1 | regarding the nature of this document, not its content, |
| 14:16:17 | 2 | put to the witness in aid of an ultimate determination |
| 14:16:23 | 3 | as to whether these pages are privileged.  That being |
| 14:16:32 | 4 | the case, I propose that questioning of the witness at |
| 14:16:41 | 5 | this time on that subject be made. |
| 14:16:49 | 6 | In addition, since it is we who are asserting |
| 14:16:53 | 7 | the privilege, I propose to be the first to ask the |
| 14:17:03 | 8 | witness questions concerning the document. |
| 14:17:09 | 9 | MR. SCHOEN:  My response is this:  First |
| 14:17:11 | 10 | of all, I would not concede in any regard that |
| 14:17:15 | 11 | these questions and answers would be the ultimate |
| 14:17:18 | 12 | determination, as I believe you put it, as to whether |
| 14:17:20 | 13 | the document is privileged.  And I also believe that |
| 14:17:25 | 14 | we should be able to conduct the examination, since |
| 14:17:28 | 15 | it's our deposition, and go first. |
| 14:17:31 | 16 | I was wondering -- I wanted to ask you two |
| 14:17:34 | 17 | questions if I could, Mr. Hibey.  Obviously, you're |
| 14:17:36 | 18 | under no obligation to answer. |
| 14:17:39 | 19 | MR. HIBEY:  Yes. |
| 14:17:39 | 20 | MR. SCHOEN:  One would be:  When you obtained |
| 14:17:41 | 21 | this document?  And the second would be:  Who has had |
| 14:17:45 | 22 | access to the document and who translated it for |
| 14:17:50 | 23 | Mr. Eustice to make those handwritten notes? |
| 14:17:55 | 24 | MR. HIBEY:  Yes.  I believe this document |
| 14:17:58 | 25 | came into our possession at around the time of the |

| | | |
|---|---|---|
| 14:18:02 | 1 | materials which had been turned over for use. |
| 14:18:07 | 2 | MR. SCHOEN:  Around September 10th? |
| 14:18:09 | 3 | MR. HIBEY:  Yes. |
| 14:18:11 | 4 | Secondly, the translation that is reflected |
| 14:18:17 | 5 | here was part of our attempting to understand this, the |
| 14:18:24 | 6 | content of this material. |
| 14:18:28 | 7 | MR. SCHOEN:  My question was:  Who provided |
| 14:18:30 | 8 | that translation in order for mister -- you said, I |
| 14:18:34 | 9 | believe, those are Mr. Eustice's handwritten notes. |
| 14:18:37 | 10 | MR. O'TOOLE:  We believe they are. |
| 14:18:39 | 11 | MR. SCHOEN:  Yes.  I don't believe Mr. Eustice |
| 14:18:41 | 12 | reads and understands Arabic. |
| 14:18:43 | 13 | MR. HIBEY:  No, I'm not saying he was the |
| 14:18:46 | 14 | translator.  He was the benefit of the translation. |
| 14:18:52 | 15 | And sitting here right now -- |
| 14:18:55 | 16 | MR. O'TOOLE:  I'm not sure about the answer |
| 14:18:57 | 17 | to that, and I wouldn't want to speculate. |
| 14:19:01 | 18 | MR. HIBEY:  I'm not sure I know. |
| 14:19:05 | 19 | Now, I don't think that the fact that this |
| 14:19:09 | 20 | is a noticed deposition on your part justifies your |
| 14:19:20 | 21 | going first and asking questions of the witness, since |
| 14:19:24 | 22 | the burden is going to be on us in court, if it comes |
| 14:19:29 | 23 | to that.  And that's what I meant by the ultimate |
| 14:19:33 | 24 | determination.  If it comes to that, the burden is |
| 14:19:36 | 25 | on us.  So I would like very much to be the first |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

139

| | | |
|---|---|---|
| 14:19:41 | 1 | to inquire of the witness regarding these two pages. |
| 14:20:00 | 2 | MR. SCHOEN:  The concern -- the concern is |
| 14:20:03 | 3 | that leading questions will be put to the witness that |
| 14:20:07 | 4 | really can't be retracted and that the -- |
| 14:20:11 | 5 | MR. HIBEY:  Let me ask you something. |
| 14:20:12 | 6 | Is that your -- now I'm being personal.  Is |
| 14:20:15 | 7 | that your concern? |
| 14:20:17 | 8 | MR. SCHOEN:  Number one, I would never |
| 14:20:19 | 9 | disclose if there were -- I don't know about "ever." |
| 14:20:22 | 10 | I'm not disclosing whether any differences in our |
| 14:20:27 | 11 | team exist, but that's my position. |
| 14:20:34 | 12 | MR. HIBEY:  I'm going first.  This is my |
| 14:20:37 | 13 | burden. |
| 14:20:41 | 14 | MR. SCHOEN:  I don't agree to that.  But |
| 14:20:44 | 15 | I can't stop you, I don't think. |
| 14:20:48 | 16 | MR. HIBEY:  All right.  Let's mark this |
| 14:20:51 | 17 | as Sealed Exhibit Number 1. |
| 14:20:54 | 18 | Is that fair? |
| 14:20:55 | 19 | (Court reporter clarification.) |
| 14:22:57 | 20 | (I. Dahbour Sealed Exhibits 1 and 1A marked.) |
| 14:23:02 | 21 | MR. HIBEY:  You had a question of me, sir? |
| 14:23:02 | 22 | MR. SCHOEN:  Yeah. |
| 14:23:02 | 23 | MR. HIBEY:  Please place that before the |
| 14:23:02 | 24 | witness. |
| 14:23:07 | 25 | MR. SCHOEN:  I just want to ask you a |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:23:07 | 1 | question, if you feel free to respond. |
| 14:23:07 | 2 | Is it your position that this witness |
| 14:23:10 | 3 | generated this document and had it provided to you? |
| 14:23:12 | 4 | MR. HIBEY:  It is my understanding that the |
| 14:23:15 | 5 | witness provided the information that is contained on |
| 14:23:18 | 6 | this document. |
| 14:23:20 | 7 | MR. SCHOEN:  To someone else who then -- |
| 14:23:22 | 8 | MR. HIBEY:  To our investigator, yes, who is |
| 14:23:28 | 9 | part of our -- |
| 14:23:29 | 10 | MR. SCHOEN:  If you insist on going forward |
| 14:23:31 | 11 | and asking your question, go ahead and ask your |
| 14:23:34 | 12 | question. |
| 14:23:34 | 13 | MR. HIBEY:  Sure. |
| 14:23:34 | 14 | I want to show you, Mr. Dahbour, Sealed |
| 14:23:40 | 15 | Exhibit 1 and 1A. |
| 14:23:58 | 16 | CHECK INTERPRETER HAZOU:  Dov, can you raise |
| 14:23:59 | 17 | your voice, please? |
| 14:24:02 | 18 | OFFICIAL INTERPRETER RABINOVITCH:  I will. |
| 14:24:04 | 19 | CHECK INTERPRETER HAZOU:  Thank you. |
| 14:24:04 | 20 | MR. HIBEY:  I'm going to ask you to read it |
| 14:24:06 | 21 | to yourself. |
| 14:25:37 | 22 | First of all, do you recognize that document? |
| 14:25:43 | 23 | THE WITNESS:  (Examining.)  No. |
| 14:25:43 | 24 | MR. HIBEY:  Does it contain -- |
| 14:25:49 | 25 | THE WITNESS:  As a document, no.  As a |

| | | |
|---|---|---|
| 14:25:50 | 1 | document, no, I'm not familiar. |
| 14:25:53 | 2 | MR. SCHOEN:  I would object to any further |
| 14:25:55 | 3 | questions on this document once the witness has said |
| 14:25:58 | 4 | he doesn't recognize the document. |
| 14:26:01 | 5 | MR. HIBEY:  I understand. |
| 14:26:01 | 6 | Your answer was "as a document, no." |
| 14:26:08 | 7 | Do you have any other information to state |
| 14:26:13 | 8 | regarding your understanding of the material contained |
| 14:26:16 | 9 | in that document? |
| 14:26:18 | 10 | MR. SCHOEN:  Objection.  Objection as to form. |
| 14:26:26 | 11 | Vague and otherwise objectionable. |
| 14:26:36 | 12 | THE WITNESS:  Shall I answer? |
| 14:26:38 | 13 | MR. HIBEY:  Yes. |
| 14:26:39 | 14 | MR. SCHOEN:  First of all, I'm not in a |
| 14:26:41 | 15 | position to direct him not to answer.  I don't have |
| 14:26:43 | 16 | that authority. |
| 14:26:44 | 17 | MR. HIBEY:  Please answer. |
| 14:26:48 | 18 | THE WITNESS:  After I read these two pages |
| 14:26:50 | 19 | in front of me, most of the information is available |
| 14:26:57 | 20 | within our security files. |
| 14:27:06 | 21 | There are maybe additional details about |
| 14:27:09 | 22 | his brothers, his sisters.  But he was being with |
| 14:27:19 | 23 | Jamal Al-Hindi and Ra'ed Nazzal, accompanied by. |
| 14:27:26 | 24 | And Rafi Nasura -- he was like a picture by Rafi. |
| 14:27:39 | 25 | His pictures were taken by Rafi Nasura before the |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:27:41 | 1 | operation was conducted. |
| 14:27:43 | 2 | MR. HIBEY:  Okay.  We're going beyond where |
| 14:27:45 | 3 | I want to be. |
| 14:27:46 | 4 | OFFICIAL INTERPRETER AGHAZARIAN:  "We are |
| 14:27:46 | 5 | going beyond where I want to be." |
| 14:27:46 | 6 | MR. HIBEY:  We're not going to stand in the |
| 14:27:53 | 7 | way of your questioning of the witness regarding this |
| 14:27:56 | 8 | document.  We -- we know, as lawyers, how it was |
| 14:28:01 | 9 | created.  And I am telling you that it is a document |
| 14:28:05 | 10 | that was created for us.  But since the witness cannot |
| 14:28:12 | 11 | identify the document per se as a document, then I am |
| 14:28:17 | 12 | afraid we will go forward. |
| 14:28:19 | 13 | MR. SCHOEN:  Thank you, Mr. Hibey. |
| 14:28:20 | 14 | Q.   BY MR. SCHOEN:  Mr. Dahbour, if you would, |
| 14:28:25 | 15 | please, take the first page of that document -- |
| 14:28:30 | 16 | MR. HIBEY:  By the way, the marginalia, we |
| 14:28:33 | 17 | agree, is definitely our work product? |
| 14:28:36 | 18 | MR. SCHOEN:  Certainly.  First of all, it's |
| 14:28:40 | 19 | not readable.  But I certainly wasn't going to examine |
| 14:28:41 | 20 | on it. |
| 14:28:41 | 21 | MR. HIBEY:  You can't read it. |
| 14:28:43 | 22 | MR. SCHOEN:  But we're certainly not going to |
| 14:28:44 | 23 | use that. |
| 14:28:47 | 24 | THE WITNESS:  I don't know English -- I'm |
| 14:28:49 | 25 | reading -- that well. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:28:50 | 1 | Q.   BY MR. SCHOEN:  If you do know English, don't |
| 14:28:52 | 2 | look at what's written in English on the side.  Okay? |
| 14:28:55 | 3 | A.   I'm ready.  Please go ahead. |
| 14:29:08 | 4 | Q.   Tell me -- describe the document for me, |
| 14:29:11 | 5 | starting from the top. |
| 14:29:13 | 6 | MR. HIBEY:  Oh, excuse me.  You just -- you |
| 14:29:14 | 7 | made a very trenchant statement earlier that this is |
| 14:29:19 | 8 | a document he cannot identify. |
| 14:29:22 | 9 | MR. SCHOEN:  No.  I don't mean describe the |
| 14:29:24 | 10 | contents of the document.  I'm asking him to tell me |
| 14:29:27 | 11 | what the document says. |
| 14:29:29 | 12 | Q.   BY MR. SCHOEN:  Tell me what the document |
| 14:29:31 | 13 | says, specifically.  Read the document.  That's the |
| 14:29:35 | 14 | easiest thing.  Read the Arabic on the document. |
| 14:29:44 | 15 | A.   I may read the content in Arabic, but I don't |
| 14:29:47 | 16 | know where this document comes from. |
| 14:29:49 | 17 | Q.   Fine.  I'm not asking you where it comes from. |
| 14:29:52 | 18 | I'm asking you what it says. |
| 14:30:00 | 19 | Redacted |
| 14:30:01 | 20 | |
| 14:30:22 | 21 | |
| 14:30:31 | 22 | |
| 14:30:43 | 23 | |
| 14:30:43 | 24 | |
| 14:30:48 | 25 | |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

163

```
15:07:22    1                                    Redacted
15:07:35    2
15:07:43    3
15:07:49    4
15:07:52    5
15:07:55    6
15:07:57    7
15:08:06    8
```

15:08:19    9              MR. SCHOEN:  Okay.  I don't have any -- I

15:08:21   10    don't have any further questions.

15:08:22   11              MR. HIBEY:  All right.  If you give me a

15:08:23   12    minute to consult, and we'll go from there.

15:08:26   13              THE VIDEOGRAPHER:  Going off the record at

15:08:28   14    3:09.

15:08:29   15              (Recess from 3:09 p.m. to 3:11 p.m.)

15:10:58   16              MR. HIBEY:  All right.  We have no questions.

15:10:59   17              THE VIDEOGRAPHER:  Going back on the record

15:11:01   18    at 3:11.

15:11:03   19              MR. HIBEY:  We still have no questions.

15:11:06   20              We reserve the right to continue to contest

15:11:10   21    the use of the document that was the subject of the

15:11:16   22    discrete inquiry here in the middle of this man's

15:11:22   23    deposition.  And so you are on notice that that's

15:11:27   24    our position.

15:11:32   25              MR. SCHOEN:  Respectfully, we disagree with

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

15:11:34   1    the validity of that position.

15:11:36   2              That's all I have to say.  Thank you.

15:11:39   3              MR. HIBEY:  All right.  I think we're done.

15:11:41   4              MR. SCHOEN:  Now, do we need to discuss

15:11:43   5    housekeeping on the record or not?

15:11:44   6              THE VIDEOGRAPHER:  That concludes the video

15:11:46   7    deposition at 3:12.

15:11:48   8              (Brief discussion held off the record.)

15:14:06   9              MR. HIBEY:  Back on the record.  And it's okay

15:14:07   10   if this is not on the video record.

15:14:09   11             The court reporter will please note that the

15:14:11   12   contested exhibit, Sealed Deposition Exhibit 1 and 1A,

15:14:18   13   will be retained by defense counsel pendente lite.

15:14:29   14             MR. SCHOEN:  And to be consistent, it is our

15:14:32   15   position it should be retained by the court reporter,

15:14:36   16   just our position, as I said earlier.

           17             (The deposition concluded at 3:14 p.m.)

           18

           19

           20

           21

           22

           23

           24

           25

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

165

```
 1              CERTIFICATE OF WITNESS/DEPONENT

 2

 3         I, IBRAHIM DAHBOUR, witness herein,

 4    do hereby certify and declare the within and foregoing

 5    transcription to be my examination under oath in said

 6    action taken on September 12, 2012, with the exception

 7    of the changes listed on the errata sheet, if any;

 8              That I have read, corrected, and do hereby

 9    affix my signature under penalty of perjury to said

10    examination under oath.

11

12

13

14

15    _____  _____

16         IBRAHIM DAHBOUR, Witness              Date

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
1                    CERTIFICATE OF REPORTER

2

3              I, AMY R. KATZ, RPR, do hereby certify:

4              That, prior to being examined, the witness

5     named in the foregoing deposition was duly affirmed by

6     me to testify to the truth, the whole truth, and nothing

7     but the truth;

8              That the foregoing deposition was taken before

9     me at the time and place herein set forth, at which time

10    the aforesaid proceedings were stenographically recorded

11    by me and thereafter transcribed by me;

12             That the foregoing transcript, as typed, is

13    a true record of the said proceedings;

14             And I further certify that I am not interested

15    in the action.

16

17

18             Dated this 15th day of October, 2012.

19

20    _____
      AMY R. KATZ, RPR

21

22

23

24

25
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
 1                         ERRATA SHEET

 2              *** SHABTAI SCOTT SHATSKY, et al., v.

 3               THE SYRIAN ARAB REPUBLIC, et al. ***

 4

 5   Page _____ Line _____ Change _____

 6   Reason _____

 7   Page _____ Line _____ Change _____

 8   Reason _____

 9   Page _____ Line _____ Change _____

10   Reason _____

11   Page _____ Line _____ Change _____

12   Reason _____

13   Page _____ Line _____ Change _____

14   Reason _____

15   Page _____ Line _____ Change _____

16   Reason _____

17   Page _____ Line _____ Change _____

18   Reason _____

19   Page _____ Line _____ Change _____

20   Reason _____

21   Page _____ Line _____ Change _____

22   Reason _____

23
     _____ _____
24        IBRAHIM DAHBOUR, Witness              Date

25
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

**A**

**Abbas** 154:19,20
154:23
**Abdel** 24:8 63:4
64:17 72:11
147:9
**Abdul** 31:4 72:11
143:19 161:24
**Abdullah** 23:18
27:15
**abilities** 66:10
**able** 6:22 65:12
126:7 132:3
137:14 161:22
**above-entitled** 2:2
**absence** 66:24
**absent** 26:6,7
**absolutely** 8:6
124:4
**absorbed** 53:9
**Abu** 24:2 52:3,10
112:12,16 144:19
160:2 162:20
**academic** 38:25
39:1
**accept** 66:9 80:11
**access** 29:2 92:10
92:12,13 137:22
**accompanied**
141:23
**account** 17:10
122:9
**accurate** 78:1
129:14 133:6
**accusations** 96:23
**accuse** 91:7,17
97:14
**accused** 83:24,25
**accusing** 99:2
**action** 1:6 47:5,6
109:7 165:6
166:15
**actions** 109:17,23
**activities** 50:2 51:2
52:18 101:23
108:10,15,20
110:13,13
**activity** 48:12 53:9
53:10 60:21

110:17
**actual** 21:10
**add** 131:5
**addition** 137:6
**additional** 47:5
115:16 118:24
141:21
**address** 21:8,12,20
**Administration**
27:21
**Adnan** 60:6
**advance** 68:14
**advanced** 66:11
**advise** 135:6
**advised** 124:9
**Advocate** 3:7,8,9
**advocated** 112:10
**affiliation** 143:22
148:10
**affinity** 76:11
151:7
**affirmative** 11:8
121:7,9,16
**affirmed** 9:9,14
166:5
**affirming** 120:3
**affix** 165:9
**aforementioned**
146:23,25 147:22
**aforesaid** 166:10
**afraid** 142:12
**agencies** 13:17
**agency** 13:18
**agent** 41:25
149:21
**Aghazarian** 3:5
9:5 10:16,23
13:23 18:23 29:6
29:13 35:18,22
36:1,4,10,14
43:18 45:22,25
46:3,6 50:12
51:9,12 60:23
61:2,14,18 62:5
62:25 63:7 90:6
91:3,20 92:11
96:3 104:21
105:21 142:4
143:24 144:7

145:20,24 146:3
146:6,16,19
147:5 148:2,5,15
149:2,7 151:2
151:15 153:25
157:16 160:15,23
**ago** 158:3 161:5,15
**agree** 51:7 68:1
117:18 119:11,12
119:21 124:13
139:14 142:17
**agreeable** 119:13
**agreed** 123:11
**ahead** 133:12,13
140:11 143:3
**Ahed** 31:4 143:19
161:24
**Ahlam** 147:25
**Ahmed** 58:24
59:18 62:16
111:8,19,22
112:7
**Ahmeds** 59:19
**aid** 137:2
**al** 1:4,7 167:2,3
**Alabama** 2:14
**Albert** 3:5 5:16 9:5
12:20 29:10
40:20 43:17 96:2
152:23
**Ali** 52:3,10 112:12
112:16 144:19
**allegations** 90:25
**allow** 154:8
**allowances** 53:15
**allows** 40:14
**altogether** 97:12
136:13
**Al-Amar** 61:14
**Al-Hindi** 94:9 98:2
98:13 99:7
113:20 141:23
144:24 145:5
**Al-Qelt** 97:17,18
99:12
**Al-Quds** 39:3,4
148:8
**Al-Rai** 55:5,8,12
56:14,21 57:9,11

58:3 59:10,18,25
83:12,18 84:9
96:10 97:4,10
98:15,24 99:6
100:6,11,12,24
101:9 113:17,21
**Al-Rais** 58:16,18
**Al-Rai's** 83:15
84:13 94:24,25
95:10 96:13,17
99:18,25 100:5
100:23
**Al-Souwi** 152:10
**amenable** 127:4
**Amer** 61:20
**American** 2:5
159:7,9,12
**Amin** 82:8,23
**Amman** 7:24
**Amy** 1:25 2:4 5:8
71:11 166:3,20
**analysis** 41:12,13
43:1
**analyze** 44:1
**angle** 150:25
**Anis** 61:24,25 62:3
62:12
**announce** 5:15
**announced** 88:2
152:13,14,16
**announces** 153:6
**annual** 146:25
**answer** 7:3 15:14
43:17 84:15
87:15,16,19,21
102:11 103:9
106:10 110:12
119:2,5,8,24
120:6,25 121:6,8
121:20 137:18
138:16 141:6,12
141:15,17 155:24
**answered** 96:2
109:14
**answers** 137:11
**anticipate** 7:6
**anxious** 71:11
**anybody** 133:20
**Anyplace** 113:1

**anyway** 40:12
78:23 114:24
**apart** 160:24,25
**apartment** 12:22
145:3
**apparatus** 13:19
53:12
**apparently** 120:18
**appear** 77:21
125:1 133:23
**appearance** 5:10
**APPEARANCES**
2:10 3:1
**appearing** 47:24
**appears** 49:10
80:8 94:17
125:25
**applicable** 131:25
**appreciate** 11:22
63:24 116:7
133:17
**approached**
129:11 136:5
**appropriate**
118:16 129:21,25
132:9,10 134:18
136:6,7
**appropriately**
116:14
**April** 53:21 88:1
144:22 147:14
**Arab** 1:7 5:5
153:20 167:3
**Arabic** 3:4,5,6
6:16 9:8,10,10
43:16 46:5 58:17
61:16 65:1,14,17
65:25 66:6,7,20
67:6 68:19 69:2
69:2 84:14 91:2
96:1 125:12,13
135:18 138:12
143:14,15,23
145:18 146:5
148:5,14 151:11
153:23 157:14
**Arabs** 162:19
**archive** 44:4,5,24
45:23

**archives** 17:7
  28:19,23 29:2
  31:11,21 32:2,4
  41:18,22 42:16
  45:1,17,19 46:10
  47:12 48:20 49:3
  49:15,22 57:25
**area** 10:3 11:12
  14:13 21:16,17
  54:14 92:8 162:7
**areas** 14:12 43:11
**argue** 109:11
**arguing** 109:9
**Arieh** 3:10 5:18
**armed** 53:10
**arms** 86:15
**army** 92:6
**Arrabi** 39:20
**arrange** 42:25
**arranges** 49:4
**arrived** 135:6
**arrogant** 144:10
**asked** 21:5 28:6
  37:20 38:20
  85:18 98:6 103:7
  109:13 116:21
  121:18 126:13
  127:18 129:2,9
  129:10 134:15
  156:2 159:14
**asking** 15:16 33:5
  46:17 56:4 88:11
  89:6,16 92:21
  100:20 101:16
  106:13 109:12,21
  110:9 112:3
  129:19 130:15
  138:21 140:11
  143:10,17,18
  149:25 151:24,25
  155:16 156:2
**aspect** 132:15
**asserting** 137:6
**assertion** 68:18
**assigned** 19:2 23:2
**assigns** 26:5
**assistant** 27:1
**assisting** 120:18
  148:19

**associated** 126:11
**assume** 47:9 49:20
  115:2
**assumes** 87:9
**assuming** 115:17
**assure** 135:21
**assured** 118:18,21
**attach** 101:2
**attached** 28:16
**attaching** 44:2,5
**attack** 88:17 89:18
  92:3,23,24 93:1,8
  93:14 95:25 96:7
  96:11,15,22 98:9
  98:14 99:3,8,15
  99:20 114:2
  145:21 146:4
  152:5
**attempted** 132:22
**attempting** 138:5
**attention** 116:8
  133:1 134:16
  135:2,17,19
**attorney** 117:25
**attorney/client**
  128:2
**attributing** 89:4
**auburn** 160:20,22
  160:22
**authorities** 94:3,3
**authority** 83:24
  141:16
**available** 31:10
  47:16,23 48:3
  77:24 116:23
  141:19
**Avi** 3:8 5:14
**Awani** 62:16,16
**aware** 52:20 87:7
  88:20,23,24 89:2
  89:24 102:5,13
  103:7,15,23
  107:25 108:22
  109:22 110:23
  111:22 116:23
  127:24 154:9,13
  154:15,19,22
**awareness** 110:1
**Azun** 11:4,10 12:7

  12:11
**Azzam** 23:20
**A'amar** 61:13,15
**A-u-b-u-r-n**
  160:23
**a.m** 2:7 38:17,17
  71:18,18

──────────

**B**
**B** 4:9,12,15 78:15
  78:16 79:9,12,13
  92:8 114:6,12
**BA** 12:11
**back** 15:4 16:22
  19:16 27:3 38:6
  38:13,18 40:16
  71:15 77:1,5
  80:21 98:5 103:4
  116:6 122:7
  123:4 136:22
  155:1 163:17
  164:9
**background** 7:1
  65:17
**bag** 160:6
**based** 9:17 18:11
  32:8 41:23 47:21
  47:22 162:1
**Bashar** 160:2
  162:20
**Basically** 89:3
**basis** 134:20
  144:13 148:17
  150:16,16
**Bates** 4:11,13,18
  4:20 65:7 69:24
  70:4 71:22 72:1
  78:14 79:4,7,8,9
  79:11 82:3
  114:23 115:4,12
  133:24 155:17
**bathroom** 71:14
**beans** 144:6,8
**beat** 144:11
**began** 108:22
**beginning** 23:20
  23:21 27:13
**behalf** 100:6
  102:16,17

**behavior** 110:4
**belief** 134:19
**believe** 24:19 32:3
  51:25 57:3 69:13
  78:18 80:24
  86:10 87:18
  90:14 99:6
  105:10 108:8,16
  113:8 115:23
  117:10 124:12,19
  124:23 125:2,16
  125:19 126:6
  127:6,17 129:6
  130:6,7 132:1,8,9
  134:2 136:6,7
  137:12,13,24
  138:9,10,11
  152:15 162:24
**believed** 96:5,14
  128:2,7 134:6,17
**bell** 61:22
**belongs** 59:22
**benefit** 134:1
  138:14
**best** 7:3 16:21
  46:13 53:14
  54:21 111:3
**better** 26:24 59:2
  79:3 82:6 117:20
  129:10 132:2
**beyond** 128:16
  142:2,5
**big** 48:11 50:17,20
  50:25 51:3 83:18
  95:13
**bigger** 51:1 52:14
  58:8,10
**Bir** 12:12,15,17
**birth** 77:6 143:20
  149:10
**bit** 19:16 78:22,24
**black** 160:22
**blew** 86:17
**blow** 86:5 87:22
**blue** 125:1
**body** 13:15 76:14
  114:12 147:23
**bodywork** 76:15
**bomb** 86:5,15 87:8

**bomber** 86:4,11
  117:3 150:11
  152:4,18,18,18
  154:17,23
**bombers** 34:8,8
**bombing** 32:10
  34:3,7,18 37:18
  37:24 85:14,22
  86:3,17,20 87:5
  87:24 88:7 95:17
  152:2,5,19,20,25
  153:5,10,21
  154:1,1,10
**bombings** 150:24
  151:1,3,8,20
**books** 46:15
**born** 10:21 143:25
  143:25 163:3
**boss** 47:14,17
**bound** 146:13
**boys** 13:6
**break** 38:2,3,9
  71:4,5,7,9
**brief** 46:5 61:16
  80:20 116:5
  128:25 143:23
  148:14 151:11
  153:23 157:14
  164:8
**Brigade** 52:4,11
  112:13,17
**Brigades** 144:19
**bring** 78:19
  135:19
**bringing** 116:8
**brings** 43:25
**broke** 54:11
**brother** 55:9 147:9
  148:12
**brothers** 141:22
  147:25,25 148:2
  150:4
**brought** 67:14
  77:1 79:25 98:15
  115:9 129:12
  133:1 135:1,16
**building** 22:8,10
  28:24 55:22
**buildings** 54:20

**built** 48:18 147:10
**burden** 138:22,24
139:13
**burdening** 80:17
**business** 40:18
78:8 98:3 122:25

**C**

**C** 4:23 5:1 92:8
**cabinet** 110:24
**call** 7:21 10:15
35:24 54:14
79:11 146:4
**called** 8:14 9:13
18:18 36:20 72:1
114:5
**calling** 82:1,3
114:6
**calls** 109:25
150:14 158:8
**cancer** 147:25
**capability** 65:23
66:14 68:14
**capacity** 53:14
68:13
**captured** 111:6
**car** 76:14,16 77:8
**care** 89:15 150:4
**cared** 145:5
**carefully** 134:4
**carried** 144:22
145:17 146:8
151:23 152:10
161:23,25 163:4
**carries** 39:18
**carry** 26:23 27:19
**carrying** 145:11
152:5
**cars** 76:15
**case** 18:4 26:5
30:18 41:22 47:5
47:8 49:10 52:17
78:10 84:5,11
85:3,5,8,10,13
89:17 90:3,15,20
90:23 91:14
95:17,17 98:1
109:18,19 114:12
125:5,23 126:16

130:3 132:10,18
133:17,18 137:4
158:9 161:22
**categories** 10:1
**cause** 2:2
**causing** 135:17
**celebrate** 150:7,10
154:4
**celebrating** 153:21
153:22
**celebrations** 154:8
**celibate** 76:1 77:6
**cemeteries** 147:24
**cemetery** 148:23
148:24 149:2
**Center** 37:4
**centimeters** 51:18
51:22 160:12
**central** 27:1,1
**certain** 21:16
29:23 39:22
47:15 123:8
**certainly** 66:1
112:2 116:25
121:15 122:11
126:9 127:3,11
129:24 132:11
142:18,19,22
160:6
**certificate** 77:1
165:1 166:1
**certify** 165:4 166:3
166:14
**cetera** 92:8
**chance** 65:14
**change** 16:16,17
102:2 167:5,7,9
167:11,13,15,17
167:19,21
**changed** 15:15
**changes** 167:7
**character** 125:21
125:24 126:1
**characterization**
9:19 103:12
**characterize** 58:2
**characterizing**
116:25
**charge** 19:7,9,13

19:24 20:1 25:4
26:7 48:20 82:8
83:1 85:2 100:3
100:18 112:21
144:19
**charges** 101:5
112:18
**CHARTERED**
2:18
**check** 3:6 5:23
11:23 16:9 33:16
34:24 44:18
49:13 61:18 62:8
63:8,19 65:1
90:9 91:1,3,9
92:9 97:5 105:19
140:16,19 144:2
144:6 146:12
147:4 151:9,13
151:17 152:22
157:10,19,22
160:14
**checked** 31:14
47:20 162:1
**checks** 48:2
**CHEVALIER**
2:18
**chickpeas** 144:4
**child** 34:16
**choice** 91:18 132:8
132:10
**choose** 83:14
**chose** 95:1
**chutzpah** 68:18
**circumstance**
154:22
**circumstances**
121:2
**citizen** 28:1,3,5
**city** 20:8
**Civil** 1:6 27:20
122:24
**claim** 128:13,21,22
128:24
**claims** 152:20,25
153:4
**clandestine** 41:9
**clarification** 13:22
95:22 108:14

127:9 139:19
148:1 149:1
154:2 158:22
**clarified** 95:1,12
**clarify** 26:15 28:15
43:7 92:4 113:13
**class** 76:13
**classified** 105:16
105:18,19,23
106:8,15
**clean** 63:25
**clear** 8:10 20:10
20:14,17 37:21
42:6 66:8 67:4
68:3 79:24 91:15
131:7,11,17
132:24
**cleared** 101:14
**clearly** 65:23
74:16 100:4
118:9 121:24
124:25 151:5
**client** 117:25
118:6 124:18
**closed** 54:8 105:3
105:5,7,11
**closely** 27:3,7
**colleague** 38:7
**colleagues** 116:11
**colloquy** 20:19
63:6,17 135:4
**Colony** 2:5 5:6
**color** 160:18,19
**Columbia** 1:2 2:4
**Combine** 73:23
**come** 24:11 32:17
38:6 45:2 71:15
72:22 94:22
134:22 148:13
159:15
**comes** 48:21
138:22,24 143:16
143:17 153:11
**comfortable** 130:9
136:13
**coming** 8:5,15
24:4 44:14 74:19
**commander** 27:2
**Comment** 43:16

58:17 65:1 84:14
96:1 145:18
146:5
**commits** 152:24
**committed** 151:4
154:9
**committees** 93:4
93:11,20
**committing** 152:1
152:18
**common** 40:13
58:25
**community** 14:24
95:13 96:20
**company** 144:23
**compared** 133:23
**comparison**
114:24
**compensation**
147:8 148:11
**complement**
113:14
**complete** 17:10
31:25 32:5 49:2
**completely** 128:1
**computer** 32:22,24
33:1,5,7,12,24
41:21 42:2,3
47:11 49:6,12
**computerized** 49:9
**concede** 137:10
**concern** 108:6
139:2,2,7 150:8
**concerned** 45:18
145:5 162:3
**concerning** 75:25
118:24 137:8
**concerns** 85:2
**concluded** 164:17
**concludes** 164:6
**concluding** 144:13
**conclusion** 38:12
89:16 133:25
134:22
**conclusions** 47:21
**conduct** 92:19
111:6 137:14
155:7
**conducted** 6:15

28:12 46:23
86:14 88:5 92:17
142:1
**conducting** 147:18
149:22
**confessed** 58:13
82:9 84:2 94:10
95:14 97:23
**confession** 58:11
58:12 82:10,23
94:11,13 97:17
99:7,7
**confessions** 58:8
**confidential**
106:19 126:16
127:3 130:2
**confidentiality**
126:17,19 127:12
130:3 132:12
**confused** 82:17
115:6
**connected** 109:19
**connection** 95:21
99:10,10,11
100:22 111:11
114:11
**consider** 118:2
119:23 136:15
**considering** 114:4
**consistent** 126:18
164:14
**constructed**
147:11
**construe** 132:25
**consult** 119:7
136:24 163:12
**consultants** 121:13
**consulting** 5:20
66:5 128:18
**contain** 17:10
140:24
**contained** 132:16
134:9 140:5
141:8 150:17
**contains** 125:4
**content** 125:22
137:1 138:6
143:15
**contents** 125:15

130:8 143:10
**contest** 163:20
**contested** 164:12
**context** 131:21
**continue** 23:10
76:10 133:4
163:20
**Continued** 3:1
**continuing** 69:9
**contract** 98:17
100:7
**control** 63:13,14
**convenient** 7:21
**convening** 67:2
**Coopersmith** 3:3
5:9
**coordinating** 93:4
93:20
**coordination** 94:2
**copied** 118:25
119:19 120:1,3
120:20 121:3
123:19,20 135:22
136:1
**copies** 73:12 79:3
82:5 115:5
127:19 128:12
129:2,7,10,12,19
130:10,18 131:2
131:4,14
**copy** 79:17 82:2,3
118:18,18 130:12
130:15 135:18
**corner** 121:13
**corpse** 146:10
**correct** 8:1 15:2
17:12,16 22:7
26:8,12,18 27:12
28:11 31:14,19
32:7,23 33:22,25
35:6,9,10,12 40:3
40:19,21 41:2
46:25 47:3 48:9
50:8,15,16 52:2,4
52:12,14,21,24
53:4,24,25 55:13
56:22,25 60:15
66:21,22 67:8
78:20 81:20

82:20,22 87:6,20
87:25 88:8 90:4
90:15 95:2,5
96:15 100:13
101:13 108:24
122:12 127:8,14
149:22 153:16
155:3,22 156:15
159:13 163:1
**corrected** 165:8
**corroborated**
100:10
**Council** 39:20
40:7
**counsel** 4:17,19
5:10 11:15 50:15
70:12 80:5 82:19
119:8 164:13
**country** 28:2
**couple** 127:15
160:25
**course** 16:18 17:20
18:2 30:14 34:13
35:13 48:7 55:16
56:12 60:11
66:11 73:2 74:22
75:24 78:8 82:10
85:12 97:23
106:17,17 110:25
118:2 123:21
124:8 136:16,18
151:2 153:15
159:20
**courses** 12:13
**court** 1:1 2:3 5:8
9:1,3 13:22
63:10 68:15
70:12 83:2 94:15
94:17 95:22
98:23 108:14
127:9 128:23
132:19 138:22
139:19 148:1
149:1 154:2
158:22 164:11,15
**courtesy** 79:18
114:16
**courts** 13:24
**cover** 117:17

**covered** 94:7
**create** 41:2
**created** 17:4 28:13
32:5 42:15 48:6
49:14 116:14
117:24 124:18
142:9,10
**creates** 41:1
**credit** 152:20
153:6,10
**crimes** 39:22
**cross** 41:16
**crossing** 54:9
**currently** 24:1,7
53:14 56:3 76:3
104:5 144:25
148:18
**custody** 119:22
**cut** 92:8 107:18,23

--- **D** ---

**D** 4:1,15,23 5:1
**Dahbour** 1:14 2:1
4:3 5:4 8:25 9:12
9:17 10:12,14,15
10:15,19 27:14
27:15 39:14,15
41:20,22 49:8,9
49:13,21,24 50:5
50:6 65:8 69:25
70:10 71:20
79:13,14 80:23
84:7 103:6
114:10 139:20
140:14 142:14
149:20 165:3,15
167:24
**Dahbour's** 9:20
10:3 70:3
**Daoud** 23:18 60:6
**date** 22:21 72:19
72:21,23 76:5,7
76:21 94:14
143:20 165:15
167:24
**Dated** 166:18
**David** 2:12,12 5:4
5:13
**day** 2:6 5:16 6:2

17:13 18:14
76:23 166:18
**days** 45:1 84:3
97:24 147:23
158:3 160:25
161:4,5,15
**DC** 2:20
**deafening** 120:22
**deal** 44:1 117:3
**dealing** 25:7
**deals** 101:23
**death** 149:12
**December** 22:4
**decide** 83:14
**decided** 44:8 84:18
**decides** 41:16
44:22 47:4
**decision** 7:1 17:23
26:22 41:14
**declare** 165:4
**defendant** 79:2
**defendants** 1:8
2:17 5:23
**defense** 50:15
64:24 70:3 71:24
73:14,16 75:1,5
75:10 78:21
79:10,18 80:5
82:2 83:4,7,12
84:10 98:7
100:16,21 101:1
114:8,13 117:8
117:11,17,23
118:2,4,15
123:19,22,24
124:6 126:4,11
130:21 155:14,22
156:8,15,22,24
158:9,12,16
159:12 164:13
**definitely** 142:17
**degree** 116:23
125:22
**deliver** 129:24
**delivered** 127:22
129:15
**delivery** 124:16,16
**demand** 68:11
**demonstrated**

66:2
**department** 19:8
24:9 25:10 41:12
41:13 44:1,18
48:21 147:12
**depend** 41:9
**depending** 45:5
**depends** 46:16
48:12 52:15
**deposition** 1:13
2:1 5:4 7:6 8:19
66:25 67:2 69:1
70:3 79:12 81:5
126:10,14 127:18
127:20 137:15
138:20 163:23
164:7,12,17
166:5,8
**depositions** 5:19
69:11 118:6,10
**deposition's** 81:9
**deputy** 23:25 25:9
25:17,20 26:1,2,4
26:14,16,20,21
26:24 27:10
**derives** 47:12
**describe** 143:4,9
160:11
**described** 25:17
42:12 48:8 71:21
82:22 124:15,24
**describing** 16:19
111:10
**description** 4:10
4:16 13:10
128:17
**desperate** 151:10
151:16,18
**destroy** 128:11
129:19,25 131:19
131:23
**destroyed** 130:11
**destruction** 132:1
132:7
**detail** 65:11,15
**details** 93:1 141:21
**detained** 41:15
97:20,22 100:2
101:3,7 111:9,11

144:25 147:22
**detaining** 147:15
**determination**
128:23 137:2,12
138:24
**development**
42:24
**dialect** 66:5
**died** 147:25
**difference** 15:14
**differences** 129:17
129:17 139:10
**different** 14:11
15:7 33:8 72:7
89:20 95:11 97:1
97:11 113:9
162:17
**differently** 15:6
**difficult** 23:9 80:1
92:12
**direct** 141:15
**directing** 87:19
**directly** 27:6 84:11
98:20 117:1
**director** 25:9,17
25:20 26:24 27:2
27:4,10 41:13
44:21 47:18,22
**directorate** 147:12
**directs** 87:16
**disagree** 163:25
**disagreement**
66:13 68:9,10
**disclose** 128:13
131:8 139:9
**disclosed** 125:3,23
128:15 131:10
133:7,11
**disclosing** 139:10
**disclosure** 116:20
124:22 128:1,5,6
**discovery** 118:9
**discreet** 11:20
**discrete** 163:22
**discretion** 11:22
**discuss** 122:1
164:4
**discussing** 136:12
**discussion** 80:20

116:5 164:8
**discussions** 8:16
107:20
**dispatch** 77:18
**dispatched** 74:1
**dispatches** 47:17
**disposition** 120:15
**disputing** 128:21
**disseminated**
132:17 145:16,19
145:20 146:1
**distance** 53:10
**distinction** 43:8
**distributed** 123:21
123:25 124:7
130:20 135:22
136:1
**district** 1:1,2 2:3,3
11:13 12:18
25:14 33:19 37:6
37:9 72:15,15
109:20 110:6
**disturb** 6:12 11:21
**disturbing** 6:13
**divided** 113:8
**Dizengoff** 152:8
**doctor** 7:4,16
**document** 66:24
67:24,25 68:6,24
68:25 71:22 72:3
72:4,6,8,19 73:1
75:18,21 76:5
79:15 82:2,7,11
82:21,24 83:3,6
83:14,21 84:8
94:19 114:21,24
115:1,9,16,17,20
115:24 116:22,24
117:7,14,14,21
117:22,22,23,24
118:15,16,19,21
118:22 119:1,11
119:12,19,22
120:3,13 121:4
122:10 124:10,11
124:11,17,18,19
124:20,21,22
125:2,3,6,8,10,12
125:12,14,15,16

125:20,20,20
126:6,9,13,15,16
126:21,22 127:3
127:4,10,24
128:2,11,23
129:20,23,24,25
130:2,7,8,9,10,13
130:15,19,20
131:2,12,19,19
131:22,24,24
132:12,21,23
133:8,11 134:2,8
134:9,17 135:22
136:5,11,12
137:1,8,13,21,22
137:24 140:3,6
140:22,25 141:1
141:3,4,6,9 142:8
142:9,11,11,15
143:4,8,10,11,12
143:13,14,16
149:12,21,24
150:1 155:1
156:3,4,11
162:21,22 163:2
163:21
**documents** 17:9,14
31:9,12 44:13
46:9 50:14,18,21
64:21,23 65:7,7
65:13,15,22
66:12 67:5,9,23
68:12,19,21
69:10,24 70:1
71:25 72:7 73:5
73:10,19 74:8,21
74:25 75:11,13
78:1,13,21 79:10
79:19,25 80:4,12
84:9,19,23 86:23
89:7 90:3,14,20
90:21,22 94:6
95:15,16,24 98:6
98:9,12,15,25
99:14,18,22,24
100:5,15,21,23
100:25 113:11,12
113:15,23 114:1
114:4,6,7,13,18

114:21,25 115:3
115:8,11,12,13
115:19 122:14,16
122:17 123:4,7,8
123:14,18,20,21
124:12,12,13
125:22 126:2,3
127:25 128:7
129:6,7 132:3
133:24,24,25
134:4,4,5,5,12,13
134:14 135:25
136:4 155:13,18
156:7 161:9,11
161:17,19 162:2
**document's**
125:11
**doing** 15:23 42:9
68:14,22 70:1
124:6
**dossier** 17:5,9
28:16,19 40:22
41:5 42:16,25
43:22 44:2,10
45:6,11,14,15,16
45:22,23 46:11
47:16 48:4 49:21
50:19 51:5 57:8
57:9 85:3 86:1,9
90:17
**dossiers** 30:2,4,5
32:23 33:8 41:4
57:13,16,22
83:16 85:24
**doubt** 134:1
**Douri** 61:25 62:3
62:12,14,15
**Dov** 3:4 5:16 9:7
140:16
**Dr** 6:21,23 7:9,11
7:12 8:4,11,15
38:12,22 39:11
**draw** 121:9
**drew** 134:16
**drive** 145:7
**drop** 10:17
**dropped** 12:13
**dschoen593@ao...**
2:15

**duly** 9:9,13 166:5
**duties** 18:25 19:18

**E**

**E** 4:1,9,15,15,15
4:23,23,24 5:1,1
**earlier** 5:20 85:18
94:10 95:12
108:8 113:20
114:5 143:7
164:16
**easiest** 143:14
**easily** 121:3
**easy** 10:18
**economist** 39:5
**education** 76:2
**eight** 147:19
**either** 7:13 31:12
42:10 82:14
134:18
**elaborate** 68:7
**elected** 40:8
**electronics** 108:6
**elementary** 12:10
**else's** 133:21
**El-Adel** 61:5,6
**employed** 13:7
**employees** 23:2
**enforcement** 13:17
13:18 150:2
**engage** 133:4
**engaged** 24:25
47:15 60:20 66:3
**English** 9:9,10
10:17 18:22 29:5
29:11 35:16
66:18 67:5,7
69:2 142:24
143:1,2
**entered** 74:2
**entire** 26:8 40:14
48:2 51:25
**entirely** 7:5
**entitled** 107:3
120:23 126:6
134:23
**entitlement** 131:22
**envelope** 122:15
123:13 129:15

131:14 134:12
**errata** 165:7 167:1
**erupted** 54:11
**especially** 129:21
130:6
**ESQ** 2:12,18,19
**established** 103:21
**establishing**
108:19
**estimate** 8:8 23:9
38:9 47:16 51:15
51:21 104:3,9,12
**estimates** 38:4
**et** 1:4,7 92:8 167:2
167:3
**ethical** 76:17
**Eustice** 116:11
124:25 127:18,20
127:21 129:2,11
137:23 138:11
**Eustice's** 138:9
**event** 32:9,16
75:10 125:14
127:2 132:7
**events** 32:13,17
162:9
**everybody** 30:15
60:20
**evidence** 87:10
100:10 109:1,9
**exact** 22:21 80:4
**exactly** 22:14
50:19 53:18
56:17 57:3 75:6
86:13 156:23
161:4
**examination** 4:5
8:8 10:10 65:9
117:2 120:19
125:18 137:14
165:5,10
**examine** 69:9
115:4 125:15
126:5,8 134:7,10
136:11 142:19
**examined** 9:14
67:23 166:4
**examining** 39:12
72:5 79:23

140:23
**example** 49:20
**exception** 124:24
165:6
**exchange** 46:5
61:16 91:2
143:23 148:14
151:11 153:23
157:14
**excursion** 69:5
**excuse** 5:14 11:15
11:15 69:17
143:6 145:19
**executed** 145:14
147:7
**executing** 154:3
**exhibit** 4:11,12,17
4:19 70:2,7,10
71:21 72:2 78:15
78:16 79:9,12,13
82:17 114:5,6,12
114:12 117:8
126:13 129:23
139:17 140:15
155:17 156:3
164:12,12
**Exhibits** 139:20
**exist** 33:6 139:11
**existed** 113:2
**existing** 85:4
**exists** 108:2
**expect** 47:14
**expected** 47:9
**expenses** 126:11
**expert** 66:5
**expertise** 39:9
**experts** 5:20
128:19
**explained** 133:7
134:21
**explosives** 34:14
**exposed** 30:3
**exposes** 41:13
**expresses** 132:6
**expression** 146:13
**extended** 24:4
**extent** 117:17
128:21 129:5
131:6 132:7

134:21 160:21
**extra** 136:3
**extract** 4:11,12
33:19
**extracted** 162:2
**ex-officio** 29:3,5
**e-mail** 7:8 9:18,19
65:5,6 68:20
**e-mailed** 123:7,14
124:14 129:10

**F**

**face** 47:19 114:25
124:23
**Facebook** 39:16,24
**facility** 66:9
**fact** 32:15 78:24
87:9 89:4,22,23
99:5 101:6
108:25 135:1
138:19 150:6
155:13
**faction** 110:18
**factions** 110:8
**factor** 92:20
**factors** 150:21
**facts** 103:21 109:8
150:2
**factually** 122:13
**fair** 25:23 30:12
77:25 103:12
133:6 134:18
139:18
**fairness** 67:16
**false** 99:7
**familiar** 30:5
39:14 62:18,19
87:13 112:9,12
113:1 141:1
150:23 151:19,25
152:17 153:19
155:2 162:9
**familiarity** 155:4
**family** 13:5 58:9
64:12
**far** 11:14 12:6
16:20 31:24
54:15 60:17
78:10 94:7

160:24
**Faraj** 162:16
**farming** 14:11
**fashion** 116:24
135:20
**fat** 160:17
**Fatah** 110:13,20
**father** 13:2 76:19
76:25 77:9 144:3
144:11 146:24
147:8,22 148:10
148:19
**fault** 20:11,18 21:7
**Fava** 144:6,7
**Fax** 2:14,21
**feature** 41:20
**February** 34:7
37:18 85:16
145:15
**fed** 44:4
**Federal** 122:24
127:5 131:25
**feed** 32:23,24
**feeds** 43:21
**feel** 48:1 64:2
140:1
**feels** 118:15
**fellow** 146:25
147:23
**fellow's** 150:19
**felt** 162:9
**female** 148:6
157:19,20
**field** 41:8 43:9,13
44:15 74:4,5,6,16
74:19 78:6
**Fifteenth** 2:19
**file** 4:11,12 17:4,7
17:8,9,10,18,25
28:6,9,10,13
32:11,14,15
33:20,21,24
34:11,23 36:19
40:14,24,24 41:1
41:2,5,16,24 42:1
42:5,5,14 43:4,4
43:20,24 44:9,13
45:16,18,19,23
46:10,12 47:19

47:21 48:2,8,10
48:11,14,18,19
49:2,2,3,4,11,14
49:18 50:7,9,14
50:14,17,24,25
50:25 51:1,3,19
52:1,13,14,18
58:2,8,10 59:16
60:2,4,17,17,19
60:21 61:11,11
62:12 72:18 73:4
73:6,8,10,17 75:1
75:11 83:8,9,10
83:11,15,18
84:10,13,20,25
85:9,12,21 87:1,4
90:3,13,17,18,19
90:23 91:6,12,12
91:13,16,18,19
91:23 93:6,7,25
94:20,22,23,24
94:25 95:4,8,10
95:19,20,24 96:5
96:6,9,10,13,17
96:19 98:8,24
99:19,23,25
100:6,11,21,23
115:14 117:22
127:21,22,25
155:10,14,19,21
156:1,8 163:7
**files** 31:14,17,20
31:24,25,25 32:3
32:5,8,22 33:2,5
33:12 40:23
46:15 57:20
85:18 89:8,10
95:16 98:7
101:25 114:11
126:3 141:20
162:1
**filing** 78:9
**fills** 18:6,8,9 26:4,6
**final** 17:23 44:6
48:22
**finally** 49:4
**financial** 147:8
148:11
**find** 18:4 31:20

44:12 56:19
93:22 95:16
99:16
**Fine** 81:11 143:17
**fingers** 51:7
**finish** 17:5 38:5
44:23 65:18
133:10
**finished** 12:10
76:12 103:6
**first** 9:3,13 10:12
18:14,16 19:1,6
21:18 35:4 36:2
36:4 38:22 46:24
48:19 50:11 54:9
66:7 70:20 75:18
79:4 82:9 86:16
91:19 92:5 95:3
118:25 119:10
127:14 133:21
134:16 137:7,9
137:15 138:21,25
139:12 140:22
141:14 142:15,18
148:20 156:23,25
157:24 158:4
159:2 161:2,7
162:18
**fishy** 48:1
**five** 23:5 71:9,14
71:14 121:18
**five-plus** 66:2
**flag** 108:18
**floor** 22:11,12
76:20 77:10
**focus** 10:7
**folks** 134:3
**follow** 17:6
**followed** 78:10
**following** 6:15
83:25 162:2
**follows** 78:9
**follow-up** 44:23
45:4 58:7 92:19
110:19
**fooul** 144:5
**forces** 147:15,21
**forcibly** 132:3
**forego** 6:22

**foregoing** 165:4
166:5,8,12
**form** 86:13 87:10
92:7 102:9 112:4
125:21,24 126:1
130:2 141:10
**forth** 9:15 166:9
**forward** 29:20
67:3 140:10
142:12
**found** 31:17 33:23
49:23 51:3 57:20
57:24 99:10,16
102:6,13,18
103:15,25,25
**foundation** 87:11
102:10
**foundational**
150:16
**four** 13:6 51:22
70:7 72:3 73:5
75:1,3,7 76:1
119:25 156:3,5,6
**four-page** 71:22
156:4
**frame** 19:17
**framed** 112:1
**frankly** 6:24 67:20
118:11 120:7
133:20
**free** 64:2 140:1
**French** 46:1
**front** 44:21 59:11
59:12 73:6 94:7
108:19 109:2,3
141:19
**full** 67:14 59:1
75:25 77:4
116:20 122:9
143:19 162:11,15
**fully** 18:1 125:17
130:2,3
**function** 29:7
92:15
**functioning** 92:7
**functions** 26:4
29:9
**funding** 105:14,15
107:13,17,22,23

**funds** 107:21
**funeral** 146:8,11
**furor** 99:1
**further** 67:6 68:7
141:2 163:10
166:14
**future** 117:10
118:14 119:17

## G

**G** 5:1
**gaps** 18:7,9
**garage** 76:16,16
77:8
**gather** 13:19 19:7
37:6 41:10,11
42:9 149:22
**gathered** 41:6,8
43:5,14 46:23
**gathering** 14:22
25:1,8 40:18
42:1 43:9
**gathers** 41:3 42:8
43:12
**general** 13:13,15
15:23 16:19
28:10 42:21 43:2
163:1,8
**generated** 48:6
140:3
**gentleman** 66:4
120:18
**gentlemen** 120:19
**George** 3:6 5:23
80:5
**getting** 8:17 15:20
18:17
**GIC** 97:21 159:14
**girls** 13:6
**GIS** 4:11,12 13:8,9
13:13,17,25 14:8
14:15,16,19,21
15:10,12 16:20
18:13,15,16 19:1
19:18 20:5,7,20
20:24 21:1,8,19
21:24 22:9,17
23:2,15,18 24:14
25:25 26:8 27:7

27:11 28:14,18
28:24 29:24 32:5
37:5 46:19,21,22
48:24 52:1 56:23
57:14 59:16 60:4
60:17 61:11
62:12 72:12,17
74:1,8 78:5,9
84:25 85:9 92:1
92:22,25 93:7,14
97:20,21 111:4
111:11 149:21
159:18,25 161:21
162:5,13,14
**gist** 77:2
**give** 7:3 41:12
51:21 59:6 70:8
72:1 83:7 84:8
84:10 100:15
119:8 126:24
134:1 163:11
**given** 18:12 22:23
41:21 47:1 48:13
49:6 64:4,6
75:14 94:13
103:22 114:22,25
115:1,3 116:13
117:15 122:14
123:3 129:6
134:5,6,13
**gives** 27:18 49:5
132:8
**go** 11:9,14 12:6,13
16:22 34:9 40:16
46:3 51:14 67:3
71:12,14 80:16
90:3,13 98:5
102:20 113:11
116:1,2,2 121:25
133:12,13 137:15
140:11 142:12
143:3 155:1
159:18 163:12
**goes** 47:11 48:2
54:13 69:11
70:18
**going** 8:5,7,7 14:3
15:11 30:25 38:5
38:7,15,18 64:22

65:11 66:17,24
68:7 69:15 71:16
78:17 79:9,11,14
79:16 80:2,18,23
81:3,12 96:18
102:24 103:1
109:24 111:24,25
116:3 122:4,8
132:3 136:2,19
138:21,22 139:12
140:10,20 142:2
142:5,6,19,22
163:13,17
**good** 50:23 73:25
121:1
**government** 53:24
**governorate** 11:4
12:18 20:22,25
21:3,6,6 25:14,21
25:22,25 26:8
27:4,11 110:5
**governs** 130:25
**graduate** 76:24
**grammar** 65:25
**grateful** 135:1
**great** 117:2 125:22
**grenade** 86:16
**grew** 30:6
**group** 115:18
**guess** 81:2 82:1
**guy** 45:9 59:22
62:13
**guys** 160:8

――――――――

**H**

**H** 4:9,15 10:17
**Hafez** 31:5 35:14
35:14,23 36:5,7,9
36:19,24 37:1
40:24 50:10,12
50:13 72:11,11
72:11 85:1,10
86:3,10,20 87:1,8
88:7,17 90:7
117:3 143:20
147:9 149:14
150:3 155:2,8,8
156:8 161:24
**Hafez's** 73:6,17

75:1 87:1 91:19
93:6 95:4,20,23
96:9,10 149:14
155:10,18 156:8
163:7
**hair** 160:19
**half** 18:17 24:10
38:6 51:8,22
**Halim** 24:8
**Haller** 3:7 5:14 6:1
6:3,5,22 63:3,9
63:17 65:15,16
65:24 120:17
122:16 123:12,17
123:18,20 127:18
127:23 129:2,9
**Haller's** 127:22
**Hamas** 39:19,25
39:25 40:2,9
148:18 151:23
152:10,11,12
153:5,6,6
**Hamed** 27:15
**hand** 43:8 81:12
117:17 118:4
**handed** 22:1
118:22 123:12
135:25
**handing** 81:2
**handle** 10:18
**handler** 34:9
**handles** 108:7
**hands** 46:14 47:23
70:16 120:15
**handwriting** 74:15
74:17,20,23,24
75:24 76:8 77:14
77:23
**handwritten** 74:21
75:17 77:24 78:6
124:24 125:1
137:23 138:9
**hang** 131:15
**Hanieh** 24:2
**happened** 17:18
18:1 34:3,10
76:22 77:12
127:15 152:7
**happening** 71:1

**happens** 29:10
44:4 93:10
**happy** 64:1
**hard** 6:6 92:9
134:24
**hate** 7:4 69:17
**Hayeshimadi** 76:4
144:1 145:4
**Hayzedashimadi**
144:2 146:24
149:8
**Hazou** 3:6 5:24
16:9 34:24 61:18
62:8 63:8,19
65:2 90:9 91:1,3
91:9 92:9 97:5
105:19 140:16,19
144:2,6 146:12
147:4 151:9,13
151:17 152:22
157:10,19,22
160:14
**head** 11:8 23:18
25:8,12,18 26:1,2
26:5,5,7,10,14,16
26:17,20,21,21
27:7 28:18 44:22
47:7,10,20 52:3
52:10 62:23 74:7
159:20,25 161:21
162:14
**headaches** 58:10
**headed** 76:13
**heading** 49:19
**headquarters**
24:14,16 98:17
**health** 147:12
**hear** 12:2 20:16
63:11 71:13
103:10 135:12
**heard** 34:17 65:24
108:4 112:14
113:5 148:22
151:1,3,5,22
152:4 153:9,13
**hearsay** 89:4
112:1
**held** 80:20 101:4
111:4 116:5

164:8
**help** 40:15 59:4
63:24
**helpful** 38:13
**helping** 88:4 144:3
**hereinafter** 9:15
**hero** 150:11
**Hibey** 2:18 5:22,22
7:11,16,19 8:1,10
8:15,23 10:6
11:15,18,22 12:2
12:5 30:25 38:8
38:11,20,25 39:2
39:4,7 51:16
63:13,16 64:22
65:18,23 66:21
66:23 67:8,10,16
68:4,10,17,23
69:4,13,17,21
70:5,8,11,13,19
70:24 71:1,4,8,10
78:15,17,25 79:5
80:9,11,16 81:4,8
82:12,17 87:9,20
88:9,13,22 89:1
89:13,20 102:8
102:15 103:20
108:25 109:8,13
109:24 111:24
114:15 115:6,25
116:7 118:17
119:4,7,12,23
120:8,11 121:1
121:10,18,22
122:3,8 123:23
123:25 124:9
130:12,16,18,22
130:24 132:14
133:3,9,12,14
134:24 135:12,14
136:9,13,17,23
137:17,19,24
138:3,13,18
139:5,12,16,21
139:23 140:4,8
140:13,20,24
141:5,13,17
142:2,6,13,16,21
143:6 145:19,22

146:1,7 150:13
163:11,16,19
164:3,9
**higher** 25:17 93:10
93:18 94:4
**Hinde** 97:21
**Hindi** 96:24 97:18
113:17
**hold** 81:16
**holds** 38:9
**home** 39:21 76:25
84:3 97:24
**honor** 154:16
**hope** 59:1 80:13
118:4 123:9
**hotel** 2:5 5:6
158:21,24
**hour** 8:18 38:6,6
**hours** 120:12
135:19
**house** 12:21,23,24
12:25 76:20
77:10 98:16
100:8 103:8,16
103:16,19,19
104:1 144:9
147:9,10,11
**housekeeping**
70:15 164:5
**human** 14:23
**humus** 144:4
**husbands** 55:17
**hypothetical**
150:14

――――――――

**I**

**Ibrahim** 1:14 2:1
4:3 5:4 9:12
10:14 23:19,24
23:24 27:14,15
39:15 41:20,22
49:8,9,13,21,24
50:4,6 165:3,15
167:24
**ID** 27:16,19
143:20 163:3
**idea** 51:3 53:13
104:9
**identical** 81:8

126:1
**identified** 5:20
**identify** 35:25 79:15 125:9,13 129:18 142:11 143:8
**identities** 106:14
**IDF** 83:1,2
**ignorance** 120:14
**illegible** 123:9
**immediate** 17:23 47:25 66:14
**immediately** 17:20 47:11 128:4,5
**implicated** 9:22
**imploring** 121:10 121:12
**importance** 45:5,6 101:2
**important** 44:20 45:13,14 100:2 119:9 125:4 135:5
**impose** 13:20
**imposing** 13:20
**imprisoned** 60:10 61:9 84:4 111:5
**improperly** 125:6
**impropriety** 126:20,22 130:7
**Improving** 61:6
**inadvertent** 115:22 116:9,12 116:16 124:16,22 127:16 128:1,5,6
**inadvertently** 115:2 118:22 131:3
**incarcerated** 61:10 84:1 97:21
**inch** 51:8
**inches** 51:11,13
**incident** 87:24 89:11 97:17 109:7
**incidents** 108:23
**included** 45:14 127:25
**including** 33:9,9 33:15 93:1 126:10
**incoming** 49:23
**incorporate** 32:13
**incursions** 92:6,15 105:9,13
**indicate** 91:6
**indicated** 6:17 90:17 135:9
**indicates** 90:18 100:4 114:25
**indicating** 27:21 46:16 51:5,6 71:23 100:23 115:24
**indication** 67:24 93:7
**indicator** 49:18
**individuals** 85:24
**Indulge** 80:9
**infer** 120:1,6 121:3 121:5 133:5 134:18
**inference** 121:7,9
**inferring** 121:16
**informants** 105:25
**information** 13:20 14:22 19:7 25:1 25:7 31:15 32:1 32:2,25 33:3,17 33:19 37:6 41:7 41:10,11 42:10 42:19 43:6,9,12 43:13,14,20,21 43:23 44:2,8,11 44:14,19,21 45:1 45:2,4,9,13 46:16 46:21,23 47:12 47:23 48:3 49:23 49:25 50:3 52:9 53:19 59:6 65:8 85:23,25 86:8,14 89:4 90:19,22 93:16,23,24,25 98:21 105:16,18 106:2,18,19 110:3 117:1,3,4,6 117:13 118:7,11 125:4,7,17 126:23 128:12,13 128:15,16 131:9 132:16 134:9,11 140:5 141:7,19 149:20,21,25 150:12 156:10 159:15 162:21 163:1,6
**information-gat...** 19:10
**informed** 10:7 30:19 161:21
**inherited** 13:1
**ink** 116:10 125:1
**innocent** 63:23
**inquire** 136:2 139:1
**inquiry** 163:22
**insist** 140:10
**insisting** 132:14
**instance** 44:20 87:18
**institute** 76:23,24 76:24
**instructed** 159:14
**instructions** 18:11
**intelligence** 13:13 13:16 15:21 21:23,24 30:10 40:18 42:1,8,21 49:15 105:24 111:9 153:16
**intend** 8:5 70:14 120:24 126:9 131:20,21
**intended** 115:18 123:17 134:13 150:10
**intent** 134:19 150:18
**intentionally** 67:21
**intentions** 6:1 38:11
**interest** 101:8
**interested** 15:1,20 112:8 166:14
**interesting** 69:5
**internal** 107:19,19
**Internet** 108:5
**interpreter** 3:4,5,6 6:8,11 10:16,22 10:23 11:16,17 11:19,25 12:3 13:23 16:9 18:20 18:23 19:20 20:13 21:11 24:22 29:6,8,13 34:24 35:18,20 35:22 36:1,4,5,10 36:14 40:4 42:4 43:18 45:22,25 46:3,6,6 50:12 51:9,12 60:23,24 61:2,14,17,17,18 61:20 62:5,8,25 63:7,7,8,18,19 65:1,3 82:15 90:6,9 91:1,2,3,9 91:20 92:9,11 96:3 97:5 104:21 105:19,21 140:16 140:18,19 142:4 143:24 144:2,6,7 145:20,24 146:3 146:5,12,15,16 146:17,19,20 147:2,4,5 148:2,4 148:5,15 149:2,7 151:9,12,12,13 151:15,17 152:22 153:24,24 157:10 157:12,15,15,19 157:20,22 160:14 160:15,16,23
**interpreters** 6:16 9:2,3,8
**interrogation** 19:8 19:25 20:1 25:4 42:12 43:8,10 44:16,17 46:23 58:7
**interrupt** 69:18
**interview** 14:25 15:20,25 16:3,5 16:22 17:1,20
**interviews** 15:23 16:24
**Intifada** 54:11
**investigate** 34:1,6 92:2
**investigated** 34:4 36:23 37:1 92:22 155:5
**investigating** 18:3 18:9 19:14 25:24 34:10 43:3 50:6 101:7 150:3
**investigation** 17:19 28:7,12,13 40:17 42:9,11,13 46:9 92:19,25 93:8,10,12,13 103:24 111:6 149:22 152:16 155:7
**investigator** 140:8
**involved** 34:9,18 86:3,20 87:2,5,24 88:4,7,16 89:18 89:25 92:2,22 93:2,2,3 96:14 98:20 108:9,16 108:23 109:7,16 109:23 110:16,18 111:1,3 129:14
**in-law** 59:25
**Israel** 1:15 2:6 5:6 54:9 58:15 76:19 77:9 92:10 145:1
**Israeli** 21:23,24 27:21,24,25 28:3 28:4 52:7 53:8 58:13 90:24 92:6 94:3,15,17 103:19,22 105:9 105:13 147:14,21 152:13,14 153:12
**Israelis** 21:18,19 21:22 22:1,5 55:2,3 58:12 60:10 61:9 84:1 88:1 89:25 91:7 91:17 93:5 97:14 97:22 100:3,18 101:3,7,14 102:23 103:10,15

103:24,25,25
111:5 144:21
146:9 154:7
**Israeli/Palestinian**
93:21
**issue** 92:4 97:10,11
97:13,16,16
101:2 131:20,21
132:19
**issues** 9:22,23,25
10:4,5,8 93:21
97:1 110:4
131:23
**items** 76:1

**J**
**Jabara** 23:21,25
**Jabber** 60:22,23
60:24 61:1,3
**Jaber** 60:25
**jail** 56:21
**Jaljoulieh** 54:5,10
76:16 77:8
**Jamal** 23:21,25
82:8,23 84:1,2
94:9 96:24 97:17
97:21,23 141:23
144:24 145:2,5
**Jenin** 39:18,23
**Jericho** 56:22,24
56:24 58:19
97:19 99:6 111:5
**Jerusalem** 1:15
2:5 5:6
**job** 15:11,12 18:25
19:6,18 24:19
26:19 38:23 41:2
48:24,25 110:4
**John** 116:11
**joined** 14:16,19,21
18:14
**joint** 93:22
**Jordan** 7:24
**July** 10:21 72:20
76:6 147:20
**June** 27:2
**jurisdiction**
154:16
**justice** 61:6 83:25

**justifies** 138:20

**K**
**Kafr** 54:12,14
**Kalkilya** 10:8 11:4
11:5,9 14:13
20:2,5,8,21,22
21:8 22:18 23:3
23:15,19 25:13
25:15,21,22,24
26:8 27:3,4,5,11
28:12,14,17,25
29:23 30:4,6,8,10
30:13 31:11,22
33:20,24 35:6,9
35:12 37:12,14
52:4,21,23 53:1,4
54:2,17,20,23
56:14,15 57:13
58:23 59:14
60:12,15 62:7
76:4,13 77:6
83:23 100:8,9
101:10,11,20
102:6,14 103:8
103:16,19 104:1
104:4,10,17
105:2,7 107:4
108:9,16 109:2
112:25 143:21,25
144:18 145:13
146:9 147:11
148:9 149:6
**Kalkilya-specific**
9:21,23,25 10:4
**Kamal** 147:9
**Karnei** 34:7 37:19
37:24 85:14,21
86:20 87:24 88:7
88:17 92:3,23
93:9,14 95:17,21
95:25 96:6,11,14
96:22 97:13 98:9
98:14 99:4,8,12
99:15 114:2
144:23 145:15
161:24
**Kassem** 54:12,14
**Katz** 1:25 2:4 5:8

166:3,20
**keep** 17:9 28:7
32:11 40:19
63:22 70:8 71:25
126:18 127:3,11
131:15
**keeping** 40:16
132:11
**kept** 28:14,23 32:8
32:22 33:14 41:6
45:20 54:8,12,13
57:1,13 93:24,25
103:8 126:14
146:10
**Kfar** 54:10
**Khaber** 23:19
**killed** 147:23
150:10
**kilometers** 11:12
**kind** 14:20 27:16
38:21 45:9 48:6
51:5 78:18
105:24 108:15
113:19 120:25
134:19,19 146:10
149:20,21 150:1
150:11 161:19
**kindly** 133:1
**kinds** 98:21
**knew** 12:19 24:13
33:14 56:2,10
86:2,19 87:2,5,23
104:16
**know** 6:23,25 8:2
16:20 18:1 21:20
22:14 26:24
29:17 30:2,3,12
30:14,15 31:24
32:16,17,25 34:8
34:11,15,16,17
34:22 35:3,4,4,17
36:19,21 38:8,22
39:8,23 42:24
45:8,20 48:15
49:12 53:6 54:15
54:19,22 55:17
55:19,22 56:5,7
57:1,4,7,22 58:14
58:21 59:4,8

60:11 61:4,8,21
62:17 63:23
64:12,18 65:13
65:21 67:13,20
69:1,3,7,22 70:19
72:5 75:9 79:21
80:7 82:24 83:16
86:12,13,18
87:12,23 88:19
92:1 93:4,13,15
93:17 94:1,15
101:9,16,24
103:17 104:15
105:15 107:9,13
107:16,22 108:2
109:5,6,12,15
111:1,7,16,18,19
112:5,23,25
113:1,4 114:16
119:5,9,24 120:6
120:19 121:8
125:10 133:20,21
138:18 139:9
142:8,24 143:1
143:16 150:2,5,6
150:12 152:3,12
159:7,13,16
162:5
**knowing** 130:9
**knowledge** 9:21
16:21 46:13
53:15 54:21
111:3 113:10
**known** 23:12
35:13 36:22 60:6
62:3,4 104:20,22
144:20
**knows** 47:19

**L**
**L** 4:15
**Lafi** 145:11 147:16
**language** 63:2
66:11 125:11
**large** 22:10,15
58:3 60:19 98:24
**larger** 29:11 58:5
**Latin** 29:14
**law** 2:12 13:17,18

13:20 150:2
159:5,6 160:3
**laws** 14:23
**lawsuit** 89:12,19
**lawyer** 87:15,16
87:19 121:14
157:4,5,6,8,17
158:5,7 159:9,10
159:11,12 160:4
**lawyers** 30:21,23
31:2,7,16,18 32:4
100:16 121:12
142:8 156:22,22
156:24 157:2
158:16 159:19,24
160:9 161:8,8
**leader** 35:11
111:19
**leading** 54:5 139:3
**learn** 34:2 46:8
49:16,17 50:4
69:25
**learned** 15:19,23
17:11 46:21
89:23 128:4
**learning** 15:1
34:10
**leave** 56:14,16
68:8
**leaves** 17:6,6
**left** 38:2 55:2
56:15 58:13
76:24 115:2
**legible** 78:22,24
79:24,25 94:16
123:10
**Legislative** 39:19
40:7
**Leitner** 3:8 5:14
63:18 146:14
**lessons** 66:7
**letter** 4:10 70:14
70:18,19 74:1,9
78:7
**letters** 70:25
**let's** 19:16,17 23:1
42:9 47:9 49:20
54:15,23 68:7
69:5 73:23 80:16

94:6 108:17 113:11 139:16 155:1
**level** 48:12 76:2 93:11,14,15,23 94:4
**leveled** 96:23
**levels** 93:11,18
**Liberation** 109:4
**Lieutenant** 18:21 18:22,24
**life** 11:7 30:8 150:19
**light** 88:23
**limited** 116:22
**line** 162:23 167:5,7 167:9,11,13,15 167:17,19,21
**linkage** 99:13,16
**linked** 144:17
**list** 49:9
**listed** 10:1 165:7
**lite** 164:13
**literally** 36:11
**litigate** 126:20 131:20,21 132:4
**litigation** 66:3 118:14,24 119:17
**little** 19:16 34:16 115:6 144:4
**live** 11:3,4 12:21 60:14 104:4
**lived** 11:5 28:4 30:8 104:10
**lives** 30:13 59:14 60:12 101:11 148:9
**living** 34:13 76:3 77:5 145:2
**loads** 46:15
**local** 119:8
**located** 12:17 21:16,19 24:14
**location** 21:15,15 21:19 149:9
**locked** 99:6
**log** 116:15
**Logically** 55:16
**logistics** 127:19

**long** 7:6 8:8 11:5 57:1 153:17 160:12
**look** 17:18 18:2 31:11 34:12 65:18 72:3 77:19 80:6,25 81:14,17 81:19,21,23 82:5 90:13 91:13 94:24,25 95:10 96:13 98:8 100:21 108:1 131:12 143:2 161:20
**looked** 34:22 36:19 82:16 87:1 87:4 91:12,19,23 95:3,7,23 96:4,9 96:16 160:11
**looking** 80:14 86:23 95:15,24 98:9 122:23
**looks** 17:21 77:25 80:15 149:24
**lot** 58:9
**lots** 144:11
**louder** 12:1
**lower** 76:20 77:10
**lying** 94:12

**M**

**Mahdi** 144:20 145:9 148:16
**Maher** 59:10 83:17
**Mahmoud** 24:7 58:24 64:5,7,10 64:14 143:19 148:9,11
**main** 21:21 24:16 28:19 49:18 52:8 54:5 83:25 92:20 95:14
**maintain** 126:15 130:2 131:3
**maintained** 85:19 104:16
**Majed** 162:16
**making** 98:20

134:20 144:12
**mal** 134:19
**male** 148:6,6 158:19
**Malouhk** 24:7
**man** 26:11 58:14 147:16
**Manala** 54:24,25 55:20 107:11
**manner** 14:23 15:24 126:16,18 127:3 136:5
**man's** 163:22
**Mara'abeh** 24:1
**Margaret** 54:24,25 55:20 107:11
**margin** 125:2
**marginalia** 142:16
**mark** 70:2,14 79:9 81:3 119:11,12 128:20 129:23 139:16
**marked** 4:10,16 70:10 71:21 79:13 117:7,10 118:13 119:15 139:20 156:11 162:22
**marking** 69:19 70:7
**married** 13:6 55:18,19,20 59:23,23 76:2 148:8,10
**martyr** 154:24
**Master's** 12:13
**match** 80:24
**material** 77:24 78:6 106:8 125:4 131:4 138:6 141:8 150:5
**materials** 66:15,18 66:19 67:1 135:7 138:1
**matter** 5:5 50:9 72:16 97:11 98:18 123:21 124:8 132:11 135:1

**matters** 92:4 93:5 107:3 108:7 113:17
**Ma'ath** 24:1
**McAleer** 7:8,20 65:6 67:6 68:20 69:24 78:13 115:11 122:17 123:7,14 124:14 129:9
**McAleer's** 9:18,18
**mean** 10:2 14:4 25:12 28:20 29:5 29:16,16 40:5 41:16 42:11,17 43:22 53:17,22 55:5 59:5,22 62:17 71:23 72:21 85:13 94:2 97:3,7 98:23 105:22 118:1 143:9 148:23 152:3,21 153:2,3
**meaning** 13:10 105:25
**means** 35:17 36:10 61:7 104:19
**meant** 67:22 97:4 124:5 129:3 138:23 148:24
**measure** 44:3 47:25 48:22 51:20
**measures** 44:22 45:12 47:22 110:19
**mechanisms** 37:4
**media** 88:19
**meet** 159:18,23
**meeting** 156:20 157:25 158:5,11 158:14,20 159:2 161:2,7
**meetings** 93:22 158:23 160:25
**member** 59:12 62:6 99:19 100:1 100:4,12,24 101:5,13,17

111:1 112:22 136:2 144:24 153:5
**members** 104:4,10 111:17 123:22,25 124:7 130:21
**membership** 117:4
**memo** 43:1
**memorial** 149:16
**memorialize** 150:18
**memory** 108:19
**mentioned** 6:21 31:8 33:1 34:21 55:7,15 56:10,15 60:14 76:12 91:16 107:10
**mentioning** 23:10
**merely** 92:18
**Meridor** 3:11 5:18
**met** 116:12 156:13 156:13,14 160:3 160:4
**methodology** 89:7
**mid** 19:15
**middle** 146:23 149:17 163:22
**mike** 8:3
**military** 53:8 112:19,22,24 113:2,5 144:18 144:24
**MILLER** 2:18
**mind** 24:11 89:17 99:4,8 133:5,21
**mine** 13:2 160:21
**minister** 110:24
**minute** 38:1 102:3 111:25 163:12
**minutes** 7:23 71:9 71:14,14
**misbehavior** 76:18
**misdemeanor** 76:18
**misheard** 148:24
**missed** 16:10
**misspoke** 124:4 129:1
**misspoken** 67:21

**mister** 55:24 69:16
123:16 138:8
**mistranslated** 97:2
97:8
**mis-said** 97:3
**Mitchell** 3:3 5:8
**mock** 146:10
**Moderate** 160:17
**modus** 37:5 43:2
78:5
**moment** 70:8,12
80:9
**Monday** 30:19
31:19 161:12,13
**money** 53:23,23
**monitor** 110:4,7
110:11,12,14
**monitoring** 110:15
**Montgomery** 2:14
**Monthly** 147:2,3,4
147:5
**months** 19:6 25:1
88:5 92:18
147:22
**Mordechai** 3:7
5:14
**morning** 114:16
122:14 123:12
127:23 129:15
135:7
**motion** 131:22
**motivation** 150:21
**motorcycle** 145:6
**move** 6:20 29:20
**moved** 37:8,10,14
**movements** 50:2
**moves** 37:5 72:15
**moving** 21:14
**Muhammad** 58:21
58:24 59:2,5
60:22 61:2 63:3
63:4 64:5,7,10,14
64:16 98:16
145:12
**Muhammads**
58:22
**multiple** 130:18
**murder** 92:17
110:23 111:2,4

111:12 112:14
148:12
**murdered** 53:19
88:1,5 144:21
147:15 163:5
**murdering** 88:2
**Mustafa** 52:4,10
112:12,16 144:19
**Mvenpick** 158:21
158:21 159:1

_____
**N**
**N** 4:1,23,23,24,24
5:1
**Nablus** 21:21
**Naim** 24:3
**name** 6:24 10:13
10:14 22:8,9
27:14 32:9,11,14
34:11,22,25 35:1
35:3,4,19,21,21
36:2,3,4,6,12,14
36:20,21 39:18
39:24 40:13
49:11 50:11 55:7
58:25 59:1 62:18
62:20 64:1,2,4,5
64:16 75:25 77:4
85:19 143:19
151:20 152:5
157:3 159:8
160:1 162:11,15
162:17,20 163:2
**named** 154:10,16
166:5
**names** 23:14,22
24:11 34:8,25
59:8 62:17
106:15 107:10
111:15
**Narrative** 4:17,19
**narrow** 129:17
**Naser** 145:12
**Nasura** 141:24,25
145:12 147:16
**national** 53:12
**nature** 118:3
126:1 130:6
137:1

**Nazzal** 31:5 34:22
35:2,6,8,11 40:24
40:25 50:24,25
52:3,25 53:3,6,7
53:10 56:11 58:5
58:5,6,21 59:2
63:3,5 64:5,5,7
64:11,17 85:1,8
85:11 87:7,24
88:6,16 89:17
90:18,25 91:23
92:2,17 95:4,21
97:14 112:15,18
112:21 141:23
144:20 147:15
148:17
**Nazzal's** 87:4 90:2
90:13,23 91:12
91:13,23 93:6
95:7,19 96:5,6
**near** 147:11
**nearby** 11:11
**necessary** 79:22
**need** 8:7,8 17:13
38:3 79:5 102:2
115:25 119:23
136:17 164:4
**needed** 30:19
121:23
**needs** 17:17,25
47:6 49:7
**negative** 62:24
**neglected** 18:6
**neighborhood**
144:1 149:17
**neither** 133:6
160:8
**never** 139:8
154:25
**new** 45:1,7 71:5,6
147:10,11,11
**news** 34:15 153:11
**nicer** 46:1
**nickname** 77:4
**nicknamed** 162:19
**night** 6:6,20 7:8
**nine** 11:12
**Noa** 3:11 5:18
**nods** 11:8

**Nonexistent** 76:11
**non-news** 45:9
**non-privileged**
124:22 125:16,21
**normal** 74:22
98:21
**normally** 92:15
**northern** 144:1
**notably** 103:22
**note** 164:11
**noted** 16:14 69:13
69:14
**notes** 16:3 17:1,8
17:14 42:11,13
42:14,14 43:13
43:23 46:24 47:1
48:5 75:17 85:1
116:10 117:17
124:25 125:1
137:23 138:9
**notice** 2:4 9:23,24
163:23
**noticed** 138:20
**notified** 128:6,10
128:17
**number** 4:16,18
4:20 22:15,24
23:8 26:10 27:16
27:18,19,20,23
27:24,25 41:19
41:21,23 49:5,5,6
49:8,10,11,12,22
51:4 70:22,23
71:23,24 72:1
74:10,12 81:17
81:19 82:4 83:22
85:19,25 104:13
120:12 139:8,17
143:20
**numbers** 22:24
23:11 70:4 79:11
104:11 147:24
148:23 149:4
**Nuradin** 60:6
**NW** 2:19

_____
**O**
**O** 4:23,24,24 5:1
**oath** 165:5,10

**object** 66:23 87:10
87:10 88:9,22
102:8 103:20
109:24 111:24,25
112:3 141:2
150:13
**objection** 68:11
69:6,9 102:15
109:1,1,8,10
141:10,10
**objectionable**
141:11
**objects** 87:15
**obligation** 121:20
137:18
**observant** 148:12
**obtained** 137:20
**obvious** 120:11
**obviously** 66:4
132:2 137:17
**occasion** 66:2
126:8
**occasions** 159:21
**occupied** 67:14,17
**occur** 32:13
**occurred** 124:21
152:3
**October** 166:18
**offensive** 120:7,9
**offer** 145:6
**offered** 66:17
**office** 16:23,24,25
20:6,9,20 21:1,3
21:9,18,25 22:5
22:16,18,23 23:3
23:23 25:13,25
26:8,1 27:11
28:14 29:24 30:4
33:15,16 36:23
52:20,23 53:1,4
54:1,17,22 55:1,2
55:14,23 57:14
64:9,10,13 78:18
100:8 101:19,21
102:6,14,18,22
103:11 104:16
105:1,7,11 107:4
107:9,14,17,21
108:9,16 158:25

159:2,4,5,6,9
160:3,4,4,7
**officer** 18:4,9 41:9
41:25 43:3,21
46:21,22 49:16
109:22 150:3
153:16
**officers** 25:24
49:24
**offices** 2:12 20:5,7
20:24 22:13,15
25:7 92:7,14,20
**official** 3:4,5 6:8
6:11,16 9:8
10:16,22,23
11:17,19,25 12:3
13:23 18:20,23
19:20 20:13
21:11 24:22 29:6
29:8,13 35:18,20
35:22 36:1,4,5,10
36:14 40:4 42:4
43:18 45:22,25
46:3,5,6 50:12
51:9,12 60:23,24
61:2,14,16,17,20
62:5,25 63:6,7,18
65:3 78:7 82:15
83:1 90:6 91:2
91:20 92:11 96:3
104:21 105:21
140:18 142:4
143:23 144:7
145:20,24 146:3
146:5,15,16,17
146:19,20 147:2
147:5 148:2,4,5
148:14 149:2,7
151:11,12,15
153:23,24 157:12
157:14,15,20
160:15,16,23
**offshoot** 144:16
**oh** 11:25 16:3 18:8
22:3 24:13 32:3
33:9 35:24 61:8
88:15 111:24
124:2 143:6
145:22

**okay** 6:4,8,10,10
8:20,24 10:12,19
13:12,14 14:3,4,7
15:17,18 18:12
23:1,14 25:2,16
29:10 36:8,17
38:1 42:7 44:7
45:3,15,24 46:2
48:5 50:9 51:17
51:23,25 53:3
54:19 59:2 64:15
64:19 70:19,25
71:13 72:21 73:5
73:22 75:4,13,16
78:4,25 80:2
81:7,7,16,25
84:24 86:19
88:20 90:18
91:19 97:9 98:5
101:22 106:13,18
109:12 113:15
120:10 122:21
136:10 142:2
143:2 152:9
153:13 156:6,10
157:13 158:8
161:7 162:21
163:9 164:9
**old** 10:19,25 11:1
**older** 162:20
**once** 41:11,18
44:23 45:6 141:3
**ones** 79:8
**open** 98:23 104:18
104:19 108:20
148:8
**opened** 147:12
**operandi** 37:5
43:2 78:5
**operate** 42:22
**operated** 54:20
**operating** 54:17
105:1
**operation** 34:14
36:21,24 37:2,17
37:22,23 44:6
47:10,15 86:7,12
86:13,22 88:4,5
89:25 92:16

98:20,22 101:4
142:1 144:22
145:14,16,17,22
145:25 146:2,4,4
147:8,18 152:7
152:11 154:4
161:23 163:4
**operations** 24:9
25:8,9,12,18
26:16,22 27:1,2
28:18 43:25
44:18 47:2,4,7,10
47:20 48:21 74:3
74:3,7 99:13
151:6,22 153:8
**opinion** 110:1
150:14
**opportunity** 67:12
67:18,19 136:23
**opposed** 89:2
**order** 37:10 53:9
68:14 77:1 83:7
109:19 110:5
126:17,19,19
127:12 130:3
132:13 138:8
145:7
**organ** 53:12
152:19
**organization**
110:21 151:21
152:1,6,19,25
153:4,10
**organizations**
151:4 153:20,21
**original** 28:16
79:2,18,22 80:24
81:25 82:1,3
**originals** 78:21
79:5,6 80:3
114:18,23 115:13
115:14,19 122:17
123:6,10,13,19
129:3,4 135:24
**ought** 69:4 117:10
125:17 136:25
**outside** 15:10 21:6
101:8 115:25
**outstanding** 118:9

**owned** 54:19 55:23
**owner** 64:9
**owns** 64:10,13
**o'clock** 8:18,21
**O'Toole** 2:19 5:22
7:12,15 39:3
78:18,20 114:17
115:14,20,22
116:1 117:24
122:11,15,15,18
122:20,23 123:1
123:6,11,17
124:3 127:8,14
129:4,13 130:25
131:5 132:1
138:10,16

---

**P**

**P** 5:1
**PA** 9:22,24 13:25
14:2,4 22:1
27:18 53:9 55:1
58:15 84:4 97:25
99:2 154:6,6,7,8
154:11,16,21
**packet** 78:19
**page** 4:5,17,19
72:7,9 77:15
80:8 81:1,2,13
142:15 148:20
167:5,7,9,11,13
167:15,17,19,21
**pages** 70:7 72:4,6
73:5 74:14 75:4
79:12 80:14,24
80:25 81:8
115:13,15 116:13
135:8,16 137:3
139:1 141:18
148:21 155:17
156:6
**paid** 13:3 53:23,23
**painting** 76:15
**Palestine** 40:6
109:4
**Palestinian** 94:3
109:22 153:20
154:8
**Palestinians** 93:5

**paper** 42:16 46:12
52:2,2 71:24
75:2 76:8
**papers** 28:16
30:20,22 31:1,2,4
31:6,7,7 32:12
47:13 48:3,5,6,14
51:4 155:6,25
160:6
**paralyzed** 92:20
**part** 37:4 48:23
117:21 132:15,25
138:5,20 140:9
**partially** 19:19
24:21
**participated** 86:12
**particular** 32:9
83:21 84:8 85:3
85:5 98:1 120:19
**party** 119:22
128:15 129:24
131:8
**Pasha** 2:5
**passes** 34:19
**paying** 148:17
**payment** 126:11
**pays** 12:25
**penalty** 165:9
**pendente** 164:13
**pending** 2:2 19:19
19:23 24:21,24
56:1 62:22 84:16
**pension** 24:2
**people** 5:18,20
22:17,23 23:12
23:13 31:8,13,15
31:25 32:6 33:1
33:6,10,17 34:21
41:10,10,15
46:14,15 53:8,11
56:10 59:9 60:14
63:21 71:13
77:22 89:24
105:25 111:11
120:16 122:1
149:3 151:6
**performed** 15:12
93:8
**period** 15:6,8,8

22:16 23:1,23
46:20,20 54:15
92:5 104:8,17,23
104:24 116:22
**periods** 56:9
**perjury** 165:9
**permits** 131:7
**permitted** 111:23
126:8
**perpetrating**
97:14
**person** 14:25
15:20 17:4,6,7,11
17:15 32:16
33:21 35:8,14
36:18 37:7 41:1
41:3 42:8,15
43:12 45:5 46:22
46:22,22 47:4,14
48:8,13,15,20
49:1,2,17 52:15
52:16 58:11,13
59:12 60:2,4
61:8 72:13 85:20
89:17 90:19 91:6
95:14 111:8
117:23 136:3
146:23 152:24
154:9 157:6,8
159:23 160:11
162:5,11
**personal** 110:1
121:11 139:6
155:4
**personally** 35:3
93:3 108:1 111:7
133:16,19
**persons** 33:13
106:4
**person's** 32:9 41:2
48:23 85:19
153:3 162:15
**perspective** 136:7
**PFLP** 35:11 52:4
52:10,18,20 53:1
53:3 54:1,16,19
54:22 55:12,15
55:23 56:11
59:12,22 60:3,9

61:9 62:3,5,13
64:10 98:18,19
99:19 100:1,4,7,8
100:13,24 101:5
101:13,16,19
102:6,14 103:8
103:16,19 104:1
104:3,9,16 105:1
105:7 106:3,11
106:20 107:4,25
108:9,16,18,19
108:23 109:4,6
109:15,18,23
110:7,9,11,21
111:1,16,20
112:10,19,22,24
113:3,6,8,10
117:4 143:22
144:16,18 145:16
146:22
**phase** 44:6
**phenomenon**
151:20 152:1
153:19
**photograph** 146:1
150:19
**photographer**
147:16,17
**physical** 130:10
**physically** 41:24
**pick** 77:1 83:21
91:11,13
**picked** 66:6 95:19
**picture** 141:24
145:10,11,12,21
147:17 149:13,14
149:16 150:6,9
**pictures** 141:25
**picturing** 145:10
**piece** 16:10
**pieces** 75:1
**place** 77:6 139:23
143:21 149:6,9
149:15,18,19
157:25 158:12,23
166:9
**places** 92:14
**plaintiffs** 1:5 2:11
9:22 124:1,3,5,8

125:5 130:23
**PLC** 39:19 40:6
**plead** 120:14
**please** 10:12 19:5
20:14 26:15
63:20 64:3 66:13
76:10 102:11,12
133:10 139:23
140:17 141:17
142:15 143:3
152:22 164:11
**PLO** 14:1 27:18
40:3 147:1
154:11,16
**plots** 149:3
**PNA** 40:4
**PNC** 40:4
**point** 6:23 28:15
54:9 56:22 74:22
113:13 127:1
131:5,13 135:3
135:15,15
**political** 39:8
60:21 76:11
108:11 110:8,13
112:9 148:10
151:7
**Politically** 108:13
**Popular** 59:11,12
109:2,3
**position** 23:16
25:16,18,23 26:1
26:2,3,13 27:9
121:23 122:11
134:8 136:9
139:11 140:2
141:15 163:24
164:1,15,16
**positions** 112:9
**possession** 118:20
119:1,14,20
120:13 137:25
**possible** 8:6 18:5
44:25 86:16
127:20
**possibly** 118:14
**poster** 146:23
**posting** 162:8
**practice** 16:20

40:18 42:21
133:5
**precaution** 134:15
**prefer** 70:22
118:17
**preferable** 132:6
**prejudiced** 126:7
**preparation** 29:21
29:22
**preparatory** 12:10
76:13
**prepare** 34:23
**prepared** 76:22
100:19 119:2
120:1 127:21,21
**preparing** 12:12
30:1 156:13
**present** 3:2 26:10
128:22 156:19,24
157:2,8 158:4,14
159:12
**presented** 44:17
44:21 156:22
**preservation**
119:11,13
**preserve** 14:23
**preserves** 49:5
**president** 154:19
154:20,21,23
**pressed** 135:4
**presume** 66:16
**presumed** 89:22
**presumes** 68:5
103:21 108:25
109:8
**pretending** 109:11
**pretty** 6:6 120:21
**prevent** 154:7
**previously** 30:2
118:10
**pre-existing** 125:3
125:20 126:2
**primary** 66:7
150:5,8
**principal** 10:3
41:7
**printed** 67:25
75:19,19 77:13
146:22

**printing** 74:14
82:14
**prior** 166:4
**prison** 53:8 56:23
57:2,5 58:14,15
58:19 97:25
145:1
**prisons** 52:7
**privilege** 116:15
128:7,22 137:7
**privileged** 118:3
118:15 124:17,17
124:21 128:3,8
134:2,17 137:3
137:13
**probably** 121:13
129:7
**probe** 98:19
**problem** 10:16
12:3,4 63:23
76:22 77:12 79:7
**procedure** 44:3
45:5,7 46:18,19
122:24
**procedures** 28:10
44:24 78:9
**proceed** 7:2,2 68:7
71:11
**proceedings** 6:15
11:21 84:19
86:24 87:13
100:22 166:10,13
**process** 40:16 48:7
**produce** 7:23 98:7
**produced** 7:24
8:21 9:18 50:14
117:22 126:3
155:14
**product** 142:17
**professor** 39:2
**promptly** 128:10
128:22
**pronounce** 10:12
63:24
**pronouncing**
62:19
**proper** 14:22
42:25 76:19 89:2
92:7,19

**properly** 15:19
124:20 125:17
**property** 13:1
**proposal** 131:18
**propose** 126:12
137:4,7
**proposed** 129:22
**propriety** 126:20
126:22
**protested** 58:9
76:25
**provide** 73:16
122:9 123:6
127:18 161:8,11
**provided** 31:15,17
32:1 64:23 66:19
67:5 68:18,19
73:14 79:10,17
82:2 83:3,12
87:7 107:13
114:8,13,17,18
115:8,11,11
117:13 118:8,23
135:10,25 138:7
140:3,5
**provides** 75:17
116:24 117:1,2
**psychological**
150:21
**public** 84:5 98:23
108:20,21 110:5
149:18
**publicly** 153:7
**published** 32:12
**pull** 49:16 89:7
90:3
**Pupils** 144:16
**purpose** 117:9
**purposes** 13:11
81:5 89:14 91:13
117:19 118:23
119:11,13,17
**pursuant** 2:4
**pursue** 72:15 93:5
**pursuing** 109:18
**put** 42:1,14 43:20
44:9,24,25 45:11
48:8 56:21 71:5
71:6,24 81:5

89:21,22 119:24
119:25 131:14
137:2,12 139:3
149:3,13,14
150:6
**puts** 41:24 43:3,4
43:23 48:14,15
48:19 49:2
**putting** 44:5 150:9
**p.m** 103:3,3 122:6
122:6 136:21,21
163:15,15 164:17

**Q**
**Qalandia** 37:3,10
72:13 76:3,14
77:7,12,12
144:17
**quarter** 145:4
146:24 147:10
**queried** 101:6
**question** 15:16
19:19,23 20:11
20:14,17 21:4
24:21,24 42:6
45:20 56:1 59:2
62:22 70:13 71:2
84:6,7,16 87:10
87:14,16,17,19
87:21 88:10
89:21,22 102:8
102:12,19 103:20
106:10 109:12,13
109:21 112:4
116:19 118:25
119:10,18,24
120:6,21 121:6
121:14,21 134:25
138:7 139:21
140:1,11,12
150:14,17 155:24
156:12
**questioned** 131:4
**questioning**
134:22 136:25
137:4 142:7
**questions** 15:5,15
89:15 137:8,11
137:17 138:21

139:3 141:3
159:16 163:10,16
163:19
**quick** 77:19
**quickly** 6:20 34:15
34:19 67:10
**quite** 118:11 120:7
**quoted** 130:25
**Quzmar** 24:10

**R**
**R** 1:25 2:4 4:23,24
5:1 166:3,20
**Rabinovich**
151:13
**Rabinovitch** 3:4
6:8,11 9:7 10:22
11:16,17,19,25
12:3 18:20 19:20
20:13 21:11
24:22 29:8 35:20
36:5 40:4 42:4
46:7 60:24 61:17
61:20 63:8,18
65:3 82:15
140:18 146:15,17
146:20 147:2
148:4 153:24
157:12,15,20
160:16
**RACHEL** 3:9
**Rafi** 141:24,24,25
**Rafik** 23:25
**Rahman** 63:5
64:17
**Rai** 54:24,25,25
55:6 82:9 83:10
84:21 96:19,24
97:4 107:11
156:1
**raided** 39:21
103:11
**raids** 103:19
**raise** 11:18 140:16
**raised** 6:22 9:24
96:19 128:21
133:22
**raising** 99:1
108:18

**Ramallah** 8:5,11
12:18 21:1,2
24:8,9,15 26:25
33:15,16,18,23
37:13,14 38:13
72:12,17 74:2,8
77:18 127:20
144:14 145:8
158:1,13,20
**rank** 18:13,16,18
**Ra'ed** 31:5 34:21
35:2,6,8,11 40:25
50:25 52:3,25
53:3,6,7,10,18,20
59:24 85:1,8,11
87:4,7,23 88:6,14
88:16 89:17 90:2
90:12,18,22 91:7
91:12,13,17,22
91:23 92:2,17
93:6 95:4,7,19,20
96:4 97:14
112:14,18,21
141:23 144:20,20
145:9 147:15
163:4
**Ra'ed's** 51:1
**reached** 47:8
**read** 63:1 65:14,17
66:1 67:25 75:16
79:16,21 82:6
112:6 121:3
133:5 135:18,18
140:20 141:18
142:21 143:13,14
143:15 150:1
156:10 162:22,23
162:24 165:8
**readable** 142:19
**reading** 9:19 79:20
96:18 142:25
**reads** 16:6 74:24
138:12
**ready** 7:22 143:3
**realized** 135:8,15
135:23
**really** 38:5 45:18
46:17 65:20
69:18 139:4

**realm** 101:8
**reason** 52:13
78:23 88:2 89:25
95:11,11,12
96:16,18 105:10
125:19 133:21,23
162:24 167:6,8
167:10,12,14,16
167:18,20,22
**reasonable** 128:14
131:9
**reasons** 52:17
110:16
**recall** 19:1 22:17
22:21,22 23:2,15
23:17 56:13,17
56:18 60:20
61:23 111:15
155:16,24 156:23
157:3 158:15
159:8 161:3
**receipt** 68:5
**receive** 66:15
**received** 67:22
74:6 78:21 79:19
123:9 147:8
148:11
**Recess** 38:17 71:18
103:3 122:6
136:21 163:15
**reckless** 144:11
**recognize** 59:7
64:16 72:4 80:14
140:22 141:4
**recognized** 136:3
**reconvening**
126:10
**record** 6:5 15:21
38:15,18 63:11
63:21,22,25 69:8
70:17 71:16,19
80:16,17,18,20
80:21 81:9
102:10,21 103:1
103:4 112:3
116:1,2,3,5,6
121:2,5,24 122:1
122:4,7 124:5
131:1 132:22

135:6 136:15,19
136:22 163:13,17
164:5,8,9,10
166:13
**recorded** 166:10
**recording** 15:22
15:25 122:18,20
**records** 29:23
40:16,19 76:17
85:9
**recruited** 53:9,11
91:7,8 144:15
145:9
**recruiting** 97:15
**redder** 29:17
**refer** 13:13 17:13
36:8,9 37:17
41:19 59:24
**reference** 91:22,24
95:4,20 96:10
149:5,11
**referred** 94:10
154:23
**referring** 15:6
37:18,23 55:10
59:20 63:4 85:5
93:19 98:12
127:7
**reflect** 32:15 72:7
76:7 103:24
117:15
**reflected** 117:14
138:4
**reflects** 81:10
125:16
**refuse** 106:9,13
121:6
**regard** 67:21
137:10
**regarding** 32:5
37:6 93:1 137:1
139:1 141:8
142:7 150:17
**regardless** 32:21
45:13
**regards** 127:11
130:4 132:12
**register** 40:21
**registration** 41:19

**registry** 41:23
**regular** 14:11
40:17 42:21 45:8
46:19 48:23
57:24 78:8
144:12 148:17
**Rehavam** 110:24
**reiterate** 65:12
**reiterates** 77:11
**relate** 9:21 113:16
**related** 31:4,8,12
31:15 33:13
40:12 84:11
96:11 97:16
98:18 128:1
**relates** 85:10
**relation** 77:22
**relatively** 51:5
**release** 39:11
**released** 52:7 53:7
55:1 57:4 58:15
84:3 95:14 97:24
101:14 147:19
**relevance** 99:15
114:1
**relevant** 32:15
44:11 47:13
84:19 86:24
89:11 90:14,20
90:23 95:16 96:6
98:9 99:3,8
110:2 117:2
125:17 127:6
**reliable** 38:4
**religiously** 148:12
**rely** 7:5 50:7
**Remainder** 19:23
24:24
**remained** 58:14,15
58:19
**remains** 119:18
146:18,21
**remarks** 127:1
**remedy** 131:19
132:2,6 136:6
**remember** 17:14
19:5 22:13 23:22
23:25 28:8 50:17
50:19 73:19 75:4

75:6 156:19
**remembers** 43:15
**Reminds** 39:13
**remove** 40:14
**removed** 73:10
**rent** 98:17
**rented** 64:9 98:16
100:7
**repeat** 20:14
102:12
**repeated** 92:6,14
105:9
**report** 42:10 47:10
75:17 76:7,21
117:25
**REPORTED** 1:25
**reporter** 5:8 9:1,3
13:22 63:10
70:12 95:22
108:14 127:9
139:19 148:1
149:1 154:2
158:22 164:11,15
166:1
**reports** 74:5 90:24
91:5 99:24,25
100:9,12,23
101:25 103:18,22
103:24
**represent** 65:5
78:12 114:12,20
**representation** 7:5
10:2 66:10 80:11
119:16 134:23,25
**representative**
39:19 40:2
**representatives**
156:14,14
**represented** 67:6
123:13 132:23
**Republic** 1:7 5:5
167:3
**request** 27:6 49:7
72:10,12,22,23
78:19,23 123:5
123:12 127:22
129:23 136:15
**requested** 27:7
49:25 74:3

100:17,19 159:16
162:3
**requesting** 72:17
128:9 131:1
**requests** 117:25
118:10
**require** 7:23
**requires** 45:4
**resembles** 125:22
**reserve** 163:20
**reserved** 146:9,12
**residence** 143:21
**resolved** 128:14
132:11,19,19
**respect** 6:2 15:16
38:12 66:9 68:5
78:9 121:21
122:10 127:15
128:18 153:11
**respectfully** 106:9
112:3 124:20
163:25
**respond** 133:2
140:1 159:15
**responded** 74:8
**responding** 133:18
133:19
**response** 121:16
127:21 128:25
129:22 137:9
**responsibility**
153:1,4
**rest** 84:9 94:6
113:11,12,15,23
155:25
**restaurant** 76:20
77:10 144:4
147:13 148:19
**resum** 28:17,18,20
43:1 47:13,18
**resums** 33:7
**retain** 118:18
**retained** 4:17,19
118:21,23 119:15
119:17 146:14,15
146:16,17,19,20
147:24 164:13,15
**retire** 24:4,5
**retired** 24:1,2,3,3

**retracted** 139:4
**retrieve** 128:15
131:13
**return** 128:10
131:2
**returned** 123:19
128:11
**reveal** 106:12,14
107:3
**review** 17:25
29:23 31:3,6,7
49:16 57:18
65:14 66:12
74:23 93:6
115:20 124:19
**reviewed** 30:22
33:3,12,20 44:8
48:7 50:13 51:25
57:16 73:8
103:18 114:11
134:4 155:10
**reviving** 108:19
**re-opened** 105:4
107:5,9,14
**re-translated** 56:1
84:16
**rhibey@milchev...**
2:21
**Richard** 2:18 5:22
**right** 8:10,24
10:13 26:13
29:16,19 36:12
36:24 37:19 39:6
39:22,25 43:12
52:19,22 54:1
55:12 66:23
71:15 75:20
83:18,19,20 86:4
91:25 94:5 95:9
95:17,18 96:7
98:11,14 100:1,2
100:14 118:1
120:4 121:22,22
125:2 130:11
138:15 139:16
146:7,13 151:1
155:11 156:17
163:11,16,20
164:3

**rights** 14:23
**right-hand** 116:10
**ring** 61:22
**RJL** 1:6
**road** 2:13 21:21
  54:5,6,7,13
  149:10,17
**roads** 54:12
**room** 2:5 5:12,16
  6:1
**roommates** 145:4
**RPR** 1:25 2:4
  166:3,20
**rule** 28:4 127:6,6
  130:24 131:6,7
  131:25 132:5,8
**rules** 87:13 122:24
  127:5 131:17
**run** 107:21

        **S**

**S** 4:9,15,15,23,23
  4:23,24 5:1
**Saba** 54:10
**Sadiq** 31:4 35:15
  35:19 36:1,5,7,9
  36:19,23 37:1
  40:23 50:12,13
  72:11,11 73:7
  75:1,25 76:22
  77:4,5 85:1,8,10
  86:2,10,19 87:1,8
  88:3,3,7,17 90:6
  90:7,25 91:8,16
  91:20,21 95:3,20
  95:23 96:9 97:11
  97:15 143:19
  145:3,6,7,9
  149:14 150:3
  155:2,8,10,18
  156:8 161:24
  163:6
**Sadiq's** 97:13
**Salafi** 148:18
**salary** 53:15
  146:25 147:3,3,6
**Saleh** 152:10
**Samer** 24:2
**sanctions** 126:9

131:22
**satellites** 145:16
**saw** 39:16 45:10
  91:22 95:4
  100:22
**saying** 5:11 27:24
  117:21 138:13
**says** 16:17 75:20
  75:23 80:7 82:7
  143:11,13,18
**Sa'adat** 111:8,19
  111:22 112:7
**Sa'id** 60:6
**Schoen** 2:12,12 4:6
  5:4,11,13 6:3,4
  6:10,13,19 7:13
  7:17,20 8:2,12,20
  8:24 9:17 10:11
  10:18,19 11:2
  12:6,19,21 13:25
  16:16 18:25
  19:22 20:1,10,16
  20:20 21:13,17
  24:23 25:2 29:4
  29:10,15,21
  30:25 31:2 35:1
  35:2,16,24 36:2,8
  36:12,16,18 38:1
  38:10,14,20 39:1
  39:5,10,13 40:6
  40:10,20,23 42:2
  42:7 43:17,19
  45:24 46:2,8
  50:11,13 51:6,11
  51:14,17,18
  55:24 56:4 58:18
  61:1,5,15,22 62:4
  62:7,10,21 63:1
  63:15,20 64:4,22
  65:5,20 66:19,22
  67:4,9,16 68:8,17
  69:3,7,15,20,23
  70:6,18,22,25
  71:2,5,9,13,20
  78:16 79:1,7,14
  80:10,13,23 81:7
  81:11,12 82:13
  82:20,21 84:15
  84:18 87:12

88:11,14,24 89:6
  89:14 90:2,8,11
  90:12 91:11,21
  91:22 92:21
  95:23 96:2,4
  97:2,7 98:2
  102:3,5,11,17
  103:6,23 104:19
  104:23 105:22
  108:15 109:3,11
  109:15 110:7
  112:6 114:15
  115:10,21,23
  116:2,7,19 118:1
  119:2,5,10,21
  120:4,10,23
  121:5,11,15,20
  121:25 122:8,21
  122:25 123:3,24
  124:2,4 127:10
  128:25 129:8,16
  130:14,17,20,23
  131:18 132:5
  133:2,10,13,15
  133:17 135:11,13
  135:21 136:10,16
  136:18 137:9,20
  138:2,7,11 139:2
  139:8,14,22,25
  140:7,10 141:2
  141:10,14 142:13
  142:14,18,22
  143:1,9,12
  148:22 149:5,11
  150:23 151:19
  153:3 154:1,5
  157:24 158:23
  160:13,19,24
  163:9,25 164:4
  164:14
**school** 11:9 12:6,8
  37:11,15,16
  72:14 76:3,14
  77:7 144:13,14
  144:17 145:8
**schooling** 12:9
**scientist** 39:8
**SCOTT** 1:4 167:2
**scrutinized** 47:20

57:23
**scrutiny** 41:15
**se** 142:11
**seal** 126:14 128:23
**sealed** 117:8,11,11
  139:17,20 140:14
  164:12
**sealing** 118:16
**search** 72:10,18
  74:4,5 75:25
**searched** 102:22
**searching** 98:19
**second** 5:17 16:9
  25:11 74:13
  126:24 137:21
  156:21 158:11
**secondary** 12:11
  144:15
**Secondly** 138:4
**seconds** 102:4
**secret** 52:5 88:3
  105:24 106:8,15
  106:19,21,24
**section** 74:2
**sectors** 19:9 25:7
**security** 9:21,23
  9:25 10:5,8
  13:19 14:18,24
  53:12 72:10,18
  74:3 75:24
  109:21 141:20
**see** 14:20 16:8
  17:18,22 18:8
  27:22 28:1,3
  30:22 31:12,17
  33:16 37:14 41:5
  41:21 57:20 69:5
  77:20 79:8 80:15
  81:1 82:5 91:18
  93:7 96:10
  110:16 115:13
  118:11 126:24
  134:14 148:24
  160:8,9
**seek** 99:9 126:9
**seen** 39:24 72:24
  73:1 108:3 117:5
  117:5 144:23
**select** 84:8 94:25

99:22 100:15,25
**selected** 89:10 90:2
  90:12 94:19 98:6
  98:7,25 99:14
  162:5
**selecting** 95:16
**sell** 144:4
**send** 28:18
**sent** 72:25
**sentenced** 144:25
  147:19
**separate** 43:10
  113:14
**September** 1:16
  2:6 5:6 9:20 52:8
  64:23 65:3 68:1
  69:11 114:19,22
  114:22 115:7,10
  123:8,15 124:14
  135:10 138:2
  143:21 165:6
**sequence** 19:4
**sequester** 127:10
  128:11 130:1
  131:18,24
**sequestered** 127:4
  127:11
**sequesters** 131:8
**sequestration**
  131:7,15 132:6
  132:10,14
**Sergeant** 18:19
**serial** 85:25
**serious** 66:13 68:9
  68:10
**served** 53:13
**service** 159:20
**Services** 13:14
  42:21
**session** 103:7
  156:21,23,25
**sessions** 93:22
  156:17
**set** 9:15 32:14
  135:24 136:1,1
  166:9
**settings** 29:9
**settlement** 145:15
**seven** 57:3 84:4

97:25
**SHABTAI** 1:4
  167:2
**Shaher** 54:25 55:5
  55:5,6,12,19,21
  56:10,14,21 57:9
  58:2 61:13 82:9
  83:10,11,15,16
  83:18 84:2,3,9,13
  84:20 85:10 90:5
  94:11,24,25
  95:10 96:10,13
  96:16,19,24 97:4
  97:4,10,16,18,20
  97:20,23,24 98:2
  98:13,15,24 99:5
  99:18,25 100:5,6
  100:11,12,23,24
  101:3,9 107:11
  113:17,20 156:1
**Shaher's** 94:23
**shakes** 62:23
**Shamasneh** 24:1
**Shanti** 61:24 62:1
  62:2,9,10,11,14
**Shaqbu'a** 7:4,9,12
  7:13,15,17
**sharing** 145:3
**Shatsky** 1:4 5:5
  167:2
**sheet** 73:22 82:8
  83:2 85:2 100:4
  100:18 165:7
  167:1
**she'd** 71:11
**Shomron** 34:7
  37:19,24 85:14
  85:22 86:21
  87:25 88:8,17
  92:3,23 93:9,14
  95:17,21,25 96:7
  96:11,15,22
  97:13 98:10,14
  99:4,8,12,15
  114:2 144:23
  145:15 161:24
**short** 71:3
**shortly** 43:14
**show** 64:21,22

65:22 69:15,25
  71:20 78:12 79:1
  79:3,3,5,6,8,14
  80:2,23 99:19,23
  100:1,6,25 125:8
  136:11 140:14
  144:10
**showed** 114:5
  133:22 155:16
**showing** 68:24
  78:14
**shown** 65:9 68:21
**shows** 68:18 71:3
**shut** 54:6,7 104:25
  105:12,14
**Siblings** 148:4
**sic** 28:17,18 33:8
  40:5 43:1 47:13
  47:18 159:14
**side** 5:13,21 65:24
  68:13 116:11
  119:19 121:11,19
  124:6 133:16,19
  135:5,8,17 143:2
  153:12,13
**sign** 16:10,11,11
  16:12,15
**signature** 165:9
**signed** 98:17 100:7
**significant** 104:13
**signs** 16:7
**Sihan** 148:7
**silence** 120:2,5,22
  120:24 121:9,17
**similar** 125:25
**simply** 117:5
  132:18 133:6
  134:15,22 151:25
**Simultaneous** 63:6
  63:17
**Simultaneously**
  26:21
**single** 28:2
**sir** 8:12 38:14,14
  103:15 108:22
  110:23 111:22
  120:4 139:21
  155:2
**sister** 59:23,24

**sisters** 141:22
  148:3 150:5
**sit** 69:1 120:14
**site** 8:19
**sits** 130:10
**sitting** 7:9 138:15
  158:18
**situation** 43:2 50:5
  130:25
**six** 19:6 25:1
**size** 51:7
**skinny** 160:18
**slightly** 89:20
**slip** 97:8
**small** 48:10 50:24
**smaller** 22:20 58:5
**social** 76:1 101:23
  108:10
**sociology** 12:11
**sold** 147:9
**somebody** 5:25
  39:17 49:6
  121:13 135:17
  152:21
**son** 147:7 162:20
**soon** 8:6,6 44:7
**sorry** 7:16 10:24
  18:23 19:12
  29:12 34:1 36:8
  37:20 40:20 42:7
  54:13 58:18
  62:25 63:10
  88:25 94:9 97:7
  133:12 144:5
  148:25
**sort** 7:21
**sounds** 128:17
**source** 32:18,19,20
  32:21 88:20
**sources** 105:20,21
  105:23,24 106:2
  106:6,11,15,18
  106:19,21,24
  117:4 152:13,14
**so-and-so** 45:10
**speak** 12:1 63:22
  125:24 133:15,15
  161:22
**speaking** 63:11,21

**speaks** 18:3 63:25
  66:5
**special** 41:19
  146:22
**specialize** 93:21
**specific** 22:24 34:5
  85:24 153:8
**specifically** 28:15
  127:5 143:13
  144:19 153:20
**specified** 128:12
**Specify** 59:19
**speculate** 50:22
  93:16 138:17
**speculation** 150:15
**Spitzen** 3:10 5:18
  61:19
**spoke** 36:18 40:24
**spoken** 13:12
**spot** 7:9
**spread** 34:15
  145:21
**square** 149:6,13
**stadium** 154:15
**stamp** 70:4 72:1
  79:11 82:4,18
**stamped** 65:7
  69:24 71:22
  78:14 79:4,8,8,9
  115:5,12 133:24
  155:17
**stamps** 114:23
**stand** 68:6 142:6
**standard** 16:8
**standing** 68:11
**start** 19:11
**started** 5:25 18:17
  19:1
**starters** 50:6
**starting** 18:12
  143:5
**state** 5:10 141:7
**statement** 4:17,19
  15:22 65:19
  143:7 150:17
**States** 1:1 2:3
  68:16
**status** 76:1
**stayed** 24:19 55:4

84:4 97:25
**stenographically**
  166:10
**step** 41:7 115:25
**steps** 41:17 128:14
  131:9
**sticker** 162:23
**stop** 25:11 63:20
  63:20,20 74:13
  139:15
**stored** 105:18
**straightforward**
  120:21
**streamline** 6:6,19
  40:15
**street** 2:19 34:14
  34:16 45:10
  67:17 76:16 77:8
  149:10 150:7,10
  152:8 154:10
**strike** 56:19,20
  156:11
**strong** 132:24
**student** 37:3,5
  72:14 76:2 77:6
**studied** 163:3
**studies** 12:11 47:7
  77:7
**study** 37:10,15
  76:14 144:14
**studying** 72:13
  145:7 148:7
**subject** 8:17 89:12
  89:18 113:4
  116:15 118:9
  125:18 126:17
  127:12 130:3
  132:12 137:5
  163:21
**substance** 125:25
**suffice** 47:24
**sufficient** 65:16,17
**suggest** 67:18,19
  128:20
**suggested** 68:20
  69:24 78:13
**suggesting** 136:6
**suggestion** 132:25
**suggests** 66:6

**suicidal** 86:6 151:5
**suicide** 32:9 34:2,6
  37:18,23 85:14
  85:22 86:3,11,17
  86:20 150:11,23
  151:1,3,20 152:2
  152:4,5,18,19,24
  153:5,10,21
  154:10,17,23
**Suite** 2:13,20
**summaries** 33:8
**summarize** 116:21
**summarized** 74:7
**summary** 28:21
  42:25 47:13,19
  47:24 74:12
  77:13,17,25 78:1
  116:24 117:15
  118:8
**superior** 17:24
  18:11
**supervised** 25:24
**supervising** 19:8
**supervisor** 17:17
  17:21,25 18:8,10
  25:6 44:8 47:1
  74:23 77:17
**supervisor's** 74:12
**support** 112:2
**supportive** 125:5
**suppose** 117:20
**supposed** 76:23
**sure** 8:12 30:16
  53:18,20,22
  67:22 79:24 80:4
  80:10 81:9
  106:23 123:3
  127:16 129:13
  131:10 135:13
  136:10 138:16,18
  140:13
**surprised** 102:19
  103:10 118:11
**surrounded**
  121:12
**suspect** 16:1,6
  17:11
**suspected** 39:22
**Swailem** 6:21,23

7:11 8:4,11,15
  38:12,22 39:11
**swear** 9:2
**symbolic** 146:8
**symmetry** 148:23
**syntax** 65:25
**Syrian** 1:7 5:5
  167:3
**system** 79:21

---

**T**

**T** 4:9,15,23,23,23
  4:24,24
**tab** 82:18
**table** 120:14 122:2
**tackle** 73:23
**tackled** 18:6
**Taibeh** 54:10
**take** 10:2,18 16:3
  23:1 38:2 42:14
  47:25 63:13,14
  69:24 70:16 71:4
  71:5 75:22 77:19
  78:6 81:16 84:8
  118:6 120:2,4
  121:23 128:14
  131:9 132:3,21
  134:8 136:14
  142:15 157:25
  158:12
**taken** 2:2 5:4 44:3
  44:23 45:7 47:5
  47:6 110:19
  126:3 141:25
  147:17 165:6
  166:8
**takes** 41:14 46:24
  47:22 153:6,6
**talk** 38:7 65:25
  75:13 94:6
  121:14 123:1
**talked** 8:17 161:9
**talking** 36:9 46:17
  82:11 84:12 85:6
  88:18 89:3
  122:10 124:10
  133:16 162:12
**Tall** 160:13,14,15
  160:16

**tape** 38:2 71:3,6,6
  102:2
**Taqsin** 61:5,6
**task** 19:2
**taught** 15:21
**team** 123:20,22,24
  124:1,5,8 130:14
  130:21,23 136:2
  139:11 156:15
  158:9,12 159:12
**team's** 117:23
**technical** 16:2
**technological**
  15:24
**Teetan** 23:24,24
  60:7,17
**telephone** 122:22
  158:8
**tell** 5:25 8:5 15:8
  15:17 20:11
  23:14,16 38:3,23
  39:10 41:5 59:3
  59:8 64:1,3
  65:15 72:4,7
  75:20,23 78:10
  80:8 82:6 106:24
  143:4,10,12
**telling** 65:21 115:7
  116:17 142:9
**tells** 16:16 47:14
**ten** 23:7,8 50:21
  75:8 102:23
  103:11 104:14
  158:3 161:4,5
**term** 14:3 45:16
  127:5 131:25
**terms** 126:19
**terror** 151:20
  152:1,19 153:9
  153:19
**terrorism** 110:19
**terrorist** 108:23
  109:7,16,23
  151:4 152:6
  153:20
**testified** 9:14
  67:11,24 89:9
  107:16 108:8
**testify** 30:1,20

34:23 36:20
  109:25 156:13
  166:6
**testifying** 8:11
  30:17 113:20
**testimony** 10:3
  29:22,22 88:12
  89:10 103:13
  108:12 114:10
**text** 80:7,15,15
**Thank** 12:5 21:4
  24:12 50:23 64:3
  65:19 122:3
  140:19 142:13
  164:2
**thick** 51:18 52:18
**thicker** 51:5 58:6
**thing** 14:4 48:16
  77:11 99:17
  113:19,19 131:13
  143:14
**things** 6:6,19
  15:12,15 30:14
  32:12 40:15
  66:12 74:22
  126:20 127:15
  128:25 129:19
  135:21
**think** 6:7 7:24
  12:19 25:17
  29:19 38:5,7
  39:5,7 66:7 67:3
  68:17 71:10
  78:24 79:2 84:6
  90:16 97:3 108:9
  109:9 115:12
  118:20 119:9,23
  120:22,23,24
  121:1 124:13
  125:11 127:6,14
  129:1,2,5,10,13
  129:20 130:24
  131:11 132:4,5
  132:21 134:18
  135:5 136:25
  138:19 139:15
  164:3
**thinking** 89:1
**third** 7:17 76:12

119:22 129:24
**Thirty** 102:4
**thought** 89:11
  98:8 134:3
**thousand** 19:21
**three** 51:12,22
  101:4 111:13
  119:25
**three-page** 156:3
**threw** 86:5,14,16
**till** 46:20
**time** 7:5 8:19 11:6
  15:8 19:17 22:23
  22:25 34:13 43:5
  43:19 46:20,20
  49:1 53:17 67:13
  71:3 72:13 76:4
  92:1,18,18,22,24
  99:19 100:1
  102:7 107:23
  113:2 116:22
  118:19 119:1,3,6
  119:19,20 120:13
  120:25 121:6
  132:18 136:14,14
  136:17 137:5,25
  148:19 153:17
  162:8,18 166:9,9
**times** 102:23
  103:11 119:25
  121:19
**Timothy** 2:19 5:22
**tiny** 46:15
**title** 26:23
**today** 7:18 8:13,21
  8:25 10:3 14:3,8
  14:9 15:3,7,16
  27:9 29:22,23,25
  30:1 34:6 36:20
  40:10 52:24 82:2
  92:24 101:9,11
  104:24 105:1
  115:9 116:23
  118:23 127:19
  129:12 134:12
  161:9
**told** 7:22 8:20
  26:23 30:17
  52:15 72:14

75:18,22 89:23
95:2,3 98:8
114:17 120:5
121:8 123:18
128:5 155:13
159:18,23 161:19
162:12
tongue 97:9
tools 15:24
top 47:24 125:1
143:5
topic 9:24 95:13
113:24,25
Topics 9:22 10:1
total 112:1 114:12
Totally 102:9,9,9
totoole@milche...
2:22
town 11:11 20:23
towns 20:7,24
track 70:9 71:25
trained 14:25
training 14:15,18
14:19,20 37:4
transcribed
166:11
transcript 166:12
transcription
165:5
transferred 26:25
translate 6:9,12
9:9 11:20 62:21
66:14 152:23,23
translated 19:19
19:23 20:19
24:21,24 37:22
62:18,22 67:1
68:12 137:22
148:22
translation 6:7
67:13 138:4,8,14
translations 66:17
67:5,7
translator 5:23
11:23 80:5
138:14 157:7,9
157:11,11,18,19
157:21,23 158:6
158:7,17,18,19

159:10
translators 5:15
transmit 64:2
transpired 122:10
tremendous 68:18
trenchant 143:7
tribunate 13:21,24
tried 99:9 127:1
trouble 68:23,25
77:12 79:20
144:11,12
troubled 117:12
118:5
true 162:25 166:13
truth 166:6,6,7
truthful 36:11,15
try 59:6
trying 11:20 44:12
46:8 63:22 99:16
118:6 133:5
134:24
Tuesday 57:19,20
turn 29:17 71:25
115:18 119:21
turned 67:11
115:19 116:17
131:3 135:7
138:1
turnover 116:12
twelve 8:18,21
two 5:17 8:13
12:13 13:6 19:20
19:22 26:11 31:8
31:13,15,25 32:6
33:1,6,9,13,17
34:21 38:2 43:10
45:1 51:11,12
54:24 55:3,14
56:11 58:16,18
59:19 74:4,7
88:5 89:24 92:4
92:18 97:1 99:13
107:10 113:8
116:12 128:25
135:8,16,21
136:3 137:16
139:1 141:18
156:17,21,24
158:16 160:8,9

160:24 161:15
two-page 115:23
124:10
two-way 67:17
type 44:18 77:18
typed 77:22,23,23
78:7 166:12
typewritten 74:22
Tzadik 36:13
Tzadok 36:13,16
50:11
Tzomet 54:14

U
U 4:23,23
Uh-huh 19:16
uh-oh 29:15
ultimate 137:2,11
138:23
unanswered
119:18
unclear 48:1
undercover 41:10
underlying 117:13
125:7 126:23
undermine 110:5
understand 7:7
8:21 45:19 65:16
66:13 68:4 79:17
79:19 80:3 88:6
88:14,16 89:3
101:15 103:9
107:17 112:16
116:16 117:14,20
118:2,8,14 121:2
121:24 122:9
123:5,11 124:15
126:2 129:8
138:5 141:5
145:23 150:20
160:3
understanding 8:4
89:9 123:16
140:4 141:8
understands 66:1
118:5 138:12
understood 8:16
39:7 84:6 122:16
135:24

unfair 99:2
unfortunately
135:3
Union 144:15
unit 70:7 108:7
United 1:1 2:3
68:15
units 19:10,14
University 12:12
148:8
unjust 99:2
unnecessarily
29:16
update 49:25
updated 50:3
uproar 83:24
95:13 96:19,21
96:21 98:1 99:1
99:5
use 14:3 49:20
66:24 67:1 70:22
70:25 88:22
111:23 128:13
131:8,16,17
138:1 142:23
163:21
usual 78:5
usually 87:14
162:19

V
v 1:6 167:2
vague 102:9,9
141:11
validity 164:1
various 19:9 25:6
vary 22:25
versus 5:5
video 164:6,10
videoconference
8:13,14
videographer 3:3
5:3,9 9:1 38:15
38:18 71:16,19
80:18,21 102:2,4
102:20,24 103:1
103:4 116:3,6
122:4,7 136:19
136:22 163:13,17

164:6
videotape 5:3
Videotaped 1:13
2:1
view 116:25 118:7
134:1
violations 76:17
violence 110:18
111:23
violent 108:23
109:7,16,23
110:16
visit 102:1
visited 148:16
visits 148:18
vocabulary 29:11
vocational 37:3,11
37:16 72:14 76:3
76:14 77:7
144:14,17 145:8
voice 11:18 140:17

W
W 4:24
Wadi 97:17,18
99:12
wage 118:24
Wahid 64:16
Wait 34:24 111:24
waiting 7:10
walking 45:10
want 12:1 20:16
23:10 29:19 34:1
34:2 41:19 49:21
50:4,22 59:7
64:1 65:10 68:3
70:15 71:4,20
93:16 120:19
131:11,16 138:17
139:25 140:14
142:3,5 149:22
150:2,12
wanted 6:25 27:3
27:5 34:6 39:13
55:2,3 56:19
126:25 134:10
137:16 144:10
wants 11:23 12:2
16:11 117:9,11

117:17
**warrants** 74:5
**Washington** 2:20
**Wasif** 63:4
**wasn't** 6:5 20:10
28:4 36:22 84:6
92:18 93:3 96:16
129:14 133:18
142:19 159:11
**waving** 145:13
**way** 14:8 32:8
37:17 40:17
42:22 62:19
72:25 86:19
92:15 97:18
112:1 116:20
117:16 142:7,16
149:23,24 162:11
**ways** 14:23
**weapons** 86:6
102:5,13,17,18
103:8,16 104:1
145:11
**website** 107:25
**Wednesday** 2:6
**week** 67:15 76:21
161:1,13
**WEISAR** 3:9
**well-known** 35:8
52:6,9 55:13
84:5 149:19
**went** 6:4 76:25
84:3,13 97:23
100:20 144:13,13
151:7
**weren't** 69:7
**we'll** 13:13 38:2
68:8 70:2,25
71:9,15 79:21
80:11 81:4,9
132:4 163:12
**we're** 7:22 8:7
36:9 37:18,23
38:5 63:3 80:17
82:3,11 88:18
89:3 114:6
122:10 124:10
126:7,8 130:1,5
132:2 136:6

142:2,6,22
162:12 164:3
**we've** 5:11 13:12
56:10 66:3
116:22 118:6
119:16 120:12
132:22 135:4
136:12,23 161:9
**whatsoever** 112:2
**white** 160:18
162:23
**willing** 51:14
117:16 121:15,25
129:22 130:1,5
131:23,24
**wing** 112:19,22,24
113:2,5 144:18
144:24
**wings** 113:9
**wish** 118:24
**wished** 150:18
**withdrew** 58:12
94:11
**withheld** 125:6
126:21
**withholding** 130:8
**witness** 4:2 7:17
8:24 9:2,13 10:7
10:25 11:8 16:14
18:22 19:24
21:14 24:25 36:7
40:8,21 42:6
43:16 46:7 51:6
56:2 58:17 61:4
61:21 62:23,23
65:22 67:23
68:15,21,24
78:14 84:14,17
88:10,11 89:5,6,7
89:9,10,15 91:4,5
92:13 96:1 97:6
97:10 102:16,22
102:25 109:2,10
109:19 110:1,3
112:5 115:4
125:9,9,10,13
126:5,8 133:22
134:10 136:11,11
137:2,4,8 138:21

139:1,3,24 140:2
140:5,23,25
141:3,12,18
142:7,10,24
143:24,25 144:3
144:9 145:18
146:8,22 147:7
148:7,15,16
149:9 150:20
151:14 153:2,25
154:3 157:16,17
157:23 160:17
165:3,15 166:4
167:24
**witnesses** 6:2,20
8:13 13:12 69:10
**WITNESS/DEP...**
165:1
**wives** 107:11
**woman** 157:11,11
157:12,23 158:5
158:7 159:10
**women** 54:24 55:3
55:14 56:11
**wondering** 137:16
**word** 29:14 34:19
35:16 38:13
45:21 46:1,1
61:7 64:2 88:13
88:22 89:2 97:3
108:10 148:22
**words** 37:22 63:24
116:13
**work** 13:8 14:10
15:3,10 27:3,5,7
30:10 53:6 67:14
74:1 79:21 84:25
92:14 124:6
142:17
**worked** 6:5 14:8
14:12 23:15 53:3
55:14 77:8
**worker** 14:12 77:9
**working** 21:23,24
22:17,23 23:23
24:7,8 54:22
59:3 105:12
**works** 14:11 76:15
76:18,19 147:13

**wouldn't** 6:12
134:13 138:17
150:12
**writing** 16:2 91:6
**written** 82:14 85:3
85:23 111:23
112:6,7 125:11
125:12,13 143:2
**wrong** 78:20 87:20
95:2 122:13
**wrote** 7:8 65:6

**X**
**X** 4:1,9,15

**Y**
**yeah** 5:11 6:12
11:19 29:15
40:10 43:23
46:17 62:15,15
80:13 119:4
139:22 149:11
157:21,23 162:15
**year** 18:17 24:10
24:22 56:14,16
56:17
**years** 10:25,25
11:2 53:13 54:23
57:3 66:3 84:4
97:25 101:4
144:25 147:19
**yesterday** 6:22
57:19,23 65:12
67:23 69:8,8,14
78:19 116:12
123:5 127:17
**yesterday's** 8:16
**young** 11:2
**Yusef** 55:7,8,12,18
55:21,24 56:11
56:14,21 57:11
107:12

**Z**
**Zaid** 55:23,25
64:13,14 77:5,5
98:16 100:7
**Zakarneh** 23:20
**Za'arur** 24:8
**Zeit** 12:12,15,17

**Zelda** 2:13
**Zeydashimadi**
147:10 149:6,17
**Ze'evi** 110:24,24
111:11
**Ziad** 24:10
**Zumari** 24:3

**0**
**07:000051** 4:11
**07:000054** 4:11
**07:000063** 4:13
**07:000067** 4:13

**1**
**1** 4:17,17 139:17
139:20 140:15
164:12
**1A** 4:19 139:20
140:15 164:12
**1st** 10:21
**1:02-CV-02280**
1:6
**1:25** 116:4
**1:26** 116:6
**1:35** 122:5,6
**1:45** 122:6,7
**10** 4:6 9:24 10:2
114:19,22 115:10
123:15 124:14
**10th** 9:20 64:23
65:4 69:12 115:8
123:8 135:10
138:2
**10:27** 38:16,17
**10:42** 38:17,19
**100-6** 2:13
**11:36** 71:17,18
**11:46** 71:18,19
**12** 1:16 5:6 114:22
165:6
**12th** 2:6
**12:05** 80:19
**12:06** 80:22
**12:48** 103:2,3
**12:59** 103:3,5
**139** 4:18,20
**15** 27:23
**15th** 166:18
**16th** 145:15

**17** 115:13,15
**180** 160:12
**19** 46:20
**1983** 143:21
**1990s** 52:23
**1995** 13:8 14:7,10
15:3,6,15 18:12
22:16 42:23
**1998** 19:17 23:1,15
54:16,23 56:9
104:8 106:20
108:17 112:23
**1999** 23:19 52:8

**2**
**2** 4:19
**2nd** 72:20
**2:05** 136:20,21
**2:16** 136:21,22
**20** 66:7
**20th** 147:20
**2000** 46:20 54:11
56:7
**20005-5701** 2:20
**2001** 23:20 57:6,6
57:7 72:20 76:6
**2002** 19:17,22 23:1
23:16 34:7 37:19
53:19 54:16,23
56:2,7,8,9 85:16
88:1 92:5 104:8
104:17 105:6,6,8
106:20 107:18,23
108:17 112:23
144:22 145:16
147:14
**2004** 19:15 23:21
25:3
**2005** 21:15 22:16
22:19,22 23:21
24:20,23 100:3
**2006** 25:8 40:8
**2007** 147:20
**2008** 25:8 104:25
105:3,3,8 107:5
107:14
**2010** 49:24 50:1
100:3
**2011** 26:25

**2012** 1:16 2:6 5:7
9:20 27:2 50:1
114:19,22 123:15
124:14 165:6
166:18
**202** 2:21,21
**21** 143:21
**26** 127:6 144:25
**26th** 144:21
147:14
**26(b)** 122:24
**26(b)(5)(B)** 127:7
**2800** 2:13

**3**
**3** 9:22 10:1
**3:09** 163:14,15
**3:11** 163:15,18
**3:12** 164:7
**3:14** 164:17
**30** 7:23
**30(b)(6)** 110:1
**334** 2:14
**36106-3700** 2:14
**395-6611** 2:14

**4**
**4** 9:22 10:2
**40** 84:3 97:24
**440** 49:8,10,22
**45** 7:23

**5**
**5th** 68:1
**50** 83:22
**51** 10:25 11:2 65:7
69:25 70:4 72:2
72:9 75:22 114:4
115:12 155:17
**52** 10:25 70:4
73:22,23 74:14
74:18,19 75:23
77:2,21 78:1,3
**53** 70:4 73:23
74:14,19 77:3,21
78:2,3
**54** 65:7 69:25 70:4
72:2 74:11,12,14
77:15,16,25
114:4 155:17

**591-7586** 2:14

**6**
**61** 10:22,23
**62** 82:11 84:22
**626-5800** 2:21
**626-5801** 2:21
**63** 78:14 79:10
81:14 82:12,13
82:13,14,19,20
82:22 83:22
84:22 94:7,9
113:16,23 114:6
**64** 81:17 84:22
94:8,9 113:13
**65** 81:19 113:13
**655** 2:19
**66** 81:21
**67** 78:14 79:10
81:23 113:16,16
113:23 114:7
115:12

**7**
**70** 4:11
**71** 10:21
**79** 4:13

**9**
**9** 76:6
**9:29** 2:7
**900** 2:20
**909195547** 27:17
**917** 2:14
**922361217** 143:20
**95** 21:15 22:4,19
22:22
**98** 19:22 23:18
104:17