# Exhibit H

# EXHIBIT A

798192.1



**GEOTEXT**
Translations, Inc.

|                          |     |    |
|--------------------------|-----|----|
| STATE OF NEW YORK        | )   |    |
|                          | )   | ss |
|                          | )   |    |
| COUNTY OF NEW YORK       | )   |    |

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Arabic into English of the attached statement from the Palestinian Liberation Organization, dated October 22, 2001.

Ewelina Jarzynska, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 17th day of July, 20 08.

KRISTEN D. PLONKA
Notary Public, State of New York
No. 01PL6121852
Qualified in Queens County
Commission Expires January 31, 20 09

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

# Palestinian Liberation Organization

Palestinian National Authority
The Palestinian Supreme Council
on National Security

Number:

Date: 10/22/2001

1. The Palestinian Supreme Council on National Security has decided to consider the military wing of the Popular Front for the Liberation of Palestine as "a suspect and illegal group."

2. All security agencies must execute this directive and comply with its contents.

Yasser Arafat
Chairman of the Executive Committee of the
Palestinian Liberation Organization
President of the Palestinian National Authority
Commander-in-Chief of the Security Forces





الرقم :

التاريخ :   22 /10 /2001م

أولا.   يقرر المجلس الأعلى للأمن القومي الفلسطيني اعتبار الجناح العسكري للجبهة الشعبية لتحرير فلسطين " مجموعة مشبوهة وخارجة عن القانون " .

ثانيا.   على كافة الأجهزة الأمنية تنفيذ هذا القرار والعمل بمضمونه.

ياسر عرفات
رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية
رئيس السلطة الوطنية الفلسطينية
القائد الأعلى لقوات الأمن