UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, et al.,<br><br>                                Plaintiffs,<br><br>-against-<br><br>THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY,<br><br>                                Defendants. | Case No.: 18-cv-12355 (MKV)(DCF)<br><br>**PROOF OF SERVICE** |

      I hereby certify that I am one of the attorneys of record for Defendants in this action and that on August 25, 2021, I caused the attached Notice of Constitutional Challenge to be served via certified mail, tracking number 7018 0040 0000 4788 4270, on the U.S. Attorney General at the following address:

U.S. Department of Justice<br>
Office of the Attorney General<br>
950 Pennsylvania Avenue, NW<br>
Washington, DC 20530-0001

                                                  */s/ Gassan A. Baloul*
                                                  Gassan A. Baloul (GB-4473)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY, <br><br> Defendants. | Case No.: 18-cv-12355 (MKV)(DCF) <br><br> **NOTICE OF CONSTITUTIONAL CHALLENGE** |

Pursuant to Rule 5.1(a)(2) of the Federal Rules of Civil Procedure, Defendants Palestine Liberation Organization and the Palestinian Authority hereby notify the Attorney General of the United States that they have challenged the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA") (codified at 18 U.S.C. § 2334(e)), arguing that it cannot be applied to establish personal jurisdiction over them in this case without violating, *inter alia*, the Due Process Clause of the Fifth Amendment to the U.S. Constitution and the separation of powers doctrine. *See* ECF No. 116 at 1-24.

Dated: August 25, 2021

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Gassan A. Baloul*
Gassan A. Baloul (GB-4473)
gassan.baloul@squirepb.com
Mitchell R. Berger (MB-4112)
mitchell.berger@squirepb.com
2550 M Street NW
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

- 2 -

        Joseph S. Alonzo (JA-1378)
        joseph.alonzo@squirepb.com
        1211 Avenue of the Americas, 26th Floor
        New York, New York 10036
        Telephone: (212) 872-9800
        Facsimile:  (212) 872-9815

*Attorneys for Defendants Palestine Liberation Organization and Palestinian Authority*