

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ABBE DAVID LOWELL**
Partner
(202) 282-5875
adlowell@winston.com

September 6, 2021

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court for the Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007
(212) 805-0200

Re:   *Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al.*,
No. 1:18-cv-12355-MKV-DCF

Dear Judge Vyskocil:

We represent Plaintiffs in this action. By order dated June 25, 2021, your Honor set the following revised briefing deadlines for summary judgment motions: Defendants shall file their dispositive motions by August 20, 2021; Plaintiffs shall respond by September 20, 2021; and Defendants shall reply by October 6, 2021.

Several key members of Plaintiffs' team will be unavailable over the next few weeks in light of the Jewish holidays of Rosh Hashanah (September 6-8), Yom Kippur (September 15-16), and Sukkot (September 21-22). Accordingly, with Defendants' consent, Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to respond to the pending motions by two weeks, to October 4, 2021. Per the Parties' agreement, the new briefing schedule, which would also give Defendants an additional week to respond, would be revised as follows:

|  | **Original Due Date** | **New Due Date** |
|---|---|---|
| Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgement on the Federal Claims and Motion to Dismiss the Non-Federal Claims, and Defendants' Motion to Dismiss for Lack of Personal Jurisdiction | September 20, 2021 | October 4, 2021 |
| Defendants' deadline to file reply papers in support of Summary Judgment on the Federal Claims and Motion to Dismiss the Non- | October 6, 2021 | October 27, 2021 |



September 6, 2021
Page 2

| Federal Claims, and its Motion to Dismiss for Lack of Personal Jurisdiction | | |
|---|---|---|

There have been no prior requests to adjourn or extend any of these deadlines.

Thank you for your consideration of this request.

Respectfully submitted,

 /s/ Abbe David Lowell
Abbe David Lowell

cc:    All Counsel of Record (via ECF)