UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

SHABTAI SCOTT SHATSKY, individually           :
and as personal representative of the Estate of
Keren Shatsky, JO ANNE SHATSKY,               :
individually and as personal representative of
the Estate of Keren Shatsky, TZIPPORA         :
SHATSKY SCHWARZ, YOSEPH SHATSKY,
SARA SHATSKY TZIMMERMAN, MIRIAM               :
SHATSKY, DAVID RAPHAEL SHATSKY,
GINETTE LANDO THALER, individually and as     :       Case No. 18 Civ. 12355 (MKV)
personal representative of the Estate of Rachel
Thaler, MICHAEL THALER, individually and as   :
personal representative of the Estate of Rachel
Thaler, LEOR THALER, ZVI THALER, ISAAC        :
THALER, HILLEL TRATTNER, RONIT
TRATTNER, ARON S. TRATTNER, SHELLEY           :
TRATTNER, EFRAT TRATTNER, HADASSA
DINER, YAEL HILLMAN, STEVEN BRAUN,            :
CHANA FRIEDMAN, ILAN FRIEDMAN,
MIRIAM FRIEDMAN, YEHIEL FRIEDMAN,             :
ZVI FRIEDMAN, and BELLA FRIEDMAN,

                                              :

                    Plaintiffs,

                                              :

            - against -

                                              :

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN              :
AUTHORITY (a/k/a "The Palestinian Interim
Self-Government Authority" and/or "The        :
Palestinian National Authority"),

                                              :

                    Defendants.

———————————————————————— x


Notice of Appearance


To the Clerk of Court and All Parties of Record:

            I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel for plaintiffs Shabtai Scott Shatsky, individually and as personal representative of

the Estate of Keren Shatsky, Jo Anne Shatsky, individually and as personal representative of the Estate of Keren Shatsky, Tzippora Shatsky Schwarz, Yoseph Shatsky, Sara Shatsky Tzimmerman, Miriam Shatsky, David Raphael Shatksy, Ginette Lando Thaler, individually and as personal representative of the Estate of Rachel Thaler, Michael Thaler, individually and as personal representative of the Estate of Rachel Thaler, Leor Thaler, Zvi Thaler, Isaac Thaler, Hillel Trattner, Ronit Trattner, Aron S. Trattner, Shelley Trattner, Efrat Trattner, Hadassa Diner, Yael Hillman, Steven Braun, Chana Friedman, Ilan Friedman, Miriam Friedman, Yehiel Friedman, Zvi Friedman and Bella Friedman.

Dated: New York, New York           Cohen & Gresser LLP
      September 13, 2021


By:_____*/s/ Oliver Haker*_____
           Oliver Haker
800 Third Avenue
New York, New York   10022
(212) 957-7600
*ohaker@cohengresser.com*

*Attorneys for Plaintiffs*