# Exhibit 1 to 3: Redacted