Exhibit 14

Page 1

In the U.S. District Court
District of Columbia

-------------------------------x
                               :
Shabtai Scott Shatsky, et      :
al                             :
                               :
             v.                :NO. 1:02cv02280
                               :
The Syrian Arab Republic,      :
et al                          :
                               :
-------------------------------x

February 11, 2013

DEPOSITION OF:

Chani Edri,

a witness, called by counsel pursuant to notice,
commencing at 2:10 p.m., which was taken at Miller
and Chevalier, 655 15th Street, NW, Washington, DC
20005-5701

CHANI EDRI DEPOSITION          February 11, 2013          Shatsky v. Syrian

---

**Page 2**

| | |
|---|---|
| 1 | Appearances |
| 2 | Robert J. Tolchin, Esq. |
| 3 | The Berkman Law Office, LLC |
| 4 | 111 Livingston Street, suite 1928 |
| 5 | Brooklyn, NY 11201 |
| 6 | for plaintiffs |
| 7 | |
| 8 | David I. Schoen, Esq. |
| 9 | 2800 Zelda Road, suite 100-6 |
| 10 | Montgomery, AL 36106 |
| 11 | for plaintiffs |
| 12 | |
| 13 | Norman Steiner, Esq. |
| 14 | 233 Broadway, suite 900 |
| 15 | New York, NY 10279 |
| 16 | for the plaintiffs |
| 17 | |
| 18 | Miller and Chevalier |
| 19 | Richard A. Hibey, Esq. |
| 20 | Brian Hill, Esq. |
| 21 | Mark J. Rochon, Esq. |

**Page 3**

| | |
|---|---|
| 1 | Charles F.B. McAleer, Esq. |
| 2 | 655 15th Street NW |
| 3 | suite 900 |
| 4 | Washington, DC 20005-5701 |
| 5 | for the Palestinian Authority |
| 6 | and the Palestine Liberation Organization |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

**Page 4**

| | |
|---|---|
| 1 | INDEX OF EXAMINATIONS |
| 2 | WITNESS                          PAGE |
| 3 | |
| 4 | Chana Edri |
| 5 | |
| 6 | Direct Examination By Mr. Hill          5 |
| 7 | |
| 8 | Index of Exhibits |
| 9 | Description                          Page |
| 10 | exhibit 19   .......................................70 |
| 11 | exhibit 20   ......................................155 |
| 12 | exhibit 21   ......................................184 |
| 13 | exhibit 22   ......................................196 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

**Page 5**

| | |
|---|---|
| 1 | (Whereupon the matter commenced at |
| 2 | 2:10 p.m.) |
| 3 | Stipulations |
| 4 | (It is stipulated and agreed by and |
| 5 | between counsel for the respective parties that |
| 6 | the reading and signing of this transcript by the |
| 7 | witness are not waived. |
| 8 | It is further stipulated and agreed |
| 9 | that the filing of this transcript with the clerk |
| 10 | of the court be and the same is hereby waived.) |
| 11 | *  *  *  *  * |
| 12 | |
| 13 | Whereupon, |
| 14 | Chana Edri |
| 15 | |
| 16 | was called for examination by counsel and, |
| 17 | after having been duly sworn, was examined |
| 18 | and testified as follows: |
| 19 | DIRECT EXAMINATION: |
| 20 | BY MR. HILL: |
| 21 | Q.  Good afternoon, Ms. Edri.  Please tell us |

---

Page 6

1  your name.
2      A.  **Chani Yoffa Edri.**
3      Q.  Ms. Edri, have you ever been known by any
4  other names?
5      A.  **I used to be Friedman.**
6      Q.  Your last name used to be Friedman?
7      A.  **Yes.**
8      Q.  The way it works is I'll ask questions.
9  You'll give answers.  Everything we say will be
10  taken down by Mr. Feuer, our court reporter.  He'll
11  turn that into a transcript.  You need to answer
12  audibly because he can't take down shakes of the
13  head and that sort of thing.
14      During the course of the day Mr. Steiner may
15  make an objection.  If that happens please just wait
16  until he finishes speaking and then unless he
17  instructs you not to answer please go ahead and
18  answer the question.
19      A.  **Okay.**
20      Q.  During the course of the day I may ask a
21  question and you don't understand it.  If that

Page 7

1  happens please let me know and I'll rephrase it so
2  you can understand it.  Fair enough?
3      A.  **Yes.**
4      Q.  During the course of the day I may ask a
5  question and you know what the question is and you
6  know what the answer is.
7      I'd ask you to please wait for me to finish
8  speaking before you start speaking because it's very
9  hard for Mr. Feuer to take two of us talking at the
10  same time.
11      A.  **Okay.**
12      Q.  Is there any reason you won't be able to
13  give full and truthful testimony here today?
14      A.  **No.**
15      Q.  Are you taking any medication or anything
16  like that that would impair your ability to testify?
17      A.  **No.**
18      Q.  What's your current address?
19      A.  **I**
20      Q.  In what city or town is that?
21      A.  **Kedumim.**

Page 8

1      Q.  Where is it?
2      A.  **In Shomron, Samaria.**
3      Q.  Is that in what some people refer to as
4  the West Bank?
5          MR. STEINER:  Objection.
6          THE WITNESS:  I don't know.
7  BY MR. HILL:
8      Q.  Do you know what the West Bank is?  Are
9  you familiar with that term?
10      A.  **No.**
11      Q.  Is the area in which you reside area that
12  was controlled by Israel prior to 1967?
13          MR. STEINER:  Objection.
14          THE WITNESS:  What?
15  BY MR. HILL:
16      Q.  Do you understand there was a war in 1967?
17      A.  **Yes.**
18      Q.  Do you understand that Israel took some
19  territory that it did not previously control?
20      A.  **Yes.**
21          MR. STEINER:  Objection.

Page 9

1  BY MR. HILL:
2      Q.  Is the area in which you currently live
3  part of the area that was taken by Israel in 1967?
4          MR. STEINER:  Objection.
5          THE WITNESS:  Yes.
6  BY MR. HILL:
7      Q.  Is the area in which you live referred to
8  by some people as a settlement?
9      A.  **Yes.**
10      Q.  How long have you resided at that address?
11      A.  **Three years.**
12      Q.  Where did you live prior to that?
13      A.  **In**
14      Q.  How long did you reside in
15      A.  **23 years.**
16      Q.  Have you lived anywhere other than in
17                          and at the address you provided --
18      A.  **No.**
19      Q.  Did you live in            for a period of
20  time?
21      A.  **No.**

**CHANI EDRI DEPOSITION**          **February 11, 2013**          Shatsky v. Syrian

---

Page 10

1    Q.  What is your date of birth, ma'am?
2    A.  ████████ 1987.
3    Q.  Who are your parents?
4    A.  Bella Friedman, Reuven Friedman.
5    Q.  Of what country or countries are you a
6    citizen?
7    A.  Israel and the United States.
8    Q.  How did you obtain your American
9    citizenship?
10   A.  I don't know.
11       MR. STEINER:  Objection.
12   BY MR. HILL:
13   Q.  Do you have a Social Security number?
14   A.  Yes.
15   Q.  What is it?
16   A.  I don't know.
17   Q.  Have you ever paid any taxes to the
18   United States government?
19   A.  No.
20   Q.  On how many occasions have you been to the
21   United States prior to the trip that you are on now?

Page 11

1    A.  I don't understand the question.
2    Q.  Have you been to the United States before
3    coming here today?
4    A.  Yes.
5    Q.  How many times have you been to the U.S.
6    previously?
7    A.  What's "previously"?
8    Q.  How many times have you come to the
9    United States during the course of your life before
10   coming to this deposition?
11   A.  I don't know.
12   Q.  A few, many?
13   A.  Many.
14   Q.  Approximately how many?
15   A.  I don't know.
16   Q.  Have you ever lived in the United States?
17   A.  No.
18   Q.  Prior to coming here for these
19   examinations and depositions when was the last time
20   you had been to the United States?
21   A.  Half a year ago.

Page 12

1    Q.  What were you doing here half a year ago?
2    A.  I came for a visit and I did for my
3    daughter national -- to get her citizenship.
4    Q.  You registered your daughter as an
5    American citizen?
6    A.  Yes.
7    Q.  Who were you visiting?
8    A.  My aunt.
9    Q.  Which aunt?
10   A.  Her name?
11   Q.  Yes, please.
12   A.  Esti.
13   Q.  Is that your mother's sister?
14   A.  Yes.
15   Q.  Prior to that visit when did you last
16   travel to the United States?
17   A.  I think two years ago.
18   Q.  What did you do on that visit?
19   A.  I did for my son, I got for him
20   citizenship.
21   Q.  Did you visit family on that trip?

Page 13

1    A.  Yes.
2    Q.  Who did you visit on that trip?
3    A.  My aunt.
4    Q.  Aunt Esti again?
5    A.  Yes.
6    Q.  Prior to those two visits when you were
7    getting citizenship for your children and visiting
8    your aunt, when was the prior time that you were in
9    the United States?
10   A.  I don't remember.
11   Q.  You were injured in a bombing that took
12   place in February of 2002, correct?
13   A.  Yes.
14   Q.  Had you been to the United States before
15   that event?
16   A.  Yes.
17   Q.  On how many occasions?
18   A.  I don't know.
19   Q.  Why did you come to the U.S. before the
20   bombing?
21   A.  Family.

---

**CHANI EDRI  DEPOSITION**       **February 11, 2013**       Shatsky v. Syrian

| Page 14 |
|---|
| 1    Q.  Could you estimate for me the number of |
| 2   times you visited prior to that? |
| 3        A.  I didn't understand the question. |
| 4        Q.  What's your best estimate of how many |
| 5   times you visited the United States before the |
| 6   bombing in 2002? |
| 7        A.  I don't know. |
| 8        Q.  Since the bombing in 2002 you've told me |
| 9   about two trips to the U.S. and you are here for |
| 10  this one obviously. |
| 11        How many other times do you think you have |
| 12  been other than those three times? |
| 13        A.  I don't know. |
| 14        Q.  What's your best estimate of the number of |
| 15  times you've been to the United States since 2002? |
| 16        A.  I don't know. |
| 17        Q.  Why did you obtain American citizenship |
| 18  for your children? |
| 19        A.  Because I wanted -- because I have |
| 20  citizenship. |
| 21        Q.  Do you have any intention to move to the |

| Page 16 |
|---|
| 1        Q.  Are you currently working? |
| 2        A.  Yes. |
| 3        Q.  Where do you work? |
| 4        A.  In Ariel University. |
| 5        Q.  Where is Ariel University located? |
| 6        A.  In Ariel. |
| 7        Q.  In Israel? |
| 8        A.  Yes. |
| 9        Q.  How long have you worked there? |
| 10       A.  Five months. |
| 11       Q.  What's your job there? |
| 12       A.  Secretary. |
| 13       Q.  Who is your boss? |
| 14       A.  The name? |
| 15       Q.  Please. |
| 16       A.  Professor Shapiro. |
| 17       Q.  What field does Professor Shapiro teach |
| 18  in? |
| 19       A.  Health, medical. |
| 20       Q.  What is his or her first name? |
| 21       A.  Yair. |

| Page 15 |
|---|
| 1   United States? |
| 2        A.  I don't know. |
| 3        Q.  You are not presently planning to move to |
| 4   the U.S., are you? |
| 5        A.  Right now, no.  Later on, I don't know. |
| 6        Q.  Are you married? |
| 7        A.  Yes. |
| 8        Q.  What is your husband's name? |
| 9        A.  Moshe. |
| 10       Q.  What citizenship does your husband have? |
| 11       A.  Israeli. |
| 12       Q.  Have you applied for American citizenship |
| 13  for your husband? |
| 14       A.  No. |
| 15       Q.  Why not? |
| 16            MR. STEINER:  Objection. |
| 17            THE WITNESS:  I don't know. |
| 18  BY MR. HILL: |
| 19       Q.  Have you considered applying for U.S. |
| 20  citizenship for your husband? |
| 21       A.  No. |

| Page 17 |
|---|
| 1        Q.  Where did you go to high school, ma'am? |
| 2        A.  Place? |
| 3        Q.  Yes, ma'am. |
| 4        A.  K███████. |
| 5        Q.  Did you graduate from high school? |
| 6        A.  Yes. |
| 7        Q.  What year did you graduate? |
| 8        A.  2005. |
| 9        Q.  Have you been to college? |
| 10       A.  Yes. |
| 11       Q.  Where did you go to college? |
| 12       A.  Ariel. |
| 13       Q.  When did you enroll at █████? |
| 14       A.  2007. |
| 15       Q.  Did you graduate from ████l? |
| 16       A.  Yes. |
| 17       Q.  What year was that? |
| 18       A.  2010. |
| 19       Q.  What degree did you earn there? |
| 20       A.  BA. |
| 21       Q.  In what field? |

CHANI EDRI DEPOSITION          February 11, 2013          Shatsky v. Syrian

|  | Page 18 |
|---|---|
| 1 | A. Social behavior. |
| 2 | Q. Have you had any postgraduate course work? |
| 3 | A. I don't understand the question. |
| 4 | Q. Have you taken any classes since |
| 5 | graduating from college? |
| 6 | A. No. |
| 7 | Q. Have you had any other studies other than |
| 8 | college since high school? |
| 9 | A. Yes. |
| 10 | Q. Where was that? |
| 11 | A. Where? |
| 12 | Q. Where? |
| 13 | A. In ▮▮▮▮▮ |
| 14 | Q. What kind of school did you go to in |
| 15 | Kiryat Arba? |
| 16 | A. I don't know. |
| 17 | MR. STEINER: You want to say it in |
| 18 | Hebrew? |
| 19 | THE WITNESS: (Hebrew) |
| 20 | MR. STEINER: Seminary. |
| 21 | BY MR. HILL: |

|  | Page 19 |
|---|---|
| 1 | Q. You went to a seminary in ▮▮▮▮? |
| 2 | A. Yes. |
| 3 | Q. How long were you enrolled in the |
| 4 | seminary? |
| 5 | A. A year. |
| 6 | Q. Did that result in a degree or |
| 7 | certification or anything like that? |
| 8 | A. No. |
| 9 | Q. Did you complete your studies there? |
| 10 | A. Yes. |
| 11 | Q. Any other schooling since high school that |
| 12 | you haven't told me about yet? |
| 13 | A. No. |
| 14 | Q. Have you had any work since high school |
| 15 | other than the position you are currently in at |
| 16 | Ariel University? |
| 17 | A. Yes. |
| 18 | Q. Where else have you worked? |
| 19 | A. ▮▮▮▮▮ |
| 20 | Q. What did do you there? |
| 21 | A. Human Resources. |

|  | Page 20 |
|---|---|
| 1 | Q. What was the name of the company you |
| 2 | worked for? |
| 3 | A. Orcal. |
| 4 | Q. What's the business at Orcal? |
| 5 | A. Human resources. |
| 6 | Q. Does it provide employees for other |
| 7 | companies, is that what it does? |
| 8 | A. I don't understand. |
| 9 | Q. Tell me how Orcal makes money. |
| 10 | A. It finds people jobs. |
| 11 | Q. What job did you have at Orcal? |
| 12 | A. To find people jobs. |
| 13 | Q. Were you like a career placement counselor |
| 14 | or something like that? |
| 15 | A. Yes. |
| 16 | Q. Since we don't have a translator here, you |
| 17 | need to answer in English to the best of your |
| 18 | ability. |
| 19 | Mr. Steiner for legal reasons should not be |
| 20 | talking to you in Hebrew. If you don't know the |
| 21 | word in English, that's fine, just say you don't |

|  | Page 21 |
|---|---|
| 1 | know. |
| 2 | A. I don't know the word. |
| 3 | Q. Describe what your day to day job |
| 4 | activities were when you worked at Orcal. |
| 5 | A. To call people that are looking for jobs |
| 6 | and try to find a suitable job for their |
| 7 | requirement. |
| 8 | Q. How long did you work there? |
| 9 | A. Half a year, maybe more. |
| 10 | Q. What's your best estimate of how long you |
| 11 | worked for ▮▮▮? |
| 12 | A. I gave birth in the middle. I guess it |
| 13 | adds up to about nine months maybe. |
| 14 | Q. You worked there for a total of nine |
| 15 | months but you were on leave for a while after your |
| 16 | baby was born? |
| 17 | A. Yes. |
| 18 | Q. Did you have a job prior to that? |
| 19 | A. Yes. |
| 20 | Q. Where was that? |
| 21 | A. ▮▮▮▮▮▮ |

CHANI EDRI  DEPOSITION          **February 11, 2013**          Shatsky v. Syrian

**Page 22**

1   Q.  What is the business of ███████?
2   A.  Jackets, they sell jackets.
3   Q.  What was your job there?
4   A.  I don't know how you say it.
5   Q.  That's okay.  Was this like a retail store
6   where you go in and buy a jacket?
7   A.  No.
8   Q.  This was a company that manufactured
9   jackets?
10  A.  They brought in from China.
11  Q.  They imported jackets?
12  A.  Yes.
13  Q.  What was your day to day work at ███████
██  ████████n like?  What did you do?
15  A.  I made orders for stores and I got orders
16  from private people.
17  Q.  How long did you work there?
18  A.  Couple of months.
19  Q.  Did you have a job prior to working at
20  Joseph Kaufman?
21  A.  Yes.

**Page 23**

1   Q.  Where was that?
2   A.  ██████
3   Q.  What's the business of ████a?
4   A.  Medical products.
5   Q.  How long did you work there?
6   A.  It was like also a student job.  Maybe
7   three years.
8   Q.  What did do you for ████████?
9   A.  Secretary.
10  Q.  Does your mother also work in ████a?
11  A.  She worked in ███x.  It's not the same
12  company but it's combined or something like that.
13  Q.  She worked for a company called ███k
14  while you worked at ███a?
15  A.  I think so.
16  Q.  Did she help you get the job at ████?
17  A.  No.
18  Q.  Do you think you got that job independent
19  of your mom?
20  A.  Somebody that works with my mom.
21  Q.  A friend of your mom helped you get the

**Page 24**

1   job?
2   A.  Yes.
3   Q.  What was the name of the friend?
4   A.  M█████
5   Q.  Do you know M████'s last name?
6   A.  ██████
7   Q.  Do you know where he is today?
8   A.  ████████████
9   Q.  Does he still work at Initia?
10  A.  Yes.
11  Q.  You said this was a friend of your mom's,
12  a boyfriend?
13  A.  Work.
14  Q.  A co-worker?
15  A.  Yes.
16  Q.  Prior to Initia did you have a job?
17  A.  No.
18  Q.  Initia was your first job?
19  A.  Yes.
20  Q.  Did you serve in the Army?
21  A.  No.

**Page 25**

1   Q.  Did you perform national service?
2   A.  Yes.
3   Q.  When was that?
4   A.  2006.
5   Q.  Where did you do your service?
6   A.  Kfar Haroe.
7   Q.  What's that?
8   A.  Dormitory school for boys that come from
9   not good homes.
10  Q.  How long did you work there?
11  A.  Three months.
12  Q.  Was three months what was required for
13  your national service?
14  A.  No, I went to another place.
15  Q.  Did you reside in the dormitory while you
16  were working there?
17  A.  What does that mean?
18  Q.  Did you live there?
19  A.  Yes.
20  Q.  In what city was that located?
21  A.  Kfar Rohi is the name of the place.

CHANI EDRI DEPOSITION          February 11, 2013          Shatsky v. Syrian

Page 26

1    Q.  Does the dormitory have a name?
2    A.  ████████
3    Q.  You completed your national service at
4    another location?
5    A.  █████
6    Q.  What is ██████?
7    A.  They care for children that come from
8    homes that — I don't know.
9    Q.  These are children that are no longer
10   living at home?
11   A.  They are living at home.
12   Q.  They are living at home but this is like a
13   daytime facility they go to?
14   A.  Yes.
15   Q.  It's not a residential program?
16   A.  Right.  For them, no.
17   Q.  Did you live in the facility while you
18   were working there?
19   A.  I don't understand the question.
20   Q.  Where did you live while you were working
21   at Bat Yam?

Page 27

1    A.  I lived at home.  While working I was in
2    Tel Aviv.
3    Q.  You commuted from ████████ to
4    Tel Aviv to work?
5    A.  It's not like that.
6    Q.  Explain to me.  How did you get to and
7    from work?
8    A.  I lived at home.  That period I had an
9    apartment in Tel Aviv.  I don't call that my home.
10   Q.  You did maintain an apartment in Tel Aviv
11   while you worked at Bat Yam?
12   A.  Yes.
13   Q.  You considered yourself living at home
14   with your mother?
15   A.  Right.
16   Q.  Approximately how long did you have that
17   apartment in Tel Aviv?
18   A.  Until the end of the year.
19   Q.  Nine months?
20   A.  Yes.
21   Q.  Any other national service?

Page 28

1    A.  No.
2    Q.  Did you successfully complete your
3    national service requirement?
4    A.  Yes.
5    Q.  Were you commended in any way for your
6    work?
7    A.  Sorry?
8    Q.  Did you receive any awards, anything like
9    that?
10   A.  I don't think so.
11   Q.  Have you ever received any negative
12   feedback at work?
13   A.  No.
14   Q.  No one has ever told you you've done a
15   poor job?
16   A.  No.
17   Q.  Ever been fired from a job?
18   A.  Yes.
19   Q.  Which job?
20   A.  Joseph.
21   Q.  Why were you fired from Joseph?

Page 29

1    A.  Because they said they didn't have enough
2    money.
3    Q.  Did the firing have anything to do with
4    your performance?
5    A.  I don't understand.
6    Q.  Did the firing have anything to do with
7    your job performance?
8    A.  What does "performance" mean?
9    Q.  Were you fired because you were doing your
10   job badly?
11   A.  No.
12   Q.  Did anyone ever tell you you were fired
13   because you were doing your job badly?
14   A.  No.
15   Q.  Have you ever been reprimanded at work in
16   any way?
17   A.  What is that?
18   Q.  Have you ever been criticized for the way
19   you were doing your work?
20   A.  What?
21   Q.  Has anyone ever told you you were doing a

Page 30

1   bad job at any of your jobs?
2       A.  No.
3       Q.  Did you get good grades in college?
4       A.  Not good.
5       Q.  What was your grade point average in
6   college?
7       A.  79.
8       Q.  Out of 100?
9       A.  Yes.
10      Q.  You did graduate, though, right?
11      A.  Yes.
12      Q.  Have you ever applied for a job you didn't
13  get?
14      A.  Yes.
15      Q.  On how many occasions do you think?
16      A.  I don't know.
17      Q.  Have you ever not gotten a job you had
18  applied for because of poor grades?
19      A.  No.
20      Q.  Has anyone ever given you a reason why you
21  didn't get hired?

Page 31

1       A.  Sorry?
2       Q.  Has anyone ever told you why you weren't
3   hired at a job?
4       A.  No.
5       Q.  Are you satisfied with the job you have
6   now?
7             MR. STEINER:  Objection.
8             THE WITNESS:  What was the question?
9   BY MR. HILL:
10      Q.  Are you satisfied with the job you have
11  now?
12            MR. STEINER:  Objection.
13            THE WITNESS:  Yes.
14  BY MR. HILL:
15      Q.  Do you like your boss?
16      A.  Yes.
17      Q.  Are you content with your pay?
18      A.  I don't understand that.
19      Q.  Are you satisfied with the pay?
20      A.  What is "pay"?
21      Q.  The money you are being paid at your job,

Page 32

1   are you satisfied with the money you are making?
2       A.  I guess.
3       Q.  When did you meet your husband?
4       A.  Can you say the question different?  I
5   don't understand.
6       Q.  I understand you are married, right?
7       A.  Yes.
8       Q.  When did you first meet your husband?
9       A.  A time?
10      Q.  Yes.
11      A.  In 2002.
12      Q.  Had you met him prior to the bombing of
13  February 2002?
14      A.  Yes.
15      Q.  Was he present when you were injured in
16  2002?
17      A.  Sorry?
18      Q.  Was he at the scene when you were injured
19  in 2002?
20      A.  No.
21      Q.  Did he visit you in the hospital?

Page 33

1       A.  Yes.
2       Q.  Were you and he dating at that time?
3       A.  What's dating?
4       Q.  Did you consider him to be a boyfriend at
5   that time?
6       A.  No.
7       Q.  Did you have another boyfriend at the
8   time?
9       A.  No.
10      Q.  He was just a friend at the time?
11      A.  Yes.
12      Q.  When would you first say that you and your
13  husband started dating?
14      A.  I don't know.
15      Q.  Was it while you were still in high
16  school?
17      A.  I don't know.
18      Q.  When were you engaged?
19      A.  2007.
20      Q.  How long had you dated before you became
21  engaged?

**CHANI EDRI DEPOSITION**      **February 11, 2013**      Shatsky v. Syrian

Page 34

1      A.  I don't know.  At the time it wasn't
2  called dating so I don't know.
3      Q.  Were you in regular contact with your
4  husband between 2002 and your engagement in 2007?
5      A.  Yes.
6      Q.  He lived in the same town that you lived
7  in?
8      A.  No.
9      Q.  But you were in contact with him over the
10  phone or e-mail or that sort of thing, right?
11      A.  Yes.
12      Q.  Did you have any boyfriends before your
13  husband?
14      A.  No.
15      Q.  When were you married?
16      A.  January 10, 2008.
17      Q.  Do you have a happy marriage?
18          MR. STEINER:  Objection.
19          THE WITNESS:  Depends who looks at
20  it, how you look at it.
21  BY MR. HILL:

Page 35

1      Q.  In your opinion is it a happy marriage?
2      A.  It could be better.
3      Q.  Are you considering divorce?
4      A.  No.
5      Q.  In what way could your marriage be better?
6          MR. STEINER:  Objection.
7          THE WITNESS:  I don't know.
8  BY MR. HILL:
9      Q.  Have you and your husband ever considered
10  getting divorced?
11      A.  No.
12      Q.  You have two children, right?
13      A.  Yes.
14      Q.  Are you happy with your children?
15      A.  Very.
16      Q.  Have you and your husband ever had any
17  sort of marital counseling or anything like that?
18      A.  No.
19      Q.  Any difficulties in your marriage that you
20  thought required help from outside the two of you?
21      A.  No.

Page 36

1      Q.  Any infidelity?
2      A.  What's that?
3      Q.  Has either of you cheated on the other?
4      A.  No.
5      Q.  Do you speak any languages other than
6  English?
7      A.  Yes.
8      Q.  What other languages do you speak?
9      A.  Hebrew.
10      Q.  How long have you spoken Hebrew?
11      A.  My whole life.
12      Q.  How long have you spoken English?
13      A.  26 years.
14      Q.  There have been a couple of occasions
15  where you have told me you didn't understand my
16  question.
17          Is that because you are having difficulty
18  understanding English?
19      A.  Your high words.
20      Q.  Some of the words I'm asking, you don't
21  know what they mean?

Page 37

1      A.  Right.
2      Q.  As I said at the beginning, if that
3  happens again please let me know because otherwise
4  everybody will assume that you do understand.  If
5  you don't, please let me know.
6      A.  Okay.
7      Q.  What are the names of your children?
8      A.
9      Q.  How old are they?
10      A.
11
12      Q.  Are you planning to have more children?
13      A.  Yes.
14      Q.  Do you know where your father is currently
15  living?
16      A.  Yes.
17      Q.  What is his address?
18      A.
19      Q.  Do you know the street address?
20      A.
21      Q.  Why did your parents get divorced?

Page 102

1  received in February 2002?
2      A.  No.
3      Q.  I'd like to ask you now about the events
4  of February 16, 2002.
5          I understand you were present at an
6  explosion that occurred that day in Karnei Shomron,
7  is that right?
8      A.  Yes.
9      Q.  Did you lose consciousness after that
10  explosion?
11      A.  No.
12          MR. STEINER:  Objection.  I ask you
13  to be more specific about the timeframe after the
14  explosion.
15  BY MR. HILL:
16      Q.  You eventually went to the hospital that
17  night, right?
18      A.  Yes.
19      Q.  Do you believe you were conscious between
20  the time of the explosion and the time that you got
21  to the hospital?

Page 103

1      A.  Yes.
2      Q.  Were you sedated at some point that
3  evening?
4      A.  Sorry?
5      Q.  Were you sedated at --
6      A.  What's "sedated"?
7      Q.  Were you given medicine that caused you to
8  pass out or fall asleep?
9      A.  Yes.
10      Q.  When did that happen?
11      A.  I don't know.
12      Q.  Was it at the hospital?
13      A.  Yes.
14      Q.  Did you see the person or persons who
15  caused the explosion before the explosion took
16  place?
17      A.  Yes.
18      Q.  How many persons were involved in causing
19  the explosion?
20      A.  I don't know how many persons were
21  involved.  I saw the person, one person that I saw.

Page 104

1      Q.  Had you ever seen this person before?
2      A.  No.
3      Q.  Are you able to tell me the name of the
4  person you saw who caused the explosion?
5      A.  No.
6      Q.  Has anyone ever asked you to identify the
7  person who caused the explosion?
8      A.  No.
9      Q.  Can you describe the person who caused the
10  explosion?
11      A.  A dark man, dark colored man I guess you
12  could say, wearing dark clothing and he had a dark
13  jacket, he had a backpack.
14      Q.  Can you tell me how tall this man was?
15      A.  No.
16      Q.  Can you tell me his approximate weight?
17      A.  No.
18      Q.  Can you tell me his hair color?
19      A.  Dark.
20      Q.  Can you tell me if he had any facial hair?
21      A.  No.

Page 105

1      Q.  Can you tell me if he was wearing glasses?
2      A.  No.
3      Q.  Have you now told me everything you can
4  about the physical description of this individual?
5      A.  That I remember, yes.
6      Q.  Did the person say anything?
7      A.  No, not that I heard.
8      Q.  You cannot recollect this person who
9  caused the explosion saying anything, correct?
10      A.  Yes.
11      Q.  How far were you from the person at the
12  time of the explosion?
13      A.  I don't know.
14      Q.  Was anyone near you at the time of the
15  explosion?
16      A.  Yes.  What does "near" mean?
17      Q.  Within five feet of you.
18      A.  What's five feet?  Can you show me?
19      Q.  Within two meters of you.  Do you know
20  what two meters is?
21      A.  I'm really bad at that stuff.

**CHANI EDRI DEPOSITION**          **February 11, 2013**          **Shatsky v. Syrian**

Page 106

1    Q.  Was anyone sitting as close to you as you
2    and I are sitting now?
3    A.  Yes.
4    Q.  Who was within the radius that you and I
5    are currently?
6    A.  Rachel Thaler.
7    Q.  Anyone else?
8    A.  Maya something.
9          MR. STEINER:  Perhaps we should give
10   some sort of mention of how wide the table is.
11         MR. HILL:  I'll do the examination.
12   That's fine.
13   BY MR. HILL:
14   Q.  You were sitting at a table at the time
15   the explosion went off?
16   A.  Yes.
17   Q.  You mentioned that Rachel Thaler and Maya
18   were at the table with you?
19   A.  Yes.
20   Q.  Were they also seated?
21   A.  Yes.

Page 107

1    Q.  From which direction did the explosion
2    come?
3    A.  The left.
4    Q.  Ms. Thaler, was she seated on your left or
5    your right or across from you?
6    A.  I think across.  I'm not sure.
7    Q.  You were sitting at a square table?
8    A.  Yes.
9    Q.  How many chairs were around the square
10   table?
11   A.  Four.
12   Q.  Your best recollection is that Ms. Thaler
13   was sitting across the table from you?
14   A.  Yes, or across like that.
15         MR. STEINER:  Diagonally.
16         THE WITNESS:  It was four chairs.  I
17   was sitting here.  He came in from here and she was
18   here or here.
19         I don't remember.  I think.  Maybe she
20   was here.  I don't remember.
21         MR. STEINER:  Indicating he came from

Page 108

1    her left and she was in front of where the witness
2    was sitting.
3    BY MR. HILL:
4    Q.  Is it fair to say that you cannot
5    recollect whether Ms. Thaler was sitting across the
6    table from you or beside you at the table?
7    A.  I think she wasn't beside me.
8    Q.  She was across from you?
9    A.  Across or like that.
10   Q.  You believe Ms. Thaler was either sitting
11   on your left or directly across from you?
12   A.  I don't think she was on my left.
13   Q.  You believe she was sitting on your right?
14   A.  No.  I don't know how you say it in
15   English.  Like that.  There's across --
16   Q.  Let's do this.  I'm going to hand you a
17   blank sheet of paper.  Would you draw a square
18   representing the table?
19   A.  Yes.
20   Q.  Would you draw four other squares
21   representing seats around the table?

Page 109

1    A.  Yes.
2    Q.  Would you draw a C where you believe you
3    were sitting?
4    A.  I think here.  I think here or maybe here.
5    Q.  Maybe you can put a C in both chairs where
6    you think you may have been seated.
7    A.  Yes.
8    Q.  You were seated in one or the other, you
9    just can't remember which one?
10   A.  Yes.
11   Q.  Can you draw an R in the chair that you
12   believe Rachel Thaler was seated in?
13   A.  Yes.
14   Q.  Can you draw an M where you think Maya was
15   seated?
16   A.  Here, maybe here or here.
17   Q.  Could you draw an X in the direction where
18   the blast came from?
19   A.  I know that now.  I didn't know that then.
20   Q.  Are you saying that at the time of the
21   explosion you did not know from which direction the

**CHANI EDRI DEPOSITION**      **February 11, 2013**      **Shatsky v. Syrian**

Page 110

1  explosion came?
2       A.  It came somewhere from here because I saw
3  him going here.
4           He came in from here.  He went this
5  direction.  I heard just boom, a big one.
6       Q.  The table that you were sitting in was at
7  a restaurant, right?
8       A.  Pizzeria.
9       Q.  Were you closest to the exit or were you
10  closest to the back of the restaurant?
11       A.  It's not a restaurant.  It's not a closed
12  restaurant.
13          It's an open mall where there's a pizzeria
14  and there are nine tables.  I was where you go out
15  to the street but there's different ways to go out
16  to the street because it's an open area.
17       Q.  The table you were seated at was the
18  closest to the street, right?
19       A.  Yes.
20       Q.  When the bomb was detonated was the bomb
21  behind you in the pizzeria or was it out toward the

Page 111

1  street?
2       A.  It was where I was sitting, the area of
3  the tables.
4       Q.  The explosion occurred within the nine
5  tables that you've described?
6       A.  Yes.
7       Q.  Was the person sitting down at a table?
8       A.  Which person?
9       Q.  The person who caused the explosion.
10       A.  I don't know.
11       Q.  The explosion occurred --
12       A.  I didn't see anything.  I wasn't full
13  conscious.
14          I don't know what to tell you where he blew
15  himself up.  I don't know.
16       Q.  Do you know where the explosion took place
17  that night?
18       A.  Somewhere where I was sitting.  I saw
19  black.
20       Q.  You said earlier that you believe it came
21  from your left.

Page 112

1       A.  I saw him coming from my left.
2       Q.  Were you injured more severely on your
3  left side than your right side?
4       A.  What?
5       Q.  I understand you had some hearing loss as
6  a result of this?
7       A.  Yes.
8       Q.  Which ear did you have the hearing loss
9  in?
10       A.  My left.
11       Q.  Are you able to say whether Rachel Thaler
12  was to the right of you or to the left of you?
13       A.  I don't know.
14       Q.  She was sitting across the table from you?
15       A.  What I remember.
16       Q.  She wasn't sitting beside you as
17  Mr. Steiner is sitting beside you now, right?
18       A.  No, I don't think so.  I don't remember.
19       Q.  I understand that after the explosion
20  there was a period when it was silent, is that
21  right?

Page 113

1       A.  What's that?
2       Q.  How long did the period of silence last?
3       A.  I don't know.
4       Q.  But you do remember there being a silence
5  after the blast?
6       A.  Yes.
7       Q.  Then after the blast there was a lot of
8  yelling and screaming?
9       A.  I don't remember hearing that.
10          I first remember hearing Rachel screaming.
11  I heard her screaming very, very loud and as I ran
12  out to the street I remember seeing a big mess and I
13  don't remember hearing things.
14          I don't know.
15       Q.  There was a period of silence and then you
16  believe you heard Rachel Thaler screaming?
17       A.  Yes.
18       Q.  Were you able to see Rachel Thaler while
19  she was screaming?
20       A.  No.
21       Q.  From what direction was the screaming you

**CHANI EDRI DEPOSITION**      **February 11, 2013**      **Shatsky v. Syrian**

Page 114

1  were hearing coming from?
2      A.  **I don't remember.**
3      Q.  Maya was also sitting across the table
4  from you next to Rachel?
5      A.  **I don't remember. I don't know.**
6      Q.  Maya was also injured in this blast,
7  right?
8      A.  **Yes.**
9      Q.  What were the nature of her injuries?
10     A.  **I don't know.**
11     Q.  Do you know was Maya able to scream after
12 the blast?
13     A.  **I don't know.**
14     Q.  Do you know if you heard Maya screaming
15 after the blast?
16     A.  **I just remember hearing Rachel screaming.**
17 **I don't remember anything else.**
18     Q.  What makes you think it was Rachel that
19 you heard screaming as opposed to Maya or someone
20 else?
21     A.  **Because I know her voice. I've known her**

Page 115

1  for a while.
2      Q.  Was she saying words that you could
3  recognize?
4      A.  **Not that I remember.**
5      Q.  Had you heard her scream on prior
6  occasions?
7      A.  **Screaming maybe in laughter. I don't know**
8  **if in pain, no.**
9      Q.  Apart from your belief that it was her
10 voice because you were friends, is there anything
11 else that makes you think it was her as opposed to
12 someone else?
13         MR. STEINER:  Objection.
14         THE WITNESS:  I know my friend. I
15 know her voice.
16 BY MR. HILL:
17     Q.  Is there anything else that makes you
18 think it was her as opposed to someone else that you
19 heard screaming that night?
20         MR. STEINER:  Objection.
21         THE WITNESS:  I don't remember

Page 116

1  hearing anyone else screaming.
2  BY MR. HILL:
3      Q.  Are you saying that you only heard one
4  person scream after the --
5      A.  **That's what I remember.**
6         MR. STEINER:  Objection.
7         THE WITNESS:  I believe there was
8  more screaming but then I tried talking to her to
9  tell her to come with me but I don't remember
10 anything.
11 BY MR. HILL:
12     Q.  After the blast when you heard screaming
13 you tried speaking to Rachel, right?
14     A.  **Yes. I wasn't able to. I tried talking.**
15 **It didn't come out.**
16     Q.  You remember trying to speak but you were
17 unable to speak?
18     A.  **Yes.**
19     Q.  Were you injured in your throat or mouth
20 in any fashion?
21     A.  **No.**

Page 117

1      Q.  Do you know why you were unable to speak
2  at that time?
3      A.  No.
4      Q.  Were you able to speak later that evening?
5      A.  Yes.
6      Q.  After the bomb went off did you see anyone
7  in the pizzeria?
8      A.  No, I couldn't see anything.
9      Q.  When do you recall being able to see after
10 the explosion the next time?
11         MR. STEINER:  Objection.
12         THE WITNESS:  When I ran out.
13 BY MR. HILL:
14     Q.  Where did you run to?
15     A.  **I was trying to run home and cross the**
16 **street and the bus almost ran me over.**
17         **The bus driver came out and asked me what**
18 **happened. I pointed to him and told him there was**
19 **an attack and he told me to come up to the bus and I**
20 **asked him to please take me home to my address and I**
21 **was screaming because I started feeling very, very**

Page 118

1  hot.

2      He took me to the ambulance station.

3      Q.  Approximately how far did you walk or run

4  from the pizzeria to the point where you encountered

5  the bus as you've described it?

6      A.  I don't know how to tell you meters, feet,

7  I don't know.

8      Q.  Was it on the road in front of the

9  pizzeria where you encountered the bus?

10     A.  No.  The bus was one road and another

11 road.

12     Q.  Were you approximately two blocks from the

13 pizzeria?

14     A.  Not blocks, no.  I don't know.

15     Q.  You had walked or run some distance by the

16 time you --

17     A.  It's not that far.

18     Q.  Is it longer than the length of this room?

19     A.  Yes.

20     Q.  Approximately twice the length of this

21 room?

Page 119

1      A.  I don't know.

2      Q.  When you encountered the bus and the

3  driver stopped were you able to speak to the driver?

4      A.  Yes.

5      Q.  Did the driver give you aid?

6      A.  What?

7      Q.  Did he give you aid?

8      A.  What is that?

9      Q.  Did he help you?

10     A.  I don't remember.

11     Q.  You got on the bus?

12     A.  Yes.

13     Q.  Where did he take you?

14     A.  The ambulance station.

15     Q.  How far was that?

16     A.  In ride?

17     Q.  Yes.

18     A.  I don't know.  Three, four minutes.

19     Q.  Once you got to the ambulance station were

20 there medical personnel there?

21     A.  Yes.

Page 120

1      Q.  Did they put you in an ambulance?

2      A.  I think I went alone to the ambulance.

3      Q.  Did the ambulance take you to a hospital?

4      A.  Yes.

5      Q.  Which hospital?

6      A.  Schneider.

7      Q.  Did you go to the emergency room at

8  Schneider?

9      A.  I don't know.

10     Q.  Do you have any gaps in your memory

11 anywhere between the time of the blast and the time

12 of your arrival at Schneider?

13     A.  What?

14     Q.  Are there any parts that you can't

15 remember between the time of the blast and the time

16 of your arrival at the Schneider Hospital?

17     A.  I remember being in an ambulance and I

18 remember hearing them talking, asking me questions.

19 I don't remember getting into the hospital.  I

20 remember being in the hospital.  I don't remember

21 getting in.

Page 121

1      Q.  It's possible you may have lost

2  consciousness at some point in the ambulance?

3      A.  I don't remember, I just can't remember.

4      Q.  At some point you got to the hospital and

5  at that point they put you under and that sort of

6  thing?

7          MR. STEINER:  Objection.

8          THE WITNESS:  At some point.  I don't

9  know.

10 BY MR. HILL:

11     Q.  Can you describe generally the sort of

12 injuries you received in the bombing, from the

13 blast?

14     A.  That now I know?  Then I didn't know

15 anything.

16     Q.  That you know now, yes, ma'am.

17     A.  Burned, shrapnel and my eardrum.

18     Q.  Where were you --

19     A.  The hole in my hand.

20     Q.  Where were you burned?

21     A.  On my feet, face — foot, face, hand,

CHANI EDRI DEPOSITION          February 11, 2013          Shatsky v. Syrian

Page 198

1   Q.  You are married, right?
2   A.  Yes.
3   Q.  You have two children?
4   A.  Yes.
5   Q.  Do you plan to have additional children?
6   A.  I hope.
7   Q.  Do you believe the fact that you were
8   injured in a bombing on February 16, 2002 has
9   affected your sex life with your husband?
10  A.  I don't know.
11  Q.  Are you able to tell me any way in which
12  the quality of your sex life has been affected by
13  the bombing of February 16, 2002?
14  A.  No.
15  Q.  Are you able to tell me in any way in
16  which the frequency of sexual relations with your
17  husband has been affected by the events of
18  February 16, 2002?
19  A.  No.
20  Q.  Sitting here today you cannot tell me any
21  way in which your sex life has been impacted by the

Page 199

1   events of February 16, 2002, is that correct?
2   A.  No.
3   Q.  Have you ever been arrested?
4   A.  No.
5   Q.  Have you ever been convicted of a crime?
6   A.  No.
7   Q.  Has anyone in your family ever been
8   arrested?
9   A.  No.
10  Q.  You are not aware of any arrests of any of
11  your family members, is that right?
12  A.  Right.
13  Q.  Has anyone in your family ever been
14  convicted of a crime?
15  A.  I do not know.
16  Q.  You are not aware of any criminal
17  convictions of any of your family members, is that
18  right?
19  A.  Yes.
20  Q.  You are agreeing with me?  As far as you
21  know, no one in your family has ever been convicted

Page 200

1   of a crime?
2   A.  Yes.
3   Q.  Let me show you what we marked as exhibit
4   22.
5       Is this the drawing you made earlier today
6   when we were discussing where people were sitting
7   around the table?
8   A.  Yes.
9       MR. HILL:  Subject to our request for
10  additional documents I do not have any further
11  questions for Ms. Edri at this time.
12      MR. STEINER:  We reserve the right to
13  review and to sign.
14      Can I get a copy of 22?
15      MR. HILL:  Yes.
16      MR. STEINER:  Thank you.
17      MR. HILL:  We're off the record.
18      (Deposition adjourned at 5:41 p.m.)
19
20
21

Page 201

1           Reporter's Certificate
2
3       I, the undersigned, Certified Court Reporter,
4   do hereby certify that the foregoing transcript of
5   testimony was taken by me in stenotype and
6   thereafter reduced to print under my direction,
7   that said transcript is a full, true and
8   substantially accurate record of the proceedings,
9   to the best of my ability.
10      I do further certify that I am neither counsel
11  for, related to, nor employed by any of the parties
12  to the action in which this deposition was taken;
13  and, further, that I am not a relative or employee
14  of any attorney or counsel employed by the parties
15  hereto, nor financially or otherwise interested
16  in the outcome of the action.
17
18           /s/ Michael Feuer
19  _____
20      Certified Realtime Reporter
21

**CHANI EDRI DEPOSITION**          **February 11, 2013**          **Shatsky v. Syrian**

Page 202

1          Certificate of Deponent
2     I hereby certify that I have read and
3 examined the foregoing transcript, and the same
4 is a true and accurate record of the testimony
5 given by me.
6     Any additions or corrections that I feel
7 are necessary I will attach on a separate sheet
8 of paper to the original transcript.
9
10     _____
11          Signature of witness
12     I hereby certify that the individual
13 representing him/herself to be the above named
14 individual, appeared before me this _____
15 day of _____ and executed the above
16 certificate in my presence.
17
18
19
20     _____
21          Notary Public

Page 203

1
2          Errata Page of Deponent
3 Please note any errors on this sheet. The
4 reasons may be general, such as "to correct
5 stenographic error" or "to clarify the record."
6 When completed, send this page to the attorney
7 who took your deposition, NOT the court reporter.
8 Page   Line    Correction    Reason For Change
9
10
11
12
13
14
15
16
17
18
19
20
21

# Exhibit 15



L_C083414

Highly Confidential





L_C008068

# Exhibit 16





# Exhibit 17

1

2                    In the U.S. District Court
                       District of Columbia

3

-------------------------------x
4                                :
Shabtai Scott Shatsky, et        :
5    al                          :
                                 :
6              v.                :NO. 1:02cv02280
                                 :
7    The Syrian Arab Republic,   :
et al                            :
8                                :
-------------------------------x
9

                    February 5, 2013
10

DEPOSITION OF:
11

                    Steven Braun,
12

a witness, called by counsel pursuant to notice,
13   commencing at 9:14 a.m., which was taken at Miller
and Chevalier, 655  15th Street, NW, Washington, DC
14   20005-5701
15

16

17

18

19

20

21

STEVEN BRAUN DEPOSITION    February 5, 2013    Shatsky v. Syrian

| Page 34 | Page 36 |
|---|---|
| 1  **A. I don't remember.** | 1  you were being let go? |
| 2  Q. Did you work for them in 2008? | 2  **A. No.** |
| 3  **A. Possibly. I don't remember the exact** | 3  Q. Did anyone tell you it was because of your |
| 4  **dates. I don't want to give you wrong information.** | 4  job performance? |
| 5  Q. Give me your best guess. | 5  **A. No.** |
| 6  MR. STEINER: Don't guess. | 6  Q. What was your next employment after Konika |
| 7  Objection. You don't want him to guess. | 7  Minolta? |
| 8  MR. HILL: I'd like his best estimate | 8  **A. Comfort Living.** |
| 9  that he worked for this company. | 9  Q. What's the business of Comfort Living? |
| 10  BY MR. HILL: | 10  **A. Importing memory foam mattresses, sleeping** |
| 11  Q. What's your best estimate of the year you | 11  **pillows and medical cushions.** |
| 12  worked for this company? | 12  Q. What was your position? |
| 13  **A. 2006, 2007.** | 13  **A. I was owner, partner.** |
| 14  Q. How long did you work for Telecon? | 14  Q. What was the name of your partner? |
| 15  **A. I think six or eight months.** | 15  **A. Judah Wilbur.** |
| 16  Q. Why did you leave that position? | 16  Q. Do you know where Mr. Wilbur resides |
| 17  **A. They couldn't pay me any more.** | 17  today? |
| 18  Q. The business was failing? | 18  **A. Karnei Shomron.** |
| 19  **A. The business wasn't doing well when I** | 19  Q. Are you still in business with Mr. Wilbur |
| 20  **joined the company.** | 20  today? |
| 21  Q. What was your next employment after | 21  **A. No.** |

| Page 35 | Page 37 |
|---|---|
| 1  Telecon? | 1  Q. When did your business with him end? |
| 2  **A. Konika Minolta.** | 2  **A. The end of 2010.** |
| 3  Q. What's the business of that company? | 3  Q. How did your partnership with Mr. Wilbur |
| 4  **A. Sell black and white and color digital** | 4  terminate? |
| 5  **copiers.** | 5  **A. I wasn't getting along with him and I** |
| 6  Q. What was your position for Konika Minolta? | 6  **offered to buy his share of the business. He** |
| 7  **A. Product marketing manager.** | 7  **refused so I suggested he buy my share of the** |
| 8  Q. How long did you hold that position? | 8  **business.** |
| 9  **A. I think two and a half years.** | 9  Q. Did he agree to buy you out? |
| 10  Q. Approximately what years did you work for | 10  **A. Yes.** |
| 11  Konika Minolta? | 11  Q. When did he buy you out of that business? |
| 12  **A. I think 2007, 2008. I'm not 100 percent** | 12  **A. End of 2010.** |
| 13  **positive.** | 13  Q. Approximately how much money did you |
| 14  Q. Why did you leave Konika Minolta? | 14  receive for that buy-out? |
| 15  **A. I was let go.** | 15  **A. 55,000 shekels.** |
| 16  Q. Were you told why you were being let go? | 16  Q. Have you worked since that business ended, |
| 17  **A. They let go a number of people, including** | 17  since your involvement in that business ended? |
| 18  **myself. I wasn't told specifically. I thought I** | 18  **A. Not regularly.** |
| 19  **was doing a very good job. They were just trying to** | 19  Q. Tell me what work you've done since the |
| 20  **cut expenses.** | 20  buyout of the business. |
| 21  Q. Did anyone at Konika Minolta tell you why | 21  **A. Worked as a guard at building sites,** |

Page 38

1 people doing renovations on their homes, delivering
2 flowers, doing internet research, sourcing products
3 for companies in China.
4      Q.  Have you been an employee of any company
5 for any of the jobs you've just described?
6      A.  No.
7      Q.  So this has been independent contracting,
8 so to speak?
9      A.  So to speak.
10     Q.  Are you currently working anywhere?
11     A.  No.
12     Q.  Are you currently looking for work?
13     A.  Yes.
14     Q.  How long have you been actively looking
15 for work?
16     A.  Two years.
17     Q.  You are looking for a full time position
18 but doing these things in the interim, is that fair
19 to say?
20     A.  That is fair to say.
21     Q.  We're here today because you were injured

Page 39

1 in a bombing that took place on February 16, 2002.
2      I want to ask you some questions about what
3 happened that day and about your health as a result
4 of that.
5      A.  Okay.
6      Q.  Prior to that date, February 16, 2002, had
7 you ever had any mental illness of any kind?
8      A.  No.
9      Q.  Had you ever been depressed prior to that
10 date?
11     A.  No.
12     Q.  Had you ever seen any mental health
13 professional prior to February 16, 2002?
14     A.  No.
15     Q.  Prior to February 16, 2002 did you have
16 any health issues?
17     A.  No.
18     Q.  Did you have any hypertension prior to
19 that date?
20     A.  Not that I was aware of.
21     Q.  You had not been diagnosed as having high

Page 40

1 blood pressure prior to that date?
2      A.  No.
3      Q.  Had you ever been diagnosed as having high
4 cholesterol prior to that date?
5      A.  No.
6      Q.  Were you on any regular medications as of
7 February 16, 2002?
8      A.  No.
9      Q.  On February 16, 2002 did you see the
10 person or persons who caused the explosion that day?
11     A.  No.
12     Q.  It's fair to say you are unable to
13 identify the person or persons who caused the
14 explosion, is that correct?
15         MR. STEINER:  Objection.
16         THE WITNESS:  I don't know what you
17 mean by "identify."
18 BY MR. HILL:
19     Q.  You can't say "this is the person that did
20 it because I saw him on the scene that day,"
21 correct?

Page 41

1      A.  Correct.
2      Q.  Did you lose consciousness at the time of
3 that explosion?
4      A.  No.
5      Q.  Can you describe for me what injuries you
6 sustained in the explosion?
7      A.  I'll describe what I was doing leading up
8 to the terrorist suicide bomber.
9      Q.  You are welcome to answer however you
10 want.
11     All I'm asking for is the nature of your
12 injuries.  If you'll tell me where you were struck
13 and how you were injured, that's what the pending
14 question is.
15     A.  I was standing almost in front of the
16 jewelry store in the mall in Karnei Shomron.  All of
17 a sudden I heard the explosion.
18     I saw blue, white flashing of light.  I was
19 pushed back from the force of the blast two or three
20 steps and then I felt tremendous pain in my leg,
21 excruciating pain.

Page 42

1    I looked down on my leg because I didn't
2  know exactly -- I was in shock and I saw a lot of
3  blood and guts on my pants leg.  I thought it was my
4  blood and guts.
5    Again, I was in a lot of pain so I took my
6  pants off to see if my leg was hanging from a
7  thread.  I had no idea because I was in a lot of
8  pain.
9    Then I realized it's not my blood and guts,
10 it's probably the blood and guts of the suicide
11 bomber and possibly other people that were murdered
12 or injured in the attack, the terrorist attack.
13    I saw that my leg around over here in my
14 thigh was badly bruised.  It was bleeding a little
15 bit.  I had some lacerations.
16    MR. STEINER:  Indicating proximal
17 femur right side.
18 BY MR. HILL:
19    Q.  Have you finished your answer?
20    A.  And then later on -- I'm just skipping now
21 because I'm answering your question -- later on I

Page 43

1  was taken to the hospital, the emergency room, and
2  the doctors examined my ears to see if I had damage
3  in my eardrums.
4    Apparently I didn't because I had a lot of
5  wax in my ears and then they told me to take my
6  pants off, they wanted to examine both my legs.
7    I said it's just this leg.  They said we
8  have to examine it.  I didn't really want to take my
9  pants off.  They said take your pants off or we'll
10 take your pants off.
11    I took my pants off and my other leg was
12 injured also, also bruised, lacerations and
13 shrapnel.
14    They also X-rayed me to see if I had any
15 internal damage from the blast.  That was my
16 physical, the extent of my physical injury.
17    Q.  Initially on the scene you realized you
18 were wounded in your right leg, is that correct?
19    A.  Correct.
20    Q.  Then at the hospital you realized you had
21 also been wounded in your left leg?

Page 44

1    A.  Both legs, yes.
2    Q.  Apart from your legs had you received any
3  other injuries as a result of the blast?
4    MR. STEINER:  Objection.
5    THE WITNESS:  Those were the physical
6  injuries.
7  BY MR. HILL:
8    Q.  You weren't physically injured in your
9  head, arms, upper torso?
10    A.  As far as I know, no.
11    Q.  On your legs the injuries were, I believe
12 you were indicating your right thigh, is that
13 correct?
14    A.  Right.
15    Q.  Did you receive any injuries below the
16 knees on either leg?
17    A.  Not that I'm aware of.
18    Q.  Do you have any injuries to your hips or
19 to your buttocks as a result of the blast?
20    A.  No.
21    Q.  You mentioned that you had some shrapnel

Page 45

1  in your leg, is that correct?
2    A.  Correct.
3    Q.  Which leg did you have the shrapnel?
4    A.  Like some glass, stuff like that.
5    Q.  What do you mean by "blast stuff"?
6    A.  Glass.
7    Q.  You had some glass in both legs, is that
8  correct?
9    A.  As far as I know.  They cleaned it out.
10    Q.  Do you still have any shrapnel or glass in
11 your body today?
12    A.  No, not that aware of.
13    Q.  Did you have any in your body after you
14 left the hospital that night?
15    A.  As far as I know, no.
16    Q.  You were eventually transported to the
17 hospital that day?
18    A.  That night, by ambulance.
19    Q.  Which hospital did you go to?
20    A.  Tel HaShomer.
21    Q.  Do you know the name of the doctor or

STEVEN BRAUN DEPOSITION     February 5, 2013     Shatsky v. Syrian

Page 118

1     MR. STEINER: Objection.
2     THE WITNESS: Some jail outside of
3 Haifa.
4 BY MR. HILL:
5   Q. How long were you in jail?
6   **A. 36 hours.**
7   Q. Were you released on bail or something?
8     MR. STEINER: How long?
9     THE WITNESS: 36 hours.
10 BY MR. HILL:
11   Q. You were released on bail or something
12 like that?
13   **A. Something like that. Personal**
14 **recognizance or something like that.**
15   Q. Apart from this have you had any other
16 run-ins with the law?
17   **A. No.**
18     MR. HILL: I don't have any questions
19 for Mr. Braun at this time, subject to our
20 document --
21     MR. STEINER: Did you have a copy of

Page 119

1 nine by any chance or we'll make that later?
2     MR. HILL: I don't have it yet.
3 We'll add it to the record.
4     MR. STEINER: I ask for a copy of
5 exhibit nine and we reserve our right to review and
6 sign the transcript.
7     (Deposition adjourned at 11:20 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 120

1     Reporter's Certificate
2
3     I, the undersigned, Certified Court Reporter,
4 do hereby certify that the foregoing transcript of
5 testimony was taken by me in stenotype and
6 thereafter reduced to print under my direction,
7 that said transcript is a full, true and
8 substantially accurate record of the proceedings,
9 to the best of my ability.
10    I do further certify that I am neither counsel
11 for, related to, nor employed by any of the parties
12 to the action in which this deposition was taken;
13 and, further, that I am not a relative or employee
14 of any attorney or counsel employed by the parties
15 hereto, nor financially or otherwise interested
16 in the outcome of the action.
17
18     /s/ Michael Feuer
19     _____
20     Certified Realtime Reporter
21

Page 121

1     Certificate of Deponent
2     I hereby certify that I have read and
3 examined the foregoing transcript, and the same
4 is a true and accurate record of the testimony
5 given by me.
6     Any additions or corrections that I feel
7 are necessary I will attach on a separate sheet
8 of paper to the original transcript.
9
10     _____
11     Signature of witness
12     I hereby certify that the individual
13 representing him/herself to be the above named
14 individual, appeared before me this _____
15 day of _____ and executed the above
16 certificate in my presence.
17
18
19
20     _____
21     Notary Public