# Exhibit 18 to 19:

# Redacted