# Exhibit 21 to 22: Redacted