# Exhibit 23

## DECLARATION OF DEBRA APPLEBAUM

Debra Applebaum hereby declares as follows:

1. I am a native-born citizen of the United States.

2. On September 9, 2003, my husband, David Applebaum, and my daughter, Naava Applebaum, were killed in a terrorist attack that took place at Café Hillel in Jerusalem, Israel.

3. At the time of their murder, my husband and daughter were both American citizens.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 3 ,day of Nov 2020

*Debra Applebaum*