# Exhibit 24 to 27: Redacted