# Exhibit 37 to 38: Redacted