# Exhibit 40 to 43: Redacted