# Exhibit 45 to 48: Redacted