# Exhibit 50 to 51: Redacted