# Exhibit 53 to 56: Redacted