# Exhibit 57

**PeopleMap Report (Premier)** 10/19/2020 11:11:46
GILA AFRIAT KURTZER Client ID: 0027109.00002

Case 1:18-cv-02355-GBD-RWL   Document 129-27   Filed 10/19/21   Page 2 of 4

**WestlawNext Delivery Summary Report for:**

# GILA AFRIAT KURTZER

| | |
|---|---|
| **Date/Time of Request:** | 10/19/2020 11:11:46 AM |
| **Report Type:** | PeopleMap Report (Premier) |
| **Client Identifier:** | 0027109.00002 |
| **Delivered By:** | Kent Yalowitz |
| **Comment:** | |

The material accompanying this summary is subject to copyright. Usage is governed by contract with Thomson Reuters, West and their affiliates.

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

Case 1:19-cv-02355-GBD-RLE  Document 129-27  Filed 10/04/21  Page 3 of 4

[Possible People Information](#) 3
    [Date of Birth Summary](#) 3
    [SSN Summary](#) 3
[Permissible Uses and FCRA Disclaimer](#) 3
    [Permissible Uses](#) 3

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

## Possible People Information

**Date of Birth Summary**

| Date of Birth | Source | |
|---|---|---|
| ███/1974 (Age: 46) | Experian Credit Header | Experian Credit Header Real Time |

**SSN Summary**

| SSN | Source | |
|---|---|---|
| ███-XXXX - issued in MD in 1985-1986 | Experian Credit Header | Experian Credit Header Real Time |

## Permissible Uses and FCRA Disclaimer

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - For use in complying with federal, state, or local laws, rules, and other applicable legal requirements.
VOTERS - Use in connection with a non-commercial purpose.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**