# Exhibit 58 to 67: Redacted