# Exhibit 69 to 82: Redacted