# Exhibit 84 to 87: Redacted