# Exhibit 88

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>       Plaintiffs,<br><br> vs.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION, *et al.*,<br><br>       Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### DECLARATION OF CLARA BEN-ZAKEN

I, Clara Ben-Zaken, hereby declare as follows based on my personal knowledge:

1. I am a citizen of the United States.

2. On August 9, 2001, I was injured in a terrorist attack that took place in Jerusalem, Israel.

3. Subsequently, on October 4, 2003, I suffered severe emotional distress when my sister, Chaya Ben-Zaken Zilberstein, also a U.S. citizen, was wounded in a terrorist attack that took place in Haifa, Israel.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  Nov 10, 2020

                   Clara Bne Zaken (Nov 10, 2020 18:18 GMT+2)
                   Clara Ben-Zaken