# Exhibit 89 to 92: Redacted