Exhibit 94 to 101: Redacted