# Exhibit 104 to 107:
# Redacted