# Exhibit 109 to 110: Redacted