# Exhibit 111

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON KIRSCHENBAUM, et al.

Plaintiffs,

v.                                          Civil Action 1:03cv01708
                                            Judge Royce C. Lamberth
THE ISLAMIC REPUBLIC OF IRAN,
et al.

Defendants.

**AFFIDAVIT**

I, Martin Kirschenbaum, on this ____th day of March, 2008 certify under penalty of perjury the following:

1) I was born in Netanya, Israel on ▮▮▮▮▮▮▮▮ 1949.
2) I became a citizen of the United States on December 17, 1962.
3) The original Certificate of Citizenship is attached as a supplement hereto.
4) I am currently a Citizen of the United States.

Respectfully Submitted,

*[signature]*

Martin Kirschenbaum

ESTHER ROSENBERG
Notary Public
Montgomery Co. MD
My Comm. Exps Aug 1st, 2010

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

Application No. ▮

No. ▮

*Personal description of holder as of date of naturalization:* Date of birth 1949; sex Male; complexion Fair; color of eyes Brown; color of hair Black; height 5 feet 7 inches; weight 160 pounds; visible distinctive marks None

Marital status Single; former nationality Israel

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Martin Kirschenbaum
(Complete and true signature of holder)

*Be it known that, at a term of the Commissioner of Immigration and Naturalization held pursuant to law at* 

Bronx, New York

*on* December 17, 1962 *the Commissioner of Immigration and Naturalization having found that* 

-----MARTIN KIRSCHENBAUM-----

*then residing at* [address] *intends to reside permanently in the United States (when so required by the Naturalization Laws of the United States), had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, thereupon ordered that such person be and (s)he was admitted as a citizen of the United States of America.*

*In testimony whereof the seal of the Department is affixed this* 26th *day of* March *in the year of our Lord nineteen hundred and* Sixty-eight *and of our Independence the one hundred and* [ninety-second]

Raymond F. Farrell
COMMISSIONER OF IMMIGRATION AND NATURALIZATION

*Photograph of holder*
Martin Kirschenbaum

Seal

IT IS A VIOLATION OF THE U. S. CODE (AND PUNISHABLE AS SUCH) TO COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY USE THIS CERTIFICATE.

FORM N-560 (REV 3-1-61)