# Exhibit 112 to 121: Redacted