# Exhibit 122

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ORA COHEN, et al.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN, et al.** <br><br> **Defendants.** | Civil Action No. 1:12-cv-01496 |

**AFFIDAVIT OF ORA COHEN**

COMES NOW the affiant, Ora Cohen, duly sworn upon oath, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States and the biological mother of Mirav Cohen, Daniel Cohen, Orly Cohen, Shira Cohen and Elchanan Cohen.

3. On August 19, 2003, I, along with my five (5) children, suffered severe emotional and physical injuries as a result of a terrorist attack upon a passenger bus in Jerusalem, Israel.

4. My daughter Mirav Cohen was born on [redacted] 1995 in Los Angeles, California. (Exhibit 1; Mirav Cohen Birth Certificate). Mirav was a United States citizen at the time of the terrorist attack on August 19, 2003.

5. Mirav was issued a United States passport on June 18, 2002. (Exhibit 2). The passport issued by the United States Government in June 2002 was current and valid at the time of the terrorist attack.

6. My son Daniel Cohen was born on [redacted] 1997 in Jerusalem, Israel. On March 12, 1998, the United States Department of State certified that Daniel acquired United States citizenship at birth. (Exhibit 3; Consular Report of Birth Abroad, Daniel Cohen).

Daniel has maintained his United States citizenship from the date of his birth until present.

7. My daughter Orly Cohen was born on [redacted] 1999 in Jerusalem, Israel. On June 11, 2002, the United States Department of State certified that Orly acquired United States citizenship at birth. (Exhibit 4; Consular Report of Birth Abroad, Orly Cohen). Orly has maintained her United States citizenship from the date of her birth until present.

8. Orly was issued a United States passport on June 19, 2002. (Exhibit 2). The passport issued by the United States Government in June 2002 was current and valid at the time of the terrorist attack.

9. My daughter Shira Cohen was born on [redacted] 2002 in Jerusalem, Israel. On June 11, 2002, the United States Department of State certified that Shira acquired United States citizenship at birth. (Exhibit 5; Consular Report of Birth Abroad, Shira Cohen). Shira has maintained her United States citizenship from the date of her birth until present.

10. Shira was issued a United States passport on June 18, 2002. (Exhibit 6). The passport issued by the United States Government in June 2002 was current and valid at the time of the terrorist attack.

11. My son Elchanan Cohen was born on [redacted] 2003 in Jerusalem, Israel. As were all my other children, Elchanan acquired United States citizenship at birth. Elchanan has maintained his United States citizenship from the date of his birth until present.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 17th day of August 2016.

Ora Cohen

# EXHIBIT 1

COUNTY OF LOS ANGELES
DEPARTMENT OF REGISTRAR-RECORDER/COUNTY CLERK

EVENT: BIRTH

MIRAV COHEN

AMOUNT $19 00

DATE: 02/23/96

THIS IS YOUR RECEIPT

THIS COMPUTER GENERATED ABSTRACT OF BIRTH IS AN OFFICIAL DOCUMENT

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES REGISTRAR-RECORDER/COUNTY CLERK
CERTIFIED ABSTRACT OF BIRTH

NAME. MIRAV COHEN

DATE OF BIRTH. [redacted] 1995    SEX· FEMALE

COUNTY OF BIRTH· LOS ANGELES

BIRTH NAME OF MOTHER: ORA MOHABER

NAME OF FATHER DAVID KOHEN

DATE FILED. JANUARY 29, 1996

DATE ISSUED: FEBRUARY 23, 1996

LOCAL REGISTRATION NUMBER: [redacted]

This certified document is a true abstract of the official record filed with the Registrar-Recorder.

Conny B McCormack

CONNY B MCCORMACK
REGISTRAR-RECORDER/COUNTY CLERK

19-651637

# EXHIBIT 2

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de America por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT

UNITED STATES OF AMERICA

P USA

Surname / Nom / Apellidos
COHEN

Given names / Prénoms / Nombres
MIRAV

Nationality / Nationalite / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
[redacted] 1995

Sex / Sexe / Sexo F — Place of birth / Lieu de naissance / Lugar de nacimiento CALIFORNIA, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
18 Jun 2002

Authority / Autorite / Autoridad
National Passport Center

Date of expiration / Date d'expiration / Fecha de caducidad
17 Jun 2007

Amendments / Modifications / Enmiendas
See Page 24

P<USACOHEN<<MIRAV<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]6USA9512069F0706173<<<<<<<<<<<<<<04

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du present passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT

P USA

Surname / Nom / Apellidos
COHEN

Given names / Prénoms / Nombres
ORLY

Nationality / Nationalite / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
[redacted] 1999

Sex / Sexe / Sexo F — Place of birth / Lieu de naissance / Lugar de nacimiento JERUSALEM

Date of issue / Date de délivrance / Fecha de expedición
19 Jun 2002

Authority / Autorite / Autoridad
National Passport Center

Date of expiration / Date d'expiration / Fecha de caducidad
18 Jun 2007

Amendments / Modifications / Enmiendas
See Page 24

P<USACOHEN<<ORLY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]2USA9904097F0706184<<<<<<<<<<<<<<08

# EXHIBIT 3

159- 0461006

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

of a Citizen of the United States of America

This is to certify that Daniel Cohen (Name) sex male

born at Jerusalem (City) (Country)

on [redacted] 1997 (Date) acquired United States citizenship at birth as established by documentary evidence presented

to the Consular Service of the United States at Jerusalem (City / Country)

on March 12, 1998 (Date).

PARENTS

| Father | Mother |
|---|---|
| Shalom Cohen | Ora Mohaber |
| Date of Birth [redacted] 1959 | Date of Birth [redacted] 1961 |

(Signature of Authorizing Official)

Consul (Title)

Jerusalem (City / Country)

March 12, 1998 (Date)

(SEAL)

FORM FS-240

A Consular Report of Birth is proof of United States citizenship by law 22 USC 2705

# EXHIBIT 4

159- 4024640

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

of a Citizen of the United States of America

This is to certify that ORLY COHEN (Name) sex FEMALE

born at JERUSALEM (City) ____ (Country)

on [REDACTED] 1999 (Date) acquired United States citizenship at birth as established by documentary evidence presented

to the Consular Service of the United States at JERUSALEM (City / Country)

on JUNE 11, 2002 (Date).

PARENTS

| Father | Mother |
|---|---|
| SHALOM COHEN | ORLY MOHABER |
| Date of Birth [REDACTED] 1959 | Date of Birth [REDACTED] 1961 |

(SEAL)

[signature] (Signature of Authorizing Official)

VICE CONSUL (Title)

JERUSALEM (City / Country)

JUNE 11, 2002 (Date)

FORM FS-240

A Consular Report of Birth is proof of United States citizenship by law 22 USC 2705

# EXHIBIT 5

159- 4024636

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

## of a Citizen of the United States of America

This is to certify that SHIRA COHEN (Name) sex FEMALE

born at JERUSALEM (City) ______ (Country)

on [redacted] 2002 (Date) acquired United States citizenship at birth as established by documentary evidence presented to the Consular Service of the United States at JERUSALEM (City / Country)

on [redacted] 2002 (Date).

PARENTS

| Father | Mother |
| --- | --- |
| SHALOM COHEN | ORA MOHABER |
| Date of Birth [redacted] 1959 | Date of Birth [redacted] 1961 |

(SEAL)

(Signature of Authorizing Official)

VICE CONSUL
(Title)

JERUSALEM
(City / Country)

JUNE 11, 2002
(Date)

FORM FS-240

A Consular Report of Birth is proof of United States citizenship by law 22 USC 2705

# EXHIBIT 6



*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes*

DANIEL COHEN

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
Type / Catégorie
P
Code of issuing State / Code du pays émetteur
USA
PASSPORT NO./NO. DU PASSEPORT
Surname / Nom
COHEN
Given names / Prénoms
DANIEL
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
97
Sex / Sexe
Place of birth / Lieu de naissance
M
JERUSALEM
Date of issue / Date de délivrance
12 MAR/MAR 98
Date of expiration / Date d'expiration
11 MAR/MAR 03
Authority / Autorité
U.S. CONSULATE GENERAL
JERUSALEM
Amendments / Modifications
SEE PAGE
24
P<USACOHEN<<DANIEL<<<<<<<<<<<<<<<<<<<<<<<<<<<
USA9705087M0303114<<<<<<<<<<<<<<6

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT

UNITED STATES OF AMERICA

P

Surname / Nom / Apellidos
COHEN

Given names / Prénoms / Nombres
SHIRA

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
2002

Sex / Sexe / Sexo
F

Place of birth / Lieu de naissance / Lugar de nacimiento
JERUSALEM

Date of issue / Date de délivrance / Fecha de expedición
18 Jun 2002

Authority / Autorité / Autoridad
National Passport Center

Date of expiration / Date d'expiration / Fecha de caducidad
17 Jun 2007

Amendments / Modifications / Enmiendas
See Page 24

P<USACOHEN<<SHIRA<<<<<<<<<<<<<<<<<<<<<<<<<<<

72USA0201195F0706173<<<<<<<<<<<<<06

# EXHIBIT 7

We the People
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT
PASAPORTE
USA
UNITED STATES OF AMERICA
COHEN
ELKHANAN NERIA
UNITED STATES OF AMERICA
JERUSALEM
M
20 JUN 2013
19 Jun 2018
United States
Department of State
SEE PAGE 27
USA
P<USACOHEN<<ELKHANAN<NERIA<<<<<<<<<<<<<<<<<<<<<<
9USA0307167M1806195714593153<740438

SOCIAL SECURITY
THIS NUMBER HAS BEEN ESTABLISHED FOR
ELKHANAN NERIA
COHEN
SIGNATURE
06/18/2008

# Exhibit 123

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **SHALOM GOLDSTEIN, *et al*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 16-2507 (CRC) |
| v. | ) | |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN, *et al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DECLARATION OF SHALOM GOLDSTEIN**

COMES NOW the declarant, Shalom Goldstein, duly sworn upon oath, deposes and testifies as follows:

1. I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2. I am a citizen of the United States.

3. On the evening of August 19, 2003, I boarded the No. 2 Egged bus in Jerusalem bus and sat in a seat a couple rows behind the bus driver. As the bus entered the Shmuel Ha-Navi neighborhood in Jerusalem, an individual boarded the bus and there was an immediate explosion.

4. The explosion rendered me unconscious and I woke up on the floor of the bus surrounded by darkness caused by smoke, soot, and debris. I was able to pull myself from the wreckage and soon discovered that I was covered in blood. The explosion burst my eardrums and caused severe lacerations and bruises to my body, face and eyes.

5. Attached as Exhibit A to this Declaration is a true and correct copy of a news article depicting the No. 2 Egged bus following the attack.

6. Attached as Exhibit B to this Declaration is a true and correct copy of a police report from the Israeli police confirming that I was a victim of the August 2003 terrorist attack.

7. I suffered from the physical injuries that I suffered from the explosion for years after the attack. I had a significant loss of hearing for a number of years after the attack.

8 Attached as Exhibit C to this Declaration is a true and correct copy of medical records for my treatment that I received following the explosion.

9. In addition to my physical injuries, I suffered, and continue to suffer, severe emotional distress as a result of the terrorist attack. I suffer from anxiety and bouts of depression due to the traumatic events of the terrorist attack. Although I have not received medical treatment for my anxiety, I frequently consult my Rabbi for guidance to help deal with the emotional distress caused by the attack.

10. My life, and the lives of my entire family, has never been the same following the terrorist attack. I personally witnessed the severe emotional injuries that my parents and siblings suffered as a result of the attack.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 2nd day of December 2018.

Shalom Goldstein

**EXHIBIT A**

HAMODIA המודיע
THE WEEKLY NEWSPAPER OF TORAH JEWRY
VI:271 Aug. 22, 2003 ב"ה ראה, תשס"ג
Price: N.Y./N.J. $1.00/Outside N.Y. $1.75/Catskills $1.25

Congress to Defend Fence Against Sanctions A20

Shloshim of Gateshead Rav, zt"l B38

French Heat-Wave Sparks Resignations B32

Internal Injuries
PROFILES OF COURAGE
PAGE B2

Pollard To Get His Day in Court
PAGE A18

Ein Od Milvado

M9

# 18 Jews Killed in Jerusalem Bus Bombing; 'Road Map' Frozen

*Crowded double bus was carrying families who had davened at the Kosel; more than 100 wounded in latest atrocity*

In one of the most horrific bombings to hit Jerusalem, a suicide bomber blew himself up on a crowded double-length bus in Jerusalem, killing 18 Israelis, *Hy"d*, including five children; and wounding 120, on Tuesday night.

The No. 2 Egged bus was packed with families returning from the Kosel shortly after 9:00 p.m. when the suicide bomber, dressed as a chareidi Jew, detonated himself as the bus was making a right turn on to Shmuel Hanavi Street, a busy intersection in the heart of Jerusalem. The force of the blast demolished the No. 2 bus, and blew out the windows of a bus in front of the bombed bus, as well as those of a car behind it, wounding some of their passengers.

"I had just come from davening at the Kosel and was heading home," said Tzvi Weiss, an 18-year old yeshiva student from New York City who sat in the front of the bus and escaped unharmed. "The bomb went off at the back of the bus. Everything went black. I climbed out of the broken window and started running. All around me there were people covered in blood, screaming, some with limbs missing," he said.

Eyewitnesses described the scene as a masscrep: a baby carriage on the floor of the bus, covered with blood; the interior of the bus, covered with blood; clothing, including hats, soaked in blood.

Another eyewitness saw an infant on the floor of the bus, burnt all over. "I saw little children and adults coming out of the bus that are burned all around," he said.

A yeshiva student reported that he was in a shiur when he heard a noise that shook the building. He ran out and saw wounded and dazed passengers try to get out of the bus. "I saw a little girl all burnt laying on the floor and saying, 'Take me away from here.'"

David Goldstein, who was in a nearby shul, some 200 feet from the scene of the bombing, rushed to place when he heard the explosion. He heard children and women screaming and crying. "I saw a two-year old baby who was no longer breathing, but she still had a pulse. I tried to resuscitate her, but I couldn't."

Shocked survivors, including crying children with blood-smeared faces, were led away from the scene.

Emergency personnel were trying to rescue people, using torches to free them from the bus. Many Jews rushed to shuls to recite *tehillim*, and to entreat Hashem to order the *malach hamashchis* to desist, "Enough."

Yaakov Kalmen, from Hatzoloh of Jerusalem, reported that the bottom of the bus collapsed, and many wounded passengers and body parts just fell to the ground below it.

The wounded were evacuated to hospitals around the city. Five of the 21 victims taken to Hadassah

*continued on page A2*

*Wreckage of the crowded double-length bus en route from the Kosel that was destroyed by suicide bomber on Tuesday night, killing 18 Israelis, Hy"d, including five children, and wounding 120.*

Nation's Worst Blackout
Full Coverage:
Pages A4-7, A44-45, A51-56

# Truck Bomb Explodes at U.N. HQ in Iraq

## *20 Killed, 100 Wounded; U.N. Special Envoy to Iraq Among the Dead*

A cement truck packed with explosives detonated outside the offices of the top U.N. envoy in Iraq on Tuesday, killing him and 19 other people and devastating the U.N.'s Baghdad headquarters in an unprecedented suicide attack against the world body. At least 100 people were wounded.

The bombing blasted a 6-foot-deep crater in the ground, shredded the facade of the Canal Hotel housing U.N. offices and stunned an organization that had been welcomed by many Iraqis, in contrast to the U.S.-led occupation forces.

Except for a newly built concrete wall, U.N. officials at the headquarters refused the sort of heavy security that the U.S. military has put up around some sensitive civilian sites. The United Nations "did not want a large American presence outside," Salim Lone, the U.N. spokesman in the Iraqi capital, said.

Emergency workers pulled bloodied survivors from the rubble and lined up the dead in body bags. Survivors reported other victims still buried.

The 4:30 p.m. blast may have specifically targeted Sergio Vieira de Mello, the top U.N. envoy, said L. Paul Bremer, who heads the U.S.-led administration in Iraq. "The truck was parked in such a place here in front of the building that it had to affect his office," Bremer said.

Vieira de Mello — a 55-year-old veteran diplomat serving in what one U.N. spokesman called the world body's toughest assignment — was meeting with other U.N. officials in his office when the explosion brought the room down around them. Vieira de Mello was wounded and trapped in the rubble, and workers gave him water as they tried to extricate him. Hours later, the United Nations announced his death.

"Those who killed him have committed a crime, not only against the United Nations but against Iraq

*continued on page A2*



Case 1:16-cv-02507-CRC Document 15-1 Filed 12/03/18 Page 5 of 18

# EXHIBIT B

משטרת ישראל

משטרת ישראל
06-01-2016
מפלג תפקידים מיוחדים
ימ"ר מחוז ירושלים

יחידה: מפלג תפקידים מיוחד' ירושלים
כתובת: מגרש הרוסים, ירושלים
טלפון: 02-5391290
תאריך: 6/1/16
אסמכתא: תיק פל"א 22619/03
תיק מסוף:

אל: כל המעוניין

הנדון: **אישור הודעה על גרימת נזק\פגיעה כתוצאה מפעולת איבה נגד ישראל**

1. הנני מאשר כי בתאריך 6.1.16 הודיע(ה) מר/ת **שלום גולדשטיין ת.ז 324398429 באמצעות יפוי כח לאחיו יחזקאל גולדשטיין**. הגר(ה) ב: **ברוקלין ארה"ב**. כי בתאריך 19/8/03 **נפגע בפיצוץ באוטובוס קו 2 בירושלים**.

נגרם נזק לנכס שלו ו/או פגיעה בגוף בנסיבות כדלקמן: (פרט סיבת הימצאות המתלונן באזור, תאריך, שעה, מקום האירוע, עדים וכיו"ב)
**הנ"ל נזקק לטיפול רפואי**.

2. ממצאי הבדיקות
X נבדק מקום האירוע. להלן הממצאים: **בתאריך הנ"ל התפוצץ מחבל מתאבד באוטובוס קו 2 בירושלים**.
☐ נבדק הרכב. להלן הממצאים: ______
לא נבדק מקום האירוע או הרכב מהסיבות הבאות: ______ הערות: ______

| מ.א. | דרגה | שם פרטי ומשפחה | תפקיד | חתימה |
|---|---|---|---|---|
| 1042126 | רס"מ | אודי בוסאני | רכז חקירות | |

חלק זה ימולא על ידי קצין משטרה מוסמך

3. **סיכום הממצאים** (לסמן רק חלופה אחת)
☒ נמצאו הוכחות ברורות שהנזק/הפגיעה נגרם/ה כתוצאה מפעולות מלחמה נגד ישראל
☐ נסיבות האירוע מעלות יסוד סביר להניח כי הנזק נגרם/ה כתוצאה מפעולות מלחמה נגד ישראל.
☐ אין בידי משטרת ישראל ממצאים המצביעים על כך שהפגיעה נגרם/ה כתוצאה מפעולות איבה נגד ישראל.
☐ נמצאו הוכחות ברורות וחד משמעיות כי הנזק לא נגרם/ה כתוצאה מפעולות מלחמה נגד ישראל.

**פרטי המאשר:**

| מ.א. | דרגה | שם פרטי ומשפחה | תפקיד | חתימה |
|---|---|---|---|---|
| | | | | |

ראפי קבלאן, פקד
מ.א. 1140599
ק' חקירות מת"א ימ"ר י-ם

הערה: טופס זה הינו בהתאם להנחיית מח"ק 03.300.217

**EXHIBIT C**

ב"ה

המרכז הרפואי שערי צדק, ירושלים

# מרפאת אף, אוזן וגרון

| שם משפחה | שם פרטי | שם האב |
|---|---|---|
| | | |
| תאריך | מס' זיהוי | טלפון |

אף-אוזן-גרון כללי
ת.ז. 203815029 - 1 26/06/1984
גולדשטיין שלום
שמחה
אישור: 3321497
בטוח לאומי נפגעי
ת. קליטה 18/09/2003 09:35
מס. זהות קופ"ח: 770308260

Blust Injury

ע"י / דות המחלה

Neotympanum

המרכז הרפואי ... צדק
מומחה ... וגרון
מ.ר. 21435

R L

WEBER RINNE

| | 125 | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|---|---|---|---|---|---|---|---|
| -10 | | | | | | | |
| N | | | | | | | |
| 10 | | | | | | | |
| 20 | | | | | | | |
| 30 | | | | | | | |
| 40 | | | | | | | |
| 50 | | | | | | | |
| 60 | | | | | | | |
| 70 | | | | | | | |
| 80 | | | | | | | |
| 90 | | | | | | | |

חיצונה

ירותיו

אף, אוזן וגרון

אף, אוזן וגרון

Case 1:16-cv-02507-CRC Document 15-1 Filed 12/03/18 Page 9 of 18
שם המפנה
סיבת ההפניה
שם האב
תאריך
ש.ל.
מין
כתובת
טלפון
Patient Shalom Goldstein
Date Sept. 18, 1903
SRT + DISCRIM GIVEN IN ENGLISH
FREQUENCY IN Hz
אודיומטריה
dB HEARING LEVEL
SRT
DISC %
DB
MCL
TOL
MASKING
250 500 1000 2 4 8
אויר ימין
אויר שמאל
עצם ימין
עצם שמאל
KEY
RIGHT (Red)
LEFT (Blue)
TONE DECAY
טימפנומטריה
PVT
ETF
COMPLIANCE
Probe
RT
LFT
רפלקס אקוסטי
Frequency in Hz 500 1000 2000 4000
Right Ear
Left Ear
Contra (Phone) Decay
Ipsi (Probe) Decay
סיכום והמלצות
Follow-up after test on 20/8/03 (one day after blast injury)
Today's test - one month after blast injury
Left Ear - Hearing within normal limits 250HZ - 6KHZ very mild drop at 8KHZ improvement since last test
improvement — Right Ear - Hearing is within normal limits 1KHZ - 4KHZ with a very mild drop at 250HZ, Mild 6KHZ drop 6K-8KHZ with a S/N component. There is a mild conductive element at 8K
Recommend - ENT + repeat hearing test according to physician's instructions
אינרא 740100115

בס"ד

# shaare zedek medical center

# מרכז רפואי שערי צדק

עמותה 58-000-7557

31/08/2003
15:03:03

מקור

קבלה 234708

קופאי: 30382

400.00 ש"ח

אנו מאשרים שקיבלנו ממר/מרת גולדשטיין שלום

ת.ז. 203815029 1

ת.ז203815029 400.00 ש"ח

עבור
שר"פ של דר כהן דוד בקור\יעוץ חוזר
מנהל מחלקה

צורת תשלום

| צ'ק | ת.צ'ק | בנק | סניף | מס' חשבון | סכום צ'ק |
|---|---|---|---|---|---|
| 958438 | 15/09/03 | 9 | 1 | 3521615 | 400.00 ש"ח |
| | | | | סה"כ בצ'קים: | 400.00 ש"ח |

ניתן לקבל את הצ'ק עצמו עד לתאריך הצ'ק, באגף הכספים (קומה 4) 22/09/2003
החזר התשלום במזומן יבוצע עם קבלת אישור מהבנק שהצ'ק נפרע, או לאחר
עד אז, קבלה זו אינה מהווה אישור על קבלת התשלום בפועל

המרכז הרפואי שערי צדק
SHAARE ZEDEK MEDICAL CENTER
שולם
PAID

Tel. 972-2-6555111, Fax. 972-2-6513946 P.O.BOX. 3235, Jerusalem 91031 ירושלים, 3235 ת.ד. ,02-6513946 פקס ,02-6555111 :טל




בס"ד

shaare zedek medical center מרכז רפואי שערי צדק

עמותת 58-000-755

24/08/2003 מקור
16:09:43

קבלה 233781

קופאי: 30545

אנו מאשרים שקיבלנו ממר/מרת גולדשטיין שלום 500.00 ש"ח

ת.ז. 203815029 1

עבור
שר"פ של דר כהן דוד בקורו/יעוץ ראשון 500.00 ש"ח ת.ז203815029
מנהל מחלקה

צורת תשלום
ויזה מס' 4030190010947187 500.00 ש"ח 24/08/2003

המרכז הרפואי שערי צדק
SHAARE ZEDEK MEDICAL CENTER
PAID שולם

טל: 02-6555111, פקס. 02-6513946, ת.ד. 3235, ירושלים 91031 Tel. 972-2-6555111, Fax. 972-2-6513946 P.O.BOX. 3235, Jerusalem 91031



Case 1:16-cv-02507-CRC Document 15-1 Filed 12/05/18 Page 12 of 18

ב״ה

shaare zedek medical center המרכז הרפואי שערי צדק

Aug 31st. 03

Shalom Goldstein

He suffered from blast injury with perforation in both ears.

On 8.24.03: purulent (perf.) dry ← treated with Ciloxan

On 8.31.03 closed

perf. smaller, wet.

SHAARE ZEDEK MEDICAL CENTER
**DR. DAVID COHEN**
HEAD DEPARTMENT OF OTOLARYNGOLOGY

P.O.Box 3235 ת.ד.
Jerusalem 91031 ירושלים
Telephone 6555111 טלפון
Fax 6513946 פקס

74970001

אר"ן
נפגע מספר : 138

המרכז הרפואי שערי צדק, ירושלים

# כרטיס חיסון

שם ______ פרטי / משפחה ______ גיל ______

כתובת ______

תאריך 19.8 סוג החיסון d.T כמות 0.5 חתימה [signature]

תאריך 19.8 סוג החיסון Bio Hep B כמות 1cc חתימה [signature]

740100085

Case 1:16-cv-02507-CRC Document 15-1 Filed 12/05/18 Page 13 of 18

שערי צדק

מ. זהות: 1-203815029

טלפון:

לכבוד: **גולדשטיין שלום**
**רח חי יצחק 9/19 ביתר עילית**

הוזמן לך תור למרפאה: שר"פ

ל: כהן דוד

הטיפול: **בקור / יעוץ חוזר**

מועד התור נקבע ליום:

**ראשון 31/08/2003 ג' אלול תשס"ג**

**בשעה: 15:00**

נא לבדוק אם הטלפון והכתובת שברשותינו מדוייקים. ולא, נא להודיענו.

**אם ברצונך לבטל או לדחות התור, אנא הודע לנו בהקדם.**

בכבוד רב

מרפאת: שר"פ

טלפון: 6555999 (02) קומה: 4

*****לתשומת לבכם*****

**תזכורת: אנא זכור להביא אמצעי תשלום עבור ביקור זה**

תורים נוספים:

------------------

1. שר"פ כהן דוד
לתאריך: 24/08/03 לשעה: 16:15 עבור בדיקה : בקור / יעוץ ראשון

2. אף-אוזן-גרון כללי
לתאריך: 18/09/03 לשעה: 09:30

3. שמיעה ודיבור בדיקת שמיעה - רגיל
לתאריך: 18/09/03 לשעה: 11:15

Case 1:16-cv-02507-CRC Document 15-1 Filed 12/05/18 Page 14 of 18

לכבוד: גולדשטיין ,שלום
רח חי יצחק 9/19
ביתר עילית

תאריך - 20/08/2003

מס. רשומה - 10181258
בכל פניה נא לציין
המספר הנ"ל

מס. זהות: 9-000982455

הנדון: חוב עבור טיפול בחדר מיון מתאריך - 19/08/2003 עד - 20/08/2003

נא להעביר את התשלום למשרד קבלת חולים כדלהלן:
(על חברי קופת חולים לפנות לקופה לשם קבלת התחייבות)

| | | |
|---|---|---|
| 303230 | ביקור גלובלי במיון | 449.00 |
| | **סה"כ לתשלום :** | **449.00** |
| | **שולם ע"ח :** | **0.00** |
| | **יתרה לתשלום (בשקלים) :** | **449.00** |

שים לב: על מנת להקל על זיכוי חובך נבקשך לצרף חשבון זה לתשלום.

בכבוד רב

המשרד לקבלת חולים
טל: (02) - 655-5020
פקס: (02) - 651-4289

6555999
המכון לאבחון ולטיפול בליקויים בשמיעה ובדיבור
שם האב
שם פרטי
שם משפחה
ת.ז.
תאריך
ש.ל.
מין
טלפון
כתובת
שם המפנה
שם הבודק
אודיומטר
סיבת ההפניה
Bt. Perf.
Rt. Corneal
FREQUENCY IN Hz
אודיומטריה
250 500 1000 2000 4000 8000 10K 12K
dB HEARING LEVEL
10 0 10 20 30 40 50 60 70 80 90 100 110 120
שמיעת דיבור
אוזן ימין
mask
אוזן שמאל
mask
שדה חופשי FF
שם מכשיר שמיעה
SRT
DISC %
DB
MCL
TOL
שפת אם:
שפת הבדיקה:
MASKING
250 500 1000 2 4 8
תדירות הMASK
אויר ימין
אויר שמאל
עצם ימין
עצם שמאל
KEY:
Air
Air & mask
Bone
Bone & mask
Weber
Rinne
לא נשמע
RIGHT (Red)
LEFT (Blue)
TONE DECAY
Ear
Hz
Thr
nB SI
5 10 15 20 25 30
mask Lvl
ABLB
טימפנומטריה
PVT
R. L.
ETF
R. L.
COMPLIANCE
Probe
RT.
LFT.
400 300 200 100 0 100 200
סיכום והמלצות
רפלקס אקוסטי
Frequency in Hz.
500 1000 2000 4000
Right Ear
Left Ear
Contra (Phone)
Ipsi (Probe)
Decay
740100115



Case 1:16-cv-02507-CRC Document 15-1 Filed 12/05/18 Page 16 of 18

Shaare Zedek Medical Center המרכז הרפואי שערי צדק
דף מידע

# תגובה של דחק חריפה

לאחר אירוע קשה (טראומה) כמו פיגוע, תקיפה פיזית או תאונת דרכים, רוב האנשים מתקשים לחזור לחיים הרגילים.

קיימות מספר בעיות שכיחות:

- ☒ *קשיי שינה.* גם להירדם וגם שינה במשך הלילה
- ☒ *חלומות מטרידים*: עלולים להיות סיוטים לא רק על האירוע הטראומטי אלא גם על מצבי אלימות אחרים
- ☒ *תמונות חוזרות* של האירוע
- ☒ *עצבות*
- ☒ *עצבנות*
- ☒ *חוסר עניין* בעבודה ובחיים החברתיים
- ☒ *תאבון ירוד*
- ☒ *חרדה*
- ☒ *פחד* או פחדים
- ☒ *רגשות אשם*

תופעות אלה הן רגילות ואפילו צפויות. אלו צורות שבהם שהמוח האנושי מתמודד עם זיכרון של זוועות. בדרך כלל, תופעות אלה הולכות ודועכות תוך מספר ימים. אנשים שמגיבים כך לאחר האירוע לרוב חוזרים לחיים הרגילים תוך זמן קצר.

להתמודדות עם זיכרון ותופעות של אירוע קשה היא קלה יותר כאשר אדם נמצא בסביבה אוהדת ותומכת. לכן:

## דבר על מה שעברת עם מישהו שאכפת לו!

חשוב לאדם להבין ולדעת שמה שהוא עובר הוא דבר צפוי ורגיל. עצם ידיעה זאת משפרת את מצבם של רוב האנשים.

יתכן גם מצב שמרגישים בסדר דווקא ישר לאחר האירוע ואז, בהדרגה או באופן פתאומי, מופיעים השינויים שהוזכרו לעיל, דהיינו עצבות, עצבנות, חרדה וכו'. תגובה מעין זאת עלולה להביל אנשים, אבל חשוב לזכור שגם תגובה זאת צפויה ורגילה ושהמצב עשוי להשתפר תוך מספר ימים.

מספר קטן של אנשים אינם מסוגלים לסבול את התופעות האלה וגם לא חשים שיפור תוך כמה ימים. הבעיה השכיחה ביותר היא חוסר שינה. אם אינך רואה שיפור תוך כשבוע ימים אחרי התחלת הסימפטומים, לך לרופא המשפחה שלך. אחרי שיחה אתך, יתכן והוא ימליץ על יעוץ או טיפול תרופתי כדי לזרז את ההתאוששות.

קורה לעתים רחוקות שאדם לא מצליח להשתחרר כלל מהחרדות ומהמועקה ושהן אף הולכות ומחריפות. במקרה כזה, מומלץ לפנות לחדר מיון בתאום עם הרופא המטפל.

*רפואה שלמה!*

| P.O.Box | 3235 | ת.ד |
|---|---|---|
| Jerusalem | 91031 | ירושלים |
| Telephone | 6555111 | טלפון |
| Fax | 6513946 | פקס. |

749700006



ב"ה

המרכז הרפואי ש...

טופס פצוע...

מכתב שחרור

שם החולה: ______
תאריך קבלה: ______
ת.ז.: ______
מחלקה: ______
מסי רשומה: ______
מין: זכר/נקבה גיל: ______

19/08/2003 23:11
מס. נפגע 138
חדר מיון
מ. אשפוז: 10181258
גולדשטיין שלום
28/06/1984 ז
שם אב: שמחה
שעה:
תאריך:
אחר 9-982455
מ.ז.

בן 19. בזמן הפיגוע [illegible] היה בתוך האוטובוס. נפגע בעינו הימנית.
[illegible]

אבחנות: Bilat. Perforation of tympanic membrane
Rt. Corneal scratch

המלצות:
1. [illegible]
2. [illegible]
3. [illegible]
4. [illegible]
5. Acamol 500

תאריך: שעה:

Dr. Shoshana
12414

ב"ה

המרכז הרפואי שערי צדק

# טופס פצוע

| | |
|---|---|
| חדר מיון 19/08/2003 23:11 | |
| מס. נפגע 138 | מ. אשפוז: 10181258 |
| T | גולדשטיין שלום |
| 28/06/1984 | שם אב: שמחה |
| שעה: ____ | תאריך: ____ |
| 9-982455 אחר | מ.ז.: |

שם החולה: ____
תאריך קבלה: ____
ת.ז.: ____
מחלקה: ____ מדבקה
מסי רשומה: ____
מין: זכר/נקבה גיל: ____

## שחרור

**מרפאת עיניים** שעה: ____
מצב:
המלצות:
ביקורת:
חתימה וחותמת

**מרפאת א.א.ג.** שעה: ____

אוזן ימין | אוזן שמאל

מצב: קרע דו"צ בעור התוף (Rt > Lt)

המלצות: 1) רצוי שמיעה בהקדם (6555081) 2) אנטיביוטיקה להרטיב את האוזן

ביקורת: לאחר בדיקת שמיעה

חתימה וחותמת

**בדיקה חוזרת ע"י רופא משחרר** שעה: ____

חתימה וחותמת

**עובדת סוציאלית** שעה: 23:55

שלום נמצא פה עם אחיו הנשוי - שחרר הביתה ויקח אותו לנשם, קבל דף הדרכה של הביטוח הלאומי.

המרכז הרפואי שערי צדק
רחל ארן
עובדת סוציאלית
מ.ר. 13421

חתימה וחותמת

**משוחרר סופית על ידי:**

תאריך: ____ שעה: ____

חתימה וחותמת