# Exhibit 124 to 146: Redacted