# Exhibit 150 to 151: Redacted