# Exhibit 153 to 154: Redacted