# Exhibit 155

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. ███████

CIS Registration No. ███████

· ORIGINAL ·

Personal description of holder as of date of issuance of this certificate; Sex **Male**; date of birth ███ 2001; country of birth **Israel**; complexion *****; color of eyes *****; color of hair *****; height **3** feet **4** inches; weight ***** pounds; visible distinctive marks *****. Marital status **Single**

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me

*Pdaya Menachem Mark by Chava Rachel Mark (mother)*
(Complete and true signature of holder)



pdaya Menachem mark by Chava Rachel mark (mother)

Seal

Be it known that **Pedaya Menachem Mark** now residing at ███████ having applied to the Director of U.S. Citizenship and Immigration Services for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on **December 8, 2006** and is now in the United States:

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this **8th** day of **December** OF THE YEAR TWO THOUSAND SIX, and the seal of the Department of Homeland Security affixed pursuant to statute.

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

*[signature]*
Director, U.S. Citizenship and Immigration Services

**DEPARTMENT OF HOMELAND SECURITY**

# Exhibit 156

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. ▮▮▮▮▮

CIS Registration No. ▮▮▮▮▮

· ORIGINAL ·

Personal description of holder as of date of issuance of this certificate; Sex **Female**; date of birth ▮▮▮▮▮ **2002**; country of birth **Israel**; complexion **\*\*\*\*\***; color of eyes **\*\*\*\*\***; color of hair **\*\*\*\*\***; height **3** feet **2** inches; weight **\*\*\*\*\*** pounds; visible distinctive marks **\*\*\*\*\***

Marital status **Single**

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me

Tehila Bracha Mark by Chava Rachel Mark (mother)
(Complete and true signature of holder)



Tehila Bracha Mark by Chava Rachel Mark (mother)

Seal

Be it known that **Tehilla Bracha Mark** now residing at ▮▮▮▮▮ having applied to the Director of U.S. Citizenship and Immigration Services for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on **December 8, 2006** and is now in the United States:

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this **8th** day of **December** **OF THE YEAR TWO THOUSAND SIX**, and the seal of the Department of Homeland Security affixed pursuant to statute.

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

Director, U.S. Citizenship and Immigration Services

DEPARTMENT OF HOMELAND SECURITY

# Exhibit 157


