# Exhibit 158 to 171: Redacted