# Exhibit 173 to 248: Redacted