# Exhibit 264: Redacted