# Exhibit 265: Redacted