# Exhibit 4

**The Year in Review**

International terrorists conducted 199 attacks in 2002, a significant drop (44%) from the 355 attacks recorded during 2001. A total of 725 persons were killed in last year's attacks, far fewer than the 3,295 persons killed the previous year, which included the thousands of fatalities resulting from the September 11 attacks in New York, Washington, and Pennsylvania.

A total of 2,013 persons were wounded by terrorists in 2002, down from the 2,283 persons wounded the year before.

The number of anti-US attacks was 77, down 65% from the previous year's total of 219. The main reason for the decrease was the sharp drop in oil pipeline bombings in Colombia (41 last year, compared to 178 in 2001).

Thirty US citizens were killed in terrorist attacks last year:

- On 15 January, terrorists in Bayt Sahur, West Bank, attacked a vehicle carrying two persons, killing one and wounding the other. The individual killed, Avi Boaz, held dual US-Israeli citizenship. The Al-Aqsa Martyrs Brigade claimed responsibility.

- On 23 January, Daniel Pearl, the *Wall Street Journal*'s South Asia bureau chief was kidnapped in Karachi, Pakistan. On 21 February, it was learned that he had been murdered.

- On 31 January, two hikers on the slopes of the Pinatubo volcano in the Philippines were attacked by militants. One of the hikers, US citizen Brian Thomas Smith, was killed.



*US Embassy staff load the flag-draped casket of Kristen Wormsley, daughter of US diplomat, into a van in Islamabad, Pakistan, 20 March 2002. Kristen and her mother Barbara Green were killed in an attack on the Protestant International Church in Islamabad.*

- On 16 February, a suicide bomber detonated a device at a pizzeria in Karnei Shomron in the West Bank, killing four persons and wounding 27 others. Two US citizens—Keren Shatsky, and Rachel Donna Thaler—were among the dead. The Popular Front for the Liberation of Palestine claimed responsibility.

- On 14 March, two US citizens—Jaime Raul and Jorge Alberto Orjuela—were murdered in Cali, Colombia, by motorcycle-riding gunmen.

- On 17 March, grenades were thrown into a Protestant church in Islamabad, Pakistan, killing five persons including two US citizens, Barbara Green and Kristen Wormsley.

- On 27 March, a HAMAS homicide bomber entered the crowded restaurant of a hotel in Netanya, Israel, and detonated a bomb, killing 22 persons, including one US citizen, Hannah Rogen.



Martin and Gracia Burnham, missionaries from Wichita, Kansas, were taken hostage by the Abu Sayyaf Group in May 2001. On 7 June 2002, during a rescue operation by the Armed Forces of the Philippines, Mr. Burnham and Philippine Nurse Deborah Yap were killed.



A Malaysian man reads a newspaper with the headline "American Held" and photo of US militant Ahmed Ibrahim Bilal at a newsstand in Kuala Lumpur on 8 October 2002.

- On 7 June, US citizen Martin Burnham, who along with his wife, Gracia, had been held hostage for more than a year in the Philippines by the Abu Sayyaf Group, was killed as Philippine military units on a rescue mission engaged the terrorists in a firefight. Gracia Burnham was wounded.

- On 31 July, a bomb planted by HAMAS terrorists exploded at Hebrew University in Jerusalem, killing nine persons and wounding 87 others. Among the dead were five US citizens—Benjamin Blutstein, Marla Bennett, Diane Leslie Carter, Janis Ruth Coulter, and David Gritz.

- On 8 October, in Failaka Island, Kuwait, gunmen attacked US soldiers conducting a live-fire exercise killing one Marine, Lance Cpl. Antonio J. Sledd.

- The worst terrorist attack since September 11 occurred on 12 October at a resort in Bali, Indonesia, when a car bomb exploded in a busy tourist area filled with nightclubs, cafes, and bars. The attack killed over 200 persons from two-dozen nations. Seven US citizens died—Deborah Lea Snodgrass, Karri Casner, Jacob Young, Steven Webster, George "Joe" Milligan, Megan Heffernan, and Robert McCormick.

- One US citizen—Sandy Alan Booker—died in the Moscow theater attack on 23 October as Russian commandos attempted to rescue 800 hostages held for three days by Chechen terrorists.

- On 28 October, a gunman in Amman, Jordan, shot and killed Laurence Foley, a senior administrator of the US Agency for International Development, as he was leaving his home for work.

- On 21 November in Sidon, Lebanon, an office manager/nurse at a church-run health facility, US citizen Bonnie Denise Witherall, was killed by a gunman.

- Three US citizens—Kathleen Gariety, William Koehn, and Martha Myers—were murdered on 30 December by a gunman who stormed a Baptist missionary hospital in Yemen and opened fire.

# Exhibit 5

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

Type/Catégorie: P
Code of issuing State / code du pays emetteur: USA
Passport No./No. du passeport: [redacted]
Surname / Nom: THALER
Given names / Prénoms: RACHEL DONNA
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: [redacted] 86
Sex / Sexe: F
Place of birth / Lieu de naissance: UNITED KINGDOM
Date of issue / Date de délivrance: 11 JUL/JUI 01
Date of expiration / Date d'expiration: 10 JUL/JUI 06
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications: SEE PAGE 24

P<USATHALER<<RACHEL<DONNA<<<<<<<<<<<<<<<<<<<<
[redacted]SA8601285F0607100<<<<<<<<<<<<<<0

# Exhibit 6

Case 1:02-cv-02280-RJD Document 360-130 Filed 01/29/14 Page 2 of 17
Case 1:02-cv-02280-RJD Document 360-130 Filed 01/29/14 Page 2 of 17

Page 1

```
          In the U.S. District Court
              District of Columbia

-------------------------------x
                               :
Shabtai Scott Shatsky, et      :
al                             :
                               :
              v.               : NO. 1:02cv02280
                               :
The Syrian Arab Republic,      :
et al                          :
                               :
-------------------------------x

              January 28, 2013

DEPOSITION OF:

          Shabtai Scott Shatsky,

a witness, called by counsel pursuant to notice,
commencing at 2:06 p.m., which was taken at Miller
and Chevalier, 655  15th Street, NW, Washington, DC
20005-5701
```

SHABTAI SHATSKY DEPOSITION        January 28, 2013        Shatsky v. Syrian

Page 10

1  A.  I think shortly before, maybe just after I
2  got married they anglicized the name from Shatsky to
3  Shaw.
4  Q.  Did Shatsky and Shaw have the same meaning
5  in some language or did he pick it because it was
6  shorter?
7  A.  I think it was the second case.
8  Q.  When you moved to Israel you took the name
9  Shatsky back?
10  A.  Exactly.
11  Q.  Are your parents still alive?
12  A.  My mother is alive.
13  Q.  Where does she live today?
14  A.  She is in a nursing home in Brooklyn.
15  Q.  Do you have any living siblings?
16  A.  Yes, I have one brother.
17  Q.  What is his name?
18  A.  Bill.
19  Q.  Where does he reside?
20  A.  In Manhattan.
21  Q.  What is his full name?

Page 11

1  A.  Bill Robert Shaw.
2  Q.  Do you know his address?
3  A.  I think it's something like [redacted]
4  [redacted].
5  Q.  Any other living siblings?
6  A.  No.
7  Q.  What is your wife's name?
8  A.  Joanne.
9  Q.  How long have you been married?
10  A.  Since 1973.
11  Q.  What is Joanne's full name?
12  A.  Joanne Chava Shatsky.
13  Q.  Do you know what her name was at her
14  birth?
15  A.  Yes.
16  Q.  What was it?
17  A.  Joanne Poliqin.
18  Q.  Did your wife have a middle name?
19  A.  No.
20  Q.  When did she take her current name, Joanne
21  Chava Shatsky?

Page 12

1  A.  She married me.  She became Joanne
2  Shatsky.  Probably the Chava, the full legal name
3  was at the same time I changed my name, she became
4  Joanne Chava Shatsky at the same time.
5  Q.  She changed her name legally following
6  your move to Israel?
7  A.  Yes.
8  Q.  Approximately what year was that?
9  A.  We actually hadn't moved to Israel yet.
10  We were there as tourists on an extended visit and I
11  think it was around 1975.
12  Q.  Was the decision to change your names
13  associated with your decision to move to Israel?
14  A.  Not directly, no.
15  Q.  Why did you change your name?
16  A.  I think I just wanted to revert back to
17  the original.
18  Q.  Why did you move to Israel?
19  A.  That was part of let's say my religious
20  reawakening, taking on various practices of Judaism
21  and moving to Israel was seen as part of those

Page 13

1  practices.
2  Q.  So it would be fair to say that your
3  renewed interest in your faith was a reason to move
4  to Israel?
5  A.  Yes.
6  Q.  Did you believe your faith required or
7  encouraged you to move to Israel?
8  A.  Yes.
9  Q.  The area that you eventually moved to is
10  called Karnei Shomron, is that correct?
11  A.  Yes.
12  Q.  That is located in territory that was
13  conquered or occupied by Israel in the 1967 War, is
14  that correct?
15       MR. STEINER:  Objection.
16       THE WITNESS:  It was liberated by
17  Israel in the 1967 War.
18  BY MR. HILL:
19  Q.  You chose the word "liberated."  Why did
20  you choose that word?
21       MR. STEINER:  Objection.

Page 18

1  A. Yes.
2  Q. Tell me the names of your children.
3  A. **Tzippora, Yosef, Sarah, Miriam, David and**
4  **Keren who is deceased.**
5  Q. What are their approximate ages?
6  A. **36, 34, 32, 30, 28.**
7  Q. Those are the ages in the order that you
8  gave them?
9  A. **Yes, descending.**
10 Q. Are you an American citizen?
11 A. **Yes.**
12 Q. Have you ever been a citizen of any other
13 country?
14 A. **I'm a citizen of Israel.**
15 Q. Did you obtain your Israeli citizenship?
16 A. **Back when I moved there. I don't know**
17 **what year that would have been.**
18     MR. STEINER: If you are not sure --
19     THE WITNESS: When I moved there I
20 became a citizen.
21 BY MR. HILL:

Page 19

1  Q. What year did you move to Israel?
2  A. **We visited once around 1975 and we**
3  **actually moved there the end of 1984.**
4  Q. Approximately 1984 you became an Israeli
5  citizen as well?
6  A. **Yes.**
7  Q. Did you ever consider giving up your
8  American citizenship?
9  A. **No.**
10 Q. Is your wife an American citizen?
11 A. **Yes.**
12 Q. Is she also an Israeli citizen?
13 A. **Yes.**
14 Q. How about your children, are all of them
15 dual American-Israeli citizens?
16 A. **Yes.**
17 Q. Were any of your children born in the
18 United States?
19 A. **Yes.**
20 Q. Which ones?
21 A. **Sarah, Miriam and David.**

Page 20

1  Q. The other children were born in Israel,
2  the West Bank?
3     MR. STEINER: Objection.
4     THE WITNESS: True.
5  BY MR. HILL:
6  Q. They were born in the town where you live
7  now?
8  A. **Just Keren was.**
9  Q. Keren was born in Karnei Shomron?
10 A. **We lived in Karnei Shomron. The hospital**
11 **was not in that that town.**
12 Q. Do you speak any languages other than
13 English?
14 A. **Yes, I speak Hebrew.**
15 Q. Does anyone else in your family speak a
16 language other than English?
17 A. **We all speak Hebrew.**
18 Q. Are you currently employed?
19 A. **No.**
20 Q. When were you last employed?
21 A. **August of 2011.**

Page 21

1  Q. Why did your employment end?
2  A. **I decided to sort of retire early.**
3  Q. You say you sort of decided. Did you, in
4  fact, retire?
5  A. **I say that because it's not a retirement**
6  **in the sense of I'm collecting my pension.**
7  Q. You stopped working voluntarily?
8  A. **Yes.**
9  Q. You were not terminated?
10 A. **Right.**
11 Q. You had the option to continue at your
12 work and chose not to?
13 A. **Yes.**
14    MR. STEINER: Objection.
15 BY MR. HILL:
16 Q. You said -- are you drawing a pension
17 today?
18 A. **No.**
19 Q. Are you receiving any assistance from the
20 Israeli government as a result of your retirement?
21 A. **Not as a result of my retirement.**

Page 198

1  not having her at their weddings and other life
2  events and just in general.  It's just a loss that's
3  not replaceable.
4       The other metaphor I might use besides
5  losing a limb is sort of like when this tragedy
6  happens it's sort of getting hit by a Mack truck.
7       That sort of describes what I was trying to
8  say about feeling like you can't really deal with
9  everyday issues, problems of life.
10      It's hard to compete and still be in the rat
11 race or perform totally well at work and other
12 activities of life.
13      It sort of knocks you on your back and it's
14 a little difficult to get up.  Like I say, words,
15 and certainly my words, really can't describe it and
16 put it in its place.
17      It's nothing like the death of a parent
18 which happens in the natural course of life
19 normally.
20      It's a lot worse.  I've experienced both so
21 I could tell you.

Page 199

1       Parents love their children more than
2  children love their parents.  It's just the way it
3  is.
4       When you lose a child, that's about the
5  worst that can happen to you.  That's about it.
6         MR. STEINER:  Nothing else.
7         MR. HILL:  Subject to my
8  reservations, no further questions.
9         (Deposition adjourned at 5:45 p.m.)

Page 200

1              Reporter's Certificate
2
3     I, the undersigned, Certified Court Reporter,
4  do hereby certify that the foregoing transcript of
5  testimony was taken by me in stenotype and
6  thereafter reduced to print under my direction,
7  that said transcript is a full, true and
8  substantially accurate record of the proceedings,
9  to the best of my ability.
10    I do further certify that I am neither counsel
11 for, related to, nor employed by any of the parties
12 to the action in which this deposition was taken;
13 and, further, that I am not a relative or employee
14 of any attorney or counsel employed by the parties
15 hereto, nor financially or otherwise interested
16 in the outcome of the action.
17
18             /s/ Michael Feuer
19         _____
20         Certified Realtime Reporter
21

Page 201

1              Certificate of Deponent
2     I hereby certify that I have read and
3  examined the foregoing transcript, and the same
4  is a true and accurate record of the testimony
5  given by me.
6     Any additions or corrections that I feel
7  are necessary I will attach on a separate sheet
8  of paper to the original transcript.
9
10        _____
11             Signature of witness
12    I hereby certify that the individual
13 representing him/herself to be the above named
14 individual, appeared before me this _____
15 day of _____ and executed the above
16 certificate in my presence.
17
18
19
20        _____
21              Notary Public

# Exhibit 7

Confidential

  

# DEPARTMENT OF STATE
## FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad
### of a Citizen of the United States of America

This is to certify that according to records on file in this Office

**KEREN SHATSKY**

Sex __FEMALE__ was born at __PETAH TIKVA, ISRAEL__

on ▮▮▮▮ 1987  Report of birth recorded on __NOVEMBER 12, 1987__

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States of America at __TEL AVIV, ISRAEL__

this __12TH__ day of __NOVEMBER__ 19__87__.

(SEAL)

ELISE H. KLEINWAKS
VICE CONSUL
_____ of the United States of America

WARNING: This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73

L_C021391

# Exhibit 8





**Highly Confidential**

L_C021394



# Exhibit 9

Highly Confidential

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Hillel Trattner*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

PASSPORT

Type/Cat́e: P   Code of issuing / code du pays: USA

Surname / Nom: TRATTNER
Given names / Prénoms: HILLEL NOAH
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth: [redacted] 74
Sex: M   Place of birth: ILLINOIS, USA
Date of issue: 11 JUL/JUI 97   Date of expiration: 10 JUL/JUI 07
Authority: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications: SEE PAGE 24

P<USATRATTNER<<HILLEL<NOAH<<<<<<<<<<<<<<<<<<<
[redacted]USA7407240M0707103<<<<<<<<<<<<<<<<2

L_C001450