# Exhibit 10

Page 1

In the U.S. District Court
District of Columbia

-------------------------------x
                               :
Shabtai Scott Shatsky, et      :
al                             :
                               :
                 v.            :NO. 1:02cv02280
                               :
The Syrian Arab Republic,      :
et al                          :
                               :
-------------------------------x

February 12, 2013

DEPOSITION OF:

Hillel Trattner,

a witness, called by counsel pursuant to notice,
commencing at 9:07 a.m., which was taken at Miller
and Chevalier, 655 15th Street, NW, Washington, DC
20005-5701

HILLEL TRATTNER  DEPOSITION    February 12, 2013                    Shatsky v. Syrian

Page 2

| 1 | Appearances |
| 2 | Robert J. Tolchin, Esq. |
| 3 | The Berkman Law Office, LLC |
| 4 | 111 Livingston Street, suite 1928 |
| 5 | Brooklyn, NY 11201 |
| 6 | for plaintiffs |
| 7 | |
| 8 | David I. Schoen, Esq. |
| 9 | 2800 Zelda Road, suite 100-6 |
| 10 | Montgomery, AL 36106 |
| 11 | for plaintiffs |
| 12 | |
| 13 | Norman Steiner, Esq. |
| 14 | 233 Broadway, suite 900 |
| 15 | New York, NY 10279 |
| 16 | for the plaintiffs |
| 17 | |
| 18 | Miller and Chevalier |
| 19 | Richard A. Hibey, Esq. |
| 20 | Brian Hill, Esq. |
| 21 | Mark J. Rochon, Esq. |

Page 3

| 1 | Charles F.B. McAleer, Esq. |
| 2 | 655 15th Street NW |
| 3 | suite 900 |
| 4 | Washington, DC 20005-5701 |
| 5 | for the Palestinian Authority |
| 6 | and the Palestine Liberation Organization |

Page 4

1    INDEX OF EXAMINATIONS
2    WITNESS                          PAGE
3
4    Hillel Trattner
5
6    Direct Examination By Mr. Hill          5
7
8              Index of Exhibits
9    Description                      Page

10   exhibit 23   .....................................118
11   exhibit 24   .....................................120
12   exhibit 25   .....................................128
13   exhibit 26   .....................................133
14   exhibit 27   .....................................137

Page 5

1        (Whereupon the matter commenced at
2    9:07 a.m.)
3            Stipulations
4        (It is stipulated and agreed by and
5    between counsel for the respective parties that
6    the reading and signing of this transcript by the
7    witness are not waived.
8        It is further stipulated and agreed
9    that the filing of this transcript with the clerk
10   of the court be and the same is hereby waived.)
11        *   *   *   *   *
12
13   Whereupon,
14            Hillel Trattner
15
16   was called for examination by counsel and,
17   after having been duly sworn, was examined
18   and testified as follows:
19   DIRECT EXAMINATION:
20   BY MR. HILL:
21       Q.  Good morning, Mr. Trattner.  Please state

Page 6

1  your full name.
2    **A. Hillel Noah Trattner.**
3    Q. Have you ever been known by any other
4  names, Mr. Trattner?
5    **A. No.**
6    Q. Have you been deposed before?
7    **A. Yes.**
8    Q. On how many occasions?
9    **A. Twice.**
10   Q. Where were you the first time you were
11 deposed?
12   **A. It was in Israel. I don't remember**
13 **exactly where it was.**
14   Q. Where were you on the second occasion when
15 you were deposed?
16   **A. In Tel Aviv.**
17   Q. Who deposed you in Israel?
18   **A. I don't remember the names of the lawyers.**
19   Q. Was there more than one lawyer present?
20   **A. The first time I don't remember. It was a**
21 **long time ago. The second time there was a lawyer,**

Page 7

1  two lawyers, one from each side.
2    Q. On the occasion that there were lawyers
3  from each side, do you know which lawsuit that was?
4    **A. That was the Arab Bank.**
5        MR. HILL: Mr. Steiner, I don't
6  believe we have received a copy of Mr. Trattner's
7  transcript from the Arab Bank deposition. I would
8  request that it be produced to us.
9        MR. STEINER: Take it under
10 advisement and ask you to follow up in writing.
11 BY MR. HILL:
12   Q. Mr. Trattner, let me tell you what we're
13 going to do today. I'll ask questions. You'll give
14 answers.
15   Everything we say will be taken down by the
16 court reporter and turned into a transcript.
17   Over the course of the day Mr. Steiner may
18 make an objection. If that happens please just wait
19 until he finishes speaking and then unless he tells
20 you not to answer, please go ahead and answer my
21 question. Okay?

Page 8

1    **A. Okay.**
2    Q. During the course of the day I may ask a
3  question that you don't understand. If that happens
4  please let me know and I'll rephrase it so you can
5  understand it.
6    **A. Yes.**
7    Q. During the course of the day I may ask a
8  question and you know what the question is going to
9  be and you know what the answer is. I would ask you
10 to just wait until I stop speaking before you speak
11 because it's hard for Mr. Feuer to take down two
12 people talking at the same time.
13   **A. Yes.**
14   Q. Is there any reason you won't be able to
15 give full and truthful testimony here today?
16   **A. No.**
17   Q. Are you taking any medication that would
18 impair your ability to testify?
19   **A. No.**
20   Q. I understand that you may have some
21 difficulty hearing. Are you having any trouble

Page 9

1  hearing me now?
2    **A. No.**
3    Q. If you can't hear me during the course of
4  the day please let me know.
5    **A. Yes.**
6    Q. What is your birthday?
7    **A.            1974.**
8    Q. Where were you born?
9    **A. In Chicago.**
10   Q. What are the names of your parents?
11   **A. Harold and Shelly.**
12   Q. What is your mother's maiden name?
13   **A. Gross.**
14   Q. What is the name that appears on your
15 birth certificate?
16   **A. Hillel Noah Trattner.**
17   Q. Of what country or countries are you a
18 citizen?
19   **A. United States and Israel.**
20   Q. Do you have a Social Security number?
21   **A. I think I do but I don't know what it is.**

HILLEL TRATTNER DEPOSITION   February 12, 2013                              Shatsky v. Syrian

Page 10

1     Q.   You mentioned that you were born in
2  Chicago.  How long did you live in the
3  United States?
4     A.   Until the age of eight.
5     Q.   Where did you move when you were eight
6  years old?
7     A.   We moved to Israel.
8     Q.   Where in Israel did you move to?
9     A.   We moved to Ramat Gan.
10    Q.   How long did you live there?
11    A.   One year.
12    Q.   Where did you live after that?
13    A.   Petach Tikva.
14    Q.   How long did you live there?
15    A.   Three years.
16    Q.   Where did you move after that?
17    A.   Ginot Shomron.
18    Q.   How long did you live there?
19    A.   Until I got married, so it's 15 years.
20    Q.   What's your current address?
21    A.   Bruchim.

Page 11

1     Q.   Where is that located?
2     A.   In the Shomron, Samaria, the central part
3  of the country.
4     Q.   Is that located in what some people refer
5  to as the West Bank?
6     A.   Yes.
7          MR. STEINER:  Objection.
8  BY MR. HILL:
9     Q.   How long have you lived at that address?
10    A.   For over eight years.
11    Q.   Eight years you say?
12    A.   Yes.
13    Q.   I'm not sure I've got the math right.
14        Have you lived in any other addresses since
15  you've been married other than where you currently
16  reside?
17    A.   Yes.
18    Q.   Where else have you lived?
19    A.   We lived in Petach Tikva for three years.
20    Q.   Have you now told me about all the places
21  that you've lived?

Page 12

1     A.   Yes.
2     Q.   Let's go over your educational background.
3  Where did you go to high school?
4     A.   A place called Nicholim.
5     Q.   Did you graduate from that institution?
6     A.   Yes.
7     Q.   What year?
8     A.   1992.
9     Q.   Have you been to college?
10    A.   Yes.
11    Q.   Where did you go to college?
12    A.   Bar Ilan University.
13    Q.   Did you graduate?
14    A.   Yes.
15    Q.   What year was that?
16    A.   2000.
17    Q.   Did you work between high school and
18  college?
19    A.   No.
20    Q.   Were you in school for eight years?
21    A.   No.

Page 13

1     Q.   What happened between high school and
2  college graduation?
3     A.   College I started in 1997.  Between 1992
4  and 1997 I was in the yeshiva and the Army.
5     Q.   What years were you in yeshiva?
6     A.   It's a program that you do together.  It
7  was between 1992 and 1997.
8     Q.   Part of the time you were studying at
9  yeshiva and part of the time doing your Army
10  service?
11    A.   Yes.
12    Q.   Did you complete your Army service?
13    A.   Yes.
14    Q.   Were you discharged?
15    A.   Yes.
16    Q.   Did you receive an honorable discharge?
17    A.   Not that I know of.  What does "honorable
18  discharge" mean?  I'm not familiar with the term.
19    Q.   Did you receive any discipline or
20  reprimand while you were in the Army?
21    A.   No.

**HILLEL TRATTNER DEPOSITION   February 12, 2013**                    **Shatsky v. Syrian**

Page 18

1    Q. Have you ever paid taxes to the
2  United States?
3    A. No.
4    Q. Since you moved to Israel in 1982 on
5  approximately how many occasions have you traveled
6  to the United States?
7    A. Three, apart from this one.
8    Q. A total of four you think?
9    A. Yes.
10   Q. One of them you came here to be deposed
11 and examined, right?
12   A. Yes.
13   Q. Prior to this trip when was the last time
14 you were in the United States?
15   A. 1998.
16   Q. What was the purpose of that visit?
17   A. Visiting family.
18   Q. How long were you here?
19   A. I don't remember. It was a few weeks.
20   Q. Prior to the family visit in 1998 when was
21 the time before that you were in the United States?

Page 19

1    A. 1990.
2    Q. What was the purpose of that visit?
3    A. My uncle's wedding.
4    Q. How long were you in the States?
5    A. One week.
6    Q. Prior to the visit in 1990 when was the
7  next previous time you were in the U.S.?
8    A. Also 1990.
9    Q. What was the purpose of that trip?
10   A. Visiting family.
11   Q. How long was that?
12   A. I think it was six weeks.
13   Q. Apart from the trip that you are on now,
14 had your wife previously been to the United States?
15   A. She has never been here before.
16   Q. This is her first time in the
17 United States?
18   A. Yes.
19   Q. Do you have any children?
20   A. Yes.
21   Q. How many?

Page 20

1    A. Four.
2    Q. What are their names?
3    A.
4    Q. What are their dates of birth?
5    A.

8    Q. Of what country or countries are your
9  children citizens?
10   A. Israel.
11   Q. Have you done anything to obtain American
12 citizenship for your children?
13   A. No.
14        MR. STEINER: Objection.
15 BY MR. HILL:
16   Q. Where do your parents currently reside?
17   A. Ginot Shomron, Israel.
18   Q. Have they resided there since you moved
19 there as a child?
20   A. Yes.
21   Q. How old are your parents today?

Page 21

1    A. My father is 60 and my mother is 59.
2    Q. Do you have any siblings?
3    A. Yes.
4    Q. What are their names?
5    A. Yael, Hadassah and Efrat.
6    Q. Where do they reside?
7    A. Yael lives in Petach Tikva, Hadassah lives
8  in Michmash and Efrat also in Michmash.
9    Q. Do any of your siblings' children live in
10 the United States?
11   A. No.
12        MR. STEINER: Objection.
13 BY MR. HILL:
14   Q. Does any of your wife's family live in the
15 United States?
16   A. No.
17   Q. Sir, I understand you and your wife were
18 injured in a bombing that took place on February 16,
19 2002, is that correct?
20   A. Yes.
21   Q. Prior to that explosion did you see the

Page 22

1  person or persons who caused -- the person or
2  persons who caused the explosion?
3      **A.  No.**
4      Q.  Do you know if your wife saw the person or
5  persons who caused the explosion?
6          MR. STEINER: Objection.
7          THE WITNESS: She didn't.
8  BY MR. HILL:
9      Q.  I understand that at the time you were
10 injured you lost consciousness, is that right?
11         MR. STEINER: Objection.
12         THE WITNESS: Not as far as I know.
13 BY MR. HILL:
14     Q.  Tell me what you recollect happening after
15 the explosion.
16     **A.  Nothing.  I remember only for a few**
17 **seconds.**
18     **I remember sitting in the chair and not**
19 **being able to move.  I didn't understand what**
20 **happened.**
21     **I couldn't hear anything.  I couldn't speak.**

Page 23

1  **I saw my wife on the phone.  That's the last thing I**
2  **remember for three days.**
3      Q.  You say that's what you remember.  Has
4  someone told you that you were awake even though you
5  don't have a memory after what you've just
6  described?
7          MR. STEINER: Objection.
8          THE WITNESS: As far as -- yes.  As
9  far as I know, I did not lose consciousness.
10 BY MR. HILL:
11     Q.  So you believe you were conscious but you
12 just don't remember what happened after the events
13 you just described?
14     **A.  Yes.**
15     Q.  The reason you believe you were conscious
16 is because someone has told you that you were
17 conscious?
18     **A.  Yes.**
19     Q.  Who has told you that you remained
20 conscious after the period you described?
21     **A.  I don't remember.  Probably my parents.**

Page 24

1      Q.  You mentioned that you were unable to
2  speak.
3          Has anyone told you whether you said
4  anything on the occasion of the explosion?
5      **A.  No one told me that I tried to say**
6  **anything.**
7      Q.  You mentioned that you do have a memory of
8  three days later, is that right?
9      **A.  The first thing I remember is from Tuesday**
10 **morning.  This happened on Saturday night.**
11     **I remember waking up in the hospital and I**
12 **remember my father was sitting next to the bed.**
13 **Even after that, the next few days after that, I**
14 **don't remember everything.**
15     Q.  You remember waking up in the hospital but
16 not much more beyond that, is that right?
17         MR. STEINER: Objection.
18         THE WITNESS: I remember waking up in
19 the hospital and for the next week I was in the
20 hospital after that for a week and a half and
21 specific things are there that I do not remember

Page 25

1  happening but I know that they happened because I
2  was told later.
3  BY MR. HILL:
4      Q.  People told you something happened but you
5  don't remember?
6      **A.  Yes.**
7      Q.  When do you believe you -- do you believe
8  that at some point in time you have a complete
9  memory after the events?
10     **A.  Yes.**
11     Q.  When do you think the first time is that
12 you have a complete memory going forward?
13     **A.  I for sure remember what happened after I**
14 **got out of the hospital which is ten days**
15 **afterwards.**
16     Q.  Recognizing that there are some gaps in
17 your memory, sir, can you describe for me the nature
18 of the injuries that you received on February 16,
19 2002?
20         MR. STEINER: Objection.
21         THE WITNESS: Yes.

Page 26

1       I cannot see out of my left eye at all.
2    I have shrapnel in my brain.  The hearing in my left
3    ear is decreased.  I cannot hear high frequency
4    sounds almost at all, like an alarm clock.
5       If I'm lying down on my right on the
6    pillow, then I can't hear the alarm clock at all out
7    of my left ear.
8       Normal speaking volume, frequencies, I
9    hear -- it sounds much softer.  You have to talk
10   louder to me if you are talking to me when you are
11   sitting on my left.
12      If someone were to speak softly to me
13   sitting on my left, I have a very hard time hearing
14   them.  Also I have a constant ringing in my left
15   ear.  Sometimes it goes up to be high pitched
16   sounds.
17      Going back to my eye, I have a lot of
18   infections in my left eye.  It happens a lot, every
19   few months.
20      The eye is very dry and it's more prone
21   to infection.  The fact that I cannot see out of my

Page 27

1    left eye causes many, many problems in day to day
2    life.
3       For example, bumping into people that
4    are on my left because I don't know that they are
5    there.
6       I cannot -- I have only 120 degrees of
7    view so I have to always turn my head in order to be
8    able to see what's around me.
9       Another thing that has to do with my
10   eye is the fact that the way that it looks, it
11   doesn't look normal, and people, as far as I'm
12   concerned at least, people always are looking at me
13   and trying to figure out what's wrong, trying
14   to -- don't know why it happened.  Maybe they think
15   I was born like that.  That's something that really
16   bothers me.
17      What else?  On my right hand, I have
18   shrapnel in my right hand which caused nerve damage
19   on three of my fingers which causes a reduced
20   sensation and also hypersensitivity, meaning on one
21   hand if I put my fingers on something that's hot it

Page 28

1    will take me two seconds to understand that it's hot
2    and I won't automatically move my hand which means I
3    can burn myself easier.
4       Another time everything that happens
5    hurts a lot more.  For example, if I -- any force
6    that I have to exert, especially with my middle
7    finger on my right hand, it can hurt.
8       Something that happened just last week
9    at the gas station and pressing on the gas pump and
10   it wasn't moving.  I had to do it a little bit
11   harder and it really, really hurt, something that
12   does not happen on my other hand.
13      Because of this feeling, it's not so
14   easy to understand -- I can't identify exactly what
15   I'm touching.  It's harder to understand what I'm
16   touching.
17      Occasionally, when it's cold out, my
18   hand also hurts, especially where the scars are,
19   where the shrapnel is.
20      My right ankle I also had shrapnel
21   which severed a tendon and the nerve which currently

Page 29

1    causes -- at the beginning I had a cast on.  They
2    did surgery to connect the tendon and the nerve.
3       For around two months I had a cast on.
4    I could not walk.  I was in a wheelchair.  My foot
5    was hurting constantly.  I couldn't sleep for many,
6    many weeks because of that.
7       At one point we went back to the
8    hospital because it was hurting so much, we thought
9    there was something wrong with the cast.  It turned
10   out it was just because of the injury itself.
11      We went through three or four months of
12   physical therapy in order to regain use of my right
13   foot.
14      To this day I have reduced feeling on
15   most of the sole of my right foot which means that I
16   have to be very careful what I step on because I
17   won't be able to feel it.
18      If I'm working at home and one of the
19   kids leaves a tiny toy on the floor, if I step on it
20   with my right foot it really, really hurts, much
21   more than the normal, than my left foot, which is

Page 30

1  something that -- actually day to day I have to pay
2  attention a lot more than normal to what I'm
3  stepping on when I'm walking.
4        One more thing I remembered. Due to
5  the hearing loss in my left ear, it means
6  that -- something that happens almost every day. I
7  try to not have people sit to my left.
8        For example, if at work we're going to
9  eat, sitting down at the table in the dining room, I
10  always try to take the leftmost seat in the table
11  because otherwise it's very hard to talk with
12  people.
13        Right now I cannot see that my lawyer
14  is sitting here. If he was talking to me it would
15  be harder to hear him. Something that
16  actually -- every day it's something that I cope
17  with.
18  BY MR. HILL:
19     Q.  Have you finished your answer?
20     A.  I'm trying to remember if there's anything
21  else that I didn't say. On my thigh, there's a nail

Page 31

1  here under the skin. You can actually feel it.
2     I also have a scar on my left leg somewhere.
3     If I go back to my eye, the fact that I only
4  have one eye means that I have no spare parts, so to
5  speak, and I have to be very careful with anything
6  that can happen to my right eye.
7     A medical condition which I don't remember
8  its name which means that, it means that an injury
9  in one eye can affect the other eye which means I
10  have to, every half year I have to have a checkup to
11  make sure my right eye is okay.
12     This is something that's always constantly
13  at the back of my head all the time, what will
14  happen if something happens to my right eye, then I
15  won't be able to see at all.
16     I think that's it.
17        MR. STEINER:  The record should
18  indicate I'm seated to the witness' immediate left.
19  BY MR. HILL:
20     Q.  Are you having trouble hearing
21  Mr. Steiner?

Page 32

1     A.  No, if he's speaking loudly.
2        MR. STEINER:  The reason why I stated
3  that was for reference because he said "my lawyer
4  sitting next to me."
5  BY MR. HILL:
6     Q.  You mentioned that you are currently
7  unable to see with your left eye, is that correct?
8     A.  Yes.
9     Q.  Has anyone ever told you whether anything
10  could be done to restore vision to your left eye?
11     A.  Nothing can be done.
12     Q.  You mentioned that you have some shrapnel
13  in your brain.
14     A.  Correct.
15     Q.  Does the shrapnel in your brain affect
16  your daily living?
17        MR. STEINER:  Objection.
18        THE WITNESS:  It doesn't affect me in
19  daily living but it means if I ever have to have an
20  MRI for any future medical condition I won't be able
21  to do it.

Page 33

1  BY MR. HILL:
2     Q.  Apart from preventing you from having an
3  MRI in the future do you believe the shrapnel in
4  your brain has any other continuing effect on you
5  today?
6     A.  I'm not a doctor so I don't know what will
7  happen in the future. So far it had no effect.
8     Q.  No one has ever told you that your brain
9  is functioning differently as a result of the
10  shrapnel being there, is that right?
11     A.  No.
12     Q.  You are agreeing with me?
13     A.  Yes.
14     Q.  You mentioned that your hearing is
15  decreased in your left ear, right?
16     A.  Yes.
17     Q.  Has anyone ever told you whether your
18  hearing could be improved with surgery or any other
19  procedure?
20     A.  The decrease in hearing is for two
21  reasons. One was because of the rupture of the

**HILLEL TRATTNER DEPOSITION**   **February 12, 2013**   **Shatsky v. Syrian**

Page 142

1    A.  No.
2        MR. HILL:  Subject to our request for
3    additional documents I don't have any further
4    questions for Mr. Trattner at this time.
5        MR. STEINER:  I might have a few if I
6    can just have a minute.
7        (Whereupon, a recess was taken from
8    11:26 a.m. to 11:27 a.m.)
9        MR. STEINER:  I have no questions.  I
10   reserve the right to review and sign.
11       MR. HILL:  You can close the record.
12       (Deposition adjourned at 11:30 a.m.)
13
14
15
16
17
18
19
20
21

Page 143

1        Reporter's Certificate
2
3        I, the undersigned, Certified Court Reporter,
4    do hereby certify that the foregoing transcript of
5    testimony was taken by me in stenotype and
6    thereafter reduced to print under my direction,
7    that said transcript is a full, true and
8    substantially accurate record of the proceedings,
9    to the best of my ability.
10       I do further certify that I am neither counsel
11   for, related to, nor employed by any of the parties
12   to the action in which this deposition was taken;
13   and, further, that I am not a relative or employee
14   of any attorney or counsel employed by the parties
15   hereto, nor financially or otherwise interested
16   in the outcome of the action.
17
18       /s/ Michael Feuer
19   _____
20       Certified Realtime Reporter
21

Page 144

1        Certificate of Deponent
2    I hereby certify that I have read and
3    examined the foregoing transcript, and the same
4    is a true and accurate record of the testimony
5    given by me.
6        Any additions or corrections that I feel
7    are necessary I will attach on a separate sheet
8    of paper to the original transcript.
9
10   _____
11       Signature of witness
12   I hereby certify that the individual
13   representing him/herself to be the above named
14   individual, appeared before me this _____
15   day of _____ and executed the above
16   certificate in my presence.
17
18
19
20   _____
21       Notary Public

Page 145

1
2        Errata Page of Deponent
3    Please note any errors on this sheet. The
4    reasons may be general, such as "to correct
5    stenographic error" or "to clarify the record."
6    When completed, send this page to the attorney
7    who took your deposition, NOT the court reporter.
8    Page  Line    Correction    Reason For Change
9
10
11
12
13
14
15
16
17
18
19
20
21