# Exhibit 39

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTHER WACHSMAN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF
NACHSHON WACHSMAN, et al.,

                          **Plaintiffs,**

    v.                                           Civil Action No. 06-cv-00351

ISLAMIC REPUBLIC OF IRAN,
IRANIAN MINISTRY OF INFORMATION
AND SECURITY, and ISLAMIC REVOLUTIONARY
GUARD CORP. OF IRAN,

                          **Defendants.**

## LIST OF PLAINTIFFS' EXHIBITS

| | |
|---|---|
| 1. | Proof of U.S. Citizenship<br>(a)  U.S. Passport for Esther Wachsman<br>(b)  U.S. Passport for Menoshe Wachsman<br>(c)  U.S. Passport for Yitzchak Wachsman<br>(d)  U.S. Passport for Uriel Wachsman<br>(e)  U.S. Passport for Raphael Wachsman<br>(f)   U.S. Passport for Eliahu Wachsman<br>(g)  U.S. Passport for Chaim (Hayim) Wachsman<br>(h)  U.S. Passport for Nachshon Wachsman |
| 2. | Esther Wachsman's appointment as the executor for the estate of Nachshon Wachsman<br>(a)  Original (in Hebrew)<br>(b)  Translated into English |
| 3. | (a)  Expert Report of Dr. Shaul Shay<br>(b)  "Islamic Terror Abductions in the Middle East" By Shaul Shay<br>(c)  Affidavit of Dr. Shaul Shay re "Islamic Terror Abduction, in the Middle East" |
| 4. | Patterns of Global Terrorism 1994 (Excerpts) |
| 5. | (a)  DVD Showing Video tape released by Hamas on October 12, 1994 showing the kidnapped Nachshon Wachsman and terrorist holding Wachsman's M-16 rifle and military identification.<br>(b)  October 1994 front page newspaper articles covering the kidnapping of Nachshon Wachsman.<br>(c)  Reuter's press release dated 11 October 1994 regarding kidnapping of Nachshon Wachsman. |
| 6. | Israeli police mobile crime unit Inspector Ofer Shlush's report on the crime scene in the Bir Naballa.<br>(a)  Original (in Hebrew)<br>(b)  Translated into English |

| 7. | October 14, 1994 and October 15, 1994 police photographs of investigation following failed rescue attempt of Nachshon Wachsman with accompanying English translations of Inspector Shlush's notations on black and white photos on reverse side. <br> (a) Vehicle rented by Ya'amur suspected of being used in the kidnapping of Nachshon Wachsman <br> (b) View of house near Bir Naballa in which Wachsman was held at time of rescue attempt <br> (c) Main entry door to building with view of stairway leading up to living area on second floor where terrorists held Decedent <br> (d) Inside view up stairway to apartment entry door with bullet indentations <br> (e) View of entrance door to apartment area on second floor; down the hallway is the burnt room in which the bodies of two of the terrorists were found <br> (f) View of entry door to living area of apartment with bullet marks taken from inside apartment. <br> (g) Bodies of two of the terrorists killed and burned in the rescue attempt <br> (h) Body of the third terrorist killed in the rescue attempt <br> (i) Weapons taken out of the apartment including an M-16 rifle, a Galil rifle, an Uzi submachine gun with five magazines, and a Zig pistol <br> (j) Same as (i) <br> (k) The body of Nachshon Wachsman at Hadassah Ein Kerem emergency room <br> (l) Same as 7(k) except burns on abdomen shown <br> (m) Close-up of burns on Decedent's abdomen <br> (n) Handcuffs on wrists of Decedent; burn marks on thigh <br> (o) Bullet wound above right elbow and bite mark on upper arm <br> (p) Details of the bite mark shown in prior photo, Exhibit 6(o) <br> (q) Shackled feet of Decedent <br> (r) Picture of upper torso of Decedent from back showing four bite marks (circled), skull damage from bullet, bullet wound above right buttocks, power marks around wound <br> (s) Close-up of photo of four bite marks on the back of Nachshon Wachsman |
|---|---|
| 8. | Indictments of Jihad Machmad Shaker Ya'amoor by a military prosecutor for the State of Israel <br> (a) In Hebrew <br> (b) English translation |
| 9. | Letter from psychiatrist Dr. Gary Quinn, M.D. regarding Esther Wachsman |
| 10. | Letter form psychologist Dr. Avshalom Bauman re Yitzchak Wachsman |
| 11. | Economic Report by Dr. Weinstein showing loss of accretions |
| 12. | Affidavit of Israeli attorney Roland Roth regarding his securing Plaintiffs Exhibits 5(a), 6, 7(a)-(s) from the official Israeli court records from the prosecution of Jihad Ya'amoor. |
| 13. | Estate of *Michael Ettinger et al v. Company for the Reconstruction and Development of the Jewish Quarter*, Civil Appeal 140/2000, PADI 59(4), page 486, Supreme Court of Israel (March 15, 2004) |

151781

# PLAINTIFFS' EXHIBITS

1(a) - (h)

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA
PASSPORT
Type/Cat: P
State: USA
Surname / Nom: WACHSMAN
Given names / Prénoms: ESTHER
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth: 24 J...
Sex: F
Place of birth: GERMANY
Date of issue: 22 JAN/JAN 98
Date of expiration: 21 JAN/JAN 0.
Authority: U.S. CONSULATE GENERAL JERUSALEM

P<USAWACHSMAN<<ESTHER<<<<<<<<<<<<<<<<<<<<<<<<
...USA4706241F0801218<<<<<<...

PLAINTIFF'S EXHIBIT 1(a) ALL-STATE LEGAL





Plaintiff's Exhibit 1(b)





PLAINTIFF'S EXHIBIT 1(c)

# UNITED STATES OF AMERICA

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

PASSPORT
Type/Catégorie: P
Code of issuing State: USA
Surname / Nom: WACHSMAN
Given names / Prénoms: URIEL
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 6
Sex / Sexe: M
Place of birth / Lieu de naissance: JERUSALEM
Date of issue / Date de délivrance: 08 APR/AVR 98
Date of expiration / Date d'expiration: 07 APR/AVR 03
Authority / Autorité: U.S. CONSULATE GENERAL JERUSALEM

P<USAWACHSMAN<<URIEL<<<<<<<<<<<<<<<<<<<<<<<<<<
...USA8611127M0304074<<<<<<<<<<<<<<8


PLAINTIFF'S EXHIBIT 1(d)

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT

Type/Catégorie: P
Code of issuing / code du pays State: USA
PASSPORT NO./NO. DU PASSEPORT: [redacted]

Surname / Nom
WACHSMAN

Given names / Prénoms
RAPHAEL

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
[illegible] 86

Sex / Sexe: M
Place of birth / Lieu de naissance
JERUSALEM

Date of issue / Date de délivrance
08 APR/AVR 98

Date of expiration / Date d'expiration
07 APR/AVR 03

Authority / Autorité
U.S. CONSULATE GENERAL
JERUSALEM

Amendments/Modifications SEE PAGE 24

P<USAWACHSMAN<<RAPHAEL<<<<<<<<<<<<<<<<<<<<<<
[?]USA8611127M0304074<<<<<<<<<<<<<<

PLAINTIFF'S EXHIBIT 1(e) ALL-STATE LEGAL®



The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

Type/Catégorie: P
Code of issuing/code du pays émetteur: USA
PASSPORT NO./NO DU PASSEPORT:
Surname / Nom: WACHSMAN
Given names / Prénoms: ELIAHU
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: R 82
Sex / Sexe: M
Place of birth / Lieu de naissance: JERUSALEM
Date of issue / Date de délivrance: 08 APR/AVR 98
Date of expiration / Date d'expiration: 07 APR/AVR 08
Authority / Autorité: U.S. CONSULATE GENERAL JERUSALEM
Amendments/Modifications SEE PAGE 24

P<USAWACHSMAN<<ELIAHU<<<<<<<<<<<<<<<<<<<<<<<<
USA8203069M0804079<<<<<<<<<<<<<<8



PLAINTIFF'S EXHIBIT 1(f)

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

CHAIM ZVI WACHSMAN
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



P<USAWACHSMAN<<CHAIM<ZVI<<<<<<<<<<<<<<<<<<<<
:53USA7111123M0303217<<<<<<<<<<<<<<4



PLAINTIFF'S EXHIBIT 1 (g)

Case 1:04-cv-00397-GBD-RLE Document 430-14 Filed 10/04/21 Page 1 of 12
Case 1:06-cv-12355-MK-RML Document 130-14 Filed 10/07/21 Page 1 of 12

From: 972+2+6245052    Page: 5/25    Date: 04/11/2007 12:55:24

**WARNING:** ALTERATION, ADDITION OR MUTILATION OF ENTRIES IS PROHIBITED. ANY UNOFFICIAL CHANGE WILL RENDER THIS PASSPORT INVALID.

NAME—NOM: NACHSHON MORDECAI WACHSMAN
SEX—SEXE: M
BIRTHPLACE—LIEU DE NAISSANCE: JERUSALEM
BIRTH DATE—DATE DE NAISSANCE: 1975
ISSUE DATE—DATE DE DELIVRANCE: FEB. 17, 1988
NATIONALITY—NATIONALITÉ: STATES OF AMERICA
EXPIRES ON—EXPIRE LE: FEB. 1993

22 MAR 1995

Signature: Nachshon Mordecai Wachsman   Esther Wachsman

NOT VALID UNTIL SIGNED



PLAINTIFF'S EXHIBIT 1(h)