# Exhibit 49

 An official website of the United States government
　Here's how you know



** This interactive map reflects DOJ/OVT activities in connection with terrorist attacks involving U.S. citizens overseas. The accomplishments indicated on this map are a representative sample of DOJ/OVT accomplishments and are not exhaustive of DOJ/OVT work.

Africa | Asia | Europe/Eurasia | **Near East** | Western Hemisphere



ALGERIA

ITVERP Designations:

- January 16, 2013 Hostage Taking/Murder at Tigantourine Gas Facility

Other Advocacy and Assistance

- January 16, 2013 Hostage Taking/Murder at Tigantourine Gas Facility
    - OVT created a password protected website for U.S victims of the hostage taking and murder to stay updated on current Algerian court proceedings that are ongoing.

EGYPT

ITVERP Designations:

- May 26, 2017 Armed Bus Attack in the Minya Province
- September 3, 2015 Bombing in Sinai
- August 6, 2014 Armed Attack near Cairo
- May 9, 2013 Assault on U.S. Citizen in Cairo
- April 24, 2006 Bombings in Dahab
- July 23, 2005 Bombings at Sharm el-Sheikh
- April 7, 2005 Suicide Bombing in Cairo
- October 7, 2004 Suicide Bombing in Taba
- February 26, 1993 Bombing in Cairo
- October 7, 1985 Hijacking/Murder on Cruise Ship

GAZA/ISRAEL/JERUSALEM/WEST BANK

ITVERP Designations:

- February 6, 2020 Vehicular Ramming Attack in Jerusalem
- August 16, 2019 Armed Attack in Elazar, West Bank
- May 5, 2019 Rocket Attack in Ashdod, Israel
- December 13, 2018 Armed Attack near a Bus Stop in Ofra, West Bank
- September 16, 2018 Mall Stabbing in Gush Etzion Junction, West Bank
- November 17, 2017 Car Ramming Attack near Gush Etzion, West Bank
- January 8, 2017 Truck Attack in Jerusalem
- December 23, 2016 Stabbing Attack in West Bank
- July 1, 2016 Armed Attack near the South Hebron Hills, West Bank
- June 30, 2016 Armed Attack near Kiryat Arba, West Bank
- June 8, 2016 Armed Attack inside a Food Mall in Tel Aviv, Israel
- March 11, 2016 Armed Attack near the Jaffa Gate in Jerusalem
- March 8, 2016 Stabbing of Tourists in Tel Aviv
- February 18, 2016 Stabbing at Supermarket in West Bank
- January 30, 2016 Stabbing of Student in Jerusalem
- January 1, 2016 Shooting in Tel Aviv
- November 19, 2015 Armed Attack near Gush Etzion, West Bank
- November 6, 2015 Shooting at the Cave of Patriarchs in Hebron, West Bank
- October 30, 2015 Armed Attack at a Rail Station in Jerusalem
- October 13, 2015 Armed Attack on a Bus
- October 1, 2015 Armed Attack near Samaria
- October 29, 2014 Shooting outside Menachem Begin Heritage Center
- November 18, 2014 Armed Attack on Synagogue
- October 22, 2014 Vehicle Attack in Jerusalem
- June 12, 2014 Hostage Taking/Murder in West Bank
- November 14, 2013 Arson/Firebombing Attack in West Bank
- March 23, 2011 Bombing at Bus Stop in Jerusalem
- February 24, 2010 Armed Attack near Jerusalem
- December 18, 2010 Armed Attack near Beit Shemesh
- October 10, 2006 Hostage Taking in Nablus
- August 14, 2006 Hostage/Release in Gaza City
- April 17, 2006 Suicide Bombing of Restaurant in Tel Aviv
- February 22, 2004 Suicide Bombing in Jerusalem
- August 19, 2003 Suicide Bombing of Egged Bus #2 in Jerusalem
- June 20, 2003 Attack on Motor Vehicle in Ofra
- June 11, 2003 Suicide Bombing of 11A Bus in Jerusalem
- May 18, 2003 Suicide Bombing of Egged Bus #6 in Jerusalem
- April 30, 2003 Suicide Bombing at Pub Mike's Place in Tel Aviv
- March 7, 2003 Shooting in Home in Qiryat Arba
- March 5, 2003 Suicide Bombing of Egged Bus #37 in Haifa
- July 31, 2002 Bombing at Cafeteria of Hebrew University
- June 19, 2002 Suicide Bombing at Bus Stop in Jerusalem
- March 31, 2002 Suicide Bombing of Ambulance Station in Efrat
- March 27, 2002 Bombing at Park Hotel in Netanya
- March 24, 2002 Shooting into Bus near Ofra
- March 21, 2002 Bombing on Jerusalem Street
- March 9, 2002 Suicide Bombing at Moment Café in Jerusalem
- March 7, 2002 Suicide Bombing of Supermarket in Ariel
- January 27, 2002 Suicide Bombing in Jerusalem
- January 15, 2002 Hostage Taking/Murder in Bait Sahour
- November 4, 2001 Shooting at Bus Stop in Jerusalem
- August 9, 2001 Bombing of Sbarro Pizza Restaurant in Jerusalem
- June 1, 2001 Bombing at Dolphinarium in Tel Aviv, Israel
- May 29, 2001 Drive-by Shooting in Efrat

- May 9, 2001 Stoning near Tekoah
- November 20, 2000 Bombing of Bus
- October 30, 2000 Shooting in Jerusalem
- September 29, 2000 Assault in Jerusalem
- September 4, 1997 Suicide Bombing at Ben-Yehuda Shopping Mall in Jerusalem
- June 9, 1996 Drive-by Shooting in Beit Shemesh
- May 13, 1996 Shooting at a Bus Stop in Beit-El
- March 4, 1996 Suicide Bombing on Dizengoff Center in Tel Aviv
- February 25, 1996 Suicide Bombing of Jerusalem Bus 18 near Central Bus Station
- August 21, 1995 Bus Bombing in Ramat Eshkol Neighborhood
- April 9, 1995 Bombing of Bus in Kfar Darom
- October 9, 1994 Attack on Café in Jerusalem
- July 6, 1989 Attack on Bus 405 in Tel Aviv

Other Advocacy and Assistance

- OVT supported victim attendance and/or participation at five trials in Israel.

### IRAQ

ITVERP Designations:

- March 3, 2021 Rocket Attack in Anbar Province
- February 20, 2021 Rocket Attack in Salahuddin Province
- February 15, 2021 Rocket Attack in Erbil
- January 26, 2020 Armed Attack in Baghdad
- December 27, 2019 Armed Attack on Military Base near Kirkuk
- December 14, 2019 Hostage/Release in Baghdad
- September 3, 2019 IED Explosion in Mosul
- August 10, 2019 Armed Attack in Nineveh Province
- September 17, 2015 Suicide Bombing at Police Checkpoint
- June 16, 2009 Bombing in Baghdad
- May 25, 2009 IED Strike in Fallujah
- April 10, 2009 Suicide Bombing in Mosul
- May 22, 2008 IED Strike in Balad
- November 01, 2007 IED USAF Special Agents
- January 20, 2007 Attack in Karbala
- January 05, 2007 Hostage/Killed in Basra
- November 16, 2006 Hostage/Killed in Basra
- February 20, 2006 IED Explosion in Baghdad
- November 26, 2005 Hostage/Killed Christian Peace Maker
- September 02, 2005 Roadside Bombing
- August 02, 2005 Hostage/Killed NYT Journalist
- May 10, 2005 Armed Attack in Ramadi
- May 07, 2005 Suicide Bombing of Civilian Security Convoy
- January 03, 2005 Suicide Car Bomb Outside Green Zone
- November 01, 2004 Hostage/Release of Contractor
- September 16, 2004 Hostage/Killed in Baghdad
- April 09, 2004 Hostage/Killed in Baghdad
- December 31, 2003 Car Bomb near Nabil Restaurant
- October 26, 2003 Armed Attack at Al-Rasheed Hotel
- August 19, 2003 Suicide Bombing at UN Headquarters

### JORDAN

ITVERP Designations:

- November 4, 2016 Armed Attack in Amman
- November 9, 2015 Armed Attack on a Police Training Facility
- November 9, 2005 Suicide Bombings of Hotels in Amman
- October 28, 2002 Armed Attack in Amman

Other Advocacy and Assistance

- OVT supported victim attendance and participation at a trial in Jordan.

### KUWAIT

ITVERP Designations:

- January 21, 2003 Armed Attack at Camp Doha

### LEBANON

ITVERP Designations:

- November 21, 2002 Armed Attack in Sidon
- February 17, 1988 Hostage/Killed Chief of UN Truce Supervisory Organization
- June 14, 1985 Hijacking-TWA Flight 847
- September 20, 1984 Suicide Bombing of US Embassy
- October 23, 1983 Suicide Bombing of Marine Barracks in Beirut

### LIBYA

ITVERP Designations:

- January 27, 2015 Attack on the Cortinthia Hotel
- December 5, 2013 Drive-by Shooting in Benghazi
- September 11, 2012 Armed Attack on U.S. Consulate in Benghazi

### SAUDI ARABIA

ITVERP Designations:

- June 12, 2004 Armed Attack in Riyadh
- June 12, 2004 Hostage/Killed Lockheed Martin Corp. Employee
- June 08, 2004 Armed Attack in Riyadh
- May 29, 2004 Armed Attack at Al-Khobar
- May 01, 2004 Armed Attack on Yanpet Refinery
- November 08, 2003 Bombing in Riyadh
- May 12, 2003 Bombing of Residential Compounds in Riyadh
- October 06, 2001 Bombing at Al-Khobar Shopping Mall
- June 25, 1996 Bombing of Khobar Towers B-131
- November 13, 1995 Bombing of Saudi Arabian National Guard (SANG)

### SYRIA

ITVERP Designations:

- January 16, 2019 Suicide Bombing in Manbij
- March 29, 2018 IED Explosion in Manbij
- November 14, 2013 IED Explosion in Ain Issa
- October 1, 2013 Hostage/Murder near Deir Ezzour
- August 21, 2013 Hostage Taking
- August 4, 2013 Hostage/Murder near As-Salamah

- August 4, 2013 Hostage/Murder near Aleppo
- April 29, 2013 Hostage Taking
- January 26, 2013 Hostage Taking
- December 31, 2012 Hostage Taking
- November 22, 2012 Hostage/Murder near Taftanaz
- October 18, 2012 Hostage Taking near Turkey-Syrian border

## TURKEY

ITVERP Designations:

- January 1, 2017 Armed Attack at Nightclub in Istanbul
- June 28, 2016 Armed Attack on Ataturk Airport in Istanbul
- March 19, 2016 Suicide Bombing in Istanbul
- February 1, 2013 Suicide Bombing at US Embassy in Ankara
- February 7, 1991 Armed Attack at Incirlik Air Base in Adana

## UNITED ARAB EMIRATES

ITVERP Designations:

- December 01, 2014 American Teacher Murdered

## YEMEN

ITVERP Designations:

- January 2020 Hostage Taking/Deceased in Sanaa
- June 11, 2019 Hostage Taking/Release in Sanaa
- May 1, 2019 Hostage Taking/Release in Sanaa
- December 5, 2017 Kidnapping/Release in Sanaa
- September 23, 2017 Kidnapping/Release in Sanaa
- May 15, 2015 Hostage Taking/Release in Sanaa
- March 27, 2015 Hostage Taking/Release in Sanaa
- September 17, 2013 Hostage Taking/Murder in Sanaa
- October 11, 2012 Murder in Sanaa
- May 20, 2012 Armed Attack in Hodeidha
- March 18, 2012 Armed Attack in Ta'izz
- September 17, 2008 Bombing of U.S. Embassy in Sanaa
- January 23, 2001 Airline Hijacking in Sanaa
- October 12, 2000 Suicide Bombing in Aden
- December 28, 1998 Hostage Taking in Mawdiyah

*Updated September 17, 2021*

Was this page helpful?
Yes     No