# Exhibit 88

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>      Plaintiffs,<br><br> vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>      Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

### **DECLARATION OF CLARA BEN-ZAKEN**

I, Clara Ben-Zaken, hereby declare as follows based on my personal knowledge:

1. I am a citizen of the United States.

2. On August 9, 2001, I was injured in a terrorist attack that took place in Jerusalem, Israel.

3. Subsequently, on October 4, 2003, I suffered severe emotional distress when my sister, Chaya Ben-Zaken Zilberstein, also a U.S. citizen, was wounded in a terrorist attack that took place in Haifa, Israel.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___Nov 10, 2020___

                     *Clara Bne Zaken (Nov 10, 2020 18:18 GMT+2)*
                     Clara Ben-Zaken