# Exhibit 108

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK I. SOKOLOW, *et al.*,<br><br>                Plaintiffs,<br><br>  vs.<br><br>THE PALESTINE LIBERATION ORGANIZATION, *et al.*,<br><br>                Defendants. | No. 04 Civ. 00397 (GBD) (RLE) |

## **DECLARATION OF YITZHAK ZAHAVY**

I, Yitzhak Zahavy, hereby declare as follows based on my personal knowledge:

1. I have been a citizen of the United States since birth.

2. I was severely injured in a terrorist attack that took place in Ariel on October 27, 2002.

3. The attack caused severe emotional distress to the members of my family, including my wife, Julie Zahavy, and my parents, Tzvee Zahavy and Bernice Zahavy, all of whom are citizens of the United States.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  Nov 10, 2020

Yitzhak Zahavy (Nov 10, 2020 08:50 GMT+2)

Yitzhak Zahavy