# Exhibit 111

MAR-13-2008 11:33 AM                                                                    P.01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON KIRSCHENBAUM, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action 1:03cv01708 |
| | : | Judge Royce C. Lamberth |
| THE ISLAMIC REPUBLIC OF IRAN, et al. | : | |
| | : | |
| Defendants. | : | |

## AFFIDAVIT

I, Martin Kirschenbaum, on this _2_ th day of March, 2008
certify under penalty of perjury the following:

1) I was born in Netanya, Israel on ▇▇▇▇▇▇▇ 1949.
2) I became a citizen of the United States on December 17, 1962.
3) The original Certificate of Citizenship is attached as a supplement hereto.
4) I am currently a Citizen of the United States.

Respectfully Submitted,

Martin Kirschenbaum

ESTHER ROSENBERG
Notary Public
Montgomery Co. MD
My Comm. Exps Aug 1st, 2010

FORM N-560 (REV 3-1-61)

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No.

Application No.

Personal description of holder as of date of this certificate: Sex _Male_ _complexion_ _Fair_ color of eyes _Brown_ color of hair _Black_
Date of birth _Israel_ _Height_ _5_ feet _7_ inches _weight_ _160_ pounds _visible distinctive marks_ _None_
_Marital status_ _Single_

_I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me._

Martin Kirschenbaum

Martin Kirschenbaum
(Complete and true signature of holder)

·ORIGINAL·

Martin Kirschenbaum
(photo)

Seal

-----MARTIN KIRSCHENBAUM-----
Bronx, New York

Be it known that _residing at_
_having applied to the Commissioner of Immigration and Naturalization for a certificate of_
_citizenship pursuant to Section 341 of the Immigration and Nationality Act, having found to_
_have complied in all respects with the applicable provisions of such naturalization laws of the_
_United States, and being entitled to such issuance, the said_
_became a citizen thereof on_ _December 17, 1962_

_Now therefore, in pursuance of the authority contained in Section 341 of the Immigration_
_and Nationality Act, this certificate of citizenship is issued_ _this_ _26th_
_day of_ _March_ _in the year of our Lord nineteen hundred and_
_and_ _Sixty-eight_ _and the seal of the Department_
_of Justice affixed pursuant to statute._

Raymond F. Farrell
COMMISSIONER OF IMMIGRATION AND NATURALIZATION

1949

IT IS A VIOLATION OF THE U. S. CODE (AND PUNISHABLE AS SUCH) TO
COPY, PRINT, PHOTOGRAPH, OR OTHERWISE ILLEGALLY USE THIS CERTIFICATE.