# Exhibit 122

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ORA COHEN, et al.,         )
         )
        Plaintiffs,       )
         )     Civil Action No. 1:12-cv-01496
    v.            )
         )
ISLAMIC REPUBLIC OF IRAN, et al.   )
         )
      Defendants.     )
         )

### AFFIDAVIT OF ORA COHEN

COMES NOW the affiant, Ora Cohen, duly sworn upon oath, deposes and testifies as follows:

1.    I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2.    I am a citizen of the United States and the biological mother of Mirav Cohen, Daniel Cohen, Orly Cohen, Shira Cohen and Elchanan Cohen.

3.    On August 19, 2003, I, along with my five (5) children, suffered severe emotional and physical injuries as a result of a terrorist attack upon a passenger bus in Jerusalem, Israel.

4.    My daughter Mirav Cohen was born on ███████ 1995 in Los Angeles, California. (Exhibit 1; Mirav Cohen Birth Certificate). Mirav was a United States citizen at the time of the terrorist attack on August 19, 2003.

5.    Mirav was issued a United States passport on June 18, 2002. (Exhibit 2). The passport issued by the United States Government in June 2002 was current and valid at the time of the terrorist attack.

6.    My son Daniel Cohen was born on ██████ 1997 in Jerusalem, Israel. On March 12, 1998, the United States Department of State certified that Daniel acquired United States citizenship at birth. (Exhibit 3; Consular Report of Birth Abroad, Daniel Cohen).

1

Daniel has maintained his United States citizenship from the date of his birth until present.

7. My daughter Orly Cohen was born on [   ] 1999 in Jerusalem, Israel. On June 11, 2002, the United States Department of State certified that Orly acquired United States citizenship at birth. (Exhibit 4; Consular Report of Birth Abroad, Orly Cohen). Orly has maintained her United States citizenship from the date of her birth until present.

8. Orly was issued a United States passport on June 19, 2002. (Exhibit 2). The passport issued by the United States Government in June 2002 was current and valid at the time of the terrorist attack.

9. My daughter Shira Cohen was born on [   ] 2002 in Jerusalem, Israel. On June 11, 2002, the United States Department of State certified that Shira acquired United States citizenship at birth. (Exhibit 5; Consular Report of Birth Abroad, Shira Cohen). Shira has maintained her United States citizenship from the date of her birth until present.

10. Shira was issued a United States passport on June 18, 2002. (Exhibit 6). The passport issued by the United States Government in June 2002 was current and valid at the time of the terrorist attack.

11. My son Elchanan Cohen was born on [   ] 2003 in Jerusalem, Israel. As were all my other children, Elchanan acquired United States citizenship at birth. Elchanan has maintained his United States citizenship from the date of his birth until present.


I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this __17__ day of __August__ 2016.

Ora Cohen

2

# EXHIBIT 1

## COUNTY OF LOS ANGELES
### DEPARTMENT OF REGISTRAR–RECORDER/COUNTY CLERK

EVENT: BIRTH

MIRAV COHEN

AMOUNT  $19 00

DATE: 02/23/96

THIS IS YOUR RECEIPT

THIS COMPUTER GENERATED ABSTRACT OF BIRTH IS AN OFFICIAL DOCUMENT



### STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES REGISTRAR–RECORDER/COUNTY CLERK
## CERTIFIED ABSTRACT OF BIRTH

NAME. MIRAV COHEN

DATE OF BIRTH.            1995          SEX· FEMALE

COUNTY OF BIRTH· LOS ANGELES

BIRTH NAME OF MOTHER: ORA MOHABER

NAME OF FATHER  DAVID KOHEN

DATE FILED. JANUARY 29, 1996

This certified document is a true
abstract of the official record
filed with the Registrar-Recorder.

*Conny B M°Cormack*

CONNY B MCCORMACK
REGISTRAR-RECORDER/COUNTY CLERK

DATE ISSUED: FEBRUARY 23, 1996

LOCAL REGISTRATION NUMBER:

19-651637

# EXHIBIT 2

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et en cas de besoin, de lui accorder toute aide et protection légitimes

El Secretario de Estado de los Estados Unidos de America por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



PASSPORT

UNITED STATES OF AMERICA

P        USA
Surname / Nom / Apellidos
    **COHEN**
Given names / Prénoms / Nombres
    **MIRAV**
Nationality / Nationalité / Nacionalidad
    UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
    1995
Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
    F           CALIFORNIA, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición      Authority / Autorité / Autoridad
    18 Jun 2002                National
Date of expiration / Date d'expiration / Fecha de caducidad    Passport Center
    17 Jun 2007
Amendments / Modifications / Enmiendas
    See Page 24

P<USACOHEN<<MIRAV<<<<<<<<<<<<<<<<<<<<<<<<<<<<
USA9512069F0706173<<<<<<<<<<04

---

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitime

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT



P        USA
Surname / Nom / Apellidos
    **COHEN**
Given names / Prénoms / Nombres
    **ORLY**
Nationality / Nationalité / Nacionalidad
    UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
    1999
Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
    F           JERUSALEM
Date of issue / Date de délivrance / Fecha de expedición      Authority / Autorité / Autoridad
    19 Jun 2002                National
Date of expiration / Date d'expiration / Fecha de caducidad    Passport Center
    18 Jun 2007
Amendments / Modifications / Enmiendas
    See Page 24

P<USACOHEN<<ORLY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
USA9904097F0706184<<<<<<<<<08

# EXHIBIT 3


159- 0461006

UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

of a Citizen of the United States of America



This is to certify that _____ Daniel Cohen _____ sex __male__

born at __Jerusalem__ _____
(City) (Country)

on ____ 1997 ____ acquired United States citizenship at birth as established by documentary evidence presented
(Date)

to the Consular Service of the United States at ____ Jerusalem ____
(City / Country)

on __March 12, 1998__ .
(Date)

Father   __PARENTS__   Mother

Shalom Cohen                    Ora Mohaber

Date of Birth ____ ▮ 1959        Date of Birth ____ ▮ 1961

_Suzanne Lauren_
(Signature of Authorizing Official)

Consul
(Title)

Jerusalem
(City / Country)

March 12, 1998
(Date)

(SEAL)

FORM FS-240          A Consular Report of Birth is proof of United States citizenship by law  22 USC 2705

# EXHIBIT 4

159- 4024640



UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

### of a Citizen of the United States of America



This is to certify that _____ ORLY COHEN _____ sex __ FEMALE __
*(Name)*

born at __ JERUSALEM __
*(City)* _____ *(Country)*

on __ 1999 __ acquired United States citizenship at birth as established by documentary evidence presented
*(Date)*

to the Consular Service of the United States at _____ JERUSALEM _____
*(City / Country)*

on __ JUNE 11, 2002 __ .
*(Date)*

| Father | PARENTS | Mother |
|--------|---------|--------|
| SHALOM COHEN | | ORLY MOHABER |

Date of Birth __ 1959 __          Date of Birth __ 1961 __

(SEAL)

_____
*(Signature of Authorizing Official)*
VICE CONSUL
*(Title)*

JERUSALEM
*(City / Country)*

JUNE 11, 2002
*(Date)*

FORM FS-240          A Consular Report of Birth is proof of United States citizenship by law  22 USC 2705

# EXHIBIT 5

159- 4024636

UNITED STATES OF AMERICA
DEPARTMENT OF STATE



# Consular Report of Birth Abroad

### of a Citizen of the United States of America



This is to certify that_____ SHIRA COHEN _____ sex ____ FEMALE
*(Name)*

born at____ JERUSALEM _____
*(City)* *(Country)*

on ___█████___ 2002 acquired United States citizenship at birth as established by documentary evidence presented
*(Date)*

to the Consular Service of the United States at _____ JERUSALEM _____
*(City / Country)*

on ___█████___ 2002 .
*(Date)*

| Father | PARENTS | Mother |
|--------|---------|--------|
| SHALOM COHEN | | ORA MOHABER |

Date of Birth ___██████___ 1959          Date of Birth ___██████___ 1961

(SEAL)

*(Signature of Authorizing Official)*

VICE CONSUL
*(Title)*

JERUSALEM
*(City / Country)*

JUNE 11, 2002
*(Date)*

FORM FS-240          A Consular Report of Birth is proof of United States citizenship by law  22 USC 2705

# EXHIBIT 6



The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes

DANIEL COHEN

**SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE**

**NOT VALID UNTIL SIGNED**

PASSPORT
PASSEPORT

Type/Type P

Code/Code USA

PASSPORT NO./NO DU PASSEPORT

Surname / Nom
**COHEN**

Given names / Prénoms
**DANIEL**

Nationality / Nationalité
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance
**97**

Sex / Sexe   Place of birth / Lieu de naissance
**M.    JERUSALEM**

Date of issue / Date de délivrance
**12 MAR/MAR 98**

Date of expiration / Date d'expiration
**11 MAR/MAR 03**

Authority / Autorité
**U.S. CONSULATE GENERAL**
**JERUSALEM**

Amendments/Modifications
SEE PAGE 24

P<USACOHEN<<DANIEL<<<<<<<<<<<<<<<<<<<<<<<<
USA9705087M0303114<<<<<<<<<<<<<<<6

---

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes

El Secretario de Estado de los Estados Unidos de América por el presente oferta a la
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas

**SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR**

**NOT VALID UNTIL SIGNED**

PASSPORT

Surname, nom / apellido

Surname, nom / apellido
**COHEN**

Given names / Prénoms/Nombres
**SHIRA**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**2002**

Sex / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
**F      JERUSALEM**

Date of issue / Date de délivrance / Fecha de expedición
**18 Jun 2002**

Authority / Autorité / Autoridad
**National Passport Center**

Date of expiration / Date d'expiration / Fecha de caducidad
**17 Jun 2007**

Amendments / Modifications / Enmiendas
See Page 24

P<USACOHEN<<SHIRA<<<<<<<<<<<<<<<<<<<<<<<<
72USA0201195F0706173<<<<<<<<<<<<06

# EXHIBIT 7



SOCIAL SECURITY

THIS NUMBER HAS BEEN ESTABLISHED FOR

ELKHANAN NERIA
COHEN

SIGNATURE
06/18/2008

# Exhibit 123

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHALOM GOLDSTEIN**, *et al*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | )      Civil Action No. 16-2507 (CRC) |
| v. | ) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

<u>**DECLARATION OF SHALOM GOLDSTEIN**</u>

COMES NOW the declarant, Shalom Goldstein, duly sworn upon oath, deposes and testifies as follows:

1.      I am more than 18 years of age and competent to testify in court to the matters stated below. The statements made in this Affidavit are based on my personal knowledge unless otherwise indicated.

2.      I am a citizen of the United States.

3.      On the evening of August 19, 2003, I boarded the No. 2 Egged bus in Jerusalem bus and sat in a seat a couple rows behind the bus driver. As the bus entered the Shmuel Ha-Navi neighborhood in Jerusalem, an individual boarded the bus and there was an immediate explosion.

4.      The explosion rendered me unconscious and I woke up on the floor of the bus surrounded by darkness caused by smoke, soot, and debris.  I was able to pull myself from the wreckage and soon discovered that I was covered in blood.  The explosion burst my eardrums and caused severe lacerations and bruises to my body, face and eyes.

5.      Attached as Exhibit A to this Declaration is a true and correct copy of a news article depicting the No. 2 Egged bus following the attack.

6.      Attached as Exhibit B to this Declaration is a true and correct copy of a police report from the Israeli police confirming that I was a victim of the August 2003 terrorist attack.

1

7.     I suffered from the physical injuries that I suffered from the explosion for years after the attack.  I had a significant loss of hearing for a number of years after the attack.

8      Attached as Exhibit C to this Declaration is a true and correct copy of medical records for my treatment that I received following the explosion.

9.     In addition to my physical injuries, I suffered, and continue to suffer, severe emotional distress as a result of the terrorist attack.  I suffer from anxiety and bouts of depression due to the traumatic events of the terrorist attack.  Although I have not received medical treatment for my anxiety, I frequently consult my Rabbi for guidance to help deal with the emotional distress caused by the attack.

10.    My life, and the lives of my entire family, has never been the same following the terrorist attack.  I personally witnessed the severe emotional injuries that my parents and siblings suffered as a result of the attack.

I DECLARE, VERIFY AND STATE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this 2nd day of December 2018.


_____
Shalom Goldstein

2

**EXHIBIT A**

# HAMODIA

תורתה

THE WEEKLY NEWSPAPER OF TORAH JEWRY

Vol. 1 Aug. 22, 2003 Price: N.Y./N.J. $1.00/Outside N.Y. $1.75/Catskills $1.25 י"ח מנחם אב תשס"ג

Congress to Defend Fence Against Sanctions  A20 

Shloshim of Gateshead Rav, zt"l  B38 

French Heat-Wave Sparks Resignations  B32 

## 18 Jews Killed in Jerusalem Bus Bombing; 'Road Map' Frozen

*Crowded double bus was carrying families who had davened at the Kosel; more than 100 wounded in latest atrocity*

In one of the most horrific bombings to hit Jerusalem, a suicide bomber blew himself up on a crowded double-length bus in Jerusalem, killing 18 Israelis, Hy"d, including five children, and wounding more than 120.

The No. 2 Egged bus was packed with families returning from the Kosel shortly after 9:00 p.m. when the suicide bomber, dressed as a chareidi Jew, detonated himself as the bus was making a right turn at a busy intersection in the heart of Jerusalem. The force of the blast ripped into the Shmuel Hanavi Street, a busy intersection in the heart of Jerusalem. The force of the blast ripped into the bus, and blew out the windows of a bus in front of the bombed bus, as well as those of a car behind it, wounding some of their passengers.

"I had just come from davening at the Kosel and was heading home," said David Levy, an 18-year old yeshiva student from New York City who sat in the front of the bus and managed to survive. "The bomb went off at the back of the bus. Everything went black. I clearly out of the broken window and started screaming. All around me there were people covered in blood, screaming, some with limbs partly torn off," he said.

Eyewitnesses described the scene as a massacre; a baby carriage on the floor still had an infant in it. There was such a noise that the entire the building. He ran out and was wounded and dazed passengers trying to get out of the bus. "I saw people sitting in their seats, burnt dead. I saw an infant on the floor of the bus, burnt all over," said one survivor. Some two-year old twins were badly burned. "The smell of burning flesh was so strong, several of the paramedics got nauseous.

"I saw a two-year old baby who was no longer breathing, but she still had a pulse. I tried to resuscitate her but I couldn't."

Shocked survivors, including crying children with blood-smeared faces, were led away from the scene.

Emergency personnel were trying to rescue people, using torches to free them from the Israel Jews rushed to shuls to recite tehillim, and to entreat Hashem to order the mitzvah hamachnis to receive the niftarim.

Yaakov Kalmen, from Hatzoloh of Jerusalem, reported that the force of the bus exploded such a place here in front of the building the windows exploded and many wounded passengers and body parts just fell to the ground below.

The wounded were evacuated to hospitals around the city. Five of the 21 victims taken to Hadassah

continued on page A2



*Wreckage of the crowded double-length bus en route from the Kosel that was destroyed by suicide bomber on Tuesday night, killing 18 Israelis, Hy"d, including five children, and wounding 120.*



## Truck Bomb Explodes at U.N. HQ in Iraq

**20 Killed, 100 Wounded;**

*U.N. Special Envoy to Iraq Among the Dead*

A cement truck packed with explosives detonated outside the offices of the top U.N. envoy in Iraq on Tuesday, killing him and 10 others and devastating the U.N. Baghdad headquarters in an unprecedented suicide attack against the world body. At least 100 people were wounded.

The bombing blasted a 6-foot-deep crater in the ground, shredded the facade of the Canal Hotel housing U.N. offices and stunned an organization that had been welcomed by many Iraqis as separate from the U.S.-led occupation forces.

Except for a newly built concrete wall 2 feet inside the headquarters refused the sort of heavy security that the U.S. military has put up around the city. Five of around some tried it when the large American presence outside," Salim Lone, the U.N. spokesman in the Iraqi capital, said.

Emergency workers pulled bloodied survivors from the rubble and lined up the dead in body bags.

Survivors reported other victims still buried.

The 4:30 p.m. blast may have specifically targeted Sergio Vieira de Mello, the top U.N. envoy, said L. Paul Bremer, who heads the U.S.-led administration in Iraq. "We even saw passing such a place here in front of the building that it had to affect his office," Bremer said.

Vieira de Mello—a 55-year-old veteran diplomat serving in what one U.N. spokesman called the world's toughest assignment — was meeting with other U.N. officials in his office when the explosion brought the roof down around them. Vieira de Mello was wounded and trapped in the rubble, and workers gave him water as they tried to reach him. Hours later, the United Nations announced his death.

"Those who killed him have committed a crime not only against the United Nations but against Iraq

continued on page A2

Internal Injuries
PROFILES OF COURAGE
PAGE B2

Pollard To Get His Day in Court
PAGE A18

Nation's Worst Blackout

Full Coverage:
Pages A4-7, A44-45, A51-56



Ein Od Milvado

**EXHIBIT B**

משטרת ישראל
06-01-2016
המחלקה הבינלאומית פמת״ם
מטה ארצי קרימינלי

משטרת ישראל

לשכת הקשר הבינלאומי אינטרפול
פמת״ם, המטה הארצי
02-5391290
6/1/16
22619/03 א״ס״פ תיק

מספר: תאריך:
אסמכתא:
סימוכין:
תאריך:
המוקד:

לכבוד:

הנדון: אישור מסירת מסמכים על פי הבקשה למתן סיוע משפטי בין המדינות

בהמשך לבקשה מס' אסמכתא 324398429 ובהתאם לשיחה שנערכה ביום 6.1.16 (הבקשה)

1. בהתאם לבקשתכם : מצ״ב הבקשה שנמסרה ביום 19/8/03

2. בהמשך לבקשתכם :

**1042126** .N.פ

הריני לאשר את מסירת המסמכים

3. **אישור מסירת המסמכים** (למעט מה שסומן במסגרת)

☐
☑
☐
☐
☐

בדיקה:
סוג מסמך המוסר

---
שם מלא המוסר

**1.42126** .N.פ

---
שם משפחה

שם פרטי

---
חתימה

---

סוג מסמך המוסר

שם מלא המוסר

**EXHIBIT C**

ב״ה

המרכז הרפואי שערי צדק, ירושלים

מרפאת אף, אוזן וגרון

| שם משפחה | שם פרטי | שם האב |
|---|---|---|
| כתובת | מיי: זהוי | ירושון |

אף-אוזן-גרון כללי
ת.ז. 203815029 - 1
גולדשטיין שלום
332149ר
בטיח לאומי נפגעי:
ת. קליטה:
18.09.2003 09:35
מס. זהות סופ/ח: 770306260

ח ע״י  ___ ג'נין לידה? 27/8/03
דות המחלה ___ Blast Injury

Neotympanum    תתקרבים וסומ׳יו ל_____ 80
של _____ אוזן שמאל _____
___ 3 חודשים



WEBER          RINNE



**Patient** Shalom Goldstein
**Date** Sept. 18, 1903

SRT + DISCRIM GIVEN IN ENGLISH

FREQUENCY IN Hz — אודיומטריה

| | שמיעת דיבור | אוזן ימין | mask | אוזן שמאל | mask | שדה חופשי FF | שם מכשיר שמיעה |
|---|---|---|---|---|---|---|---|
| SRT | | 10c | > | 5cb | | | |
| DISC % | | 92% | | 91% | | | |
| DB | | 160/4 | | 35dB | | | |
| DISC % | | | | | | | |
| DB | | | | | | | |
| MCL | | | | | | | |
| TOL | | | | | | | |

MASKING

| | 250 | 500 | 1000 | 2 | 4 | 8 | MASK הדרות |
|---|---|---|---|---|---|---|---|
| | | | | | | | אויר ימין |
| | | | | | | | אויר שמאל |
| | | | | | | | עצם ימין |
| | | | | | | | עצם שמאל |

KEY

| | Air & Air mask | Bone & Bone mask | Weber | Rinne לא נשמע | |
|---|---|---|---|---|---|
| RIGHT (Red) | O | △ | > | ▷ | ← | ↑ |
| LEFT (Blue) | X | □ | < | ◁ | → | ↓ |

TONE DECAY

| Ear | Hz | Thr | 5 | 10 | 15 | 20 | 25 | 30 | mask Lvl | ABLB |
|---|---|---|---|---|---|---|---|---|---|---|

טימפנומטריה

PVT — R. L.
ETF — R. L.
COMPLIANCE
Probe — RT.  LFT.

רפלקס אקוסטי

| Frequency in Hz. | 500 | 1000 | 2000 | 4000 |
|---|---|---|---|---|
| Right Ear | Contra (Phone) Decay | | | | |
| | Ipsi (Probe) Decay | | | | |
| Left Ear | Contra (Phone) Decay | | | | |
| | Ipsi (Probe) Decay | | | | |

סיכום והמלצות

Follow-up after test on 2c/8/03 ←
(one day after blast injury)
Today's test - one month after blast injury

Left Ear - Hearing within normal limits 250Hz - 6KHz
very mild drop at 8KHz
improvement since last test

improvement → Right Ear - Hearing is within normal limits 1KHz - 4KHz
with a mild drop at 250Hz - Mild 6KHz
drop 6K-8KHz with a S/N component. There is a mild conductive element
Recommend - ENT repeat hearing test according to physicians instruction

אינרא  740100115

**shaare zedek medical center**

בס"ד

מרכז רפואי שערי צדק

עמותה 7557–000–58

31/08/2003
15:03:03

מקור

קבלה    234708

קופאי:    30382

ש"ח 400.00

אנו מאשרים שקיבלנו ממר/מרת  גולדשטיין שלום

ת.ז.    203815029    1

203815029.ת.ז    ש"ח 400.00

עבור    שר"פ של    דר    כהן דוד
מנהל מחלקה

בקוריעוץ חוזר

צורת תשלום

| צ"ק | ת.צ"ק | סניף בנק | מס' חשבון | סכום צ"ק | |
|---|---|---|---|---|---|
| 958438 | 15/09/03 | 9 | 1 | 3521615 | ש"ח 400.00 |
| | | | | | ש"ח 400.00 |

סה"כ בצ'קים:
ניתן לקבל את הצ'ק עצמו עד לתאריך הצ'ק, באגף הכספים (קומה 4)
החזר התשלום במזומן יבוצע עם קבלת אישור מהבנק שהצ'ק נפרע, או לאחר

22/09/2003

עד אז, קבלה זו אינה מהווה אישור על קבלת התשלום בפועל

המרכז הרפואי שערי צדק
SHAARE ZEDEK MEDICAL CENTER
שולם
PAID

Tel. 972-2-6555111, Fax.  972-2-6513946 P.O.BOX. 3235, Jerusalem 91031    טל: 6555111–02, פקס. 6513946–02, ת.ד 3235, ירושלים



בס"ד

מרכז רפואי שערי צדק
shaare zedek medical center

58-000-755 עמותה

| | | מקור | | |
| 24/08/2003 | | | | |
| 16:09:43 | | קבלה 233781 | | |

30545 :קופאי

אנו מאשרים שקיבלנו ממר/מרת גולדשטיין שלום

| ש"ח 500.00 | | ת.ז. 203815029 | 1 | |

עבור
שר"פ של דר כהן דוד בקורייעוץ ראשון ת.ז.203815029
מנהל מחלקה | ש"ח 500.00

צורת תשלום
ויזה מס' 4030190010947187 | ש"ח 500.00 | 24/08/2003



המרכז הרפואי שערי צדק
SHAARE ZEDEK MEDICAL CENTER
PAID שולם

טל: 6555111-02, פקס. 6513946-02, ת.ד. 3235, ירושלים 91031
Tel. 972-2-6555111, Fax. 972-2-6513946 P.O.BOX. 3235, Jerusalem







shaare zedek medical center   המרכז הרפואי שערי צדק

Aug 31st. 03

Sholom Goldstein
_____

He suffered from blast injury
with perforation in both ears.

On 8.24.03 :
purulent

← Treated with
Ciloxam

(perf.)     1 day

closed

On 8.31.03

perf. -
smaller,
wet.

SHAARE ZEDEK MEDICAL CENTER
DR. DAVID COHEN
HEAD DEPARTMENT OF
OTOLARYNGOLOGY

P.O.Box          3235
Jerusalem       91031
Telephone      6555111
Fax                6513946

שערי צדק

מ. זהות: 1-203815029

לכבוד: **גולדשטיין שלום**
רח חי יצחק 9/19 ביתר עילית

טלפון:

ל: כהן דוד

הוזמן לך תור למרפאה: שר"פ
הטיפול: **בקור / יעוץ חוזר**

מועד התור נקבע ליום:

| בשעה: 15:00 | ראשון 31/08/2003 ג' אלול תשס"ג |
|---|---|

נא לבדוק אם הטלפון והכתובת שברשותינו מדוייקים. ולא, נא להודיענו.

**אם ברצונך לבטל או לדחות התור, אנא הודע לנו בהקדם.**

בכבוד רב

מרפאת: שר"פ

טלפון: 6555999 (02) קומה: 4

```
***לתשומת לבכם***
תזכורת: אנא זכור להביא אמצעי תשלום עבור ביקור זה
```

תורים נוספים:
--------------------

1. שר"פ כהן דוד
לתאריך: 24/08/03 לשעה: 16:15 עבור בדיקה : בקור / יעוץ ראשון

2. אף-אוזן-גרון כללי
לתאריך: 18/09/03 לשעה: 09:30

3. שמיעה ודיבור בדיקת שמיעה - רגיל
לתאריך: 18/09/03 לשעה: 11:15

לכבוד: גולדשטיין, שלום
רח חי יצחק 9/19
ביתר עילית

תאריך - 20/08/2003

מס. רשומה - 10181258
בכל פניה נא לציין
המספר הנ"ל

מס. זהות: 000982455-9

הנדון: <u>חוב עבור טיפול בחדר מיון מתאריך - 19/08/2003 עד - 20/08/2003</u>

נא להעביר את התשלום למשרד קבלת חולים כדלהלן:
(על חברי קופת חולים לפנות לקופה לשם קבלת התחייבות)

| | | |
|---|---|---|
| 449.00 | ביקור גלובלי במיון | 303230 |
| 449.00 | סה"כ לתשלום: | |
| 0.00 | שולם ע"ח: | |
| 449.00 | יתרה לתשלום (בשקלים): | |

שים לב: על מנת להקל על זיכוי חובך נבקשך לצרף חשבון זה לתשלום.

בכבוד רב

המשרד לקבלת חולים
טל: 5020-655 (02)
פקס: 4289-651 (02)



Case 2:18-cv-12265-MVC-DCF Document 130-36 Filed 10/04/21 Page 01 of 36

המרכז הרפואי שערי צדק
Shaare Zedek medical center

# תגובה של דחק חריפה

לאחר אירוע קשה (טראומה) כמו פיגוע, תקיפה פיזית או תאונת דרכים, רוב האנשים מתקשים לחזור לחיים הרגילים.

קיימות מספר בעיות שכיחות:

- ☒ **קשיי שינה.** גם להירדם וגם שינה במשך הלילה
- ☒ **חלומות מטרידים:** עלולים להיות סיוטים לא רק על האירוע הטראומטי אלא גם על מצבי אלימות אחרים
- ☒ **תמונות חוזרות** של האירוע
- ☒ **עצבות**
- ☒ **עצבנות**
- ☒ **חוסר עניין** בעבודה ובחיים החברתיים
- ☒ **דאבון ירוד**
- ☒ **חרדה**
- ☒ **פחד או פחדים**
- ☒ **רגשות אשם**

תופעות אלה הן **רגילות** ואפילו צפויות. אלו צורות שבהם שהמוח האנושי מתמודד עם זיכרון של זוועות. בדרך כלל, תופעות אלה הולכות ודועכות תוך מספר ימים. אנשים שמגיבים כך לאחר האירוע לרוב חוזרים לחיים הרגילים תוך זמן קצר.

להתמודדות עם זיכרון ותופעות של אירוע קשה היא קלה יותר כאשר אדם נמצא בסביבה אוהדת ותומכת. לכן:

## דבר על מה שעברת עם מישהו שאכפת לו!

חשוב לאדם להבין ולדעת שמה שהוא עובר הוא דבר צפוי ורגיל. עצם ידיעה זאת משפרת את מצבם של רוב האנשים.

ייתכן גם מצב שמרגישים בסדר דווקא לאחר האירוע ואז, בהדרגה או באופן פתאומי, מופיעים השינויים שהוזכרו לעיל, דהיינו עצבות, עצבנות, חרדה וכו'. תגובה מעין זאת עלולה להביל לה אנשים, אבל חשוב לזכור שגם תגובה זאת צפויה ורגילה ושהמצב עשוי להשתפר תוך מספר ימים.

מספר קטן של אנשים אינם מסוגלים לסבול את התופעות האלה וגם לא חשים שיפור תוך כמה ימים. הבעיה השכיחה ביותר היא חוסר שינה. אם אינך רואה שיפור תוך כשבוע ימים אחרי התחלת הסימפטומים, לך לרופא המשפחה שלך. אחרי שיחה אתך, יתכן והוא ימליץ על ייעוץ או טיפול תרופתי כדי לזרז את ההתאוששות.

קורה לעתים רחוקות שאדם לא מצליח להשתחרר כלל מהחרדות ומהמועקה ושהן אף הולכות ומחריפות. במקרה כזה, מומלץ לפנות לחדר מיון בתאום עם הרופא המטפל.

*רפואה שלמה!*

| P.O.Box | 3235 | ת.ד |
| Jerusalem | 91031 | ירושלים |
| Telephone | 6555111 | טלפון |
| Fax | 6513946 | פקס. |

749700006

ב"ה

המרכז הרפואי ש

# טופס פצוע

## מכתב שחרור

| | |
|---|---|
| 19/08/2003 23:11 | חדר מיון |
| מס. נפגע 138 | מ. אשפוז: 10181258 |
| 28/06/1984 ז | גולדשטיין שלום |
| שעה: | שם אב: שמחה |
| אחר 9-982455 | תאריך: |
| | מ.ז.: |

שם החולה: ______
תאריך קבלה: ______
ת.ז.: ______
מחלקה: ______
מס' רשומה: ______
מין: זכר/נקבה גיל: ______

בן 19. בזמן פיגוע היה בתוך
האוטובוס. נפגע בעינו הימנית,
בבדיקה: בהכרה מלאה. מצבו
[illegible], דופק, סטורציה [illegible]
ראש - חבורה מעל עין ימין. מס' שפשופים
פה [illegible]
ריאות - נקיות. לב - [illegible]
בטן - רכה [illegible]
ללא [illegible] גפיים
פה [illegible] מס' שפשופים
נוירולוגי - ללא חסר מוקדי
נבדק ע"י אא"ג - קרע דו"צ בעור
התוף
בדיקת עיניים: שפשוף בקרנית
מימין
נבדק ע"י פסיכיאטר - ללא ממצא חריג
קיבל טטנוס, טנקסטוקסואיד, חיסון הפטיטיס B
במיון

אבחנות: Bilat. Perforation of tympanic membrane
Rt. Corneal scratch

המלצות:
1) בקופ"ח - מרפאת עיניים ואא"ג
2) בדיקת שמיעה בהקדם [illegible]
3) בקופ"ח - מרפאת אא"ג [illegible]
4) [illegible]
5) Acamol 500

6555081

תאריך: שעה:

מרכז רפואי [illegible]
SHOSHAN
12414

ב"ה

המרכז הרפואי שנ

טופס פצוע

| | חדר מיון 23.11 |
|---|---|
| מס' נפגע **138** ד | מ. אשפוז: 10181258 |
| | גולדשטיין שלום :שם אב |
| | שמחה :שם אב |
| 28/06/1984 | :תאריך |
| :שעה | |
| 9-982455 :מ.ז. | **אחר** |

| | שם החולה: |
|---|---|
| **מדבקה** | תאריך קבלה: |
| | ת.ז.: |
| | מחלקה: |
| | מסי רשומה: |
| מין: זכר/נקבה    גיל: | |

## שחרור

**מרפאת עיניים**    שעה:

מצב:

המלצות:

ביקורת:                                    חתימה וחותמת

---

**מרפאת א.א.ג.**    שעה:

| אוזן ימין | אוזן שמאל |
|---|---|
| | |

מצב:  קבל  בוצע  בירוד (Rt > Lt)

המלצות: 1) דורש שאבה קרירה
2) לביקורת בעתדליק אם דורש שאבה

(6555081)

ביקורת: לשאר דורש בעתדליק אם דורש שאבה

חתימה וחותמת  33212 ט.ל

---

**בדיקה חוזרת ע"י רופא משחרר**    שעה:

חתימה וחותמת

---

**עובדת סוציאלית**    שעה: **23:55**

שוחח (עם...) אתו (הנשוי) –
שאר בבתיהו וקבל אתו, בוצע, אבל, לג' הברכה (?)
הבירות (?)

חתימת חותמת  עובדת רחל שערי צדק  ק. סוציאלית 3421

---

**משוחרר סופית על ידי:**    תאריך:
                              שעה:

חתימה וחותמת