# Exhibit 152

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JUDAH HERZEL HENKIN, et al.

    Plaintiffs

    v.                                          CA No.1:18 CV 01273
                                                           Judge _____

THE ISLAMIC REPUBLIC OF IRAN, et al.

    Defendants

## DECLARATION OF JUDAH HERZEL HENKIN

Pursuant to 28 U.S.C. §1746, Plaintiff Judah Herzel Henkin states the following:

1. I am over the age of eighteen and am competent to testify to the facts and matters set forth herein. I am a Plaintiff in this case.

2. I was born on ▆▆▆▆ 1945 in Allentown, Pennsylvania. On August 15, 1971, I married my wife, Anne. In 1972, Anne, and I moved to Israel. I have been at all times since then, a citizen of both the United States of America and Israel.

3. Anne and I had six children: Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Eliashir Elijah Henkin, Aderet Rivkah Henkin Stern, Eitam Simon Henkin, and Taama Freida Henkin Yaakovson.

4. My son Eitam Simon Henkin was born ▆▆▆▆ 1984 in Israel. He was a citizen of both the United States of America and Israel.

5. On October 1, 2015, my son Eitam, was driving his car past the town of Beit Furik with his wife Naama and their four children, when Hamas terrorists shot at his car from their vehicle. He was wounded. After Eitam managed to pull over to the side of the road, the

terrorists approached his car. Severely wounded, he struggled with them but was shot dead, together with his wife, in front of their kids. One terrorist accidentally shot another terrorist, and the terrorists ran away. This apparently saved the kids from death or kidnapping.

6. I suffered extreme injuries as a result of this terrorist attack that killed my son. These injuries include extraordinary grief, fear, stress and anxiety, extreme mental anguish, exacerbation of my physical deterioration, pain and suffering, severe emotional distress and loss of the affection, love, society and companionship of my loved son, Eitam, all of which continue to affect me to this day.

7. It is hard to describe how the cruel murder of my son has affected me. It changed the course of my life.

8. Following the incident, my family required quite a bit of therapy. For one year, my wife and I saw Ilana Goldberg—a psychotherapist who specializes in Post-Traumatic Stress Disorder—to deal with our emotional trauma. My wife would go weekly, for two hours per session. I would go less frequently. Ms. Goldberg observed that my wife and I were suffering from PTSD. A true and correct copy of a report that Ms. Goldberg sent to Bituach Leumi after the conclusion of our treatment with her is attached hereto as Exhibit 1.

9. For the first year, in addition to seeing Ms. Goldberg, my wife and I, and our children: Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Eliashir Elijah Henkin, Aderet Rivkah Henkin Stern, and Taama Freida Henkin Yaakovson and occasionally some of their spouses would see Dr. Naomi Baum once or twice per month for group counseling sessions. Our son Eliashir Eliyahu came infrequently. Yagil's wife and Taama's husband

2

Doc ID: ee56948124ea837041156097d0b729926a9c1157

also participated, as did Aderet's husband from time to time. Eitam's children did not participate in these sessions.

10. I was crying for a long time after the murder. Eitam was going to follow in mine and my ancestors' footsteps as a family of Rabbis. I am a Rabbi—and have an important role in my community. My grandfather was one of the greatest rabbinical minds in the western world. He wrote in-depth commentaries and was qualified as a religious authority. I continued that path as the Rabbi of Beit She'an and later a community Rabbi in Matityahu and as a Rabbi in Jerusalem. I authored Benei Banim, a modern orthodox treatise on Jewish law and customs. Eitam was also going to be one of the great rabbis and continue our family tradition. In addition to being my son, he was my study partner, my friend and my protégé. I saw Eitam developing all of the qualities that I was losing as I aged, such as learning, playing guitar, innovative thinking and more. But all of that was destroyed, leaving me with an emptiness that would never and could never be refilled, and coming down like a curtain on my life. Whenever I think about all that was and will be lost as a result of Eitam's murder, I burst out crying.

11. I suffer from Parkinson's Disease and in my opinion, the grief caused by the murder of my son exacerbated my disease. The sadness, stress and trauma make it difficult for me to regulate and express my emotions, cause me outbursts of pain with terrible crying, and make it difficult for me to regain my composure. This frequently triggers me to experience the symptoms of the Parkinson's Disease which have in turn caused my general health conditions to deteriorate.

12. Suddenly, I have needed much more help and attention from my family than ever before. My family thinks this link between the incident and my condition exists, because the rate of

3

deterioration of my health dramatically increased, and things that we thought were stable suddenly became instable, such as my motor functions and my ability to walk and talk.

13. My physical ability has gotten so bad between the Parkinson's and the shock from the incident that I have started to fall quite a bit when I am walking around the house and my balance is much worse. We recently installed carpets all around the house, to minimize the damage to me when I fall. Additionally, I cannot do a lot of the things I used to enjoy doing. I used to play guitar, but I cannot anymore. I used to write a lot, but now I cannot type and need to dictate to my wife Anne instead. However, even this is complicated because it is harder for me to talk. We used to take family hikes but following the double murder I have been unable to hike, and the family hikes have ceased altogether.

14. Overall, my process of aging has sharply accelerated, as a result of the reduction in exercise, not leaving home for long periods of time and unstoppable crying.

15. The murder has plagued me with a permanent fear of other family members being hurt. I live in fear knowing that they are traveling around and can be attacked at any time. This was not the case before the murder.

16. Eitam was a key member of the family. He had the ability to effectively solve conflicts inside the family. Since he was murdered, we have many more internal family conflicts, and it has become harder and more frustrating to face and to try to resolve normal family tensions. During every family vacation, we have at least one "explosion" and we do not have Eitam to sort things out.

17. The murder itself has caused me and the rest of my family many tensions, as well as the daily struggle we all face with bereavement over our lost son and brother. Those tensions

4

are intensified, as now we have nobody to play Eitam's role of bridging between the different perspectives and wills of family members.

18. As a result, whenever we have a family meeting, there is an unbearable pain: the hurt, and clashes among family members regarding the pain and challenges each one of us faces.

19. Ever since the murder, my wife and I face insufferable sadness, which hurts our quality of life, and makes it harder for us to go on with daily lives. For example, we do not celebrate birthdays anymore because it is just too painful trying to have joyful family gatherings without Eitam. Our loss robs us of much of our mental strength and comes at the expense of other family members. We direct a great part of our energy to Eitam's orphaned children, who frequently visit with us.

20. I suffered and continue to suffer because of the pain inflicted by the Defendants, the Islamic Republic of Iran and the Syrian Arab Republic. As a direct and proximate result of the willful, wrongful and intentional acts of the Defendants—specifically, the act of shooting and killing Eitam—I have endured extreme mental anguish, physical injury, pain and suffering, severe emotional distress and loss of the affection, love, society and companionship of my loved son, Eitam.

21. In addition to me, the murder of Eitam affected my wife Anne Chana Henkin and our children Jacob Bechor-Shalom Henkin, Joseph Gil Henkin, Eliashir Elijah Henkin, Aderet Rivkah Henkin Stern, and Taama Freida Henkin Yaakovson, all of whom are United States citizens.

5

Doc ID: ee56948124ea837041156097d0b729926a9c1157

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.

08 / 19 / 2020
Date

*Judah Henkin*
Judah Henkin

6

Doc ID: ee56948124ea837041156097d0b729926a9c1157

# EXHIBIT 1

7

Doc ID: ee56948124ea837041156097d0b729926a9c1157



**Certified Translation**

# Certificate of Accuracy

Ilana Goodman

Translator/Interpreter

**Translated document:**

Summary of treatment with Rabbi Yehuda and Rabbanit Chana Henkin dated February 28, 2017, and signed by Ilana Goldberg, Psychotherapist, qualified therapist in P.T.S.D. with the P.E. and N.L.P. methods.

As a translator for Day Translations, Inc., I, Ilana Goodman, declare that I am a bilingual translator who is thoroughly familiar with the English and Hebrew Language languages. I have translated the attached document to the best of my knowledge from the Hebrew Language into English Language and the English Language text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on July 16, 2020



Ilana Goodman

Professional Translator for Day Translations, Inc.me







477 Madison Ave., 6th Floor New York, NY 10017 | Toll Free: 1-800-969-6853 Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com




Doc ID: ee56948124ea837041156097d0b729926a9c1157

Summary of treatment with Rabbi Yehuda and Rabbanit Chana Henkin

February 28, 2017

Rabbi Yehuda and Rabbanit Chana came to me for treatment in February 2016 and the treatment ended in February 2017. Eitam, HY"D, the son of Rabbi Yehuda and Chana, was murdered in a despicable and atrocious terrorist attack on October 10, 2015, while driving in his car with his wife Naama, HY"D, and their children, may they live for many years. They were shot at, in front of their children, who miraculously survived the event.

The treatment was held once a week, for two hours each time, and as needed.

The Henkins have 6 children:

Ya'akov Bechor Shalom, is 48 years old, single. He suffers from functional difficulties and lives with his parents. He is dependent on them and the tragedy – the loss – affected him greatly and worsened his functional difficulties.

Dr. Yosef Gil, is 46 years old. He lectures on military history. He is married to Merav and they have 4 daughters. He lives in Harish (far from Jerusalem).

Elyashir, is 44 years old. He is married to Nofya and they have 2 children. Elyashir is coping with diverse and challenging difficulties. He works as a coach in a gym and lives in Jerusalem.

Aderet, is 39. She is married to Yirmiyahu and they have 3 children. Aderet works as a cashier in a supermarket and her husband is an assistant cook at the Shaare Zedek Medical Center.

Eitam and Naama, HY"D, left 4 children. When their parents were murdered, the eldest son was not yet 10 years old and the youngest less than a year. Needless to describe the significance and enormity of the tragedy for them.

Ta'ama, is 36 years old. She is married to Rav Eliasaf and they have 6 children. They live in Mitzpe Yericho. Ta'ama volunteers as the social coordinator for the local girls high school and her husband is a Rabbi in the Yeshiva.

Already as a young child Eitam, HY"D, was the son who continued the path of many generations of the Henkin family. The grandfather was a well-known and prestigious Rabbi, who served as a religious leader and Torah scholar. He wrote in-depth commentaries and was qualified as a religious authority. His son, Rabbi Yehuda, continued his path here in Israel, as the Rabbi of Beit She'an, and later when moving to Jerusalem, as a community Rabbi.

Eitam, HY"D, absorbed the love of Torah, of learning and creative and innovative thinking from his father. He also took part in the life project of his mother, Rabbanit Chana, a religious authority in her own right. Rabbanit Chana established a groundbreaking Torah and Jewish Law college for women, which serves as a Torah authority to many (it must be noted that Eitam and Naama took part in building the college).

When Rabbi Yehuda and Naama came for treatment, I met two people with a sense of dignity, mental and spiritual resilience, who expressed peace and love. But, together with this, I saw immense pain and severe physical vulnerability in Rabbi Yehuda, because of the Parkinson Disease from which he suffered, and which worsened since the tragedy, and throughout our meetings.

The main difficulty that was expressed in the strongest manner, was the Rabbi's difficulty in regulating his emotions, containing them and, in general, being able to express them. Because of this, after our first meeting, I (and the Rabbanit) was worried about continuing the treatment because of his outburst of pain (with terrible crying and it was difficult to calm him down).

Gradually we managed to hold a conversation and construct words for the emotions, the pain, the loss and the meaning of the absence.

As stated, Eitam, HY"D, was Rabbi Yehuda's son, friend, study partner and the one who was continuing in his footsteps. Everything was severed in a moment, leaving an immense feeling of emptiness.

The Rabbi had lost qualities in his life that Eitam, HY"D, had developed and continued, such as learning, playing the guitar together, innovative thinking and more. And the emptiness that would never be refilled, came down like a curtain on his life.

This pain increased and surfaced when Rabbi Yehuda and Rabbanit Chana could not pass on to their grandchildren – Eitam's children – some of the traditions and spirit of their parents, that the grandchildren has not managed to experience and integrate into their own lives.

Rabbanit Chana is an amazing woman, with a big heart and ability to give endlessly. She dealt with her husband with extreme softness and endless dedication and bore the terrible pain that affected many levels of her life, both in the extreme mourning and in coping with her husband's illness, that was deteriorating.

As stated above, in addition to looking after her husband (for example, accompanying him to the synagogue every morning), because of his weakness, she had to care as well for all her family's needs. In their shared life before the murder and her husband's physical deterioration, the Rabbi fulfilled many daily tasks that now became the Rabbanit's full responsibility. All this while her own condition, following the tragedy, also weakened her terribly.

Rabbanit Chana developed severe sleeping difficulties. The immense pain was expressed in a post-traumatic disorder, and in reliving pictures of the attack in her mind, the funeral, worrying about the children, a sense of helplessness and anxiety. In addition, she was extremely worried how to help the children recover from seeing their parents being murdered, the loss and the need to adjust to a new life.

Rabbi Yehuda and Rabbanit Chana accepted the fact that they could not raise the children and the custody over the children was naturally given to Naama's, may God avenge her blood, parents.

Chana took it upon herself, as much as she could, to be a partner in the children's recovery process. She went to visit the children, was in contact with the Armoni family with all matters relating to the children's integration into schools, their psychological treatments, etc.

Chana also took upon herself the major and significant responsibility to transfer the spiritual and family traditions of the Henkin family to her grandchildren, as her son's last will and testament.

The Henkin and Armoni families worked as partners and the children went to the Henkin home every second weekend (Sabbath) and on Jewish holidays. Needless to mention the immense efforts and energies that were required by Chana when hosting the children, especially when the Rabbi could not help in looking after them. Sometimes, in order to help the children and bring a bit of vitality into the home, she also invited one of her other children for the weekend, putting additional strain on herself.

In summary, Rabbi Yehuda and Rabbanit Chana came to me for treatment following the terrible tragedy of the murder of their son and daughter in law, by terrorists.

As I described above, this is a terrible tragedy; an earthquake that undermined many deep levels of their life and affected both their body and soul, and gradually expanding circles of their lives.

The treatment dealt first and foremost with the ability to express their terrible pain in words, to rebuild the ground on which they stood and construct a new reality. This all with the need to cope with new demands, with the emptiness, the responsibilities, and the physical and health needs. Simultaneously they had to deal with the pain of what would never be, of what was, of how to build a memory, of commemoration and connection to life, and of the concern of raising their grandchildren with love, happiness and health.

I thank the Henkin family for trusting me, for enabling me to get to know them, and mainly for their courage to choose life. But, we all know that this is a difficult path that never ends and I wish them both health, happiness and comfort.

Sincerely,

Ilana Goldberg

Psychotherapist

Qualified therapist in P.T.S.D. with the P.E. and N.L.P. methods

סיכום טיפול הרב יהודה והרבנית חנה הנקין		28.2.17

הרב יהודה והרבנית חנה הגיעו לטיפולי בפברואר 2016 והטיפול הסתיים טיפול הסתיים ב פברואר 2017.

איתם הי"ד , בנם של הרב יהודה וחנה נרצח בפיגוע שפל ומזעזע בידי בני עוולה ביום ה10.10.2015    בשעה שנסע עם רעייתו נעמה הי"ד וילדיהם הי"ד שיבל"א , מירי מכוון לתוך מכונית לעיני ילדיהם, שיצאו בנס בשלום.

הטיפול היה בתדירות של פעם בשבוע לשעתיים  בכול פעם , ולפי הצורך.

למשפחת הנקין 6 ילדים:

יעקב בכור שלום בן 48 רווק הסובל מקשיים תפקודיים , חי בבית ההורים ותלוי בהם. האסון –האובדן השפיע עליו מאוד קשה והחמיר מאוד את קשייו התפקודיים.

ד"ר יוסף גיל בן 46  מרצה כהיסטוריון צבאי.  נשוי למירב  ואב ל -  4 בנות, מתגוררים בישוב חריש (רחוק מירושלים).

אלישיר בן 44 נשוי לנופיה ולהם 2 ילדים . אלישיר מתמודד עם קשיים שונים ומאתגרים .עובד כמאמן בחדר כושר ומתגורר בירושלים.

אדרת בת 39 נשואה לירמיהו ולהם 3 ילדים .אדרת עובדת כקופאית בסופרמרקט ובעלה כעוזר טבח בבי"ח שערי צדק.

איתם ונעמה הי"ד הותירו 4  ילדים .כשהוריהם נרצחו  הבן הגדול עוד לא היה בן 10 והקטן פחות משנה. מיותר לפרט את המשמעות  וגודל החורבן עבורם.

טעמה בת 36  נשואה לרב אליאסף ולהם 6 ילדים .  מתגוררים בישוב מצפה יריחו . טעמה עובדת בהתנדבות כרכזת חברה באולפנה ובעלה רב בישיבה גבוהה.

איתם הי"ד כבר מילדותו היה הבן שהמשיך את דרכה של משפחת הנקין לדורותיה .  הסבא היה רב ידוע מוכר וחשוב כמורה הלכה וכתלמיד חכם . מחדש , מפרש , מעמיק ובעל סמכות תורנית . בנו הרב יהודה המשיך את דרכו כאן בארץ כרבה של בית שאן ועם המעבר לירושלים כרב קהילה.

איתם הי"ד ספג מאביו את האהבה לתורה, ללימוד ולחשיבה יצירתית וחדשנית וכן השתתף במפעל חייה של הרבנית חנה שגם היא סמכות תורנית בפני עצמה . הרבנית חנה הקימה מדרשה פורצת דרך ללימוד תורה והלכה לנשים שמהוות סמכות תורנית הלכתית בעניני נשים ועוד (וחשוב לציין שאיתם ונעמה לקחו חלק בבניית המדרשה ).

כשהרב יהודה והרבנית חנה הגיעו לטיפולי פגשתי אנשים עם הדרת כבוד ,עם  חוסן נפשי ורוחני שוחרי שלום ואהבה. אך יחד עם זה ראיתי כאב עצום ופגיעות פיזית קשה של הרב יהודה בעקבות מחלת הפרקינסון שהלכה והידרדרה מאז האסון ,ובכלל במהלך כל הקשר שלנו.

הקושי העיקרי שבא לידי ביטוי, באופן חריף היה הקושי של הרב לווסת את רגשותיו, להכילם ובכלל להביאם לידי ביטוי. כך שלאחר הפגישה הראשונה אפילו חששתי (וגם הרבנית ) להמשיך בטיפול עקב פרץ הכאב שיצא (בבכי נוראי שקשה היה להרגיעו).

לאט לאט עלו  בשיחות ונבנו מילים לרגשות ,לכאב  ,לאובדן ולמשמעות של החסר .

לרב יהודה כאמור , איתם הי"ד היה בן ,חבר , חברותא וממשיך דרכו .הכול נקטע באחת והותיר ריקנות וחלל נוראי.

הרב איבד איכויות בחייו שאיתם ע"ה פיתח והמשיך כמו הלימוד ,הנגינה המשותפת בגיטרה, חדשנות ועוד ,והחלל שלא יתמלא , ירד כמו מסך על חייו .

Doc ID: ee56948124ea837041156097d0b729926a9c1157

כאב זה התגבר ועלה כשהרב יהודה והרבנית חנה לא יכלו להעביר לנכדיהם-ילדיו של איתם ז"ל, מעט מהמסורת ומרוחו של ביתם, שהנכדים לא הספיקו לחוות ולהטמיע בעצמם.

הרבנית חנה היא אישה מדהימה עם יכולת נתינה ולב ענקי, בטיפול בבעלה בברכות ובהתמסרות אין קץ, והן בנשיאת הכאב העצום שפוגע ברבדים רבים בחייה. הן באבל הקשה והן בהתמודדות עם מחלת בעלה שהולכת ומחמירה.

כאמור לצד הטיפול בבעלה ( לדוגמא – ליווי שלו לבית הכנסת מדי בוקר ) מפאת היחלשותו, עליה לטפל בכול צרכי המשפחה. בחייהם המשותפים לפני הרצח וההידרדרות הקשה של הרב, הרב מילא הרבה מאוד משימות שכיום עברו לטיפולה של הרבנית. כול זאת כאשר מצבה שלה, בעקבות האובדן, החליש גם אותה מאוד.

אצל הרבנית חנה התפתחו קשיים של ממש בשינה. הכאב העצום בא לידי ביטוי בתופעות פוסט טראומטיות, בחודרנות של תמונות שחזרות מהאירוע, מהליווייה, ממצב הילדים, מחוסר אונים, ומפחדים. כמו כן התפתחה חרדה ודאגה איך משקמים את הילדים המרמאות, מהאובדן ומהצורך להסתגל לחיים אחרים.

הרב יהודה והרבנית חנה קיבלו בהשלמה את חוסר יכולתם לגדל את הילדים, והאפטרופוסות על הילדים הועברה באופן טבעי להורי נעמה הי"ד.

חנה לקחה על עצמה, ככול יכולתה, להיות שותפה בשיקום הילדים. היא הגיעה לבקר את הילדים, עמדה בקשר עם משפחת ערמוני, בכול הקשור להשתלבותם בבית הספר, בטיפולים הפסיכולוגיים שהם עוברים וכדו.

חנה גם לקחה על עצמה משימה גדולה ומשמעותית להעביר את המורשת הרוחנית והמסורת המשפחתית של משפחת הנקין, לנכדים, כצוואה של בנה.

משפחות הנקין וערמוני עבדו בשיתוף, כאשר הילדים מגיעים אל משפחת הנקין בכול שבת שניה ובחגים. מיותר לציין את המאמץ שנופל על חנה באירוח הילדים שדורש הרבה כוח ואנרגיות, במיוחד כשהרב אינו יכול לקחת חלק במאמץ. לפעמים, כדי להקל על הילדים ולהכניס חיות בבית, היא מזמינה גם ילד אחר מילדיה, כאשר זה יוצר עומס נוסף עליה.

לסיכום

הרב יהודה והרבנית חנה הגיעו אלי לטיפול בעקבות שבר גדול עם הרצח של בנם וכלתם בידי בני עוולה.

כפי שתיארתי זה אסון נוראי. רעידת אדמה שפוגעת ברבדים שונים ועמוקים של החיים, המשפיעים על הגוף הנפש והנשמה ובמעגלים ההולכים ומתרחבים של החיים.

הטיפול עסק קודם כל ביכולת לתת מילים וביטוי לכאב העצום. לבנות מחדש קרקע לעמוד עליה ולבנות מערך חיים אחר, מתוך מקום לכל חלק שעולה. להתמודד עם דרישות חדשות, עם הריק, המחויביות, הצרכים הפיזיים והבריאותיים. במקביל עלו הכאבים על מה שכבר לא יהיה, על מה שיהיה, על איך בונים זיכרון, הנצחה וחיבור לחיים. ודאגה לנכדים לגדילה עם אהבה שמחה ובריאות.

אני מודה למשפחת הנקין שנתנה בי אמון וזכות להכירם ובעיקר על גבורתם בבחירה בחיים. אך כפי שאנחנו יודעים זו דרך קשה שאינה נגמרת ומאחלת להם בריאות, נחת ונחמה.

ברכה

אילנה גולדברג

פסיכותרפיסטית

מטפלת מוסמכת בP.T.S.D בשיטת הP.E וה N.L.P.