# Exhibit 155

# THE UNITED STATES OF AMERICA

No. ███████████

## Certificate of Citizenship



·ORIGINAL·

CIS Registration No. ███████████

Personal description of holder as of date of issuance of this certificate; Sex __Male__; date of birth ███ 2001; country of birth __Israel__; complexion __*****__; color of eyes __*****__; color of hair __*****__; height __3__ feet __4__ inches; weight __*****__ pounds; visible distinctive marks __*****__. Marital status __Single__

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me

Pdaya Menachem Mark by Chava Rachel Mark (mother)
(Complete and true signature of holder)

pdaya Menachem mark
by Chava Rachel mark (mother)

Seal

Be it known that __Pedaya Menachem Mark__ now residing at ███████████ having applied to the Director of U.S. Citizenship and Immigration Services for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on __December 8, 2006__ and is now in the United States:

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this __8th__ day of __December__ OF THE YEAR TWO THOUSAND SIX, and the seal of the Department of Homeland Security affixed pursuant to statute.

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

*Director, U.S. Citizenship and Immigration Services*

DEPARTMENT OF HOMELAND SECURITY

# Exhibit 156

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. ███████

·ORIGINAL·

CIS Registration No. ███████

Personal description of holder as of date of issuance of this certificate; Sex **Female**; date of birth ███████, 2002; country of birth **Israel**; complexion *****; color of eyes *****; color of hair *****; height **3** feet **2** inches; weight ***** pounds; visible distinctive marks *****. Marital status **Single**

*I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me*

Tehila Bracha Mark by Chava Rachel Mark (mother)
*(Complete and true signature of holder)*



Tehila Bracha Mark by Chava Rachel Mark (mother)

Seal

Be it known that **Tehilla Bracha Mark** now residing at ███████ having applied to the Director of U.S. Citizenship and Immigration Services for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Director, that (s)he is now a citizen of the United States of America, became a citizen thereof on **December 8, 2006** and is now in the United States:

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this **8th** day of **December** OF THE YEAR TWO THOUSAND SIX, and the seal of the Department of Homeland Security affixed pursuant to statute.

*Director, U.S. Citizenship and Immigration Services*

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

# Exhibit 157


