# Exhibit 281

**State of Palestine** @Palestine_UN · May 17

Taboo on saying 'Apartheid' is suddenly over in U.S. mainstream - thanks to AOC, Bush, Oliver, Reid, Velshi @Mondoweiss @AOC @CoriBush @iamjohnoliver @AliVelshi #Palestine #GazaUnderAttack

**EXHIBIT**

0020
Nadia Ghannam
07/23/2021



Taboo on saying 'Apartheid' is suddenly over in U.S. mainstream — tha...
Enabled by Human Rights Watch, mainstream media figures are coming out and saying that Israel practices apartheid– lately Ali Velshi, John ...
🔗 mondoweiss.net

💬 1          🔁 29          ♡ 100          ⬆

 

# Mondoweiss
### News & Opinion About Palestine, Israel & the United States

# Mondoweiss
### News & Opinion About Palestine, Israel & the United States

**MEDIA ANALYSIS**

# Taboo on saying 'Apartheid' is suddenly over in U.S. mainstream — thanks to AOC, Bush, Oliver, Reid, Velshi

Enabled by Human Rights Watch, mainstream media figures are coming out and saying that Israel practices apartheid– lately Ali Velshi, John Oliver.

BY **PHILIP WEISS** · MAY 17, 2021





When Rep. Alexandria Ocasio-Cortez labeled Israel an apartheid country over the weekend, writing, "Apartheid states are not democracies," she made international headlines. And Missouri Rep. Cori Bush promptly echoed her colleague from New York. Michigan Rep. Rashida Tlaib made the apartheid charge last week.



It's obvious that the Human Rights Watch report of April 27 accusing Israel of the crime of apartheid has given others permission to open their mouths. AOC defended herself from an onslaught of critics by retweeting HRW's statement that it didn't arrive at the apartheid charge "lightly" and by citing the B'Tselem apartheid finding of January, along with the HRW finding.

Of course, Israel critics have leveled the apartheid charge for more than 15 years. Rep. Betty McCollum of MN first leveled the "apartheid" charge in 2018.

But the Human Rights Watch report has gotten legs from Israel's latest Gaza onslaught; and what we are now seeing is a sudden end to a taboo (as my friend Dan Walsh says).

This weekend both John Oliver on HBO and Ali Velshi on MSNBC deployed the apartheid charge to explain what viewers are seeing.

Last night John Oliver accused Israel of war crimes and apartheid against Palestinians, and cited HRW and B'Tselem. Daily Beast has the quote:

**Subscribe to The Shift, a weekly newsletter from Michael Arria tracking the politics of Palestine in the U.S.**

Email *

**SUBSCRIBE TO THE SHIFT!**

> *They've been living under a suffocating blockade for 14 years, and in Israel and the occupied Palestinian territories, Palestinians are essentially being governed by a form of apartheid—an assessment echoed by both international and Israeli human rights groups,*

Here is a longer clip of Oliver from the show.

> *"Both sides are suffering heartbreaking casualties. But one side is suffering them exponentially... We have got to start having this conversation honestly. And falling back on convenient, sanitized terms like real estate dispute and air strikes on militants feels a little disingenous, when what you are describing is*

*forcing people form the homes they have lived in for decades and killing civilians and children...*

*"Some things are pretty simple. One side is suffering much more...If America really wants to help... I would hope that a real friend would tell me when I'm being an asshole and definitely when I'm committing a fucking war crime.*

Ali Velshi spoke out on May 15, on MSNBC, this clip thanks to CAIR:

*Palestinians are at best third-class citizens in the nation of their birth. The idea that it is even remotely controversial to call what Israel has imposed on Palestinians a form of apartheid is laughable. One look at a map of Israel, Gaza and the occupied territories conjures up only one other example, apartheid era South Africa...*

*It may be worth going deeper than what you may hear in your bubble in understanding the depth to which the Palestinian people are subject to apartheid in their own land, deprived of basic necessities and subject to relentless civil rights violations. This is not a secret. It's out there to see. You just have to look for it.*

Velshi was soon echoed by Joy-Ann Reid:

*What @AliVelshi says in this succinct explanation is just facts: painful, well known and documented facts. Israel has a right to exist in peace but so do Palestinians, who currently suffer under what can only be called apartheid. And no one is doing anything about it.*

The young Jewish group IfNotNow has made apartheid a regular allegation in their messaging.

*To bomb schools today — or any day — goes against everything it means to be Jewish. #JewsAgainstApartheid*

This morning David Rothkopf, scribe of the liberal establishment, tweeted: "Israel is an apartheid state. Apartheid states are not democracies."

And yesterday, Iran labeled Israel an "apartheid" state and called for international action to stop its systematic violations of human rights.

## Double your support!

**There are at least two sides to every story. So where are the Palestinian voices in mainstream media?**

*Mondoweiss* covers the full picture of the struggle for justice in Palestine. **And for the next 10 days, every dollar you give will be doubled, up to $50,000, to support our unique journalism.** Read by tens of thousands of people each month, our truth-telling journalism is an essential counterweight to the propaganda that passes for news in mainstream and legacy media.

Our news and analysis is available to everyone – which is why we need your support. **Please contribute so that we can continue to raise the voices of those who advocate for the rights of Palestinians to live in dignity and peace.**

Palestinians today are struggling for their lives as mainstream media turns away. Please support journalism that amplifies the urgent voices calling for freedom and justice in Palestine.

**DOUBLE YOUR DONATION**



| ALEXANDRIA OCASIO-CORTEZ | ALI VELSHI | APARTHEID ANALOGY |

| DAVID ROTHKOPF | ERIC ALTERMAN | HUMAN RIGHTS WATCH | JOHN OLIVER |

| JOY REID |

## Related Posts

## Latest hasbara target: Israel as a settler-colonial state

**JULY 21, 2021**

## If Israel's high court rules against Jewish settlers in Sheikh Jarrah, judges' children will need bodyguards

**JULY 19, 2021**

## The mainstream media ignored Trump's efforts to attack Iran after he lost

**JULY 16, 2021**

---

**14 COMMENTS**   Most Voted ▾

**Maghlawatan** (@maghlawatan) ●
🕐 May 17, 2021 2:22 pm

Time is Israel's greatest enemy. It's 7 years since the 2014 turkey shoot. Adelson is now in hell.The boomers are slowly leaving the stage. No generation below them drank the Exodus Kool Aid. no generation was as rabid about Israel. Carter wrote "peace or apartheid" in 2007. He was attacked. But it's 2021 now and Israel's goons are weaker. They had to take out the leader of the UK Labour party in 2019. They are... Read more »

∧ 11 | -1 ∨                                            View Replies (2) ∨

**Jasonius Maximus** (@jasonius-maximus) ●
🕐 May 17, 2021 3:03 pm

Finally!!! I knew we would hit the tipping point eventually, but personally thought it was still at least another 5 fives years away at the soonest. I think this now is half to do with reaction to Trump giving away the farm to the radical right in both countries. The other half is that these same media folk have been desperately wanting to say this since 2014, but the circumstances did not quite presented itself… Read more »

∧  9 | -1  ∨

**Misterioso** (@misterioso) ●
🕐 May 17, 2021 4:43 pm

The good news is that ever faster, "Israel" is digging its grave

∧  7 | -1  ∨                                                    View Replies (2) ∨

**amigo** (@amigo) ●
🕐 May 17, 2021 1:02 pm

The usual suspects (AIPAC ET AL) must be doubled over gasping for breath wondering if they have coronavirus , or was the term Apartheid uttered on mainstream media several times in one day. All hands on deck , we are being attacked by Jew haters who would destroy the one and only Jewish , (Apartheid )State in the world.If only we can hang on for another 3 or 4 Gaza wars we will have the… Read more »

∧  6 | -1  ∨

**Kay24** (@kay24) ●
🕐 May 17, 2021 6:00 pm

B'Tselem has called Israel an apartheid nation, so did Human Rights Watch. Rev. Desmond Tutu also stated that Israel had apartheid policies, and the good man was attacked so viciously by apologists all over the world. The US will continue to embrace, and worship, that apartheid terrorist state, in fact we just found out that the Biden administration will sell that apartheid state weapons worth 750 million dollars, which they use to kill more women… Read more »

∧  6 | -1  ∨

Load Rest of Comments

About

Newsletters

Store

Advertising

Donate

Ways to Give

Archives

Jobs

Contact

**COMMUNITY**

Register to comment / Login

100 Recent Comments

Policies

**SOCIAL**

    

Type and hit enter...

© 2020 Mondoweiss. All rights reserved.

⌃ TOP

# Exhibit 282

EXHIBIT
0521
Mahmar
07/23/2021

🔁 State of Palestine Retweeted



**Elizabeth Warren** ✔ @SenWarren · May 20

This ceasefire is good news, but it won't bring back the hundreds of innocent civilians killed or prevent future violence. The Biden administration must press for a just, lasting two-state agreement, and that starts with taking all appropriate steps to end the occupation.

💬 398          🔁 1.2K          ♡ 7.4K          ⬆️

# Exhibit 283

**State of Palestine** ✔ @Palestine_UN · May 24

#Exclusive: #Biden, Slammed by the Left On #Palestinian Deaths, Gives Israel Smaller Bomb newsweek.com/exclusive-bide... @Newsweek A smaller bomb ???? @potus All while bodies of children are still being pulled out from under the rubble in #Gaza. @antonioguterres @UN @hrw



Exclusive: Biden, slammed by the left for Palestinian deaths, gives Israel...
In justifying the new sale of the Small Diameter Bomb (SDB), the administration stated that the "size and accuracy of the SDB I allows fo...
🔗 newsweek.com

 9       36       61      

**EXHIBIT**
0022
Nadia Ghannam
07/23/2021

**Newsweek**

**Newsweek**

  SUBSCRIBE ›

Search

**U.S.**
**World**
**Business**
**Tech & Science**
**Culture**
**Newsgeek**
**Sports**
**Health**
**Opinion**
**Experts**
**Education**

**WORLD**

# Exclusive: Biden, Slammed by the Left On Palestinian Deaths, Gives Israel Smaller Bomb

BY **WILLIAM M. ARKIN** ON 5/24/21 AT 5:00 AM EDT



CLOSE ✕



**Newsweek**    SUBSCRIBE ›

WORLD    ISRAELI-PALESTINIAN CONFLICT    GAZA    JOE BIDEN    HAMAS

The Biden administration's $753 million smart bomb package for Israel includes a little-known weapon—one quarter the size of Israel's current main smart bomb—that Pentagon sources think could calm critics of Israel's bombing.

The State Department notification, sent to Congress on May 5, is classified, but *Newsweek* has learned that in justifying the new sale of this Small Diameter Bomb (SDB), the administration stated that the "size and accuracy of the SDB I allows for an effective munition with less collateral damage."

In the latest conflict, Israeli strikes have killed more than 200 militants including 25 senior commanders, said Prime Minister Benjamin Netanyahu the AP reported. The Islamic Jihad militant group and Hamas d Ministry says at least 243 Palestinians have b does not distinguish militants from civilians. In them civilians including a 5-year-old boy and

**Newsweek**   

In Washington, the disparity in the body count and the vivid news coverage of destruction in Gaza prompted an unprecedented outcry in Congress: progressive Democrats in particular have been critical of Israel and outspoken in supporting Palestinians, citing as a main argument the divergent death tolls. They have opposed President Joe Biden's arms package.

**NEWSWEEK NEWSLETTER SIGN-UP >**







President Joe Biden on May 12, 2021 in Washington, DC. Biden's arms deal for Israel includes a weapon that could reduce collateral damage. The disparity in death counts between Israel and the Palestinians has made it harder for Israel to make its case to international critics.

DREW ANGERER/GETTY IMAGES

Air Force and Pentagon officials say that the c

should assuage many of their concerns.



# Newsweek

SUBSCRIBE >

destructive than what Israel currently possesses," one Pentagon official wrote to *Newsweek* in an email. Going into detail about the weapons is tricky, he says, because the Defense Department doesn't want to suggest that it is facilitating Israeli bombing—but the SDB might have allowed Israel to retaliate against Hamas with less destruction. The official requested anonymity because he is not authorized to speak on the matter.

## NEWSWEEK SUBSCRIPTION OFFERS >

A week before the rockets attacks from Gaza began, the Biden administration notified Congress of the proposed sales of air-delivered smart bombs to Israel. The package is made up predominantly of two weapons, the Boeing-made, satellite-guided Joint Direct Attack Munitions (JDAMS)—a smart bomb long provided to Israel—and a newer Small Diameter Bomb (SDB), a Raytheon-made weapon that is not yet in Israel's arsenal.

The GBU-39/B Small Diameter Bomb Increment I (SDB I) is a 250-lb. class, air-delivered weapon that is guided by both global positioning system (GPS) satellites and an inertial system that detects its position in space, correcting its flight path. The bomb's diamond-shaped wings stabilize the weapon and increase glide time, allowing delivering planes to release the bomb from as far as 40 miles (65 kilometers) from the target, minimizing the vulnerability of aircraft.

SDB is intended to eventually replace the JDAM, a used in c originally has been fighting in

CLOSE ✕



READ MORE

  

Israel, Terrible for Hamas, Great
for Biden

important, Air Force sources say, the
accuracy of JDAM has been consistently
improved from 15 meters (50 feet) achieved
at the beginning of the Afghanistan war in 2001 to an astounding 2 meter (6.5
foot) accuracy today.

The improvements in accuracy have facilitated smaller warheads—that is, the use
of less amounts of explosives—thus reducing the radius of blast and
fragmentation, the dominant cause of civilian death and injury. Though the
Pentagon keeps almost all of its analysis of accuracy, reliability and civilian-harm
secret, airpower experts and critics agree that in combat there has been
significant reduction in collateral damage associated with each generation of
weapon.

The new all-weather SDB I, Air Force sources say, has demonstrated additional
reductions in shear damage at the intended aimpoint, even in comparison to
weapons of similar payloads.

"In hitting armored and fortified targets [such as buildings], we've essentially gone
as small as we physically can with current explosives technology," says a retired
Air Force officer who used to teach at the service's advanced school and still
consults on airpower. "At the expense of many billions of dollars, we've tweaked
every element to be able to conduct the mission while absolutely minimizing
civilian harm."



# Newsweek

The officer admits, though, that the effort has not been altogether altruistic. The small size of SDB enables individual aircraft to carry more weapons per mission, allowing more aimpoints to be hit, ultimately increasing the effects.

And the improvements in guidance systems and the increase in range—SDB can glide 40 miles compared to a 15-mile slant delivery range for JDAM—have largely been to improve survivability for the attacking aircraft, particularly in conflict against integrated air defense systems and peer adversaries. A second "increment" improvement of SDB (the GBU-53 SDB II, called StormBreaker), initially deployed to the Air Force late last year, introduces even more guidance modes (including an active radar) as well as datalinks to increase the ability of the bomb to autonomously track and hit mobile targets such as Russian tanks—at the cost of hundreds of millions of dollars—while the accuracy and explosive size remains the same.



CLOSE ✕



Palestinian Rahaf Nuseir, 10, looks on as she stands in front of her family's destroyed homes, to which they returned following a cease-fire reached after an 11-day war between Gaza's Hamas rulers and Israel, in town of Beit Hanoun, northern Gaza Strip, Friday, May 21, 2021.

**KHALIL HAMRA/ASSOCIATED PRESS**

CLOSE ✕



"It is important to recognize that targeting tacti

have a big impact on reducing collateral dama

says retired Lt. Gen. David Deptula, former he



**Newsweek**

of attack delivery, analysis of munitions effects, etc., are as important as warhead size and CEP [circular error of probability, that is, accuracy] for limiting potential civilian casualties."

Deptula says that the Israeli Defense Force (IDF) practices all aspects of meticulous targeting and weaponeering to reduce civilian harm, while Hamas neglects all of these techniques, its core objective being to cause maximum terror and damage.

Still, the divergence in casualties and damage makes it more difficult for Israel to make its case to critics that it is doing everything possible to reduce civilian harm.

"At a moment when U.S.-made bombs are devastating Gaza, and killing women and children, we cannot simply let another huge arms sale go through without even a Congressional debate," Sen. Bernie Sanders said on Thursday in introducing a joint resolution blocking the prop Reps. Alexandria Ocasio-Cortez (D-NY), Mark (D-MI) filed a similar resolution in the House.

**READ MORE**

Newsweek   

• Sanders Says 'Tone Down the Rhetoric' Amid Israeli-Palestine Tensions

• **Antony Blinken: Palestinian Equal Rights Will Be Found in 2-State Solution**

None of the Congressional critics (or supporters) have noted the SDB and its reduced size and greater accuracy. The media, when it has mentioned the small diameter bomb, has offered mistaken descriptions. CNN says the weapon is "not yet off production lines and ready for export." Haaretz, Israel's leading newspaper, describes the SDB as "a weapon developed for penetrating fortified facilities located deep underground."

Though it is true that the supply of the new SDB probably wouldn't have affected the current fighting—deliveries from Raytheon's Missiles and Defense Company are not slated for months—the bomb entered the U.S. arsenal in 2006. It is also not intended in any way to hit underground facilities.

Behind the bigger debate, and of the ultimate attacks and retaliations, is the central issue of accuracy, while indeed reducing the chances

Newsweek  SUBSCRIBE ›

populated areas, a practice followed by Hamas.

Smaller and more accurate weapons—when used by the United States and its allies—have also steadily heightened expectations of ever fewer numbers of civilians being killed and injured. As a result, there is little information advantage for the United States or Israel in using such weapons, especially when the bigger questions of the purpose of fighting is lost in the fog of battle.

"There is never 'a strictly weapons solution' to geopolitical issues, particularly in the Mideast," says Lt. Gen. Deptula. "However, the U.S. can play a positive role in reducing the likelihood of unintentional civilian casualties by providing the latest precision weapons to the IDF. They will apply the targeting tactics, techniques and procedures, and operate in accordance with the international laws of armed conflict to reduce the potential of civilian casualties in the defense of not just the Israeli population, but innocent Palestinians as well."

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION

SPONSORED CONTENT

# Newsweek

  SUBSCRIBE ›



**10 Questions To Start Conversation Way Better Than 'How U Doing?'**

Herbeauty





**Robert Irwin Recreates His Father's Iconic Photos**

Herbeauty



**Costume That Makes Actresses Beneath Practically Unrecognizable**

Herbeauty



**10 Special Beauty Tips That Make Indian Women So Beautiful**

Herbeauty



**You Can't Go Past Our Healthy Quick Recipes**

Herbeauty



**At 9 Years Old, This Young Girl Dazzled The World Of Fashion**

Herbeauty



**Amazing Sparks Of On-Screen Chemistry From The 90-s**

Herbeauty



**The Most Heartwarming Moments Between Father And Daughter**

Herbeauty





CLOSE ✕

# Newsweek

 

**SUBSCRIBE ›**

To Know A Few Tricks

Herbeauty

Ultimatum?

Herbeauty



### He Is Totally In Love With You If He Does These 7 Things

Herbeauty



### 10 Ways To Power Yourself As A Woman

Herbeauty



### Install These Measures To Keep Your Household Safe From Covid19

Herbeauty



### Top 9 Predicted Haircut Trends Of 2020

Herbeauty



### A Mental Health Chatbot Which Helps People With Depression

Herbeauty

# Popular in the Community



CLOSE ✕

  

# Newsweek

## Conversation 75 Comments

Start a discussion, not a fire. Post with kindness. Read our guidelines here.

Powered by OpenWeb       Terms | Privacy | Feedback






**Newsweek**

SUBSCRIBE >

THE DEBATE



**Americans Have Lost Faith in Their Institutions**

BY YUVAL LEVIN

VS

CLOSE ✕



  

# Newsweek

BY **MARTIN GURRI**

OPINION


### Biden Needs to Re-engage Iran Before It's Too Late
BY AZADEH SHAHSHAHANI AND KHURY PETERSEN-SMITH


### Too Little, Too Late for Afghans Who Assisted the U.S. Military
BY FIONA HARRIGAN


### Black Lives Don't Matter to Teachers Unions
BY ADRIAN NORMAN


### Biden's Yemen Shift May be Bearing Fruit—and a Lesson for Washington
BY BONNIE KRISTIAN


### To Build Back Better, Give Workers a Voice and a Stake
BY TOM PERRIELLO


### The Lazy, Immoral Attacks by COVID 'Heroes' Are All Politics
BY JASON RANTZ


### Conquest by Context in the History Wars
BY MICHAEL MEDVED


### Ben & Jerry's Joins the List of Counterproductive 'Do-Gooders'
BY MARC SCHULMAN


### We Need to Reform America's Elites
BY MARTIN GURRI


### Americans Have Lost Faith in Their Institutions
BY YUVAL LEVIN

CLOSE ✕




## GET THE BEST OF NEWSWEEK VIA EMAIL

Email address

**FREE SIGN UP >**

## Our Community



**239**

Comments posted on

**Comment**

AdChoices ▷







**CHOOSE YOUR SUBSCRIPTION**

CLOSE ✕



**Newsweek**

✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ Personalized daily newsletter

**SUBSCRIBE ›**

### DIGITAL+

✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ Personalized daily newsletter

**SUBSCRIBE ›**

 **NEWSLETTER**

### BEST OF NEWSWEEK

Daily news headlines & detailed briefings en

Email address



CLOSE ✕

  



© 2021 NEWSWEEK DIGITAL LLC

  

**Editions:** U.S. Edition 日本 Pakistan Polska România

About Us    Announcements    Archive    Corrections    Contact Us    Editorial Guidelines    Mission Statement

Advertise    Copyright    Terms & Conditions    Privacy Policy    Cookie Policy    Terms of Sale



Exhibit 284



You Retweeted

**Palestine PLO-NAD** ✔ @nadplo · Jul 9

Within the past 17 years: the occupying Power has completed 70% of the annexation wall's intended length, constructed +30K new settlement units, detained +70K Palestinians, killed +8K Palestinians. shar.es/aWoHbO #Palestine



💬 5     🔁 41     🤍 55

EXHIBIT
2023
Nada Ghannam
07/23/2021





STATE OF PALESTINE
PALESTINE LIBERATION ORGANIZATION
**NEGOTIATIONS AFFAIRS DEPARTMENT**

# Marking 17 Years on the Advisory Opinion of the International Court of Justice on the Legal Consequences of a Wall in occupied Palestine

Media Briefs  - July 09, 2021

On 9 July 2004, Palestine achieved one of its most important diplomatic victories: the International Court of Justice (ICJ) released an unprecedented Advisory Opinion on the Legal Consequences of the Construction of Israel's Wall in the Occupied Palestinian Territory. The result was a solid document that deemed the Wall illegal and reminded Israel of its obligations as occupying power, as well as it reminded the international community of their obligations as third parties with regards to the case. Seventeen years later, it would be difficult to argue that the ICJ opinion has been taken seriously by several western countries: the Wall and its related infrastructure built to de facto annex occupied territory has not been dismantled, colonial settlements have continued to expand, and foreign companies and organizations are still involved in the expansion of this illegal enterprise.

### Israel's Illegal Facts on the Ground in occupied Palestine

Israel, the occupying Power, continues to kill, injure, arrest, and imprison thousands of Palestinians to further expropriate Palestinian lands and natural resources and to consolidate and protect its illegal colonial project and apartheid regime that it has created by means of denying the right of the people of Palestine to self-determination and to exist on their land in freedom and dignity.

### Key Figures 2004- 2021

- **Annexation Wall:** Israel has so far completed 70% of the wall's intended length (712km) and 3% is currently under construction (see attached map).
- **Settlement Activities:** from 2012 until June 2021, Israeli settlement construction continued throughout occupied Palestine, with at least 35,453 announced plans (excluding occupied Jerusalem). Currently, there are 144 settlements in occupied Palestine, including in occupied Jerusalem, and 139 colonial settlement installations (outposts). Moreover, between January 2004 till March 2021 at least 31,636 new settlement units (including colonial installations) were constructed. [1]

- **Settlers Population:** Israel continues to illegally move its population into occupied Palestine, and correspondingly the settlers' population has increased from 415,058 in 2004 to 660,820 in 2019.[2]
- **Settlers Violence:** until 30 June 2021, Israeli settlers have carried out more than 15,000 attacks against Palestinians while enjoying full support and immunity from the occupation authorities.[3]
- **Palestinian Homes Demolished:** until the end of June 2015, Israel demolished more than 3,000 Palestinian homes and other livelihood structures. According to UNOCHA, between 1 July 2015 and 30 June 2021: Israel demolished and confiscated +4,160 structures, including +1,050 homes and nearly 920 donor-funded structures, displacing +1,030 Palestinian families and affecting +100,000 Palestinians.[4]
- **Palestinians Detained**: until 30 June 2021, Israel detained +70,000 Palestinians.
- **Palestinians Killed:** until 30 June 2021, Israel killed 8,065 Palestinians.[5]

Israeli crimes and policies in the occupied Palestinian Territory are not just aimed at denying the inalienable Palestinian right to self-determination but have also severely undermined the mere idea of rules-based world order: to have a country that has systematically violated all its obligations under UN resolutions is an indication of failure. But in this case, the problem goes beyond Israel alone: several governments continue to ignore their obligations in occupied Palestine, including those contained in the ICJ opinion. Lack of concrete measures to implement international law, including sanctions, has continued to undermine the prospects of a just and lasting peace. The ICJ Opinion will remain an important document. Yet, the lack of use of its recommendations serves as a reminder of how much members of the international community are willing to tolerate the apartheid regime established against the people and the land of Palestine.

---

1. Peace Now
2. Ibid
3. Palestinian Monitory Group
4. UNOCHA
5. Palestinian Monitoring Group

📄 012020.pdf