# Exhibit 2



دولة فلسطين
مجلس الوزراء





| | |
|---|---|
| H | I H<br>H G |
| H I G HI F<br>G I HI F I<br>IH I HI F IGH I | |
| G IH I GG GF<br>I A HI<br>IGH I A IH I GG<br>G F IGH H F<br>F I G G AG C I | |
| – EF G G | |
| G IH H GF<br>F H II A H I<br>I G AG C I AHI G G I G<br>H HI IGH I H<br>G G I G GH AG I G | |

GH

1 : BM IE: :I H IJ : KK 8 6 . ) ( :J NJ

1:E : HI JJB : KL: J :KI NBKA: 4 , I B 4 B :JKI 6K BJ I E KA 0 I N 8 BMIJBK 2 I J: E IJI: 1I : , I: B : BJA K : 1:E :H KL: J :KB : I:K KN , I: B : BJA

7A I B H: J KBJ: : I:K KL: J :KB BK BJA KA , I: B E K:KK A

1 :I I H : K H ICI I KA :NJ KA 8 BK 6KKJ , E IB: KA:KKA I B BJ KL : II K

K :K3 :I 6: : IJI: ME I

: BM IE:

دولة فلسطين
مجلس الوزراء

- 

- الامانة العامة
- جلسات وقرارات
- المركز الاعلامي
- استراتيجية الحكومة
- دراسات ومقالات
- الخدمات الإلكترونية
- البروتوكول الصحي
- اتصل بنا
- الرئيسية

- دليل الخدمات

- منحة الإفراج

## • منحة الإفراج

الجهة المقدمة للخدمة
الادارة العامة لشؤون الأسرى والمحررين
الفئة المستفيدة
الأسرى المحررين والذين قضوا سنة في السجن فأكثر
الموقع الإلكتروني
وصف الخدمة
خدمة تصرف للاسير المحرر (كنفقة)
أماكن وفروع تقديم الخدمة

- مقر الهيئة (محافظة رام الله والبيرة)- المديريات (رام الله – القدس – الخليل – بيت لحم – نابلس – جنين – طولكرم-
قلقيلية – سلفيت – طوباس – أريحا) بالإضافة إلى مديريات المحافظات الجنوبية (قطاع غزة)

شروط الحصول على الخدمة

- 1-أن يكون الأسير المحرر قضى عاما فأكثر في السجون الاسرائيلية .

- 2- أن يكون حكم على قضية امنيه

- 3- أن يقوم الأسير بإحضار المعززات اللازمة للصرف .

- 4- احضار شهادة صليب اصلية للأسير

- 5- احضار لائحة اتهام واضحة

- 6-احضار قرار حكم واضح

- 7-صورة هوية الاسير

- 8-كتاب من البنك موضح فيه رقم الحساب والايبان بالدولار

الوثائق المطلوبة

| عدد النسخ | الوثيقة | |
|---|---|---|
| 1 | | 1-شهادة صليب اصلية |
| 1 | | 2-لائحة اتهام واضحة |

| عدد النسخ | الوثيقة | |
|---|---|---|
| | 3-قرار حكم واضح | 1 |
| | 4-صورة هوية الاسير | 1 |
| | 5-حساب بنكي للاسير وايبان دولار | 1 |

الإجراءات

| المدة الزمنية | الإجراء | |
|---|---|---|
| | 1-يتم استلام الوثائق اللازمو المطلوبة من الاسير او ذويه | 0 |
| | 2-تدقيق معاملات المديريات | 0 |
| | 3-ارسالها في كشوفات موضح فيها الأسماء ومرفقة بالملفات لكل اسير | 0 |
| | 4-يتم فرز المنح وفق لسنوات الافراج | 0 |
| | 5-يتم عمل كشوفات وقوائم لكل فئة من المنح | 0 |
| | 6-ترفع الكشوفات للدائرة القانونية للتأكد من أمنية السجنة | 0 |
| | 7-ترفع كشوفات بالاسماء لصرفها الى الدائرة المالية | 0 |
| | 8-يتم صرف المنح لحوالات بنكية فقط للاسير نفسه | 0 |
| | 9- تصرف المنح بشيكات شخصية للاسير في بعض الحالات وتحول الى قريب درجة أولى كالأب او الشقيق | 0 |

الرسوم

| المبلغ | الرسوم |
|---|---|
| مجاناً | |
| مجانا | 0 |

الجهة المختصة للإستفسار

| البريد الإلكتروني | الهاتف | الجهة |
|---|---|---|
| | 2408604 | الادارة العامة لشؤون الأسرى والمحررين |

النماذج

| النموذج |
|---|
| منحة الإفراج |

- قرارات مجلس الوزراء

- قرارات جلسة مجلس الوزراء رقم (80) بتاريخ 26/10/2020م
- قرارات جلسة مجلس الوزراء رقم (79) بتاريخ 19/10/2020م
- قرارات جلسة مجلس الوزراء رقم (78) بتاريخ 12/10/2020م
- قرارات جلسة مجلس الوزراء رقم (77) بتاريخ 07/10/2020م

المزيد

- خطط الحكومة

- خطة تنمية العنقود الزراعي في قلقيلية
- أجندة السياسات الوطنية 2017-2022
- الخطة الوطنية الفلسطينية للإنعاش المبكر وإعادة الإعمار في غزة لعامي 2009- 2010
- خطة الإصلاح والتنمية الفلسطينية 2010 – 2008

المزيد

- الصفحة الرئيسية

- اتصل بنا

حقوق التأليف والنشر © 2020 الامانة العامة لمجلس الوزراء. جميع الحقوق محفوظة.