# Exhibit 8



**WAFA News Agency**

**Despite Having Been Transferred from the Finance [Ministry]: Four Banks Have Not Disbursed Prisoners' Allowances**

Ramallah, July 5, 2020 - WAFA

Qadri Abu Bakr, the chairman of the Prisoners and Ex-Prisoners Affairs Commission, stated on Sunday that four banks had not disbursed the allowances of over 150 prisoners' families.

During a telephone conversation with WAFA, Abu Bakr added that the Prisoners' Commission had received phone calls from the prisoners' families, during which they informed the commission that four banks had not paid the allowances of their imprisoned family members.

He stated that the Finance Ministry had transferred all of the prisoners' allowances into their bank accounts, along with the date the allowances were to be paid, but that some of the banks had not committed to the decision to continue disbursing these allowances.

He explained that the commission, in collaboration with the prime minister's office and the [Palestine] Monetary Authority, was following up on the situation to find a solution to this problem as quickly as possible, in order to compel the banks to pay the prisoners' allowances until such time as the Dedicated Banking Institution for Prisoners and Martyrs is established.

Abu Bakr demanded that all banks commit to paying the prisoners' allowances and refrain from closing any of the accounts, or cancelling any of the ATM cards, considering that failing to pay the prisoners' allowances would violate the directives of the [Palestine] Monetary Authority and the government, and that it would violate the agreement that had previously been concluded.

On May 8th, Prime Minister Muhammad Shtiah had announced that an agreement had been reached with the banks on the freezing of any procedures tied to prisoners' accounts held at those banks, following an Israeli threat to take action against them, until the Dedicated Bank for Prisoners and Martyrs is established, within four months.

It should be noted that the occupation authorities had issued a resolution on March 9th of this year, in which they warned the banks against continuing to disburse allowances to the prisoners and martyrs' families and pay into their savings accounts.
-
A.A. / M.J.

CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language document.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

July 24, 2020

Yaniv Berman



**وكالة وفا**
سنديانة الاعلام الفلسطيني

رام الله 5-7-2020 وفا- الرئيس قال هيئة شؤون الأسرى والمحررين وبأن كبر، وأحد لمن مويل، أن أعربت لكونه لم تصرف أكثر من 150 مليون دولار من الأسرى.

وأضاف وبأن كبر في اتصالي هاتفي مع "وفا"، أن الأسرى هيئة، أن كافة مطالبات تلقت الأسرى من ذوي يوم من أبنائهم الذين كانوا عبرت عن، تفيد الأسرى من يوم الاعتقالين بانهائهم لم تصرف رواتب.

وأكد أن وزارة المالية حولت جميع رواتب الأسرى إلى حساباتهم البنكية مع موعد صرف الرواتب، لا أن بعض البنوك لم تلتزم بقرار الاستمرار بصرف هذه الرواتب.

أن الهيئة تتابع مع مكتب الرئيس وزارة الاسرى وسلطة النقد لحل هذه القضية عرض اساسر مكمن تقوم، ومازال البنوك وصرف الرواتب وأوضح

الأسرى إلى حين تطوير المؤسسة المصرفية لخاصة بالأسرى وأبناء الشهداء.

وطالب وبأن كبر، جميع البنوك بضرورة الالتزام بصرف رواتب الأسرى وعدم تعطيل أي من الحسابات أو اقتطاعات المالي، ألان، معتبرا أن عدم صرف رواتب الأسرى هو مخالفة لتعليمات سلطة النقد والحكومة والاتفاق الذي تم التوصل اليه سابقا.

الرئيس محمود عباس في الأعلن في الثامن من أيار/ مايو، الاتفاق مع البنوك على تجميد أي إجراء بخصوص حسابات الأسرى لديها، بعد تهديد إسرائيلي باتخاذ إجراءات عجها بحجة اجراء إيداع البنك لحساب الأسرى وأبناء الشهداء لـ 4 شهور

ليذكر أن السلطات الاحتلال أصدرت قرارا في 9 مارس المنصرم، تحذر فيه البنوك من الاستمرار بصرف الرواتب ومخدرات مستحقات الأسرى وذوي الشهداء.

-
أ.أ/ م.ج