# Exhibit 9

# English Translation of Interview of Qadri Abu Bakr

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

**Samir Taym:** Abu Fadi, we're looking at the subject of visits, people have started saying that they're coming on the 22nd of July, they were talking to us about visits during the coronavirus outbreak.

**Qadri Abu Bakr (Abu Fadi):** Before the 6th, we had a meeting with the Red Crescent, and they informed us that the [Israel] Prison Service had agreed to prison visits after the 6th.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** Now, we and the Red Crescent came to an agreement with the Ministry of Health. They sent us the protocol that we need to follow, for example, if the bus is [for] 50 [passengers], there can be less than half, sterilization of the bus, gloves. Also… at the first stage, only three prisons will be visited: Ofer Prison, Ktzi'ot Prison and Rimon Prison, these are the three prisons that they will visit, and the visits will begin on the 12th, the 13th and the 14th. The visits will continue to the rest of the prisons, but as for the regions that are contaminated with coronavirus, they might be delayed a bit.

**Samir Taym:** I see.

**Qadri Abu Bakr (Abu Fadi):** So that will... that's based on...

**Samir Taym:** But you're still having consultations with the Red Crescent on this subject?

**Qadri Abu Bakr (Abu Fadi):** We're consulting, and, of course, we also agree, we basically want to maintain the wellbeing of our people, and preparations have begun. Now, the Red Crescent has announced that those who want to register... almost all of them went and registered, and the [visits] will begin on the 12th, the 13th and the 14th.

**Samir Taym:** Abu Fadi, are we talking about one visit, or two?

**Qadri Abu Bakr (Abu Fadi):** No, I mean, there are going to be three visits.

**Samir Taym:** Three visits.

**Qadri Abu Bakr (Abu Fadi):** 12th, 13th and 14th.

**Samir Taym:** I see, for example, there is a message saying that there's a visit on July 22nd…

**Qadri Abu Bakr (Abu Fadi):** The 12th, the 13th and the 14th, and on the 22nd they may be completed, as I said, to the areas. But this also depends on the Israelis procedures. We don't want to be taken by surprise tomorrow, we want to see how the spread of the pandemic… the Israeli side might prevent [the visits].

**Samir Taym:** With regards to the salaries, have they all been received at the banks?

**Qadri Abu Bakr (Abu Fadi):** Regarding the salaries, everything was fine. On Wednesday, obviously, after having discussions with some of the banks that were disbursement stations, almost all of the prisoners… we didn't receive almost any phone call from any prisoner.

**Samir Taym:** Yes.

**Qadri Abu Bakr (Abu Fadi):** They went to the banks and they [the banks] disbursed to them.

**Samir Taym:** That's wonderful, that's the very least we can give our prisoners, who have given their lives, their blood, years of their lives so that we can live freely and with dignity. We'll go now to the district that we take pride and joy in, it is the homeland's district that has been beset with the most arrests – the Hebron district.

# CERTIFICATE OF TRANSLATION

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator. I am fluent in Arabic and English, and capable of translating accurately between the two languages.

2. The foregoing English-language text is a full and accurate translation of the attached Arabic-language transcript.

3. The transcript accurately records a portion of an interview of Qadri Abu Bakr appearing in a video published on Facebook starting at 34:45 and continuing through 37:16. I viewed the video at https://www.facebook.com/samertayem2020/videos/321807815502094.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel

September 1, 2020

_____
Yaniv Berman

المقابلة: فادي وأبو كرم

(https://www.facebook.com/samertayem2020/videos/321807815502094)

34:45 - 37:16

تامر سر: بايننجان إحذا بتلغ توا تصد النالسهن، اتاريزلا وم ضومه شنفدا حا ذيعا، فادي وأبو كرم 7  22 ،
انا لكورو لظ في اتاريزلا وم ضعنليدتك.

كرم وأبو "فادي وأبو": اذه الأغلب و الأمل هذا ايبلا اصع حا اتمجان في انه لهر6 قبل ذيعا، ارادة
الهر 6 بعد الأسرى ازيرة على اقفتو الجون.

تامر سر: هم

كرم وأبو "فادي وأبو": لاه ، داحتفاق اناصلا بيلد رملا أعم زوراضحا ةدح، بودل الدلالوك تيل إ
الأيطي، اتمك اكما ، الصيق مده ، انص هن أفليه نوك ب ملاث ديلس على ابظهر، فيه تنتي دقي لامز
يه، ونمير نود بنوج نع فرع وجد نجح; شيء أن وجد نلاث ثلاث غلب ولأيل لأتم حمور ليز رو حا
ثلاث نودج نونلا يلا ر حا هوروزي ه، ابتزيدلا اتاري في 12 و 13 و 14 وستبلس تكم قيبا ن وجلا ، لكن
ملا قطان ايلا ام قوبخ ايل ن يلاتدقا، وروك لا بادنكم م لجأت ان شوي

تامر سر: ها ا .

كرم وأبو "فادي وأبو": ذيعا رحا ، انهءاندبعيل ..

تامر سر: بنتيم دب لا زونل شمبدنوك لا اصع ابيل د انهضوم لا وع ؟

كرم وأبو "فادي وأبو": شمبدنوك لا ،وحا ان من قفتن بوض ط حا لعبا إذا نه دبعينص رحا على اهدم
ها اناه واد إع لأد دا، لآر ، اصن شر بيلد الأم را،ايل نده بدج د ويدا الول جوا راقت اب ابب روح أتن يه ده في
12 و 13و 14

تامر سر: يمكنذ من ز ارية لاو ز اريتين وأبو فادي ؟

كرم وأبو "فادي وأبو": لا، ذيعا ثلاث اتاري رحا نوكن

تامر سر: اتاري ثلاث

كرم وأبو "فادي وأبو": 12و 13 و 14

تامر سر: ها امضوم وع ملاث هذا ايف ز اريقت يف 22 7 اتاري في 22 يف اسول

مقرونة هذي كل لكن، للمناطق أنا تلت تستكمل مكنكم في 22 و 14 و 13 و 12 :**"فادي أبو" بكر قدري م**
من كمان في الإجراءات الإسرائيلية إلشّ بالشائع تفاجئ بكرا إندن بشوف في كيف نتشارك الوبالا... مكين يكون عن
الجانب الإسرائيليّ

**تيم سامر:** كلمة بنكون وصلت، لوراتب بالنسبة؟

**فادي أبو بكر قدري**: بالوراتب، ماتهم كان شي لكم، يوم ابرع أ رعيا استعدت بعد مع طبع بنكون بعض الي
أسير يا لا او من مكلمة أي او لا قترب ة متقنش تقريبا اكو للرسمي صرف موقف كانت الي

**تيم سامر:** معذ

**فادي أبو بكر قدري**: ونصرفهم البنكون على راحو

**تيم سامر:** لكل احترام، اذه طبعا أسبع شي مكنكم يتقدم السان الي مدوّاو موحوار ه، مدامهم، معهم سنين من
لاجل أن يحي يكبر ةماركو حرّ ه في، ايّه بهذو الى المحافظة الي تعذّ رختفن وبهم كما كانت محافظة الوطن
القومبة، اعتقالي اا، محفاظة ليلي خل.