# Exhibit 18

Welcome to Saudi Committee Relief for Palestinian

## Committee Programs

### The Beneficiaries

| | |
|---|---|
| **Program** | Cash Aid program |
| **Number** | 900693896 |
| **Name** | Sadek Ahed Mahmoud Abdel Hafez |
| **Age** | |
| **Region** | West Bank |
| **City** | Qalqilya |
| **Event Date** | February 16, 2002 |
| **Event Type** | Aid program to those who lost their breadwinner |
| **Recurrence** | Eleventh |
| **Sum** | 20,000.00 |
| **Receipt of transfer** | 2195593571 |
| **Details** | Assassination |

**Back**

**New search**

**820**

http://www.alquds-saudi.org/arabic/programs/beneficiaryDetails.asp?id=96159 [8/14/2004 9:40:17]

# Translator's Certification

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing pages contain an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 01 October 2021.

Yaniv Berman

Original

Welcome to Saudi Committee Relief for Palestinian

## برامج اللجنة

### المستفيدون

| | | |
|---|---|---|
| البرنامج | برنامج المساعدات النقدية | رجوع |
| الرقم | 900693896 | بحث جديد |
| الإسم | **صادق عبد محمود عبدالحافظ** | |
| العمر | | |
| المنطقة | الضفة الغربية | |
| المدينة | قلقيلية | |
| تاريخ الحدث | 16-فبراير-2002 | |
| نوع الحدث | برنامج مساعدة من فقد معيلهم | |
| الدفعة | الحادية عشر | |
| المبلغ | 20,000.00 | |
| استمارة التحويل | 2195593571 | |
| تفاصيل | اغتيال | |