UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, JO ANNE SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ, YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN, MIRIAM SHATSKY, DAVID RAPHAEL SHATKSY, GINETTE LANDO THALER, individually and as personal representative of the Estate of Rachel Thaler, MICHAEL THALER, individually and as personal representative of the Estate of Rachel Thaler, LEOR THALER, ZVI THALER, ISAAC THALER, HILLEL TRATTNER, RONIT TRATTNER, ARON S. TRATTNER, SHELLEY TRATTNER, EFRAT TRATTNER, HADASSA DINER, YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, ZVI FRIEDMAN and BELLA FRIEDMAN,

                Plaintiffs,

    v.

THE PALESTINE LIBERATION ORGANIZATION, and THE PALESTINIAN AUTHORITY (a/k/a "THE PALESTINIAN INTERIM SELF-GOVERNMENT AUTHORITY" and/or "THE PALESTINIAN NATIONAL AUTHORITY"),

                Defendants.
———————————————————————x

Case No. 1:18-cv-12355-MKV

Hon. Mary Kay Vyskocil

**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the Court's reference, the following chart outlines the evidence Plaintiffs reference in their Responses to Defendants' Local Rule 56.1 Statement of Facts and Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment. Where applicable, the chart indicates where each piece of evidence was previously introduced.

| | INDEX OF PLAINTIFFS' EVIDENCE | |
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| 1. | Lowell Decl., Ex. 1: Letter from Arafat to Rabin | Introduced in *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252)[1] |
| 2. | Lowell Decl., Ex. 2: "Amos v. Bezeq" Tel-Avi-Jaffa District Court Judgment | Ex. 45 to the *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 3. | Lowell Decl., Ex. 3: "Oslo success was intifada Ziya Abu Ein" Video | Ex. 145 to the *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 4. | Lowell Decl., Ex. 4: Palestinian National Authority Statements on Payments for Zayd | Ex. 154 to the *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 5. | Lowell Decl., Ex. 5: Palestinian National Authority Personal Annual Report of Payments for Nazal | Ex. 155 to the *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 6. | Lowell Decl., Ex. 6: Palestinian National Authority Security and Other Reports on Nazal | Ex. 158 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 7. | Lowell Decl., Ex. 7: Palestinian National Authority Statement of Payments for Hafez Beneficiary | Ex. 165 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 8. | Lowell Decl., Ex. 8: Spitzen Declaration | As disclosed to Defendants on Apr. 23, 2021, the Spitzen Declaration falls within the scope of his report submitted in *Shatsky I* on September 25, 2020 (*Shatsky I*, DE 51). |
| 9. | Lowell Decl., Ex. 9: Shaked Declaration | As disclosed to Defendants on Apr. 23, 2021, the Shaked Declaration falls within the scope of his report submitted in *Shatsky I* on March 11, 2013. |
| 10. | Lowell Decl., Ex. 10: Transcript of Dahbour Deposition | Ex. 11 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |

---

[1] All references to *Shatsky I* refer to *Shatsky et al. v. Palestine Liberation Org. et al.*, Case No. 1:02-cv-2280 (RJL) (D.D.C. Nov. 2002). Plaintiffs' Statement of Material Facts as to Which There is a Genuine Issue to be Tried was filed on November 12, 2013 (*Shatsky I*, DE 252).

| INDEX OF PLAINTIFFS' EVIDENCE |||
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| 11. | Lowell Decl., Ex. 11: Transcript of 7/29/21 Ghannam Deposition | This deposition was conducted on July 29, 2021, as part of the jurisdictional discovery ordered on this case. ECF 60 |
| 12. | Lowell Decl., Ex. 12: Transcript of 7/30/21 Ghannam Deposition | This deposition was conducted on July 30, 2021, as part of the jurisdictional discovery ordered on this case. ECF 60 |
| 13. | Lowell Decl., Ex. 13: Transcript of 7.27.21 Salem Deposition | This deposition was conducted on July 27, 2021, as part of the jurisdictional discovery ordered on this case. ECF 60 |
| 14. | Lowell Decl., Ex. 14_: Transcript of 7.28.21 Salem Deposition | This deposition was conducted on July 28, 2021, as part of the jurisdictional discovery ordered on this case. ECF 60 |
| 15. | Lowell Decl., Ex. 15: PFLP.ps Publication | Ex. 123 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 16. | Lowell Decl., Ex. 16 Ali Sadeq's Writing | Ex. 81 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 17. | Lowell Decl., Ex. 17: Palestinian Media Watch Video | Ex. 134 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 18. | Lowell Decl., Ex. 18: "Suha Arafat The 2000 Intifada Was Premeditated, Planned by Arafat" Video | Ex. 144 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 19. | Lowell Decl., Ex. 19: Levitt Declaration | As disclosed to Defendants on Apr. 23, 2021, the Levitt Declaration falls within the scope of his report submitted in *Shatsky I* on March 11, 2013.. |
| 20. | Lowell Decl., Ex. 20: 2007 ISA Report | *Shatsky I* Plaintiffs' Notice of Filing and Supplemental Status Report, filed on September 15, 2020 (*Shatsky I*, DE 50, filed as Exhibit to Attachment #1) |
| 21. | Lowell Decl., Ex. 21: Report 1 Pursuant to Title VIII of Public Law 101-246 | Ex. 54 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 22. | Lowell Decl., Ex. 22: May 6, 2002 Israel Ministry of Foreign Affairs Publication | Ex. 63 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 23. | Lowell Decl., Ex. 23: June 5, 2002 Israel Ministry of Foreign Affairs Publication | Ex. 64 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 24. | Lowell Decl., Ex. 24: Palestinian National Authority Report on Payments for Hafez | Ex. 151 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |

| INDEX OF PLAINTIFFS' EVIDENCE | | |
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| 25. | Lowell Decl., Ex. 25: Guez Declaration | As disclosed to Defendants on Apr. 23, 2021, the Guez Declaration merely provides foundational testimony for the admissibility of the Ilan Declaration and the 2007 ISA Report, submitted in *Shatsky I* on September 15, 2020 (*Shatsky I*, DE 50). |
| 26. | Lowell Decl., Ex. 26: Ilan Declaration | *Shatsky I* Plaintiffs' Notice of Filing and Supplemental Status Report (Ex. 1), filed on September 15, 2020 (*Shatsky I,* DE 50) |
| 27. | Lowell Decl., Ex. 27: May 2, 2002 Israel Police Report of Nazal | Ex. 115 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 28. | Lowell Decl., Ex. 28: Apr. 24, 2002 Israel Police Report of Nazal | Ex. 114 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 29. | Lowell Decl., Ex. 29: Jan. 12, 2012 Palestine Ministry of Detainees Publication | Ex. 69 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 30. | Lowell Decl., Ex. 30: Sept. 9, 2008 Palestine Ministry of Detainees Press Statement | Ex. 66 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 31. | Lowell Decl., Ex. 31: Sept. 18, 2009 Palestine Ministry of Detainees Publication | Ex. 67 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 32. | Lowell Decl., Ex. 32: Palestine Ministry of Detainees Publication titled "Qaraq'i: We Request the Inclusion of the Prisoners of 1948, Jerusalem and the Occupied Golan in the Exchange Deal" | Ex. 71 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 33. | Lowell Decl., Ex. 33_: U.S. Department of State "Patterns of Global Terrorism 2002" Report | Ex. 56 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 34. | Lowell Decl., Ex. 34: July 31, 2000 Al-Hadaf Magazine Publication | Ex. 104 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 35. | Lowell Decl., Ex. 35: "Ahmed Sada Yousef Abed Alrasoul" Judea Military Court Verdict | Ex. 38 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 36. | Lowell Decl., Ex. 36: July 2001 Al-Hadaf Magazine Publication | Ex. 106 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 37. | Lowell Decl., Ex. 37: U.S. Department of State "Patterns of Global Terrorism 2001" Report | Ex. 52 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |

| **INDEX OF PLAINTIFFS' EVIDENCE** | | |
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| 38. | Lowell Decl., Ex. 38: "Israel vs. Aha Gholmeh" Jerusalem District Court Decision | Ex. 37 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 39. | Lowell Decl., Ex. 39: Palestinian Authority Issued Death Certificate for Hafez | Ex. 152 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 40. | Lowell Decl., Ex. 40: Feb. 17, 2002 Al Jazeera News Article Published | Ex. 112 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 41. | Lowell Decl., Ex. 41: Statement of Kaabi | Ex. 7 to *Shatsky I* Plaintiffs' Motion to Alter or Amend Judgment, filed on July 18, 2017 (*Shatsky I*, DE 354) |
| 42. | Lowell Decl., Ex. 42: PFLP Publication on Hafez | Ex. 120 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 43. | Lowell Decl., Ex. 43: PFLP Publication on Nassar | Ex. 121 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 44. | Lowell Decl., Ex. 44: PFLP Publication on al-Majdalawi | Ex. 122 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 45. | Lowell Decl., Ex. 45: Estate Administrator Appointment for Rachel Thaler | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 46. | Lowell Decl., Ex. 46: Estate Administrator Appointment for Karen Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 47. | Lowell Decl., Ex. 47: Yael Hillman's birth certificate | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 48. | Lowell Decl., Ex. 48: Transcript of the Feb. 11, 2013 Deposition of Chana Edri (Friedman) | Ex. 44 to *Shatsky I* Lowell Declaration in support of Opposition to the Motion for Summary Judgment, filed on Jan. 26, 2016 (*Shatsky I*, DE 330) |
| 49. | Lowell Decl., Ex. 49: Transcript of the Feb. 12, 2013 Deposition of Hillel Trattner | Ex. 51 to *Shatsky I* Lowell Declaration in support of Opposition to the Motion for Summary Judgment, filed on Jan. 26, 2016 (*Shatsky I*, DE 330) |
| 50. | Lowell Decl., Ex. 50: Transcript of the Feb. 6, 2013 Deposition of Leor Thaler | Ex. 49 to *Shatsky I* Lowell Declaration in support of Opposition to the Motion for |

| **INDEX OF PLAINTIFFS' EVIDENCE** |
| --- | --- | --- |
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| | | Summary Judgment, filed on Jan. 26, 2016 (*Shatsky I*, DE 330) |
| 51. | Lowell Decl., Ex. 51: Psychological Evaluation of Leor Thaler | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 52. | Lowell Decl., Ex. 52: Inheritance Order for Keren Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 53. | Lowell Decl., Ex. 53: U.S. Passports for Tzippora Shatsky and David Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 54. | Lowell Decl., Ex. 54: U.S. Passport for Aron Trattner | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 55. | Lowell Decl., Ex. 55: U.S. Passport for Chana Friedman | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 56. | Lowell Decl., Ex. 56: U.S. Passport for Hillel Trattner | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 57. | Lowell Decl., Ex. 57: U.S. Passport for Miriam Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 58. | Lowell Decl., Ex. 58: U.S. Passport for Sara Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |

| INDEX OF PLAINTIFFS' EVIDENCE | | |
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| 59. | Lowell Decl., Ex. 59: U.S. Passport for Shelley Trattner | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 60. | Lowell Decl., Ex. 60: U.S. Passport for Steven Braun | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 61. | Lowell Decl., Ex. 61: U.S. Passport for Yoseph Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 62. | Lowell Decl., Ex. 62: U.S. Passports for Isaac Thaler and Leor Thaler | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 63. | Lowell Decl., Ex. 63: U.S. Passports for Jo Anne Shatsky and Shabtai Shatsky | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 64. | Lowell Decl., Ex. 64: U.S. Passport for Miriam Friedman | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 65. | Lowell Decl., Ex. 65: U.S. Passports for Yehiel Friedman and Bella Friedman | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 66. | Lowell Decl., Ex. 66: U.S. Passports for Zvi Friedman and Ilan Friedman | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 67. | Lowell Decl., Ex. 67: U.S. Passports for Zvi Thaler, Leor Thaler, and Rachel Thaler | Offered to establish citizenship or relationship of Plaintiff, and attached as an Exhibit to Plaintiffs' Memorandum of Law in Opposition |

| **INDEX OF PLAINTIFFS' EVIDENCE** |
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| | | to Defendants' Motion to Dismiss for Lack of Jurisdiction. |
| 68. | Lowell Decl., Ex. 68: Excerpts from the Transcript of the Feb. 12, 2013 Deposition of Ronit Trattner | Ex. 52 to *Shatsky I* Lowell Declaration in support of Opposition to the Motion for Summary Judgment, filed on Jan. 26, 2016 (*Shatsky I*, DE 330) |
| 69. | Lowell Decl., Ex. 69: Excerpts from the Transcript of the Feb. 5, 2013 Deposition of Steven Braun | Ex. 43 to *Shatsky I* Lowell Declaration in support of Opposition to the Motion for Summary Judgment, filed on Jan. 26, 2016 (*Shatsky I*, DE 330) |
| 70. | Lowell Decl., Ex. 70: "Goldman et al. v. Palestinian Authority" Decision by Tel Aviv-Jaffa District Court | Ex. 42 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 71. | Lowell Decl., Ex. 71: Palestinian National Authority Financial Account Report for Nazal | Ex. 166 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 72. | Lowell Decl., Ex. 72: Israel Military Court of Appeals Judgment for Nazal | Ex. 20 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 73. | Lowell Decl., Ex. 73: Aug. 23, 1990 Israel Military Court of Appeals Report | Ex. 15 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 74. | Lowell Decl., Ex. 74: Order for Photography Report and Table of Photographs | Ex. 16 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 75. | Lowell Decl., Ex. 75: Israel Ministry of Health Photography Report | Ex. 19 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 76. | Lowell Decl., Ex. 76: "Nuraddin Said Daoud" Israel Military Court Judgment | Ex. 35 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 77. | Lowell Decl., Ex. 77: May 13, 2012 PFLP Publication on Nazal | Ex. 125 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 78. | Lowell Decl., Ex. 78: Apr. 26, 2012 PFLP Publication on Nazal | Ex. 124 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 79. | Lowell Decl., Ex. 79: May 15, 2012 Al-Hadaf Magazine Publication on Nazal | Ex. 111 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 80. | Lowell Decl., Ex. 80: Transcript of Yousef Ahmad Jubran Examination in Tel Aviv Yaffo District Court | Ex. 43 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |

| INDEX OF PLAINTIFFS' EVIDENCE | | |
|---|---|---|
| No. | Evidence | Where Evidence Was Previously Introduced |
| 81. | Lowell Decl., Ex. 81: Palestine Ministry of Detainees Publication on Prisoner Payments | Ex. 68 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 82. | Lowell Decl., Ex. 82: Palestinian National Authority Statement on Payments for Nazal | Ex. 159 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 83. | Lowell Decl., Ex. 83: Palestinian National Authority Report on Payments for Hindi | Ex. 156 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 84. | Lowell Decl., Ex. 84: Palestinian National Authority Statement on Payments for Ra'i | Ex. 160 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 85. | Lowell Decl., Ex. 85: Palestinian National Authority Detainee Form for Ra'i | Ex. 161 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 86. | Lowell Decl., Ex. 86: Detention and Payment Report for Ra'i | Ex. 162 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 87. | Lowell Decl., Ex. 87: Palestinian National Authority Statement of Payments for Ra'i's Spouse | Ex. 163 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 88. | Lowell Decl., Ex. 88: U.S. Department of State "Country Reports on Human Rights Practices for 2001" | Ex. 51 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 89. | Lowell Decl., Ex. 89: U.S. Department of State "Country Reports on Human Rights Practices for 2002" | Ex. 57 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 90. | Lowell Decl., Ex. 90: Report 2 Pursuant to Title VIII of Public Law 101-246 | Ex. 53 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 91. | Lowell Decl., Ex. 91: Report 3 Pursuant to Title VIII of Public Law 101-246 | Ex. 50 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 92. | Lowell Decl., Ex. 92: "Arafat ran Intifada - Mazan" Video | Ex. 138 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 93. | Lowell Decl., Ex. 93: Al-Hayat Interview Article | Ex. 73 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 94. | Lowell Decl., Ex. 94: "Dahlan – Arafat deceived the world" Video | Ex. 141 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 95. | Lowell Decl., Ex. 95: Transcript for Hearing Before the Subcommittee on the Middle East and South Asia | Ex. 55 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |

| **INDEX OF PLAINTIFFS' EVIDENCE** |
| --- | --- | --- |
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| 96. | Lowell Decl., Ex. 96: "Israel v. Barghouti" Tel Aviv-Jaffa District Court Verdict | Ex. 31 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 97. | Lowell Decl., Ex. 97: Palestine Evaluation Report on Abu Halawah | Ex. 131 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 98. | Lowell Decl., Ex. 98: "Dahlan PA security fought Israel – hid Hamas" Video | Ex. 142 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 99. | Lowell Decl., Ex. 99: "PA forces did most terror attacks - Ajrami" Video | Ex. 143 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 100. | Lowell Decl., Ex. 100: "Sermon kill Jews everywhere Oct 13-00" Video | Ex. 135 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 101. | Lowell Decl., Ex. 101: Transcript of Speech by PLO Representative and PA Ambassador to Libya | Ex. 150 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 102. | Lowell Decl., Ex. 102: "Madi – Kill Jews Allah will make Muslims masters over Jews Aug 3-01" Video | Ex. 136 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 103. | Lowell Decl., Ex. 103: Al-Hayat al-Jadida Magazine Publication on Fifty Third Anniversary of Nakba | Ex. 72 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 104. | Lowell Decl., Ex. 104: Translated Transcript of a Video Interview with Barghouti | Ex. 146 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 105. | Lowell Decl., Ex. 105: Al-Hayat al-Jadida Magazine Publication on Marmash Funeral | Ex. 74 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 106. | Lowell Decl., Ex. 106: Al-Hayat al-Jadida Magazine Publication on Mughrabi | Ex. 75 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 107. | Lowell Decl., Ex. 107: Editorial of "The Intifada" | Ex. 76 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 108. | Lowell Decl., Ex. 108: Al-Hayat al-Jadida Magazine Publication on Qalqilya Martyrs | Ex. 78 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 109. | Lowell Decl., Ex. 109: Al-Hayat al-Jadida Magazine Publication on Sporting Event Named After Nazal | Ex. 79 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 110. | Lowell Decl., Ex. 110: Palestinian National Authority Publication in Nov. 2000 | Ex. 87 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 111. | Lowell Decl., Ex. 111: Monthly Bulletin 1 by Political Guidance for | Ex. 89 *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |

| INDEX OF PLAINTIFFS' EVIDENCE ||| 
|---|---|---|
| **No.** | **Evidence** | **Where Evidence Was Previously Introduced** |
| | the Border-Region Forces Titled "The Martyrs" | |
| 112. | Lowell Decl., Ex. 112: Monthly Bulletin 2 by Political Guidance for the Border-Region Forces Titled "The Martyrs" | Ex. 91 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 113. | Lowell Decl., Ex. 113: Al-Areen Institute Publication Titled "Humat Al-Areen" | Ex. 100 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 114. | Lowell Decl., Ex. 114: Al-Hayat al-Jadida Publication Titled "A Martyr's Letter to his Mother" | Ex. 77 to *Shatsky I* Plaintiffs' 56.1 Statement, filed on Nov. 12, 2013 (*Shatsky I*, DE 252) |
| 115. | Lowell Decl., Ex. 115: Apr. 16, 2021 correspondence from A. Lowell to Defendants' counsel regarding discovery. | N/A |
| 116. | Lowell Decl., Ex. 116: Apr. 27, 2021 correspondence from S. Arguello to Defendants' counsel regarding discovery | N/A |
| 117. | Lowell Decl., Ex. 117: Feb. 12, 2021 correspondence from S. Sinaiko to Defendants' Counsel regarding discovery | N/A |
| 118. | Lowell Decl., Ex. 118: Apr. 23, 2021 correspondence from A. Lowell to Defendants' counsel regarding discovery | N/A |
| 119. | Lowell Decl., Ex. 119: Apr. 29, 2021 correspondence from S. Arguello to Defendants' counsel regarding discovery | N/A |

                                                  Respectfully submitted,

Dated:  New York, New York                  WINSTON & STRAWN LLP
        October 4, 2021

                                                  s/  *Abbe David Lowell*
                                                  Abbe David Lowell
                                                  Sofia Arguello
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  Tel.: (202) 282-5875
                                                  Fax: (202) 282-5100
                                                  Email: adlowell@winston.com
                                                  Email: sarguello@winston.com

                                                  *Attorneys for Plaintiffs*