# LOWELL DECL. EX. 4

# [FILED UNDER SEAL/REDACTED]