# LOWELL DECL. EX. 5

# [FILED UNDER SEAL/REDACTED]