# LOWELL DECL. EX. 6

# [FILED UNDER SEAL/REDACTED]