# LOWELL DECL. EX. 7

# [FILED UNDER SEAL/REDACTED]