# LOWELL DECL. EX. 8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SHABTAI SCOTT SHATSKY, *et al.*,

                                    Plaintiffs,

         vs.

THE PALESTINE LIBERATION
ORGANIZATION, *et al.*,

                                    Defendants.

No. 18 Civ. 12355 (MKV)(DCF)

---

## DECLARATION OF ARIEH DAN SPITZEN

Arieh Dan Spitzen hereby declares as follows:

### I.      Professional Background

1.      I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, and the structure, leadership, personnel, and activities of various Palestinian terror groups, including the Popular Front for the Liberation of Palestine ("PFLP"), which I have researched (and continue to research) over the course of many years.

2.      In 1970, I joined the Israel Defense Forces ("IDF"), serving in an elite unit as the Israeli equivalent of a Navy Seal. In 1972, I transferred to the IDF's Intelligence Unit, where I served until 1974. Then I enrolled at Hebrew University in Jerusalem, specializing in Middle East, Arabic, and Jewish History, and graduating cum laude in 1976. I subsequently returned to the IDF, to its Palestinian Affairs Department ("PAD") in the West Bank.

3.      In 1976, I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (subsequently known as the Civil Administration) and

served as its Section Head until 1978. With the exception of the years between 1978 and 1981, when I served as a researcher-assistant dealing with issues concerning the integration of the Arab population within Israel's society and establishment, I remained in the PAD for the next 30 years.

4.      After returning to the PAD in 1981, I resumed my role as Section Head of the Research Section of the Advisor for Arab Issues in the Military Government (which by then had been replaced by the Civil Administration) in the West Bank, and as Deputy Advisor, until 1993. In those capacities, I dealt with socio-economic and political research regarding the Palestinians, focusing on political and social trends among the population. In that position, I wrote or oversaw the writing of hundreds of research papers, staff papers, articles, anthologies, and fundamental studies in civilian matters that served the decision-making echelons of various elements of the Israeli government including the Ministry of Defense.

5.      From 1993 to 1996, I was assigned to the negotiation team for the Oslo Peace Accords and served as a member of teams that negotiated the transfer of civilian authorities from the Civil Administration to the PA. From 1996 to 1998, I supervised the activity of civilian coordination in the West Bank vis-à-vis the PA's Ministry of Civil Affairs and other civilian offices. From 1998 to 2000, I was Department Head for Palestinian Affairs in the West Bank at a rank of Colonel. As a senior consultant in the system, I served during the same period as the Coordinator for Arab Issues for the Operation Coordinator.

6.      From 2001 to 2009, I was Department Head for Palestinian Affairs in the Administered Territories (i.e., the West Bank and Gaza Strip) and Advisor to the Coordinator of Government Activities in the Territories ("COGAT"). I reported to the Head of COGAT, above whom were only two people – the Minister of Defense and the Chief of Staff. By virtue of this position, I was a professional instructor and the top authority regarding the socio-economic civilian

situation in the Palestinian arena in the West Bank and Gaza Strip. I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. I wrote hundreds of surveys and studies about the civilian situation, the various political trends and how they were operationalized, the social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm, including terrorist organizations. Naturally, this research included the activities of terror organizations like the PFLP.

7.    I have served as an expert witness about Palestinian terrorism in fourteen federal civil terrorism cases in the United States: *Linde, et al*. v. *Arab Bank, Plc* (in which I testified for five days in a six-week jury trial in 2014); *Gill v. Arab Bank, Plc; Strauss, et al*. v. *Crédit Lyonnais, S.A.*; and *Weiss, et al*. v. *National Westminster Bank Plc*—all in the United States District Court for the Eastern District of New York; *Fraenkel, et al*. v. *Islamic Republic of Iran, et al*.; *Braun, et al*. v. *Islamic Republic of Iran, et al*.; *Shatsky, et al. v. Syrian Arab Republic, et al.*; and *Force, et al*. v. *Islamic Republic of Iran, et al.*—all in the United States District Court for the District of Columbia; *Weinstock, et al*. v. *Islamic Republic of Iran, et al.*; *Weinstock, et al*. v. *Mousa Mohammed Abu Marzook*; and *Weinstock, et al*. v. *Hamas*—all in the United States District Court for the Southern District of Florida; and *Schwartz, et al*. v. *Islamic Republic of Iran; Henkin, et al*. v. *Islamic Republic of Iran, et al.*, and *Sokolow, et al. v. The Palestine Liberation Organization, et al*. —all in the United States District Court for the Southern District of New York.

8.      Since my retirement from the IDF, I continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in COGAT until this year. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to terrorist organizations, including the PFLP.

9.      I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes and private parties. I currently provide advice regarding the socio-economic and political situation in the Palestinian Authority-controlled territories to the IDF's Coordinator of Activities in the Administered Territories and the Research Division of the IDF Intelligence Department. During the last ten years of my IDF service, I also provided advice to Israel's National Defense Council, and to various Israel security and intelligence agencies, including the Mossad.

10.     Additionally, I have served as an expert witness in the area of Palestinian affairs and terrorism in dozens of court cases in Israel, including in the Israeli Supreme Court.

11.     During my last ten years in the IDF, I was a frequent participant and lecturer on Palestinian affairs at symposia, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

12.     I am a popular media commentator for the Israeli press, which considers me an expert in Palestinian affairs and I have been interviewed on Arabic television stations. In addition, during the last ten years of my IDF service, about once or twice per week, I gave both background and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal in Palestinian and military issues.

13.     I am fluent in Hebrew and Arabic, and I read and understand English fluently.

## II.      The Nature of This Declaration

14.      I was retained by counsel for the plaintiffs in this case to provide this expert declaration regarding the matters set forth below, in support of the plaintiffs' opposition to the motion for summary judgment filed by the defendants, the Palestine Liberation Organization ("PLO") and the Palestinian Authority ("PA") (jointly – the "defendants").

15.      My opinions and conclusions set forth below are based on the documents, authorities and sources cited or referenced herein, and the enormous body of experience, knowledge and analytical tools that I have acquired over many decades as an expert in Palestinian affairs.

## III.      Description of the February 16, 2002 Bombing

16.      On February 16, 2002, shortly before 8:00 p.m., a suicide bomber set off an explosive device at a pizzeria located in the Karnei Shomron outdoor mall.[1] The suicide bomber was Sadeq Ahed Abdel Hafez, identity number 922361217, a 19-year-old resident of Qalqilya.[2]

17.      Abdel Hafez was carrying a powerful explosive device on his body. The explosives were encased in a metal container, and wrapped with a large quantity of nails and metal scraps.

---

[1]  Karnei Shomron is a Jewish community with the status of a local council. Its population is roughly nine thousand. The community is located (as the crow flies) some 7 miles east of Qalqilya, where the suicide bomber lived, and some 10 miles southwest of Nablus.

[2]  This description of the attack relies on my examination of official police documents contained in the Israeli police investigation file for the February 16, 2002, bombing, which is designated File Number 901/02 (Samaria Regional Station) (below: "Police File"). Those documents include tests and analysis from the police explosives laboratory regarding the explosive device that the terrorist used, forensic and crime scene reports, photographs from the scene of the attack, and pathology reports.

The photographs from the scene show that Abdel Hafez was pulverized beyond recognition by the explosion. Police memoranda and court documents in the Police File show that at the request of the police, and pursuant to a court order, Abdel Hafez's identity was checked and confirmed by the National Center of Forensic Medicine in Tel Aviv, on the basis of DNA samples provided by his parents.

The nails alone weighed more than 2.6 pounds. The explosive device had an electronic trigger powered by a 6-volt battery and controlled by an on-off switch.

18.     Abdel Hafez triggered the explosive device in the middle of the mall, and the position of the device – on the front of his body and at a height above floor level— strengthened the effectiveness of the blast, increased the number of the casualties, and contributed to the extensive physical damage to the mall.[3] The mall was crowded at the time because the terror attack was perpetrated on a Saturday evening, when large numbers of people customarily visit the place. The explosion resulted in the death of three young people: Keren Shatsky, 15, who died at the scene; Nehemia Amar, also 15 and killed on the spot; and Rachel Thaler, 16, who died later of her injuries. In addition, more than twenty other people were injured, some of them very seriously.

19.     The size, sophistication and deadliness of the explosive device, combined with the fact that Abdel Hafez was able to travel to and enter the heart of a Jewish community undetected while bearing the explosive device, during a time period in which terrorist violence was prevalent[4] and Jewish communities had heightened security, clearly show that the Karnei Shomron bombing was planned and carried out by well-trained members of an established terrorist organization.

20.     As discussed below, there is strong evidence that the PFLP was the organization that carried out the bombing.

---

[3] This determination is based on an expert opinion from the explosives laboratory of the Israel Police, from March 13, 2002, file ZB/23 - 649/02.

[4] The time period at issue here, i.e. 2002, fell during the severe wave of violence in Israel, the West Bank and the Gaza Strip that is commonly known as the Second Intifada.

## IV.  The Defendants Confirmed That Abdel Hafez Was a PFLP Operative

21.    As discussed in detail in the declaration I provided in this case relating to issues relevant to the defendants' motion to dismiss for lack of personal jurisdiction, the defendants operate an "Institution for Families of the Martyrs and the Injured," which makes payments to families of suicide terrorists. For each such terrorist, the Institution generates a "Social Examination" (or "Social Report") containing facts relating to the deceased and the circumstances of his death.

22.    The defendants' "martyr" Report relating to Abdel Hafez states explicitly that he was a "Popular Front" (i.e., a PFLP) operative.[5] The defendants had the ability and the motivation to ensure that the information contained in its "martyr" reports, including Abdel Hafez's report, was accurate, and I therefore have no reason to doubt this determination.

## V.  The PFLP Immediately and Repeatedly Confirmed That It Executed the Bombing

23.    During the time period at issue, i.e. 2002, the PFLP operated an official website at www.pflp-palestine.org. The PFLP utilized that website, among other things, to publish official statements of the PFLP, and to publicize its terrorist attacks and other activities.[6]

---

[5] *See* Defendants' Bates No. 07:000012-15. (These materials are attached to my personal jurisdiction declaration as Exhibit 3 (JD00977-JD00980)).

[6]    This website is well known to me from my time as head of the Department of Palestinian Affairs in the Unit for the Coordination of Government Activities in the Territories (COGAT). The researchers of the Department of Palestinian Affairs monitored and analyzed the website's content precisely because they had confirmed that it was an authentic and official PFLP site. Additionally, this website was identified as an official PFLP website in contemporaneously printed editions of the PFLP periodical *Al-Hadaf* which, as discussed below, has been the PFLP's official publication since 1969.

The PFLP later closed www.pflp-palestine.org and moved its official website to www.pflp.ps (as confirmed, inter alia, by *Al Hadaf*), which remains its official website today.

24.     On February 16, 2002, the very day of the bombing, the PFLP published a communiqué on its official website (at http://www.pflp-palestine.org/pprf/pprf16022002.html), confirming that it had carried out the bombing. At the top of the communiqué was the heading "The Popular Front for the Liberation of Palestine" in Arabic and in English, and beside that heading the PFLP logo. A subheading states: "A communiqué issued by the Abu Ali Mustafa Brigades, the armed wing of the Popular Front for the Liberation of Palestine."[7] In the body of the communiqué, the PFLP confirms that it perpetrated the terror attack at Karnei Shomron, and the suicide bomber, Sadeq Abdel Hafez of Qalqilya, is identified as a PFLP operative. The communiqué terms the suicide bombing "a heroic operation," and describes Abdel Hafez as a "Guevarian hero martyr" – the term "Guevarian" being the adjective form of the surname of the Marxist revolutionary Ernesto "Che" Guevara.[8] The communiqué states that the PFLP has more

---

[7] Abu Ali Mustafa was among the founders of the Popular Front for the Liberation of Palestine. He served, until his death in August 2001, as the organization's Secretary-General after the retirement in July 2000 of PFLP founder George Habash.

[8]     Ernesto "Che" Guevara was a Marxist revolutionary born in Argentina in 1928. He was a leader in Fidel Castro's revolution in Cuba, and was killed in 1967 while attempting to organize a coup in Bolivia. Since his death, he has become a symbol among Marxist movements worldwide. The PFLP, which sees itself as part of global Marxism, and as a sister movement to the world's Marxist movements, considers Che Guevara a heroic role model. One of the PFLP's most prominent operatives in Gaza in the 1970s was known (in Arabic) as "Guevara Gaza," and one of the organization's terror cells was named after him. *See* https://news.walla.co.il/item/48617 and https://www.facebook.com/palestinian.prisoners/posts/mohammad-al-aswad-guevara-gaza-was-a-leader-of-the-pflp-in-gaza-born-on-january-/258298011016883/ (both last accessed Oct. 3, 2021).

Regarding the PFLP's esteem for Che Guevara and his ideology and activities, see this article published on the official PFLP website to mark the 45th anniversary of his death: https://english.pflp.ps/2012/10/09/on-the-day-of-the-heroic-guerilla-we-remember-che-guevara/ (last accessed Oct. 16, 2020).

"Guevarian suicide bombers,"[9] and notes that the PFLP has decided to set up a military group (that is, a terrorist cell) named for "the hero martyr Sadeq Abdel Hafez."

Attached hereto as **Exhibit A** is a true copy of the February 16, 2002 communiqué published by the PFLP on its official website, along with an English translation.[10]

25.    The publication of this detailed written announcement by the PFLP so quickly after the Karnei Shomron bombing strongly indicates that the senior PFLP leadership had prior knowledge of the attack. Given the disciplined, hierarchical structure of the PFLP, it is very likely that this suicide attack was specifically authorized in advance by the organization's top leaders.

26.    Additionally, since 1969 until the present day, the PFLP has published an Arabic-language official periodical called *Al-Hadaf* (meaning "The Goal" or "The Target").[11] In 2002, volumes of *Al-Hadaf* were usually issued at least once a month, or more frequently.

---

[9] The PFLP is a secular Marxist organization that operates within an overwhelmingly Muslim society. This fact creates a tension between the secular ideology that the PFLP embraces and its practical day-to-day behavior. The question of suicide attackers is a prominent example of that conflict. Islam categorically forbids suicide and views it as a severe sin. Suicide is permissible only if integral to jihad in the divine cause. Because of that fact, even the Marxist PFLP needs to invoke religious terminology to justify its use of suicide terrorists. In the PFLP's announcements, suicide bombers whom the organization fielded are described as shahids (martyrs who die waging jihad), the suicide is described as istishhad (a jihadi death), and the suicide bomber's funeral is described as his "wedding." To the best of my understanding, the comparison of suicide terrorists to Che Guevara, who also died for his revolutionary Marxist cause, and the transformation of someone considered a Marxist revolutionary into a role model, is an attempt by the PFLP to create a secular paradigm, suitable to its philosophy, for the suicide attackers that it deploys.

[10] Because www.pflp-palestine.org was subsequently closed, the original link to the webpage for this communiqué, http://www.pflp-palestine.org/pprf/pprf16022002.html, is no longer available. However, the original webpage was captured and remains available on the Internet Archive, at https://web.archive.org/web/20020306014618/http://www.pflp-palestine.org/pprf/pprf16022002.html (last accessed Oct. 3, 2021). Included in Exhibit A is an affidavit from the Internet Archive authenticating the origin of Exhibit A.

[11]     *Al-Hadaf* is, and for over 50 years has been, well known as the official organ of the PFLP. I am personally very familiar with *Al Hadaf*, because copies would arrive regularly at the research desk of the

27.     The February 2002 volume of *Al-Hadaf* contained a number of items and articles regarding the Karnei Shomron attack. Page 9 featured pictures of two PFLP suicide attackers. One was Fuad Khadr Abu Siriya, who committed a suicide attack in the community of Nahal Oz in Gaza; and the other is Sadeq Abdel Hafez, the Karnei Shomron bomber. In his picture, Abdel Hafez appears beside the PFLP logo, and the background shows an image of Abu Ali Mustafa with a rifle beside him. The caption of the picture describes Abdel Hafez as "*shahid* [i.e., martyr], hero, *istishhadi* [i.e., one who performs an act of martyrdom]." Abdel Hafez is also termed a "comrade," which is a special term of honor reserved by the PFLP for its own members.

28.     In the same February 2002 issue of *Al-Hadaf*, on page 10, two messages of congratulations from PFLP leaders to the Abdel Hafez's family appear. One expresses

---

Advisor for Arab Affairs at the Civil Administration in the West Bank – a desk which I headed at that time. The periodicals would reach my desk very soon after their date of publication, and research officers would read and analyze them, and selected material was translated into Hebrew. Among the Israeli intelligence and counterterrorism community, and among researchers of the Palestinian arena, *Al Hadaf* has constituted, and still constitutes, a reliable and important source for monitoring and understanding the PFLP's behavior on the strategic and tactical levels (including its involvement in terrorist attacks). On page 116:22-23 of his deposition on September 5, 2012, the late Abdel Rahim Malouh, a PLO Executive Committee member and PFLP Deputy Secretary-General, confirmed that *Al-Hadaf* is "the magazine that speaks in the name of the PFLP."

    *Al-Hadaf* was first published in Beirut in 1969 by Ghassan Kanafani (the first editor-in-chief, and a spokesperson for the PFLP and among its first and most senior members; he served as a member of the PFLP Politburo alongside George Habash until his death in 1972). After the PFLP left Beirut in summer 1982, the periodical began being published in Damascus. After the death of Ghassan Kanafani, Bassam Abu Sharif was named editor-in-chief of *Al-Hadaf*. He was followed in 1986 by Umar Kteish, and then by Talal Awkal until 1994. *Al-Hadaf* is published even now in Damascus. *See* http://info.wafa.ps/ar_page.aspx?id=5091; https://bit.ly/3kQIFHt (both last accessed Oct. 3, 2021).

congratulations from George Habash, a founder of the PFLP and its leader until 2000,[12] and the other is from PFLP Secretary-General Ahmad Sa'adat.

29.      In his telegram to Abdel Hafez's family, George Habash lauds the suicide operation that Abdel Hafez perpetrated, characterizes it as a "heroic and quality operation," and describes the bombing as an example for "forthcoming heroic action."

30.      In his congratulatory message to Abdel Hafez's parents, Ahmad Sa'adat, the PFLP Secretary-General, praised Abdel Hafez's heroism and courage, and described him as a "knight" and a "vanguard comrade."[13]

31.      Coming from the legendary founder and historical leader of the PFLP (Habash), and its serving Secretary-General (Sa'adat), expressions of congratulations to a terrorist's family regarding a terror attack (a gesture substituting for condolences) is no everyday occurrence. The presentation of such congratulations and the reference to Abdel Hafez using PFLP/Marxist terminology as "vanguard comrade" in the PFLP's main organ, a political publication par excellence distributed and read primarily among the organization's leaders, operatives and supporters, can leave no reasonable doubt that the Karnei Shomron bombing was executed by the PFLP.

---

[12] George Habash retired as head of the PFLP in 2000 for reasons of health, and in 2002 when he sent the telegram of congratulations to Sadeq Abdel Hafez's parents, he was already very ill. The fact that he sent a personal congratulatory telegram to Abdel Hafez's parents despite his illness evidences the great importance that the PFLP leadership attached to this attack.

[13] The terms "vanguard" and "vanguard corps" were developed by Lenin, portraying the Marxist revolution as to be led by a small advance guard that would acquire many followers. Those terms, in the sense of advancing ahead of the main force, are very common in Marxist terminology and the Palestinian Communist Party's newspaper is named A-Tali'ah, meaning "The Vanguard." As noted above, the name "comrade" is a special honorific the PFLP uses for its members.

32.     Additionally, a large color memorial portrait of Sadeq Abdel Hafez appears on page 51 of the same issue of *Al-Hadaf*. At the top of the portrait, on both sides, is the PFLP logo. Between the two instances of the logo is the sentence "The Popular Front for the Liberation of Palestine escorts its heroic self-sacrificing martyr Sadeq Ahed Abdel Hafez [to his celestial wedding]." In the center of the image, Abdel Hafez is shown holding a weapon, and at the bottom is the caption: "Hero of the Karnei Shomron martyrdom operation."

Attached hereto as **Exhibits B-D** are true copies of the items described above from pages 9, 10 and 51 of the February 2002 edition of *Al Hadaf*, along with English translations.[14]

33.     Subsequently, the PFLP posted on its website, in a memorial section for deceased PFLP operatives titled *Khalidin* (meaning the "immortals"), a memorial page for Abdel Hafez.[15] On that memorial page Abdel Hafez is again termed "comrade," and his background in the PFLP's student organization ("the Union of Secondary Student Committees") is mentioned.[16] Attached hereto as **Exhibit E** is a true copy of the aforementioned memorial page for Abdel Hafez published by the PFLP on its official website, along with an English translation.

34.     Sadeq Abdel Hafez remains a hero of the PFLP. For example, as announced on the PFLP's website on February 17, 2014, the PFLP held a memorial ceremony for Abdel Hafez in

---

[14] This and many other volumes of *Al Hadaf* are available for copying in Israel's National Library, in Jerusalem, which contains, among many other important items, a very large collection of Arabic-language materials, including Arabic-language newspapers and periodicals from throughout the world. *See* https://web.nli.org.il/sites/NLI/English/collections/Islam-Middle-Eastern/journals/Pages/press.aspx   (last accessed Oct. 3, 2021).

[15] http://www.pflp.ps/khaldeen.php?id=1058. This article was later moved to and now appears on the website of the PFLP's "Abu Ali Mustafa Brigades," at www.abuali.ps/shahid/194 (last accessed Oct. 3, 2021).

[16] For activities of this PFLP student group *see, e.g.,* www.maannews.net/news/102475.html; and https://www.facebook.com/ethadaltalabeh (both last accessed Oct. 3, 2021).

Qalqilya, to mark the 12th anniversary of the bombing. The announcement describes Abdel Hafez as a "son" (meaning a dedicated member) of the PFLP, and states that a PFLP representative spoke at the memorial ceremony about Abdel Hafez's "life and exploits."[17] Attached hereto as **Exhibit F**, is a true copy of the February 17, 2014 announcement, along with an English translation.

35.     Further confirmation that the PFLP executed the Karnei Shomron bombing (not that any is needed) was provided in 2016 by a senior PFLP official, Allam Kaabi, who is a member of the PFLP Central Committee and head of the PFLP's Prisoner Committee in Gaza.[18] After the start of the Second Intifada in 2000, Kaabi became a leader of the Nablus cell of the PFLP's armed wing, and was involved in many terrorist attacks during that period. In an interview with the Al-Aqsa television network on November 17, 2015, regarding his terrorist activities in the PFLP's Nablus cell during the years prior to his 2003 arrest, Kaabi explained that he personally "**participated in about 99% of the operations and commanded about 90% of the operations that we had carried out**."[19]

---

[17] *See*: https://pflp.ps/post/7517/الشعبية-بقلقيلية-تحي-ذكرى-الاستشهادي-البطل-الشهيد-صادق-عبد-الحافظ.  Also available at https://bit.ly/34XES4W (both last accessed Oct. 3, 2021).

[18]     *See*     https://english.pflp.ps/2015/11/06/pflp-in-gaza-holds-symbolic-popular-trial-of-us-britain-and-israel-for-crimes-against-palestine/ (Kaabi is a "member of the Central Committee of the Front."); https://english.pflp.ps/2016/10/25/gaza-protesters-burn-portraits-of-hollande-obama-netanyahu-demand-freedom-for-georges-abdallah/ (Kaabi is the "leader of the Front's Prisoners Commission in the Gaza Strip."); https://english.pflp.ps/2017/01/05/gaza-press-conference-urges-action-support-for-prisoners-struggle/ (same) (all last accessed Oct. 16, 2020). Since 2011, Kaabi has frequently appeared as a PFLP spokesperson at press conferences, in radio and television interviews, and in other electronic media and public events.

[19]     This     November     2015     interview     is     available     at https://www.facebook.com/aneen.network1/videos/1022821684406552/ (last accessed Oct. 3, 2021). Similarly, in reporting on Kaabi's arrest on April 28, 2003, the UN Division for Palestinian Rights described Kaabi as "**head of the Abu Ali Mustafa Brigades, the PFLP armed wing**." See https://unispal.un.org/DPA/DPR/unispal.nsf/0/12F83A206118AB1385256D790063D5DC (entry for April 28, 2003) (last accessed Oct. 3, 2021).

36.     In a video interview with Kaabi published by the PFLP on its Facebook page in December 2016, Kaabi confirmed that the PFLP carried out the Karnei Shomron bombing. Specifically, Kaabi explained that the bombing was a joint operation involving the PFLP's terrorist cell in Nablus (which Kaabi commanded), and the late Ra'ed Nazal (a/k/a Ra'ed Madi), who was then the head of the PFLP in Qalqilya (and a Captain in the PA's security forces).[20] Attached hereto as **Exhibit G** is an English translation of the December 2016 Kaabi interview.[21]

37.     Thus, from the very day of the bombing and on, the PFLP has repeatedly, consistently and publicly confirmed over the past 18-plus years – on its official websites, in its official periodical, and in a statement by a senior PFLP official – that it executed the February 16, 2002 bombing at Karnei Shomron. In my professional opinion and experience there is no reasonable basis to doubt these cumulative statements, for the following reasons:

38.     In the first place, it is fact very rare for a Palestinian terror organization to claim "credit" for a terror attack it did not commit. Competing claims of credit between Palestinian groups are rare.[22] False claims of credit can easily be exposed (e.g., by the actual perpetrators), which would result in serious a loss of credibility for the organization in the eyes of the Palestinian

---

[20] Kaabi was tried for various terrorist crimes, pled guilty, and was sentenced on May 10, 2005, to nine life terms plus 15 years in Case No. 6646/03, *Military Prosecutor v. Kaabi* (Samaria Military Court). In October 2011, Kaabi was released and sent to the Gaza Strip, as part of a prisoner exchange.

[21] A copy of the Arabic-language video recording of the Allam Kaabi interview is currently available for viewing at https://www.youtube.com/watch?v=yGMYrqDMNOU&feature=youtu.be. Kaabi discusses the Karnei Shomron attack from 23:20 to 23:50. The Declaration of Yaniv Berman attached to Exhibit G provides the original URL for the video recording of the Kaabi interview.

[22] During the Second Intifada (roughly 2000-2005) the various Palestinian terror groups sometimes *jointly* carried out terrorist attacks; in those cases, typically, each participating organization would issue its own public statement confirming its involvement. Thus, on occasion, two groups "claimed responsibility" for the same attack – not due to a mistake or an attempt to "grab credit," but rather because *both* groups did participate in the execution of the attack.

public and the world, as well as friction with the group that actually carried out the attack. The PFLP, which has always prided itself on transparency, honesty and credibility (as compared, e.g., to the Fatah faction), would be particularly careful to avoid such a situation.

39.     Second, much of the Palestinian population in the West Bank lives within a fairly small geographical area (Qalqilya, for example, is only 9.9 square miles) and is strongly based on extended families and clans. Personal anonymity, even in an urban neighborhood, is effectively nonexistent, and privacy regarding matters occurring outside of the home – such as political activities or organizational involvement – is very limited. Significant information about an individual is commonly known to members of the public in the vicinity of his or her home or workplace, and much more information is certainly known to fellow members of the extended family or clan (which can number many hundreds or even thousands of family members living in a single locale).

40.     Therefore, if a terror organization *falsely* claims that the known perpetrator of a terrorist attack (such as Sadeq Abdel Hafez in this case) was a member of the organization (here, the PFLP), the falsehood is quickly and easily exposed in the Palestinian public and the damage to the organization's long-term credibility far outweighs any advantage gained from the short-lived assumption of credit — sometimes dispelled within hours — for this or that terror attack. Simply put, because the PFLP greatly values its reputation for credibility in the eyes of the Palestinian public, it is extremely unlikely that the PFLP would risk almost certain harm to its reputation by repeatedly stating in public that Sadeq Abdel Hafez was a member of the PFLP, if he was not.

41.     Furthermore, terrorist attacks against Israeli targets carry the very real danger of a harsh Israeli response against the leadership and operatives of the organization involved. The release, by an organization, of a statement of responsibility for a terror attack, and the timing of

15

that claim, are affected by operational and strategic considerations. The terror organizations consider, among other things, the danger from the exposure — as soon as the perpetrators' affiliation is published — of the members of the cell, their accomplices, and their families. They realize that when they publish a claim of responsibility, they could cause harm by exposing their methods of operation. The timing of publication is sensitive in itself, and could cause harm to the organization's plans for future actions or for ongoing activity. As soon as Israeli intelligence and law enforcement agencies understand that a particular terror organization perpetrated an attack, deterrent activity is focused against the organization's operatives at all levels to the point of threatening to paralyze its operations, whether in a limited zone or in the entire area. For all these reasons, Palestinian terror groups do not lightly admit to carrying out such attacks.

42.     Because of the factors enumerated above, a public statement of responsibility for an attack, in the official periodical or website of an established, disciplined and hierarchical terror organization such as the PFLP, or by a senior official of the organization (here – Allam Kaabi[23]), is very credible (and is considered as such by the Israeli intelligence services and other professionals, researchers and academics who follow Palestinian affairs), since such publication

---

[23]     Kaabi was **not** charged with the Karnei Shomron bombing, was **not** pardoned for any crimes as part of his release, and there is nothing preventing Israeli law enforcement from charging him for the Karnei Shomron bombing. He thus took a great risk by publicly making this statement tying the Nablus cell under his command to the Karnei Shomron bombing, especially since he does not want to return to prison: in an interview published on the PFLP's website on October 20, 2011, Kaabi complained about having to remain in Gaza, but said that it was "a better choice than remaining in prison." See https://web.archive.org/web/20111024073523/https://pflp.ps/viewnews.aspx?id=634546965087404271 (last accessed Oct. 3, 2021).

At the request of the plaintiffs' counsel, during the month of September 2021, I attempted several times to obtain contact information for Kaabi in the Gaza Strip, such as a phone number or email address. To that end I called several PFLP offices and officials (without of course revealing my identity or the purpose of the inquiry), but I was unable to obtain contact information for Kaabi.

indicates that the organization's headquarters has approved the statement. An organization's headquarters approves such a statement only after confirming that its own operatives, generally with prior approval from headquarters, perpetrated the attack — particularly when the organization's command structure is a disciplined hierarchy, as in the PFLP.

43.     I also note that I have been unable to locate any claim of responsibility for the bombing in Karnei Shomron on February 16, 2002, by any group other than the PFLP.

## VI.     The Investigation Found That the PFLP Executed The Bombing

44.     As explained in the attached Declaration of Itzhak Ilan, dated September 14, 2020, the Israeli government agency responsible for preventing and investigating terrorist attacks in Israel and the West Bank is the Israel Security Agency ("ISA"), which in 2007 issued a report titled **Suicide Terrorists in the Current Conflict September 2000 – September 2007** ("2007 ISA Report"). A copy of the English-language translation of the 2007 ISA Report, attached to the Declaration of Itzhak Ilan, is attached hereto as **Exhibit H**.

45.     In respect to the bombing in Karnei Shomron on February 16, 2002, the 2007 ISA Report found (among other things[24]) that: "The attack was planned and executed by the PFLP

---

[24] The 2007 ISA Report also states that the PFLP "claimed responsibility for the attack." While this might appear at first glance to be mere repetition of public information, it is not. As discussed by Mr. Ilan in his Declaration, and as I know personally from my own familiarity (discussed below) with the 2007 ISA Report and many similar ISA reports, the findings stated in the 2007 ISA Report reflect the conclusions reached by the ISA through its own independent investigations, and the ISA is extremely concerned to ensure that its conclusions are accurate. Therefore, in my professional experience and opinion, the ISA would not have stated that the PFLP took responsibility for the attack, if it was not convinced that the PFLP – as an organization – had formally and officially confirmed its involvement in the attack.

military network in Qalqilya, under the direction of Raad Madi, in collaboration with the PFLP network in Nablus, headed by Ahad Oulma." *Id*. at p. 59.[25]

46.      In my opinion, this conclusion is extremely reliable for several interrelated reasons:

47.      First, these findings, i.e. that the February 16, 2002, Karnei Shomron bombing "**was planned and executed by the PFLP military network in Qalqilya, under the direction of Raad Madi, in collaboration with the PFLP network in Nablus, headed by Ahad Oulma**," are highly specific and detailed, and are clearly findings resulting from the ISA's independent investigation.

48.      Second, the fact that the ISA's conclusion regarding the PFLP's involvement was published some six years after the attack indicates that during the intervening years, the ISA found no evidence linking an organization other than the PFLP to the attack, or otherwise indicating that the PFLP was not involved.

49.      Third, in my capacity as head of the Department of Palestinian Affairs at COGAT, I received the reports and surveys of the Israel Security Agency, even at the highest level of classification (top secret – sensitive). The unclassified 2007 ISA Report reached my office as well, and I am familiar with it from my term as head of the Department for Palestinian Affairs. I was in daily contact with the ISA's research department, and I served on special-purpose teams which worked with the ISA in various fields. In my professional experience, the factual findings and conclusions contained in ISA reports and surveys, such as the 2007 ISA Report, are highly reliable and are the fruit of professional, painstaking and conscientious intelligence and investigative work.

---

[25]      As noted above, Ra'ed Madi (here transliterated as "Raad") is Ra'ed Nazal. I also note that in the English translation of the 2007 ISA Report, the Arabic name "Sadeq Abdel Hafez" is transliterated (somewhat un-phonetically) as "Zadek Abd al-Hafat." I have checked the original Hebrew version of the Report, which more accurately transliterates the Arabic as "Sadeq Abdel Hafez." Finally, the name transliterated here as Ahad Oulma, is more accurately transliterated as Ahed Gholmeh.

## VII.    The Bombing Conformed To the Policy Set By Defendants for Their Security Forces

50.    As discussed above, the mastermind of the February 16, 2002, bombing was Ra'ed Nazal-Madi ("Nazal"), who was simultaneously the head of the PFLP in Qalqilya (both the political and terrorist wings), and a Captain in the PA's security forces.

51.    In my professional opinion, Nazal's involvement in the bombing conformed to the official policy of violence and terrorism that the defendants, led by Yasser Arafat, set for the Palestinian security forces during the period of the Second Intifada (2000-2004). This conclusion has three separate but related factual bases, as set forth below.

### a.    Official Security Forces Publications Supported Terrorism

52.    The defendants operate an official agency, known as the "Political Guidance Apparatus," which is responsible for the education and ideological indoctrination of, and the inculcation of values into, the members of the PA's security and police forces. The Political Guidance Apparatus accomplishes this task primarily by publishing newspapers, magazines and journals (including *al-Shurta*, *al-Shuhadaa*, *Watani*, *Humat-Al-Areen*) – that are directed at, and distributed among, the ranks of the PA's security and police forces.

53.    During the Second Intifada (and commencing shortly beforehand), these publications consistently and repeatedly contained extremely virulent incitement to violence and terrorism against Jewish and Israeli targets, depicted Israelis and Jews as illegitimate, and preached literal self-sacrifice (i.e. kamikaze behavior) (*istishhad*).[26]

---

[26] *See, e.g.,* al-Shurta, August 2000, Volume 35, page 16 ("We have learned that the Zionist enemy understands nothing but the language of force, we have learned this through the confrontations of the Palestinian revolution, which is the praiseworthy intifada, and through the sacrifices of our leaders Abu Jihad and Abu Iyad and others. We are the people of a hundred thousand martyrs and a hundred thousand prisoners and a hundred thousand wounded. We shall continue the way of the martyrs and protect our state,

54.     As the word "Guidance" in its name suggests, the very raison d'être of the defendants' Political Guidance Apparatus is to ensure that officers and enlisted men in the Palestinian security forces – such as Ra'ed Nazal – **understand, follow and implement the official policies of the PA and PLO leadership**. Given the content of the publications issued by the Political Guidance Apparatus in the years preceding the bombing it is clear that in carrying out the Karnei Shomron bombing, Ra'ed Nazal was carrying out the policies of the defendants.

### b.  Hundreds of Security Forces Personnel Were Involved in Terrorism

55.     The conclusion that the defendants approved of the participation of their security forces personnel in terrorism is also strongly supported by the huge numbers of such personnel who were killed while carrying out terrorist attacks or imprisoned for such activities.

56.     A report issued by the ISA in 2004 found that hundreds of PA security personnel had been involved in terrorism.[27] Likewise, Muhammad Dahlan, head of the Palestinian Preventive Security Services from 1999 until 2002 and Palestinian Minister of State Security from April until September 2003, has stated during a June 16, 2007 broadcast on Al-Arabiya TV that: "Forty percent of the Martyrs in this Intifada belonged to the Palestinian security forces." And on June

---

Jerusalem is ours."). See also e.g. SHATSKY-006844 (suggesting Palestinians should devise ways to kill more Israelis and fewer Palestinians); *Id.* at SHATSKY-006845 (saluting "devoted martyrs"); SHATSKY-006881 (Palestinians engaging in the Intifada are not terrorists, but the "dirty [international] alliance" purporting to combat terrorism are hypocrites); SHATSKY-007702-03 ("[Our leadership's position must also be] that all efforts by Palestinian forces should be turned towards inflaming the popular Intifada until the image of the infamous child who challenges Israeli tanks with stones appears…"); SHATSKY-006978 ("From the Land of Palestine, we say to our mothers: 'The mother that ululates in her sons' martyrdom procession will ululate at the eternal gates of Heaven.'").

[27] *See Summary of Four Years of Confrontation – Data and Trends in Terrorism*, [Hebrew] https://www.shabak.gov.il/SiteCollectionImages/%D7%A1%D7%A7%D7%99%D7%A8%D7%95%D7%AA%20%D7%95%D7%A4%D7%A8%D7%A1%D7%95%D7%9E%D7%99%D7%9D/terror-summary-4years-new.pdf at 30-31 (last accessed on Oct. 3, 2021).

29, 2009, Ashraf Al-Ajrami, former PA Minister of Prisoners, stated on PA TV that the Palestinian Authority security forces "paid the heavy price in the second Intifada, both as martyrs Shahids and as prisoners. The largest number of prisoners are from the security forces. They are the ones who bore arms and carried out the greatest and most important operations."

57.     If the involvement of the Palestinian security forces in terrorism during the Second Intifada had not been an approved policy of the defendants, the defendants would have put an early stop to it. The fact that hundreds of such men were killed or imprisoned, over a period of several years, as a result of their participation in terrorism, can only be the result of a policy officially approved by the defendants' top leadership.

### c.   Defendants Knew In "Real Time" That Ra'ed Nazal Was Engaged in Terrorism

58.     The PA, which was monitoring Nazal, was well aware that he was the head of the Popular Front in the Qalqilya area, and that he was continuing to take part in terrorist activity, but the PA continued to employ him and to view him in a positive light.[28]

59.     Indeed, a report in Nazal's PA intelligence file, states that "**Raed Nazal belongs to the military arm of the Popular Front and there are no security-related suspicions against him**."[29] Thus, in the same breath, the PA acknowledged that Captain Nazal was a terrorist, but expressly stated that there were "no security-related suspicions against him." This, too, makes it

---

[28] *See* defendants' Bates No. 07000189, dated February 8, 2002, which expressly states as follows: "Raed Nazal, who is affiliated with the Popular Front and is a member of the Popular Front Central Committee, a fellow traveler of Abu Ali Mustafa and in charge of the military arm of the Popular Front in Qalqilya, is employed with the rank of *naqib* (Captain)." The report goes on to state that the person in question "is a member of the Popular Front and is armed," and that "the person in question is wanted by the authorities of the occupation" – **in other words, that he is active in terrorism**.

[29] *See* defendants' Bates No. 07:000178

clear that the PA approved of Nazal's terrorist activities, and that his participation in the February 16, 2002, bombing, was not an aberration or a deviation from PA policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2021

Arieh Dan Spitzen

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SHABTAI SCOTT SHATSKY, *et al.*,

Plaintiffs,

-against-                                          Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

Defendants.

---

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2.      The English-language document attached hereto captioned "**The Popular Front for the Liberation of Palestine - Struggle Communiqués**" is a full and accurate translation of the Arabic-language document which follows it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020


Yaniv Berman

MAR
06
2002



**A communiqué issued by the Abu Ali Mustafa Brigades, the armed wing of the Popular Front for the Liberation of Palestine**

O, martyr, you did not hesitate when the homeland called on you, and did not fear the enemy's bullets, or to be shrouded in a coffin.

The Abu Ali Mustafa Brigades, the armed wing of the Popular Front for the Liberation of Palestine, are delighted to take credit for the heroic operation in the Karnei Shomron settlement, carried out by one of their men, the first Guevarian hero martyr, member of the Abu Ali Mustafa Brigades, which resulted in the death and injury of dozens of ragtag settlers

**Martyr Sadeq Ahed Abd al-Hafez**

Son of steadfast Qalqilya, who insisted on detonating himself and turning his body into fire that would burn the enemies. This suicide operation was a reaction to the chain of criminal assassinations and to Sharon's terroristic policy. It proved our insistence to continue the struggle, using all means and striking in all places, until we liberate Palestine and sweep away the occupation. We warn Sharon, the criminal, that there will be dozens of Guevarian suicide bombers. Wait and you shall see.

The enemies thought us to be sticks broken when trod upon, but we are sticks that explode time and again when oppressed. To honor our martyr hero, we announce the formation of a military group carrying the name of the hero martyr Sadeq Abd al-Hafez.

**Glory and immortality to our righteous martyrs, shame and disgrace on collaborators and defeatists. No doubt, we shall be victorious.**

The Abu Ali Mustafa Brigades
The armed wing of the Popular Front for the Liberation of Palestine
2/16/2002

Home

Know the Front

Media Statements

Struggle Communiqués

Popular Communiqués

Leaders

Posters

Immortals List

Articles

Front's Activities

Contact

The Popular Front for the Liberation of Palestine, Struggle Communiqués

| http://www.pflp-palestine.org/pprf/pprf16022002.html | MAR |
|---|---|
| | 06 |
| | 2002 |

http://www.pflp-palestine.org/pprf/pprf16022002.html　Go　FEB　**MAR**　JUN

◀　**06**　▶

2001　**2002**　2003

15 captures

6 Mar 2002 - 13 Dec 2004

▼ About this capture



### الجبهة الشعبية لتحرير فلسطين
### Popular Front For Liberation of Palestine

بيان صادر عن كتائب الشهيد أبو علي مصطفى
الجناح العسكري للجبهة الشعبية لتحرير فلسطين

يا شهيداً ما تردد حين ناداه الوطن　　لا يخشى رصاص الأعادي ولا لفاف الكفن

تزف إليكم كتائب الشهيد أبو علي مصطفى / الجناح العسكري للجبهة الشعبية
لتحرير فلسطين بشرى إعلانها لمسؤوليتها عن العملية البطولية التي قام بها أحد
عناصرها الشهيد البطل الجيفاري الأول ، ابن كتائب الشهيد أبو علي مصطفى في
مستوطنة كارني شمرون والتي أسفرت عن قتل وإصابة العشرات من رعاع
المستوطنين :

## الشهيد صادق عاهد عبد الحافظ

ابن قلقيلية الصمود الذي أبى إلا أن يفجر نفسه ويجعل من أشلائه لهباً يحرق
الأعداء ، وتأتي هذه العملية الاستشهادية رداً على مسلسل الاغتيالات الإجرامية وعلى
سياسة شارون الإرهابية ، وإصراراً منا على مواصلة الكفاح بكافة أشكاله وعلى جميع
الأصعدة حتى تحرير فلسطين وكنس الاحتلال ، كما ونبشر المجرم شارون أن هناك
العشرات من الجيفاريين الاستشهاديين ، وأن غداً لناظره لقريب.

لقد ظن الأعداء أننا عيدان إذا ديست تتكسر ، نحن عيدان إذا قهرت تتفجر تتفجر
تتفجر ... وتكريماً منا لشهيدنا البطل ، نعلن عن تكوين مجموعة عسكرية تحمل اسم
الشهيد البطل صادق عبد الحافظ.

المجد والخلود لكل شهدائنا الأبرار ، والخزي والعار للعملاء والمتخاذلون
وإننا حتماً لمنتصرون

كتائب الشهيد أبو علي مصطفى
الجناح العسكري للجبهة الشعبية لتحرير فلسطين
16/2/2002

**Right sidebar menu:**

الصفحة الرئيسية
تعريف بالجبهة
تصريحات صحفية
بيانات كفاحية
بيانات جماهيرية
رموز قيادية
ملصقات
سجل الخالدين
مقالات
نشاطات الجبهة
راسلنا

http://www.pflp-palestine.org/pprf/pprf16022002.html    Go

15 captures
6 Mar 2002 - 13 Dec 2004

الصفحة السابقة

FEB    MAR    JUN
◀    06    ▶
2001    2002    2003

About this capture



www.archive.org
415.561.6767
415.840-0391 e-fax

Internet Archive
300 Funston Avenue
San Francisco, CA 94118

# AFFIDAVIT OF ELIZABETH ROSENBERG

1.  I am a Records Request Processor at the Internet Archive, located in San Francisco, California. I make this declaration of my own personal knowledge.

2.  The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3.  The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4.  The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5.  The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). A web browser may be set such that a printout from it will display the URL of a web page in the printout's footer. The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6.  Attached hereto as Exhibit A are true and accurate copies of browser printouts of the Internet Archive's records of the archived files for the URLs and the dates



specified in the footer of the printout or an attached coversheet (in the case of records for which a browser does not provide a ready option to print a URL in the footer, e.g., in the case of a PDF file).

7.  I declare under penalty of perjury that the foregoing is true and correct.


DATE: 08/20/2020                          _Elizabeth Rosenberg_
                                          Elizabeth Rosenberg

# Exhibit A

http://www.pflp-palestine.org/pprf/pprf16022002.html    Go

15 captures
6 Mar 2002 – 13 Dec 2004

FEB  MAR  JUN
     06
2001  2002  2003

About this capture



الجبهة الشعبية لتحرير فلسطين
Popular Front For Liberation of Palestine

<div dir="rtl">

صفحة الرئيسية
تعريف بالجبهة
تصريحات صحفية
بيانات كفاحية
بيانات جماهيرية
رموز قيادية
ملصقات
سجل الخالدين
مقالات
نشاطات الجبهة
راسلنا

**بيان صادر عن كتائب الشهيد أبو علي مصطفى
الجناح العسكري للجبهة الشعبية لتحرير فلسطين**

**يا شهيداً ما تردد حين ناداه الوطن      لا يخشى رصاص الأعادي ولا
لفاف الكفن**

تزف إليكم كتائب الشهيد أبو علي مصطفى / الجناح العسكري للجبهة
الشعبية لتحرير فلسطين بشرى إعلانها لمسؤوليتها عن العملية البطولية التي قام
بها أحد عناصرها الشهيد البطل الجيفاري الأول ، ابن كتائب الشهيد أبو علي
مصطفى في مستوطنة كارني شمرون والتي أسفرت عن قتل وإصابة العشرات
من رعاع المستوطنين :

# الشهيد صادق عاهد عبد الحافظ

ابن قلقيلية الصمود الذي أبى إلا أن يفجر نفسه ويجعل من أشلائه لهباً
يحرق الأعداء ، وتأتي هذه العملية الاستشهادية رداً على مسلسل الاغتيالات
الإجرامية وعلى سياسة شارون الإرهابية ، وإصراراً منا على مواصلة الكفاح
بكافة أشكاله وعلى جميع الأصعدة حتى تحرير فلسطين وكنس الاحتلال ، كما
ونبشر المجرم شارون أن هناك العشرات من الجيفاريين الاستشهاديين ، وأن غداً
لناظره لقريب.

لقد ظن الأعداء أننا عيدان إذا ديست تتكسر ، نحن عيدان إذا قهرت تتفجر
تتفجر تتفجر ... وتكريماً منا لشهيدنا البطل ، نعلن عن تكوين مجموعة عسكرية
تحمل اسم الشهيد البطل صادق عبد الحافظ.

**المجد والخلود لكل شهدائنا الأبرار ، والخزي والعار للعملاء
والمتخاذلون**

</div>

8/20/2020

http://www.pflp-palestine.org/pprf/pprf16022002.html | Go

15 captures
6 Mar 2002 – 13 Dec 2004

FEB **MAR** JUN
◀ **06** ▶
2001 **2002** 2003

▼ About this capture

كتائب الشهيد أبو علي مصطفى
الجناح العسكري للجبهة الشعبية لتحرير فلسطين
**16/2/2002**

[الصفحة السابقة]

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al*.,

                                        Plaintiffs,

                        -against-                                        Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

                                        Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.        I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2.        The English-language document attached hereto on which appears the caption "**They Open the Gate of the Sun With Their Blood**" is a full and accurate translation of the Arabic-language document which follows it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020


                                                    Yaniv Berman



The *shahid* [martyr], hero, *istishhadi* [one who performs an act of martyrdom]

Comrade Sadeq Ahed Abd al-Hafez

The Martyr, National Leader Abu Ali Mustafa



We swear we'll turn the earth of Gaza into fire, and burn the legs of the Zionist conquerors above it.

The *istishhadi* [one who performs an act of martyrdom] - Fuad Khadr Abu Sariya

Member of the Martyr Abu Ali Mustafa Brigades Executer of the *Amaliya Istishhadiya* [Act of Martyrdom] in the Nahal Oz Settlement.

**They Open the Gate of the Sun With Their Blood**

It is no longer possible to live among the checkpoints, the showers of bullets, the shells falling upon the children's rooms, and the rockets that caw like ravens in the sky above. It has become futile to grumble or curse vehemently, for it is nothing more than letting off steam, blown away by the wind thereafter. This is the reason young men are exploding - truly out of anger and desire for salvation. Body parts scatter all around, and the blood spills red like anemones, so that Palestine will shine in its spring and the smoke of their tanks will dissipate, the darkness of their conquest be lifted, and thus the sun of our freedom will rise.

Sadeq Abd al-Hafez, you did not have more than the famished. Have all the worries of the world settled in you until you exploded among them? You were truly honest[1] in your faith in the freedom of the people, and in the desire for a little piece of bread that is not immersed in disgrace or in the blood of people.

Blessed be you, O *Istishhadiyun* [those who perform acts of martyrdom]; Blessed be you, O heroes; Blessed be you, the living.[2]

---

[1] Translator's note: the Arabic word for 'honest' is Sadeq, which is the name of the "martyr", Sadeq Abd al-Hafez.

[2] Translator's note: Palestinian martyrs are sometimes referred to as "living martyrs", as they live on in the memories of the people.




الاستشهادي البطل / فؤاد خضر أبو سرية
ابن كتائب الشهيد أبو علي مصطفى
منفذ العملية الاستشهادية في مستوطنة - ساحل الجوز

الشهيد البطل الاستشهادي
الرفيق صادق عاهد عبد الحافظ

# بدمهم يفتحون
# باب الشمس

لم يعد للحياة متسع بين الحواجز، وزخات الرصاص، بين القذائف الساقطة على غرف الأطفال، وبين الصواريخ الناعبة كالغربان في سماء البلاد.  لم يعد، للتافف وكيل اللعنات، فائدة، فهي ليست أكثر من فشة خلق، يطيرها الريح، لهذا يتفجر الشباب حقا من الغيظ، وتوقا للخلاص، تتناثر الأشلاء، ويهرق الدم قانيا كشقائق النعمان، لتزهر فلسطين في ربيعها، وينقشع دخان دباباتهم، ليل احتلالهم، لتبزغ شمس حريتنا.

صادق عبد الحافظ، لم يكن لك أكثر من النياع، هل سكنتك كل هموم الدنيا حتى تفجرت فيهم، فقد كنت صادقا حقا، في إيمانك بحرية الشعب، وبلقمة خبز غير مغموسة بالذل، أو بدم الناس. فطوبى لكم استشهاديون طوبى لكم أبطالا، وطوبى لكم أحياء.

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al.*,

                              Plaintiffs,

            -against-                                    Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

                              Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2.      The English-language document attached hereto captioned "**The Founding Comrade Greets the Family of the *Shahid* [Martyr] Sadeq Ahed**" is a full and accurate translation of the two items on the lower half of the Arabic-language document which follows it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020

                                        Yaniv Berman

---------------------------------------

**The Founding Comrade Greets the Family of the *Shahid* [Martyr] Sadeq Ahed**

The founding comrade, Dr. George Habash, sent a telegram to the family of the heroic *shahid* [martyr] Sadeq Ahed, in which he greeted the *shahid* and his family and wrote: "The heroic and quality operation, committed by the heroic *shahid*, came in defense of the rights and as a result of the destruction, death and assassination from which our people suffers".

Habash added: "The heroic *shahid* [martyr] gave a good and instructive example of the heroic resistance path, and an example of how to restore the Palestinian dignity. The heroic act executed by the *Shahid* Sadeq will remain eternal and will set an example for the forthcoming heroic actions in the path leading to liberation".

**And Greeted the Family of the *Shahida* [female martyr] Wafa Idris**

Habash also greeted the family of the *shahida* [female martyr] Wafa Idris and wrote: "I am sending you words of greeting and not words of condolences for the great honor that your daughter has received. The *shahida* gave us life and her name will remain eternal thanks to her heroic act of martyrdom. She was as she wanted to be – loyal to her homeland and to her people and she set an example for the fighting Palestinian woman, side by side with the *Shahidat* [female martyrs] Dalal al-Maghrabi, Raja Abu Amasha, Lina al-Nablusi, Taghrid al-Batma and Sanaa Muhidly

**The Comrade Secretary General Greets the Family of the *Istishhadi* – the Comrade Sadeq 'Ahed**

Comrade Ahmed Sa'adat sent a telegram to the family of the *istishhadi* [one who performs an act of martyrdom] Sadeq Ahed, the hero of the Karnei Shomrom operation, and wrote: "With all pride, I, my comrades in the bases and leadership of the PFLP and all the national Palestinians and Arabs, received the news, according to which your son, the knight, infiltrated into the Karnei Shomron settlement. In doing so, he implemented the values and the role of the vanguard comrade, who leads the columns and takes the initiative".

Al-Hadaf – Palestine – First Year – Eighth Issue, February 2002.

.

The comrade secretary general emphasized in his telegram how proud he was of the comrade *shahid* [martyr], and of his promise and of all the *shuhada* [martyrs] who were committed to the way of the resistance and the Intifada, and adhered to all the eternal values and meanings that his pure blood was spilled for".

The comrade concluded his telegram by saying: "I hold the hands of all of you. I express my condolences and I promise to the *shahid* [martyr] to continue in the path."

**And Greets the Family of the *Shahid* Majed Abu Sa'ada**

The comrade greeted also the family of the *Shahid* [martyr] Majed Abu Sa'ada and repeated his promise to continue marching for free Palestine, which requires many sacrifices.

# الرفيق المؤسس الدكتور جورج حبش يعزي آل الرزاز بالفقيد الكبير

السيدة والدة الفقيد الكبير

السيدة عقيلة الراحل الكبير

اخوة الفقيد وأبنائه

وآل الرزاز الكرام

ببالغ الأسى والحزن تلقينا نبأ الرحيل المبكر للروائي والأديب العربي مؤسس الرزاز، الذي نذر حياته وأدبه وقلمه في سبيل القضايا القومية لأمتنا العربية، وفي سبيل فلسطين، والذي كتب عن مأساة الإنسان العربي. وكون نموذجا صادقا في تصويره للنضال السياسي كروائي وأديب التزم بقضايا الأمة العربية، عبر تشخيصه التناقضات الفكرية والسياسية والاجتماعية في مجتمعنا العربي.

لقد كان فقيدنا الأديب مؤنس في قلب المشهد الثقافي العربي روائيا مؤثرا وواضحا. وقدم نتاجه الأدبي الروائي صورة مضيئة تعكس الواقعية للحياة العربية ببعديها الإنساني والقومي. ومؤنس بقامته المبدعة وصل إلى تخوم المشهد الثقافي، وجعل له فضاءا روائيا مشرفا يتطلع إلى المستقبل وللأجيال القادمة متأثرا بوالده، وهو الابن البار لصديقي وأخي المفكر القومي العربي الراحل منيف الرزاز، طيب الله ثراه.

ومؤنس، الكاتب العربي المرموق، بلغ بآثاره الأدبية المبدعة إلى قمم المشهد الثقافي العربية، وقدم رؤيته وأفكاره. ويأتي الرحيل المفاجئ في سن مبكرة وفي ظروف بالغة الصعوبة، وهو الذي كان شاهدا على حصار شعبنا الفلسطيني، وحمل كثيرا من الأدباء هموم انتفاضة شعبنا في فلسطين المحتلة،

مدافعا عن الحقيقة التاريخية، كما كان شاهدا في هذا العصر على حرب الإبادة الصهيونية الشرسة ضد شعبنا.

لقد خسرت الثقافة العربية برحيله واحدا من رموزها الأدبية وواحدا من قاماتها الروائية المبدعة.

باسمي واسم عقيلتي أقدم التعازي الحارة إلى عائلة الفقيد في هذا المصاب الجلل. وللفقيد الرحمة ولكم من بعده طول البقاء، ونرجو من الله ان يلهمكم الصبر والسلوان.

دمتم للحياة...

أخوكم د. جورج حبش
مؤسس الجبهة الشعبية لتحرير فلسطين
وعقيلته هيلدا حبش

---

## الرفيق المؤسس يحيي أسرة الشهيد صادق عاهد.

أرسل الرفيق المؤسس د. جورج حبش، برقية إلى أسرة الشهيد البطل صادق عاهد حيا فيها الشهيد وأسرته، قائلا «إن العملية البطولية والنوعية التي نفذها الشهيد البطل تأتي في سياق الدفاع عن الحق، وما يتعرض له شعبنا من تدمير وقتل واغتيالات».

وقال الرفيق المؤسس:«لقد قدم الشهيد البطل مثالا ضاربا وارئعا عن خيار المقاومة الباسلة، وكان نموذجا لاستعادة الكرامة الفلسطينية، وسيبقى الفعل البطولي الذي نفذ الشهيد صادق خالدا ونموذجا يحتذى به لبطولات قامة في سبيل التحرر».

## ويحيي أسرة الشهيدة وفاء إدريس.

كما حيا أسرة الشهيدة البطلة وفاء إدريس، قائلا:«أبعث إليكم بكلمات التهنئة وليس التعزية على الشرف العظيم الذي نالته ابنتكم، لقد منحتنا الشهيدة الحياة، وسيبقى اسمها خالدا يفعلها البطولي الاستشهادي  فقد كانت كما تريد وفية لوطنها ولشعبها، ونموذجا للمرأة الفلسطينية المناضلة إلى جانب الشهيدات دلال المغربي ورجاء أبو عماشة، وايمنا التابلسي، وتغريد البطمة وسناء محيدلي».

---

## الرفيق الأمين العام يحيي أسرة الرفيق الاستشهادي صادق عاهد

أبرق الرفيق أحمد سعدات إلى أسرة الاستشهادي صادق عاهد، بطل عملية (كارني شمرون) قائلا:« بكل الفخر والاعتزاز تلقيت رفاقي في قواعد وقيادات الجبهة الشعبية لتحرير فلسطين وكل الوطنيين الفلسطينيين والعرب نبأ إقدام ابنكم الفارس الشهيد على اقتحام مستوطنة كارني شمرون، مجسدا قيم ودور الرفيق الطليعي الذي يتقدم الصفوف مبادرا.».

وآكد الرفيق الأمين العام في برقيته على اعتزازه بالرفيق الشهيد، وعهده وكل الشهداء، على الالتزام نهج المقاومة والانتفاضة والتمسك بكل المعاني والقيم الخالدة التي جسدها دمه الطاهر.

واختتم الرفيق برقيته، لأسرة الشهيد بقوله:«أشد على أيدي الجميع فيكم، وأتقدم منكم بخالص العزاء وعهدا للشهيد على مواصلة الطريق.»

## ويحيي أسرة الشهيد ماجد أبو سعدة

كما حيا الرفيق أسرة الشهيد ماجد أبو سعدة، مؤكدا عهده على مواصلة الدرب من أجل فلسطين الحرة التي تحتاج إلى كثير من التضحيات.

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al.*,

                                Plaintiffs,

                -against-                                Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

                                Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2.      The English-language text appearing in the document attached hereto is a full and accurate translation the Arabic-language text which appears on the document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020

                                Yaniv Berman

**The Popular Front for the Liberation of Palestine escorts its heroic self-sacrificing martyr Sadeq Ahed Abd Al-Hafez [to his celestial wedding]**



**Hero of the Karnei Shomron martyrdom operation**

# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al.*,

Plaintiffs,

-against-                                          Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

Defendants.

### DECLARATION OF YANIV BERMAN

     I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

     1.     I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

     2.     The English-language document attached hereto on which appears the caption, "**The *shahid* [martyr], comrade, hero: Sadeq Ahed Abdel Hafez**" is a full and accurate translation of the text of the memorial page on the Arabic-language document which follows it.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020


Yaniv Berman

[http://pflp.ps/khaldeen.php?id=1058. Site accessed on July 17, 2012]





The *shahid* [martyr], comrade, hero: Sadeq Ahed Abdel Hafez

Date of *istishhad* [act of martyrdom]: February 2, 2002

The comrade was born in Qalqilya and became one of the cadres of the Union of Secondary Student Committees.

He perpetrated an *amaliya istishhadiya* [act of martyrdom] in the settlement Karnei Shomron near Qalqilya, killing two Zionist soldiers and injuring 30.

Tuesday, July 17, 2012



تاريخ الاستشهاد : **الشهيد الرفيق البطل : صادق عاهد عبد الحافظ**

16-02-2002

هام

الجبهة الشعبية لتحرير فلسطين
Popular Front for the Liberation of Palestine

في ورشة عمل: عبد العال نحن نريد أوسع الوصي الفلسطيني في لبنان

في ذكرى عسلان: مجلة الهدف: أن الأوان لإعلاء وحدة البرنامج والهدف والمقاومة

اتحاد الشباب يهمن حزب النهج الديمقراطي بنجاح مؤتمرهم رغم محاولات النظام افشاله

الجبهة: الشباب التقدمي نظم يوماً ترفيهياً

الشعبية تدير البلح تنظم حفل تكريم لمجموعة من الرفاق

http://pflp.ps/Khaldeen.php?id=1058

ولد الرفيق في قلقيلية وكان الرفيق أحد كوادر اتحاد لجان الطلبة الثانويين. نفذ عملية الاستشهادية في مستوطنة كافي شمرون قرب قلقيلية مما أدى الى مصرع جنديين صهيونيين و30 جريحاً.



Tuesday, July 17, 2012



مشاهدات : 263

f Share 🐦 Tweet 0

👍 Like 📧 Send

■ تعليقات الزوار

Comment using... ▶

Add a comment...

f Facebook social plugin

**عن الجبهة**
- الخلفية والتأسيس
- لماذا أنشىء الجبهة
- البرنامج السياسي
- الرؤية التنظيمية
- الوثيقة السياسية
النظام الداخلي

**الاخبار**
أخبارنا
أخبار فلسطينية
أخبار الأسرى
أخبار العدو

**وسائط**
المكتبة الإلكترونية
معرض الصور
ملفات صوتية
فيديو

السقاط والكمين
ساحات وتصريحات
سمنار
حوارات

**سجل الخالدين**

**تابعونا على**
f FaceBook
🐦 Twitter
▶ Youtube

جميع الحقوق محفوظة محفوظة
PFLP
المكتب الإعلامي - فلسطين   2012 ©

عبدالله ابراهيم

الحرية للمناضل حول ابراهيم

بحث 🔍

**مقالات وآراء**

احتجاجات سلمية سودانية
مطعم الروح..  15-Jul

عبد الحميد السلطي
سمورات هل نصحح دولة
والشلة
علي حرباك  14-Jul

حصحجات الأسرى - أ
دينيسيد عبدالحق  14-Jul

يسمعه عروك وفاض ذكى
الهريمي  14-Jul

ب فايز سمن
تفريغات 2005 هي قرار ياسمس
الله حالة لبنانية  14-Jul

يونس سبيعان
الاحتلال وتسوية الاستيطان
جدد عبدلي  14-Jul

أنس عبدلي  13-Jul
التهودة من أطفاق إسلو
وخطة فك الارتباط

Tuesday, July 17, 2012



ماجد عايد

◄ حوارات

▼ عربات عبد العال : نهر النار لا تلغ عن تحذ عرض

◄ سجل الطالبين

الذكرى السنوية 41 لا لاستشهاد الرفيق

الطار : الهادي ريما

عدد الشهداء في السجل : 1014

• الأكثر قراءة خلال الاسبوع

الصهاينة يعيدون حزب الدوحة الدبمقراطي على سجلات مقتصعهم رغم مجابهات النظام أفشناله
2012-07-16

درك أن عصبة المنتقب هيمي هبو كاتب
الصهاينة : عباس كمنكي عملاسة النقد الجنرى لما
2012-07-10

Tuesday, July 17, 2012



المعاملة الفلسطينية لبلدى
خالد نعيم كنابها
2012-07-14

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al.*,

                              Plaintiffs,

            -against-                                    Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

                              Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2.      The English-language document attached hereto on which appears the caption, "**Qalqilya branch of the PFLP Commemorates Hero Shahid Sadeq Abd al-Hafez**" is a full and accurate translation of the text of the Arabic-language announcement which follows it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020


Yaniv Berman

 **The Popular Front for the Liberation of Palestine**

Home page / News of the Left and the Progressive Forces

## Qalqilya branch of the PFLP Commemorates Hero *Shahid*[1] Sadeq Abd al-Hafez

Published on 17 Feb. 2014 | 00:00

The Qalqilya district branch of the Popular Front for the Liberation of Palestine commemorated the martyrdom of its heroic son, "son the Abu Ali Mustafa Brigades" (Sadeq Abd al-Hafez), during a national convention that the *shahid's* family and relatives attended, as well as national male and female figures. Many members of the *shahid's* family, the tribal elder of the Zeid tribe, and relatives and friends of the *shahid* welcomed visitors at the home of the *shahid's* family in the city of Qalqilya. During the event, a representative of the Popular Front spoke about the *shahid's* life and exploits. A series of photographs in memory the *shahid* were presented and handed to the *shahid's* family and young men from his neighborhood, which was decorated with pictures of the *shahid*.

It is noteworthy that the hero *istishhadi*[2] *shahid* Sadeq Abd al-Hafez, was killed in the course of a martyrdom operation[3] he carried out in a supermarket in the usurped community of Karnei Shomron, located to the east of Qalqilya. As a result of the operation, two settlers were killed and over thirty were injured.

The Zionist occupation forces are holding the *shahid's* body in the so-called Cemetery of Numbers and refuse to hand over the body to his family members, despite requests made by family members and human rights organizations.

---

[1] Translator's note: *Shahid* is a person who perpetrates a suicide attack for the sake of Allah.

[2] Translator's note: There is no fundamental difference between the words *istishhadi* and *shahid*. Both essentially refer, in this context, to a person who perpetrates a suicide attack for the sake of Allah.

[3] Translator's note: Martyrdom Operation – in Arabic: *Amaliya Istishhadiya*, which literally means an operation perpetrated by an *istishhadi* (a person who perpetrates a suicide attack for the sake of Allah).





الجبهة الشعبية لتحرير فلسطين

الرئيسية / أخبار اليسار والقوى التقدمية

## الشعبية بقلقيلية تحي ذكرى الاستشهادي البطل الشهيد صادق عبد الحافظ

نشر 17 فبراير 2014 | 00:00



حجم الخط   

أحيت الجبهة الشعبية لتحرير فلسطين في محافظة قلقيلية ذكرى استشهاد ابنها البطل " ابن كتائب الشهيد ابو علي مصطفى" (صادق عبد الحافظ ) وذلك خلال لقاء وطني ضم عائلة الشهيد وأقاربه وشخصيات وطنية ونسوية. وكان في استقبال الحضور حشد من عائلة الشهيد ومختار عشيرة ال زيد واقارب واصدقاء الشهيد وذلك في منزل عائلة الشهيد الكائن في مدينة قلقيلية تحدث خلاله ممثل الجبهة الشعبية عن حياة الشهيد ومآثره. وقُدمت مجموعة من الصور لتخليد ذكرى الشهيد وتوزيعها على ذوي الشهيد وابناء حارته حيث تم تزيين المكان بصور الشهيد. يذكر ان الاستشهادي الشهيد البطل صادق عبد الحافظ استشهد خلال عملية استشهادية نفذها داخل سوبر ماركت في مغتصمة كارني شمرون الى الشرق من مدينة قلقيلية حيث قتل فيها اثنان من المستوطنين واصيب اكثر من ثلاثين,وما زالت قوات الاحتلال الصهيوني تحتجز جثمان الشهيد ضمن ما يسمى مقبرة الارقام وترفض تسليم جثمانه لذويه رغم المطالبات المستمرة من قبل ذويه ومؤسسات حقوق الانسان .

### اقرأ أيضاً



حمل اسم فوج " الرفيق الراحل" وسام عبد الكريم"/ الشعبية في محافظة الشمال تُكرم كوكبة من طالبات وطلبة الثانوية



الجبهة الشعبية تقدم برقية تعزية بوفاة المناضل عبد المجيد بن جديد مسؤول العلاقات الخارجية في جبهة التحرير



حمل اسم فوج " الشهيد وسام عبد الكريم "/ الشعبية في الوسطى تُكرم كوكبة من طلبة الثانوية المتفوقين

# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, *et al.*,

Plaintiffs,

-against-                                                    Civil Action No. 08-496 (RJL)

THE SYRIAN ARAB REPUBLIC, et al.,

Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2.      The English-language document attached hereto is a full and accurate translation of the complete Arabic-language audio track of the audiovisual recording which is currently available for viewing at

https://www.youtube.com/watch?v=yGMYrqDMNOU&feature=youtu.be

and was available for viewing as of July 16, 2017 at:

https://www.facebook.com/PFLPinformationoffice/videos/1042926575811847/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 16, 2020

_____
Yaniv Berman

Kaabi: … Some of the comrades were killed. The operation was announced but did not create much of a stir. Other factions tried to claim responsibility for the operation, but it is proven that the comrades were responsible for it.

Interviewer: Yes.

Kaabi: It was the last operation of the Popular Resistance Forces, on the day the martyr Comrade Abu Ali Mustafa was assassinated… two, or three hours after he was assassinated in cowardly fashion by the Zionist occupation forces.

Interviewer: Yes. Comrade Allam, we have mentioned the Popular Resistance Forces – Let's talk about the reason for the outbreak of the Second Intifada – the main reason for the sudden uprising of our people against the enemy, what was it?

Kaabi: I think that the most reasonable explanation is the withdrawal of the Zionist occupation from South Lebanon in '95, which contributed to the morale and to the firm conviction that resistance is capable of liberating a homeland. It was a slap to those who promoted the idea that resistance will be of no use against the Zionist occupation. I also think that the capitulatory solution which the executive leadership in the PLO tried, proved useless and unsuccessful. This is especially true, seeing that between 1993 and 2000, 7 years… two years passed since the agreement in which they talked about, or since the end of the interim solution, which was supposed to last five years and end in 1998, and be followed by serious negotiations, to come up with solutions regarding the state, the capital city, the refugees, and all critical issues pertaining to the basic Palestinian rights. However, Israel as usual, used the Oslo Accords as a cover-up for negotiations for the sake of negotiations. This farce is still going on today, proving that the Zionist occupation

1

only understands the language of force and the language of resistance. Moreover, Arafat also made an attempt to pressure some parties into starting a time-limited, containable intifada in order to bring about…

Interviewer: A change in the situation?

Kaabi: More of an upheaval than an intifada, in an attempt to achieve two goals: the first was to send a message to the international community and the second was for this upheaval to serve as an outlet for the Palestinian people, who were furious at the corruption of the [Palestinian] Authority, at its policies and practices.

However, the leadership of the [Palestinian] Authority was surprised to find out the Palestinian people was indeed very furious. Its fury was directed at the Zionist occupation for a number of reasons that I have already mentioned: the [Palestinian] Authority practices against the Palestinian people, the Oslo lie, the fruitless negotiations, and the Palestinian belief that we were not less capable than Hezbollah and the Lebanese resistance that liberated South Lebanon from the Zionist occupation.

Interviewer: Comrade Allam, you had a role during the Intifada, at the beginning of the Intifada, at its outbreak, you had a role with the Popular Resistance Forces and also with the Popular Front generally. You mobilized the furious youth to confront the enemy. Please tell us about that role at the beginning of the Intifada.

Kaabi: The good thing about the Popular Front is that it has revolutionary foundations and that its members are willing to give and sacrifice. This is what makes the Popular Front for the Liberation of Palestine unique – its foundations are

based on giving, sacrifices and confrontation.

It is no secret that due to our abilities, we couldn't recruit the dozens and hundreds of people, who came to us in groups and asked to join the military apparatus of the Popular Front in the West Bank. We couldn't recruit all those people, regardless of all our attempts, because great capabilities were required, great efforts and a huge capacity for taking in the whole human resource consisting of the comrades, who trooped in in order to join the ranks of the military apparatus.

We did our best to make use of all these available resources. We, in the Popular Front, do not wish to concentrate on the military activity only. We have a lot of methods. Using varying methods is very useful in achieving your goals.

We tried to select the best of those comrades and integrate them in that field, those who had experience, and experience in interrogations, or security-related experience. We concentrated on villages because the villages in the West Bank have more contact with the [Jewish] settlements and are nearer to the contact lines, checkpoints and bypass roads, etc.

If you read about the experience of the comrades in the Abu Ali Mustafa Brigades, you will find that the majority of our comrades are residents of villages adjacent to central cities, which are located near the settlements, bypass roads and military bases of the Zionist army.

This is also a firm conviction of the comrade leader Ahmad Saadat, who believes that the Front becomes stronger in times of difficulty, because the position of our comrades who form the rank and file of the Front is more revolutionary than that of many, who claim to be the spearhead of the revolutionary activity.

Interviewer: By the way, let's send a greeting to our comrade Abu Ghassan [Ahmad Saadat] who is now in the occupation jail. Comrade Allam, the most memorable event that shocked the Palestinian people was the assassination of the martyr leader Abu Ali Mustafa. What made the enemy consider the assassination of leader

Abu Ali Mustafa? I mean, what did this entity [Israel] see in him?

Kaabi: First, we have to understand that the Zionist occupation understood the messages the leader Abu Ali Mustafa had been sending it from the very beginning. I do not rule out the possibility that the Zionist enemy showed leniency and allowed comrade Abu Ali Mustafa into the homeland because the Zionist enemy had already planned the idea that comrade Abu Ali Mustafa would enter, but would leave this place only as a martyr. Abu Ali Mustafa led a resistance project on different levels. As I told you, the Zionist occupation followed and traced every single message by comrade Abu Ali Mustafa, whose priority was to rehabilitate the military activity and the armed resistance against the Zionist occupation.

Moreover, we cannot deny the important political role of the resistance, and the open political battle which comrade Abu Ali Mustafa fought against the ardent advocates of the Oslo Accords and the executive leadership of the PLO.

Shortly before his martyrdom, he sought to – and shortly before the Intifada too – he sought to formulate a national, apolitical resistance program, against the Oslo Accords and their consequences.

We also cannot deny the fact that the Zionist occupation managed to identify that the comrades planted a bomb inside a watermelon on a Zionist bus in Jerusalem. The Zionist intelligence was able to make the connection between that incident and the method used by the Front in Lebanon during the period in which the martyr leader Abu Ali Mustafa led the military activity of the Front outside Palestine. They determined that the person who manufactured the [booby trapped] watermelon was comrade Abu Ali Mustafa. The comrade who was in charge of planting the watermelon on the bus made a mistake. He did not pull the cord of the timer and the watermelon did not explode. Based on that, the Zionist intelligence managed to determine that the person who manufactured the watermelon and filled it with the explosive charge was the martyr comrade Abu Ali Mustafa; particularly since the

Zionist occupation had a bitter recollection of that method, which was used by the Front in Lebanon. They made the connection between the watermelon that was discovered on a bus in Jerusalem and the improvised explosive devices that comrade Abu Ali Mustafa used to make, paying attention to the smallest details.

The Israeli intelligence determined their target because comrade Abu Ali Mustafa was a real threat to the security of the Zionist entity and its eradicative plans. Therefore, Israeli intelligence had no choice but to recommend the assassination of the first Palestinian leader to be assassinated during the Second Intifada, thinking that by assassinating comrade Abu Ali Mustafa they would thwart the resistance and the ideas that comrade Abu Ali Mustafa advocated. However, things proved otherwise.

Interviewer: Let's move on to the reaction of the military apparatus to the assassination of the Secretary General. You mentioned earlier that two hours after the assassination of Abu Ali Mustafa a number of comrades assassinated, killed a rabbi. In general, how did the military apparatus and the leaders of the military apparatus of the Popular Front receive the news?

Kaabi: No doubt that Abu Ali Mustafa was cherished for his high human qualities, modesty, love of others as well as his political weight and position within the organization. All these factors combined made his assassination come as a shock to all comrades and to all honest Palestinian people. I personally was asleep when comrade Abu Ali Mustafa was assassinated. My mother, who was in Jordan, called me. She was in a state of shock. She cried and asked me what I was doing. I told her that I had been sleeping, and she told me: "they assassinated your man". I asked her: "Who is our man?" She said: "Turn on the TV and you'll know." When I turned on the TV it was a total shock to find out that comrade Abu Ali Mustafa was already among the martyrs. I will be honest with you, we are human – all honest members

of the Front had thoughts and felt a real danger threatening the body of the Front and its future, because comrade Abu Ali Mustafa was viewed as the pillar of the Front on all levels. We respect all leaders and all comrades in the Front, but there are comrades who are the cornerstone, unrivalled comrades. We are talking about one of the founders of the Popular Front, who had fought a long struggle against the Zionist occupation.

The first reaction was that the comrades gathered and planned an immediate, direct and painful response against the Zionist occupation. As I have mentioned, that operation involved a great, unprecedented risk. The preparation was not done properly because it was a result of the comrades' desire to prove to the Zionist occupation that we were all Abu Ali Mustafa and that the blood of the martyr Abu Ali Mustafa would not go in vain

Interviewer: … and that resistance would not cease.

Kaabi: The Front would pay back twofold. The first message was the execution of that operation by the Nablus cell. It could have cost the lives of all the members of the cell that executed that mission as a result of the quick reaction. This is a proof of the high spirit and [sic.] of the comrades toward martyrdom, giving and sacrifice. As I mentioned, tomorrow is the anniversary of the martyrdom of the two comrades Jibril and Fadi. Jibril and Fadi were two of the comrades who participated in that operation and refused to be arrested. They confronted the occupation forces until the last bullet and the last drop of blood. They had the chance to surrender without any bloodshed, but they… this proves the high fighting spirit of the comrades in the Abu Ali Mustafa Brigades.

Interviewer: How was the military apparatus, the Abu Ali Mustafa Brigades,

founded immediately after the assassination of Abu [name unclear]?

Kaabi: As I mentioned, the beginnings were upon the return of Comrade Abu Ali Mustafa. Upon the outbreak of the Second Intifada a group of comrades were put in charge of this apparatus, which was subordinate to a central leadership. They received orders periodically, sent reports of the plans of the operations they intended to carry out and waited for approvals for each attack and for each target they wished to attack. But thanks to its strong structure, the Front was able to found the military apparatus in a short time, especially because the Front was, as I said, made up of experienced, capable, intelligent comrades.

The Front did not face any difficulties because the number of people who wanted to join the military apparatus was huge. This is a proof that the resistance is an option that is always present in the hearts and minds of the comrades on all levels.

A central leadership was formed in each district. These leaderships were subordinate to one, higher leadership. Each leadership was in charge of forming a number of cells in the districts, and they received support to the extent possible, in spite of the modest means. It might be difficult to talk about the details concerning the way we managed to receive funding because it might put some comrades in danger. The greatest efforts were made thanks to comrade Abu Ali Mustafa, who provided the resources-

Interviewer: Let's talk about the Popular Resistance Forces. After the martyrdom of comrade Abu Ali Mustafa, how was the military apparatus of the Front – which was named "the Popular Resistance Forces", and was renamed the "Abu Ali Mustafa Brigades" - how were the Abu Ali Mustafa Brigades prepared to fight the occupation?

Kaabi: It was the same organization and it continued to exist, but out of respect the Front informed all units that from now on the new name would be "the Abu Ali Mustafa Brigades." The responsibility for all the self-sacrifice activities from now on would be claimed using the new name. A new logo was designed, too. This was decided by the central leadership, and not by the districts, where fighters in the field receive orders and carry out missions exactly as required of them.

Interviewer: What were the most significant operations carried out by the Abu Ali Mustafa Brigades? We have mentioned the killing of the Zionist rabbi. How did the Popular Front retaliate? We know that the retaliation was harsh – the assassination of Rehavam Ze'evi, the Zionist Minister of Tourism. Tell us about the most significant operations after the assassination.

Kaabi: The most significant operation carried out by the Front was the assassination of Rehavam Ze'evi. The Front, or the military apparatus, did not particularly rely on suicide attacks. I am talking about the West Bank. After the assassination of comrade Abu Ali Mustafa, we seriously considered suicide attacks, but on a small scale and according to specific conditions and restrictions. One of the operations that were carried out after the assassination of Comrade Abu Ali Mustafa – the cells fired at bypass roads, at vehicles of settlers, at settlements, at military posts and bases…

Interviewer: So the door was open to anyone to carry out an operation.

Kaabi: The cells had always direct confrontations with the occupation army and did not rely on suicide attacks. However, after the assassination of comrade Abu Ali Mustafa we considered using suicide attacks in our struggle against the Zionist

occupation. The first suicide attack was carried out in the settlement of Ariel by *istish'hadi* [suicide attacker] Shadi Nassar, a resident of Madama village in Nablus. He was recruited and prepared by Comrade Yamin Faraj. I think that he had been in jail and was a member of the Yamin Faraj cell. A lot of people were killed and injured in that operation, but the occupation chose not to reveal the number of those killed and injured in that operation.

After that, the Karnei Shomron operation was executed by comrade Raed Nazal from Qalqilya in coordination with the comrades in the Brigades in Nablus. It was a joint, distinguished effort. I think it was carried out by *istish'hadi* [suicide attacker] Sadeq Abd al-Hai. Many settlers were killed inside the settlement. After the operation the Israeli army attacked several Front headquarters in Nablus with aircraft and artillery fire.

The Brigades in Nablus was the first organization to carry out a suicide attack within the '48 borders – in Netanya's city market – after Operation Defensive Shield and after Sharon boasted that he had destroyed the resistance and that the resistance would not be heard of anymore, telling the Zionists to enjoy a long, undisturbed sleep.

The now-liberated comrade Duaa al-Jayyousi participated in the operation. I was among the members of the cell. The operation was supposed to be carried out by the martyr comrade, the hero *istish'hadi* Osama Boshkar of Askar camp. We planned to send our comrade to a military bus in front of the Ariel settlement, but after the 2002 invasion the operation could not be carried out. The weather was also not in our favor; it rained heavily, and the comrade was supposed to walk long distances in mountains and valleys. We decided not to carry it out. We delayed it, and then decided after the invasion to attack inside the Zionist depth as a response to the crimes committed by the Zionist occupation state, when it executed its invasion in 2002.

We used a difficult, exhausting strategy. Our targets should be within the '67 borders. The majority of our operations were against settlements and military

bases. We carried out an attack in a base of the special, 202nd Paratroopers Brigade which was directly commanded by Mofaz.

The person in charge of the camp was killed. There was a military presence and a large number of troops in Nablus then. It was a joint operation carried out with the brothers in the Al-Aqsa Martyrs' Brigades. It was a successful operation that led to the withdrawal of all military bases near the city of Nablus and on its borders. It was a qualitative operation.

Interviewer: Were those the most significant operations carried out…

Kaabi: There were other operations…

Interviewer: We would like to discuss them after a short break. A short break and we will be back.

# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.,      )
                                     )
                  Plaintiffs,        )
        v.                           )          Civ. No. 08-cv-00496 (RJL)
                                     )
                                     )
SYRIAN ARAB REPUBLIC, et al.,        )
                                     )
                  Defendants.        )
                                     )

## DECLARATION OF ITZHAK ILAN

I, the undersigned, Itzhak Ilan hereby declare as follows:

### A.   Personal and Professional Background

1.      I was born in Georgia (in the former Soviet Union) in 1956. I immigrated to Israel with my family in 1973, and served in the Israeli military between 1976 and 1980.

2.      In 1982 I joined the Israel Security Agency ("ISA").[1] The ISA is the Israeli government agency responsible, among its other duties, for performing domestic counterterrorism, counter-espionage, and intelligence-gathering activities.

3.      Between 1982-2000 I served in a variety of positions in the ISA.

4.      Between 2000-2003 I served as the commander of the ISA in Samaria (the northern part of the West Bank, where Karnei Shomron, Qalqilya and Nablus are located). In this capacity I was responsible for ISA counterterrorism activities in Samaria during this period.

5.      Between 2004-2006 I served as the head of the ISA interrogations division. Between 2006-2008 I served as the head of ISA counterterrorism and counterespionage (Arab/Iranian). Between 2008-2010 I served as head of the ISA foreign division.

---

[1] The ISA is sometimes also referred to as the "Shin Bet" or the "Shabak," which are the initials and an acronym, respectively, of the ISA's name in Hebrew. I use the name "Israel Security Agency" herein because that is the agency's official name in English.

1

6.      Between 2010-2011 I served as the Deputy Head of the ISA, after which I retired from service, concluding 29 years of service in the ISA.

7.      I have a B.A. (with honors) in Integrated Social Sciences (economics, sociology and political science) from Bar Ilan University, and an M.A. in Diplomacy and Security Studies from Tel Aviv University.

8.      I speak and read Hebrew, Arabic, Russian, Georgian and English.

B.      **The 2007 ISA Report**

9.      As noted above, the ISA is the Israeli government agency responsible, among other things, for domestic counterterrorism activities. As such, the ISA is required and authorized under Israeli law to investigate terrorist attacks in Israel and the West Bank (such as the February 16, 2002 suicide bombing in Karnei Shomron), in order both to help bring the perpetrators to justice, and to prevent further terrorist attacks.

10.     As part of its legal mandate and duty to investigate terrorist attacks, the ISA generates reports and other documents reflecting factual findings and observations made by the ISA in the course of its investigations. Most of these reports and other documents are classified, and are for the internal use of the ISA, or for the use of other Israeli government agencies or bodies.

11.     However, the ISA occasionally publicly publishes unclassified reports containing factual findings and observations made by the ISA in the course of its terrorism investigations. The findings and observations contained in such public ISA reports conform with and reflect the findings and observations contained in the ISA's internal, classified reports and documents; however, the public reports do not contain information that could expose the ISA's sources or methods.

12.     For operational and reputational reasons, the ISA is extremely careful to ensure the accuracy of the findings and observations contained in its classified and unclassified reports. The reports are produced by the ISA's Research Division, which is staffed by highly-trained experts, and is headed by a senior ISA official with a civilian rank equivalent to brigadier-general.

13.     One such unclassified report was published by the ISA in 2007. This report, titled (in Hebrew) **"Suicide Terrorists in the Current Conflict September 2000 - September 2007"**, is available on the ISA's official website, at the URL: https://www.shabak.gov.il/SiteCollectionImages/סקירות%20ופרסומים/mehablim.pdf (below: the "2007 ISA Report").

A copy of the 2007 ISA Report, with an English translation, is attached hereto.

2

14. The 2007 ISA Report contains findings and observations made by the ISA during the course of its investigations of numerous suicide bombings during the period 2000-2007. In respect to the February 16, 2002 suicide bombing in Karnei Shomron, the 2007 ISA Report found that: "The attack was planned and executed by the PFLP military network in Qalqilya, under the direction of Raad Madi, in collaboration with the PFLP network in Nablus, headed by Ahad Oulma."[2]

15. As noted, the ISA is tasked under Israeli law with investigating terrorist attacks in Israel and the West Bank, and the findings and observations contained in the ISA's public, unclassified reports, such as the 2007 ISA Report, reflect findings and observations made by the ISA while fulfilling its legal investigatory duties. Accordingly, the findings contained in the 2007 ISA Report regarding the February 16, 2002, Karnei Shomron bombing, are findings that were made by the ISA pursuant to its legally authorized investigation of that bombing, and reflect matters observed by ISA personnel while under a legal duty to report.

16. My statements herein are based on my personal knowledge and experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2020.

_____
Itzhak Ilan

---

[2] The ISA's findings regarding the February 16, 2002 bombing appear on page 59 in both the original Hebrew report and the English translation.

**Israeli Security Agency [logo]**

# Suicide Terrorists in the Current Conflict

## September 2000 - September 2007

L_C089061

## Table of Contents:

Foreword......................................................................................................1

Suicide Terrorists - Personal Characteristics.................................................2

Suicide Terrorists Over 7 Years of Conflict - Geographical Data...........................3

Suicide Attacks since the Beginning of the Conflict......................................5

L_C089062

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

## Foreword

Since September 2000, the State of Israel has been in a violent and ongoing conflict with the Palestinians, in which the Palestinian side, including its various organizations, has carried out attacks against Israeli citizens and residents.

During this period, over **27,000** attacks against Israeli citizens and residents have been recorded, and over **1000** Israeli citizens and residents have lost their lives in these attacks. Out of these, **155** (May 2007) attacks were suicide bombings, carried out against Israeli targets by **178** (August 2007) suicide terrorists (male and female). (It should be noted that from 1993 up to the beginning of the conflict in September 2000, **38** suicide bombings were carried out by **43** suicide terrorists).

Despite the fact that suicide bombings constitute **0.6%** of all attacks carried out against Israel since the beginning of the conflict, **the number of fatalities in these attacks is around half of the total number of fatalities**, making suicide bombings the most deadly attacks. **<u>From the beginning of the conflict up to August 2007, there have been 549 fatalities and 3717 casualties as a result of 155 suicide bombings.</u>**

Over the years, suicide bombing terrorism has become the Palestinians' leading weapon, while initially bearing an ideological nature in claiming legitimate opposition to the occupation. However, during the period of conflict, a trend emerged in which ideological motives declined in comparison to growing financial motives. Terrorist headquarters initiate and control terrorist activities by transferring large sums of money to operatives in the field, who **earn a living** from directing terrorist activity, and don't necessarily act out of pure ideological motives. In many cases the terrorists enlisted to carry out suicide bombings are Palestinians with social or financial problems, who agree to carry out the attack in exchange for the promise that the terrorist organization, for which they are carrying out the attack, will take care of their family financially after their death.

With the establishment of the buffer zone, which makes it more difficult for terrorist organizations to carry out attacks, terrorist organizations have increased their use of "weak" populations, such as: minors, women, sick persons, persons suffering from a negative social image etc., for carrying out suicide bombings, while exploiting their personal situations and their innocent appearances in an attempt to deceive security forces at the various inspections.

**This booklet presents an overview detailing the perpetrators of suicide bombings over 7 years of conflict with the Palestinians, from September 2000 to August 2007.**

L_C089063

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

## Suicide terrorists - Personal Characteristics

It is not possible to sketch a single profile of a suicide terrorist in the Israeli-Palestinian conflict, as characteristics of suicide terrorists have been constantly changing throughout the years.

Below are a number of principal characteristics, which demonstrate the changes throughout the years:

**Age of the Suicide terrorists** - the vast majority of suicide terrorists are young persons aged 17-24.

During 2004 their age somewhat decreased: The phenomenon of minor suicide terrorists (under the age of 17) increased. Furthermore, the phenomenon of older suicide terrorists, which was in fact reduced in previous years, almost completely "disappeared,".

**Marital Status** - the vast majority of suicide terrorists are single, with only a minority of them being married, a fact which is directly related to the young age of the suicide terrorists.

**Education** - the majority of suicide terrorists are educated. Between the years 2000 - 2003, 22% of them had completed higher education, 34% had graduated from high school, 9% had completed elementary school, and the rest - unknown (although it is highly likely that they have completed elementary and high school education, and not higher education).

In 2004 there was a fall in the percentage of those who had completed higher education (8%) and high school education (8%).

**Origin of the Suicide terrorists** - between the years 2000 - 2003 most of the suicide terrorists originated from Samaria (64%) and Judea (17%). Throughout 2004 there was a significant increase in the proportion of suicide terrorists who were citizens of the [Gaza] Strip (44% compared to 16% in previous years), while there was a parallel decrease in the proportion of suicide terrorists from Samaria (44%) and Judea (17%).

L_C089064

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

### <u>Suicide Terrorists Over 7 Years of Conflict - Geographical Data</u>

<u>Suicide terrorist characteristics profiled by age</u>



Under 18                                    Over 35

<u>Suicide terrorist characteristics profiled by marital status</u>



Single    Married  Divorced Widow/er

3

L_C089065

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>Suicide terrorist characteristics profiled by place of residence</u>



| "Green Line" | Abroad | Judea | Samaria | [Gaza] Strip | Jerusalem |

<u>Suicide terrorist characteristics profiled by education</u>



**Unknown   Elementary  High School  Higher**

L_C089066

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

## Suicide Attacks since the Beginning of the Conflict

January 29, 2007: Suicide terrorist detonation in Eilat,

3 killed, 1 injured

\*\*\*

November 23, 2006: Female suicide terrorist detonation in Jabalia,

3 injured

**Fatima Najar** - A resident of Jabalia, aged 64, who detonated herself near IDF forces east of Jabalia refugee camp. The suicide terrorist was a mother of 6 and a grandmother, and is the oldest suicide terrorist to date. The Hamas organization claimed responsibility for the attack.

\*\*\*

November 6, 2006: Female suicide terrorist detonation in Beit Hanoun,

1 injured

**Mirfat Mas'oud** - A resident of Jabalia, aged 18, who detonated herself near IDF forces who were in Beit Hanoun as part of the "Autumn Clouds" operation to eradicate Qassam attacks. The attack was carried out by the Islamic Jihad infrastructue in the northern [Gaza] Strip.

\*\*\*

5

L_C089067

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>April 17, 2006:</u> Suicide terrorist detonation in Tel Aviv,

11 killed, 64 injured

**<u>Samer Hamad</u>** - A resident of Araka in the Jenin area, aged 22, who detonated himself near a falafel stand in the old Tel Aviv central bus station. The attack was carried out under the instruction of **<u>Aliyas Ashqar and Ma'tasim Ga'ara</u>**, senior Islamic Jihad operatives from the Tulkarem area who were killed in a defense forces activity around a month after the attack.

Ashqar was responsible for manufacturing the explosive device used by the suicide terrorist and also for the preparation, filming and dispatching of the suicide terrorist to the target of the attack in Israel.

The suicide terrorist was led into Tel Aviv by **<u>Muhammad Amoudi</u>**, an Islamic Jihad operative from Burqin who stated in his interrogation that he made several trips to Tel Aviv using transporters of illegal aliens before the attack, with the aim of gathering information on suitable destinations for an attack and to check the routes into Tel Aviv.

On the day of the attack, Amoudi and the suicide terrorist left Jenin for Ramallah and from there to Anata where they got into the vehicle of **<u>Fawaz Rajbi</u>**, a Jerusalem citizen with a blue [Israeli] ID card who would often transport illegal aliens continuously for a number of months before his arrest. Rajbi drove the two to Tel Aviv, but in his interrogation with the Israeli Security Agency he claimed that although he was aware of the possibility of transporting a terrorist into Israeli territory as part of his transportation of illegal aliens, he did not know that he was transporting a suicide terrorist on the day of the attack.

Several hours after the suicide terrorist detonated himself in Tel Aviv, Amoudi was arrested in Jaffa, following precise information held by the Israeli Security Agency. In addition, further persons were arrested, suspected of involvement in the execution of the attack.

The instructions and funding for the aforementioned attack came straight from the Islamic Jihad military headquarters in Syria.

\*\*\*

6

L_C089068

**Suicide Terrorists in the Current Conflict**

<u>March 30, 2006:</u> Suicide terrorist detonation in a vehicle in the Kedumim area,
4 killed

**Ahmad Musharaqa** - A resident of Al Burj in the Hebron area, aged about 24, who hitchhiked in the Kedumim area and detonated himself during the drive with the four vehicle passengers who were killed as a result of the explosion. The attack was carried out under the instruction of **Dawud Qatouni and Hani Hashash**, Tanzim operatives from Nablus, who were killed in a defense forces operation several months later.

The suicide terrorist was led by **Anas Alan**, a Tanzim operative from Qalqilya, who admitted in his interrogation that he had received an explosive belt from Qatouni and Hashash in Nablus, which he had hidden under the rear seat of his vehicle. At the request of the two, he drove to meet the suicide terrorist in the Qalqilya area, where he gave him the belt. Alan then drove the suicide terrorist to the Karnei Shomron shuttle station.

The suicide terrorist started to walk to the Karnei Ginot intersection while wearing the explosive belt, where he started to signal to Israeli vehicles to stop for him. An Israeli vehicle with four Israeli passengers stopped for the suicide terrorist and let him into the vehicle. The suicide terrorist detonated himself inside the vehicle near the Kedumim intersection and caused the deaths of the four Israelis.

\*\*\*

<u>January 19, 2006:</u> Suicide terrorist detonation in Tel Aviv, 26 injured

**Sami Antar** - A 19-year-old from Nablus, who detonated himself near the "Rosh Ha'ir" shawarma stand on Neve Sha'anan Street in Tel Aviv. As a result of the explosion, 26 Israelis were injured.

The attack was carried out under the instruction of **Hamza Muhammad and Ahmad Araishi**, Islamic Jihad operatives in Nablus, who were arrested after the attack. Araishi obtained the explosive belt, equipped the suicide terrorist with it and provided him with taxi fare so that he could get into Israel.

\*\*\*

7

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>December 29, 2005:</u> 2 Suicide terrorist detonations near IDF forces in the Tulkarem area,
one killed and 3 injured

**Suheib Ajami** - A resident of Attil in the Tulkarem area, aged 18, left on the morning of December 29 along with **Alaa Sa'di**, a resident of the Jenin refugee camp, aged 21, with the intent of carrying out a double suicide attack in the industrial zone at the entrance into Rosh Ha'ayin.

The two were dispatched for the attack by the Islamic Jihad network in Tulkarem and Jenin under the instruction of **Nidal Abu Sa'ada,** a senior Islamic Jihad operative who was killed by IDF forces around a month later.

The two left Tulkarem while in the possession of two explosive belts and boarded a taxi with the aim of arriving in Kalandia, where they planned to leave for Rosh Ha'ayin. On their way they were stopped at an IDF checkpoint north of Far'oun which was set up following intelligence information from the ISA concerning intentions to carry out an attack on the Israeli hinterland. During the checkpoint inspection, the suicide terrorists detonated themselves. The explosion killed one IDF officer and injured three other soldiers.

\*\*\*

<u>December 5, 2005:</u> Suicide terrorist detonation in the HaSharon mall in Netanya,
5 killed and 61 injured

**Lutfi Abu Sa'ada** - A resident of Illar in the Tulkarem area, aged 21. The attack was carried out under the instruction of the suicide terrorist's cousin - **Nidal Abu Sa'ada** a senior Islamic Jihad operative who was killed by IDF forces around two months later. The Islamic Jihad organization claimed responsibility for the attack in which 5 Israeli citizens were killed and a further 61 were injured.

\*\*\*

8

L_C089070

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>October 26, 2005:</u> Suicide terrorist detonation in a Hadera market,

6 killed and 27 injured

**<u>Hassan Abu Zeid</u>** - A resident of Qabatiya, aged 19, detonated himself in a market in Hadera on October 26, 2005. The attack was carried out under the instruction of Nidal Abu Sa'ada, a senior Islamic Jihad operative from Tulkarem. The suicide terrorist was led by Muhammad Qashu'a, an Islamic Jihad operative, resident of Illar. On the day of the attack, Qashu'a and the suicide terrorist left Tulkarem and drove to Kalandia, where they boarded a taxi which took a route which bypassed Jerusalem and from there on the Cross Israel Highway up to Jatt.

In Jatt, the two joined with Fakhri Mansour, who lives in Jatt following a family unification, who drove the two to Hadera. Mansour would often transport illegal aliens from the Judea and Samaria area into Israeli territory, and in Qashu'a's interrogation it was revealed that Mansour had already understood at the beginning of the journey that he was transporting a suicide terrorist, yet continued to drive to Hadera.

\*\*\*

<u>August 28, 2005:</u> Suicide terrorist detonation in the Be'er Sheva central station,

49 injured

**<u>Abd al-Rahman Qisiya</u>** - A resident of Daharia, aged 19, worked in construction in the Negev. On the day of the attack the suicide terrorist easily crossed the border in the absence of a fence, arrived at the central bus station in Be'er Sheva, where he was spotted by two security guards, who prevented him from detonating himself in the heart of the crowd, and were severely injured as a result of the blast, as well as 47 more Israelis who were injured in the attack.

The attack was carried out by the network led by 3 Hamas operatives from Daharia: **<u>Hussam Qisiya</u>**, **<u>Yusef Qisiya</u> and Haytham Batat.** The network was also responsible for a series of gunfire attacks, as of November 2001, among which was a shooting at an IDF vehicle south of Mt. Hebron in February 2005, in which 4 people were injured. In Hussam Qisiya's handover of weapons, explosive devices and raw materials for making explosive devices were handed over.

\*\*\*

9

L_C089071

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>July 12, 2005:</u> Suicide terrorist detonation near a shopping mall in Netanya

5 killed and 88 injured

**Ahmad Gawi** - A resident of Atil, aged 18, detonated himself near a shopping mall in Netanya. The attack was carried out by the Islamic Jihad network in Tulkarem. **Nidal Abu Sa'ada,** a senior Islamic Jihad operative, commanded and controlled the execution of the attack from the Special Forces headquarters in Tulkarem, despite being apparently arrested by the system.

Investigation of the attack revealed that the terrorist and his director, **Asef Zaharan**, a resident of Illar, entered Israeli territory using two Israeli citizens, transporters of illegal aliens, which they had already been doing for several months according to their confessions in the Israeli Security Agency interrogation. The two, **Kfir Levy**, a resident of Ramat Gan, and **Sayf Azem**, a resident of Tayibe, admitted in their interrogation that on the day of the attack they had transported two West Bank residents to Tayibe in Israel via IDF checkpoint "Tsofin," after Levy had taken advantage of the fact he is a Jew who does not get checked at checkpoints.

In addition **Abd al-Rahman Abu Muh**, a resident of Baqa al-Gharbiyyeh, who admitted in his interrogation that he picked up the suicide terrorist and his companion in Tayibe and drove them to Netanya, the place of the attack.

All three claim in their interrogation that they were not aware that the two were terrorists. However, the interrogation revealed that Levy and Azem knew these were not just innocent Palestinian workers, but thought they were thieves/burglars. Abu Muh also assisted Zaharan since being acquainted with him from a criminal background.

***

<u>February 25, 2005:</u> Suicide terrorist detonation at the entrance to "The Stage" club in Tel Aviv, 5 killed and 52 injured

**Abdallah Sa'id Badran** - A resident of <u>Deir al-Ghusun/Tulkarem</u>, **aged 23**, detonated himself near the entrance to "The Stage" club on the Tel Aviv promenade, where dozens of people were waiting. The Islamic Jihad organization initially claimed responsibility for the attack, and later a denial was published. The Islamic Jihad network in Tulkarem was behind the attack, which was directed by the Islamic Jihad headquarters in Syria and the Islamic Jihad network in Jenin.

***

**10**

L_C089072

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>January 18, 2005:</u> Suicide terrorist detonation at the Orhan post checkpoint
one killed (ISA employee) and 8 injured



**Omar Tabash**- A resident of <u>Khan Yunis</u>, **aged 21**, a Hamas operative, detonated himself against security forces during an attempted arrest in the checkpoint area of the post at Orhan. The suicide terrorist arrived at the Gush Katif intersection around 4:40 p.m., almost 2 hours after closing the intersection to Palestinian vehicles passing through, and he was arrested and taken to an inspection facility following intelligence information. The explosives examination after the blast revealed that the suicide terrorist was carrying the explosive belt on his thighs. The explosive belt did not contain fragmentation and was activated by a pulling mechanism, seemingly to deceive inspection measures. The Hamas movement publicly claimed responsibility for the attack and published the suicide terrorist's will.

<u>November 1, 2004:</u> Suicide terrorist detonation at Carmel Market in Tel Aviv,
3 killed and 32 injured

**Amer Ali/Alfar** - A resident of the Askar refugee camp, a minor, **aged 16**, worked as a carpenter. He expressed his willingness to carry out a suicide attack as revenge for his uncle's death at the beginning of the Intifada. The suicide terrorist was led to the attack by **Bassem Hundaqji**, a communication studies student at An-Najah National University, a resident of Nablus, who used a journalist document, issued to him as part of his studies, to pass through military checkpoints easily. While transporting the terrorist to Tel Aviv, Hundaqji used the assistance of **Bashar Muhammad Dawur Abassi**, an Arab taxi driver from east Jerusalem, who had previously served a short imprisonment term for transporting Palestinians illegall aliens into Israel. The suicide terrorist got out of the taxi at the entrance to the market, made his way into the heart of the market and detonated himself.
It should be noted that the suicide terrorist's family were in a very difficult financial situation and this may have been the motive of the PFLP (Popular Front for the Liberation of Palestine) network in Nablus, the directors of the attack, for approaching this family and exploiting their hardship.

\*\*\*

11

**Suicide Terrorists in the Current Conflict**

<u>October 5, 2004:</u> Suicide terrorist detonation near an IDF unit in Jabalia,

no casualties

**Unknown** - A suicide terrorist on behalf of Hamas, the identity of which is unknown, apparently aged around 50, detonated himself near a building in which IDF forces were posted in Jabalia, in the Gaza Strip. Parts of the terrorist's body were found in the area. There were no casualties among our forces.

\*\*\*

<u>September 22, 2004:</u> Suicide attack at a hitchhiker's stop on French Hill in Jerusalem,

2 killed (border police) and 17 injured

**Zainab Abu-Salem** - A female resident of the Askar/Nablus refugee camp, **aged about 18**, finished her high school studies in the previous year and was enrolled at An-Najah National University to complete her studies. She left her home on the morning of the attack after telling her family she was heading to the university to hand in some documents. The suicide terrorist, who was sent on behalf of the Fatah organization in Nablus, detonated herself near border control police, while being inspected.

\*\*\*

<u>September 14, 2004:</u> Suicide terrorist detonation on a bicycle near IDF forces in Qalqilya,

2 soldiers injured

**Yusuf Taleb Yusuf Agbari** - A resident of Qalqilya, single, **aged 24,** worked odd jobs (carpentry, porterage). On the day of the attack he arrived from Qalqilya on a black bicycle to the agricultural gate facing towards Hableh. On the rear mount of the bike was a box filled with a sack of potatoes. The soldiers at the checkpoint asked him to produce his ID and asked if he had a passage permit. He told them he didn't, and was told to return to Qalqilya. The suicide terrorist turned to the direction of Qalqilya and detonated himself near the soldiers.

The network responsible for the attack was a combination of Hamas and Tanzim, and was led by **Ibrahim Isa** (a Hamas operative in the past and knowledgeable in the manufacturing of explosive devices) as the military supervisor. Isa was the one who dispatched the aforementioned to execute the attack.

**12**

**Suicide Terrorists in the Current Conflict**

<u>August 31, 2004:</u> 2 Suicide terrorist detonations on 2 adjacent buses in Be'er Sheva, 16 killed and 100 injured

### The suicide terrorists

**Nassim Ja'bari**          **Ahmad Qawasmeh**

          

Nassim Ja'bari, a resident of <u>Hebron</u>, aged **22**, and Ahmad Qawasmeh, a resident of Hebron, aged **29**, detonated themselves almost simultaneously on 2 adjacent buses near Soroka Hospital in Be'er Sheva.

The two were recruited by **Mus'ab Hashlamoun**, head of the Hamas cell in north Hebron, who was imprisoned in Ktzi'ot [Prison] along with Mahmud Qawasmeh, the brother of Murad Qawasmeh (Commander of the military arm of the Hamas - killed). Upon release of the two, as part of the release of prisoners, they established a Hamas cell. Ahmad Qawasmeh was sent to gather information in Be'er Sheva for the purpose of executing the attack, after initially intending to carry out the attack on a bus traveling to Kiryat Arba, but they reached the conclusion that penetrating that area would be difficult and that the density of the population in the area is not significant enough to favor the attack. Ahmed went to work in Be'er Sheva several times with his brother and was able to become familiar with the area and to choose the appropriate target. The preparation of the explosive belts was completed two days before the attack. On the day before the attack, the terrorists filmed themselves with a Hamas backdrop and weapons, while reading out wills which were prepared in advance. The two stayed in an apartment used by prostitutes in Hebron. The belts were concealed in plaster picture frames so that the terrorists could avoid being exposed during their journey to Be'er Sheva. The terrorists, who were guided on how to operate the belts by a cell of wanted persons, received 300 NIS travel allowance and boarded an illegal alien shuttle to Be'er Sheva.

\*\*\*

13

**Suicide Terrorists in the Current Conflict**

<u>May 28, 2004:</u> Suicide terrorist detonation near a bus terminal in Rafah,
2 injured



**Ahmad Abu Jamus** - A resident of <u>Hai Genina/Rafah</u>, **aged 22**, arrived in the early hours of the morning in a jeep coming from Dahaniya toward an Israeli bus traveling to the terminal. The jeep stopped at an embankment, the suicide terrorist exited the vehicle and opened fire at the bus, the jeep exploded a few seconds later. The bus driver halted the bus, which caused the escorting vehicle to crash into the rear of it. As a result of the crash, 2 IDF soldiers were slightly injured. The attack was carried out in cooperation between the resistance committees, the Islamic Jihad and the Fatah. The suicide terrorist's brother, Hisham, had executed an infiltration attack in the past, on the "Marganit" post in August 2001, in which 3 soldiers were killed.

***

<u>May 22, 2004:</u> Suicide terrorist detonation near the Bkaot checkpoint during an arrest procedure of a
wanted person, one soldier and 4 Palestinians injured

**Sami Salameh** - A resident of <u>Nablus</u>, **aged 19**, an Islamic Jihad military recruit who was supposed to participate in a self-sacrificing attack, was involved in gunfire attacks in Nablus. On the day of the attack, the suicide terrorist arrived from Nablus to the Bkaot checkpoint, wearing a black coat. The soldiers at the checkpoint suspected the suicide attacker, and performed a suspect arrest procedure on him, during which he detonated a device he was carrying on his person. The PFLP claimed responsibility for the attack, despite the suicide terrorist being an Islamic jihad recruit.

***

14

L_C089076

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>April 28, 2004:</u> Suicide terrorist detonation in a car bomb in the Kfar Darom area,
4 soldiers injured



**Tareq Hamid** - A resident of the <u>Nuseirat refugee camp</u>, **aged 24**, single, known Hamas military operative. On the morning of the attack, at about 6:45 a.m., he left in a blue Hyundai jeep, **carrying an Israeli flag**, from the direction of "Beit-Hashlada" (south of Kfar Darom) while towing the barbed wire from there and crossing westwards in the direction of the Tencher route. When the jeep got on the route, he started driving south (to the Orhan area). IDF forces in the area recognized the vehicle and opened fire. The jeep reached a distance of around 50m from the IDF forces and exploded. A claim of responsibility for the attack was published by Hamas.

\*\*\*

<u>April 17, 2004:</u> Suicide terrorist detonation at an IDF viewpoint in Erez industrial zone,
one soldier killed and 3 injured



**Fadi al-Amoudi** - A resident of Jabalia refugee camp, **aged 22**, worked at the "Tatu" factory in Erez industrial zone. On the day of the attack he arrived with around 30 workers, who entered via "Magen 12" terminal into Erez industrial zone. The suicide terrorist and the workers were requested to lift their shirts and trousers, and passed through the detectors, which did not beep or sound an alarm. After the workers entered, the suicide terrorist remained last to enter, and when he got through the workers passage, he went out to the outer yard of the terminal and detonated himself. Examinations carried out on the ground revealed that the suicide terrorist was equipped with an explosive belt which was apparently concealed in the groin area, that the device weighed around 2-3kg, and did not contain fragmentation. An activation mechanism and battery were not found, and therefore, seemingly, the magnetometer did not beep.

\*\*\*

L_C089077

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>March 14, 2004:</u> 2 Suicide terrorist detonations at Ashdod port,
10 killed and 12 injured

### The suicide terrorists

<u>Nabil Mas'oud</u>                    <u>Mahmud Salem</u>

                    

Nabil Mas'oud, a resident of Jabalia, **aged 17**, a terrorist on behalf of Fatah, and Mahmud Salem, a resident of Beit Lahia, **aged 18**, a terrorist on behalf of Hamas, arrived at Ashdod port on the day of the attack at about 3:50 p.m. by means of a shipping container which was meant to return empty from the [Gaza] Strip to Ashdod port via Karni crossing. The suicide terrorists were hidden, along with the explosive devices, grenades and personal equipment, in a double-walled section of the container which was prepared with the option of opening the doors from the inside. The two detonated themselves within a few minutes of one another at 2 adjacent locations: one inside the port area and the other near the entrance gate.

***

L_C089078

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>March 6, 2004:</u> 4 Suicide terrorist detonations at Erez checkpoint,

2 Palestinian policemen killed

### The suicide terrorists

| **Muhtadi Mubid** | **Hatem Tafesh** | **Muhmmad Abu Daya** | **Amru Sa'ayed** |
|---|---|---|---|
| **aged 30,** <u>Al-Shati</u> | **aged 18,** <u>Al-Shati</u> | **aged 19,** <u>Rimal</u> | **aged 30,** <u>Sheikh Radwan</u> |

   

At about 10:20 a.m. a triple, bombing attack occurred, by a combination of the Islamic Jihad, Hamas and Fatah in the Erez industrial zone, which included 4 terrorists that arrived in a number of vehicles to the area of the attack. The attack included: detonation of a Palestinian taxi bomb near an IDF post, in which the terrorist in the vehicle was killed. At the same time, a jeep arrived, from which a terrorist emerged dressed in camouflaged clothing and opened fire at IDF forces. The terrorist returned t the jeep and continued driving towards the IDF post where he dropped off an additional terrorist from the jeep. Both terrorists were shot and killed by IDF forces. In addition, another jeep arrived at the Palestinian post where it detonated with a terrorist inside. Preparation for the attack lasted several months and included preparing the vehicles, transporting them to Jabalia and training the terrorists to crawl and shoot. The two jeeps that were involved in the attack were camouflaged as IDF "Storm" type jeeps and had Israeli license plates. As part of the preparation of the vehicles, changes were made to them including among others: brown paint, IDF number registration, an orange flashing light and a searchlight on the roof of the vehicle, a communication antenna, nets to protect from stone-throwing, back doors identical to the fortification doors on a Storm jeep.

\*\*\*

L_C089079

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>February 22, 2004:</u> Suicide terrorist detonation on the route 14 bus in Jerusalem

8 killed and 60 injured

 **Muhmmad Za'oul** - A resident of <u>Husan</u>, **aged 23**, married + one young son, a construction worker, worked in the Jerusalem area. The suicide terrorist detonated an explosive device which was carried in a bag on the route 14 bus, near Liberty Bell Park in Jerusalem. The epicenter of the explosion was located in the center of the bus, opposite the back door. The suicide terrorist was apparently seated during the explosion. The Fatah's al-Aqsa Martyrs' Brigades claimed responsibility for this attack. The suicide terrorist was not known as an operative or involved in political activity (besides the fact that a few years ago he was involved in religious activity and became close to "Da'wa" authorities, but following pressure from his family he ceased his activity and distanced himself from these authorities). At the start of the events, he was injured by soldier gunfire during riots in his village following the running over of a local resident by an Israeli vehicle.

\*\*\*

<u>January 29, 2004:</u> Suicide terrorist detonation on the route 19 bus in Jerusalem

11 killed and 44 injured

 **Ali Ja'ara** - A resident of <u>the Al-'aida/Bethlehem refugee camp</u>, **aged 25**, a Bethlehem police officer, detonated himself on an "Egged" bus (route 19) in central Jerusalem. The epicenter of the explosion was at the rear part of the bus. The suicide terrorist carried the explosive device with him, weighing 6-8kg, in a bag. The Bethlehem "al-Aqsa Martyrs' Brigades" claimed public responsibility for the attack.

The suicide terrorist left behind a will, in his handwriting, in which he states that he carried out the act to avenge those who were killed in the massacre which occurred in the al-Zeitun neighborhood. It was also stated in the will that this act is part of a series of impending acts, to avenge the al-Zeitun neighborhood martyrs and all Palestinian martyrs. In his will, the suicide terrorist asked his mother to forgive him and not to shed a tear for him as he is submitting to the will of Allah.

\*\*\*

**18**

L_C089080

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>January 14, 2004:</u> Suicide attack at Erez checkpoint

4 soldiers and civilians killed, 10 injured

 **Rim Awad** - a resident of <u>Gaza</u>, daughter to a wealthy family, **aged about 23**, married for 5 years and a mother to two young children (a 3-year-old girl and a boy aged a year and a half). Recruited by Hamas, **and is the first Palestinian mother to carry out a suicide attack.** Her husband is a Hamas operative. She had expressed suicidal intentions in the past, sounding as though she was eager to carry out a suicide attack and even sought persons who could dispatch her. She had a romantic relationship with a senior military Hamas operative and it is possible that the attack was also intended to clear her name.

\*\*\*

<u>January 11, 2004:</u> Suicide terrorist detonation near IDF forces next to Qalqilya

no casualties

**Iyad Masri** - a resident of <u>Nablus</u>**, aged 17**, detonated himself at the Jinsafut village intersection following an "occupational accident."

The suicide terrorist and another young man, who was his director, left Nablus in the direction of Tappuah intersection, with the aim of arriving in the Ramallah area. They reached the Jinsafut area and got stuck. A short while after the director instructed the suicide terrorist to reach him in Hawara via Jama'in village/the Trans-Samarian highway, the suicide terrorist detonated in the Jinsafut village area following an occupational accident (he may have equipped the [explosive] device against the recommendation of his director). The [explosive] device which, was placed in a black shoulder bag with a pouch, included small iron nuts and pellets, 1.5V batteries and a red oven switch which was placed inside the pouch. The remains of a cell phone carried by the suicide terrorist were also found.

\*\*\*

**19**

L_C089081

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**


<u>December 25, 2003:</u> Suicide terrorist detonation at a bus station at Geha intersection,

4 killed and 20 injured


**Thaer Hanani** - a resident of <u>Beit Furik</u>**, aged 18**, a member of the "Popular Front," a construction worker, detonated himself at a bus station at Geha intersection in Petach Tikva. The attack was carried out by the Popular Front network in Nablus, as revenge for the elimination of Jibril Awad and Fadi Hanani. After the attack, **Munzar Sanubar**, a resident of the Territories, who accompanied the suicide terrorist to the attack location. In his interrogation he said that he accompanied the suicide terrorist to Geha intersection and that the two traveled in a taxi driven by an Israeli driver who was identified in the investigation as **Ofer Schwartzenbaum**, born in 1965, a resident of Oranit, father of four. In his interrogation, Ofer said that within his employment as a taxi driver, he often transported many residents of the Territories, including those he knew did not have permits to be in Israel.


\*\*\*

<u>November 3, 2003:</u> Suicide terrorist detonation close to IDF forces near Azzoun,

2 soldiers injured


**Sabih Saoud** - a resident of <u>Rafidiya/Nablus</u>**, aged 16**, a high school student, departed to carry out a bomb attack inside Israel by the Tanzim military network in Nablus. The suicide terrorist was transferred to the Qalqilya area in order to penetrate into the center of Israel in the Kafr Qasim area where there is no separation fence. Following intelligence information, IDF and Israel Police forces were deployed extensively in order to prevent him entering. Within IDF activity in Kfar Azzoun in the Qalqilya area, IDF forces suspected a number of locals and signaled for them to stop, at which point the suicide terrorist detonated himself on the battalion commander's jeep. The foiling of this attack prevented a major disaster in central Israel.


\*\*\*


20

L_C089082

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>October 9, 2003:</u> Suicide terrorist detonation at the Tulkarem coordination and liaison office,

2 soldiers injured

**Ahmad Safadi** - a resident of <u>Urif/Nablus</u>**, aged 18**, a student at a vocational high school (auto mechanics) in Nablus, arrived at the coordination and liaison office in Tulkarem with a black backpack, waited with other Palestinians in the waiting area and at a certain point got up, approached the reception window of the facility and detonated himself with his back, and the backpack, facing the window.

The suicide terrorist left a will behind, written in his handwriting on October 8, 2004, in which he wrote: "In my blood I write the path of freedom and walking the path of righteousness for Islam, to raise the prestige of the Islamic nation." He also called in his will for the submissive Arab regimes to abandon the path of fear and treason and called for the Palestinian people to continue in the path of resistance. Responsibility for the attack was claimed by Fatah.

\*\*\*

<u>October 4, 2003:</u> Suicide attack at "Maxim" restaurant in Haifa

21 killed and 48 injured

**Hanadi Jaradat** - a female resident of <u>Jenin</u>**,** single, **aged 29**, a law studies graduate at the Al-Quds Open University. Her brother was killed before her eyes in the operation to shoot down her beloved, Salah Jaradat, who was head of the Islamic Jihad network in Jenin. She carried out the attack to avenge both of their deaths.

The suicide terrorist was transported from Barta'a to Haifa by Jamal Musa Mahajna, supposedly in order to arrange matters at Rambam Hospital for her sick father. On the way she asked to eat at a restaurant, where she detonated herself. The explosive device weighed 4kg and included ball bearings, chopped construction iron and copper foil.

\*\*\*

**21**

## Suicide Terrorists in the Current Conflict

<u>October 9, 2003:</u> Suicide terrorist detonation at the entrance of "Hillel" Café,

7 killed and 70 injured

 **<u>Ramez Abu Salim</u>** - a resident of <u>Rantis</u>**, aged 22**, a Hamas operative, a student and operative of the "Kutla Islamiya" [The Islamic Bloc] at the Al-Bireh Open University. He was in administrative detention and was released in February 2003. At 11:20 p.m. he detonated himself at the entrance of "Hillel" Café on Emek Refa'im St. in Jerusalem. The suicide terrorist was sent for the attack by a front cell of the Hamas network from Beit Lakia village, a cell made up of east Jerusalem Hamas recruits, which was operated by the Hamas headquarters in Ramallah. During October 2004, a number of residents of Isawiya village were arrested in Jerusalem by the Israeli Security Agency and Jerusalem police. In their ISA interrogation, two of them admitted to being those who received the suicide terrorist and led him to the attack destination. Additional interrogated individuals admitted that they had assisted the two in communicating with the Hamas headquarters in Ramallah and in the execution of the attack.

\*\*\*

<u>October 9, 2003:</u> Suicide terrorist detonation at Tzrifin Bus Station,

9 killed and 14 injured

 **<u>Ihab Salim</u>** - a resident of <u>Rantis</u>**, aged 19**, a student at the Ramallah Open University, known as a Hamas operative and as the one who incited revenge following the death of a Hamas operative from IDF soldier gunfire. In light of his connections with Hamas, the suicide terrorist was arrested on December 21, 2002, transferred into administrative detention for three months at Ktzi'ot prison and released in early March 2003. The suicide terrorist was recruited by Ramez [Abu Salim], the Hillel Café suicide terrorist. This attack, similarly to the Hillel Café attack carried out several hours later, was orchestrated by the Hamas network in Ramallah, headed by **Ibrahim Hamed.**

\*\*\*

**22**

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>August 19, 2003:</u> Suicide terrorist detonation on a bus in Jerusalem,

23 killed and 115 injured



<u>Raed Misk</u> - a resident of <u>Hebron</u>**, aged 29**, married + 2 children, an Imam at the mosque, a graduate of religious studies at Najah University, began studying for a masters. Worked as a teacher in a school in Hebron, taught Quran at Hebron University. The suicide terrorist detonated himself on the no. 2 bus which was on its' way from the Western Wall via Nablus Gate towards Shmuel Hanavi St. in Jerusalem. The Hamas organization officially claimed responsibility for the attack. The attack was carried out by a Jerusalem cell which was directed by the Hamas military network in Hebron and which planned to carry out additional bomb attacks. Among its key operatives were: **Nassim Za'tari**, head of the cell, **Majdi Za'tari**, Nassim's brother-in-law, **Abdallah Sharabati**, "professional" criminal. On the morning of the attack, the suicide terrorist arrived in Abu Dis, where he was picked up by Majdi and Abdallah and was transferred to Abadin mosque in Wadi Joz. At the same time, the explosive belt was sent from Hebron to Jerusalem via a private courier company. The explosive device was concealed in a plaster beam and was collected by Nassim from the company's branch in Jerusalem. Nassim hid the belt in his parents' house in Wadi Joz. The belt was taken to the mosque in the evening, Majdi and Abdallah equipped the suicide terrorist with it and instructed him on how to operate it. From there, they drove him to the bus station, a 2 minute drive from the mosque.

\*\*\*

<u>August 12, 2003:</u> Suicide terrorist detonation near a bus station in Ariel,

2 killed and 2 injured

**Islam Qatishat** - a resident of <u>Ras al-Ein/Nablus</u>**, aged 18**, detonated himself at the intersection at the entrance to the settlement of Ariel. The suicide terrorist apparently noticed the security forces, was alarmed, and activated the explosive belt. The Hamas organization claimed official responsibility for the attack and published his will. Intelligence information gathered after the attack revealed that the Hamas military network in Nablus, headed by **Muhammad Hanbali**, carried out the attack as revenge for the elimination of Faez Sadr and Hamis Abu Salem, network seniors, on the weekend prior to the attack.

\*\*\*

23

L_C089085

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>August 12, 2003:</u> Suicide terrorist detonation at a supermarket in Rosh Ha'ayin,
one killed and 9 injured

**Khamis Jarwan** - a resident of <u>Ascar refugee camp/Nablus</u>**,** **aged 17**, a high school student, detonated himself at a supermarket "Hazi Kupa" in Afek park, Rosh Ha'ayin. The explosive device was carried in a bag on his back. Responsibility for the attack was claimed by the Nablus Tanzim network under the direction of **Uthman Yunis**. The suicide terrorist was transported to Rosh Ha'ayin by **Yusuf Shumali** - an Israeli Arab from Jaljulia, known as a driver of illegal aliens.

\*\*\*

<u>July 7, 2003:</u> Suicide terrorist detonation at a private home in Kfar Yavetz,
one (female) killed and 4 injured

**Ahmad Yahia** - a resident of <u>Kafr Rai</u>, **aged 21**, a student at the Jerusalem Open University in Jenin, known as an operative of the Jama'a Islamiya [the Islamic Group], detonated himself next to a private home in Kfar Yavetz, located in the Tel Mond region. The overall information revealed that the dispatching network was a combined network of Islamic Jihad operatives from Jenin and Tulkarem. The suicide terrorist was recruited into the Islamic Jihad in April 2003 and in the period before the attack he began behaving in a strange and unusual manner, uncharacteristic of him in the past. In a joint ISA and Israel Police/"Tsabar" Unit operation on October 11, 2004, **Muhammad Ahmad Abd al-Ghani Khalil**, aged around 19, a resident of Nur Shams, an Islamic Jihad operative involved in the suicide attack, was arrested in Kafr Qasim. According to existing intelligence, Muhammad Khalil led the suicide terrorist into Israeli territory, through Kfar Yavetz, where, as stated, the suicide terrorist decided to detonate himself. It should be noted that all directors of the attack were arrested or killed.

\*\*\*

24

L_C089086

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>June 19, 2003:</u> Suicide terrorist detonation at a grocery store in Moshav Sdei Trumot,

one killed

**Ahmad Abahara** - a resident of the village <u>Yamun/Jenin</u>, **aged 19**, was recruited for the attack by the Islamic Jihad network in Jenin. Shortly after 6:00 a.m. the suicide terrorist arrived at the grocery store in Sdei Trumot, wearing jeans, a black T-shirt, carrying a crossover bag on his shoulder. The suicide terrorist began looking through items outside the store, the store owner asked him what he was doing and called him to come inside so he could talk to him, upon his entry to the store a violent blast occurred.

\*\*\*

<u>June 11, 2003:</u> Suicide terrorist detonation on bus no. 14 in Jerusalem

17 killed and 104 injured

**Abd al-Mu'ti Shabana** - a resident of <u>Hebron</u>, **aged 18**, a student at a vocational high school in Hebron, detonated himself on bus no. 14 on Jaffa St. in Jerusalem **while dressed as an ultra-orthodox Jew.** Responsibility for the attack was claimed by Hamas. Following investigations after the attack, a cell within which the suicide terrorist operated was exposed, as well as a network of Jerusalem operatives, including a member who received the suicide terrorist in Jerusalem prior to his departure for the attack. This organization was linked to the Hamas military headquarters in Hebron.

\*\*\*

<u>May 19, 2003:</u> Female suicide terrorist detonation in Ha'amakim Mall in Afula,

3 killed and 50 injured

**Hiba Daraghmeh** - a resident of the village <u>Tubas</u>, **aged 19**, single, an English student at the "Al-Quds" Open University. The suicide terrorist is the sister of Baker Daraghmeh, a Fatah/Islamic Jihad operative recruited for the execution of a suicide attack in June 2002, but was arrested beforehand and is now imprisoned in Israel. The attack was as revenge for her brother's arrest. The terrorist was described as wearing jeans, a tight shirt, high heels and carrying a feminine black bag which appeared heavy. The terrorist apparently departed for Israel with no accompaniment and arrived in Afula by herself.

25

L_C089087

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>May 19, 2003:</u> Suicide terrorist detonation next to an IDF jeep near Kfar Darom,

3 soldiers injured

 **Shadi Nabahin** - a resident of <u>Bureij refugee camp/Deir al-Balah/Gaza</u>, **aged 20**, single, Hamas operative, arrived in Kfar Darom riding a bicycle and detonated himself close to an IDF jeep which was carrying out a reconnaissance of the area. The suicide terrorist was carrying a backpack on his back, containing the explosive device, with the activation mechanism for the device placed on the bicycle's handlebars. This attack was part of Hamas organization activity in Dir al-Balah, which routinely fired mortars/anti-tank weapons toward Kfar Darom and rolled out "quality attacks" every few months.

\*\*\*

<u>May 18, 2003:</u> Suicide terrorist detonation next to a-Ram/Jerusalem checkpoint,

no casualties

 **Mujahed Ja'bari** - a resident of <u>Hebron</u>, **aged 19**, an engineering student at the Polytechnic, detonated himself next to the a-Ram checkpoint wearing a blue shirt and new jeans, shaven and with a haircut cropped at the sides. The suicide terrorist was dispatched for the attack by a "front cell" of the Hamas, residents of the Jerusalem area, which operated on behalf of the Hamas military network in Hebron. The suicide terrorist arrived at the checkpoint in a shuttle taxi from Hebron to Abu Dis, where he was received by the Jerusalem operatives and was transferred from there to the checkpoint by foot. The suicide terrorist detonated himself before reaching his destination due to being suspected by soldiers.

\*\*\*

26

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>May 18, 2003:</u> Suicide terrorist detonation on a bus on French Hill in Jerusalem,

7 killed and 20 injured

 **Bassem Takruri** - a resident of <u>Hebron</u>, **aged 19**, a first year computer course student at the Polytechnic, detonated himself on Egged bus no. 6, near French Hill, **while dressed as an ultra-orthodox Jew**: black trousers, white shirt, a skullcap and a tsitsit [a vest worn by religious Jews]. The suicide terrorist was dressed on the morning of the attack during his stay at the home of one of the recruits operated by the Hebron Hamas network, **Samer Atrash**. In his interrogation, Samer Atrash admitted collecting intelligence ahead of the attack, picking up the suicide terrorist from the Abu Dis area and smuggling him into Jerusalem, hosting him overnight at his home as well as preparing and leading him to the location of the attack.

\*\*\*

<u>May 17, 2003:</u> Suicide terrorist detonation near Gross Square in Hebron,

2 killed

 **Fuad Qawasmeh** - a resident of <u>Hebron</u>, **aged 22**, a Hamas operative, arrived in the Gross Square area in Hebron, **dressed as a religious Jew**, was suspected by soldiers who called for him to stop and then detonated himself near a number of Israelis. The suicide terrorist was an administrative detainee after being arrested as part of the incursion into the city of Hebron as part of Operation "Defensive Shield." The suicide terrorist was linked to a group of Hamas operatives from the "Jihad" mosque, 4 of which carried out 2 suicide attacks on March 7, 2003, one in Kiryat Arba and the other in the Negohot settlement. Interrogation material revealed that 3 other terrorists were recruited for Hamas activity along with the suicide terrorist. All four were interested in carrying out a suicide attack, but this suicide terrorist was chosen for the execution of the attack by **Bassel Qawasmeh**, a senior member of the Hamas network in Hebron, who directed the attack.

\*\*\*

L_C089089

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>May 8, 2003:</u> Suicide terrorist detonation in a car bomb adjacent to a tank in the Gaza Strip

no casualties


**<u>Mahmud Anani</u>** - a resident of the <u>Nuseirat refugee camp in Deir al-Baleh</u>, **aged 22**, single, a Fatah police officer and operative, detonated himself in a vehicle bomb near a tank, close to Kfar Darom. Several minutes before the attack, deflection gunfire was fired at our forces on the Tencher route. Scans after the attack revealed that the truck contained 2 gas cylinders and explosive devices on its doors, but due to a fault only one gas cylinder detonated during the attack. The "al-Aqsa Martyrs' Brigades" claimed public responsibility for the attack.

\*\*\*

<u>April 30, 2003:</u> Suicide terrorist detonation at the entrance to Mike's Place pub in Tel Aviv

an additional suicide terrorist cast an explosive device nearby, 3 killed and 62 injured

**The suicide terrorists**

          

Hanif Asef, **aged 22**, a <u>British citizen</u>, detonated himself at the entrance to "Mike's Place" pub on the promenade in Tel Aviv. Omar Sharif, **aged 27**, a <u>British citizen</u>, also tried to carry out a suicide attack along with Hanif but due to a fault in the explosive device he could not carry out his plan and fled the scene, while disposing of the charge in his possession. The charge Amar was carrying was made up of standard explosives weighing around 5kg, without fragmentation, and was concealed in a book cover. Omar's body emerged from the sea around two weeks after the attack. The Hamas organization claimed responsibility for the attack and published a videotape in which both of the Brits make speeches before departing for the attack. Analysis of the passport findings reveals that the two arrived in the area on a route which started on April 8 in Syria, through Jordan on April 11 and entered the area on April 12. General investigations revealed that for their movements in Israel, the Gaza Strip and the West Bank, the terrorist pair was assisted by a number of foreign left wing operatives staying in the area.

28

L_C089090

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>April 24, 2003:</u> Suicide terrorist detonation at the entrance to the Kfar Saba train station,

1 killed and 15 injured

**Ahmad Khatib** - a resident of <u>Balata/Nablus</u>, **aged 18**, a high school student, with divorced parents, arrived on the morning of the attack in the Kfar Saba train station area, wearing jeans and a long black coat with English writing on the back, to which the explosive belt was apparently attached. The suicide terrorist passed two police officers and when he came close to the station's security guards, one of the guards approached him, chatted to him and asked him to identify himself. The suicide terrorist put his hand in his trouser pocket and detonated himself. The Fatah's al-Aqsa Martyrs' Brigades and the PFLP's Abu Ali Mustafa Brigades claimed joint responsibility for the attack.

\*\*\*

<u>April 15, 2003:</u> Suicide terrorist detonation equipped with light weapons, a grenade and an explosive belt at Karni Crossing, 2 killed and 3 injured



**Muhammad Yunis** - a resident of <u>Jabalia refugee camp/Gaza</u>, **aged 18**, a high school student, Hamas operative. On the morning of the attack **Rami Abu Sahila**, a military Hamas operative from the Jabalia refugee camp came to him and prepared him for departure for the attack. Later in the morning, a trader with an entrance permit to the area of the terminal came along with his son, and together they hid the suicide terrorist in the trunk of their car among their merchandise. At the terminal's checkpoint the trunk was not inspected and the suicide terrorist was dropped off from the car at the terminal, equipped with light weapons, grenades and an explosive belt, and began shooting and casting grenades toward the terminal. The suicide terrorist was shot and killed by security and reservists at the scene.

\*\*\*

<u>March 30, 2003:</u> Suicide terrorist detonation at the entrance to "London" café in Netanya,

54 injured

**Rami Ghanem** - a resident of <u>Dir al-Ghusun</u>, **aged 20**, single, an accounting/business management student at Kadoorie College in Tulkarem, known as a Popular Front operative. Due to being a suspected collaborator he left the Popular Front and joined the Islamic Jihad ranks a few days before the attack. The suicide terrorist detonated himself at the entrance to the café in Netanya with an explosive device made up of a tin box weighing

L_C089091

### Suicide Terrorists in the Current Conflict

1-1.5kg affixed to his abdomen using a leather belt and white rags. Responsibility for the attack was taken by the Islamic Jihad.

\*\*\*

<u>March 5, 2003:</u> Suicide terrorist detonation on a bus on Sderot Moria in Haifa,

15 killed and 42 injured

**Mahmud Amran Qawasmeh** - a resident of <u>Hebron</u>, **aged 20**, a computer course student at the Polytechnic in Hebron, detonated himself on bus no. 37, at the entrance to the Karmeliya neighborhood in Haifa. Hamas military headquarters in Hebron were behind the attack, with **Ali Rajbi** as a central operative responsible for the logistical network and **the wanted person Ali Alan** alongside him, responsible for making the explosive belt. The person responsible for leading the suicide terrorist to Haifa was **Hafez Rajbi**, a resident of Hebron, with an east Jerusalem identity card which provided him with access to Israel.

\*\*\*

<u>February 9, 2003:</u> Car bomb detonation with 3 terrorists in Orhan,

4 soldiers injured

### The suicide terrorists

    

**Sami abd al-Salem**  **Sulieman Miqdad**  **Muhammad Amum**

Sami abd al-Salem, a resident of <u>Bureij/Deir al-Balah</u>, **aged 17**, Sulieman Miqdad, a resident of <u>Nuseirat/Gaza</u>, **aged 22**, and Muhammad Amum, a resident of <u>Bureij</u> **aged 18**, drove in a white Pontiac car, and arrived from the northern part of Orhan. Two of them were seated in the front of the vehicle and one in the back, holding a Kalashnikov. While approaching the checkpoint, the terrorist in the rear fired shots towards our forces, the vehicle swerved to the right, collided with the concrete blocks of the Orhan post and exploded. Responsibility for the attack was claimed by the Islamic Jihad network in the refugee camp area in the central Gaza Strip area, led by (until he was killed on March 17) **Muhammad Sa'afin**.

30

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>January 17, 2003:</u> Suicide terrorist detonation on a raft bomb west of Dugit,

no casualties



**Mahmud Jamasi** - a resident of <u>Rimal/Gaza</u>, **aged 21**, single, known as a Hamas operative. The suicide terrorist departed, as it seems, from the Shati area, carrying half a barrel containing 40kg of weapons. The suicide terrorist arrived in the area of the attack on a fishing boat and got out of it while wearing floatation devices, in order to be carried by the water with most of his body submerged in the water. His aim was to get close to the Dabur patrol boat and detonate himself near it. Fishermen who noticed him thought he was in distress and sent a raft his way, when the raft reached him (at the same time as the Dabur patrol boat), he detonated himself in the water. The attack was directed by the prominent Hamas military operative, **Wael Nasar**, and after the attack it was revealed that the suicide terrorist had trained in the Shati area for around a year in swimming and diving without equipment.

<u>January 5, 2003:</u> Detonation of 2 suicide terrorists at the old central station in Tel Aviv,

23 killed and 106 injured

**Buraq Halifa and Samer Nuri** - Buraq Halifa, **aged 20** and Samer Nuri, **aged 19**, both residents of <u>Nablus</u>, carried out a double suicide attack at the old central station in Tel Aviv. The suicide terrorist pair, who were friends since childhood, detonated themselves at two different points (200m apart) and 50 seconds apart. The two were transported to the location of the attack by an Israeli Arab. Responsibility for the attack was taken by the military arm of Fatah in Nablus, headed by **Naef Abu-Sharah** (killed). Abu-Sharah was directed by the Iranian Revuloutionary Guard of the Islamic Revolution in Lebanon, who fund attacks and allow Fatah organizations to continue carrying out attacks within Israel. This attack is one of the deadliest attacks since the beginning of the conflict, as reflected by the number of casualties and the quality of explosive devices, which contained an estimated weight of over 10kg of high explosives and a large amount of metal fragmentation in order to increase the effect of the attack.

\*\*\*

31

L_C089093

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>December 28, 2002:</u> Car bomb detonation driven by a suicide terrorist near the Russian Compound, no casualties

**Ala Karaki** - a resident of <u>New Anata/Jerusalem</u>, **aged 20**, single, a first year management student at Ibrahimiya College, attempted to detonate himself in a car bomb parked on Monbaz St. in Jerusalem, near a lively recreation area. In his interrogation with the Israeli Security Agency, the suicide terrorist admitted that he carried out the attack with the aim of killing Jews and being killed. He also told of how he became religious around six months earlier and started praying, and that his decision to carry out an attack was in order to repent for his heretical behavior over the years. The suicide terrorist admitted that he was the one who initiated and carried out the attempted attack alone.

***

<u>November 27, 2002:</u> Car bomb detonation driven by a suicide terrorist in the DCO site, near Erez checkpoint in the Gaza Strip, no casualties



**Muhaned Mahdi** - a resident of <u>Sheikh Radwan/Gaza</u>, **aged 25**, married, father of one son, drove a car along the Tencher route, barged into the Palestinian communication station and detonated while driving. The popular front network stands behind this attempted attack. The blast was of an explosive device and an improvised 82mm mortar.

***

<u>November 22, 2002:</u> Boat bomb detonation driven by 2 suicide terrorists near a navy ship in front of Dugit beach, 4 injured soldiers

**Jamal Ismail** - a resident of <u>Bureij</u>, **aged 22**, and **Mohammad Masri**, a resident of <u>Beit Hanoun,</u> **aged 19,** a first year student at the Islamic University, stole a fisherman's surfboard, loaded it with explosives and sailed in the no-fishing zone. This caused the navy Dabur patrol boat to be called to the scene, the Dabur team called at them and when they received no reply the Dabur approached the fishing boat. At this point the two suicide terrorists detonated themselves inside the boat. The Islamic Jihad claimed public responsibility for the attack. Members of the organization which carried out the attack were familiar with our forces' routine naval activity, used two attackers to liken the boat bomb to a "normal" fishing boat and thus helped attract the Dabur towards the boat.

32

L_C089094

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>November 21, 2002:</u> Suicide terrorist detonation on bus route 20 in Jerusalem,
11 killed and 50 injured

**<u>Nael Abu Hulail</u>** - a resident of <u>Dura</u>, who moved to <u>Bethlehem</u> several months before the attack, **aged 22**, single, religious, worked with his father on a vegetable stall in the old market in Bethlehem. The suicide terrorist detonated himself on Egged bus route no. 20 on Mexico St. in Jerusalem. Responsibility for the attack was claimed by Hamas. The Israeli Security Agency revealed the cell from Bethlehem which was responsible for the attack in a joint operation with IDF. Within the operation the following persons were arrested: 2 manufacturers of explosive devices, 5 additional operatives who dealt with preparing the devices and recruitment, and 6 youngsters who were recruited to carry out suicide attacks. On November 20, 2002, **Muhammad Shaker Al'an Ma'la** (one of the manufacturers of the explosive device and Ali Al'an's cousin, the senior wanted member of Hamas in Bethlehem) approached **Ibrahim Jundiya**, a Hamas operative in Bethlehem, and asked him to join him for the purpose of transferring a terrorist to Jerusalem. The two walked through Wadi Ahmad, near Bethlehem, with Muhammad carrying a black bag containing a black exercise suit and notebooks. After a short walk, the two met with the suicide terrorist and began walking in the direction of Beit Jala. 30 minutes later, Muhammad took the exercise suit out of the plastic bag he had brought with him and ripped out the inner lining of the suit so that it would not hinder the suicide terrorist in activating the explosive belt. Near Sharafat village, at the foothills of the Gilo neighborhood, Muhammad noticed a cave in which the suicide terrorist stayed the night. The next morning the suicide terrorist boarded a bus traveling towards Kiryat Menachem in Jerusalem, and detonated himself.

\*\*\*

<u>November 11, 2002:</u> Discovery of the body of a suicide terrorist who departed for an attack, with remains of an explosive belt, near Erez crossing, no casualties

**<u>Sayyid Khasnin</u>** - a resident of <u>Egypt</u>, **aged 23**, departed for a suicide attack against an IDF post at a workers crossing in the north of the Gaza Strip, directed by the Islamic Jihad organization in the Strip. According to estimations, the suicide terrorist attempted to reach the rear post, became entangled in barbed wire on the descent to Hanoun River and as a result of a fault in the explosive device or Sayyid's fall, the device was activated and killed him on the spot. His body was found about 350m south of a rear post at Erez terminal, with remains of an explosive belt and a grenade. On his head was a black band with the writing "Jerusalem [i.e. al-Quds] Brigades."

33

L_C089095

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>November 4, 2002:</u> Suicide terrorist detonation in "Arim" mall in Kfar Saba,

2 killed and 37 injured

**Khaled Sawalha** - a resident of <u>Balata village/Nablus</u>, **aged 18**, single, detonated himself on the first floor of "Arim" mall in Kfar Saba, as revenge for the death of his relative when the army entered Balata refugee camp. The attack was carried out by the Fatah organization in Nablus. Responsibility was claimed by the "Black Arms" organization under the direction of Saleh Qini. Saleh, a resident of Qalil village, a military Tanzim operative, was arrested and admitted in his interrogation to locating and dispatching Khaled Suwalkha to the attack.

\*\*\*

<u>November 4, 2002:</u> Suicide terrorist detonation at a gas station at the entrance to Ariel,

3 killed and 17 injured

**Muhammad Bustami** - a resident of <u>Nablus</u>, **aged 19**, a computer programming student at an-Najah University, arrived at the gas station in Ariel carrying an explosive belt on his person. Citizens and soldiers at the station suspected him as a terrorist.

During their attempts to control him, one of them shot the terrorist, and he detonated, apparently he had managed to activate the explosive belt he was carrying. Responsibility for the attack was claimed by Hamas, the attack was carried out by the Hamas network in Nablus.

\*\*\*

34

L_C089096

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>October 21, 2002:</u> Detonation of 2 suicide terrorists in a car bomb adjacent to bus route 841 next to Karkur intersection, 14 killed and 48 injured

**<u>Muhammad Hasnin</u>**, **aged 19**, **and Ashraf Asmar**, **aged 18,** both residents of <u>Jenin</u> and Islamic Jihad operatives, drove in a bomb laden vehicle from the direction Megiddo intersection to Hadera, drove alongside Egged bus no. 841 and detonated themselves. Responsibility for the attack was claimed by the Islamic Jihad. The attack was carried out by the Islamic Jihad network in Jenin, under the instruction and planning of **Iyad Sawalha** and **Sa'id Toubasi**.

The names of the suicide terrorists were transferred to Toubasi, who transferred them to Suwalha. Suwalha asked Toubasi to arrange for a vehicle and transfer it to **Anas Jaridat**, who loaded it with explosives. Later, the explosive laden vehicle was transferred to a garage in Jenin. Toubasi met with the two suicide terrorists and took them to Suwalha's home, who gave the two suicide terrorists money for them to buy clothes ahead of the planned attack and asked Toubasi to bring, the next afternoon, an empty bag, a weapon, passwords, Allah and Islamic Jihad related inscriptions as well as cellophane tape to attach the announcements and slogans. In the afternoon of the next day, Toubasi drove Suwalha and the two suicide terrorists, dressed in their new clothes, in a green vehicle with tinted windows, to the town area, where they received the explosive material. The attack was launched when **Muhammad Jaridat**, an Islamic Jihad operative from Silat al-Harithiya, leading the suicide terrorists and assisting with getting it underway.

\*\*\*

<u>October 11, 2002:</u> Capturing of a suicide terrorist as he attempted to detonate an explosive belt in a café on the Tel Aviv promenade, no casualties



**<u>Rafat Muqdi</u>** - a resident of <u>Zawiya/Qalqilya</u>, **aged 23**, arrived at "Tayelet" café in Tel Aviv in the evening hours. During an inspection carried out by the security guard at the entrance, the explosive belt was detected on the suicide terrorist, who began to flee. Hearing the guard's shouting, security guards from the American embassy chased the suicide terrorist and arrested him. The attempted attack was directed by the Hamas network in Ramallah, who received and dispatched the suicide terrorist.

An Israeli Arab driver, **Ashraf Za'yir**, a resident of Kafr Aqab, holder of a blue ID card, was the one who led the suicide terrorist to Tel Aviv.

L_C089097

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

\*\*\*

<u>October 10, 2002:</u> Suicide terrorist detonation next to a bus station at Coca Cola intersection, one (female) killed and 20 injured

 **Rafik Hamad** - a resident of <u>Qalqilya</u>, **aged 31**, married and a father of 4, attempted to board a "Dan" bus near Bar-Ilan interchange, was injured during the boarding attempt and was treated at the scene by the bus driver and a doctor. When they noticed he was carrying an explosive belt, the suicide terrorist attempted to flee, ran towards the gas station and detonated himself. The suicide terrorist was recruited for the attack in light of suspicions of collaboration against him and against his family and to clear the family name. The suicide terrorist was a relative of the ex-Hamas leader in Qalqilya, Abd al-Rahman Hamad (killed). Responsibility for the attack was claimed by the Izz al-Din al-Qassam Brigades. The attack was carried out by the Hamas network in Qalqilya.

\*\*\*

<u>September 19, 2002:</u> Suicide terrorist detonation on bus no. 4 on Allenby St. in Tel Aviv, 6 killed and 71 injured

**Iyad Radad** - a resident of <u>Ramallah,</u> originally from Jordan, **aged 23,** arrived in Israel in July 2000, was recruited by the Hamas military network in Ramallah for the purpose of carrying out a suicide attack. The person responsible for the cell and for the recruitment of suicide terrorists and the execution of attacks was **Mahmud Hamad Mahmud Sharitah**, aged 25, a resident of Yatta, a student at Bir Zeit University and a central operative in the student movement representing Hamas at the university - the Kutla Islamiya [Islamic Bloc]. At the head of the network was the Hamas headquarters in Ramallah, which was responsible for carrying out additional suicide attacks. Sharitah met with the suicide terrorist in Ramallah according to instructions he received, and recruited him into the network. Two days before the attack, the suicide terrorist was transferred by Sharitah to an operational apartment in Jerusalem, photographed and equipped with the explosive belt. **Ashraf Za'yir**, a clothes merchant with a Jerusalem identity card, drove him from the apartment to the location of the attack on Allenby St. while instructing him regarding the outline of the attack he had chosen (an explosion inside the bus).

\*\*\*

L_C089098

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>September 18, 2002:</u> Suicide terrorist detonation next to a police car near Umm al-Fahm, one policeman killed and 2 injured



**<u>Marzuq Jawadra</u>** - a resident of <u>Bi'r al-Basha/Jenin</u>, **aged 21**, single, detonated himself at a bus station at Umm al-Fahm intersection. The explosive device was placed in a bag and activated against police who arrived at the site after receiving a phone call about a suspected suicide terrorist standing at the intersection. The attack was carried out by an Islamic Jihad organization in the Qabatiya area.

\*\*\*

<u>August 6, 2002:</u> Suicide terrorist detonation in  the car of an Israeli Arab who was driving him near Umm al-Fahm, one injured



**<u>Muhammad Asfar</u>** - a resident of <u>Aksar village/Nablus</u>, **aged 19**, single, worked at a meat store, detonated himself inside the vehicle of an Israeli Arab, a resident of Nazareth, near Umm al-Fahm. Responsibility for the attack was taken by the al-Nazir Brigades (a new Fatah Tanzim cell), who released a message following heavy pressure from the family of the suicide terrorist, to know what had happened to him, after he had been missing from his home for several days. The dispatchers of the suicide terrorist were **Ali Ajouri and Murad Marshoush**, two of the leaders of the Fatah network in Nablus.

\*\*\*

.

L_C089099

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>August 4, 2002:</u> Suicide terrorist detonation on a bus at Mt. Meiron intersection,

9 killed and 52 injured

**Jihad/Mujahid Hamada** - a resident of <u>Burkin/Nablus</u>, **aged 20**, originally from Jordan, was employed without a permit by his uncle, doing electrical work. As part of his job he became acquainted with **Ibrahim Muhammad Ibrahim Bakri**, an Israeli citizen from Bi'ina village who worked in partnership with his good friend **Yassin Bakri** to carry out the attack. The suicide terrorist had been arrested in the past for illegally staying in Israel; he was deported back to Palestinian Authority territory but continued being in contact with Ibrahim via telephone. Within this contact the suicide terrorist told Ibrahim that he had been recruited into Hamas and that he wanted to carry out a suicide attack. The suicide terrorist requested Ibrahim's help in getting from one place to another. On the morning of the attack, Ibrahim, Yassin and the suicide terrorist departed in the direction of Karmiel, to choose a bus route used by many soldiers, with Ibrahim leading in his vehicle as a "route opener" and Yassin and the suicide terrorist in the vehicle behind him. During the drive, the suicide terrorist changed his clothes into clothes intended to give him an Israeli look. Due to the presence of security forces in Karmiel, the three drove towards one of the bus stops. The suicide terrorist was dropped off at Shezor intersection, boarded Egged bus no. 361 to Safed, and when the bus arrived at Meiron intersection, he activated the explosive device he was carrying and detonated himself.

\*\*\*

<u>July 30, 2002:</u> Suicide terrorist detonation on Nevi'im St. in Jerusalem,

5 injured



**Hazem Yusuf** - a resident of <u>Beit Jala</u>, **aged 17**, a high school student, detonated an explosive device inside a bag he was carrying, near "Merkaz HaFalafel" on Nevi'im St. in Jerusalem. Responsibility for the attack was claimed by the al-Aqsa Martyrs' Brigades. **Alaa Abd al-Karim and Mahmud Hamash** admitted in their interrogation with the Israeli Security Agency that they were the ones responsible for preparing the explosive device and the dispatching the suicide terrorist to the attack, after the latter approached Alaa Abd al-Karim and asked to be sent on a suicide attack.

\*\*\*

38

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>July 17, 2002:</u> Detonation of 2 suicide terrorists on Neveh Sha'anan pedestrian street in Tel Aviv, 5 killed and 33 injured

**Ibrahim Naji** - a resident of <u>Balata village/Nablus</u>, **aged 18** and **Muhammad Atallah**, a resident of Askar village, aged 19, detonated themselves in stages, around 30 seconds apart, at the entrance to the Neveh Sha'anan pedestrian street, standing about 30m away from each other. The attack was carried out by the Nablus Fatah organization, led by **Ali Ajuri,** who claimed responsibility for the attack on behalf of "Al Nazir Brigades." The suicide terrorists were recruited and smuggled into Israel by Fatah operatives. Islamic Jihad operatives supplied the explosive devices. The terrorists traveled from Nablus to the Jenin region and stayed in the Umm al-Fahm area for around 5 hours before departing for Tel Aviv. Their transport to Tel Aviv was provided by **Khaled Ashour**, a driver of illegal aliens, a Jaffa resident, who told the Israeli Security Agency in his interrogation that the two told him they were intending on carrying out a suicide attack but, due to fear for his life, he drove them to the place and didn't tell anyone about it.

\*\*\*

<u>June 19, 2002:</u> Suicide terrorist detonation on French Hill in Jerusalem, 7 killed and 39 injured

**Sa'id Awada** - a resident of <u>Nablus</u>, **aged 17**, a Tanzim operative, detonated himself at a shuttle station at the French Hill intersection in Jerusalem. The attack was directed by the Fatah's terrorism network in Nablus.

\*\*\*

L_C089101

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>June 18, 2002:</u> Suicide bomber detonation on a bus in the Gilo neighborhood of Jerusalem,
19 killed and 50 injured

 **Muhammad al-Ghul** - a resident of <u>Nablus</u>, **aged 22,** a religious law Masters Degree student at Al-Najah University, detonated himself on Egged bus no. 32 on Dov Yosef St. in the Gilo neighborhood of Jerusalem. The suicide terrorist was spotted, recruited and trained by the Hamas military network in Samaria. After two failed attempts to dispatch the suicide terrorist for an attack and the elimination of Qais Adwan (one of the Hamas network's leaders in Samaria), the suicide terrorist was directed by Mazen Fuqaha to **Muhanad Taher**, who at that point was head of the Hamas network in Samaria (killed). Mahaned Taher brought the suicide terrorist to **Khalil Marwan Khalil**, a member of the organization in Samaria (detained), who drove him to Azaria in east Jerusalem where he was supposed to be collected by prior arrangement of **Ali Alan**, a Hamas military operative from Bethlehem. Ali used the assistance of his friend **Ramadan Mushahara,** and his brother, **Fahmi Mushahara**, both residents of east Jerusalem with blue identity cards (detained), for the execution and planning of the attack. After the gathering of intelligence carried out by Fahmi, the target of the attack was chosen – Egged route 32 traveling from the Gilo neighborhood direction towards the center of Jerusalem. The target was chosen as attractive for carrying out an attack given the fact that it stops at the Beit Safafa station, an area with a large Arab population, where a visibly Arab person would not be viewed suspiciously. As part of the preparations for the attack, Fahmi traveled on this bus route several times, bought a multiple-entry ticket and even had holes punched in it so that the suicide terrorist could use it without raising suspicion. The suicide terrorist was transferred to Bethlehem, was accommodated overnight in the city and the next morning driven to the Abu Dis area in Jerusalem, where he was picked up by Fahmi and the two continued on the route towards west Jerusalem, with Ramadan Mushahara driving in front and alerting them to any Israeli checkpoints. Upon their arrival at the bus station near Beit Safafa the suicide terrorist was dropped off, he boarded the bus and detonated himself.

\*\*\*

<u>June 17, 2002:</u> Detonation of a suicide terrorist suspected by border forces near Marja/Yarkon, no casualties

**Ala Marshud** - a resident of <u>Balata refugee camp/Nablus</u>, **aged 20**, an electrical appliance factory worker, detonated himself in Marja, after being suspected by border forces who called for him to stop and strip. Responsibility was claimed by Fatah's Al-Nazir Brigades. The Israeli Security Agency's interrogation of **Samer Hashash**, a Tanzim

40

### Suicide Terrorists in the Current Conflict

military operative from Nablus, revealed that the suicide terrorist was sent to the attack by **Ali Ajuri**, who also provided him with the explosive device, and that the recruiter of the suicide terrorist was his brother Murad.

\*\*\*

<u>June 11, 2002:</u> Suicide bomber detonation at the entrance of a restaurant in Herzliya,

1 killed (female) and 12 injured



**Omar Ziyada** - a resident of <u>Nablus</u>, **aged 29,** married, father of a baby daughter, detonated himself in Mifgash HaSharon Jamil restaurant in Herzliya. Responsibility for the attack was claimed by the al-Aqsa Martyrs' Brigades. The suicide terrorist worked as a trader and his financial situation was good. In his will he asked to erase his debts to others. In the past he was a member of Fatah and became religious a short while before the attack.

\*\*\*

<u>June 5, 2002:</u> Suicide bomber detonation near a bus by Megiddo intersection,

17 killed and 42 injured

**Hamza Samoudi** - a resident of <u>Jenin</u>, **aged 18,** drove in a car bomb, closely approached the rear part of the Egged no. 830 bus traveling to Tiberias and detonated near it, around 500 m before Megiddo intersection. The Islamic Jihad network from the Jenin area headed by **Iyad Sawalha** (killed) was the network responsible for the execution of this attack. ISA's interrogation of **Sa'id Tubasi** (a member of the network and Iyad's senior assistant (-detained) revealed that Iyad Sawalha asked him to arrange for a car to be made into a car bomb. Sa'id agreed and requested the assistance of **Shadi Amuri** in arranging the matter. Shadi acquired a white vehicle, similar to a pickup truck (Renault Kangoo), for which Sa'id transferred him 8000 NIS in exchange. Sa'id and Shadi approached **Rushdi Nursi** and asked him for yellow license plates without explaining the purpose of their request. The two received the license plates (from a stolen Subaru vehicle) and paid him 200 NIS. Sa'id and Shadi traveled to Iyad's house after mounting the yellow license plates and helped him load two barrels from his house. Iyad explained to them that they contained explosives. Sa'id estimated that each barrel weighed around 55kg. In the days leading up to the attack, Sa'id dealt with, among other things, manufacturing the device in the vehicle and preparing the suicide terrorist for the attack.

### Suicide Terrorists in the Current Conflict

<u>May 27, 2002:</u> Suicide bomber detonation by a café in Petach Tikva,

2 killed (females) and 30 injured

**Jihad Titi** - a resident of <u>Balata village</u>, **aged 19,** detonated himself at the entrance to the "Café Hamoshava" bakery in Em Hamoshavot Mall in Petach Tikva. According to eye witnesses, the suicide terrorist tried to enter the children's play area in the mall but after he was unsuccessful, he went to the café. The attack was carried out by the Tanzim military network in Nablus. The suicide terrorist was sent by **Kamal Khatib**, a member of the network who works as a police officer in the Nablus Police Special Forces, and by **Nahad Sabih** and **Ibrahim Abd al-Hai**. Additional operatives drove the suicide terrorist to the Rosh Ha'ayin area and from there the latter took an Israeli taxi to the location of the attack.

\*\*\*

<u>May 24, 2002:</u> Suicide bomber killing in a car bomb in Tel Aviv

7 injured

 **Omar Shakukani** - a resident of <u>al-Bireh/Ramallah</u>, **aged 26,** was driving at high speed towards the entrance of a club on Kibbutz Galuyot St. in Tel Aviv, was stopped by the security guard at the entrance and detonated. After the detonation of the vehicle in front of the club's entrance, it appeared as though the suicide terrorist was trying to exit the vehicle and was shot again several times by the security guard. 4 pipe bombs were placed in the rear part of the car. Al-Aqsa Martyrs' Brigades claimed responsibility for the attack. The ISA interrogation of **Amin Ziyad**, a Tanzim military operative, who was involved in the dispatching of the suicide terrorist, revealed that the person who had planned the attack and put together the car bomb was **Muhammad Abu Hamid** (detained). Amin photographed the suicide terrorist on the evening before the attack using a camera he had brought from his (female) cousin.

\*\*\*

42

### Suicide Terrorists in the Current Conflict

<u>May 22, 2002:</u> Suicide bomber detonation on Rothschild pedestrian street in Rishon LeZion, 2 killed and 36 injured



**Issa Badir** - a resident of <u>Duha/Bethlehem</u>, **aged 17,** detonated himself on the Rothschild pedestrian street in Rishon LeZion. The suicide terrorist was led, from Bethlehem to Rishon LeZion, in the vehicle of **Ibrahim Sarahana** from Dahshiya and his wife **Marina Pinski**, a Jewish, Israeli citizen who emigrated from Russia 11 years ago. The ISA interrogation of the two leaders revealed that an additional female terrorist **Arin Ahmad**, aged 20 from Beit Sahour (detained) was supposed to take part in the suicide attack, according to the plan she was to detonate herself at the point when search and rescue forces arrived to take care of the casualties from the first blast. When they were on their way to carry out the attack, Arin changed her mind and was returned to Bethlehem. On May 27, 2002, all operatives of the Tanzim military network which was behind dispatching the suicide terrorist to the attack were arrested in Dahshiya refugee camp. Among the detainees was **Ahmad Yusef Ahmad Mughrabi**, head of the network and a senior wanted person who admitted in his interrogation with the ISA that he had offered to assist Ibrahim Sarhana in the execution of attacks and told of his involvement directing the attack and preparing the devices for the suicide terrorists. Along with him, his brother was arrested – **Ali Mughrabi**, a 16-year-old resident of Dahshiya, who admitted in his interrogation that he was instructed by his brother Ahmad to pay the suicide terrorist and obtain a stolen car for the execution of the attack. Ali also admitted that he knew the pair of suicide terrorists and said that he filmed the suicide terrorists before their departure for the attack. Another detainee was **Mahmud Sarahana,** a Tanzim operative from Dahshiya, who was involved in transporting the suicide terrorists to the field. Mahmud said that he had prepared the terrorist for the attack and dyed his hair. Later, Mahmud transferred the suicide terrorists into Ibrahim and Marina's hands and they led him to the center of the country.

\*\*\*

<u>May 20, 2002:</u> Suicide bomber detonation at a bus station near a border police jeep at Ta'anach intersection, 3 injured



**Muhammad Hamadiya** - a resident of <u>Jenin</u>, **aged 20,** a tailor, detonated himself at the Ta'anachim intersection bus station near a border police jeep. Responsibility for the attack was claimed by the Islamic Jihad, the attack was carried out by the Islamic Jihad network in Jenin, headed by **Iyad Suwalha** (killed). **Muhammad Abu Tabih**, an Islamic Jihad military operative (detained) admitted in his interrogation that he himself recruited the suicide terrorist for the attack. Muhammad Abu

43

**Suicide Terrorists in the Current Conflict**

Tabih linked the suicide terrorist with Iyad Sualaha. After the attack, Abu Tabih met with Iyad Suwalha who expressed disappointment at the failure of the attack.

*\*\*\**

<u>May 19, 2002:</u> Suicide bomber detonation at a market in Netanya,

3 killed and 60 injured

<u>Osama Bashkar</u> - a resident of <u>Askar refugee camp/Nablus</u>, **aged 18,** wandered around the market in Netanya wearing an IDF uniform and carrying a black bag, he was suspected due to his Middle Eastern appearance and detonated himself immediately thereafter. Responsibility for the attack was claimed by the "Popular Front" organization, the attack was carried out by the "PFLP" network in Nablus, with **Alam Ka'abi** in its center. The network operatives behind this attack were in constant contact with the PFLP prisoners in Jericho via messengers and also in continuous contact by phone. During the previous days Ahad Oulma and the other PFLP prisoners had been updated regarding the plans to carry out the attack. On May 23, 2002, **Adel Adnan Mahmud Jum'a**, a resident of Tayibe, was arrested. In his interrogation with the Israeli Security Agency he admitted that he had driven the suicide terrorist together with a female who served as the suicide terrorist's guide. Adal noted that he understood that he was transporting a suicide terrorist only after dropping the suicide terrorist off and hearing the explosion. After the attack, he returned the suicide terrorist's guide to Baqa al-Gharbiyye. On June 6, 2002, **Du'a Ziyad Jamil Jayusi**, a resident of Tulkarem, studying at al-Najah University, was arrested. Du'a mentioned in her interrogation that she was requested by the Popular Front network in Nablus to lead the suicide terrorist into Netanya to give him an innocent appearance. Du'a also added that before dropping the suicide terrorist off at the market in Netanya, the terrorists looked into the options of carrying out the attack at the mall in Netanya and in the promenade area.

*\*\*\**

<u>May 8, 2002:</u> Suicide bomber sustains heavy injuries at a shuttle stop at Megiddo intersection,

3 injured

<u>Zaydan Zaydan</u> - a resident of <u>Jenin</u>, **aged 19,** was injured in the detonation of an explosive device he was carrying in his bag at a shuttle stop at Megiddo intersection. After the explosion, shots were fired toward the suicide terrorist by a bomb disposal police officer who was at the site. The suicide terrorist was injured in his arms and legs. The rest of the explosive device which remained in the bag was later detonated by a police robot. In his interrogation, the suicide terrorist informed the Israeli Security Agency that he had asked **Mahmud Tuwalba** (killed), one of the heads of the Islamic Jihad in Jenin, to depart for the attack. A person acting on behalf of Mahmud provided the suicide terrorist with a device weighing

### Suicide Terrorists in the Current Conflict

around 18kg. The suicide terrorist took a taxi to Anin, walked from there to Umm al-Fahm and continued by hitchhiking to Wadi Ara. Responsibility for the attack was claimed by the Islamic Jihad.

\*\*\*

<u>May 7, 2002:</u> Suicide bomber detonation at a billiards club in Rishon LeZion,

16 killed and 51 injured



**Muhammad Mu'amar** - a resident of <u>the Krayot/Nablus</u>, **aged 28,** originally from Jordan, associated with Hamas, entered "Sheffield" club on Sahrur St. in the Rishon LeZion industrial zone, carrying a suitcase, he walked toward the center of the room, to a gathered crowd near the slot machine and detonated himself. The Izz al-Din al-Qassam Brigades publicly claimed responsibility for the attack; the message also included threats of further attacks. The attack was carried out by the Hamas network in Ramallah in collaboration with a Jerusalem cell, with **Muhammad Imran** serving as the contact person between **Wael Qasem** (killed), a Hamas operative from Ras al-Amoud, and **Ibrahim Hamed**, head of the Hamas network in Ramallah. In practice, Amran transferred the instructions for carrying out the attacks, transferred the suicide terrorists and the explosive devices.

\*\*\*

<u>April 20, 2002:</u> Suicide bomber detonation near a checkpoint in Qalqilya,

no casualties

**Unknown** - a suicide terrorist detonated near checkpoint 108, west of Qalqilya during a suspect arrest procedure. The Hamas website quoted a spokesperson on behalf of the Izz al-Din al-Qassam Brigades who announced that the perpetrator of the attack near Qalqilya was **Mahmud Muhammad Yusuf Shuli**, from Asira ash-Shamaliya, north of Nablus. The spokesperson said in a telephone call that so far responsibility had not been officially claimed due to security reasons. Mahmud Shuli worked for National Security, he had informed his family in the past that he would carry out an attack and then disappeared. The attack was carried out by a collaboration between the Hamas military networks in Nablus and Qalqilya.

\*\*\*

45

L_C089107

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>April 19, 2002:</u> Suicide bomber detonation in a car bomb near an IDF post at Gush Katif intersection, 2 injured

 **Abdallah Abu Ouda** - a resident of <u>Khan Yunis</u>, **aged 19**, drove a white pickup type Peugeot 504 car bomb with an open rear trunk. The suicide terrorist arrived with the car at Pillbox 24 at Gush Katif intersection, with 2 cars in front and adjacent to him, obscuring the front of the car from the IDF pillbox viewpoint. When the 2 cars in front passed Pillbox 24 and moved away from the intersection, the suicide terrorist reduced the speed of the vehicle, bringing himself to a distance of several meters from the pillbox. A soldier at the post aimed his weapon at him with the intention of opening fire at him. The suicide terrorist swerved the car from the driving route, approached the concrete walls surrounding the pillbox and detonated the car. Responsibility for the attack was claimed by Islamic Jihad.

<div align="center">***</div>

<u>April 12, 2002:</u> Female Suicide bomber detonation at Mahane Yehuda market in Jerusalem, 6 killed (including 2 Chinese foreign workers) and 60 injured

**Andalib Taqatiqa** – a **21-year-old** Tanzim operative from <u>Bethlehem</u>. The attack was directed by <u>Muataz Haimoni</u>**,** the Palestinian Liberation Front (PLO) operative who was arrested as part of Operation 'Defensive Shield.' The person who prepared the device for the attack was **Marwan Zulum,** the Tanzim senior in Hebron, who was killed as a result of an initiated operation by the Security Forces. The device comprised of three plastic pipes and a battery, and was hidden in a black women's bag for the purpose of concealing it. On the day of the attack the suicide terrorist was driven to Abu Dis and from there she took a taxi into the city of Jerusalem, reached Mahane Yehuda market – where she detonated herself near an Egged bus. Several days before the attack, the suicide terrorist was filmed on a video camera, wearing black and holding a Qur'an.

<div align="center">46</div>

**Suicide Terrorists in the Current Conflict**

<u>April 10, 2002:</u> Suicide bomber detonation on a bus near Yagur intersection,

8 killed and 17 injured



**<u>Ragheb Jaradat</u>** – a resident of <u>Silat al-Khartiya/Jenin</u>, **aged 18**, detonated himself inside a bus which was on its way from Haifa to Jerusalem between Yagur intersection and Ha'Amakim intersection. Responsibility was claimed by Islamic Jihad operatives. The network behind the attack was the network of **Iyad Sawlaha** (killed) and **Khaled Zkarna**. Ayad and Khaled were the ones who prepared Ragheb for the attack.

\*\*\*

<u>April 1, 2002:</u> Suicide bomber detonation near a police checkpoint in Jerusalem,

one police officer killed



**<u>Rami Issa</u>** – a resident of <u>Dahshiya refugee camp/Bethlehem</u>, **aged 23**, was a member of a Tanzim military cell which carried out dozens of gunfire and bomb attacks in the Bethlehem and Jerusalem area. (Cell members were detained). Around 6 months before the attack, along with another youngster, they had robbed and murdered a money changer. The two were arrested, released from their arrest several days before IDF entered the city and were recruited by Fatah officials in Dahshiya refugee camp. On the day of the attack, police officers standing at the police checkpoint on Hanevi'im St., on the corner of Shivtei Israel St. in Jerusalem, noticed a suspicious vehicle on the pavement of Route 1. When the two officers arrived to inspect it, an explosion occurred. Responsibility for the attack was taken by al-Aqsa Martyrs' Brigades. Witness testimonials at the scene revealed that a driver who had led the suicide terrorist fled moments before the blast. The suicide terrorist's accompaniers to the attack were arrested by the Israeli Security Agency and IDF. The detainees are brothers from the Sarahna family, residents of Dahshiya refugee camp, who admitted in their interrogation with the Israeli Security Agency to taking part in dispatching the suicide terrorist to the attack, while exploiting the blue identity cards of the wife and daughter of one of the operatives for the purpose of leading the suicide terrorist into the territory of Jerusalem.

\*\*\*

47

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 31, 2002:</u> Suicide bomber detonation near a medical clinic in Efrat,

6 injured



**Jamil Hamid** – a resident of <u>Bethlehem</u>, a minor **aged 16**, who was recruited by Fatah, arrived in a vehicle from the direction of Wadi Nis up to the Efrat settlement gate, exited the vehicle about 10m from the gate, entered the settlement on foot and detonated himself near an MDA (Magen David Adom) station. Responsibility for the attack was claimed by the al-Aqsa Brigades. The explosive device which was on his person was prepared by **Yahya Da'masa** and **Ahmad Mugrabi**, among the leaders of the Fatah network in Bethlehem. **Riyad al-Amur** and **Ibrahim Ubiyat** were the initiators and directors of the attack.

\*\*\*

<u>March 31, 2002:</u> Suicide bomber detonation at "Matza" restaurant in Haifa,

15 killed and 34 injured

**Shadi Tubasi** – a resident of <u>Jenin</u>, **aged 24**, holder of an Israeli ID, due to his mother being an Israeli citizen from Muqeible, entered the "Matza" restaurant in Neve Sha'anan/Haifa carrying on his person a device concealed in a khaki colored explosive belt, and detonated himself. The attack was carried out under the direction of the Hamas network in Jenin, headed by **Qais Adwan**. The suicide terrorist had been arrested in the past for disorderly conduct as well as being arrested in Israel for criminal offenses. According to the interrogation of Bilal Ruzi, Shadi was arrested in the Palestinian Authorities [*sic*] and accused of collaboration. The suicide terrorist wanted to clear his name and approached Hamas asking to prove that he is not a collaborator by carrying out a suicide attack. His arrival at the site of the attack and selection of an attack target were done independently, with no accompaniment, while exploiting the fact he carried an Israeli ID.

\*\*\*

48

L_C089110

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 30, 2002:</u> Suicide bomber detonation in a car and the killing of an additional terrorist during their
shooting down in Tulkarem, one police officer killed and one injured



**Majdi Hanfar** – a resident of <u>Jenin</u>**, aged 21**, approached **Ahmad Ali Mahmud Abu Khadar**,
a resident of Nablus, an Al-Aqsa Brigades operative and the right hand man of **Nasser Awis**,
the Tanzim commander in Nablus, asking to carry out a suicide attack. Abu Hadar informed
Nasser that he had a suicide terrorist available and Nasser requested to meet him the next day.
Abu Khadar took the suicide terrorist to the studio in Nablus to be photographed and later
drove the suicide terrorist to Nasser's home and left him there. He was also requested by
Nasser to purchase a car with Israeli license plates. On the day of the attack the suicide terrorist departed, carrying
an explosive belt on his person, along with another terrorist, **Fathi Amira**, who was armed with an M-16 rifle and
cartridges to carry out an attack. The two arrived in the Baqa al-Gharbiyyeh area, were surprised by border forces
and began exchanging fire when the suicide terrorist detonated the explosive belt he was carrying while Fathi was
firing at the forces, until a border officer was killed by the gunfire.

\*\*\*

<u>March 30, 2002:</u> Suicide bomber detonation at "Bialik" café in Tel Aviv
one (female) killed and 29 injured



**Muhanad Salahat** – a resident of <u>Nablus</u>**, aged 23**, entered the café wearing jeans and a blue
coat, stood near the drinks bar and detonated himself. Responsibility for the attack was claimed
by the al-Aqsa Brigades. The suicide terrorist was recruited into the al-Aqsa Brigades in Nablus
around 3 months before the attack. On the morning of the attack, he left his village for Israel
after shaving and having his hair cut very short. He had also informed his family of his intention
to carry out an attack.

\*\*\*

**49**

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>March 27, 2002:</u> Suicide bomber detonation at the "Park" Hotel in Netanya

29 killed and 144 injured



**<u>Abd al-Baset Odeh</u>** – a resident of <u>Tulkarem</u>**, aged 25**, entered the Park Hotel in Netanya while dozens of citizens were having their Leil Haseder (Passover) meal and detonated himself. The attack was directed by the Hamas military networks in Tulkarem and Nablus, headed by **Abbas al-Sayyid** and **Muhanad Taher**. Abbas al-Sayyid, responsible for the attack from Tulkarem (detained), served as the Hamas military leader in the area. Abbas admitted in his interrogation that he had planned to execute the attack many months earlier, but his plans were postponed. Abbas was the one who instructed **Ma'amar Shachruri**, an operative from the network, to obtain 2 explosive belts from the military network in Nablus and was the one who suggested for **Fathi Hatsib** to lead the suicide terrorist into Israel and locate an appropriate target destination for the attack. Before the attack, Abbas and other operatives from the network prepared Abd al-Baset for the execution of the attack - the suicide terrorist shaved his beard, applied make up, wore a pair of feminine blue jeans, women's shoes, a straight hair wig, a brown shirt and a brown leather coat with a leopard print collar. This was all for the purpose of assimilating himself in crowded areas in Israel. Abbas equipped the suicide terrorist with the explosive belt, which had the appearance of a khaki colored vest with pockets, in which the explosive materials were concealed, which weighed 10kg, and explained to him how to operate it. After photographing the suicide terrorist with an M-16 rifle, the movement's flag in the background and photos of Shahids [martyrs], Abbas wrote the suicide terrorist's will in which it is stated that he is going to carry out an attack on behalf of the Izz al-Din al-Qassam Brigades. In addition, Abbas equipped the suicide terrorist with a woman's ID. **Muhanad Taher**, a resident of Nablus, who served as head of the military arm of Hamas in Samaria (killed), was responsible for supplying explosive belts from the network in Nablus to the network in Tulkarem. **Fathi Hasib**, a Tulkarem resident (detained), admitted in his interrogation that he had purchased a vehicle in Israel in which he led the suicide terrorist up to Tulkarem, where the two got into another car and drove from there into Israel.

\*\*\*

50

L_C089112

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>March 29, 2002:</u> Female suicide bomber detonation at a supermarket in Kiryat Yovel in Jerusalem, 2 killed and 22 injured

 **<u>Ayat al-Akhras</u>** – an **18-year-old** girl from <u>Dahshiya refugee camp near Bethlehem</u>. The Fatah Tanzim organization took responsibility for the attack. The suicide terrorist was carrying the explosive device that had been prepared for her in a <u>black women's bag</u>. <u>Ibrahim Sarahna</u> and his brother <u>Musa Sarahna</u> led the suicide terrorist to the destination of the attack. The two led the suicide terrorist in a red pickup truck close to the supermarket in the Kiryat Yovel neighborhood of Jerusalem. Prior to the attack, <u>Musa</u> approached two elderly Arab ladies who were selling vegetables and warned them of the attack which was about to occur. Before departing to carry out the attack, the suicide terrorist was filmed on a video camera and wrote a will in which she said goodbye to her family.

\*\*\*

<u>March 26, 2002:</u> Suicide attack attempt at Haris/Qalqilya checkpoint, no casualties

**<u>Unknown</u>** – an Israeli Police force, who was sitting in a police vehicle, identified a suspicious person standing near Haris intersection. The police force called for the unidentified person to come closer for the purpose of questioning, the unidentified person approached the police vehicle, attempted to open the car door while activating an explosive belt which he was carrying on his person. Upon recognition of the activation attempt, the police vehicle moved away from the area, the unidentified person took advantage of the delay, removed the explosive belt he was wearing on his person and fled into the village of Haris. Overall information revealed that the Nablus and Jenin PFLP organizations were behind this attempted attack.

\*\*\*

L_C089113

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 22, 2002:</u> Suicide bomber detonation at Salem/Jenin checkpoint,

one soldier injured



**Anad Shaqirat** – a resident of <u>Ein Beit al-Ma refugee camp/Nablus</u>, **aged 25**, who was carrying an explosive belt on his person, took a Palestinian taxi, got out next to the checkpoint and detonated himself. The attack was carried out in cooperation between the Tanzim networks in Nablus and Jenin and with the assistance of the Islamic Jihad. **Ziyad Yunis**, from the Tanzim in Jenin, transferred the suicide terrorist and another person from Ein Beit al-Ma refugee camp into the hands of **Muhammad Nurisi**, a Tanzim operative from Jenin refugee camp who was supposed to dispatch them for an attack. The two returned for unclear reasons to Jenin and were arrested on their way by the military. During the arrest, the suicide terrorist detonated himself. Interrogations of detainees of this case revealed that the device was prepared by **Majed Qini** from the Tanzim network in Nablus.

\*\*\*

<u>March 21, 2002:</u> Suicide bomber detonation in a café on King George St. in Jerusalem,

3 killed and 80 injured

**Muhammad Hashaika** – a resident of <u>Talouza/Beka'ot</u>, **aged 21**, a Palestinian policeman from Tall/Nablus, detonated himself at the entrance to a café on King George St. in Jerusalem. Responsibility for the attack was claimed by the al-Aqsa Brigades, who are identified with Fatah. The suicide terrorist had been arrested in the past by the systems of the "Authority," after receiving information from Israel regarding his intention to carry out a suicide attack within the "green line" zone. In his interrogation then, Muhammad admitted that he was planning on carrying out an attack in Ra'anana and that he had also been involved in smuggling the 2 suicide terrorists, who detonated themselves after running into Israeli security forces near Mei Ami (February 8). Later, the suicide terrorist was transferred, at the Palestinians' request, with an Israeli permit and escort, from Tulkarem to Ramallah, for the purpose of detaining him there, and then he was either released or escaped with the authority turning a blind eye. Several days before the attack, contact was renewed between the suicide terrorist and **Nasser Shawish**, who had tried to dispatch him for an attack in the past, and with the renewed contact preparations were complete for dispatching Mohammed for an attack. Muhammad was directed and dispatched for the attack by **Abd al-Karim Awis** and **Nasser Shawish** from the Tanzim network in Jenin. The leading of Muhammad to the attack location was done by two young women (arrested).

\*\*\*

52

L_C089114

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 20, 2002:</u> Suicide bomber detonation on a bus at Musmus/Wadi Ara intersection

7 killed (including 4 soldiers) and 28 injured



**Rafat Abu Diyak** – a resident of <u>Silat al-Dhahr/Jenin</u>, **aged 24**, worked in a clothing store in Jenin. The suicide terrorist boarded Egged bus no. 823 from Tel Aviv to Nazareth Illit at Umm al-Fahm intersection and detonated himself at Musmus intersection near the rear door. The Islamic Jihad headed by **Thabet Mardawi** took responsibility for the attack before the Islamic Jihad headquarters in Syria. In Thabet Mardawi's interrogation, the latter said that around a week before the attack, the suicide terrorist Abu Diyak approached **Mahmud Nursi** and told him that he was intending to carry out a suicide attack. Thabet said he was present for the conversation between the suicide terrorist and Mahmud Nursi. Thabet also said that if the suicide terrorist could enter Israel alone, they would supply him with the explosive belt. On the evening before Rafat's departure for the attack, Mahmud Nursi gave him an explosive belt, which was prepared by Thabet and Mahmud.

\*\*\*

<u>March 17, 2002:</u> Suicide bomber detonation at French Hill intersection in Jerusalem

25 injured



**Akram Nabtiti** – a resident of <u>Ayida refugee camp</u>, **aged 24**, an Islamic Jihad operative, worked as a tailor, attempted to board the bus on French Hill in Jerusalem, upon failing to board the bus he detonated himself next to it. The attack was carried out by the leading Islamic Jihad military network in Bethlehem headed by **Muhammad Ta'amri**. In addition, **Bassam Abu Aqar** and **Ahmad Balbul** participated in the execution of the attack, with Bassam even taking care of writing the suicide terrorist's will.

\*\*\*

53

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 9, 2002:</u> Suicide bomber detonation at Café "Moment" in Jerusalem,

11 killed and 58 injured



**Fuad Hurani** – a resident of <u>Al'Arub refugee camp</u> (born in Bethlehem), **aged 22**, a student at the teachers college in Ramallah, a religious Hamas operative, his father is a Palestinian Authority officer. Around two years before the attack, he was suspected by the Palestinian Preventative Security Services of intending to carry out a suicide attack as part of Hamas. The Hamas headquarters in Ramallah was responsible for the execution of this attack with assistance from an east Jerusalem cell. At the Israeli Security Agency it was revealed that **Ibrahim Hamed**, head of the military Hamas in Ramallah told **Muhammad Arman** that he had a suicide terrorist available and instructed him to transfer him to **Wa'el Qasem**, commander of the east Jerusalem cell. The collection point for the departure for the attack was set in the mosque in Beit Hanina. Arman and the suicide terrorist met at the al-Bireh mosque. Hamed took the suicide terrorist from the mosque, equipped him for the attack and accompanied him to a taxi stand, from which the suicide terrorist drove to the new Beit Hanina mosque. In his interrogation he said that the suicide terrorist waited for him near the new Beit Hanina mosque, where he picked him up and dropped him off at the intersection before the café, showed the suicide terrorist the attack target and drove away. Moreover, along with other cell members, Wa'el Qasem dealt in gathering information on additional destinations for attacks.

\*\*\*

<u>March 7, 2002:</u> Detection of a suicide terrorist with an explosive device concealed in a birdcage in

Karkur, no casualties



**Bilal Walid Ali** – a resident of <u>Sanur/Jenin</u>, **aged 18**, was walking around with a birdcage in the Karkur area. An Israeli citizen who suspected him called out to him in Hebrew to stop and when he received no reply, spoke to him in Arabic. The suicide terrorist placed the birdcage on the ground and then the citizen noticed pipes on the suicide terrorist's body, presuming he had an explosive belt. The citizen retreated and the suicide terrorist fled the scene. The birdcage he left behind was found to be booby trapped with an improvised explosive device and a switch. The next day, the suicide terrorist was caught and admitted in his interrogation that he had agreed to carry out a suicide attack after falling out with his father and becoming tired of his life. According to him he was photographed by his dispatchers holding a gun and a pistol, had the explosive belt strapped to him and was equipped with the booby trapped birdcage. After receiving instructions as to how to operate the devices,

54

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

he was smuggled by operatives into Israeli territory in order to carry out the attack. The suicide terrorist also turned in the explosive belt, which was detonated by an explosives expert. The attack was directed by the Islamic Jihad organization.

\*\*\*

<u>March 7, 2002:</u> Detection of a suicide terrorist at Eshel Hashomron hotel in Ariel,

9 injured



**Shadi Nasser** – a resident of <u>Madama/Bek'aot</u>, **aged 24**, arrived on foot, dressed in a long coat, from the direction of Kifl Hareth towards the gas station at the entrance to Ariel while carrying a yellow plastic jerry can for petrol. Upon his arrival near the gas station he turned towards the "Eshel Hashomron" hotel, located near the station, and placed the empty jerry can in the corner at the entrance to the hotel. At this stage the suicide terrorist aroused the suspicion of citizens at the scene, who alerted two IDF officers in order to arrest him. The suicide terrorist managed to make it to the hotel, went up to the upper floor, down to the lobby again, where he ran into the two officers and activated the explosive device he was carrying on his person. The attack was carried out by the Popular Front military network in Nablus, headed by **Kamil Abu Hanish (detained)**. During the interrogation of **Mahmud Issa,** one of the Nablus military PFLP's leaders, the latter said that Kamil Abu Hanish approached him and told him that there was a young man from Madama/Beka'ot, a recruit of **Yamen Faraj** (killed), who was supposed to carry out a suicide attack in Ariel. Kamil also asked Issa to approach Fatah operatives in order for them to prepare an explosive device for him. An operative named **Munzar Khalaf** drove the suicide terrorist in a shuttle vehicle up to the taxi station in Rafidia where they met with Yamen Faraj, from which point Yamen and the suicide terrorist continued in the direction of the Tel checkpoint, where the suicide terrorist headed on to Ariel.

\*\*\*

<u>March 7, 2002:</u> Capturing of a suicide terrorist at Café "Caffit" in Jerusalem,

no casualties

**Nidal Mish'al** – a resident of <u>Makbar/Jerusalem</u>, **aged 21**, a Hamas operative, entered Café "Caffit" on Emek Refa'im St. on the corner of Hanania St. in Jerusalem with a bag containing an explosive device. Wires were visible on the bag, and the suicide terrorist was shaking, which aroused the suspicion of one of the employees who pinned him down, with the help of other citizens. The Hamas network in Bethlehem was behind this attempted attack and within its exposure it was revealed that it was based on 6 students from Abu Dis College (detained), who formed a central component in the preparations for the attack, the recruitment of the suicide terrorist and his dispatching to Jerusalem. In his interrogation, the suicide terrorist said that **Mumammad Khalil Shaqirat**

55

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

recruited him into the "Izz al-Din al-Qassam Brigades," and they later discussed the idea of Nidal's suicide in an attack. The suicide terrorist wanted to die in the attack out of the belief that he would die a "shahid" [martyr] and he also aspired to avenge the deaths of the shahids [martyrs] who had been killed in the Intifada.

\*\*\*

<u>March 5, 2002:</u> Suicide terrorist detonation on a bus in Afula,

1 killed and 20 injured



**<u>Abd al-Karim Tahaina</u>** – a resident of <u>Silat al-Khartiya/Jenin</u>, **aged 23**, detonated himself at the Afula central station on bus no. 823 which was making its' way from Nazareth Illit to Tel Aviv. The driver's account revealed that the suicide terrorist boarded the bus at the Nazareth Illit central station wearing jeans, a white-cream colored turtleneck shirt and an IDF type duffle coat. He gave the driver a 50 NIS bill and moved towards the rear part of the bus, when he was called by the driver to take his change, he reached the driver, took the change and returned to sit at the back of the bus. At the entrance to the central station in Afula he activated the explosive belt on his person. Responsibility for the attack was claimed by the Islamic Jihad.


\*\*\*

<u>March 2, 2002:</u> Suicide terrorist detonation on Haim Ozer St. in Jerusalem,

10 killed and 46 injured



**<u>Muhammad Darghama</u>** – a resident of <u>Dahshiya refugee camp/Bethlehem</u>, **aged 18**, detonated himself on Haim Ozer St. in the Beit Israel neighborhood of Jerusalem, on Saturday evening, near a group of people exiting the synagogue. According to an eyewitness account, the suicide terrorist was disguised as an ultra-orthodox Jew. Responsibility for the attack was claimed by the "al-Aqsa Martyrs' Brigades." The suicide terrorist was led to the site by **Ashraf Hajajra**, aged 20, a "professional" criminal from Dahshiya refugee camp who was arrested near the scene of the attack. In his interrogation at the Israeli Security Agency, Ashraf admitted to that which was attributed to him and regarding the Tanzim military network in Dahshiya refugee camp/Bethlehem which carried out the attack. On May 27, 2002, the network seniors **Ahmad Mughrabi** and **Mahmud Sarahna**, who had confessed in their interrogation as to their responsibility for the direction of the execution [sic] and preparation of the network for it, were arrested.

\*\*\*

56

L_C089118

**Suicide Terrorists in the Current Conflict**

<u>February 27, 2002:</u> Female suicide bomber detonation at Maccabim checkpoint,

2 injured (policemen)

**Darin Abu-Aysha** – **aged 22**, a resident of <u>Beit Wazan in Samaria</u>. The suicide terrorist arrived at Maccabim checkpoint heading from east to west in a vehicle with two Tanzim operatives, <u>Hafez Muqbil and Musa Hasuna</u>. The two were asked to show their identity cards, when the suicide terrorist was asked to identify herself, the detonation occurred. The suicide terrorist was killed, and two Israeli police officers sustained minor injuries. Before her departure for the suicide attack, the suicide terrorist was photographed holding a sharp knife by <u>Ahmad Aasi</u>, a journalist from Ramallah. The Fatah's Tanzim organization claimed responsibility for the attack.

\*\*\*

<u>February 22, 2002:</u> Suicide bomber detonation at a supermarket in Efrat,

3 injured



**Muhammad Dar Yassin** – a resident of <u>Doha/Bethlehem</u>, **aged 26**, worked as a construction worker in Efrat, attempted to detonate himself using an explosive belt in a supermarket, located in the southern shopping center of the settlement. Since he did not succeed in detonating the explosive belt, which contained pipe bombs and a pressure charge, and after he was identified as a terrorist he was shot dead by an Efrat resident. The attack was directed by the Tanzim network in Bethlehem headed by **Yahya Da'amsa**, in collaboration with **Rafat Jawabra**, head of the Tanzim in Doha.

\*\*\*

<u>February 22, 2002:</u> Suicide bomber detonation near a bus at Mehola intersection,

no casualties



**Omar Yassin** – a resident of <u>Junaid/Nablus</u>, **aged 20,** attempted to board an Egged bus traveling from Jerusalem to Tiberias. The driver, who suspected the suicide terrorist due to the way he was dressed (an inflated coat) and his appearance, instructed him to get off the bus for an inspection. When the driver began the inspection the suicide terrorist fled, and after a few meters he detonated himself

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

and was killed. Responsibility for the attack was claimed on behalf of the Black Arms/the al-Aqsa Martyrs' Brigades. Behind the dispatching of the suicide terrorist to the attack was The Tanzim network in the village of Qalil, headed by **Majed Qini**, who prepared Amar for the attack and accompanied him for part of the way, up to Wadi Bidan, from which point he was picked up by another operative who led him to the area of the attack.

<div align="center">***</div>

<u>February 18, 2002:</u> Suicide bomber detonation in a car bomb next to al-Za'im checkpoint, one policeman killed and 2 injured



**Yasser Owda** – a resident of <u>Beit Sahour</u>, **aged 34,** married and father of three, a Fatah operative, originally from Jordan, received an identity card by family unification, due to his wife being a resident of Beit Sahour. The suicide terrorist was parked in a gray Peugeot 205 vehicle, on the roadside on the route from Ma'ale Edumim to Jerusalem. A police car with two policemen noticed the vehicle, suspected it, and when they noticed the suicide terrorist distancing himself from the car, they detained for questioning. The suicide terrorist claimed he was a resident of Abu Dis, married with three children and that he was stuck without gas and was on his way to Al-Tur to fill up gas. While one of the policemen exited the police car to question him, the suicide terrorist leapt into the vehicle and activated the explosive device. The attack was carried out by the Tanzim network in Bethlehem, under the direction of **Ahmad Ma'arbi**, who admitted in his interrogation at the Israeli Security Agency that he had sent the suicide terrorist to detonate himself in the car bomb around a week before carrying out the attack at the checkpoint but he did not detonate it, as he didn't find an appropriate place to do so.

<div align="center">***</div>

<u>February 17, 2002:</u> The killing of 2 suicide terrorists on their way to carry out an attack near Camp 80, 2 injured policemen

**Muhammad Hamouda** – a resident of <u>Nablus</u>, **aged 18** and **Abd al-Jabar Khaled**, a resident of Jayyous/Qalqilya, aged 22, drove in a Mazda 323 vehicle towards Hadera. A police vehicle on the road suspected them and decided to pull over the vehicle. While driving, they opened fire from the vehicle towards the police car. The vehicle stopped in the Camp 80 area, letting one terrorist out who apparently cast a device or grenade and attempted to shoot at the policemen. The policemen returned fire and killed the terrorist. The second terrorist continued driving in the direction of Talmei Elazar with the police car chasing while continuing to fire. In the Metzer area, while the policemen were trying to overtake the vehicle, an explosion occurred in the terrorist's vehicle and the vehicle began to go up in flames. Responsibility for the attack

<div align="center">58</div>

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

was claimed by the al-Aqsa Martyrs' Brigades. **Ayad Mahmud Salah Nasser**, a Fatah military operative in Tulkarem, told in his interrogation at the Israeli Security Agency of his involvement in the attack and the involvement of **Muhammad Zitawi**, head of the Tanzim in Tulkarem, in the execution of the attack.

\*\*\*

February 16, 2002: Suicide terrorist detonation at the shopping center in Karnei Shomron,

3 killed and 22 injured

**Zadek Abd al-Hafat** – a resident of Qalqilya, **aged 19**, a student at the vocational college in Kalandia, detonated himself at a pizzeria in the shopping center in Karnei Shomron. The "Popular Front" claimed responsibility for the attack. The attack was planned and executed by the PFLP military network in Qalqilya, under the direction of **Raad Madi**, in collaboration with the PFLP network in Nablus, headed by **Ahad Oulma**.

\*\*\*

February 6, 2002: Capturing of a suicide terrorist on a bus traveling from Jerusalem to Ma'ale Edumim, no casualties



**Nidal Sourakji** – a resident of Nablus, **aged 23**, boarded Egged bus no. 176 at French Hill intersection and seated himself next to the driver. The driver noticed him moving his hands inside the pocket of the coat he was wearing and suspected him when he saw electrical wires protruding from his coat. At al-Za'im intersection, the driver brought border force police onto the bus, who bound the suicide terrorist's hands and removed him from the bus. Explosives experts neutralized the explosive belt's activation system. In his interrogation, the suicide terrorist said that he had agreed to be a shahid as he was deeply affected by the death of his relative, Yusuf Surkaji (a senior Hamas member) and the scenes he witnessed after his death. The recruitment of the suicide terrorist was carried out by **Ayman Shakhshir**, whom he had met several years earlier when going out for the "Umrah" ceremony. **Muhanad Taher** transferred the suicide terrorist tactical instructions for the execution of the attack: instructions for assimilation purposes, instructions for driving towards Jerusalem, instructions for the activation of the explosive belt and a guide of the destination. On the day of the attack the suicide terrorist shaved and purchased new clothes (to give him an Israeli appearance), later in the morning he arrived at Ayman's house where he strapped on the belt and wore a coat over it. In the Anata checkpoint area, a person joined him who accompanied him to the area of the target destination. When he arrived at the station, he boarded the bus with one hand in the pocket where the activation switch was located. He paid the driver but could not activate the device, was overcome with fear and eventually caught.

59

L_C089121

### Suicide Terrorists in the Current Conflict

<u>January 30, 2002:</u> Suicide terrorist detonation on his way to meet an ISA coordinator near Tayibe,

2 injured



**The suicide terrorist Marad Abu Asal** – a resident of <u>Anabta/Tulkarem</u>, **aged 23**, boarded a shuttle vehicle on the way to a meeting with an ISA coordinator and detonated himself. The attack was carried out under the planning and direction of the Islamic Jihad operatives **Ayad Sualaha** and **Tarek Izz al-Din** and with the assistance of operatives from the Tulkarem area: **Muastim Mahluf, Jasser Radar** and **Fadi Bahti**. The suicide terrorist spent the night before the attack with Muastim, who armed him on the morning of the attack according to precise instructions he received from Ayad Sualaha and then sent him off to the attack.

\*\*\*

<u>January 27, 2002:</u> Female suicide terrorist detonation on Jaffa St. in Jerusalem,

one killed, 90 injured



**Wafaa Idris** – **aged 31**, a resident of the <u>Alma'ari refugee camp in Ramallah</u>, divorced, without children due to infertility, worked at the 'Red Crescent' organization. The suicide terrorist was an academic and a nurse. Three of the suicide terrorist's brothers are members of the Fatah organization and the eldest was detained by Israel in the first Intifada. The attack was carried out under the direction of a Tanzim operative from Ramallah. The suicide terrorist was injured twice as a result of rubber bullets being fired while she was providing medical assistance to injured Palestinians, a fact which may have served as a motive to carry out the attack. This is the first suicide attack carried out by a woman in this conflict.

\*\*\*

<u>January 25, 2002:</u> Suicide terrorist detonation on Neve Sha'anan St. in Tel Aviv

23 injured

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

**Safwat Khalil** – a resident of <u>Beit Wazan/Nablus</u>, **aged 18**, detonated himself on Neve Sha'anan St. near the old central station in Tel Aviv. An additional terrorist who was supposed to carry out a shooting was captured at the site of the attack. The attack was directed by the Islamic Jihad network in Jenin, and in collaboration with a Fatah operative, who was supposed to carry out the shooting. **Nasser Shawish** and **Rabi' Abu Rub** from the network in Jenin were the ones who smuggled both terrorists into Israel through Tulkarem in the morning, in cooperation with Israeli Arab facilitators.

*\*\*\**

<u>December 15, 2001:</u> Suicide terrorist detonation near a checkpoint south of Tulkarem, no casualties



**The suicide terrorist Muhammad Faraj** – a resident of <u>Nur Shams/Tulkarem</u>, **aged 28**, single, an Islamic Jihad operative, detonated himself about 30m north of checkpoint 105, south of Tulkarem. The attack was carried out in cooperation between the Tanzim and Islamic Jihad organizations in Tulkarem. The suicide terrorist was recruited and prepared for the operation by **Riyad Badir**, an Islamic Jihad military operative from Tulkarem, in coordination with **Anwar Alyan**, a GA [?] military operative from Nur al-Shams and a member of a military cell in the Tulkarem area (detained).

*\*\*\**

<u>December 12, 2001:</u> 2 Suicide terrorist detonations near Ganei Tel/Gush Katif,

3 injured

**The suicide terrorists**





**Ajmad Abu Fiyad**                    **Ali Ashour**

L_C089123

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

Ajmad Abu Fiyad, a resident of Sheikh Hamouda/Gaza, and Ali Ashour, a resident of Khan Yunis, both **22-year-old** students, detonated explosive devices they were carrying in their bags against 2 vehicles traveling to Ganei Tel, before one of them committed suicide, the terrorist detonated a ground explosive device. The attack was carried out by the Hamas organization in Khan Yunis, under the direction of **Muhammad Deif**. **Ismail Hamdan** served as Muhammad Dif's contact person to the rest of the operatives. The most senior operative in Muhammad Dif's network in the Khan Yunis area was **Abdallah al-Fara**, who was seemingly the person behind the attack.

\*\*\*

December 9, 2001: Suicide terrorist detonation at the Check Post intersection in Haifa,

30 injured

**Nimr Abu Sifin** – a resident of Yamun/Jenin, **aged 18**, carried an explosive belt on his person and detonated himself among a group of soldiers at the Check Post intersection in Haifa. The explosive device did not fully detonate, the suicide terrorist sustained heavy injuries as a result of the explosion and was shot dead by police officers at the scene. A map/sketch was found on his body explaining how to get to Haifa, as well as a Qur'an and a journey prayer in Arabic. The claiming of responsibility was published by the Islamic Jihad organization. The attack was carried out by the Islamic Jihad network in Samaria, with the assistance of Tanzim operatives.

\*\*\*

December 4, 2001: Suicide terrorist detonation near the Mamila Hilton hotel in Jerusalem,

5 injured

 **Dawud Sayid** – a resident of Artas/Bethlehem, **aged 46,** married and a father of 8, detonated himself on the corner of David Hamelech Way and Eliyahu Shmaiya in Jerusalem, several meters from the Mamila Hilton hotel. The suicide terrorist had apparently attempted to board a bus but did not manage to do so. The military arm of the Islamic Jihad organization, the "Jerusalem Brigades," claimed responsibility for the attack. The attack was carried out by the Islamic Jihad network in Bethlehem which is in continuous and direct contact with the Islamic Jihad headquarters in Damascus. The network commander behind the dispatching of the suicide terrorist to the attack was **Issa Muhammad Isma'il Batat** from Bethlehem (detained).

L_C089124

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>December 24, 2001:</u> Suicide terrorist detonation on a bus on Yad Levenim St. in Haifa, 15 killed and 35 injured



**<u>Maher Habishi</u>** – a resident of <u>Nablus,</u> **aged 20,** single, detonated himself on an "Egged" bus on route 16 on "Yad Levenim" street, in Haifa's Lower City. Questioning of the bus driver revealed that the suicide terrorist boarded the bus one stop before the explosion, paid and began moving further into the bus. When the driver called him to give him his change, the suicide terrorist turned around and detonated himself, apparently using an explosive belt as he was not carrying a bag. The Hamas movement claimed responsibility for the attack. The director of the attack was **Salim  al-Hija**, one of the senior members of the Hamas military network in Samaria. In his interrogation he said that he received the suicide terrorist and prepared him for the attack, while checking whether the suicide terrorist was really prepared to die, and told him that if he was not ready then it would be better if he did not depart for the attack. Haja gave the suicide terrorist a briefing of the target location, after studying the subject, and instructed him not to speak at length with the bus driver.

*\*\*\**

L_C089125

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>December 1, 2001:</u> 2 Suicide terrorist detonations on the Ben Yehuda pedestrian street in Jerusalem, 11 killed and 170 injured

**The suicide terrorists**





<u>**Osama Bahar**</u>                    <u>**Nabil Abu Halabiya**</u>

Osama Bahar, **aged 25**, a member of Hamas in Abu Dis, member of the security committee in the jail and interrogator of persons suspected of collaboration and Nabil Abu Halabiya, **aged 24**, known as a General Intelligence operative, a plasterer by trade, with combat skill knowledge, a resident of <u>Abu Dis,</u> detonated themselves on the Ben Yehuda pedestrian street in Jerusalem. Around 15 minutes later, a car bomb exploded on [Ha'Rav] Kook Street near the pedestrian street. The Hamas organization claimed official responsibility for the attack. Osama approached **Farid Atrash** (a resident of Abu Dis who served as a communication pipeline between the Hamas military operations in Ramallah and Jerusalem) and asked him to meet with **Jamal Tawil**, a senior Hamas operative from Ramallah, for them to be recruited into the military Hamas. Tawil told Farid that Osama needs to "arrive at Manara Square in two weeks on Sunday wearing a black jacket and holding a newspaper." Later, Tawil passed on Osama's message to **Ibrahim Hamed**, one of the heads of the Hamas headquarters in Ramallah, who, apparently, was recruited for the attack. In the interrogation of **Abdallah Jamil**, a senior member of the Hamas network in Ramallah, he said that he had prepared and transferred the [explosive] belts and devices for the attack via **Sayyid Sheikh Qasem**, Ibrahim Hamed's officer of operations. Nabil Abu Halabiya was Osama's good and close friend and apparently was recruited for the attack using the method of "a friend brings a friend." The car bomb that exploded belonged to **Nader Alyan**, a resident of Abu Dis, an Islamic Jihad operative, who admitted in his interrogation that the vehicle, a blue 1987 Opel Kadett, belonged to him, but since he lived in the [Palestinian] Territories and the vehicle had Israeli license plates, Nader required the assistance of his friend, Murad Abu Ramila who registered the vehicle under his cousin's name. Nader sold the car to Nabil and Osama and gave it to them the day before the attack.

64

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

\*\*\*

**65**

**L_C089127**

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>November 29, 2001:</u> Suicide terrorist detonation on a bus next to Camp 80,

3 killed and 8 injured

**<u>Samer As'ad Sahwana</u>** – a resident of <u>Silat al-Khartiya/Jenin,</u> **aged 20**, single, religious, detonated himself on Egged bus no. 823. The explosion occurred near Camp 80. Investigation of the incident revealed that before the detonation, the bus picked up one passenger from the station at Umm al-Fahm intersection, around 25 years old with a neat appearance, a small moustache and shaved black hair. The passenger handed the driver two 100 NIS bills and said "Hadera." The driver noticed two more people at the station, one of them patted the back of the passenger who boarded the bus. The passenger walked towards the rear part of the bus and sat down. The driver arrived at Camp 80 intersection, heard a sort of small explosion, stopped, then a mighty explosion occurred. Responsibility for the attack was claimed by the Islamic Jihad movement. During Operation "Defensive Shield" (April 2002), **Thabet Mardawi,** a senior Islamic Jihad military operative from Jenin was arrested, who gave information of the attack in his interrogation, according to which, **Mahmud Tawalba** (killed) was arrested by the PA. Before his arrest, Mardawi had received an explosive belt ready for use from him. He also said that **Muhammad Yassin al-Anini** (killed) recruited the suicide terrorist. Mardawi gave Muhammad the explosive belt which was in his possession for two days before the attack was carried out. Muhammad was the one who photographed the suicide terrorist and the one who drove him to the Umm al-Fahm area, from which the suicide terrorist was meant to get to the area of a large city. According to the plan he was not supposed to detonate himself near Camp 80, therefore they were late in claiming responsibility for the attack.

\*\*\*

<u>November 26, 2001:</u> Suicide terrorist detonation at Erez checkpoint,

2 injured border police officers



**<u>Taysir Al-Ajrami</u>** – a resident of <u>Jabalia refugee camp/Gaza,</u> **aged 25**, married and a father of 3, worked at a sewing workshop for around a month in the Erez industrial zone and apparently gathered information ahead of the attack. In the early hours of the morning while workers were entering the checkpoint, the suicide terrorist arrived and stood in the line for the revolving gate which regulates the workers' entrance. Several minutes later he activated a device he was carrying in his hands as he was standing next to the post viewing the people entering. Responsibility was claimed by the Hamas Izz al-Din al-Qassam Brigades.

\*\*\*

66

L_C089128

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>November 8, 2001:</u> Suicide terrorist detonation during his shooting down in Baqa al-Sharqiyya on his way to carry out a suicide attack, 2 border force police officers injured



**Mayed Khatib** – a resident of <u>Tulkarem,</u> **aged 25**, a structural engineering student at Bir Zeit [University] and later at Al-Najah [University]. He was responsible for the "Preaching Committee" at the Kutla[Islamic Bloc]. During the operation to capture the suicide terrorist, who was seeking to carry out a suicide attack in the territory of Israel, the suicide terrorist noticed our forces and detonated himself. The Izz al-Din al-Qassam Brigades claimed responsibility for the attack. The attack was carried out by the Hamas network in Nablus, headed by **Yusuf Sorkaji (killed)**. Other participants in the execution of the attack were **Nasim Abu Rus (killed) -** "head engineer" and operational supervisor, **Taher Nasser (killed) -** dispatcher**, Nasr Adin Asida (detained) -** front operator and head of cell/s.

\*\*\*

<u>October 17, 2001:</u> Suicide terrorist detonation next to an IDF jeep, in the Hurshat Be'eri area in the Negev, 2 injured soldiers



**Fuad Abu Sariah** – a resident of <u>Gaza,</u> **aged 25**, single, detonated himself by an unarmored IDF jeep in which there were two scouts performing a reconnaissance at the time. The explosion occurred around 400m east of the border fence, inside Israel. An examination of the area after the incident revealed that the suicide terrorist smuggled himself into Israeli territory, while dressed in IDF uniform, from a border fence area with a small bridge for the transporting water. After crossing the bridge he reached a wood in which he hid, as soon as he recognized the jeep he ran towards it and detonated himself. The "Popular Front" claimed responsibility for the attack.

L_C089129

### Suicide Terrorists in the Current Conflict

October 7, 2001: Suicide terrorist detonation near the entrance to Kibbutz Shluhot,

one killed

**Ahmad Draghma** – a resident of Tubas/Jenin, **aged 17,** detonated himself next to the vehicle of a resident of Kibbutz Shluhot (near Beit She'an) at the entrance to the Kibbutz. Responsibility was claimed by the Islamic Jihad organization. The attack was carried out by the Islamic Jihad network in Tubas. The interrogation of Thabet Mardawi by the Israeli Security Agency revealed that **Ayman Draghma** dispatched the terrorist and gave him a suitcase weighing 8-10kg for the attack.

\*\*\*

September 9, 2001: Suicide terrorist detonation at the Nahariya train station,

3 killed and 46 injured

**Shaker Habishi** – a resident of Abu Sanan, **aged 48,** married and a father of 6, detonated himself on the platform of the Nahariya train station. The Hamas organization claimed responsibility for the attack and published a video tape in which the suicide terrorist was filmed before his departure for the attack. Around 10 days before the attack, the suicide terrorist was suspected as a potential terrorist, his photograph was distributed to the police and an attempt to arrest him was made. The attack was carried out by the Hamas military network in Samaria. **Qais Adwan**, one of the heads of the military arm in Samaria (killed) was behind this attack, he recruited the suicide terrorist for the suicide attack and later provided him shelter after the suicide terrorist fled from his home.

\*\*\*

L_C089130

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>September 4, 2001:</u> Suicide terrorist detonation on Hanevi'im St. in Jerusalem,

13 injured

 **Raed Barghouthi** – a resident of <u>Ramallah,</u> **aged 26,** single, a teacher, graduate of the Sharia college in Abu Dis, a Hamas operative since the early 90's, a religious extremist, detonated himself on Hanevi'im St. in Jerusalem while being arrested by border force police officers who suspected him. The Izz al-Din al-Qassam Brigades claimed responsibility for the attack. Eye witness accounts revealed that the suicide terrorist was wearing black trousers, a white shirt and a black kippah, with an ultra-orthodox Jew appearance, carrying a large rucksack on his back. Walking along with him was another person, **Ahed Natsheh**, who was injured in the explosion, and who served as the suicide terrorist's assistant. The network which executed the attack was the Hamas headquarters network in Ramallah, which operated using operatives from Ramallah and Jerusalem. In his interrogation at the Israeli Security Agency Ahed Natsheh said that he had met the cell members and the suicide terrorist at the mosque in el-Bireh two weeks before the attack, and concluded that the attack would be carried out within a few days. According to the original plan the attack was supposed to be carried out on Egged bus no. 13 in Jerusalem, and then was changed to the route 13 bus station. On the day of the attack Ahed met the suicide terrorist at a-Ram intersection and from there they continued to Jerusalem. In Jerusalem they met with **Hamza Qaluti**, who gave them the explosive device, and Ahed led the suicide terrorist to the Klal building area. Examinations revealed that the explosive device for the attack was prepared by **Ahmad Abu Taha** and **Raed Abu Daher** (commander of the cell), and that Raad was recruited for the attack by **Bilal Barghuthi**.

\*\*\*

<u>August 12, 2001:</u> Suicide terrorist detonation at the "Wall Street" café in Kiryat Motzkin,

16 injured

**Muhammad Nasr** – a resident of <u>Qabatiya/Jenin,</u> **aged 28,** single, detonated himself at the "Wall Street" café, located on Sderot Ben-Gurion in Kiryat Motzkin. Eye witnesses at the scene said that Muhammad wore blue jeans and a white buttoned shirt and was not carrying a bag. He was acting irritably, with a sort of bandage wrapped around his body, beneath which electrical wires were protruding. The suicide terrorist pressed on an object he was holding in his hand which looked like a lighter, and then the explosion occurred. Responsibility for the attack was claimed by the Islamic Jihad organization. The attack was carried out by the Islamic Jihad's military organization in Jenin, headed by **Mahmud Nursi.**

\*\*\*

L_C089131

Israeli Security Agency [logo]

## Suicide Terrorists in the Current Conflict

<u>September 4, 2001:</u> Suicide terrorist detonation at the "Sbarro" restaurant in Jerusalem, 15 killed and 110 injured

**Izz al-Din al-Masri** – a resident of <u>Aqaba/Jenin,</u> **aged 22,** single, detonated himself at the "Sbarro" restaurant on the corner of King George Street and Jaffa Street in Jerusalem. The attack was planned and directed by the Hamas network in Ramallah. The deadly explosive device was manufactured by **Abdallah Jamal,** head "Engineer" of the Hamas network in the Judea area who dealt in the production of the explosive devices and the training of Hamas operatives in the production of explosive devices and the establishment of explosives laboratories. Jamal concealed the powerful device inside a guitar, which was placed in a guitar case and provided perfect concealment. The network which carried out the attack was directed by **Bilal Barghuthi**, a 27-year-old senior Hamas operative from Beit Rima. The recruiter and assistant was **Muhammad Daghlas**, a Hamas military operative aged 24 from Burqa, who was operated by Barghuthi. Daglas recruited Izz al-Din and the female guider **Ahlam Tamimi**, aged 20, a Jordanian who was living in Ramallah, learning in Bir Zeit and working as a journalist. Daghlas bought the guitar in which the explosive device was concealed as well as a carrying case for the guitar. Tamimi dealt with gathering information ahead of the attack. Barghuthi met with the suicide terrorist the day before the execution of the attack, hosted him overnight and offered him hospitality in an apartment in the Ramallah area and went out with him to buy new clothes. On the day of the attack Daglas received the suicide terrorist at the mosque in el-Bireh and later they met with Barghuthi, who took them to the operational apartment in the Am'ari refugee camp. At the apartment, Bilal briefed the suicide terrorist on how to operate the device. As well as this, on the day of the attack Daghlas met with Tamimi in Ramallah together with the suicide terrorist. Tamimi continued with the suicide terrorist and the device which was concealed in the guitar to a taxi stand in Ramallah, from which they took a taxi to Jerusalem. Tamimi carried a camera with her and talked to the suicide terrorist, who was carrying a guitar case, in English, to give herself the unsuspicious appearance of a tourist.

\*\*\*

<u>August 8, 2001:</u> Detonation of a car bomb driven by a suicide terrorist near Beqa'ot checkpoint, one soldier injured



**Ashraf Sayyid** – a resident of <u>Nablus,</u> **aged 23,** a Hamas operative, was killed in the detonation of a car bomb near an IDF checkpoint close to Beqa'ot in the Jordan Valley. Debriefing of the forces at the site revealed that the vehicle arrived at the checkpoint and stopped before the concrete blocks. A soldier instructed the driver to come closer for the purpose of an inspection and the latter stepped on the gas pedal and detonated near the soldier. It is likely that the original target destination was different and the suicide terrorist was on his way to the attack but was worried that the vehicle inspection may disclose him and so decided to carry out the attack on the spot.

70

### Suicide Terrorists in the Current Conflict

<u>August 2, 2001:</u> Capturing of a suicide terrorist as he was attempting to board a bus near Beit She'an, no casualties



**Muhammad Abu Khader Basharat** – a resident of <u>Tamun/Jenin,</u> originally from Nablus, **aged 16**, a high school student, was caught as he was attempting to board an Egged bus in Tel Teomim near Beit She'an, for the purpose of carrying out a suicide attack. The suicide terrorist's bag contained 3 mortars and a silver switch attached with a red wire. His interrogation revealed that the attempted attack was directed by the Islamic Jihad network from Toubas operated by **Zayd Basisi** (detained). Basisi's interrogation revealed that **Ramzi Basharat** offered the suicide terrorist a recruitment into the Islamic Jihad and then talked to him about carrying out a suicide attack. **Araf Basharat** (detained) solicited the execution of the attack and introduced the suicide terrorist to Zayd Basisi. **Fuad Basharat** was the one who led the suicide terrorist to the place of the attack.

\*\*\*

<u>July 22, 2001:</u> Capturing of a suicide terrorist as he was attempting to activate an explosive belt at the flea market in Haifa, no casualties



**Murad Tawalba (Nursi)** – a resident of <u>Jenin refugee camp,</u> **aged 18**, was arrested while he was attempting to carry out a suicide attack in Haifa. The suicide terrorist turned in explosive devices he was hiding before he was arrested in an abandoned house in Haifa to the police. In his interrogation the suicide terrorist said that he was interested in carrying out a suicide attack and was linked by his brother Mahmud Tawalba to the Islamic Jihad operatives. In Thabet Mardawi's interrogation he admitted that the suicide terrorist received an explosive belt which was prepared by his brother **Mahmud Tawalba** and was dispatched to Israel by **Muhammad Yassin.**

\*\*\*

71

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>July 16, 2001:</u> Suicide terrorist detonation at the bus station near the train station in Binyamina, 2 soldiers killed and 8 injured



**Nidal Abu Shadouf** – a resident of <u>Burqin/Jenin</u>, **aged 20**, single, detonated himself at the bus station opposite the train station in Binyamina. The directors of the attack were **Thabet Mardawi** and **Mahmud Nursi**. Nursi provided a bag weighing 20kg to **Muhammad Yassin**, who transferred the terrorist and the explosive device to **Samir Fayed**, a taxi driver from the Jenin refugee camp, who drove the suicide terrorist on his way to Israel.

\*\*\*

<u>July 11, 2001:</u> Suicide terrorist capturing in Afula,

no casualties



**Jihad Jarar** – a resident of <u>Jenin</u>, **aged 17,** departed in the morning with a bag containing a prepared explosive device from the Jenin area in the direction of Afula in two taxis, when the second taxi drove around the Salem checkpoint. The local police station was alerted by a police officer who suspected him and carried out a suspect arrest procedure on him. The suicide terrorist attempted to activate the device and moved his hand towards the bag but was physically neutralized by the police officer. In his interrogation he admitted that he was planning on carrying out a suicide attack in a crowded place in Afula. He also said that he was an Islamic Jihad operative, and that he had received the device from Mahmud **Tawalba (Nursi)** along with instructions of its operation. The suicide terrorist also said that before departing for the attack, he wrote a will and even filmed himself expressing his intention to carry out a suicide attack. The suicide terrorist was recruited into the Islamic Jihad around two months before the attack and expressed his intent to carry out an suicide attack.

\*\*\*

72

L_C089134

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>July 9, 2001:</u> Suicide terrorist detonation in a car bomb in the Gush Katif area,
one soldier injured



**Nafed Nadar** – a resident of <u>Jabalia/Gaza,</u> **aged 26**, married and a father of 2, a Hamas operative, worked in the Islamic University, detonated himself in a car bomb near an IDF vehicle in the Gush Katif area. Debriefing of the explosives experts revealed that an explosive device weighing around 40 to 50kg was placed in the vehicle, out of which around 10 to 15kg detonated. The attack was carried out by the military arm of the Hamas organization in the Gaza strip, under the direction of **Salah Shahada**. Shahada's right hand man and implementor of the attack, **Mahmud Mutlaq Issa**, was arrested by the apparatus immediately after the attack.

\*\*\*

<u>June 22, 2001:</u> Car bomb detonation near an IDF reconnaissance on Shikma Beach/Elei Sinai
2 soldiers killed and one injured



**Isma'il Ma'aswabi** – a resident of the <u>Shati refugee camp/Gaza Strip,</u> **aged 22**, single, a Hamas operative, a student at the Islamic University, detonated a car bomb near an IDF reconnaissance on Shikma Beach/Elei Sinai. The suicide terrorist, who was driving a white jeep with yellow license plates, became entrenched in the sands near a building, an IDF reconnaissance passing by was alerted by locals for assistance, and when the soldiers approached to help the jeep driver, the jeep was detonated by the suicide terrorist.

Information discovered later revealed that the suicide terrorist did not intentionally become entrenched in the attack area, but probably intended on reaching one of the settlements in the area or even enter Israeli territory. Mahmud [al-]Ghul traveled with him in the jeep, who escaped from the vehicle 10 minutes before the detonation. The attack was carried out by the Hamas organization.

\*\*\*

73

L_C089135

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>July 9, 2001:</u> (Partial) suicide terrorist detonation in a cart bomb harnessed to a donkey next to an IDF post in Dahaniya/Rafah

 **Murad Abu Ma'ilak** – a resident of <u>Nazirat refugee camp</u> in the Gaza Strip, **aged 23**, a student at the Open University in Gaza, approached the Dahaniya settlement gate while riding a donkey with a cart, which was carrying a large water container. When he attempted to activate the explosive device, a partial detonation occurred which knocked it off the cart. When he attempted to flee, he was shot by the checkpoint soldiers and arrested. In his interrogation, the suicide terrorist said that **Nabil Sharihi**, an Islamic Jihad operative active in the northern [Gaza] Strip, recruited and dispatched him to an attack after the suicide terrorist approached him on his own initiative and requested to carry out a suicide attack. The suicide terrorist received 2,500 NIS from Sharihi and in accordance with his instructions, went to Rafah where he met with a person named Saleh. The two stayed overnight together and the next day (the day of the attack), they traveled to an orchard near Dahaniya, where the suicide terrorist received a cart harnessed to a donkey, which contained an explosive device and an activation mechanism, as well as receiving a briefing on how to carry out the attack.

\*\*\*

<u>June 1, 2001:</u> Suicide terrorist detonation at the entrance to a club in the "Dolphinarium" in Tel Aviv, 22 killed and 83 injured

**Sa'id [al-]Hutari** – a resident of <u>Qalqiliya</u> (originally from Jordan), **aged 22**, a Hamas operative, detonated himself near a group of young people at the entrance to the "Water World" club in the Tel Aviv Dolphinarium. The Hamas military network in Qalqiliya carried out this attack. The network was established by **Salim  al-Hija**, a 30-year-old from Nablus, one of the senior members of the Hamas organization in Judea and Samaria and the person responsible for the organization's military network in Northern Samaria. At the head of the network, **al-**Hija placed Abd al-Rahman Hamad, who he knew from a joint stint in Ayman prison. **Mahmud Nadi** (detained) was the taxi driver who drove the suicide terrorist to the Dolphinarium. In his interrogation at the Israeli Security Agency, he said that **Anas Abd al-Karim Dawud**, a resident of Qalqiliya, associated with Hamas and with a criminal record, was the one who coordinated the transport of the suicide terrorist from Qalqiliya to Tel Aviv while being in contact via telephone with Mahmud and the suicide terrorist throughout the drive.

\*\*\*

L_C089136

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>May 29, 2001:</u> Suicide terrorist detonation and the killing of an additional terrorist at "Tofakh" checkpoint, 2 injured soldiers



**<u>Abd al-Mu'ti Asar</u>** – a resident of <u>Khan Yunis,</u> **aged 19**, single, a student at the Islamic University, arrived at "Tapuah" checkpoint along with another young man, **Isma'il Ashour**, a resident of Khan Yunis refugee camp, aged 20, also a student at the Islamic University. The two arrived at the magnometer stand and were requested to show their identity cards. Since they did not hold identity cards they were asked by the soldiers to move away from the station. At this point, the suicide terrorist approached the soldiers and detonated himself, while Isma'il Ashour retreated a small distance and after the blast approached the soldiers station while throwing grenades. Isma'il was shot and killed by IDF soldier fire. The attack was carried out by the Hamas organization.

***

<u>May 25, 2001:</u> Car bomb detonation by 2 suicide terrorists at the Hadera central [bus] station, 66 injured

**<u>Osama Abu al-Hija</u>** – a resident of <u>Jenin refugee camp,</u> **aged 22**, single, worked at a carpet company, and **<u>Ala Sabah</u>** a resident of <u>Jenin</u>**, aged 22**, single, worked at a fashion store. The two detonated a car bomb at the Hadera central station. The Islamic Jihad organization claimed responsibility for the attack. The organizers of the attack were **Thabet Mardawi** and **Mahmud Nursi**, who had prepared an explosive vehicle and explosive suitcase, and departed with them from Barata'a to Israel. This was the first suicide attack (since November 1998 - Jerusalem) carried out inside Israel by the organization.

***

L_C089137

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>May 25, 2001:</u> Detonation of a tanker bomb by a suicide terrorist at Netzarim intersection, no casualties

**Husain Abu Nasser** – a resident of <u>Jabalia refugee camp/Gaza</u>, **aged 22**, single, a student at the Islamic University, an Islamic Jihad operative in the past. Abu Nasser drove a fuel tanker near a military convoy at Netzarim intersection. IDF forces at Magen post 3 opened fire towards the tanker. Abu Nasser drove off the road, stopped on one of the post's mounds, then the explosion of the tanker occurred, with the suicide terrorist seated inside it. At the front of the truck there were 3 gas cylinders and 48kg of improvised explosive material. Responsibility for the attack was claimed by Hamas. The attack was directed by **Salah Shahada**, one of the senior Hamas leaders in the Gaza Strip region and one of the founders of its military arm.

\*\*\*

<u>May 18, 2001:</u> Suicide terrorist detonation at the entrance to Hasharon Mall in Netanya, 5 killed and 86 injured



**Mahmud Marmash** – a resident of <u>Tulkarem</u>, **aged 21**, single, religious, a Hamas operative, detonated himself at the entrance to Hasharon Mall in Netanya. The Hamas organization claimed responsibility for this attack and even published a tape in which the suicide terrorist, Mahmud Marmash, appeared. The attack was carried out by the Hamas network in the Tulkarem area, which was also responsible for the 2 other attacks in Netanya (March 4 and May 18), in which the local operatives of the old mosque in Tulkarem committed suicide. **Fuaz Badran** (killed), a Hamas military operative from Tulkarem, recruited the suicide terrorist for the attack. **Omar Khudairi**, who served as an assistant for **Abbas al-Sayyid** (head of the network, detained), was the field person and mediator between Fuaz and Abbas. Among other things, Abbas instructed Omar to prepare all of the equipment for filming the suicide terrorist and hand it over to Fuaz.

\*\*\*

76

L_C089138

**Suicide Terrorists in the Current Conflict**

<u>April 29, 2001:</u> Detonation of a car bomb by a suicide terrorist near a bus at Dir Sharaf intersection, no casualties

**Jamal Nasser** – a resident of <u>Nablus,</u> **aged 23**, single, an engineering student at An-Najah University in Nablus, an operative in "al-Kutla al-Islamiya," [the Islamic Bloc] detonated a car bomb near a bus transporting school children at Dir Sharaf intersection. Investigation material revealed that a fault occurred during the attack. A Palestinian vehicle was driving adjacent to the bus which caused Nasser to hesitate and detonate the vehicle further away from the bus than planned - which in practice miraculously prevented many casualties. The attack was carried out under the direction of the Hamas network in Nablus. **Abadah Bilal** dispatched the suicide terrorist for the attack and the involvement of **Khaled Riyan** and **Majdi Balasma** in the implementation of the attack is known.

\*\*\*

<u>April 22, 2001:</u> Suicide terrorist detonation at a bus station in Kfar Saba, one killed and 45 injured

**Imad Zabidi** – a resident of <u>Nablus,</u> **aged 18**, a high school student, detonated an explosive device on his person near an Egged bus, route 29, which was stopped at a bus station on Tchernichovsky St. in Kfar Saba. Responsibility for the attack was claimed by the Hamas organization. The attack was carried out by an organization of Hamas operatives in the Nablus area. The person responsible for the recruitment and dispatching of the suicide terrorist was **Muhanad Taher**. In his interrogation, **Abd al-Rahman Shadid** admitted his involvement in the transport of the suicide terrorist for the execution of the attack in Kfar Saba. The arrangement of the attack location and the transport was carried out by **Ali Hudairi** and the driving was handled by **Nihad Abu Qashq,** a driver by trade, with an Israeli ID.

\*\*\*

L_C089139

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>March 28, 2001:</u> Suicide terrorist detonation near a gas station in Neve Yamin,
2 killed and 4 injured

**Fadi Amer** – a resident of <u>Qalqilya</u>, **aged 23**, single, a Hamas operative, a student at the "Open University" in Qalqilya, detonated himself at the gas station on route 444 south of Kfar Saba West intersection, near a group of high school students who were waiting at the gas station for a shuttle to their school in Kedumim. The Hamas network in Qalqilya was responsible for the execution of the attack. The suicide terrorist was sent by **Jabril Jabril** and **Tareq Barzili**, military Hamas operatives from Qalqiliya. The operatives updated **Abd al-Rahman Hamed** (killed) and **Raed [al-]Hutari**, a senior Hamas operative, regarding the attack, so that they could claim responsibility for it. **Ibrahim Dahmas**, a Hamas operational activist in Qalqiliya, also admitted in his interrogation to having connections with the suicide terrorist and to being aware of the planning of the attack.

\*\*\*

<u>March 27, 2001:</u> Suicide terrorist detonation next to a bus on French Hill in Jerusalem,
13 injured



**Dia Tawil** – a resident of <u>el-Bireh/Ramallah</u>, **aged 20**, single, an engineering student at Bir Zeit University, a Hamas operative, the nephew of Jamal Tawil, a senior Hamas operative in Ramallah. The suicide terrorist detonated himself near an Egged no.6 bus, which was traveling from the French Hill direction eastward. Responsibility for the attack was claimed by the Hamas organization. As of July 2001, a military Hamas network began to be exposed, with it's center in Samaria and its operations reaching Ramallah. On August 9, 2001, MMS [?] Ramallah arrested **Abdallah Jamal** and **Bilal Barghuthi**, both residents of Beit Rima. In their interrogation at the Israeli Security Agency they admitted responsibility for the dispatching of the suicide terrorist to the attack. They also admitted operating an explosives laboratory in Ramallah. Barghuthi was the one who recruited the suicide terrorist for the attack and then sent him to Nablus to receive the explosive device. The suicide terrorist was sent to the attack by **Ayman Halawa** (killed), one of the heads of the Hamas network in Samaria.

\*\*\*

78

Israeli Security Agency [logo]

**Suicide Terrorists in the Current Conflict**

<u>March 4, 2001:</u> Suicide terrorist detonation on a central street in Netanya,
3 killed and 53 injured

 **<u>Ahmad Alyan</u>** – a resident of <u>Nur al-Shams refugee camp/Tulkarem,</u> **aged 23**, single, a religious cleric, a muezzin, approached Egged bus no. 22 which was stopped at the traffic light at the intersection of Herzl St. and Shoham St., and detonated himself at a distance of around 2-3m from the bus. Around a week before his suicide, the suicide terrorist wrote a will in which he mainly addressed the suicide itself and it was clear that he had been exposed to brainwashing from Hamas in the mosque where he prayed. In the second part of the will the suicide terrorist divided his inheritance. The attack was carried out by the Hamas network in Tulkarem, led by **Fuaz Badran** (killed), and including the involvement of **Ahmad Jayusi**, a 23-year-old Hamas operative, resident of Tulkarem (detained), who admitted in his interrogation that he had led the suicide terrorist to the attack and that he had driven ahead on the route to Netanya.

\*\*\*

L_C089141

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>March 1, 2001:</u> Suicide terrorist detonation of an explosive device in a taxi, near Mei Ami intersection, one killed and 10 injured



**<u>Zayd Kilani</u>** – a resident of <u>Siris/Jenin</u>, **aged 28,** sat in the back seat of a shuttle taxi (driven by an Israeli citizen from El'ad) on its way from Tel Aviv to Tiberias and activated an explosive device (which was inside a bag) when they ran into an initiated police checkpoint, near Mei Ami intersection. The suicide terrorist sustained heavy injuries in the attack. The suicide terrorist had carried out a stabbing attack in Carmel Market in Tel Aviv on December 21, 2000 in which he stabbed and wounded an Israeli citizen while he was shopping in the market. The day before the attack in the taxi, the suicide terrorist carried out an explosive device attack in Tel Aviv, leaving an explosive device, which he could not activate, in a Shawarma place in the city (the device was detected and detonated by an explosives expert). On the same day, the suicide terrorist placed an additional device, near a group of young people on the Dolphinarium beach in Tel Aviv. The suicide terrorist attempted to activate the device but the device did not detonate. In his interrogation he said that he had another non-functioning device which he had intended to take back to the [Palestinian] Territories and use it. This device was activated by him while the vehicle in which he was traveling was stopped for inspection. All of the attacks were carried out by the suicide terrorist on behalf of the Hamas organization, under the direction of **Qais Adwan Abu Jabal**, a resident of Jenin, head of the Kutla Islamiya in Najah. At a later stage Zid's girlfriend was arrested, **Angelica Yosifov**, a Jew living in central Israel. Angelica said in her interrogation that she was aware of the stabbing attack carried out by the suicide terrorist. She also knew that he was in possession of two explosive devices. Angelica was with the suicide terrorist during the placing of the device at the eatery on Allenby St., went with him to the Dolphinarium beach in the knowledge that he was carrying an explosive device, was with him during the placing of the device and when he attempted to activate it using a mobile phone. Angelica also knew that the suicide terrorist was in possession of an explosive device when he boarded the taxi, where the suicide terrorist eventually caused the explosion of the device.

\*\*\*

L_C089142

**Suicide Terrorists in the Current Conflict**

<u>January 1, 2001:</u> Car bomb detonation by a suicide terrorist on Herzl St. in Netanya,
35 injured

 **Hamed Abu Hijla** – a resident of <u>Nablus,</u> **aged 23,** single, a structural engineering student at Al-Najah University in Nablus, religious, a "Kutla Islamiya" [Islamic Bloc] operative in [Al-]Najah [University], detonated a car bomb on Herzl St. in Netanya. Responsibility for the attack was claimed by the Hamas organization in Nablus, headed by **Omar Jabrini**. **Mahmud Madani** (killed) was responsible for obtaining and preparing the suicide terrorist for the attack. **Faisal Sab'ana**, a Hamas military operative from Qabatiya/Jenin was responsible for the transfer of the suicide terrorist into the "green line" zone. This attack was also based on a network of student members of "al-Kutla Islamiya" [Islamic Bloc]  (the Hamas student cell in Universities), who are traditionally used to locate military operatives and assistants and make up one of the central pillars of the Hamas network in Samaria.

\*\*\*

<u>December 22, 2000:</u> Suicide terrorist detonation at Pundak Mehola/Jordan Valley,
3 soldiers injured

 **Hashem Najar** – a resident of <u>Hebron,</u> **aged 25,** single, a journalism student at Al-Najah University in Nablus, head of the "Kutla" [Islamic Bloc]  in the Social Sciences faculty, entered a kiosk, after buying [snack] seeds, cola and cigarettes, walked out onto the balcony, approached a group of soldiers and detonated himself a few meters away from them. Responsibility for the attack was claimed by the Hamas organization. The suicide terrorist was recruited into Hamas in 1994 and had been active in the ranks of the organization since. The attack was apparently carried out by the Hamas network in Nablus. **Salim Hija (detained)**, said in his interrogation at the Israeli Security Agency that the attack was carried out under the direction of **Ayman Halawa** (**killed**) and Salim himself who located the suicide terrorist. **Nader Sawafata** (detained), a Hamas operative, also participated in the implementation of the attack.

\*\*\*

L_C089143

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>December 15, 2000:</u> A suicide terrorist attempted to detonate himself next to security forces near Erez checkpoint, no casualties



**<u>Nur al-Din Safi</u>** – a resident of <u>Shati refugee camp/Gaza,</u> **aged 22**, single, a Hamas operative, graduate of accountancy studies at the "Islamic University" in Gaza, arrived at Magen 12 after the entrance of Palestinian workers into Erez industrial zone. While passing through the magnometer a beep was heard. The suicide terrorist attempted to activate an explosive belt, and when he was unsuccessful, tried to stab the guard of the place. Following this, the suicide terrorist was shot by the guards and a soldier who were present. There is no information regarding the organization behind the attack.

\*\*\*

<u>November 6, 2000:</u> Detonation of a boat near a "Dabur" navy ship next to Rafah, no casualties



**<u>Hamdi Miqdad</u>** – a resident of <u>Shati refugee camp/Gaza,</u> **aged 27**, single. Close to midnight, a Palestinian surf boat detonated near a navy vessel which was carrying out a routine reconnaissance of the section of coast by Gaza. The detonation of the boat was around 50 - 60m from the vessel and around 1400m away from the beach. The vessel's soldiers noticed a small surf boat containing 2 covered crates in the prow. The boat had an engine and one person was identified on it who, when identified, crouched and then an explosion was heard. The Hamas movement claimed, in a public receipt of responsibility for the attack, that this was a suicide attack in which the suicide terrorist was on the boat at the time of its explosion. **It should be noted that this is the first marine attack carried out by the Hamas movement since its establishment.**

\*\*\*

82

Israeli Security Agency [logo]

### Suicide Terrorists in the Current Conflict

<u>October 26, 2000:</u> Detonation of a suicide terrorist riding a bicycle near an IDF post close to Gush Katif, 1 soldier injured

 **Nabil al-Ara'ir** – a resident of <u>Saja'iya Jadida/Gaza,</u> **aged 24**, single, a student at the "Islamic University" [Islamic Bloc] in Gaza, rode his bicycle on Kisufim road traveling east to west, an IDF soldier who noticed him ordered him to move away and then the explosion occurred. The "Islamic Jihad" organization claimed responsibility for the attack and this is in fact the first attack carried out by the organization in the [Gaza] Strip since April 1997. The attack was carried out on the 5th anniversary of the death of Fathi Shuqaqi, the founder of the organization. The attack was directed by **Mahmud al-Hindi**, the Islamic Jihad supervisor in the [Gaza] Strip. The Islamic Jihad military organization responsible for the attack is from Jabalia refugee camp, headed by **Maqlid Hamid** (later killed).

\*\*\*



143 RODNEY STREET

BROOKLYN, N.Y. 11211

TEL. (718) 384-8040

FAX: (718) 388-3516

### CERTIFIED TRANSLATION

I, Miriam Braver, Project Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language services firm with a track record of providing expert language services to the legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders, are professionally trained and vastly experienced in providing professional legal translations for submission in U.S. courts, from Hebrew into English and vice versa; and they have professionally translated document "**ISA report on Palestinian suicide bombers (Sept. 2000 - Sept. 2007), including the ones from the Mike's Place bombing/L_C089061**" from Hebrew into English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 17, 2014

Miriam Braver

ROCHAL WEISS
Notary Public, State of New York
Registration No.: 01WE6293785
Qualified in Kings County
My Commission Expires December 16, 2017

PROFESSIONAL

TRANSLATIONS

OF FOREIGN

LANGUAGES

**שירות הביטחון הכללי**



# מחבלים מתאבדים בעימות הנוכחי

## ספטמבר 2000 – ספטמבר 2007

## <u>*תוכן עניינים*</u>:

הקדמה ............................................................................. 1

מחבלים מתאבדים - מאפיינים אישיים ............................................ 2

מחבלים מתאבדים ב- 7 שנות עימות - נתונים גראפיים ......................... 3

פיגועי התאבדות מתחילת העימות ................................................. 5

מחברים מתאבדים בעימות הנוכחי

# הקדמה

מאז ספטמבר 2000 נמצאת מדינת ישראל בעימות אלים ומתמשך עם הפלסטינים, במסגרתו מבוצעים על ידי הצד הפלסטיני על מנגנוניו וארגוניו השונים, פיגועים נגד אזרחים ותושבים ישראלים.

בתקופה זו נרשמו למעלה מ- **27,000** פיגועים כנגד אזרחים ותושבים ישראלים ולמעלה מ- **1000** תושבים ואזרחים ישראלים קיפחו את חייהם בפיגועים אלה. מתוך פיגועים אלה **155** (מאי 07') פיגועים הינם פיגועי התאבדות אותם ביצעו **178** (אוגוסט 07') מתאבדים ומתאבדות כנגד מטרות ישראליות. (לציין כי משנת 1993 ועד תחילת העימות בספטמבר 2000 בוצעו **38** פיגועי התאבדות שביצעו **43** מתאבדים).

למרות העובדה כי פיגועי ההתאבדות מהווים **0.6%** מכלל הפיגועים שבוצעו כנגד ישראל מאז תחילת העימות, הרי **שמספר ההרוגים בפיגועים אלה מגיע לכמחצית מכלל ההרוגים,** ובכך הופך את פיגועי ההתאבדות לקטלניים ביותר. <u>**מתחילת העימות ועד אוגוסט 07' נמנו 549 הרוגים ו- 3717 פצועים מ – 155 פיגועי ההתאבדות.**</u>

טרור המתאבדים הפך עם השנים לאמצעי הלחימה המוביל של הפלסטינים, כשבתחילה הוא נשא אופי אידיאולוגי בטענה להתנגדות לגיטימית לכיבוש. עם זאת, במהלך תקופת העימות הסתמנה מגמה לפיה נחלש המניע האידיאולוגי אל מול התחזקות המניע הכלכלי. מפקדות הטרור יוזמות ושולטות בפעילות טרור על ידי העברת סכומי כסף גדולים לפעילים בשטח, אשר **מתפרנסים** מאכוונה של פעילות טרור, ולאו דווקא פועלים מתוך מניעים אידיאולוגיים טהורים. פעמים רבות המפגעים המגויסים לביצוע פיגועי התאבדות הם פלסטינים אשר להם בעיות כספיות או חברתיות, אשר מסכמים לבצע את הפיגוע בתמורה להבטחה כי ארגון הטרור שבשמו נשלחו, ידאג מבחינה כספית למשפחתם לאחר מותם.

עם הקמת מרחב החיץ, אשר מערים קשיים על ארגוני הטרור בהוצאת פיגועים, גבר השימוש שעושים ארגוני הטרור באוכלוסיות "חלשות" כמו: קטינים, נשים, חולים, אנשים הסובלים מדימוי חברתי שלילי וכיוצא בזה, לשם הוצאה לפועל של פיגועי התאבדות, תוך ניצול מצבם האישי וחזותם התמימה, בניסיון להערים על כוחות הביטחון במערכי הבדוק השונים.

**בחוברת זו מובאת סקירה המפרטת על  מבצעי פיגועי ההתאבדות במהלך כ- 7 שנות עימות עם הפלסטינים, החל מספטמבר 2000 ועד לחודש אוגוסט 2007.**

## מחבלים מתאבדים - מאפיינים אישיים

לא ניתן לשרטט פרופיל אחד של מחבל מתאבד בסכסוך הישראלי-פלסטיני, זאת משום שמאפייני המתאבדים עברו שינוי מתמיד לאורך השנים.
להלן מספר מאפיינים עיקריים, המדגימים את השינויים שחלו במהלך השנים:

**גיל המתאבדים** – רובם המכריע של המתאבדים הינם צעירים בני 17-24.
במהלך 2004 חלה ירידה מסוימת בגיל המתאבדים: גברה תופעת המתאבדים הקטינים (בני פחות מ- 17). כמו כן "נעלמה" כמעט לחלוטין תופעת המתאבדים המבוגרים, שהייתה למעשה, מצומצמת גם בשנים הקודמות.

**מצב משפחתי** – מרבית המוחלטת של המתאבדים הם רווקים ורק מיעוטם נשואים, עובדה שהיא פועל יוצא מגילם הצעיר של המתאבדים.

**השכלה** - רוב המתאבדים הם משכילים. בין השנים 2000 – 2003 היו 22% בעלי השכלה גבוהה, 34% בעלי השכלה תיכונית, 9% בעלי השכלה יסודית והשאר – לא ידוע (אם כי בסבירות גבוהה הינם בעלי השכלה יסודית/תיכונית ולא בעלי השכלה גבוהה).
במהלך 2004 חלה ירידה בשיעור בעלי ההשכלה הגבוהה (8%) וההשכלה התיכונית (8%).

**מוצא המתאבדים** - בין השנים 2000-2003 היו רוב המתאבדים במוצאם מהשומרון (64%) ומיהודה (17%). במהלך 2004 גדל מאוד שיעורם היחסי של מתאבדים תושבי הרצועה (44% לעומת 16% בשנים הקודמות), במקביל חלה ירידה בשיעור המתאבדים מהשומרון (44%)ויהודה (17%).

מחבלים מתאבדים בעימות הנוכחי

# מחבלים מתאבדים ב- 7 שנות עימות - נתונים גראפיים

### מאפייני מתאבדים בחתך גיל



### מאפייני מחבלים בחתך מצב משפחתי



3

מחבלים מתאבדים בעימות הנוכחי

### מאפייני מחבלים בחתך מגורים



### מאפייני מחבלים בחתך השכלה



מחבלים מתאבדים בעימות הנוכחי

# פיגועי התאבדות מתחילת העימות

## 29 ינואר 2007:  פיצוץ מחבל מתאבד באילת,
## 3 הרוגים פצוע אחד

.

**\* \* \***

## 23 נובמבר 2006: פיצוץ מחבלת מתאבדת בג'באליה,
## 3 פצועים

**פאטמה נגאר** - תושבת ג'באליה, בת 64, אשר פוצצה עצמה סמוך לכוחות צה"ל מזרחית למ.פ ג'באליה. המתאבדת הייתה אם ל-6 וסבתא לנכדים והינה המתאבדת המבוגרת ביותר עד כה. ארגון החמא"ס נטל אחריות לפיגוע.

**\* \* \***

## 6 נובמבר 2006: פיצוץ מחבלת מתאבדת בבית חנון,
## פצוע אחד

**מירפת מסעוד** - תושבת ג'באליה, בת 18, אשר פוצצה עצמה סמוך לכוחות צה"ל ששהו בבית חנון במסגרת מבצע "ענני סתיו" למיגור יורי קסאמים. הפיגוע בוצע על ידי תשתית הג'האד האסלאמי בצפון הרצועה.

**\* \* \***

5

מחבלים מתאבדים בעימות הנוכחי

## 17 אפריל 2006: פיצוץ מחבל מתאבד בתל אביב,
## 11 הרוגים 64 פצועים

**סאמר חמאד** - תושב ערקה שבאזור ג'נין, בן 22, פוצץ עצמו סמוך לדוכן פלאפל בתחנה המרכזית הישנה בתל אביב. הפיגוע בוצע באכוונת **אליאס אשקר ומעתצם געארה**, פעילי ג'האד אסלאמי בכירים במאזור טול כרם  שנהרגו בפעילות כוחות הביטחון כחודש לאחר הפיגוע.

אשקר היה אחראי לייצור מטען הנפץ ששימש את המתאבד  וכן היה אחראי להכנת המתאבד, צילומו ושיגורו ליעד הפיגוע בישראל .

את המתאבד הוביל לתוך תל אביב **מחמד עמודי**, פעיל ג'האד אסלאמי מבורקין שסיפר בחקירתו כי ביצע מספר נסיעות לתל אביב באמצעעות מסיעי שב"חים טרם הפיגוע במטרה לאסוף מידע על יעדים מתאימים לפיגוע ולבדוק את דרכי ההגעה לתל אביב.

ביום הפיגוע יצא עמודי עם המתאבד מג'נין לרמאללה ומשם לענאתה שם עלו על רכבו של **פואז רגבי,** ירושלמי בעל ת"ז כחולה אשר נהג להסיע שב"חים באופן שוטף מס' חודשים טרם מעצרו. רגבי הסיע השניים לתל אביב, אך בחקירתו בשירות ביטחון כללי טען כי על אף מודעותו לאפשרות של הסעת מפגע לשטחי ישראל במסגרת הסעות השב"חים שביצע, לא ידע שהוא מסיע מתאבד ביום הפיגוע.

שעות ספורות לאחר שהמתאבד פוצץ עצמו בתל אביב נעצר עמודי ביפו, בעקבות מידע מדויק של שירות ביטחון כללי. בנוסף נעצרו ביום הפיגוע חשודים נוספים במעורבות בהוצאת הפיגוע.

ההנחיות וההכספים לטובת הפיגוע הנ"ל הגיעו ישירות מהמפקדה הצבאית של הג'יהאד האסלאמי בסוריה.

**\* \* \***

מחברים מתאבדים בעימות הנוכחי

## 30 מרץ 2006: פיצוץ מחבל מתאבד ברכב באזור קדומים, 4 הרוגים

**אחמד משארקה** - תושב אל בורג' שבאזור חברון, כבן 24, אשר עלה על טרמפ באזור קדומים ופוצץ עצמו במהלך הנסיעה על ארבעת יושבי הרכב שנהרגו כתוצאה מהפיצוץ. הפיגוע בוצע באכוונתם של **דאוד קאטוני והאני חשאש**, פעילי תנזים משכם, אשר נהרגו בפעילות כוחות הביטחון מס' חודשים לאחר מכן.

את המתאבד הוביל **אנס עלאן**, פעיל תנזים מקלקיליה, אשר הודה בחקירתו כי קיבל חגורת נפץ מקאטוני וחשאש בשכם, אותה הסתיר מתחת למושב האחורי של רכבו. לבקשת השניים נסע לפגוש במתאבד באזור קלקיליה, שם מסר לו את החגורה. לאחר מכן הסיע עלאן את המתאבד לתחנת ההסעה של קרני שומרון.

המתאבד החל ללכת רגלית לצומת קרני גינות כשהוא לבוש בחגורת הנפץ, שם החל לסמן לרכבים ישראליים לעצור לו. רכב ישראלי ובו 4 ישראלים עצר למתאבד והעלה אותו לרכב. בסמוך לצומת קדומים פוצץ המתאבד עצמו בתוך הרכב וגרם למותם של ארבעת הישראלים.

**✳ ✳ ✳**

## 19 ינואר 2006:  פיצוץ מחבל מתאבד בתל אביב, 26 פצועים

**סאמי ענתר** - בן 19 תושב שכם, אשר התפוצץ סמוך לשווארמת "ראש העיר" ברחוב נווה שאנן בתל אביב. כתוצאה מהפיצוץ נפצעו 26 ישראלים.

הפיגוע בוצע באכוונת **חמזה מחמד ואחמד עראישי**, פעילי ג'האד אסלאמי בשכם, אשר נעצרו לאחר הפיגוע. עראישי השיג את חגורת הנפץ, הלביש אותה על המתאבד ונתן לו כסף למונית על מנת שיוכל להגיע לישראל.

**✳ ✳ ✳**

## 29 דצמבר 05': פיצוץ 2 מחבלים מתאבדים סמוך לכח צה"ל באזור טו"כ, הרוג אחד ו- 3 פצועים

**צוהיב עגמי**, תושב עתיל שבאזור טו"כ, בן 18 יצא בבוקר ה-29/12 יחד עם **עלאא סעדי**, תושב מפ גנין, בן 21 במטרה לבצע פיגוע התאבדות כפול באזור המסחרי שבכניסה לראש העין.

השניים שולחו לפיגוע על ידי תשתית הג'האד האסלאמי בטו"כ ובג'נין באכוונתו של **נדאל אבו סעדה**, פעיל גהאד אסלאמי בכיר שנהרג על ידי כוחות צה"ל כחודש לאחר מכן.

השניים יצאו מטול כרם כשברשותם שתי חגורות נפץ ועלו על מונית במטרה להגיע לקלנדיה, משם תכננו להגיע לראש העין. בדרכם נעצרו על ידי מחסום צה"ל צפ' לפרעון שהוקם בעקבות מידע מודיעיני של שב"כ על כוונות לבצע פיגוע בעורף ישראל. במהלך הבידוק במחסום התפוצצו המחבלים המתאבדים. מהפיצוץ נהרג קצין צה"ל ושלושה חיילים נוספים נפצעו.

### ✻ ✻ ✻

## 5 דצמבר 05': פיצוץ  מחבל מתאבד בקניון השרון בנתניה, 5 הרוגים ו- 61 פצועים

**לוטפי אבו סעדה** - תושב עיללאר שבאזור טול כרם, בן 21. הפיגוע בוצע באכוונת בן דודו של המתאבד- **נדאל אבו סעדה**, פעיל ג'האד אסלאמי בכיר שנהרג בפעילות כוחות הביטחון כחודשיים לאחר מכן.ארגון הג'האד האסלאמי נטל אחריות לפיגוע בו נהרגו 5 אזרחים ישראלים ו-61 נוספים נפצעו.

### ✻ ✻ ✻

8

מחבלים מתאבדים בעימות הנוכחי

## <u>26 אוקטובר 05'</u>: פיצוץ  מחבל מתאבד בשוק בחדרה,
## 6 הרוגים ו- 27 פצועים

<u>**חסן אבו זיד**</u> - תושב קבאטיה, בן 19, פוצץ עצמו בשוק בחדרה ב- 26 באוקטובר 05'. הפיגוע בוצע באכוונת נדאל אבו סעדה, פעיל ג'האד אסלאמי בכיר מטו"כ. את המתאבד הוביל מחמד קשוע, פעיל ג'האד אסלאמי, תושב עילאר. ביום הפיגוע יצאו קשוע והמתאבד מטו"כ ונסעו לקלנדיה, שם עלו על מונית שנסעה בדרך עוקפת לירושלים ומשם בכביש חוצה ישראל עד לג'ת.

בג'ת חברו השניים לפכרי מנצור, המתגורר בג'ת על רקע איחוד משפחות, אשר הסיע את השניים לחדרה. מנצור נהג להסיע שוהים בלתי חוקיים (שב"חים) מאיו"ש לשטחי ישראל, ובחקירתו של קשוע עלה כי מנצור הבין כבר בתחילת הנסיעה כי הינו מסיע מחבל מתאבד, ועם זאת המשיך בנסיעתו עד לחדרה.

**✳ ✳ ✳**

## <u>28 אוגוסט 05'</u>: פיצוץ  מחבל מתאבד תחנה המרכזית בבאר שבע,
## 49 פצועים

<u>**עא רחמאן קיסייה**</u> - תושב דהריה, בן 19, אשר עבד בבניין בנגב. ביום הפיגוע עבר המתאבד בקלות את קו התפר בהעדר גדר, הגיע לתחנה המרכזית בבאר שבע שם זוהה על ידי שני מאבטחים שמנעו ממנו להתאבד בלבד הקהל, וכתוצאה מהפיצוע נפצעו באורח קשה, בנוסף ל- 47 ישראלים נוספים שנפצעו בפיגוע.

את הפיגוע הוציאה לפועל התשתית אשר בראשה עמדו 3 פעילי חמא"ס מדהריה: **חוסאם קיסייה**, **יוסף קיסייה והייתם בטאט**. התשתית גם הייתה אחראית לשורת פיגוע ירי החל מנובמבר 01', בהם פיגוע ירי שבוצע לעבר רכב צה"לי בדרום הר חברון בפברואר 05', ממנו נפצעו 4 חיילים. בהסגרת אמלח חסאם קיסייה הוסגרו מטענים וחומרי גלם להכנת מטענים.

**✳ ✳ ✳**

מחבלים מתאבדים בעימות הנוכחי

## 12 יולי 2005: פיצוץ מחבל מתאבד סמוך לקניון בנתניה, 5 הרוגים ו- 88 פצועים

<u>**אחמד גאוי**</u> - תושב עתיל, בן 18, פוצץ עצמו סמוך לקניון בנתניה. הפיגוע בוצע על ידי תשתית הג'האד האסלאמי בטול כרם. <u>**נדאל אבו סעדה**</u>, פעיל צבאי בג'האד האסלאמי חיפ"ק את הוצאת הפיגוע מתוך בניין מטה הכוחות המיוחדים בטול כרם, על אף היותו עצור לכאורה על ידי המנגנון.

בחקירת הפיגוע עלה כי המפגע ומובילו, <u>**עאסף זהראן**</u>, תושב עיללאר, נכנסו לשטחי ישראל באמצעות שני אזרחים ישראלים, מסיעי שב"חים, שעל פי הודאותיהם בחקירה בשירות ביטחון כללי, עוסקים בכך כבר מספר חודשים. השניים, <u>**כפיר לוי**</u>, תושב רמת גן, <u>**וסיף עאזם**</u>, תושב טייבה, הודו בחקירתם כי ביום הפיגוע הסיעו שני תושבי גדמ"ע לטייבה שבישראל דרך מחסום צה"ל 'צופין', לאחר שלוי ניצל את עובדת היותו יהודי שלא נבדק במחסומים. בנוסף נעצר <u>**עא רחמאן אבו מוח**</u>, תושב באקה אל גרביה, שהודה בחקירתו כי אסף את המתאבד ומלווהו בטייבה והסיעם לנתניה, למקום הפיגוע.

כל השלושה טוענים בחקירתם כי לא היו מודעים לכך שהשניים הינם פעילי פח"ע. עם זאת, לפי העולה בחקירתם, לוי ועאזם ידעו כי אין המדובר בפועלים פלסטינים תמימים, אלא חשבו כי מדובר בגנבים/פורצים. גם אבו מוח סייע לזהראן מהיכרותו עמו על רקע פלילי.

**\* \* \***

## 25 פברואר 2005: פיצוץ מחבל מתאבד בכניסה למועדון "הסטייג", בתל אביב 5 הרוגים ו- 52 פצועים

<u>**עבדאללה סעיד בדראן**</u> - תושב <u>דיר אל גוצון/טול כרם,</u> **בן 23**, פוצץ עצמו בסמוך לכניסה למועדון "הסטייג" בטיילת בתל-אביב, שם המתינו כמה עשרות אנשים. נטילת אחריות פורסמה על ידי ארגון הג'יהאד האיסלאמי ולאחר מכן פורסמה הכחשה. מאחורי הפיגוע עומדות תשתית הג'יהאד האיסלאמי בטול כרם , אשר אוכוונה על ידי מפקדת הג'יהאד האיסלאמי בסוריה ותשתית הג'יהאד האיסלמי בג'נין.

**\* \* \***

10

מחבלים מתאבדים בעימות הנוכחי

## 18 ינואר 2005: פיצוץ מחבל מתאבד בעמדת הבידוק במוצב אורחאן
## הרוג אחד (עובד שב"כ) ו- 8 פצועים



**עומר טבש** - תושב חן יונס, **בן 21,** פעיל חמא"ס, פוצץ עצמו על כוחות הביטחון במהלך ניסיון מעצר ברחבת הבידוק במוצב האורחאן. המתאבד הגיע לצומת גוש קטיף במכונית סמוך לשעה 16:40, כמעט שעתיים לאחר סגירת הצומת למעבר רכב פלסטיני ובעקבות מידע מודיעיני נעצר ונלקח למתקן הבידוק. מבדיקות חבלה שלאחר הפיצוץ עלה כי המתאבד נשא את

חגורת הנפץ על ירכיו. חגורת הנפץ הייתה ללא רסס והופעלה באמצעות מנגנון משיכה, ככל הנראה בכדי להערים על אמצעי הבידוק. תנועת החמא"ס נטלה אחריות פומבית לפיגוע וכן פרסמה את צוואתו של המתאבד.

**❈ ❈ ❈**

## 1 נוב' 2004: פיצוץ מחבל מתאבד בשוק הכרמל בת"א,
## 3 הרוגים ו- 32 פצועים

**עאמר עלי/אלפאר** - תושב מחנה הפליטים עסכר, קטין, **בן 16,** עבד כנגר.   הביע רצונו להתאבד כנקמה על מות דודו בתחילת האינתיפאדה. המתאבד הובל לפיגוע על ידי **באסם חונדקג'י,** סטודנט ללימודי תקשורת באוניברסיטת א-נג'אח , תושב שכם, אשר השתמש בתעודת עיתונאי שהונפקה לו במסגרת לימודיו, על מנת לעבור מחסומים צבאיים באין מפריע. בהסעת המפגע לת"א נעזר חונדקג'י **בבשאר מחמד דאור עבאסי,** נהג מונית ערבי, מזרח ירושלמי, אשר ריצה עונש מאסר תקופה קצרה לפני כן על רקע הסעת פלסטינים לשהייה בלתי חוקית בישראל. המתאבד ירד מהמונית בפתח השוק, נכנס פנימה אל לב השוק ופוצץ עצמו.

יש לציין כי מצבה הכלכלי של משפחת המתאבד קשה ביותר ויתכן וזהו המניע של פעילי תשתית החז"ע בשכם, מאכווני הפיגוע, לפנייה אל משפחה זו תוך ניצול מצוקתם.

**❈ ❈ ❈**

11

מחבלים מתאבדים בעימות הנוכחי

## 5 אוק' 2004: פיצוץ מחבל מתאבד סמוך לחוליית צה"ל בג'בליה, ללא נפגעים

**לא ידוע** - מחבל מתאבד מטעם החמא"ס, שזהותו לא ידועה, ככל הנראה כבן 50, התפוצץ בסמוך למבנה בו שהה כוח צה"ל בג'בליה, ברצועת עזה. חלקי גופתו של המחבל נמצאו בשטח. לא היו נפגעים לכוחותינו.

**\* \* \***

## 22 ספט' 2004: פיגוע התאבדות בטרמפיאדה בגבעה הצרפתית בירושלים, 2 הרוגים (חיילי מג"ב) ו- 17 פצועים

**זינב אבו-סאלם** - תושבת מחנה הפליטים עסכר/שכם, **כבת 18**, סיימה את לימודיה התיכוניים בשנה שעברה ונרשמה לאוניברסיטת נג'אח על מנת להשלים לימודיה. יצאה את ביתה בבוקר הפיגוע לאחר שמסרה לבני משפחתה כי בכוונתה לצאת לאוניברסיטה לצורך הסדרת מסמכים. המתאבדת, אשר נשלחה מטעם התארגנות הפת"ח בשכם, פוצצה עצמה סמוך לחיילי מג"ב, בזמן שנבדקה.

**\* \* \***

## 14 ספטמבר 2004: פיצוץ מחבל מתאבד רכוב על אופניים סמוך לכוח צה"ל בקלקיליה, 2 חיילים פצועים

**יוסף טאלב יוסף אגבארי** - תושב קלקיליה, רווק **בן 24**, עבד בעבודות מזדמנות (נגרות, סבלות). ביום הפיגוע הגיע רכוב על אופניים בצבע שחור מכיוון קלקיליה לשער החקלאי הפונה לכוון חבלה. על הסבל האחורי של האופניים היה מונח ארגז ובתוכו שק תפוחי אדמה. החיילים שעמדו במחסום ביקשו ממנו  להציג ת"ז ושאלו אותו אם יש ברשותו אישור מעבר, המתאבד השיב בשלילה ונאמר לו לחזור לקלקיליה. המתאבד הסתובב לכיוון קלקיליה ופוצץ עצמו בסמוך לחיילים.

התשתית מאחורי הפיגוע הינה משולבת חמא"ס ותנזים והונהגה על ידי **אברהים עיסא**, (פעיל חמא"ס בעברו ובעל ידע בייצור מטענים) כאחראי הצבאי. עיסא הוא אשר שלח הנדון לבצע הפיגוע.

מחבלים מתאבדים בעימות הנוכחי

# 31 אוגוסט 2004: פיצוץ 2 מחבלים מתאבדים ב- 2 אוטובוסים סמוכים בבאר שבע, 16 הרוגים ו- 100 פצועים

## המחבלים המתאבדים

**אחמד קואסמה**                     **ניסים ג'עברי**

          

נסים ג'עברי, תושב <u>חברון</u>, בן **22** ואחמד קואסמה, תושב <u>חברון</u>, **בן 29** פוצצו עצמם כמעט בו זמנית ב- 2 אוטובוסים סמוכים קרוב לבית חולים סורוקה בבאר שבע.

השניים גוייסו על ידי **מצעב השלמון**, ר' חולית החמאס בצפון חברון, אשר היה כלוא בקציעות יחד עם מחמוד קואסמה אחיו של מוראד קואסמה (מפקד הזרוע הצבאית של החמא"ס  - - הרוג). עם שחרורם של השניים במסגרת שחרור אסירים הקימו חוליית חמא"ס. אחמד קואסמה נשלח לאסוף מידע בבאר שבע לצורך ביצוע הפיגוע, זאת לאחר שהיה בכוונתם לבצע הפיגוע על אוטובוס המגיע לקריית ארבע אך הגיעו למסקנה  כי יהיה קושי לחדור לשם וכי ריכוז האוכלוסייה באזור לא משמעותי לטובת הפיגוע. אחמד יצא מספר פעמים לעבודה בבאר שבע עם אחיו וכך למד להכיר את האזור ולבחור את היעד המתאים. הכנת חגורות הנפץ הסתיימה יומיים לפני הפיגוע. ביום שקדם לפיגוע הצטלמו המפגעים עם תפאורת חמא"ס ואמל"ח כשהם מקריאים צוואות מוכנת מראש. השניים לנו בדירה המשמשת זונות בחברון. החגורות הוסוו במסגרות גבס לתמונות על מנת שלא יחשפו במהלך נסיעת המפגעים לבאר שבע. המפגעים, שהונחו ע"י חולית מבוקשים, כיצד לתפעל החגורות, קיבלו 300 ש"ח דמי נסיעה ועלו על הסעת שב"חים לבאר שבע.

**✳ ✳ ✳**

מחבלים מתאבדים בעימות הנוכחי

## 28 מאי 2004: פיצוץ מחבל מתאבד במכונית תופת ליד מסוף ברפיח, 2 פצועים



**אחמד אבו ג'אמוס**- תושב חי גנינה/רפיח, **בן 22**, הגיע בשעות הבוקר בג'יפ מכיוון דהניה ונסע לעבר אוטובוס ישראלי שנסע למסוף. הג'יפ נבלם בסוללת עפר, המתאבד ירד מהרכב והחל לבצע ירי לעבר האוטובוס, מספר שניות לאחר מכן התפוצץ הג'יפ. נהג האוטובוס עצר את הרכב דבר שגרם לרכב הליווי להתנגש בו מאחור. כתוצאה מהההתנגשות נפצעו קל 2 חיילי צה"ל. הפיגוע בוצע בשת"פ של וועדות ההתנגדות, הג'האד אסלאמי והפת"ח. אחיו של המתאבד, השאם, ביצע בעבר פיגוע חדירה למוצב "מרגנית" באוג' 2001, בו נהרגו 3 חיילים.

**\* \* \***

## 22 מאי 2004: פיצוץ מחבל מתאבד סמוך למחסום בקעות בעת נוהל מעצר חשוד, חייל פצוע ו- 4 פלסטינים פצועים

**סאמי סלאמה** - תושב שכם, **בן 19**, מגוייס ג'האד אסלאמי צבאי שהיה אמור להשתתף בפיגוע הקרבה עצמית,  היה מעורב בפיגועי ירי בשכם. ביום הפיגוע הגיע המתאבד משכם למחסום בקעות, לבוש מעיל שחור. המתאבד הוחשד ע"י החיילים במחסום, בוצע לעברו נוהל מעצר חשוד במהלכו פוצץ מטען שנשא על גופו. אחריות לפיגוע ניטלה ע"י החזית העממית, על אף היותו של המתאבד מגוייס גיהאד אסלאמי.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 28 אפריל 2004: פיצוץ מחבל מתאבד במכונית תופת באזור כפר דרום, 4 חיילים פצועים



**טארק חמיד** - תושב <u>מחנה הפליטים נציראת</u>, **בן 24**, רווק, פעיל חמא"ס צבאי מוכר. בבוקר יום הפיגוע, סמוך לשעה 06:45 יצא בג'יפ יונדאי כחול, **נושא דגל ישראל**, מכיוון "בית-השלדה" (דרומית לכפר דרום) תוך שהוא גורר את גדר התלתלית שבמקום וחוצה מערבה לכיוון ציר טנצ'ר. לאחר שהג'יפ עלה על הציר הוא החל לנסוע לכיוון דרום, (אזור האורחאן). כוחות צהל שהיו באזור זיהו את הרכב ופתחו לעברו באש. הג'יפ הגיע למרחק 50 מ' מכוח צה"ל והתפוצץ. על הפיגוע פורסמה נטילת אחריות של החמא"ס.

<p style="text-align:center">✳ ✳ ✳</p>

## 17 אפריל 2004: פיצוץ מחבל מתאבד בעמדת צה"ל בא.ת. ארז, חייל הרוג ו- 3 פצועים



**פאדי אלעאמודי** - תושב <u>מ.פ. גבאליה</u>, בן **22**, רווק, עבד במפעל "טאטו" באזור התעשייה ארז. ביום הפיגוע הגיע עם כ- 30 פועלים, שנכנסו דרך טרמינל מגן 12 לא.ת. ארז. המתאבד והפועלים נתבקשו להרים החולצה והמכנס ויחד עברו את שערי הבידוק, אשר לא צפצפו ולא התריעו. לאחר כניסת הפועלים נשאר המתאבד אחרון וכאשר עבר את מעבר הפועלים יצא לרחבה החיצונית של הטרמינל ופוצץ עצמו. מבדיקות שבוצעו בשטח עלה כי המתאבד היה לבוש בחגורת נפץ אשר הוסלקה כנראה באזור המפשעה, כמו כן עלה כי מדובר במטען במשקל 2-3 ק"ג, אשר לא הכיל רסס. לא נמצאה מערכת הפעלה וסוללה ומסיבות אלה, ככל הנראה, לא ציפצף המגנומטר.

<p style="text-align:center">✳ ✳ ✳</p>

מחבלים מתאבדים בעימות הנוכחי

**14 מרס 2004:** פיצוץ 2 מחבלים מתאבדים בנמל אשדוד,
10 הרוגים ו- 12 פצועים

## המחבלים המתאבדים

**מחמוד סאלם**

**נביל מסעוד**

 

נביל מסעוד, תושב ג'באליא, **בן 17**, מפגע מטעם הפת"ח ומחמוד סאלם, תושב בית להיה, **בן 18**, מפגע מטעם החמא"ס, הגיעו לנמל אשדוד ביום הפיגוע בשעה 15:50 באמצעות מכולה אשר הייתה אמורה לחזור ריקה מהרצועה לנמל אשדוד דרך מעבר קרני. המתאבדים הוסלקו יחד עם מטעני החבלה, רימונים וציוד אישי בדופן כפולה שהוכנה במכולה עם אפשרויות לפתיחת דלתות מבפנים. השניים התפוצצו בהפרש של מספר דקות ב- 2 זירות סמוכות: האחת בתוך שטח הנמל והשנייה בסמוך לשער הכניסה.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## <u>6 מרס 2004</u>: פיצוץ 4 מחבלים מתאבדים במחסום ארז, נהרגו 2 שוטרים פלסטינים

### המחבלים המתאבדים

   

<u>עמרו סעייד</u> בן 19, <u>שייח רדואן</u>   <u>מחמד אבו דיה</u> בן 19, <u>רימאל</u>   <u>חאתם טאפש</u> בן 18, <u>שאטי</u>   <u>מהתדי מביד</u> בן 30, <u>שאטי</u>

בסביבות השעה 10:20 התרחש פיגוע תופת משולב ומשולש של הג'יהאד האסלאמי, החמא"ס והפת"ח הצבאי באזור התעשייה ארז, שכלל 4 מפגעים שהגיעו על גבי מספר רכבים לאזור הפיגוע. הפיגוע כלל: פיצוץ מונית תופת פלסטינית סמוך לעמדת כוחות צה"ל, בו נהרג המחבל שברכב. במקביל, הגיע ג'יפ ממנו ירד מחבל לבוש מדים מנומרים שהחל לירות על כוחות צה"ל. המחבל חזר לג'יפ והמשיך בנסיעה לעבר עמדת כוחות צהל שם הוריד מחבל נוסף מהג'יפ. שני המחבלים נורו ונהרגו על ידי כוחות צה"ל. בנוסף, הגיע ג'יפ נוסף לעמדה הפלסטינית שם התפוצץ ומחבל בתוכו. ההכנות לפיגוע נמשכו מספר חודשים וכללו את הכנת הרכבים, שינועם לג'באליה ואימון המפגעים בזחילה וירי. 2 הג'יפים שנטלו חלק בפיגוע הוסוו כג'יפים מסוג סופה של צה"ל ונשאו לוחות זיהוי ישראליות. במסגרת הכנת הרכבים בוצעו בהם שינויים אשר כללו בין היתר: צביעה בצבע חום, רישום מספר צה"לי, נורה מהבהבת בצבע כתום וזרקור חיפוש בגג הרכב, אנטנת קשר, רשתות נגד יידוי אבנים, דלתות אחוריות הזהות לדלתות המיגון הקיימות בג'יפ הסופה.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 22 פברואר 2004: פיצוץ מחבל מתאבד באוטובוס קו 14 בירושלים, 8 הרוגים ו- 60 פצועים



**מחמד זעול** - תושב חוסאן, **בן 23**, נשוי + ילד קטן, פועל בניין, עבד באזור ירושלים. המתאבד פוצץ מטען אשר נישא בתוך תיק באוטובוס קו 14,ליד גן הפעמון בירושלים. מוקד הפיצוץ אותר במרכז האוטובוס, מול הדלת האחורית. ככל הנראה ישב המתאבד בעת הפיצוץ על המושב. גדודי חללי אלאקצא של הפת"ח נטלו אחריות לפיגוע. המתאבד לא היה מוכר כפעיל או מעורב בפעילות פוליטית (למעט העובדה כי לפני מספר שנים היה מעורב בפעילות דתית והתקרב לגורמי "דעוה" אך בעקבות לחץ מצד בני משפחתו הפסיק את פעילותו והתרחק מגורמים אלו). בתחילת האירועים נפצע מירי של חיילים במהלך הפרות הסדר שהתחוללו בכפרו בעקבות מקרה דריסה של תושב מקומי ע"י כלי רכב ישראלי.

**\* \* \***

## 29 ינואר 2004: פיצוץ מחבל מתאבד באוטובוס קו 19 בירושלים, 11 הרוגים ו- 44 פצועים



**עלי ג'עארה** - תושב מחנה הפליטים אלעאידה/בית לחם, **בן 25**, שוטר במשטרת בית לחם, פוצץ עצמו באוטובוס "אגד" (קו 19) במרכז ירושלים. מוקד הפיצוץ היה בחלקו האחורי של האוטובוס. המתאבד נשא עימו המטען במשקל 6-8 ק"ג בתוך תיק. "גדודי חללי אלאקצא" בבית לחם קיבלו אחריות פומבית על הפיגוע.

המתאבד הותיר אחריו צוואה בכתב ידו בה נאמר כי הוא ביצע את הפעולה כנקמה על החללים שנהרגו בטבח שבוצע בשכונת אלזיתון. כמו כן נאמר בצוואה כי הפעולה הזו היא חלק מסדרה של פעולות שעתידות להתבצע כנקמה על מותם של חללי שכונת אלזיתון וכל חללי פלסטין. בצוואתו ביקש המתאבד מאימו כי תסלח לו ולא תזיל עליו דמעות שכן הוא נענה לרצונו של אללה.

**\* \* \***

## 14 ינו' 2004: פיגוע התאבדות במחסום ארז, נהרגו 4 חיילים ואזרחים, 10 נפצעו



ריים עוואד - תושבת עזה, בת למשפחה אמידה, כבת 23, נשואה מזה 5 שנים ואם לשני ילדים קטנים (ילדה בת 3 וילד בן שנה וחצי). גויסה ע"י החמא"ס **והינה האם הפלסטינית הראשונה לביצוע פיגוע התאבדות**. בעלה פעיל חמא"ס. בעבר הביעה כוונות אובדניות, נשמעה כמי שלהוטה לבצע פיגוע התאבדות ואף חיפשה משלחים. קיימה קשר רומנטי עם פעיל חמא"ס צבאי בכיר ויתכן כי הפיגוע נועד גם לנקות את שמה.

**\* \* \***

## 11 ינואר 2004: פיצוץ מחבל מתאבד סמוך לכוח צה"ל ליד קלקיליה, ללא נפגעים

**איאד מצרי** - תושב שכם, **בן 17**, התפוצץ בצומת הכפר ג'נספוט עקב "תאונת עבודה" שאירעה לו.

המתאבד ובחור נוסף, שהיה מובילו, יצאו משכם לכיוון צומת תפוח כשמטרתם להגיע לאיזור רמאללה. הם הגיעו לאיזור ג'נספוט ושם נתקעו. זמן קצר לאחר שהמוביל הנחה את המתאבד להגיע אליו לחוארה דרך הכפר גמאעין/חוצ'ש, התפוצץ המתאבד באזור הכפר ג'נספוט עקב תאונת עבודה (יתכן וחימש המטען בניגוד להמלצת מובילו). המטען שהונח בתוך תיק צד שחור עם פאוצ' כלל אומים קטנים וכדוריות ברזל, סוללות 1.5 וולט ומפסק תנורים בצבע אדום שהוכנס לפאוצ'. כמו כן נמצאו שרידי פלאפון אותו נשא עמו המתאבד.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 25 דצמבר 2003: פיצוץ מחבל מתאבד בתחנת אוטובוס בצומת גהה, 4 הרוגים ו- 20 פצועים

**ת'אאר חנני** - תושב בֵּית פֿורִיק, **בן 18,** איש "החזית העממית", פועל בנין במקצועו, פוצץ עצמו בתחנת אוטובוס בצומת גהה בפתח תקווה. הפיגוע בוצע על ידי תשתית החזית העממית בשכם, כנקמה על חיסולם של ג'בריל עוואד ופאדי חנני. לאחר הפיגוע נעצר **מונזר צנובר**, תושב שטחים, אשר ליווה את המתאבד ליעד הפיגוע. בחקירתו סיפר כי ליווה את המתאבד לצומת גהה וכי השניים נסעו במוניתו של נהג ישראלי שזוהה בחקירה כ**עופר שוורצבוויים**, יליד 65', תושב אורנית, אב לארבעה. בחקירתו סיפר עופר כי במסגרת עיסוקו כנהג מונית נהג להסיע תושבי שטחים רבים, מתוכם גם כאלה שידע כי אין ברשותם אישורי שהייה בישראל.

### ❋ ❋ ❋

## 3 נובמבר 2003: פיצוץ מחבל מתאבד סמוך לכוח צה"ל ליד עזון, 2 חיילים פצועים

**צביח סעוד** - תושב רְפִידיה/שכם, **בן 16,** תלמיד תיכון, יצא לביצוע פיגוע תופת בתוך ישראל על ידי תשתית התנזים הצבאית בשכם. המתאבד הועבר לאזור קלקיליה ע"מ לחדור פנימה באזור כפר קאסם למרכז הארץ באזור בו אין גדר הפרדה. בעקבות מידע מודיעיני נערכו כוחות צה"ל ומשטרת ישראל בפריסה נרחבת בכדי לסכל את חדירתו. במסגרת פעילות צה"ל בכפר עזון באזור קלקיליה החשיד כוח צה"ל מספר מקומיים וסימן להם לעצור, בשלב זה פוצץ עצמו המתאבד על ג'יפ המג"ד. בסיכול הפיגוע נמנע אסון כבד במרכז הארץ.

### ❋ ❋ ❋

מחבלים מתאבדים בעימות הנוכחי

## 9 אוקטובר 2003: פיצוץ מחבל מתאבד במת"ק טול כרם, 2 חיילים פצועים

**אחמד צפאדי** - תושב <u>עוריף</u>/<u>שכם</u>, **בן 18,** תלמיד תיכון מקצועי  (מכונאות רכב) בשכם, הגיע למשרד התיאום והקישור בטול כרם עם תיק גב שחור, המתין בסככת ההמתנה עם פלסטינים נוספים ובשלב מסויים קם, ניגש לחלון קבלת הקהל במתקן ופוצץ עצמו כשגבו והתיק שעליו, מופנים לחלון.

המתאבד השאיר אחריו צוואה הכתובה בכתב ידו מה- 8/10/04 בה נכתב: "אני כותב בדמי את דרך החירות וההליכה בדרך הישר למען האסלאם, בכדי לעלות את קרנה של האומה האסלאמית". כמו כן קרא בצוואתו למשטרים הערביים הכנועים לנטוש את דרך הפחד והבוגדנות וקרא לעם הפלסטיני להמשיך בדרך ההתנגדות. אחריות על הפיגוע ניטלה ע"י הפת"ח.

**\* \* \***

## 4 אוקטובר 2003: פיגוע התאבדות במסעדת "מקסים" בחיפה, 21 הרוגים ו- 48 פצועים

**הנאדי ג'רדאת** - תושבת <u>ג'נין</u>, רווקה **בת 29,** בוגרת לימודי משפטים באוניברסיטת אלקודס הפתוחה. אחיה נהרג לנגד עיניה בעת מבצע ירוטו של אהובה, צאלח ג'רדאת, מי שהיה ראש תשתית הג'יהאד האיסלמי בג'נין. ביצעה הפיגוע כנקמה על הרג השניים.

המחבלת הוסעה מברטעה לחיפה ע"י גמאל מוסא מחאג'נה, כביכול, במטרה להסדיר עניינים בבית החולים רמב"ם בחיפה עבור אביה החולה. בדרך ביקשה לעצור  לאכול במסעדה, שם התפוצצה. המטען היה במשקל של 4 ק"ג וכלל כדוריות מיסב, ברזל בנין חתוך ורדיד נחושת.

.

**\* \* \***

## 9 ספטמבר 2003: פיצוץ מחבל מתאבד בכניסה לבית קפה "הלל", 7 הרוגים ו- 70 פצועים



**ראמז אבו סלים** - תושב רנטיס, **בן 22**, פעיל חמא"ס, סטודנט ופעיל ב"כותלה אסלאמיה" באוניברסיטה הפתוחה באל-בירה. היה עצור מינהלית ושוחרר בפברואר 03. בשעה 23:20 פוצץ עצמו בפתח בית הקפה "הלל" ברח' עמק רפאים בירושלים. המתאבד נשלח לפיגוע על ידי חוליה קדמית של תשתית החמא"ס מכפר בית לקיא, חוליה המורכבת ממגויסי חמא"ס מזרח ירושלמים אשר הופעלה על ידי מפקדת החמא"ס ברמאללה. במהלך חודש אוק' 04 נעצרו מס' תושבי הכפר עיסאויה בירושלים בידי שרות הביטחון הכללי ומשטרת ירושלים. בחקירתם בשב"כ הודו שניים מהם כי הם שקלטו את המתאבד והובילו אותו ליעד הפיגוע. נחקרים נוספים הודו כי סייעו לשניים ביצירת הקשר עם מפקדת החמא"ס ברמאללה ובהוצאת הפיגוע לפועל.

**\* \* \***

## 9 ספטמבר 2003: פיצוץ מחבל מתאבד בתחנת אוטובוס בצריפין, 9 הרוגים ו- 14 פצועים



**אהאב סלים** - תושב רנטיס, **בן 19**, סטודנט באוניברסיטת רמאללה הפתוחה, מוכר כפעיל חמא"ס וכמי שהסית לנקמה על רקע מותו של פעיל חמא"ס מירי של חיילי צה"ל. לאור קשריו לחמא"ס נעצר המתאבד ב- 21 דצמ' 2002, הועבר למעצר מנהלי למשך שלושה חודשים במתקן הכליאה בקציעות ושוחרר בתחילת מרץ 2003 . המתאבד גויס כמתאבד על ידי רמאז, המחבל המתאבד בבית הקפה הלל. פיגוע זה, כמו הפיגוע בבית קפה הלל שבוצע מספר שעות מאוחר יותר, הוכוון על ידי תשתית החמא"ס ברמאללה בראשות **אברהים חאמד.**

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 19 אוגוסט 2003: פיצוץ מחבל מתאבד באוטובוס בירושלים, 23 הרוגים ו- 115 פצועים



**ראאד מסק** - תושב חברון, **בן 29**, נשוי + 2, אימאם במסגד, בוגר אוניברסיטת נג'אח ללימודי דת, החל לימודי תואר שני. עבד כמורה בבית ספר בחברון, לימד קוראן באוניברסיטת חברון. המתאבד פוצץ עצמו באוטובוס מס' 2 שנסע בדרכו מהכותל דרך שער שכם לכיוון רח' שמואל הנביא בירושלים. ארגון החמא"ס נטל אחריות באופן רשמי על הפיגוע. את

הפיגוע הוציאה חוליית ירושלמית אשר הוכוונה על ידי תשתית החמא"ס הצבאי בחברון ואשר תכננה לבצע פיגועי תופת נוספת. בין פעיליה המרכזיים: **נסים זעתרי**, ראש החוליה, **מג'די זעתרי**, גיסו של נסים, **עבדאללה שרבאתי**, פליליונר.  בבוקר הפיגוע הגיע המתאבד לאבו דיס, שם נאסף ע"י מג'די ועבדאללה והועבר למסגד עבאדין בואדי גוז. במקביל נשלחה חגורת הנפץ מחברון לירושלים באמצעות חברת שליחויות פרטית. המטען הוסלק בקורת גבס ונאסף ע"י נסים מסניף החברה בירושלים. נסים החביא את החגורה בבית הורוי בואדי גוז. בשעות הערב הובאה החגורה למסגד, מגדי ועבדאללה הלבישו את המתאבד והנחו אותו כיצד להפעיל אותה. משם הסיעוהו לתחנת האוטובוס, מרחק 2 דקות נסיעה מן המסגד.

**\* \* \***

## 12 אוגוסט 2003: פיצוץ מחבל מתאבד סמוך לתחנת אוטובוס באריאל, 2 הרוגים ו- 2 פצועים

**אסלאם קטישאת** - תושב ראס אלעין/שכם, **בן 18,** פוצץ עצמו בצומת הכניסה לישוב אריאל. ככל הנראה הבחין המתאבד בכוחות הביטחון, נבהל, והפעיל את חגורת הנפץ. ארגון החמא"ס נטל אחריות רשמית על הפיגוע ואף פרסם את צוואתו. מכלל המודיעין שנאסף לאחר הפיגוע עלה כי תשתית החמא"ס הצבאי בשכם, בראשות **מחמד חנבלי**, היא שביצעה את הפיגוע, כנקמה על יירוט פאאז צדר וחמיס אבו סאלם, בכירי התשתית, בסוף השבוע האחרון שקדם לפיגוע.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 12 אוגוסט 2003: פיצוץ מחבל מתאבד בסופרמרקט בראש העין, הרוג אחד ו- 9 פצועים

**חמיס ג'רואן** - תושב מחנה הפליטים עסכר/שכם, **בן 17,** תלמיד תיכון, פוצץ עצמו בסופרקמרקט "חצי קופה" בפארק אפק בראש העין. המטען שנשא היה בתוך תיק שנשא על גבו. אחריות לפיגוע ניטלה ע"י תשתית תנזים שכם באכוונת **עות'מאן יונס**. את הסעות של המתאבד לראש העין בצע **יוסף שמאלי** - ערבי ישראלי תושב גלגוליה , המוכר כמי שמסיע שב"חים.

### ❋ ❋ ❋

## 7 יולי 2003: פיצוץ מחבל מתאבד בבית פרטי בכפר יעבץ, הרוגה אחת ו- 4 פצועים

**אחמד יחיא** - תושב כפר ראעי, **בן 21,** סטודנט באוניברסיטת ירושלים הפתוחה בג'נין מוכר כפעיל בג'מאעה איסלאמיה,. פוצץ עצמו לצד בית פרטי בכפר יעבץ, אשר בגוש תל מונד. מכלל המידע עלה כי התשתית המשלחת הינה תשתית משולבת של פעילי ג'יהאד איסלאמי מג'נין ומטול כרם. המתאבד גוויס לג'יהאד האיסלאמי באפריל 2003 ובתקופה שלפני הפיגוע החל להתנהג באופן מוזר וחריג, בצורה שלא אפיינה אותו בעבר. במבצע משותף של השב"כ עם משטרת ישראל/ יח' "צבר", ב 11 אוק' 04, נעצר בכפר קאסם **מחמד אחמד עא גני חליל,** כבן 19, תושב נורא שמס, פעיל גיהאד איסלאמי, שהיה מעורב בפיגוע ההתאבדות. ע"פ המודיעין הקיים מחמד חליל הוביל את המתאבד, לתוך שטח ישראל, דרך כפר יעבץ, שם כאמור החליט המתאבד לפוצץ עצמו. יש לציין כי כל מאכווני הפיגוע נעצרו או נהרגו.

### ❋ ❋ ❋

24

מחבלים מתאבדים בעימות הנוכחי

**19 יוני 2003**: פיצוץ מחבל מתאבד בחנות מכולת במושב שדי תרומות,
הרוג אחד

**אחמד עבאהרה** - תושב הכפר יאמון/ג'נין. **בן 19** גויס לפיגוע על ידי תשתית הג'יהאד
האיסלאמי בג'נין. קצת לאחר השעה 06:00 בבוקר הגיע המתאבד לעבר המכולת בשדה
תרומות, כשהוא לבוש בג'ינס, טריקו שחורה ונושא על כתפו תיק מוצלב. המתאבד החל
לחטט בחפצים שמחוץ למכולת, בעל המכולת שאל אותו למעשיו וקרא לו פנימה על מנת
לשוחח עמו, עם היכנסו למכולת ארע פיצוץ עז.

**\* \* \***

**11 יוני 2003**: פיצוץ מחבל מתאבד באוטובוס קו 14 בירושלים,
17 הרוגים ו- 104 פצועים

**עבד אלמעטי שבאנה** - תושב חברון, **בן 18**, תלמיד בבית ספר מקצועי בחברון,
התפוצץ באוטובוס קו 14 ברח' יפו בירושלים **כשהוא לבוש כחרדי**. אחריות לפיגוע ניטלה על
ידי החמא"ס. בעקבות חקירות לאחר הפיגוע נחשפה חוליה עמה פעל המתאבד וכן נחשפה
תשתית של פעילים ירושלמים אשר אחד מהם אף קלט את המתאבד בירושלים טרם צאתו
לפיגוע. התארגנות זו הייתה מחוברת למפקדת החמא"ס הצבאי בחברון.

**\* \* \***

**19 מאי 2003**: פיצוץ מחבלת מתאבדת בקניון העמקים בעפולה,
3 הרוגים ו- 50 פצועים

**הבא דראגמה** - תושבת הכפר טובאס, **בת 19**, רווקה, סטודנטית לאנגלית באוניברסיטת
"אלקדס" הפתוחה. המתאבדת הינה אחותו של בכר דראגמה, פעיל פת"ח/ג'יהאד איסלמי
אשר גויס לביצוע פיגוע התאבדות ביוני 2002 אך נעצר לפני כן וכיום הוא כלוא בישראל.
הפיגוע כנקמה על מעצרו של האח. המפגעת תוארה כמי שלבשה מכנסי ג'ינס, חולצה צמודה,
נעלה נעלי עקב ונשאה תיק נשי שחור שנראה כבד. ככל הנראה המפגעת יצאה לישראל ללא
ליווי והגיעה לעפולה בכוחות עצמה.

מחבלים מתאבדים בעימות הנוכחי

**\* \* \***

## 19 מאי 2003: פיצוץ מחבל מתאבד סמוך לג'יפ צה"ל ליד כפר דרום, 3 חיילים פצועים



**שאדי נבאהין** - תושב מחנה הפליטים בריג'/דיר אל בלח/עזה, **בן 20,** רווק, פעיל חמא"ס, הגיע לכפר דרום כשהוא רכוב על אופניים והתפוצץ בסמוך לג'יפ צה"לי שהיה בסיור באזור. המתאבד נשא על גבו תיק גב, בתוכו היה המטען, בכידון האופניים נמצא מנגנון ההפעלה של המטען. פיגוע זה היה חלק מפעילות של התארגנות החמא"ס בדיר אל בלח, אשר ביצעה בשגרה ירי פצמרים/נ"ט לעבר כפר דרום וגילגלה "פיגועי איכות" כל מספר חודשים.

**\* \* \***

## 18 מאי 2003: פיצוץ מחבל מתאבד ליד מחסום א-ראם/ירושלים, ללא נפגעים



**מג'אהד ג'עברי** - תושב חברון, **בן 19,** סטודנט להנדסה בפוליטכניקום, התפוצץ ליד מחסום א-ראם כשהוא לבוש חולצה כחולה וג'ינס חדש, מגולח ועם תספורת קצרה בצידי הראש. המתאבד נשלח לפיגוע על ידי "חוליה קדמית" של החמא"ס, תושבי אזור ירושלים, אשר פעלה מטעם התשתית הצבאית של חמא"ס בחברון. המתאבד הגיע למחסום באמצעות מונית שירות מחברון לאבו דיס, שם נקלט בידי הפעילים הירושלמים, ומשם הועבר ברגל למחסום. המתאבד התפוצץ טרם הגעתו ליעד עקב החשדתו בידי חיילים.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 18 מאי 2003: פיצוץ מחבל מתאבד באוטובוס בגבעה הצרפתית בי-ם, 7 הרוגים ו- 20 פצועים



**באסם תכרורי** - תושב <u>חברון</u>, **בן 19,** סטודנט בפוליטכניקום למחשבים שנה א', פוצץ עצמו באוטובוס אגד מס' 6, סמוך לגבעה הצרפתית, **כשהוא לבוש כחרדי**: מכנסיים שחורים, חולצה לבנה, כיפה וציצית.  המתאבד הולבש בבוקר הפיגוע בעת ששהה בבית אחד המגוייסים  שהופעל בידי תשתית החמא"ס בחברון, **סאמר אטרש**. בחקירתו הודה סאמר אטרש באיסוף המודיעין לקראת הפיגוע, באיסוף המתאבד מאזור אבו דיס והחדרתו לירושלים, בהלנתו בביתו וכן בהכנתו והובלתו למקום הפיגוע.

**\* \* \***

## 17 מאי 2003: פיצוץ מחבל מתאבד סמוך לכיכר גרוס בחברון, 2 הרוגים



**פואד קואסמה** - תושב <u>חברון</u>, **בן 22,**  פעיל חמא"ס, הגיע לאזור כיכר גרוס בחברון  כשהוא **מחופש ליהודי דתי**, נחשד ע"י חיילים אשר קראו לו לעצור ואז פוצץ עצמו ליד מס' ישראלים. המתאבד היה עצור מנהלי לאחר שנעצר במסגרת הכניסה לעיר חברון במבצע "חומת מגן". המתאבד היה מחובר לקבוצת פעילי חמא"ס ממסגד "גהאד" אשר 4 מהם ביצעו 2 פיגועי התאבדות ב- 7 מרס 03, האחד בקריית ארבע והשני בהיאחזות נגוהות. מחומר חקירות עלה כי יחד עם המתאבד גוייסו לפעילות חמא"ס צבאית עוד 3 מפגעים. כל הארבעה היו מעונינים לבצע פיגוע התאבדות, אולם מתאבד זה נבחר לבצע הפיגוע, על ידי **באסל קואסמה**, מבכירי תשתית החמא"ס בחברון, שהכווינה את הפיגוע .

**\* \* \***

27

מחבלים מתאבדים בעימות הנוכחי

## 8 מאי 2003: פיצוץ מחבל מתאבד במכונית תופת בצמוד לטנק ברצ"ע, ללא נפגעים



**מחמוד ענאני** - תושב מחנה הפליטים נציראת בדיר אל בלח/עזה, **בן 22**, רווק, שוטר ופעיל פת"ח, פוצץ עצמו ברכב תופת בסמוך לטנק, ליד כפר דרום. מספר דקות טרם הפיגוע בוצע ירי הסחה לעבר כוחותינו על ציר טנצ'ר. בסריקות לאחר הפיגוע התגלה כי הטנדר הכיל 2 בלוני גז ומטענים בדלתותיו, אולם בעקבות תקלה התפוצץ במהלך הפיגוע  רק בלון גז אחד. "גדודי חללי אלאקצא" נטלו אחריות פומבית לפיגוע.

### ✳ ✳ ✳

## 30 אפריל 2003: פיצוץ מחבל מתאבד בכניסה לפאב מייקס פלייס בת"א מתאבד נוסף השליך מטען בסמוך, 3 הרוגים ו- 62 פצועים

### המחבלים המתאבדים



**עמר שריף**



**האניף אסיף**

האניף אסיף, **בן 22**, אזרח בריטי התפוצץ בכניסה לפאב "מייקס פלייס" בטיילת בתל אביב. עמר שריף, **בן 27**, אזרח בריטי אף הוא, ניסה להתאבד יחד עם האניף אולם בשל תקלה במטען לא הצליח לבצע את זממו ונמלט מהמקום, תוך שהוא נפטר מהמטען שהיה ברשותו. המטען שנשא עמר הורכב מחומר נפץ תקני במשקל של כ- 5 ק"ג, ללא רסס והוטמן בכריכת ספר.  גופתו של עמר נפלטה מהים כשבועיים לאחר הפיגוע. ארגון החמא"ס נטל אחריות לפיגוע ואף פרסם קלטת וידאו בה נואמים שני הבריטים טרם יציאתם לפיגוע. מניתוח ממצאי הדרכונים עולה כי השניים הגיעו לשטח במסלול שהחל ב- 8 לאפריל בסוריה משם לירדן ב- 11 לאפריל וכניסה לשטח ב- 12 לאפריל. מכלל החקירות עלה כי צמד המפגעים הסתייע במספר פעילי שמאל זרים השוהים בשטח לתנועות בישראל, ברצועה ובגדמ'ע.

מחבלים מתאבדים בעימות הנוכחי

## 24 אפריל 2003: פיצוץ מחבל מתאבד בכניסה לתחנת הרכבת בכפר סבא, 1 הרוג ו- 15 פצועים

**אחמד חטיב** - תושב כפר בלאטה/שכם, **בן 18,** תלמיד תיכון, בן להורים גרושים, הגיע בבוקר יום הפיגוע לאזור תחנת הרכבת בכפר סבא, כשהוא לבוש בג'ינס ובמעיל שחור ארוך עם כיתוב באנגלית מאחור, אליו ככל הנראה חוברה חגורת הנפץ. המתאבד עבר שני שוטרים וכשהגיע בסמוך למאבטחי התחנה עצמה, ניגש אליו אחד המאבטחים, שוחח עמו וביקש ממנו להזדהות. המתאבד הכניס יד למכנסיו ופוצץ עצמו. גדודי חללי אלאקצא של 'פתח' וגדודי אבו עלי מצטפא של החזית העממית נטלו אחריות משותפת לפיגוע.

**\* \* \***

## 15 אפריל 2003: פיצוץ מחבל מתאבד חמוש בנק"ל רימון וחגורת נפץ במעבר קרני, 2 הרוגים ו- 3 פצועים



**מחמד יונס** - תושב מחנה הפליטים ג'באליה/עזה, **בן 18,** תלמיד תיכון, פעיל חמא"ס. בבוקר הפיגוע הגיע אליו **ראמי אבו סחילה**, פעיל חמא"ס צבאי ממ.פ. ג'באליה והכינו לקראת היציאה לפיגוע. בהמשך הבוקר הגיעו סוחר בעל היתר כניסה לאזור המסוף ובנו, אשר הכניסו את המתאבד לארגז מכוניתם והחביאוהו בתוך הסחורה. בבדיקה במסוף לא נבדק הארגז והמתאבד הורד מהמכונית במסוף, כשהוא חמוש בנק"ל, רימונים וחגורת נפץ והחל לירות ולהשליך רימונים לעבר המסוף. המתאבד נורה ונהרג על ידי המאבטחים  וחיילי המילואים במקום.

**\* \* \***

## 30 מרס 2003: פיצוץ מחבל מתאבד בפתח בית קפה "לונדון" בנתניה, 54 פצועים

**ראמי ע'אנם** - תושב הכפר דיר אל גוצון בטול כרם, **בן 20,** רווק, סטודנט לחשבונאות/מנהל עסקים במכללת כדורי בטול כרם, מוכר כפעיל חזית עממית. בשל היותו חשוד בשיתוף פעולה עזב את החזית העממית והצטרף לשורות הג'יהאד האסלאמי מספר ימים לפני הפיגוע. המתאבד פוצץ עצמו בכניסה לבית הקפה בנתניה כשהמטען שהורכב מקופסת פח בסדר גודל

של 1.5-1 ק"ג, הודק לבטנו באמצעות חגורת עור וסמרטוטים לבנים. אחריות לפיגוע נלקחה
ע"י הג'יהאד האסלאמי.

**\* \* \***

## 5 מרס 2003: פיצוץ מחבל מתאבד באוטובוס בשדרות מוריה בחיפה,
## 15 הרוגים ו- 42 פצועים

<u>מחמוד עמראן קואסמה</u> - תושב <u>חברון</u>, **בן 20**, סטודנט למחשבים בפוליטכניקום בחברון,
התפוצץ בתוך אוטובוס        מס' 37, בכניסה לשכונת כרמליה בחיפה. מאחורי הוצאת הפיגוע
עמדה מפקדת החמא"ס הצבאי בחברון, ובמרכזה פעל **עלי רג'בי** כמי שאחראי על התשתית
הלוגיסטית ולצדו    המבוקש **עלי עלאן**, האחראי על הכנת חגורת הנפץ. מי ששימש כמובילו
של המתאבד לחיפה היה **חאפז רג'בי**, תושב חברון, בעל ת.ז. מזרח ירושלמית אשר אפשרה
לו נגישות לישראל.

**\* \* \***

## 9 פברואר 2003: פיצוץ מכונית תופת ובה 3 מחבלים באורחאן,
## 4 חיילים פצועים

### המחבלים המתאבדים

    

**סאמי ע"א סאלם**        **סלימאן מקדאד**        **מחמד אמום**

סאמי ע"א סאלם, תושב <u>בריג'/דיר אל בלח</u>, **בן 17**, סלימאן מקדאד, תושב <u>נציראת/עזה</u>, **בן
22** ומחמד אמום, תושב <u>בריג'</u>, **בן 18**, נסעו במכונית מסוג פונטיאק בצבע לבן, והגיעו מחלקו
הצפוני של האורחאן. שניים מהם ישבו בקדמת הרכב ואחד מאחור, כשהוא מחזיק ברשותו
קלאצ'ניקוב. במהלך התקרבותם למחסום, ביצע המפגע שמאחור ירי לעבר כוחותינו, הרכב
סטה ימינה, התנגש בבטונאדות של מוצב האורחאן והתפוצץ. אחריות לפיגוע ניטלה על ידי
תשתית הג'יהאד האיסלאמי באזור מחנות הפליטים במרכז הרצועה, בראשה עמד (עד
להריגתו ב- 17 מרס) **מחמד סעאפין.**

## 17 ינואר 2003: פיצוץ מתאבד ברפסודת תופת מערבית לדוגית, ללא נפגעים



**מחמוד ג'מאסי** - תושב רמאל/עזה, **בן 21**, רווק, מוכר כפעיל חמא"ס. המתאבד יצא, ככל הנראה, מאזור שאטי, כשהוא סוחב עמו חצי חבית ובה אמל"ח במשקל 40 ק"ג. המתאבד הגיע לאזור הפיגוע על גבי סירת דיג והורד ממנה כשעליו מצופים במטרה להיסחף עם המים כשרוב גופו שקוע במים. מטרתו הייתה להתקרב לדבור ולהתפוצץ בסמוך לו. דייגים אשר הבחינו בו, חשבו כי הוא נתון במצוקה ושלחו אליו רפסודה, כאשר הגיעה אליו הרפסודה (במקביל להגעת הדבור) פוצץ עצמו במים. הפיגוע אוכוון ע"י פעיל החמא"ס הצבאי הבולט, **וואל נצאר**, ולאחר הפיגוע עלה כי המתאבד התאמן כשנה באזור שאטי בשחייה וצלילה ללא מכשירים.

**\* \* \***

## 5 ינואר 2003: פיצוץ 2 מחבלים מתאבדים בתחנה המרכזית הישנה בת"א, 23 הרוגים ו- 106 פצועים

**בראק חליפה וסאמר נורי** - בראק חליפה, **בן 20** וסאמר נורי, **בן 19**, שניהם תושבי שכם, ביצעו פיגוע התאבדות כפול בתחנה המרכזית הישנה בת"א. צמד המתאבדים, שהיו חברים עוד מתקופת ילדותם, פוצצו עצמם בשני מוקדים שונים (במרחק 200 מ') ובהפרש של 50 שניות. השניים הוסעו למקום הפיגוע על ידי ערבי ישראלי. אחריות לפיגוע נלקחה על ידי הזרוע הצבאית של הפת"ח בשכם, בראשותו של **נאאף אבו שרח** (הרוג). אבו שרח אוכוון על ידי משמרות המהפכה האיראנים בלבנון, אשר מממנים הפיגועים ומאפשרים להתארגנויות הפת"ח להמשיך ולבצע פיגועים בתחומי ישראל. פיגוע זה הנו אחד הפיגועים הקטלניים ביותר מתחילת העימות, כפי שבא לידי ביטוי בכמות הרבה של הנפגעים ובאיכות המטענים שהכילו חנ"מ במשקל המוערך במעל 10 ק"ג למטען ורסס מתכתי רב במטרה להגדיל את אפקט הפגיעה.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 28 דצמבר 2002: פיצוץ מכונית תופת נהוגה בידי מתאבד ליד מגרש הרוסים, ללא נפגעים

**עלאא כרכי** - תושב <u>ענאתה החדשה/ירושלים</u>, **בן 20**, רווק, סטודנט למנהל שנה א' במכללת אבארהמיה, ניסה לפוצץ עצמו ברכב תופת שחנה ברח' מונבז בירושלים, בסמיכות לאזור בילויים שוקק חיים. בחקירתו בשירות ביטחון כללי הודה המתאבד כי ביצע הפיגוע במטרה להרוג יהודים ולהיהרג. כמו כן סיפר כי חזר בתשובה לפני כשישה חודשים והחל להתפלל, החלטתו לבצע פיגוע באה במטרה לכפר על התנהגותו הכופרת לאורך השנים. המתאבד הודה כי הוא זה שיזם הגה וביצע את ניסיון הפיגוע לבדו.

<div align="center">* * *</div>

## 27 נובמבר 2002: פיצוץ מכונית תופת נהוגה בידי מתאבד במתחם ה-DCO, ליד מחסום ארז ברצועת עזה, ללא נפגעים



**מהנד מהדי** - תושב <u>שיח' רדואן/עזה</u>, **בן 25**, נשוי  ואב לילד, נסע במכונית על ציר טנצ'ר, התפרץ לעמדת הקישור הפלסטיני והתפוצץ במהלך הנסיעה. מאחורי ניסיון הפיגוע עומדת תשתית החזית העממית. הפיצוץ היה של מטען ופצמ"ר 82 מ"מ מאולתר.

<div align="center">* * *</div>

## 22 נובמבר 2002: פיצוץ סירת תופת נהוגה בידי 2 מתאבדים סמוך לספינת חיל הים מול חופי דוגית, 4 חיילים פצועים

**ג'מאל עסמאעיל**, תושב <u>בריג'/עזה</u>, בן **22** <u>ומחמד מצרי</u>, תושב <u>בית חנון</u>, **בן 19**, סטודנט שנה א' באוניברסיטה האיסלאמית, גנבו חסקה של דייגים, העמיסו עליה חומרי נפץ ושייטו באזור האסור לדייג. עקב כך הוקפץ לנקודה דבור חיל הים, צוות הדבור קרא לעברם ומשלא נענה התקרב הדבור לסירת הדייג. בשלב זה פוצצו עצמם שני המתאבדים בתוך הסירה. ארגון הג'יהאד האסלאמי נטל אחריות פומבית לפיגוע. חברי ההתארגנות שביצעה הפיגוע הכירו את שיגרת הפעילות הימית של כוחותינו, שיתפו בפיגוע 2 מפגעים על מנת לדמות את סירת התופף לסירת דייג "רגילה" ובכך לסייע לסייע במשיכת הדבור לעבר הסירה.

<div align="center">32</div>

מחבלים מתאבדים בעימות הנוכחי

## 21 בנובמבר 2002: פיצוץ מחבל מתאבד באוטובוס קו 20 בירושלים, 11 הרוגים ו- 50 פצועים



**נאאל אבו הליל** - תושב דוראﬞ, אשר עבר  מס' חודשים לפני הפיגוע להתגורר בבית לחﬞם, בן **22**, רווק, דתי, נהג לעבוד עם אביו בבסטת ירקות בשוק הישן בבית לחם. המתאבד פוצץ עצמו באוטובוס אגד קו 20 ברח' מכסיקו בירושלים. אחריות לפיגוע ניטלה על ידי החמא"ס. שירות הביטחון כללי חשף, במבצע משולב עם צה"ל, את החוליה מבית לחם, אשר

הייתה אחראית לפיגוע. במסגרת המבצע נעצרו 2 יצרני המטענים, 5 פעילים בכירים נוספים שעסקו בהכנת המטענים ובגיוס מתאבדים ו- 6 צעירים אשר גויסו לבצע פיגועי התאבדות. בתאריך 20/11/02 פנה **מחמד שאכר עלאן מעלא** (אחד מיצרני המטען ובן דודו של עלי עלאן, בכיר מבוקשי החמא"ס בבית לחם) **לאיברהים גונדיה**, פעיל חמא"ס בבית לחם, ובקש ממנו להצטרף אליו לטובת העברת מפגע לירושלים. השניים צעדו בואדי אחמד' הנמצא סמוך לבית לחם, כאשר מחמד נושא בידו שקית שחורה ובתוכה חליפת התעמלות שחורה ומחברות. לאחר הליכה קצרה פגשו השניים מתאבד והחלו ללכת לכיוון בית ג'אלה. בחלוף 30 דקות, הוציא מחמד את חליפת ההתעמלות משקית הניילון שהביא עמו וקרע את הבטנה הפנימית של החליפה במטרה כי לא תפריע למתאבד להפעיל את חגורת הנפץ. סמוך לכפר שארפאת, הנמצא למרגלות שכונת גילה, הבחין מחמד במערה בה לן המתאבד במשך הלילה. למחרת בבוקר עלה המתאבד על אוטובוס הנוסע לכיוון קריית מנחם בירושלים והתפוצץ.

**\* \* \***

## 11 בנוב' 2002: גילוי גופת מחבל מתאבד שיצא לפיגוע ועליה שרידי חגורת נפץ סמוך למעבר ארז, ללא נפגעים

**סייד חסנין** - תושב מצריﬞם, **בן 23**, יצא לבצע פיגוע התאבדות כנגד עמדה צה"לית במעבר פועלים בצפון הרצועה, באכוונת ארגון הג'האד אסלאמי ברצועה. על פי הערכות ניסה המתאבד להגיע לכיוון העמדה האחרית, הסתבך בתיל שבירידה לנחל חנון וכתוצאה מתקלה במטען או נפילתו של סייד הופעל המטען והרגו במקום. גופתו נמצאה במרחק של כ- 350 מ' דרומית לעמדה אחורית בטרמינל ארז כשעליה שרידי חגורת נפץ ורימון. על ראשו היה סרט שחור עליו כיתוב "פלוגות ירושלים".

מחבלים מתאבדים בעימות הנוכחי

* * *

## 4 נוב' 2002: פיצוץ מחבל מתאבד בקניון "ערים" בכפר סבא,
## 2 הרוגים ו- 37 פצועים



**ח'אלד צואלחה** - תושב כפר בלאטה/שכם, **בן 18**, רווק, פוצץ עצמו בקומה הראשונה של קניון "ערים" בכפ"ס, כנקמה על מות קרוב משפחתו בכניסת הצבא למ.פ. בלאטה. הפיגוע בוצע בידי התארגנות פת"ח משכם. אחריות ניטלה על ידי ארגון "הזרועות השחורות" באכוונתו של צאלח קיני. **צאלח**, תושב כפר קליל, פעיל תנזים צבאי, נעצר והודה בחקירתו באיתורו ושילוחו של ח'אלד צואלחה לפיגוע.

* * *

## 27 אוקטובר 2002: פיצוץ מחבל בתחנת דלק בכניסה לאריאל,
## 3 הרוגים ו- 17 פצועים

**מחמד בוסטאמי** - תושב שכם, **בן 19**, סטודנט לתכנות מחשבים באוניברסיטת אלנג'אח, הגיע לתחנת הדלק באריאל כשהוא נושא על גופו חגורת נפץ, אזרחים וחיילים שהיו בתחנה החשידו אותו כמחבל.

במהלך ניסיונותיהם להשתלט עליו ירה אחד מהם במתאבד והלה התפוצץ, ככל הנראה הספיק המתאבד להפעיל את חגורת הנפץ שנשא על גבו. אחריות לפיגוע ניטלה על ידי החמא"ס, הפיגוע בוצע על ידי תשתית החמא"ס בשכם .

* * *

## 21 אוקטובר 2002: פיצוץ 2 מחבלים מתאבדים במכונית תופת צמוד לאוטובוס קו 841 ליד צומת כרכור, 14 הרוגים ו- 48 פצועים

**מחמד חסנין** , בן **19 ואשרף אסמר**, בן **18**, שניהם תושבי ג'נין ופעילי הג'יהאד האסלאמי, נסעו ברכב תופת מכיוון צומת מגידו לחדרה, נצמדו לאוטובוס אגד מס' 841 ופוצצו עצמם. אחריות לפיגוע ניטלה על ידי הג'יהאד האסלאמי. את הפיגוע ביצעה תשתית הג'יהאד האסלאמי בג'נין באכוונתם ותכנונם של **איאד צואלחה וסעיד טובאסי**.

שמות המתאבדים הועברו לטובאסי, אשר העבירם לצואלחה. צואלחה ביקש מטובאסי לארגן רכב ולהעבירו ל**אנס ג'ארדאת**, אשר העמיס אותו בחומרי נפץ. לאחר מכן הועבר הרכב עם חומרי הנפץ למחסן בג'נין. טובאסי נפגש עם שני המתאבדים ולקחם לביתו של צואלחה, אשר נתן לשני המתאבדים כסף על מנת שייקנו בגדים לקראת הפיגוע המתוכנן וביקש מטובאסי להביא בצוהרי יום המחרת תיק ריק, נשק, סיסמאות, כתובות בדבר אללה והג'האד אסלאמי וכן סלוטייפ להדבקת הכרוזים והסיסמאות. בצוהרי יום המחרת הסיע טובאסי את צואלחה ושני המתאבדים, הלבושים בבגדיהם החדשים, ברכב ירוק עם חלונות כהים לאזור העירייה, שם קיבלו את חומר הנפץ. הפיגוע יצא לדרכו כאשר **מחמד גראדאת**, פעיל ג'יהאד אסלאמי מסילת אל חארתיה, מוביל את המתאבדים ומסייע בפתיחת הדרך.

## * * *

## 11 אוקטובר 2002: לכידת מחבל מתאבד בעת שניסה לפוצץ חגורת נפץ בבית קפה בטיילת בחוף תל אביב, ללא נפגעים



**ראאפת מוקדי** - תושב זאויה/קלקיליה, בן **23**, הגיע בשעות הערב לקפה "הטיילת" בתל-אביב. בעת בדיקה שנערכה ע"י המאבטח בכניסה אותרה חגורת הנפץ על גופו של המתאבד, אשר החל לברוח. לאור צעקות המאבטח רדפו מאבטחי השגרירות האמריקאית אחרי המתאבד ועצרו אותו. ניסיון הפיגוע אוכוון על ידי תשתית החמא"ס ברמאללה, שקלטו ושיגרו את המתאבד.

הובלתו של המתאבד לתל אביב נעשתה בעזרת נהג ערבי ישראלי, **אשרף זעייר**, תושב כפר עקב, בעל ת.ז. כחולה.

מחבלים מתאבדים בעימות הנוכחי

\* \* \*

## 10 אוקטובר 2002: פיצוץ מחבל מתאבד ליד תחנת אוטובוס בצומת קוקה קולה, הרוגה אחת ו- 20 פצועים



**רפיק חמאד** - תושב קלקיליה, **בן 31**, נשוי ואב ל- 4, ניסה לעלות לאוטובוס "דן" קרוב למחלף בר-אילן, נפצע במהלך ניסיון העלייה לאוטובוס וטופל במקום ע"י נהג האוטובוס ורופא . כאשר הבחינו כי הוא נושא חגורת נפץ, ניסה המתאבד לברוח, רץ לכיוון תחנת הדלק ופוצץ עצמו. המתאבד גויס לביצוע הפיגוע על רקע חשדות בשת"פ נגדו ונגד משפחתו ועל מנת לנקות את שם המשפחה. המתאבד היה קרוב משפחה של ראש החמא"ס הצבאי לשעבר בקלקיליה, עא-רחמאן חמאד (הרוג). אחריות לפיגוע ניטלה על ידי גדודי עז אלדין אל קסאם. הפיגוע בוצע על ידי תשתית החמא"ס בקלקיליה.

\* \* \*

## 19 ספטמבר 2002: פיצוץ מחבל מתאבד באוטובוס קו 4 ברח' אלנבי בתל-אביב,  6 הרוגים ו- 71 פצועים

**איאד רדאד**  - תושב רמאללה, ירדני במוצאו, **בן 23**, הגיע לישראל ביולי 2000, גויס ע"י תשתית החמא"ס הצבאית ברמאללה לצורך ביצוע פיגוע התאבדות. אחראי החוליה והאחראי על גיוס המתאבדים והוצאת הפיגועים לפועל היה **מחמוד חמאד מחמוד שריתח**, בן 25, תושב יאטה, סטודנט באוניברסיטת ביר זית ופעיל מרכזי בתנועת הסטודנטים מטעם החמא"ס באונ' - הכותלה אסלאמיה. בראש התשתית עמדה מפקדת החמא"ס ברמאללה, שאחראית על ביצועי פיגועי התאבדות נוספים. שריתח נפגש עם המתאבד ברמאללה עפ"י הנחיות שקיבל וגייסו לתשתית. יומיים טרם הפיגוע הועבר המתאבד לדירה מבצעית בירושלים ע"י שריתח, צולם וחומש בחגורת הנפץ. מהדירה הסיעו **אשרף זעייר**, סוחר בגדים בעל ת"ז ירושלמית, אל מקום הפיגוע ברח' אלנבי תוך שהוא מנחה אותו לגבי מתווה הפיגוע אותו בחר (פיצוץ בתוך האוטובוס).

\* \* \*

מחבלים מתאבדים בעימות הנוכחי

## 18 ספטמבר 2002: פיצוץ מחבל מתאבד ליד ניידת משטרה סמוך לאום אל פחם,  שוטר הרוג ו- 2 פצועים



**מרזוק ג'ואדרה** - תושב <u>ביר אל בשה/ג'נין</u>, **בן 21**, רווק, פוצץ עצמו בתחנת אוטובוס בצומת אום אל פחם. המטען הונח בתיק והופעל כנגד שוטרים אשר הגיעו למקום לאחר שקיבלו שיחת טלפון בה נמסר להם על חשוד כמתאבד העומד בצומת. הפיגוע בוצע על ידי התארגנות ג'האד אסלאמי באזור קבאטיה.

* * *

## 6 אוגוסט 2002: פיצוץ מחבל מתאבד במכונית של ערבי ישראלי שהסיעו ליד אום אל פחם, פצוע אחד



**מחמד אצפר** - תושב <u>כפר עסכר/שכם</u>, **בן 19**, רווק, עבד בחנות בשר, התפוצץ, בתוך רכבו של ערבי ישראלי, תושב נצרת, ליד אום אל פחם. אחריות לפיגוע נלקחה על ידי גדודי אלנט'יר (חוליה חדשה של תנזים פת"ח), אשר יצאו בהודעה זאת לאחר לחץ כבד שהופעל על ידי משפחתו של המתאבד, לדעת מה עלה בגורלו, לאחר שהלה נעדר מביתו מזה מספר ימים. משלחיו של המתאבד היו **עלי עגורי** ו**מראד מרשוך**, מראשי תשתית הפת"ח בשכם.

* * *

מחבלים מתאבדים בעימות הנוכחי

## 4 אוגוסט 2002: פיצוץ מחבל מתאבד באוטובוס בצומת הר מירון, 9 הרוגים ו- 52 פצועים

**ג'האד/מגאהאד חמאדה** - תושב בורקין/שכם, **בן 20,** ירדני במוצאו, עבד ללא היתר אצל דודו בעבודות חשמל. במסגרת עבודתו הכיר את **אבראהים מחמד אבראהים בכרי**, אזרח ישראלי תושב הכפר בענה אשר יחד עם חברו הטוב **יאסין בכרי** היו שותפים להוצאת הפיגוע אל הפועל. המתאבד היה עצור בעבר על רקע שהיה בלתי חוקית בישראל, גורש חזרה לתחומי הרש"פ אך המשיך לעמוד בקשר טלפוני עם אבראהים, במסגרת קשרים אלה סיפר המתאבד לאבראהים כי גויס לחמא"ס וכי ברצונו לבצע פיגוע התאבדות. המתאבד ביקש את סיועו של אבראהים בהעברתו ממקום למקום. בבוקר הפיגוע יצאו אבראהים, יאסין והמתאבד לכיוון כרמיאל, לבחור קו אוטובוס בו נוסעים חיילים רבים, כשאבראהים ברכב קדמי כ"פותח ציר" ויאסין והמתאבד ברכב מאחוריו. במהלך הנסיעה החליף המתאבד בגדים ולבש בגדים האמורים לשוות לו מראה של ישראלי. בשל המצאות כוחות בטחון בכרמיאל נסעו השלושה לכוון אחת מתחנות האיסוף של האוטובוס. המתאבד הורד בצומת שזור, עלה על אוטובוס אגד מס' 361 לצפת, ומשהגיע האוטובוס לצומת מירון   הפעיל את מטען הנפץ שהיה עליו והתפוצץ.

**\* \* \***

## 30 יולי 2002: פיצוץ מחבל מתאבד ברח' הנביאים בירושלים, 5 פצועים

**חאזם יוסף** - תושב בית ג'אלה, **בן 17,** תלמיד תיכון, פוצץ  מטען בתוך תיק שנשא על גופו, סמוך ל"מרכז הפלאפל" ברח' הנביאים בי-ם. אחריות לפיגוע ניטלה על ידי גדודי חללי אל אקצא. **עלאא עא כרים ומחמוד המאש** הודו בחקירותיהם בשירות ביטחון כללי כי הם אלה האחראים להכנת המטען ולשליחתו של המתאבד   לפיגוע, לאחר שהאחרון פנה



לעלאא עא כרים וביקש ממנו כי ישלחו לפיגוע התאבדות.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

**17 יולי 2002**: פיצוץ 2 מחבלים מתאבדים במדרחוב שאנן בתל-אביב,
5 הרוגים ו – 33 פצועים

**אברהים נאגי**, תושב כפר בלאטה/שכם, **בן 18** ו**מחמד עטאללה**, תושב כפר עסכר, בן 19 התפוצצו במדורג בהבדל של כחצי דקה אחד מהשני, בתחילת המדרחוב של נווה שאנן, כשהם עומדים במרחק 30 מ' האחד מהשני. הפיגוע בוצע על ידי התארגנות פת"ח משכם בהובלת **עלי עג'ורי** אשר נטל אחריות לפיגוע בשם "גדודי אל נזיר". המפגעים גויסו והוחדרו לישראל על ידי פעילי הפת"ח. פעילי הג'האד אסלאמי סיפקו את המטענים. המפגעים נעו משכם לאזור ג'נין ושהו באזור אום אל פחם כ- 5 שעות טרם ייצאו לכיוון ת"א. הסעתם לתל אביב בוצעה על ידי **חאלד עאשור**, מסיע שב"חים, תושב יפו, אשר סיפר בחקירתו בשירות ביטחון כללי כי השניים אמרו לו כי בכוונתם לבצע פיגוע התאבדות אולם בשל חשש לחייו הסיעם למקום הפיגוע ולא סיפר על כך לאיש.

**\* \* \***

**19 יוני 2002**: פיצוץ מחבל מתאבד בגבעה הצרפתית בירושלים,
7 הרוגים ו – 39 פצועים

**סאאד עוואדה** - תושב שכם, **בן 17**, פעיל תנזים, פוצץ עצמו בתחנת הסעה בצומת הגבעה הצרפתית בי-ם. הפיגוע אוכוון על ידי תשתית הטרור של הפת"ח בשכם.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 18 יוני 2002: פיצוץ מחבל מתאבד באוטובוס בשכונת גילה בירושלים, 19 הרוגים ו – 50 פצועים



**מחמד אלע'ול** - תושב שכם, **בן 22**, סטודנט לתואר שני בלימודי הלכה באוניברסיטת אלנג'אח, פוצץ עצמו באוטובוס אגד מס' 32 ברחוב דוב יוסף בשכונת גילה בירושלים. המתאבד נאתר, גויס והוכשר על ידי תשתית החמא"ס הצבאית בשומרון. לאחר שני ניסיונות כושלים להוציא את המתאבד לפיגוע ולאחר יירוטו של קייס עדוואן (מראשי תשתית החמ"אס

בשומרון)   , הופנה המתאבד על ידי מאזן פוקהא **למהנד טאהר**, אשר עמד באותה העת בראש תשתית החמא"ס בשומרון (הרוג). מהנד טאהר הביא את המתאבד ל**חליל מרואן חליל**, חבר ההתארגנות בשומרון (עצור), אשר הסיעו לעזריה שבמזרח ירושלים שם אמור היה להיאסף על פי תאום מראש של **עלי עלאן**, פעיל חמא"ס צבאי מבית לחם. עלי נעזר בחברו **רמדאן משאהרה**, ובאחיו, **פהמי משאהרה**, שניהם תושבי מזרח ירושלים בעלי ת.ז. כחולה (עצורים), בביצוע הפיגוע ובתכנונו. לאחר איסוף מודיעין שעשה פהמי נבחר היעד לפיגוע – קו 32 של אגד הנע מכיוון שכונת גילה למרכז ירושלים. היעד נבחר כאטרקטיבי לביצוע פיגוע נוכח העובדה כי הוא עוצר בתחנת בית צפאפא, אזור המרובה באוכלוסייה ערבית, בה לא ייתפס אדם בעל חזות ערבית כחשוד. כחלק מההכנות לקראת הפיגוע, נסע פהמי בקו האוטובוס האמור פעמים מספר, רכש כרטיסיה ואף ניקב אותה על מנת שתוכל לשמש את המתאבד מבלי שתעורר חשד. המתאבד הועבר לבית לחם, הולן בעיר ובבוקר המחרת הוסע לאזור אבו דיס בירושלים, שם אסף אותו פהמי  והשניים המשיכו בציר הנסיעה לעבר מערב ירושלים כאשר רמדאן משאהרה,  נוסע מלפנים ומתריע מפני מחסומים ישראליים. עם הגעתם לתחנת האוטובוס הסמוכה לבית צפאפא ירד המתאבד, עלה על האוטובוס והתפוצץ.

**\* \* \***

## 17 יוני 2002: פיצוץ מחבל מתאבד שנחשד ע"י כח מג"ב ליד מרג'ה/ירקון, ללא נפגעים

**עלא מרשוד** - תושב מ.פ. בלאטה/שכם, **בן 20,** עובד במפעל למוצרי חשמל, פוצץ עצמו במרג'ה, לאחר שהוחשד ע"י כוח מג"ב אשר קרא לו לעצור ולהתפשט. אחריות ניטלה על ידי גדודי אל-נזיר של הפת"ח.  בחקירתו  בשירות ביטחון כללי של **סאמר חשאש**, פעיל תנזים

מחבלים מתאבדים בעימות הנוכחי

צבאי משכם, עלה כי המתאבד נשלח לפיגוע על ידי **עלי עגורי** , אשר גם סיפק לו את המטען וכי מגייסו של המתאבד הינו אחיו מוראד.

**\* \* \***

## 11 יוני 2002: פיצוץ מחבל מתאבד בפתח מסעדה בהרצליה, 1 הרוגה ו- 12 פצועים

**עמר זיאדה** - תושב שכם, **בן 29,** נשוי ואב לתינוקת פוצץ עצמו במסעדת מפגש השרון ג'מיל בהרצליה. אחריות לפיגוע ניטלה על ידי גדודי חללי אלאקצא. המתאבד עבד כסוחר ומצבו הכספי היה טוב. בצוואתו ביקש למחוק את חובותיו לאחרים. בעבר השתייך לפת"ח וזמן קצר לפני הפיגוע נעשה דתי.



**\* \* \***

## 5 יוני 2002: פיצוץ מחבל מתאבד סמוך לאוטובוס ליד צומת מגידו, 17 הרוגים ו- 42 פצועים

**חמזה סמודי** - תושב ג'נין, **בן 18,** נסע ברכב תופת, נצמד לחלק האחורי של אוטובוס אגד, קו 830 לטבריה והתפוצץ  בסמוך לו, כ- 500 מטר לפני צומת מגידו. תשתית הג'יהאד האסלאמי מאזור ג'נין בראשות **איאד צואלחה** (הרוג) היא התשתית האחראית לביצוע הפיגוע.  מחקירת **סעיד טובאסי,** (חבר התשתית ועוזרו הבכיר של איאד (-עצור) )בשב"כ, עלה כי איאד צואלחה ביקש ממנו לארכן מכונית על מנת להכין ממנה מכונית תופת. סעיד הסכים וביקש את עזרתו של **שאדי עמורי** בארגון העניין. שאדי ארגן רכב בצבע לבן, דומה לטנדר, (רנו קנגו) בתמורה העביר לו סעיד 8000 ש"ח. סעיד ושאדי פנו **לרושדי נורסי** וביקשו ממנו לוחיות רישוי צהובות ללא שהסבירו את ייעוד בקשתם. השניים קיבלו את הלוחיות (של רכב סובארו גנוב) ושילמו לו 200 ש"ח. סעיד ושאדי נסעו לביתו של איאד לאחר שהרכיבו את הלוחיות הצהובות וסייעו לו להעמיס מביתו שתי חביות. איאד הסביר להם כי מדובר בחומר נפץ. להערכת סעיד משקל כל חבית היה כ 55 ק"ג. בין היתר, עסק סעיד טובאסי בימים שלפני הפיגוע בנוסף לייצור המטען שהיה ברכב, ובהכנתו של המתאבד לפיגוע.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 27 מאי 2002: פיצוץ מחבל מתאבד ליד בית קפה בפתח תקווה, 2 הרוגות ו- 30 פצועים

**ג'האד טיטי** - תושב <u>כפר בלטה,</u> **בן 19**, התפוצץ בכניסה לקונדיטוריה "קפה המושבה" בקניון אם המושבות בפ"ת. על פי עדי ראייה, המתאבד ניסה להיכנס למשחקיית ילדים שבקניון אך לאחר שלא הצליח , הגיע לבית הקפה.  הפיגוע בוצע על ידי תשתית התנזים הצבאית בשכם. המתאבד נשלח על ידי **כמאל חטיב**, אחד מחברי התשתית אשר עובד כשוטר בכוחות המיוחדים של משטרת שכם וע"י **נהאד צביח ואברהים עא חי**. פעילים נוספים הסיעו את המתאבד לאזור ראש העין ומשם עלה האחרון על מונית ישראלית עד לאזור הפיגוע.

**\* \* \***

## 24 מאי 2002: הריגת מחבל מתאבד במכונית תופת בתל אביב, 7 פצועים



**עמר שכוכאני** - תושב <u>אלבירה/רמאללה,</u> **בן 26**, נסע ברכב במהירות לכיוון פתח מועדון ברח' קיבוץ גלויות בתל אביב, נעצר על ידי המאבטח בכניסה והתפוצץ. לאחר פיצוץ הרכב  מול פתח המועדון, נראה המתאבד כרוצה לצאת מהרכב ונורה שוב מספר פעמים על ידי המאבטח. ברכב הונחו 4 מטעני צינור בחלקו האחורי. גדודי שאהדה אל אקצא נטלו אחריות לפיגוע.

בחקירתו בשב"כ של **אמין זיאד**, פעיל תנזים צבאי, אשר היה מעורב בהוצאתו של המתאבד לפיגוע ההתאבדות, עלה כי מי שתכנן הפיגוע והרכיב את מכונית התופת היה **מחמד אבו חמיד**.(עצור) . ערב הפיגוע צילם אמין את המתאבד במצלמה אשר הביא מבת דודתו.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 22 מאי 2002: פיצוץ מחבל מתאבד במדרחוב רוטשילד בראשון לציון, 2 הרוגים ו- 36 פצועים



**עיסא בדיר** - תושב דוחא/בית לחם, **בן 17**, התפוצץ במדרחוב רוטשילד בראשון לציון. המתאבד  הובל, מבית לחם לראשון לציון, ברכבם של **אברהים סרחאנה**

מדהיישה ואשתו **מרינה פינסקי**, יהודיה ואזרחית ישראלית אשר עלתה מרוסיה לפני 11 שנה. מחקירתם בשב"כ של שני המובילים עלה כי מפגעת נוספת **ערין אחמד**, בת 20 מבית סאחור (עצורה) הייתה אמורה להשתתף בפיגוע ההתאבדות כאשר על פי התוכנית התכוונו לפוצץ עצמה בשלב בו יגיעו כוחות החילוץ וההצלחה לטפל בנפגעי הפיצוץ הראשון. כאשר היו בדרכם לביצוע הפיגוע, התחרטה ערין והוחזרה לבית לחם. ב- 27/5/2002 נעצרו במחנה הפליטים דהיישה כל פעילי תשתית התנזים הצבאי אשר עמדה מאחורי שיגור המתאבד לפיגוע. בין היתר נעצר **אחמד יוסף אחמד מע'רבי**, ראש התשתית ומבוקש בכיר אשר הודה בחקירתו בשב"כ כי הציע לאברהים סרחאנה לסייע לו בביצוע פיגועים וסיפר על מעורבותו בהכוונת הפיגוע והכנת המטענים למתאבדים. יחד עמו נעצר אחיו **עלי מע'רבי**, בן 16 תושב דהיישה, שהודה בחקירתו כי הונחה על ידי אחיו אחמד לשלם למתאבד ולהשיג רכב גנוב לביצוע הפיגוע. כמו כן הודה עלי בהיכרותו את צמד המתאבדים וסיפר כי צילם את המתאבדים לפני יציאתם לביצוע הפיגוע. עוד נעצר **מחמוד סראחנה** פעיל תנזים מדהיישה, אשר היה מעורב בהוצאת המתאבדים לשטח. מחמוד סיפר כי הכין את המחבל לפיגוע וצבע את שערותיו. לאחר מכן מסר מחמוד את המתאבדים לידי אברהים ומרינה ואלו הובילו אותם למרכז הארץ.

**\* \* \***

## 20 מאי 2002: פיצוץ מחבל מתאבד בתחנת אוטובוס ליד ג'יפ מג"ב בצומת תענך, 3 פצועים



**מחמד חמדיה** - תושב ג'נין, **בן 20**, חייט, פוצץ עצמו בתחנת אוטובוס בצומת התענכים בסמוך לג'יפ מג"ב. אחריות לפיגוע ניטלה על ידי הג'יהאד האסלאמי, הפיגוע בוצע על ידי תשתית ג'יהאד אסלאמי בג'נין, בראשותו של **איאד צואלחה**.(הרוג). **מוחמד אבו טביח**, פעיל ג'האד אסלאמי צבאי (עצור) הודה בחקירתו כי הוא עצמו גייס את המתאבד לפיגוע. מוחמד אבו

מחבלים מתאבדים בעימות הנוכחי

טביח קישר את המתאבד  לאיאד צואלחה. לאחר הפיגוע פגש אבו טביח את איאד צואלחה
אשר הביע אכזבה על כישלון הפיגוע .

\* \* \*

## <u>19 מאי 2002</u>: פיצוץ מחבל מתאבד בשוק בנתניה, 3 הרוגים ו- 60 פצועים

**אסאמה בשכאר** - תושב <u>מחנה הפליטים עסכר/שכם</u>, **בן 18**, הסתובב באזור השוק בנתניה
כשהוא לבוש מדי צה"ל ונושא תיק שחור, בשל חזותו המזרחית הוחשד ומיד לאחר מכן
התפוצץ. אחריות לפיגוע ניטלה על ידי ארגון "החזית העממית", הפיגוע בוצע על ידי תשתית
"החז"ע" בשכם, במרכזה **עלאם כעבי.** פעילי התשתית העומדים מאחורי פיגוע זה נמצאים
בקשר שוטף עם כלואי החז"ע בירחיא באמצעות שליחים וכן בקשר טלפוני רציף. במהלך
הימים האחרונים עודכנו עאהד עולמה וכלואי החז"ע הנוספים בכוונות לביצוע הפיגוע.
בתאריך 23 במאי 2002 נעצר **עאדל עדנאן מחמוד ג'ומעה**, תושב טייבה. בחקירתו בשירות
ביטחון כללי הודה כי הסיע את המתאבד ביחד עם בחורה אשר שימשה כמובילת המתאבד.
עאדל ציין כי הבין שהסיע מחבל מתאבד רק לאחר שהוריד את המתאבד ושמע את הפיצוץ.
לאחר הפיגוע החזיר את מובילת המתאבד לבאקה אל ע'רביה. ב-תאריך 6 יוני 2002 נעצרה
**דעאא זיאד גמיל ג'יוסי**, תושבת טול כרם, סטודנטית באוניברסיטת נג'אח. דעאא ציינה
בחקירתה כי התבקשה על ידי פעילי החזית העממית משכם להוביל את המתאבד לתוך נתניה
במטרה לשוות לו מראה תמים. דעאא הוסיפה וציינה כי טרם הורדת המתאבד בשוק בנתניה
בדקו המפגעים אפשרות לבצע את הפיגוע בקניון בנתניה ובאזור הטיילת.

\* \* \*

## <u>8 מאי 2002</u>: מחבל מתאבד נפצע קשה בתחנת הסעה בצומת מגידו, 3 פצועים

**זידאן זידאן** - <u>תושב ג'נין</u>, **בן 19**, נפצע בפיצוץ של מטען חבלה שנשא בתיקו בתחנת הסעה
בצומת מגידו.  לאחר הפיצוץ  בוצע ירי לעברו של המתאבד על ידי חבלן שהיה במקום.
המתאבד נפגע ברגליו וידיו.  בהמשך פוצץ שאר המטען שנשאר בתיק על ידי רובוט משטרתי.
בחקירתו בשירות ביטחון כללי מסר המתאבד כי ביקש **ממחמוד טואלבה** (הרוג),  מראשי
הג'האד אסלאמי בג'נין, לצאת לפיגוע. אדם מטעמו של מחמוד מסר למתאבד מטען במשקל

מחבלים מתאבדים בעימות הנוכחי

של כ- 18 ק"ג. המתאבד נסע במונית לענין ומשם עבר ברגל לאום אל פחם והמשיך בטרמפ לואדי ערה. אחריות לפיגוע ניטלה על ידי הג'האד האסלאמי.

**✳ ✳ ✳**

## 7 מאי 2002: פיצוץ מחבל מתאבד במועדון ביליארד בראשון לציון, 16 הרוגים ו- 51 פצועים



**מחמד מעמר** - תושב קריות/שכם, **בן 28**, במוצאו מירדן, מזוהה חמא"ס, נכנס בסביבות השעה 22:55 למועדון "שפילד" ברחוב סחרוב באיזור התעשייה בראשון לציון, כשבידו מזוודה, צעד לכיוון מרכז החדר, לעבר התקהלות שסביב מכונות המזל ופוצץ עצמו. נטילת אחריות לפיגוע פורסמה מטעם גדודי עז א-דין אל קסאם וכללה גם איומים לבצע פיגועים נוספים. את הפיגוע ביצעה תשתית החמא"ס ברמאללה בשיתוף עם חולייה ירושלמית, כש**מחמד עמראן** משמש איש הקשר בין **ואאל קאסם** (הרוג), פעיל חמא"ס מראס אל עמוד, מול **אברהים חאמד,** העומד בראש תשתית החמא"ס ברמאללה. בפועל העביר עמראן את ההנחיות לביצוע הפיגועים, העביר את המפגעים המתאבדים ואת מטעני החבלה.

**✳ ✳ ✳**

## 20 אפריל 2002: פיצוץ מחבל מתאבד ליד מחסום בקלקיליה, ללא נפגעים

**לא ידוע** - מחבל מתאבד התפוצץ סמוך למחסום 108, מערבית לקלקיליה במהלך נוהל מעצר חשוד. אתר החמא"ס ציטט דובר בשם גדודי עז אלדין אלקסאם אשר הודיע כי מבצע הפעולה ליד קלקיליה הוא מחמוד מחמד יוסף שולי מהעיירה עצירה אלשמאליה, צפונית לשכם. הדובר אמר בשיחת טלפון כי עד כה לא פורסמה נטילת אחריות רשמית עקב סיבות ביטחוניות. מחמוד שולי עבד בבטח"ל, בעבר הודיע למשפחתו כי הוא יבצע פיגוע ולאחר מכן נעלם. הפיגוע בוצע בשיתוף פעולה של תשתיות החמא"ס הצבאי בשכם ובקלקיליה.

**✳ ✳ ✳**

## <u>19 אפריל 2002</u>: פיצוץ מחבל מתאבד ברכב תופת ליד עמדת צה"ל בצומת גוש קטיף, 2 פצועים



**<u>עבדאללה אבו עודה</u>** - <u>תושב חאן יונס</u>, **בן 19**, נהג במכונית תופת, מסוג טנדר פיג'ו 504 בצבע לבן עם ארגז פתוח מאחור. המתאבד הגיע עם המכונית לפילבוקס 24 בצומת גוש קטיף כאשר לפניו ובצמוד לו 2 מכוניות נוספות המסתירות את חזית הרכב מפני תצפית צה"ל בפילבוקס. כאשר עברו 2 המכוניות הראשונות את פילבוקס 24 והתרחקו מהצומת, האט המתאבד את מהירות הרכב כשהוא נמצא מטרים ספורים בסמוך לפילבוקס. חייל שהיה בעמדה כוון לעבור נשק במטרה לבצע עליו ירי. המתאבד הסיט את הרכב ממסלול הנסיעה, התקרב לקירות הבטון המקיפות את הפילבוקס ופוצץ את הרכב. אחריות לפיגוע ניטלה על ידי הג'יהאד האסלאמי.

<div align="center">✳ ✳ ✳</div>

## <u>12 אפריל 2002</u>: פיצוץ מחבלת מתאבדת בשוק מחנה יהודה בירושלים, 6 הרוגים ( מתוכם 2 עובדים זרים מסין) ו- 60 פצועים

<u>**ענדליב טקאטקה**</u> - פעילת תנזים **בת 21** <u>מבית לחם</u>. הפיגוע הוכוון על ידי <u>מועתז הימוני</u>, פעיל החזית לשחרור פלסטין (חש"פ) מחברון שנעצר במסגרת מבצע 'חומת מגן'. מי שהכין את המטען לפיגוע היה **מרואן זלום**, בכיר התנזים בחברון, שנהרג כתוצאה מפעילות יזומה של כוחות הביטחון. המטען הורכב משלושה צינורות פלסטיק וסוללה והוטמן בתיק נשים שחור לצורך הסוואתו. ביום הפיגוע הוסעה המתאבדת לאבו-דיס ומשם נסעה במונית לתוך העיר ירושלים והגיעה אל שוק מחנה יהודה – שם התפוצצה בסמוך לאוטובוס אגד. מספר ימים לפני ביצוע הפיגוע צולמה המתאבדת במצלמת וידאו כשהיא לבושה בשחור ואוחזת בידה קוראן.

<div align="center">✳ ✳ ✳</div>

מחבלים מתאבדים בעימות הנוכחי

## 10 אפריל 2002: פיצוץ מחבל מתאבד באוטובוס ליד צומת יגור,
## 8 הרוגים ו- 17 פצועים



**ראע'ב ג'רדאת** - תושב סילת אלח'ארתיה/ג'נין, **בן 18,** התפוצץ בתוך אוטובוס שהיה בדרכו מחיפה לירושלים בין צומת יגור לצומת העמקים. ניטלה אחריות על ידי פעילי הג'יהאד האיסלאמי. התשתית העומדת מאחורי הפיגוע הינה התשתית  של **איאד צואלחה,**(הרוג) ו**חאלד זכארנה** . איאד וחאלד הם אלה שהכינו את ראע'ב לפיגוע.

<div align="center">✱ ✱ ✱</div>

## 1 אפריל 2002: פיצוץ מחבל מתאבד ליד מחסום משטרתי בירושלים,
## שוטר הרוג



**ראמי עיסא** - תושב מחנה הפליטים דהיישה/בית לחם, **בן 23,** היה חבר בחולית תנזים צבאי אשר ביצעה עשרות פיגועי ירי ומטענים באזור בית לחם וירושלים. (חברי החוליה נעצרו). כחצי שנה לפני הפיגוע, יחד עם צעיר נוסף שדדו ורצחו חלפן כספים. השניים נעצרו, שוחררו ממעצר כמה ימים לפני כניסת צה"ל לעיר וגויסו על ידי גורמי הפת"ח במ.פ. דהיישה.

ביום הפיגוע הבחינו שוטרים שעמדו במחסום משטרתי ברח' הנביאים פינת שבטי ישראל בירושלים, ברכב חשוד שעמד על המדרכה של כביש מס' 1. כאשר הגיעו שני השוטרים לבודקו ארע פיצוץ. אחריות לפיגוע נלקחה על ידי גדודי חללי אלאקצא. מעדויות במקום עלה כי נהג אשר הוביל את המתאבד נמלט שניות ספורות לפני הפיגוע. מוביליו של המתאבד לפיגוע נעצרו על ידי שירות הביטחון כללי וצה"ל. העצורים הינם אחים  ממשפחת סראחנה, תושבי מ.פ. דהיישה, אשר הודו בחקירתם בשירות ביטחוני כללי בהשתתפות בהוצאתו של המתאבד לפיגוע, תוך ניצול ת.ז. כחולות של אשתו ובתו של אחד הפעילים לצורך הובלתו של המתאבד לתוך תחומי ירושלים.

<div align="center">✱ ✱ ✱</div>

מחבלים מתאבדים בעימות הנוכחי

## <u>31 מרס 2002</u>: פיצוץ מחבל מתאבד ליד מרפאה באפרת, 6 פצועים



**ג'מיל חמיד** - תושב <u>בית לחם</u>, קטין **בן 16**, אשר גויס על ידי הפת"ח, הגיע ברכב מכיוון ואדי ניס עד לשער היישוב אפרת, ירד מהרכב כ- 10 מ' לפני השער, נכנס רגלית לתוך היישוב ופוצץ עצמו בסמוך לתחנת מד"א. אחריות לפיגוע ניטלה על ידי גדודי אלאקצא. את המטען שהיה על גופו הכינו **יחיא דעמאסה** ו**אחמד מוגרבי** מראשי תשתית הפת"ח בבית לחם. **ריאד אל עמור** ו**אברהים עביאת** הינם יוזמי ומאכווני הפיגוע.

**\* \* \***

## <u>31 מרס 2002</u>: פיצוץ מחבל מתאבד במסעדת "מצה" בחיפה, 15 הרוגים ו- 34 פצועים

**שאדי טובאסי** - תושב <u>ג'נין</u>, **בן 24**, בעל ת.ז. ישראלית, בשל היות אמו אזרחית ישראלית תושבת מוקיבלה,  נכנס למסעדת "מצה" בנוה שאנן/חיפה כשעל גופו מטען המוסלק בחגורת נפץ בצבע חאקי צבאי ופוצץ עצמו. הפיגוע בוצע בהכוונת תשתית החמא"ס בג'נין בראשות **קייס עדואן**. המתאבד היה עצור בעבר בגין הפרות סדר וכמו כן נעצר מספר פעמים בישראל על רקע פלילי. על פי חקירת בלאל רוזי, נעצר שאדי ברשות הפלסטינית והואשם בשת"פ. המתאבד רצה לנקות את שמו ופנה לחמא"ס וביקש להוכיח כי אינו משת"פ באמצעות פיגוע התאבדות. הגעתו לפיגוע ובחירת המועד לפיגוע נעשו באופן עצמאי, ללא ליווי, תוך ניצול העובדה כי נשא תעודת זהות ישראלית.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## <u>30 מרס 2002</u>: פיצוץ מחבל מתאבד במכונית והריגת מחבל נוסף במהלך יירוטם בטול כרם, שוטר הרוג ושוטר פצוע



**מג'די חנפר** - תושב ג'נין, **בן 21**, פנה לאחמד **עלי מחמוד אבו חדר**, תושב שכם, פעיל כתאאב שוהדא אל אקצא ויד ימינו של **נאצר עויס** מפקד התנזים בשכם, וביקש לבצע פיגוע התאבדות. אבו חדר עדכן את נאצר בכך שברשותו מתאבד ונאצר ביקש לפגוש בו למחרת היום. אבו חדר לקח את המתאבד להצטלם בסטודיו בשכם ובהמשך הסיע את המתאבד לביתו של

נאצר והשאיר אותו שם. כמו כן נתבקש על ידי נאצר לרכוש מכונית בעלת לוחיות זיהוי ישראליות. ביום הפיגוע יצא המתאבד כשעל גופו חגורת נפץ עם מפגע נוסף, פתחי עמירה, שהיה חמוש ברובה M-16 ומחסניות לבצע פיגוע. השניים הגיעו לאזור באקה אל גרבייה, הופתעו על ידי כוח מג"ב והחלו חילופי ירי כאשר המתאבד פוצץ את חגורת הנפץ שעליו בעוד פתחי יורה על הכוח, עד שנהרג מאש כוח מג"ב.

\* \* \*

## <u>30 מרס 2002</u>: פיצוץ מחבל מתאבד בבית קפה "ביאליק" בתל אביב, הרוגה אחת ו- 29 פצועים

**מהנד צלחאת** - תושב שכם, **בן 23**, נכנס לבית הקפה כשהוא לבוש בג'ינס ומעיל כחול, נעמד ליד דלפק המשקאות ופוצץ עצמו. אחריות לפיגוע ניטלה על ידי גדודי אלאקצא. המתאבד גויס כשלושה חודשים לפני הפיגוע לגדודי אל אקצא בשכם. ביום הפיגוע יצא בבוקר מכפרו לישראל לאחר שהתגלח והסתפר קצר מאוד. כמו כן סיפר למשפחתו על



כוונתו לבצע פיגוע.

\* \* \*

מחבלים מתאבדים בעימות הנוכחי

## 27 מרס 2002: פיצוץ מחבל מתאבד בבית מלון "פארק" בנתניה, 29 הרוגים ו- 144 פצועים



**עבד אלבאסט עודה** - תושב <u>טול כרם</u>, **בן 25**, נכנס למלון פארק בנתניה עת ערכו בו עשרות אזרחים את סעודת ליל הסדר ופוצץ עצמו. הפיגוע הוכוון בידי תשתיות החמא"ס הצבאיות בטול כרם ובשכם, בראשות **עבאס אל סייד** ו**מהנד טאהר.** עבאס אל סייד, האחראי לפיגוע מטול כרם (עצור), שימש כראש החמא"ס הצבאי באזור. עבאס הודה בחקירתו כי תכנן להוציא הפיגוע חודשים רבים קודם לכן, אולם תוכניותיו נדחו. עבאס הוא שהורה לפעיל התשתית **מעמר שחרורי** להשיג 2 חגורות נפץ מן התשתית הצבאית בשכם והוא שהציע **לפתחי חציב** להוביל את המתאבד לישראל ולאתר יעד מתאים לפיגוע. טרם הפיגוע הכינו עבאס ופעילים נוספים מן התשתית את עבד אלבאסט לביצוע הפיגוע – המתאבד גילח את זקנו, התאפר, לבש מכנסי ג'ינס כחולים נשיים, נעל נעלי נשים, חבש פיאה נוכרית עם שיער חלק, לבש חולצה חומה ומעליה מעיל עור בצבע חום עם צווארון מנומר, כל זאת לשם הטמעות באזורים הומי אדם בישראל. עבאס הלביש את המתאבד בחגורת הנפץ, שנראתה כמו ווסט בצבע חאקי עם כיסים, בהם הוטמנו חומרי הנפץ, שהיו במשקל 10 ק"ג והסביר לו כיצד לתפעלה. לאחר שצילם את המתאבד עם רובה M-16 על רקע דגל התנועה ותמונות שהידים, כתב עבאס את צוואתו של המתאבד ובה נאמר כי הוא יוצא לבצע פיגוע בשם גדודי עז אלקדין אלקאסם. בנוסף, צייד עבאס את המתאבד בתעודת זהות של אישה. **מהנד טאהר**, תושב שכם, אשר שימש כראש הזרוע הצבאית של החמא"ס בשומרון (הרוג) היה אחראי לאספקת חגורות הנפץ מן התשתית בשכם לתשתית בטול כרם. **פתחי חציב**, תושב טול כרם (עצור) הודה בחקירתו כי רכש רכב בישראל ובו הוביל את המתאבד עד לטול כרם, שם עברו השניים לרכב אחר ומשם נסעו נכנסו לישראל.

**✳ ✳ ✳**

מחבלים מתאבדים בעימות הנוכחי

## 29 מרס 2002: פיצוץ מחבלת מתאבדת בסופרמרקט בקרית יובל בירושלים, 2 הרוגים ו- 22 פצועים



<u>איאת אלאחרס</u> - נערה **בת 18** <u>ממחנה הפליטים דהיישה שליד בית לחם.</u>
ארגון התנזים של הפת"ח לקח אחריות לפיגוע. המתאבדת נשאה את המטען שהוכן עבורה <u>בתיק נשים שחור.</u>  מי שהובילו את המתאבדת למקום הפיגוע היו <u>אברהים סראחנה</u> ואחיו <u>מוסא סראחנה</u>. השניים,
הובילו את המתאבדת בטנדר אדום אל סמוך לסופרמרקט שבשכונת קריית יובל בירושלים. טרם ארע הפיגוע, ניגש <u>מוסא</u> אל שתי קשישות ערביות שמכרו ירק והזהיר אותן מפני הפיגוע שעומד להתרחש. טרם יציאתה לבצע את הפיגוע, צולמה המתאבדת במצלמת וידאו וכתבה צוואה בה נפרדה ממשפחתה.

**✳ ✳ ✳**

## 26 מרס 2002: ניסיון ביצוע פיגוע התאבדות במחסום חארס/קלקיליה, ללא נפגעים

**לא ידוע** - כוח של משטרת ישראל, שישב ברכב משטרתי זיהה אדם חשוד שעמד בקרבת צומת חארס. הכוח המשטרתי קרא לבלמ"ז להתקרב לצורך ביצוע תחקור, הבלמ"ז התקרב לעבר הרכב המשטרתי, ניסה לפתוח דלת המכונית ובמקביל להפעיל חגורת נפץ אותה נשא על גופו.  עם זיהוי ניסיון ההפעלה הרחיק הרכב המשטרתי מהמקום, הבלמ"ז ניצל ההשתהות, הסיר חגורת הנפץ שנשא על גופו ונמלט לתוך כפר חארס. מסך המידע עלה כי התארגנויות חז"ע משכם  ומג'נין הן שעומדות מאחורי ניסיון הפיגוע.

**✳ ✳ ✳**

מחבלים מתאבדים בעימות הנוכחי

## 22 מרס 2002: פיצוץ מחבל מתאבד במחסום סאלם/ג'נין, חייל פצוע



**ענאד שקיראת** - תושב <u>מחנה הפליטים עין בית אלמא/שכם</u>, **בן 25**, אשר נשא על גופו חגורת נפץ, נסע במונית פלסטינית, ירד ליד המחסום ופוצץ עצמו. הפיגוע בוצע בשיתוף פעולה בין תשתיות התנזים בשכם ובג'נין ובסיוע הג'האד אסלאמי. **זיאד יונס**, מהתנזים בג'נין העביר את המתאבד ואדם נוסף ממ.פ. עין בית אלמא לידי **מחמד נוריסי**, פעיל תנזים ממ.פ. ג'נין שהיה אמור להוציאם לפיגוע. השניים חזרו מסיבה לא ברורה לג'נין ונעצרו בדרך ע"י הצבא. במהלך המעצר פוצץ עצמו המתאבד. מחקירות עצורים בפרשה עלה כי המטען הוכן על ידי **מאגד קיני** מתשתית התנזים בשכם.

**❋ ❋ ❋**

## 21 מרס 2002: פיצוץ מחבל מתאבד בבית קפה ברח' קינג ג'ורג' בירושלים, 3 הרוגים ו- 80 פצועים

**מחמד חשאיכה** - תושב <u>טלוזה/בקעות</u>, **בן 21**, איש המשטרה הפלסטינית מתל/שכם, פוצץ עצמו בפתח בית קפה ברח' קינג ג'ורג' בירושלים. אחריות לפיגוע ניטלה על ידי גדודי אלאקצא, המזוהים עם הפת"ח. בעבר נעצר המתאבד בידי מנגנוני "הרשות", בעקבות מידע מישראל, בשל כוונתו לבצע פיגוע התאבדות בתחומי "הקו הירוק". בחקירתו אז, הודה מחמד כי התכוון לבצע פיגוע ברעננה וכי נוסף היה מעורב בהחדרת 2 המתאבדים, שפוצצו עצמם לאחר שנתקלו בכוחות ביטחון ישראליים ליד היישוב מי עמי (8 פברואר). מאוחר יותר הועבר המתאבד, לבקשת הפלסטינים, באישור ובליווי ישראלי, מטול כרם לראמאללה, לצורך מעצרו שם, ואז שוחרר ממעצר או שנמלט תוך העלמת עין של הרשות. מספר ימים לפני הפיגוע נוצר שוב הקשר בין המתאבד ל**נאצר שויש**, אשר ניסה בעבר להוציאו לפיגוע, ועם חידוש הקשר הושלמו ההכנות להוצאתו של מחמד לפיגוע. מאכוונויו ומשלחיו של מחמד לפיגוע **היו עא כרים עוויס ונאצר שוויש** מתשתית התנזים בג'נין. הובלתו של מחמד למקום הפיגוע נעשתה בידי 2 בחורות (עצורות).

**❋ ❋ ❋**

מחבלים מתאבדים בעימות הנוכחי

## 20 מרס 2002: פיצוץ מחבל מתאבד באוטובוס בצומת מוסמוס/ואדי ערה,
## 7 הרוגים (מתוכם 4 חיילים) ו- 28 פצועים



**רפאת אבו דיאכ** - תושב <u>סילת אלדהאר/ג'נין</u>, **בן 24**, עבד בחנות בגדים בג'נין. המתאבד עלה בצומת אום אל פאחם לאוטובוס אגד 823 מת"א לנצרת עילית ופוצץ עצמו בצומת מוסמוס במרכז האוטובוס בסמוך לדלת האחורית. הג'האד אסלאמי בראשותו של **תאבת מרדאוי** לקחו אחריות על הפיגוע בפני מפקדת הג'האד אסלאמי בסוריה. בחקירתו של תאבת מרדאוי מסר האחרון כי כשבוע טרם הפיגוע פנה המתאבד אבו דיאך **למחמוד נורסי**

ואמר כי בכוונתו לבצע פיגוע התאבדות. תאבת אמר כי היה נוכח בשיחה בין המתאבד ומחמוד נורסי. כמו כן אמר תאבת כי אם המתאבד יוכל להיכנס לבדו לישראל, הם יספקו לו את חגורת הנפץ. בערב טרם יציאתו של ראפת לביצוע הפיגוע מסר לו מחמוד נורסי חגורת נפץ, אותה הכינו תאבת ומחמוד .

### * * *

## 17 מרס 2002: פיצוץ מחבל מתאבד בצומת הגבעה הצרפתית בירושלים,
## 25 פצועים



**אכרם נבתיתי** - תושב <u>מ.פ. עאידה</u>, **בן 24**, פעיל ג'יהאד אסלאמי, עבד כחייט, ניסה להיכנס לאוטובוס בצומת הגבעה הצרפתית בירושלים, משלא הצליח לעלות על האוטובוס התפוצץ לידו. הפיגוע בוצע על ידי התשתית הצבאית המובילה של הג'יהאד האיסלאמי בבית לחם בראשותו של **מחמד תעמרי**. בנוסף, השתתפו בהוצאת הפיגוע לפועל

**בסאם אבו עקר ואחמד בלבול**, בסאם אף דאג לכתיבת צוואתו של המתאבד.

### * * *

מחבלים מתאבדים בעימות הנוכחי

## 9 מרס 2002: פיצוץ מחבל מתאבד בבית הקפה "מומנט" בירושלים, 11 הרוגים ו- 58 פצועים



**פואד חוראני** - תושב מחנה הפליטים אלערוב (יליד בית לחם), **בן 22**, סטודנט במכללה למורים ברמאללה, פעיל חמא"ס דתי, אביו קצין ברש"פ. כשנתיים לפני הפיגוע הוחשד על ידי המודיעין המסכל הפלסטיני כי אמור לבצע פיגוע התאבדות במסגרת החמא"ס. מפקדת החמא"ס ברמאללה היא האחראית לביצוע פיגוע זה תוך הסתייעות בחוליה מזרח ירושלמית. מחקירות העצורים, חברי החוליות, בשירות ביטחון כללי  עלה כי **אברהים חאמד**, ראש החמאס הצבאי ברמאללה אמר ל**מחמד ערמאן** כי ברשותו מפגע והורה לו להעביר ל**ואאל קאסם**, מפקד החוליה המזרח ירושלמית. נקודת האיסוף ליציאה לפיגוע נקבעה במסגד בית חנינא. ערמאן והמתאבד נפגשו במסגד אל בירה. מהמסגד לקח חאמד את המתאבד, חימשו לפיגוע וליווה אותו לתחנת מוניות משם נסע   המתאבד למסגד בית חנינא החדש. ואאל קאסם, הוביל את המתאבד למקום הפיגוע. בחקירתו מסר כי המתאבד המתין לו ליד מסגד בית חנינא החדש, משם אסף אותו והורידו בצומת שלפני בית הקפה, הוא הראה למתאבד את היעד לפיגוע ונסע מהמקום. כמו כן, יחד עם חברי חוליה נוספים עסק ואאל קאסם באיסוף מידע על יעדים נוספים  לפיגועים.

**\* \* \***

## 7 מרס 2002: גילוי מחבל מתאבד עם מטען מוסלק בכלוב ציפורים בכרכור, ללא נפגעים



**בלאל וליד עלי** - תושב סאנור/ג'נין, **בן 18**, הסתובב עם כלוב ציפורים באזור הישוב כרכור. אזרח ישראלי אשר  חשד בו קרא לו בעברית לעצור ומשלא נענה פנה אליו בערבית. המתאבד הניח את כלוב הציפורים על הקרקע ואז הבחין האזרח בצינורות על גופו של המתאבד והניח כי מדובר בחגורת נפץ. האזרח נסוג לאחור והמתאבד נמלט מהמקום. כלוב הציפורים שהונח על ידו התגלה כממולכד במטען חבלה מאולתר ובמפסק. למחרת נתפס המתאבד והודה בחקירתו בשירות ביטחון כללי כי הסכים לבצע פיגוע התאבדות לאחר שהסתכסך עם אביו ומאס בחייו. לדבריו צולם על ידי משלחיו אוחז ברובה ואקדח, הולבש בחגורת נפץ וצויד בכלוב הציפורים הממולכד. לאחר שקיבל הוראות כיצד להפעיל את המטענים

מחבלים מתאבדים בעימות הנוכחי

הוברח על ידי הפעילים לשטח ישראל לצורך ביצוע הפיגוע. כמו כן הסגיר המתאבד את חגורת הנפץ, שפוצצה על ידי חבלן. הפיגוע אוכוון על ידי ארגון הג'יהאד האסלאמי.

<div align="center">* * *</div>

## <u>7 מרס 2002</u>: פיצוץ מחבל מתאבד במלון אשל השומרון באריאל, 9 פצועים



**שאדי נאצר** - תושב <u>מאדמא/בקעות</u>, **בן 24**, הגיע רגלית, לבוש מעיל ארוך, מכיוון הכפר כפל חארת לעבר תחנת הדלק בכניסה לאריאל כשהוא נושא ג'ריקן פלסטיק ריק למילוי דלק בצבע צהוב. עם הגעתו לעבר תחנת הדלק פנה לעבר מלון 'אשל השומרון' שממוקם בקרבת התחנה, בפתח המלון הניח בפינה את הג'ריקן הריק.  בשלב זה עורר המתאבד את חשדם של אזרחים ששהו במקום, ואלה הזעיקו שני קציני צה"ל על מנת

לעצור אותו. המתאבד הספיק להגיע למלון, עלה לקומה העליונה, ירד ללובי בשנית, שם נתקל בשני הקצינים והפעיל המטען שנשא על גופו. הפיגוע בוצע על ידי תשתית החזית העממית הצבאית בשכם, בראשות **כמיל אבו חניש (עצור).** בחקירתו של **מחמוד עיסא**, מראשי החז"ע הצבאי בשכם, סיפר האחרון כי כמיל אבו חניש פנה אליו וסיפר לו כי ישנו בחור ממאדמא/בקעות, מגויס של **יאמן פרג'** (הרוג), אשר אמור לבצע פיגוע התאבדות באריאל. כמו כן ביקש כמיל כי עיסא יפנה לפעילי פת"ח על מנת שירכיבו לו מטען. פעיל בשם **מונזר חלף** הסיע את המתאבד ברכב הסעות עד תחנת המוניות ברפידיה שם פגשו ביאמן פרג', משם המשיכו יאמן והמתאבד  בכיוון מחסום תל, משם הגיע המתאבד לאריאל.

<div align="center">* * *</div>

## <u>7 מרס 2002</u>: לכידת מחבל מתאבד בבית קפה "קפית" בירושלים, ללא נפגעים



**נדאל משעל** - תושב <u>מכבר/ירושלים</u>, **בן 21**, פעיל חמא"ס, נכנס עם תיק ובו מטען חבלה לבית קפה "קפית" ברחוב עמק רפאים פינת רחוב חנניה בירושלים. מהתיק בלטו חוטים, והמתאבד רעד, מה שעורר את חשדו של אחד העובדים שהשתלט עליו, בסיוע אזרחים נוספים. תשתית החמא"ס מבית לחם היא שעמדה מאחורי ניסיון הפיגוע ובמסגרת חשיפתה עלה כי היא התבססה על 6 סטודנטים ממכללת אבו דיס (עצורים), שהיוו מרכז מרכזי בהכנות לפיגוע, גיוס המתאבד ושילוחו לירושלים. בחקירתו סיפר המתאבד כי **מחמד חליל שקיראת**

מחבלים מתאבדים בעימות הנוכחי

גייסו ל"גדודי עז אלדין אלקאסם" ובהמשך שוחחו השניים על ראיון התאבדותו של נדאל בפיגוע. המתאבד רצה למות בפיגוע מתוך אמונה כי ימות כ"שהיד" , בנוסף שאף לנקום את מותם של השהידים שנהרגו באינתיפאדה.

<div align="center">❋ ❋ ❋</div>

## 5 מרס 2002: פיצוץ מחבל מתאבד באוטובוס בעפולה, 1 הרוג ו- 20 פצועים



**עבד אלכרים טחאינה** - תושב <u>סילת אלח'ארתיה/ג'נין</u>, **בן 23**, פוצץ עצמו בתחנה המרכזית בעפולה באוטובוס קו 823 אשר עשה דרכו מנצרת עילית לת"א. מעדותו של נהג האוטובוס עלה כי המתאבד עלה לאוטובוס בתחנה המרכזית בנצרת עלית, כשהוא לבוש בג'ינס, חולצת גולף בצבע לבן-קרם ומעיל דובון צה"לי, הוא נתן לנהג שטר של 50 ש"ח והתקדם לעבר חלקו האחורי של האוטובוס, משנקרא על ידי הנהג לקחת עודף, הגיע אל הנהג, לקח העודף וחזר להתיישב בחלק האחורי של האוטובוס. בכניסה לתחנה המרכזית בעפולה הפעיל את חגורת הנפץ שהייתה עליו. אחריות לפיגוע ניטלה על ידי הג'יהאד האסלאמי.

<div align="center">❋ ❋ ❋</div>

## 2 מרס 2002: פיצוץ מחבל מתאבד ברח' חיים עוזר בירושלים, 10 הרוגים ו- 46 פצועים



**מחמד דראע'מה** - תושב <u>מחנה הפליטים דהיישה/בית לחם</u>, **בן 18**, פוצץ עצמו ברח' חיים עוזר בשכונת בית ישראל בירושלים, במוצאי שבת, ליד קבוצה של אנשים שיצאה מבית הכנסת. על פי עדות ראייה התחזה המתאבד לחרדי. ניטלה אחריות לפיגוע על ידי "גדודי חללי אל-אלקצא". המתאבד הובל למקום הפיגוע על ידי **אשרף חג'אג'רה**, בן 20, פליליונר תושב מ.פ. דהיישה אשר נעצר בסמוך לזירת הפיגוע. בחקירתו בשירות ביטחון כללי הודה אשרף לגבי המיוחס לו ולגבי תשתית התנזים הצבאי במ.פ. דהיישה/בית לחם אשר ביצעה הפיגוע. ב- 27/5/02 נעצרו בכירי התשתית **אחמד מע'רבי ומחמוד סראחנה,** אשר הודו בחקירותיהם באחריותם לאכוונת הביצוע והכנת התשתית לקראתו.

<div align="center">❋ ❋ ❋</div>

## 27 פברואר 2002: פיצוץ מחבלת מתאבדת במחסום מכבים, 2 פצועים (שוטרים)

**דארין אבו-עישה** - **בת 22**, תושבת בית וזן שבשומרון. המתאבדת הגיעה למחסום מכבים מכיוון מזרח למערב ברכב עם שני  פעילי התנזים, חאפז מקבל ומוסא חסונה. השניים התבקשו להציג תעודות זהות, כשהמתאבדת נתבקשה להזדהות ארע הפיצוץ. המתאבדת נהרגה, שני הגברים שישבו ברכב נורו ונפצעו קשה ושני שוטרים ישראלים נפצעו באורח קל. לפני צאתה לביצוע פיגוע ההתאבדות צולמה המתאבדת על ידי אחמד עאצ'י, עיתונאי מרמאללה כשהיא אוחזת בסכין חדה. ארגון התנזים של הפת"ח נטל אחריות לפיגוע.

**\* \* \***

## 22 פברואר 2002: פיצוץ מחבל מתאבד בסופרמרקט באפרת, 3 פצועים

**מחמד דאר יאסין** - תושב דוחא/בית לחם, **בן 26**, עבד כפועל בנין באפרת, ניסה לפוצץ את עצמו באמצעות חגורת נפץ בסופרמרקט, הנמצא במרכז המסחרי הדרומי ביישוב. מאחר ולא הצליח לפוצץ את חגורת הנפץ, אשר  הכילה מטעני צינור ומיכל לחץ ולאחר שזוהה כמחבל נורה למוות ע"י תושב אפרת. הפיגוע אוכוון על ידי תשתית התנזים בבית לחם בראשותו של **יחיא דעמסה,** בשיתוף **ראפאת ג'ואברה,** ר' התנזים בדוחא.

**\* \* \***

## 19 פברואר 2002: פיצוץ מחבל מתאבד ליד אוטובוס בצומת מחולה, ללא נפגעים

**עמר יאסין** - תושב גניד/שכם, **בן 20,** בצומת מחולה ניסה לעלות על אוטובוס אגד שנסע מירושלים לטבריה. הנהג, אשר חשד במתאבד בשל  לבושו (מעיל מנופח) ומראהו, הורה לו לרדת מהאוטובוס לצורך בדיקה. משהחל הנהג בבדיקה ברח המתאבד ולאחר מספר מטרים התפוצץ

ונהרג. אחריות לפיגוע ניטלה מטעם הזרועות השחורות/גדודי חללי אל אקצא. על שילוחו של המתאבד לפיגוע אחראית תשתית התנזים בכפר קליל ברשות **מאגד קיני,** אשר הכין את עמר לפיגוע והובילו בחלק מהדרך, עד לואדי בידאן, משם נאסף על ידי פעיל אחר שהובילו לאזור הפיגוע.

<div align="center">* * *</div>

## 18 פברואר 2002: פיצוץ מחבל מתאבד במכונית תופת ליד מחסום א-זעים, שוטר הרוג ו- 2 פצועים



**יאסר עודה** - תושב <u>בית צאחור</u>, **בן 34**, נשוי ואב לשלושה, פעיל פת"ח, ירדני במוצאו אשר קיבל תעודת זהות על ידי איחוד משפחות, בשל היות אשתו תושבת בית צאחור. המתאבד חנה ברכב פיג'ו 205 אפור, בצד הכביש בדרך ממעלה אדומים לירושלים. ניידת עם שני שוטרים אשר הבחינה ברכב, החשידה אותו ,ומשהבחינה במתאבד המתרחק מהרכב עיכבה אותו לתחקור. המתאבד טען כי הוא תושב אבו דיס, נשוי + 3 וכי נתקע ללא דלק והוא בדרכו לא-טור להביא דלק. בעת שאחד השוטרים יצא מהניידת לתחקרו, זינק המתאבד לתוך הרכב והפעיל את המטען. הפיגוע בוצע על ידי תשתית התזים בבית לחם, באכוונתו של **אחמד מערבי,** אשר הודה בחקירתו בשירות ביטחון כללי כי שלח את המתאבד להתפוצץ במכונית התופת כשבוע לפני ביצוע את הפיגוע במחסום אך זה לא התפוצץ, כי לא מצא מקום מתאים.

<div align="center">* * *</div>

## 17 פברואר 2002: הריגת 2 מחבלים מתאבדים בדרכם לביצוע פיגוע ליד מחנה 80, 2 שוטרים פצועים

**מחמד חמודה**, <u>תושב שכם</u>, **בן 18 ועבד אלג'אבר חאלד**, תושב ג'יוס/קלקיליה, בן 22 נסעו ברכב מזדה 323 לכוון חדרה. רכב משטרתי שהיה על הכביש החשיד אותם והחליט לעצור את הרכב. תוך כדי נסיעה בוצע ירי מהרכב לעבר ניידת המשטרה. הרכב עצר באזור מחנה 80 וממנו ירד מפגע אחד אשר ככל הנראה השליך מטען או רימון וניסה לבצע ירי לעבר השוטרים. השוטרים השיבו אש והרגו המפגע. המפגע השני המשיך בנסיעה לכיווני תלמי אלעזר כשהרכב המשטרתי ממשיך אחריו במרדף תוך כדי ירי. באזור מצר, תוך כדי ניסיון השוטרים לעקוף את הרכב ארע פיצוץ ברכב המפגע והרכב החל לעלות באש. אחריות לפיגוע

ניטלה על ידי גדודי חללי אלאקצא. **איאד מחמוד צאלח נאצר**, פעיל פת"ח צבאי בטול כרם, סיפר בחקירתו בשירות ביטחון כללי אודות מעורבותו בפיגוע ומעורבותו של **מחמד זיתאוי**, ר' התנזים בטול כרם בהוצאת הפיגוע.

**\* \* \***

## 16 פברואר 2002: פיצוץ מחבל מתאבד במרכז המסחרי בקרני שומרון, 3 הרוגים ו- 22 פצועים

**צאדק עבד אלחאפט'**- תושב קלקיליה, **בן 19**, תלמיד במכללה המקצועית בקלנדיה, פוצץ עצמו בפיצריה במרכז המסחרי בקרני שומרון. ה"חזית העממית" נטלה אחריות על הפיגוע. את הפיגוע תכננה והוציאה לפועל תשתית החז"ע הצבאית בקלקיליה, באכוונתו של **ראאד מאדי**, בשיתוף עם תשתית החז"ע הצבאית בשכם, בראשות **עאהד עולמה**.

**\* \* \***

## 6 פברואר 2002: לכידת מחבל מתאבד באוטובוס שנסע מירושלים למעלה אדומים, ללא נפגעים



**נדאל סוראקג'י** - תושב שכם, **בן 23**, עלה לאוטובוס אגד קו 176 בצומת הגבעה הצרפתית והתיישב ליד הנהג. הנהג הבחין בו מזיז את ידיו בתוך כיס המעיל שלבש וחשד בו כשראה חוטי חשמל מבצבצים ממעילו. בצומת א-זעיים העלה הנהג שוטרי מג"ב שריתקו את ידיו של המתאבד והורידו אותו מהאוטובוס. חבלנים נטרלו את מערכת ההפעלה של חגורת הנפץ. בחקירתו מסר המתאבד כי הסכים להיות שהיד מאחר והושפע קשות ממותו של קרובו, יוסף סורכג'י, (בכיר חמא"ס) וממהראות שחווה לאחר מותו. גיוסו של הנדון בוצע על ידי **אימן שחשיר**, אותו הכיר מספר שנים קודם לכן בעת יציאתו לטקס ה"עמרה". **מהנד טאהר** העביר למתאבד הנחיות טקטיות לביצוע הפיגוע: הנחיות לצורך היטמעות, הנחיות לנסיעה לכיוון ירושלים, הנחיות הפעלת חגורת הנפץ ותדרוך לגבי היעד. ביום הפיגוע התגלה המתאבד ורכש בגדים חדשים (על מנת לשוות לו מראה ישראלי), בהמשך הבוקר הגיע לביתו של אימן שם לבש את החגורה ומעליה מעיל. באזור מחסום ענתא חבר אליו אדם שליווה אותו לאזור היעד. כאשר הגיע לתחנה עלה לאוטובוס כשיד אחת שלו מונחת בכיס בו נמצא מתג ההפעלה. הוא שילם לנהג אולם לא הצליח להפעיל את המטען, הוא נתקף בפחד ולבסוף נתפס.

מחבלים מתאבדים בעימות הנוכחי

\* \* \*

## 30 ינואר 2002: פיצוץ מחבל מתאבד בדרכו לפגישה עם רכז שב"כ ליד טייבה,  2 פצועים



<u>המתאבד  מראד אבו עסל</u> - תושב <u>ענאבתה/טול כרם</u>, **בן 23**, נכנס לרכב איסוף בדרך לפגישה עם רכז שב"כ ופוצץ עצמו. הפיגוע בוצע בתכנון ואכוונה של פעילי הג'האד אסלאמי **איאד צואלחה וטארק עז אלדין** ובעזרת פעילים מאזור טול כרם: **מעצמם מחלוף, גאסר רדאר ופאדי בהתי.** המתאבד לן את הלילה שלפני הפיגוע יחד עם מעתצם, אשר חימש אותו בבוקר הפיגוע על פי הוראות מדויקות שקיבל מאיאד צואלחה ולאחר מכן שלח אותו לפיגוע.

\* \* \*

## 27 ינואר 2002: פיצוץ מחבלת מתאבדת ברחוב יפו בירושלים, הרוג אחד, 90 פצועים



<u>ופאא' אידריס</u> **- בת 31**, תושבת <u>מחנה הפליטים אלאמערי ברמאללה</u>, גרושה, ללא ילדים מפאת עקרות, עבדה בארגון ה-'סהר האדום'. המתאבדת, אקדמאית ואחות במקצועה. שלושה מאחיה של המתאבדת נמנים על ארגון הפת"ח והבוגר שביניהם אף היה עצור בידי ישראל באינתיפאדה הראשונה. הפיגוע בוצע בהכוונתו של פעיל תנזים מרמאללה. והמתאבדת נפצעה פעמיים כתוצאה מירי כדורי גומי בעת שהגישה עזרה רפואית לפצועים פלסטינים, עובדה אשר ייתכן ושימשה מניע לביצוע הפיגוע. זהו פיגוע ההתאבדות הראשון שבוצע על-ידי אישה במהלך עימות זה.

\* \* \*

## 25 ינואר 2002: פיצוץ מחבל מתאבד ברח' נווה שאנן בתל-אביב, 23 פצועים

מחבלים מתאבדים בעימות הנוכחי

**צפואת חליל** - תושב <u>בית וזן/שכם</u>, **בן 18**, פוצץ עצמו ברח' נווה שאנן סמוך לתחנה המרכזית הישנה בתל אביב. בזירת הפיגוע נלכד מחבל נוסף אשר היה אמור לבצע ירי. הפיגוע אוכוון על ידי תשתית הג'יהאד האיסלאמי בג'נין, ובשיתוף פעולות עם פעיל פת"ח, שהיה אמור לבצע הירי. **נאצר שאויש** ו**רביע אבו רוב** מהתשתית בג'נין הם שהחדירו את שני המפגעים לישראל בבוקר דרך טול כרם, בשיתוף סייענים מקרב ערביי ישראל.

<div align="center">✱ ✱ ✱</div>

### 15 דצמבר 2001: פיצוץ מחבל מתאבד ליד מחסום דרומית לטול כרם, ללא נפגעים



**המתאבד  מחמד פרג'** - תושב <u>נור שמס/טול כרם</u>, **בן 28**, רווק, פעיל ג'יהאד אסלאמי, פוצץ את עצמו כ- 30 מ' צפונית מזרחית למחסום 105, דרומית לטול כרם. הפיגוע בוצע בשיתוף פעולות   של ארגוני התנזים והג'יהאד האיסלאמי בטול כרם. המתאבד  גויס והוכן לפעולה על ידי **ריאד בדיר**, פעיל ג'האד אסלאמי צבאי מטול כרם בתאום עם **אנואר עליאן**, פעיל גא" צבאי מנור אלשמס וחבר בחוליה צבאית באזור טול כרם (עצור).

<div align="center">✱ ✱ ✱</div>

### 12 דצמבר 2001: פיצוץ 2 מחבלים מתאבדים ליד גני טל/גוש קטיף, 3 פצועים

<div align="center">המחבלים המתאבדים</div>





<div align="center"><u>**עלי עאשור**</u></div>

<div align="center"><u>**אמג'ד אבו פיאד**</u></div>

אמג'ד אבו פיאד, תושב <u>שיח' חמודה/עזה</u>, ועלי עאשור, תושב <u>חאן יונס</u>, שניהם סטודנטים **בני 22**, רווקים, פוצצו מטענים שנשאו בתיקים נגד 2 רכבים נוסעים ליד גני טל,  טרם התאבדות אחד מהם, פוצע המפגע מטען קרקעי. הפיגוע בוצע ע"י התארגנות חמא"ס מחן יונס, באכוונתו של **מחמד דיף** . כאיש הקשר של מחמד דיף לשאר הפעילים שימש **איסמעיל חמדאן.**  הפעיל הבכיר ביותר בתשתיתו של מחמד דיף באיזור חן יונס היה  **עבדאללה אלפרא,** והוא שעמד ככל הנראה מאחורי הפיגוע.

**＊ ＊ ＊**

## 9 דצמבר 2001: פיצוץ מחבל מתאבד בצומת הצ'ק פוסט בחיפה, 30 פצועים

**נמר אבו סיפין** - תושב <u>יאמון/ג'נין</u>, **בן 18**, נשא על גופו חגורת נפץ ופוצץ עצמו בתוך קבוצת חיילים בצומת הצ'ק פוסט בחיפה. המטען לא התפוצץ בצורה מלאה, כתוצאה מהפיצוץ נפצע המתאבד קשה ונורה למוות על ידי שוטרים שהיו במקום. על גופתו נמצאה מפה/שרטוט אשר הסביר כיצד להגיע לחיפה, כמו כן נמצאו ספר קוראן ותפילת הדרך בערבית. נטילת האחריות פורסמה על ידי ארגון הג'האד האסלאמי. הפיגוע בוצע על ידי תשתית הג'יהאד האסלאמי בשומרון בסיוע פעילי תנזים.

**＊ ＊ ＊**

## <u>4 דצמבר 2001</u>: פיצוץ מחבל מתאבד ליד מלון הילטון ממילא בירושלים, 5 פצועים



**דאוד סעיד** - תושב <u>ארטאס/בית לחם</u>, **בן 46**, נשוי ואב ל- 8, התפוצץ בפינת הרח' דוד המלך - אליהו שמעיה בירושלים מטרים ספורים ממלון הילטון ממילא. ככל הנראה ניסה המתאבד לעלות לאוטובוס אך לא הספיק. על הפיגוע לקחה אחריות הזרוע הצבאית של ארגון הג'האד אסלאמי "פלוגות ירושלים". הפיגוע בוצע על ידי תשתית הג'יהאד האסלאמי בבית

לחם אשר עומדת בקשר רציף וישיר עם מפקדת הג'האד אסלאמי בדמשק.  מפקד התשתית אשר עומד מאחורי שילוחו של המתאבד לפיגוע ההתאבדות הוא **עיסא מחמד אסמעיל בטאט** מבית לחם  (עצור).

מחבלים מתאבדים בעימות הנוכחי

\* \* \*

## 24 דצמבר 2001: פיצוץ מחבל מתאבד באוטובוס ברח' יד לבנים בחיפה, 15 הרוגים ו - 35 פצועים



**מאהר חבישי** - תושב שכם, **בן 20,** רווק, פוצץ עצמו בתוך אוטובוס "אגד" בקו 16 ברחוב "יד לבנים", בעיר התחתית בחיפה. מתחקור נהג האוטובוס עולה כי המתאבד עלה לאוטובוס תחנה אחת לפני הפיצוץ, שילם והחל להיכנס לתוך האוטובוס. כשהנהג קרא לו על מנת להחזיר לו עודף, הסתובב המתאבד ופוצץ עצמו, ככל הנראה באמצעות חגורת נפץ שלבש, שכן לא נשא עמו תיק. תנועת החמא"ס נטלה אחריות לפיגוע. מאכוון הפיגוע הוא **סלים חג'ה,** מבכירי תשתית החמא"ס הצבאית בשומרון. בחקירתו סיפר כי הוא קיבל לידיו את המתאבד והכין אותו לפיגוע, תוך שהוא בודק באם המתאבד מתכוון למות או לא ואמר לו כי אם אינו מוכן עדיף שלא יצא לפיגוע. חג'ה העביר תדרוך למתאבד לגבי מקום היעד, לאחר שלמד את הנושא והנחה אותו שלא להרבות בדיבור עם נהג האוטובוס.

\* \* \*

מחבלים מתאבדים בעימות הנוכחי

## <u>1 דצמבר 2001</u>: פיצוץ 2 מחבלים מתאבדים במדרחוב בן יהודה בירושלים, 11 הרוגים ו - 170 פצועים

### המחבלים המתאבדים





**נביל אבו חלביה**          **אסאמה בחר**

אסאמה בחר, **בן 25,** חבר החמא"ס באבו דיס, דתי, חבר ועדת הביטחון בכלא וחוקר חשודים בשיתוף פעולה ונביל אבו חלביה, **בן 24,** מוכר כפעיל מודכ"ל, טייח במקצועו, בעל ידע במיומנויות לחימה, תושב <u>אבו דיס</u>, פוצצו עצמם במדרחוב בן יהודה בירושלים. לאחר כרבע שעה התפוצצה מכונית תופת ברחוב קוק הסמוך למדרחוב. ארגון החמא"ס נטל אחריות רשמית על הפיגוע. אסאמה פנה ל**פריד אטרש** (תושב אבו דיס אשר היווה צינור קשר בין פעילות החמא"ס הצבאי ברמאללה לירושלים) וביקש ממנו להפגישו עם **גמאל טאויל**, פעיל חמא"ס בכיר מרמאללה, על מנת שיגייסו לחמא"ס הצבאי. טאויל מסר לפריד כי על אסאמה "להגיע לכיכר המנארה בעוד שבועיים באיום א' לבוש ג'קט שחור ובידו עיתון". לאחר מכן העביר טאויל את בקשת אסמה ל**אבראהים חאמד,** מראשי מפקדת החמא"ס ברמאללה, אשר, ככל הנראה, גייסו לפיגוע. בחקירתו של **עבדאללה גמאל,** בכיר בתשתית חמא"ס רמאללה, מסר כי הכין והעביר את החגורות והמטענים לפיגוע דרך **סייד שיח' קאסם,** הקמב"צ של אברהים חאמד. נביל אבו חלביה היה חברו הטוב והקרוב של אסאמה וכפי הנראה גויס לפיגוע בשיטת "חבר מביא חבר". מכונית התופת שהתפוצצה הייתה שייכת ל**נאדר עליאן,** תושב אבו דיס, פעיל ג'האד אסלאמי, אשר הודה בחקירתו כי הרכב, מסוג אופל קדט כחולה מודל 87,  היה שייך לו אולם מאחר והוא מתגורר בשטחים והרכב נשא לוחיות זיהוי ישראליות נזקק נאדר לעזרת חברו, מוראד אבו רמילה אשר רשם הרכב על שם בן דודו. נאדר מכר הרכב לנביל ואסאמה ונמסר לידיהם יום לפני הפיגוע.

**מחבלים מתאבדים בעימות הנוכחי**

\* \* \*

מחבלים מתאבדים בעימות הנוכחי

## 29 נובמבר 2001: פיצוץ מחבל מתאבד בתוך אוטובוס ליד מחנה 80, 3 הרוגים ו - 8 פצועים

**סאמר אסעד שהואנה** - תושב סילת אלח'ארתיה/ג'נין, **בן 20**, רווק, דתי, פוצץ עצמו באוטובוס אגד קו 823. הפיצוץ אירע סמוך למחנה 80. מתחקור האירוע עלה כי לפני הפיצוץ אסף האוטובוס מהתחנה בצומת אום אל פחם נוסע אחד כבן 25 בעל הופעה מסודרת, שפם קטן ושיער שחור מגולח. הנוסע מסר לנהג שני שטרות של 100 ש"ח ואמר "חדרה". הנהג הבחין בשני אנשים נוספים שהיו בתחנה, אחד מהם טפח על שכם הנוסע שעלה לאוטובוס. הנוסע הלך לכיוון החלק האחורי של האוטובוס והתיישב. הנהג הגיע לצומת מחנה 80 שמע מעין פיצוץ קטן, נעצר ואז ארע פיצוץ אדיר.   על הפיגוע נטלה אחריות תנועת הג'יהאד האסלאמי. במהלך מבצע 'חומת מגן' (אפריל 02) נעצר **תאבת מרדאווי**, פעיל ג'האד אסלאמי צבאי בכיר מג'נין, אשר מסר בחקירתו מידע אודות הפיגוע, לפיו ,**מחמוד טואלבה** (הרוג) נעצר ע"י הרש"פ. טרם מעצרו קבל ממנו מרדאווי  חגורת נפץ מוכנה להפעלה. כמו כן סיפר כי **מחמד יאסין אלעאניני** (הרוג) גייס את המתאבד. מרדאווי  מסר למחמד את חגורת הנפץ שהייתה ברשותו יומיים לפני שהפיגוע התבצע. מחמד הוא זה שצילם בתמונות את המתאבד והוא שהסיע אותו לאזור אום אל פחם,   משם אמור היה המתאבד להגיע לאזור של עיר גדולה. על פי התכנון לא היה אמור המתאבד להתפוצץ באזור מחנה 80 ולכן איחרו בלקיחת האחריות על הפיגוע.


**\* \* \***


## 26 נובמבר 2001: פיצוץ  מחבל מתאבד במחסום ארז, 2 שוטרי מג"ב פצועים



**תיסיר אלעג'רמי** - תושב מחנה הפליטים ג'באליה/עזה, **בן 25**, נשוי ואב ל-3, עבד כחודש במתפרה באזור התעשייה בארז, וככל הנראה אסף מידע לקראת הפיגוע. בשעות הבוקר המוקדמות במהלך הכנסת פועלים למחסום הגיע המתאבד ועמד בתור הכניסה ל"קרוסלה" המווסתת את כניסת הפועלים. כעבור מספר דקות הפעיל מטען שנשא בידיו כשהוא עומד ליד חלון העמדה הצופה על הנכנסים. נטילת אחריות בוצעה על ידי גדודי עז אדין אל קסאם של החמא"ס.


**\* \* \***

## <u>8 נובמבר 2001</u>: פיצוץ  מחבל מתאבד במהלך ירוטו בבאקה אל שרקיה בדרך לביצוע פיגוע התאבדות, 2 שוטרי מג"ב פצועים



**מאייד חטיב** - תושב <u>טול כרם</u>, **בן 25**, סטודנט להנדסת בניין בביר זית ואח"כ באלנג'אח. היה אחראי "ועדת ההטפה" בכותלה. במהלך מבצע לתפיסתו של המתאבד, שביקש לבצע פיגוע התאבדות בשטח ישראל הבחין המתאבד בכוחותינו ופוצץ את עצמו. "גדודי עז אלדין אל קסאם" נטלו אחריות לפיגוע. את הפיגוע ביצעה תשתית החמא"ס בשכם בראשותו של **יוסף סורקגי (הרוג).** בהוצאת הפיגוע השתתפו גם **נסים אבו רוס (הרוג)** - "מהנדס ראשי" ואחראי ביצועי, **טאהר נאצר (הרוג)** – משלח, **נצר אדין עצידה (עצור)** - מפעיל קדמי וראש חולייה/יות.

* * *

## <u>17 אוקטובר 2001</u>: פיצוץ  מחבל מתאבד ליד ג'יפ צה"ל, באזור חורשת בארי בנגב, 2 חיילים פצועים



**פואד אבו סריה** - תושב <u>עזה</u>, **בן 25**, רווק, התפוצץ על ג'יפ לא ממוגן של צה"ל בו שהו באותה עת שני גששים שערכו סיור. הפיצוץ ארע כ- 400 מ' מזרחית לגדר המערכת בתוך שטח ישראל. מבדיקת השטח לאחר האירוע התברר כי המתאבד חדר לתחומי ישראל, כשהוא לבוש מדי צה"ל, מאזור גדר המערכת בו נמצא גשרון להעברת מים. לאחר חציית הגדר הגיע לחורשה והסתתר בתוכה, ברגע שזיהה את הג'יפ עובר רץ לכיוונו והתפוצץ. "החזית העממית" נטלה אחריות לפיגוע.

* * *

מחבלים מתאבדים בעימות הנוכחי

## 7 אוקטובר 2001: פיצוץ  מחבל מתאבד ליד הכניסה לקיבוץ שלוחות, הרוג אחד

**אחמד דראגמה** - תושב <u>טובאס/ג'נין</u>, **בן 17**, התפוצץ ליד לרכבו של תושב קיבוץ שלוחות (סמוך לבית שאן) בכניסה לקיבוץ. אחריות ניטלה על ידי ארגן הג'יהאד האסלאמי. את הפיגוע ביצעה תשתית הג'יהאד האסלאמי בטובאס. מחקירת תאבת מרדאוי בשירות ביטחון כללי עלה כי **אימן דראגמה** שילח את המחבל ומסר לו מזוודת נפץ במשקל 8-10 ק"ג לפיגוע.

**\* \* \***

## 9 ספטמבר 2001: פיצוץ  מחבל מתאבד בתחנת הרכבת בנהריה, 3 הרוגים ו- 46 פצועים

**שאכר חבישי** - תושב <u>אבו סנאן</u>, **בן 48,** נשוי ואב ל- 6, פוצץ עצמו על רציף תחנת הרכבת בנהריה. ארגון החמא"ס נטל אחריות על הפיגוע ואף פרסם קלטת וידאו בה צולם המתאבד טרם יציאתו לפיגוע. כ- 10 ימים לפני הפיגוע הוחשד המתאבד כמפגע פוטנציאלי, תמונתו הופצה למשטרה ונעשה ניסיון לעוצרו. הפיגוע בוצע על ידי תשתית החמא"ס הצבאית בשומרון. **קייס עדואן**, מראשי הזרוע הצבאית בשומרון (הרוג) עמד מאחורי פיגוע זה, הוא גייס את המתאבד  לפיגוע ההתאבדות ובהמשך סיפק לו מקלט לאחר שהמתאבד נמלט מביתו.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 4 ספטמבר 2001: פיצוץ מחבל מתאבד ברחוב הנביאים בירושלים, 13 פצועים



**ראאד ברגותי** - תושב רמאללה, **בן 26**, רווק, מורה, בוגר מכללת השריעה באבו דיס, פעיל חמא"ס מתחילת שנות ה- 90, דתי קיצוני, פוצץ עצמו ברח' הנביאים בירושלים בעת שנעצר על ידי שוטרי מג"ב שחשדו בו. גדודי עז אלדין אלקסאם נטלו אחריות לפיגוע. מעדויות ראיה עלה כי המתאבד היה לבוש מכנסיים שחורים, חולצה לבנה וכיפה שחורה ונראה כחרדי, על גבו נשא תרמיל גב גדול. יחד עמו צעד אדם נוסף, **עאהד נתשה**, אשר נפצע בפיצוץ, ואשר שימש כסייענו של המתאבד. התשתית שהוציאה לפועל את הפיגוע היא תשתית מפקדת החמא"ס ברמאללה, אשר פעלה על בסיס פעילים מרמאללה ומירושלים. בחקירתו בשירות ביטחון כללי סיפר עאהד נתשה כי שבועיים טרם הפיגוע פגש עאהד את חברי החוליה ואת המתאבד במסגד באל בירה, תוך סיכום כי הפיגוע יצא לפועל תוך מס' ימים. עפ"י התכנון המקורי אמור היה הפיגוע להתבצע באוטובוס אגד מס' 13 בי-ם, ואח"כ שונה לתחנת האוטובוס של קו 13. ביום הפיגוע פגש עאהד את המתאבד בצומת א-ראם ומשם המשיכו לי-ם. בי-ם פגשו ב**חמזה קלותי** שמסר להם את המטען , ועאהד הוביל את המתאבד לאזור בניין כלל. מחקירות הממ"ס עלה כי את המטען הכינו לפיגוע **אחמד אבו טהא וראאד אבו דאהר** (מפקד החוליה) ואילו את ראאד גייס לפיגוע **בלאל ברגותי**.

### ❋ ❋ ❋

## 12 אוגוסט 2001: פיצוץ מחבל מתאבד בקפה "וול סטריט" בקריית מוצקין, 16 פצועים

**מחמד נצר** - תושב קבאטיה/ג'נין, **בן 28**, רווק, פוצץ עצמו בבית קפה "וול סטריט", הנמצא ברחוב שדרות בן-גוריון בקריית-מוצקין. עדי ראיה במקום סיפרו כי מחמד לבש מכנסי ג'ינס כחולים וחולצה לבנה מכופתרת ולא נשא עמו תיק. הוא התנהג בעצבנות, סביב גופו הייתה מלופפת מעין תחבושת, מתחת לה בצבצו חוטי חשמל. המתאבד לחץ על חפץ שהחזיק בידו, דמוי מצית ואז ארע הפיצוץ. אחריות לפיגוע ניטלה על ידי ארגון הג'יהאד האסלאמי. הפיגוע בוצע על ידי ההתארגנות הצבאית של הג'יהאד האסלאמי בג'נין בראשותו של **מחמוד נורסי.**

### ❋ ❋ ❋

מחבלים מתאבדים בעימות הנוכחי

## 9 אוגוסט 2001: פיצוץ מחבל מתאבד במסעדת "סבארו" בירושלים, 15 הרוגים ו- 110 פצועים

**עז אלדין אלמצרי** - תושב עקאבה/ג'נין, **בן 22**, רווק, פוצץ עצמו במסעדת סבארו בפינת הרחובות קינג ג'ורג' ויפו בירושלים. הפיגוע תוכנן ואוכווון על ידי תשתית החמא"ס ברמאללה. את המטען הקטלני ייצר **עבדאללה גמאל** ה"מהנדס" הראשי של תשתית החמא"ס באזור יהודה אשר עסק בייצור מטעני החבלה ובהכשרת פעילי חמא"ס בייצור אמצעי חבלה ובהקמת מעבדות חבלה. גמאל הטמין את המטען רב העוצמה בתוך גיטרה, הנתונה בתיק גיטרה וסיפוק הסוואה מושלמת. את התשתית אשר ביצעה את הפיגוע הכווין **בלאל ברגותי**, פעיל חמא"ס בכיר בן 27 מבית רימא. המגייס והסייען היה **מחמד דגלס** פעיל חמאא צבאי בן 24 מבורקא, אשר הופעל על ידי ברגותי. דגלס גייס את עז אלדין ואת המובילה **אחלאם תמימי**, בת 20, ירדנית אשר התגוררה ברמאללה, למדה בביר זית ועבדה כעיתונאית. דגלס קנה את הגיטרה בה הוטמן מטען החבלה וכן נרתיק לנשיאת הגיטרה. תמימי עסקה באיסוף מודיעין לקראת הפיגוע. ברגותי נפגש עם המתאבד יום לפני ביצוע הפיגוע, הלין ואירח אותו בדירה באזור רמאללה ויצא עמו לקניית בגדים חדשים. ביום הפיגוע קלט דגלס את המתאבד במסגד באל בירה ובהמשך פגשו את ברגותי, אשר לקח אותם לדירה מבצעית במחנה הפליטים אמערי. בדירה תדרך בלאל את המתאבד כיצד להפעיל את המטען. כמו כן ביום הפיגוע פגש דגלס בתמימי ברמאללה יחד עם המתאבד. תמימי המשיכה עם המתאבד והמטען אשר הוטמן בגיטרה לתחנת מוניות ברמאללה, משם לקחו מונית לירושלים. תמימי נשאה עמה מצלמה ודיברה עם המתאבד, שנשא תיק גיטרה, באנגלית, על מנת לשוות לעצמה מראה בלתי מחשיד של תיירת.

**\* \* \***

## 8 אוגוסט 2001: פיצוץ מכונית תופת נהוגה בידי מחבל מתאבד ליד מחסום בקעות, חייל אחד פצוע

**אשרף סייד** - תושב שכם, **בן 23**, פעיל חמא"ס, נהרג בהתפוצצות מכונית  תופת סמוך למחסום צה"ל ליד בקעות שבבקעת הירדן. מתחקור הכוחות במקום עלה כי הרכב הגיע למחסום ונעצר לפני הבוטונדות. חייל הורה לנהג להתקרב לצורך בדיקה והאחרון לחץ על דוושת הגז והתפוצץ בסמוך לחייל. קיימת סבירות כי יעד הפיגוע היה אחר וכי המתאבד היה בדרכו לפיגוע אולם חשש כי בדיקת הרכב עלולה להסגירו ולכן החליט לבצע הפיגוע במקום.

* * *

## 2 אוגוסט 2001: לכידת מחבל מתאבד בעת שניסה לעלות לאוטובוס ליד בית שאן, ללא נפגעים



**מחמד אבו חדר בשראת** - תושב <u>טמון/ג'נין,</u> במוצאו משכם, **בן 16,** תלמיד תיכון, נתפס בעת שניסה לעלות על אוטובוס אגד בתל תאומים ליד בית שאן, לצורך ביצוע פיגוע התאבדות. תיקו של המתאבד  הכיל 3 פצמ"רים ומפסק כסוף מחובר בחוט אדום. מחקירתו עלה כי את ניסיון הפיגוע אכוונה תשתית הג'יהאד האסלאמי מטובאס שהופעלה על ידי **זיד בסיסי** (עצור).

מחקירתו של בסיסי עלה כי **רמזי בשראאת** הציע למתאבד גיוס לג'האד אסלאמי ולאחר מכן שוחח עמו על ביצוע פיגוע התאבדות. **עארף בשראאת** (עצור) שידל לביצוע הפיגוע והפגיש את המתאבד עם זיד בסיסי. **פואד בשראאת** הוא שהוביל את המתאבד  למקום הפיגוע.

* * *

## 22 יולי 2001: לכידת מחבל מתאבד בעת שניסה להפעיל חגורת נפץ בשוק הפשפשים בחיפה, ללא נפגעים



**מוראד טואלבה (נורסי)** - תושב <u>מחנה הפליטים ג'נין,</u> **בן 18,** נעצר בעת שניסה לבצע פיגוע התאבדות בחיפה. המתאבד הסגיר לידי המשטרה מטענים שהסתיר בבית נטוש בחיפה טרם שנעצר. בחקירתו מסר המתאבד כי היה מעוניין לבצע פיגוע התאבדות וחובר על ידי אחיו מחמוד טואלבה לפעילי ג'האד אסלאמי. בחקירת תאבת מרדאוי הודה כי המתאבד קיבל חגורת נפץ שהוכנה על ידי אחיו **מחמוד טואלבה** והוצאה לישראל על ידי **מחמד יאסין.**

* * *

71

מחבלים מתאבדים בעימות הנוכחי

## 16 יולי 2001: פיצוץ מחבל מתאבד בתחנת אוטובוס ליד תחנת הרכבת בבנימינה, 2 חיילים הרוגים ו- 8 פצועים



**נדאל אבו שדוף** - תושב בורקין/ג'נין, **בן 20**, רווק, פוצץ עצמו בתחנת אוטובוס מול תחנת הרכבת בבנימינה. מאכווני הפיגוע היו **תאבת מרדאוי ומחמוד נורסי**. נורסי סיפק תיק במשרל 20 ק"ג **למחמד יאסין**, שהעביר את המפגע והמטען **לסמיר פאיד**, נהג מונית ממחנה הפליטים בג'נין, אשר הסיע את המתאבד בדרכו לישראל.

<div align="center">

✱ ✱ ✱

</div>

## 11 יולי 2001: לכידת מחבל מתאבד בעפולה, ללא נפגעים



**ג'האד ג'ראר** - תושב ג'נין, **בן 17**, תלמיד תיכון, יצא בבוקר כשברשותו תיק עם מטען חבלה מוכן מאזור ג'נין לכיוון עפולה בשתי מוניות, כאשר המונית השניה עקפה את מחסום סאלם. באזור תחנת המשטרה אותר ע"י קצין משטרה שחשד בו וביצע לו נוהל מעצר חשוד. המתאבד ניסה להפעיל את המטען והכניס יד לכיוון התיק אך נוטרל פיסית ע"י קצין המשטרה. בחקירתו הודה המתאבד כי התכוון לבצע פיגוע התאבדות במקום הומה אדם בעפולה. כן מסר כי הנו פעיל ג'האד אסלאמי, וכי קיבל את המטען ממחמוד **טואלבה (נורסי)** יחד עם הנחיות להפעלתו. עוד מסר המתאבד כי טרם יציאתו לביצוע הפיגוע, כתב צוואה ואף הצטלם בוידאו והביע את כוונתו לבצע פיגוע התאבדות. המתאבד גויס כחודשיים טרם הפיגוע לג'האד אסלאמי והביע כוונה לבצע פיגוע התאבדות.

<div align="center">

✱ ✱ ✱

</div>

מחבלים מתאבדים בעימות הנוכחי

## 9 יולי 2001: לפיצוץ מחבל מתאבד במכונית תופת באזור גוש קטיף, חייל פצוע



**נאפד נדר** - תושב ג'באליה/עזה, **בן 26,** נשוי ואב ל- 2, פעיל חמא"ס, שעבד באוניברסיטה האסלאמית, פוצץ עצמו במכונית תופת סמוך לכלי רכב של צה"ל באזור גוש קטיף. מחקירת החבלנים עלה כי ברכב הונח מטען בסדר גודל כולל של 40 עד 50 ק"ג חומר נפץ,  מתוכם התפוצצו כ- 10 עד 15 ק"ג. הפיגוע בוצע על ידי הזרוע הצבאית של ארגון החמא"ס ברצועת עזה באכוונתו של **צלאח שחאדה**. יד ימינו של שחאדה והמוציא לפועל של הפיגוע, **מחמוד מטלק עיסא**, נעצר ע"י המגננונים מיד לאחר הפיגוע.

### ✳ ✳ ✳

## 22 יוני 2001 : פיצוץ מכונית תופת סמוך לסיור לצה"ל בחוף השקמה/אלי סיני 2 חיילים הרוגים ואחד פצוע



**אסמאעיל מעצואבי** - תושב מחנה הפליטים שאטי/רצועת עזה, **בן 22,** רווק, פעיל חמא"ס, סטודנט באוניברסיטה האסלאמית, פוצץ רכב תופת סמוך לסיור לצה"ל בחוף השקמה/אלי סיני. המתאבד, אשר נהג בג'יפ לבן בעל לוחיות זיהוי צהובות, התחפר בחולות בסמוך למבנה, סיור של צה"ל שעבר במקום הוזעק על ידי המקומיים לעזרה, ומשהתקרבו החיילים לעזור לנהג הג'יפ, פוצץ הג'יפ על ידי המתאבד. ממידע שעלה מאוחר יותר התברר כי המתאבד לא התחפר באזור הפיגוע בכוונה תחילה, אלא כנראה התכוון להגיע לאחת ההתנחלויות באזור או אף להיכנס לתוך תחומי ישראל. יחד עמו בג'יפ נסע גם מחמוד ע'ול, אשר נמלט מהרכב כ- 10 דקות לפני הפיצוץ.  הפיגוע בוצע על ידי ארגון החמא"ס.

### ✳ ✳ ✳

מחבלים מתאבדים בעימות הנוכחי

## 17 יוני 2001: פיצוץ (חלקי) מחבל מתאבד בעגלת תופת רתומה לחמור ליד עמדת צה"ל בדהניה/ה/רפיח, ללא נפגעים

**מראד אבו מעילק** - תושב מחנה הפליטים נציראת ברצועת עזה, **בן 23**, 
סטודנט באוניברסיטה הפתוחה בעזה, התקרב אל שער הכניסה לישוב
דהנייה כשהוא רכוב על חמור ועגלה, עליה מיכל מים גדול. בעת שניסה
להפעיל את המטען אירע פיצוץ חלקי שהפילו מהעגלה. כשניסה להימלט
נורה ע"י חיילי המחסום ונעצר. בחקירתו סיפר המתאבד **כי נביל שריחי**,
פעיל ג'האד אסלאמי הפועל בצפון הרצועה, גייס ושילח אותו לפיגוע לאחר שהמתאבד פנה
אליו מיוזמתו וביקש לבצע פיגוע התאבדות. המתאבד קיבל משריחי 2,500 ש"ח ובהתאם
להוראותיו יצא לרפיח שם נפגש עם אדם בשם סאלח. השניים לנו יחד ולמחרת (יום הפיגוע)
נסעו לפרדס סמוך לדהנייה, שם קיבל המתאבד עגלה רתומה לחמור ובה מטען נפץ ומנגנון
הפעלה, כמו כן קיבל תדרוך כיצד לבצע הפיגוע.

**\* \* \***

## 1 יוני 2001: פיצוץ מחבל מתאבד בפתח מועדון ב"דולפינריום" בתל אביב, 22 הרוגים ו- 83 פצועים

**סעיד חותרי** - תושב קלקיליה (ירדני במוצאו), **בן 22,** פעיל חמא"ס, פוצץ עצמו בקרבת
קבוצת צעירים בכניסה למועדון "עולם המים" בדולפינריום בת"א. תשתית החמא"ס הצבאית
בקלקיליה היא שביצעה את הפיגוע. התשתית הוקמה על ידי **סלים חג'ה**, בן 30 משכם,
מבכירי ארגון החמא"ס ביהודה ושומרון ומי שהיה אחראי על התשתית הצבאית של הארגון
בצפון השומרון. חג'ה העמיד בראש התשתית את **ע"א רחמאן חמאד** אותו הכיר על רקע
שהייה משותפת בכלא איימן. **מחמוד נאדי** (עצור) היה נהג המונית שהסיע את המתאבד
לדולפינריום. בחקירתו בשירות ביטחון כללי סיפר כי **אנס עא כרים דאוד**, תושב קלקיליה,
מזוהה חמא"ס ובעל עבר פלילי הוא שתיאם את הסעתו של המתאבד מקלקיליה לת"א תוך
שהיה בקשר טלפוני במהלך הנסיעה עם מחמוד ועם המתאבד.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 29 מאי 2001: פיצוץ מחבל מתאבד והריגת מחבל נוסף במחסום "תופח", 2 חיילים פצועים



**עבד אלמעטי עצאר** - תושב חַאן יונס, **בן 19**, רווק, סטודנט באוניברסיטה האסלאמית, הגיע למחסום "תופח" עם צעיר נוסף, **עסמעיל עאשור**, תושב מחנה הפליטים חן יונס, בן 20, אף הוא סטודנט באוניברסיטה האסלאמית. השניים הגיעו לעמדת המגנומטר ונתבקשו להציג תעודות זהות, מאחר ולא החזיקו ברשותם תעודות זהות נתבקשו על ידי החיילים

להתרחק מהעמדה. בשלב זה, התקרב המתאבד  לעבר החיילים ופוצץ עצמו, במקביל נסוג מעט לאחור עסמאעיל עאשור ולאחר הפיצוץ התקרב לעמדת החיילים תוך כדי זריקת רימונים. עסמעיל נורה ונהרג מאש חיילי צה"ל. הפיגוע בוצע על ידי ארגון החמא"ס.

**✱ ✱ ✱**

## 25 מאי 2001: פיצוץ מכונית תופת בידי 2 מתאבדים בתחנה המרכזית בחדרה,  66 פצועים

**אסאמה אבו אלהיג'א**, תושב מחנה הפליטים ג'נין, **בן 22**, רווק, עבד בחברת שטיחים **ועלא צבאח**, תושב העיר ג'נין,  **בן 22**, רווק, עבד בחנות אופנה. השניים פוצצו מכונית תופת בתחנה המרכזית בחדרה. ארגון הג'יהאד האסלאמי נטל אחריות על הפיגוע. מארגני הפיגוע היו **תאבת מרדאוי ומחמוד נורסי**, שהכינו רכב תופת ומזוודת נפץ ויצאו עימם מברטעה לישראל. זהו פיגוע ההתאבדות הראשון (מאז נובמבר 1998 - ירושלים), שהארגון ביצע בשטח ישראל.

**✱ ✱ ✱**

75

מחבלים מתאבדים בעימות הנוכחי

## 25 מאי 2001:  פיצוץ מיכלית תופת בידי מחבל מתאבד בצומת נצרים, ללא נפגעים

**חסין אבו נאצר** - תושב מחנה הפליטים ג'באליה/עזה, **בן 22**, רווק, סטודנט באוניברסיטה האסלאמית, פעיל ג'האד אסלאמי בעברו. אבו נאצר נהג מיכלית דלק בסמוך לשיירה צבאית בצומת נצרים. כוח צה"ל במוצב מגן 3 פתח באש לעבר המיכלית. אבו נאצר ירד מהציר, נעצר על תלולית של המוצב, ואז אירעה התפוצצות המיכלית, כאשר המתאבד ישוב בתוכה. בחלקה הקדמי של המשאית היו 3 בלוני גז, ו-48 ק"ג של חומר נפץ מאולתר. אחריות לפיגוע ניטלה על ידי החמא"ס.  הפיגוע אוכוון על ידי **צאלח שחאדה**, מבכירי הנהגת החמא"ס באזח"ע וממייסדי הזרוע המבצעית שלה.

**❋ ❋ ❋**

## 18 מאי 2001: פיצוץ מחבל מתאבד בכניסה לקניון השרון בנתניה, 5 הרוגים ו- 86 פצועים



**מחמוד מרמש** - תושב טול כרם, **בן 21**, רווק, דתי, פעיל חמא"ס פוצץ עצמו בכניסה לקניון השרון בנתניה. ארגון החמא"ס נטל אחריות על הפיגוע ואף פרסם קלטת בה נראה המחבל המתאבד, מחמוד מרמש. הפיגוע בוצע על ידי תשתית החמא"ס באזור טול כרם, האחראית גם ל- 2 הפיגועים הנוספים שהיו בנתניה (3/4,1 -ו 18/5) בהם התאבדו פעילי התשתית המקומיים של המסגד הישן בטול כרם. **פואז בדראן** (הרוג), פעיל חמא"ס צבאי מטול כרם, גייס את המתאבד לפיגוע. **עמאר חדירי**, מי ששימש כסיינעו של **עבאס אל סיד** (ראש התשתית, עצור), היה איש השטח והמתווך בין פואז ועבאס. בין היתר, הורה עבאס לעמאר להכין את כל הציוד לצילום המתאבד ולמסור אותו לפואז.

**❋ ❋ ❋**

מחבלים מתאבדים בעימות הנוכחי

## 29 אפריל 2001: פיצוץ מכונית תופת בידי מחבל מתאבד סמוך לאוטובוס בצומת דיר שרף, ללא נפגעים

**ג'מאל נאצר** - תושב שכם, **בן 23**, רווק, סטודנט להנדסה באוניברסיטת אל נג'אח בשכם, פעיל ב"אלכתלה אלאסלאמיה", פוצץ מכונית תופת סמוך לאוטובוס שהוביל תלמידים בצומת דיר שריף. מחומר שעלה בחקירות הסתבר כי במהלך הפיגוע התרחשה תקלה. רכב פלסטיני נצמד לאוטובוס דבר שגרם לנאצר להסס ולפוצץ את הרכב שלא בצמוד לאוטובוס כפי שהיה מתוכנן - מה שלמעשה מנע בנס נפגעים רבים. הפיגוע בוצע באכוונת תשתית החמא"ס בשכם. **עבאדה בלאל** שילח את המתאבד לפיגוע וכמו כן ידועה מעורבותם של **חאלד ריאן ומגדי בלאסמה** בגלגול הפיגוע.

**✳ ✳ ✳**

## 22 אפריל 2001 : פיצוץ מחבל מתאבד בתחנת אוטובוס בכפר סבא, הרוג אחד ו- 45 פצועים

**עמאד זבידי** - תושב שכם, **בן 18**, תלמיד תיכון, פוצץ מטען על גופו בסמוך לאוטובוס אגד, קו 29, שעצר בתחנת אוטובוס ברח' טשרניחובסקי בכפר סבא. אחריות לפיגוע ניטלה על ידי ארגון החמא"ס. את הפיגוע ביצעה בצועה התארגנות של פעילי חמא"ס מאזור שכם. אחראי לגיוסו ושיגורו של המתאבד לפיגוע היה **מהנד טאהר**. בחקירתו הודה הודה **עא רחמאן שדיד** במעורבותו בהעברתו של המתאבד לביצוע הפיגוע בכפר סבא. את ארגון מקום הפיגוע והסעתו ביצע **עלי חודירי** ואת ההסעה ביצע **נהאד אבו קשק**, נהג במקצועו, בעל ת.ז. ישראלית.

**✳ ✳ ✳**

מחבלים מתאבדים בעימות הנוכחי

## 28 מרס 2001 : פיצוץ מחבל מתאבד סמוך לתחנת דלק בנוה ימין, 2 הרוגים ו- 4 פצועים

**פאדי עאמר** - תושב קלקיליה, **בן 23,** רווק, פעיל חמא"ס, סטודנט ב"אוניברסיטה הפתוחה" בקלקיליה, פוצץ עצמו בתחנת דלק בכביש 444 דרומית לצומת כפר סבא מזרח, בקרבת קבוצת תלמידי תיכון אשר המתינו בתחנת הדלק להסעה לביה"ס בקדומים. תשתית החמא"ס בקלקיליה היא האחראית לביצוע הפיגוע. המתאבד נשלח על ידי **ג'בריל ג'בריל וטארק ברזילי,** פעילי חמא"ס צבאיים מקלקיליה. הפעילים עדכנו את **עא רחמאן חמאד** (הרוג) ו**ראא'ד חותרי,** פעיל חמאס צבאי בכיר אודות הפיגוע על מנת שיטלו אחריותו. גם **אבראהים דחמס,** פעיל חמא"ס מבצעי בקלקיליה, הודה בחקירתו בקשריו עם המתאבד ומודעותו לתכנון הפיגוע.

### * * *

## 27 מרס 2001: פיצוץ מחבל מתאבד ליד אוטובוס בצומת הגבעה הצרפתית בירושלים, 13 פצועים



**דיאא טויל** - תושב אלבירה/רמאללה, **בן 20,** רווק, סטודנט להנדסה באוניברסיטת ביר זית, פעיל חמא"ס, אחיינו של ג'מאל טויל, פעיל חמא"ס בכיר ברמאללאה. המתאבד פוצץ עצמו ליד אוטובוס אגד בקו מס' 6, אשר נסע מכיוון הגבעה הצרפתית לכיוון מזרח. אחריות לפיגוע ניטלה על ידי ארגון החמא"ס. החל מיולי 01 החלה להיחשף תשתית חמא"ס צבאית, שמרכזה בשומרון ולה קצה מבצעי ברמאללה. ב- 9 אוג' 01 נעצרו ע"י ממ"ס רמאללה **עבדאללה גמאל** ו**בלאל ברגותי,** שניהם תושבי בית רימא. בחקירתם בשירות ביטחון כללי הודו   באחריות להוצאתו של המתאבד לפיגוע. כמו כן הודו בהפעלת מעבדת חבלה ברמאללה. ברגותי הוא שגייס את המתאבד לפיגוע ולאחר מכן שלח אותו לשכם לקבל המטען. המתאבד   נשלח לפיגוע על ידי **אימן חלאוה** (הרוג), מראשי תשתית החמא"ס בשומרון.

### * * *

מחבלים מתאבדים בעימות הנוכחי

## 4 מרס 2001 : פיצוץ מחבל מתאבד ברחוב מרכזי בנתניה, 3 הרוגים ו- 53 פצועים



**אחמד עליאן** - תושב <u>מחנה הפליטים נור אלשמס/טול כרם</u>, **בן 23,** רווק, איש דת, מואזין, התקרב לאוטובוס אגד קו 22 שעמד ברמזור בצומת הרחובות הרצל ושוהם, כשהיה במרחק 2-3 מ' מהאוטובוס פוצץ עצמו. כשבוע לפני התאבדותו כתב המתאבד צוואה בה התייחס ראשית לעצם ההתאבדות וניכר כי היה חשוף לשטיפת מוח חמא"סית במסגד בו התפלל. בחלקה השני של הצוואה חילק המתאבד את ירושתו. הפיגוע בוצע על ידי תשתית החמא"ס בטול כרם, בהנהגתו של **פואז בדראן** (הרוג), ובמעורבותו של **אחמד גיוסי**, פעיל חמאס בן 23, תושב טול כרם (עצור), אשר הודה בחקירתו כי הוביל את המתאבד לפיגוע וכי פתח עבורו ציר בדרך לנתניה.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 1 מרס 2001: מחבל מתאבד פוצץ מטען במונית, סמוך לצומת מי עמי, הרוג אחד ו- 10 פצועים



**זיד כילאני** - תושב סיריס/ג'נין, **בן 28**, ישב במושב האחורי במונית שירות (בה נהג ישראלי תושב אלעד) בדרכה מתל אביב לטבריה והפעיל מטען (אשר היה בתוך תיק) בעת שנתקלו במחסום משטרתי יזום, סמוך לצומת מי עמי. המתאבד נפצע באורח אנוש בפיגוע. המתאבד ביצע פיגוע דקירה בשוק הכרמל בתל אביב ב- 21 דצמבר 2000 בו דקר ופצע אזרח ישראלי

בעת שביצע קניות בשוק. יום קודם לפיגוע במונית ביצע המתאבד פיגוע מטען בתל אביב, כאשר השאיר מטען, אותו לא הצליח להפעיל, בחנות שווארמה בעיר (המטען התגלה ופוצץ על ידי חבלן). באותו יום הניח המתאבד מטען נוסף, סמוך לקבוצת צעירים ששהתה בחוף הדולפינריום בתל אביב. המתאבד ניסה להפעיל את המטען אך המטען לא התפוצץ. בחקירתו סיפר  כי היה ברשותו מטען נוסף שלא היה תקין ואשר התכוון לקחתו עמו חזרה לשטחים על מנת להשמישו. מטען זה הופעל על ידו בעת שהרכב בו נסע נעצר לבדיקה. את כל הפיגועים ביצע המתאבד בשליחות ארגון החמא"ס, באכוונתו של **קייס עדואן אבו ג'בל**, תושב ג'נין, ראש הכותלה אסלאמיה בנג'אח. בשלב מאוחר יותר נעצרה חברתו של זיד, **אנג'ליקה יוספוב**, יהודיה, המתגוררת באזור המרכז. אנג'ליקה מסרה בחקירתה כי הייתה מודעת לפיגועי הדקירה שביצע המתאבד. כמו כן ידעה על כך שברשותו שני מטעני חבלה. אנג'ליקה היתה עם המתאבד בעת הטמנת המטען במזנון ברח' אלנבי, הלכה עמו לחוף הדולפינריום תוך שהיא מודעת לכך שברשותו מטען, הייתה עמו בעת הנחת המטען ובעת שניסה להפעילו באמצעות הטלפון הנייד. כמו כן ידעה אנג'ליקה כי ברשות המתאבד מטען בעת שעלה למונית, שם גרם המתאבד, בסופו של דבר, לפיצוץ המטען.

**\* \* \***

## 1 ינואר 2001: פיצוץ מכונית תופת בידי מחבל מתאבד ברחוב הרצל בנתניה, 35 פצועים



**חאמד אבו חג'לה** - תושב שכם, **בן 23**, רווק, סטודנט להנדסת בניין באוניברסיטת אלנג'אח בשכם, דתי, פעיל ב"כותלה אסלאמיה" בנג'אח, פוצץ מכונית תופת ברחוב הרצל בנתניה. אחריות לפיגוע ניטלה על ידי ארגון החמא"ס. את הפיגוע ביצעה תשתית החמא"ס בשכם בראשותו של **עמר ג'בריני. מחמוד מדני** (הרוג), היה אחראי על אתירתו והכנתו

של המתאבד לפיגוע. **פיצל סבעאנה**, פעיל חמא"ס צבאי מקבאטיה/ג'נין היה אחראי על העברתו של המתאבד לתחומי "הקו-הירוק". גם בפיגוע זה התבססה התשתית על סטודנטים חברי "אלכתלה אלאסלאמיה" (תא הסטודנטים של החמא"ס באוניברסיטאות), המשמשים באופן מסורתי מאתר לפעילים צבאים וסייענים ומהווים את אחד הנדבכים המרכזיים בתשתית החמא"ס בשומרון.

**\* \* \***

## 22 דצמבר 2000: פיצוץ מחבל מתאבד בפונדק מחולה/בקעת הירדן, 3 חיילים פצועים



**האשם נג'אר** - תושב חברון, **בן 25**, רווק, סטודנט לעיתונות באוניברסיטת אלנג'אח בשכם, ראש ה"כתלה" בפקולטה למדעי החברה, נכנס לקיוסק, לאחר שקנה גרענים, קולה וסיגריות, יצא למרפסת במקום, התקרב לעבר קבוצת חיילים שהייתה במקום ופוצע עצמו כשהיה מרחק מטרים ספורים מהם. אחריות לפיגוע ניטלה על ידי ארגון החמא"ס. המתאבד גויס

לחמא"ס ב- 1994 ומאז פעל בשורות הארגון. ככל הנראה בוצע הפיגוע על ידי תשתית החמא"ס בשכם. **סלים חג'ה (עצור),** מסר בחקירתו בשירות ביטחון כללי כי הפיגוע בוצע תחת אכוונתו של **אימן חלאוה (הרוג)** ושל סלים עצמו אשר איתר את המתאבד. כמו כן השתתף **נאדר צוואפטא** (עצור), פעיל חמא"ס מטובאס בהוצאת הפיגוע.

**\* \* \***

מחבלים מתאבדים בעימות הנוכחי

## 15 דצמבר 2000: מחבל מתאבד ניסה לפוצץ עצמו ליד כוח אבטחה סמוך למחסום ארז, ללא נפגעים



**נור אלדין צאפי** - תושב <u>מחנה הפליטים שאטי/עזה</u>, **בן 22**, רווק, פעיל חמא"ס, בוגר לימודי חשבונאות ב"אוניברסיטה האסלאמית" בעזה, הגיע למג"ן 12 לאחר כניסת הפועלים הפלסטינים לאזור תעשיה ארז. בעת שעבר במגנומטר נשמע צפצוף. המתאבד ניסה להפעיל חגורת נפץ ומשלא הצליח ניסה לדקור את הסלקטור במקום. בעקבות כך נורה המתאבד על ידי הסלקטורים וחייל שהיו במקום. אין מידע לגבי ההתארגנות העומדת מאחורי הפיגוע.

**✽ ✽ ✽**

## 6 נובמבר 2000: פיצוץ סירה סמוך לספינת "דבור" של חיל הים ליד רפיח, ללא נפגעים



**חמדי מקדאד** - תושב <u>מחנה הפליטים שאטי/עזה</u>, **בן 27**, רווק. סמוך לחצות התפוצצה סירת חסקה פלסטינית בסמוך לדבור חיל הים אשר ביצע סיור שגרתי ברצועת החוף מול עזה. פיצוץ החסקה היה במרחק של 50-60 מ' מהדבור ובטווח 1,400 מ' מהחוף. חיילי הדבור זיהו חסקה קטנה ובה 2 ארגזים מכוסים בחרטום. החסקה הייתה ממונעת וזוהה עליה אדם אחד אשר עם זיהויו התכופף ואז נשמע פיצוץ. תנועת החמא"ס טענה, בקבלת אחריות פומבית לפיגוע, כי מדובר בפיגוע התאבדות לפיו שהה המתאבד על החסקה בעת שהתפוצצה. **יש לציין כי מדובר בפיגוע ימי ראשון שביצעה תנועת החמא"ס מאז הקמתה.**

**✽ ✽ ✽**

מחבלים מתאבדים בעימות הנוכחי

## 26 אוקטובר 2000: פיצוץ מחבל מתאבד רכוב על אופניים סמוך לעמדת צה"ל ליד גוש קטיף, 1 חייל פצוע



**נביל אלערַאעיר**- תושב סג'אעיה ג'דידה/עזה, בן **24**, רווק, סטודנט ב"אוניברסיטה האסלאמית" בעזה, רכב על אופניו על ציר כיסופים ממזרח למערב, חייל צה"ל שהבחין בו הורה לו להתרחק ואז אירע הפיצוץ. ארגון "הג'יהאד האסלאמי" נטל אחריות לפיגוע וזהו למעשה הפיגוע הראשון שמבצע הארגון ברצועה מאז אפריל 1997.הפיגוע בוצע ביום השנה ה- 5 למותו של פתחי שקאקי, מייסד הארגון. הפיגוע באכוונתו של **מחמוד אל הינדי**, אחראי הג'יהאד האסלאמי ברצועה. התארגנות הג'האד אסלאמי הצבאית האחראית לפיגוע הינה ממ.פ. ג'בליה והעומד בראשה, **מקליד חמיד**. (נהרג מאוחר יותר).

**٭ ٭ ٭**