# LOWELL DECL. EX. 9b

2) The Israeli-Palestinian conflict cannot be resolved by way of negotiations and accordingly, the only way to resolve it is the struggle.

3) A call for the strengthening of democracy.

5) [translator's note: numbering as written] Best wishes to the prison inmates.

6) Best wishes to the Palestinian people wherever they may be, including the Arab citizens of the State of Israel, for their overall position against the settlements and their adherence to Jerusalem as the future Palestinian capital.

7) Expression of sorrow at the death of Syrian President Hafez Assad.

8) Expression of appreciation and best wishes to the Arab states which are fighting against normalization with Israel.

9) Best wishes to Iraq on having withstood the war. Best wishes to the Cuban people.

***Article on a Popular Front rally in the town of Arabeh near Jenin***

Abu Ali Mustafa, Secretary General of the Popular Front, states as follows: "There will be no peace and stability in the area unless the Palestinians obtain their rights." He stated in his speech that talking about the rights is not enough; rather, it is necessary to take action in order to obtain them. "We must not think that Netanyahu, Barak and Sharon will give the Palestinian people its rights." In his speech, he emphasized that the struggle of the Palestinian people was just, that the Palestinian people have rights, and accordingly: "If Israel has red lines, we, the Palestinians, have bigger red lines."

Also in attendance at the rally were representatives of other organizations, such as Hamas and Fatah, and representatives of FIDA [the Palestine Democratic Union].

***Standing beside Iraq***

On page 27, Al Hadaf reports on a congratulatory telegram which was sent by Abu Ali Mustafa to the president of Iraq, Saddam Hussein, containing congratulations on the occasion of the anniversary of the coup in Iraq. In his telegram, Abu Ali stated that the Popular Front was standing beside Iraq against the American Zionist imperialist aggression.

***Political manifesto of the Popular Front***

The political manifesto was written following the failure of the Camp David Conference. The manifesto sets forth the following arguments:

1. Camp David was the outcome of American pressure. The talks failed; the negotiations should not be continued; nor should an additional round of Camp David-style talks be held.

2. Opposition to the signing of temporary agreements should be expressed.

3. The Palestinian leadership must know that it has no legitimation, because the Camp David discussions were in contravention of the resolutions by the Palestinian National Council.

***Manifesto on behalf of the "Returners" refugee group in Syria***

The manifesto of a refugee organization in Syria was written following the Camp David Conference. The organization's activity is devoted to the inculcation of the idea of return and the promotion of the right of return, in coordination with other Palestinian organizations. The manifesto emphasizes that the refugees do not waive the right of return, either as a collective right or as an individual right; they call upon the United Nations to continue to operate among the Palestinian refugees.

***Reprint of an interview which was given by Abu Ali to the* Al Quds *newspaper***

The central argument is that the Palestinians must abandon the way of negotiations with Israel and must approach the United Nations directly. Another argument is that the granting of citizenship to the refugees in their current place of residence must be opposed. "We will not concede the right of return." Abu Ali attacks the Camp David Conference because the United States is adopting a policy of support for Israel.

According to his argument, two crucial subjects for the Palestinian people are Jerusalem and the right of return, and the Palestinians have no right to concede those subjects, because they are crucial for the Arab nation as well. Abu Ali expresses support for resistance [terrorism] against Israel as long as the occupation continues.

***Manifesto of the PLO Central Council, September 2000***

Al Hadaf sets forth the resolutions by the PLO Central Council which were adopted after the failure of Camp David.

1. We will not concede the right of return or the refugees' right to return to their homes.

2. An absolute demand for Israel to withdraw to the 1967 lines, including Jerusalem.

3. The dismantling of all of the settlements and a complete Israeli military and civilian withdrawal to the lines of June 4, 1967.

4. Jerusalem is the Palestinian capital; there will be no peace without the liberation of the city.

5. Support of the prisoners' struggle in the prisons of Israel.

6. A resolution of support for Iraq and a call to end the blockade against it.

## Al Hadaf, Issue 1309, pp. 3-19, August 2000 (Exhibit 1-I)

***Editorial***

The editorial deals with criticism of the Arab states, which do not do enough for the good of the Palestinian cause and do not intervene in what goes on in the territories, and primarily on the issue of Jerusalem and the issue of the refugees. "The United States is not a member of the Arab League, but it has a right of veto for its resolutions," states the article, which calls upon the Arab states to adopt a different policy.

***Manifesto on behalf of the Political Bureau of the Popular Front***

Following are the principal points of the manifesto:

1. The Camp David Conference did not lead to achievements, but only concealed the occupation and the fundamental rights of the Palestinians. The Palestinians must reject the proposals.

2. The United States is not a mediator; it tends to favor Israel.

3. The manifesto warns against any concession of the right of return and the rights of the refugees.

4. Additional Camp David-style conferences must be opposed.

5. The Oslo Agreements have come to an end; accordingly, it is necessary to take action in order to apply Palestinian sovereignty to the Palestinian territories, to terminate the negotiations and to proceed to the stage of struggle and resistance.

6. The Popular Front undertakes to continue the struggle while remaining loyal to the *shahids* until victory and liberation.

***Article by Ahmad Jabbar on the need to declare a state***

Ahmad Jabbar claims that the Americans and Israel have not succeeded in changing Arafat's positions, notwithstanding the pressures which were exerted on him. The result is that the present situation resembles a maze. The Palestinian conditions must be insisted upon, with no concessions: a Palestinian state within the 1967 borders, with complete sovereignty, including

Jerusalem; the return of the refugees to their homes; the dismantling of all settlements; the release of prisoners.

The Palestinian response must be to stand firm in the face of American pressures and to approach the United Nations. It is necessary to take action in the following ways:

1. To declare a Palestinian state on the date which was set for the end of the period of the Oslo Agreements.

2. To take a position which opposes that of the United States and not to view it as the only source which holds all of the cards in its hand.

3. A call for Palestinian unity.

4. Real action toward the construction of the institutions of the emergent state, including the civilian institutions.

6. [translator's note: numbering as written] A call to the Arab and Islamic world to take responsibility for what is going on in the territories.

7. A call to refrain from conceding the basic rights of the Palestinians.

***An interview with* rafiq *(Comrade) Abu Ali Mustafa***

The article focuses on the resolutions by the General Conference of the Popular Front, and especially deals with the internal and constitutional affairs of the organization and the need to intensify the democracy within the Popular Front.

In addition to all of the above, Abu Ali calls for Palestinian unity, for the struggle for the right of return. Negotiations must not be viewed as the only way to resolve the conflict; rather, additional alternatives must be prepared. According to his argument, the conflict is not a problem of borders, but a historical conflict. The Palestinian side is prepared for a confrontation with the occupation.

***Article by Abd al-Rahim Malluh, a member of the Political Bureau of the Popular Front***

The article takes issue with the outcome of the Camp David Conference. The argument is that Camp David was intended to give credit points to President Clinton. Arafat did not want to participate in the conference and succeeded in postponing it; in the end, however, he came to Camp David under pressure. His objective was to end the conference with a minimum of damage. Israel wanted Camp David in order to squeeze out concessions on the subjects of borders, the settlements, the right of return and Jerusalem.

***Article by Aref Suleiman, a member of the Political Bureau of the Popular Front***

This article also deals with the outcome of Camp David. According to his argument, no solution was found for the central topics of the conflict – the refugees, Jerusalem, the borders – and the conflict on those issues will continue. As long as those issues are not resolved, the conflict will continue.

## Al Hadaf Vol. 1320 (1 Pal) pp. 32-33, Exhibit 1-J
## July 2001

**Leila Khaled to Al Hadaf:**

***The intifada confirms the historic Palestinian way and attests to the failure of the possibility of coexistence and negotiation with the Zionist enemy***

Leila Khaled, a veteran activist in the Popular Front for the Liberation of Palestine and a member of the Palestinian National Council, is interviewed in the Al Hadaf Magazine, 31 years after her terrorist operations. Khaled expresses her opposition to the diplomatic negotiations with Israel and her support of the intifada and the continuation of the armed struggle against Israel until the national goals of the Palestinian people have been achieved – eradication of the occupation, return of the refugees and the establishment of a sovereign state with Jerusalem as its capital. She states that the intifada proves that it is not possible to coexist with the Zionist entity and criticizes the dangerous concessions which were made within the framework of the Madrid Conference, the Oslo Agreement and the agreements which were subsequently signed. According to Khaled, they achieved nothing for the Palestinians, but only harmed the Palestinian interests and served those of Israel. As she sees it, Israel will never be a neighbor and a friend, and the only possibility of securing the rights of the Palestinian people is by continuing in the struggle.

Khaled praises the Palestinian people for its actions in the intifada and believes that in order for it to continue, it is necessary to strengthen the national unity, to solve the domestic problems, to define clear policy goals and to reject any negotiation with Israel. She believes that maintaining contacts with Israel sows confusion in the Palestinian and Arab street; after all, the Palestinian leadership is asking the Arab world to break off its contacts with Israel and to stop the processes of normalization with it, and therefore Palestine must also refrain from contacts with Israel. She warns that the intifada must not be used as a political tool as part of the negotiations; rather, it must be continued until the Palestinians succeed in forcing their terms upon Israel.

Khaled points out that one of the great achievements of the intifada is its contribution to the unity of the Palestinian people, which constitutes a necessary precondition for the success of the struggle. She therefore calls upon the various factions to maintain coordination and cooperation.

As for the Arab world, Khaled claims that the United States has exerted considerable influence on its position in the conflict, and criticizes the United States for its clear support of Israel and the Sharon government, as a result of which it cannot serve as a reliable intermediary in the negotiations. She believes that the intifada has ignited the Arab street and has driven it to support the Palestinian people, and that this important support must be preserved.

## Al Hadaf 1320, pp. 6-8, 2001 (Exhibit 1-K)

An acutely critical article against Israeli policy, which uses all possible means against the Palestinian people; the article refers to it as a "Zionist Fascist" policy. The severe criticism is directed against the Government of Israel and against the settlers, along with a warning that "Sharon and his government are not achieving their objective. Every Israeli must know that the present situation will not give him either security or salvation, and only stopping the occupation will."

The article calls for the continuation of the intifada and the continuation of the resistance [terrorism] against the occupation. It includes a call for Palestinian unity, a call for opposition to the American policy, a call for the isolation of Israel and its government, and a call for the trial of Prime Minister Sharon.

An additional article in the same issue speaks out against the agreement to the cease-fire that was declared by Arafat. The article calls for the cessation of any security coordination with Israel and the cessation of political arrests, and speaks out against the idea of collecting weapons from the Palestinians; on the other hand, it calls for continuing the intifada by all possible ways and means.

The article calls for the realization of the refugees' right of return and the declaration of the establishment of an independent state.

The article cites statements by several leaders of other organizations:

1)   Marwan Barghouti, Fatah: The daily strikes must be directed against the murderous soldiers and settlers until the end of the occupation.

2)   Ahmad Saadat, Popular Front: The cease-fire must not be observed; the resistance is legitimate.

3)   Abu Lila, Democratic Front: We must be vigilant against American-Israeli blackmail in matters of security. The resistance [armed struggle, terrorism] against the army and the settlers is legitimate.

4) Hassan Yusuf, Hamas: The occupation is aggression, and therefore, the members of our people have the right to respond and to act, in any place and at any time.

5) Abd al-Hakim Masalma, Islamic jihad: Resistance to the cease-fire and a call for continued fighting.

6) Hana Amira, People's Party: Israel is seeking to isolate the Palestinian leadership, and it is doing so by means of military operations. He expressed opposition to suicide bombing operations within the territory of Israel.

***Article by Ali Jaradat, a member of the Political Bureau of the Popular Front***

The article deals with the debate on suicide bombing operations and cites various opinions in favor and against. Its conclusion is that it is necessary to carry out military operations which are agreed upon and coordinated by all of the organizations.

## Partial List of PFLP Attacks From September 2000 Through June 2001
## Al Hadaf, July 2001 (Exhibit 1-L)
## July 2001

***Palestinian Popular Resistance Forces Strike Tel Aviv***

On the morning of July 2, 2001, the *Shahid* Wadie Haddad Unit of the Palestinian Popular Resistance Forces, the military arm of the Popular Front for the Liberation of Palestine, carried out an operation in the settlement of Yehud, which stands on the soil of the Palestinian village of al-Abbasiyya. The operation included blowing up two cars and was carried out in response to the killing of five Palestinian fighters in the Jenin District the day before and as a reaction to the arrogance of the government led by the terrorist Sharon, and as part of the struggle by the Palestinian people to achieve the right of return and to establish a sovereign state with Jerusalem as its capital. The Israeli street must know that Sharon cannot provide them with protection because only recognition of the rights of the Palestinian people can do that.

***A Heroic Action by the Palestinian Popular Resistance Forces***

Following is a report by Al Hadaf on the heroic action by the Palestinian Popular Resistance Forces, the military arm of the Popular Front for the Liberation of Palestine:

***In the West Bank***

**October 2000:**

1. Shooting at a military roadblock in the area of Jabel Abu Ganim and killing an Israeli soldier, October 2, 2000.

2. Attacking an Israeli bus near Bethlehem, wounding a settler, October 5, 2000.

3. Throwing a hand grenade at an Israeli position in Ras al-Amud, February 2000.

   Throwing a hand grenade at Israeli soldiers at the Dung Gate, April 2000.

4. Throwing a hand grenade at a bus in Ras al-Amud, October 2000.

5. Attacking a military position near Jabel Abu Ganim, wounding an Israeli soldier, October 8, 2000.

6. Attacking a military patrol on the Za'atara route, October 15, 2000.

7. Attacking a bus on Road No. 60 near al-Khadr, wounding two of its passengers, October 16, 2000.

8. Shooting at an Israeli car on the Latrun road near Beit Sira; Israel did not recognize the operation, October 17, 2000.

9. Throwing hand grenades and firing at a military roadblock near Abu Dis, wounding two soldiers, October 18, 2000.

10. Encounter with an Israeli patrol on the road leading to Giloh, wounding two soldiers, October 18, 2000.

11. Shooting at a car driven by settlers on the peripheral road in South Nablus, October 19, 2000.

12. Five attacks on fixed targets in Giloh and the Beit Sakhur military base, October 20-November 1, 2000.

13. Shooting at a military barrier at the junction of the villages of Kharbeta, Dir Amar and Na'alin, during an encounter which went on for more than an hour, October 28, 2000.

14. Throwing a hand grenade at an Israel Police patrol in position at the Lions Gate, wounding one of the policemen, October 31, 2000.

**November 2000:**

15. Shooting at the Kharbeta-Dir Amar junction, following which the Israel Defense Forces attacked several villages, November 10, 2000.

16. Shooting at a car near the settlement of Alon Moreh and wounding two settlers, November 21, 2000.

17. Blowing up an explosive charge which directly hit an Israeli car on the road leading to Alon Moreh, but Israel did not announce any casualties, November 23, 2000.

18. Shooting on a car driven by settlers, wounding two of the passengers and making the car turn over, on the Alon Moreh road, November 20, 2000.

**December 2000:**

19. Shooting at a bus of settlers near Sebastia, December 2, 1.

20. Attacking a military patrol which was moving toward the Beit Sakhur roadblock, December 3, 2000.

21. Shooting at a military jeep near the village of Salem in the course of an encounter which went on for half an hour, December 7, 2000.

22. Shooting at a vehicle driven by settlers near the village of Baraka, wounding two settlers, December 7, 2000.

23. Attacking a military patrol near Jabel Abu Ganim, December 7, 2000.

24. Attacking a bus of settlers, which was transporting an important Israeli rabbi, on the way to the settlement of Ateret, north of Ramallah, wounding one settler, December 10, 2000.

25. Encounter between a squad of Palestinian Popular Resistance Forces and an Israel Defense Forces ambush, December 11, 2000.

26. Shooting at the settlement of Beit Aryeh, December 12, 2000.

27. Attacking a roadblock in Bethlehem and damaging a car, December 15, 2000.

28. Blowing up an explosive charge under a vehicle driven by settlers near Beit Furiq, wounding one of the settlers, December 17, 2000.

29. Blowing up an explosive charge in a military jeep near the village of Baraka; two Israel Defense Forces soldiers were wounded, according to Israel Radio's Hebrew-language broadcast, December 18, 2000.

30. Attacking a car driven by settlers on the Latrun road near Givat Zeev, killing one of the settlers, December 21, 2000.

31. Attacking a car driven by settlers on the Alon Moreh road, wounding the driver of the car, December 22, 2000.

32. Armed encounter with Israel Defense Forces soldiers in the village of Beit Dajan, wounding a Palestinian resident, December 23, 2000.

33. Shooting at a car driven by settlers inside Alon Moreh, wounding a settler, December 28, 2000.

34. Shooting at the settlement of Efrat, December 30, 2000.

35. Participating, together with the group, *Shahids* of the Intifada (مجموعة شهداء الانتفاضة), in an attack on a car driven by settlers near Ofra, killing Kahane and his wife (Binyamin Zeev and Talia) and wounding three of their children, December 31, 2000.

**January 2001:**

36. Blowing up two explosive charges weighing 5 kg, in an Israeli bus near Sebastia, with no casualties, January 2, 2001.

37. Attacking a military patrol in the Ya'abad area, wounding two Israeli soldiers, January 2, 2001.

38. Attacking a car driven by settlers on the Latrun road near Beit Sira, wounding two settlers, January 3, 2001.

39. Shooting at an Israel Defense Forces base near the village of Tayasir, January 6, 2001.

40. Shooting and throwing hand grenades at a Post Office vehicle near Alon Moreh, January 10, 2001.

41. Attacking the guard of the reservoirs at Umm Tuba, January 10, 2001.

43. (sic) Shooting at the al-Zababda base, twice on the same date, January 12, 2001.

42. (sic) Laying an ambush for the car of a settler known for his aggression toward Palestinians; the settler was wounded, according to Israel Radio; the operation was filmed, January 15, 2001.

43. (sic) Shooting at an Israeli convoy consisting of a bus and five cars on the way to Alon Moreh, wounding one of the settlers.

44. Shooting at a car driven by settlers on the peripheral road near Beth El, January 20, 2001.

45. Attacking a patrol near Wadi al-Hames in Bethlehem, January 20, 2001.

46. Shooting at an Israeli bus near the settlement of Halamish, following which the Israel Defense Forces shelled the neighboring villages, January 23, 2001.

**February 2001:**

47. Blowing up a booby-trapped car in the Mea Shearim neighborhood of Jerusalem, causing eight casualties, February 8, 2001.

48. Attacking a car driven by a settler and killing him on the tunnel road in Bethlehem, February 11, 2001.

49. Attacking the settlement of Kedar near al-Abidiya, February 11, 2001.

50. Attacking a military patrol in al-Furedis, February 12, 2001.

51. Firing a rocket at Alon Moreh, February 21, 2001.

52. Shooting at the al-Zababda base, February 22, 2001.

53. Shooting at the al-Zababda base, February 23, 2001.

54. Shooting at the settlement of Kedumim, February 23, 2001.

55. Throwing a dud grenade at the American Consulate while Powell was visiting the area during his meeting with Sharon, February 27, 2001.

56. Shooting at residents of Eyal north of Qalqilya, wounding one of them, February 28, 2001.

**March 2001:**

57. Placing two explosive charges on the peripheral road of Alon Moreh; they did not go off due to a technical failure and were dismantled by Israel, March 4, 2001.

58. Shooting at a car driven by settlers on the peripheral road of Alon Moreh, damage to the vehicle, March 4, 2001.

59. Shooting at a car driven by settlers at the Beit Furiq Junction, March 5, 2001.

60. Ambush to the secretary of the settlement of Homesh, who sensed danger; he retraced his footsteps and managed to get away, March 5, 2001.

61. Shooting and throwing hand grenades at an Israeli tank truck near the village of Baraka, severely wounding the driver, March 9, 2001.

62. Shooting at Israel Defense Forces soldiers and killing one of them; the Guevara of Gaza Brigades took responsibility for the operation, March 19, 2001.

63. A booby-trapped car in the Mea Shearim neighborhood of Jerusalem was discovered before it blew up, March 21, 2001.

64. Attacking the car of security officer Gilad Zer, who was mortally wounded, March 25, 2001.

**April 2001:**

65. A booby-trapped car near Kedumim blew up next to an Israeli patrol, April 2, 2001.

66. Blowing up an explosive charge against a fuel truck near the Ein Kinya base, April 7, 2001.

67. Shooting at the Ein Kinya base west of Ramallah, April 7, 2001.

68. Blowing up a “smart” advanced explosive charge against the military roadblock at the Beit Furiq junction east of Nablus, wounding and killing some of the soldiers at the roadblock; the operation was filmed, April 14, 2001.

69. Throwing a hand grenade at an Israel Defense Forces position at Rachel’s Tomb, wounding a soldier.

70. Hand grenade on the Giloh road.

71. Encounter with Israel Defense Forces troops at a military roadblock near Dar Salah in Bethlehem.

72. Encounter with an Israel Border Police patrol in Dar Salah, wounding a soldier.

73. Throwing a hand grenade on the Za'atara road in Bethlehem.

74. Attacking a military patrol on the peripheral road leading to Halamish, following which the Israel Defense Forces attacked National Security targets in Beit Reema.

75. Blowing up a booby-trapped car in Or Yehuda and wounding eight Israelis, April 23, 2001.

76. Attacking a military patrol near Ofarim.

79. (sic) Throwing hand grenades at a car driven by a settler on the way to Ateret.

**May 2001:**

80. Shooting at a car driven by settlers on the peripheral road of Alon Moreh and severely wounding one of the passengers, May 1, 2001.

81. Blowing up an explosive charge near the village of Sarda near Ramallah, which destroyed an Israel Defense Forces jeep and one of its passengers, May 17, 2001.

82. Blowing up a booby-trapped car near the police station in the Russian Compound in Jerusalem, May 26, 2001.

83. Placing an explosive charge in the "settlement that is on the soil of Qalunia" (Mevasseret Zion), which exploded without causing damage.

84. Explosive charge on the access road to the Qalandiya Airport, which exploded without causing damage.

**June 2001:**

85. Placing two explosive charges on a motorcycle in Haifa, which failed for technical reasons and were neutralized by a police robot.

86. Shooting at a military base near the village of Salem, June 18, 2001.

***In the West Bank***

**October 2000:**

87. Blowing up a mine on the border to the east of Khan Yunis, near the Khiza area, while an Israeli patrol was going by, October 17, 2000.

88. Blowing up a mine in the Rafah area on the road leading to the settlement of Morag, October 20, 2000.

**November 2000:**

89. Four shooting operations in the direction of the settlement of Dugit, November 1-20, 2000.

90. Shooting at a military position in the border area near Beit Khanun, November 29, 2000.

91. Shooting at a bus on the road to al-Muntar and the settlement of Netzarim, November 29, 2000.

92. Explosive charge near the al-Tafah roadblock, west of Khan Yunis, November 9, 2000.

**December 2000:**

93. Laying several ambushes for the Israel Defense Forces in the settlement of Netzarim from the Northeast and an encounter with an Israel Defense Forces jeep which was passing by, December 12, 2000.

94. Blowing up an explosive charge while an Israeli bus was passing by on the road between Netzarim and al-Muntar and exchange of fire with the Israel Defense Forces, December 25, 2000.

95. Shooting at an Israel Defense Forces position at the Netzarim junction.

96. Attacking the watchtowers at Netzarim, which face west toward Beit Khanun, near the Erez Border Crossing, encounter with an Israel Defense Forces unit which returned fire, December 24, 2000.

97. Shooting east of Beit Khanun, at Israel Defense Forces watchtowers on the border, December 24, 2000.

98. Shooting with no return fire at positions and watchtowers near the Erez Border Crossing, December 31, 2000.

99. Explosive charges near the al-Tafah roadblock, west of Khan Yunis, December 10, 2000.

100. M16 fire on a military patrol near the east Beit Khanun border.

**January 2001:**

102. (sic) Shooting in the direction of a position to the northeast of Beit Khanun and an encounter with the Israel Defense Forces, January 2, 2001.

103. Throwing three hand grenades at an Israeli military base near the Beit Khanun border crossing, January 15, 2001.

104. Explosive charge at the Gush Katif junction, which was activated against a military jeep.

105. Many activities in the southern and central area of the Gaza Strip.

**March 2001:**

106. Mortar fire on Netzarim, March 8, 2001.

**April 2001:**

107. Mortar fire on the settlement of Gadid, April 30, 2001.

**May 2001:**

108. Shelling of Netzarim, May 1, 2001.

109. Mortar fire on Netzarim, Nir Am and Morag by three squads, May 15, 2001.

**June 2001:**

110. Firing two mortar shells at Nir Am, June 5, 2001.

111. Firing two mortar shells at Netzarim, June 6, 2001.

112. Firing two mortar shells at Neve Dekalim, June 6, 2001.

113. Firing two mortar shells at Dugit, June 8, 2001.

114. Firing two mortar shells at Rafiah Yam, June 10, 2001.

115. Blowing up 45 kg of explosive charges against an Israel Defense Forces jeep on the Gaza-Egypt border, June 11, 2001.

116. Mortar fire on the main Israel Defense Forces military base in Gush Katif, near Neve Dekalim, June 18, 2001.

## Al Hadaf, August 2001, Issue 1321/2 (Exhibit 1-M)

***The three-sided trap***

The article analyzes the situation from the standpoint of the three sides [in Hebrew: "three ribs"; see below] of the triangle – the Israeli side, the Palestinian side and the intifada – and attempts to find an answer for how to get out of the trap. In the opinion of the journal, the Israeli side, headed by Sharon, is the racist, aggressive side; they are continuing the heritage of Ben Gurion, Rabin and Netanyahu. Sharon has not succeeded in bringing the Palestinian people to surrender and the struggle is continuing. Israel is uneasy, the settlers are afraid, and the price that Israel is paying is high.

The Palestinian Authority has agreed, since the Oslo Agreements, to participate in American programs for solution. The Israeli demand in the negotiations is security; the Palestinian side wants the cessation of all settlements, and it has fewer demands than the Israeli peace movement. Instead of improving the situation and winning the battle, the Palestinian Authority is assisting Israel and giving it the reasons to invade the Palestinian territories.

The achievements of the intifada and Hamas are especially focused on the creation of fear for Sharon and the settlers. The intifada has brought honor back to the Palestinians.

Getting out of this situation requires the determination of a new Palestinian policy, the purpose of which is to break the rib of the occupation. This is the reason why it is necessary to continue the intifada.

***The Palestinian People and the Islamic National Forces Are Continuing the Intifada by Jawad Aqal***

The Palestinian people has every right to continue the intifada by all possible ways and means. The Arab assistance is not sufficient; it decreases every day because of the American pressure. The American administration is helping Israel stop the intifada, which is landing blows on Israel. The intifada is also harmful to American interests. Continuing the intifada will force the United States to stop its two-faced policy. The conclusion is that the intifada must be continued, the struggle must be continued, because this is a legal operation. Our people is prepared to continue the sacrifice in order to eliminate the occupation.

***Congratulations to Iraq***

*Rafiq* Abu Ali sends congratulations to Saddam Hussein, Abdelaziz Bouteflika and Fidel Castro. "I am confident that the Iraqi people will continue to stand up to the aggression and will fight it with all its might in order to break the blockade. The campaign of the Iraqi people is the campaign of the Palestinian people."

***The Press Office***

This section includes a number of responses to various topics: the Popular Front calls for a boycott on meetings with Israelis, including Yossi Beilin and the Meretz Party; condemnation of the meeting between Palestinians and Israelis in Luxembourg; condemnation of the meeting between the Egyptian Foreign Minister and Shimon Peres.

***Military manifesto, July 2, 2001***

The Wadie Haddad Forces announce their responsibility for carrying out a terrorist attack in Yehud, near Tel Aviv, in response to the killing of five Palestinians in Jenin.

***Memorial event for Ghassan Kanafani***

The journal Al Hadaf covers many events which took place in commemoration of Ghassan Kanafani. Thus, for example, a memorial evening in the Jarmana refugee camp in Syria, with the participation of authors and poets. Activities in the city of Aleppo, which were organized by the Popular Front, during which, in the course of the memorial event, calls were heard to continue the struggle. A memorial evening was also held in the Shatila refugee camp in Lebanon, where members of the Front placed flowers on Kanafani's grave. In North Lebanon, a library was opened in his name Syria [translator's note: words missing or incorrect].

***Death notices***

The journal Al Hadaf publishes death notices on behalf of the Popular Front, announcing the deaths of Fatah activists and a Popular Front activist.

## Al Hadaf Vol. 1307 pp. 3-5, 11-17, 20-22 (Exhibit 1-N) June 2002

Note: in this exhibit, the Al Hadaf journal expresses its sorrow at the death of Syrian President Hafez al-Assad, sends its condolences to his family and wishes Bashar success in his position. Another is subject to which the column refers is the expected convocation of the Palestinian Central Council following the failure of the negotiations with Israel. The column calls upon the

Palestinian leadership to stop the talks with Israel and to go back to the way of struggle, because Israel understands only force.

***Notice on Behalf of the Political Bureau of the Popular Front for the Liberation of Palestine***

The political bureau of the Popular Front welcomes the most recent confrontations with Israel, in the course of which seven *shahids* were killed and more than 1,000 Palestinians were wounded, and calls upon the people to continue its intransigent struggle until its goals and its rights have been attained, primarily the right of return and the establishment of a sovereign state with Jerusalem as its capital. The bureau also congratulates the Lebanese people on its victory against Israel, following the recent unconditional withdrawal of the latter from South Lebanon, and considers this as proof of the rightness of the way of armed struggle. The bureau objects to the continuation of negotiations between the Palestinian leadership and Israel, and calls for the negotiations to be abandoned and for the Palestinian people to unite around the continuation of the struggle against Israel. The bureau expresses sorrow at the death of Hafez al-Assad and sends its condolences to the Syrian people and its leadership.

**The formation of the Palestinian National Council by way of democratic elections**

***The "King's Highway" to the establishment of an independent state***
***by Tayseer Qubaa, Deputy Chair of the Palestinian National Council and a member of the Political Bureau of the Popular Front for the Liberation of Palestine***

Qubaa welcomes the resolutions which were adopted by the Palestinian Central Council last February in the diplomatic and the organizational sphere, which constitute a basis for taking on the challenges that are facing the Palestinian people. Among other things, he mentions the resolution to establish an independent Palestinian state at the end of the year and to renew the operation of the PLO. He states that in order to execute these resolutions, it will be necessary to take real steps which result from a clear course and a proper program of statehood, and calls for the reconvening of the Palestinian National Council in a democratic manner, in order to unite the Palestinian people and to formulate such a proper program. Qubaa explains the considerations on the basis of which the Popular Front proposes to reconvene the National Council. He believes that the negotiations with Israel have failed and that the Oslo Agreements have harmed the Palestinian people, and criticizes Israel for strengthening the settlements. The writer proposes principles for the reconvening of the National Council, on the basis of a modern and democratic election law.

***Israel and the International Law***
***by Abd al-Rahim Malluh, a member of the Executive Committee of the Palestine Liberation Organization and the Political Bureau of the Popular Front for the Liberation of Palestine***

Malluh describes the relationship between Israel and the international community and international law; he claims that Israel has always ignored the United Nations resolutions. As evidence, he cites cases in which Israel has acted in contravention of such resolutions and shows how it refuses to recognize them in its relations with the Arab world. Malluh criticizes Israel for having ignored the United Nations resolutions with respect to Lebanon for a long time, and now that it has withdrawn from South Lebanon, as a result of the struggle by the Lebanese people against it, it is demanding that the United Nations comply with its undertakings, within the framework of the resolutions which it had ignored until now. He claims that the Palestinian people must adhere to the UN resolutions, must not grant any concessions with respect to their implementation, and must reject any Israeli proposal which attempts to contradict them.

***We Must Seek Our Sources of Power in the National Arena***
***from a speech by Jamil Majdalawi, a member of the Political Chamber of the Popular Front for the Liberation of Palestine, at a Popular Front conference***

Majdalawi expresses his opposition to the Oslo Agreement and considers it as a means for Israel to corrupt Palestinian society and to interfere with its struggle, because it lays the foundation for Israeli interference in the actions of the Authority and for prevention of Palestinian sovereignty at all levels – internal affairs, economy, security, and the like. Majdalawi also criticizes corruption within the Palestinian leadership. He calls for a declaration of Palestinian independence, based on the resolutions by the Palestinian National Council, and not on the Oslo Agreements or the United Nations resolutions, and while continuing the struggle against Israel. The author refers to the resolutions which were adopted at the conference of the Palestinian Central Council in February, approximately four months earlier, with respect to the renewal of operations by the PLO and the realization of Palestinian sovereignty. He calls for the implementation of these resolutions and provides extensive detail as to the practical measures which must be taken toward that end.

**Where Are the Negotiations Headed?**

***The Duties of the Permanent Arrangement and the Inheritance Left by the Transition Period***
***by Ahmad Jabbar***

Ahmad Jabbar analyzes the present situation with respect to the diplomatic contacts between Israel and the Palestinian Authority, and attacks the Israeli side for not having fulfilled its undertakings on the basis of the Oslo and Sharm el-Sheikh Agreements and for demanding more and more concessions from the Palestinian side. The author criticizes threatening statements by Israelis, such as the Chief of Staff of the Israel Defense Forces at the time, Shaul Mofaz, and the

operations carried out by the IDF in the territories. According to his statement, Israel and the United States fear the renewal of the armed struggle more than the Palestinians, who are willing to fight for their rights at any price. Jabbar then goes into a political analysis of the crisis in the Israeli Government, which is causing it, as he sees it, to exert pressure on the Palestinian side in order to attain political achievements. He calls upon the Palestinian leadership to withstand those pressures and to take measures toward the declaration of a Palestinian state while continuing to struggle for the realization of the right of return and the release of security prisoners.

***The Paradoxes in the Negotiations between Israel and the Palestinians***
***by Abd al-Ala Belkaziz, a Moroccan writer and academic***

Belkaziz analyzes the negotiations between Israel and the Palestinians and calls attention to a number of problematic points which are causing them to fail. He claims that the negotiations are being conducted with no real basis, because the Oslo Agreement merely provides a framework and does not include political or legal undertakings. Furthermore, the Oslo Agreement itself is devoid of any basis and does not refer to the United Nations resolutions on the subject. He believes [that] Israel has deliberately brought about this situation so that it will be able to continue in its policy. As proof, he argues that Israel keeps dragging the Palestinians to the negotiating table, again and again, in order to discuss the same topics and arrive at the same baseless agreements, which have no influence on reality. He goes on to criticize the Palestinian leadership for agreeing to further and further concessions, without demanding appropriate concessions from the Israeli side.

## Al Hadaf Vol. 1327 p. 51 (Exhibit 1-O)

Text:

The Popular Front for the Liberation of Palestine is proud
of the *shahid*, its hero, who died a holy death,
Sadek Ahad Abd al-Hafez
the hero of the suicide bombing in Karnei Shomron

**RONNI SHAKED - APPENDIX 1**



## Al Hadaf, Vol. 1327, p. 10 (Exhibit 1-P)

Two telegrams, one from George Habash and the other from the Secretary General of the Popular Front, Ahmad Saadat, which were sent to the family of Sadek Ahad of Qalqilya, who carried out the suicide bombing in Karnei Shomron, constitute proof of the Popular Front's taking responsibility for the suicide bombing.

***The telegram from George Habash***

The *rafiq*, the founder [of the Popular Front], sends condolences to the family of the *shahid* Sadek Ahad.

The courageous operation which the heroic *shahid* carried out was in the defense of justice, as a response to operations of destruction, killing and elimination against members of our people. The *shahid* set a special example for the blessed intifada and constitutes an example of willingness to preserve Palestinian honor. The courageous operation which Sadek carried out will remain [in our hearts] forever and will set an example for future acts of bravery for the sake of the liberation.

***Congratulatory telegram from Ahmad Saadat, Secretary-General of the Popular Front, to members of the family of Sadek Ahad***

The General Secretary General sent condolences by telegram to the members of the family of Sadek Ahad, the hero of the Karnei Shomron operation. "With pride and honor, I and the entire leadership of the Popular Front and the members of the Palestinian people received the news that your son, the distinguished *shahid*, carried out an operation in the settlement of Karnei Shomron. I appreciate the operation by the *shahid*, and I promise and undertake to all of the *shahids* that we will continue the struggle, the resistance and the intifada and will adhere to all possible means in order to pursue the path of the *shahid* and his pure blood."

■ شؤون فلسطينية

## ويبرق للرئيس الجزائري عبد العزيز بوتفليقة بمناسبة استقلال الجزائر

## د. جورج حبش يبرق للرئيس صدام حسين بمناسبة ذكرى ثورة تموز







### (عمود يمين)

سيادة الرئيس صدام حسين الأمين العام لحزب البعث العربي الإشتراكي رئيس الجمهورية العراقية

تحية فلسطين والعروبة وبعد: بمناسبة احتفالاتكم بذكرى ثورة ١٧-٣٠ تموز المجيدة، يسعدني أن أتقدم إليكم باسم شعبنا العربي الفلسطيني في كافة أماكن تواجده، وباسم اللجنة المركزية للجبهة الشعبية لتحرير فلسطين، وكافة كوادرها وأعضائها وجماهيرها في الوطن والشتات، وباسمي شخصياً ومن خلالكم للشعب العراقي الشقيق بأحر التهاني وأطيب التبريكات.

سيادة الرئيس:

إن ثورة ١٧-٣٠ تموز المجيدة شكلت محطة مضيئة في تاريخ العراق والأمة العربية وصفحة مشرقة من صفحات النضال البطولي الذي خاضه الشعب العراقي البطل في وجه أعتى امبراطوريات الشر والعدوان، قدم من خلالها التضحيات الجسام محطماً بذلك كل القيود التي كانت تكبل العراق وتعزله عن عمقه العربي لتكريس التجزئة ونهب ثروات الأمة والسيطرة على مقدراتها.

وفي ظل هذه الذكرى المجيدة عاودت الإمبريالية العالمية بقيادة أمريكا وحليفتها بريطانيا والصهيونية العالمية ضرب العراق بكافة أنواع الأسلحة وأكثرها فتكاً وتدميراً نافثة سموم حقدها الأسود لكسر صموده شعباً وقيادةً، ولتحقيق أهدافها اللئيمة في تقسيم العراق وضرب وحدته الوطنية لتكريس حالة التمزق التي تعاني منها أمتنا العربية.

سيادة الرئيس:

إننا لعلى ثقة تامة بأن شعب العراق الذي سجل أروع صور الصمود في وجه العربدة الأمريكية وواجه آلتها العسكرية بصدور أبنائه الشجعان لقادر على

### (عمود وسط)

سيادة الرئيس عبد العزيز بوتفليقة المحترم رئيس الجمهورية الجزائرية الديمقراطية الشعبية

تحية فلسطين والعروبة وبعد يسعدني أن أتقدم باسم رفاقي في اللجنة المركزية للجبهة الشعبية لتحرير فلسطين وكافة كوادرها وأعضائها وباسم شعبنا العربي الفلسطيني في كافة أماكن تواجده وباسمي شخصياً ومن خلالكم للشعب الجزائري الشقيق بأحر التهاني وأطيب التبريكات بمناسبة الذكرى السابعة والثلاثين لاستقلال الجزائر الشقيقة.

سيادة الرئيس:

في غمرة احتفالاتكم بذكرى الإستقلال المجيدة نشاركم فرحتكم والشعب الجزائري الشقيق، ولايسعنا إلا أن نُثمّن موقف سيادتكم بالمبادرة الشجاعة والجريئة في المصالحة الوطنية التي تعود على الشعب الجزائري بالأمن والإستقرار ويضع حداً لكل حالات العنف التي ألحقت الأذى بالجزائر.

سيادة الرئيس:

إن إرساء دعائم الأمن والإستقرار التي تقودها بخطى حثيثة وشجاعة وبكل عزيمة قوية وإرادة صلبة، بالتأكيد ستطلق عجلة التنمية

الاستمرار بالصمود والمقاومة والنهوض من جديد وتحقيق النصر.

سيادة الرئيس،

إننا في الجبهة الشعبية لتحرير فلسطين نؤكد لكم وقوف شعبنا العربي الفلسطيني معكم في معركة الشرف والإباء، التي تخوضونها في وجه أعداء الأمة العربية وعلى رأسهم الولايات المتحدةالأمريكية عدوة للشعوب المناضلة التواقة للحرية، وسنستمر في النضال جنباً إلى جنب مع كل القوى الفلسطينية والعربية الوطنية والديمقراطية، من أجل إحقاق الحقوق العربية والحقوق الوطنية المشروعة للشعب العربي الفلسطيني وفي المقدمة منها حق العودة وتقرير المصير وإقامة الدولة الفلسطينية وعاصمتها القدس.

مرة أخرى نغتنم هذه الفرصة لنجدد لكم أحر التهاني وأطيب التبريكات بمناسبة ثورة ١٧-٣٠ تموز المجيدة، متمنياً لكم موفور الصحة والسعادة، وللشعب العراقي الشقيق مزيداً من التقدم والازدهار.

وإننا نتطلع لمزيد من تطوير العلاقات الأخوية والكفاحية بين شعبينا وحزبينا الشقيقين بما يخدم آمال وأهداف أمتنا العربية العظيمة.

د. جورج حبش
الأمين العام للجبهة الشعبية
لتحرير فلسطين

### (عمود شمال)

والتطور في الجزائر.

لقد لعبت الجزائر دوراً ريادياً على كافة الأصعدة الأفريقية والعربية والدولية، وحظيت القضية الفلسطينية بكل الدعم والتأييد، وكانت الجزائر مع فلسطين وشعبها دائماً وأبداً.

إن الأمة العربية والشعب الفلسطيني بأمس الحاجة لجزائر مستقرة، حاضرة في وجدان شعبنا خاصة في مثل هذه الظروف التي تمر بها قضيتنا والأمة العربية جراء الهجمة الشرسة التي تشن عليها من قبل أعدائها، وهذا يتطلب رص الصفوف ومواجهة كل التحديات، وإننا لعلى ثقة عالية بالجزائر وشعبها المناضل وقياداتها الحكيمة بأن تلعب دورها الطليعي كما عهدناها.

سيادة الرئيس

أغتنم هذه الفرصة المجيدة لأجدد لكم أحر تهانينا وأطيب تبريكاتنا ونشد على أيديكم متمنياً لكم موفور الصحة والسعادة وللشعب الجزائري الشقيق كل الإستقرار والتطور والإزدهار، ونتطلع إلى تمتين العلاقات الكفاحية والأخوية بين شعبينا.

أخوكم د. جورج حبش
الأمين العام للجبهة الشعبية
لتحرير فلسطين

■ شؤون فلسطينية

## الرفيق أبو علي مصطفى في برنامج الإتجاه المعاكس يدعو للوحدة
## في مقاومة الإحتلال وبناء مؤسسات م.ت.ف على أسس ديمقراطية وشاملة

تصريح صحفي

أكد الناطق بلسان الجبهة الشعبية لتحرير فلسطين، أن التحضيرات الجارية هذه الأيام، لإطلاق حوارات وطنية فلسطينية ثنائية ومتعددة المستويات، لمناقشة التطورات السياسية المتلاحقة، ولاستخلاص النتائج الضرورية من تجربة السنوات الخمس الماضية.

وأضاف الناطق: إن التغيرات السياسية التي وقعت خلال الأشهر القليلة الماضية، جعلت من المبادرة إلى فتح حوار وطني فلسطيني أمراً ضرورياً، وذلك لتوحيد الصفوف ومجابهة التحديات والمخاطر المحدقة بالقضية الوطنية الفلسطينية، وتحقيقاً لأهداف شعبنا في العودة وتقرير المصير وإقامة الدولة.

وشدد الناطق باسم الجبهة الشعبية على الأهمية القصوى لاستنهاض قوى شعبنا وتعميق الشعور بالمسؤولية الجماعية إزاء استحقاقات المرحلة القادمة، وبذل كل الجهود الممكنة لإعادة بناء مؤسسات م.ت.ف واستعادة دورها وإطلاق فعاليتها، لتمكين الشعب الفلسطيني من الوقوف صفاً واحداً، لتحقيق أهداف شعبنا في التحرر من ربقة الاحتلال وإقامة دولته الفلسطينية المستقلة وعاصمتها القدس.

الجبهة الشعبية
لتحرير فلسطين
١٩٩٩/٧/٢١

عام ١٩٩٦ إلا أنه منع من الدخول إلى الوطن من قبل سلطات الاحتلال واعتبر العودة للوطن حقاً لكل فلسطيني، وفي هذا السياق أكد على أن العودة الفردية لأي فلسطيني، لا يجب أن تغيب مهمة النضال لممارسة حق العودة الجماعية للفلسطينيين المشردين إلى ديارهم في كل فلسطين.

وحول مكانة ومستقبل المعارضة الوطنية الفلسطينية قال الرفيق أبو علي مصطفى، إنها توجد قوى سياسية واجتماعية، حيث يوجد الشعب الفلسطيني، وللمعارضة حق مشروع في أن تقوم بدورها رغم أية اتفاقات وسيبقى لها دور وطني راهن ومستقبلي.

وفي بداية المناظرة أشار الرفيق أبو علي لأساسيات السياسة الإسرائيلية منذ عام ١٩٦٧ بأنها تقوم على مرتكزات ثلاثة وضعها ايغال آلون، وقال أن باراك معجب بها وهي:

أ- عدم العودة لحدود ٤ حزيران.

ب- بناء المستوطنات الأمنية.

ج- الحل الإقليمي الوسط.

لذا لاعجب عندما نسمع التوحد الإسرائيلي سواء قيادة نتنياهو أو باراك على اللاءات المعروفة، والتي يعني التمسك بها وخاصة قضايا القدس والاستيطان وحق العودة، استمرار الصراع الذي لن تحتويه أية اتفاقات.

هذا وقد استمرت المناظرة حوالي ساعتين، واتسمت بروح الحوار البناء والمسؤول من أجل وصول الفكرة بعيداً عن الإثارة وقريبة من العقل.



من البالونات الاختبارية التي بدأت حكومة باراك بإطلاقها بهدف إثارة أجواء مريضة بين بعض الحكومات العربية والفلسطينيين واستخدام هذه الأجواء لابتزاز الأطراف الساعية لتسويات سياسية.

وفي رده على سؤال آخر قال الرفيق أبو علي: إن على القيادة الرسمية الفلسطينية أن تستخلص الدروس من نتائج سياساتها منذ مرحلة اتفاقات أوسلو التي تعيش الآن مأزقاً حقيقياً باعتراف كل الأطراف ودعا القيادة الفلسطينية، إلى الاحتكام إلى قوة عامله الذاتي بمواجهة الاحتلال، كي تكون له حاضنة عربية داعمة لكفاحه، والتي افتقدتها السياسة الفلسطينية منذ امتداد السنوات الماضية، منذ اتفاقات أوسلو، وفي هذا السياق أكد الرفيق أبو علي على ضرورة الديمقراطية واستقناء الشعب في المسائل الأساسية في الوطن والشتات، مؤكداً على أن هذا السلوك (رغم صعوبات تطبيقه) ضروري وأساسي.

ورداً على سؤال لماذا لايعود الرفيق أبو علي مصطفى إلى الداخل ليواصل نضاله من هناك أجاب: إنه حاول العودة فعلاً في

دعا الرفيق أبو علي مصطفى نائب الأمين العام، من الدوحة في برنامج «الإتجاه المعاكس» في تلفزيون الجزيرة القطري الذي استضافه يوم الثلاثاء ٧/١٣ مع السيد ياسر عبد ربه وزير الثقافة والإعلام في السلطة الفلسطينية إلى ضرورة حشد طاقات الشعب الفلسطيني والحفاظ على وحدته السياسية، في ظل المعطيات السياسية التي تمر بها القضية، وحدد قاعدتين أساسيتين لبناء الوحدة الوطنية، حيث قال موجهاً كلامه لجميع القوى الفلسطينية: تعالوا نتفق على مهمتين مباشرتين: الأولى مقاومة الاحتلال الصهيوني والثانية بناء مؤسسات م.ت.ف على أسس جديده وديمقراطية لاستعادة دورها كمرجعية وطنية واحدة وموحدة للشعب الفلسطيني في الوطن والشتات.

وفي رده على سؤال إذا كان التقدم على المسارين السوري واللبناني سيحمل مخاطر سلبية على القضية الفلسطينية، قال الرفيق أبو علي: إن القضية الفلسطينية تشكل مكاناً مركزياً في الصراع العربي - الصهيوني وأكد على أن انسحاب الاحتلال من الجولان حتى حدود ٤ حزيران، واندحاره عن جنوب لبنان بفضل المقاومة اللبنانية لهو مكسب وعنصر قوة للشعب والقضية الفلسطينية، لأنه في حال نفذت إسرائيل قرار ٤٢٥ في لبنان وانسحبت من الجولان، لهو دليل على قوة السياسة السورية المبدئية في الثوابت والبراعة في التكتيك.

كما وأضاف الرفيق أبو علي بالتأكيد على ضرورة عدم الفزع

«الهدف» ٢٥ تموز ١٩٩٩ - العدد ١٢٩٥

12-12

# أسئلة مشروعة.. وصراع طويل الأمد

## أبو علي مصطفى

نائب الأمين العام للجبهة الشعبية لتحرير فلسطين

الجواب ليس سهلاً مثلما هو السؤال، ولن يمكننا الوصول إلى جواب شافي ما لم نبرع في قطع العقد، أو حلها، والعقد التي أنوه لها هي من تداخل وقائع تفننت اليد الأخرى في رميها بوجه الجميع ليعيشها كما هي وليس ليحلها من تداخلاتها الشديدة، وهي مشاغلة وضعها من وضعها كي يصبح الجهد والهم والاهتمام خارج سياسة الانتظام والعمل على المشروع الوطني برمته.

نحن لانغالي ولا نعذب الذات، أو نمارس سادية نقدية، عندما نقر بالأزمة، فهي حقيقة واقعة «وهي فترة حرجة أو حالة غير مستقرة تنتظر حدوث تغيير حاسم، كما هي هجمة مبرحة من الألم يصيبنا بالكرب والخلل الوظيفي».

إن واجهنا النفس بما فعلت فعلينا القول بجرأة إن ما أصابنا هو اختلالات أولاً في النهج السياسي، بما يعني من نظم لوحدة الرؤية السياسية لمشروع الآخر، وتوليف الذات لإدارة صراع ناجح، وانتظام الحال (البنية) بما يترتب عليها من استحقاقات نضالية.

بكل الأحوال لا أقصد من هذا المدخل، التوقف عند عنوان محصور والخاص، بل إن الهدف وما سبق الإشارة إليه يتولد منه طرح الأسئلة الملحة على الجميع، أسئلة تدعو للتحرر من الاعتبارات الجزئية أو الخاص إلى رحاب العام الوطني وأولوياته.

إذ لم يعد من الجائز أن يبقى الحوار، أو القراءة للجدث تدوران على حال القصور في الرؤية الأشمل للصراع، بحيث تتحصران في دوامة الآخر وملاعبه، هو يفعل ونحن نقوم برد الفعل، هو يفاوض ونحن نقول «بوقف المفاوضات إلى حين كذا. وكذا»، هو يقول بالجزء كاستراتيجية، ونحن ندعو لتحسين حال الجزء؟ لاندري ماهية الدولة. وأي دولة؟ ونحن نتوه في الأسئلة، وكذا الحال عندما نهرب إلى الأمام من القضايا الأساسية إلى الفرعيات.

إن إعادة الاعتبار لمحددات الصراع مع العدو الصهيوني، برؤيا سياسية ثاقبة تربط بإحكام بين الخاص والعام، بين التكتيك والاستراتيجية، بين المرحلي والأهداف القصوى بدون أن ينتهك أحدها الآخر، بقراءة الواقع من أجل العمل على تغييره، وليس من أجل الخضوع لمعطياته ووقائعه، من المسألة ومنها ننطلق إلى الأسئلة التي كل سؤال منها يلد ما يليه وما يليه يلد...



في العيش فيه ككل الشعوب التي حظيت بحريتها واستقلالها بدون إدامة صراع مديد، يمتلك فيه كل المقومات لإدارة الصراع ومراقبة متدرجة في توليف ميزان قوى يكسر الحلقات الكبرى في المشروع الصهيوني؟ بل وهل يمكن للشعب الفلسطيني أن يحظى بالأقل من كامل الوطن وكامل الحرية والاستقلال الوطني الناجز، بدون ذلك؟ وهل من الضرورة الوطنية بمكان أن يصبح الأقل هو الهدف؟ وثمنه يكون الأكثر من الوطن؟

لا يأتي بالجديد في الإجابة الحاسمة التي تضمنتها أدبياتنا سواء البرنامجية أو الوثائقية، وآخرها الوثيقة (المشروع) المقدمة للمؤتمر الوطني السادس.

ومسألة الصراع ليست من السهولة بحيث يقرر بإنهائها طرف واحد ما لم يكن قد انتصر نهائياً وحقق كامل مشروعه، واسلسلم الآخر نهائياً وتنازل من كامل مشروعه.

إلا إن سؤالاً آخر يحضر فور الإجابة الحاسمة بإدامة الصراع. هل يمكن للشعب الفلسطيني لوحده أن يحسم في هذه العملية الكبرى على ما فيها، من تاريخية، أو حالة إقليمية ودولية.

بل وعلى ما يحتويه مشروع الآخر من دلالات استراتيجية شاملة؟ أم أن الأمر يتسع ليشمل الأمة بكاملها؟ وهل المسألة هنا تكمن في أخلاقية الالتزام تجاه القضية والشعب والمقدسات ومكانة فلسطين، أم هي رؤيا استهداف المشروع الصهيوني على مكانة الأمة حاضراً ومستقبلاً، وجوداً ومصالح؟

أيضاً أكثر (وليس في التكرار ضرر)، بالقول إن ما أتت به أدبيات الجبهة وبرنامجها أجابت إجابة حاسمة على هذا السؤال الكبير، إلا أن ذلك المفهوم تنقصه الأداة الموحدة لطاقات الأمة من أجل امتلاك قدرة على إدارة صراع ناجح، تتوفر الفرصة فيه لأداء وآداة تحملان قدراً عالياً من الجدارة، كي نستحق كسب الصراع.

خمسون عاماً من المقاومة والممانعة في قبول «إسرائيل» «مركز المشروع الصهيوني الأول، وفرصته نحو الانطلاق للمساحة الأوسع، لم تكن سدى، بل هي قد تكون بدرجة ما أسهمت في سقوط ثلاث مقولات محددات في المشروع الصهيوني:

– يهودية كل يهودي مرهونة بالهجرة إلى

**الأسئلة المشروعة. والصراع طويل الأمد:**
في السنوات الأخيرة من عمر الحركة الوطنية الفلسطينية وتحديداً ما بعد اتفاقات أوسلو وما تلاها اختلت كثير من المعايير بقراءة الحدث، سواء ما أصاب العمل الوطني والأهداف، والحركة الشعبية من اضطراب، وتوتر وانقسامات سياسية حادة، أو من ارتباك في الحال العربي الرسمي والشعبي.

والسؤال اليوم وبعد هذه السنوات من الانقسام والتموج، والمشاركة في خضم الحياة بكل ما فيها من زلزال إن كانت بدرجات خفيفة أو قوية، إلى أي حال أصبحت فيه الحركة الوطنية الفلسطينية، وما الذي أصابها من الاضطراب، أوالتوتر أو الارتباك؟

الآخر.

ونبدأ بالأسئلة من حيث هو التناقض الحاسم، الأساسي والرئيسي، وقل ما شئت في وصفه، هل يمكن للشعب الفلسطيني أن يحظى بالوطن (بالمعنى الاستراتيجي) وحقه المشروع

فلسطين «إسرائيل» حسب قولهم.
- أرض بلا شعب لشعب بلا أرض (نفي الهوية الفلسطينية).
- التمدد السياسي والاقتصادي والأمني في الساحة العربية.

إلا أنها أيضاً خمسون عاماً من الاخفاق والفشل، بل وتكرار الهزيمة وتمددها إلى مساحة الفعل والوجود.

السؤال الذي ينشأ عن هذا الإيجاز، هل الفشل والإخفاق وتكرار الهزيمة تؤدي إلى مقولة: «ما لم نربحه بالحرب نربحه بالمفاوضات»؟! وهل المفاوضات مع العدو الذي يقيم على كل أرض فلسطين، بل وعلى جزء من الأرض العربية متمثلاً بأساساته الصهيونية التي بدأ منها مشواره الطويل ستؤدي إلى نيل حقوق؟

حقائق الحياة وموضوعية الصراع وأساسية التناقض بوصفه تناقضاً تناحرياً ومصيرياً، كلها تقول لا وألف لا.. وإن هذا الطريق عدا عن كونه يكرس حقيقة إجازة ما فعله العدو كازلنة فهو طريق خطر لاتقرر فيه بلاغة الخطابة، ولا الحق والباطل.. والعدالة واللاعدالة، بل إن ما يصنع الحقيقةالناصعة لصالح الحق، هو بفعل ميزان قوى، لايتحقق بدون منظومة عمل طويلة من الإشتباك والمراكمة، تؤدي إلى كسر الحلقات في مشروع العدو.

وبالتالي إن الميل إلى لغة تحسين مفاوضات، أو شروط مفاوضات، هو عدا عن كونه لغوأً ورهاناً فاشلاً بسبب طبيعة العدو من جهة، ولعجزنا المجرد من كل شيء (ما عدا الحق) من جهة ثانية.

فهو (أي التفاوض) ينطوي على ميل لإعطاء العدو مكانة الطرف الآخر المقبول، بغض النظر عن النوايا من وراء كل شيء.

والحال الفلسطيني - العربي في الصراع مع العدو الصهيوني، لاينطبق عليه أمثلة عديدة عايشتها حركات التحرر أو شعوب أثناء سعيها لنيل الاستقلال/ لا هي حال الجزائر في مفاوضات إيفيان، ولا هي حال اليمن في مفاوضات لندن - عدن. ولا هي جنوب أفريقيا وتجربة مانديلا الرائدة، وكذلك ليست تجربة شعب فيتنام أثناء حرب التحرير، كما ولا هي مثال صلح برست، التي كان هم لينين وقيادته الثورية آنذاك ترسيخ مكانة ثورة أكتوبر في روسيا.

إن المصير هنا ليس بين حدين يتراضيان على اقتسام وطن، أو نمط تجاور معين لدولتين، إذا لم تنظمه دولة فلسطين الديمقراطية الواحدة (مثال جنوب أفريقيا) سيبقى على حد واحد، وهو حد النفي.. أما شعب محرر مستقل على كامل وطنه، وبكامل حقوقه التي نصّت عليها المواثيق الدولية. وأما بقاء سيف المشروع الصهيوني

بجاهزية الآلة العسكرية الاستراتيجية، والاقتصادية الناجحة الطامحة، وهنا يفعل الإيمان والإرادة دورهما في الخريطة السياسية والديموغرافية في الحاضر والمستقبل.

ليس علينا أن نشرح كثيراً في هذا الأمر، فيكفي أن نأخذ مثالاً من وقائع اقترنت بمسار مدريد، ثم أوسلو وما بعدها، ليتبين للجميع مدى بؤس اعتبار أن التفاوض مع العدو، هو الطريق لنيل الحقوق! بل إنه كان وأصبح طريق تكريس الاعتراف بالعدو، وفي نفس الوقت تدمير الحقوق، بينما النموذج المقاوم الفلسطيني أولاً، العمل المسلح والإنتفاضة لاحقاً كان مجدياً تراكمياً على طريق نيل الحقوق وحفظ الثوابت، وكذلك حال نموذج المقاومة اللبنانية حالياً، وما فعلته من إشكالات تصل إلى حد خلق كتل تناقض في داخل مجتمع العدو، والأمر لايعود أن يكون ملخصاً بقول: من يستخدم الزمن ويكسبه ويثمره لصالحه هو الرابح.

## الحقوق ومفاعيل الشرعية الدولية:

إذاً والبعض يقول بالشرعية الدولية طريقاً للخلاص، فهل هي كذلك فعلاً؟ طريق للخلاص أم هي مجال خطاب اعتراضي، على الانحياز والوحدانية بالمرجعية والانفراد.

والجدال حول مكانة قرارات الشرعية الدولية ومؤسساتها تزايدت، وهي التي أعطت الكيان الصهيوني الكثير، ولم يحظ منها الشعب الفلسطيني حتى بالقليل فعلياً رغم أن رزمة القرارات المرتبطة بالقضية أصبحت كبيرة، وهكذا تدهورت مكانتها على نحو أكثر فداحة، بعد سيادة لغة العولمة ووحدانية القوة الأعظم، إلى الدرجة التي أصبحت فيها مفردة ازدواجية المعايير تكبر وتتدحرج ككرة الثلج عند كل منعطف سياسي في الباحة الدولية أو الإقليمية وهكذا أخذت مكانها في الحالة الفلسطينية خاصة بتواجهات فادحة وبكل ما فيها من نواقص وشوائب (أساسها إعطاء العدو مشروعية الوجود). إلى أن وأدت قيادة م.ت.ف المتنفذة بخطها السياسي المتخلي عن قرارات الشرعية الدولية ومحاصرة الذات وبالقرارين ٢٤٢،٣٣٨ وهما القراران الأكثر بعداً عن القضية وتفاعلاتها (بالمعنى النسبي) عن أية قرارات تتعلق بالقضية الفلسطينية منذ عام ١٩٤٨. وبذلك تخلت عن الرزمة بكاملها لصالح قرار واحد وفقاً لاشتراط عقد مؤتمر مدريد ١٩٩١.

وإذا ما هاجج البعض بأن الشرعية الدولية تعني كل القرارات، وكلها تقوم على الإعتراف بحق إسرائيل في الوجود. فهي حجة صحيحة إلا أن ذلك لاينفي بالضرورة عدم التمييز بين قرار وآخر مثال قرار الجمعية العامةحول الصهيونية،

وقراراها عام ١٩٧٥ حول حقوق الشعب الفلسطيني. ومع ذلك لايلغي الاستثناء على المظهر العام.

هل هذا القول يعني أن لانستخدم في خطابنا السياسي مسألة الإلحاح على تنفيذ قرارات الشرعية الدولية، المتعلقة بالقضية الفلسطينية منذ عام ١٩٤٧، مع وعينا أن أهل أوسلو تنازلوا عنها لصالح قرار اشتراطي وهو قرار (٢٤٢)؟

نعم هنا للأمر وجهان، وجه يدعو لاستخدامها في خطابنا السياسي في مقارعة الهيئات الدولية والرأي العام العالمي، وكذا الحال في لحظات سياسية معينة كحالة اعتراض بهدف كشف عجز هذه الهيئات عن تنفيذ قراراتها، ومنذ عقود وخاصة قرار ١٩٤ المتعلق بحق عودة اللاجئين الفلسطينيين إلى ديارهم التي غردوا منها، والوجه الثاني الذي يقول بتبنيه لاستخدام فرصة زمن تقوم على إدانة الاشتباك مع «إسرائيل» سياسياً متسلحين بهذه القرارات، باعتبارها الحد الممكن في ظل مرحلة وميزان قوى معين، أملاً بزمن قادم.

إذن الحصيلة تبقي السؤال مفتوحاً على ماذا يرسو تكتيكنا في هذا الباب؟ برأيي أن لاتكون قرارات الشرعية الدولية أساساً لسياسة استراتيجية، بل عنصراً في تكتيك مرحلي. وفي نفس الوقت اعتراضاً على محاصرة القضية بقرار (٢٤٢).

## الوحدة ما بين الهدف والأداة:

والآن انتقل إلى الباب الثاني، وأبدأ بسؤال عن المقدس، هل هو القضية الوطنية؟ أم الأداة والوسيلة؟

في البداية أدعو لعدم استغراب السؤال، أو قلب الشفاه ربطاً ببداهة الجواب، فالحياة السياسية الفلسطينية وما أصابها من هزال أربكت من لم يرتبك، وأصبحت البداهة تحتاج إلى وحدة، فمن كثرة الحديث عن الأداة، بات من الملح أن نحدد أولاً ما هي وكيف نعرفها وقيل لمن القدسية؟

بالبداهة أن القدسية هي للقضية التي ناضلت وضحت من أجل أجيال فلسطينية وعربية، وفي سبيل صونها كحق مشروع، بذلت من أجلها الدماء من أجيال متعاقبة، وتحت مسميات كثيرة وذات الهدف، من المؤتمرات الوطنية في العشرينيات، مروراً بجمهور وحجازي والزير وصولاً إلى ثورة القسام، ثم أعوام ١٩٣٦-١٩٣٩ والهيئة العربية العليا، والجهاد المقدس وجيش الإنقاذ وحروب الجيوش العربية، المهم كانت دائماً الحاضرة في المكان والزمان هي فلسطين.

في العقود الأخيرة، نجحت الإرادة الكفاحية الفلسطينية، في إبداع الشخصية

الوطنية كمحدد للهوية الوطنية وإطارها الإئتلافي وميثاقها الوطني وبرنامجها الكفاحي ألا وهي م.ت.ف، والتي أصبحت حكماً بواقع النضال بكل أشكاله، المعرف المعنوي الإعتباري لوحدة الشعب ونضاله وقضيته.

إلا أن الانتكاسة الكبرى التي توجت بأوسلو واستبدلت الإطار بغيره (الحكم الذاتي والسلطة) بل وبددت الإطار كموحد ومعرف للشعب الفلسطيني وأهدافه الوطنية أصبحت تنطوي على التباس، باتت الأمور ملتبسة، فتارة يثور سؤال: أين هي المنظمة؟ وأخرى يكون السؤال عن أي منظمة تتحدثون؟ وثالثة أي منظمة تريدون؟ ومن الطبيعي أن تكون هذه الأسئلة مثار سجال نادراً ما يعطي إجابات واضحة، ومبررة، وأحياناً يكون عدم الوضوح من واقعة الالتباس والملتبس في السياسة والممارسة.

نعم إن مصادرة اسم م.ت.ف واستعمال مكانتها (التي بقيت) اسماً كوصف لحال، وليس اعترافاً بحقوق (هكذا فعل العدو) في المواقف والسياسات المتنازلة/ مثال ما وقع بدورة المجلس الوطني (نيسان ١٩٩٦) من أجل تلبية الطلب الإسرائيلي بصدد إلغاء الميثاق الوطني.

بل وأكثر من ذلك اندغام واقع الحال بالسلطة التي باتت تبني بديلها السياسي والإجتماعي من ضرورة متطلبات السلطة وعلى واقع المكان (في أجزاء من الضفة والقطاع (وفقاً للإتفاقات)، أصبح كل هذا يتطلب الجواب، وليكن جوابنا أن الأداة تكون أداة وطنية بمقدار التزامها بالمشروع الوطني الذي قامت من أجله، وبمقدار حضورها كناظم سياسي اجتماعي لعموم الشعب، وفي كل أماكنه، وبهذا المعنى نحن مطالبون أن نحدد وبوضوح أين هي مؤسسات م.ت.ف؟ هل هي المهمشة، المغيبة في غالب السنين؟ أم هي منظمة الميثاق والبرنامج والإئتلاف الوطني؟ الذي هو إن تحقق لايمكن أن يكون بنفس الأطر والتشكيل السابق بسبب من الإنقسام السياسي من جهة، وكون المؤسسات الحالية لم تعد معبرةً عن الواقع الفلسطيني وعن مصالح الشعب الفلسطيني من جهة ثانية.

الوقت والتطورات والاحتمالات لم تعد تسمح ببقاء المؤسسات على حالها القائم والذي لم يعد مبرراً بداية من المجلس الوطني، كما لم يعد مفهوماً الحديث عن الإصلاح في م.ت.ف بدون تجديد، بل الأمر أصبح يحتاج إلى حوار وسياسة فعل ومراكمة باتجاه إعادة البناء ومن جديد، على رصيد المنجز الوطني الموحد للشعب في الوطن والشتات، والحافظ لنضالاته وأهدافه المرحلية والاستراتيجية.

قد يقول سائل كيف؟ ومن حقه السؤال، لأن الوضع الناشئ عن الإنقسام السياسي لايعالج بفوقية تتجاهل التعقيد الحاصل، ولتجنيب أنفسنا ومشروعنا أحد نزعتين مضرتين: الأولى التي تكتفي بإعلان القرار من فوق بدون مقدمات ضرورية تأخذ بالإعتبار الحالتين الفلسطينية والعربية، وأساساً القدرة الذاتية لحمل مسؤوليات م.ت.ف، والثانية نزعة إدارة الظهر للمنظمة كثمرة إنجاز وطني فلسطيني وكأنما لم يكن هناك للثورة المعاصرة من عنوان ولا مرجعية ولا إنجازات.

إلا أنه ورغم التعقيدات لابد من الحسم في مسائل محددة،

أ ـ التأكيد على البرنامج الوطني، والإئتلاف.

ب ـ التجديد بدءاً من المجلس الوطني الفلسطيني وعلى أسس جبهوية ديمقراطية.

ج ـ الفصل عن مؤسسات السلطة والتزاماتها.

وبداية إتباع سياسة تراكم نحو إعادة الإعتبار للمرجعية الوطنية الفلسطينية، كي تكون تمثيلاً حقيقياً لكل فئات وقطاعات ومواقع الشعب الفلسطيني.

وفي حال بقي الأمر على ذات المنوال، أي الحديث التقديسي عما هو قائم، سيكون على حساب ما هو وطني وجمعي لكل الطاقات الشعبية، وكأنما نحن في زمن لايوجد فيه من حلول سوى هذا التقديس، فالمسألة تكون عندها عرضة للتبديد، بدلاً من الانحياز لصالح القضية التي ضحى من أجلها الشعب الفلسطيني وأبناء الأمة العربية، وأية تعارضات تحل من على قاعدة الإلتزام بالقضية أولاً وأخيراً دون إغفال أهمية الأداة والإطار كمشروعية وحدة سياسية يجمع عليها الشعب الفلسطيني في الوطن والشتات.

إن الخسائر الفادحة التي أصابت الشعب الفلسطيني وقضيته في الآونة الأخيرة من خلال تدمير ثلاثة مرتكزات نضالية:

١ ـ الانتفاضة الشعبية الفلسطينية.

٢ ـ الائتلاف الوطني الأوسع.

٣ ـ المرجعية الوطنية الجامعة لوحدة الشعب.

هي التي تدفعنا لرفع شعار إعادة البناء لمؤسسات منظمة التحرير الفلسطينية وإعادة الاعتبار لمكانتها وميثاقها وبرنامجها.

## خاتمة:

وارتباطاً بالتحليل الذي بات يلمس المسائل عن قرب وبالمشاهدة تجاه التسوية التصفوية الجارية، وبعد أن بانت عوراتها، فالسؤال هل بقي من أمل عند أحد أن يكون الحل ونيل الحقوق عن هذا الطريق؟ أم أن التحرر من الاحتلال لايكون إلا بالنضال وبكل أشكاله (سياسي ـ جماهيري ـ عنيف)؟

نعم إن موضوعية التناقض التناحري وطبيعة العدو وسياساته لاتسمح لأحد مخلص أن يتوه بل أن المسألة باتت تستوجب إعادة الإعتبار لمكانة الكفاح على كل الصعد وبكل الأشكال، والكف عن الدعوات الصالحات عن السلام العادل والشامل حيث لاسلام ولا عدل مع العدوان الصهيوني ومشروعه الحاضر واللاحق.

والذي يطمح لدولة مستقلة وذات سيادة، وحق عودة وتقرير مصير عليه أن يدرك أن نيل هذه المطالب لايتم إلا بهزيمة العدو، بتوليف فكري، سياسي، تنظيمي، نضالي بالأداة الشعبية القادرة على حمل مهام مشروع وطني، وبأداء يستجيب للأهداف النبيلة.

ثم يتولد عن هذا وفي البداية سؤال، وهل من فرصة لانتفاضة متجددة تعيد الاعتبار للاشتباك مع العدو على مساحة جماهيرية/ سياسية، أمنية اقتصادية واسعة؟ أقول نعم وممكن إذا ما أخذت الوحدة على سياسة وطنية طريقها نحو الحركة الشعبية. ولذلك شروط أولها التوقف عن ممارسة سياسة ملتبسة تدور بأقدامها في ملعب التفاوض مع العدو، أو تغرق في مناقشة مناوراتها وهي كثيرة بينما المسألة الملحة تكمن في توليف البنية التنظيمية والشعبية وتصويب السياسة، وأي ميل لبقاء الحال الراهن لن يجدي، بل أن هكذا حال يديم ميزان قوى على الأرض لصالح استمرار الاحتلال.

والآن بات من الملح التقدم في قيادة الاشتباك مع المحتل أولاً ومقاومة لاءاته. وعليه تنتظم القوى وتتبنى السياسات وتقوم للمشروع الوطني قائمته بعد موات وركود، ويجري تجاوز الحال من مفردة معارضة إلى مكانة متقدمة كحاملة مشروع وطني متكامل الرؤيا والأبعاد.

كما وبات من الملح العمل على تجسيد الوحدة السياسية للشعب الفلسطيني في الوطن والشتات، وحفظ مكانة ودور أهلنا في المحتل من فلسطين عام ١٩٤٨/ وصلتهم بالقضية والمشروع الوطني.

ثم ننتقل أو بالربط مع/ إلى سؤال: كيف نحفظ للخصوصيات الفلسطينية مكانتها في إطار الناظم الوطني، وبعده القومي؟

إن العمل الثوري في تفاصيله اليومية لايمكن أن يتقدم ويحفظ للمرحلي مكانته السليمة، إن لم يكن محمياً بأفق استراتيجي، والقيمة الأساسية لعملية تراكم، هي كونها تصب بنهاية المطاف، في مصلحة الأمن الاستراتيجي، تحرير كامل التراب الوطني الفلسطيني، وفي سبيل إقامة دولة فلسطين الديمقراطية ■■

# نتائج اجتماعات عمان بين وفد فتح والجبهة الشعبية

## الدعوة لعقد مجلس وطني فلسطيني جديد

استكمالاً للحوار الوطني الذي بدأ في القاهرة أوائل شهر آب من العام الجاري بين وفد من اللجنة المركزية لحركة فتح ووفد من المكتب السياسي للجبهة الشعبية لتحرير فلسطين انعقدت في العاصمة الأردنية عمان جلسات حوار في الثامن والعشرين من أيلول تناولت سبل تعزيز الحوار الوطني الشامل، وانطلاقاً من النقاط الأساسية التي تضمنها البيان المشترك في القاهرة، وبهدف ترجمة ووضع الآليات المناسبة لتنفيذ هذه النقاط فقد تم تدارس عدد من أوارق العمل التي قدمتها الجبهة الشعبية لتحرير فلسطين للنهوض بأوضاع الساحة الفلسطينية على المستويات السياسية والتنظيمية والجماهيرية وقد شملت هذه الأوراق العناوين الأساسية التالية:

- ورقة حول الحوار الوطني الشامل، آلياته وسبل تعميقه.
- ورقة حول الإصلاح الديمقراطي في مؤسسات منظمة التحرير الفلسطينية وكيفية استعادة وحدتها وإعادة بناء مؤسساتها على أسس ديمقراطية.
- ورقة حول إعلان الدولة الفلسطينية المستقلة.
- ورقة حول إرساء وتعزيز الديمقراطية في المجتمع الفلسطيني.
- ورقة عمل للنهوض بدور الاتحادات الشعبية والمهنية الفلسطينية.

لقد سادت أجواء الحوار مناخات إيجابية أكدت على التمسك بمنظمة التحرير الفلسطينية ككيان وطني وإطار جامع موحد للشعب الفلسطيني والعمل على إعادة بناء مؤسساتها على أسس ديمقراطية وبما يحافظ عليها كإطار جبهوي ديمقراطي تحرري.

لاشك أن مسيرة السنوات الماضية، والتي أعقبت توقيع اتفاقات أوسلو قد شهدت تفتيت مؤسسات منظمة التحرير الفلسطينية لحساب السلطة ولم تعد مؤسسات المنظمة تمارس دورها في قيادة الشعب الفلسطيني، بل أصبحت مؤسسات مشلولة تدعى حسب الطلب للمصادقة على اتفاقات ومطالب إسرائيلية وتنازلات متواصلة تقدم عليها السلطة الفلسطينية، ولذلك فإن الشعب الفلسطيني الموزع في أصقاع العالم بات يشعر بحالة من الضياع وفقدان المرجعية، ومن هنا فإن الحلقة المركزية التي أكدت عليها وتمسكت بها الجبهة الشعبية في حواراتها هي ضرورة العمل الجاد لاستعادة وحدة المنظمة على أسس وطنية من خلال إعادة الاعتبار للبرنامج الوطني الفلسطيني، برنامج حق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس، وإعادة بناء مؤسساتها على أسس ديمقراطية وضمان وجود قيادة جماعية ترسم أفاق المستقبل الفلسطيني لمواجهة تحديات واستحقاقات المرحلة القادمة، وهذا لن يتم إلا من خلال تشكيل مجلس وطني فلسطيني جديد، لأن تشكيل هذا المجلس بات ضرورة وطنية وقانونية بحكم مضي أكثر من ثماني سنوات على المجلس الأخير الذي انعقد في الجزائر، الأمر الذي يدعو لتطوير وتفعيل المجلس الوطني والذي لابد من إعادة نظر جدية وجذرية بعضويته وطابع عمله وبما يحوله فعلاً إلى سلطة تشريعية تمثيلية حقيقية.

إن إعادة تشكيل المجلس - وهذا ما أكدته الجبهة الشعبية خلال الحوار - ينبغي أن تتم من خلال إجراء انتخابات حرة ومباشرة لعضوية المجلس الوطني داخل الوطن وفي الشتات، باعتبار أن الأصل في عضوية المجلس هو الانتخاب حسب المواد (٥+٦) من النظام الأساسي لمنظمة التحرير الفلسطينية، أما في الأماكن التي يتعذر فيها إجراء انتخابات فتتم عملية التعيين من خلال لجنة وطنية تقوم بعملية الاختيار على أساس معايير الكفاءة والنزاهة والإلتزام وليس على أساس معايير المحسوبية والولاء.

إن تجميع طاقات الشعب الفلسطيني في أماكن وجوده كافة لمواجهة الاحتلال هو المهمة المباشرة والعاجلة التي تواجه قوى العمل الوطني في الساحة الفلسطينية، وتجميع طاقات شعبنا يتم من خلال تشكيل مجلس وطني فلسطيني جديد يقوم بعملية مراجعة سياسية وتنظيمية شاملة للمسيرة الفلسطينية وإيقاف سياسة التنازلات للعدو الصهيوني. وذلك لمنع مخططات العدو من تصفية القضية الفلسطينية ودرء المخاطر عن الشعب الفلسطيني وقضيته الوطنية.

لقد توصل الحوار بين حركة فتح والجبهة الشعبية في عمان إلى نقطة أساسية يمكن أن تشكل مدخلاً جاداً لاستعادة الوحدة الوطنية وتجميع طاقات الشعب لمواجهة الاحتلال وذلك من خلال ما أكده البيان المشترك الصادر عن اجتماعات عمان في نقطته الأولى التي دعت جميع الفصائل الفلسطينية إلى المشاركة في اجتماعات المجلس المركزي الفلسطيني للقيام بدوره وتحمل مسؤولياته تجاه الاستحقاقات السياسية في المرحلة القادمة ومعالجة القضايا التنظيمية وفي مقدمتها تشكيل لجنة تحضيرية من أجل الإعداد وبحث الآليات المناسبة لتشكيل المجلس الوطني الفلسطيني وفقاً للأسس واللوائح المعتمدة في منظمة التحرير الفلسطينية. كما اتفق الجانبان على انتظام عمل المؤسسات التابعة للمنظمة حسب اللوائح الناظمة لأعمالها للقيام بوظيفتها ومهامها.

لاشك أن المعيار الأساسي لمصداقية وجدية ما تم التوصل إليه في حوارات القاهرة وعمان يكمن في الإلتزام والتنفيذ والترجمة العملية، الأمينة لما يتفق عليه، هذا هو مقياس النجاح وإلا ستفقد الكلمات معانيها وجدواها.

إن الشعب الفلسطيني ينتظر الأفعال والممارسات التي تؤكد التمسك بالثوابت الوطنية الفلسطينية واستمرار النضال لتحقيق كامل الأهداف التي قضى في سبيلها عشرات ألوف الشهداء، وسالت من أجل تحقيقها شلالات الدماء.





«الهدف» ١٠ تشرين اول ١٩٩٩ ـ العدد ١٢٩٨
السنة الحادية والثلاثون ـ الثمن ٢٠ ل.س/ ١٠٠٠ ل.ل
AL - HADAF - No. 1298 - 10/10/1999

سياسية عربية - تصدر مؤقتا كل أسبوعين

رئيس التحرير
د. ماهــر الطاهــر

سكرتير التحرير
خليــل جنداوي

مدير الادارة
محمد خير الاسعد

المدير الفني
زهـــدي العـدوي

## ثمن النسخة

لبنان ١٠٠٠ل.ل/ سوريا ٢٠ل س/ الاردن ٥٠٠ فلساً/ العراق ١٠ د.ع/ الإمارت ١٠ درهماً/ الجزائر ١٥دينار/ ليبيا دينار واحد/ تونس ١.٢٥ د.ت/ صنعاء ١٥ ريالاً/ السودان ٦ جنيها/ المغرب ١١ درهماً/ امريكا وكندا ٣ دولار/ المانيا ٥ ماركات/ اسبانيا ٣٠٠ بيزيتة.

## الاشتراكات

قيمة الاشتراك السنوي بما فيها اجور البريد:
سوريا ٦٠٠ ل.س/ لبنان والأردن ٣٠ دولارا/ بقية الدول العربية ٥٠ دولارا/ اوروبا ١٢٥ دولارا/ اسيا وافريقيا ١٠٠ دولارا/ الامريكتين. واستراليا ١٥٠ دولارا.
☆ يتم الاشتراك بارسال اشعار الإيداع بقيمة الاشتراك السنوي (او نصف السنوي) على العنوان التالي: بنك بيروت والبلاد العربية.
شتورا ـ لبنان.
رقم الحساب AC.NO.22004
☆ او بارسال شيك بنكي باسم «الهدف» دمشق/ ص.ب ٣٠١٩٢

## المكاتب

دمشق - ص.ب ٣٠١٩٢
دمشق ٦٣٢٨٢٦٧
٦٣١٩٣٧٤
بيروت ٣٠٩٢٣٠
عمان ٦٩٦٣٤٠
صنعاء ٢٠٥٨٤٩
الجزائر ٥٩٤٥٤٨
٣٨٤٣٠٤
بغداد ٧١٩١٦٢٢
٧١٧٤٧١٠

# كلمة

من يتصفح مواد عددنا هذا، سيلفت انتباهه بالتأكيد طغيان مواد الشؤون الفلسطينية، إلى درجة أنها غطت على الشؤون العربية وقلصت القسم الدولي إلى صفحة واحدة.. وبالتأكيد فإن هذا لايعني أن لا أخبار مهمة في الوطن العربي أو في العالم، إنما هي سخونة اللحظة الفلسطينية، وتواصل النقاش في الشارع حول الحوار الوطني والذي دخل مرحلة جديدة في اجتماع عمان بين وفدي الجبهة الشعبية وحركة فتح.

من الأخبار الدولية الهامة جداً وذات الدلالة التي لايجوز القفز عنها أبداً، احتفالات الصينيين، قبل أيام بالذكرى الخمسين لثورتهم عندما دخل الشيوعيون بقيادة الزعيم الراحل ماوتسي تونغ إلى العاصمة بكين ليعلن من ساحة «تيان ان مين» عن ولادة جمهورية الصين الشعبية.

ولا تأتي أهمية هذا الاحتفال من أنه يمس بشكل مباشر حياة أكثر من سدس سكان الأرض، وإن كان هذا الأمر ملفتاً ومثيراً، إنما دلالاته الأقوى نجدها في حقيقة أن الشيوعية لم تمت في العالم بعد، حتى بعد سقوط الدولة الشيوعية الأولى ومعها منظومة الدول الإشتراكية..

ورغم التعرجات التي مرت بها الثورة الصينية والآلام والأخطاء التي رافقت مسيرتها، إلا أنها في النهاية استطاعت أن تقدم لنا قصة نجاح رائعة، تؤكد قبل كل شيء أن الشيوعية ليست جامدة بطبيعتها بل هي قادرة على مواكبة تطورات العصر ومسايرتها بكفاءة، وإنها في جوهرها محرك للتغير والتطور وليست كما كانت في الاتحاد السوفيتي مرادفاً للثبات والجمود.

من يقول أن الشيوعية ماتت.. نقول له ببساطة: لاتستعجل الاستخلاصات.. بل انظر للصين العظيمة التي مازالت تتزين بالأحمر القاني..

الفلسطينيون
وما يسمى بمفاوضات
الحل الدائم
تركة ثقيلة وتحديات صعبة
صفحة ٦

## في هذا العدد

### شؤون فلسطينية

■ مفاوضات الحل الدائم: مارثون طويل ومتعرج ........ ٨
■ رداً على ماجد أبو دياك في «فلسطين المسلمة» ولكن هل حماس ضد الحوار حقاً؟ ........ ١٠
■ الرفيق أبو علي مصطفى يعود إلى أرض الوطن ........ ١٣
■ حوافز الحوار الوطني ومحاذيره ........ ١٤
■ مهرجان جماهيري حاشد في غزة بمناسبة الإفراج عن الأسرى ........ ١٨
■ «الهدف» تنشر أوراق العمل المقدمة لاجتماع عمان بين وفدي الجبهة الشعبية وفتح ........ ٢٠
■ مؤتمر دولي في اليونان للتضامن مع الشعب الفلسطيني ........ ٢٩

### شؤون عربية

■ ندوة فكرية للحزب الشيوعي السوري بمناسبة الذكرى ٧٥ لتأسيسه ........ ٣٠

### شؤون دولية

■ هل تستعيد روسيا هيبتها في حرب الشيشان الثانية؟ ........ ٣٢

### الهدف الثقافي:

■ «ندوة حوار الحضارات» في مكتبة الأسد بدمشق ........ ٣٤
■ سمير أمين في مكتبة الأسد: الانسان هو صانع تاريخه ........ ٣٦
■ «البحث عن عايدة» جديد المخرج السوري محمد ملص ........ ٣٨
■ كركلا ذاكرة الأمس ولون اليوم ........ ٤٠
■ قصة قصيرة ........ ٤١

مرايا هذا الزمان

- خليل جنداوي -

# أمجاد يا عرب أمجاد..

حين صادفته على الطريق.. بدأ يعاتبني حتى قبل أن يلقي السلام حيث بادرني بالقول: أهكذا يا رجل؟ ألم يكن من الواجب حين تتحدثون في مجلتكم عن الأشياء الجيدة في هذا الزمن الرديء: حتى لو كانت ضئيلة أو صغيرة، أن تصلوا على النبي حتى لا تصاب بالحسد..؟!

ويبدو أنه أدرك من ملامح وجهي أنني لم أفهم من كلامه شيئاً، لكنه تابع كلامه بنفس لهجته السابقة: تحدثتم في عددكم الماضي عن الحملة التي شنتها شخصيات ومؤسسات عربية وإسلامية في الولايات المتحدة ضد شركة «بيرغر كنغ» الأمريكية المتخصصة بالأطعمة السريعة، عندما منحت امتيازاً لشركة اسرائيلية لفتح مطعم في مستوطنة معالي أدوميم. ومع اتساع الاحتجاجات وانضمام جهات أخرى لها منها جامعة الدول العربية، لم تجد الشركة الأمريكية أمامها سوى التراجع، فأغلقت المطعم وقدمت اعتذاراً للمحتجين قائلة أن الشركة الإسرائيلية خدعتها وإن مواقف بيرغر كنغ من الأراضي العربية المحتلة لم تتغير، وإنها لن تقيم أية مشاريع فيها، على الأقل قبل حلول السلام.. وبعدها تحدثتم عن أهمية الانجازات الصغيرة ومكانها في قانون «التراكم» الذي يقول أن الانتصارات الكبيرة لاتأتي فجأة، بل تكون تحصيلاً لسلسلة من النجاحات الصغيرة والمتوسطة هنا وهناك.. صمت صديقي ثم اتسعت ابتسامته الساخرة التي ارتسمت على وجهه طوال حديثه وتساءل: بالله عليكم ألم يكن من الضروري أن تدقوا على الخشب..؟! حتى لاتصيبنا نكسة فنجد أنفسنا وقد بتنا موضع سخرية توم وجيري وميكي ماوس..؟! طبعاً فهمت ماذا أقصد..؟ هززت له رأسي موافقاً، وودعته..

بالتأكيد فهمت ماذا قصد.. كان بلا شك يشير لشركة والت ديزني الأمريكية، والمواجهة التي خاضتها معها على مدى الأسابيع الماضية جهات عربية عدة بسبب معرض افتتحته الشركة قبل أيام (في ٣٠ أيلول) في أورلاندو - فلوريدا الأمريكية احتفالاً بالألفية الجديدة تحت اسم «القرية الألفية»، وثارت الضجة حين اكتشفت شخصيات عربية وإسلامية أمريكية أن في المعرض جناحاً إسرائيلياً سيكون عنوانه «القدس عاصمة إسرائيل»، حيث سيركز على تاريخ المدينة المقدسة كما يراه الكيان الصهيوني.. وتعالت الاحتجاجات العربية وأخذت تنضم إليها في كل يوم تقريباً أصوات جديدة، وكان من الممكن جداً أن تؤدي لتراجع في موقف ديزني المنحاز لإسرائيل.. لكن بدلاً من أن يسجل العرب انتصاراً صغيراً آخر وجدنا أنفسنا في وضع لايمكن وصفه بأقل من الهزيمة.

وبصراحة لو أرادت شركة والت ديزني أن تنتج فيلماً ساخراً عن العرب وعن الطريقة التي يخوضون بها معاركهم، لما وجدت أفضل من قصتها هي بالذات معهم.. فالموقف العربي كما تبدى في هذه القضية كان يختزل في طياته نفس عناصر الهزائم التي عشناها سابقاً.. وعلى رأسها الانفعالية، والاستهانة بالخصم وعدم تقدير قوته جيداً، وتصوير الأمر على أنه لن يحتمل سوى بضعة تهديدات غاضبة يطلقها الجانب العربي، فيخر الطرف الآخر راضخاً.. وحين بدأت سيرورة الأحداث تتجه نحو المواجهة، وجدنا العرب يجابهون ديزني بدون أي تخطيط مسبق، بل وحتى بدون أن يحاولوا تنظيم صفوفهم ومواقفهم، فأسقطوا السلاح الوحيد الذي يمكنهم استخدامه في هذه الحالة ونقصد طبعاً ورقة المقاطعة، ليظهر الموقف العربي بعد ذلك بقليل على حقيقته: باهتاً، ضعيفاً، منقسماً بين آراء مختلفة ومصالح شخصية مارست ضغوطاتها في الخفاء لكن بقوة.. لينتهي الأمر إلى هزيمة عربية بكل معنى الكلمة، صُورت على أنها انجاز عربي، وفي أحسن الحالات حل وسط أجبرت الشركة على اتخاذه..

فالجانب العربي ممثلاً بالجامعة العربية (وهي أعلى هيئة تمثيلية عربية) ظل يصر على إدخال تعديلات في الجناح الإسرائيلي، تنزع أية إشارة للقدس فيه، لكن بعد أن شعر السيد عصمت عبد المجيد الأمين العام للجامعة أن العديد من الدول العربية تمارس ضغوطاً لعدم فرض المقاطعة على ديزني، لأسباب خاصة بكل منها، بدأ يخفف من حدة تصريحاته، ليقبل في النهاية بتسوية هزيلة التزمت بموجبها شركة ديزني بـ «إزالة الإشارة إلى القدس كعاصمة لإسرائيل» سواء كعنوان للجناح أو من فيلم فيديو عن المدينة المقدسة بث في الجناح، على أن تقوم الجامعة من جهتها بطي الموضوع!!

وهنا يجب تسليط الضوء على نقطتين ملفتتين، الأولى وردت على لسان وزير الإعلام والثقافة الإماراتي الشيخ عبد الله بن زايد والذي لعب دوراً بارزاً في الحملة العربية على ديزني حين اتهم «شخصيات عربية» قال أنها «قامت بالاتصال بشركة والت ديزني وطمأنتها بعدم الإكتراث بالدعوات التي صدرت عن جهات عربية رسمية وغير رسمية لاتخاذ إجراءات وعقوبات ضدها». وليضيف الشيخ «لولا هذه التطمينات لكانت الشركة على استعداد لتقديم تنازلات أكبر لأن ممثليها أبدوا استعداداً لذلك أثناء المفاوضات، وطرحوا إمكانية تغيير الفيلم الذي سيعرض في الجناح الإسرائيلي بشكل كامل».. وإذا كان الشيخ عبد الله لم يكشف عن هذه الشخصيات فإن مصادر مطلعة في واشنطن أكدت أن الاتهام الإماراتي كان موجهاً للسفير السعودي في واشنطن الأمير بندر بن سلطان ورجل الأعمال السعودي الوليد بن طلال الذي يملك حصة في شركة ديزني الأوروبية والذي دعا علناً إلى عدم استخدام سلاح المقاطعة بدعوى أنه سيضر بالعرب..

النقطة الثانية والأهم هنا نجدها في بيان الخارجية الإسرائيلية التي قالت «إن عبارة واحدة فقط تشير إلى القدس كعاصمة لإسرائيل شطبت من نص الفيلم، وإن أي زائر للجناح الإسرائيلي في المعرض لن يشك أن القدس كانت وستظل عاصمة إسرائيل»..

وهذا فعلاً ما أحس به زوار المعرض. فبدلاً من عبارة «القدس عاصمة إسرائيل» وجدوا جملة أخرى تقول «القدس قلب الشعب الإسرائيلي»!! وفي هذا السياق قال المدير التنفيذي للمنظمة الإسلامية الأمريكية لحماية القدس السيد خالد ترعاني أنه «بعد أن قضى يوماً كاملاً في الجناح الإسرائيلي وشاهد أفلامه أكثر من مرة، خرج مقتنعاً تماماً أن المعرض يظهر القدس على أنها عاصمة إسرائيل وأن الدور الإسلامي والمسيحي في المدينة مهمش إلى أبعد حد» وأضاف ترعاني «إن فيلم الفيديو الذي يعرضه الجناح الإسرائيلي يبين على سبيل المثال مسجد قبة الصخرة وهو يختفي بشكل فني لتظهر محله نجمة داوود»..

فما رأيكم دام فضلكم؟! وما قولكم في حقيقة أن أمتنا وعلى المكشوف باتت تعاني من «قلة هيبة» خطيرة، إلى درجة أن لا أحد بات يقيم وزناً لها، حتى أولئك العفاريت الظرفاء توم وجيري وميكي ماوس؟!



الفلسطينيون: وما يسمى بمفاوضات الحل الدائم

لعل اتفاق شرم الشيخ لم يكن مفاجئاً، باعتباره نتيجة طبيعية لاتفاقيات أوسلو المهينة، وكنموذج لما ستجري عليه الأمور لاحقاً، وكذلك لم يكن مفاجئاً إعاقة تنفيذ هذا الاتفاق والعودة من جديد للتفاوض حول ما اتفق عليه سابقاً، حتى أن مسيرة التسوية على المسار الفلسطيني، لم تعد أكثر من سلسلة لانهائية من إعادات التفاوض على كل شيء؟ وفي كل مرة؟ ومن جديد.

لعل تلك النتيجة الطبيعية للتفاوض بالقطعة والتخلي عن الاستراتيجي والجوهري، مما يفتح الباب على مصراعيه أمام الخطر المحيق الذي يدق الأبواب الآن مع الدخول في مفاوضات الحل النهائي.

# تركة ثقيلة وتحديات صعبة

أحمد جابر

مفاوضات «الحل النهائي» إذن، ستفتح الباب على العناصر الأساسية للصراع التي تم تغييبها وتأجيلها لتحاصر بالأمر الواقع الإسرائيلي وبالضعف الفلسطيني، وقبل المضي في مناقشة هذه القضايا والكيفية التي تدار بها الأمور لابد من إلقاء نظرة على تطبيقات شرم الشيخ باعتبارها مؤشراً لما ستمضي تجاهه الأمور.

فقد تعثرت الأمور ومنذ اليوم التالي لتوقيع الاتفاقات سواء في موضوع الأسرى أو المر الآمن أو ميناء غزة أو (الانسحابات).

فخارطة إعادات الانتشار ـ تؤشر إن أشارت إلى شيء ـ إلى الفوضى الشاملة في جغرافية الكيان الفلسطيني العتيد المتوقع والذي يعيد تأكيد الحقيقة حول الانسحابات بصفتها أداة لإعادة السيطرة والتحكم على بقع متناثرة لايوجد بينها تواصل، تثبت حقيقة الكيان البانتوستاني الذي تسعى إسرائيل إليه.

إضافة إلى الخلاف حول مساحة الضفة التي يجب احتساب نسبة الانسحابات منها حيث تصر إسرائيل على رفض احتساب المناطق الواسعة التي ضمتها إلى القدس باعتبارها ليست جزءاً من الضفة مما يفقد أي انسحاب معناه. وتكون النسب في الحقيقة أقل بكثير مما هو مفترض.

ومن جهة أخرى، حدد اتفاق أوسلو ضرورة حصول تواصل جغرافي بين المناطق الفلسطينية، ولذلك كان النص على توفير ممر آمن بين الضفة الغربية وغزة، والغريب أن مناطق الضفة الغربية نفسها لايتحقق فيها مثل هذا التواصل، ورغم ذلك تبدو الدولة العبرية منسجمة مع نفسها تماماً في منع قيام أي رمز من رموز دولة فلسطينية مقترحة بالأخص السيطرة الأمنية الإسرائيلية التامة على جميع المعابر القائمة والتي ستقام والمؤدية إلى ومن الأراضي الفلسطينية فلسفة إسرائيل هذه تتجلى حالياً في موضوع المر الآمن؟ وأثناء كتابة هذا المقال أعلن أن الفلسطينيين وشركاءهم قد توصلوا إلى اتفاق حول هذه المسألة التي تعثرت لعدة أيام وأجلت افتتاح المر، إذ تصر إسرائيل ويبدو أنها نجحت في السيطرة المطلقة والكاملة على المر الآمن المأمول عبر السيطرة على المعابر والاحتفاظ بحق إصدار البطاقات المغنطة، والمشكلة طبعاً ليست في توزيع البطاقات ـ إذ ربما يُعطى هذا الحق للجانب الفلسطيني ـ ولكن ستحتفظ إسرائيل بحق تحديد من هم الذين يستطيعون العبور عبر المر.

ومفهوم المر الآمن يعني تحقيق تواصل جغرافي وأن يوفر معبراً آمناً للفلسطينيين ولكن إصرار إسرائيل على شروط يلغي وبضربة واحدة الفكرتين معاً، فكرة التواصل الذي سيكون محكوماً بإرادة إسرائيل وإغلاقاتها، وفكرة الأمن الفلسطيني، الذي سيبقى مرتبطاً بإسرائيل.

تمكن إذن ايهود باراك من فرض شروطه ليترافق توقيع اتفاق شرم الشيخ الذي لم يكن له ضرورة لو أتم الالتزام بما سبقه، مع إعلان إطلاق مفاوضات الحل الدائم، هذه المفاوضات التي من المفترض أن تناقش القضايا العالقة الأساسية الأكثر أهمية أي اللاجئين والعودة، والقدس، وتفكيك المستوطنات والدولة المستقلة، ويذهب الفلسطينيون إلى هذه المفاوضات، منهكي القوى، مثقلين باتفاقات سابقة مدمرة وبأمر واقع يقيمه الإسرائيليون يومياً، وفي ظل مواقف إسرائيلية من المسائل المقترحة عبر مواصلة الاستيطان والاستمرار في تهويد القدس ومحاولات تمرير المشاريع المختلفة للتوطين وتجاوز حق العودة، والإصرار على رفض الدولة المستقلة وهذه اللاءات تأتي في صلب البرامج الانتخابية للأحزاب الائتلافية الذي يحكم الدولة العبرية.

هذه الوظيفة تعطي إشارة إلى طبيعة المفاوضات القادمة، في الوقت الذي أجهز فيه الجانب الفلسطيني على نقاط قوته واحدة تلو الأخرى؟ بدءاً بالاعتراف المجاني بدولة العدو مروراً بوأد إنجازات الانتفاضة، إلى تدمير

الوحدة الوطنية، وصولاً إلى ترك القضايا الأساسية معلقة مما أتاح لإسرائيل تمرير ما تشاء.

فعلى صعيد الاستيطان: يقول السيد عرفات سنبلغ العالم بأسره أن الاستيطان «يدمر السلام» ونتساءل بدورنا عما سيفعله العالم الذي سلم الأمور إلى سيدته أمريكا، راعية الاستيطان الأولى.

يعرف السيد عرفات كما نعرف نحن أن الاستيطان هو أخطر مايهدد أي فكرة لكيان فلسطيني ممكن، مَن ناحية السيادة والتواصل الجغرافي والأمن أيضا، ويبدو أن كل رهان على وقف الاستيطان في ظل موازين القوة القائمة وفي ظل الطريقة البائسة التي يدير بها المفاوضون الفلسطينيون محادثاتهم مع نظرائهم الإسرائيليين ماهو إلا رهان خاسر ليس له تصيب من التحقق، خاصة في ظل الحقائق المكشوفة حول خطط الاستيطان التي تعد لها الكتلة التي يقودها باراك وكما تكشفها الصفقات السرية بين رئيس وزراء العدو وأطراف تحالفه الحكومي. خصوصاً حزب المفدال المتطرف الذي يسيطر على وزارة الإسكان، والذي ينص برنامجه على أن «الاستيطان اليهودي في كل أنحاء أرض إسرائيل هو أساس سيطرتنا على جميع أجزاء أرض إسرائيل» وعدم اقتلاع أية مستوطنة يهودية من مكانها؟ «أن الهدف في العقد المقبل هو الوصول إلى أكثرية يهودية في يهودا والسامرة وقطاع غزة» لذلك لم يكن مفاجئاً المخطط الاستيطاني الجديد الذي بدأت بتنفيذه حكومة باراك ووزارة المفدال، إذ اكتشفت حركة السلام الآن عن تقديم مناقصات لبناء أكثر من 2600 وحدة سكنية استيطانية وهو عدد يزيد عما نفذته حكومة نتنياهو خلال ثلاثة أعوام.

ومن المتوقع أن تستفيد من هذه العملية مستوطنات معاليه أدوميم وجيفعات زئيف وبيتار آليث على الحدود البلدية للقدس، وان كان التركيز سيتم على معالية أدوميم شرقي القدس التي يتم توسيعها غرباً وجنوباً لوصلها بمستوطنة جيلو تمهيداً لتشكيل حزام استيطاني يحطم التواصل الجغرافي بين القدس والضفة في استباق لتكريس أمر واقع جديد قبل المفاوضات.

كذلك ستستفيد من هذه العمليات مستوطنات كريات أربع؟ وأوتنيل قرب الخليل حيث تتمركز المنظمات الصهيونية الأكثر عنصرية وتطرفاً، غوش ايمونيم وكاخ؟ إضافة إلى مستوطنتي شومرون وأرييل بما يقطع التواصل الجغرافي بين نابلس ورام الله.

الموضوع الأكثر خطورة وحساسية في المفاوضات القادمة هو موضوع اللاجئين، إذ أن أي حل مقبول ونتيجة منطقية لأي تفاوض هو حل هذه المشكلة العالقة وإنهاء مأساة أكثر من أربعة ملايين ونصف المليون فلسطيني مشردين في المنافي.

ولكن الأمور لاتسير حسب قوانين العدالة وقواميس الحق، إذ أن العملية السلمية برمتها والتي تمت صياغتها أصلاً حسب المصلحة الإسرائيلية، تتجاهل تماماً هؤلاء المنكوبين؟ وتسعى جاهدة لتبقى مشكلتهم وتنهيها حسب ماترتئيه المخططات الصهيونية الأمريكية، بالتوطين والتهجير.

ولعل أول الضربات التي وجهت إلى اللاجئين جاءت من القيادة الفلسطينية المتنفذة والتي بموافقتها على ربط حل قضية اللاجئين (على غرار القضايا الأخرى) بمفاوضات الحل الدائم، تكون قد جردت القضية من مضمونها الدولي باعتبارها قضية يتحمل مسؤوليتها المجتمع الدولي لتعيدها إلى مجرد بند للنقاش بين طرفين.

إسرائيل طبعاً لن تضيع هذه الفرصة، وتسعى بالتالي بكل الوسائل لفرض حل للمشكلة يقوم على الرفض المطلق للاعتراف بحق العودة، ورفض الاعتراف بالذنب تجاه المأساة الفلسطينية.

على هذه الأرضية يبدو مفهوماً الآن أن تعود مشاريع توطين وتهجير الفلسطينيين لتطل برأسها من جديد، وقد قيل الكثير عن هذه المشاريع وان كنا هنا نريد تثبيت عدة نقاط :أولاً: الفلسطينيون بأغلبيتهم المطلقة يرفضون هذه الفكرة للتوطين أو التهجير بمثابة المؤامرة التي تستهدف مستقبلهم وهويتهم الوطنية التي طالما تمسكوا بها، ثانياً : من المستغرب الطريقة التي تثار بها هذه القضية من أطراف عربية تعتبر متضررة من هذا الموضوع، خصوصا في لبنان، حيث يعرف اللبنانيون جيداً أن الفلسطينيين لايريدون التوطين هناك ويرفضونه، ومع ذلك يتم استغلال هذه القضية ـ وهي ليست جديدة ـ بطريقة تحمل الكثير من التساؤلات حول حقيقة أغراض الحملة اللبنانية ضد التوطين، ونحن ندرك وجود اتجاهين في لبنان يرفضان التوطين الأول على أرضية وطنية قوية، وبدافع الحرص على حقوق الشعب الفلسطيني وبالتالي يربط هذا الاتجاه رفض التوطين بضرورة تطبيق حق العودة. أما الاتجاه الثاني: فاقل مايقال فيه انه اتجاه يسعى لتهجير الفلسطينيين حيث يتم تناول المسألة بإساءة واضحة وإثارة النعرات الطائفية المقيتة، دون أن يربطوا رفضهم للتوطين بحق العودة وكأنما المطلوب هو فقط التخلص من الفلسطينيين إلى أي مكان يستوعبهم عدا وطنهم.

## تنويه واعتذار

ورد في المقابلة التي أجرتها «الهدف» في عددها الماضي مع الرفيق أبو علي مصطفى في الصفحة ١٢ العمود الأول أنه لم يكن عندنا إجماع حول قضية المشاركة في المجلس الوطني الفلسطيني عام ١٩٩٨.

والصحيح أنه كان هناك إجماع على مقاطعة الجلسة عام ١٩٩٨ أما المقصود بعدم وجود إجماع فكان في دورة نيسان ١٩٩٦ ولذا اقتضى التنويه.

مايجب التأكيد عليه من جديد أن الفلسطينيين لن يكونوا من جديد طرفاً في لعبة السياسة اللبنانية، وهم بمقدار ما يرفضون التوطين التهجير أيضاً ويصرون على العودة إلى وطنهم، هذا من جهة، ومن جهة أخرى فإن القومية والحرص على المصالح الوطنية للشعب الفلسطيني لاتعني أبداً الاستمرار في التضييق عليهم ومواصلة مصادرة حقوقهم المدنية وإغلاق سبل العيش في وجوههم؟ ولايوجد أي تناقض بين تمسك الفلسطيني بحق العودة وعيشه بكرامة في لبنان.

أخيراً.. يبدو واضحاً مدى الصعوبات التي يقدم الفلسطينيون على مواجهتها، والتحدي المطروح بقوة الآن، هو إيجاد الوسائل الملائمة للتصدي للمرحلة القادمة، وتحقيق إنجازات وطنية حقيقية.

ولاشك أن الأساس يأتي من العمل الحثيث لاستنهاض جماهير الشعب ورص الصفوف لمواجهة القادم صفاً واحداً وكتلة متماسكة، ولايمكن أن يتم ذلك بمجرد الوعود بل بخطوات ملموسة تعيد ثقة الشعب بمنظمة التحرير وبالمشروع الوطني، من هنا تأتي الأهمية المتزايدة للحوار الوطني المتواصل بين الجبهة الشعبية لتحرير فلسطين وحركة فتح الذي انعقدت ثاني جلساته في عمان والتي جاءت لتؤكد على ضرورة العمل الجاد لتوسيع هذا الحوار ومشاركة كل القوى فيه، ولتؤكد التمسك بالثوابت الوطنية وخصوصاً حق العودة وتقرير المصير وإقامة الدولة الفلسطينية.

وأيضاً بحث قضايا المجتمع المدني والديمقراطية وخصوصاً أيضاً البحث في إعادة ترتيب البيت الفلسطيني نحو تشكيل مجلس وطني وفقاً للوائح منظمة التحرير وإعادة تفعيل مؤسسات المنظمة وبرامجها.

ولكن كما قلنا لابد من خطوات عملية لتكريس ماتم الاتفاق عليه، والامتناع عن النكوص عنه ووأد أي نوايا للتراجع حتى لاتتكرر الدروس السابقة من جديد.

ذلك تحدي المستقبل فهل تتم الاستجابة له؟ هذا هو السؤال ■■

## مفاوضات الحل الدائم..

# مارتون طويل ومتعرج

أبو علي حسن

عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين

**لم يزل الجدل محتدماً بين كتاب وصحافيين وسياسيين حول مبادرة الجبهة الشعبية بالحوار مع حركة فتح.. ولا تزال بعض الملاحظات والاستنتاجات تقرأ في الصحافة بين الحين والآخر.**

وانطلاقاً من إيماننا العميق بالديمقراطية كأسلوب ممكن لتجاوز بعضاً من أزماتنا المتكررة في بلداننا، نعتقد أنه من حقنا مع القارئ مرة أخرى أن نقف أمام بعض النقاط والعناوين المثارة تظهيراً لبعض المواقف السابقة والراهنة للجبهة التي ربما لم تزل غير مفهومة كفاية عند البعض.

أولاً: لقد وقع البعض في خطأ الاستنتاج حينما سلم بأن الجبهة الشعبية متجهة للمشاركة في مفاوضات الحل الدائم.. وربما البعض كان ضحية التباس وتسرع في فهم أهداف الحوار... والبعض الآخر كان يتقصد التشهير وهذا الأخير لسنا في وارد الحوار معه...

إن المتتبع لمواقف الجبهة تجاه اتفاق أوسلو.. وما بعده من أحداث ومن ثم الحوار مع فتح لن يجد صعوبة تذكر في الوصول إلى أن الشعبية لم تطلق أية إشارات نحو إمكانية مشاركتها في مفاوضات الحل الدائم.. حيث لم يرد قبل الحوار أو بعده، ولا بالبيان الختامي للحوار ما يشير إلى ذلك... ذلك أن الجبهة الشعبية لا تعتقد أن هناك إمكانية لحل دائم لا يضرب عدالة القضية الفلسطينية أو الحق التاريخي في فلسطين او حتى الهدف المرحلي المتمثل في دولة فلسطينية على الأراضي المحتلة عام67...

ومن ناحية ثانية فإن ما يسمى بالحل الدائم هو رؤية أسلويه للحل عبر السير في مارتون طويل ومتعرج ومجهولة نهاياته، قد يستغرق السير فيه سنوات، وقد يهلك فيه تعباً وعطشاً الكثيرون من الواهمين أو الراكضين وراء السراب.

فالثوابت «الإسرائيلية» الواضحة والمعلنة تكراراً لم تعد خافية على أحد منا أو غيرنا وهي تمثل لاءات إسرائيلية تلازم كل وزارة سابقة او قادمة، وكسر هذه اللاءات أو إجبار إسرائيل على التنازل عن بعضها دونه نضال طويل وميزان قوى أفضل حالاً مما هو قائم....

إن مفاوضات الحل الدائم للقضية الفلسطينية ستدور وتنشأ وفق مرجعية أوسلو «المفاوضات الثنائية» بل هي استمراراً لنهج ورؤية أوسلو للحل.... هذه المرجعية التي أكدت الأحداث أنها ليست المرجعية القادرة على تنفيذ حتى ما اتفقت عليه الأطراف بالرعاية الأمريكية وغيرها... فإذا كانت مفاوضات واتفاقات وتعقيدات المرحلة الانتقالية قد استمرت ستة سنوات ولم تف إسرائيل بالتزاماتها واستحقاقات المرحلة الانتقالية فكيف سيكون الحال مع مفاوضات الحل الدائم وليس بجعبة الفلسطينيون أياً من أوراق الضغط المالوفة بعد أن تنازلوا مسبقاً عنها ونفذوا التزاماتهم تجاه المرحلة الانتقالية...؟!

كيف سيكون الحال وإسرائيل تخلق يومياً وقائع على الأرض - مستوطنات - وتغيير مفهوم الوحدة الجغرافية للضفة والقطاع أو لكل منهما... وهل هناك من يجبرها على الخوض في اتفاقات حل دائم تتنازل فيه عن بعض من لاءاتها... وثوابتها... وأطماعها...

وعليه فإن الشعبية لا تبني آمالاً على مفاوضات الحل الدائم حتى تنخرط فيه، كونه سيكون تحت سقف ذات المرجعية أوسلو.. ومظلة التفاوض الثنائي.. الذي يعيد انتاج وتوليد التعقيدات والأزمات فالحلول والاتفاقات الجزئية التفصيلية التي يفرض فيها الطرف المقتدر شروطه على الطرف الآخر ودونما أن يتمكن الطرف الفسطيني من تحقيق ما اتفق عليه...

هذا الأمر يتطلب إعادة النظر في موضوع التسوية بافق وإطار أوسلو باتجاه إيجاد مرجعية جديدة يتم التفاوض تحت سقفها، والحديث عن مرجعية جديدة يعني العمل على التعديل النسبي في ميزان القوى وهذا لا يتأتى إلا بمرجعية الشرعية الدولية وقراراتها المتكررة ذات الصلة بالصراع والقضية الفلسطينية... هذه المرجعية وحدها ربما هي القادرة على إخراج مفاوضات الوضع النهائي من مأزقها الداخلة فيه مسبقاً... والقادرة على إيجاد تسوية مقبولة وليست عادلة..

لذلك فإن الجبهة ليس وارداً مشاركتها في مفاوضات الحل الدائم تحت سقف أوسلو او امتداداً لها... قناعة منها بأنها طريق مفضي إلى المجهول، وإغراق الطرف الفلسطيني مرة أخرى في التفاصيل والجزئيات التي تكسر الثوابت الفلسطينية الواحدة وراء الأخرى دون الظهور امام الشعب الفلسطيني بأننا تنازلنا عن الثوابت الوطنية مع خلق أوهام عن حلول يتم في إطارها وأد اية أشكال نضالية كامنة أو حية في مواجهة الاحتلال وغطرسته.. وخلق وقائع جديدة يومية على الأرض طيلة سنوات التفاوض...

لكن الشعبية لا تستطيع إدارة الظهر تماماً لمفاوضات الحل الدائم في حال استمرت على ذات المرجعية الأوسلوية كونها ستقرر مصير القضية الفلسطينية أرضاً وشعباً ولاجئين ربما لعقود طويلة، مما يترتب عليها مسؤولية النصح، والحوار مع الطرف الفلسطيني لأجل خلق ممانعة فلسطينية مؤثرة في أخذ القرار ومنع التنازلات أو مس الثوابت الوطنية.

وهنا تتبدى المسؤولية الوطنية لكافة الفصائل والقوى السياسية الفاعلة لكي تلعب دور المفرمل أو الضاغط لوقف وإلغاء احتمالات التنازلات الطوعية والقسرية، وهذا يفترض ضمناً نبذ نزعتين تسودان الساحة الفلسطينية الآن من قبل المعارضة، الأولى نزعة «زرع الأوهام والآمال من أية حوارات مع فريق أوسلو»، والثانية نزعة «فليذهب فريق أوسلو إلى الجحيم وليحصد ما زرعته يديه...!!».

من هنا كم يكون الأمر مستهجناً حينما يتم الخلط بين الحوار وأهدافه وبين أوسلو المرفوض ومفاوضات الحل الدائم... فالحوار مع حركة فتح بدأ ولا يزال حواراً هادفاً، ولم يصل الطرفان بعد إلى مواقف وسياسات مشتركة باستثناء البيان الختامي الذي يضعنا وجهاً لوجه أمام الموضوعات الساخنة.. مما يجعل من الأحكام المسبقة والإطلاقية أحكاماً متسرعة وغير موضوعية كالقول أن الجبهة الشعبية تراجعت عن إسقاط أوسلو وباتت تعترف بالأمر الواقع لأوسلو..!!

إن خلافنا مع فريق أوسلو خلافاً سياسياً وليس خلاف أقوام وقبائل ولا يحمل أبعاداً ثارية، فما يهمنا أن نمد يد العون لشعبنا المكتوي ولا يزال بنار الاحتلال ووطأة أوسلو..

والشعبية رفعت شعار إسقاط أوسلو وهي تأمل أن يقف إلى جانبها كل القوى الحية من شعبنا الفلسطيني والعربي لأجل إسقاطه، بيد أن القوى المضادة والداعمة لأوسلو فلسطينياً وعربياً ودولياً كانت أكثر قدرة ووحدة وإمكانيات لفرض الاتفاق على الأرض... فعجز الجميع عن إسقاطه.. وعجزت الشعبية مع الجميع، لكنها لم تخطيء في رفع شعار إسقاط أوسلو، ولم تسقط الشعار.. لكنها ما زالت معنية بتغليب ممارسة السياسة الواقعية والمصلحة الوطنية العليا للشعب الفلسطيني في اللحظات الحرجة على المواقف والشعارات.. من هنا كان الحوار أسلوباً سياسياً وديمقراطياً ووطنياً لإمكانية الاتفاق على قواسم مشتركة للثوابت الوطنية التي تحصن رؤية الحل المرحلي.. والاتفاق على الإطار الوطني للمرجعية السياسية والكيانية للشعب الفلسطيني وهي م.ت.ف وكيفية تطويرها وتفعيلها.

أما القول بأن الشعبية مضطرة للتعاطي مع

أوسلو كأمر واقع أو أنها ستلحق به، فهذا أمر يحتاج إلى إيضاح، حيث يبدو أن عبارة «أوسلو أمر واقع» تحدث صدى غير إيجابي وغير مريح في آذان كل معارض لأوسلو.. كون العبارة ربما تحمل إيحاء باللحاق بركب أوسلو، والقول بأنه «أمر واقع» ليس اعترافاً بشرعيته وشروره وإنما اعترافاً بموضوعية وملموسية ما رتبه على الأرض قسراً.

إن منطق الأمور أن تدركه واقعاً حتى تقاومه وتعمل على هدمه أو تجاوزه أو محو آثاره إن استطعت بقدراتك الذاتية، وخلق أوسلو وقائع على الأرض في صورة حركة سياسية يومية اختلطت فيها السياسة مع الاقتصاد، والثقافة مع الإعلام، والمنطق باللا منطق، والديمقراطية بالقمع، والنظام بالفساد والفوضى... وغرق فيه الطرف الفلسطيني دون أن يحمل معه خشبة الخلاص ضماناً لخط الرجعة، حيث ظهرت بنى سياسية واقتصادية، وثقافية وإعلامية أوسلوية، وتعليمية وصحية...الخ

أليس هذا «أمراً واقعاً» مجافياً لرغباتنا وإرادتنا وتوجهاتنا السياسية والوطنية؟! ويحتاج إلى تغيير وإزاحة وتصويب وهذا أمر تحكمه القدرات الذاتية للمعارضة... أم ان هذا مجرد وهم وما زال خطة على ورق...؟!

إن هذا الواقع لا يمكن الهروب منه تحت دعوى أنه عمل من رجس الشيطان والاقتراب منه هو اقتراب وعناق لأوسلو.. ولو لم يكن هذا الواقع ملموساً وقائماً على الأرض لما صعب علينا التغلب عليه، رغم أن واقعيته راهنة وليست أبدية...

من هنا فإن الشعبية كانت واضحة في رؤيتها ومواقفها تجاه الواقع الملموس حيث سمحت لكوادرها أن ينخرطوا في البنى الاقتصادية والاجتماعية والثقافية وأن لا ينعزلوا تحت أية حجة، فليس من الحكمة أن ينعزل المهندس أو الطبيب أو المدرس أو المحامي المنتمي للجبهة عن بنى ووظائف مجتمعه تحت حجة أنه ينخرط في مؤسسات ووزارات العمل والصحة والتعليم والاقتصاد التابعة للسلطة الفلسطينية المنبثقة عن اتفاق أوسلو...

إن عزل آلاف من أعضاء وكوادر الشعبية وفصائل العمل الوطني المعارضة عن بنى ونسيج مجتمعهم، والعيش داخل «الغيتو الصغير» المسمى الجبهة الشعبية خوفاً من دنس أوسلو.. ليس إلا ممارسة للأساس النظري لحركات التكفير والهجرة، الذي ينطلق من أن المجتمع كافرٌ وفي حالتنا «أوسلويّ» ويجب هجرانه حتى لا يصيبنا الكفر...!!

لقد سبق لكادرنا ولكادر الفصائل مجتمعة أن كانوا منخرطين في بنى ومؤسسات مجتمعهم إبان الاحتلال قبل أن يرحل عن المدن الفلسطينية وفق اتفاق أوسلو.. ولم يكن هذا الكادر مستنكفاً عن أداء دوره تحت ظل الاحتلال.. فكيف الحال بعد رحيل الاحتلال...؟!■■

## نص البيان المشترك الصادر عن اجتماع عمان بين وفدي اللجنة المركزية لحركة فتح والجبهة الشعبية لتحرير فلسطين

تم عقد اجتماع بين وفد من اللجنة المركزية لحركة فتح ووفد من المكتب السياسي للجبهة الشعبية لتحرير فلسطين برئاسة الأخ أبو علي مصطفى نائب الأمين العام للجبهة الشعبية، وبحضور الأخ أبو الأديب رئيس المجلس الوطني الفلسطيني في ١٩٩٩/٩/٢٨ في مقر المجلس الوطني الفلسطيني في عمان عاصمة المملكة الأردنية الشقيقة. وقد صدر عن الاجتماع البيان المشترك التالي:

استعرض الوفدان الخطوات التي تمت في سبيل تعزيز الحوار الوطني الشامل منذ لقاء القاهرة بين الوفدين في ١٩٩٩/٨/١ وقد ثمن الوفدان الخطوات التي أثمرت مناخاً إيجابياً في الساحة الفلسطينية. وانطلاقاً من النقاط الأساسية التي تضمنها البيان المشترك في القاهرة، وبهدف ترجمة ووضع الآليات المناسبة لتنفيذ هذه النقاط، فقد تم تدارس عدد من الأوراق المقدمة حول موضوع الحوار الوطني الشامل وتطوير وتفعيل مؤسسات منظمة التحرير الفلسطينية وتعزيز الديمقراطية في الساحة الفلسطينية، والنهوض بأوضاع الاتحادات الشعبية الفلسطينية.

كما تم الاتفاق على تعميق النقاش حول مضامين هذه الأوراق في أطر م.ت.ف باعتبارها الممثل الشرعي والوحيد للشعب الفلسطيني ومن خلال الحوار الوطني الشامل. هذا وقد أكد الوفدان على النقاط التالية:

أولاً: دعوة جميع الفصائل الفلسطينية إلى المشاركة في اجتماعات المجلس المركزي الفلسطيني للقيام بدوره وتحمل مسؤولياته تجاه الاستحقاقات السياسية في المرحلة القادمة ومعالجة القضايا التنظيمية وفي مقدمتها تشكيل لجنة تحضيرية من أجل الإعداد وبحث الآليات المناسبة لتشكيل المجلس الوطني الفلسطيني القادم وفقاً للأسس واللوائح المعتمدة في م.ت.ف. كما اتفق الجانبان على انتظام عمل المؤسسات التابعة لـ م.ت.ف حسب اللوائح الناظمة لأعمالها للقيام بوظيفتها ومهامها.

ثانياً: أكد الجانبان على حق الشعب الفلسطيني الثابت بإعلان دولته المستقلة وعاصمتها القدس الشريف فوق تراب وطنه على أساس حقوقه الوطنية التي صانتها وتصونها قرارات الشرعية الدولية ومبادئ القانون الدولي، كما شددا على أن هذا حق مقدس يتم بقرار وطني فلسطيني مستقل.

ثالثاً: أكد الجانبان على التمسك بالثوابت الوطنية الفلسطينية وفي مقدمتها حق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف والتي تؤكدها قرارات الشرعية الدولية ذات الصلة كأساس ومرجعية للتسوية السياسية.

رابعاً: أكد الطرفان رفضهما ورفض جماهير الشعب الفلسطيني القاطع لمخططات التوطين والتهجير والتمسك بحق العودة للاجئين الفلسطينيين الذين شردوا من ديارهم، وذلك وفقاً للقرار/ ١٩٤/.

خامساً: أكد الجانبان على أهمية تعزيز وإرساء الحياة الديمقراطية في المجتمع الفلسطيني لتعميق ثقة الشعب في الوطن والشتات في المشروع الوطني، كما أكدا على تكريس التعددية السياسية والفكرية وترسيخ مبدأ فصل السلطات والنهوض بدور النقابات والاتحادات الشعبية في الداخل والخارج كقواعد أساسية في بناء المجتمع المدني وقواعد شعبية لـ م.ت.ف.

سادساً: وجه الوفدان التحية للمعتقلين والتهنئة للمحررين وأكدا استمرار العمل الدؤوب للإفراج عن جميع المناضلين المعتقلين في السجون الإسرائيلية.

هذا وقد حيا الجانبان جماهير الشعب الفلسطيني في أماكن وجوده كافة والتفافه حول م.ت.ف ممثله الشرعي والوحيد. كما حيا الطرفان جلالة الملك عبد الله الثاني بن الحسين والحكومة الأردنية والشعب الأردني الشقيق على احتضانهم هذا اللقاء وتقديم كل التسهيلات اللازمة له.

المجد والخلود لشهدائنا الأبرار والنصر لشعبنا

اللجنة المركزية لحركة فتح — المكتب السياسي للجبهة الشعبية لتحرير فلسطين

عمان ١٩٩٩/٩/٢٨

## رداً على ماجد أبو دياك في «فلسطين المسلمة»

# ولكن هل حماس ضد الحوار فعلاً؟

خليل جنداوي

***للأخوة في حماس وجهة نظر رافضة للحوار الوطني الفلسطيني الذي دشنته الجبهة الشعبية لتحرير فلسطين بلقائها وفداً من اللجنة المركزية لحركة فتح في القاهرة في أوائل آب الماضي.. وهذا ما عبر عنه بعض الأخوة في مقالات عديدة نُشرت في صحف عربية مختلفة.. اللفت أن أغلب هذه المقالات وفي أحسن أحوالها وعندما كانت تتحلى بموضوعية افتقدتها في غير مرة، وجهت للجبهة الشعبية انتقادات كانت قد أصابت حماس نفسها في مناسبات عدة، حين انخرطت الحركة في حوارات سواء وطنية شاملة أو ثنائية مع السلطة أو فتح في عامي ١٩٩٥-١٩٩٧ وأخيراً عندما شاركت بصفة مراقب في أعمال دورة المجلس المركزي الأخيرة...***

***فيما يلي مناقشة لأفكار وردت في مقال نشره الأخ ماجد أبو دياك في مجلة «فلسطين المسلمة» الناطقة بلسان حركة حماس في عددها الصادر في أيلول ١٩٩٩ وكانت تحت عنوان «اجتماعات القاهرة.. بين السلطة وكل من الشعبية والديمقراطية: حوار وطني أم التحاق متأخر بـ«أوسلو»؟» سنحاول فيه توضيح بعض الجوانب التي ربما غابت فعلاً عن ذهن الكاتب، وإن كان من الوارد أنه حاول تغييبها أصلاً..***

بدأ الأخ ماجد أبو دياك مقاله بالقول: «بعد مرور أكثر من سنة على الدعوة التي أطلقتها الجبهة الديمقراطية للمشاركة في مفاوضات الحل النهائي، بدأت الجبهة الشعبية في التقدم بخطوة مهمة نحو المصالحة مع السلطة الفلسطينية عبر الحوار الذي جرى مع اللجنة المركزية لحركة فتح في القاهرة أوائل شهر آب/ أغسطس الماضي والذي جاء تتويجاً لاتصالات وحوارات جرت بين الطرفين داخل وخارج الأرض المحتلة...».

وطبعاً هذه البداية غير موفقة أبداً، فالكاتب كان بإمكانه بدء كلامه مباشرة بالقول: «بدأت الجبهة الشعبية...» لكنه فضّل ربط هذه الخطوة بمبادرة أطلقتها الجبهة الديمقراطية منذ أكثر من عام للمشاركة في مفاوضات الحل النهائي.. ولانجد هنا أية علاقة بين النقطتين، إلا إذا كان الكاتب يريد الإيحاء أن الجبهة الديمقراطية جذبت الشعبية وراءها، وهذا غير صحيح مطلقاً، فالجبهة الشعبية مازالت تعلن على لسان كل قادتها رفضها المشاركة في مفاوضات الحل النهآئي مادامت مرجعيتها وسقفها يحكمهما القرار ٢٤٢ فقط.. بالاضافة لذلك فإن موقف الجبهة الشعبية من اتفاق اوسلو وماتلاه لم يتغير.. من جهة أخرى يعرف الأخ ماجد جيداً أن حوار الجبهة الشعبية مع اللجنة المركزية لفتح لم يأت فجائياً، بل سبقته مبادرة أطلقتها الجبهة في حزيران ١٩٩٦ لترتيب البيت الفلسطيني، تبعتها حوارات واتصالات جرت في الداخل وخصوصاً في مؤتمر الحوار الوطني الذي عُقد في نابلس في شباط ١٩٩٧ وتلته اجتماعات السكرتاريا المنبثقة عن هذا المؤتمر. وفي هذا السياق نذكّر الأخ ماجد أبو دياك بحقيقة لانعتقد أنه نسيها، ونقصد هنا أن حركة حماس نفسها كانت موجودة ضمن هذه الحوارات والاتصالات، وشاركت فيها جنباً إلى جنب مع الجبهة الشعبية وغيرها من الفصائل والأحزاب الموجودة في الداخل، ونلفت انتباهه أيضاً إلى أن حماس سبقت الآخرين فعلاً بالحوار مع فتح أو السلطة وذلك في نهاية العام ١٩٩٥ حيث عُقدت بين الطرفين العديد من الاجتماعات السرية والعلنية في الداخل، قبيل عقد اللقاءات الموسعة بينهما في الخرطوم والقاهرة..

بعد ذلك حاول الكاتب البحث عما أسماه «الأسباب الحقيقية» لموقف الجبهة الشعبية بالحوار مع فتح، لكنه للأسف تعامى عن كل الأسباب والعوامل التي أوردتها الجبهة في هذا السياق، ولم يجد سوى السبب المالي «ورغبة قيادة الجبهة الشعبية في استعادة مخصصاتها من الصندوق القومي الفلسطيني في م.ت.ف إثر استمرار أزمتها المالية...».

وطبعاً اختزال الموقف السياسي للجبهة بأزمتها المالية فيه الكثير الكثير من التجني على فصيل له تاريخه ومسيرته الكفاحية وتضحياته كالجبهة الشعبية التي لم تغلّب ولو في أية مرحلة من نضالها الطويل مصلحتها الذاتية على الاعتبارات الوطنية العليا.. وشعبنا الذي خبر الجبهة الشعبية جيداً يعرف أن الأزمة المالية التي تمر بها الآن ليست الأولى، لكنه يعرف أيضاً وبالتجربة المؤكدة أن لا المال ولا التهديد بالتصفية أو الاعتقال أو الشطب نجح يوماً في فرض موقف على الجبهة الشعبية هي غير مقتنعة به أصلاً، والتاريخ يشهد على أن الجبهة الشعبية لم تبن يوماً سياستها إلا على ضوء رؤيتها للمصلحة الوطنية..

وبالتأكيد فإن هذه النظرة السهلة للأمور تبهت المواقف السياسية وتبسطها إلى أقصى حد، وتسطحها إلى درجة فاقعة.. وطبعاً كنا نتمنى على الأخ ماجد أبو دياك أن يكون موضوعياً ولو قليلاً، فيذكر بعض الأسباب والعوامل التي قالت الجبهة الشعبية أنها تقف وراء قرارها بالحوار مع فتح، ولانرى غضاضة إذا لم يكن مقتنعاً ببعض هذه الأسباب أو حتى كلها أن يحاول تفنيدها ودحضها لو استطاع، ولو فعل ذلك لكان بالتأكيد أكثر احتراماً لعقل قرائه..

### الحوار كما تراه الجبهة الشعبية

الجبهة الشعبية يا أخ ماجد ذهبت للحوار وهي مقتنعة تماماً بضرورته في هذه المرحلة بالذات، فالساحة الفلسطينية باتت أمام استحقاقات ما يسمى بمفاوضات الحل



النهائي والتي تتضمن قضايا جوهرية لاتتعلق أو تؤثر فقط بالأراضي المحتلة عام ١٩٦٧، لكنها تخترق بقوة آفاق الصراع التاريخي مع العدو، وتمس مباشرة الحقوق الوطنية للشعب الفلسطيني والتي يجب الدفاع عنها بكل قوة ووسيلة متاحة من كافة القوى الفلسطينية، ونقصد هنا طبعاً موضوعات (القدس، المستوطنات، حق العودة للاجئين، الدولة الفلسطينية، حدودها وسيادتها..) هذه الاستحقاقات تزامنت مع اختلال حاد في موازين القوى لصالح العدو الصهيوني الذي يتمتع بتفوق هائل في كافة المجالات، بالمقابل نجد الوضع العربي يعاني من درجة مخيفة من الضعف والترهل يرافقهما افتقاد الدول العربية للحد الأدنى من التنسيق والتعاون فيما بينها، يضاف إلى ذلك وضع فلسطيني داخلي مأزوم يشمل السلطة والمعارضة معاً، فالسلطة في مأزق نتيجة تنازلاتها وسياساتها التي تدفعها للتراجع ثم المزيد من التراجع أمام التعنتات الصهيونية، أما المعارضة فهي الأخرى في مأزق حقيقي يتلخص في عدم قدرتها على الفعل ووقف الانهيار في الساحة الوطنية. وهذه المعارضة رغم صحة موقفها من أوسلو إلا أنها عجزت عن إسقاطه أو حتى محاصرته، بل غرقت ببساطة في خلافاتها الداخلية، وعجزت عن تقديم أي مشروع جدي مناهض لما يجري، وبالتالي فإنها فشلت في تقديم البديل المقنع الذي يجمع جماهير الشعب الفلسطيني حوله..

ولأن الشارع الإسرائيلي (على الأقل في غالبيته) ملتف حول لاءات تطلقها قيادته السياسية حول مواضيع الحل النهائي، رأت الجبهة الشعبية ضرورة جمع الشارع الفلسطيني حول لاءات فلسطينية أو ثوابت أو خطوط حمر يجب التمترس خلفها والدفاع عنها حتى آخر نفس.. ويزيد من أهمية هذه النقطة أن الجبهة الشعبية مقتنعة أن قضايا الحل النهائي هي من الصعوبة والتعقيد بحيث إنها لم تحل فوق طاولة المفاوضات، أو بفضل حنكة المفاوض الفلسطيني هذا أو ذاك وبراعته في فنون المنطق والإقناع، فالمحتل لن يسلم لشعبنا بهذه الحقوق إلا رغماً عنه، وبعد سلسلة طويلة من المعارك الكفاحية والنضال الدؤوب الذي يتطلب قبل كل شيء استنفار أطر جماهيرية واسعة، وشحذ طاقاتها وزجها في معارك متتالية نحو هذه الأهداف الوطنية.. من هنا قالت الجبهة أن حوارها مع فتح هو خطوة لتحقيق حوار وطني شامل تشارك فيه كل القوى والفصائل والشخصيات الوطنية للدفاع عن الثوابت الوطنية الفلسطينية.

وللحفاظ على وحدة الشعب الفلسطيني في كل أماكن تواجده، طرحت الجبهة الشعبية موضوع منظمة التحرير الفلسطينية وضرورة إعادة بناء مؤسساتها على أسس ديمقراطية

وطنية، والعمل الجاد على فصل المنظمة عن السلطة.. فالمنظمة رغم كل ما أصابها بعد اتفاقات أوسلو تظل المرجعية والهوية لكل الشعب الفلسطيني سواء في الداخل أو في الشتات.. ولأن المنظمة تظل أكبر من السلطة سواء من حيث التمثيل أو المكانة، وهي كذلك معرضة لخطر الإلغاء من قبل من يستهدف تصفية قضية شعبنا، ترى الجبهة الشعبية ضرورة مقاومة كل المحاولات لضرب هذا المكسب الوطني الكبير الذي قدم شعبنا وأمتنا في سبيله عشرات الألوف من الشهداء..

إذن السبب الرئيسي الذي دفع الجبهة للحوار مع فتح هو قناعتها الراسخة بأن الوحدة الوطنية في هذه الظروف الخطيرة ليست ممكنة فقط، بل ضرورية بشكل حيوي، وخصوصاً أن هذه الوحدة الوطنية تظل واحداً من الأسلحة الفلسطينية القليلة التي مازالت بحوزة الطرف الفلسطيني، مع التأكيد هنا أن أوسلو بالتحديد يتحمل مسؤولية خسارة الكثير من أوراق القوة التي كان شعبنا يتمتع بها.. وهكذا يا أخ ماجد فإن «الجبهة الشعبية بحوارها مع اللجنة المركزية لحركة فتح أرادت فعلاً شق الطريق أمام حوار وطني بات الآن ملحاً، حوار وطني نتمنى أن يتسع ليصبح شاملاً لأن هذا هو الخيار الوحيد والمعقول أمام شعبنا.. ولم تكن الجبهة الشعبية تخفي بحوارها هذا «إلتحاقاً متأخراً» بأوسلو فمواقفنا من أوسلو لم تتغير، والجبهة الشعبية بكل كوادرها وعناصرها وأصدقائها مازالت تراه اتفاقاً مجحفاً جلب الخراب على الساحة الفلسطينية، ولايمكن بأي حال أن نستعيد حقوقنا عبره أو بواسطته، فمن المؤكد أن سقفه أدنى بكثير من أن يتسع لنضال وطني ناهض يعمل بجدية لتحقيق الأهداف الوطنية..»

## هل حماس فعلاً ضد الحوار؟!

طبعاً للأخ ماجد أبو دياك كل الحق في رفض بعض هذه الأسباب أو حتى كلها، لكننا نقول له بروح أخوية قبل أن يفعل ذلك نشط ذاكرتك قليلاً واسترجع ما ورد في بعض بيانات الحركة أو كلام بعض الأخوة في حماس حين كانوا يحاورون السلطة أو فتح خلال السنوات القليلة الماضية وقارن بين ما قيل آنذاك وبين ما ذكرناه الآن..

ونذكّره أولاً ببيان للمكتب السياسي لحماس صادر بتاريخ ٢٣ شباط ١٩٩٧ جاء فيه: «انطلاقاً من سياسة حركة المقاومة الاسلامية (حماس) باعتماد الحوار أسلوباً للتفاهم واللقاء في الساحة الفلسطينية (...) ونظراً لاستشعارها خطورة المرحلة التي تمر بها القضية منذ انعقاد مؤتمر مدريد (...) وفي ظل تزايد الإجراءات الصهيونية ضد شعبنا (...) فقد تدارست قيادة الحركة الدعوة التي وجهتها سلطة الحكم الذاتي للحوار الوطني الشامل يوم ٢٧ فبراير ١٩٩٧. وبرغم التحفظات العديدة للحركة على أسلوب وشكل ومضمون الدعوة (...) غير أن قيادة الحركة ارتأت أن المصلحة الوطنية تقتضي التجاوب مع هذه الدعوة في محاولة لتكريس منطق الحوار واللقاء الوطني سبيلاً لرسم مستقبل الشعب الفلسطيني والتعامل مع التحديات التي تواجهه (...) وتؤكد حركة (حماس) أن قرارها هذا لايتضمن أي تغيير في موقفها السياسي العام تجاه عملية التسوية اتفاقات أوسلو، ولا قبولها ببرنامج السلطة القائم على هذه الاتفاقات، وإنما هو محاولة لإعادة الأمور إلى نصابها، وقيام علاقات

طبيعية بين القوى الفلسطينية، والعمل على دفع مفاسد الخلاف والفرقة بين هذه القوى، حيث لايستفيد من هذه الخلافات سوى العدو ومشروعه المعادي (...)».

أما في مؤتمر الحوار الوطني الشامل الذي عقد في نابلس في ١٩٩٧/٢/٢٧، فقد ألقى الأستاذ محمد حسن شمعة كلمة حماس التي جاء فيها: «اننا ندعو من خلال هذا الحوار المفتوح إلى وحدة الشعب الفلسطيني، ليس شعاراً فقط، وإنما تلاحماً وتضافراً لكل الجهود الناجعة من أجل تحرير أرضه ومقدساته وبناء حياته بعزة وكرامة» (...) وحين تحدث الشيخ شمعة عن الأسس التي يجب أن يقوم الحوار عليها قال تحت بند «٥»: «تغليب المصلحة الوطنية الفلسطينية العليا على المصالح الخاصة والفئوية، والعمل على توحيد الجهد الفلسطيني في مواجهة الهجمة الصهيونية، والسعي بكافة السبل لاستعادة الحقوق الفلسطينية».

أما الأخ محمد نزال عضو المكتب السياسي للحركة فقد كتب في صحيفة «الحياة» اللندنية بتاريخ ٤ آذار ١٩٩٧ مقالاً تحت عنوان «في موقف حماس من حوار السلطة: نموذج في فن التعايش والتسامي فوق الجراح» جاء فيه: (...) «في ظل هذه المعطيات تبرز حقيقتان مهمتان الأولى: وجود برنامجين على الساحة الفلسطينية يتناقضان استراتيجياً ونقصد بهما برنامج المقاومة المعادي للمشروع الصهيوني والرافض له (...) وبرنامج السلطة السياسي الذي يوافق على التعايش مع المشروع الصهيوني (...) أما الحقيقة الثانية فهي أن البرنامجين المتناقضين استراتيجياً يلتقيان مرحلياً في بعض القضايا مثل مواجهة الاستيطان ومحاولة تهويد القدس، وهو لقاء يمكن استخدامه مدخلاً لمنع انزلاق المجتمع الفلسطيني نحو مستنقع الصراع، وتعلم فن «التعايش معاً» على رغم الخلافات.... «اننا نرى في سلطة الحكم الذاتي وبرنامجها السياسي تناقضاً ثانوياً يصغر أمام تناقضنا الرئيسي مع الاحتلال الصهيوني ومشروعه الاستعماري الشمولي».. «فالسياسة مثل الحياة لايتقاسمها الأبيض الناصع والأسود الداكن وثنائية القبول المطلق والرفض التام»..

أما الشيخ اسماعيل أبو شنب فقد صرح للصحافة يوم ١٩ آب ١٩٩٧ بعد اجتماع السكرتاريا العليا للحوار الوطني «اتفقنا على المشاركة غداً في مؤتمر اجماع وطني وليس مؤتمر حوار وطني لمواجهة التحديات التي يتعرض لها الشعب الفلسطيني» ليضيف «ان حماس جزء من الشارع الفلسطيني ويجب أن تكون شريكاً في موقف فلسطيني موحد ضد السياسة الاسرائيلية» (الحياة اللندنية ٢٠ آب ١٩٩٧).... ويبدو من هذا التصريح ان اسم «حوار وطني» لم يعجب السيد أبو شنب ليطلقه على المؤتمر كما كانت ترغب فصائل وطنية عدة منها الجبهة الشعبية بل فضل عليه اسم «إجماع وطني» أو «وحدة وطنية» وهذا ما أخذت به السكرتاريا.

أما الدكتور عبد العزيز الرنتيسي الذي شارك في «المؤتمر الوطني للوحدة الوطنية» الذي انعقد في غزة في ٢٠ آب ١٩٩٧ فقد صرح: «حماس تشارك في هذا المؤتمر من منطلق الدعوة إلى حشد الصف الفلسطيني والنهوض بالوضع الفلسطيني لمراجعة التحديات التي تفرضها إسرائيل علينا» (الحياة اللندنية ٢١/ آب ١٩٩٧).

وحين حضرت حركة حماس اجتماعات تحالف القوى الفلسطينية في دمشق في أوائل أيلول ١٩٩٧ بعد عودتها هي وحركة الجهاد الاسلامي عن قرارهما تجميد عضويتهما في التحالف «نتيجة لقناعتهما بعدم جدواه»، اتهم الأخ أبو خالد العملة حركة حماس «بأنها تعمل على انقاذ عرفات كلما كان على وشك الغرق» في إشارة إلى مشاركة الحركة في جلسات الحوار الوطني في غزة، فرد عليه الأخ خالد مشعل: «هذه ليست قضية استسلام، بل انها سياسة تنتهجها الحركة» (الحياة اللندنية ٤/ أيلول ١٩٩٧).

وأخيراً عندما شارك وفد من حماس برئاسة الشيخ أحمد ياسين بصفة مراقب في أعمال دورة المجلس المركزي التي انعقدت في غزة في ٢٧ نيسان ١٩٩٩ وتقرر خلالها تأجيل إعلان الدولة الفلسطينية، وبسبب ذلك بالضبط قاطعتها الجبهة الشعبية التي قدرت سلفاً مثل هذه النتيجة. وقتها برر الأخ محمود الزهار مشاركة حماس بالقول «أن دور الحركة في الاجتماعات يقتصر على إعطاء النصيحة» مشيراً إلى احتمال أن تأخذ السلطة في الاعتبار موقف حماس واعتبر الزهار «أن المشاركة في الاجتماعات تمت بناءً على دعوة السلطة (...) وهي مقدمة لتجسيد الوحدة الوطنية» ورحب الزهار بفكرة دخول الحركة في م.ت.ف «بشروط ديموقراطية تسمح بإعادة تمثيل الشعب الفلسطيني من خلال الانتخابات» (الحياة اللندنية ٢٨ نيسان ١٩٩٩)..

بعد كل هذه التصريحات التي تؤكد بما لايدع مجالاً للشك موقف حماس الغير رافض مبدئياً للحوار مع السلطة أو فتح، ألا يحق لنا أن نوجه للأخ ماجد أبو دياك سؤالاً بريئاً يقول: هل من الجائز أن تحرّموا علينا ما تحللونه لأنفسكم؟! أليس هذا ما يدعونه بالتطفيف؟! ألم يقل الله عز وجل في كتابه الكريم «ويل للمطففين»...؟؟■■

# معرض لرسوم الأطفال وحفل فني لنادي الشهيد غسان كنفاني للأطفال في حلب

بمناسبة انتهاء الرحلة الصيفية لنادي الشهيد غسان كنفاني للأطفال في حلب أقامت إدارة النادي معرضاً لرسوم الأطفال يوم ١٩٩٩/٩/٨ ضم المعرض أفضل ما أنتجه الأطفال من رسومات خلال مرحلة النادي الصيفية.

وقد ألقى الأستاذ سنان سويد مشرف مادة الرسم في النادي كلمة تحدث فيها عن دور الفن في تنمية الإحساس الذوقي الجمالي لدى الأطفال.

وتحدث أيضاً عن تجربة النادي على صعيد الرسم المتمثلة في تعليم الأطفال قواعد الرسم الأساسية وفي تنمية موهبة الرسم لدى الأطفال على طريق التقاط الحالات المتميزة من الأطفال لصقل موهبتهم والارتقاء بها.

ثم قام الرفيق عمر مراد عضو اللجنة المركزية للجبهة الشعبية لتحرير فلسطين بافتتاح المعرض. وقد استمر المعرض لمدة يومين لاقى اهتماماً ملحوظاً وحضوراً جيداً. وقد أثارت لوحات الأطفال النقاش والحوار بين جمهور الحضور.

ولنفس المناسبة أقامت إدارة النادي حفلاً فنياً يوم ١٩٩٩/٩/١٠ حضره جمهور غفير من أهالي أطفال النادي وأصدقائهم إضافة إلى السادة المدعوين.

وقد ألقى الرفيق عبد الله الصالح مدير النادي كلمة إدارة النادي رحب بها بالبداية بالسادة الحضور ثم تحدث عن نشاطات مرحلة النادي الصيفية التي استمرت مايزيد عن الثلاثة أشهر، هذه النشاطات التي شملت النواحي التعليمية والفنية والرياضية والثقافية والاجتماعية على طريق خلق جيل واع متسلح بالعلم والمعرفة ملتصق بقضيته التصاقاً واعياً مفهوماً.

ثم تطرق الرفيق مدير النادي للحديث عن أهم المحطات الأساسية التي ركّز عليها النادي خلال مرحلته السابقة والمتمثلة في تنمية مواهب الأطفال عبر نشاطاته المختلفة والتقاط المتميز منها والارتقاء به نحو الأمام إضافة إلى التركيز على القضية الفلسطينية بوصفها محوراً أساسياً في حياة النادي عن طريق دروسه التعليمية النشاطية التي تساهم في التعرف على هذه القضية على طريق ربط الأطفال بقضيتهم ربطاً واعياً بعيداً عن العفوية والتقليد.

كما ركز النادي خلال مرحلته السابقة على موضوع حفظ التراث الفلسطيني هذا التراث الذي يحاول العدو الصهيوني سرقته وإدعاء ملكيته لتبرير وجوده في المنطقة وقد فند الرفيق مدير النادي زيف هذه الادعاءات ودعا إلى الاهتمام بالتراث وحفظه وتوريثه للأجيال المتعاقبة حتى تبقى الذاكرة الجمعية للشعب الفلسطيني حية.

الاتحادات والأطر البرلمانية العربية والإقليمية والدولية، واستمرار النضال من أجل انتزاع حقه بالعضوية الكاملة في الاتحاد البرلماني الدولي.

حـ ـ تدقيق وتطوير اللوائح والأنظمة المعمول بها لتراعي الظروف الجديدة وبما يساعد في تنظيم آليات العمل وبما يسمح بعملية المساءلة والمحاسبة وتجاوز الازدواجية وترسيخ المجلس الوطني كمرجعية تمثيله وتشريعية عليا للشعب الفلسطيني.

وإذ ترى الجبهة الشعبية حجم المعيقات لانتخاب مجلس وطني جديد يمثل كل قطاعات وتوزعات الشعب الفلسطيني، وبالنظر إلى أهمية هذه المسألة وتعقيداتها، ترى ضرورة خوض نقاش جاد ومعمق حولها في إطار الحوار الوطني الشامل.

### وتقدم الجبهة اجتهادها التالي لهذه المسألة الهامة:

1 ـ إجراء انتخابات حرة ومباشرة لعضوية المجلس الوطني الفلسطيني للشعب الفلسطيني داخل الوطن وفي الشتات، باعتبار أن الأصل في عضوية المجلس هو الانتخاب حسب المواد (5+6)، من النظام الأساسي للمنظمة.

2 ـ أن تجري الانتخابات على أساس نظام انتخابي عصري وديمقراطي.

3 ـ أن يعتمد لعضوية المجلس العدد المنصوص عليه في نظام انتخاب المجلس، بالتزام صارم وبدون تدخل أي هيئة أو فصيل أو فرد. ويمكن أن توضع نسبة للتمثيل حسب عدد السكان في كل تجمع.

4 ـ تبقى المهمة العامة إجراء انتخابات عامة لكل الشعب الفلسطيني ويجري العمل عليها مع كل الأطراف العربية والدولية قدر المستطاع، وبحيث تشرف عليها الجامعة العربية في الأقطار العربية وتكون عبر سفارات دولة فلسطين، والأمم المتحدة وعبر السفارات في الدول الأجنبية، فإذا ما تعذر أمر إجراء الانتخابات في أي مركز من مراكز تجمعات الشعب الفلسطيني تطبق المادة (70) من نظام انتخابات المجلس، التي تنص على ما يلي:

"إذا تعذر إجراء الانتخابات في أي مركز من مراكز التجمع يجتمع الأعضاء الذين تم انتخابهم في المراكز الأخرى، ويقررون الطريقة التي تملأ بها المقاعد الشاغرة.

5 ـ يعتبر أعضاء المجلس الوطني المجتمعين ممثلي الداخل بمثابة الجسم التشريعي للكيان الفلسطيني قبل قيام الدولة ويمارسون مهامهم باعتبارهم السلطة التشريعية للداخل الفلسطيني وكأعضاء طبيعيين في المجلس الوطني (البرلمان) في حالة انعقاده الشامل.

6 ـ طرح مسألة الانتخابات للمجلس، كانتخابات لبرلمان الدولة الفلسطينية المنشودة، وباعتباره حقاً مستمداً من السيادة الوطنية النابعة من الشعب صاحبها الأصيل، وأن مهمته التشريع القانوني والدستوري للدولة والتقرير فيما يتعلق بالمصير الوطني.

7 ـ ضرورة التفكير الجدي في كيفية اعتماد نظام انتخابي يسمح بمشاركة كل ألوان الطيف السياسي الفلسطيني، ولهذا من الضروري اعتماد مبدأ التمثيل النسبي، وبحيث تعتبر كل أماكن تواجد شعبنا وخاصة في الداخل دائرة واحدة ويجري الانتخاب على أساس فردي وعلى أساس قوائم ومن يحصل على نسبة الحسم المحددة يجري تمثيله حسب عدد الأصوات والنسب التي حصل عليها.

فإذا لم يجر التوافق على هذا الأمر يجب الحرص على تشكيل الهيئات التنفيذية المنبثقة عن البرلمان، على أساس ائتلافي وطني شامل.

2ـ المجلس المركزي الفلسطيني:

أ ـ انتظام انعقاد دوراته استناداً إلى المادة (٥) من لائحته الداخلية.

ب ـ إعادة النظر بتشكيلته بحيث يقلص عدده ويعكس فيه تمثيل كل القوى السياسية والاجتماعية المؤتلفة في م.ت.ف.

ج ـ تفعيل دوره في إطار صلاحياته ومتابعته لتنفيذ قرارات المجلس الوطني وفي مراقبة ومسائلة اللجنة التنفيذية حسب المادة (3) من قرار إنشائه والمادتين (12+13) من لائحته الداخلية.

د ـ إعادة النظر باللائحة السابقة، وتجديدها بما يؤهله للمسؤولية ما بين دورتي المجلس الوطني.

3ـ اللجنة التنفيذية:

أ ـ فصل اجتماعاتها عن الاجتماع القيادي الموسع والمختلط مع هيئات السلطة والعودة للالتزام باجتماعاتها الدورية وفق لائحتها المقرة عام 1987.

ب ـ تفعيل دورها وتطويره على أساس العمل الجماعي والمشاركة في القرار والتخلص من الفردية، وعلى أساس الالتزام بمقررات المجلس الوطني والمركزي والبرنامج السياسي لـ م.ت.ف.

ج ـ تفعيل إشرافها على كل تشكيلات المنظمة ودورها في وضع اللوائح اللازمة لذلك.

د ـ أن تتحول دوائرها بالتعاون مع الجهات المختصة إلى مرجعيات سياسية فعالة وبحيث تعزز بطواقم العمل المختصة والخبراء واعتماد العمل المخطط والمبرمج.

هـ ـ عدم الجمع بين عضويتها وعضوية أي هيئات أخرى حتى يفسح في المجال للمساءلة والمحاسبة على المستويات المختلفة.

### ثالثا: دوائر المنظمة:

أ ـ الصندوق القومي:

ـ فصل الصندوق عن وزارة المالية والحفاظ على مسؤولياته وصلاحياته وفق النظام الأساسي لمنظمة التحرير.

ـ تفعيل دوره في إطار المهام والصلاحيات المنصوص عليها في النظام الأساسي وخاصة لجهة الجباية المالية وإدارة المال العام ووضع مشاريع الميزانيات ومتابعة الديون والاستثمارات.

ـ تعزيز الرقابة على أدائه وعمله، وتقديم تقاريره الدورية للجنة التنفيذية، من قبل رئيسه المنتخب من المجلس الوطني.

ـ تشكيل مجلس إدارة جديد، وانتظام اجتماعاته.

ـ انتظام قيامه بالصرف المنتظم، وخاصة لجهة تلبية حقوق واستحقاقات القوى المؤتلفة في م.ت.ف.

ب ـ الدائرة السياسية:

ـ تعزيز دورها السياسي والدبلوماسي والتصدي لأخذها لمهامها وصلاحياتها، بحيث تكون هي المسؤولة أولاً وأخيراً عن العلاقات السياسية والدبلوماسية الخارجية، والبحث في تجديد كادرها وممثليها في دول العالم، بما يتناسب مع الأصول الدبلوماسية.

ـ تفعيل ودعم وإسناد بعثة م.ت. في الأمم المتحدة ومتابعة الحصول على العضوية الكاملة في الجمعية العامة وملاحقة عضوية إسرائيل فيها، والتحشيد من أجل الاعتراف الدولي بحق شعبنا في إقامة دولته وعاصمتها القدس، ومن أجل حمل الأمم المتحدة على دورها والتزامها بتطبيق قرارات الشرعية الدولية. وخاصة قضية عودة اللاجئين الفلسطينيين إلى ديارهم بموجب القرار (194).

ـ دعم وإسناد وتفعيل سفارات ومكاتب المنظمة في الدول المختلفة ورفدها بالكادرات والكفاءات والاهتمام بقيامها بدور سياسي وإعلامي فاعل لحشد التأييد والدعم المعنوي والمادي لشعبنا، ووضع خطة ومهام عملية

# بيان سياسي جماهيري بمناسبة الذكرى الثانية والثلاثين لانطلاقة الجبهة الشعبية لتحرير فلسطين والذكرى الثانية عشرة لاندلاع الانتفاضة المجيدة

يا جماهير شعبنا الفلسطيني البطل في الوطن والشتات

يا جماهير أمتنا العربية المجيدة

نحتفل معاً بمرور ٣٢ عاماً على انطلاقة الجبهة الشعبية لتحرير فلسطين، مؤكدين ثبات العزم ورسوخ الإرادة للاستمرار قدماً حتى تحقيق الأهداف الوطنية لشعبنا، مخلصين لراية الوطن المخضبة بدماء الشهداء وعذابات المعتقلين واضعين نصب أعيننا فلسطين هدفاً لاحياد عنه وغاية لابديل لها.

وتترافق هذه الذكرى مع مرور ١٢ عاماً على النهوض الثوري الباسل لشعبنا البطل في انتفاضته المجيدة في وجه الاحتلال وآلته العسكرية، معلناً إرادة البقاء ومعلناً روح التحدي ومواجهة الظلم والعدوان.

لم تكن صدفة أن تأتي انطلاقة الجبهة رداً على هزيمة الخامس من حزيران وإعلاء لراية الكفاح، كما لم يكن صدفة أن يأتي النهوض البطل لشعبنا في انتفاضته رداً على سيادة روح الإذعان والاستسلام وإنهيار النظام الرسمي العربي ومحاولة شطب شعبنا وقضيته، لتعيد إلى واجهة الأولويات قضية فلسطين باعتبارها جوهر الصراع، وأن لاحل يتجاوز الشعب الفلسطيني وقضيته.

في هذه الأيام تمر القضية الفلسطينية بمرحلة من أعقد مراحلها، تحت تهديد خطير جديد بالتبديد والإلغاء وتكريس حل تلفيقي لايعيد حقاً، ولايحقق هدفاً، فها قد مرت أكثر من ست سنوات على اتفاق أوسلو المذل، هذا الاتفاق الكارثة الذي أوقع أفدح الأضرار بكفاح الشعب الفلسطيني نتيجة خضوع القيادة المتنفذة لإرادة العدو وشروطه، ومازالت المفاوضات تدور في حلقة مفرغة تستمر خلالها إسرائيل في فرض الأمر الواقع عبر الاستمرار في نهب الأرض الفلسطينية، وتهويد القدس والتآمر على

قضية اللاجئين مستندة في ممارساتها إلى ما حققته في اتفاقات الإذعان.

إننا اليوم، وفي الوقت الذي نعيد فيه تأكيد رفضنا لمسار مدريد واتفاقات أوسلو الكارثية، نؤكد عزمنا على المضي قدماً في الكفاح حتى تحقيق الحقوق الوطنية المشروعة للشعب الفلسطيني وفي مقدمتها حق العودة وتقرير المصير، وإقامة الدولة الفلسطينية المستقلة وكاملة السيادة وعاصمتها القدس.

ونؤكد رفضنا لكل الحلول والمساومات والاتفاقات التي لاتستجيب لهذه الحقوق، ونجدد التزامنا بميثاق منظمة التحرير وبرنامجها الوطني والتمسك بكامل حقوق شعبنا الوطنية.

إن السؤال الأساسي المطروح على كل قوى شعبنا الوطنية هو: ما العمل في مواجهة حالة التراجع التي تعيشها قضيتنا الوطنية؟

وإذا كنا نعتبر أن الحل هو باستمرار الكفاح بكل أشكاله كحق طبيعي لشعبنا الرازح تحت الإحتلال، فإننا ندعو القيادة الفلسطينية المتنفذة لوقف المفاوضات الجارية مع إسرائيل والتي لم يعد لها أي جدوى في ظل استمرار الاحتلال والاستيطان، وفي ظل المرجعية الإسرائيلية الأمريكية، وندعو إلى إعادة ملف القضية الفلسطينية إلى هيئة الأمم المتحدة وقرارات الشرعية الدولية، وإعادة الإعتبار للبعد العربي للقضية الفلسطينية كبعد لازم وضروري وموضوعي لكفاح شعبنا.

ومن جهة أخرى فإن ترتيب البيت الفلسطيني يستحق أولوية كبرى واهتماماً بالغاً، ومن هنا كان انخراط الجبهة الشعبية لتحرير فلسطين في الحوار الوطني استجابة للظرف الموضوعي الحاسم الذي يفرض على الجميع درء المخاطر وإنقاذ الوطن وحمايته دون التنازل عن المبادئ والثوابت السياسية.

ومن هنا تأتي ضرورة العمل الجاد لإعادة بناء منظمة التحرير الفلسطينية كإطار جامع وموحد للشعب الفلسطيني في كافة أماكن تواجده وعلى أسس سياسية وتنظيمية واضحة تستجيب للبرنامج الوطني الفلسطيني، والعمل الجاد من أجل بناء الوطن الفلسطيني الديمقراطي على أساس الحرية والعدالة، وترسيخ أسس المجتمع المدني القائم على التعددية السياسية والفكرية وحقوق المواطن الأساسية.

يا جماهير شعبنا العظيم

في هذه المرحلة الصعبة نتوجه إلى أمتنا العربية المجيدة وشعوبها وحركاتها الوطنية التحررية، لإعادة قراءة المرحلة، ورص الصفوف، نحو إنشاء جبهة عربية متماسكة في مواجهة المخططات الصهيونية الإمبريالية.

مرة أخرى نجدد العهد والقسم أن تبقى الجبهة الشعبية مخلصة لأهداف الشعب والأمة مهما كانت التضحيات والشدائد والمحن.

- المجد كل المجد للشهداء الذين عبّدوا الدرب بدمائهم الطاهرة.
- الحرية للمعتقلين الأبطال في سجون الاحتلال الصهيوني.
- المجد للشعب الفلسطيني البطل يجترع من مأساته إرادة البقاء والاستمرار.
- المجد للأمة العربية الباسلة نحو تحقيق حريتها وكرامتها ووحدتها.
- التحية للمناضلين الشرفاء الذين يواجهون الظلم والإمبريالية عدوة الشعوب وعدوة الإنسانية.

وإننا لمنتصرون

اللجنة المركزية
للجبهة الشعبية لتحرير فلسطين
كانون أول ١٩٩٩



## بيان صادر عن المكتب السياسي للجبهة الشعبية لتحرير فلسطين

# يجب إجراء مراجعة سياسية وتنظيمية شاملة لمسار العمل الفلسطيني خلال المرحلة الماضية

في العاشر من كانون الثاني عام ألفين عقد المكتب السياسي للجبهة الشعبية لتحرير فلسطين دورة اجتماعات ناقش خلالها التطورات السياسية مؤكداً على ما يلي:

أولاً: إن المرحلة التي يعيشها الشعب الفلسطيني والأمة العربية من أكثر المراحل خطورة وتعقيداً، حيث تتصاعد وتتكثف المحاولات الهادفة إلى تصفية قضية فلسطين لفرض حل إسرائيلي ـ أمريكي لايستجيب للحقوق الوطنية الثابتة لشعب فلسطين كما أقرتها مبادئ القانون الدولي وميثاق الأمم المتحدة وقرارات الشرعية الدولية.

إن المشهد السياسي الفلسطيني بعد أكثر من ست سنوات على توقيع اتفاقات أوسلو، بات يعاني مأزقاً سياسياً عميقاً ومتفاقماً من أخطر مظاهره تفتيت الوحدة السياسية للشعب الفلسطيني الموزع في تجمعات مختلفة سواءً في المناطق المحتلة عام ١٩٤٨ أم في الضفة والقطاع، أم في مناطق الشتات على ضوء علامة السؤال الكبرى المحيطة بواقع ومستقبل م.ت.ف كممثل وإطار جامع لشعبنا في أماكن وجوده كافة، ومن هنا فقد أكد المكتب السياسي على إلحاحية وضرورة إجراء مراجعة سياسية وتنظيمية شاملة لمسار العمل الفلسطيني خلال المرحلة الماضية وخاصة مرحلة ما بعد أوسلو وما ولدته من نتائج كارثية لصالح العدو الصهيوني الذي أوغل في سياسة الاستيطان وتهويد الأرض تحت شعار المفاوضات والاتفاقات الجائرة.

إن المكتب السياسي للجبهة الشعبية يجدد دعوته لوقف المفاوضات الفلسطينية ـ الإسرائيلية القائمة على أساس اتفاقات أوسلو لأن الاستمرار في هذه المفاوضات لم يعد يخدم سوى إسرائيل ومخططاتها الاستيطانية، ولايترتب عليه سوى المزيد من التنازلات مؤكداً أن اتخاذ مثل هذا الموقف بات يشكل ضرورة موضوعية لوضع العالم بأسره أمام مسؤولياته لتطبيق قرارات الشرعية الدولية وضمان حقوق

الشعب الفلسطيني المعرضة لكل أنواع الضياع والتبديد.

ثانياً: أكد المكتب السياسي أن قضية فلسطين بأبعادها الشاملة هي جوهر الصراع العربي ـ الصهيوني، وأن ما يجري عملية تسوية وليس سلاماً لأن السلام الحقيقي لايمكن أن يتم دون ضمان كامل الحقوق الوطنية لشعب فلسطين، وفي المقدمة حق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة، وذات السيادة وعاصمتها القدس، وأن الصراع مع العدو الإسرائيلي الذي يتنكر للحقوق الوطنية الفلسطينية والعربية متواصل ومستمر ـ رغم اختلال موازين القوى ـ ما لم يتم معالجة أسبابه وجذوره التي أدت إلى تشريد الشعب الفلسطيني واقتلاعه من أرضه ودياره وتبديد حقوقه الثابتة، وبالتالي فإن صراع شعبنا وأمتنا مع الغزوة الصهيونية هو صراع وجود ومصير وحياة.

ثالثاً: أكد المكتب السياسي أن بناء إجماع وطني فلسطيني يقوم على أساس التمسك بالثوابت الوطنية الفلسطينية وفي مقدمتها حق العودة وتقرير المصير وبناء الدولة المستقلة وعاصمتها القدس واجب وطني ومهمة مباشرة تمليها طبيعة التحديات الكبرى التي تواجه شعبنا في الظروف الراهنة.

إن الثوابت الوطنية الفلسطينية خطوط حمراء لايمكن إعادة ترتيب البيت الفلسطيني دون التمسك الحازم بها، وإذا كانت موازين القوى الراهنة لاتسمح بانتزاعها فإن المسؤولية الوطنية والتاريخية تحتم التمسك بها وعدم التنازل عنها تحت أي ظرف من الظروف.

رابعاً: يجدد المكتب السياسي دعوته لضرورة عقد دورة للمجلس المركزي لـ م.ت.ف للتأكيد على أولوية إعادة بناء مؤسسات المنظمة على أسس ديمقراطية والإعداد الجاد لتشكيل مجلس وطني فلسطيني جديد منتخب من الشعب الفلسطيني في الداخل والخارج تشارك به كافة القوى والاتجاهات السياسية في الساحة الفلسطينية لرسم استراتيجية المستقبل ودراسة مجمل الوضع الفلسطيني وما يحيط به من أخطار، وعلى أساس التمسك بالثوابت الوطنية، وضمان توفير قيادة جماعية لمواجهة تحديات الواقع القائم واستحقاقات المرحلة القادمة، وتوفير مقومات بناء مجتمع مدني فلسطيني على أرض الوطن يقوم على أساس الديمقراطية والتعددية الفكرية والسياسية ومحاربة الفساد والإفساد بصورة حازمة.

خامساً: يعبر المكتب السياسي عن وقوف الشعب العربي الفلسطيني إلى جانب سوريا ولبنان لإستعادة كامل الجولان وجنوب لبنان وبقاعه الغربي، وبسط السيادة الكاملة عليهما، مؤكدين أن السلام الشامل لايمكن أن يتحقق بدون استعادة كامل الحقوق الوطنية للشعب الفلسطيني باعتبار أن قضية فلسطين هي جوهر ولب الصراع مع المشروع الصهيوني.

سادساً: هذا وقد توقف المكتب السياسي أمام التحضيرات الجارية، لإنجاز روزنامة عقد المؤتمر الوطني السادس للجبهة، ووضع الآليات المناسبة لذلك لعقده في أقرب وقت ممكن بعد استكمال كافة التحضيرات اللازمة.

كما وحيا كل الجهود والنشاطات التي تمت على يد الرفاق والأصدقاء وجمهور غفير من أبناء الشعب الفلسطيني في الوطن والشتات بإحياء ذكرى الانطلاقة والانتفاضة المجيدة، مؤكداً على ثبات جبهتنا وتمسكها براية النضال حتى ينال شعبنا كامل حقوقه الوطنية وفي مقدمتها حقه في العودة إلى وطنه وتقرير مصيره وإقامة دولته المستقلة كاملة السيادة وعاصمتها القدس.

المكتب السياسي
للجبهة الشعبية لتحرير فلسطين
٢٠٠٠/١/١٢