# LOWELL DECL. EX. 9c



# فلسطين بين الحلم والواقع.. هل اقتربنا منها أم ابتعدنا عنها ؟

## د. جورج حبش

الأمين العام للجبهة الشعبية لتحرير فلسطين

لا مهرب من استقراء الواقع في راهنيته وصيرورته، مشهد تناقضاته واتجاهات حركته، بما يمكننا من القبض على اللحظة واحتمالاتها المستقبلية. إن رواية متشعبة طويلة كالقضية الفلسطينية هي أوسع من أن تتضمنها صفحات مقالة، الشيء الذي يستدعي إجابة انتقائية على السؤال الكبير (فلسطين بين الحلم والواقع ـ هل اقتربنا منها أم ابتعدنا عنها؟) إجابة تضيء مقاطع ونقاطاً دون غيرها.

### -۱-

لم يعد خافياً أن الاضطهاد الديني لليهود في ممالك أوروبا في القرون الوسطى الإقطاعية قد انقلبت في أواسط القرن التاسع عشر، بل في الثلاثينات منه، إلى مشروع سياسي فرنسي يدعو لإيجاد قاعدة يهودية تكون رأس حربة، بعد أن فشل رهان نابليون على التحالف مع الفئات الوسطى المصرية في أوائل القرن، سيما وقد شهدت مصر نزعات وحدوية في عهد محمد علي وابنه إبراهيم.

ومع تحول الرأسمالية القومية الأوروبية إلى إمبريالية في العقود اللاحقة تنامت الحاجة للمشروع القديم تزامناً مع إرهاصات الحركة الصهيونية.. ومنذ المستعمرات اليهودية الأولى في الثمانينات من القرن التاسع عشر وكتاب

هرتزل (الدولة اليهودية) الذي حمل آفاق وقرارات، مؤتمر بال ۱۸۹۷، حددت الحركة الصهيونية، كفصيلة من فصائل الرأسمالية الأوروبية وكلب حراسة لتطلعات الاستعمارية المتطلعة لإقامة سد يفصل الشرق العربي الآسيوي عن المغرب العربي الإفريقي، ومخفر شرطة يكفل الوصول للهند درة التاج البريطاني.

جاء وعد بلفور تتويجاً لما أحرزته الحركة الصهيونية على الأرض، ونقطة انطلاق لتهويد المزيد من الأرض الفلسطينية، واحتكار بدايات الانتاج الصناعي في فلسطين، وصولاً إلى استقدام المزيد من المهاجرين اليهود..

وبصعود نجم الولايات المتحدة انتقل مركز ثقل التحالف الصهيوني من أوروبا إلى أمريكا، الأمر الذي تكلل بقرار روزفلت بتهجير نصف مليون يهودي إلى فلسطين عام ۱۹٤٥. وعندئذ يتعزز النفوذ اليهودي في المؤسسات الأمريكية إلى أن بلغ ذروته في عهد كلينتون حيث يتبوأ اليهود خمس وزارات وأربعين وظيفة في ملف الشرق الأوسط.

لقد أجادت القيادات الصهيونية قراءة النظام الدولي وربطت نفسها عضوياً بالمراكز الإمبريالية، وتتصرف الحكومة الإسرائيلية اليوم بوصفها حلقة في سلسلة العولمة الرأسمالية الاحتكارية التي تقودها أمريكا الساعية لمزيد من الهيمنة الاقتصادية ـ السياسية ـ الإعلامية ـ السيكولوجية بما يكفل لها تشديد نهب أطراف المحيط، تفكيك المشروع الوطني الاستقلالي والانقضاض على منجزاته، بعثرة المجتمع البشري وضبط إيقاعه وفق مخططاتها وأطماعها، وبطبيعة الحال التلفوق

على أوروبا الغربية وبلوغ القطبية الأحادية.. مستخدمة الأدوات الأهم (اتفاقية التجارة الحرة ـ البنك الدولي ـ صندوق النقد ـ المشروعات السياسية التي تأخذ أشكال حربية حيناً وتفاوضية حيناً آخر، وإدارة أزمة دون حلها أحياناً أخرى). تغطي كل عملياتها حملات إعلامية مبرمجة تكاد لنجاعتها وقوتها أن تسيطر على العقل البشري، بل وأحد ركائز العولمة أن يحل الإعلام محل الثقافة والحقيقة.

تنظر العولمة للوطن العربي كحقل تجارب، بل أنه الحقل الأول في اختبارات العولمة التي لاستهداف رضوخ النظم والقيادات السياسية فقط، بل واستقطاب قوى اجتماعية ومؤسساتية تصف في نفوذها القاع الشعبي لكي يرتبط بها في لقمة عيشه وقوانين السوق، التي تتحكم بها، ناسياً تماماً الهموم والقضايا الكبرى (حرية ـ تبعية ـ وطن ـ أخلاق جماعية..) لكي يتحول الإنسان الفرد إلى سلعة ينافس غيره لتحسين سعره واللهاث وراء أنانيته وحسب.

المشروع التسووي الذي تأسس في مدريد هو في عداد البلدوزر الذي تكتسح فيه العولمة العقبات بغية إعادة إنتاج اجتماعي ـ اقتصادي ـ سياسي ـ ثقافي ، تطبيعي عربي يتطابق وفق الحسابات الأمريكية والتوسعية الإسرائيلية.

تأسيساً عليه، يجوز النظر للمشروع الشرق أوسطي الذي ينهي العهد العربي الإسرائيلي وينصّب إسرائيل زعيمة (انظر كتاب بيريس: شرق أوسط جديد) وكذلك المشروع المتوسطي، وإن كان بطبعه أقل بشاعة، كفصلين في ملف العولمة، الأول أكثر انسجاماً مع التصورات الأمريكية ـ الإسرائيلية، والثاني

● إن العولمة الرأسمالية هي العدو الأول للشعوب والشغيلة قاطبةً، وهي التي تفرز بين التقدمي والرجعي، التنموي والتبعي، الذي يحرص على الإنسانية والذي يسعى لاسترقاقها..

أكثر انسجاماً مع التصورات الرأسمالية والأوروبية، آخذين بالحسبان أن الأول أكثر دفاعاً وقيادة، وكذلك الترابط الدولي بين الهيمنة الرأسمال العالمي الذي لم يعد يعرف جنسية أو قومية.

إن العولمة الرأسمالية هي العدو الأول للشعوب والشغيلة قاطبة، وهي التي تفرز بين التقدمي والرجعي، التنموي والتبعي، الذي يحرص على الإنسانية والذي يسعى لاسترقاقها.. سواء عبرت عن نفسها بوسائل عسكرية (كما ظهر في العراق وصربيا) أو سياسية (كما هو المشروع التسووي) أو اقتصادية بتدمير النمر الآسيوي الأندونيسي بطرقة عن، أو الإعلامية حيث تسيطر أربع وكالات أنباء على ٨٥٪ من الإعلام العالمي أو تغني بملاحقة المناضلين (أوجلان).

لقد أعدت إسرائيل نفسها جيداً للمتغيرات العالمية بما راكمته من تطور تكنولوجي واقتصادي قفري بناهز ٨٧ مليار دولار أمريكي سنوياً بما يفوق إنتاج دول الطوق، علاوة على جيش عصري أتاح لها الدخول في النادي النووي، والتحالف مع الفاشية التركية تحت الرعاية الأمريكية لإخضاع الإقليم برمته، سيما وأن قنبلة الصراع المائي تهرول مسرعة نحو لحظة الانفجار في منطقة تتفاوت فيها الثروة المائية بين بلد وآخر، ونهب ٨٠٪ من أحواض الضفة الفلسطينية لايلبي سوى ٤٠٪ من احتياجات الكيان الصهيوني المائية، فيما دراساته جاهزة لتحويل نهر الليطاني، وشق قناة بين البحرين للتوسط والميت وغير ذلك من المشاريع.

وبانعقاد مؤتمر الدوحة الذي ناقش إقامة مشاريع اقتصادية مشتركة والاختراقات الإسرائيلية المتزايدة في مصر والأردن بإنشاء مزارع ومصانع وشراء أسهم في الشركات، جنباً إلى جنب مع القصف التدرج للأراضي الفلسطينية الذي لم يتوقف في زمن الليكود أو العمل، فضلاً عما يدور في اجتماعات اللجان المتعددة الأطراف واللقاءات السرية مع الغرف التجارية العربية، لهو أمر يحمل من الدلالات ما يشير إلى النزعة التوسعية الاقتصادية والجغرافية في زمن السلام المزعوم.

إن المخطط الإسرائيلي مستمر ومتصاعد وهو معروف ولما يضخ العرب استثمرس وزادت الطلبات وصلته، وفيما عيونه ترنو إلى النفط العربي والمياه العربية والأسواق العربية المتعطشة للسلع التكنولوجية والاستهلاكية على حد سواء... دون أن ترى بعض التراكيب الطبقية الطفيلية في عواصم العرب أي ضير في تلك، وكل ما تعرضه أوروبا تعرضه إسرائيل، فلماذا أقصر إذاً أن أنيب!!

أضف لذلك قلة من المثقفين ذوي التوجه التطبيعي، الذين بُحت حناجرهم تمجيداً بالليبرالية الغربية دون أن يقولوا كلمة واحدة

استأصلت واستوطنت.

بيد أن الديمغرافية الفلسطينية شوكة في الحلق ولقمة عصية على المضغ. انتقلت من قبائل همجية في الثلاثينات إلى عنصر مزعج في الستينات، فشعب مقاوم ومنتفض في الثمانينات، كما كتب المؤرخ اليهودي باروخ كيمرلنغ.

جاء أوسلو لاحتواء وتدجين الوثبة الفلسطينية وكسر المشروع الوطني وتفتيت الشعب وتجريعه اليأس والإحباط وفرض الهزيمة وقيم الأنانية.. الخ.

إن سقف ونتائج أوسلو أصبحت واضحة كل الوضوح وهي فصل عرقي في معازل ضيقة مقطعة الأوصال يقتل جوعها المعونات الخارجية والعمل في المشاريع اليهودية، على أن يتواصل قضم الأراضي الفلسطينية، باتفاق الحزبين الكبيرين، الليكود والعمل، صاحب المشروع الاستيطاني في الضفة وغزة منذ ايغال ألون مروراً برابين وصولاً لباراك، الذي ابتلع أكثر من ٧٥٪ منها حسب كتابات الباحث الإسرائيلي بنفشتي بعد أن ضمت القدس الشرقية قانونياً بقرار من الكنيست عام ١٩٨١، وواقعياً بتغليب العنصر اليهودي على العنصر الفلسطيني حيث يقطن نحو ١٧٠ ألف يهودي و ١٦٠ ألف فلسطيني يتوزعون على جزر تحاصرها الأسوجة الاستيطانية.

«أوسلو مهد لوادي عربة» حسبما صرح بيرس، والإسرائيليون يتطلعون لاستخدام الكومبرادور الفلسطيني كجسر للأسواق العربية..

في إطار الشرق أوسطية تتعاظم فرص هذا الاستخدام، وكازينو أريحا نموذج وبؤرة يليها بؤر.

شعبنا لم يفهم مرامي توافد طلائع اليهود إلى بلاده، أما وقد شرع اليهود شراء الأراضي فقد استشعر الخطر وراح يقاوم بيع الأراضي، وأشعل سلسلة نضالات بدءاً بالعراض والتظاهرات، مروراً بهبة البراق نهاية بعصيان وثورة ١٩٣٦.

كاد أن ينتصر على بريطانيا المفولة بفوز هتلر في انتخابات ٣٣ واجتياحه بلدان الجوار، غير أن القيادة الفلسطينية التقليدية ركنت إلى وعود «الصداقة» بريطانيا داعية الجمهور إلى السكينة»، علماً أن بريطانيا احتضنت الحركة الصهيونية ومثلت الحبل السري لمشروعها منذ البداية.

ما أشبه اليوم بالبارحة.. أمريكا التي تدعم إسرائيل في كافة الميادين والمحافل، وتقود المشروع التسووي منذ كامب ديفيد وحتى اللحظة، وترى في الضفة وغزة أراضيا متنازعاً عليها.. الخ، يستمرون المفاوض الفلسطيني الارتهان لها والرهان عليها، ولايكف عن دعوتها لمزيد من التدخل فتلي الضغوط على

عن شرحها الاقتصادي ـ الاجتماعي التاريخي، وهم لايالون جهداً في الترويج لوعي معسكر السلام الإسرائيلي ومنافع التسوية، بلا أدنى قراءة متأنية لخريطة المجتمع الإسرائيلي الموحد في مواجهة التناقض الخارجي يعزز من وحدته ما بلغه من تطور اقتصادي ورفاه اجتماعي وديمقراطية ليبرالية لليهود، عوضاً عن الخوف على المصير المشترك. (تحضر في ذاكرتهم الماسادا والهولوكوست) ناهيك عن جماعة الأهداف الاستعمارية الشرطية بالثقافة التوراتية.

غير أن الكيان الصهيوني كأي مجتمع تنخره شتى التناقضات التي تضبطها وحدة المشروع الصهيوني، مع نجاح أصوات بالإفلات منحازة للرؤية الإنسانية التي تجد في الدولة الديمقراطية العلمانية حلاً للصراع ودوائر ضيقة تعترف بالكارثة التي حلت بالفلسطينيين عام ١٩٤٨ وحقهم بالعودة، وتيار هامشي أشار اتساعاً من الاحتلال والتمدد الاستيطاني في الضفة وغزة.. مثل هؤلاء لا يمكن إيجاد قواسم معهم. فليس كل يهودي صهيوني..

- ٢ -

عاش جيلي نكبة عام ١٩٤٨ وذاق مع أبناء شعبه هوان الاقتلاع من البيت والديار وهام مع مئات الآلاف في البراري والكهوف والخيام، جراء عملية تطهير عرقي دموي دامت نتائجها واستغلتها لهذا اليوم، حيث يعيش ما يربو على أربعة ملايين إنسان في مرارة الغربة.

اللاجئون الذين تضرب جذور أسلافهم آلاف السنين في بلاد كنعان العربية ما انفكوا محرومين من حق العودة وقد اغتصبت أملاكهم واستبيح وطنهم واستبدل اسمه، بينما وعود بن غوريون عام ٤٩ بإعادة مائة ألف فلسطيني لم تر النور.

فلسطين أرض بلا شعب
واليهود شعب بلا أرض

إذن فالرؤيا الصهيونية تقوم على إقصاء الآخر ونفي ابن البلاد الأصلي بوحي التجارة الكولونيالية الأوروبية في أمريكا واستراليا في واحدة

**● الرؤيا الصهيونية تقوم على إقصاء الآخر ونفي ابن البلاد الأصلي بوحي التجربية الكولونيالية الأوروبية في أمريكا وأستراليا التي استأصلت واستوطنت.**

رأسه، ليجد نفسه ملزماً بالتفاوض على ما تفاوض عليه والتوقيع على اتفاق هو أسوأ من سابقه وهبوطاً به، في ظل ميزان قوى مختل بصورة فظيعة لجهة العدو الإسرائيلي... حتى وقف الزحف الاستيطاني لم يتعهد به الجانب الإسرائيلي!! لتتعهد بالمقابل السلطة الفلسطينية بمحاربة «التحريض» و«الإرهاب»!!

هنا يتولد سؤال: لماذا انخرطت القيادة الرسمية الفلسطينية في مسار مدريد ـ أوسلو؟، هل لتحرير الوطن أم لتحقيق مصالح نخبوية وفئوية ضيقة لقاء التفريط بالوطن؟، وإلا ما معنى الاعتراف بإسرائيل، أي بالمشروع الصهيوني على ٧٨٪ من عموم فلسطين؟ فلأول مرة تقترف قيادة فلسطينية منذ الحاج أمين الحسيني هذا العار. وما معنى التوقيع على أوسلو دون الإقرار بأن الأراضي المحتلة هي أراض فلسطينية وأن المستوطنين سيجلون عنها.. وما معنى عدم الإشارة في أوسلو للمياه الجوفية التي تنهبها إسرائيل بما يناهز ٤٠٠ مليون دولار سنوياً.. أليس لافتاً التوقيع على اتفاق سياسي دون الإقرار بالنكبة التي حلت بالفلسطينيين وسرقة وطنهم وحق اللاجئين بالعودة إلى ديارهم.. الخ من التساؤلات؟

تعود الكثير من التساؤلات والبصمات السوداوية في حالة الهزيمة التي ألمت بالقوى الفلسطينية، هزيمة وشيخوخة أدوات دون القول بهزيمة المشروع الوطني الذي يدوم بدوام الأجيال وعدالة القضية.

ورغم كل ما يمكن أن يقال عن المظهر الرئيسي العكسي غير أنه لايرقى إلى الاعتقاد بأن الناس راضون عن الحل السياسي وبقاء الاحتلال ومأسسة الفساد وتجيين المجتمع.. الخ، بل تتنامى الانتقادات يوماً بعد آخر.

مثل هذه الانتقادات قد تتحول في لحظة مواتية إلى ممارسة ثورية على شكل (شرارة تشعل النار في السهل كله) أو انفجار شعبي مشفوع بسؤال التغيير.

إن مسوغات ومحركات اندلاع الثورة قبل عقود ثم اليوم قائمة.. شعب+ وطن مستلب+ لاجئون مشردون+ ترحيم وخبرات ومهارات+ عاطفة حارة غاضبة.. من جهة أخرى احتلال غاشم استيطاني سرطاني إقصائي يكاد يدمر كل ما هو أخضر وجميل.

الصدأ أصاب كبينة القيادات.. أما القاعدة.. الجماهير.. فروحها بخير واستعدادها بخير وتنتظر لحظة مواتية.. وما هبة النفق ومسيرات الذكرى الخمسين للنكبة إلا دلالة تتعدى تقييم الأمور من ثقب القوى المنظمة سواء ارتدت أو ضمرت أو سادها التردد والارتباك، ليشمل القوى ويفيض على حقل الجماهير.. ناهيكم عن أكثر من مليون فلسطيني يتعذر دمجهم في الدولة اليهودية بسبب اختلاف هويتهم وعنصرية عدوهم. ومسيرة نصف قرن برهنت

الأجنبي والغزو الثقافي الغربي لمنع مراكز عناصر الصمود والنهوض، ونادراً أن و نظام نفسه في خندق الجماهير. أما العزو واحدة تمنع النظم لتبرير مصادرة الحريا وإقامة السدود أمام رياح الديمقراطية وملاح الفكر الآخر وتعذيب الآخر فهي متطلبات الحر مع إسرائيل!!

ـ لتتكرر هزائم العرب وتحصد إسرائيل انتصارات متلاحقة.

ناهيكم عن استنفاذ المشروع القطري طاق التقدمية، وعدم تحقيقه أية منجزات كبيرة ع عقدين ويزيد.. فلم تتكون دولة عربية عصر واحدة تمتع بتطور اقتصادي وتكنولوج يوفر فرص وأرضية معيشة معقولة للشعب د بطالة كبيرة ومديونية كبيرة وتبعية منفلة وتمنع دولة عربية واحدة وأحدة بمجتمع مد نشط وسلطات تشريعية حقيقية وجهاز قضا كفؤ ومستقل وتداول سلمي للسلطة. والآ هو مجرد إحراز استقلال حقيقي وسيادة حقيق نقداً ونقيضاً لم

انبثقت منظمة التحرير النظام لكنها ما لبثت أن غدت نسخة ء وبخروجها من بيروت زادت عوامل الا والفساد والامتيازات رغم أنها تفتقر للار والسوق. رغم المآخذ الجدية على النظ السياسي للمنظمة والبيروقراطية المتف وجيش المتفرغين المضاعف.. جاءت الس الفلسطينية خطوة للوراء في عد الاستحقاقات السياسية التي دفعتها وإ التوظيف بدل أن يتخلص من فوضى وفساد م ومالي وتعدد أجهزة أمنية تناهز التسعة نا نصف توظيفات القطاع الحكومي. هذا أفضى إلى نسف وتجويف الناظم الذي ير الشعب الفلسطيني ويثرجم ممارسة التاري (الميثاق والإطار والبرنامج وخط الكفاح) ل المخطط المعادي شوطاً في تجزئة وحدة الث الذي لايحمي سوق اقتصادية واحدة مشروع سياسي ائتلافي أو مشروع ثقافي وتتزايد إحباطاته المعيشية كل يوم..

ما أصابنا يقطع بالقول أن لاستثقال لك ولا تحرر ولا تحرير ولا تنمية دون مش قومي نهضوي يفرض خطوات وحد ونشاطات وحدوية تجاوزاً للتفاوتات البن والكيانية القطرية سواء أكان طابعها برجو أم شعبياً. بل ولم يعد سراً ما أصاب الج العربية من عجز وإفراغ للمضمون، والتخ الرسمي العربي من تفكيك. ناهيكم عن الد مؤتمر الشعب العربي وضعف الصيغ التي محله.. لتستكمل الأنظمة دورها في ثم قطاعات واسعة من الانتلجنسيا التي هم العادة حاملة لواء المشروعات السيا التحررية والثورية.

وبانهيار الاتحاد السوفييتي والمنذ الاشتراكية، أثبت اليسار العربي أنه لم

على استحالة إزالة الطابع العنصري في دولة الكيان أو المساواة بين مواطنيها. إن مثل هذه الدعاوى أشبه بأحلام يقظة، فالهوية الوطنية لأكثر من مليون فلسطيني ترقى إلى مستوى المطلب السياسي القومي وليس الحقوق المدنية الإفرادية.. ما العد التنازلي في نسبة الفلسطينيين الذين يصوتون لأحزاب صهيونية والذين يشاركون في انتخابات الكنيست إلا شاهد على ذلك.

ـ ٣ ـ

فيما زرع الشيخ العربي السوري القسام بذور ثورة ٣٦ تآمر عليها حكام العرب المرتبطون ببريطانيا، وبينما تدافعت المبادرات الشعبية في كافة العواصم العربية رافضة قرار التقسيم الذي يمنح الغزاة اليهود ٥٦٪ من فلسطين أرسلت النظم العربية قوات الدفاع المعطوبة التي صادرت دورة الجهاد المقدس الشعبية، لتنزل الكارثة الرهيبة بأهل فلسطين الذين توزعوا وتوزعت أرضهم بين أسرلة وأردنة وإدارة مصرية.

وبين الخمسينات إلى هزيمة حزيران ذابت الطلائع الفلسطينية في الأحزاب العربية، وبعدئذ تكرست هويتها الفدائية الفلسطينية التي حازت على تعاطف شعبي عربي واسع، لكن لتواجه مذابح أيلول ومذابح أخرى في لبنان على أيدي النظم والقوات الفاشية.

لقد تموجت علاقة المقاومة الفلسطينية بالنظم والحركة الشعبية العربية، والأخطاء هنا كثيرة لكنها تنحني أمام حقيقة أن التوسعية الاسرائيلية تتجاوز أي احتلال أرض فلسطين إلى احتلال أراض عربية أخرى وتجاهر بعدائها لأية مشروعات تنموية ووحدوية عربية.

إن اندلاع حرب حزيران ومن بعدها حرب اكتوبر وحرب ١٩٨٢، والعدوان الأطلسي على العراق تبين بجلاء تشابك المعركة الفلسطينية ـ العربية في مواجهة الحلف الإمبريالي ـ الصهيوني.

والنظام الرسمي العربي دأب على تخويف الجماهير وإفراغ رفضها من أي مضمون، بينما يفرش البسط الحمراء للشركات ورأس المال

انكشاف نسبي للبذخ الشاهق لدى الطبقات العليا وانحسار نسبي للملاءة التي يموهون بها استغلالهم وصوصيتهم...

لوحة مركبة وملتبسة... لكن ديناميات تناقضاتها الناشئة تدفع باتجاه واحد: التغيير. لقد توافر ما يكفي من وقت للقوى التقليدية السلفية التي قادت المجتمع لقرون، والقوى البرجوازية اليمينية التي قادت المجتمع لعقود... ولم يتبق سوى القوى الشعبية التي لم تحكم ولم تمسك القود، وهي مصادرة ومفتقة الآن... لكنها الجواب على سؤال التغيير... إنها موضوع وأداة التغيير.

كل من يقرأ التجربة اليابانية في النصف الثاني من القرن الماضي وما بلغته من تطور رأسمالي، والتجربة الصينية في النصف الأول من القرن الحالي وما ساقته من تنمية في صالح القوى الشعبية يستبشر خيراً ويطرد عنه مسحة التشاؤم...

إن الوضع العربي الحالي في غاية السوء لكنه يختزن مقومات هائلة، ما أن تقيض القوى الشعبية بخيارها الوطني – الديمقراطي – الجماهيري، على القرار السياسي، حتى تنفتح لها بوابات واسعة للتنمية والنهوض.

أما الترتيبات التسووية لتعميم كامب ديفيد على بقية الجبهات... فهي في نهاية المطاف عاجزة عن استئصال محركات الصراع...

## مصر النموذج الأكبر

وقع النظام المصري اتفاق الكامب عام ٧٨... ذهب رأس النظام وبقي النظام... لكن السلام مع الشعب، مع المجتمع المدني والمنظمات الأهلية، مع الفعاليات الثقافية لم يتقدم... ما حجم التبادل التجاري مع إسرائيل؟ أين السلام الذي يحقق لكل عائلة مصرية منزلاً وحديقة؟ هل انتهت المخططات الاسرائيلية لتهميش مصر في محيطها العربي؟.

إن الذي وقع وطبع هو أوساط محدودة من البرجوازية الكومبرادورية والبيروقراطية الطفيلية... أي حصان طروادة... غير أن هذا لا يقوى على اجتثاث جذوة الصراع، بل ويكشف بوضوح ترابط المسألة القومية والمسألة الاجتماعية.

الذين رضخوا واستسلموا ونفذوا رغبات أمريكا هم أنفسهم الذين يمتصون دماء الشعب المصري ويزدادون غنى على حساب قوت الشعب؛.

تشكر إسرائيل «السلام البارد» وندرة السياح المصريين، ويشكو النظام المصري تطلعات اسرائيل الاقليمية واحتكارها السلاح النووي وتباطؤها في تطبيق الاتفاقات مع السلطة الفلسطينية، وكلا الطرفين ينفقان أكثر على التسليح...

هل تصمد مثل هذه التسوية لو ارتفع

---

• ما أصابنا يقطع بالقول أن لامستقبل للعرب ولا تحرر ولا تحرير ولا تنمية دون مشروع قومي نهضوي يفرض خطوات وحدوية ونشاطات وحدوية

---

القوى الشعبية بالمناعة وتمنحها الوعد والأمل والثقة بالغد.. بما يفرش الأرض ويعلها بمقتضيات العمل السياسي والممارسة السياسية الثورية.

تأسيساً عليه، إنني أنظر باحترام لدور المثقفين الملتزمين بقضايا الجماهير في التحرر والتقدم والعدالة والديمقراطية والوحدة ويجهشمون حمل الصليب والسير في درب الآلام مواجهة للعولمة والمشروع الصهيوني، الذي تتعاظم مخاطره ومشاريعه.

## – ٤ –

يتماهى السياسي والثقافي ويتلاحمان... إنهما وجهان لعملة واحدة، وإن اختلت العلاقة بينهما اختلت الممارسة، يحلم الثقافي بفلسطين التاريخية... ببرتقال يافا وأسوار عكا... يشتم عبق ذاكرة الأجيال... يحلم بالوحدة العربية... بعصر نهوض العرب في عهد عمر والمعتصم... يستدعي جذرية علي وأبو ذر وعفة عمر بن عبد العزيز وتمردية يوحنا المعدان... تطلعات محمد علي وعبد الناصر... يحلم بإزالة الاستلابات كافة.

يتوشح السياسي بهذه الأحلام... إن حاد عنها سقط في نار الدنونة.

وواقعنا العربي – الفلسطيني في غنى عن الشرح... تجزئة، تبعية، تخلف، انهيار معظم حلقات النظام الرسمي، تفاقم المسألة المعيشية، تفاقم الثقافة.... مع ذلك ثمة نقاط مضيئة...

أهمها الحس الشعبي... الوعي الشعبي الذي يرجح التطبيع والطبيعين من النخب السياسية – الاقتصادية – وبدرجة أقل الثقافية...

أهمها الفعل الناجح لحزب الله في الجنوب اللبناني،

أهمها التراكم التعليمي، التراكم البدائي المتصل بتراكم رأسمالي،

تزايد نسبة الساخطين الداعين لحرية التفكير والتعبير والانتخاب،

التراكم المدني حيث يقطن المدن العربية ٤٠ مليون مواطن يزيد عن عشرة أضعاف ما كان عليه في مطلع القرن، رغم الطابع الشرقي والريفي للمدنية، هذه الكتل البشرية الهائلة، إذا ما انفجر غضبها وانتظمت، فستسحق كل من يقف عائقاً في سبيل تحقيق حريتها وآمالها.

---

عد فتضضع وتضاءل.. بينما سقوط الشاه انتصار الثورة الإسلامية في إيران، أعلن عن حطاعة عاصمة في قوة الحركة الإسلامية شقيها المناضل والتقليدي.

إن المجتمع العربي في غاية المرض.. شاخت ي وعلاقات وأفكار سائدة دون أن تنجح قوى بديل الثوري بالولادة.. إنها مرحلة عجز مزيمة، لكن بقدر مرض هذا المجتمع، منشري تناقضاته السياسية – الاقتصادية – جتماعية – الثقافية وتلح عليه طالبة المخلص جماعي الذي يرسم طريق الخروج.. سيما وأن يارات الفكرية الكبرى (البرجوازي الوطني – بساري – الإسلامي) علاوة على التيار الشعبي عريض الذي يسعى لكرامته وكرامة وطنه.. ت أكثر تقبلاً للوصول لمواسم مشتركة.. بل اك قواسم قومية واجتماعية وثقافية تجمعها نود قادمة في مرحلة النظام العالمي والعولمة تمدد الإسرائيلي.. على أن يتقبل كل واحد نر دون أن يفسد السجال حول القضايا لافية فرص اللقاء والتعاون.

إن الانحطاط الذي تعيشه الأمة يمهد وض شعبي قادم. فالشيء يستولد نقيضه. تخطط له العولمة (مركز منتج ومحيط تهلك)، (أمريكا تفكر وعالم يردد)، بين كة العالم) كما يرى الكسندر هيج، و(عولة لم بقيادة أمريكية) كما ينظر بريجنسكي... إسمالية الأمريكية آخر مرحلة في التاريخ) كتب فوكوياما... (وصراع الحضارات الذي ض الغرب لسحق الشرق وتراثه وينكر حقه خصوصيته) كما أنشأ هنتنجتون...

هذا كله مقدمة لمشروع قومي عظيم...

فكل من تستطيع العولة إفسادهم ورشوتهم اقلية من المنتفعين والمرولين النافذين لوياً ومؤسساتياً، وإن كان الـغرب مالي يولي أهمية لاختراق المثقف العربي أن اطمأن لدوران الشرائح الطفيلية زموبيولوجة في فلكه، لفرض تطبيع ية العربية فترى في أمريكا سيداً وفي سعية الاسرائيلية جاراً طيباً مستخدماً نأ ثقافية وأكاديمية وإعلامية ربطت رها بفئات العولمة مستفيداً من نفوذه مع في الكثير من المنظمات غير الحكومية يتناسل معظمها بتمويل رسمي تسهل رته على أنوية المجتمع المدني في العالم

ن ثقافة تلقى بسلاح النقد ومثقفاً يكف عن يفقدان ماهيتهما، وفي مرحلة تشهد اختلالاً بزان القوى السياسي – العسكري، تتميز القاعدة الاقتصادية – التكنولوجية ية البنية الاجتماعية والنظومة الفكرية نم أهمية الثقافة والجبهة الثقافية التي ن العقل والعقلانية وتصارع الفكر الآخر عن الهوية وتصوغ الأهداف وتعبئ

منسوب الضغط الشعبي المصري؟ هذا عن كامب ديفيد واستعادة سيناء... فما بالكم على الجبهة الفلسطينية حيث أعادت قوات الاحتلال انتشارها في ٦-٧٪ من مساحة الضفة وغزة، أي أقل من ٢٪ من عموم فلسطين الانتدابية... حتى لو أصبحت ١٠٪ وعاد ١٠٠ ألف فلسطيني آخر... هل يتوافر الحد الأدنى من المطالب الفلسطينية... أرض وعودة... تنمية وكرامة جريحة؟ كلا...

وأن تتجمع إرادة دولية لدعم التسوية وأن تتعهد السلطة الفلسطينية بتنفيذ التزاماتها بما فيها الأمنية... حتى لو تم احتواء المدن والمناطق المكتظة بالسكان... فمشكلة اللاجئين، داخل وخارج فلسطين، الذين يزيد عددهم عن نصف الشعب تبقى دون حل بينما هؤلاء هم الذين امتشقوا السلاح بعد هزيمة حزيران... والقنبلة الموقوتة لمليون فلسطيني وراء حدود ٤٨ تبقى دون حل... ووجع الأرياف بطرد المستوطنين واسترداد أرضهم يبقى بلا علاج... وتطلع الشعب للاستقلال والسيادة، هذا النطع الذي يعكس ما بلغه الشعب من تطور في السياسي أو الاقتصادية وأخيراً حاجته القانونية لتأمين الشرط الذي يكفل إمكانية تنظيم وحماية واختيار طريق تطوره...

إن الذي يحدث ليس سلاماً بل تسوية، وليس تسوية بل إدارة أزمة... وعليه فتجدد الصراع محتوم حيث يتداخل حلم فلسطين بالحلم القومي، النضال الوطني بالنضال العربي... الأهداف التحررية بالأهداف الاجتماعية والديمقراطية.

**ـ ٥ ـ**

لامناص من الاعتراف بانتصار التحالف الأمريكي والاسرائيلي في هذه المرحلة بتوقيع اتفاقات كامب ـ ديفيد ـ أوسلو ـ وادي عربة بمضامينها التي تتجاوز نصوصها... هذا الانتصار ما كان له أن يتحقق لولا وضعية العامل الذاتي العربي ـ الفلسطيني، وبشكل أخص الطبيعة الطبقية الفردية للقيادات والنظم السياسية التي فاوضت وأذعنت خلافاً لما كان عليه الحال في الشرط الفيتنامي على سبيل المثال... بل وعلى امتداد العقود كمنت أفواه الشعوب وشلت فعاليتها كما لو أن الوطن ملكية خاصة للحكام لا يربطهم عقد اجتماعي مع المحكومين.

يلي ذلك بداهة قوة المعسكر المعادي الامبريالي ـ الصهيوني وأذنابه من الرجعيين والمستسلمين العرب... وما أثبته المشروع الصهيوني عن مهارة في تحالفه الدائم والعضوي مع مراكز الامبريالية بدءاً بمرحلة الهجرة اليهودية وإقامة المستعمرات إلى مرحلة بناء القاعدة الصناعية والجيش والهياكل الإدارية إلى إعلان الدولة وتركيزها على

---

الزراعة حيناً وعلى الصناعة حيناً آخر، وصولاً إلى عصر الثورة التكنولوجية والمعلوماتية، وتوسيع قطاع الخدمات جنباً إلى جنب، وفي كل الأوقات تعزيز قوة الجيش وعقليته الاستراتيجية الهجومية (خلافاً لاسمه!!!).

إن انهيار الاتحاد السوفييتي السابق صديق العرب قد شجع الهجرة اليهودية إلى اسرائيل بما يناهز ٨٠٠ ألف ثلثهم من حملة الشهادات الجامعية، مثلما أتاح لأمريكا التفرد القطبي بسياساتها العدوانية الوبائية على الفلسطينيين والعرب.

مثل هذا المشهد لا يجوز أن ينسينا الجانب الآخر في المشهد، أي المحطات المشرقة في النضال العربي (ثورة ٣٦ ـ تأميم قناة السويس ومعركة بور سعيد ـ انطلاق العمل الفدائي الفلسطيني، بسالة الجندي العربي في حرب اكتوبر الذي كسر أسطورة الجيش الاسرائيلي ـ صمود ٨٢ في بيروت ـ الانتفاضة الشعبية في فلسطين ـ المقاومة الباسلة في الجنوب اللبناني ـ عداء المحيط الشعبي للاستسلام وامتناع حلقات رسمية عربية عن الانصياع والانضمام للتسوية الأمريكية).

مع الانتباه إلى أن المشروع الصهيوني لم يكتمل فصولاً ولم يذلل كامل العقبات بعد... فأحلامه التوسعية الاقتصادية والمائية، وشعار اسرائيل من النيل إلى الفرات تماشياً مع لون العلم، واستقدام المزيد من اليهود للعالم... هي بنود على رأس الأجندة.

في المقابل لم يستطع المشروع الصهيوني التخلص من الديموغرافيا الفلسطينية ولا إطفاء جمرة المقاومة، وكل مشاريع التوطين والتعويض لا تقوى على شطب الحنين والذاكرة التاريخية، ناهيكم عن إصرار الموقف السوري على استعادة الجولان، واللبناني على استعادة الجنوب المحتل.

أما القنبلة المفخخة فهي قطار المستقبل... إذ تنهش العرب الخرائب والدمار كما خطط العولمة إذا لم ينهضوا ويتوحدوا، الأمر الذي يصطدم حتمياً بالوجود والمخططات الاسرائيلية مما يفتح في المجال تواصل الاشتباك التاريخي.

فاسرائيل كيان غير اندماجي وشوفيني وعنصري وإقصائي للآخر ولا تشكل حلاً للمسألة اليهودية، حيث زجت اليهود في أربع حروب حتى الآن، وخريطتها تفضح تماماً تكوينها الغربي غير المتماثل مع نسيج وتاريخ المنطقة وتفوقها يذكي نزعات العدوان والغطرسة لديها... ومواجهتها تقتضي:

أ ـ دراسة تناقضاتها بعمق واستثمارها... وأهم الخلاصات هنا أن التناقض القومي لا الطبقي هو العامل الحاسم في الصراع رغم الفوارق الطبقية الداخلية وتواتر التناقض الطبقي المنخفض، وهذا حال التناقضات

---

الأخرى (شرقي ـ غربي ـ سلفي ـ علماني).

ب ـ حاجة أمتنا العربية لطلائع تزاوج الوطني بالقومي، التحرري بالاجتماعي السياسي بالثقافي، النظري بالعقلاني والعلمي، النخبوي بالجماهيري دون الارتقاء على شكل نضالي دون الأشكال الأخرى... و كل الأحوال شرط قيادي بمستوى التاريخ.

ج ـ الربط المحكم بين التكتيك والاستراتيجي، فالانتهازية والتفريطية تبد بغليب التكتيك النفعي على الاستراتيجي البرنامجي.

د ـ انصهار نضالات التجمعات الفلسطينية في تيار شعبي واحد من أجل أهداف خاصة، على أن يصهر شعبنا نفسه واحد وقبضة واحدة في الأهداف العامة والخاصة.

إن دولة ديمقراطية في فلسطين التاريخ دون تمييز قومي أو عرقي أو ديني أو جنسي إطار عربي أشمل هو القاسم الأعظم للحل الجذري للمسألة الفلسطينية وللمسألة اليهودية، وبالتالي إزالة عوامل الكراهية والحرب.

وإلى أن يتحقق ذلك، فدرجات السلم بجلاء الاحتلال عن الأراضي المحتلة عام وإقامة سيادة فلسطينية غير منقوصة، وعود يناهز أربعة ملايين لاجىء، وتكريس البنى الفلسطينية وراء حدود ٤٨ بالشكل ا تختاره الإرادة الشعبية ومقاومة العنصرية الصهيونية... إن هذا كله يستوجب الافتراق عن التسوية الجارية واستئناف المسيرة التحررية طويلة المدى...

**وأخيراً هل اقتربنا أم ابتعدنا عن فلسطين؟**

جوابي: الصراع مفتوح والسياسة لا تقاس بالسنوات بل بالمتغيرات، وحينما با انتصارات اسرائيل العسكرية الذروة باقتحام بيروت كان ذلك إيذاناً بتقهقرها وانكفاء الشريط الحدودي... هذه حقيقة ملموسة وليست خطة أيديولوجية.

لاشك أن أحوال العرب في أواخر ا قياساً بمسيرة غيرهم من الأمم هي أسوأ كانت عليه عام ٤٨ رغم ما راكموه من ع تحديثية وحداثية... غير أن هذه هي العتمة تشتد استباقاً لانبلاج الفجر...

يصعب تصور أن لا تقاوم قوى الا العربي الاستهدافات المعادية... بل وسؤال المقبل ينطوي على مجالات امتلاك سبل ضغطهم على المركز الامبريالي مما يدق س في نعش التسوية الاسرائيلية... فقوة إسرائ مسار المقاومة اللبنانية... فقوة إسرائ ضعفاً أولاً...■■■

العدد السنوي
٢٠٠٠



# قراءة سريعة
# في معضلات السياسة الفلسطينية



**أبو علي مصطفى**

نائب الأمين العام للجبهة الشعبية لتحرير فلسطين

مهما كان توصيف الحال السياسي الراهن سواء بوصفه ساخناً أو بارداً بكل الأحوال وعلى كل الجبهات يوصف بأنه التعبير عن المأزق، بل والأزمة المتفاقمة في الحالتين العربي عموماً والفلسطيني خصوصاً.

وهذا الحال ليس بجديد، بل تأسس له ومنذ عقود باختلالات كبرى سياسية مجتمعية بنيوية فكرية إقليمية ومحلية. إلا أنه وقد لايوجب المقال هنا فتح ملف المأزق بإتساع مساحة الوضع العربي وإن كان الفاصل ما بين الخاص والعام والوطني والقومي، إلا أن التحديد في الوصف، وحتى لاتقع الفترة في دائرة التجريد بات هو الأكثر أهمية في زمن طغيان الخاص وغياب العام.

والسؤال الآن هل مظهر الانقسام في الرؤيا الفكرية السياسية حالة عفوية؟، وإن تمظهرت بعض خطوطها في اليومي والمباشر؟ أم هي أعمق من ذلك وأكثر بعداً في الأصول والدلالات؟

وبصدد الحال الفلسطيني فإنها تتمركز (أي حالة الاختلال) في خمسة خطوط مفاهيمية أساسية تتقرر في مدى الاقتراب من وحدة المفهوم وصياغته، أو الابتعاد عنه فما هي هذه الخطوات التي باتت الحياة تفرض وضعها على الطاولة والاقتراب منها أكثر إلحاحية؟

أولاً: حول تعريف آفاق الصراع وأبعاده وأدواته مع العدو الصهيوني؟ هل لازال حالة صراعية تناحرية مصيرية؟ بين مشروعين بل بين وجودين؟ أم هو حالة سلام؛ وتسوية قابلة للعيش والتعايش بين وجودين متناقضين ماضياً وحاضراً ومستقبلاً؟ أطرح هذا السؤال من واقع موقف ورؤيا لنا لازالت تعتبر أن حالة الصراع هي التعبير الأدق عن الحال الفلسطيني والعربي الشعبي، بينما مالت الرسميات العربية والفلسطينية للعمل على تسويات، هي بخلاصتها وحصيلتها مهما كان اختلاف المضمون أو الزمان، إقرار اعترافي بمشروعية الكيان الصهيوني، وقبول بتثمير إسرائيل لمكاسب حربها من حزيران ١٩٦٧ والتي لم تسحها لا من الوقائع ولا من المعطيات السياسية أية حروب أخرى لاحقة.

بل إن أقصى الطموحات العربية والفلسطينية أصبحت بفضل وقائع حزيران (الهزيمة) محددة بسقف «الأرض مقابل السلام» وقبلها «مسح آثار العدوان»، ولم

يعد لشعار الصراع التناحري والمصيري، مكان في قاموس السياسة العربية الرسمية، سوى ما يمكن أن يجود به صاحب خطاب سياسي بمناسبة هنا أو هناك، إلا أنه لم يتحول لسياسة تبنى لها عناصر الفعل والقوة السياسية، والاقتصادية، والبنائية المجتمعية والعسكرية.

رغم ما يجري على جبهات التسوية وفوقها قبلها وبعدها فإني أعتقد وإن كانت المساحة العربية لتمدد نفوذ المشروع الصهيوني بدأت من اتفاق «كمب ديفيد» على الجبهة المصرية ولازالت تتواصل تداعياتها المرصدة لحساب المشروع الأمريكي – الإسرائيلي، أقول رغم ذلك فإن عملية الصراع لن تتوقف، حتى وإن تراجع منسوبها أو اتخذت أشكالاً اشتباكية أخرى.

**ثانياً: طبيعة المرحلة:**

إذاً وارتباطاً بالسؤال الأول بات المطلوب أيضاً الاتفاق أو توحيد مفهوم طبيعة المرحلة، هل هي مرحلة تحرر وطني؟ أم مرحلة سلام وتعايش؟

إننا نرى في الكلام الاعتباطي والذي له أهداف سياسية ونفسية في إدعاء توصيف الحال على أنه مرحلة سلام! يحمل في طياته أقوالاً خادعة ليس للرأي العام الفلسطيني فحسب، بل ونشر مناخ كاذب في الرأي العام العربي والعالمي، بما يساعد الصهاينة على استخدام هذه الخدعة لصالحهم هم،/ في

الوقت الذي تستمر فيه حالة التشرد والقهر على الشعب العربي الفلسطيني من جهة، وتستمر حالة الاحتلال القائمة على الأرض والشعب، بكل ما ترمز إليه من وجود وممارسات، أبشـعـهـا حضـوراً ظـاهـرة الاستيطان الاستعماري القائم.

لذا فإن الحقيقة الساطعة أقوى من كل الأقاويل الخادعة تقول لنا وبوضوح تام، أننا لازلنا في مرحلة تحرر وطني، لها وسائلها وموجباتها السياسية والبرنامجية، ولها شروط حضورها في البنية والبناء السياسي والمجتمعي، وعليه بالضرورة أن تقوم الرؤيا في كيفية توليف الأداة والأداء بما يتناسب مع شروطها وضرورة إنجازها.

إلا أن هذه السمة الرئيسية (مرحلة تحرر وطني) لايجوز أن يغيب وراءها الجديد والمستجد في الواقع المجتمعي الفلسطيني، الذي بدأت تتكون معالمه في الوطن، بشكل مشوه ومنقوص، لكنها تتكون، وبالتالي ما يستوجبه في الربط المحكم ما بين السياسي التحرري، والاجتماعي الديمقراطي، وهي مهام تأخذ مكانتها من اهتمامات الناس عموماً، وكل الشرائح الاجتماعية التي باتت ترى في إدراك هذه المسألة لاتقل أهمية في بناء الحياة الداخلية على أسس ديمقراطية شاملة، عن المهمة النضالية التحررية الوطنية.

## ثالثاً: المرحلي والاستراتيجي:

اضطرب الإيقاع الفلسطيني كثيراً في العقدين الماضين، حول مسألة في غاية الأهمية والمركزية، وهي التي يعني الحسم بها، هو الحسم بكثير من العناوين في رسم السياسات على المدين المنظور والبعيد.

أقول ذلك وفي ذهني أن انحرافاً فكرياً أصاب الحركة الوطنية الفلسطينية، عندما استولدت في بعض أقسامها مقولات تقوم على بناء ضعيف حسم اتجاهه باعتبار أن المرحلة هي نهاية المطاف، وهي الحقوق وهي جدول الصراع الآني واللاحق، بما أشار إلى تحويل المرحلي إلى استراتيجي، بل وأدى التكتيك الممارس إلى انتهاك كامل للأهداف وقبلها للأفكار التي بنيت عليها العملية الثورية منذ بداياتها.

ما أتت به وقائع الحركة في ذاك الاتجاه من قبول بمسارات التسوية المهينة وقبلها الخضوع للمطالب الأمريكية في حصر وصف الحقوق بهذه المهمة وعلى أرضيتها تم القبول بقرار (٢٤٢) كأساس للحل، تجاوزاً لكل

---

القرارات الدولية السابقة واللاحقة (على ما فيها من علل) ثم ما لحق هذا الإقرار منه الانخراط بتسوية على ما أتت به الهزيمة في حرب الخليج الثانية/ مؤتمر مدريد، اتفاقات أوسلو، وما بعدها كلها ساقت الأمور باتجاه أن هذا الانجاز! (إن كان إنجازاً حقاً)؟ هو نهاية المطاف!! مع أنه لم يتحقق منه شيء إلا أن المسألة باتت تمس الفكر السياسي الفلسطيني، ومن هنا بدأت الانطفاءات في الإنحرافات في ممارسة السياسة كونها وضعت أقدامها على مساحة إيقاع الآخر، وليس انضباطاً/إيقاع المشروع الوطني الفلسطيني، الذي حدد أبعاده المجلس الوطني الفلسطيني الرابع عشر عام ١٩٧٩ والمتضمن لوثيقة طرابلس آنذاك، والتي ارتكزت على الربط المحكم ما بين المرحلي والاستراتيجي.

نقول ذلك لأنه وبرأينا لايمكن النظر لبعد الصراع فقط من خلال تدريجنا على أن هذا هو النهاية، بل هناك ما هو ليس نهاية وهو التصادم الكامل بين بشروعين أحدهما عدواني صهيوني قام على أرض فلسطين تجسيداً مادياً منذ عام ١٩٤٨ وهو الذي لابد من حسم الصراع معه مهما طال الزمن، ومشروع وطني فلسطيني عربي يقوم على التحرير وإقامة فلسطين الديمقراطية الواحدة الموحدة كبعد استراتيجي وحل علمي لمسألة الصراع.

وأي اختزال لهذه المسألة بالفكر والمفهوم (وإن لم تكن الإمكانات تتيح تحقيقه) فهو حصيلة لضبط الإيقاع وفق مشروع الآخر، والاندماج به، الأمر الذي بات يحتاج إلى أكثر من نصوغ الحقيقة، بل ضرورة الانضباط لها في إدارة صراعنا مع العدو الصهيوني.

## رابعاً: الخاص والخصوصية:

من يكابر ويبتعد عن الحقيقة هو وحده الذي يدفع الثمن، وهنا بات من الضرورة الوعي لمعاني وحاضر الخصوصية في إطار العام الفلسطيني، وما نشا على الأرض بواقع الشتات ومنذ عام ١٩٤٨ أصبح أمراً مفروضاً علينا، ومن لايرى الواقع إلا بحسب مكانه أو مصلحته فهو يحكم على نفسه بمسافة الاقتراب أو الابتعاد عن الحقيقة.

واقع الحال أن هناك جزءاً من الشعب الفلسطيني يتجاوز المليون إنسان يعيش في المحتل من فلسطين عام ١٩٤٨ أصبحت له وقائع حياة وظروف ومعطيات حركة سياسية مجتمعية لابد من قراءتها، كما أصبحت لها تجربتها متوالدة من الظروف التي أقامها

---

المحتل، الأمر الذي يستولد سياسات وبرامج وشعارات ومهام من الوقائع، لكنها مرتبطة برؤيا أنها الجزء وليست الكل وعلينا أن ندرك ذلك.

والأمر ذاته يخضع له حوالي ثلاثة ملايين فلسطيني في المحتل من فلسطين عام ١٩٦٧، كذلك حال أكثر من إثنين ونصف مليون فلسطيني في الأردن مندمجين في النسيج السياسي والمجتمعي خلال خمسة عقود، وارثين لواقع الضم والإلحاق الذي تم في أعقاب مزيعة عام ١٩٤٨.

وكذا حال الأجزاء المشتتة الأخرى في بلدان وأقطار، وهنا بات الوضع يفرض أن تشتق مهام من طبيعة مباشرة، مدركة لهذه الخصوصية.

إلا أن ذلك يتطلب الحذر من نزوعين ضارين: الأول نزوع الإغراق في الخصوصية وكأنها البديل عن العام الوطني أو خروجاً عنه، والثاني ممثل في طمس الخاص وعدم الاستعداد لقراءته ورسم مهامه أو التنكر له، من واقع التقديس للشعارات الكبرى وطغيات العام.

عليه أصبح من الملح توحيد المفهوم في هذه المسألة من منطلق الحرص على وحدة الأداة والأداء الوطني لتحقيق الأهداف القريبة والعليا للشعب الفلسطيني وفي مقدمتها حقه في العودة لوطنه وعيشه الموحد فيه سياسياً ومجتمعياً بحرية واستقلال وسيادة تامة.

## خامساً: السلطة والمجتمع:

الآن ليست المسألة في أن نختلف أو نتفق على تسمية السلطة، هل هي وطنية؟ أم لا؟ أم هي سلطة حكم ذاتي وحسب، المسألة الآن أن هناك سلطة فلسطينية على الأرض (الرقم المقطعة) مهما كان التوصيف، والمشكلة من شقين: شقها الأول أنها تسمى سلطة وهي لاتحوز ولاتملك السيادة الكاملة على الأرض والناس وهذه هي حصيلة التسوية المهينة التي قبلتها منذ أوسلو حتى اليوم، وهذا يعني أنها مرتهنة ورهينة حالة احتلال أفظع ما فيها هو واجهها الأمني تجاه المحتل.

والشق الثاني أنها سلطة اللاقانون الناظم للحياة المجتمعية والعلاقات بين فئاته وقواه السياسية والاجتماعية، الأمر الذي يؤدي إلى دمار كامل في القيم المجتمعية واضطراب المفاهيم، وضياع الحدود بين الصح والخطأ، وعندما يصل الأمر إلى حد سيادة أجهزة على سيادة قضاء على الكارثة أكبر مما يتصور أحد،




سؤال: هل الحل منفرد أم جماعي؟ بل هي تكمن بالسؤال هل ما يقوم على قراءة الأبعاد الاستراتيجية؟ الجواب واضح من الوقائع.

إن الخلل الكبير الحاصل في عموم الحال العربي من فقدان استراتيجيا مبدأها صراع هو الأصل والعلة، والأمر لا يقف عند حدود الأنظمة كقراءة ورهان، بل كشعوب أمة واحدة تتطلع نحو التقدم والتحرر والوحدة فهل من ضمانة لوحدتها وتقدمها؟ وتحررها في ظل زعامة المشروع الصهيوني لحاضرها ومستقبلها؟ هذا المشروع والكيان الحمي بالظلة الاستراتيجية العسكرية النووية والأميركية، هل سيكون هو السيد المهيمن على المنطقة؟ أم الحال الآخر النقيض؟

بكل الأحوال إذا ما كانت وقائع الحال قوية ومسنودة إقليمياً ودولياً في الراهن، فلا يجوز أن يهبط سقف الممانعة الشعبية، ومقاومة التطبيع ورفض تسيّد الكيان الصهيوني على الأمة إلى مستويات أدنى بحكم معطيات التسويات التي بدأت منذ اتفاقات «كمب ديفيد» ولم تتوقف مفاعيل وحضوراً واستحضاراً حتى اليوم؟

بل أصبح من الملح أكثر من أي وقت أن تستنهض طاقات الأمة لمواجهة هذا الحال بالإمكانات المتاحة وهي كثيرة.

هذه النقاط الست هي التي يتقرر في ضوئها الإجابة على سؤال أين نسير؟ وهي خطوط مفاهيمية يتوحد أو يختلف في ضوئها ليس الجواب وحسب، بل السير والمصير، الحاضر صعب إلا أن المستقبل مأمول ■ ■

البعض وليس ضرورة يتداخل فيها الذاتي بالموضوعي، بل ومال البعض إلى السخرية من هذا الشان أي الربط الجدلي ما بين البعدين الوطني والقومي في إدارة الصراع، مروجاً هذا الذي يميل إلى السخرية مقولات، نزوعية ذاتوية لاتجبب على مسائل الحياة بجدية عالية، وتحويلها إلى أيقونة لايعني أنها بلا دلالة، ولكنها ليست كل الحقيقة من مثل مقولة (القرار المستقل)، والذي حولها إلى أيقونة وتقديس هو ذاته الذي أخذها وسلمها للعدو الصهيوني وتنازل عن كونها أيقونته المقدسة أمام إملاءاته المتتالية من الأمن والطرق والبوابات والمعاملات المدنية.. والاقتصاد.. والسيادة الخ.

بكل الأحوال مسألة الربط ما بين الوطني والقومي في إدارة صراع طويل الأمد كصراع وجود، لم تكن يوماً مسألة استخدامية، بل بعداً فكرياً ومصيرياً في إدارته كحالة صراع طويل الأمد، ما له ما على الشعب الفلسطيني والأمة العربية بكاملها من التزام وواجبات، على أن تملك الفكرة السليمة رؤيتها الاستراتيجية أثناء إدارة هذه العملية.

ومن يعتقد أن تسوية هنا أو تسوية هناك ستصادر هذا البعد لصالح النظام العربي القابل بالكيان الصهيوني اعترافاً وصلحاً، فهو مخطئ، فهذا الصراع موضوعي له طرفان لن توجزه تسويات مهما كانت سقوفها بين هذا الحال الانفرادي أو ذاك، والمسألة برأينا أن الصراع برأينا خارج

وطني أمثلة كثيرة تشير إلى عدم إقامة وزن لمعاني القانون.

المجتمع في الداخل اليوم صراحه يعلو باتجاه القول: «سلطة ناقصة السيادة نعرف ذلك، لكن لماذا لاتكون سلطة القانون الواحد للرد للمجتمع؟».

وعندما تشير الأصابع بالاتهام إلى ظاهرة الفساد والإفساد والتسبب فهي حقيقة وإن هرب منها أهل السلطة بقمع أو اضطهاد أو طمس الأصوات المنبهة من أخطارها، وأفظع ما فيها أن تتحول من فساد أخلاقي مادي إلى فساد سياسي يفرض وقائع مريرة على الشعب الفلسطيني بالقبول الكامل بإملاءات العدو حفاظاً لهذه الفئة ومصالحها على حساب الجميع.

هنا المشكلة، وهنا يجب أن تتركز جهود استثنائية وجماعية لحماية المجتمع والمصير الوطني، ولايمكن لهذه الحماية أن تكون بدون إنجازة شرطها الأول وهو ديمقراطية المجتمع والعلاقات وهذه لن تكون منة ولامنحة، بل حياة كاملة تترسخ فيها القيم السياسية والاجتماعية والثقافية في عموم المجتمع الفلسطيني الذي هي هو في حالة تنازع ما بين الاضطراب والتبلور، ولسان حال الناس يقول: نحن بحاجة إلى سلطة وليس إلى تسلّط.

سادساً: الوطني والقومي:

أصبح هذا القول من كثرة ترداده في الأدبيات السياسية وكأنه ترف فكري عند

**العدد السنوي**

**٢٠٠٠**

# الهولوكوست... خرافة القرن المرعبة إلى متى؟

## علي حسون*

استوقفني منذ فترة خبر من سيل الأخبار التي نسمعها يومياً، يقول هذا الخبر: بدأ وزير خارجية بريطانيا روبن كوك زيارة رسمية لإسرائيل يحيي خلالها ذكرى ضحايا المحرقة (المذبحة) التي قام بها النازيون بحق اليهود أثناء الحرب العالمية الثانية، وعادت بي الذاكرة عشر سنوات إلى الوراء، إلى رحلة كنا قمنا بها أثناء دراستي الثانوية في مدارس أبناء الشهداء إلى «ألمانيا الشرقية»، وكنا خلال هذه الزيارة، وضمن برنامج الزيارة الذي أُعدّ لزيارة المناطق الألمانية، قمنا بجولة في أحد معتقلات الألمانية النازية في الحرب العالمية الثانية لمشاهدة أفران الغاز ومحارق الجثث التي قيل لنا أن هتلر قد رمى بحرق اليهود فيها.

وأتذكر أن الآن الحماسة التي كانت تتملكنا أثناء الألماني الذي كان يشرح لنا بها عملية حرق اليهود في هذه الأفران وعدد الضحايا وأن أثل من اليهود الذين قضوا فيها.

والآن فقط وأكثر من أي وقتٍ مضى أدرك أن هذه الكذبة الخرافية التي أخرجتها إلى الوجود وكرّستها الصهيونية العالمية بتعاون وثيق مع الحلفاء والتي يدفع ثمنها شعبنا الفلسطيني خصوصاً والعربي عموماً من جهة، وأيضاً جيئ ثانية الشعب الألماني الذي يرزح تحت عقدة مازالت تلاحقه كشعب مجرم متهم بارتكاب جريمة الإبادة المرعبة.

وتحضرني في هذا السياق فكرة مليئة بالمرارة كانت قد أطلقتها فيلسوفة شابة اختفت خلال الحرب العالمية الثانية اسمها سيمون فايل تقول: (العدالة هي الهارب الأزلي من معسكر المنتصرين!):

يُقال إن هذه الفكرة هي التي يجب أن يُرفع شعار المدرسة الداعية إلى مراجعة التاريخ، فماذا تقول هذه المدرسة؟ عُرف لأول مرة تيار «إعادة النظر بالتاريخ/ ومراجعة الموضوعة في ضوء الحقائق العلمية والوثائقية إبّان اندلاع قضية الأستاذ الجامعي «روبير فوريسون» في السبعينات، الذي تعرض لمضايقات وتشهير رهيبين لأنه

تجرأ على المس بإحدى المقدسات اليهودية - الصهيونية، أي موضوع الإبادة الجماعية لليهود على يد النازية في غرف الغاز التي ادّعى الصهاينة وجودها في معسكرات الاعتقال في ألمانيا وبولونيا و«الاتحاد السوفييتي» حيث قدّم هذا الباحث الجامعي الدليل التقني والعلمي لعدم وجودها.

وفي بداية الثمانينات ظهرت فضيحة أخرى من هذا النوع عندما قدّم باحثٌ ومؤرّخ فرنسي آخر أطروحة دكتوراه في جامعة نانت - يناقش فيها وثائق للضابط النازي / غرنشتين/ واعترافاته، ويفنّدها أكاديمياً في مجال بحث ومناقشة النصوص التاريخية - فأثارت ثائرة اليهود واللوبي الصهيوني في فرنسا وجنّدت وسائل الإعلام الضخمة الموجودة تحت هيمنتهم لمهاجمة الدكتور «هنري روك» صاحب الأطروحة والتشهير به ووصمه بمعاداة السامية والعنصرية، فكان أن سحبت الدرجة العلمية من الباحث بعد حصوله عليها بأمثان.

وتتابعت الفضائح، وسنّت القوانين في البلدان التي يسيطر فيها اللوبي الصهيوني على مراكز القرار فحاولت الحدّ مِن حرية التعبير في مجال موضوع الهولوكوست فقط، حيث شهد عام ١٩٩٠ تبنّي فرنسا وتشريعها لـ (قانون غايسو) الذي يهدّد عملياً كلّ من يعترض أو يناقش أو يشكّك حتى بمسألة استئصال وإبادة اليهود بالحكم سنة في السجن وبغرامة قد تصل إلى (٣٠٠ ألف فرنك فرنسي).

وأقرّ في النمسا قانون مشابه عام ١٩٩٢ يتضمن السجن لمدة قد تصل إلى ستة أعوام لمن ينفي وجود الهولوكوست وفي سويسرا تهمة باسم «الحث والتحريض على الحقد العنصري» أدخل بإرادة من المجلس الفيدرالي والبرلمان يوجه لكل من يقوم بنفي أو التشكيك بمسألة الهولوكوست.

هذه القوانين وغيرها الكثير.. إضافة إلى التشهير والمضايقات والترهيب بحقّ كل من يتجرأ على المس بهذا الموضوع المحرّم الذي

أصبح بمثابة «تابو» في بلدان غربية تتبجّح في كلّ مناسبة بالديمقراطية وحرية التعبير!

وفي هذا الإطار وحول هذا الموضوع لا بد أن نشير ونلفت إلى كتاب يعتبر مرجعاً موثقاً تناول مسألة الهولوكوست لكاتب سويسري معاصر يُدعى «يورغن غراف» وهو من أتباع المدرسة التعديلية (إعادة النظر بالتاريخ ومراجعته)، حيث يستند في دراسته ومعلوماته لكافة الأبحاث والدراسات السابقة له في هذا المجال. وأجد هنا أنّه من الضروري لاكتمال الصورة وفهم حقيقة هذه الكذبة المستمرة منذ عقود أن ألخص أهم المسائل التي تناولها هذا الكتاب والذي فنّد ودحض بالإثباتات والبراهين «أسطورة الهولوكوست»، التي أصبحت منذ الحرب العالمية الثانية ولغاية أيامنا هذه الجريمة التي أحدثت في الوعي الإنساني الثورة والإضطراب الأكثر عمقاً.

يقول غراف في كتابه: «بعد أن واجه الحلفاء ألمانيا في حربين عالميتين قرّروا عزلها على الصعيد الدولي لعشرات السنين لتحطيم معنويات الشعب الألماني إلى درجةٍ تحرمه من أي طيف أو سحابة أمل في أن تكون له سياسة مستقلة في المستقبل القريب.

غير أن الجرائم الفعلية التي ◙ كتبها الألمان لم تكن تكفي لأن الحلفاء كانوا قد مارسوا ما يساويها في تلك الحرب إن لم يكن أكثر».

ولهذا فإنّ القوى المنتصرة اختلقت جريمة فريدة في التاريخ الإنساني «الهولوكوست» المذبحة اليهودية الجماعية، ورسّخت أسطورة التصفية المنظّمة والمبرمجة لشعب بأكمله داخل غرف الغازات السامة المعدّة خصيصاً لهذا الغرض والأهم من ذلك هو دور الصهيونية العالمية في تلك الجريمة المفتعلة.

فعندما وصل هتلر إلى السلطة عام ١٩٣٣ كان الجميع يعرف أن موجةً عاتية من معاداة السامية قد برزت فالخطب الحاقدة ضد اليهود شكّلت جزءاً مهماً من كتاب هتلر «كفاحي» وحسب ما جاء في برنامج الحزب القومي الإشتراكي الألماني النازي: «لايحق لأي يهودي

أن يقول أنه «مواطن ألماني أو يدّعي حق المواطنة». ثم إن المضايقات والإزعاجات المتزايدة التي تعرض لها اليهود بعد ذلك كانت تهدف لدفعهم إلى الهجرة ولتسهيل ذلك كان النازيون يعملون وبتعاون وثيق مع الأوساط الصهيونية التي كانت مصلحتها تستدعي أن يقيم أكبر عدد ممكن من اليهود في فلسطين.

وقبل أن يشرّع هتلر أي قانون معاد لليهود شنّت المنظمات الصهيونية في الولايات المتحدة وبريطانيا وغيرها من الدول حملات شعواء وعنيفة لمقاطعة ألمانيا ومحاصرتها مما تسبّب بأضرار اقتصادية هائلة لألمانيا آنذاك. وبما أن الألمان «لايستطيعون الوصول إلى منظمي هذه الحملات من اليهود، فقد صبّوا جام غضبهم على يهود ألمانيا الذين اعتبروا أعضاء في قوة أو جهة معادية علناً لألمانيا».

كانت نيّة تلك الصهيونية وخطتها هي حث هتلر على اتخاذ إجراءات قمعية معادية لليهود وتكثيف اضطهاده لهم بشكل يزداد قوة وبطشاً بغية أن يخلق هذا الوضع تنشيطاً وتحريكاً لعملية هجرة اليهود الألمان إلى فلسطين وفي الحقيقة أنّه عندما بدأت عمليات الاعتقال والإبعاد الجماعية بحقّ اليهود عام ١٩٤١ كان ثلثا يهود ألمانيا قد هاجروا منها ـ أما الثلث الباقي فقد كانوا من أعمار معينة /معظمهم من المتقدمين في السن/.

بما أن اليهود قد انحازوا إلى جانب الحلفاء فمن الطبيعي أنهم كانوا يشكلون خطراً على الألمان ولهذا فقد قدّمت الحرب للألمان فرصة مناسبة لتنفيذ خطّتهم القائلة /بالحل النهائي للمسألة اليهودية/ أي تهجيرهم كلياً من أوروبا إلى مدغشقر حسب خطّة مدغشقر المتضمنة لإقامة دولة يهودية في هذه الجزيرة، وقد كانت هذه الفكرة قابلة للتحقيق وفي مجال الممكن حتى رفض «الجنرال بتّان» الحاكم الفرنسي للجزيرة التنازل عنها بسبب سيطرة الانكليز على الطرق البحرية آنذاك، مما حوّل اتجاه الهجرة اليهودية إلى فلسطين.

إذن لم يقصد النازيون نهائياً بالحل النهائي استئصال وإبادة اليهود وتصفيتهم جسدياً كما ادعى فيما بعد الحلفاء عندما فسّروا إن تعابير «الإخراج» و«التهجير» لم تكن سوى كلمات مشفّرة تعني في الحقيقة «التعريض للغازات».

وبعد أن تبنّى الحلفاء في مؤتمر «فانسيه» المنعقد في بداية عام ١٩٤٢ ـ الأطروحة الروسية بإبادة واستئصال اليهود الفيزيائي

---

على يد النازيين بدأت السيناريوهات لتتم عملية الإخراج لأكبر كذبة في القرن العشرين.

حصلت أوهام وجرت تعمية وتجريد بشأن عدد اليهود القتلى في معسكرات الاعتقال الجماعية التي شيّدها النازيون قبل وأثناء الحرب العالمية الثانية كمعسكرات «عمل قسري» والتي جعلت منها الخرافة التي شاعت فيما بعد معسكرات الموت وأشهرها / أوشفيتز ـ بريكنو ـ موتهاوزن ـ داشو، وماجدانيك/ وجعلتها معسكرات إبادة متعددة لليهود حيث قتل فيها ما يقارب الستة ملايين يهودي كما يدّعي المؤرخون الرسميون (الإباديون).

أما العدد التقريبي للمتوفين من اليهود في معسكرات الاعتقال وبعيداً عن مبالغات (الإباديون) فيستند الكاتب في استنتاجه إلى إحصائيات ودراسات ومقارنات أخذت من جهة تعتبر الأكثر قدرةً وكفاءةً للقيام بذلك وهي الهيئة الدولية للأبحاث والتي تمتلك علاوة على ذلك وثائق أكثر أهمية من أية هيئة رسمية أخرى في العالم، رغم أنها لاتفتح أرشيفها لأي باحث مستقل بل وتنكر وجود أية ملفات آتية من معسكرات الاعتقال.

خلاصة الإحصاءات والمقارنات تشير إلى ما يلي:

ـ من المعقول أن يكون من ٦٠٠ إلى ٨٠٠ ألف من الأشخاص قد لقوا حتفهم في معسكرات الاعتقال الجماعية النازية بين عامي ١٩٣٣ـ١٩٤٥.

ـ إنّ أقل من نصف الضحايا كانوا من اليهود، وخصوصاً أن هؤلاء لم يشكّلوا في كثير من المعتقلات الجماعية سوى أقلية صغيرة.

ـ وحسب كافة التوقعات، فإن العدد الأكبر من اليهود قد ماتوا خارج معسكرات الاعتقال أكثر مما في داخلها وذلك نتيجة إبعادهم إلى الغرب في ظروف غاية في القسوة في نهاية الحرب خصوصاً ـ ويعود سبب سياسة الإجلاء الشاذة والمهووسة هذه إلى أن الألمان لايريدون أن يتركوا بيد السوفييت المتقدمين لا أيدي عاملة ولا جنوداً إضافيين.

ادّعى الإباديون (مؤيدو نظرية الإبادة الجماعية لليهود في غرف الغاز النازية) أن النازيين استعملوا الغازات السامة ومبيد الحشرات من نوع زيكلون ب ـ في هذه العملية، وقد تم دحض هذه الأكذوبة بعدة إثباتات لامجال لامجال بعدها للشك بمصداقية هذه

---

البراهين. وكان روبير فوريسون الفرنسي ونقد النصوص أوّل بـ بأنّ لدراسة غرف الغاز للقتل الج يجب أولاً البدء بدراسة لغرف ا المستخدمة للاعدامات في بع الأمريكية.

ويؤكد فوريسون أن التد الاعدام وتنفيذها وتنظيف غرفة ذلك يتطلّب ساعاتٍ طويلة وما ب مرحلة بعضها معقّد جداً، إذ يـ غرفة الإعدام بالغاز غير قابا ولايمكن نفاذ الغاز منها إطا ومحكمة السد وإلا فإن عملية أن تعرّض للخطر العاملين والشهود. ويصف العملية على ال يُربط ويقيّد السجين المحكوم مقعد، ربطاً محكماً ومن ثم يتم إ من سيانور الصوديوم في حوض أسيد السولفاريك ـ حامض الكبر تذوب الكريّات ليتحرر منها غاز ا السياندريك السام. يستنشق المـ الغاز، ثم يغرق في غيبوبة ويفقد ثانية تقريباً، وتحصل الوفاة بعد تتم عملية تحييد وإبطال مفعو طريق مظهّر هوائي حيث يُسحب عن طريق مدخنة موضوعة لهذ تهوّى غرفة الغاز بواسطة مراوـ عشرين دقيقة قبل أن يدخل طبي مساعديه وهم يلبسون الأقنعة هذه الغازات وكفوف الحماية العا واقية أيضاً، عندها يمكن المبا الجثة للتأكد من حصول الوفاة.

وبما أنّه لايمكن استبعاد ح فإن الأشخاص الواقفين خارج مجهّزون دائماً بمعدّات وأدوات الأولية.

ـ ولهذا فلا مجال للدهشة ع عدداً من الولايات المتحدة قد الطريقة الخطرة والمكلفة في الإعـ واستبدالها بطريقة أخرى هي « السائلة، وهي إبرة تحتوي على على الفور.

إنّ الاستحالة التقنية الـ إدعاءات تعريض المعتقلين بصـ وبأعداد هائلة للغازات السامة و جثثهم، جذبت انتباه العديد وأوّلهم فوريسون. ومنذ سنوات ولكن من أجل النفي القاطع وإ

العدد السنوي

# ٢٠٠٠



ترجمة : جواد بشارة

# المذبحة
# تحت المجهر

## «الهولوكوست»

دعوة مترجم كتاب «المذبحة تحت المجهر» الكاتب العراقي جواد بشارة حين قال: «يقول المثل الشائع: لكل جبّار هفوة، ولكل قوي نقطة ضعف، ونقطة ضعف الحركة الصهيونية وقوّتها في نفس الوقت هي «أسطورة الهولوكوست». فلنبحث عن نقطة الضعف هذه ونحللها ونكشفها للملإ ونعزّيها أمام الرأي العام. معركتنا طويلة من أجل كشف الحقيقة وإنقاذ الرأي العام من الابتزاز المسلّط على رقابه وإنقاذه من عقدة الذنب التي تقيّد تصوراته ومواقفه.

فلا يجب أن يكون هناك ميدان مُحرّم يُمنع الخوض فيه ودراسته وخصوصاً وهو مازال قريباً منّا كأحداث الحرب العالمية الثانية، وموضوع المسألة اليهودية التي تمس صميم وجودنا القومي والديني» ■ ■

اليهود باستمرار في كافة البلدان في حالة هستيرية دائمة وهاجس نفسي مستمر بالشعور بالاضطهاد والمطاردة وهو أفضل عامل يربط اليهود على كافة انتماءاتهم وأقسامهم/ المتدينون والملحدون، اليساريون واليمينون).

لقد احتلّ الصهاينة الغرب بدون إطلاق رصاصة واحدة، إعلامياً وثقافياً وسياسياً واقتصادياً، وحالياً ومن موقع القوة هذا يجندون كل قوة وجبروت الغرب وإمكانياته ضد أمتنا العربية وضد الأمة الإسلامية بأجمعها وسلب حقوقنا أمام أعيننا ونحن نتفرّج مستسلمين، وسيطرتهم هذه مبنية على الكذب والتزوير وتشويه الحقائق التاريخية، والمبالغة في كل شيء واستغلال الدعاية المضلّلة.

ولنجد في نهاية هذا الموضوع أفضل من

مة على هذه الخرافة احتاج الأمر إلى خص في غرف الغاز، وهذا ما حصل فعلاً ا اتصل فوريسون بمهندس أمريكي يُدعى (لوشتير) وهو المسؤول عن بناء غرف التي تستخدم لتنفيذ أحكام الإعدام بحق مين في عدد من الولايات المتحدة يكية.

واقترح فوريسون على المهندس الأمريكي ستخدم خبرته واختصاصه العلمي. وفعلاً لوشتير إلى بولونيا في شباط ١٩٨٨ ة زوجته كارولين ومصوّر سينمائي ثم ورسام تخطيطي لإخضاع المشاة ل الغاز في معسكرات الاعتقال في فيتزا وبيركنو وماجدانيك/ وهي من أكبر قلات النازية في أراضي بولونيا المحتلة/ حص والاختبار العلمي الدقيق. وكانت نتناجات الختامية للوشتير لاتقبل ض والجدل وهي:

«لم يكن هناك في أيّ من المعتقلات الثلاثة ورة غرف غاز مخصصة لاستعمال وإبادة ات بشرية وغرف الغاز الوحيدة التي كانت ودة هي غرف مخصصة لعمليات التطهير عقيم من أجل مكافحة وإبادة الحشرات راثيم».

والحقيقة أن المبيد المعروف باسم زيكلون قد تم استعماله فعلاً أثناء الحرب العالية نية في الكثير من معسكرات الاعتقال اعية وحتى في المعتقلات التي لم يُشر أي مؤرّخ رسمي إلى وجود غرف الغاز اك اعتقاد أن ملابس ٢٥ مليون شخص قد تطهيرها بمادة زيكلون ب ـ وأنّ هذا الإجراء حي قد أدى إلى المحافظة على حياة مئات ف من الناس وحمايتهم من الأمراض وبئة الفتاكة منهم عدد ليس بالقليل من جناء اليهود في معسكرات الاعتقال اعية وإنقاذهم من الموت بالتفوئيد.

ـ اسرائيل والهولوكوست:

منذ عام ١٩٥٢ دفعت ألمانيا الاتحادية ربية ـ حسب صحيفة دير شبيغل الألانية و (٨٥.٤) مليار مارك ألماني إلى إسرائيل نظمات الصهيونية وإلى أفراد يهود أيضاً، بويضات عن أضرار غرف الغاز الخرافية إلة لم تكن موجودة في ذلك الوقت (فترة بحة المزعومة).

كما إنّ الهولوكوست يشكّل علاوة على ذلك نسبة لإسرائيل وسيلة مضمونة لضمان عم والتأييد غير المشروط من جانب إلايات المتحدة الأمريكية. وكما تفعل رائيل فإن المنظمات الصهيونية العالية تغل وتستفيد من الهولوكوست لتضع

كاتب عربي ـ سورية

## في الذكرى ٣٢ لانطلاقة الجبهة الشعبية والذكرى ١٢ للانتفاضة

# احتفالات جماهيرية حاشدة في الضفة الفلسطينية

### خاص بالهدف



بمناسبة الذكرى ٣٢ لانطلاقة الجبهة الشعبية لتحرير فلسطين والذكرى ١٢ لاندلاع الانتفاضة الباسلة شهدت مدن وقرى الضفة الفلسطينية البطلة سلسلة من الاحتفالات والنشاطات والفعاليات المختلفة التي أحيت بها جماهير شعبنا هاتين المناسبتين الغاليتين.

### مهرجان جماهيري حاشد في طولكرم

دشنت الجبهة الشعبية لتحرير فلسطين احتفالاتها بالذكرى الثانية والثلاثين للانطلاقة والذكرى الثانية عشرة للانتفاضة المجيدة بتنظيم مهرجان جماهيري حاشد في طولكرم في السادس من كانون الأول، حضره عدد كبير من قيادات العمل الوطني وممثلو القوى والمؤسسات الرسمية والشعبية في محافظة طولكرم وحشد كبير من أعضاء وأصدقاء الجبهة الشعبية وجماهير المحافظة. وألقيت في المهرجان عدة كلمات تخللتها وصلات فنية قدمها الفنان الفلسطيني الملتزم آمجد عرار وفرقة الدبكة التابعة لمدرسة بلعا الثانوية.

بدأ المهرجان بالنشيد الوطني الفلسطيني. والوقوف دقيقة صمت إجلالاً وإكباراً لأرواح الشهداء، وقدم عريفا الحفل الرفيقان جمال برهم وعلام الحمد الله متحدثين مرحبين بالحضور والحشد الكبير الذي غصت به قاعة كلية خضوري وكان أول المتحدثين الأخ النائب عباس زكي عضو اللجنة المركزية لحركة فتح، وثانيهما الرفيق قيس عبد الرحيم (أبو ليلى) عضو المكتب السياسي للجبهة الديمقراطية، وثالثهما الرفيق عبد المجيد حمدان عضو الأمانة العامة لحزب الشعب الفلسطيني، ثم ألقى الأخ عبد الرحيم أسعد عبد الصمد كلمة ذوي الأسرى، وكان آخر المتحدثين الرفيق أبو علي مصطفى نائب الأمين العام للجبهة الشعبية لتحرير فلسطين.

وكان أول المتحدثين الأخ عباس زكي عضو اللجنة المركزية لحركة فتح الذي أشاد بالدور المرموق للجبهة الشعبية تاريخياً وبمبدئيتها وصلابة مناضليها، مهنئاً إياها بذكرى الانطلاقة الثانية والثلاثين ثم تحدث الرفيق أبو ليلى عضو المكتب السياسي للجبهة الديمقراطية

بادئاً بالتحية للجبهة الشعبية كوادر وأعضاء وقيادات على دورها النضالي في الثورة الفلسطينية المعاصرة مؤكداً على أهمية الوحدة الوطنية وإعادة بناء مؤسسات م.ت.ف باستكمال الحوار الشامل.

كما تحدث الرفيق عبد المجيد حمدان عضو المكتب السياسي لحزب الشعب الفلسطيني وأكد الأخ أبو الوائق بكلمة حيا فيها الجبهة على دور ومكانة مناضليها وخاصة من هم في السجون من الأسرى الأبطال مطالباً بإعطاء أولوية لإطلاق سراحهم واعتبارهم أولوية في المفاوضات.

### كلمة الرفيق أبو علي مصطفى

ثم كانت كلمة الرفيق أبو علي مصطفى نائب الأمين العام

بدأها بالتحية للحضور الكريم والذين كان في مقدمتهم محافظ محافظة طولكرم الأخ عز الدين الشريف ورئيس بلدية طولكرم ومسؤولو الفصائل والقوى والعديد من الشخصيات السياسية والاجتماعية في المدينة والجمهور الحضور.

وقال إن تلازم المناسبتين الانطلاقة والانتفاضة له كل المعاني والدلالات في مسار النضال الوطني الفلسطيني، وإن الاحتفال

اليوم بالمناسبتين الوطنيتين لايعني أنها دعوة طفوسية بل هو تأكيد على تجديد المسيرة، رغم ما أصابنا من إخفاق بسبب التسوية المهينة واتفاقات أوسلو وما لحقها وهي التي ضربت النضال الوطني لمحاولة اختزال كامل المشروع الوطني الفلسطيني والتحرري إلى حكم ذاتي هزيل، حفظ للاحتلال مكاسبه وحرم الشعب الفلسطيني من ثمار نضاله وتضحياته.

وأضاف بالقول إن سياسة الجبهة الشعبية التي دعت لحوار شامل لا يمكن أن تقوم على تساوق أو قبول بالحاصل اليوم، ولاتقبل باستمرار المفاوضات بل تدعو لوقفها لأن استمرار المشاغلة فيها ما هو إلا مكسب إسرائيلي في كسب الزمن لصالح برنامجه. وإن دعوتنا تقوم على التمسك بالبرنامج والميثاق الوطني الفلسطيني، وبداية الحصيلة يجب أن تكون بإقامة المؤسسة كي نقول أننا نسير نحو خطوة جديدة لإعادة بناء مؤسسات م.ت.ف.

باتت المسؤولية تستدعي الوقوف أمام الذات الفلسطينية أولاً، كي تكون قادرة على مواجهة مخطط الاحتلال والألاعيب، وأول بند هو في فتح ملف الفساد والمفسدين من قمة السلطة إلى أدناها، كي نكون قادرين على حماية مشروعنا الوطني.

ومن يريد أن يجاب عليه أولاً أن يجابه الذات ويسأل النفس عما فعلت وتفعل، ونحن

العدد السنوي
٢٠٠٠

سمير غوشة. ومن فدا وفد يتقدمه الرفيق صالح رأفت، ووفد من الفعاليات السياسية والاجتماعية في رام الله والبيرة والمؤسسات الوطنية يتقدمهم السيد عبد الجواد صالح.

وبعد أن افتتح المهرجان بالنشيد الوطني الفلسطيني ونشيد الجبهة، قدم تقديم لوحة فنية بعنوان رفعة العلم، ثم ألقى السيد صالح رأفت كلمة القوى الوطنية والديمقراطية، أما كلمة القوى الإسلامية فألقاها الشيخ أبو مصعب (حسن يوسف) وكلمة مؤسسات رام الله والبيرة فألقاها المناضل عبد الجواد صالح وكلمة الجبهة الشعبية ألقاها الرفيق بشير الخيري

تخلل المهرجان فقرتان فنيتان قدمهما كل من الفنان الوطني أمجد عرار وفرقة اتحاد الطلبة الثانويين.

كما أقيم نشاط في إحدى مدارس رام الله ألقيت به كلمة باسم اتحاد لجان الطلبة الثانويين هذا نصها:

المعلمين.. الزميلات.. الزملاء

تمر علينا هذه الأيام ذكرى لمناسبتين عظيمتين وعزيزتين على كل الشرفاء والمناضلين.. ذكرى اندلاع الانتفاضة المجيدة وانطلاقة الجبهة الشعبية لتحرير فلسطين الـ٣٢، تلك الذكرى التي تسجد بالدم والتضحية والنضال المتواصل نحو فلسطين الأرض والإنسان.. والتحمت ذكرى انطلاقة الجبهة بشرارات الانتفاضة الأولى لتزداد لهيباً.. حتى تتواصل القافلة مهتدية بالفداء والفكر الثوري.

الطلبة الأبطال:

نتذكر في هذا اليوم البطولة والعطاء العظيم الذي صنعه شعبنا بتفجيره الانتفاضة الشعبية في وجه المحتل الصهيوني معلناً المواجهة حتى دحر الاحتلال وتحقيق الحرية والاستقلال.. وسقط في هذا الدرب آلاف الشهداء تواصلاً مع من سيقومون وليكونوا قدوة للأجيال اللاحقة وتأكيداً على أن حتمية النصر ستتحقق بالنضال المتواصل والسير على درب الشهداء والثورة.. وفي الوقت ذاته نوجه تحياتنا للجبهة الشعبية لتحرير فلسطين في ذكرى انطلاقتها الـ٣٢، تلك الجبهة التي عرفناها منذ بدايات الثورة الفلسطينية المعاصرة، جبهة حمراء في الكفاح والنضال بكافة الأشكال وعلى رأسها الكفاح المسلح، وقدمت آلاف الشهداء على درب الحرية والتحرير، ولانزال حتى اليوم تواصل ذلك النهج الثوري رافضة المساومة على دماء الشهداء وحق شعبنا التاريخي في فلسطين.

تأتي هاتان المناسبتان وقضيتنا الوطنية تمر في مرحلة من أصعب مراحل النضال الوطني.. فالقضية تتعرض للتصفية على يد ما يُسمى «بالعملية السلمية» فالقدس تتهود

وساحاتها العامة. وكذلك كتابة الشعارات الجدارية على الجدران، ورفرفت الأعلام الفلسطينية وأعلام الجبهة الحمراء في الساحات العامة وعلى أعمدة الكهرباء، وزينت القرى بالملصق الصادر عن قيادة فرع الضفة وصور الرفيقان الأمين العام ونائبه.

وأما مدينتا رام الله والبيرة فكانتا منذ صبيحة يوم ١٩٩٩/١٢/١١ مع شكل جديد، حيث تم نصب مكبرات الصوت في إحدى البنايات في وسط ساحة المنارة الساحة الرئيسية للمدينة، وأشرطة فرقة الفنون ومارسيل خليفة والأغاني الوطنية، وتزينت المدينة بالبوستر المحدد للثوابت والنضال. وصور الأمين العام ونائبه، وفي حوالي الساعة الثانية انطلقت مسيرة جماهيرية ضمت حوالي ٨٠٠ رفيق ورفيقة، من أمام مقر الجبهة في رام الله، يتقدمها ٥٠ ملثماً يرتدون الزي العسكري، وطافت شوارع رام الله الأساسية مخترقة دوار المغتربين ثم دوار المنارة (الساحتان الرئيسيتان في المدينة)ثم شارع ركب حتى الوصول إلى قاعة البروتستانت مركز الاحتفال، وقد أحرقت الأعلام الإسرائيلية والأمريكية والبريطانية في المسيرة، ورفعت اليافطات والهتافات التي تحدد الموقف الرافض لاتفاقات الذل، والمطالبة باستمرار النضال والكفاح، والمنددة بالفساد ورموزه، والاعتقال السياسي والمطالبة بالإفراج عن كافة المعتقلين العشرين والدعم والإسناد للموقعين عليه. وحضر الاحتفال عدد من قادة الجبهة يتقدمهم الرفيق أحمد سعدات والرفيق بشير الخيري والرفيق خالد دابشة وقيادة منطقة رام الله.

ومن الجبهة الديمقراطية وفد ضم الرفاق أبو ليلى وعمر عساف ورفاق آخرون.

ومن النضال الشعبي وفد يتقدمه الدكتور

ذر من أن لاجدوى من الحديث عن الوحدة طنية إذا لم تكن وطنية حقاً وملتزمة ـنامج والمؤسسة، ونحن ندعو لعقد المجلس زي لوضع سياسة ورؤية سياسية طينية جديدة وجادة تتناسب والتطورات أقعة وحصيلة مسار التسوية المهينة، كما ه أن يتوقف أمام الجوانب التنظيمية التي ت عليها الحوارات.

كما طالب بسيادة الديمقراطية بدل القمع، ـمة جسور ثقة مع الجمهور الفلسطيني خلي عن أسلوب الاعتقال وإطلاق المعتقلين، جراء انتخابات على كل المستويات بدءاً من ـديات لتشمل كافة مناحي الحياة المجتمعية سطينية، وأن يكون للقضاء مكانه ودوره لأحياته وعدم مصادرتها لصالح الأجهزة.

في ختام كلمته أكد على تمسك الجبهة يوم الصراع الشامل والمصيري والربط ما الوطني والقومي، مؤكداً على عهد الجبهة تمرار النضال وبكل الأشكال إلى أن يزول تلال وتتحقق أهداف الشعب الفلسطيني حلية والتاريخية.

وحيا عائلات الشهداء والأسرى والمعتقلين سجون الاحتلال ومعاهداً الجميع على تمرار حتى تحرير فلسطين.

## احتفالات في رام الله

بمناسبة الذكرى الثانية والثلاثين لانطلاقة ية الشعبية لتحرير فلسطين، أقامت منظمة ية في المنطقة سلسلة من الأنشطة وفيما أهم هذه الأنشطة:

منذ بداية شهر ١٢ تم البدء بالتحضير طلاقة في الريف، حيث كانت هناك أنشطة حوالي ٣٠ موقعاً وقرية من قرى المحافظة. تعليق اليافطات القماشية التي تحمل ـف الجبهة السياسية على مداخل القرى



١٠٧-107

دف، كانون ثاني ٢٠٠٠ ـ العدد ١٣٠٢



أهمية ودور الجبهة في هذه المرحلة وأهمية القضايا التي طرحت في الحوار بين فئـ... والشعبية.

## محافظة نابلس

في يوم ١٩٩٩/١٢/٢٤ قام المئات مـ أبناء مدينة نابلس وأبناء الريف بمسيرة فـ المخيمات، أعلام ومشاعل جماهيرية بعد الإفطـ في شوارع نابلس بدأت من مكاتب الجبـ الشعبية إلى قاعة البلور بوسط المدينة كا يتقدمها مسؤولو المنطقة وفي طليعتهم الرفيـ مرتجي حداد. وفي القاعة الحاشدة بالجمهو من ممثلي القوى والفصائل الوطنيـ والإسلامية والشخصيات السياسية والاجتماعية، وعدد من أساتذة الجامعـ والمثقفين قدم الرفيق يوسف عبد الحق (أ شداد) الرفيق أبو علي مصطفى نائب الأمـ العام للحديث بندوة جماهيرية حرة.

بدأها الرفيق أبو علي بالحديث عـ المناسبة ثم قدم عرضاً فكرياً سياسياً عـ طبيعة الصراع مع العدو الصهيوني وآفاقه، عـ الإنجازات والإخفاقات، عن عناصر الحر الصهيونية وفعلها وعناصر الحركة الفلسطيـ والعربية بمواجهة المشروع الصهيوني.

عن فهم الآخر ومشروعنا الوطني، عـ الأداة وفعلها والرؤيا السياسية، عن الأدـ الذي يتناسب مع الخطاب السياسي.

ثم عرض للوقائع القائمة والتسويات المـ التي تبدأ وتنتهي بالاعتراف بالكيان الصهيو على حساب الحق التاريخي للشعـ الفلسطيني. ومن ثم أعطيت الفرصة للجمو بتقديم مداخلات وتوجيه أسئلة، وكانت النـ حيوية في تفاعلاتها والأفكار المطروحة، وحر النقاش إلى أن اختتمت بالأناشيد الوطـ وهتافات الجمهور في القاعة.

## نشاطات محافظة جنين

في يوم السابع عشر من كانون الثا أقامت المنظمة الحزبية للجبهة الشعبية لتحر فلسطين في بلدة عرابة ندوة جماهيـ مفتوحة في قاعة جمعية الهلال الأحـ الفلسطيني، شارك فيها كل من نائب الأـ العام الرفيق أبو علي مصطفى وإلى جاـ الرفيق قيس عبد الكريم (أبو ليلى) عـ المكتب السياسي للجبهة الديمقراطية والرـ صالح رأفت الأمين العام لفدا والأخ عباس زـ عضو اللجنة المركزية لحركة فتح. تناول فـ المتحدثون الوضع السياسي الراهن ويـ مواقف منظماتهم من المستجدات الأخيـ بدؤوا مداخلاتهم بالاشادة بالمناسبـ الوطنيتين وبالجبهة الشعبية ودور ومكانتها، ثم ردوا على أسئلة الحضـ الحاضر من الجمهور.

كبار السن والشخصيات والقوى الوطنية تلاه فرقة كشافة تلا فرقة الكشافة ٤ رفاق ملثمون يحملون مجسم ضخم لخيمة كتب عليها كافة أسماء المخيمات الفلسطينية في الداخل والشتات تعلوها لافتة كتب عليها (لا للتوطين نعم لحق العودة) وقد لفتت الخيمة انتباه المواطنين والصحافة المحلية والدولية تلا الخيمة حوالي أربعين طفلاً يلبسون ملابس تحمل شعار الجبهة فيما لبست الزهرات ملابس تراثية فلسطينية ويحملون الأعلام الفلسطينية وأعلام الجبهة من ثم حوالي ٦٠ ملمّاً يحملون صور شهداء الجبهة في محافظة الخليل وصور الأمين العام ونائبه وشهداء الجبهة القياديين ثم المشاركين في المسيرة من الصديقات والرفيقات والرفاق وقد شدت المسيرة سكان المدينة وقد غطيت المسيرة التي سارت لمسافة طويلة حتى مكان الاحتفال من قبل المحطات الفضائية والمحلية والتلفزيون الإسرائيلي وركزت على حرق العلم الإسرائيلي أثناء المسيرة وقدر المشاركون في المسيرة ٤٠٠ شخص وفي نهاية ال مسيرة أقيم الاحتفال المركزي الذي حضره أكثر من ٨٠٠ شخص واشتمل على كلمة الجبهة المركزية ألقاها الرفيق بدران جابر وكلمة القوى الوطنية ألقاها رفيق من الديمقراطية ومن ثم كلمة المرأة الفلسطينية ألقتها الرفيقة سارة أمطير وفي نهاية الاحتفال تم تكريم ٥٠ عائلة من شهداء وأسرى الجبهة الشعبية في المحافظة وضمت لجنة التكريم ممثلين عن كافة القوى الوطنية في محافظة الخليل.

١٩٩٩/١٢/١١: أقيم حفل استقبال بمناسبة الانطلاقة بعد الإفطار حيث حضر العديد من الشخصيات وكافة القوى الوطنية والمؤسسات في المحافظة حيث تم تقديم الحلوى بهذه المناسبة وألقى عباس زكي كلمة باسم القوى والمؤسسات في المحافظة أكد فيها على

والاستيطان يتمدد والمعتقلون في السجون وخيام الشتات مازالت تلوح، وإجماع قادة العدو على أن لاحدود ولا قدس ولا دولة مستقلة للفلسطينيين، والأدهى من هذا كله أن هذه العملية تُمرر وتُشرعن بموافقة وحضور السلطة الفلسطينية والتي وقعت اتفاقات مُذلة لا تُعيد حقنا وثوابتنا الوطنية، وفي الوقت ذاته قبلت هذه السلطة بدور يتناسب والمخططات الصهيونية والإمبريالية في المنطقة من حيث الارتباط الاقتصادي والسياسي والأمني مع الاحتلال بحضور «الراعي مصاص الدماء» لما يسمى «بالعملية السلمية» الممثل بأمريكا.

فصوناً لدماء شهداء الانتفاضة والجبهة والثورة، وحفاظاً على ذاك الدرب الذي خُط بالدماء والآلام والمعاناة.. لابد أن نواصل النضال حتى دحر الاحتلال الصهيوني واستعادة حقنا في العودة والدولة المستقلة وعاصمتها القدس، فهذا يتطلب منا رص الصفوف «وإعادة الإعتبار للوحدة الوطنية المتمثلة بوحدة جماهير شعبنا المناضلة، وفي هذا السياق نطالب السلطة الفلسطينية بإطلاق سراح المعتقلين السياسيين فوراً، وأن تكف عن سياسة تعميم الأفواه.. وأن توقف المفاوضات مع العدو، وأن تعود لخيار الجماهير بالنضال والمقاومة.

عاشت ذكرى الانتفاضة والانطلاقة المجد لشهداء الانتفاضة والجبهة وكافة الشهداء

نعم لخيار الشعب خيار المقاومة الانطلاقة والجبهة درب واحد نحو فلسطين

## محافظة الخليل

١٩٩٩/١٢/٤: انطلقت مسيرة من أمام مكتب الجبهة الشعبية في باب الزاوية مركز المدينة حيث تقدم المسيرة عدد كبير من الرفاق





«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨
السنة الحادية والثلاثون ـ الثمن ٢٠ ل.س/ ١٠٠٠ ل.ل
AL - HADAF - No. 1308 - 31/7/2000

سياسية عربية – تصدر مؤقتاً كل أسبوعين

رئيس التحرير
د. ماهر الطاهر

سكرتير التحرير
خليـــل جنداوي

مدير الادارة
محمد خير الاسعد

المدير الفني
زهـــدي العـدوي

## موضوع الغلاف:

كامب ديفيد ٢٠٠٠
قمة انحياز
السياسة الأمريكية
صفحة ٦



## كلمة

لا شك أن فشل القمة والارتياح الواسع الذي عبرت عنه جماهير شعبنا في كل مناطق تواجدها لهذه النتيجة بعد أسبوعين من القلق والخوف على المصير، إنما يشير الى حقيقة ساطعة لايجوز أبداً أن تغيب عن ذهن أحد وفي مقدمتهم المفاوض الفلسطيني.. فشعبنا أكد مرة أخرى أنه مصمم على تحصيل كل حقوقه دونما أي انتقاص، والتمسك في هذه اللحظة بالبرنامج المرحلي الذي شددت عليه كل الهيئات والمؤسسات التمثيلية الفلسطينية وآخرها المجلس المركزي في دورته الأخيرة.

وجماهيرنا التي خرجت للشوارع تدعو المفاوض الفلسطيني الى التشبث بالثوابت الوطنية والعودة من كامب ديفيد واللجوء لخيارات الانتفاضة، جماهيرنا قالت بوضوح لابس فيه أنها مازالت مستعدة للعطاء والتضحية وبذل الغالي والرخيص لتحقيق أهدافها الوطنية.. وإنها لايمكن أن تتسامح أو تغفر أي تنازل جديد سيعني في ظل الظروف الحالية كارثة فلسطينية حقيقية تتوج كل مآسينا.. على ضوء هذا لاخيرة أية خيارات جدية في الساحة الفلسطينية سوى رص الصفوف وترتيب "البيت الفلسطيني استعداداً لمواجهة قادمة ستكون هي وحدها القادرة على إجبار المحتل على التسليم بكل الحقوق الوطنية لشعبنا..

من جهة أخرى سيلاحظ قراؤنا الأعزاء زيادة في حجم هذا العدد، وطبعاً سيكتشفون بسهولة أن ذلك عائد لقرار هيئة التحرير بتخصيص الجزء الأكبر من صفحاته لتغطية تليق بمناسبتين غاليتين.. الأولى تتعلق بالمؤتمر الوطني السادس للجبهة الشعبية لتحرير فلسطين، والذي اختتم أعماله قبل أيام، أما الثانية فهي الذكرى ٢٨ لاستشهاد مؤسس «الهدف» الكاتب والمناضل الكبير غسان كنفاني.. نرجو أن نكون قد وفقنا..

## في هذا العدد

### شؤون فلسطينية

■ البيان الختامي الصادر عن أعمال المؤتمر الوطني السادس
للجبهة الشعبية لتحرير فلسطين..........................٤
■ نص كلمة د. جورج حبش في المؤتمر الوطني العام السادس.....٨
■ نص كلمة الرفيق أبو علي مصطفى في افتتاح المؤتمر الوطني العام السادس....١٨
■ وقائع المؤتمر الصحفي
الذي عقده الرفيق أبو علي مصطفى في رام الله يوم ٢٠٠٠/٧/٩ ...........٢٠
■ مهرجان جماهيري حاشد في رعاية لتكريم شهداء تموز ود. جورج حبش
وتهنئة أبو علي مصطفى بانتخابه أميناً عاماً...................٢٤
■ صحيفة القدس، تحاور الرفيق أبو علي مصطفى..................٢٩
■ البيان الختامي الصادر عن المجلس المركزي في دورته من ٢٠٠٠/٧/٣-٢ .......٣٢

### شؤون العدو

■ تحولات شاس الموقف الدور والخلفيات.........................٣٤
■ وقفة أمام إسرائيل النووية................................٣٦
■ اللاجئون الفلسطينيون والعهد التوراتي.......................٣٨

### شؤون عربية

■ أربعون (الرئيس الراحل حافظ الأسد وانتخاب د. بشار الأسد
رئيساً للجمهورية العربية السورية...........................٣٩
■ الأطماع الصهيونية في المياه العربية.......................٤٠

### شؤون دولية

■ قمة الثمانية الكبار في أوكيناوا:
بين سندان العولمة المظلمة ومطرقة حركات الاحتجاج.............٤٢

### الهدف الثقافي

■ معنى التحريض عند غسان كنفاني............................٤٤
■ غسان كنفاني: الناقد الساخر الضاحك الجاد..................٤٦
■ الزمن السردي والزمن الحكائي في دكان يومذاك طفلاً.........٥٠
■ في الذكرى ٢٨ لاستشهاد غسان كنفاني:
تكريم الروائي حيدر حيدر والبحث عن صورة الفلسطيني في شموس الفجرة ..٥٢
■ الشيء الآخر الذي أحب ليلى الحايك.........................٥٤

## ثمن النسخة

لبنان ١٠٠٠ل.ل/ سوريا ٢٠ل.س/ الأردن ٥٠٠ فلس/ العراق ١٠ د.ع/ الإمارت ١٠ درهم/ الجزائر ١٥دينار/ ليبيا دينار واحد/ تونس ١,٢٥ د.ت/ صنعاء ١٥ ريال/ السودان ١ جنيه/ المغــرب ١١ درهمـــ/ أمريكـا وكندا ٣ دولار/ ألمانيـا ٥ ماركـدت/ اسبانيا ٣٠٠ بيزيته

## الإشتراكات

قيمة الاشتراك السنوي بما فيها أجور البريد
سوريا ٢٠٠ ل.س/ لبنان والأردن ٣٠ دولار/ بقية الدول العربية ٥٠ دولار/ أوروبا ١٢٥ دولار/ اسبا وافريقيا ١٠٠ دولار/ الأمريكتين واستراليا ١٥٠ دولار
٠ يتم الاشتراك بارسال انعمار الإبداع بقيمة الاشتراك السنوي (او نصف السنوي) على العنوان التالي: بنك بيروت والبلاد العربية.
شتورا ـ لبنان
رقم الحساب ٢٨/٧٩٤٤.NO،AC
أو بارسال شيك بنكي باسم الهدف.
دمشق/ ص ب ٣٠١٩٢

## المكاتب

دمشق ـ ص ب ٣٠١٩٢
دمشق ٦٢٢٨٢٦٧
٦٢١٣٩٧٤
بيروت ٣٠٩٣٣٠
٦٦٦٢٤٠
صنعاء ٢٠٨٤٩
الجزائر ٥٩٤٥٥٨
٣٨٤٢٠٤
بغداد ٧١٩١٦٢٧
٧١٧٤٧١٠

# البيان الختامي الصادر عن أعمال المؤتمر الوطني السادس
## للجبهة الشعبية لتحرير فلسطين

يا جماهير شعبنا الفلسطيني
يا جماهير أمتنا العربية

تحت شعار، «المؤتمر الوطني السادس محطة هامة للمراجعة والتجديد ومن أجل استمرار النضال لتحقيق أهداف شعبنا في العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة» انعقد مؤتمرنا الوطني العام، بحلقاته الثلاث في الوطن والشتات، للقيام بعملية مراجعة وتقييم شاملة لأساليب العمل، ولجمل السياسات والخطط، ولصياغة رؤية سياسية تنظيمية منهجية للمرحلة الجديدة، تشكل أساساً ومنطلقاً لاشتقاق المواقف والسياسات، والارتقاء بمستوى فعالية الجبهة ودورها وحضورها على طريق تحقيق أهداف شعبنا الوطنية والاجتماعية.

وقد ابتدأ المؤتمر أعماله بالوقوف دقيقة صمت إجلالاً وإكباراً لأرواح شهداء شعبنا وأمتنا الذين ضحوا بحياتهم من أجل الوطن وحريته، واحتراماً لعذابات الأسرى والمعتقلين، وعموم المناضلين الذين يواصلون السير على الطريق الصعبة لانتزاع الحقوق الوطنية الثابتة والمشروعة والتاريخية للشعب العربي الفلسطيني.

وبعد إقرار جدول الأعمال، استمع المؤتمر إلى الكلمة الشاملة للرفيق الأمين العام الدكتور جورج حبش، والتي تضمنت قضايا أساسية وتنظيمية ورؤية بعدم ترشيح نفسه للهيئات القيادية، فأكد المؤتمر تقديره العالي للدور القيادي البارز الذي لعبه الأمين العام في الثورة الفلسطينية المعاصرة، حيث أعطى من عمره المديد كل ما يملك من إمكانات وطاقات سياسية وفكرية وتنظيمية، أغنت وأثرت تجربة النضال الوطني الفلسطيني والعربي المعاصر بالكثير من القيم والمبادئ والمفاهيم الوطنية والقومية والأممية.

وفيما أعرب المؤتمر عن احترامه لرغبة الرفيق الأمين العام وتقديره العميق للمعاني الديمقراطية التي تنطوي عليها هذه المبادرة، أكد على الأهمية القصوى لحفظ مكانته التاريخية والاستفادة دوماً من آرائه وتحليلاته وتوجيهاته باعتبار الرفيق المؤسس صاحب تجربة ثرية وخبرة طويلة وعميقة وشاملة.

كما استمع المؤتمر لكلمة الافتتاح، ألقاها الرفيق أبو علي مصطفى نائب الأمين العام، الذي ركز فيها على القضايا السياسية والتنظيمية الأساسية والراهنة، وعلى دور المؤتمر الوطني السادس في التأسيس لعملية إنهاضية واسعة على غير صعيد ومستوى.

وشرع المؤتمر على أثر ذلك، بمناقشة مشاريع التقارير المقدمة من اللجنة المركزية العامة والتوصيات المرفوعة من مؤتمرات الفروع في دورتيه، وأنهى أعماله بانتخاب أعضاء اللجنة المركزية العامة ولجنة الرقابة والتفتيش المركزية، مكرساً بذلك المبادئ الديمقراطية في الحياة الداخلية، ومفاهيم المشاركة الأوسع في صياغة السياسات والبرامج والخطط والتوجهات الأساسية للجبهة الشعبية، ومؤكداً على أهمية تعزيز وحدة التنظيم من خلال تعميق الحياة الديمقراطية على كل المستويات في الحوار وتبادل الرأي على مجمل القضايا السياسية والتنظيمية والفكرية، وعبر تشجيع النقاش الحر الرفاقي والموضوعي والجري في ممارسة النقد والنقد الذاتي مسترشدين بالنهج المادي الجدلي التاريخي وبكل ما هو ديمقراطي وتقدمي وإنساني في التراث الفكري والثقافي لشعبنا الفلسطيني ولأمتنا العربية وللإنسانية جمعاء مكدين على كل ما ورد من مبادئ وقيم كفاحية للشعوب من أجل حريتها وتقدمها.

هذا وقد أكد المؤتمر الوطني السادس على أنه وفي ضوء إدراك الجبهة

الشعبية لتحرير فلسطين لطبيعة المرحلة بوصفها مرحلة تحرر وطني وديمقراطي، فإنها تؤمن بضرورة العمل الجبهوي الوحدوي الديمقراطي، الذي يشمل كافة القوى الطبقية والسياسية والاجتماعية.. صاحبة المصلحة في إنجاز مهام هذه المرحلة وفي العمل لأجل تمكين الطبقة العاملة وعموم الكادحين وممثليهم للقيام بدورهم الكفاحي والقيادي في هذا الإطار.

يا جماهير شعبنا الفلسطيني
يا جماهير أمتنا العربية

لقد جاء انعقاد المؤتمر الوطني السادس، في ظل ظروف سياسية بالغة الدقة والخطورة والتعقيد، حيث تتواصل الجهود الصهيونية ـ الأمريكية الهادفة لتصفية القضية الوطنية الفلسطينية، من خلال ممارسة المزيد من الضغوط على السلطة الفلسطينية لإجبارها على إبرام المزيد من الاتفاقات التي تتجاهل قرارات الشرعية الدولية والحقوق الوطنية الثابتة والمشروعة للشعب الفلسطيني وفي المقدمة منها حق اللاجئين الفلسطينيين في العودة إلى وطنهم وديارهم التي شردوا عنها، وحق الشعب الفلسطيني في تقرير مصيره بنفسه وإقامة دولته الفلسطينية المستقلة ـ ذات السيادة الكاملة وعاصمتها القدس.

إن المؤتمر الوطني السادس، إذ يؤكد على تجربة السنوات التسع الماضية، التي ابتدأت بمؤتمر مدريد، وشهدت ولادة اتفاق أوسلو واتفاق وادي عربة، إنما تكشف عن تدني حصيلة الاتفاقات والمخاطر الناجمة عن المحاولات الأمريكية ـ الإسرائيلية بترتيب أوضاع الساحتين الفلسطينية والعربية بما يكرس تبعيتهما السياسية والاقتصادية للدوائر الامبريالية، فإنه يعيد التأكيد على مواقف الجبهة الشعبية الرافضة لهذه الاتفاقات، وعلى أهمية إجراء عملية مراجعة وتقييم لحصيلة المرحلة التسووية المهينة، لاستخلاص العبر والدروس، وإعادة ملف القضية الوطنية الفلسطينية إلى الأمم المتحدة، وقرارات الشرعية الدولية.

وانطلاقاً من قناعاته هذه يؤكد المؤتمر الوطني السادس أن الظروف القائمة والمحيطة فلسطينياً، وعربياً وإقليمياً ودولياً، غدت ملائمة ومواتية لإقرار قيادة منظمة التحرير الفلسطينية على تجسيد قيام الدولة الفلسطينية وعاصمتها القدس، من دون مفاوضة أو مقايضة مع الحكومة الإسرائيلية. لأن مثل هذا القرار يجب أن يكون قراراً وطنياً فلسطينياً مستقلاً لا يقبل التفاوض أو المساومة أو الاشتراطات من أية جهة كانت، ومن البديهي القول إن مثل هذا القرار يفتح الباب واسعاً لتجاوز اتفاقات أوسلو، وإعادة الاعتبار للقضية الوطنية الفلسطينية كعملية صراعية، والشروع بمتابعة الكفاح الفلسطيني بكل الأشكال المتاحة والممكنة، لإجبار المحتلين الإسرائيليين على الاندحار والقبول بقرارات الشرعية الدولية.

وفي هذا الإطار أكد المؤتمر الوطني السادس على الأهمية القصوى للشروع بإعادة بناء مؤسسات منظمة التحرير الفلسطينية على أسس وطنية وديمقراطية من غير إبطاء أو تلكؤ، وإعادة الاعتبار لميثاق المنظمة وبرنامجها ودورها ومكانتها كمثل شرعي وحيد للشعب الفلسطيني في جميع أماكن تواجده ومن أجل حفظ وحدته السياسية، كما أكد على أهمية وضع رؤية فلسطينية موحدة (سياسية ـ نضالية ـ استراتيجية) وإرساء نظام سياسي فلسطيني ديمقراطي، يقوم على أساس الفصل بين السلطات الثلاث، واحترام السلطة التنفيذية للتشريعات والقوانين والقرارات الصادرة، عن المرجعيات، وترسيخ سلطة النظام والقانون، وإطلاق الحريات الصحافية والإعلامية، واحترام حرية الرأي والتعبير، ودور مؤسسات المجتمع المدني، ووضع خطة إنمائية شاملة، تضمن تحقيق

الاستقلال الاقتصادي التدريجي وتوفير نظام صحي فلسطيني موحد لخدمة الجميع وترسيخ المناهج التعليمية الوطنية، ووقف العمل بمحكمة أمن الدولة والاعتقال السياسي.

وفي إطار الرؤية المتكاملة التي بلورتها المناقشات المعمقة والمفصلة التي دارت داخل قاعات المؤتمر الوطني السادس حول المهام الوطنية والديمقراطية الاجتماعية، شدد المؤتمرون على ضرورة التركيز في الفترة القادمة على أهمية تفعيل القطب الوطني الديمقراطي باعتباره رافعة سياسية وحقيقية للنضال الوطني التحرري والاجتماعي الديمقراطي، والعمل بكل الأشكال المتاحة لإعادة الحياة تدريجيا للعلاقة الجدلية بين بُعدي الصراع الوطني والقومي.

لقد أكد المؤتمر الوطني السادس في أبحاثه ومناقشاته، أن الصراع مع العدو الصهيوني هو صراع تناحري لايمكن أن تحسمه المفاوضات الجارية، بل يحسمه النضال المرتكز لبنية داخلية وطنية موحدة على طريق تعديل موازين القوى القائمة، وبالانطلاق من هذه الحقيقة، فإن التصدي للمسؤوليات التاريخية الملقاة على عاتق شعبنا وقواه السياسية بمختلف تياراتها واتجاهاتها السياسية والفكرية، يحتاج أولاً وقبل كل شيء إلى إدراك طبيعة الواقع القائم، وما نملك من طاقات وإمكانات فاعلة وكامنة، وإلى جهد كبير ومثابر ومتصل لإعادة بناء الذات، للنهوض بألمها والأعباء الوطنية.

إن المؤتمر الوطني السادس الذي أولى المسألة التنظيمية اهتماماً كبيراً، مركزاً على أهمية التجديد، وتطوير أشكال وأساليب العمل، واستيعاب التغيرات والتعامل بعقلية ديناميكية مع الوقائع الجديدة وما تتطلبه من مقتضيات التطوير المستمر لجوانب العمل المختلفة، ينظر إلى المستقبل بثقة عالية.

فشعبنا الذي أظهر قدرة عالية جداً، على تجديد حركته النضالية دون كل، وأظهر استعدادات تضحوية متجددة لاحدود لها في الهبات المتتالية التي تشهدها البلاد، رغم اتفاقات أوسلو وملحقاتها، وكل مظاهر الفساد والإفساد والبيروقراطية.. إنما يؤكد أننا قادرون، برص الصفوف، وتوحيد الجهود، وترسيخ الوحدة الوطنية، على التصدي لكل المحاولات الصهيونية الهادفة للفظر عن حق اللاجئين في العودة، وتكريس الوجود الاستيطاني في الضفة والقطاع، وتأجيل بحث مسألة القدس لاستكمال مخططات تهويدها، وحرمان شعبنا من حقه في تقرير مصيره بنفسه على أرضه ومعابره وحدوده وإقامة دولته المستقلة وعاصمتها القدس، ولعله بديهياً التأكيد أن أحداً لن يتمع بالسلام بدون نيل الشعب الفلسطيني لحقوقه الوطنية، على طريق فلسطين الديمقراطية.

وإرتباطاً بما تقدم خاطب المؤتمر الوطني السادس عموم الرفاق والرفيقات وأنصار الجبهة وأصدقائها في الوطن والشتات، وفي منظمات الأسر الباسلة داعياً إلى تعميق الثقة بالنفس والمستقبل وبالمشروع الوطني الكبير. فإذا كان الحاضر صعباً، فإن الجهود المبذولة لتجديد الذات والأدوات للاستمرار بحمل الراية، والنهوض بألهام، من خلال تطوير وتوسيع وتعزيز الديمقراطية في حياتنا الداخلية والجمعية، وإجتذاب أوسع الإطارات الجماهيرية للنهوض بالأعباء الوطنية، ستساهم في إعادة الإمساك بزمام المبادرة، وفتح الآفاق مجددا أمام تقدم المشروع الوطني الفلسطيني لتحقيق غاياته وأهدافه.

وفي ختام أعماله، وجّه المؤتمر الوطني السادس الرسائل التالية:

أولاً: يرسل المؤتمر الوطني بتحياته إلى كافة الأسرى والمعتقلين في سجون الاحتلال الصهيوني، مؤكداً لهم أنهم الشعمة التي لاتغيب، بل هم الحاضرون أبداً ودوماً معنا، وهم فخرنا بصمودهم وشجاعتهم نبدي في الاستعداد للتضحية والنضال من أجلهم من أجل إطلاق سراحهم، ونحيي الذين ضحوا بأرواحهم في هبة أيار من أجل حقوق إخوانهم ورفاقهم في سجون العدو الصهيوني، كما نحيي القابعين في سجون السلطة الفلسطينية، ونطالبها بالكف عن الاعتقال السياسي وإطلاق سراح كل المعتقلين عن طريق خلق مناخات إيجابية داخلية في سبيل بناء علاقات وطنية شاملة، من أجل مواجهة الاحتلال والتصدي لمخططاته.

ثانياً: يحيي المؤتمر كل أبناء الشعب العربي الفلسطيني الذين أثبتوا جدارة الصمود وتحدي الغدو الصهيوني وخاصة منهم الفلسطينيون في المحتل من فلسطين عام ١٩٤٨، ونثمن دورهم المبادر في التماسك لحماية الهوية والانتماء والأرض والثقافة الوطنية.

ثالثاً: الشكر والتقدير لكل الأخوة والأصدقاء الذين ساهموا معنا في قراءة وتسجيل الملاحظات على مشاريع الوثائق الأساسية المقدمة للمؤتمر الوطني السادس، معربين عن اعتزازنا لآرائهم بأنها أضافت إغناءات جيدة على النقاش، ومقترحات إعادة صياغة الوثائق.

رابعاً: كما يحيي المؤتمر كل الصامدين في وجه الاقتلاع والاستيطان، والمدافعين عن عروبة القدس ومكانتها الوطنية والدينية والتاريخية، ويؤكد على حق شعبنا باستمرار مقاومته للاستيطان حتى الخلاص منه، وبضرورة تطبيق القرار الدولي الذي يعتبر الاستيطان غير شرعي ويدعو لتفكيك المستوطنات وترحيل المستوطنين. كما يحيي المؤتمر كل اللجان الشعبية الفاعلة في الوطن والشتات من أجل حفظ حق العودة للفلسطينيين إلى ديارهم التي شردوا منها بموجب القرار الدولي (١٩٤).

خامساً: يعرب المؤتمر الوطني السادس عن تعازيه للقيادة والشعب السوري الشقيق، عن خسارة سوريا والأمة العربية بوفاة الرئيس حافظ الأسد، وهو واثق من قدرتهم على تخطي الألم وتحدي الفجوة التي تركها غياب الرئيس الأسد عن سوريا والمنطقة العربية.

سادساً: يحيي المؤتمر الشعب اللبناني الشقيق ومقاومته الوطنية والإسلامية الباسلة على ما قاموا به من عمل بطولي حقق للبنان والأمة العربية نصراً كبيراً والحق الهزيمة بالاحتلال الاسرائيلي لجنوب لبنان، وهو ما نعتز ونفتخر به باعتباره أحد تجليات دروس المقاومة في تأكيد الشعب المقاوم والموحد في مواجهة العدو.

سابعاً: يعرب المؤتمر الوطني السادس عن تقديره لدور القوى الشعبية العربية المناهضة للمشروع الأمريكي ولسياسة الاستسلام والتطبيع، ويحيي مبادراتها في إقامة لجان مقاومة التطبيع مع العدو الصهيوني، ويدعوها لأخذ دورها في تقوية وتعزيز العمل القومي من أجل حماية الأمة ومشروعها التاريخي في الوحدة والحرية والتقدم.

ثامناً: يؤكد المؤتمر الوطني السادس على وقوف الشعب العربي الفلسطيني إلى جانب الشعب العراقي الشقيق وقيادته في مواجهة المخطط الأمريكي ـ الصهيوني العدواني، مطالباً كل أبناء الأمة العربية وشرفائها بالوقوف إلى جانب العراق الشقيق والنضال من أجل رفع الحصار الجائر عنه، وخاصة من قبل البلدان العربية، وتدعو الرأي العام العالمي، إلى وقفة كرامة تتصدى للعدوانية الإستعمارية الأمريكية ـ البريطانية التي تقتل أبناء الشعب العراقي يومياً عبر التجويع والغارات والحصار.

تاسعاً: يحيي المؤتمر الوطني السادس شعب كوبا البطل وقيادته الرائدة بصمودها في وجه العدوانية الإمبريالية الأمريكية.

عاشراً: يحيي المؤتمر الوطني السادس كل قوى التقدم والتحرر في العالم المكافحة من أجل حريتها وتقدمها واستقلالها، ويثمن دور كل التقدميين والديمقراطيين في العالم الذين يقفون إلى جانب الشعب الفلسطيني ويساندون حقوقه ونضاله الوطني.

حادي عشر: يحيي المؤتمر قوى الطبقة العاملة الفلسطينية والعربية وفي كل أنحاء العالم، مؤكداً لهم أن النصر لابد أنه آت وهزيمة الرأسمالية المتوحشة ونظام العولمة الجديد، سيتحقق، وستنتصر البشرية على جلادها وتنظم راية الاشتراكية العلمية، لأنها الطريق الوحيد لخلاص البشرية من الظلم والاضطهاد.

ومعاً وسوياً على درب الشعوب الظافرة بالحرية مصممين على السير وحمل الراية مهما كانت التضحيات وإننا لمنتصرون

**المؤتمر الوطني السادس**
**تموز ٢٠٠٠**

**الحدث**

**كامب ديفيد ٢**

في الحادي عشر من تموز ٢٠٠٠ انعقدت في الولايات المتحدة الأميركية قمة كامب ديفيد التي دعا الرئيس الأميركي إليها كلاً من السيد ياسر عرفات ورئيس الوزراء الإسرائيلي ايهود باراك، مستبقاً انعقادها بالإشارة إلى أن لا ضمانات لنجاحها ومحذراً من عودة العنف في حال فشلها.

هذه القمة التي مورست ضغوطات شديدة لعقدها جاءت بناءً على إلحاح من رئيس الحكومة الإسرائيلية من جهة ورغبة من الرئيس الأميركي الذي يطمح إلى تحقيق إنجاز تاريخي وشخصي قبل تركه لسدة الرئاسة في البيت الأبيض.

# قمة انحياز السياسة الأميركية

### د. ماهر الطاهر

انعقدت القمة وسط اهتمام سياسي وإعلامي بالغ على مختلف المستويات الفلسطينية والإسرائيلية والعربية والعالمية، وبعد أسبوع عن المفاوضات المغلقة أعلن الرئيس الأميركي عدم التوصل إلى اتفاق وبدأ الحديث عن مرحلة ما بعد قمة كامب ديفيد، حيث طُرحت ولازالت تُطرح الكثير من الأسئلة والتساؤلات والاحتمالات حول حقيقة ما جرى في المفاوضات، وما هو الجديد في الموقف الإسرائيلي أو الموقف الرسمي الفلسطيني. هل فشلت القمة كلياً أو جزئياً؟ هل ستعود المفاوضات أم أن الوضع سيشهد حالة من المواجهة الشديدة بين الفلسطينيين وقوات الاحتلال؟ هل سيتم إعلان تجسيد الدولة الفلسطينية في الثالث عشر من أيلول القادم وفق ما أكدت عليه قرارات المجلس المركزي الفلسطيني في دورته الأخيرة المنعقدة في ٢٠٠٠/٧/٢ أم سيتم تمديد هذا الموعد استجابة للضغوط الأميركية؟

هل سيتم نقل السفارة الأميركية إلى القدس؟ هل سيتم عقد قمة ثانية للوصول إلى اتفاق؟ عشرات الأسئلة التي تدور في ذهن المراقبين والمحللين السياسيين وشعوب المنطقة.

لاشك أن تصريحات ومواقف رئيس الحكومة الإسرائيلية باراك قبل ذهابه إلى القمة ـ رغم أنها جاءت بناءً على طلبه ـ كانت تشير إلى عدم إمكانية التوصل إلى اتفاق نهائي لأن باراك أعلن بوضوح أنه سيذهب إلى القمة ويعود منها حاملاً

لاءاته الخمس:

١ ـ لا عودة لحدود الرابع من حزيران.
٢ ـ لا انسحاب من القدس.
٣ ـ لا تنازل عن غور الأردن ولا لوجود جيش غربي النهر.
٤ ـ لا لإزالة المستوطنات.
٥ ـ لا لعودة اللاجئين الفلسطينيين.

وبالتالي وفي ظل هذه اللاءات فإن ما قدمه باراك للمفاوضين الفلسطينيين لا يتعدى كونه أكثر من فتات لذر الرماد في العيون لا يمكن أن يقبل به الشعب الفلسطيني والعربي تحت أي ظرف من الظروف ولا تستطيع أي قيادة فلسطينية أساساً أن توقع عليه إلا إذا أرادت أن تحكم على نفسها بالانتحار السياسي، لأن ما تم عرضه يعني عملياً تصفية الحقوق الوطنية للشعب الفلسطيني.

إن الرئيس كلينتون ورئيس الوزراء باراك يدركان تمام الإدراك أن ما تم عرضه يتناقض تماماً مع مبادئ الشرعية الدولية وقرارات الأمم المتحدة ذات الصلة بالقضية الفلسطينية والواقع أن المقترحات الأميركية التي تدعي أنها تمثل حلاً وسطاً بين الجانبين الفلسطيني والإسرائيلي ليست سوى أفكار إسرائيلية جرى محاولة تسويقها بلسان أميركي. فما هي أبرز هذه المقترحات؟

### مضمون المقترحات الإسرائيلية المقدمة من الإدارة الأميركية:

إن ما تم تقديمه في قمة كامب ديفيد حسب

معلوماتنا مجموعة من المقترحات الإسرائيلية تم عرضها من قبل الولايات المتحدة الأميركية وأهم هذه العروض بصدد موضوع القدس يقوم على مايلي:

ـ ضم مستوطنات جيلو، التلة الفرنسية، جيعات زئيف، يسكاف زئيف للمدينة ووضعها تحت السيادة الإسرائيلية.

ـ ضم الأحياء الفلسطينية للسلطة الفلسطينية وهي بيت حنينا، شعفاط، العسولة، الشيخ جراح، ومنح الفلسطينيين سلطة وظيفية عليها.

ـ تقسيم البلدة القديمة في القدس إلى أربعة أحياء: الحي اليهودي والأرمني تحت السيادة الإسرائيلية، والحي الإسلامي والمسيحي تحت السلطة الوظيفية للفلسطينيين.

ـ وبالنسبة للمسجد الأقصى، فإن ما فوق الأرض يكون تحت السيادة الفلسطينية وريفع عليه العلم الفلسطيني وماتحت الأرض (الهيكل) فهو مسؤولية إسرائيلية، ويتم وضع قوات دولية في المنطقة، وكل هذا تحت سيادة عليا إسرائيلية.

ـ توفير ممر آمن للمسؤولين الفلسطينيين إلى المسجد الأقصى والسماح بفتح مكتب لرئيس السلطة الفلسطينية في القدس القديمة.

ـ وبصدد موضوع اللاجئين، فإن أقصى ما تم عرضه هو القبول بعودة بعض اللاجئين تحت عنوان لم شمل العائلات إضافة لحالات إنسانية إلى مناطق الـ ٤٨ وعودة آخرين لمناطق الضفة والقطاع والاستعداد للمساهمة في صندوق دولي للتعويض والتوطين، واقترح الأميركيان تشكل

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٢٨

٦-٦



صندوق من أجل التعويض برأسمال أولي مقداره ٣٠ مليار دولار.

ـ وأما بصدد موضوع الأرض والحدود والمستوطنات، فإن ماتم تقديمه يتلخص بالانسحاب من ٨٠ إلى ٨٥٪ من الحدود الشرقية، وضم الكتل الاستيطانية الكبرى إلى إسرائيل، وإقامة خمسة مواقع عسكرية على الحدود مع نقاط إنذار مبكر في الجبال والقبول بقوات دولية وفلسطينية وأردنية على المعابر مع وجود إسرائيلي.

لقد رفض الجانب الفلسطيني المفاوض هذه المقترحات وبالتالي لم يتم توقيع الاتفاق، وهذه خطوة جيدة عبّر الشعب الفلسطيني عن ارتياحه لها، ولعدم الرضوخ لسياسة الترغيب والترهيب التي مارستها إسرائيل والراعي الأمريكي خاصة بعد التنازلات الكبيرة التي تم تقديمها من المفاوض الفلسطيني بعد توقيع اتفاقات أوسلو والمهم الآن إثبات الفلسطيني على الموقف لأن الضغوط الأمريكية والإسرائيلية والتهديدات وسياسة الابتزاز ستستمر وتتواصل وتتصاعد وهذا ما يفسر تهديدات الإدارة الأمريكية بإعادة النظر بعلاقاتها مع الجانب الفلسطيني والحديث عن نقل السفارة الأمريكية إلى القدس الأمر الذي يؤكد انحياز الولايات المتحدة الأمريكية السافر إلى جانب إسرائيل، وابتعادها الكامل عن مبادئ الشرعية الدولية وقرارات الأمم المتحدة، والذي يعيد طرح السؤال القديم ـ الجديد حول إمكانية إقامة سلام شامل وحقيقي في المنطقة استناداً إلى المرجعية والاستقرار الأمريكي في الحل.

إن الوقائع تبرهن كل يوم أن الولايات المتحدة ليست راعياً وسيطاً محايداً بين الأطراف المتفاوضة، بل هي تقف بكل ثقلها إلى جانب سياسة الغطرسة والعدوان التي تمارسها إسرائيل، وهذا ما يجعل كل عملية المفاوضات القائمة حالياً والمستندة إلى المرجعية والاستفراد الأمريكي والإسرائيلي تحمل تساؤلات كبرى وجدية حول إمكانية تحقيقها لسلام شامل في المنطقة.

إذا كان السلام المراد فرضه أمريكياً وإسرائيلياً يستند لمنطق ميزان القوى وفرض إرادة طرف على طرف آخر، فإن مثل هذا السلام لن يكتب له الحياة ولن يستمر لأن الشعب الفلسطيني والأمة العربية سيرفضانه مالم يستند إلى مبادئ الحق والعدل وعودة الحقوق إلى أصحابها وذلك فإننا نرى ضرورة وقف المفاوضات القائمة على أساس المرجعية الأمريكية ونقل ملف القضية الفلسطينية بكامله إلى هيئة الأمم المتحدة وإشراك العالم في هذا الحل لممارسة الضغط على إسرائيل وإلزامها بتطبيق قرارات الأمم المتحدة المتعلقة بقضية فلسطين.

لقد جرى التركيز والحديث في وسائل الإعلام حول موضوع القدس وأنه كان السبب الرئيسي في عدم التوصل إلى اتفاق في كامب ديفيد، وبطبيعة

الحال لايمكن التقليل بأي شكل من الأشكال من أهمية وقدسية وخطورة موضوع القدس وأبعاده العربية والإسلامية والسياسية، ولكن موضوع اللاجئين الفلسطينيين باعتقادنا لايقل أهمية وخطورة عن موضوع القدس، ويبدو أن هناك محاولات إسرائيلية وأمريكية لتهميش وتحجيم أهمية وخطورة هذا الملف الذي يشكل جوهر قضية فلسطين بأبعادها الشاملة حيث لايمكن تصور قيام سلام وأمن واستقرار دون عودة اللاجئين الفلسطينيين إلى أرضهم وديارهم التي هجروا منها قسراً عام ١٩٤٨ استناداً لقرار ١٩٤ الذي يضمن حق العودة للاجئين الفلسطينيين.

عدم توقيع الاتفاق فرصة مناسبة لإعادة ترتيب البيت الفلسطيني:

لاشك أن رفض المقترحات الإسرائيلية والأمريكية في قمة كامب ديفيد من الجانب الفلسطيني أمر جيد ترك ارتياحاً واضحاً في صفوف الشعب الفلسطيني داخل الوطن المحتل وخارجه كما ترك ارتياحاً على الصعيد العربي والسؤال الأساسي المطروح هو ماذا بعد قمة كامب ديفيد؟

إن مواجهة الضغوط الأمريكية والإسرائيلية واستمرار الثبات على الموقف يتطلب إعادة بناء الذات الوطنية الفلسطينية التي تصدعت بعد توقيع اتفاقات أوسلو، ويتطلب إعادة ترتيب البيت الفلسطيني بصورة شاملة وجادة لتجميع طاقات الشعب بمختلف قواه وتياراته السياسية والفكرية حتى يتم الإعداد لمواجهة مختلف الاحتمالات القادمة حيث لم يترك الاحتلال أمام شعب فلسطين من خيارات سوى المواجهة والمقاومة لخلق معادلات جديدة تجبر الاحتلال الإسرائيلي على إعادة النظر برؤيته وطروحاته التي تتنكر للحقوق الوطنية الثابتة للشعب الفلسطيني وفي المقدمة حق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة وذات السيادة الحقيقية وعاصمتها القدس.

إن المسؤولية الوطنية لمواجهة محاولات

تصفية القضية الفلسطينية تتطلب العمل لحشد وتعبئة كل الطاقات الفلسطينية خاصة في ظل الظروف التي أحاطت بقمة كامب ديفيد والتي خلقت فرصة ومناخاً مناسباً للوقوف الجاد أمام الأوضاع الذاتية في الساحة الفلسطينية.

إن المطلوب اليوم هو وضع الآليات الجادة لتطبيق قرارات المجلس المركزي في دورته الأخيرة التي انعقدت يوم ٢٠٠٠/٧/٢ وتشكيل مجلس وطني فلسطيني جديد تشارك به كافة القوى والاتجاهات في الساحة الفلسطينية دون استثناء لتقييم مسار العمل الفلسطيني خلال المرحلة الماضية ورسم استراتيجية عمل تستنهض كامل قوى شعب فلسطين وتأكيد التمسك بالثوابت الوطنية الفلسطينية وتوفير قيادة جماعية للشعب الفلسطيني تواجه تحديات المرحلة القادمة.

وكذلك التمسك بقرار المجلس المركزي بإعلان تجسيد الدولة الفلسطينية في الثالث عشر من أيلول وبقرار فلسطيني دون مقايضة أو مساومة.

ولاشك أن تجسيد الدولة وإعلان ترتيب البيت الفلسطيني يتطلب خلق المناخات الملائمة في الساحة الوطنية أي إطلاق سراح جميع السجناء السياسيين في سجون السلطة الفلسطينية ومحاربة الفساد وتوفير المناخات الديمقراطية التي تستنهض الطاقات الكبيرة للشعب الفلسطيني داخل الوطن المحتل وخارجه.

وعلى الصعيد العربي فقد بات مطلوباً عقد قمة عربية تتخذ قرارات واضحة بدعم الشعب الفلسطيني توجه رسالة واضحة للولايات المتحدة الأمريكية وإسرائيل والعالم أجمع تقول بأنه لايمكن إيجاد سلام شامل في المنطقة دون استعادة القدس وعودة اللاجئين الفلسطينيين وانسحاب إسرائيل الكامل من الأراضي العربية المحتلة.

أليس ضرورياً تحرك لجنة القدس ومنظمة المؤتمر الإسلامي لبلورة موقف عربي إسلامي لمواجهة سياسة الغطرسة والعدوان التي يمارسها حكام إسرائيل ومن وراءهم؟ ● ●

## شؤون فلسطينية ■

### د. جورج حبش يبرق للرفيق فيدل كاسترو



الرفيق العزيز القائد/ فيدل كاسترو
الأمين العام للحزب الشيوعي الكوبي
رئيس جمهورية كوبا الاشتراكية
تحية الثورة وبعد:

بمناسبة ذكرى الهجوم على ثكنتي «مونكادا»، و«بايامو» البطولي في ٢٦ يوليو ١٩٥٣ والذي كنتم في طليعته مع مجموعة من المناضلين الأبطال، اسمحوا لي أن أستغل هذه المناسبة العزيزة على قلوب أحرار العالم، لأتوجه منكم ومن خلالكم للشعب الكوبي البطل باسم الجبهة الشعبية لتحرير فلسطين، وباسم الشعب الفلسطيني في فلسطين المحتلة وفي بلدان اللجوء والشتات، وباسمي شخصياً، بأحر التهاني القلبية، وأصدق مشاعر التضامن في هذا اليوم المجيد.

لقد شكّل هذا اليوم الخالد انطلاقة الكفاح المسلح للثورة الكوبية المعاصرة، التي شكلت استمراراً لنضال الشعب الكوبي من أجل الحرية والاستقلال من نير المستعمر الإسباني.

كما اغتنم هذه الفرصة لأهنئكم أيضاً، ومن خلالكم للشعب الكوبي الصديق، وعائلة الطفل الكوبي «إليان خونساليس»، بالانتصار في معركة المواجهة مع الإدارة الأمريكية، والتي توجت بعودة الطفل إليان إلى وطنه وشعبه وعائلته، بعد المعاناة التي تسببت بها الإدارة الأمريكية.
أيها الرفيق العزيز،
مرة أخرى أكرر أحر التهاني، وأجدد تضامننا الثابت معكم،

ومساندتنا الكاملة لكم في معارككم المشرفة، وأحيي صمودكم وصبركم ضد الحصار البشع والمجرم الذي تفرضه الإدارات الأمريكية المتعاقبة بحق جزيرة الحرية.
عاشت كوبا حرة كريمة،
عاش التضامن الأممي.
د. جورج حبش
الأمين العام للجبهة الشعبية لتحرير فلسطين
دمشق ٢٠٠٠/٧/٦م

### تصريح صحفي حول تهديدات كلنتون الأخيرة

تعقيباً على تصريحات الإدارة الأمريكية حول نقل مقر السفارة الأمريكية من تل أبيب إلى القدس، والتهديدات بقطع المساعدات المالية الأمريكية في حال إعلان الدولة الفلسطينية في ١٣ أيلول أدلى الدكتور ماهر الطاهر عضو المكتب السياسي والناطق الرسمي باسم الجبهة الشعبية لتحرير فلسطين بتصريح أدان فيه موقف الولايات المتحدة الأمريكية المنحاز بصورة سافرة إلى جانب الاحتلال الإسرائيلي، وقال الناطق إن هذه التصريحات والمواقف الأمريكية تشكل دعماً لسياسة الغطرسة والعدوان التي تمارسها إسرائيل، كما تشكل استمراراً للضغوط المتواصلة التي تمارسها الإدارة الأمريكية على الأفوقس الفلسطيني لتقديم تنازلات جديدة لصالح الإسرائيليين؟

ودعا الناطق القيادة الرسمية الفلسطينية لعدم الاستجابة لمثل هذه الضغوطات والتمسك بتنفيذ قرارات المجلس المركزي الفلسطيني، في دورته المنعقدة في ٢٠٠٠/٧/٢ بإعلان تجسيد الدولة الفلسطينية في الثالث عشر من أيلول وبقرار فلسطيني دون أية مقايضة أو مساومة، والعمل الجاد لانتخاب وتشكيل مجلس وطني فلسطيني جديد يضم كافة القوى والاتجاهات السياسية في الساحة الفلسطينية لمواجهة تحديات المرحلة القادمة.

ودعا الناطق الأمة العربية على المستويين الرسمي والشعبي لاتخاذ موقف واضح يدين السياسة الأمريكية المنحازة إلى إسرائيل.
المكتب الصحفي
٢٠٠٠/٧/٢٩

### الرفيق حبش يزور لبنان ويلتقي الرئيس لحود وقيادة حزب الله



قام وفد من الجبهة الشعبية لتحرير فلسطين، برئاسة الرفيق الأمين العام د. جورج حبش، وعضوية كل من الرفاق صالح مبارك عضو قيادة الدائرة السياسية وأبو علي حسن المختار عضو اللجنة المركزية عن لبنان بتاريخ ٢٠٠٠/٧/٣ بزيارة إلى لبنان التقى خلالها بالمسؤولين اللبنانيين وفي مقدمتهم فخامة رئيس الجمهورية العماد إميل لحود، كما التقى الوفد برئيس الوزراء السيد سليم الحص.

وقد قدم الوفد التهنئة بمناسبة الانتصار العظيم الذي حققه الشعب اللبناني الشقيق ومقاومته الباسلة. ثم طرح الوفد وجهة نظر الجبهة بالتطورات السياسية على الصعيدين العربي والدولي، وأكد على تمسك الشعب الفلسطيني بالثوابت الوطنية، وفي مقدمتها حق عودة كافة اللاجئين الفلسطينيين إلى ديارهم التي شردوا منها، وإن الشعب الفلسطيني لن يقبل عن العودة بديلاً. وأكد الوفد أن الشعب الفلسطيني، في بلدان الشتات يرفض التوطين أو التهجير أو التعويض كبديل عن العودة.

كما استعرض الوفد أوضاع اللاجئين الفلسطينيين في لبنان، خاصة فيما يتعلق بحقوقهم المدنية والإنسانية، وفي مقدمتها حقهم في العمل والتنقل وتوفير الحياة الكريمة لهم.

وأكد الوفد على دعمه الكامل لحق لبنان الشقيق باسترداد كامل أرضه المحتلة وسيادته على كامل أراضيه ومياهه وأجوائه.

وثمّن الوفد موقف رئيس الجمهورية والحكومة الداعم والمؤيد لحقوق الشعب الفلسطيني المشروعة، وحق اللاجئين الفلسطينيين في العودة إلى ديارهم. كما ثمّن الوفد المواقف الوطنية والقومية الثابتة للدولة اللبنانية والشعب اللبناني الشقيق.

وبدوره عبّر رئيس الجمهورية ورئيس مجلس الوزراء عن تقديرهما العالي لمواقف الجبهة الشعبية، ونضالات الشعب الفلسطيني.

والتقى الوفد خلال زيارته قيادة حزب الله برئاسة سماحة الشيخ نعيم قاسم نائب الأمين العام لحزب الله، وهنأه بالانتصار العظيم الذي حققه الشعب اللبناني والمقاومة الوطنية والإسلامية، وفي مقدمتها حزب الله.

كما ناقش الوفدان التطورات السياسية على الصعيد الفلسطيني والأخطار التي تهدد القضية الفلسطينية في هذه المرحلة، وأوضح وفد الجبهة موقفه الرافض للتسوية المطروحة، واستعداداته للاستمرار في النضال حتى تحقيق كامل الأهداف المشروعة للشعب الفلسطيني.

وبدوره، عبّر وفد حزب الله عن تثمينه لدور الجبهة، ودعمه وتأييده للشعب الفلسطيني وقواه المناضلة. وأكد على ضرورة استمرار الحوار واللقاءات الأخوية بين حزب الله والجبهة الشعبية لتحرير فلسطين.
المكتب الصحفي
٢٠٠٠/٧/٣