# LOWELL DECL. EX. 9d

■ شؤون فلسطينية

## الجبهة الشعبية تنظم مهرجان في عرابة لتكريم شهداء تموز
## والدكتور جورج حبش وتهنئة أبو علي مصطفى بانتخابه أميناً عاماً

### الرفيق أبو علي: لاسلام ولا استقرار في المنطقة إذا لم ينل شعبنا حقوقه الوطنية
### قادة الفصائل الوطنية والإسلامية يشيدون بدور وتاريخ الجبهة المشرف

فلسطين – جنين – علي سمودي – خاص الهدف



نظمت الجبهة الشعبية مهرجاناً وطنياً كبيراً في مدينة عرابة تخليداً لذكرى شهداء تموز وتكريماً للدكتور جورج حبش حكيم الثورة وترحيباً وتجديداً للعهد للأمين العام للجبهة أبو علي مصطفى وذلك بمشاركة قادة الفصائل الوطنية والإسلامية وممثلين عن المؤسسات والفعاليات وقادة وكوادر الجبهة والحركة الوطنية وحشد جماهيري وقد زينت جدران مدرسة عرابة صور الرفيق الحكيم وأبو علي وشهداء الجبهة ولافتات أكدت على تمسك الجبهة بمبادئ وأهداف شعبنا ورفضها للحلول الخيانية.

وبعد النشيد الوطني افتتح المهرجان بكلمة ناصر أبو عزيز عضو قيادة الجبهة الذي حيا شهداء الجبهة والأسرى وقال في هذه المناسبة الخالدة تجتمع الكثير من الأحداث وعلى رأسها الشهداء فنستذكر الكلمات الخالدة للأديب السياسي والمقاتل الشهيد كفانا ندق جدران الخزان نعم لندق الجدران لأن قضيتنا وأهدافنا وتاريخنا وستبقينا أمانة في أعماق الجميع وإن وقف الاستيطان وعودة اللاجئين والقدس عاصمة فلسطين وحرية الأسرى ثوابت لايمكن التراجع عنها وأضاف واليوم نقول لحكيم الثورة ستبقى الرمز والمنارة دوماً ولقد كبرت أكثر في نظر الجميع وباسم الشهداء والأسرى نقسم لك أننا سنبقى على العهد والخطى التي رسمتها يا حكيم ماضين في عهد الكفاح الذي وضعت ثوابته وإن نحيد عن قضية اللاجئين وقدسنا ودولتنا أما رفيقنا أبو علي فلن نبارك له بل سنقول سنبقى الجنود الأوفياء للقضية الوطنية ونمضي معك على خطى الشهداء تحت راية العودة نحو النصر.

### كلمة عرابة

وحيا أنور عز الدين رئيس بلدية عرابة الجبهة وتاريخها النضالي بقيادة الحكيم وهنأ أبو علي بمناسبة انتخابه أميناً عاماً متمنياً له التقدم والعطاء.

### كلمة فتح

وقال قدورة موسى مدير عام مكتب المؤسسات في كلمة حركة فتح أن الرفيق الحكيم كان المنارة

---

وقائداً وطنياً متميزاً وبارزاً جاءت خطوته للاستقالة بمثابة درس لتعليم العالم العربي كيف تكون القيادة والديمقراطية وأضاف أن دور الجبهة المشرف جعلها تدفع الثمن الكبير الذي زاد من احترام وتقدير الجميع لها لأنها كانت تزداد قوة في اللحظات الصعبة، ودعا لتجسيد الوحدة الوطنية لمواجهة التحديات والثبات على الثوابت لأن السلام لمولن يتحقق في العالم دون الدولة ذات المؤسسات التعددية السياسية بعاصمتها القدس.

### كلمة حماس

وبارك الشيخ حسن يوسف باسم حماس أبو علي مصطفى انتخابه أميناً عاماً وأشاد بمواقف الجبهة وعملها مع كافة القوى من أجل وحدة العمل الفلسطيني مؤكداً أن حماس والحركة الإسلامية على أتم الاستعداد للعمل مع الجبهة لتحقيق أهداف شعبنا ومنع تمرير أي شيء ينتقص من حقوقه ويقفز عن ثوابته. وقال إننا لا نشم أن هناك احتمالاً لتمرير مخطط تآمري جديد على حساب قضايا مصيرية وثوابت وطنية قدم شهداؤنا وشعبنا لأجلها عبر المسيرة معكم حتى إستكمال تحرير أرضنا وتحقيق حقوقنا وأهدافنا سبيلها لذلك فإننا نعلن رفضنا جملة وتفصيلاً لأي معاهدة أو اتفاقية تنجم عن قمة كامب ديفيد لأن المعطيات تؤكد أن الحل المطروح سيكون

---

على حساب قضيتنا وحقوقنا وقالوا إنها شعبنا ما كان ينتظر هذا الحل ونحذر من هذه الحلول لأنه لايحق لأي شخص أياً كان موقعه أن يتنازل عن أي حق في حقوقنا وأرضنا ليست ملكاً للسلطة أو أ.م.ت.ف. أو لحزب إسلامي ووطننا فلسطين ملك لأجيال قادمة ولا يحق لأحد التنازل عنها ونتذكر قول الرسول عليه السلام «من ملك كافراً شبراً من أرض فلسطين ملكه الله شبراً في جهنم...» وحذرنا من الطروحات الإسرائيلية والأمريكية المطروحة لتصفية قضايا القدس واللاجئين مؤكداً أن حركة ستقاوم أي تفريط بالمقاومة.

### كلمة فدا

وهنا صالح رأفت الأمين العام لفدا الجبهة باختتام أعمال مؤتمرها السادس وانتخاب أبو علي كما حيا الحكيم الذي وصفه بأبرز أعلام الكفاح العربي مؤكداً أنه سيبقى قائداً كبيراً وعنواناً بارزاً في صفوف الثورة والجبهة وشعبياً وقال أما رفيقنا أبو علي فنقول له سنتابع المسيرة معكم حتى إستكمال تحرير أرضنا وتحقيق حقوقنا وأهداف العدالة والمشروعة لأن الجبهة لعبت دوراً رئيسياً في الكفاح الوطني الفلسطيني وسنناضل معكم ومع جميع الفصائل حتى النصر وقال رأفت إن الصراع

## شؤون فلسطينية

ينتهي مع إسرائيل ولن يتحقق أي اتفاق ما لم تعترف بمسؤولياتها السياسية والقانونية والأخلاقية عن جرائمها بحق اللاجئين وحقهم بالعودة لديارهم وممتلكاتهم ودون الانسحاب الكامل من الأراضي المحتلة وتفكيك المستوطنات ودعا السلطة الوطنية لاستفتاء شعبنا في أي اتفاق يتم التوصل إليه.

### كلمة الديمقراطية

ودعا قيس عبد الكريم عضو المكتب السياسي للجبهة الديمقراطية لدفع مسيرة التعاون والعمل المشترك بين الجبهتين وصولاً للاتحاد والوحدة خاصة في ظل الظرف الراهن الذي تمر به قضيتنا والذي يفرض رص الصفوف وتوطيد أواصر الوحدة الوطنية لمواجهة الضغوط التي تمارسها الإدارة الأمريكية التي تسعى لإنجاز اختراق كبير على مسار التسوية في الشرق الأوسط وخاصة المسار الفلسطيني لتمرير حل يخدم المصالح الإسرائيلية مؤكداً أن لاسلام دون الاستقلال والعودة وتقرير المصير.

### كلمة الأمين العام
### الرفيق أبو علي مصطفى

وحيا أبو علي ذكرى شهداء الجبهة في تموز غسان كنفاني ويوسف أبو عرب وحمد عارضه وجواد رحال ومصطفى جوابره وعلي سوالمة وشهداء شعبنا مؤكداً أن مسيرة النضال ستتواصل حتى تجسيد أهدافهم وطموحاتهم وحيا الرفيق الحكيم مستعرضاً دوره النضالي في المسيرة الوطنية وقال نحيي اليوم ذكرى شهداء فلسطين والجبهة وبمناسبة ذكرى استشهاد القائد غسان الذي أوفى وعده وكلمته وكتب بدمه لفلسطين فالعدو عندما استهدف غسان كان يعرف أن الكلمة الصادقة كالرصاصة التي تحمل هدفاً ونحن سنبقى بذات الاتجاه بالكلمة الصادقة والإرادة والوعي التنظيمي والرؤيا الصحيحة لشعبنا وإن وفاءنا لشهدائنا يكون بمدى استعدادنا السابق لأن نبقى بذات الاتجاه وعلى ذات البوصلة صادقين متماسكين متمسكين بالعهد والقسم. وقال الرفيق أبو علي تعارفت على الرفيق الحكيم في عيادته عندما كان طبيباً يعالج المرضى مجاناً ويجوب المخيمات ويتحسس النكبة بالعيون والمشاعر وتزاملنا سوياً وبقينا في ذات المسار رغم الانتكاسات والانعطافات وفي الانتصارات لأننا كنا نعرف ولازلنا، ماذا نريد وهو أن ينال شعبنا حقوقه الوطنية الكاملة لا تنازل عن حقه التاريخي في فلسطين وأضاف وندرك منذ لحظة امتشاق البنادق سوياً ومعاً ومع كل المناضلين من قوى الثورة أننا كنا مشاريع شهداء لا باحثين عن مناصب ولم يكن يعرف أحد أنه يعيش لليوم الثاني هذا طريقنا الذي صممنا باستمرار أن نمضي فيه لأننا ندرك أن الصراع مع العدو تناحري تاريخي لايمكن لأحد أن يلتف عليه بعشرات الاتفاقات وإن كان زمننا أوجب اعتبارات جديدة فإنه لايعني أن شعبنا سيسلم بأهدافه الاستراتيجية فنحن أصحاب حق وطلاب عدل وشهادة حتى نحصل على الحق.

ودعا الرفيق أبو علي لاستخلاص العبر والدروس من التجربة الطويلة وقال علينا الاعتراف أنه لايكفي القول أننا أصحاب حق بل علينا العمل بطريقة أخرى متجددة لنستحق الحق ونأخذه لأنه لايعطى وواهم من يعتقد أن باراك ونتنياهو وشارون سيمنون علينا بالحق في يوم ما فالحرية والاستقلال والوطن يؤخذ ويحرر وعلينا أن ننطلق بنضالنا من ذلك لنسير بالاتجاه الصحيح.

وأكد أن أمريكا تطالب السلطة بالتنازل عن تنفيذ قرار ٢٤٢ كاملاً وقال المطلوب التنازل عما هو متنازل عليه أصلاً والهبوط بالسقف أكثر وأكثر وهذا الطمع ناجم عن الهبوط في السقف منذ بداية الحركة السياسية وما طلب كلينتون من الوفد الفلسطيني بإبداء المرونة إلا عبارة عن تنازل لذلك نطالب بإعادة النظر في السياسة المتبعة على الساحة الفلسطينية وليس تغيير الوفود أو تكبيرها أو الانتقال لجغرافية فالمسألة باتت تحتاج لإجراء مراجعة شاملة لإعادة رسم سياسة استراتيجية تعلن عن موقف وطني يؤكد أننا أصحاب حق وتقول للعدو إذا كانت لك خطوط حمراء فعندنا خطوط حمراء أكبر نقاتل ونصارع بها فنحن أصحاب حق في كل الأرض وليس مقبولاً لأحد أن يفرط بها. ودعا للتركيز على البدء ببناء الذات الفلسطينية لأننا نملك عنصر قوة كبيرة هو شعبنا الذي يحتاج لقيادة سليمة ترسم سياسة صحيحة ترسي جسور الثقة مع الناس وأضاف هل يمكن لفاسد أن يقود شعبنا للثورة وهل يمكن لمن يبحث عن الاعتقال السياسي أن يقود شعباً للثورة لنبدأ من تصحيح وضع شعبنا عندها سيحسب الأعداء حسابنا وإذا امتلكنا عناصر القوة الذاتية فإنه لاسلام ولا استقرار في المنطقة إذا لم ينل شعبنا حقوقه الوطنية وفي مقدمتها حق العودة الذي هو أهم من الدولة لأن حق العودة لأكثر من ٤ ملايين لاجئ سيكون له دور مؤثر في مستقبل إدارة الصراع مع العدو.. وأكد استعداد الجبهة للعمل مع كل القوى المتمسكة بالثوابت لتحقيق أهداف شعبنا. وأكد أن الجبهة ترفض قمة كامب ديفيد وما سيتمخض عنها وتحذر من نتائجها لأنه إذا بقيت الأمور على ذات المنوال من مسألة المفاوضات والمرجعية الأمريكية والخضوع للابتزاز الإسرائيلي الأمريكي فإننا نسير نحو العبث بالحقوق الوطنية.

### المؤتمر السادس

وقال أبو علي إن إنجاز أعمال مؤتمر الجبهة السادس وما ترتب عليه لن يكون له قيمة إذا لم يكتسب دوره في الحياة لذلك فإننا نصر على التمسك بالعهد وأن نواصل المسيرة بإخلاص مع ذاتنا وقضيتنا في كل المسارات والأهداف لنكون في الموقع الحقيقي. وذكر أن أهم دروس المؤتمر كانت عملية النقد الشجاعة للذات لأن أداءنا لم يكن بمستوى خطابنا السياسي حيث استخلصنا العبر المناسبة من ذلك ●●

# شؤون فلسطينية ■

## الرفيق أبو علي مصطفى يهنئ الرئيس العراقي صدام حسين بمناسبة ثورة تموز







أبرق الرفيق أبو علي مصطفى الأمين العام للجبهة الشعبية لتحرير فلسطين للرئيس العراقي صدام حسين بمناسبة الذكرى ٣٢ لثورة ١٧ تموز وفيما يلي نص هذه البرقية:

سيادة الرئيس/ صدام حسين المحترم

رئيس الجمهورية العراقية

تحية العروبة وفلسطين،

باسم قيادة وكوادر وأعضاء الجبهة الشعبية لتحرير فلسطين، وباسم الشعب العربي الفلسطيني، وباسمي شخصياً أبعث لكم بأحر التهاني وأطيب التبريكات بمناسبة الذكرى الثانية والثلاثين لثورة تموز المجيدة.

سيادة الرئيس،

إن الجبهة الشعبية لتحرير فلسطين وهي تؤكد وقوفها إلى جانب العراق الشقيق في تصديه للعدوان الإمبريالي الصهيوني، ترى أن كل شعبنا الفلسطيني في الوطن وشتات يدعمكم ويؤيدكم في مواجهاتكم البطولية للعدوان الغاشم وللحصار الظالم.

والجبهة الشعبية تضم صوتها وجودها إلى جانب أصوات كل الأحرار في الأمة، المطالبين برفع الحصار عن العراق الشقيق فوراً وبدون

قيد أو شرط. وتطالب الدول العربية أولاً باتخاذ الخطوات العملية لرفع الحصار، وتعمل جاهدة مع قوى الخير والحرية والديمقراطية في أمتنا العربية على رفع الحصار عبر مبادرات شعبية مكثفة ومستمرة.

سيادة الرئيس،

إن الجبهة الشعبية لتحرير فلسطين ستقاوم بكل الأساليب والوسائل مؤامرات تصفية القضية الفلسطينية، وترفض كل الحلول التي تنتقص من حق شعبنا الفلسطيني في استعادة كامل حقوقه، كما إنها ستقف ضد كل التسويات المذلة التي تسعى الإمبريالية والصهيونية لفرضها على شعبنا وأمتنا، وستقاومها مستندة إلى دعم وإسناد الأمة العربية وقواها الحية، والقوى العالمية المساندة والداعمة لحقوق الشعب الفلسطيني والمناهضة للظلم والاضطهاد.

مرة أخرى تفضلوا بقبول أصدق التهاني القلبية، وفقكم الله وسدد خطاكم.

أبو علي مصطفى
الأمين العام للجنة المركزية للجبهة الشعبية لتحرير فلسطين
تموز ٢٠٠٠

## بيان سياسي صادر عن الجبهة الشعبية لتحرير فلسطين

يا جماهير شعبنا المكافح

كما كان متوقعاً وكما أكدنا في الجبهة الشعبية لتحرير فلسطين مراراً وتكراراً فقد وصلت المفاوضات العبثية لطريق مسدود، فالسياسة الإسرائيلية جلية وواضحة، لن يتجاوز سقفها الاعتراف بدولة كانتونات معومة السيادة والحدود، مقابل إقرار فلسطيني رسمي بإنهاء الصراع، وإرجاء ما القضية الفلسطينية المتمثل في حق العودة والقدس والسيادة والحدود لأجل غير مسمى، وفيما كان المطلوب، مصارحة شعبنا وإعادة البيت الفلسطيني الداخلي، لمجابهة خيار إنهاء المرحلة الانتقالية وإعلان بسط سيادة دولة فلسطين على الأرض الفلسطينية، كمشروع كفاحي، يخرج شعبنا من قمقم الإملاءات والتهديدات الإسرائيلية المسنودة بالضغط الأمريكي، جاءت الموافقة الفلسطينية على حضور قمة كامب ديفيد، تبديداً لعامل الزمن، وترك الباب مفتوحاً أمام خيار المفاوضات التي قال الواقع كلمته فيها، وعجزها عن تحقيق حقوق شعبنا وفي المقدمة منها: حق العودة وتقرير المصير وبناء الدولة المستقلة ذات السيادة وعاصمتها القدس.

يا جماهير شعبنا المناضل

إننا في الجبهة الشعبية لتحرير فلسطين، وفي الوقت الذي رفضنا فيه الانضمام للوفد الفلسطيني، انطلاقاً من موقفنا الثابت من اتفاقات أوسلو والمفاوضات الجارية على أساسها، عوضاً عن تقديرنا بعدم جدوى هكذا قمة، فإننا نؤكد على ما يلي:

أولاً: إن قمة كامب ديفيد جاءت استجابة للضغط الأمريكي المساند للتهديدات والسياسة الإسرائيلية المعادية لحقوق شعبنا في العودة وتقرير المصير وبناء الدولة المستقلة وعاصمتها القدس، ولعل الخبرة مع السياسة الأمريكية المعادية لحقوق شعبنا والمنحازة بالكامل للسياسة الإسرائيلية تزكي ما ذهبنا إليه.

ثانياً: إن قمة كامب ديفيد تهدف أول ما تهدف لإبقاء الباب مفتوحاً أمام خيار تمديد المفاوضات التي لم تعد أكثر من غطاء لسياسة العدوانية الإسرائيلية تجاه جماهير شعبنا، وهذا بدوره يضع العصي في دواليب سعي شعبنا لشن خياره الكفاحي، أي خيار الشعب بالدفاع عن حقوقه بعد عجز خيار المفاوضات عن تحقيق الحد الأدنى منها، لا بل وأن الاستمرار في هذا الخيار من شأنه إلحاق الضرر بثوابت شعبنا وحقوقه الوطنية.

ثالثاً: إن هناك خطراً جدياً، يتمثل في احتمال أن تعيد قمة كامب ديفيد وما يمكن أن يتلوها من قمم ومفاوضات، الحياة لروح خيار أوسلو، أي التوقيع على اتفاق إطار جديد، من شأنه أن يوفر للعدو عامل الزمن لاستخدامه في تكريس الحقائق على الأرض وزيد من ضعف الوقف الفلسطيني أكثر فأكثر، بعزله عن جماهير الشعب في الوطن والشتات، عدا عن ما لا يمكن أن يحدث عن ذلك من تعميق الانقسامات السياسية الفلسطينية.

رابعاً: نخشى ونحذر من أن تكون المشاركة الرسمية الفلسطينية في مفاوضات كامب ديفيد محاولة للالتفاف على قرارات المجلس المركزي التي أكدت في جوهرها على ثوابت شعبنا الوطنية وبشكل خاص قرار إعلان تجسيد قيام الدولة وإنهاء مرحلة الحكم الإداري الذاتي الذي حب ولهذا نطالب جماهير شعبنا بممارسة دورها الضاغط لوضع قرارات المجلس المركزي في دورتيه الأخيرتين موقع الاحترام والتنفيذ.

الجبهة الشعبية
لتحرير فلسطين
٢٠٠٠/٧/١٢م

## مجموعة عائدون في سورية

# بيان تأسيسي

بعد أكثر من خمسين عاماً على النكبة، لايزال الشعب الفلسطيني محروماً من حقوقه الطبيعية والإنسانية، وفي مقدمتها حقه في العودة إلى دياره، وتقرير مصيره على أرضه، رغم صدور العديد من القرارات الدولية، أبرزها قرار الجمعية العامة للأمم المتحدة رقم ١٩٤ تاريخ ١٩٤٨/١٢/١١ الذي صدر إثر عمليات الطرد الجماعي، والتهجير القسري للفلسطينيين التي قامت بها القوات الإسرائيلية، بعد أن دمرت قراه ومدنه، وارتكبت المجازر بحقه، وأعلنت تدميراً وسلباً بممتلكاته، مما اضطر وسيط الأمم المتحدة «الكونت برنادوت» أن يرفع توصياته إلى الجمعية العامة للأمم المتحدة بتاريخ ١٩٤٨/٩/١٦ بصدد حل قضية فلسطين، والتي كان من أبرزها: (وجوب السماح للاجئين الفلسطينيين بالعودة إلى ديارهم والتعويض عن خسائرهم وعن الأضرار التي لحقت بممتلكاتهم).

وفي ١١ كانون الأول ١٩٤٨ انعقدت الجمعية العامة للأمم المتحدة للنظر في هذه التوصيات، وأصدرت القرار ١٩٤ حيث نصت الفقرة ١١ منه على: (وجوب السماح بأقرب وقت ممكن للاجئين الفلسطينيين الراغبين في العودة إلى ديارهم بأن يعودوا إليها).

وتأكيداً لوجوب تنفيذ هذا القرار فإن الجمعية العامة للأمم المتحدة وافقت في ١٩٤٩/٥/١١ على قبول عضوية إسرائيل في الأمم المتحدة بشكل مشروط، وذلك على أساس أن إسرائيل ستنفذ قرارات الجمعية العامة، حيث جاء في مقدمة قرارها بند احترازي: (إن الجمعية العامة إذ تستذكر قرارها المؤرخ في ٢٩/

١٩٤٧/١١ الخاص بالتقسيم، وقرارها المؤرخ في ١٩٤٨/١٢/١١ الخاص بإعادة اللاجئين الفلسطينيين والتعويض عليهم، وتلاحظ التصريحات والبيانات التي أدلى بها مندوب حكومة إسرائيل أمام اللجنة السياسية الخاصة فيما يتعلق بتنفيذ القرارين المذكورين، تقرر دخول إسرائيل في عضوية الأمم المتحدة).

ومنذ صدور القرار ١٩٤ وحتى الآن تعيد الأمم المتحدة تأكيدها سنوياً عليه، غير أن إسرائيل لاتزال ترفض الامتثال لهذا القرار وتنفيذه، كما أنها لم تتنكر لقرارات الأمم المتحدة الخاصة بحق العودة فقط، بل أنها ضربت بعرض الحائط «إعلان حقوق الإنسان» الذي وقعت عليه، والذي جاء في نص المادة /١٣/ منه: (من حق كل إنسان مغادرة أي بلد، بما في ذلك بلده، وأن يعود إلى بلاده) وجاء في المادة /١٧/ أيضاً: (لايجوز أن يحرم إنسان تعسفاً من ممتلكاته).

إلا أن المجتمع الدولي لايزال يتعامل مع مشكلة اللاجئين الفلسطينيين في بعدها الإنساني فقط، ويتجاهل الأبعاد السياسية والأخلاقية والقانونية، واقتصر دور الأمم المتحدة على تقديم بعض المعونات عبر الأونروا، وتغافلت عن تنفيذ قراراتها المتعلقة بحقهم في العودة، يضاف إلى ذلك الرفض الإسرائيلي لعودة اللاجئين، واختلال ميزان القوى لصالح إسرائيل، كل هذا قاد بعرض حق العودة لخطر الضياع.

وكرد على هذا الوضع المأساوي، يشهد الشتات الفلسطيني هذه الأيام نشاطاً واسعاً للمحافظة على حق

العودة وربطها بحق تقرير المصير، وتتشكل للوصول إلى هذا الهدف جمعيات مدنية منتشرة في كل أماكن اللجوء الفلسطيني..

وفي سورية حيث يتمتع اللاجئون الفلسطينيون بكافة الحقوق المدنية التي يتمتع بها المواطن السوري، ويندمجون اجتماعياً واقتصادياً في المجتمع السوري المضيف، إلا أنهم لايزالون محتفظين بهويتهم الوطنية، واذترال العودة إلى وطنهم وحقهم كحق جماعي، تشكل همهم الأساسي، وعبروا عن ذلك بمشاركتهم اللاتي ترفض لاتزال في حركة التحرير العربية والفلسطينيين، المقاومة للمشروع الصهيوني، ومطالبتهم باستمرار الأونروا في تقديم خدماتها رمزاً لاستمرار اعتراف المجتمع الدولي بمشكلتهم.

أمام المخاطر الراهنة التي تهدد الحقوق الوطنية للشعب الفلسطيني، وحتى لايبقى اللاجئون الفلسطينيون في سورية خارج النشاط العام للشتات الفلسطيني الهادف إلى إعادة التأكيد على تمسكهم بحقوقهم المشروعة في العودة إلى ديارهم وتقرير مصيرهم على أرضهم، وبدافع من المسؤولية القاء على عاتق كل فلسطيني، فقد تداعى مجموعة من اللاجئين الفلسطينيين المستقلين المقيمين في سورية لتأسيس:

«مجموعة عائدون»

هيئة أهلية مستقلة غير معنية بالشأن السياسي، بقدر ما يتعلق بحق العودة، وهي مفتوحة أمام المناصرين لهذا الحق.

أهدافها:

ـ بلورة حالة شعبية فلسطينية ضاغطة لتطبيق حق العودة، وممانعة لأي تنازل عنه في أي حل أو تسوية.

ـ إقامة علاقات تنسيق

وتعاون مع كل الهيئات الفلسطينية والعربية والعالمية الناشطة في هذا المجال.

ـ كسب الرأي العام العالمي إلى جانب حق اللاجئين الفلسطينيين في العودة.

نشاطها:

تعتمد المجموعة في نشاطها على المبادئ والمواثيق والمعاهدات الدولية لحقوق الإنسان، خاصة ما يتعلق منها بحقوق اللاجئين الفلسطينيين، مركزة في نشاطها على ثلاثة مستويات:

الأول: أوساط اللاجئين الفلسطينيين في سورية، بهدف إطلاق مبادراتهم لإسماع صوتهم المعبر عن تمسكهم بحقهم في العودة وتقرير المصير على أرضهم.

الثاني: الشتات الفلسطيني في المنطقة العربية والعالم، بهدف التواصل وتبادل المعلومات والخبرة في إطار السعي لتنفيذ هذا الحق.

الثالث: الرأي العام العالمي ومنظمات حقوق الإنسان والهيئات الدولية، لنيل مساندتها في الضغط لتمكين اللاجئين من العودة إلى ديارهم.

كلنا أمل في تفهم ومساندة كل أنصار حق اللاجئين الفلسطينيين بالعودة.

ماجد فانوس (صفد)
محمد عيسى فارس (زنغرية ـ صفد)
محمد معتوق (الشمالنة)
جورج كتن (القدس)
رجا ديب (الزنغية)
نمر نصار (حيفا)
دياب خلف ديب (سرجونيا ـ طبريا)
حسن عودة (فرعم)
أحمد صالح عموري (لوبة)

دمشق ٢٠٠٠/٧/٢٢

■ شؤون فلسطينية

## أبو علي مصطفى الأمين العام للجبهة الشعبية لـ صحيفة «القدس»:

# أميركا منحازة لإسرائيل ويجب إعادة ملف القضية الفلسطينية للأمم المتحدة

## بعض الأنظمة العربية تتبنى التوطين والفلسطينيون بعيدون عن هذه التهمة

أجرت صحيفة «القدس» حديثاً موسعاً مع الرفيق أبو علي مصطفى الأمين العام للجبهة الشعبية لتحرير فلسطين ونشرته في عددها الصادر بتاريخ ٢٠٠٠/٧/١٣ ونظراً لأهمية ما ورد في هذه المقابلة، تعيد «الهدف» نشرها كاملة.

قال الأمين العام للجبهة الشعبية لتحرير فلسطين أبو علي مصطفى أنه لديوجد زعيم فلسطيني يمكن أن يسجل على نفسه قبول التنازل عن القدس وعن حق العودة وعن كثير من هذه المواضيع مصيرية بالنسبة للفلسطينيين والعرب ولايمكن للشعب الفلسطيني أن يتسامح مع من يمس هذه الحرمات داعياً لتطبيق قرارات المجلس المركزي الفلسطيني التي أكدت على عدم التنازل عن القدس عاصمة لفلسطين وعدم التنازل عن حق العودة لجميع اللاجئين وفق قرارات الشرعية الدولية ولاسيما القرار ١٩٤.

وفي حديث لـ «القدس» قال أبو علي مصطفى الذي انتخب مؤخراً أميناً عاماً للجبهة الشعبية لتحرير فلسطين خلفاً للدكتور جورج حبش إن ما يحصل حالياً في كامب ديفيد يؤكد أن الإدارة الأمريكية ليست هي المرجعية المؤهلة لتطبيق قرارات الشرعية الدولية حيث تبنى موقفاً مسانداً لإسرائيل داعياً إلى إعادة ملف القضية الفلسطينية برمته للأمم المتحدة ومؤسساتها المعنية وتحميلها مسؤولية تطبيق قراراتها.

ورفض أبو علي مصطفى الاتهامات التي توجه للفلسطينيين بقبولهم مبدأ التوطين متهماً بعض الأنظمة العربية بقبول مبدأ التوطين ومؤكداً أن الفلسطينيين لن يتنازلوا عن حق العودة وفيما يلي نص المقابلة:

### الانحياز الأمريكي

● كيف تقيمون في الجبهة الشعبية مفاوضات كامب ديفيد وهل تعتقدون بإمكانية نجاح هذه المفاوضات؟

✗✗ أعتقد أن ما يحصل في كامب ديفيد أثبت للجميع وخاصة للفلسطينيين أن الإدارة الأمريكية ليست المرجعية لتطبيق قرارات الشرعية الدولية فمن الواضح أنها تمارس سياسة الضغط والابتزاز على مختلف الأطراف العربية لصالح إسرائيل وهذا ما يدفعنا للقول أنه وعلى ضوء ما وصلت إليه الأمور في المفاوضات سواء من كامب ديفيد أو خارجها يجب إجراء مراجعة سياسية كاملة بما يعيد الأمور إلى نصابها وطنياً وإقليمياً ودولياً وعدم الارتكان للمرجعية الأمريكية وإعادة ملف القضية الفلسطينية برمته للأمم المتحدة وتحميلها المسؤولية الكاملة بتطبيق قراراتها.

وعودة إلى مفاوضات كامب ديفيد فمن الواضح أن الأمريكيين كانوا يطمحون من هذه الجولة من المفاوضات إلى فرض تنازلات على الشعب الفلسطيني وخاصة في ما يتعلق بموضوع القدس واللاجئين والأرض والسيادة ومن الواضح أيضاً أن هذه المفاوضات وصلت لغاية الآن إلى طريق مسدود. لكن استمرار التأخير في إنجاح المفاوضات رغم ما وصلت إليه هو بمثابة محاولة أمريكية لوضع مخرج لفشلها ومحاولة لتمديد اتفاقات أوسلو والطلب من الطرف الفلسطيني القفز عن موعد ١٣ أيلول وهو موعد إعلان قيام الدولة الفلسطينية وذلك ندعو الوفد الفلسطيني لقطع هذه المفاوضات والتوقف عن الاستجابة لمطالب الإدارة الأمريكية والعودة للمؤسسات الفلسطينية.

### مواجهة الضغوط

● باعتقادكم إلى أي مدى يمكن للطرف الفلسطيني أن يستمر في الصمود أمام الضغوط الأمريكية في هذه المفاوضات:

✗✗ لايوجد هناك فلسطيني يمكن أن

يسجل على نفسه قبول التنازل عن القدس عاصمة للدولة الفلسطينية المستقلة وعن حق العودة لأن هذه القضايا مصيرية بالنسبة للشعب الفلسطيني والأمة العربية ولايمكن للشعب الفلسطيني أن يتسامح أو أن يتسامح مع أي كان يمكن أن يمس هذه الحرمات كما أن الرئيس عرفات مدرك لهذه الحقيقة تماماً وقال بعد الزعيم العربي الذي يمكن أن يوقع على ما يمس السيادة العربية على القدس فعرفات ليس حر التصرف في كامب ديفيد ونحن نأمل وكما هي قرارات المجلس المركزي الفلسطيني أن يستمر التمسك بالثوابت الوطنية وأهمها القدس عاصمة لفلسطين وحق العودة لجميع اللاجئين وعدم الاستجابة بأي شكل من الأشكال للضغوط الأمريكية.

● هدد الكونغرس الأمريكي بوقف المساعدات المالية للسلطة الفلسطينية في حال إعلان قيام الدولة الفلسطينية المستقلة فكيف تنظرون للموقف الأمريكي من الدولة الفلسطينية؟

✗✗ هذه التهديدات شكل من أشكال الابتزاز الأمريكي للموقف الفلسطيني ولايجوز أن توضع أي قضية مصيرية بالنسبة للفلسطينيين بمعيار حجم المساعدات ونحن نرى أنه مهما كانت الظروف والاعتبارات المالية فإنها لاتتساوى مع القضايا المصيرية، والموقف الفلسطيني يجب أن يرفض كل محاولات الابتزاز والضغط سواء مالية أو سياسية، هناك ثوابت لانتنازل عنها وعلى الأمريكيين أن يدركوا ذلك جيداً.

### التوطين

● مع بدء مفاوضات كامب ديفيد كثر الحديث عن موضوع التوطين لاسيما في الدول العربية التي يقيم فيها اللاجئون الفلسطينيون حيث أعلنت بعض الدول العربية رفضها للتوطين كما طالبت بعض الدول العربية بالحصول على تعويضات مقابل استضافتها للاجئين على أراضيها. هل تعتقد أن هناك خشية حقيقية من موضوع

**التوطين؟**

×× أعتقد أن موجة الحديث عن التوطين ليست جديدة ولكنها هذه المرة تترافق مع الوتيرة الأمريكية الآخذة بالحديث عن تخصيص مليارات الدولارات للتعويضات والذين يتحدثون عن التوطين سواء بحسن نية أو بسوء نية فإنهم كانما يحملون الشعب الفلسطيني مسؤولية لجوئه.

نحن متمسكون بحق العودة إلى بلادنا وهذا ما سعينا إليه طوال ٥٢ عاماً من النضال وقد فشلت كل محاولات توطين الفلسطينيين مثل مشروع جونستون ونحن بحاجة لوقف عربي موحد ينسجم مع القرار ١٩٤ ويصر على تطبيقه وأعتقد أنه الطريق الأجدى لمقاومة مشاريع التوطين ولابد من مجابهة السياسات الأمريكية والإسرائيلية بهذا المجال بدعم حق العودة.

هناك بعض الأصوات التي تعالت من الأردن ترفض التوطين والتحذير منه والتعامل مع الفلسطينيين على أساس أنهم يتبنون مشروع التوطين أقول لهذه الأصوات اقرؤوا المادة ٨ البند الثاني من اتفاقية وادي عربة هذا البند يتحدث صراحة عن التوطين فلماذا لاتنتصدى هذه الأصوات لما جاء في اتفاقية وادي عربة؟

نحن لسنا طلاب هجرة أو تعويض أو توطين نحن طلاب حق عودة وأبعد ما نكون عن تهمة التوطين.

**مستقبل المنظمة**

● كثر الحديث عن مستقبل منظمة التحرير الفلسطينية بعد إعلان قيام الدولة المستقلة فكيف تنظرون إلى مستقبل المنظمة وأنتم أحد الفصائل الرئيسية التي تتشكل منها المنظمة؟

×× منظمة التحرير الفلسطينية يجب أن تبقى مادام هناك شتات فلسطيني لأن المنظمة أوسع من مساحة الدولة والسلطة. فالمنظمة تمثل كافة أبناء الشعب الفلسطيني في الوطن والشتات وسيبقى على عاتقها دور في تمثيل الشعب الفلسطيني أينما وجد فهي الهيئة الوحيدة التي تشكل أداة جامعة لكل الشعب ولانعتقد بوجود تناقض بين الدولة واستمرار وجود منظمة التحرير حتى يحقق الشعب الفلسطيني كافة أهدافه فالدستور الفلسطيني الذي يجري وضعه الآن يوجد في بنوده ما يشير إلى بقاء منظمة التحرير الفلسطينية وبالنسبة لنا بقاء منظمة التحرير الفلسطينية أمر ملح جداً.

---

**الحوار الفلسطيني**

● هل تعتقدون أن الحوار الذي جرى بين حركة «فتح» وبين مختلف الفصائل الفلسطينية قد أدى دوره؟

×× أعتقد أن الحوار أدى أغراضه فنحن بادرنا وحاورنا ووصلنا للمجلس المركزي وأعتقد أن الاجماع الفلسطيني على التمسك بالثوابت هو من ثمار هذا الحوار ولاتزال بعض القوى خاصة الإسلامية التي لها تحفظاتها وهي حرة في نظراتها واختياراتها.

**الموقف السوري**

● كيف تنظرون لوضع التنظيمات الفلسطينية في دمشق مع بداية عهد جديد في سوريا أعلن تمسكه بالسلام؟

×× أعتقد أن خطاب بشار الأسد هو خطاب واضح باتجاه العمل لانجاز تسوية وهو متمسك بنفس موقف والده الراحل بشأن حدود الرابع من حزيران ٦٧ ولاتنازل عنها بما فيها الأطراف الشمالية الشرقية لبحيرة طبريا وأعتقد أن سوريا لن تتنازل عن موقفها فبإمكانها أن تعيش لسنوات طويلة دون أن تقدم تنازلات. كما أن إسرائيل التي شعرت بالراحة بعد انسحابها من جنوب لبنان ستبقى أيضاً لسنوات مستعدة للتفاوض.

ومن الواضح أن الموضوع بين سوريا وإسرائيل سيطول، وفي هذا الوقت ستعمل إسرائيل على التركيز على الجانب الفلسطيني.

الموقف السوري أثبت مبدئياً بالتمسك بالثوابت أما بالنسبة لستقبل التنظيمات الفلسطينية الموجودة في سوريا فالقيادة السورية تترك هذا الأمر للتنظيمات الفلسطينية ولاتتدخل في الشؤون الداخلية لهذه التنظيمات ومن المحتمل أن تلجأ الإدارة الأمريكية لأسلوب الابتزاز بأن تطالب من سوريا إخراج التنظيمات الفلسطينية من أراضيها ولكن القيادة السورية لاتخضع لأسلوب الابتزاز الأمريكي كما أنها لاتستخدم مبدأ المقاومة.

وأعتقد أن الحديث عن ضغوط ستمارسها سوريا على الفصائل الفلسطينية المتواجدة على أراضيها إنما يأتي بهدف خلق نوع من البلبلة والفزع.

**ترتيب أوضاع البيت الفلسطيني**

● ما هو مبرر فشل مفاوضات كامب ديفيد من وجهة نظركم؟

---

×× الأمر بالنسبة للقدس واللاجئين والسيادة واحد وسيحسم على الأرض وليس بالمفاوضات والآن ينبغي إعداد البيت الفلسطيني لاستحقاقات المرحلة المقبلة لأننا حتماً سنجد أنفسنا في حالة صدام مع إسرائيل لخلق وقائع جديدة على الأرض فالأمور لاتبدو أنها تتجه نحو حل وإنما نحو مجابهة وصراع عنيف سيقرر إلى حد كبير حاضر ومستقبل القضية والمنطقة.

لسنا معنيين بالمعادلات الجارية حالياً والتي ترى أن المفاوضات هي الطريق لحصول الشعب الفلسطيني على حقوقه، ما يحدث الآن يدفع باتجاه الصدام المحتوم. وكما ذكرت سابقاً لاتوجد قيادة فلسطينية تقبل التوقيع على أي تنازل يمس حقوق الشعب الفلسطيني الثابتة ولو وجدت فالشعب الفلسطيني سيتعامل معها وأعتقد أن الأمور ستكون أعنف من انتفاضة.

**مقاومة؟**

● هل تعتقد بإمكانية تقديم تنازلات في مواضيع حق العودة والسيادة مقابل الحصول على الحقوق العربية في القدس أو مقابل إعلان قيام الدولة؟

×× كما ذكرت سابقاً قضايا القدس واللاجئين والسيادة ثوابت وطنية لايمكن لأي كان أن يمسها أو يتنازل عنها أو عن بعضها.

موضوع العودة للاجئين مهم بالنسبة للفلسطينيين كأهمية موضوع القدس ولا يمكن التقليل من أهمية موضوع من هذه المواضيع على حساب موضوع آخر.

ففيما يتعلق بموضوع اللاجئين فإن الموقف الفلسطيني يقوم على ضرورة تطبيق القرار ١٩٤ الذي يؤكد على حق اللاجئين بالعودة إلى بلدانهم والتعويض أما فيما يتعلق بموضوع القدس فهي محتلة على إسرائيل أن تنسحب منها تطبيقاً لقرارات الشرعية الدولية ومنها القرار ٢٤٢ و٣٣٨ وأود القول هنا أننا نرفض وبقوة المقابضة في حقوقنا في القدس وفي العودة مقابل إعلان قيام الدولة فهذه قضايا مصيرية. وإذا ما تحول موضوع الدولة إلى قضية مقايضة فستحدث كارثة كبرى وحقيقية فلا يجوز بأي حال من الأحوال مقايضة هدف بهدف. هدفنا إقامة الدولة المستقلة وعاصمتها القدس وضمان حق اللاجئين بالعودة وهذه أمور غير قابلة للمقايضة ومبدأ المقايضة مرفوض بالنسبة للشعب الفلسطيني وقرارات المجلس المركزي

■ شؤون فلسطينية



واضحة بهذا الخصوص.

## تجربة الجنوب اللبناني

بعد انسحاب إسرائيل من جنوب لبنان تعالت أصوات التي تدعو الفلسطينيين للاستفادة ن تجربة المقاومة اللبنانية لدحر إسرائيل كيف نظرون لمبدأ المقارنة بين الوضع اللبناني الوضع الفلسطيني في هذا المجال؟

✗ مع الفارق بين وضع لبنان ووضع سطين التمايز ليس بالمبدأ بل بالخصوصية المبدأ واحد وهو المقاومة ولكن بالنظر إلى خصوصية الفلسطينية والوضع في لبنان إنه يجب أن يستخلص درس مما حصل في نوب لبنان.

المقاومة حق مشروع مادمنا نعيش تحت اقع الاحتلال وأعتقد أنه يجب أن يتم اعداد شعب الفلسطيني إعداداً كاملاً وعلى كل ستويات بما يجعله في موقع الاستعداد مجابهة والمواجهة.

هناك بعض الأصوات أيضاً التي دعت قيادة الفلسطينية للاقتداء بالمقاومة اللبنانية لأن الاستمرار في المفاوضات بل أن بعض أصوات أخذت تقلل من أهمية الكفاح المسلح فلسطيني كيف تعلقون على ذلك؟

## نحن السباقون

✗ بالنسبة للبنان ما حدث هو اندحار سرائيل وانسحاب لبناني فرضته المقاومة لبنانية ببطولة وبسالة وهذا أمر لايمكن حد أن ينكره وأن يتجاوزه في المقابل

---

لايجوز لكائن من كان أن ينتقص من الحركة الوطنية الفلسطينية وتاريخها الكفاحي حتى وإن اختلفت الظروف ونحن لم نسلم بأن كفاحنا الوطني قد انتهى ونرفع الصوت عالياً لنقول أن لبنان احتذى بالمقاومة الفلسطينية وحقق لبنان على هذا الصعيد انجازات يجب أن تعتبر القيادة الفلسطينية منها وانتصار المقاومة اللبنانية أمر مفيد للنضال الفلسطيني وبالتالي يجب أن لاننقد هذا الحق، فالفلسطينيون مدرسة في الكفاح المسلح والاينتظرون من أحد أن يعلمهم دروساً في النضال فنحن السباقون ولنا تراثنا النضالي الكبير الذي يجب إعادة الاعتبار له.

## مؤتمر الجبهة

● انتهيتم قبل أيام من أعمال المؤتمر العام السادس للجبهة الشعبية والذي عقد على ثلاث مراحل وجرى خلاله انتخابكم أميناً عاماً للجبهة الشعبية خلفاً للدكتور جورج حبش فكيف تقيمون أعمال المؤتمر؟

✗✗ لقد جاء انعقاد المؤتمر الوطني السادس للجبهة الشعبية في ظل ظروف سياسية بالغة الدقة والخطورة والتعقيد حيث تتواصل الجهود الإسرائيلية والأمريكية لتصفية القضية الفلسطينية من خلال ممارسة المزيد من الضغوط على السلطة الفلسطينية لإجبارها على إبرام المزيد من الاتفاقات التي تتجاهل قرارات

---

الشرعية الدولية والحقوق الوطنية الثابتة والمشروعة للشعب الفلسطيني وفي المقدمة منها حقه في تقرير المصير وإقامة دولته ذات السيادة وعاصمتها القدس وحق اللاجئين في العودة إلى وطنهم وديارهم.

لقد أكد المؤتمر على مواقف الجبهة الرافضة لكافة الاتفاقيات التي تنتقص من حقوق الشعب الفلسطيني وخاصة اتفاقية أوسلو واتفاقية وادي عربة كما أكد على أهمية إجراء عملية مراجعة وتقييم لحصيلة عملية التسوية لاستخلاص العبر والدروس وإعادة ملف القضية الفلسطينية إلى الأمم المتحدة وقرارات الشرعية الدولية.

وأكد المؤتمر أن الظروف القائمة والمحيطة فلسطينياً وعربياً وإقليمياً ودولياً غدت غير ملائمة أو مواتية لإقدام منظمة التحرير على تجسيد قيام الدولة الفلسطينية وعاصمتها القدس من دون مفاوضة أو مقايضة الحكومة الإسرائيلية لأن مثل هذا القرار يجب أن يكون قراراً وطنياً فلسطينياً مستقلاً لايقبل التفاوض أو المساومة والاشتراطات من أية جهة كما أن مثل هذا القرار يفتح الباب واسعاً لتجاوز اتفاقات أوسلو وإعادة الاعتبار للقضية الفلسطينية كعملية صراعية والشروع بمتابعة الكفاح الفلسطيني بكل الأشكال المتاحة والممكنة.

كما أكد المؤتمر على الأهمية القصوى للشروع بإعادة بناء مؤسسات منظمة التحرير الفلسطينية على أسس وطنية وديمقراطية وإعادة الاعتبار لميثاق المنظمة وبرنامجها ودورها ●●

■ شؤون فلسطينية

# بيان المجلس المركزي في دورة انعقاده من 2-3 تموز 2000

عقد المجلس المركزي دورة اجتماعاته العادية برئاسة الأخ سليم الزعنون، رئيس المجلس الوطني الفلسطيني في مدينة غزة يومي الثاني والثالث من تموز الجاري، وقد أصدر المجلس المركزي في ختام اجتماعاته بياناً سياسياً أبرز ما جاء فيه:

إن المجلس المركزي الفلسطيني الذي اجتمع في غزة على مدى يومين متتاليين، واستناداً إلى الحق الطبيعي والتاريخي لشعبنا في إقامة دولته، وإلى قرارات الشرعية الدولية ذات الصلة وفي مقدمتها 242-338-181 وإلى إعلان الاستقلال في عام 1988 يعلن للشعب الفلسطيني والأمة العربية ولشعوب العالم كافة عزمه على تجسيد إعلان الاستقلال الصادر عن المجلس الوطني في دورة 1988 بإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس وتجسيد سيادتها على الأرض الفلسطينية وفي حدود الرابع من حزيران مع انتهاء الفترة الانتقالية المقررة والتي تنتهي في يوم 13 أيلول عام 2000.

وفي هذا المجال فقد وضع المجلس المركزي قراره بإعلان الدولة وتجسيد السيادة والإعداد له موضع التطبيق، وباشرت لجان المجلس المركزي عملها وفي هذا الصدد فقد قرر المجلس المركزي تفعيل اللجان التي سبق أن قررها واستكمال تشكيلها ووضعها في حالة انعقاد دائم لاستكمال خطط البناء السياسي والاقتصادي والاجتماعي والقانوني وإعداد التشريعات اللازمة لذلك، ويكلف المجلس المركزي اللجنة التنفيذية ورئاسة المجلس والسلطة الوطنية بمتابعة أعمال هذه اللجان.

إن المجلس المركزي يؤكد على قراراته السابقة الخاصة بقضايا مفاوضات الوضع النهائي وهي:

أ) التمسك بحق اللاجئين الفلسطينيين في العودة إلى ديارهم وممتلكاتهم تطبيقاً للقرار الدولي 194 ورفض المحاولات الرامية لتوطين اللاجئين الفلسطينيين وحرمانهم من حق العودة إلى ديارهم.

ب) التمسك المطلق بالانسحاب الإسرائيلي الشامل والكامل من جميع الأراضي الفلسطينية المحتلة بما في ذلك القدس الشريف إلى حدود الرابع من حزيران 67 تطبيقاً لقراري مجلس الأمن الدولي 242-338 ومبدأ الأرض مقابل السلام طبقاً لقاعدة مؤتمر مدريد للسلام.

ج) التمسك بإزالة وتفكيك المستوطنات الإسرائيلية كافة من الأرض الفلسطينية المحتلة وتنفيذ الانسحاب الإسرائيلي العسكري والمدني إلى حدود الرابع من حزيران 67.

الدولة الفلسطينية المستقلة وتجسيد سيادتها على أرض فلسطين وعاصمتها القدس الشريف خلال هذه الفترة.

إن المجلس المركزي وهو يعلن هذا القرار التاريخي بكل مسؤولية وطنية وتجاه مستقبل الأمن والسلام والاستقرار في الشرق الأوسط يتوجه بهذا النداء لكل الدول والشعوب المحبة للسلام للوقوف مع الشرعية الدولية وقراراتها وحتمية احترامها وتطبيقها والوقوف مع الشعب الفلسطيني وهو يمارس حقه المشروع في تقرير مصيره وإقامة دولته المستقلة على أساس الشرعية الدولية وقراراتها وبما يعزز السلام والأمن والاستقرار، فالدولة الفلسطينية هي الضمان الحقيقي للسلام العادل والشامل والأمن والازدهار في الشرق الأوسط.

إن المجلس المركزي يدعو شعبنا الفلسطيني إلى رص الصفوف وإلى التلاحم والتكاتف والوحدة، وهنا توقف المجلس المركزي أمام قراراته الخاصة بتفعيل مؤسسات ودوائر منظمة التحرير الفلسطينية في الوطن والشتات.

وقد ثمّن المجلس انتظام عمل اللجنة التنفيذية وعقد هذه الدورة للمجلس المركزي وتكليف اللجنة التنفيذية ورئاسة المجلس بتقديم مشروع تشكيل المجلس الوطني الجديد وفقاً لمواد النظام الأساسي وقرار المجلس الوطني بهذا الصدد.

ويحيي المجلس المركزي صمود جماهير شعبنا في المنافي والشتات وبخاصة جماهير شعبنا في لبنان وتمسكهم بحق العودة إلى وطنهم وأراضيهم التي شُردوا منها عام 48 ورفضهم لإعلان

د) التمسك بكون القدس الشريف أولى القبلتين وثالث الحرمين الشريفين، مسرى النبي محمد صلى الله عليه وسلم، ومهد سيدنا المسيح عليه السلام، والتي احتلت عام 67 هي عاصمة الدولة الفلسطينية المستقلة وإن السلام لن يتحقق إلا بعودتها وتحريرها من الاحتلال الإسرائيلي، ولحماية الأماكن المقدسة المسيحية والإسلامية من خطر التهويد والاستيطان، ويدين المجلس المحاولات الإسرائيلية لإصدار قانون بشأن منع عودة اللاجئين الفلسطينيين والإبقاء على قرار ضم القدس وكلاهما باطل لأنهما يتناقضان مع قرارات الشرعية الدولية ذات الصلة بما فيها القرار 252-465-478.

وإن المجلس المركزي مع اقتراب انتهاء الفترة الانتقالية في الثالث عشر من سبتمبر/أيلول القادم يكلف اللجنة التنفيذية لمنظمة التحرير الفلسطينية لاتخاذ الترتيبات الملائمة لإعلان

«الهدف»، 31 تموز 2000 ـ العدد 408

32-33

■ شؤون فلسطينية

## حفل استقبال بمناسبة اختتام أعمال المؤتمر الوطني السادس وانتخاب الرفيق أبو علي مصطفى أميناً عاماً للجبهة



عقد المؤتمر كان بالنسبة لنا امتحاناً صعباً وخاصة في ظل الظروف المجافية التي تحيط بنا وفي ظل حالة الأزمة التي نـعـيـش، إلا أن إصـرارنـا وتوحدنا كان أقوى من كل الصعوبات والعقبات. ونجحنا في الخروج برؤية سياسية تعتمد على قراءة مدققة للواقع السياسي الفلسطيني تستند إلى فهم المتغيرات الكونية العاصفة خلال العقد الأخير». وأضاف: «إن موضوعية التغيير والتجديد شكلت عاملاً ضاغطاً وملحاً على واقعنا الذي عاش الأزمة ولازال وطرح علينا أهمية التوازن في فهم العوامل الذاتية والموضوعية بدون تطير أو تسرع أو مغالاة، وفهم علاقة التأثير المتبادل بينهما»... ثم أكد الرفيق إيهاب: «أن مؤتمرنا نجح في الاختبار الديمقراطي وما شهدته قاعات المؤتمر من نقاشات ديمقراطية واسعة وشفافية عبرت عن تقدم حالة الوعي في صفوف عضويتنا والارتقاء فـي تـعـاطـيـهـا الديمقراطي مع العناوين التي طرحت بمسؤولية عالية كان دافعها الأول والأخير الحفاظ على وحدة الجبهة وفق موقعها وتأثير دورها لتحقيق أهداف شعبنا...».

أقامت الجبهة الشعبية لتحرير فلسطين في الساحة السـوريـة حـفـل اسـتـقـبـال بمناسبة اختتام أعمال المؤتمر الوطني السادس وانتخاب الرفيق أبو علي مصطفى أميناً عاماً للجبهة وذلك يوم الخميس 2000/7/27 في نادي غسان كنفاني في مخيم اليرموك وقد حضر الحفل ممثلون عن فصائل الثورة الفلسطينية وكوادرها فـضـلاً عن ممثلي حركات التحرر العربية وغيرهم من الفعاليات السياسية ووجهاء المخيمات الفلسطينية في سوريـا وعدد من قيادات وكوادر وأعـضـاء الجبهة الشعبية. وفي بداية الحفل ألقى الرفيق إيهاب يونس عضو اللجنة المركزية للجبهة كلمة رحب فيها بالحضور ثم تمنى الرفيق أبو علي مصطفى النـجـاح والـتـوفـيـق في مسؤولياته الوطنية حتى تحقيق أهداف شعبنا.. ثم وجه التحية للرفيق جورج حبش على دوره الوطني الكبير في خدمة قضايا شعبه على امتداد عقود عديدة «وأضاف: «سنظل نحفظ له هذا الدور المميز في وجداننا وعقولنا وذاكرتنا». وعن المؤتمر الوطني السادس قال الرفيق إيهاب: «أن نجاحنا في

أجل تحرير جنوب لبنان من الاحتلال الإسرائيلي، ويؤكد المجلس أن تطبيق القرار 425 في جنوب لبنان والانسحاب الاسرائيلي الكامل إنما يؤكد على حتمية التزام حكومة إسرائيل بقرارات الشرعية الدولية وخاصة 242-338 التي تنص على الانسحاب الإسرائيلي من الأرض الفلسطينية والعربية المحتلة، كما يؤكد المجلس على أهمية انعقاد القمة العربية لاستعادة وتعزيز التضامن العربي.

وقد وقف المجلس دقيقة صمت تكريماً لروح الرئيس الراحل حافظ الأسد، كما تمنى المجلس للقيادة الجديدة في سوريا وعلى رأسها الفريق بشار حافظ الأسد كل التوفيق والنجاح، كما تمنى للشعب السوري الشقيق المزيد من التقدم والاستقرار.

كما يحيي المجلس جماهير شعبنا الصامدة والصابرة في مخيمات اللاجئين الفلسطينيين في لبنان، ويؤكد تمسكه الكامل بـحـق الـعـودة لـكـل الـلاجـئـيـن الفلسطينيين تطبيقاً للقرار الدولي 194.

وقد وقف المجلس المركزي أمام استمرار معاناة العراق الشقيق من خلال استمرار الحصار الظالم عليه وهو يحيي صمود شعبه العظيم ويطالب برفع الحصار عنه.

إن المجلس المركزي يقف إجلالاً وإكباراً لشهداء شعبنا وأمتنا الذين ضحوا بأرواحهم في سبيل فلسطين، ويؤكد لأرواحهم الطاهرة أن تضحياتهم لم ولن تذهب هدراً فالدولة الفلسطينية المستقلة وعاصمتها القدس الشريف قاب قوسين أو أدنى.

عاشت فلسطين حرة عربية
عاشت دولة فلسطين المستقلة وعاصمتها القدس الشريف
عاشت أمتنا العربية الخالدة
عاش التضامن العالمي مع شعبنا وكفاحه العادل ● ●

انطلق لكافة مشاريع التوطين والتهجير ويحيي جماهير شعبنا التي عبرت بتضحياتها ودمائها عن نكرى النكبة والتضامن مع أسرانا ومعتقلينا الأبطال بتمسكها الكامل بحق شعبنا في وطنه واستقلاله.

إن المجلس المركزي يؤكد على مبدأ الديمقراطية والمساواة ومبدأ الفصل بين السلطات هما خيار الشعب الفلسطيني لبناء سلطته الوطنية ودولته المستقلة، وانطلاقاً من هذه القاعدة فإن المجلس المركزي يدعو اللجنة التنفيذية والسلطة الوطنية إلى تعزيز الحياة الديمقراطية التعددية السياسية، واحترام استقلالية القضاء وتطوير الجهاز القضائي، وتكريس مبدأ المساءلة الشفافية والمحاسبة وسيادة القانون، وصون الحريات العامة للمواطنين وإجراء انتخابات المجالس البلدية والقروية بما يعزز المسؤولية الوطنية والحياة الديمقراطية.

إن المجلس المركزي وانطلاقاً من أهمية مشاركة كافة الفصائل والقوى والفعاليات الوطنية لتعزيز الأداء التفاوضي وصولاً إلى إنجاز مهمات الوطنية في السيادة والاستقلال، يقرر تكليف اللجنة التنفيذية بتعزيز اللجنة الوطنية العليا للإشراف على سير المفاوضات الفلسطينية – الإسرائيلية، وهنا سجل بعض الإخوة مواقفهم بضرورة إجراء مراجعة شاملة لعملية السلام مع الجانب الإسرائيلي وإعادة بنائها على أسس جديدة.

ويتوجه المجلس المركزي إلى أسرى والمعتقلين ويحيي صمودهم وصبرهم ويؤكد لهم أن ساعة الحرية قد أزفت، فساعة الاستقلال تعني في ساعة حرية الأرض والشعب والأبطال في سجون الاحتلال ومعتقلاته، يحيي المجلس المركزي الصمود العظيم والتضحيات الكبيرة التي قدمها الشعب اللبناني الشقيق من



لا لكامب ديفيد جديدة . . نعم لاعلان الدولة دون مقايضة أو مساومة

**AL HADAF**

الهدف

الرئيس أبو ... :

ما جرى في كامب ديفيد٢ يجب أن يكون أساساً لمراجعة سياسية شاملة



AL - HADAF - No. 1309 - 31/8/2000

«الهدف» ٣١ آب ٢٠٠٠ ـ العدد ١٣٠٩
السنة الحادية والثلاثون ـ الثمن ٢٠ ل.س/ ١٠٠٠ ل.ل

سياسية عربية ـ تصدر مؤقتاً كل أسبوعين

رئيس التحرير
د. ماهر الطاهر

سكرتير التحرير
خليـل جنداوي

مدير الادارة
محمد خير الاسعد

المدير الفني
رشـدي العدوي





## موضوع الغلاف:

لا لكامب ديفيد جديدة

نعم لاعلان الدولة

دون مقايضة أو مساومة

صفحة ٦



## كلمة

الصمت العربي اثناء علقة قمة كامب ديفيد؟ كان مدوياً بكل معنى الكلمة، خمسة عشر يوماً والقضية الفلسطينية عرضة للمساومات والضغوطات، بل وكأنها في سوق نخاسة حقيقي... والوضع العربي سواء بشقيه الرسمي او الشعبي لا يظهر اي قدر من التجاوب مع خطورة ما يجري باستثناء بعض الاشارات والبيانات الخجولة... خمسة عشر يوماً والقدس معددة على الطاولة ولم تخرج اي تظاهرة شعبية في اي مدينة عربية... هل هذا معقول؟ ومهما كانت الاسباب، سواء الخوف من اغضاب امريكا التي اعلنت بوضوح انها ستنضب في اي طرف يبدي احتجاجه بالقضية الفلسطينية، مما قد يؤثر على احتكارها لهذا الموضوع، او في انكفاء المواطن العربي على همومه ولا مبالاته لما يحدث... ففي كلا الحالتين يبدو الامر مؤشراً على وصول الوضع العربي الى درجة مرعبة من الانهيار والتراجع.

لقد فشل قمة كامب ديفيد وقيام مندوبين اسرائيليين بجولة على بعض البلدان العربية، ادلى اليهود باراك يتصريح طريف، قال فيه ان العديد من زعماء الدول العربية كانوا يتمنون ان يكون الموقف الفلسطيني في كامب ديفيد اكثر مرونة! طبعاً الافضل لنا جميعاً هنا ان ننهم باراك بالكذب وتقويل الزعماء العرب ما لم يقولوه... لانه عكس ذلك كفيل بايصالنا الى حالة من الجنون... على الاقل طبعاً...

لن نصدق باراك ولكن سنقول ايضاً للقيادات العربية: الا تعتقدون انه ما يجري يستحق ان يكون سبباً لقمة تعقد على الاقل للتداول او لتبادل الراي او لشد ازر بعضها البعض؟ الا تعتقدون ان تسوية بائسة تحصل على المسار الفلسطيني ستنعكس بشكل خطير على مجمل الوضع العربي؟.. اليست القدس قضية عربية بقدر ما هي فلسطينية؟.. اليس موضوع اللاجئين الموزعين في العديد من الدول العربية هو موضوع عربي بقدر ما هو فلسطيني؟..

الولايات المتحدة الامريكية ليست عضواً في مجلس الجامعة العربية لكنها على ما يبدو تملك حق الفيتو فيه رغماً عن انوف كل زعامتنا الذين اذا لم يجتمعوا الآن للدفاع عن القضية الفلسطينية عموماً ولحماية القدس خصوصاً فهل يتصور احد انهم قد يلتقوا بعد ذلك على اي شيء له علاقة بالمصلحة العربية؟!

## ثمن النسخة

سوريا ١٠٠ ل.ل/ سوريا ٢٠ ل.س/
الاردن ٢٠٠ فلساً/ العراق ١٠ د ع/
الكويت ٦٠٠ درهماً/ الجزائر ١٥ ديناراً/
تونس دينار واحد/ المغرب ١٫٢٥ د ت/
مصر ١٥ قرشاً/ السودان ٦ جنيهات/
قطر ٢١ درهماً/ امريكا ٣ دولار/ المانيا ٥ ماركات/
سويسرا

## الاشتراكات

مع الاشتراك السنوي بما فيها اجور البريد
سوريا ٦٠٠ ل.س/ لبنان والاردن ٣٠
دولاراً/ بقية الدول العربية ٥٠ دولاراً/
اوروبا ١٢٥ دولاراً/ اسيا وافريقيا
١٠٠ دولاراً/ الامريكيتين واستراليا
١٥٠ دولاراً

يتم الاشتراك بارسال اشعار الايداع
بقيمة الاشتراك السنوي (او نصف
السنوي) على العنوان التالي:
بيروت والاعلان الشمالي بنك
سنتورا ـ لبنان
رقم الحساب NO.2000/
او بارسال شيك بنكي باسم الهدف
دمشق/ ص ب ٣٠١٩٢

## المكاتب

دمشق ـ ص.ب ٣٠١٩٢
دمشق ٢٣٢٨٢٦٧
٢٢١٣٩٧٤
بيروت ٣٠٩٣٣
عمان ٦٩٦٢٤
صنعاء ٢٠٥٨٤٩
الجزائر ٥٩٤٥٤٨
٣٨٤٢٠٤
بغداد ٧١٩١١٢٢
٧١٧٤٧١

## في هذا العدد

### شؤون فلسطينية

■ الهدف تحاور الرفيق العام للجبهة الشعبية
لتحرير فلسطين الرفيق ابو علي مصطفى ................ ٨

■ مهرجان خطابي في الزيادة بمناسبة انتخاب الرفيق ابو علي مصطفى
اميناً عاماً للجبهة الشعبية وتكريماً للدكتور جورج حبش ....... ١٥

■ لا لمغارضات جديدة وفقاً للحساب الاسرائيلي ................ ١٦

■ كامب ديفيد؛ تسوية تنفتح على صراع ام حل يمهد لتسوية؟ .... ١٨

■ جوهر وبنية الوعي السياسي للمراة الفلسطينية ............. ٢٠

■ استطلاع لراي اللاجئين الفلسطينيين في سورية ............. ٢٢

### شؤون العدو

■ اية خيارات ائتلافية امام باراك الضعيف؟ ................ ٢٤

### شؤون عربية

■ في الصراع العربي الصهيوني:
الهزيمة النفسية اعلى مراحل الهزيمة ................ ٣١

■ اسئلة كثيرة على هامش
ندوة «تحديات المشروع الصهيوني والمواجهة العربية» ....... ٣٢

### الهدف الثقافي

■ قسطنطين زريق: لم يكن مجرد مؤرخ بل صاحب رؤية نقدية متجددة ... ٣٦

■ ملامح عصية على الانسان في مفاتيح الضباب» ............. ٣٨

■ الجبهة الشعبية في سورية تحتفي بالطلاب المتفوقين ........ ٤١



يا جماهير شعبنا الفلسطيني المكافح

في الرابع والعشرين من شهر آب الجاري عقد المكتب السياسي للجبهة الشعبية لتحرير فلسطين دورة اجتماعات ناقش خلالها مجمل التطورات والمستجدات السياسية الخطيرة والدقيقة التي تمر بها القضية الفلسطينية في الظروف الراهنة مؤكداً على ما يلي:

أولاً: إن ما جرى في كامب ديفيد وما تم عرضه من مقترحات إسرائيلية بلسان أميركي لا يتعدى كونه أكثر من فتات يستهدف تبديد الحقوق الوطنية الثابتة للشعب الفلسطيني وإبقاء الاحتلال الإسرائيلي جاثماً على صدر شعبنا الذي قدم أغلى التضحيات خلال عقود من الكفاح المتواصل من أجل نيل حريته واستقلاله.

وبالتالي فإن ما تم تقديمه لا يمكن ان يقبل به الشعب الفلسطيني والعربي تحت أي ظرف من الظروف، ومن هنا كانت دعوة الجبهة الشعبية لتحرير فلسطين لعدم المشاركة في هذه القمة التي استهدفت تصفية حقوق شعبنا الوطنية.

ثانياً: أكد المكتب السياسي أن محاولات الضغط الأميركي والإسرائيلي وسياسة الابتزاز ستستمر وتتواصل وهذا ما يفسر تهديدات الإدارة الأميركية بنقل سفارتها إلى القدس الأمر الذي يؤكد للجميع انحياز الولايات المتحدة الأميركية السافر إلى جانب إسرائيل وابتعادها الكامل عن مبادئ الشرعية الدولية وقرارات الأمم المتحدة وهو الأمر الذي يعيد طرح السؤال القديم ـ الجديد حول إمكانية إقامة سلام شامل وحقيقي في المنطقة استناداً إلى المرجعية والاستفراد الأميركي في الحل.

لقد برهنت الوقائع وتبرهن كل يوم أن الولايات المتحدة ليست راعياً ووسيطاً محايداً، بل هي تقف بكل ثقلها إلى جانب سياسة الاحتلال والعدوان، ولذلك فإن الجبهة الشعبية تجدد دعوتها لوقف المفاوضات القائمة على أساس المرجعية الأميركية واتفاقات أوسلو البائسة وتدعولنقل ملف القضية الفلسطينية إلى هيئة الأمم المتحدة لتطبيق قراراتها ذات الصلة بقضية فلسطين.

ثالثاً: إن المكتب السياسي للجبهة الشعبية لتحرير



فلسطين يحذر من المحاولات الهادفة إلى الالتفاف والقفز عن موضوع اللاجئين الفلسطينيين المشردين في أصقاع الأرض، ويؤكد أن مسألة اللاجئين تشكل جوهر قضية فلسطين بأبعادها الشاملة حيث لا يمكن قيام سلام وأمن واستقرار دون عودة اللاجئين الفلسطينيين إلى أرضهم وديارهم التي هجروا منها قسراً عام ١٩٤٨ استناداً لقرارات الأمم المتحدة وخاصة القرار ١٩٤ الذي يضمن حق العودة كحق ثابت وغير قابل للتصرف. كما ويحذر من الأصوات الداعية لتجزئة القضايا بالحديث عن التبادلية، أو تجزئة قضية حق العودة أو تحويل مسألة القدس لحارات وزواريب، بدل كونها عاصمة الدولة الفلسطينية المستقلة.

رابعا: أكد المكتب السياسي ان مواجهة الضغوط الأميركية والإسرائيلية واستمرار الثبات على الموقف الفلسطيني يتطلب رفض أي دعوات لكامب ديفيد جديدة لن يكون هدفها سوى ابتزاز المزيد من التنازلات لتصفية حقوق الشعب الفلسطيني، كما شدد المكتب السياسي على أن استمرار الثبات على الموقف يتطلب إعادة بناء الذات الوطنية الفلسطينية وترتيب البيت الفلسطيني بصورة شاملة وجادة لتجميع طاقات الشعب بمختلف قواه وتياراته حتى يتم الإعداد لمواجهة المرحلة القادمة حيث لم يترك العدو أمام شعب فلسطين من خيارات سوى المواجهة والمقاومة التي هي حق مشروع للشعب الفلسطيني في مواجهة الاحتلال.

خامساً: إن انتهاء السقف الزمني لاتفاقات أوسلو منذ ٢٠٠٠/٥/٤ وعقم استمرار المفاوضات على أساس مرجعيته بات يتطلب الإعلان رسمياً من خلال المجلس المركزي المزمع عقده قبل ١٣ أيلول عن إنهاء مرحلة الحكم الذاتي والمرحلة الانتقالية والإعلان عن بسط سيادة دولة فلسطين على كامل الأراضي المحتلة عام ٦٧ ودعوة جماهير شعبنا في الوطن والشتات للنضال من أجل انتزاع السيادة وممارستها كخيار كفاحي بديلاً للمفاوضات التي يشكل استمرارها غطاءً

لتمرير السياسة الأميركية الإسرائيلية.

ويجدد المكتب السياسي دعوته لانتخاب وتشكيل مجلس وطني فلسطيني جديد تشارك به كافة القوى والاتجاهات في الساحة الفلسطينية لتقييم مسار العمل الفلسطيني خلال المرحلة الماضية ورسم استراتيجية عمل واضحة تستنهض طاقات الشعب وتؤكد على التمسك بالثوابت الوطنية وتوفير قيادة جماعية للشعب الفلسطيني تواجه تحديات المرحلة القادمة، ويحمل القيادة الرسمية مسؤولية المماطلة في عدم تنفيذ قرارات المجلس المركزي في دورتيه الأخيرتين.

سادساً: بات مطلوباً من الجامعة العربية والدول العربية العمل الجاد لدعم حقوق الشعب الفلسطيني في هذه المرحلة الدقيقة التي تواجهها القضية الفلسطينية من خلال عقد قمة عربية شاملة لاستعادة التضامن العربي والتأكيد على التمسك بالثوابت والالتزام الجماعي بها وبكل مايتطلبه الموقف من استحقاقات المجابهة، واتخاذ قرارات ملموسة لاستعادة كامل الحقوق العربية.

وفي هذا الصدد يثمن المكتب السياسي دعوة سوريا لانعقاد هذه القمة الشاملة التي تشكل ضرورة قومية في الظروف الراهنة.

كما بات مطلوباً من لجنة القدس ومنظمة المؤتمر الإسلامي اتخاذ قرارات ملائمة ومعلنة تدعم الشعب الفلسطيني لانتزاع كامل حقوقه الوطنية.

إن الجبهة الشعبية لتحرير فلسطين تجدد العهد لجماهير الشعب الفلسطيني والأمة العربية على الاستمرار بالكفاح والوفاء للشهداء حتى النصر والتحرير.

المكتب السياسي للجبهة الشعبية
لتحرير فلسطين
٢٠٠٠/٨/٢٨

Case 1:18-cv-12355-MKV-DCF   Document 136-15   Filed 10/05/21   Page 15 of 23



الآن.... وبعد مرور وقت كاف على قمة كامب ديفيد الثانية، التي جمعت الرئيس الأمريكي كلينتون والفلسطيني عرفات ورئيس الوزراء الإسرائيلي باراك، التي انتهت بما سمي "فشلاً"، يبدو أن الأمور صارت من الوضوح بحيث أننا نستطيع أن نطالب القائلين بـ "الفشل"، بتوضيح المعايير التي استخدموها في هذا التعبير، وكذلك توضيح مقدار الربح والخسارة في هذه النتيجة السلبية، حيث أنه لابد أن يكون هناك في التفاصيل رابح وخاسر بغض النظر عن النتيجة الختامية.

لا لكامب ديفيد
جديدة

# نعم لإعلان الدولة دون مقايضة أو مساومة

أحمد جابر

نستطيع القول وبعد أن تم نشر (وإن بشكل غير رسمي) سيناريو لما دار في المنتجع الرئاسي الأمريكي، أن هناك اختراقات حقيقية حصلت على كل الجبهات سواء على الجبهة الإسرائيلية أو الفلسطينية، وبغض النظر عن حجمها على كل من الجبهتين إلا أنها في التحليل النهائي للأسف، تصب في المصلحة الإسرائيلية، لأن ما يدور من مباحثات لا يستند إلى المرجعية الدولية وقرارات الأمم المتحدة المطالبة بانسحاب إسرائيل الكامل لحدود الرابع من حزيران وضمان حق العودة للاجئين الفلسطينيين.

قد يستغرب البعض القول، ويواجهوننا بأن الطرف الفلسطيني قد نجح في التصدي للضغوط الأمريكية والإسرائيلية ورغم حالة العزلة التي كان بها المفاوض الفلسطيني إلا أنه رفض التوقيع على ما طلب منه.

إن جوابنا على هذا الكلام نعم لقد فشلت الضغوط الأمريكية، والإسرائيلية في إجبار الرئيس عرفات على التوقيع على ما يريدونه، ولكن في التفاصيل نجح هؤلاء في جر المفاوضات إلى متاهات تفصيلية تتناقض تماماً مع قرارات الشرعية الدولية.

الحقوق الفلسطينية واضحة وغير قابلة للبس، وهي في حدها الأدنى الذي من الممكن أن يقبل به الشعب الفلسطيني: الانسحاب الشامل لخطوط الرابع من حزيران وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس بسيادة فلسطينية كاملة عليها، وعودة اللاجئين إلى بيوتهم وتفكيك المستوطنات وإطلاق الأسرى.

تلك هي خطوط الحد الأدنى، وما جرى في كامب ديفيد استهدف تبديد هذه الحقوق عبر مناورات واقتراحات إسرائيلية، تقوم على رفض تحمل إسرائيل أي مسؤولية عن مأساة اللاجئين، وإبقاء المستوطنات والتبادل بالأرض، وتقسيم السيادة على القدس، كل ذلك يتوج بإعلان إنهاء الصراع بما يمنع الفلسطينيين من أي مطالبة لاحقة.

وإذا كان الجانب الفلسطيني قد رفض التوقيع على مثل هذا الاتفاق فإنه وللأسف وافق منذ البداية على الذهاب إلى كامب ديفيد مع معرفته السبقة بلا جدوى هذه المفاوضات، وعدم وجود أي جديد في الجمعية الأمريكية وأن، هدفها إنما كان إنقاذ التاريخ الشخصي لكلينتون، وكرافعة سياسية لباراك داخلياً.

وخلال القمة وبعدها كشف المفاوض الأمريكي عن وجهه الحقيقي ونزع قناع الوسيط المحايد، عبر الضغط والتهديد للجانب الفلسطيني، ومن المتوقع أن يستمر هذا الضغط والتهديد وصولاً إلى جولة جديدة ربما يعلن عنها في السادس من الشهر القادم بعد لقاء عرفات بكلينتون في نيويورك، على أمل أن يكون عرفات قد ضعف قليلاً بعد فشل جولته الواسعة في الحصول على دعم واضح لتأييد إعلان الدولة في الثالث عشر من أيلول.

والسؤال هل فعلاً أن طريق المفاوضات الحالي هو الوحيد المتاح للفلسطينيين؟ إننا نقول :لا بكل وضوح. فالطريق الأمريكي ليس قدراً لا يرد، ويجب أن تكون القيادة الفلسطينية قد أدركت الآن مدى الصلف والعنجهية التي يتعامل بها العدو الذي ـ للأسف ونتيجة لممارساتها التنازلية بالأساس ـ أصبح يظن أن كل تنازل ممكن وأن المفاوض الفلسطيني لن يقول لا هذه المرة أيضاً.

وبالتالي فالقيادة الفلسطينية مطلوب منها الآن رفض أي دعوات جديدة ووقف المفاوضات القائمة على المرجعية الأمريكية

«الهدف» ٣١ آب ٢٠٠٠ ـ العدد ١٣٠٩

التي يجب أن تاخذ هذا بدرجة

واتفاقات أوسلو، ونقل ملف القضية الفلسطينية إلى الأمم المتحدة لتنفيذ قراراتها ذات الصلة.

إن الموقف الفلسطيني في الثبات ورفض الضغوط الأمريكية جيد ولكنه يجب أن يتعزز ليستمر، وهذا يتطلب أساساً إعادة بناء الذات الوطنية الفلسطينية، وترتيب البيت الفلسطيني بصورة شاملة لتجميع طاقات الشعب للمعركة القادمة.

ان هذه القضايا برمتها تستلزم وقفة جادة من المجلس المركزي المزمع عقده (سيكون قد عقد على الأرجح عند نشر هذه المادة) لإعطاء إجابات واضحة على أعلى المستويات، ونستطيع ان نحدد للطوب من المجلس في هذه الدورة الاستثنائية:

1 ـ الوقوف بعلمية، وكفاحية في آن معاً أمام استحقاق الثالث عشر من أيلول لاتخاذ قرار لا يخضع للابتزاز الإسرائيلي والأميركي المطالب بالتأجيل. إننا ندعو وفق هذا المنطق لإعلان الدولة في موعدها المحدد باعتبارها مهمة كفاحية ، إذ بانتهاء السقف الزمني لاتفاقيات أوسلو منذ الرابع من أيار 2000 وعقم المفاوضات الجارية بات لزاماً إعلان انتهاء مرحلة الحكم الذاتي والانتقال إلى إعلان السيادة على كامل الأراضي الفلسطينية المحتلة عام 1967، بما فيها القدس، وهي مهمة شاقة وصعبة ولكنها

نستطيع مواجهة الوضع ، موحدين وصامدين..فهل يحدث؟

إن بلورة موقف فلسطيني واضح يتمسك بالثوابت الوطنية، ويرفض التراجع عنها تحت أي ظرف من الظروف، هو الأساس الضروري لبلورة موقف عربي وإسلامي ودولي، مساند بقوة للحقوق الوطنية للشعب الفلسطيني، لأن مثل هذا الموقف هو الذي يضع كافة الدول العربية أمام مسؤولياتها إزاء القضية الفلسطينية، وهو الذي يمكن أن يسهم في بلورة-موقف شعبي عربي لمواجهة الضغوط الأمريكية ـ الإسرائيلية المتواصلة .

إن الولايات المتحدة الأمريكية تسعى بكل جهودها لمنع وعرقلة انعقاد قمة عربية شاملة لاستعادة التضامن العربي وتعمل على إبقاء حالة التشرذم والانقسام في صفوف العرب، لتصفية قضية فلسطين وضياع الحقوق العربية وهو الأمر الذي بات يتطلب من جميع الدول العربية، إدراك المخاطر الجسيمة التي تحيط بالأمة العربية ومستقبلها. وعليه فإن عقد قمة عربية شاملة أضحت ضرورة قومية في الظروف الراهنة لتوجيه رسالة واضحة لإسرائيل وللعالم بأسره بأن السلام الشامل في المنطقة لا يمكن أن يقوم إلا على أساس استعادة الحقوق الوطنية للشعب الفلسطيني واستعادة كامل الحقوق العربية●●

ضرورية ولا بديل عنها.

2 ـ إعلان موقف حازم من الإدارة الأمريكية المنحازة تماماً للطرف الآخر ومغادرة نهائية لشعارات انزعامية من نوع «أمريكا هي المرجع الوحيد» و«كل الأوراق مع أمريكا».

3 ـ العمل على رص الصفوف والتوجه بصدق نحو وحدة وطنية صلبة تجمع كل المخلصين والشرفاء الذين يرغبون بخوض المعركة من موقع المشاركة والفعل الإيجابي وليس من موقع الاكتفاء برفع الشعارات.

4 ـ الوقفة الحازمة أمام ما تم الوصول إليه من بناء مؤسسات الدولة المدنية، وتعزيز التقدم ومحاسبة المقصرين والفاسدين نحو دولة حقيقية قادرة على الصمود بمؤسساتها وكوادرها .

5 ـ توجيه نداء واضح إلى العالمين العربي والإسلامي لتحمل المسؤوليات وإعلان الموقف من مسألة القدس وغيرها.

6 ـ الإعلان الحازم عن التمسك بالحقوق الوطنية الثابتة غير المنقوصة : الدولة، والقدس وعودة اللاجئين، وإطلاق سراح المعتقلين وإزالة المستوطنات وعدم بقاء أي مستوطن على الأرض الفلسطينية، وقطع الطريق على أي تراجع محتمل عن الصمود في كامب ديفيد.

7 ـ تلك هي شروط الحد الأدنى المطلوبة من المجلس المركزي، وبهذه الشروط

■ شؤون فلسطينية



الرفيق أبو علي مصطفى في حوار موسع مع «الهدف»:

# ما جرى في كامب ديفيد٢

# يجب أن يكون أساساً

# لمراجعة سياسية شاملة

حاوره: خليل جنداوي ـ عصام سلامة

بعد اختتام أعمال المؤتمر الوطني السادس للجبهة الشعبية لتحرير فلسطين، كان من الضروري أن تلتقي «الهدف» بالرفيق أبو علي مصطفى ولاسيما بعد انتخابه أميناً عاماً للجبهة... فبحكم موقعه الجديد وحضوره لحلقات المؤتمر الثلاث في الضفة وغزة ودمشق، كانت رغبة «هيئة التحرير» بالحصول على إجابات لتساؤلات كثيرة حول ما جرى في. المؤتمر وقراراته... دلالاتها وانعكاساتها على حاضر ومستقبل الجبهة...

ثم جاءت التطورات السياسية المتمثلة بفشل قمة كامب ديفيد٢ لتزيد من إلحاحية هذا اللقاء... هذان الحواران كانا موضع نقاش طويل ومعمق مع الرفيق أبو علي مصطفى الأمين العام للجبهة الشعبية لتحرير فلسطين الذي كعادته لم يبخل علينا بوقته رغم انشغاله وازدحام أجندته..

● نبدأ من المؤتمر الوطني السادس.. ما هي الأشياء الجديدة التي يرى الرفيق أبو علي مصطفى أن المؤتمر أضفاها على الجبهة الشعبية لتحرير فلسطين؟

✕✕ توجد ثلاثة عناصر أساسية أعتبرها مهمة في ما تم من أعمال المؤتمر، العنصر الأول هو المراجعة النقدية الشجاعة التي استخلصت نقاطاً على كافة الأصعدة وهمها الأساسي كان يتمحور حول كيفية تحسين أدائنا وبالتالي كيف نقوم بدورنا في مرحلة التحرر الوطني ونحن بالوقع الأفضل. وقلنا أن خطابنا السياسي في السنوات الماضية كان في مضمونه صحيحاً ولكن من حيث الأداء لم يكن في مستوى الخطاب. أي بمعنى خطاب سياسي عالي وأداء هابط أو ضعيف. وأعتقد أن هذا أمر تتجنب الكثير من القوى والفصائل الغوص فيه. لكننا في الجبهة الشعبية نعتبر أن النقد الذاتي هو عامل تحفيزي لاستشراف

المستقبل، لأنه لايمكنك أن تنتقل إلى الجديد بدون أن تجري عملية نقد وتصفية مرحلة سابقة، مع التأكيد على ضرورة التواصل والـربـط بـين الماضي وأدائه ودروسه واستخلاصاته وفيما بين الحاضر والمستقبل، كي لايحصل قطع وكأنما العملية تبدأ من نقطة الصفر. هذه هي النقطة الأولى التي تميزت بها عملية النقد، سواء فيما يتعلق بقراءة الأزمة العامة أو الأزمة الخاصة.

النقطة الثانية وكانت أيضاً شيئاً جديداً دخل وثائق المؤتمر وتم استيعابه أثناء النقاش في المؤتمرات القاعدية وصولاً للمؤتمر العام وتتلخص في الإدراك العميق لطبيعة الخصوصية في واقع الشعب الفلسطيني.. واقع الوطن... واقع الشتات الفلسطيني.. معاني هذه الخصوصية ودلالاتها وانعكاساتها على المهام المباشرة التي يجب أن نستخلص في كافة أماكن تجمعات الشعب الفلسطيني مع

أما النقطة الثالثة الهامة فكانت التأكيد بصورة أعمق وأكثر تفصيلاً ووضوحاً على الربط بين المهام التحررية الوطنية والمهام الديمقراطية الاجتماعية.. صحيح قد يقول قائل بأن وثيقة الكونفرنس في عام ١٩٩٤ وفي وقت أمام هذه العناوين، لكن من المؤكد أن الوثيقة في المؤتمر الوطني السادس كانت أكثر عمقاً وتحديداً، وبالتالي أكثر دقة لقراءة الأوضاع في ظل بنية مجتمعية فلسطينية مازالت تتكون على الأرض. في الفترة السابقة لم تكن هناك ضرورة لإبداء اهتمام زائد في العدد عن

مراعاة وضع نقطة التوازن بين العام الذي هو جامع وشامل لكل الشعب الفلسطيني والخاص الذي يتعاطى مع الواقع القائم في كل تجمع على حدة، لكل منها خصوصياته في واقع الحياة اليومية. هذا كان العنصر الثاني والذي برز بقوة في وثائق المؤتمر ثم في النقاشات التي حصلت.

■ شؤون فلسطينية

موضوع الفصل بين السلطات أو عن موضوع القانون الناظم الأساسي للعلاقات الاجتماعية، أو موضوعات برامج التعليم أو الصحة الخ.. إلا أنه في المؤتمر الوطني السادس ركزنا على هذه النقاط باعتبارها قضايا أساسية لانتعارض مع برنامج مهام التحرر الوطني، بل وتتكامل معه.

هذه العناصر الثلاثة فرضت نفسها على قراءتنا لواقع الحياة، وبالتالي كان على المؤتمر أن يستخلص خطة عمل في ضوء هذه القراءة مع إيلاء الأهمية الخاصة لموضوع القضية السياسية للشعب الفلسطيني حيث بات هناك مجال لخشية حقيقية لإمكانية تعامل البعض مع بعض القضايا بطريقة توصل إلى فصل فيما بين أجزاء الشعب الفلسطيني.. خارج وداخل.. ضفة وقطاع.. مناطق ١٩٤٨.. شتات.. إلى آخره من الصور التي نشهدها.. لذلك نحن حريصون على إبراز هذه الحصيلة والنتائج للتأكيد على موضوع الوحدة السياسية للشعب الفلسطيني، وبالمثل يمكن اشتقاق مهام كثيرة على هذا الصعيد.. مثال على ذلك: التركيز على اعتبار منظمة التحرير الفلسطينية مرجعية واحدة للشعب الفلسطيني، وهذا الأمر يحمل قراءً عالياً عن التعبير عن الوحدة السياسية لشعبنا بالمقابل كما نعرف سعت الأوساط الأمريكية والإسرائيلية إلى نفي وجود مثل هذه الوحدة عبر استبعاد ما يمكن أن يسمى فعل أو دور المنظمة، باستثناء التوقيعات طبعاً. وارتباطاً بهذا الموضوع أي المرجعية نجد أمامنا مهاماً عديدة.. فلو وضعنا على الطاولة الآن أمام الشعب الفلسطيني قضية النضال من أجل حق العودة، سنجد مباشرة أنها مهمة وطنية لكل الفلسطينيين في مختلف أماكن تواجدهم، فهي تمس قطاعاً واسعاً من الفلسطينيين من سكان الـ ٤٨ حيث هناك مهجرون من بيوتهم وقراهم حتى في هذه اللحظة، نفس الأمر سنجده في قطاع غزة والضفة الغربية حيث هناك نسبة عالية من اللاجئين الفلسطينيين.. وطبعاً هذا الموضوع يعني أيضاً الشتات الفلسطيني.. إذن نحن هنا أمام وحدة سياسية نضالية على قضية أساسية وكبرى بالنسبة للشعب الفلسطيني.. ولذلك أن هناك عناوين ومهام أخرى ممكن أن تؤكد شعبنا لكنني قصدت أن أبرز العناوين الأهم الذي يجعل من مسألة الوحدة السياسية للشعب الفلسطيني قضية كبرى ومصيرية في حاضر ومستقبل الشعب.

لهذا نعتبر أن وضع هذه العناصر وربطها في إطار الوحدة السياسية للشعب الفلسطيني، في مسائل مهمة جداً تستوجب أن يكون لها خطط وآليات عمل ليس فقط على صعيد الجبهة الشعبية وإنما على الصعيد الوطني الفلسطيني.

---

● نحن في الجبهة الشعبية نعتبر أن النقد الذاتي هو عامل تحفيزي لاستشراف المستقبل.

● ركز المؤتمر بصورة أكثر عمقاً وتفصيلاً ووضوحاً على ضرورة الربط بين المهام التحريرية الوطنية والمهام الديمقراطية الاجتماعية.

---

● تحدثت في إجابتك بشكل أساسي عن الجانب السياسي، هناك شق تنظيمي في سؤالي يبدو أنه كان مخفياً، إذا اتفقنا أن معظم فصائل وأحزاب حركة التحرر العربية والعالمية تعاني منذ فترة من أزمات حادة بسبب تكلسها أو حتى إصابتها بالشيخوخة والعجز عن تجديد ذاتها، من هنا يكتسب موضوع التجديد بالنسبة للجبهة الشعبية إلحاحية وحيوية.. وهنا نجد أنفسنا أمام تساؤل بعد المؤتمر الوطني السادس. هل نجحت الجبهة الشعبية في تجديد ذاتها، كيف وأين؟

× × في الشق التنظيمي أيضاً كانت لدينا أشياء جديدة حيث برزت العناوين الكبرى التالية:

أولاً: على صعيد تعميق مستوى الحياة الديمقراطية داخل الجبهة والتي تمثلت في عامل مهم دخل في حياتنا التنظيمية لأول مرة، وأقصد حجم المشاركة في منظمات الداخل في المؤتمر، وكما تعرفون كان للداخل في المؤتمرات السابقة للجبهة الشعبية مشاركة رمزية، لم تكن مشاركة فعالة على مستوى القاعدة والكادر والهيئات القيادية على مختلف المستويات وبالتالي ما حصل في المؤتمر السادس كان علامة مميزة، صحيح أنها أخذت وقتاً وجهداً كبيرين للوصول إلى مشاركة فعالة من القاعدة إلى القمة في المؤتمر الوطني السادس، لكنها كانت تعني أننا نحقق أعلى قدر من الديمقراطية في الحياة الداخلية.

وبالمناسبة..فإن مشاركة الداخل لم تكن شكلية أبداً، ولم تكن كمية فقط بل نوعية بكل معنى الكلمة، وتعني الكثير من الأمور، وأستطيع القول أن الجهد الذي بذل للتغلب على الصعوبات والمقصود هنا أساساً صعوبات الواقع في التوزيع، لم يذهب سدى، صحيح أنه تطلب وقتاً وجهداً إضافياً، لكنه كان مجدياً ومفيداً، بحيث وضع كل كادر وكل عضو في الجبهة الشعبية لتحرير فلسطين أينما كان في موقع

---

المشاركة الفعلية في أعمال المؤتمر الوطني السادس. هذه مسألة في غاية الأهمية، كونها المرة الأولى التي تمارس في حياتنا التنظيمية وبالتأكيد سيكون لها مردودها وانعكاساتها على الوثائق الفكرية والسياسية والتنظيمية.

ثانياً: فيما يتعلق بوثيقة المؤتمر حول الرؤية التنظيمية، وضعنا خطوطها العامة والأساسية بطريقة جديدة، وعلى قاعدة هذه الخطوط يتم إعادة اشتقاق آليات عمل وتطوير الحياة الداخلية. وهنا أيضاً أخذت هذه المسألة حصتها ليس على الطريقة التقليدية بتقديم تقرير تقليدي يقرأ المشهد الحزبي والتغييرات في لوحة التنظيم أو بالإستمارة مع أن ذلك ضروري.. الذي حدث الآن أننا قدمنا قراءة أكثر عمقاً تجيب على أسئلة مثل: لماذا التنظيم وماذا نستهدف منه، ومن هو التنظيم، أساسه النظري والتنظيمي والنضالي الخ.. وصولاً إلى جواب على سؤال حول مركز ثقل النضال الوطني وانعكاس ذلك على البنية التنظيمية للجبهة الشعبية. كل هذه الأمور أخذت مجالها الواسع في وثائق المؤتمر الوطني السادس..

إلى جانب ذلك لايغيب عن بالنا موضوعات النظام الداخلي وهذه هي النقطة الثالثة حيث تم تنقيح واسع في بنود النظام الداخلي، وكما تعرف فإن تقاليد الأحزاب الثورية تقول أن النظام الداخلي يجب أن يستجيب لمستوى التطور في حياة الحزب فلا يمكن أن تتعامل في الحزب بنمطق وكأننا نحن قبل عشر سنوات ولم يتبدل شيء.. النظام الداخلي يجب أن يستجيب لتطورات الحياة مع ضرورة حفظ الأصول في المبادئ الأساسية. لكن عندما ننطلق للهيكلية وآليات العمل فهذه مسائل مهمة يجب استيعابها في النظام الداخلي.. المؤتمر الوطني السادس أدخل تعديلين في غاية الأهمية على النظام الداخلي وسيكون لذلك تأثيره على الديمقراطية الداخلية. الأول: حول مسألة الاستفتاء في القاعدة. وكما تعرفون فإن النظام الداخلي السابق اعتبر مسألة الاستفتاء بمثابة توجيه أو مجرد رأي استشاري لكنه غير ملزم للهيئات القيادية. إما التعديل الجديد في النظام الداخلي يقول أن الاستفتاء ملزم في نتيجته للهيئات القيادية. التعديل الثاني كان في موضوع مجلة الحزب الداخلية، حيث تم تبني تنقيحات في النظام الداخلي تجعل صفحات المجلة الداخلية مفتوحة لكافة الآراء.. فالأقلية الآن تستطيع أن تعبر عن وجهة نظرها وتناضل لاقناع الحزب بها من خلال نشرها في مجلة الحزب الداخلية. وكما هو معروف تقليداً فإن المجلة الداخلية كانت تعبر فقط عن وجهة النظر المركزية.

● لكن كما نعرف ليس هناك الآن مجلة داخلية للحزب..

× × صحيح فالجبهة توقفت عن الصدور في فترة ما بين المؤتمرين الأخيرين، والمطلوب الآن إحياؤها من جديد لتصدر بانتظام كما كانت في السابق ولتؤدي دورها الذي أعتقد أنه سيزداد أهمية.

● لاشك أن الجبهة الشعبية قطعت خطوة هامة على صعيد الديمقراطية حين منحت الأقلية حق التعبير عن وجهة نظرها في المجلة الداخلية، لكن هل منحها المؤتمر المزيد من الحقوق؟

× × لايوجد شيء اسمه أقلية ثابتة، فدائماً وضع الأقلية والأكثرية في حالة حراك، فقد تكون أنت كأقلية تجاه موقف سياسي معين، وفي مرة أخرى أو قائمة تصبح في موقع الأكثرية.. وهذا فتحن لم نتعامل مع مسألة النظام الداخلي كنظل جامدة في حياة الحزب الداخلية...

● ما قصدته هنا هو أن النظام الداخلي القديم كان يمنح الموقف المركزي الذي هو بمعنى ما رأي الأغلبية هيمنة واضحة. وبالتالي فإن تطور الديمقراطية يعني منح الأقلية المزيد من الحقوق ليصبح بإمكانها الدفاع عن وجهة نظرها بصورة أفضل. فهل قطع المؤتمر السادس خطوات على هذا الطريق؟

× × أنا ذكرت أبرز النقاط لتطوير النظام الداخلي، وبالتأكيد عندما ستصدر النصوص في وثيقة المؤتمر ستجد الفارق بين النظام الداخلي السابق والجديد، وسيلحظ القارئ أن هناك نقاطاً عديدة لتطوير مستوى الحياة الحزبية.. وإذا عدنا لسؤال التجديد في الجانب التنظيمي عموماً، ستجد أن هذا الأمر تجلى بوضوح في تشكيل الهيئات القيادية الجديدة.

ففي اللجنة المركزية العامة التي أخذ بعين الاعتبار عند انتخابها موضوع التوازن بين الداخل والخارج، الضفة والقطاع، نجد أن نسبة التجديد فيها بلغت ٥٦٪ أما المكتب السياسي الجديد فكان نصف ثلثي أعضائه جدداً وثلث فقط من الأعضاء القدامى. وهذا أيضاً مستوى من التجديد، والإضافة النوعية في هذا السياق هو أنه لأول مرة في تاريخ الجبهة الشعبية تدخل فيها المرأة في عضوية المكتب السياسي حيث دينا رفيقتان أعضاء في المكتب السياسي، وهذا أيضاً برأينا ليس شكلياً، إنه نوع من حيوية الاستجابة للحديث النظري الدائم عن المرأة ودورها ومكانتها، وكما تعلم فإن اللجنة عندنا كانت تقف دائماً عند حدود اللجنة المركزية، لكنها هذه المرة أخذت موقعها أيضاً في المكتب السياسي..

● هل وجود المرأة في المكتب السياسي الآن يعبر عن تعاظم دورها وثقلها داخل الحزب، أي بمعنى تنامي قوة منظمة المرأة أو ارتفاع عدد

● حرصنا على أن يكون كل عضو وكادر في الجبهة الشعبية أينما كان في موقع المشاركة الفعلية في أعمال المؤتمر الوطني السادس.

● توجد إضافة نوعية على حياتنا الحزبية أدخلها المؤتمر السادس تمثلت في دخول المرأة لأول مرة في عضوية المكتب السياسي.

المنتسبات للجبهة؟

× × إذا أردنا أن نكون واقعيين، فيجب أن نعترف أن مستوى منظمة المرأة وأداتها على كل الأصعدة وفي كل الفروع قد تراجع ما بين المؤتمرين الخامس والسادس وبهذا المعنى فإن صعود المرأة للمكتب السياسي كان يهدف إعادة الحيوية والتجديد لهذا الدور، أي أن القصد منه هو تحقيق مهام مستقبلية أكثر من تعبير عن واقع قائم.

● يوجد سؤال يراودني بخصوص نسبة ٥٦٪ التي ذكرتها كتجديد في اللجنة المركزية، هل نحن أمام تجديد في البنية أم في الأشخاص أم هو مجرد تغيير شكلي أم تجديد في الأفكار سينعكس على رؤية وأداء الجبهة الشعبية؟

× × من المؤكد أن التجديد سيعكس نفسه على البنية وآليات العمل. وإذا اعتبرنا الدورة الأولى للجنة المركزية هي دورة عملية إجرائية لانتخاب الأمين العام، فالدورة التالية التي عقدت في أوائل هذا الشهر كانت مخصصة لمناقشة ورقة في غاية الأهمية حول دور ومكانة اللجنة المركزية في قيادة الجبهة.. حيث تضمنت نقاطاً تؤكد على ضرورة تجاوز هذا الكم من التجديد إلى فعالية وارتقاء مستوى عمل التنظيم، لأنه إذا كان فقط لمجرد مراكمة عدد، فالصورة لم تختلف، بل ستظل تكراراً للصورة القائمة. أول سؤال طرح في هذه الورقة يقول: إن الجميع يقر بوجود أزمة.. وأنا هنا أتحدث عن الأزمة الخاصة وليس عن الأزمة العامة في الحركة الوطنية، يوجد أزمة في الجبهة الشعبية ومطروح على اللجنة المركزية سؤال كبير فيه تحدٍ مع الذات يقول: ما دور اللجنة المركزية في قيادة التنظيم هو التحويم حول الأزمة أو إدارة الأزمة أو وضع الخطط والتصورات للخروج من الأزمة؟

وبالتأكيد فإن الجواب الجماعي سيكون أن مهمتنا هي العمل على الخروج من الأزمة وهنا أيضاً يستفرد من هذه الإجابة سؤال آخر ما

هي الشروط التي يجب أن تتوفر للخروج من الأزمة؟

أول شرط هنا سيكون في دور اللجنة المركزية في قيادة الحزب، حيث لم يعد مسموحاً لقيادة أولى للحزب أن تعيش حالة شلل أو ضعف في بنيتها نتيجة لكل الأوضاع التي مرت بها المؤتمرين الخامس والسادس، لدرجة أنها أصبحت بشكل أو بآخر غائبة عن الفعل في حياة الحزب، وأصبح قسم لابس به من عضويتها وكأنها هو خارج الحياة الحزبية.. لذلك وضعت الإجابة في نقاط محددة فيما يتعلق بالنظام الداخلي وإعادة الاعتبار لما ورد فيه عن دور اللجنة المركزية في الرقابة على المكتب السياسي ومساءلته ومتابعة أدائه لدوره وفقاً للبرامج المقرة. فأي هيئة قيادية لم تستجيب لما تقرر في المؤتمر عبر وضع برامج عمل. وهذا أيضاً يشمل المكتب السياسي.

النقطة التالية التي تضمنتها الورقة بحث في كيفية أن يكون لكل عضو لجنة مركزية دور في الهيئة القيادية. وهنا طرحت أفكار جديدة كتخكيل لجان اختصاص في اللجنة المركزية، تتولى كل منها الرقابة على سير العمل في عموم الحزب وهيئاته القيادية بدءاً من المكتب السياسي.. فلو اعتبرنا اللجنة المركزية بمثابة برلمان خاص بالحزب، فالبرلمان تكون له عادة لجان رقابة أو لجان اختصاص، متابعة. الخ.

فمثلاً نفترض أن جهة ما مسؤولة عن العمل التنظيمي في الحزب وهي طبعاً أمام اللجنة المركزية التي من جهتها ستكون لديها لجان مخصصة لمتابعة هذا الجانب وغيره. لجنة المتابعة هذه ستقف أمام تقرير الجهة المسؤولة عن العمل التنظيمي أو ثاني البيرانية قبل أن يصل التقرير للمناقشة العامة في اللجنة المركزية. وهكذا نكون أمام لجنة مركزية أعضاؤها منقسمون على مهام بحيث يستطيعون أن يضعوا المكتب السياسي وأعضاءه كأفراد أو كهيئة أمام مساءلة دائمة. فيكون الجديد بحمل مسؤوليات وتأدية واجبات تستجيب للبرامج ولخطط العمل، موضع تشجيع ودعم لأعماله.. وفي الجهة الأخرى إذا كان هناك قصور أو إخفاق لا نصل إلى وضع أن ينام هذا التقصير في أدراج الجبهة أو على رفوفها ٥ أو ٦ سنوات بانتظار مؤتمر قادم. وبالتالي نكون دائماً أمام وقفات دورية أمام أدائنا بهدف تحسينه.

وعلى صعيد آخر فالمكتب السياسي ليس من المفترض أن يبقى مثل اللجنة المركزية أي من المؤتمر للمؤتمر.. لا.. فالمكتب السياسي منتخب من هيئة موجودة، وبالتالي تستطيع هذه الهيئة أي اللجنة المركزية أن تحجب الثقة عنه

**■ شؤون فلسطينية**

أو تجددها سواء كأفراد أو كهيئة على ضوء أدائه لوظائفه وواجباته التي تحددها الخطط وبرامج العمل. بهذه الطريقة يكون عملنا الحزبي متكاملاً وليس «بيات شتوي» كما يقولون.. ولا نصل لوضع تكمن الناس فيها لبعض، أو تعيش حالة مكابرة، أو حتى تحويل للقضايا العامة إلى شخصنة للأمور. فعندما لاتوجد مساحة تهبط الأمور ويسوء الأداء.. فمثلاً أنا مسؤول عن المال.. المفروض أن أقدم خطة عمل، ثم في مرحلة لاحقة أن أقدم تقاريري للجنة المركزية، فإذا كانت هذه التقارير بمستوى خطط العمل وطموحات الحزب ستثمن اللجنة المركزية عملي وتجدد لي الثقة، أما إذا كانت عكس ذلك ستقول لي أنك لاتستطيع أن تتحمل عبء هذه المهمة... هذا المفهوم أو الاعتقاد أن عضوية المكتب السياسي راسخة من المؤتمر للمؤتمر يجب أن يزول أو يتغير.. النظام الداخلي أساساً يعطي اللجنة المركزية الحق في التغيير لكنها لم تكن تمارس هذا الدور..

قصدت أن أقول أننا واجهنا عملية نقد شديدة على اللجنة المركزية السابقة سواء من المؤتمرات الفرعية أو المؤتمر العام، ويجب أن نستفيد من هذا النقد الذي لايجب أن يذهب سدى، قد يكون البعض قد أطلق عبارات حادة هنا أو هناك، إلا أن النقد في جوهره كان صحيحاً وموضوعياً. إذ يجب أن تستفيد اللجنة المركزية الجديدة من هذا النقد من أجل تطوير آليات عملها وتحسين أدائها لدورها القيادي..

أيضاً شهد المؤتمر حسم نقطة هامة جداً أخذت الكثير من الجدل والسجالية في السابق وأقصد توصيف طبيعة اللجنة المركزية العامة، هل هي هيئة تشريعية؟ أم هيئة قيادية.. حيث انقسمت الآراء سابقاً فتارة يقال إنها تشريعية ونقطة. وتارة يقال هيئة قيادية ونقطة. الذي أقره المؤتمر أنها تحمل الصفتين في نفس الوقت، فهي هيئة تشريعية لأنها تنوب عن المؤتمر في غيابه، وهي هيئة قيادية لأنها الهيئة الأعلى المنتخبة من المؤتمر.. إذن هي تجمع الصفتين وبالتالي عليها أن تمارس دورها بناء على هوية هيئة تشريعية وهيئة قيادية في نفس الوقت.

لاشك أن هناك نقاطاً عديدة أخرى تتحدث عن موضوع المسؤوليات، ونقد الأوضاع السابقة.. الخ.. لكنني حاولت استعراض أهم مفاصل الورقة التي وضعت أمام اللجنة المركزية الجديدة في دورتها الأخيرة في بداية شهر آب..

● تحدثت عن السلطات التشريعية والتنفيذية.. وهنا يبرز السؤال عن السلطة القضائية أو ما يطلق عليها في الجبهة الشعبية اسم «لجنة الرقابة والتفتيش المركزية» حيث كان هناك

---

● على اللجنة المركزية أن تستفيد من النقد الذي قيل في المؤتمر وقبله من أجل تطوير آليات عملها وتحسين أدائها لدورها القيادي.

● المراهنة الآن لم تعد على الكلمات وقوتها، بل على الانتاجية أي على قدرتنا على الممارسة وإجادة العمل.

---

حديث عن منحها المزيد من الصلاحيات... هل تم هذا الأمر؟

✕✕ حظيت هيئة الرقابة والتفتيش المركزية بدرجة عالية جداً من النقاش في المؤتمر، من جهة كان له طابعه النقدي في ضوء تقريرها عن الفترة الماضية حوالي ست سنوات، ومن جهة أخرى كان هناك شق آخر من النقاش يتطلع إلى دور أكثر فعالية وأكثر تطويراً للرقابة والتفتيش، ولاشك أن هذا النقاش سيعكس نفسه في نصوص النظام الداخلي وخصوصاً أن أهمية الرقابة والتفتيش كهيئة في التسلسل الحزبي تأتي في الدرجة الثانية بعد اللجنة المركزية.. أنا أعتقد أن الرقابة والتفتيش سيكون لها لاحقاً دور متقدم عن الفترة السابقة وخصوصاً على ضوء النقاشات التي دارت في المؤتمر ثم إعادة الاعتبار للجنة الرقابة والتفتيش المركزية عبر توسيع وتوزيع عضويتها. وهذا الدور الجديد يستدعي ضرورة تطوير لوائح الرقابة والتفتيش التي كانت في الفترة السابقة بمستوى ما كان عليه الحال في التجربة السابقة، وهناك بعض الأمور التي يمكن القول انها شاخت ولابد من تجديدها حتى تستجيب لضرورات الحياة ومستوى التطور.. وباختصار أعتقد أن ماحققته هيئة الرقابة والتفتيش من اهتمام في المؤتمر هو شيء حيوي في حياتنا الحزبية، سوف تظهر نتائجه في النصوص من جهة، لكن الأهم من ذلك سيكون في الجانب العملي من جهة ثانية.

● ثمة ملاحظة بأن تجربة الحلقات الثلاث التي اعتمدها لأول مرة المؤتمر الوطني السادس أخذت الكثير من الجهد والانتقاد حيث اضطرت الجبهة لخوض هذه التجربة على جولتين، فضلاً عن وجود إشكاليات مست فكرة المؤتمر كاجتماع يضم مندوبين من كافة المواقع. فهل فكرة المؤتمر بهذه الطريقة ستستمر أم أنها قابلة للتطوير؟

✕✕ كما قلت أنت فهي التجربة الأولى لنا. لم تكن هناك سابقة، وبالطبع لابد من إجراء

---

عملية تقييم لهذه التجربة وهذا ما ستقوم به اللجنة المركزية في دورتها القادمة بهدف استخلاص الدروس، وبالتأكيد سيكون هناك ما يطور في هذه الطريقة والآليات بشكل أفضل في الفترة القادمة، لكن لو لم نبدأ لما كنا قادرين على استخلاص العبر والنتائج.. فالبداية كانت إيجابية، إلا أنها في كل الأحوال قابلة للتطوير بما يوفر أعلى قدر من الديناميكية وأعلى قدر من الديمقراطية.

● سؤالنا التالي حول تركيبة الحزب سواء الطبقية أو الفئوية بمعنى ضرورة التوجه لشرائح معينة كالشباب والطلاب والمرأة والعمال.. هل أخذ هذا الجانب أهمية في المؤتمر؟

✕✕ أكيد حظي هذا الأمر بقدر معقول من النقاش، لكن حتى نكون موضوعيين في المحاكمة، فهذا الموضوع كما أشارت التقارير يجب أن يكون موضع دراسة معمقة، لكن بصراحة فالأفكار التي طرحت سواء بالنسبة للشباب أو المرأة كان فيها درجة عالية من الشفافية والحرص لكن كان فيها ارتجالية أيضاً.. فالمجتمع الفلسطيني يشهد درجة عالية من الحراك والتجدد، وإذا ما وضع هذا الأمر على طاولة البحث والدراسة، فأكيد ستخلص منه إلى نتائج لابد أن تعكس نفسها في البرنامج.. الاتجاه العام في المؤتمر كان بالتشديد على مسألة الترابط بين المهام الوطنية التحررية والمسائل الاجتماعية، فعندما تدخل بالتفاصيل أكثر سوف تجد نفسك أمام كل هذه المسائل سواء عنوان المرأة أو الشباب أو الجامعات.. المنظمات الأهلية، الاتحادات، النشاطات العامة، القوى الاجتماعية.. أي ستجد نفسك أمام سلسلة طويلة من القضايا التي لم نجدها سابقاً بحصة كافية في برامجنا حيث كان الجانب السياسي يطغي بيننا الشق المجتمعي إما غائباً أو باهتاً.. نقاشات المؤتمر السادس كانت متيقظة ومنشدة إلى أهمية أن تصبح هذه العناوين في صلب عمل وبرامج الحزب على الصعيد الميداني.

● تحدثت وسائل الإعلام عن خلافات حادة في صفوف الجبهة الشعبية، تجلت كما يقال في عدم القدرة على انتخاب نائب الأمين العام وتأجيل ذلك.. ما مدى صحة هذا الكلام؟

✕✕ وسائل الإعلام حرة فيما تقول ونحن لانقيدها.. لكن الحقيقة ليست كما وصفت بالخلافات الحادة. فالأمر الطبيعي أن كل عملية انتخابية تحتاج إلى أن تكون مدروسة بشكل يؤمن النتيجة التي تخدم سياسة الحزب.. كذلك لا أحد يستطيع أن يحجر على أحد في عملية انتخابية تجري بشكل ديمقراطي.. ونحن في كل المستويات اعتدنا في العمليات الانتخابية أن يُطرح الترشيح

■ شؤون فلسطينية

المركزي والترشيح الحر معاً.. ففي انتخابات اللجنة المركزية كان هناك ترشيح مركزي وترشيح حر وفي النهاية انتخب المؤتمر القوام الذي قرره، بالنسبة للمكتب السياسي حصل نفس الواقع أيضاً. كذلك بالنسبة لانتخاب نائب الأمين العام. الشيء الذي أستطيع قوله هنا هو أن العملية لم تنضج بشكل كامل، بحيث يكون انتخاب نائب الأمين العام ليس منشأة لأفراد بقدر ما هو متحاز لدور يؤديه نائب الأمين العام وبالمناسبة فهذا الدور مهم، فمن خلال تجربتنا في الجبهة نعرف أن مهمة نائب الأمين العام ليست قضية شكلية، بل مسألة جدية وعمل ومسؤولية. فهذا الموضوع ليس لقباً إنما مهمة. لهذا ارتأت اللجنة المركزية أن تؤجل البت في هذا الموضوع إلى أن يتم انضاجه في فترة قادمة.. ونزيد من التوضيح أشير إلى أن هناك نقاشاً حول أيهما أفضل أن يكون الأمين العام ونائبه في الداخل أم يكون الأمين العام في الداخل ونائبه في الخارج.. وهذا الأمر له علاقة بالقراءة السياسية وليس مرتبطاً فقط بالجانب التنظيمي ولا بالجانب الشخصي.. كذلك هناك رفاق عندهم رأي يقول إن وجود الأمين العام ونائبه في نفس المكان أو نفس الجغرافية أمر له ايجابياته بحيث يكون التشاور والتداول في مختلف القضايا بينهما سهلاً ومتاحاً، لأن الكثير من القضايا التي توضع في ملف المكتب السياسي يسبقها تشاور وخاصة في تجربة الجبهة الشعبية تقليدياً حيث كان الأمين العام ونائبه قريبين من بعضهما بحيث يكمل بعضهما. في كل الأحوال فإن انتخاب نائب الأمين العام متروك للجنة المركزية وإذا ما كانت ستكمل الجانب السياسي أم التنظيمي.

● هل تلخص. لقرائنا ببضعة كلمات الهوية الفكرية للجبهة الشعبية؟

╳ ╳ الجبهة الشعبية تنظيم ماركسي يعتمد المنهج المادي الجدلي التاريخي الذي هو جوهر الماركسية، وهذا الأمر سيتضمنه النص.. في النظام الداخلي حيث ستجد مادة أساسية تتحدث عن هذا الجانب. والأمر هنا ليس نوعاً من الترف الفكري أو الحديث المكابر كما يقول عنها البعض.. لا.. هو قناعة شديدة عبرت عنها المؤتمرات بشكل قوي وواضح، بل وأضافت المؤتمرات بعدم الاكتفاء بمجرد هذا التعريف، بل الإستجابة لما قرره المؤتمر الوطني الخامس في طرح الأسئلة التي لم يقدم عليها أحدود حتى الآن، وبالمناسبة فهي نفس الأسئلة التي طرحها الكاتب السوري عطية مسوح في كتابه «الماركسية وأسئلة العصر» حيث يطرح أسئلة تهم عموم القوى اليسارية في المنطقة العربية بشكل خاص والقوى اليسارية في العالم بشكل عام.. ونحن موقعنا في عالم الماركسية، لذلك

● لا يجوز أن تبقى قضيتنا محاصرة بالمرجعية الأمريكية، واستمرار هذا الحال يعني التخلي أو اضعاف القرارات الدولية التي من المفترض أن نتسلح بها.

● لا زلنا على رأينا بضرورة الامتناع عن تلبية أي دعوة جديدة لعقد كامب ديفيد آخر، لأن ذلك يهدر الزمن الفلسطيني لصالح الاسرائيلي.

كما أشار المؤتمر السادس لايكفي أن نتحدث عن التوصيف والإسم وإنما يجب أن نعطيه المضمون وذلك عبر الإجابة على الأسئلة التي بقيت معلقة في المؤتمر الوطني السادس.

● هل تعتقد أن الجبهة الشعبية خرجت من هذا المؤتمر وهي أقوى من ذي قبل؟ وبكلام آخر هل شكل المؤتمر السادس نقلة نوعية في مسيرة الجبهة؟

╳ ╳ بالتأكيد.. بتقديري إن أي مؤتمر ينجز ومهما أفرزت نتائجه على الصعيد السياسي أو الفكري أو التنظيمي أو الهيئات القيادية يظل من الحالة التي كان عليها الوضع سابقاً.. وهذا بالعلى النسبي.. إلا أن الحكم حول الأقوى أو بقاء حالة المراوحة يحتاج إلى فترة زمنية، على الأقل لنرى مدى الاستجابة لما طرح في المؤتمر وللتعامل معه في الواقع المعاش.. بمعنى أن المراهنة هنا لم تعد على الكلمات وقوتها.. بل المراهنة في الإنتاجية أي على قدرتنا على الممارسة وإجادة العمل بمستوى الأفكار التي طرحناها. الأفكار النبيلة هي أفكار جميلة جداً، المهم أن تكون الخطوات العملية باتساع هذه الأفكار.. هذه المسألة التي عليها الرهان وهي محك الاختبار. هل نحقق ذلك؟.

نحن طامحون جداً إلى أن نكون في الموقع الأفضل وطبعاً لن تجد أحداً يريد العودة للخلف، لكن لابد من ترك الحياة والواقع ليجيبا على هذا السؤال.

● ننتقل للجانب السياسي ونسأل عن رؤية الجبهة الشعبية لتحرير فلسطين للحظة السياسية بعد عقد كامب ديفيد؟؟

╳ ╳ أولاً نحن كجبهة كان رأينا منذ البداية بعدم الذهاب لكامب ديفيد والاستجابة للدعوة الأمريكية التي جاءت أساساً بناءً على طلب اسرائيلي... وخصوصاً أن القيادة الرسمية لـ م.ت.ف كانت قد أبلغت مادلين أولبرايت أنها لن تستجيب لأي دعوة ما لم يطبق الطرف

الاسرائيلي إلتزاماته فيما يتعلق بالمرحلة الانتقالية. الخشية كانت بأن الذهاب الفلسطيني لكامب ديفيد مُحمل بأثقال قضايا المرحلة الانتقالية سيجعله عرضة للابتزاز في القضايا النهائية... فبسان حال الاسرائيليين يقول ممكن أن نتحدث عن اعادة الانتشار بشرط أن نتفق على موضوع القدس، ونستطيع أن نحل قضية المعتقلين بشرط أن نحل قضية الحدود... الخ... لذلك أنا أعتقد أن القيادة الفلسطينية الرسمية وفريقها المفاوض وقعت في خطأ كبير عندما استجابت للدعوة الأمريكية لحضور قمة كامب ديفيد، متخلية عن شرطها السابق القائل بوجوب تنفيذ اسرائيل لالتزاماتها المتعلقة بالمرحلة الانتقالية. وأنا سبق لي أن قلت هذا الكلام في وسائل الاعلام. طبعاً كان التوصيف للقمة اسرائيلية أساساً، لأنهم قدروا أن الضغط على الطرف الفلسطيني سيدفعه لتقديم تنازلات في القضايا النهائية وكان باراك بحاجة إلى أن ينتصار يحضن وضعه الهش داخلياً في المجتمع الاسرائيلي، كذلك كان كلينتون بحاجة لانتصار في كامب ديفيد على ضوء معركة الانتخابات الأمريكية.

إذن نحن كفلسطينيين ذهبنا للمفاوضات ونحن ندري أن الاسرائيليين لديهم تصور والأمريكيين يتبنون نفس هذا التصور، وهذا ما يقودني للحديث عن نقطة طرحناها منذ فترة طويلة وأقصد أنه لا يجوز أن تبقى قضيتنا الفلسطينية محاصرة بالمرجعية الأمريكية، واستمرار هذا الحال يعني التخلي أو اضعاف القرارات الدولية التي من المفترض أن نتسلح بها.

في كل الأحوال ذهب الوفد الفلسطيني وحصلت الاجتماعات في كامب ديفيد، نحن خلاصنا بنتيجة تقول أنه لن يحصل اتفاق، كأنني لن يحصل اتفاق رغم حدوث تسريبات تتحدث عن تفاهمات، أي بمعنى أنه جرت مناقشة قضايا الحدود والأمن والمياه واللاجئين والقدس... إلخ، لكن لم تصل بالمحصلة العامة إلى اتفاق.

النقطة الثانية البارزة هي أن قطاعات واسعة من الشعب الفلسطيني تبلغت بسبب التصريحات المتناقضة من المفاوضين الفلسطينيين، حيث بعضهم تحدث عن نسبة ٨٠٪ من الشوط قد قطعت قد أنجزت، والبعض الآخر قال إن لم يتحقق شيء أو إن الموضوع برمته انفجر على صخرة القدس... ومع ذلك نحن نقول: جيد أنه حصل صمود في وجه الضغط الأمريكي ــ الاسرائيلي وخاصة في القدس واللاجئين، وبصراحة نحن نعتقد أن حق العودة للاجئين الفلسطينيين هي أهم القضايا على الاطلاق. لكن هنا سيبرز سؤال من شقين: هل يمكن أن يتخلى الاسرائيليون عن طرح

تصوراتهم تجاه قضايا الحل النهائي؟ وهل يمكن أن يكون للأمريكان رأي مستقل بعيداً عن الرأي الاسرائيلي؟ الجواب عن الشق الأول يقول نحن نعتقد أن الاسرائيليين لن يتخلوا عن خطوطهم الحمراء ولا ننسوا أن باراك قال عشية ذهابه لكامب ديفيد سأحمل هذه اللاءات معي وأعود بها... أما بخصوص الشق الثاني فمن الواضح تماماً أن الادارة الأمريكية تسوّق البضاعة الاسرائيلية مع تقديم نفسها بأنها المؤهلة الوحيدة للامساك بملف الشرق الأوسط وتقديم الحلول... إذن نحن في معركة مفتوحة، ولازلنا على رأينا بضرورة الامتناع عن تلبية مثل هذه الدعوات لقمة جديدة، لأن ذلك يهود الزمن الفلسطيني لصالح الاسرائيلي، حيث يهود هؤلاء ويستمرون في تنفيذ برامجهم على الأرض ونحن نقف بلا حول ولا قوة... نحن لدينا قناعة بأن ما جرى في كامب ديفيد يمكن أن يكون أساساً لمراجعة سياسية شاملة، تبدأ من المفاوضات الجارية حيث نعتقد أنها يجب أن تتوقف... هذا أولاً، ثانياً يجب تبني موقف حاسم بضرورة إنهاء المرحلة الانتقالية أي اتفاقات أوسلو وما ترتب عليها.

ثالثاً أن نصر على تجسيد إعلان الدولة الفلسطينية بقرار وطني فلسطيني غير قابل للتفاوض أو المقايضة مع اسرائيل أو غيرها، حتى لو أدى الأمر إلى حالة مجابهة مع الاحتلال.

رابعاً: يجب وضع خطة عمل لتوفير شروط تجسيد إعلان الدولة في البنية الداخلية الفلسطينية تبدأ من انتخابات مجلس وطني جديد قد يكون بين قوسين برلماناً للشعب الفلسطيني وانتخاب مجالس محلية، مؤتمرات شعبية... تحضير أنفسنا اقتصادياً، أمنياً... الخ. أي خطط تجعلنا مستعدين لاحتمال مجابهة مع الاحتلال. هذا أمر نحن منشدون له في المرحلة الحالية..

الآن، يلاحظ الجميع أن نتائج جولة أبو عمار تنحو نحو طلب التريث في موضوع ١٣ أيلول، نحن برأينا أن هذا التاريخ يجب استخدامه، علماً أن هذا الموعد أساساً جاء نتيجة لاتفاقات شرم الشيخ التي مددت المرحلة الانتقالية. إذن بات من الضروري أن يعلن المجلس المركزي في هذا التاريخ نهاية هذه المرحلة وما ترتب عنها، والانطلاق لمرحلة جديدة ترسم ملامحها باستراتيجية مجابهة لسطينية نخصت أنا عناصرها الأساسية قبل ليل... إذن من الملح الآن ألا يتحول طلب تريث في ١٣ أيلول إلى تمديد جديد في افاقات المرحلة الانتقالية.

لكن يبدو أنه بات من المؤكد أن ١٣ أيلول لن يهد اعلان تجسيد الدولة وأن هناك نية سب ما أعلن ذلك أكثر من مصدر فلسطيني رجاء ذلك حتى ١٥ تشرين... بل سمعت

---

● الحديث عن الانتفاضة يستدعي توفير مستلزماتها، أي خلق مناخات خصبة في البنية الداخلية الفلسطينية.

● في كل الأحوال يجب ألا نكون فلسطينياً أمام خيار وحيد هو المفاوضات، بل يجب أن تكون لدينا خيارات عديدة.

---

اليوم في إحدى الفضائيات تصريحاً لك يقول أن التأجيل بات مؤكداً؟

✕✕ يبدو أنهم أخذوا ذلك من مقابلة أجرتها معي صحيفة «الحياة» ونُشرت اليوم، لاشك أنهم انشدوا للمعنوان، لكن في المتن قلت بوضوح أنني أتوقع كاحتمال أن يؤجل المجلس المركزي موعد ١٣ أيلول، ثم أكدت على موقف الجبهة القائل بضرورة استخدام هذا التاريخ حتى لو أدى ذلك إلى مجابهة مع المحتل.

● لكن بصراحة هل الطرف الفلسطيني جاهز الآن للدخول في مجابهة مع الاحتلال؟

✕✕ حتى الآن لا أستطيع أن أجزم بأن هناك جاهزية فلسطينية للمجابهة... لماذا؟ لأن هناك الكثير من المسائل الداخلية التي تحتاج لمعالجة قبل الحديث عن انتفاضة... لازال هناك الكثير من النواقص في الواقع الفلسطيني تتطلب أن تتوجه القيادة لمعالجتها، نأخذ على سبيل المثال: موضوع فتح حوار مع كل الاتجاهات السياسية الفلسطينية وهذا ضروري الآن لاراحة الوضع الداخلي الفلسطيني. كيف يتفق هذا مع الاعتقالات السياسية؟. فكيف يمكن للسلطة أن تخاطب القوى الاسلامية وتقول لهم تعالوا لنتحد في مواجهة خطر الاحتلال أو شاركوا في المجلس المركزي وفي نفس الوقت تستمر حملات الاعتقال السياسي. إذن توجد أسئلة حقيقية حول جدية الطرف الآخر... فعندما يكون لديك رؤية صراعية حقيقية مع العدو الصهيوني، سترى أن أولوية يجب ألا تقف عند حدود ٤ حزيران، فالعملية الصراعية هي عملية تاريخية وليست حدودية، إذن هي مفتوحة سياسياً، والمسألة ليست مسألة تواريخ، بل برأينا مسألة مضمون سياسي ينطلق أساساً من الاجابة على سؤال: هل تريد أن يكون لك دولة فلسطينية تتمتع بسيادة حقيقية أم حكم ذاتي يطربوش دولة؟ فإذا أردت دولة بسيادة حقيقية يجب ألا تخضعها للمفاوضة والمقايضة... لذلك نحن

---

نقول أن الحديث عن الانتفاضة يستدعي قبل كل شيء توفير مستلزماتها، أي خلق مناخات صحية في البنية الداخلية سواء فيما يتعلق بالمؤسسات وضرورة تطهيرها من الفساد أو فيما يتعلق بترسيخ الديمقراطية في العلاقات المجتمعية... إذن هناك جملة من العناوين التي تضع اشارات على طريق الاستعداد للمجابهة مع الاحتلال بأي شكل من الأشكال بكل الخيارات المتاحة... في كل الأحوال يجب ألا نكون فلسطينياً أمام خيار وحيد هو المفاوضات بهذه الطريقة، بل يجب أن تكون لدينا خيارات عديدة...

● تحدثت عن الوحدة في مجابهة الاحتلال، ألا تعتقد أنه بات من الملح أن تتقدم الجبهة الشعبية بمبادرة لترتيب البيت الفلسطيني ورص الصفوف؟

✕✕ نحن قدمنا مبادرة بالأوراق التي تضمنتها أوراق الحوار حول ترتيب البيت الفلسطيني، لكننا الآن أيضاً بصدد عقد سلسلة من الاجتماعات مع القوى والفصائل لوضع ورقة تقدم للمجلس المركزي الفلسطيني في اجتماعه القادم... وهذه الورقة ستنطلق من المحاور التي ذكرتها حول رسم استراتيجية للعمل الوطني الفلسطيني ككل، أي ايقاف المفاوضات وانهاء المرحلة الأمريكية الوحيدة للمفاوضات عبر اعادة الاعتبار للقرارات الدولية، وقضية البنية الداخلية الفلسطينية... إذن نحن لدينا رؤية ورأي بهذا الصدد وقد تكررت بعض عباراته في بيانات المجلس المركزي في دوراته الأخيرة ونحن مع التشدد بهذه القرارات حول القربات الفلسطينية فيما يتعلق بموضوعات القدس وحق العودة، والحدود والسيادة والميا؟... هناك خوف من أن تأكل هذه الثوابت عبر تجزئة القضايا كأن يتحول الحديث عن القدس إلى حارات وزواريب أي إلى تفاصيل صغيرة، أو أن يصبح الحديث عن قضية اللاجئين إلى تركيز على خصوصية أوضاعهم في لبنان بدلاً من الحديث عن العودة الشاملة لكل اللاجئين. أو أن يتحول الحديث عن الأرض إلى تبادل أراضٍ... هذه المساعي باعتقادي تهدف إلى إحداث تآكل في الثوابت الفلسطينية، من هنا نحن حريصون على حماية هذه الثوابت كما نصت عليها بيانات المجلس المركزي.

● استكمالاً للسؤال السابق حول المبادرة، ألا تعتقد أن الجبهة الشعبية بحكم علاقاتها ومواقفها السياسية قادرة على لعب دور المقرب أو الجسر بين الأطراف الفلسطينية وتحديداً السلطة والقوى الأخرى؟

✕✕ نحن لسنا جسراً، نحن طرف معني... نحن أثرنا حوارات وأجرينا لقاءات ولنا رأي ووجهة نظر عبّرنا عنها في لقاءاتنا مع قوى فلسطينية عديدة، ولازلنا نسعى لاستكمالها

■ شؤون فلسطينية

للعمل على توحيد الموقف الفلسطيني من سياسة الاستمرار في المفاوضات والراهنة على الادارة الأمريكية... لا شك أنكم سمعتم أو قرأتم البيان الصادر عن قمة كامب ديفيد والذي تضمن خمس نقاط ووقعت عليه الأطراف الثلاثة بما فيها الطرف الفلسطيني. نحن في الجبهة الشعبية ضد هذا البيان حيث تضمن نقطتين خطيرتين الأولى تقول باستمرار المرجعية الأمريكية لعملية السلام أي استمرار الأمور على ما هي عليه، النقطة الأخرى في البيان تقول بعدم الاقدام من طرف واحد على أية خطوة تؤثر على مسار التسوية. والمقصود بطرف واحد دائماً هو الطرف الفلسطيني، وعادة يعتبر الجانب الاسرائيلي نفسه غير معني بذلك، إذا اعتبر أن هذين البندين يتضمنان قدراً كبيراً من التقييد للحركة السياسية الفلسطينية سواء بموضوع المرجعية الأمريكية بدلاً من قرارات الأمم المتحدة ومؤسساتها أو بموضوع عدم الاقدام من طرف واحد والمقصود هنا اعلان تجسيد الدولة.

هذه المسائل تجري عليها الآن حوار مع قوى مختلفة، وسندخل بها المجلس المركزي، فإن وافق عليها كان به، وإذا لم يوافق سوف نطرحها على الشارع والجمهور... فحركتنا كجبهة يجب أن تكون في اتجاهين، شعبي ومؤسساتي وهذا باعتقادي يشكل تقوية وحماية لموقفنا برأي عام وحالة شعبية وخصوصاً أننا نتحرك بمسؤولية وطنية حتى لا يقول أحد أن الوضع فتوي أو حسابات صغيرة لهذا التنظيم أو ذاك... والآن يجري التداول في الداخل لاصدار اعلان سياسي يقدم لكل القوى السياسية والاجتماعية الفلسطينية لعقد لقاءات أو مؤتمرات شعبية... شعبنا الفلسطيني قدم الكثير وعبر عن نفسه مؤخراً بالنزول إلى الشوارع أثناء عقد القمة داعياً لعدم التنازل عن الثوابت ومؤكداً أن طاقاته النضالية مازالت هائلة... هذا الشعب لا يجوز تغييبه عن أي عملية تؤثر على المستقبل الفلسطيني...

● في حال اعلان الدولة أو حصول مواجهات مع الاحتلال... هل ستدخل الجبهة الشعبية في مؤسسات السلطة الفلسطينية... أي بمعنى هل ستشارك في انتخابات المجلس التشريعي أو الحكومة أم ستبقى بعيدة عن ذلك؟

XX سنجيب على هذا السؤال لاحقاً. وسنربط اجابتنا باستعداد الهيئات القيادية الفلسطينية على مختلف المستويات لوضع سياسة واستراتيجية فلسطينية جديدة... أي بمعنى استمرار الحال على ما هو عليه الآن أي

الفلسطينية، فعندما تنهض هذه الحركة و تمت بنهض الوضع العربي، لهذا السبب نحن نعتقد أن البدء يجب أن يكون عبر اعادة تشكيل البعد الوطني الفلسطيني.

● لنتحدث عن القمة العربية، حيث يبدو أن الادارة الأمريكية نجحت في اجهاض هذه الفكرة بعد أن تعالت أصوات مخلصة بعد كامب ديفيد؟ تقول انه اذا لم يجتمع العرب الآن للدفاع عن القدس فلن يجتمعوا أبداً؟

XX نحن ندعو وبقوة لعقد قمة عربية لتلتئم من أجل توحيد الموقف العربي في مواجهة الضغوط الأمريكية والاسرائيلية، قمة تحضن الثوابت وتدعم الانضال الوطني الفلسطيني في مواجهة الاحتلال، قمة تؤكد على وحدة الموقف العربي تجاه القدس وحق عودة اللاجئين والدولة الفلسطينية المستقلة بالسيادة الكاملة والحدود والمياه. وفي هذا السياق نثمّن المبادرة السياسية التي تحركت بها القيادة السورية باتجاه لم شمل البيت العربي وبلا تحفظ على أحد، بما يمكن أن يفسح المجال لخلق وضع جديد يغادر حالة الغيبوبة والانهيار التي تطغى عربياً سواء باتجاه قضية فلسطين أو بالنسبة للحصار الذي يفتك بالشعب العراقي الشقيق... لأن الادارة الأمريكية تلعب دوراً في تعطيل القمة، لذلك نحن نجمل الدول التي تعرقل القمة المسؤولية في أنها تتجاوب للرغبات الأمريكية أكثر مما تستجيب لمصالح شعوبها.

● ما هي الأشياء التي تغيرت في أبو علي مصطفى بعد حوالي العام من وجوده في الوطن؟

XX مازالت المهام هي نفسها، لكني اكتسبت المزيد من المعرفة الأكثر تفصيلاً بالوضع في الداخل من خلال وجودي بين الناس من جنين في شمال الضفة إلى رفح في الجنوب، واجتماعاتي بالطلاب في الجامعات تفيدني كثيراً، وكذلك الاتحادات وغيرها لفهم الواقع على حقيقته وعلى الأرض... لكن يجب الانتباه لعدم فقدان البوصلة، كيف يفهم الداخل الخارج وكيف يفهم الخارج الداخل بحيث نخلق نقطة توازن ولا نقع في تناقضات أو سوء فهم بين الداخل والخارج... وجودي في الداخل عزز معرفتي بالتفاصيل كاملة... كنت أعرف ما يجري عبر التقارير والرسائل التي يرسلها الرفاق والأخبار والقادمون... لكن معرفتي كانت ناقصة وتعمقت الآن...●●

● حركتنا السياسية كجبهة شعبية يجب أن تكون باتجاهين.. شعبي ومؤسساتي لتقوية موقفنا وحمايته برأي عام وحالة شعبية.

● نحمل الدول التي تعرقل عقد القمة العربية المسؤولية في أنها تتجاوب مع الرغبات الأمريكية أكثر مما تستجيب لمصالح شعوبها.

الالتزام بالاتفاقات من أوسلو إلى شرم الشيخ، وحقيقة أن المجلس التشريعي هو افراز للمرحلة القائمة الآن.. والحالة العامة التي لا ينظمها قانون أو دستور ولا انتخابات ولا... ولا... كل هذا يدفعنا للقول أن الجبهة لن تشارك... فالوضع الحالي يحتاج إلى اعادة بناء من جديد.. إذن نحن نرهن اجابتنا على هذا السؤال على بروز سياسة فلسطينية جديدة تغادر اللوحة القاتمة السائدة حالياً.وبالتناسب فإن أحد الأطراف الفلسطينية (حركة فدا) طرح في دورة المجلس المركزي الأخيرة موضوع تشكيل حكومة وحدة وطنية فلسطينية لمواجهة مرحلة ما بعد كامب ديفيد. فكان جوابنا كيف تضعوا العربة أمام الحصان، تعالوا أولاً لنبني مؤسسات ديمقراطية تحصن البنية الفلسطينية وتجعلها جاهزة للمواجهة..

● شاهدنا حالة من الصمت المرعب على المستوى العربي وعلى الصعيدين الرسمي والشعبي أثناء انعقاد قمة كامب ديفيد، حيث لم تخرج ولو مظاهرة واحدة على امتداد الوطن العربي للدفاع عن القدس. وهذا ما يدفعنا للتساؤل عن كيفية استعادة العمق العربي للقضية الفلسطينية؟

XX أنا اعتقد أن مغادرة نهج التسوية الجاري فلسطينياً والارتقاء بدور الرافعة الوطنية الفلسطينية والالتزام ببرنامج وطني شامل سيكون عاملاً مهماً في تشكيل رافعة عربية، وكما تلاحظ فإن تراجع الحركة الوطنية الفلسطينية وتآكل برنامج عمل القيادة الرسمية أضعف وجود حركة شعبية فعالة، لذلك يجب أن نبدأ بأنفسنا وذاتنا، لا تستطيع أن تلوم الآخرين على حالة الضعف التي يعيشونها، ونحن لم نلعب دوراً لتلافي هذا الوضع على الصعيد الذاتي. مع الاشارة هنا لوجود خصوصية للحركة الوطنية