# LOWELL DECL. EX. 9e

■ شؤون فلسطينية

# لا لمفاوضات جديدة وفقاً للحساب الاسرائيلي

عبد الرحيم ملوح

عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين،
عضو اللجنة التنفيذية لـ م. ت. ف

لقد عقدت قمة كامب ديفيد٢، وفقاً لأجندة وحسابات باراك وطاقم المفاوضات الأمريكية الذي ترأسته أولبرايت، اعتقاداً منهم أن بإمكانهم فرض الاتفاق الذي يريدون في الوقت الذي يناسبهم، ولم يتعلموا من فشل لقاء جنيف مع الرئيس الراحل حافظ الأسد، ولم يقيموا وزناً للتحذيرات والتحفظات الفلسطينية، ودفعتهم غطرسة القوة إلى الاعتقاد أن بإمكانهم إملاء الاتفاق وفقاً لحساباتهم السياسية وتوقيتات ساعاتهم الرملية.

فالرئيس كلينتون بحاجة إلى انجاز سياسي ما، ليوظفه في تعزيز فرص حزبه ونائبه آل غور وزوجته هيلاري للفوز بالانتخابات الأمريكية المقبلة، وليستفيد منه في حياته السياسية القادمة، بعد خروجه من البيت الأبيض. وبعد إلقائه نظرة على خارطة العالم، وجد أن المكان والإمكانية موجودة في الشرق الأوسط فألح على قمة القمة بالمكان والزمان اللذين عقدت بهما.

وسعى باراك من وراء القمة لحماية ائتلافه السياسي، الذي تداعى تحت مطالب حزب شاس خصوصاً واليمين الاسرائيلي عموماً، واعتقاداً منه أن بمقدوره بالتعاون مع الادارة الأمريكية فرض اتفاق ما، على الرئيس عرفات وفريقه المفاوض، يمكنه من الذهاب به لانتخابات جديدة.

أما الرئيس عرفات، فانه لم يكن راغباً في القمة، مفضلاً الاستمرار بالمفاوضات بأشكالها وألوانها المتعددة، على مفاوضات قمة كامب ديفيد، وحاول تأجيلها بشتى الذرائع، لكنه لم ينجح، في ظل مطلبه الدائم بأن تلعب الادارة الأمريكية دوراً مباشراً في المفاوضات، إضافة إلى أنه كما كلينتون وباراك، حريص كل الحرص على استمرار عملية التسوية الجارية،

وكان هدفه الخروج من كامب ديفيد بأقل الخسائر الممكنة بعدما تأكد من عدم إمكانية الوصول لاتفاقية ترضيه، ويستطيع إقناع غالبية الشعب الفلسطيني بها.

لقد كشفت الأيام والأسابيع الماضية جل ما حدث في كامب ديفيد٢. والمخفي إن وجد، فالأيام القادمة كفيلة في كشفه. وفي عالم اليوم، وفي المفاوضات بين أكثر من طرف، ليس بإمكان أحد اخفاء ما يجري لفترات طويلة، وساهمت كتابات أكرم هنية بخاصة تحت عنوان أوراق كامب ديفيد، بالإضافة لما سربته الصحافة الاسرائيلية، وبعض المشاركين في المفاوضات من مختلف الأطراف في توضيح الصورة، أن أهم وأخطر ما ظهر من نتائج عن كامب ديفيد٢ يكمن في مايلي: فعلى الصعيد الأمريكي، تراجع الموقف الرسمي الأمريكي ليتطابق مع الموقف الاسرائيلي، وهذا التطابق لم يقتصر على الموقف السياسي العام من المفاوضات ومن القضايا المطروحة بل أنه طال الموقف الأمريكي من مرجعية المفاوضات، ومن قرارات الشرعية الدولية المتعلقة بالقدس والأرض والحدود واللاجئين... وترافق مع هذه التهديدات الأمريكية التي تمس العلاقات الثنائية الأمريكية الفلسطينية ووضعية م.ت.ف، والمساعدات الاقتصادية وصولاً لنقل السفارة للقدس، وبمعزل عن إمكانية الوصول لاتفاق في عهد إدارة كلينتون من عدمها، فإن هذا الموقف دخل في رصيد الحسابات الاسرائيلية وحسابات الادارة الأمريكية القادمة. وسوف تستند له عند متابعة المفاوضات مستقبلاً.

إن هذه الوضعية باتت تملي على الطرف الفلسطيني أكثر من أي وقت مضى، مطالبة الادارة الأمريكية تجديد التزاماتها بقرارات الشرعية الدولية وبمبدأ الأرض مقابل السلام، وليس الجانب الاسرائيلي فقط، قبل العودة لأية مفاوضات جديدة، بمشاركة الادارة الأمريكية في هذه المفاوضات.

لقد مارست الادارة الأمريكية ضغوطاً مركزة على الرئيس عرفات والجانب الفلسطيني من داخل الكامب ومن خارجه،

وأرسلت مبعوثاً خاصاً للمنطقة (ادوارد وولكر) من أجل متابعة هذا الضغط عبر الدول العربية، وشنت حملة على مصر... الخ، وكل الدلائل تؤكد أن هذه السياسة سوف تستمر في المستقبل، الأمر الذي يفرض مواجهتها بتحرك سياسي فلسطيني وعربي فعال.

وعلى الصعيد الاسرائيلي ذهب باراك وفريقه ليأخذ تنازلاً فلسطينياً، عن الحدود والكل الاستيطاني وعن حق اللاجئين في العودة وعن القدس، وبالتالي عن سيادة الدولة الفلسطينية، وتوقيعاً فلسطينياً على انهاء الصراع والمطالب الفلسطينية، مقابل توقيعه على اتفاقية جديدة، لا يعرف أحد متى وكيف سينفذها؛ وللحقيقة يجب القول أن ميزان القوى المائل يشكل فاضح لصالحه، والواقع الفلسطيني الضعيف وتجاربه التفاوضية معه، والواقع العربي المنقسم، والإشارات العديدة التي وصلته، عن عدم قدرة عرفات على الصمود، أمام تضافر الجهود الأمريكية والاسرائيلية في الضغط عليه، إضافة لارتباط بنتائج المفاوضات حصاد حكومته السياسي بنتائج المفاوضات بعد النجاحات التي حققها اليمين الاسرائيلي المتطرف عليه وحاجته لإنجاز كبير يحققه في المفاوضات على المسار الفلسطيني، كل هذا أوصله لاستنتاج أن بإمكانه أن يحقق ما يريد. وكل الدلائل تشير أن مفاوضات كامب ديفيد٢ وما آلت إليه، لم تقنعه بإعادة النظر باستنتاجاته هذه!!! وتراه يعمل لاستعادة ائتلافه الحكومي مع حزب شاس، بعد اتضاح تطرفه وعنصريته ومعاداته لوجود الفلسطينيين كبشر، فكيف الوصول إلى سلام معهم، ليس هذا فحسب بل أن كل المعلومات تؤكد قيامه بهجوم تفاوضي على الطرف الفلسطيني وإطلاق يد يوسي بيلين وبيريز وبنغمابي لأول مرة من أجل التوصل لاتفاق مع الفلسطينيين خلال الأسابيع القادمة. ورسالتهم لنا، أن عدم الوصول لاتفاق ما، مع نفوذ كلينتون من ولاية كلينتون سيضيع الفرصة على الفلسطينيين لأن نفوذ اليمين الاسرائيلي يتزايد، ومن المحتمل أن يسقط حكومة باراك، والادارة الأمريكية الجديدة

ستحتاج لوقت كاف من أجل ترتيب أوضاعها ومعاودة المفاوضات، وهذا المنطق يؤشر إلى أنه بات وظيفة «القيادة الفلسطينية في أذهان هؤلاء هي التنازل عن الحقوق الفلسطينية من أجل حماية عرفات وحكومته من السقوط، ومن أجل إنجاح هيلاري كلينتون وآل غور في الانتخابات الأمريكية!!!؟».

وعلى الصعيد الفلسطيني، فبرغم الارتباك الذي أحدثته تصريحات بعض المسؤولين الفلسطينيين عن الوصول إلى ٨٠٪ من عناصر الاتفاق، وتركز الخلاف حول قضية القدس مما أوحى بأن هناك اتفاقات ما حول القضايا الأخرى، والحديث عن تفاهمات تم التوصل لها على لسان أكثر من مسؤول اسرائيلي وأمريكي... الخ، إن ما أشرع به الفلسطيني، تنفس الصعداء عندما فشلت القمة بالتوقيع على اتفاقية جديدة، لأن كل التقديرات السياسية تشير إلى أن أية اتفاقية سيكون ثمنها تنازلات فلسطينية جديدة وفي قضايا وطنية كبرى هذه المرة، وفي ظل ميزان القوى الراهن، والقضايا موضوع التفاوض لا يمكن التوصل إلى اتفاق بشأنها، على قاعدة الحلول الوسط كما تطالب الادارة الأمريكية. من الزاوية الفلسطينية لأنها تشكل الحد الأدنى من الحقوق الوطنية الفلسطينية، وبذات الوقت فإن الطرف الاسرائيلي ليس جاهزاً أو مستعداً للتسليم بالحقوق الفلسطينية بحدودها الدنيا.

والموقف الفلسطيني الرسمي والمعلن برفض التنازل. والذي لقي ترحيبياً بالاستعداد في الشارع الفلسطيني والعربي بشكل عام، حمل بعض الاشارات والفجوات التي أثارت التشكك والقلق، الأمر الذي يستوجب سدها بسرعة. فالقبول مثلاً بمبدأ «التبادلية» في الأرض والحديث عن نسب معينة، قبل التزام اسرائيل بالانسحاب الكامل لحدود ٤ حزيران ١٩٦٧، وأن التعديلات بالحدود يجب ألا تمس الحقوق الفلسطينية المائية... الخ تعطي الانطباع بالاستعداد للقبول ببقاء الكتل الاستيطانية، خاصة الموجودة فوق أحواض المياه الجوفية والسطحية، وفي قضية القدس فإن الايحاء بالقبول، بضم المستوطنات (جبعات زئيف، وبسغات زئيف، وجيلو، وراموت...) للقدس يفتح الباب أمام ضرب الشرعية الدولية وقراراتها بثلاثة مفاصل أساسية وهي: الانسحاب لحدود ٤ حزيران، وعدم شرعية الاستيطان وعروبة القدس، وفي قضية اللاجئين. فإن الحديث عن أولوية عودة (لاجئي لبنان) قبل الالتزام الاسرائيلي والأمريكي بقرار ١٩٤، يخلق بلبلة في صفوف اللاجئين خصوصاً وبأوساط الشعب الفلسطيني عموماً، وبوحي الاستجابة لفكرة تم

الترويج لها بأن قضية اللاجئين يمكن حلها عبر حل مشكلة لاجئي لبنان، ويمكن القول أن هذه الفجوات وما رافقها من شكوك، وما رافق هذا من تناقض بين الحديث عن الفشل والانخراط المكثف، أمام مختلف الضغوط في كامب ديفيد٢، وفاقم من هذا الأمر بعض التصريحات الموحية بالاستعداد للاستجابة للضغوط الأمريكية والاسرائيلية وغيرها، بعدم اعلان بسط سيادة دولة فلسطين، في منتصف أيلول القادم وفقاً لقرار المجلس المركزي في تموز الماضي، أن المسألة في جوهرها هي انتهاء المرحلة الانتقالية في ٢٠٠٠/٩/١٣، بعدما جرى تمديدها يومياً، وعدم اعلان بقرار سياسي سيادة فلسطينية باعلان قيام دولة فلسطين وعاصمتها القدس. والاستجابة للضغوط الأمريكية والاسرائيلية، باستمرار العيش في ظل الحكم الذاتي وشروط أوسلو بعد انتهاء عمرها الزمني في ٢٠٠٠/٩/١٣، في الوقت الذي تستمر فيه اسرائيل بخلق أمر واقع جديد يومياً، وعدم اعلان بسط سيادة دولة فلسطين على أرضها وعاصمتها، يفتح الباب واسعاً أمام استمرار هذا الوضع، وأمام التحولات من أن يتحول الحل الانتقالي إلى وضع جديد دائم، يلحق الضرر الفادح بالمصداقية السياسية الفلسطينية.

لقد تحرك الرئيس عرفات بعد انتهاء كامب ديفيد٢ بفعالية، وزار عواصم القرار الدولي الاقليمي والعربي، لتوضيح الموقف الفلسطيني، وطالب الدعم والاسناد، في مجابهة الضغوط والتهديدات وفي مقدمتها التحضير لعقد كامب ديفيد٣، والذي يتوجب عدم الذهاب لها مهما كانت الظروف، فتجربة كامب ديفيد٢، وما يمكن مواجهته فيها أكثر من كاف لاقتناع بعدم الذهاب.

وهذا التحرك السياسي على الصعيد العربي والاقليمي والدولي على أهميته وضرورته، إلا أنه غير كاف فالمطلوب مع ومعه، تجديد التأكيد على موقفنا وقراراتنا السياسية بالتمسك بالحقوق الوطنية الفلسطينية في القضايا الأرض واللاجئين والقدس والسيادة الوطنية، وعدم المساس بها مهما كانت الظروف وتصاعدت الضغوط، كما أقرتها مؤسساتنا الوطنية وأكدها اجتماع المجلس المركزي في تموز الماضي. وفي المقدمة حقنا الحصري، غير القابل للمساومة أو المقايضة باعلان قيام دولة فلسطين المستقلة وعاصمتها القدس في النصف الأول من أيلول القادم، وانتهاء المرحلة الانتقالية واتفاقات أوسلو ورفض التمديد لها تحت أي ظرف كان، والانخراط في مهمة اعادة بناء وحدة شعبنا

ومؤسساته الوطنية والشعبية في الوطن والشتات على أسس ديمقراطية حقيقية، والانخراط في عملية جادة لتعديل ميزان القوى يفرض الحقائق الفلسطينية على الأرض لتكريس المضمون السيادي لدولة فلسطين، ومجابهة السياسة الاحتلالية الاسرائيلية كوحدة واحدة.

اننا نمتلك عناصر قوة وعوامل صمود كبيرة وهامة، وعلينا أن لا نتصرف من موقع الضعف الذي لا حول له ولا قوة، وفي مقدمة عناصر قوتنا هذه، أولاً: شعبنا الفلسطيني في الوطن والشتات صاحب الحق والتجربة الغنية والمصمم على استرداد حقوقه الوطنية. وما علينا سوى إطلاق آليات قوته وتفعيلها، بمعالجة مجمل عوامل الكبح المعيقة لها. وثانياً، الشرعية الدولية وقراراتها، نطالب بتطبيق للشرعية الدولية وقراراتها، والتي تعطينا الحد الأدنى من حقوقنا، وثالثاً، موقع قضيتنا والقدس في الوجدان العربي والاسلامي والمسيحي بخاصة ووجدان العالم عامة، كقضية عادلة وقضية شعب له الحق في تقرير مصيره. ورابعاً، وجود كيان سياسي فلسطيني ينمو ويتطور، في وسط الشعب وعلى الأرض، مهما قيل فيه من سلبيات ومهما عاناه من ثغرات فهذا الكيان السياسي به آليات تطوره ونموه الداخلية، والمرتبطة بتطلعات الشعب للاعتاق وللتقدم، ولهذا لا يمكن أن يبقى هكذا، وتجربة الكيانات الشبيهة على مساحة خارطة العالم تدلل على هذا. خامساً، حاجة اسرائيل كمجتمع ودولة للحل بعد أن عجزت عن حل حلها العسكري القائم على التهجير والاحلال، وفشلت في الحل السياسي القائم على الاحتواء في سقف الحكم الذاتي، وهي غير قادرة على المحافظة على طابع دولتها اليهودي في ظل هذا الحجم المتزايد من أصحاب الحق، فلجأت للاعتراف ببعض الحقوق المجزوءة سياسياً وفي الأرض ولكن هذا لم يقنع أصحاب الحق، فهذا الحل السياسي بعد فشل. الحلول الأخرى، وهذا الاشتباك مفتوح ولن يتوقف حتى تأمين الحد الأدنى الوطني من الحقوق الفلسطينية كما عرفها أصحابها: العودة وتقرير المصير والدولة المستقلة وعاصمتها القدس، وسادساً حاجة المجتمع الدولي والاقليمي والعربي لتسوية سياسية للصراع في المنطقة، لضمان الاستقرار والأمن لمصالح هذه الأطراف مجتمعة.

هذه عناصر قوتنا، وما علينا سوى تعزيزها وتفعيلها، بالارادة السياسية. وبهذا نواجه مختلف الضغوط مهما كانت طبيعتها، ونؤكد وحدة شعبنا، ونصل لحقوقنا الوطنية الشرعية ●●

■ شؤون فلسطينية

## كامب ديفيد 2

# تسوية تنفتح على صراع أم حل يمهد لتسوية؟

### عارف سليمان
عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين

لم يكن مقدراً أو ممكناً إنهاء الصراع التاريخي بين الفلسطينيين وعدوهم إسرائيل في غضون خمسة عشر يوماً من المفاوضات المكثفة في كامب ديفيد..ولم تكن الخمسة عشر يوماً كافية لتحويل الصراع القائم إلى سلام دائم... فثمة أسباب وعراقيل كبيرة تحول دون السلام الدائم والحل الدائم...حتى ولو توفرت النية لدى الطرفين، فالرؤية لدى الطرفين مازالت قادرة على كبح النيات والرغبات...

ولكن يمكن القول ان ثمة مسافة بين الطرفين أمكن جسرها في جولة كامب ديفيد، وهي مسافة يمكن قياسها، فإذا تتبعنا وراقبنا وتفحصنا الأمور جيداً أمكن القول ان ما تم التوصل إليه بين المتفاوضين من «توافق» يصل إلى مسافة ثمانين بالمائة من مسافة الرؤية والخلاف، ومسافة الخلاف هذه المرة لا تتعلق بالجزئيات أو بالأمور الانتقالية أو الشكلية أو الإدارية.. إنما تتعلق بالأمور الجوهرية التي على أساسها بدأ الصراع ولم ينته فقضايا مثل اللاجئين، والقدس، والحدود والمياه والمستوطنات وارتباطها بحق العودة والأرض والسيادة هي أمور بدون شك خلافية كبيرة وعليها يستمر الصراع أو يتوقف...

وقد يكون مبالغاً فيه، أو مجافياً للحقيقة القول ان كامب ديفيد قد فشلت، فالفشل لايتعلق بتوقيع الاتفاق من عدمه. إنما يتعلق بحجم المسافة التي لم يتم جسرها بين الطرفين. فإذا صحت التقديرات والتحليلات التي تقول ان المسافة التي لم يتم جسرها لاتتعدى الـ20% فإن الفشل في هذه الحالة نسبي بمقدار التقدم على بعض القضايا وعدم التفاهم على القضايا الأخرى، وعليه لابد من نزع وإبعاد الاسقاطات العاطفية عن العملية السياسية الجارية. فكامب ديفيد ليست إلا امتداداً ومحصلة لأوسلو وتداعياته حتى محطة استوكهولم التي مهدت لكامب ديفيد.. وهي أيضاً ليست إلا جولة مهمة في إطار العملية السياسية الجارية منذ عقد من الزمان... وفشلها لايعني ان العملية السياسية قد توقفت أو فشلت أو صدات آلاتها.. إنما هي الآن لا تعمل بطاقتها القصوى، ولم تستطع حتى اللحظة إنتاج البضاعة الأجود والأفضل. بينما يجري العمل على تحسين أدائها في الغرف المظلمة عبر رعايتها وعبر ابتزاز طرفها الفلسطيني والضغط عليه لتقديم أفضل التنازلات.. وعليه فالعملية السياسية لم تنته وظيفتها بعد، وهي وظيفة ربما من أصعب وظائف العمليات السياسية في القرن العشرين...

وبسيط يمكن القول ان نجاح كامب ديفيد أو العملية السياسية الجارية سيعني بإطلاق ان الجانب الرابح استراتيجياً هي إسرائيل مهما قيل عن حجم تنازلاتها..! فإسرائيل تتنازل عن أراضٍ أو مساحات مستولى عليها قبل ثلاث وثلاثين عاماً.. ومقابل ذلك ستحصل على تنازلات ومزايا فلسطينية لم تحلم بها مسبقاً...

وصحيح أيضاً ان الفلسطيني قد يريح بالمعنى التكتيكي..ولكنه بالمعنى الاستراتيجي والتاريخي قد يخسر الشيء الأهم..لأول مرة في التاريخ القديم والحديث يأتي طرف فلسطيني يشرع ملايهم عنوة أو بخياره.. ووفق اتفاق تاريخي ودولي...

فالحق الفلسطيني سقفه «فلسطين التاريخية وعودة اللاجئين وفق قرار 194، وسقفها الأقل والشرعي فلسطينياً «حق العودة وتقرير المصير وإقامة الدولة الفلسطينية على أساس قرار 181 أو أراضي 67.. ومادون هذين السقفين..فهو تنازل فلسطيني...

وبالتالي فإن أي تسوية أو اتفاق يطال موضوع اللاجئين دون عودتهم هو في جوهره تنازل استراتيجي لإسرائيل، وإزالة لأهم عقبة أمام إسرائيل تواجهها منذ خمسين عاماً..وتنهي المسؤولية السياسية والأخلاقية والقانونية عن كاهل إسرائيل في موضوع اللاجئين الذي لازال يحظى بأهمية بالغة لدى الرأي العام العالمي... وصحيح ان الجانب الفلسطيني لم يوقع اتفاقاً، ولم يعلن اتفاقاً مع إسرائيل، ولكن الصحيح ان ماتم تناوله من مصادر شتى حول إمكانية تسوية موضوع اللاجئين عبر قبول الرؤية الإسرائيلية سواء كما هي أو محسنة وذلك عبر عودة بعض اللاجئين في إطار جمع لم الشمل للعائلات، ولا يتجاوز هذا الأمر بضعة آلاف نسمة.. ورصد مبالغ مالية لتأهيل اللاجئين في أماكن إقامتهم أو في بلدان أخرى وغيره من التعويضات وإنشاء الصناديق المالية لهذا الغرض.. يعد مؤشراً خطيراً وجهاً لوجه أمام مساومة تاريخية لا يسلم من عارها الفلسطيني حتى بعد ألف سنة قادمة.. وهل سلم أبو عبد الله الصغير أمام مساومة التاريخية بشأن غرناطة مع ملك قشتالة مع الفارق النوعي في المقارنة.

إن أي تنازلات فلسطينية مادون سقف قرارات الشرعية الدولية مقابل إقامة دولة فلسطينية لايمكن فهمها إلا في إطار فقدان الفلسطيني للبوصلة التي ترشده إلى أهدافه. فالدولة الفلسطينية ليست غاية في حد ذاتها، حتى نحصل عليها بأي ثمن.. إنما هي هدف وكيان وطن وسيادة وسيلة يحقق فيها الشعب الفلسطيني هويته، ومواطنيته الكاملة، وكرامته، وسعادته على أرضه، إنها هي حلمه على مساحة التاريخ الفلسطيني حق بهذا المعنى فالدولة الفلسطينية حق

سيادي خاص وقرار وطني مستقل للشعب الفلسطيني وليس منحة ضمن اتفاق أو تنازلات متبادلة..!! وهنا قد تبدو المقارنة موضوعية وهادفة في آن خيارين:

أيهما أفضل للشعب الفلسطيني، دولة فلسطين بقرار وطني مستقل وإرادة وطنية خالصة على الأرض الفلسطينية سواء الذي انحسر عنها الاحتلال أو التي لازالت محتلة، ودون اتفاقات أو تنازلات تكتيكية أو تاريخية، وهي بهذا المعنى ستكون دولة منقوصة السيادة بفعل استمرار الاحتلال على أراضيها، ومحاصرة لحدودها ومعابرها، واقتصادها.. ولكن ستحظى باعتراف أغلبية دول العالم بها، وستظهر على خارطة العالم بالتدرج، وستحقق سيادتها، وتعود أراضيها المحتلة، ويتوحد عليها شعبها عبر نضال مستمر..و بدون اتفاق إذعان وبدون نكوص للحقوق التاريخية..

أم خيار دولة فلسطين ضمن اتفاق إذعان فيها نصف السيادة ونصف الأرض ونصف الشعب، ونصف القدس، وتبادل بخس للأراضي٩:١.....!! وربما تبادل للسكان... !!

دولة محصورة بين وجود الاحتلال في غور الأردن..وبين الكيان..دولة ضمن صفقة تاريخية ينتهي فيها الصراع، وتموت الحقوق التاريخية، وتزول المسؤولية الإسرائيلية عن مأساة الشعب الفلسطيني عن كاهل العدو الصهيوني..

أيهما أفضل للشعب الفلسطيني دولة تبنى طوبة، طوبة.. أم دولة تعطى بقرار واتفاق وفق مقاييس الآخر...؟

ويتبدى سؤال التداعي..هل القيادة الفلسطينية قادرة على أخذ القرار الوطني المستقل «ولطالما تحدثت عن قرارها الوطني المستقل» أم أنها لازالت تناور دون أن تتضح أمامها محاسن ومخاطر الخيارات... أم أن المشكلة عندها أعقد من ذلك..وتتعلق بطبيعة الرؤية للتسوية. ومستوى المطالب والأداء التفاوضي... مما جعل الطرف الفلسطيني يرتكب خطأ فادحاً حين فاوض الإسرائيلي.. من مستوى هابط من المطالب / الرؤية، في حين أن الطرف الإسرائيلي بدأ يفاوض من مستوى أعلى ومتقدم من المطالب / الرؤية.. وهذا ما جعل القيادة الفلسطينية محكومة مسبقاً بتقديم تنازلات مجانية، وحين الحديث عن التسوى الهابط بالطالب إرتباطاً بالرؤية للحل، فإننا نعني أن الطرف الفلسطيني صاحب أعدل وأحق قضية لم يضع إطاراً مرجعياً لتفاوضه مع إسرائيل فلا تمسك بالمرجعية الدولية للتفاوض وهي قرارات

الشرعية الدولية ١٨١، ١٩٤، ٢٤٢ وغيرها..ولا أوجد مرجعيات قانونية أو مؤسساتية غيرها... إنما. قبل بترك الأمور تسير وفق قدرات الطرفين في فن المناورة وتسجيل النقاط..!! مما جعل الطرف الإسرائيلي المقتدر أصلاً أكثر قدرة واحتمالاً.. من الطرف الفلسطيني على فن المناورة بحكم أنه لاينتزل إلا من رصيد الفلسطينيين، وبحكم التأييد الأمريكي الفاضح له، وبوضوح الرؤية الإسرائيلية للحل الشامل والتمسك بها من قبله، وبحكم حضور وقوة الاحتلال على الأرض الفلسطينية.

وحين يبدأ الفلسطيني التفاوض بمستوى أقل من قرار الشرعية الدولية ١٨١ والذي بموجبه أعلن عن وثيقة الاستقلال بالجزائر عام ١٩٨٨، وبمستوى أقل من قرار الشرعية الدولية ٢٤٢ الذي طالما تمنعت م.ت.ف في قبوله، وطالما سعى الغرب وأمريكا وإسرائيل بإقناع م.ت.ف بقبوله، وبمستوى أقل من قرار الشرعية الدولية رقم ١٩٤ بشأن موضوع اللاجئين، وبمستوى أقل من عشرات القرارات الدولية بشأن القدس والقضية الفلسطينية.. فالأمر لا يعدو إلا أن يكون هبوطاً في الأداء إرتباطاً بقصور الرؤية، مهما كان الحديث عن اختراقات للموقف الإسرائيلي..

والأمر مختلف تماماً مع الإسرائيلي حين يبدأ من المستوى الأقصى والنقطة الأعلى في مطالبه، فهو يفاوض بمستوى أعلى من كل قرارات الشرعية الدولية، مما مكنه من إبعاد الفلسطيني تماماً عن الحوار أو النقاش أو التفاوض عن أراضي ٤٨ وتم حشره في مستويات أقل من الشرعية الدولية، وهنا فقد



سجل الإسرائيلي نقطة لصالحه قبل أن يبدأ التفاوض حيث أمن لنفسه الشرعية الفلسطينية بشأن أراضي ٤٨ وعدم التفاوض بشأنها..ثم باشر بحصار الطرف الفلسطيني في النقاش والحوار حول جزئيات دون قرار ٢٤٢، وتم تجزئة الأرض، وتجزئة القدس وتجزئة اللاجئين، وتجزئة الحدود والمياه والمستوطنات أي أن كل شيء قابل للنقاش والحوار كلٌ على حدة وليس كقرار ٢٤٢ ككل واحد لايتجزأ.. وهنا يمكن القول أيضاً أن ماتم من مقدمات تفاوضية حتماً رسخت النتائج ربما الكارثية....

ثمة حقيقة لابد أن يدركها المفاوض الفلسطيني، والقيادة الفلسطينية أن إسرائيل مازالت تنقصها الشرعية..فالشرعية الدولية التي أمنتها لنفسها عام ٤٨ وما بعدها لم تكن كافية لإعطائها صفة الدولة الطبيعية في المنطقة، والشرعية الدولية التي أمنتها لنفسها بعد كامب ديفيد الأولى لم تجعلها بعد دولة طبيعية ومقبولة بالمنطقة.. بل لم تمنحها هذه الشرعية الدولية والعربية أمناً وسلاماً واستقراراً... إنما وحدها الشرعية الفلسطينية التي قد تؤمن لها صفة الدولة الطبيعية، وتؤمن لها ربما الأمن والاستقرار والقبول في المنطقة.

وعلى الطرف الفلسطيني أن يدرك هذه الحقيقة، وأن إسرائيل بحاجة إلى هذه الشرعية الفلسطينية التي توازي في ضرورتها وأهميتها ودلالاتها كل الشرعيات الدولية والعربية.

فهل تستطيع القيادة أن تدرك حاجة إسرائيل هذه؟ وترفع من مستويات تفاوضها.... ومطالبها ●●

شؤون فلسطينية

ليلى خالد للهدف :

# الانتفاضة تصحيح لمسار التاريخ الفلسطيني ودليل فشل خيار التعايش والتفاوض مع العدو الصهيوني



⊚ شكلت المناضلة ليلى خالد نموذجاً لنضال وإرادة المرأة الفلسطينية في مسيرة المقاومة والكفاح الوطني، وبعد مرور 31 عاماً على عملياتها الفدائية واختطافها لعدة طائرات، لا زالت ليلى تناضل مع شعبها بكل السبل وجميع الساحات، وتعتقد بشكل جازم أن الكفاح المسلح والنضال بل والاشتباك المباشر، هو لغة الحوار الوحيدة مع العدو الصهيوني. مراسل «الهدف» أجرى الحوار التالي مع ليلى خالد عضو المجلس الوطني الفلسطيني، وعضو اللجنة المركزية للجبهة الشعبية والتي رفضت الإقامة في مسقط رأس زوجها قلقيلية ما دام جندي صهيوني يدنس أرض فلسطين .

---

وانطلاقة جديدة في مسيرة المقاومة التي لا يمكن أن تتوقف ولن تتوقف إلا بدحر الاحتلال وعودة اللاجئين وأقامة الدولة الفلسطينية المستقلة وعاصمتها القدس .

**س: من خلال تجربتك، ما هو المطلوب فلسطينيا للحفاظ على ديمومة الانتفاضة وتصعيدها وتعزيزها وصولا للأهداف والثوابت التي تحدثت عنها؟**

ج: مقومات ديمومة الانتفاضة هي أولا فلسطينية، وأعتقد أن تعزيز الوحدة الوطنية وترتيب البيت الداخلي وتحديد أهداف سياسية واضحة للانتفاضة الفلسطينية هي الطريق الصحيح لتحقيق أهداف شعبنا العادلة والمشروعة، وإفشال المؤامرات الخطيرة التي تستهدف إجهاض الانتفاضة. أن انتفاضة الأقصى انطلقت لتصحيح مسار التاريخ الفلسطيني المعروف بأنه تاريخ نضالي في مواجهة المشروع الصهيوني المعادي للوجود الفلسطيني والتطلعات الوطنية لشعبنا، ولتؤكد فشل الرهان على مسار التسوية الذي لم يحقق على مدار سبع سنوات ومنذ بدء مفاوضات مدريد على مدار سبع سنوات أبسط الحقوق الفلسطينية. عايشنا الاتفاقات المذلة والمجحفة ولم نجن منها سوى المجازر والأجرام والتهويد والمؤامرات، ولكن جاءت الانتفاضة الثانية لتعيد المسار الذي اختطه شعبنا كمرتكز أساسي. لذلك فإنها تحمل رسالة واضحة بعدم إمكانية التعايش مع الاحتلال وجاءت لتقول آخر مرة لندحر الاحتلال، ولن نعطيه فرصة أخرى، فكل الرهانات سقطت وكل الحلول جربت، ولكنها جميعاً لم تخدم إلا الاحتلال ومشروعه التصفوي.

أن انتفاضة الأقصى يمكن أن تستمر وتحقق أهدافها، رغم كل ما استخدمته الدولة العبرية من وسائل لإجهاضها، إذا توفر العامل السياسي وتم تحديد الهدف السياسي بشكل واضح، والتعامل الواقعي مع الانتفاضة ورفض كافة أشكال التفاوض مع الدولة العبرية، لأن ذلك يحدث إرباكا في

**س :ليلى خالد باعتقادك إلى أين تسير الانتفاضة؟ وهل ما يجري في فلسطين تمهيد لمخطط خطير أم إعلان الكفاح حتى تحقيق الأهداف والثوابت الوطنية؟**

ج: أعتقد أن شعبنا يواصل مسيرة و درب الكفاح والمقاومة الذي لم يتخلى عنه يوماً، ولم يراهن على غيره منذ بدء مسيرة المواجهة مع المشروع الصهيوني ورسالة الانتفاضة أثبتت بشكل قاطع استحالة التعايش مع الكيان الصهيوني إلا وفق إرادته ومشروعه المعادي لوجودنا وتاريخنا وحضارتنا ومستقبلنا، فبعد مدريد وأوسلو وما تبعها من اتفاقات وتنازلات خطيرة، ثبت بالقطع أن الاتفاقات المجحفة لم تحقق أدنى حقوقنا

بل أنها منحت العدو القدرة لتوسيع ومضاعفة الاستيطان وتوسيع دائرة عدوانه. سبع سنوات من التفاوض «والسلام» كانت كافية لتقول لكل من راهن على الراعي « النزيه « أمريكا، أن هذا العدو لا يمكن أن يصبح جاراً أو صديقاً أو يتغير. وأن الخيار الوحيد لانتزاع حقوقنا وثوابتنا وتجسيد أهدافنا هو خيار المقاومة والكفاح، وقد أكد شعبنا خلال سبعة شهور أن طاقاته وقدراته كبيرة وعظيمة، واستعداده للتضحية والفداء لا يوقفه حصار وتجويع واغتيالات وعدوان. ما يجري في فلسطين إعلان عن رفض شعبنا لكافة الحلول وإلغاء لجميع الاتفاقات،





الشارعين الفلسطيني والعربي، لأنه عندما نطالب العالم العربي بوقف العلاقة مع الدولة العبرية وتشكيل لجان مقاومة التطبيع، فعلينا أن نوقف خط التسوية والتفاوض مع الدولة العبرية، التي تتفن في قمع شعبنا وحصاره وتدميره. المطلوب منا الحذر من التعامل مع الانتفاضة بنهجين الأول ميداني نضالي يثور ويتحمل الإرهاب والقمع ويناضل بكل السبل، والثاني ما زال يراهن على التفاوض مع العدو. يجب إعلان موقف واضح، مع الحذر الشديد من استخدام الانتفاضة كورقة تفاوضية لان هذا التوجه يشكل خطرا بالغا عليها والمطلوب تعميق الوحدة الوطنية وتصعيد الانتفاضة وتطويرها وتعزيزها، وابتداع المزيد من أشكال النضال الشعبي والميداني حتى تتمكن الانتفاضة من فرض شروط شعبنا على الدولة العبرية وفي مقدمتها الانسحاب من الأراضي المحتلة .

**س: الانتفاضة أبرزت وحدة وطنية شملت كافه القوى والفعاليات، وصهرت المعارضة والسلطة في بوتقة المقاومة والانتفاضة، فما هو المطلوب لتعزيز وتوطيد الوحدة وتعميقها حفاظا على الانتفاضة ومسيرة المقاومة؟**

ج: الإنجاز الأكبر للانتفاضة، هو حشد كافة الطاقات والقوى والفصائل في صف واحد، تجسد في وحدة كافة القوى الوطنية والإسلامية. وهذا شرط أساسي لتحقيق الانتصار في هذه المعركة، فسلاح الوحدة من أهم أسلحة المواجهة والكفاح والصمود الذي يحدد الرؤية السليمة ويمنع الكوارث والانتكاسات ومنع تكرار ما حدث في الانتفاضة الأولى. المطلوب من القوى الوطنية والإسلامية رفع وتيرة التنسيق والتلاحم الوطني، وصولا لرسم برنامج عمل يمكنها من قيادة جماهير شعبنا في الميدان للدفاع

عن الحقوق ودماء وتضحيات الشهداء، وتعميق الاشتباك اليومي مع العدو. فلا يجوز بعد كل هذا النضال والتضحية وشلالات الدم أن يتحول الاشتباك مع العدو الذي يعتدي علينا بكل السبل لاشتباك على الطاولات. فقد سقط خيار التفاوض وثبت بشكل واضح أهمية المواجهة والكفاح المسلح والانتفاضة الشعبية. لذلك المطلوب من السلطة الوطنية إغلاق ملف التفاوض خاصة في ظل حكومة السفاح شارون، والتركيز على ترتيب البيت الفلسطيني وتفعيل الانتفاضة، بما يضمن أن تكون كافة القوى مشاركة في صنع القرار السياسي للوصول بجماهيرنا للأهداف المطلوبة، وضرب الاحتلال بكل قوة وفي كل مكان وتكبيده الخسائر وبحره .

**س : التحرك العربي توقف , لجان المقاطعة بقيت حبرا على ورق , فكيف يمكن تحريك الشارع العربي لدعم الانتفاضة ؟**

ج: لعبت الولايات المتحدة دورا كبيرا في التأثير على الموقف الرسمي العربي، والذي كان لإجراءاته التي اتخذت بحق القوى العربية تأثيرا على تراجع

فعالياتها، لذلك فتحريك الشارع يتطلب وقفة جادة ومسؤولة في مواجهة أمريكا، التي عبرت خلال الأشهر الماضية عن انحيازها المطلق للدولة العبرية والذي شجع حكومة شارون على المضي في خطة المائة يوم. بل أن مضاعفة أموال الدعم المقدمة للدولة العبرية وإحباط صدور قرار الحماية الدولية في مجلس الأمن يؤكد أن الولايات المتحدة لا يمكن أن تكون راعيا نزيها للمفاوضات وعملية السلام. «السلام» المطروح أمريكيا وعبر المبادرات المختلفة يخدم المصالح الاسرائيلية ويستهدف إجهاض الانتفاضة. أن الانتفاضة حركت الشارع العربي ودفعت جماهيره لتصطف مع شعبنا في مواجهة المخططات المعادية. وبالتالي، فان ديمومة الانتفاضة كفيلة بحشد المزيد من التحرك الشعبي العربي الذي ينبغي الحفاظ عليه لان هذه الجماهير بعدنا الاستراتيجي، وهذا البعد علينا أن نستثمره ونفعله من خلال الوحدة والتلاحم والصمود والتحدي ليكون أداة فاعلة في الضغط نحو موقف عربي فاعل يقدم للانتفاضة إمكانية الاستمرار والانتصار على العدو الصهيوني.

كلمة
العدد

# أي الحصارين أشد وأخطر؟

◎ السؤال: بعد انقضاء الأيام التسعين من روزنامة شارون، هل حظي بتحقيق إنجاز المهمة المطلوبة (الأمن أولاً وأخيراً)؟

أم أن مظاهر مأزقه بدأت تتفاعل في الداخل الإسرائيلي؟ لم يعد خافياً على أي مراقب أن شارون وحكومته بدأوا يظهرون المعاناة والإخفاق من عدم قدرتهم على كسر شوكة الانتفاضة (اعتراف شارون العلني بالفشل أمام ممثلي غرف التجارة والصناعة).

وهنا كانت تدور المعركة وبالذات مع الحكومة الشارونية، من يكسر حلقة من بالأول؟ لقد حان لنا قطاف الثمرة الأولى من هز حكومة شارون على طريق إسقاطها، لفتح جرح جديد في جسم الاحتلال، يدفع سؤال إلى متى؟ وكيف الخلاص؟ إلى المقدمة، إلى الداخل الإسرائيلي.. بحيث يفهم كل إسرائيلي، أن لا خلاص لـه ولا أمن ولا سـلام، إلا بـخـلاص الشـعـب الفلسطيني من الاحتلال ومستقبله؟.

فما الذي حدث ليوضح السؤال في الخلف، بدلاً من دفعه للأمام؟ الذي حدث هو أن الإدارة الأمريكية، وبدون أوروبي مساند، وضغط إقليمي مرفقاً بالتلويح والتهديد بالقوة العسكرية الإسرائيلية، استخدمت ثقله لإنقاذ مرتكزين:

المرتكز الأول: الحفاظ على ما يسمى بمسار التسوية «أو عملية السلام كما يحبون القول» التي باتت تتهاوى تحت ضربات الانتفاضة كما والتجربة لم تحقق للشعب الفلسطيني الحدود الدنيا من الحقوق ولا السيادة ولا حتى الأمان. والإدارة الأمريكية وحلفائها يدركون معنى ذلك ودلالاته على عموم المصالح والنفوذ في المنطقة، قبل أن يكون محصوراً بالجغرافيا الفلسطينية.

المرتكز الثاني: حفظ مكانة حكومة شارون، وحقها في استخدام القوة، لحرمان الفلسطينيين من تحقيق نصر تكتيكي، سيترتب عليه بناء معادلة جديدة خارج حسابات التسوية الأمريكية – الإسرائيلية، بل وبناء نقيضها المادي والسياسي والمعنوي.

من هنا تشكلت عناصر الحصار الأخطر، حيث لم يعد الحصار سلسلة إجراءات على الأرض، بل انتقل إلى المجال السياسي،

منذ أطلق شارون شعاره الانتخابي، ثم بعد فوزه برئاسة الحكومة الصهيونية، أصبح، توفير الأمن الشخصي والجماعي للإسرائيليين، ركيزة برنامجه الحكومي، وهو يعمل على خنق الإرادة الوطنية الفلسطينية المجسدة بالانتفاضة والمقاومة للاحتلال، ساعياً بكل ما أوتي من قوة لإنجاز هذه المهمة في الفترة المحددة (خطة المائة يوم وحسب وعده) ، والتي سبق لباراك من قبله أن أسماها (حقل الأشواك) واتبع البعازر وزير دفاعه مقولة شارون بما يسمى بخطة الحلاقة.

باستخدام كل وسائل القتل، والتدمير والحصار، سارت الفاشية الصهيونية، اعتقاداً منها أنها بذلك ستحقق أهدافها، والتي لا تنطوي على رؤية سياسية لتسوية أو حل، بقدر ما هي صادقة مع ذاتها بالاندفاع الجماعي المسنود باليمين الأصولي، وبهجمية قطعان المستوطنين بتطبيق مقولة الردع والقوة، مؤملة (إن أنجزت هذه المهمة) أن تضع ورقتها الرديئة على طاولة البحث، بتأييد الحكم الإداري الذاتي على الفلسطينيين «في المناطق» كما يسوغ لهم القول ويطلقون على الضفة والقطاع، لا يتجاوز 42% من الأرض، بدون سيادة، بل تحت سيادة الاحتلال.

بالسعي لإعادة الأمور إلى ما كانت عليه قبل الانتفاضة بوضع شرم الشيخ ومن ثم المبادرة المصرية– الأردنية، ومن ثم تقرير ميتشل يتشبث على جدول الأعمال، وبإجمال الحال ضمن الحلقة الأمريكية– الإسرائيلية وإخضاع الكل لها، الأمن أولاً حسب وثيقة تنيت أو ما سماه البعض «تفاهم». إنها العودة للتعاطي مع بضاعة فاسدة من جهة، وتسيد البضاعة الإسرائيلية من جهة ثانية ووضعها في مقدمة الروزنامة (الأمن للإسرائيليين). والسؤال الذي يطرح نفسه من الجميع وعلى الجميع، كيف تصرفت السلطة أمام هذا الاندفاع الأمريكي المسنود بكل الأدوات المحلية والإقليمية والدولية؟

إنها استجابة مدموغة بالخوف من جهة، وبالوهم من جهة ثانية، بدأت من بيان 2 حزيران وأسست للموافقة على مقترحات تنيت في 12 حزيران، ومهما قلنا عن عناصرها الهشة (بحكم موضوعية التناقض مع الاحتلال) فهي تؤسس لتنازلات جديدة وفتح شهية العدو على جدولة مطالبه ما دام التلويح بالعصا الغليظة يؤدي الغرض، وهي بحيازته دوماً، فلماذا لا يلوح بها قبل استخدامها لتحقيق ذات الأغراض. الأمر الذي بات يظهر أن خطر حصار الاتفاقات والتفاهمات أشد وأخطر من حصار الطرق.

والخوف بماذا تجسد وعلى ماذا؟ إنه محصور بين الاستجابة السياسية وتدمير السلطة «كما أشاعوا» مع أنها ليست مهمة ملحة لا للإدارة الأمريكية ولا لشارون، لأن العنوان مطلوب ومطلوب أن يكون ضعيفاً ومستجيباً وقابلاً للمقترحات المتلاحقة والهابطة دوماً عما قبلها، من شرم الشيخ حتى تنيت. وحتى اللحظة لا نعتقد أن الإدارة الأمريكية قررت إلغاء العنوان المطلوب حكماً لحفظ مسار أوسلو بل ما هو أدنى منه.

أما الوهم فقد أشاعته جوقة من المروجين في تبرير الاستجابة، عبر نشر وهم القول أننا لا نوقع التفاهم إلا مقروناً بالجدولة السياسية، إذاً هو إقرار بأن ما تم ليس سياسة بل أمن وفق المعايير الإسرائيلية، حتى لو وصل بأقصاه بالعودة إلى /28 9 فهو أمن وليس سياسة، لأن السياسة بالنسبة للانتفاضة مقرونة بوضع روزنامة نهاية الاحتلال وليس بالعودة للتعايش تحت الاحتلال ومع الاحتلال. وهذا ينطوي على ملاحظة أمرين باتا واضحين بالنسبة للسياسة الشارونية:

**أولاً**: استمرار الضغط على الشريان الفلسطيني بكل الوسائل التي لا تغير من الوقائع على الأرض، بل تزداد بشاعة. بهدف أخذ تنازلات تلبي الغرض الأمني الإسرائيلي، ودفع الأمور نحو إحداث شرخ في الحركة الفلسطينية كمقدمة لإجهاض الانتفاضة.

**ثانياً**: عدم إفساح المجال لفرصة ما للسلطة الفلسطينية بوضع جداول زمنية سياسية كما يتوهم البعض، بل إغلاق كل طريق تؤدي إلى طرح المسألة السياسية (رغم عدم مراهنتنا على تحقيق ما يرضي حتى لو انفتحت الطريق نحوها في ظل وقائع قائمة). وسيبقى شارون (متبعاً طريق من سبقوه في كسب الزمن) يداور ويناور ويبدأ العد من جديد، دون السماح بتجاوز أولوية الأمن الإسرائيلي.

السؤال الأخير، ما العمل حتى تحقق الانتفاضة أهدافها بدحر الاحتلال والاستقلال الوطني؟ هنا لا بد من:

1– الإصرار على التمسك بالانتفاضة الشعبية طريقاً لتحقيق هدف الخلاص من الاحتلال.

2– الاستمرار بمقاومة المحتلين وقطعان المستوطنين وتدمير كل أمل أمني عندهم من خلال إدامة الاستنزاف في صفوفهم.

3– الحفاظ على علاقات الوحدة الوطنية الميدانية والسياسية باعتبارها القوة الجامعة لطاقات الشعب لتحقيق الأهداف الوطنية.

4– تحصين الساحة من أي تلاعبات صراعية دموية انقسامية، وحفظ حق الاختلاف السياسي مع خطاب السلطة الرسمي، الذي لا يتلاءم مع الإرادة والآمال الشعبية الفلسطينية. والتركيز على التناقض الرئيسي الذي هو الاحتلال.

5– الحفاظ على يقظة الحالة الشعبية في التصدي لأي عمل اعتقالي أو غيره من خلال حشد الطاقات الشعبية في التصدي لأي محاولة تضعف الوحدة النضالية. والتأكيد على ضرورة معالجة الشأن الداخلي وبالطرق الديمقراطية.

6– التمسك بشعار اعتراضي على الدور الأمريكي وهو الإصرار على طلب الحماية الدولية للشعب الفلسطيني من الاحتلال تمهيداً للخلاص منه.

7– الإصرار على عزل حكومة شارون ومتابعة طلب محاكمته كمجرم حرب.

8– التأكيد على تطبيق قرارات الشرعية الدولية المتعلقة بالقضية الفلسطينية وخاصة قرار 194/حق العودة وقرار 3236 لعام 1974.

9– إعداد ذاتي بمستوى الاستجابة لاستحقاقات المعركة، ووضع كل الاحتمالات وأسوأها لمواجهة العدو كما يجب.

هكذا تكون وتستمر الانتفاضة على طريق تحقيق الأهداف الوطنية المباشرة، بالمزيد من الصبر والصمود وتحمل أذى الاحتلال لحق الهزيمة بمخططه ونسد الطريق على مفاعيل الضغوط، ونفسد عليها استخدام تهديدات العدو للابتزاز السياسي الذي لن يتوقف ●●

الحدث

## وقف اطلاق النار

# مواقف وتخوفات

رام الله/ خاص بالهدف - من إبراهيم الخطيب

وقد أجرت «الهدف» لقاءات مع بعض مسؤولي القوى الوطنية والإسلامية حول، (وقف إطلاق النار وتبعاته وكيفية التعامل معه ) :

## مروان البرغوثي « فتح » :

يجب توجيه ضربات يومية للمستوطنين والجنود القتلة حتى إنهاء الاحتلال.

رفض أمين سر اللجنة الحركية العليا لفتح بالضفة، مروان البرغوثي، أي إملاءات إسرائيلية أمريكية على الشعب والسلطة الفلسطينية تهدف إلى تصفية الانتفاضة والمقاومة والوحدة الوطنية الفلسطينية، وفاء لدماء الشهداء. كما دعا أيضا إلى استمرار الانتفاضة وتصعيد المقاومة، موجها التحية للسواعد التي توجه ضرباتها اليومية للمستوطنين القتلة ولجنود الاحتلال، وقال: «إذا كان جورج تينت وغيره من المبعوثين حريصين على السلام، فعليهم أن يأخذوا معهم هذا الاحتلال وليرحلوا به عن ديارنا وللأبد». وحذر من أوهام القضاء على الانتفاضة بقوله: «لا يتوهم أحد في هذا العالم أنه يمكن أن يوقف الانتفاضة والمقاومة التي انطلقت. من أجل إنهاء الاحتلال ولن تتوقف إلا بإنهائه». وعبر عن رفضه للشروط الإسرائيلية / الأمريكية المذلة، التي تطلب من السلطة الفلسطينية اعتقال المناضلين والمجاهدين قائلا: «هؤلاء يجب أن يمنحوا أوسمة شرف لا أن يوضعوا في سجون السلطة الوطنية. واعتبر أن أي محاولة لاعتقال أي مناضل هي عدوان على حركة فتح وعلى الشعب. وقال: «نحن أوضحنا منذ اليوم الأول لإعلان وقف إطلاق النار وفي لقاء ممثلي القوى الوطنية والإسلامية مع الرئيس ياسر عرفات اننا نتفهم الملابسات التي أدت إلى اتخاذ هذا القرار والذي نفهمه وينطبق على مناطق السلطة الوطنية». ورأى أن استمرار المقاومة

بكل اشكالها بما فيها المقاومة المسلحة في كل متر يخضع للاحتلال هو هدف مشروع للمقاومة والانتفاضة ولا غبار على ذلك. وأضاف أن الانتفاضة ستشهد حالة هبوط وصعود وأن تسير في خط مستقيم وينفس السرعة وفي كل الأوقات، لأن الانتفاضة تتشكل من المجموع الإنساني للفلسطينيين. ولكن القوة التي تحرك الانتفاضة هي الهدف الذي تسير نحوه وهو إنهاء الاحتلال ولذلك فهي غير قابلة للتوقف أو الإنهاء.

ورأى البرغوثي ان قرار وقف إطلاق النار ينطبق على المنطقة «أ». منوها ان الأمريكان وغيرهم يحاولون أن يجعلوا من هذا القرار، قرارا يشمل كل المناطق الفلسطينية، وهم يمارسون الضغوط من أجل انتزاع تنازلات فلسطينية، وطالب أن يواجه الضغط الأمريكي/الإسرائيلي بوحدة فلسطينية وبموقف موحد يساند الرئيس عرفات في مواجهة وفي رفض هذه الضغوط، معتبرا أن أمريكا ليست طرفا نزيها، وليست وسيطا وإنما هي شريك بالعدوان والاحتلال والجرائم والقصف.

وأكد البرغوثي على وجود إجماع فلسطيني على استمرار الانتفاضة والمقاومة، لا تستطيع أي مبادرة أو تقرير أو توصيات أو أفكار تقفز عن الانتفاضة التي هدفها إنهاء الاحتلال. وقال: «إن العالم تحرك إزاء ما يحدث في فلسطين بعد ان واجه شارون عجزا وفشلا في مواجهة المقاومة وضرباتها المتصاعدة، ولذلك قدم جورج تنت والمبعوثون الآخرون إلى المنطقة لإنقاذ إسرائيل وليس لمساعدة الشعب الفلسطيني أو إنقاذ السلام في المنطقة».

## احمد سعادات، الجبهة الشعبية:
## لا يوجد اطلاق نار لنوقفه

قال احمد سعادات، عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين: «لا يوجد في الواقع ما يمكن ان نسميه إطلاق نار لنوقفه،

أبدت القوى الوطنية والإسلامية تفاوتا في موقفها من إعلان الرئيس ياسر عرفات وقف إطلاق النار، من المناطق الخاضعة للسيطرة الفلسطينية، وحذرت غالبيتها من كونه مدخلاً لمحاولات الابتزاز الإسرائيلية / الأمريكية. كما رفضت هذه القوى أي شكل من أشكال التنسيق الأمني، و حرمت وجرمت الاعتقال السياسي وأية محاولة لجمع الأسلحة. فيما جددت دعوتها لاستمرار الانتفاضة بفعالياتها الجماهيرية والشعبية. ومقاومة الاحتلال بكافة أشكال الكفاح. ودعت إلى تجذير وحدة القوى الوطنية والإسلامية كرافعة لديمومة الانتفاضة، ورداً على محاولات إشعال نار الفتنة الداخلية وشرذمة وحدة وتماسك الجبهة الداخلية. وأعلنت عن تمسكها بالثوابت الوطنية وخيارها النضالي والكفاحي حتى دحر الاحتلال وقواته وعصابات مستوطنيه عن الأراضي الفلسطينية المحتلة. وعودة اللاجئين إلى ديارهم وإقامة الدولة الفلسطينية المستقلة ذات السيادة على كامل الأراضي المحتلة وعاصمتها القدس،

فالمعركة الدائرة ليست بين دولتين وجيشين نظاميين، ما يمكن تشخيصه في الواقع هو احتلال عسكري واستيطاني للأراضي الفلسطينية. وشعبنا يقاوم هذا الاحتلال ويطالب بجلاء، لذا فإننا حين نتحدث عن وقف إطلاق النار من الجانب الفلسطيني، إنما نعني وقفا وحصرا للمقاومة، وفي هذا الإطار فنحن وجماهيرنا نرفض أي قرار من أي طرف كان لوقف المقاومة التي جاءت ردا ورفضا للسياسة التي ارتكزت على مفاوضات اتفاق أوسلو ومرجعياتها. وأشار إلى انه، كان على من اتخذ هذا القرار وقبل يلقى بنفسه بهذا الالتزام أن يرجع إلى مؤسسات الشعب الفلسطيني، وأوضح أن الجبهة الشعبية لتحرير فلسطين تجد أن خيار الانتفاضة و المقاومة هو الأسلوب الذي يعبد الطريق نحو طرد الاحتلال من أراضي الضفة والقطاع والقدس، ونيل الحقوق الوطنية في العودة وتقرير المصير والاستقلال الوطني والسيادة التامة، كما بين عدم استعداد الجبهة للعودة إلى الوراء، لأن العودة إلى الوراء تعني التفريط بالحقوق والثوابت الوطنية.

وأضاف: «علينا وضع الأمور في سياقها ومنطقها الصحيح ، فمحاولة وضع محددات لممارسة المقاومة بتحريم هذا المكان أو ذاك، أو استعمال هذا السلاح أو ذاك، يغدو غير مفهوم، وربما غير بريء. فالمقاومة تستهدف استنزاف العدو وتحويل احتلاله إلى مشروع خاسر لإجباره على الرحيل، وحتى لا تختط الأمور بين أن الجبهة الشعبية ليست مع إطلاق النار العشوائي والاستعراضي، بل تعمل و تدعو لتوظيف إمكاناتها لردع وإيلام العدو ومستوطنيه دون أن تقيد نفسها بمكان أو أسلوب.

وقال : «من الطبيعي أن يؤثر تمسك السلطة بورقة ثت والسعي لتطبيقها على وحدة القوى السياسية الوطنية والإسلامية»، فالورقة تنص صراحة على وقف الانتفاضة والمقاومة دون أن ترسم أي أفق يمكن أن ترى الجماهير من خلاله أية آلية لإنهاء الاحتلال والاستيطان وتحقيق الأهداف الوطنية. وقال: «جاءت موافقة السلطة على هذه الورقة لتفرمل أية إمكانية للوحدة الميدانية القائمة على الأرض بين جماهير شعبنا وقواه الوطنية والإسلامية إلى مستوى الوحدة السياسية المستندة إلى رؤية سياسية تستند إلى الانتفاضة والمقاومة كخيار استراتيجي في هذه المرحلة لتحقيق أهداف شعبنا وتؤدي إلى دفع المقاومة إلى الأمام ، فيما دعا إلى إعادة

بناء وترتيب للوضع الداخلي، ومؤسسات الشعب الفلسطيني لتخدم حاجات مرحلة المقاومة، وإعادة ترسيم الحدود بين منهجين؛ منهج السلطة والقيادة الرسمية القائم على استخدام الانتفاضة لتحسين موقفها التفاوضي، دون أن تغادر مربع اتفاق أوسلو، ويلتقي مع هذا النهج من حيث الجوهر عدد من القوى السياسية، فيما يدعو النهج الآخر إلى ضرورة مغادرة هذا المربع مستندة إلى حصيلة إحدى عشرة سنة من المفاوضات تكثفت آفاقها في كامب ديفيد وفي ما بعد أن طابا.

وحول الاعتقادات السياسية قال سعادات : «هذا يتوقف على سلوك السلطة، فأما السلطة ورقة تنت التي تلزمها بإجراءات أمنية عديدة، وأمامها موقف الجماهير الشعبية الفلسطينية، ونأمل أن تقوم السلطة بمراجعة موقفها من قبول ورقة تنت، وان لا تقدم على أي خطوة سيكون نتيجتها تبديد لكل إنجازات الانتفاضة والمقاومة ونقل الصراع إلى الداخل الفلسطيني».

وأضاف: «هنا يجب أن نبدد أمل الإدارة الأمريكية والعدو الصهيوني، وبنود الورقة، التي تدفع وتدعو إلى وقف الانتفاضة والمقاومة، ونحن، وآثقين من أن إرادة وعزيمة شعبنا التي سدت من ميادين الانتفاضة والمقاومة سيبقى من الآمال».

## أبو ليلى / الجبهة الديمقراطية: يحذر من محاولات الابتزاز الأمريكية / الإسرائيلية وشروطها ومطالبها الأمنية.

أوضح عضو المكتب السياسي للجبهة الديمقراطية، قيس عبد الكريم «أبو ليلى»، إن إعلان وقف إطلاق النار جاء نتيجة لضغوط دولية وخاصة أمريكية مكثفة، وقال : « نخشى أن يكون الإعلان، مدخلا لمزيد من محاولات الابتزاز الأمريكية/ الإسرائيلية بطرح سلسلة من المطالب الأمنية التي لا تنتهي والتي تدفع باستمرار نحو مزيد من التكال في الموقف الفلسطيني وتسعى لإحداث شرخ في الوحدة الوطنية التي تعززت بفعل الإجماع على الانتفاضة والمقاومة» وبيّن حرصه على صون الإجماع الوطني والشعبي وعلى ضرورة استمرار الانتفاضة والمقاومة ضد جيش الاحتلال ومليشيات المستوطنين، طالما بقي الاحتلال جاثما على الأرض.

وأكد «أبو ليلى»، أن المقاومة ضد جيش الاحتلال والمستوطنين المسلحين، هو عمل مشروع تكفله

كل المواثيق الدولية. منها أن تكون الأشكال التي تتخذها والأهداف التي تنصب عليها موضع مراجعة وتدقيق من جميع القوى الوطنية والإسلامية، باعتبار أن المقاومة هي وسيلة لتحقيق هدف سياسي وتوفير الشروط المحلية والإقليمية والدولية، التي تمكن من فرض الانسحاب الإسرائيلي الكامل إلى خطوط الرابع من حزيران وتنفيذ قرارات الشرعية الدولية.

وحول إذا ما كانت «الديمقراطية» مع أو ضد استخدام الكفاح المسلح والعمليات العسكرية سواء في باقي الضفة وغزه أو في العمق الإسرائيلي، قال «أبو ليلى»: «المسألة ليست جغرافية وإنما هي نوع الأهداف التي تستهدفها المقاومة ومع الابتعاد عن أية أهداف يمكن أن تستغل من قبل العدو لتشويه موقف وصورة النضال الوطني الفلسطيني».

وأوضح «أبو ليلى» أن الإعلان كما فهم من الرئيس أبو عمار جاء بدافع احتواء الهجمة الشاروينية والضغط الدولي، وشكك في نجاح الإعلان في تحقيق أهدافه، بدليل استمرار العدوان الإسرائيلي، وبأنه سيفسح المجال للإسرائيليين وللأمريكان لتثبيت وفرض مفهومه الخاص لا يسمى بتقرير (ميتشيل )، والذي يهبط بمستوى السقف السياسي الذي طرحته الانتفاضة وبين أن شارون يسعى والأمريكان لأجل فرض مفهومه الخاص لها وهو وقف العنف أولا، أما الاستيطان فيبقى خاضعا لمفاوضات تجري بين الأطراف وهي استمرارا وامتدادا للمفاوضات العبثية العقيدة التي شهدت ( 7 ) سنوات، وقال: «إن استمرار العدوان الإسرائيلي يعني بأن المعركة مستمرة والصمود والنجاح فيها يتطلب أولا وقبل كل شيء» تعزيز وتصليب وحدتنا الوطنية.

وحول إذا ما كان إعلان وقف إطلاق النار خطوة أولى تمهيدا لوقف الانتفاضة أوضح أن أية جهة أو قوة فلسطينية، لا تستطيع اتخاذ قرارا لوقف الانتفاضة، فقرارها هو قرار الشعب، وهو يحظى بإجماع وطني وشعبي، ومنه تصميم من جانب جماهير الشعب بكل قواها على أن وجوب التمسك به، إلى أن يتم تحقيق هدف الانتفاضة، بجلاء المحتلين والمستوطنين ونيل الشعب لحقه في الاستقلال، وأضاف: «لا نرى أن التباين في الاجتهادات ووجهات النظر يمكن أن ينعكس بالضرورة على الوحدة الوطنية فالجميع يدرك إدراكا جيدا أن صون الوحدة وتجنب أية أعمال يمكن أن تحدث شرخا فيها تكفله

## حسن يوسف «حماس»: الاحتلال هو العدوان وحق شعبنا الرد عليه في أي مكان وزمان:

دعا الناطق الإعلامي باسم حركة المقاومة الإسلامية «حماس»، الشيخ حسن يوسف، للرد على العدوان الإسرائيلي في حال إطلاق النار على شعبنا من كل مكان وفي أية لحظة، وقال: «من حق الشعب الفلسطيني الرد على العدوان الإسرائيلي حتى من داخل مناطق «أ». فحينما حاولت قوات الاحتلال اقتحام أراضي السلطة الفلسطينية في مدينة رفح قام شعبنا ومعه قوات الأمن الوطني والتنظيمات الفلسطينية بالرد على هذا العدوان». وأوضح أن إعلان وقف إطلاق النار لا يمكن اعتباره خطوة تمهيدية لإنهاء الانتفاضة، حيث أن الشعب بمستوييه الرسمي والشعبي، وبجميع قطاعاته وفصائله يؤكد على استمرار الانتفاضة والمقاومة حتى دحر الاحتلال ونيل الاستقلال الحقيقي.

وبين أن المشكلة الرئيسية تكمن في وجود الاحتلال الجاثم فوق أنفاس الشعب والأرض والمقدسات. وأشار أن شارون حاول تضليل العالم وخداعه بقضية وقف إطلاق النار، بينما ما زال يمارس يوميا عمليات قتل وتنكيل وتضييق وحصار شامل تسبب في تقطيع أوصال الوطن، فيما يواصل المستوطنون أفعالهم الإجرامية. وقال: «طالما أن الاحتلال ومستوطنيه يواصلون عدوانهم فمن حق شعبنا الرد على هذا العدوان وأن يلجم سياسات الاحتلال». وأشار إلى اللقاء الذي عقد بين القوى الوطنية والإسلامية والرئيس أبو عمار، والذي أكد فيه الجميع على أنه طالما بقي الاحتلال، يجب الاستمرار بالانتفاضة والمقاومة حتى يندحر وتعود للشعب حقوقه الكاملة غير المنقوصة.

وأكد يوسف أن هذا الإعلان لم ولن يؤثر لا من قريب أو بعيد حرصه على وحدتنا الداخلية ومصلحة شعبنا الوطنية العليا. وتمنى الشيخ يوسف على السلطة الفلسطينية أن لا تستجيب للضغوطات الإسرائيلية/ الأمريكية لاعتقال المقاومين والمجاهدين

من نمط الأعمال التي تطالب بها إسرائيل وتدعمها فيها واشنطن كملاحقة المناضلين وما يسمى بمنع التحريض .... الخ هو مصلحة وطنية عليا لا مناص من التمسك بها والحفاظ عليها وترسيخها في مواجهة العدوان».

---

## حنا عميرة / حزب الشعب : الضريبة العسكرية الإسرائيلية المتوقعة، غير مسبوقة ومحكمة، تهدف عزل القيادة.

أعرب عضو الأمانة العامة لحزب الشعب الفلسطيني، حنا عميرة، عن تفهم حزبه لحجم الضغوط التي تتعرض لها القيادة الفلسطينية في هذه المرحلة، سيما أن شارون استطاع خلال الفترة الأخيرة أن يحقق بشكل أو بآخر إجماعا داخليا إسرائيليا كاملا، إضافة إلى تفهم دولي لتوجيه ضربة عسكرية ضد السلطة والشعب الفلسطيني، وقال: «كان الإعداد لمثل هذه الضربة غير مسبوق ومحكم بطريقة تؤدي إلى عزل القيادة الفلسطينية بمختلف الإجراءات التي تساعد الحكومة الإسرائيلية على تمرير شروطها الكاملة وفرض استسلام على الشعب الفلسطيني، وبالتالي لم يكن هنالك خيارات متعددة أو كبيرة أمام القيادة الفلسطينية سوى القبول بوقف إطلاق النار».

وأوضح عميرة أن حزبه يرفض العمليات الاستشهادية في العمق الاسرائيلي، ودعا إلى إعادة الطابع الشعبي والجماهيري للانتفاضة، ونبه القوى الوطنية والإسلامية إلى ضرورة الاتفاق الوطني الكامل على برنامج موحد وأدوات محددة في العمل الوطني والانتفاضي. وقال: «إن القرار الذي أعلنه الرئيس أبو عمار هو خطوة باتجاه وقف إطلاق النار من المناطق الخاضعة للسلطة الفلسطينية، وليس لهذا القرار علاقة بالانتفاضة بأي شكل من الأشكال، فالانتفاضة يمكنها الاستمرار وان تتخذ أشكالا متعددة ومختلفة، كتوجيه المواجهات والمسيرات على الحواجز العسكرية الاحتلالية بهدف كسرها وتفعيلها ضد الاستيطان فالأنشطة متعددة للانتفاضة ولا يمكن حصرها لإطلاق النار». ●●

---

## عبد الحكيم مسألة / الجهاد الإسلامي : نرفض وقف إطلاق النار.

الناطق بلسان حركة الجهاد الإسلامي في الضفة، عبد الحكيم مسألة، أعلن عن رفض حركته لوقف إطلاق النار، انطلاقا من مواقف الجهاد المبدئية ومن فهمها لمعادلة الصراع مع الاحتلال. وقال مسألة : «إن وقف إطلاق النار لا نقبله في الجهاد الإسلامي، إذ أننا نؤمن بأننا في صراع دائم مع الاحتلال حتى ينجلي عن أرضنا ووطننا. فالمقاومة حق مشروع ضمنته لنا كل الشرائع الأرضية والسماوية». وبين مسألة أن الاحتلال كاذب في دعوة وقف إطلاق النار من طرف واحد حيث تشهد الكثير من الخروقات على ذلك. وقال مؤكدا: «نحن لن نوقف إطلاق النار مع هذا الكيان الغاصب وستبقى سيوفنا مشرعة في وجه الاحتلال حتى يندحر عن أرضنا مهزوما مقتولا مدحورا».

وبين أن الكيان الصهيوني لا يريد وقف إطلاق النار لمجرد وقفه، وإنما يريد إعادة السلطة الوطنية والوفد المفاوض إلى نقطة الصفر التي انتهت عندها المحادثات، من أجل البدء بمحادثات جديدة قد تطول، ولكن الانتفاضة جددت العزيمة عند الأمة والشعب وفجرت فيهم ما لم يكن يتوقعه الاحتلال في مجال الصمود والمقاومة والجهاد. وأضاف أن ما وحده هذا الشعب هو الانتفاضة وسعيها لإقامة الدولة الفلسطينية كاملة السيادة وإلى تحرير شعبنا من رفقة هذا الاستعمار، وبدد وهم كل من يعتقد أن التفاوت بين قبول ورفض إطلاق النار من شأنه أن يخدش الوحدة الداخلية. وهم كل من يعتقد أن العودة إلى طاولة المفاوضات واستجداء الغرب والشرق من أجل المّة بضعة أمتار من الأرض أو ببعض الامتيازات سيحقق الوحدة، وإنما يخدشها. وقال: «الكل يعلم بأن الدم هو الذي يوحدنا وان المفاوضات وما ينتج عنها والتنسيقات الأمنية، وغيرها هو الذي

---

فتنتنا ويدمر شعبنا وهذه الصورة أصبحت واضحة للجميع».

وقال مسألة ردا على خشيتهم من حملة اعتقالات قد تقوم بها أجهزة السلطة الفلسطينية في أعقاب إعلان وقف النار: «نحن ندرك أننا نحن من يدفع فاتورة الحرب وفاتورة السلام ونحن على أتم الاستعداد لهما، وقال لن نخشى الاحتلال وهو الأكثر سطوة علينا والأكثر بطشا فينا وأيضا أقولها لا نخشى أن ندفع الفاتورة مهما كان ثمنها».

---

والمناضلين، وقال: «هناك إجماع شعبي في الشارع الفلسطيني على أن مرحلة ما قبل انطلاقة انتفاضة الأقصى المبارك، يجب أن توضع خلف ظهر الشعب، وأن لا تتم العودة إلى تلك الفترة السوداوية من عمر شعبنا، والتي هي حقيقة كانت نتيجة للاعتقال السياسي الذي أثر بدرجة كبيرة جدا من الاحتقان إذ رفع وتيرة على المستوى الشعبي وهدد مجتمعنا بمخاطر جدية محدقة».

# قوات المقاومة الشعبية الفلسطينية
## تضرب في تل أبيب

في صباح الثاني من تموز / 2001 نفذت وحدة الشهيد وديع حداد في قوات المقاومة الشعبية الفلسطينية، الجناح العسكري للجبهة الشعبية لتحرير فلسطين عملية بطولية لمستوطنة «يهود» القائمة على أرض قرية العباسية الفلسطينية، قرب «تل أبيب». وقال البلاغ العسكري لهذه القوات إن تفجير السيارتين جاء رداً سريعاً ومباشراً على جريمة اغتيال خمسة مناضلين في محافظة جنين بتاريخ 2001/7/1 ورداً على غطرسة حكومة الإرهابي شارون، وتأكيداً على حق شعبنا المشروع لمقاومة الاحتلال حتى اندحاره والإقرار بحقوق شعبنا المغتصبة في العودة وتقرير المصير وإقامة الدولة الفلسطينية وعاصمتها القدس. وأضاف البلاغ أن على الشارع الإسرائيلي أن يعلم أن السفاح شارون لم يجلب لهم الأمن، الذي لن يتحقق إلا عبر الإقرار بحقوق الشعب الفلسطيني.

وأنذر البلاغ حكومة الولايات المتحدة بالقول إن مصالحها ليست بمنأى عن الضرب ما دامت تحمي الاحتلال الإسرائيلي واعتداءاته وجرائمه.

# عمليات بطولية لقوات المقاومة الشعبية الفلسطينية

تنشر «الهدف» في التقرير التالي إحصاء لسيل من العمليات البطولية لقوات المقاومة الشعبية الفلسطينية، الجناح العسكري للجبهة الشعبية لتحرير فلسطين، وفقا لما أصدرته من بيانات وبلاغات عسكرية:

## في الضفة الفلسطينية
### تشرين أول / 2000

١– هجوم بالرشاشات على حاجز عسكري في منطقة جبل أبو غنيم وقتل جندي من جنود الاحتلال 2000/10/2، واعترف العدو باصابة
٢–هجوم على حافلة اسرائيلية قرب بيت لحم، 2000/10/5
٣–القاء قنبلة يدوية على نقطة إسرائيلية في رأس العامود 2/ 2000 القاء قنبلة يدوية على جنود إسرائيليين في باب المغاربة 4/ 2000
٤–القاء قنبلة يدوية على حافلة في رأس العامود 2000/10
٥– هجوم على نقطة عسكرية بالقرب من جبل أبو غنيم، وإصابة جندي اسرائيلي 2000/10/8
٦– هجوم على دورية عسكرية على خط زعتره 2000/10/15
٧– هجوم على باص على خط ٦٠ بالقرب من الخضر، وإصابة اثنين من ركاب الباص 2000/10/16
٨– هجوم بالاسلحة الرشاشة على سيارة اسرائيلية على شارع اللطرون بالقرب من بيت سيرا، ولم يعترف العدو بالهجوم 2000/10/17
٩– هجوم بالقنابل اليدوية والرشاشات على حاجز عسكري لقوات الاحتلال بالقرب من ابو ديس، واعترف العدو باصابة جنديين 2000/10/18
١٠– اشتباك مع دورية لجيش الاحتلال على الطريق المؤدي لمستوطنة جيلو، واعترف العدو باصابة جنديين 2000/10/18
١١– اطلاق النار على سيارة للمستوطنين على الطريق الالتفافي جنوبي نابلس 2000/10/19
١٢– هجوم خمس مرات على اهداف ثابتة في جيلو ومعسكر بيت ساحور 2000/11/1-10/20
١٣– هجوم بالاسلحة الرشاشة على حاجز عسكري على مفرق قرى خربثا دير عمار نعلين، واستمر الاشتباك اكثر من ساعة ولم يعترف العدو بخسائر 2000/1/28
١٤– القاء قنبلة يدوية على دورية للشرطة الاسرائيلية في نقطة حراسة في

باب الاسباط ، واعترف العدو باصابة احد افراد الشرطة 2000/10/31
تشرين ثاني / 2000
١٥–هجوم بالاسلحة الرشاشة على مفرق دير عمار خربثا، وقام الجيش الاسرائيلي بعدها باقتحام عدد من القرى 2000/11/1
١٦– اطلاق نار على سيارة فولكسفاغن قرب مستوطنة الون موريه وإصابة اثنين من المستوطنين حسب اعتراف العدو 2000/11/21
١٧– تفجير عبوة ناسفة بجانب سيارة اسرائيلية على الطريق المؤدي الى مستوطنة الون موريه، وقد اصيبت السيارة اصابة مباشرة، غير ان العدو لم يعترف باي خسائر 2000/11/23
١٨– هجوم بالرشاشات على سيارة للمستوطنين واصابة اثنين من ركابها وانفلات الحافلة على شارع الون موريه 2000/11/20
كانون أول / 2000
١٩– هجوم بالرشاشات على باص للمستوطنين بالقرب من سبسطية، ولم يعترف العدو بخسائر 2000/12/2
٢٠– هجوم على دورية عسكرية متحركة باتجاه حاجز بيت ساحور 2000/12/3
٢١– هجوم بالرشاشات على جيب عسكري بالقرب من قرية سالم، واستمر الاشتباك لمدة نصف ساعة 2000/12/7
٢٢– هجوم بالاسلحة الرشاشة على سيارة مستوطنين بالقرب من قرية برقة، واعترف العدو باصابة اثنين من مستوطنيه 2000/12/7
٢٣– هجوم على دورية عسكرية بالقرب من جبل ابو غنيم دون اصابات 2000/12/8
٢٤– هجوم على حافلة للمستوطنين على طريق مستوطنة عطيرت شمال مدينة رام الله ، واعترف العدو باصابة مستوطن. ويذكر انه كان في الحافلة كبير حاخامي اسرائيل 2000/12/10
٢٥– اشتباك بين مجموعة من قواتنا بالقرب من سالم مع كمين قد نصبه العدو بخسائر 2000/12/11
٢٦– هجوم بالاسلحة الرشاشة على مستوطنة (بيت اريبه ) بالقرب من

قرية اللبن الغربي، ولم يعترف العدو باصابات ٢٠٠/١٢/١٢

٢٧- هجوم على حاجز بيت لحم واصابة سيارة ٢٠٠/١٢/١٥

٢٨- تفجير عبوة ناسفة تحت سيارة للمستوطنين بالقرب من بيت فوريك، واصابة احد المستوطنين ٢٠٠/١٢/١٧

٢٩- تفجير عبوة ناسفة في جيب عسكري بالقرب من قرية برقة، واصيب جنديين من جنود الاحتلال حسب اعتراف راديو اسرائيل باللغة العبرية ٢٠٠/١٢/١٨

٣٠- هجوم على سيارة مستوطنين اسرائيلية على شارع اللطرون بالقرب من مستوطنة (جفعات زئيف )، وقد اعترف العدو بالهجوم وقتل احد مستوطنيه،٢٠٠/١٢/٢١

٣١- هجوم مسلح بالرشاشات على سيارة ستيش للمستوطنين على طريق مستوطنة الون موريه، واصيب سائق السيارة بجرح ١٢/ ٢٢ /٢٠٠

٣٢- اشتباك مسلح مع جنود الاحتلال في قرية بيت دجن، ساعد في انقاذ احد المواطنين الذي تعرضت سيارته لاطلاق النار من قبل جنود الاحتلال ونقل الى المستشفى ليتلقى العلاج ٢٠٠/١٢/٢٣

٣٣- هجوم بالاسلحة الرشاشة على سيارة للمستوطنين بداخل مستوطنة الون موريه، من نوع فورد كورتينا واصابة احد المستوطنين بجراح ٢٠٠/١٢/٢٨

٣٤- هجوم بالاسلحة الرشاشة على مستوطنة « افرات » بالقرب من بيت لحم ٢٠٠/١٢/٣٠

٣٥- مشاركة رفاقنا مع مجموعة شهداء الانتفاضة في هجوم على سيارة للمستوطنين بالقرب من مستوطنة عوفرا، وقتل في الهجوم كهانا وزوجته واصيب اطفاله الثلاثة ٢٠٠/١٢/٣١

## كانون ثاني / 2001

٣٦- تفجير عبوتين ناسفتين زنتها ٥ كغم في باص صهيوني بالقرب من سيسطية، واصيب الباص باضرار بالغة غير أن العدو لم يعلن عن خسائر. ٢٠٠١/١/٢

٣٧- هجوم على دورية لجيش الاحتلال في منطقة يعبد واصابة جنديين اسرائيليين ٢٠٠١/١/٢

٣٨- هجوم على سيارة للمستوطنين على شارع اللطرون بالقرب من بيت سيرا واعترف العدو باصابة اثنين من مستوطنيه ٢٠٠١/١/٣

٣٩- اطلاق نار على معسكر لجيش الاحتلال بالقرب من قرية تياسير. ٢٠٠١/١/٦

٤٠- هجوم بالرشاشات والقنابل اليدوية على سيارة البريد بالقرب من الون موريه ٢٠٠١/١/١٠

٤١- هجوم على حارس خزانات الماء في ام طوبا ٢٠٠١/١/١٠

٤٣- اطلاق النار على معسكر الزبابدة مرتين في نفس اليوم ٢٠٠١/١/١٢

٤٢- نصب كمين لمستوطن معروف باعتداءاته على شعبنا والهجوم كان على سيارة GMC بيضاء، حيث القيت قنبلة يدوية لم تنفجر، واصيب المستوطن حسب اعتراف راديو اسرائيل (تم تصوير العملية بالفيديو ). ٢٠٠١/١/١٥

٤٣- هجوم بالاسلحة الرشاشة على قافلة اسرائيلية مكونة من حافلة وخمس سيارات، على طريق الون موريه، وقد اعترف العدو بالهجوم واصابة احد مستوطنيه ٢٠٠١/١/١٥

٤٤- هجوم بالاسلحة الرشاشة على سيارة للمستوطنين على الشارع الالتفافي القريب من بيت ايل، ولم يعترف العدو باصابات ٢٠٠١/١/٢٠

٤٥- هجوم على دورية بالقرب من وادي الحمص في بيت لحم ٢٠٠١/١/٢٠

٤٦- هجوم على حافله اسرائيلية بالقرب من مستوطنة حلميش، وعلى اثرها قام العدو بقصف القرى المجاورة ٢٠٠١/١/٢٣

## شباط / 2001

٤٧- تفجير سيارة مفخخة في حي منة شعاريم في القدس اسفرت عن ٨ اصابات ٢٠٠١/٢/٨

٤٨- هجوم على سيارة مستوطن في شارع النفق في بيت لحم وقتل المستوطن في الهجوم ٢٠٠١/٢/١١

٤٩هجوم على مستوطنة كيدار بالقرب من العبيدية واصابة المنازل. ٢٠٠١/٢/١١

٥٠- هجوم على دورية عسكرية في الفرديس ٢٠٠١/٢/١٦

٥١- اطلاق صاروخ على مستوطنة الون موريه، ووصل الى مشارف المستوطنة ٢٠٠١/٢/٢١

٥٢- اطلاق نار على معسكر الزبابدة ٢٠٠١/٢/٢٢

٥٣- اطلاق نار على معسكر الزبابدة ٢٠٠١/٢/٢٣

٥٤- اطلاق نار على مستوطنة قدوميم بالقرب من نابلس ٢٠٠١/٢/٢٣

٥٥- هجوم بقنبلة يدوية على القنصلية الامريكية ولم تنفجر، اثناء زيارة باول للمنطقة وفي اللحظة التي كان مجتمع فيها مع شارون ٢٠٠١/٢/٢٧

٥٦- هجوم بالاسلحة الرشاشة على مستوطنين في مستوطنة ايال شمال قلقيلية وجرح مستوطن ٢٠٠١/٢/٢٨

## آذار / 2001

٥٧- زرع عبوتين ناسفتين على الشارع الالتفافي لمستوطنة الون موريه، ولم تنفجر لاسباب فنية وقد اكتشفها العدو وقام بتفكيكها ٢٠٠١/٣/٢

٥٨- اطلاق نار على سيارة مستوطن على الشارع الالتفافي لمستوطنة الون موريه، ولحقت بالسيارة اضرار مادية. ٢٠٠١/٣/٤

٥٩- اطلاق نار على سيارة مستوطن على مفرق بيت فوريك ٢٠٠١/٣/٥

٦٠- نصب كمين لختان مستوطنة حومش، حيث شعر بوجود مسلحين وتوقف فجأة ،وحاول العودة من حيث اتى، والقيت عليه قنبلة يدوية ولم تنفجر ٢٠٠١/٣/٥

٦١- هجوم على صغريين صهيوني بالاسلحة الرشاشة والقنابل اليدوية بالقرب من قرية برقة، مما ادى الى اصابة السائق بجرح بالغة ٢٠٠١/٣/٩

٦٢- هجوم بالاسلحة الرشاشة على جنود اسرائليين، وقتل احدهم واعلنت كتائب جيفارا غزة عن العملية ٢٠٠١/٣/١٩

٦٣- سيارة مفخخة في حي منة شعاريم في القدس بالقرب من تنفجر. ٢٠٠١/٣/٢١

٦٤- هجوم على سيارة مسؤول امن المستوطنات (جلعاد زار )، بالقرب من بورين واصيب اصابة بالغة ٢٠٠١/٣/٢٥

## نيسان / 2001

٦٥- سيارة مفخخة بالقرب من مستوطنة قدوميم غرب نابلس وانفجرت بالقرب من دورية اسرائيلية ولم يعترف العدو باصابات ٢٠٠١/٤/٢

٦٦- عبوة جانبية استهدفت سيارة صهيوني وقود بالقرب من معسكر عين كينيا ولم تسفر عن اصابات ٢٠٠١/٤/٧

٦٧- هجوم بالاسلحة الرشاشة على معسكر عين كينيا بالقرب من رام الله. ٢٠٠١/٤/٧

٦٨- تفجير عبوة ناسفة ذكية ومتطورة استهدفت الحاجز العسكري المقام على مفترق بيت فوريك شرقي نابلس، مما اسفر عن اصابة جنود الحاجز بين قتيل وجريح ( تم تصوير العملية بالفيديو ) ٢٠٠١/٤/١٤

٦٩- القاء قنبلة يدوية على نقطة الجيش الاسرائيلي عند قبر راحيل واصابة جندي.

٧٠- قنبلة يدوية على طريق جيلو. انفجرت ولم يحدث اصابات.

٧١- اشتباك مع الجيش الاسرائيلي على حاجز عسكري بالقرب من دار صلاح في بيت لحم.

٧٢- اشتباك مع دورية حرس حدود في دار صلاح واصابة جندي.

٧٣- القاء قنبلة يدوية على طريق زعترة في بيت لحم.

٧٤- هجوم على دورية عسكرية على الطريق الالتفافي المؤدي الى مستوطنة حلميش، واعترف العدو بالهجوم وقام جيش الاحتلال على إثر ذلك يقصف

مواقع الامن الوطني في بيت ريما.

٧٥- تفجير سيارة مفخخة في اور يهودا بالقرب من تل ابيت، واعترف العدو باصابة ٨ اسرائيلين ٢٠٠١/٤/٢٣

٧٦ – هجوم على دورية عسكرية بالقرب من مستوطنة عوفريم غرب اللن الغربي.

٧٩- هجوم بالقنابل اليدوية على سيارة مستوطن في طريق مستوطنة عطيرت شمال رام الله.

### أيار / 2001

٨٠- هجوم بالاسلحة الرشاشة على سيارة مستوطن على الطريق الالتفافي للمستوطنة السماء الن موريو بالقرب من بلدة فرديك، شرقي نابلس وقد اعترف العدو بإصابة أحد مستوطنيه إصابة بالغة ٢٠٠١/٥/١

٨١- تفجير عبوة ناسفة عند المفترق الالتفافي في قرية سردا بالقرب من رام الله، مما أسفر عن تدمير الجيب العسكري الصهيوني وإصابة من بداخله. ٢٠٠١/٥/١٧

٨٢- تفجير سيارة مفخخة بالقرب من مركز الشرطة في المسكوبية في القدس. ٢٠٠١/٥/١٧

٨٣- عبوة ناسفة وضعت في المستوطنه المقامة على اراضي قالونيا غرب القدس، انفجرت ولم تقع إصابات.

٨٤- عبوة ناسفة جانبية على طريق فرعي لمطار قلنديا، انفجرت ولم تقع اصابات حسب اعتراف العدو

### حزيران / 2001

٨٥- زرع عبوتين ناسفتين في دراجة نارية في مدينة حيفا ويسبب خلل فني لم تنفجر العبوات وأعلن العدو عن تفجيرها بالإنسان الآلي ٢٠٠١/٦/١٧

٨٦- اطلاق النار على موقع عسكري قرب قرية سالم ٢٠٠١/٦/١٨

## في قطاع غزة

### تشرين أول / 2000

٨٧- تفجير لغم ارضي على الحدود الشرقية لمنطقة خانيونس، بالقرب من منطقة خزاعة وذلك أثناء مرور دورية اسرائيلية. ٢٠٠٠/١٠/١٧

٨٨- تم تفجير لغم ارضي في منطقة رفح على الطريق المؤدي لمستوطنة موراج. ٢٠٠٠/١٠/٢٠

### تشرين ثاني / 2000

٨٩- عدة عمليات اطلاق نار من قبل مجموعاتنا باتجاه مستوطنة دوجيت الواقعة شمال بيت لاهيا ( ٤ عمليات في الفترة الواقعة ما بين١-١١/٢٠ ٢٠٠٠.

٩٠- اطلاق نار من قبل مجموعة في المنطقة الحدودية لبيت حانون، واستهدفت موقع عسكري ثابت في المنطقة. ٢٠٠٠/١١/٢٩

٩١- هجوم بالاسلحة الرشاشة على باص على طريق المطار –مستوطنة نتساريم ٢٠٠٠/١١/٢٩

٩٢- عبوات ناسفة على مقر الارتباط اي بالقرب من حاجز التفاح غرب خانيونس ٢٠٠٠/١١/٩

### كانون أول / 2000

٩٣- مهاجمة عدة كمائن لقوات الاحتلال في مستوطنة نيتساريم من الناحية الشمالية الشرقية، واشتبكت المجموعة مع جيب عسكري كان يمر في المنطقة ٢٠٠٠/١٢/١٢

٩٤- تفجير عبوه ناسفة اثناء مرور حافلة اسرائيلية على خط نيتساريم – المطار، واطلاق نار متبادل ما بين المجموعة والجيش الاسرائيلي.

٩٥- مهاجمة الموقع العسكري الموجود على مفرق الشهداء، على طريق مستوطنة نيتساريم بالاسلحة الرشاشة ٢٠٠٠/١٢/٢٥

٩٦- شن هجوم على ابراج المراقبة لمستوطنة نيسانيت الحاذية لمنطقة غرب بيت حانون (قرب حاجز ايرز)، واشتبكت المجموعة مع قوات الاحتلال

---

التي ردت على مصدر اطلاق النار. ٢٠٠٠/١٢/٢٤

٩٧- عملية اطلاق نار في المنطقة الشرقية لبيت حانون، على الحدود وذلك على ابراج مراقبة لقوات العدو ٢٠٠٠/١٢/٢٤

٩٨- تم تنفيذ هجوم بالنيران على مواقع وابراج مراقبة في منطقة معبر حانون ( حاجز ايرز٩ ) ولم ترد قوات الاحتلال على النيران. ٣١/١٢/٢٠٠٠

٩٩- عبوات ناسفة على مقر الارتباط، بالقرب من حاجز التفاح غرب خانيونس ٢٠٠٠/١٢/١٠

١٠٠- هجوم على دورية عسكرية في المنطقة الحدودية لبيت حانون في المنطقة الشرقية، واستخدمت الاسلحة الاوتوماتيكية من نوع م ١٦

### كانون ثاني / 2001

١٠٢- عملية اطلاق نار من قبل رفاقنا باتجاه موقع في المنطقة الحدودية شرق بيت حانون، واشتباك مع جيش الاحتلال ٢٠٠١/١/٦

١٠٣- اطلاق ثلاث قنابل يدوية من بعد وبواسطة سلاح على ثكنة عسكرية اسرائيلية في منطقة معبر بيت حانون. ٢٠٠١/١/١٥

١٠٤-عبوة ناسفة على مفرق غوش قطيف على جيب عسكري ٧ رمضان

١٠٥- العديد من العمليات في المنطقة الجنوبية والوسطى من القطاع.

### آذار / 2001

١٠٦- هجوم بقذائف الهاون على مستوطنة « نتساريم » جنوب مدينة غزة. ٢٠٠١/٣/٨

### نيسان / 2001

١٠٧ – قصف مستعمرة أجدروت بقذائف الهاون٢٠٠١/٤/٣٠

### أيار / 2001

١٠٨ – قصف مستوطنة نتساريم جنوب مدينة غزة بقذائف ٢٠٠١/٥/١

١٠٩ – قصف ثلاث مستوطنات « نتساريم » و « نيرعام » و « موراج » بقذائف الهاون، وقد نفذ هذا الهجوم من قبل ثلاث مجموعات عسكرية. ٢٠٠١/٥/١٥

### حزيران / 2001

١١٠- قصف مستوطنة نيرعام شرق مدينة بيت حانون بقذيفتي هاون ٢٠٠١/٦/٥

١١١-قصف مستوطنة نتساريم بقذيفتي هاون ٢٠٠١/٦/٦

١١٢- قصف مستوطنة نفيه دقاليم بقذيفتي هاون ٢٠٠١/٦/٦

١١٣- قصف مستوطنة دجيت في منطقة خانيونس بقذيفتي هاون. ٢٠٠١/٦/٨

١١٤- قصف مستوطنة رفح يام غرب مدينة رفح بقذيفتي هاون. ٢٠٠١/٦/١٠

١١٥- تفجير عبوة تزن خمسة وأربعون كيلو جرام ، استهدفت جيب عسكري إسرائيلي على الحدود الفلسطينية المصرية. ٢٠٠١/٦/١١

١١٦- مهاجمة المقر العسكري العام لقوات الاحتلال الصهيوني بالقرب من مستوطنة نفيه دقاليم في مجمع ما يسمى بمستوطنات غوش قطيف بقذائف الهاون.٢٠٠١/٦/١٨



شؤون
فلسطينية

## الرفيق أبو علي مصطفى في مقابلة مع الهدف:

● تقرير ميتشيل، يحول القضية من تحرر من الاحتلال إلى مجرد قضية أمنية
● الظاهرة المسلحة للانتفاضة ليست نقيضا للحركة الشعبية
● برنامج الحكومات الإسرائيلية المتعاقبة مبني على "سلام الردع"
● الدور الأوروبي يتحرك على الأرضية الأمريكية.





بين الرفيق أبو علي مصطفى، خلال مقابلة أجرتها «الهدف» معـه، أن التحركات الأمريكية التي جاءت أثر تقرير ميتشيل جاءت لفرض مزيد من الضغط على الجانب الفلسطيني، لابتزاز مزيد من التنازلات، ولإجهاض الانتفاضة. وبين أن العدو الآن في حالة هجوم سياسي وعسكري، يتطلب تماسك الصف الفلسطيني وتعزيز مقاومة هذا الهجوم، وتعميق أزمة الكيان الصهيوني من خلال التمسك بالثوابت الوطنية ومغادرة معادلة أوسلو، ونهجها.

س1: بعد صدور تقرير ميتشيل، فرض وقف إطلاق النار، ما هو تأثير هذا القرار على الانتفاضة؟ وما هو تأثيره على المسار السياسي الفلسطيني المستقبلي؟

■ تقرير ميتشيل في الجوهر هو رؤية أمريكية منسجمة إلى حد كبير مع الرؤية الإسرائيلية، الهادفة لحرف المسألة الصراعية من مسألة احتلال يسعى الشعب الفلسطيني للخلاص منه، وربطها بالاستيطان، إلى مسألة ترتيبات إجرائية، أمنية، وخطوات «بناء ثقة» كما يقول التقرير، وبالتالي هو لا يقوم على عناصر تكررت ووردت في شرم الشيخ، والمبادرة المصرية الأردنية، وكلها تصب مياهها في ذات الطاحونة ولا تتطرق للأساسي والجوهري في المعالجة، وتنحو إلى النتائج وتجاهل الأسباب وتأثيرها على المسار السياسي الفلسطيني، إنها تلقى استجابة رسمية بما يجعلها ذات مشروعية في الحركة السياسية، والتعاون بما هكذا آراء برأينا يضعف التمسك بضرورة زوال الاحتلال ويهدر الزمن لصالح اللعب الإسرائيلي.

س2: جمعت الانتفاضة بين العمل الجماهيري والعمل المسلح، وكانت الظاهرة المسلحة هي الأكثر بروزاً، ما هي أسباب تغلب الشكل المسلح على الجماهيري؟ وهل هذا موضوعي أم ذاتي؟

■ للسببين، هو موضوعي من جهة، كون الاحتلال تعامل مع الواقع الفلسطيني بقوة عسكرية غير ما كانت عليه الحال في الانتفاضة السابقة، ولذلك أسباب سياسية، وذاتي كون الشعب الفلسطيني امتلك أيضاً، قدرات يستطيع من خلالها إيذاء الاحتلال على نحو أكبر مما كان، إلا أن الظاهرة المسلحة لم تكن نقيضاً للحركة الشعبية، بل دعاً لها وتنوع بأعمالها، خاصة وأن لها ذات الهدف: الخلاص من الاحتلال، ترحيل المستوطنين والاستيطان.

س3: هل يمكن القول ان الانتفاضة والمقاومة قد أعادت الاعتبار لدور الأحزاب السياسية والفصائل، بعد ان سادت التجمعات غير الحكومية الأخرى، وكيف ترون دور الأحزاب والفصائل في علاقاتها مع المنظمات غير الحكومية؟

■ الانتفاضة أعادت الاعتبار لروح المواجهة وعموم الكفاح الوطني الفلسطيني، بعد السنوات الأوسلوية العجاف، ومن ضمن ما أعادت للحياة السياسية الفلسطينية دور القوى والفصائل الوطنية، في أداء دور متقدم في الشارع، ولا علاقة لما قامت به بالتجمعات الغير حكومية، التي هي ليست من نسق واحد ولا بوظيفة واحدة، أما عن العلاقة معها فهي متفاوتة من تنظيم لآخر، حيث لا موقف موحد منها، بحكم طبيعتها وتكويناتها ومهامها في المجتمع، والأمر لم يكن يوماً مدرجاً على جدول أعمالها.

س4: دعوتم أكثر من مرة إلى حكومة طوارئ وطنية، ما هو مضمون هذه الحكومة على مستوى، وهل وجدت هذه الدعوة صدى على مستوى السلطة الفلسطينية؟

■ ما يسبق مسألة الدعوة لحكومة طوارئ وطنية، هو الأساس السياسي الذي ستركز عليه، المسألة برأينا تكمن في وضع رؤيا سياسية،

تقوم على تقييم المسار الحالي ومغادرة نهج أوسلو وبناء سياسة جديدة وبأدوات جديدة، هذه هي الفكرة في الأصل، والحكومة ليست أكثر من أداة لتنفيذ سياسة، ولكن ما يسبق، هو عن أي سياسة نتحدث، هل هي السياسة القائمة فهذه نحن لا نوافق عليها ؟ أم في سياسة جديدة تبني على مرتكزات مواجهة ومؤسساتية جادة؟ إذا نحن لا نفصل بين السياسة والأداة لأننا لا نبحث عن مقاعد، بل عن رؤية، بكل الأحوال دعوتنا ودعوات غيرنا لم تلق صدى، بسبب من أن الجاهزية عند أهل السلطة ليست موجودة لبناء سياسة جديدة.

س5: تدور الآن حوارات حول تشكيل تيار وطني ديمقراطي في الساحة الفلسطينية، والجبهة مشاركة في هذا الحوار، ما هي هوية هذا الإطار؟ وهل يشمل الداخل والخارج؟ وأين وصل الحوار لأجله؟ وما هي معيقات الإعلان عن ولادته؟

■ هذا صحيح، فنحن منذ شهور ندير حوارا على هذا العنوان، تشارك به قوى وشخصيات من أجل وحدة القوى الديمقراطية في الساحة الفلسطينية، وقد قطعنا شوطاً واسعاً في تعريف الهوية، وفي البرنامج السياسي المستجيب لمرحلة

تحرر وطني، ويرتابط اجتماعي–ديمقراطي، وهي كلها مشاريع مرتبطة بآليات تحرك، ستتعرض على الهيئات أولاً ومن ثم يتم الإعلان وتداولها بين أوسع صفوف القوى والجماهير، لإغنائها قبل اعتبارها نهائية، ونتيجة المشاركة في نقاشها سيبطلها قوة ونزخم ضروريان، مع تحديد المهام التحضيرية التي تتولى هذه اللجنة خلال أسابيع.

**س6: كيف تقيمون وضع العدو؟ هل هو في حالة هجوم سياسي؟ وهل من مراهنات على تفكك حكومة شارون؟**

■ العدو في حال هجوم سياسي–عسكري، مندفع بهما من موقع مأزق أساسه، أن برنامج الحكومات الإسرائيلية لا زال مبني على نظرية «سلام الردع والقوة»، وهو لذلك يضع في مقدمة برنامجه، (الاستيطان، والهجرة) ومن ثم فرض منظور تسوية إسرائيلية، ليس على الفلسطينيين فحسب، بل وعلى النظام العربي، وهو بذلك مثلما يملك القوة، يعيش المشاكل الناشئة عن الانتفاضة والمقاومة الفلسطينية، (سياسية– أمنية – اقتصادية) تنعكس بدرجة ما على أوضاعه الداخلية، تتجسم في سيطرة يمين أصولي، مقابل قوى ثانية مع بين علمانيتها وتحالفاتها الأصولية، وتصارع كتل سياسية (ليكود – عمل) ثم كتل أقل أهمية بأوزان متفاوتة، بما فيها كتل (السلام الآن، الأمهات الأربع، هناك حد). إلا أن تعمق المأزق لا يمكن أن يطلق تحولات في الكيان الصهيوني إلا بفعل عامل خارجي في الأساس، وهذا كان فرصته متاحة إلى ما قبل يوم2 حزيران وبيان «وقف إطلاق النار» الذي أتى وما لحقه من خلافات تبنت إنقاذاً لحكومة شارون، بعد أن شارف على الإفلاس بسبب عدم تحقيق الأمن والأمان للإسرائيليين.

الآن، وفي ضوء حصيلة التحركات السياسية الإنقاذية لحكومة شارون، لا أتوقع تفككها بل ازدادت توحداً وتصلباً في وضع مشروعها الأساس على جدول الأعمال، والتداول كما ترى هي مسألة التسوية السياسية وفق منظورها.

**س7: هل أنتم راضون عن مكانة ودور الهيئة الوطنية والإسلامية؟ وما هو المطلوب لتفعيل دورها؟**

■ الموضوع لا يختزل بالرضى أو عدمه، بل بالوظيفة التي تؤديها هذه الهيئة، وهي ولا شك أدت دوراً إيجابياً في خلق عناصر وحدة ميدانية فعالة، إلا أنه غاب عنها مسألتين أضعفا مكانتها:

أولها: ازدواجية الخطاب السياسي (بسبب من السلطة) وبالتالي هي لم تكن مرجعية سياسية، بل خطاب سياسي.

ثانيها: لم تتيسر أمورها في الارتقاء بأعمالها من دور التنسيق إلى دور جبهوي برنامجي موحد، وبالتالي رغم مضي تسعة شهور على انطلاقة الانتفاضة، بقيت تراوح مكانها، وأصبح الحفاظ عليها بذاتها مهمة وطنية.

إن خلاصها من هذا الحال يستلزم ثلاثة أمور معاً: المرجعية، والإطار، والبرنامج.

**س8: لوحظ تنامي الفعل الكفاحي للجبهة الشعبية خلال الانتفاضة، هل يمكن القول أن الجبهة استعادت عافيتها؟**

■ صحيح أن هذا الأمر ليس غير كاف، ونحن نعمل على هذا بكل جهد يرتقي بدورنا إلى مستوى برنامجنا وخطابنا السياسي، لا زال [مامن] شوط مطلوب لنكون بمستوى الآمال المعقودة على الجبهة الشعبية ودورها.

**س9: كيف تقييمون الدور الأوروبي الحالي هل يسير باتجاه الشراكة مع أمريكا في معالجة الصراع الفلسطيني الإسرائيلي؟**

■ في مسألة التسوية السياسية والقضية الفلسطينية التي أصبح متعارف عليها بقامورسيم «قضية الشرق الأوسط» لا يمكن للإدارة السياسية الأوروبية أن تخرج عن التحرك الأمريكي، وإن بدا نظرياً كذلك في غالب الأحيان. بما يعني أنه يمكن لخطاب سياسي أوروبي، أن يكون متقدماً عن الموقف الأمريكي المنحاز دوماً لصالح إسرائيل. إلا أنه في الواقع العملي من خلال الوقائع المعاشة، يتحرك دوماً على الأرضية الأمريكية، بل ويسهل لها أحياناً مجالاً حيوياً في أداء سياستها، وما لم تتحرر أوروبا من هذه التبعية السياسية (مع أنها محررة من التبعية الاقتصادية، بل هي أحد أقطاب التنافس عالمياً) فلن يكون لها دور مستقل فعال في القضية الفلسطينية.

**س10: هل استراح النظام الرسمي العربي بتشكيل لجنة المتابعة العربية؟ وهل تنفذ قرارات هذه اللجنة؟**

■ منذ اتفاقات كامب ديفيد، (السادات – بيغن) ومؤتمر القمة العربي في فاس عام 1982؟ أخرج النظام العربي في غالبه نفسه من دائرة المواجهة سواءً بما سمي «باستراتيجية السلام»

أو بإسقاط الخيار العسكري من جدول الأعمال. وبالتالي، ومنذ ذاك الوقت، لم يتصرف النظام العربي من على قاعدة مواجهة، بل بحث عن مصالحة، ولذا نلحظ أن مستوى قراره المتعثر يتسم بالهبوط، وحتى قرار لجنة المتابعة العربية، لم يعش طويلاً فهو اخترق من قبل دولة عضو لم يتخذ بحقها أي إجراء، والقرار ذاته ضعيفاً بحكم الموقف الرسمي الفلسطيني الباحث عن طريق مفاوضات مع حكومة شارون كذلك، والحال الرسمي العربي يتصرف من خلفية غضب وليس من خلفية رؤيا سياسية كاملة، ويمجرد أن لاحت بادرة أمريكية تطوع أكثر من نظام عربي لحمل راياتها بممارسة ضغط على الحالة الفلسطينية لقبولها. مع أننا قيمنا هذا القرار (قرار لجنة المتابعة العربية) إيجابياً، إلا أننا لم نتوهم بحدوده القائمة على ردة فعل آنية، اعتبرناها على ضوء مشهد التدهور إنجازاً آخر حين. لذلك وغيره فإن النظام العربي يبحث عن الراحة من أعباء الانتفاضة قبل غيره.

**س11: يلاحظ أن مستوى الإسناد الشعبي العربي للانتفاضة قد انخفض، هل لا تزال القوى الشعبية العربية دون مستوى التحديات المفروضة عليها؟**

■ الحركة الشعبية العربية ما قبل الانتفاضة وأثناءها تعاني من ثلاث إعاقات:

أولها: أزمة حركة التحرر العربية برنامجاً، وقيادة، وأداة، لا زال لها تأثيراتها على الحركة الشعبية العربية، التي لم تنفك ترزح تحتها.

ثانياً: مستوى قمع النظام الرسمي العربي لحركة الجماهير وردعها عن التفاعل مع القضية الفلسطينية والانتفاضة، هو الحال السائد في الشارع العربي، وعلى ذلك شواهد من الساحات العربية.

ثالثاً: تخبط السياسة الرسمية الفلسطينية وتأثيرات خطابها السياسي، واستجاباتها للأطروحات والمقترحات وآليات والتفاهمات التي تؤدي لقلق في الحركة الشعبية العربية، ينتج أسئلة عن مدى جدية وصلابة الموقف الرسمي الفلسطيني.

كلها عوامل تؤثر وأثرت في حركة الشارع العربي، وما أقوله هو تفسير وليس تبريراً للحالة الشعبية العربية، وما لم تنشأ قوى تغيير جذرية في الحركة السياسية الشعبية العربية، سنبقى نعيش ذات المشهد ●●

# الحرب تفرض منظورِها
# على السياسة احياناً

**علي جرادات**
عضو المكتب السياسي للجبهة الشعبية
لتحرير فلسطين

تدور هذه الأيام على صفحات الصحف الفلسطينية الرئيسة، عدا عن محطات التلفزة الخاصة، وتشاركها الفضائيات ايضا، حالة نقاش من طرف واحد حول جدوى العمليات العسكرية، التي ينفذها مناضلون فلسطينيون، في عمق الكيان الصهيوني، ونقصد بتعبير «من طرف واحد» هو أن كتاب الرأي في هذه الصحف واللذين كتبوا حول هذا الموضوع هم من وجهة نظر واحدة، لا تؤيد مثل هذه العمليات ولهم اسبابهم المتشابهة في اتخاذ مثل هذه الوجهة.

وفيما لا زالت هذه الكتابات لا تعبر عن مواقف رسمية لاحزاب او فصائل سياسية، الا ان هناك بعض الاحزاب والفصائل تؤيد مثل هذا التوجه، كما نوضح ايضا ان كافة من كتبوا حول هذا الموضوع لم يصلوا الى حد الادانة الواضحة لمثل هذا التوجه العسكري الذي ينبع من مواقف سياسية، بقدر ما ناقشوا الجدوى السياسية، من وراء هذه العمليات في ضوء التعويل على الرأي العام العالمي وما يسمى بقوى السلام داخل الكيان الصهيوني.

والملاحظ ان الرأي الآخر، أو رأي ثالث، حول

هذا الموضوع لم يجد طريقه للنشر في هذه الصحف، فيما اقتصر على تصريحات صحفية قصيرة على شاشات التلفزة. ربما كتب البعض ردوداً، وربما وجد المؤيدون لمثل هذه العمليات ان النقاش العلني في مثل هذا الموضوع له مخاطره المختلفة. سيما وأن العدو، يبطش يومياً بأعتي آلات الحربية بمواقع وأشخاص ينخرطون بنشاط في الانتفاضة والمقاومة.

وتتمحور أسباب الحالة النقدية للعمليات العسكرية في العمق الاسرائيلي، حول مفهومين. المفهوم الأول هو المراهنة على التباينات داخل المجتمع الاستيطاني الصهيوني، والثاني هو الرأي العام العالمي وموقفه من هذه العمليات. فيما تظهر في اطار منسجم مع توجهات ما يعرف بالنظام العالمي الجديد، كسياسة دولية، فرضت مفاهيم وقواعد عززت من حالة الهزيمة عند المعسكر الناهض لهذه التوجهات.

ملاحظة أخرى تترافق مع هذا النقاش، وهو أن هذه العمليات تلقى تأييداً شعبياً واسعاً، وان هناك حالة تشابه وتماثل بينها وبين عمليات تجري في مناطق مختلفة من العالم، لتظهر ان هناك خطان في التعامل مع النظام الدولي الجديد، خط يحاول الانحناء لعاصفة ويمارس اشكالا نضالية في حدود «شرعية» هذا النظام، وخط تجاوز هذا الحد ليمارس اشكال عنيفة، سواء كان ذلك في المنطقة العربية او في جنوب شرق آسيا او في افريقيا وحتى في امريكا اللاتينية وشرق اوروبا، التي تمت فيها عملية تدرير واسعة واشعلت فيها النزعات الاثنية.

ان التأييد الشعبي للعمليات العسكرية في

عمق الكيان الصهيوني، وأن اتسم بمظهر انفعالي عاطفي، إلاّ أن هذه الانفعالية وهذه العاطفية لها أسبابها الواقعية وهي ناتجة عن مخزون من المعاناة والاذلال الناتج عن تراكم القمع الصهيوني لأي مظهر من مظاهر الحياة العادية الفلسطينية، وليس فقط لمظاهر الحالة الكفاحية أولاً، وثانياً في شعور المواطن الفلسطيني بتأمر العالم كله ضد حقوقه بمعنى الحد الأدنى من حقوقه، وثالثاً فإن المرارة الناتجة عن الخذلان الرسمي العربي لشعب فلسطين، وعجز الحركات الشعبية عن التأثير في دفع النظام العربي نحو التأييد الجدي والحقيقي لكفاح الشعب الفلسطيني، تجعل من الدوي الناتج عن أي إنفجار في تل أبيب أو القدس الغربية أو الخضيرة صوتهم الاحتجاجي، الذي يشبه أقدام ذاك الشاب التشيكي عام 1969 على إحراق نفسه في ساحات براغ احتجاجاً على النظام، أو مفجر «اوكلاهوما ستي»، الذي عبر بطريقة الخاصة عن احتجاجه على نظام الحياة الأمريكي. فكيف بشعب سلبت ارضه وشرد في أربعة أرجاء الأرض، وامتهنت كرامته على الحواجز وفي المعتقلات، واقتلعت اشجاره، وفي كل يوم يكظم من المرارات ما لا يستطيعه انسان؟.

فالموضوع إذن ليس مجرد حالة مرتبطة بظرف سياسي مؤقت، بل أن ما يجري ناتج عن استمرار وضع تاريخي يشعر فيه الفلسطيني بفقدان الأمل، ويتعزز لديه الشعور بالمرارة، هذا الشعور الذي يترجم إلى حالة احتجاج بأشكال مختلفة.ليس اقلها الحجر.

فقد أشار استطلاع إجراه برنامج دراسات

التنمية في جامعة بيرزيت قبل عملية تل أبيب، أن مستوى تأييد العمليات المسلحة - بين الفلسطينيين بلغ 75%، فيما كان 74% يعارضون مثل هذه العمليات 1994، حسب استطلاع أجراه مركز البحوث والدراسات الفلسطينية في نابلس وبلغت نسبة الشباب المؤيد لهذه العمليات 83% فيما بيّن الاستطلاع أن هناك ارتباطاً عالياً بين قلة الشعور بالامان وتايد هذه العمليات . وفي هذا الاستطلاع مؤشرات سياسية حول مدى الفجوة بين السياسي والشعبي في النظر الى العملية الكفاحية.

## حول التباين في المجتمع الاستيطاني

من المعروف أن موضوعة الامن هي بقرة مقدسة في التفكير الصهيوني، وتشتد قداستها عند تعرض المجتمع الصهيوني لهزات، أو اعمال عنيفة مهما كان حجمها. واذا كانت حالات الانفراج التي يعيشها الكيان الصهيوني تولد أحياناً حركات سلام» فإن الملاحظ أن وجود ونشاط مثل هذه الحركات قد تآكل منذ اندلاع الانتفاضة الأولى، وليس بعد أوسلو فقط، فمظاهرات التضامن، وحركات مثل « يوجد جسر، أو «كفى للاحتلال» وغيرها لم تعد موجودة فعلياً، فيما يقتصر نشاط مجموعات السلام المتناثرة الآن على اعمال بيروقراطية، دون نشاط ميداني ملموس. أما الانتفاضة الحالية، فقد أبرزت إلى حد كبير انزياحاً عالياً في المجتمع الصهيوني نحو اليمين، وذلك قبل عمليات التفجير. فمن الهجوم العنصري على المواطنين في الناصرة، والاحياء العربية في حيفا، ويافا ، إلى وثيقة رفض حق العودة التي وقعها كتاب ومثقفون يهود كلهم محسوبون على اتجاه ما يسمى «حركة السلام » هذا عدا عن الاختيار المجتمعي لرئيس الوزراء الحالي فتح بنسبة عالية، الى وثيقة مرتسلياً العنصرية التي تقترح نقاء الدولة العبرية عبر تحديد النسل العربي وإجراءات التهجير الجماعي، مما يشير الى أن المجتمع المستوطن، قد استنهض الايديولوجيا الاستيطانية العنصرية في مواجهة انتفاضة شعبية تريد التحرر من الاحتلال. وبهذا فإن استعادة «حركة السلام» الاسرائيلية

دورها يبدو موضوعياً عملية صعبة في ظل إخلال هذه الحركة إلى دورها يتمثل في ما أفرزته أوسلو من مؤسسات تطبيعية تحاول استدراج فئات مجتمعية وشعبية فلسطينية باتجاه العدمية القومية والتفريط بالحقوق الوطنية المشروعة للشعب الفلسطيني، وتسطيح حالة الصراع، والتعامل من وجهة نظر استعلائية غربية تجاه شعب كل ما يفكرون فيه انه جزء من صورة المجتمعات الشرقية في عقول ابناء المستوطنة البيضاء في الشرق العربي، فالامر عندهم هو ان نذهب الى حيث يقفون، وليس حتى اللقاء في منتصف الطريق، هذا على المستوى الشعبي، فما بالك اذا وصل المفكرون والكتاب الذين يحاولون الغاء التاريخ كي يبرروا وجودهم في هذه المستوطنة، ويرفضون مطالب اللاجئ بحقه في استرداد كرامته الانسانية والعودة الى وطنه، لان ذلك يهدد نقاء المستوطنة البيضاء. مثل هذه الامور ستكون بنوداً مستحيلة على جداول اعمال اللقاءات التطبيعية. وبالتالي يعود الصراع إلى أصوله بين المواطن والمستوطن، ويتخذ اشكاله السافرة بعد كل لقاءات المجاملة الاولى. عدا عن ذلك فإن شخصاً مثل شارون، لا تحكمه ردات فعل تجاه اعمال فلسطينية، بقدر ما تحركه بنية تفكيره الأيديولوجي والسياسي والسمات الشخصية التي يتمتع بها من دموية لم تكلف سوى إدانة بسيطة من محكمة لم تستطيع تجريمه تماماًعلى مجزرة صبرا وشاتيلا، كما أنها لم تمنع ترشيحه لرئاسة الوزراء.

أن الرهانة على استعادة نشاط «اليسار الصهيوني» كقوة دفع لتسوية سياسية عادلة، أو كقوة ضغط على الحكومة الصهيونية، لم يكن سهلاً قبل هذه العمليات، بل ان مشاركة شخص مثل شمعون بيرس، وحزبه الذي يحتوي على الأغلب «حركة السلام الآن» في حكومة شارون يعني أن هذه الحركة لم تمنع حزبها الرئيس من المشاركة في حكومة دموية أولاً، وأن الغطاء الحزبي لعمل هذه الحركة قد انكشف وبالتالي، صار التفكير الفلسطيني بهزات لوعي الشارع الصهيوني، الذي بات

ينام مستريحاً ما دام الموت هو للعرب والفلسطينيين، وما دامت تل أبيب آمنة. لا يهم أن تكون المعركة حول مستوطنة في الضفة الغربية، ما دامت هذه المستوطنة محمية بجيش قوي يستطيع في النهاية ضبط الأمور بالحديد والنار وما دام المستوطنون مستعدون دائما لاراقة الدم العربي. فنظرف الشارع الصهيوني لم يأت من شارون، بل أن شارون قد صعد إلى الحكم بفضل بنيه مجتمعية عنصرية بنتها سنوات الغزوة الصهيونية الاحتلالية.

ان القمع الذي تقوم به القوة العسكرية الإسرائيلية للشعب الفلسطيني قد تجاوز كل حدود المنطق فالاغلاق المحكم والتعطيل الاقتصادي، والقصف، وأشكال القمع الأخرى، هي وسائل حرب على الشعب، وليس على السلطة الفلسطينية فحسب، أنها إرهاب رسمي تمارسه السياسة الإسرائيلية، وليس اضطراراً تقوم به في لحظات معينه، وبالتالي فإن لحرب قوانينها التفصيلية، التي يصعب التنبؤ بها مسبقاً، وبهذا فإن أشكالاً تفرضها طبيعة الحرب تصبح أقوى من رغبات الناس وتخيلاتهم عن التفوق الأخلاقي، والسمة الحضارية.

إن ما يردده بعض القادة ممن يؤيدون مثل هذه العمليات حول اعتبار أن إسرائيلي عسكري، أو مشروع عسكري، هو أمر واقعي وله مؤسسة الخاصة، التي هي مؤسسة الجندية الالزامية كمثقف عام للشباب الإسرائيلي، وطاحن لتناقضاته الداخلية.

ان التذرع بالقول ان بيرس وشارون قد عبرا بأن اسرائيل تواجه أخطر لحظة منذ تأسيسها، لا يعني ان هذا الشعور هو ناتج عن حقيقة أن هذه القوة الدميجة بالسلاح تشعر بالخوف على وجودها، بل هي محاولة لشد ازر المجتمع المستوطن، وتعزيز عدوانيته، وهذا ليس بجديد مع وجود عمليات عسكرية في عمقه فحسب، بل لان المازق الذي تعيشه اسرائيل حاليا ناتج ايضا عن شعورها بأن قيام الدولة الفلسطينية سيؤثر على مجمل المنطقة العربية، وسيجعل اسرائيل حالة ثانوية في المنطقة المرحلي، والخطوه الأولى على طريق نهاية الطابع العنصري لدولة الكيان الصهيوني، ووثيقة مرتسلياً تطرح

شؤون فلسطينية

الخطر الديمغرافي، وخطر تنامي الشعور بالوطنية الفلسطينية وزيادة التفاعل العربي على جانبي الخط الأخضر.

## حول الرأي العام العالمي

تسود نظرة في الأوساط الفلسطينية، ان هناك حاجة عندنا لاقناع الرأي العام العالمي، على مستوى حكوماته وشعوبه، بعدالة قضيتنا الوطنية، ورغم أن هذا الأمر صحيح، إلا أن منطلقة في هذا المجال، يجب أن لا يأتي من قاعدة الرأي العام العالمي يجهل قضيتنا أولاً، لأن الغرب واستعماره هو الذي فصل وحدد هذا المصير لوطننا في سايكس بيكو وسان ريمو وفي عصبة الامم التي ضمنت وعد بلفور في صلب الانتداب، وأن الصورة عن العرب عند الغرب، هي من صنع الغرب نفسه ولم يصنعها العرب، واذا ظهرت دموية ما لدى العرب، فانها تظهر بفعل ما أنتجه القمع الاستعماري الغربي لها سواء بالاحتلال العسكري الاستعماري المباشر، أو بتجزئة الوطن العربي وحجز تطوره ونهب خيراته.

ان حاجة لتغيير هذه الصورة، تتطلب اولا الاعتراف الغربي بمسؤوليته عما حدث لفلسطين، وهنا يجب مغادرة روح الاستجداء من العالم الغربي بقدر ما يجب تذكيره دائما بانه هو الذي صنع نكبتنا، يجب ان نذكره بأنه سعى للتخلص من الغيتو في أوروبا ليزرعه في فلسطين. ان مسؤولية الغرب ليست مسؤولية اخلاقية فقط بل هي ايضا مسؤولية سياسية.

فالرأي العام العالمي على مستوى النخب ولاته هو الذي صنع مأساتنا لا حاجة لاقناعه بعدالة قضيتنا، فهو مقتنع اصلا، وبالتالي فان ما يحركه هو المصالح، ومن هنا بات الضغط على مصالحه، وسيلة لاستعادة حقنا، حتى لو تنازلنا الى الحدود الدنيا من هذا الحق. ان محاولة التدليل على ان مثل هذه



..وستستمر الانتفاضة حتى التحقيق الكامل والشامل والامين والدقيق.. لـ..توصيات "ميتشــل" !!

# قوات المقاومة الشعبية الفلسطينية
# تضرب في تل أبيب

في صباح الثاني من تموز / 2001 نفذت وحدة الشهيد وديع حداد في قوات المقاومة الشعبية الفلسطينية، الجناح العسكري للجبهة الشعبية لتحرير فلسطين عملية بطولية لمستوطنة «يهود» المقامة على أرض قرية العباسية الفلسطينية، قرب «تل أبيب». وقال البلاغ العسكري لهذه القوات إن تفجير السيارتين جاء ردا سريعا ومباشرا على جريمة اغتيال خمسة مناضلين فلسطينيين في محافظة جنين بتاريخ 2001/7/1 وردا على غطرسة حكومة الإرهابي شارون، وتأكيدا على حق شعبنا المشروع في مقاومة الاحتلال حتى اندحاره والإقرار، بحقوق شعبنا المغتصبة في العودة وتقرير المصير وإقامة الدولة الفلسطينية وعاصمتها القدس. وأضاف البلاغ أن على الشارع الإسرائيلي أن يعلم أن السفاح شارون لم ولن يجلب لهم الأمن، الذي لن يتحقق إلا عبر الإقرار بحقوق الشعب الفلسطيني

وأنذر البلاغ حكومة الولايات المتحدة بالقول إن مصالحها ليست بمنأى عن الضرب ما دامت تحمي الاحتلال الإسرائيلي واعتداءاته وجرائمه.

# عمليات بطولية لقوات المقاومة الشعبية الفلسطينية

تنشر «الهدف» في التقرير التالي إحصاء لسيل من العمليات البطولية لقوات المقاومة الشعبية الفلسطينية، الجناح العسكري للجبهة الشعبية لتحرير فلسطين، وفقا لما أصدرته من بيانات وبلاغات عسكرية:

## في الضفة الفلسطينية

### تشرين أول / 2000

1- هجوم بالرشاشات على حاجز عسكري في منطقة جبل أبو غنيم وقتل جندي من جنود الاحتلال2/10/2000.

2- هجوم على حافلة اسرائيلية قرب بيت لحم، واعترف العدو بإصابة مستوطن 5/10/2000.

3- إلقاء قنبلة يدوية على نقطة إسرائيلية في راس العامود 2/ 2000 إلقاء قنبلة يدوية على جنود إسرائيليين في باب المغاربة 4/ 2000

4- القاء قنبلة يدوية على حافلة في راس العامود 10/ 2000.

5- هجوم على نقطة عسكرية بالقرب من جبل أبو غنيم، وإصابة جندي اسرائيلي 8/10/2000.

6- هجوم على دورية عسكرية على خط زعتره 15/10/2000.

7- هجوم على باص على خط 60 بالقرب من الخضر، وإصابة اثنين من ركاب الباص 16/10/2000.

8- هجوم بالاسلحة الرشاشة على سيارة اسرائيلية على شارع اللطرون بالقرب من بيت سيرا، ولم يعترف العدو بالهجوم17/10/2000.

9- هجوم بالقنابل اليدوية والرشاشات على حاجز عسكري للقوات الاحتلال بالقرب من ابو ديس، واعترف العدو باصابة جنديين 18/10/2000.

10- اشتباك مع دورية لجيش الاحتلال على الطريق المؤدي لمستوطنة جيلو، واعترف العدو باصابة جنديين 18/10/2000.

11- اطلاق النار على سيارة للمستوطنين على الطريق الالتفافي جنوبي نابلس 19/10/2000.

12- هجوم خمس مرات على اهداف ثابته في جيلو ومعسكر بيت ساحور 20/10-1/11/2000.

13- هجوم بالاسلحة الرشاشة على حاجز عسكري على مفرق قرى خربتا دير عمار نعلين، واستمر الاشتباك اكثر من ساعة ولم يعترف العدو بخسائر 28/10/2000.

14- القاء قنبلة يدوية على دورية للشرطة الاسرائيلية في نقطة حراسة في

### تشرين ثاني / 2000

باب الاسباط، واعترف العدو بإصابة احد افراد الشرطة 31/10/2000.

15- هجوم بالاسلحة الرشاشة على مفرق دير عمار خربتا، وقام الجيش الاسرائيلي بعدها باقتحام عدد من القرى 10/11/2000.

16- اطلاق نار على سيارة فولكسفاجن قرب مستوطنة الون موريه وإصابة اثنين من المستوطنين حسب اعتراف العدو . 21/11/2000.

17- تفجير عبوة ناسفة بجانب سيارة اسرائيلية على الطريق المؤدي الى مستوطنة الون موريه، وقد أصيبت السيارة اصابة مباشرة، غير ان العدو لم يعترف بأي خسائر 23/11/2000.

18- هجوم بالرشاشات على سيارة للمستوطنين وإصابة اثنين من ركابها وانقلاب الحافلة على شارع الون موريه20/11/2000.

### كانون أول / 2000

19- هجوم بالرشاشات على باص للمستوطنين بالقرب من سبسطية، ولم يعترف العدو بخسائر 2/12/2000.

20- هجوم على دورية عسكرية متحركة باتجاه حاجز بيت ساحور 3/12.

21- هجوم بالرشاشات على جيب عسكري بالقرب من قرية سالم، واستمر الاشتباك لمدة نصف ساعة 7/12/2000.

22- هجوم بالاسلحة الرشاشة على سيارة مستوطنين بالقرب من قرية برقة، واعترف العدو بإصابة اثنين من مستوطنيه . 7/12/2000.

23- هجوم على دورية عسكرية بالقرب من جبل غنيم دون اصابات. 8/12/2000.

24- هجوم على حافلة للمستوطنين على طريق مستوطنة عطيرة شمال مدينة رام الله ، واعترف العدو بإصابة مستوطن. ويذكر انه كان في الحافلة كبير حاخامي اسرائيل 10/12/2000.

25- اشتباك بين مجموعة من قواتنا بالقرب من سالم مع كمين قد نصبه العدو بخسائر 11/12/2000.

26- هجوم بالاسلحة الرشاشة على مستوطنة (بيت ارييه ) بالقرب من

قرية اللبن الغربي، ولم يعترف العدو باصابات ٢٠٠٠/١٢/١٢.

٢٧- هجوم على حاجز بيت لحم واصابة سيارة ٢٠٠٠/١٢/١٥.

٢٨- تفجير عبوة ناسفة تحت سيارة للمستوطنين بالقرب من بيت فوريك، واصابة احد المستوطنين ٢٠٠٠/١٢/١٧.

٢٩- تفجير عبوه ناسفة في جيب عسكري بالقرب من قرية برقة، واصيب جنديين من جنود الاحتلال حسب اعتراف راديو اسرائيل باللغة العبرية ٢٠٠٠/١٢/١٨.

٣٠- هجوم على سيارة مستوطنين اسرائيلية على شارع اللطرون بالقرب من مستوطنة (جفعات زئيف )، وقد اعترف العدو بالهجوم وقتل احد مستوطنيه ٢٠٠٠/١٢/٢١.

٣١- هجوم مسلح بالرشاشات على سيارة ستيشن للمستوطنين على طريق مستوطنة الون موريه، واصيب سائق السيارة بجروح ٢٢ /١٢/ ٢٠٠٠.

٣٢- اشتباك مسلح مع جنود الاحتلال في قرية بيت دجن، ساعد في انقاذ احد المواطنين الذي تعرضت سيارته لاطلاق النار من قبل جنود الاحتلال ونقل الى المستشفى ليتلقى العلاج ٢٠٠٠/١٢/٢٣.

٣٣- هجوم بالاسلحة الرشاشة على سيارة للمستوطنين بداخل مستوطنة الون موريه، من نوع فورد كورتينا واصابة احد المستوطنين بجراح ٢٠٠٠/١٢/٢٨.

٣٤- هجوم بالاسلحة الرشاشة على مستوطنة « افرات » بالقرب من بيت لحم ٢٠٠٠/١٢/٢٠.

٣٥- مشاركة رفاقنا مع مجموعة شهداء الانتفاضة في هجوم على سيارة للمستوطنين بالقرب من مستوطنة عوفرا، وقتل في الهجوم كهانا وزوجته واصيب اطفاله الثلاثة ٢٠٠٠/١٢/٣١.

كانون ثاني / 2001

٣٦- تفجير عبوتين ناسفتين زنتها ٥ كغم في باص صهيوني بالقرب من سبسطية، واصيب الباص باضرار بالغة غير ان العدو لم يعلن عن خسائر. ٢٠٠١/١/٢.

٣٧- هجوم على دورية لجيش الاحتلال في منطقة يعبد واصابة جنديين اسرائيليين ٢٠٠١/١/٢.

٣٨- هجوم على سيارة للمستوطنين على شارع اللطرون بالقرب من بيت سيرا واعترف العدو باصابة اثنين من مستوطنيه ٢٠٠١/١/٣.

٣٩- اطلاق نار على معسكر للجيش الاحتلال بالقرب من قرية تياسير. ٢٠٠١/١/٦.

٤٠- هجوم بالرشاشات والقنابل اليدوية على سيارة البريد بالقرب من الون موريه ٢٠٠١/١/١٠.

٤١- هجوم على حارس خزانات الماء في اه طوبا ٢٠٠١/١/١٠.

٤٣- اطلاق النار على معسكر الزيبابدة مرتين في نفس اليوم ٢٠٠١/١/١٢.

٤٢- نصب كمين لمستوطن معروف باعتداءاته على شعبنا والهجوم كان على سيارة GMC بيضاء، حيث القيت قنبلة يدوية لم تنفجر واصيب المستوطن حسب اعتراف راديو اسرائيل (تم تصوير العملية بالفيديو ). ٢٠٠١/١/١٥.

٤٣- هجوم بالاسلحة الرشاشة على قافلة اسرائيلية مكونه من حافلة وخمس سيارات، على طريق الون موريه، وقد اعترف العدو بالهجوم واصابة احد مستوطنيه ٢٠٠١/١/١٥.

٤٤- هجوم بالاسلحة الرشاشة على سيارة للمستوطنين على الشارع الالتفافي القريب من بيت ايل، ولم يعترف العدو بالاصابات ٢٠٠١/١/٢٠.

٤٥- هجوم على دورية بالقرب من وادي الحمص في بيت لحم ٢٠٠١/١/٢٠.

٤٦- هجوم على حافله اسرائيلية بالقرب من مستوطنة حلميش، وعلى اثرها قام العدو بقصف القرى المجاورة ٢٠٠١/١/٢٣.

شباط / 2001

٤٧- تفجير سيارة مفخخة في حي منة شعاريم في القدس اسفرت عن ٨ اصابات ٢٠٠١/٢/٨.

٤٨- هجوم على سيارة مستوطن في شارع النفق في بيت لحم وقتل المستوطن في الهجوم ٢٠٠١/٢/١١.

٤٩هجوم على مستوطنة كيدار بالقرب من العبيدية واصابة المنازل. ٢٠٠١/٢/١١.

٥٠- هجوم على دورية عسكرية في الفرديس ٢٠٠١/٢/١٦.

٥١- اطلاق صاروخ على مستوطنة الون موريه، ووصل الى مشارف المستوطنة ٢٠٠١/٢/٢١.

٥٢- اطلاق نار على معسكر الزيابدة ٢٠٠١/٢/٢٢.

٥٣- اطلاق نار على معسكر الزيابدة ٢٠٠١/٢/٢٣.

٥٤- اطلاق نار على مستوطنة قدوميم بالقرب من نابلس ٢٠٠١/٢/٢٣.

٥٥- هجوم بقنبلة يدوية على القنصلية الامريكية وتم تفجير، اثناء زيارة باول للمنطقة وفي اللحظة التي كان مجتمع فيها مع شارون ٢٠٠١/٢/٢٧.

٥٦- هجوم بالاسلحة على مستوطنين في مستوطنة ايال شمال قلقيلية وجرح مستوطن ٢٠٠١/٢/٢٨.

آذار / 2001

٥٧- زرع عبوتين ناسفتين على الشارع الالتفافي لمستوطنة الون موريه، ولم تنفجر لاسباب فنية وقد اكتشفها العدو وقام بتفكيكها ٢٠٠١/٣/٤.

٥٨- اطلاق نار على سيارة مستوطن على الشارع الالتفافي لمستوطنة الون موريه، ولحقت بالسيارة اضرار مادية. ٢٠٠١/٣/٤.

٥٩- اطلاق نار على سيارة مستوطن على مفرق بيت فوريك ٢٠٠١/٣/٥.

٦٠- نصب كمين لختان مستوطنة حومش، حيث شعر بوجود مسلحين وتوقف فجأة وحاول العودة من حيث اتى، والقيت عليه قنبلة يدوية ولم تنفجر. ٢٠٠١/٣/٥.

٦١- هجوم على صهريم صهيوني بالاسلحة الرشاشة والقنابل اليدوية بالقرب من قرية برقة، مما ادى الى اصابة السائق بجروح بالغة. ٢٠٠١/٣/٩.

٦٢- هجوم بالاسلحة الرشاشة على جنود اسرائيليين، وقتل احدهم واعلنت كتائب جيفارا غزة عن العملية ٢٠٠١/٣/١٩.

٦٣- سيارة مفخخة في حي منة شعاريم في القدس وتم اكتشافها قبل ان تنفجر ٢٠٠١/٣/٢١.

٦٤- هجوم على مسؤول امن المستوطنات (جلعاد زار )، بالقرب من بورين واصيب اصابة بالغة ٢٠٠١/٣/٢٥.

نيسان / 2001

٦٥- سيارة مفخخة بالقرب من مستوطنة قدوميم غرب نابلس وانفجرت بالقرب من دورية اسرائيلية ولم يعترف العدو باصابات ٢٠٠١/٤/٢.

٦٦- عبوة جانبية استهدفت صهريم وقود بالقرب من معسكر عين كينيا ولم تسفر عن اصابات ٢٠٠١/٤/٧.

٦٧- هجوم بالاسلحة الرشاشة على معسكر عين كينيا غرب رام الله. ٢٠٠١/٤/٧.

٦٨- تفجير عبوة ناسفة ذكية ومتطورة استهدفت الحاجز العسكري المقام على مفترق بيت فوريك شرقي نابلس، مما اسفر عن اصابة جنود الحاجز بين قتيل وجريح ( تم تصوير العملية بالفيديو )١٤/٤/ ٢٠٠١.

٦٩- القاء قنبلة يدوية على نقطة الجيش الاسرائيلي عند قبراحيل واصابة جندي.

٧٠- قنبلة يدوية على طريق جيلو، انفجرت ولم يحدث اصابات.

٧١- اشتباك مع الجيش الاسرائيلي على حاجز عسكري بالقرب من دار صلاح في بيت لحم.

٧٢- اشتباك مع دورية حرس حدود في دار صلاح واصابة جندي.

٧٣- القاء قنبلة يدوية على طريق زعتره في بيت لحم.

٧٤- هجوم على دورية عسكرية على الطريق الالتفافي المؤدي الى مستوطنة حلميش، واعترف العدو بالهجوم وقام الاحتلال على إثر ذلك بقصف

مواقع الامن الوطني في بيت ريما.
٧٥ - تفجير سيارة مفخخة في اور يهودا بالقرب من تل ابيت، واعترف العدو باصابة ٨ اسرائيلين ٢٠٠١/٤/٢٣.
٧٦ - هجوم على دورية عسكرية بالقرب من مستوطنة عوفريم غرب اللبن الغربي.
٧٩ - هجوم بالقنابل اليدويه على سيارة مستوطن في طريق مستوطنة عطيرت شمال رام الله.

**ايار / 2001**
٨٠ - هجوم بالأسلحة الرشاشة على سيارة مستوطن على الطريق الالتفافي للمستوطنة المسماه الون موريه بالقرب من بلدة فوريك، شرقي نابلس وقد اعترف العدو باصابة احد مستوطنيه اصابة بالغة ٢٠٠١/٥/١.
٨١ - تفجير عبوة ناسفة عند المفترق الالتفافي في قرية سردا بالقرب من رام الله، مما اسفر عن تدمير الجيب العسكري الصهيوني واصابة من بداخله. ٢٠٠١/٥/١٧
٨٢ - تفجير سيارة مفخخة بالقرب من مركز الشرطة في المسكوبية في القدس. ٢٠٠١/٥/٢٦
٨٣ - عبوه ناسفة وضعت في المستوطنه المقامه على اراضي قالونيا غرب القدس، انفجرت ولم توقع اصابات.
٨٤ - عبوه ناسفة جانبية على طريق فرعي لمطار قلنديا، انفجرت ولم توقع اصابات حسب اعتراف العدو.

**حزيران / 2001**
٨٥ - زرع عبوتين ناسفتين في دراجة نارية في مدينة حيفا وبسبب خلل فني لم تنفجر العبوات واعلن العدو عن تفجيرها بالإنسان الالي. ٢٠٠١/٦/١٧
٨٦ - اطلاق النار على موقع عسكري قرب قرية سالم ٢٠٠١/٦/١٨

**في قطاع غزة**
**تشرين أول / 2000**
٨٧ - تفجير لغم ارضي على الحدود الشرقية لمنطقة خانيونس، بالقرب من منطقة خزاعة وذلك اثناء مرور دورية اسرائيلية. ٢٠٠٠/١٠/١٧
٨٨ - تم تفجير لغم ارضي في منطقة رفح على الطريق المؤدي لمستوطنة موراج. ٢٠٠٠/١٠/٢٠

**تشرين ثاني / 2000**
٨٩ - عدة عمليات اطلاق نار من قبل مجموعاتنا باتجاه مستوطنة دوجيت الواقعة شمال بيت لاهيا ( ٤ عمليات في الفترة الواقعة ما بين١-٢٠/١١/ ٢٠٠٠.
٩٠ - اطلاق نار من قبل مجموعة في المنطقة الحدودية لبيت حانون، واستهدفت موقع عسكري ثابت في المنطقة. ٢٠٠٠/١١/٢٩
٩١ - هجوم بالأسلحة الرشاشة على باص على طريق المنطار -مستوطنة نتساريم ٢٠٠٠/١١/٢٩
٩٢ - عبوات ناسفة على مقر الارتباط اي بالقرب من حاجز التفاح غرب خانيونس ٢٠٠٠/١١/٩

**كانون أول / 2000**
٩٣ - مهاجمة عدة كمائن لقوات الاحتلال في مستوطنة نيتساريم من الناحية الشمالية الشرقية، واشتبكت المجموعة مع جيب عسكري كان يمر في المنطقة ٢٠٠٠/١٢/١٢.
٩٤ -تفجير عبوه ناسفة اثناء مرور حافلة اسرائيلية على خط نيتساريم – المنطار-.، واطلاق نار متبادل ما بين المجموعة والجيش الاسرائيلي ٢٠٠٠/١٢/٢٥.
٩٥ - مهاجمة الموقع العسكري الموجود على مفرق الشهداء، على طريق مستوطنة نيتساريم بالاسلحة الرشاشة
٩٦ - شن هجوم على ابراج المراقبة لمستوطنة نيسانيت المحاذية لمنطقة غرب بيت حانون (قرب حاجز ايرز)، واشتبكت المجموعة مع قوات الاحتلال

---

التي ردت على مصدر اطلاق النار. ٢٠٠٠/١٢/٢٤
٩٧ - عملية اطلاق نار في المنطقة الشرقية لبيت حانون، على الحدود وذلك على ابراج مراقبة لقوات العدو ٢٠٠٠/١٢/٢٤.
٩٨ - تم تنفيذ هجوم بالنيران على مواقع وابراج مراقبة في منطقة معبر حانون ( حاجز ايرز٩ ) ولم ترد قوات الاحتلال على النيران. ١٢/٣١/ ٢٠٠٠.
٩٩ - عبوات ناسفة على مقر الارتباط، بالقرب من حاجز التفاح غرب خانيونس ٢٠٠٠/١٢/١٠.
١٠٠ - هجوم على دورية عسكرية في المنطقة الحدودية لبيت حانون في المنطقة الشرقية، واستخدمت الاسلحة الاوتوماتيكية من نوع م ١٦

**كانون ثاني / 2001**
١٠٢ - عملية اطلاق نار من قبل رفاقنا باتجاه موقع في المنطقة الحدودية شرق شمال بيت حانون، واشتباك مع جيش الاحتلال ٢٠٠١/١/٦.
١٠٣ - اطلاق ثلاثة قنابل يدوية من بعد وبواسطة سلاح. على تكنة عسكرية اسرائيلية في منطقة معبر بيت حانون. ٢٠٠١/١/١٥
١٠٤ -عبوة ناسفة على مفرق غوش قطيف على جيب عسكري ٧ رمضان
١٠٥ - العديد من العمليات في المنطقة الجنوبية والوسطى من القطاع.

**آذار / 2001**
١٠٦ - هجوم بقذائف الهاون على مستوطنة « نتساريم » جنوب مدينة غزه. ٢٠٠١/٣/٨

**نيسان / 2001**
١٠٧ - قصف مستعمرة أجدروت بقذائف الهاون.٢٠٠١/٤/٣٠

**ايار / 2001**
١٠٨ - قصف مستوطنة نتساريم جنوب مدينة غزة بقذائف ٢٠٠١/٥/١.
١٠٩ - قصف ثلاث مستوطنات « نتساريم » و« نيرعام » و « موراج » بقذائف الهاون، وقد نفذ هذا الهجوم من قبل ثلاث مجموعات عسكرية. ٢٠٠١/٥/١٥

**حزيران / 2001**
١١٠ - قصف مستوطنة نيرعام شرق مدينة بيت حانون بقذيفتي هاون ٢٠٠١/٦/٥.
١١١ -قصف مستوطنة نتساريم بقذيفتي هاون ٢٠٠١/٦/٦
١١٢ - قصف مستوطنة نفيه دقاليم بقذيفتي هاون ٢٠٠١/٦/٦.
١١٣ - قصف مستوطنة دجيت في منطقة خانيونس بقذيفتي هاون.
١١٤ - قصف مستوطنة رفح يام غرب مدينة رفح بقذيفتي هاون. ٢٠٠١/٦/١٠.
١١٥ - تفجير عبوة تزن خمسة واربعون كيلو جرام ، استهدفت جيب عسكري إسرائيلي على الحدود الفلسطينية المصرية. ٢٠٠١/٦/١١
١١٦ - مهاجمة المقر العسكري العام لقوات الاحتلال الصهيوني بالقرب من مستوطنة نفيه دقاليم في مجمع ما يسمى بمستوطنات غوش قطيف بقذائف الهاون ٢٠٠١/٦/١٨.

