# LOWELL DECL. EX. 9f



**AL - HADAF**

سياسية عربية
كل الحقيقة للجماهير

العدد ١٣٢١/ ٢ فلسطين
السنة الثالثة والثلاثون/ الأولى فلسطين
AL-HADAF - NO. 1321/ 2 PALESTINE AUGUST 2001



موضوع الـغـلاف

ثورة ٢٣ يوليو...
في حوار مع الرفيق المؤسس

حنظلة..
في ذكرى استشهاد ناجي العلي

## في هذا العدد

- بين الاستنزاف والضربة القاضية .................. ٤
- عمليات بطولية لقوات المقاومة الشعبية الفلسطينية ١٠

● **شؤون فلسطينية**

- نحو رؤية استراتيجية للدفاع عن الثوابت .......... ١١
- اسرائيل تستهدف القيادات الميدانية للانتفاضة .... ١٤
- التطبيع ....................................... ١٧
- مقابلة مع الرفيق أبو أحمد فؤاد ................. ١٨
- تكيف الأسرة الفلسطينية في مواجهة الحصار ....... ٢٣

● **شؤون عربية**

- الحكيم وثورة ٢٣ يوليو (مقابلة) ................ ٣٠
- المسلمون والأقباط في مصر .................... ٣٦

● **شؤون العدو**

- أثر الانتفاضة على الاقتصاد الإسرائيلي .......... ٤٠

● **شؤون دولية**

- قمة جنوا: العولمة والعولمة المضادة ............ ٤٢
- ضعف التأييد الدولي للانتفاضة ................ ٤٤
- موسم المظاهرات في ايرلندا الشمالية .......... ٤٦

● **الهدف الثقافي**
...................................... ٤٧

## كلمة

صدر العدد الأول من الهدف في فلسطين ، ونفذت طبعته في الثلث الأول من الشهر ، لم نكن نخاف على توزيعه ، فسُمعة الهدف كمطبوعة جادة وملتزمة بهموم الوطن والشعب ، جعلت من القراء يتسابقون للحصول على باكورة الإصدار في الوطن . حرصنا وسنحرص طيلة إصدارنا للمجلة أن تكون متنوعة المواضيع ، ونؤكد حرصنا على تنوع المعالجات ، وان طغى عليها هم المعركة الناشئة .

هذه دعوة لكل مهتم أن يقدم مساهمته للهدف ، سواء كانت نقدا ، او معالجات جدية لشتى هموم الوطن والأمة ، فباب المجلة مفتوح ، ونطمح أن تكون منبرا للسجال الوطني والديقراطي .

يتزامن صدور هذا العدد مع مناسبتين ، الأولى ذكرى ثورة ٢٣ يوليو ، الرد الأساس على النكبة كما وصفها الرفيق الحكيم ، وذكرى استشهاد حنظلة ، كضمير للشعب وراوي حكايته بريشة الناقد لا المصفق .

يقينا أننا لا ندعي الصواب المطلق ، إنما نحاول أن نقدم افضل ما لدينا ، ونحن نحتاج إلى كل ملاحظة .

رئيس التحرير
ـلـي جـرادات

مدير التحرير
جـبـريـل مـحـمـد

ثمن النسخة
دينار أردني أو ما يعادله

قيمة الاشتراك السنوي
بما فيها أجور البريد
للضفة الفلسطينية
وقطاع غزة
عشرة دنانير أو ما يعادلها
في مناطق ٤٨
خمسة عشر ديناراً
أو ما يعادلها

عناوين المجلة
فلسطين
البيرة – شارع الإرسال
عمارة الكرمل – الطابق الأول
هاتف ٢٩٨٨٣٨٩  ٢
فاكس ٢٩٦٦٨٠٨  ٢
ص.ب ٤٣٦٧ البيرة
E-mail:
alhadaf@p-ol.com

الإشراف الفني
مروان العلان

طبعت في مطابع الأيـام



# مـأزق مثلـث الأضلاع

بل اعتبره مكوناً من مكونات سيادة الدولة (المركز) وعليه في قراره السياسي.

استولد (شارون) من ذلك، شعاره الانتخابي، وبوصوله للسلطة أعطى وعده الإلهي (خطة المائة يوم) الكفيلة بإنهاء حالة المقاومة الفلسطينية (الانتفاضة) وفرض سلامه هو على الفلسطينيين «بتأييد الحكم الذاتي على ٤٢٪ من الأرض المحتلة عام ٦٧ والغالبية العظمى من سكانها كما يقول».

لا شك أن شارون وحسب الاستطلاعات الداخلية لا زال يتمتع بغالبية، لكنها تضعضعت روحها مع تصاعد وتيرة السؤال، أن تجاوز شارون في أفعاله العدوانية ضد الشعب الفلسطيني كل الآخرين الذين سبقوه، ومضى على وجوده في قمة السلطة أكثر من مائة وخمسة وثلاثين يوما: «ما ذا فعلت يا شارون وأين الأمن؟» فقد فشل في تركيب الشعب الفلسطيني لإرادته والمقاومة لا زالت ناشبة، وأصبح شعار «ضبط النفس» تحول إلى قطع النفس، غبارا يعتلي صورته، ولم تشفع له لا الاستيطانية (داخلياً)، ولا جولاته الدبلوماسية وشريكة شتى في بيريز (خارجياً)، فالمستوطنون يفرون يومياً، والطرق لم تعد للجيش يتنمر إما من «ضبط النفس»، أو من إرهاق الخزينة والكلفة المادية والبشرية المتزايدة، وحصاد الخيبة.

إذاً وماذا بعد؟ هنا المأزق. فإما أن يقوده الحال إلى الاعتراف بالفشل، وهذا يعني الهزيمة السياسية أمام الفلسطينيين، ما يمكن أن تؤدي اليه من تداعيات مرعبة بالنسبة لمن رفعوه أكتافهم باعتباره قارب النجاة الأخير، واما الاندفاع بخيار المواجهة للنهاية، وهذا ما له ما له وعليه الكثير من المترتبات المحلية والإقليمية والدولية.

مرة أخرى هنا مأزق الضلع الأول، ولا أحد يجزم سبيل إلى الخروج منه. فالمعركة لا زالت ناشبة وبوابة الاحتمالات مفتوحة.

في جانب السلطة الفلسطينية: انها ذات القماشة والتكوين السياسي والاجتماعي التي صنعت ووقعت أوسلو ٩٩٣ وما تلاه، وهي ذاتها التي رفضت مقترحات كمب ديفيد في تموز، وهي ذاتها التي ساهمت في الانتفاضة إلى جانب الحركة الوطنية بكل قواها، وهي ذاتها التي ذهبت لشرم الشيخ (تشرين ثان)، ثم تلاحقت خطواتها هبوطاً في قبول المبادرة المصرية – الأردنية ثم تقرير ميتشيل (الخدعة الكبرى)، ثم تفاهم تينيت، ووجدت نفسها في المربع الإملائي الأمريكي – الإسرائيلي (وقف إطلاق النار) وقف العنف، الأمن أولاً، الأيام السبعة، التهدئة، ...

## في الجانب الإسرائيلي:

بتنا نشهد، سواء بحكم الحالة الصراعية الساخنة، أو الحالة الاشتباكية الفاترة، أو الحالة التصالحية الباردة، أن لمأزق الوضع السياسي في فلسطين ثلاثة أضلاع، وتتمثل في الحكومة الإسرائيلية كمؤثر أساسي، وحالتي النقيض الفلسطينية، السلطة والانتفاضة، ولكل واحد منها عناصره وعوامله وأولوياته الفاعلة في صناعة المأزق. فما هي معالم هذا المأزق؟ إلى أين يسير؟ وما هو المخرج؟

## في الجانب الإسرائيلي:

أصبح شارون، أحد صناع العدوانية الصهيونية، صنيعة لها، فوصوله إلى قمة السلطة كنتاج مجتمعي، وكتمثيل أمين لنزوع المجتمع الصهيوني نحو العدوانية، وباعتبار أن «السلام» ليس من طباعه، أصبح حاملاً لإرث عقود من مفهوميات أيديولوجية مندمجة في المصالح الاقتصادية القصوى ونزوع الهيمنة. هذا مع تنامي قوة الأصولية الدينية التوراتية في التأثير على السياسة وقمة قرارها وتشكيلاتها. فهو وارث لبن غوريون في نزعة الطرد والإلغاء مثلما هو وارث لرابين بعدم قدسية الاتفاقات والمواعيد، كما هو وارث لمقولات نتنياهو المتضمنة في كتابه (مكان تحت الشمس)، كلها خلطة تتجسد الآن في قمة السلطة السياسية. وهو يضيف الان مقولته، الجديدة «الأمن الشخصي والمجتمعي أولاً وأخيراً»، دون اعتبار فقدانه نتيجة لسبب (هو الاحتلال القائم والعدوان الدائم على الشعب الفلسطيني، وعدم الاعتراف بحقوقه والتنكر للقرارات الدولية)، فهذا آخر ما تفكر به حكومات إسرائيل،

اللغة)الخ.. من المفردات التي ابتعدت كلها عن المشكل الأساس المتمثل بوجود الاحتلال.

كأنه لم يكف الشعب الفلسطيني ازدواجية الخطاب السياسي من حيث وتيرته ومستواه، بل تفاقم المأزق عبر الإعلان عن التزامات مهينة، وهكذا خلقت من المقولات بضاعة وهمية، اسمها تقطيع الوقت. من أجل الانتقال من المفردات الإسرائيلية (الأمن أولاً) إلى المفردة الفلسطينية (تجميد الاستيطان)، والذي هو أقل مما تنادي به «حركة السلام الإسرائيلية» التي تطالب بإنهاء الاستيطان، وتواصل الهبوط حتى عن الحماية الدولية إلى طلب مراقبين دوليين؟ هذه القيادة لم تتعلم من دروس أوسلو، ولا عادت وقرأت الثلاثين نقطة من نقاط اتفاقية الانتقالي العالقة في روزنامة أوسلو، وواي ريفر، وشرم الشيخ الأول، بل حلمت أن يكون عطاؤها الجزيل رفيقاً يقربها من دخول بوابة المفاوضات (التي كانت). ولذا نظرت للانتفاضة بسقف هابط (تحسين شروط المفاوضات)، وهنا نشأ تعارض مع القوى الوطنية التي نظرت لها كطريق للخلاص من الاحتلال، بل درباً نحو الاستقلال والسيادة.

قد يقول قائل: «هي تمارس التكتيك، وتترك للثوريين العمل»، لكن الوقائع ليست كذلك، إذ لو كانت كذلك لاستجابت على امتداد الشهور العشرة السابقة، لدعوات تحسين وتحصين الوضع الداخلي، بما يوفر شروط الإدامة وكسب المعركة، فهي اليوم تستخدم مصادر معلوماتها عن احتمالية الاجتياح العسكري، ومخطط تدمير السلطة ليس من أجل الاستعداد للمواجهة، بل من أجل تبرير الهبوط بالسقف السياسي والتجاوب مع كل مبادرة تهبط عن الأخرى بدرجات.

لم يعد المأزق في مظهره في ازدواجية الخطاب.. بل تنامى حتى أصبح انفصاما، وهو كذلك حتى تتم الاستدارة من سياسة العلاقات العامة الخارجية، إلى الالتفات الجدي للهم الداخلي الهادف لتحسين الحال في مواجهة كل احتمال .. وهيهات أن تكون تلك الالتفاتة .. الأمنية.

## الانتفاضة والحركة الوطنية والإسلامية:

فضلها كبير وإنجازها عظيم، إلا أن ما كان مقبولا في شهورها الأولى، لم يعد مقبولا اليوم. ومأزقها الراهن يتمثل في غياب دورها كمرجعية، فقد احتويت عبر القرار السياسي والمالي من قبل السلطة، والأرجل المختلفة ما بين الحالين أحيانا تفقد خطاها

أو وقعها إن جاز القول بسبب من الارتباك السياسي، التي لا تساهم هي في إنتاجه بل هو يصدر لها كبضاعة جاهزة وما عليها إلا تسويقه، أو إن لم تحسن فعلا فوضعه في رفوف دكاكينها.

إذا هي الانتفاضة الباسلة التي استولدت بفعل قواها الأساسية خيار مقاومة لم تعد كلفته محمولة لدى السلطة (وهنا الخوف) على الآتي وليس ما ذهب، إذا هي الانتفاضة المرعبة لشارون لأنها وضعت معاولها الأولى في هدم المستوطنات، وقتل روح الصمود الكاذب عند المستوطنين، وهي الانتفاضة التي أعادت الاعتبار للسياسة وللفعل الوطني الفلسطيني، و أجادت صنعاً في أنها أعادت الحيوية للاسم والاعتبار الفلسطيني بعد السنوات العجاف.

هي الانتفاضة التي أحدثت نقلة في أشياء كثيرة ،إلا في سياسة أوسلو والسلطة.

هي الانتفاضة التي تسببت في عقد قمتين عربيتين وقمة إسلامية وحركة دولية ولم تنجح لمرة واحدة في عقد دورة للمجلس المركزي الفلسطيني.

هي الانتفاضة التي بسببها سقطت حكومة (باراك) ولم تسقط وزيرا فلسطينيا فاسدا.

هذا هو مأزقها، فهي تفعل الكثير بكل المعاني، إلا أنها تفتقد الأساس المرجعي في صنع القرار و توفير حماية بنيوية اجتماعية، نتوحد في الميدان ونختلف على هدفها السياسي حيث يراه البعض حرية واستقلال ويراه آخرون تحسينا للميزان السياسي التفاوضي ليعود بنا الى ٩/٢٩.

كيف الخلاص من مأزقها؟ هل هو البرنامج؟ هل هي المأسسة الشعبية؟ هل هي قيادة الطوارئ؟ هل هي الجبهة الوطنية المتحدة؟ نعتقد أنه من المجدي وضع كل الأسئلة على طاولة البحث، حتى يؤمن البحث وحدة رؤية لصنع سياسة جديدة تغادر المقيدات لتحرر نفسها أولاً، ولتوليف الأداة ثانياً، كي تتحمل مسؤولية الإدامة للانتفاضة الشعبية.

لذا بات المطلوب والملح للخروج من المأزق (البرنامج، الإطار، الأداء، المأسسة الشعبية) كعناصر إدامة شعبية ومقاومة مسلحة. حتى تصل الى الهدف الذي هو الخلاص من الاحتلال. وكي نكسر الضلع الأول من المثلث (الذي هو الاحتلال)، لا بد من اتباع سياسة تعميق مأزقه بالانتفاضة والمقاومة، لا بإراحته عبر الاستجابة لمفرداته، أو الدوران في حلقاته ●●



**الرفيق أبو علي مصطفى يهنىء الرئيس صدام حسين بذكرى ثورة السابع عشر من تموز**

## ويهنىء كاسترو

بعث الرفيق أبو علي مصطفى، ببرقية تهنئة إلى الرفيق فيدل كاسترو، بمناسبة انطلاق الثورة الكوبية في ٢٦ تموز عام ١٩٥٣، وجاء في البرقية «من فلسطين المقاومة للمختطفين، إلى جبال المونكادا موطن النصر في بلادكم، ومبعثه الذي ما توقف لحظة واحدة منذ اندلاع ثورتكم على أعدائها، فان العدو الذي يحاصركم يحاصرنا».

وشرح أبو علي واقع فلسطين في البرقية، وثمّن الرفيق أبو علي موقف كاسترو وشعب كوبا في التضامن مع الشعب الفلسطيني، وختم برقيته، بتحية للرفيق كاسترو وشعب كوبا،



شاكراً له عمق المشاعر الطيبة التي أبداها تجاه فلسطين وشعبها ، بمشاركته شخصياً في المسيرة التضامنية مع شعبنا.

## أنشطة في ذكرى استشهاد غسان كنفاني

بمناسبة الذكرى التاسعة والعشرين لاستشهاد المناضل المبدع غسان كنفاني وبمناسبة صدور العدد الأول من مجلة (الهدف) التي أسسها في الوطن. أقامت الجبهة الشعبية لتحرير فلسطين في محافظة طولكرم وبالتعاون مع وزارة الثقافة في المحافظة معرضاً للصور بعنوان (الانتفاضة خيار الحرية والاستقلال).

وابتدأ الافتتاح يوم السبت ١٤/٧/ ٢٠٠١، واستمر ثلاثة أيام، حيث اشتمل المعرض على مئات اللوحات والصور التي تعكس واقع الانتفاضة الراهنة. وكذلك لوحات تعكس حياة وإبداعات المناضل كنفاني، بالإضافة إلى مجموعة لوحات كاريكاتورية، كما تم عرض ريبورتاج



خاص عن المناضل كنفاني، وقد تم توزيع مجلة الهدف وعرضها في المعرض والتي لاقت استجابة كبيرة في الاشتراك فيها وشرائها.

وقد قامت العديد من الفعاليات السياسية والاجتماعية والقطاعية بزيارة المعرض، وأكدت على ضرورة تكثيف مثل هذه الجهود التي تبقي الثقافة الوطنية والانتفاضة في الذاكرة الشعبية، بما يساهم في تواصلها واستمراريتها على طريق

أهدافها وشعاراتها الناظمة.

وسوف تقيم الجبهة معرضاً آخر في بلدة (رامين)، في سياق التفاعل مع هذه المناسبة. كما كرمت الجبهة في جنين الصحافيين والإعلاميين، وأقامت منظمة الجبهة في عرابة بهذه المناسبة مهرجاناً شعرياً.

## رام الله:

أبرق الرفيق أبو علي مصطفى، الأمين العام للجبهة الشعبية لتحرير فلسطين إلى الرئيس صدام حسين مهنئاً، باسمه وباسم الجبهة الشعبية بذكرى ثورة السابع عشر من تموز العام ١٩٦٨، وجاء في البرقية: «إنني على ثقة أكيدة بأن الشعب العراقي الشقيق الذي صمد في وجه العدوان، وقاومه بكل قوة وعنفوان، سيكون قادراً على قهر الحصار الظالم المضروب عليه باسم الشرعية الدولية المزعومة». وأعرب الرفيق الأمين العام عن تضامن الجبهة الشعبية مع الشعب العراقي واعتبر معركة الشعب العراقي هي معركة الشعب الفلسطيني الذي يواجه التدمير المنهجي على أيدي قوات الاحتلال الصهيوني، بهدف تركيعه وفرض شروط الاستسلام عليه، كما عبّر عن ثقته بوقوف كل الشرفاء والأحرار العرب بجانب شعبنا الذي يواجه العدوان والعنصرية بإرادة فولاذية.

# أنشطة اعلامية

## بيانات وتصريحات

أصدرت دائرة الإعلام المركزي للجبهة الشعبية لتحرير فلسطين في تموز الماضي، عددا من البيانات والتصريحات الصحفية، التي عكست مواقف الجبهة وتفاعلها مع الانتفاضة والمقاومة الفلسطينية المستمرة، في أعقاب تواصل سياسة الاحتلال العدوانية بحق شعبنا الفلسطيني، العائدة إلى النيل من إرادته وتصميمه على مواصلة الصراع مع العدو.

أكدت الجبهة الشعبية على مواصلة الشعب الفلسطيني مسيرته النضالية، برغم إعلان حكومة شارون الإرهابية عن تصعيد مسلسل الاغتيالات بحق القيادات الانتفاضية، وهددت الجبهة في تصريح صحفي صدر بتاريخ 4/7/2001، بأنها«ستردّ الصاع صاعين» على الجرائم التي ترتكبها حكومة الوحدة الصهيونية، مطالبة الرأي العام العالمي والأمم المتحدة بتوفير الحماية الدولية للشعب الفلسطيني.

وأصدرت الجبهة بيانا صحفيا بتاريخ 9/7، دعت فيه إلى تعديل السياسة الرسمية الفلسطينية وذلك تعقيبا على ما أدلت به «مصادر فلسطينية مطلعة» لصحيفة الحياة الجديدة الفلسطينية في عددها الصادر بتاريخ 8/7، أن الرئيس ياسر عرفات ينوي إجراء تعديل وزاري ذاكرا الجبهة في هذا التعديل، وطالبت الجبهة السلطة الفلسطينية إلى انتهاج سياسة بديلة عن تقرير ميتشل وتفاهم

تينيت، عبر التخلص من «السياسة الهابطة التي لا تزال السلطة رهينة لها، باتباع سياسة واضحة الاتجاه والمعالم، من جهة. وتصحيح الأوضاع الداخلية ( السياسية، والاقتصادية،و المؤسساتية) من جهة أخرى. وأكدت الجبهة على أولوية المقاومة والانتفاضة في ظل كون الحديث مع السلطة عن تصويب الوضع السياسي والمؤسساتي، بات أمرا ميؤوسا منه».

ودعت الجبهة الى تفعيل دور مؤسسات م ت، ف وفق مقدمتها المجلس المركزي، المغيب عن الحضور والدور السياسي في ظل حاجة الانتفاضة إليه.

واعتبرت الجبهة أن اللقاءات التطبيعية التي أجرتها شخصيات إعلامية فلسطينية مع رئيس الكيان الصهيوني من جهة، ولقاء شخصيات أكاديمية وسياسية مع يوسي بيلين من جهة أخرى، ولقاء بعض الأطراف الفلسطينية مع شبيبة «ميرتس» في بروكسل، خرقا للإجماع الوطني القاضي بمقاطعة أية اجتماعات مع الصهاينة، وأوضحت الجبهة في تصريح صحفي بتاريخ 10/7، أن وجود مثل هذه اللقاءات يعد «تمييعا للموقف الفلسطيني قبل مهربلي التطبيع، يضرب موقفنا ومصداقيتنا أمام الرأي العالمي».

ودعت الجبهة المؤسسات التمثيلية التي شارك بعض أعضائها في هذه اللقاءات لاتخاذ إجراءات

مناسبة بحقهم.

وتعقيباً على لقاء وزير الخارجية الصهيوني شمعون بيريس، ووزير خارجية مصر أحمد ماهر، اعتبرت الجبهة أن «هذا اللقاء يشكل خرقا لقرار لجنة المتابعة العربية»، القاضي بقطع الاتصالات السياسية مع حكومة العدو، منا ان البلدان العربية شعبيا وحكومات، احترام قراراتها التي لا تمثل سوى الحد الأدنى من التضامن مع انتفاضة الشعب الفلسطيني، جاء ذلك في بيان صحفي للجبهة بتاريخ 14/7.

ورأت الجبهة في نتائج اجتماع لجنة المتابعة العربية تراجعا عن الدعوة للالتزام، بما اتخذ من قرارات سابقة، وخاصة فيما يتعلق بوقف الاتصالات مع حكومة الحرب الصهيونية، منا ان قرار لجنة المتابعة تمثل «رضوخا من قبل النظام العربي الرسمي، للسياسة الأمريكية وشروطها، المعادية لحقوق الشعب الفلسطيني».

وأكدت الجبهة في تصريح صحفي أن اللقاء الذي يوسي بيلين والذي نظمته مؤسسة مفتاح، التي تديرها حنان عشراوي، قد ساوى في بيته المشترك، بين الضحية والجلاد، وبين المقاوم والاحتلال، وطالبت الجبهة في تصريحها يوم 26/7/2001 أمين عام الجامعة العربية بمساءلة حنان عشراوي كمفوضة أعلام الجبهة العربية والتي خرقت قرارات لجنة المتابعة ●

---

## ويتشدق الصهاينة «بوقف اطلاق النار»

ارتفع عدد الضحايا الفلسطينيين الذين سقطوا على يد قوات الاحتلال الصهيوني الى 47 شهيدا، و 1300 جريحا، منذ اعلان ما سمي «وقف اطلاق النار» في حزيران الماضي. في حين بلغ عدد القتلى من الصهاينة 15 قتيلا، و72 جريحا، في ذات الفترة.

وجدير بالذكر، أن عدد شهداء انتفاضة الاستقلال بلغ حتى 25/7 من العام الجاري، 560 شهيدا،

و 4321، 2 جريحا، حسب احصائية لمركز غزة للحقوق والقانون، وتكشف هذه الحقائق، عن مدى تصعيد الحملة الارهابية التي تقف خلفها حكومة الحرب الشارونية ضد الشعب الفلسطيني، في سياق محاولاتها الفاشلة لاخماد الانتفاضة والمقاومة الفلسطينية الراهنة.

من ناحية أخرى، أشارت صحيفة «يديعوت أحرنوت» الاسرائيلية،في عددها الصادر بتاريخ 24/7من العام الحالي، الى ازدياد عدد العمليات الفلسطينية التي نفذتها المقاومة، منذ اعلان «وقف اطلاق النار»،الى 794 عملية، منها 243 استهدفت قوات الاحتلال، 58 عملية ضد المستوطنين، 82 القاء قنابل، و48 مرة اطلاق قذيفة هاون، و43 عبوة ناسفة، و11 عملية في العمق الاسرائيلي،

و91 عملية اطلاق نار في الشوارع، ولكن تتناسى الصحيفة أن تشير الى عدد العمليات الارهابية التي ينفذها جيش الاحتلال وقطعان المستوطنين ضد الشعب الفلسطيني، كما لا تذكر الفلسطينيين الذين تم تصفيتهم على يد حكومة المخابرات الاسرائيلية، في أعقاب قرار حكومة السياسي القاضي بمواصلة مسلسل الاغتيالات الإجرامي. رغم كل هذه الجرائم يتشدق الصهاينة بوقف اطلاق النار أمام المجتمع الدولي، ويحمّلون الشعب الفلسطيني مسؤولية خرقاتها، ويصورون المقاومة والانتفاضة (بالإرهاب) متناسين أن عملية الاحتلال هي الإرهاب أما من شعب احتلت أرضه، اذا قاوم محتليه، شعبنا ليس استثناء. ●●

# قوات المقاومة الشعبية الفلسطينية تحذر شارون ومستوطنيه

في بلاغ صادر عن قوات المقاومة الشعبية ، خلال شهر تموز ، حذرت هذه القوات شارون وحكومته ومستوطنيه ، من الاقدام على اغتيال أي مناضل فلسطيني ، مبينة ان ردها سيكون قاسيا ومؤلما في الزمان والمكان المناسبين ، ووفق بلاغات هذه القوات فقد قامت بتنفيذ مجموعة من العمليات ضد جنود ومستوطنين صهاينة في مختلف ارجاء الوطن.

والهدف تنشر في هذا العدد جزءا آخر من العمليات البطولية لقوات المقاومة الشعبية الفلسطينية وفقا لما أصدرته من بلاغات وبيانات عسكرية.

١- ١٤ تشرين ثاني ٢٠٠٠:
هجوم على حافلة لجنود جيش الاحتلال على الطريق المؤدي لمستوطنة عوفرا بالقرب من عيون الحرامية واعترف العدو بقتل جنديين وجرح ٥ آخرين

٢- ١٤ تشرين ثاني:
هجوم بالرشاشات على سيارة مستوطنين واعترف العدو بقتل مستوطنة.

٣- ٢٤ تشرين ثاني:
هجوم على سيارة مستوطنين استهدفت سيارة من مستوطنة تفواح بالقرب من اوصرين مما ادى الى مقتل المستوطن.

٤- ٩ كانون أول:
زرع عبوة ناسفة تزن ١٥ كغم على الطريق لمستوطنة الون موريه قرب قرية سالم شرقي نابلس

٥- ٩ كانون أول:
زرع عبوة ناسفة تزن ١٥ كغم على الشارع الالتفافي بالقرب من قرية تل.

٦- ١٥ كانون أول:
هجوم بالاسلحة الرشاشة على سيارة مستوطن بالقرب من قرية العجما في الاغوار واصيب المستوطن باصابة خطيرة جدا

٧- ٢١ كانون أول:
هجوم على مجموعة جنود اسرائيليين مشاة بالقرب من حاجز الرام بواسطة سيارة شحن

٨- كانون ثاني:
هجوم على دورية عسكرية على الطريق الالتفافي المؤدي الى مستوطنة حلميش واعترف العدو بالهجوم وقام جيش الاحتلال بقصف مواقع الامن الوطني في بيت ريما

٩- كانون أول:
هجوم على دورية عسكرية بالقرب من مستوطنة عوفريم غرب اللبن الغربي

١٠- كانون أول:
هجوم بالقنابل اليدوية على سيارة مستوطن في طريق مستوطنة عطيرت شمال رام الله

١١- ٢ كانون ثاني:
هجوم على حاجز عسكري لجيش الاحتلال بالقرب من قرية يعبد واصابة جنديين اسرائيليين بجراح

حسب اعتراف العدو

١٢- ٣ كانون ثاني ٢٠٠١:
اطلاق نار على جيب عسكري بالقرب من قرية سالم

١٣- ١ شباط:
هجوم بالاسلحة الرشاشة على معسكر تياسير.

١٤- ٤ شباط:
اشتباك مع سيارة مستوطن وجيب عسكري اسرائيلي قرب قرية برقة شمال نابلس

١٥- ٨ شباط:
هجوم على سيارة مستوطن بالقرب من قرية سالم على شارع مستوطنة الون موريه

١٦- ١٣ آذار:
تفجير عبوة ناسفة في قلب مستوطنة مقامة على اراضي قرية سالم وبيت دجن

١٧- ٢٧ نيسان:
الحاجز الصهيوني المقام على مفترق دير شرف غرب نابلس

١٨- ٣٠ نيسان:
اطلاق نار على سيارة مستوطن بالقرب من قرية برقة شمال نابلس ولم يعلن العدو الا عن اضرار مادية بالسيارة.

١٩- ١٤ ايار:
زرع عبوة ناسفة على موقف باصات في مدينة بتاح تكفا وتم اكتشافها قبل ان تنفجر.

٢٠- ١٧ حزيران:
اطلاق نار على سيارة مستوطن على الطريق الواصل بين مستوطنة الون موريه وايتمار شرق نابلس ولم يعترف العدو باصابات.

٢١- ٢٧ ايار:
اطلاق نار على جيب عسكري وتم اصابة الجيب اصابة مباشرة.

٢٢- ٢٩ ايار:
اقتحام لمستوطنة الون موريه من احدى المجموعات بهدف تنفيذ عملية بطولية داخلها ولم تنجح العملية. وتم ملاحقة مستوطن والقاء قنبلة يدوية عليه ولم تنفجر.

٢٣- ٢ حزيران:
هجوم بالاسلحة الرشاشة على نقطة عسكرية اسرائيلية غرب سلواد شرق رام الله

٢٤- ٢٦ حزيران:
نصب كمين لسيارة التموين التابعة للجيش الاشر على مدخل مستوطنة الون موريه واثر اطلاق على السيارة انقلبت ولم يعلن العدو عن اصاب

٢٥- ٣ تموز:
اطلاق نار على سيارة مستوطنين على مفرق مس كيدار بالقرب من بيت لحم

٢٦- ٩ تموز:
نصب كمين لسيارة جيب عسكرية على مفترق دير شرف حيث تم تفجير عبوة ناسفة واطلاق كثيف على السيارة.

٢٧- ١١ تموز:
زرع عبوة ناسفة لكمين للجيش الصهيوني بالقر الون موريه وانفجرت.

٢٨- ١١ تموز:
اطلاق نار على سيارة مستوطن عند مدخل مستو الون موريه شرق نابلس واعترف العدو بالهجو يعترف الا بالحاق اضرار بالسيارة.

٢٩- ١٦ تموز:
اطلاق نار على سيارة مستوطن بالقرب من قرية في محافظة طولكرم مما ادى الى اصابة مستوطنين حسب اعتراف العدو.

٣٠- مشاركة في هجوم على دورية عسكرية بال من قرية بيتين شرق رام الله

٣١- مشاركة في هجوم بالاسلحة الرشاشة مستوطن بالقرب من مستوطنة معاليه مخماس شرق رام الله

٣٢- مشاركة في هجوم هجوم على باص المست عدة مرات في منطقة عيون الحرامية قرب سلواد شرق رام الله

٣٣- مشاركة في اشتباك مع نقطة عسكرية اسر قرب مستوطنة عوفرا شرق رام الله

٣٤- ٢٢ تموز:
تفجير عبوة ناسفة جانبية في جيب عسكري الطريق الالتفافي قرب زواتا/ نابلس، واطلاق نا نفس الجيب، ادت الى تدمير الجيب، ولم يعلن عن الخسائر ●●

# التطبيع ....الطعن من الخلف

## بيننا وبينهم الحق في العودة

### وسام الرفيدي

لم يعد المطلب الفلسطيني الرسمي والمستهجن شعبياً بالعودة إلى ما قبل ٢٩ أيلول شعاراً مطلباً فقط، فنفر من الفلسطينيين ـــــ يشكلون اتجاهاً على أية حال رغم هامشيتهم- حولوه إلى ممارسة محمومة وغريبة، بالعودة إلى إقامة العلاقات والنشاطات التطبيعية مع الصهاينة، بالضبط كما كان الحال قبل ٢٩ أيلول ٢٠٠٠.

عادت ذات الشعارات البائسة والزائفة لتطل برأسها: نوصل موقفنا للآخر ونتعرف إلى موقفه، نؤثر في الراي العام الإسرائيلي،....وكان شيئاً لم يكن، وحتى لو كان هذا الشيء جمامات دم لأبناء شعبنا واتضاح عنصرية وزيف ما يسمى بمعسكر السلام الإسرائيلي الذي اخذ علينا تمسكنا بالحق في العودة بما يشكله ذلك من إحراج له.

يمكن رصد العديد من الأنشطة التطبيعية منذ تسلم شارون للسلطة في شباط. وليست المسألة بحاجة لكثير من الذكاء لاكتشاف أهمية التزامن التالي: كان (اليسار الصهيوني) في السلطة، وجزء من أبناء شعبنا المئات فتجند كل (السلامين) الصهاينة خلفه دعماً وتفهماً وحملوا علينا في بيانهم الشهير لتمسكنا بحق العودة ومقاتلة المحتلين: فاندحر التطبيعيين واصدروا البيانات النابذة للحظ والمعبرة عن الحرج والمستخلصة للدروس. وأوقفوا التطبيع. ثم انهزم (اليسار الصهيوني) وجيء بشارون فنشط التطبيع من جديد وهذه المرة تحت شعار(عزل شارون) .. أما المصلحة من سنعزله فلمصلحة (اليسار) إياه الذي ينفذ الآن سياسة شارون نفسها! إنها العودة لذات السياسة العقيمة والمدمرة في الرهان على يساربيهم ضد يمينيهم، دون

أية حال، إنهم يسعون تحديداً إلى دحر منطق الصراع فالمسألة بالنهاية تبدو شبيهة بما ذهب إليه السادات: اللقاءات تزيل الحواجز النفسية التي تمنع التفاهمات المشتركة والمراعاة المتبادلة للاحتياجات.

هل نكتفي بالقول إن التطبيعين لم يتعلموا درسي الانتفاضة الأهم: جذرية التناقض بين المشروعين، الصهيوني الإقتلاعي والفلسطيني التحرري وكذلك اتضاح الإجماع الصهيوني في العداء لجوهر الحقوق الوطنية، نعني به حق العودة وإعلان (اليسار الصهيوني) قال ذلك صراحة...

وفي ذلك عليّ أن نعتقد تبسيط يخل بالمنطق. فجماعة التطبيع يدركون تماماً أن نشاطهم المحموم منذ شباط يهدف الى خدمة عودة حزب العمل للسلطة، راعي التطبيع منذ عصام السرطاوي حتى أكاديميي الحوار في جامعة بيرزيت مطلع الثمانينات. أما ما يتحفكس عنه كل هذا النشاط فهو أحياناً بعض الفعاليات التي يجري نفخها إعلامياً فيما هي وكل ما سبقها لستين وستين لا تساوي واحداً على الألف مما قدمه اليسار الفرنسي الحقيقي للثوار في الجزائر، أو ما قدمه الشيوعيون البرتغاليون عندما هربوا بسلاحهم من معسكر الاستعمار والتحقوا بالثوار الانغوليين. فلا يبالغن أحد في جدوى اعتصام على ارض أو مسيرة عند حاجز إن التضامن الحقيقي ليس هنا وهذا يقودنا إلى المسألة الأهم.

فمن حيث المبدأ ليس هناك من عاقل لا يسعى لاختراق جبهة الآخر ولكن على أية قاعدة يريد هذا الآخر أن يخترق احتلال بلده لنا لنتضامن معنا. آمن خلال أنشطة تريح ضميره والسلام أم بالأحياء لجوهر حقوقنا وهو حق العودة؟. في هذا فقط تكفير عن جريمة ارتكبت دين شعبنا. إن الالتزام بحق العودة نعتقده تحديداً القاعدة التي يجب أن تنبض عليها العلاقات مع الآخر في التجدد ضد الاحتلال الصهيوني إذ أن الانحياز لحقنا في العودة افتراق عن صهيونيته حصراً، أما التمسك بالصهيونية وجوهر مشروعها في فلسطين وإدعاء التضامن معنا فذلك ليس أكثر من زيف وخداع وإذا اختراق حقيقي لجبهتهم لا التجند كطابور خامس لخدمة حساباتهم التكتيكية الجزئية ●●

ملاحظة الإجماع القومي الذي تبلور في الانتفاضة الأخيرة وقبلها في محادثات كامب ديفيد حول حق العودة تحديداً.

هل نتجنى إذن إن قلنا أن جماعة التطبيع ليسوا أكثر من طابور خامس يعمل كسمسار لحرب العمل المنهار؟ . فالنشاط المحموم منذ شباط الماضي حتى اللحظة يظهر إلى أي حد إندلاق التطبيعيين بهمة عالية!.

لقاءات على مستوى شخصيات رفيعة من الجانبين تحضرها حنان عشراوي من مؤسسة مفتاح، أكاديميات ينشطن لتجنيد فتيات لعمل نسائي مشترك مع محاميات وعضوات كنيست من الصهاينة، أكاديميون ينظمون الدورات المشتركة للشبيبة وحتى في أقصى ظروف الحصار يدبرون (بعلاقاتهم) تصاريح لفلسطينيين ليتوجهوا إلى تل أبيب، مدرسة خاصة لها فروعها في الضفة والقطاع مستمرة بتنظيم (حوارات سلامية) تصل حتى اليابان، وتلك المدارس غارقة في نشاط تطبيعي منذ سنوات على جبهة المعلمين، إصدار ملحق صحفي خاص للترويج لنشاط معسكر (السلام الإسرائيلي) . وأخيراً لقاءات بروكسل للشبيبة واجتماع حفثة من الصحفيين مع رئيس دولة الاحتلال.

وآخذاً بعين الاعتبار لسذاجة العديد من المشاركين، والجشع الشخصي لهم من التمتع بالأسفار والإقامة في الفنادق- وهذا كله توفره العديد من الأنشطة- فإن المنظمين ليسوا من السذاجة بمكان. وإذا كان لسان حال السذاجة يعلن أن نلقاهم ونقول ما نريد حتى أقصى الموقف الوطني فإنه لا يدرك أن الصهاينة يسمعون لذلك بالذات: قل ما تشاء فالهم أنك تحاور لا تصارع ، فالهدف تحويل العلاقة من الصراع إلى الحوار . ( دون تجاهل المكاسب الاستخبارية خاصة عندما يتعلق الأمر بأنشطة شبابية) ولا يصعب تخيل المستفيد من الحوار على جثة الصراع ضمن موازين القوى الحالية.

أما القائمون على الأنشطة فليسوا بسذج على

فلسطينية

# في لقاء مع الهدف

## لرفيقه ابو احمد فؤاد :

■ مجموعات «الشعبية» ستلاحق كل مستوطن وجندي فوق ارضنا.

■ المطلوب تعزيز الوحدة الوطنية وتصعيد الانتفاضة وتطويرها.



حاوره
علي سمودي

◎ تحدث ابو احمد فؤاد، عضو المكتب السياسي للجبهة الشعبية، للهدف عن رؤية الجبهة للانتفاضة ومستقبل القضية الفلسطينية مؤكدا فشل خيارات اوسلو، وداعيا الى ضرورة التمسك بالانتفاضة والمقاومة، وقدم اجابات واضحة ومواقف وبرامج الجبهة الشعبية مؤكدا انها لم ولن تلغ الكفاح المسلح.

**س : كيف تقرأ واقع الثورة الفلسطينية بعد خروج المقاومة من بيروت، ودخول القيادة الفلسطينية نهج التسوية والتفاوض ؟**

■ أدت حرب ١٩٨٢ لضرب الظاهرة العلنية للثورة الفلسطينية في لبنان، ولكن الثورة اثبتت انها اكبر من ذلك بكثير خاصة في الوطن المحتل، وكان هذا عامل رئيسي في استمرار الثورة، لكن المؤسف الذي حصل هو ان فريقا فلسطينيا قد اخذ خيارا آخر هو خيار المفاوضات والبحث عن الحلول السياسية. في حين ان تجربة الثورة في لبنان قد هيأت الظرف لما انجزه حزب الله

والقوى الوطنية اللبنانية فيما بعد، في ضوء ذلك كان من الخطأ السياسي اخذ جزء من الثورة الفلسطينية لخيار مغاير لاستمرار العمل العسكري والكفاح المسلح مع كافة اشكال النضال الاخرى .

**س: هل كان هناك طريق اخر غير اوسلو بعد اقفال كافة الابواب في وجه الثورة، والضربة التي تعرض لها العراق وغياب عامل الدعم العربي الرسمي والشعبي ؟**

■ في تعليق الهبوط السياسي على شماعة التغيرات الدولية، امر لا يمكننا فهمه، صحيح

ان التغيرات الدولية والاقليمية عامل هام، كنا امام خيارين، اما ان نستمر في النهج والصمود والتمسك بالثوابت الوطنية او بخيار التسوية السياسية المطروحة من الامريكية. وهي تسوية لن تكون في بؤرة الايام في مصلحة شعبنا والامة العربية، تفردت الادارة الامريكية في ادارتها لشؤون العالم. في تلك الفترة لم نكن ملزمين او مضطرين للقبول، باعتبار ان ما طرحه مشروع يحقق ويلبي طموحاتنا وحقوقنا الفلسطينية. هنا فان دخول فريق من المنظمة ما بالتسوية لم يكن لخدمة شعبنا. خاصة وان

القيادة لم تتنازل بل كانت مع الموقف الشعبي

**س:ما هو المطلوب حاليـا لمنـع اجهاض الانتفاضة وتعزيزها وتطويرها وحمايتها ؟**

■ الظرف الراهن مناسب لتجسيد وتعزيز الوحدة الوطنية الحقيقية التي تجسدت على الارض، وعلى القيادة الفلسطينية ان تضع في اولوياتها ترتيب اوضاعنا الداخلية لتصبح الوحدة راسخة وحقيقية، يجب تعزيز القيادة الوطنية والاسلامية ومكانتها، ويتفرع عنها لجان موحدة في كل مكان. ويجب ان تعود المنظمة قائدةالشعب الفلسطيني، يجب الفصل بين مؤسسات المنظمة والسلطة. من هنا ندعو كل القوى واخوتنا في السلطة الوطنية لتكون القضية الاولى على جدول اعمالنا جميعا كيف نعزز وحدتنا على اسس سياسية ونضالية مختلفة كما كان قائما خلال السنوات الاخيرة، مستفيدين من الدروس والتجربة.  ونعتقد ان هذا مطلب شعبي حتى نقضي على كل المسائل والسلبيات التي اساءت لشعبنا وثورتنا ومسيرتنا.

**س :اين الجبهة الشعبية من الكفاح المسلح وهل اسقطتـم هـذه الـقـضـيـة مـن استراتيجيتكم؟**

■ لم تلغ الجبهة الشعبية في يوم من الايام العمل المسلح من استراتيجيتها السياسية، ومؤتمرنا الوطني السادس، اكد مجددا ان الخيار سيبقى قائما حتى دحر الاحتلال، واذا حصل انطباع لدى البعض بان الجبهة قد غيرت في موقفها تجاه الموضوع فهو انطباع غير صحيح. والحقيقة ان الجبهة متمسكة بهذا الخيار، وستستمر بتنفيذ عملياتها العسكرية وكافة اشكال المقاومة الاخرى، ما دام الاحتلال جاثما على ارضنا. يجب ان يشعر كل مستوطن وجندي صهيوني انه مستهدف من مجموعات الجبهة الشعبية والقوى الاخرى ما دام يغتصب هذه الارض. واقول لشعبنا ان هذه الثورة والانتفاضة ستحقق الاهداف الوطنية لشعبنا ●●

**لانخراط التدريجي في السلطة.**

■ كانت الجبهة دوما ترفع شعار العودة للوطن ونحن كنا سابقا نعمل لادخال مناضلينا للوطن بالطرق المختلفة وخاصة عبر الحدود، لكن عندما اصبح هناك فرصة لدخول بعض الرفاق لم نتاخر، لاننا نعتبر ذلك حقا من حقوق شعبنا ولا نعتبره في يوم من الايام بدلا عن حق عودة كل شعبنا . وهذه المسالة غير معقدة ولا تخضع لاي صفقة او رهان . فكوادرنا وجماهيرنا موجودية في الداخل ويمكن ان يستمر نضالها وفعلها دون دخول كوادرنا، ورغم ذلك لم ولن يحصل تغيير في مواقفنا.

**س : كيف تقرأون واقع الانتفاضة المستمرة رغم الحصار والعدوان والتخاذل العربي ؟**

■ جاءت الانتفاضة لتعيد القضية الفلسطينية لمكانتها على الساحة الدولية والعربية، وهذا الشعب يفاجىء العالم وقيادته احيانا بالاتجاه السليم، ونتذكر ان بعض الاصوات الفلسطينية والعربية بعد عام ١٩٨٢ كانت تقول لن تقوم قائمة لعمل ثوري فلسطيني ذو فاعلية وبعض القيادات يبحث ويبحث عن حلول اخرى فجاء شعبنا عام ٨٧ وقال انا هنا . وجاء اخوتنا ودخلوا في المفاوضات والاتفاقات والتي ابرزت مخاطر كبيرة بعد قمة كامب ديفيد في واشنطن، لقد لمست جماهيرنا ان هناك امرا خطيرا يعد لتصفية القضية وتداعت بالانتفاضة كرد على الاحتلال وباستعداد وتصميم وارادة قوية لمواصلة النضال ولفرض ما يريده شعبنا على الاحتلال. جماهيرنا لا تريد حكما ذاتيا ولا بحبوحة اقتصادية في ظل الاحتلال، بل دحره لانه بذلك يمكن ان تصل لكل ما تريده. وان تسمح الجماهير والفصائل بان تنهض الانتفاضة عبر مساومات على هذه القاعدة، واعتقد ان هناك تصميما عاليا من قبل القيادةالوطنية والاسلامية وجماهيرنا في الوطن المحتل وكل شعبنا في الشتات على التمسك بخيار الانتفاضة واستمرار المقاومة وتطويرها لانها الخيار الوحيد لدحر الاحتلال. وقد كانت هناك لقاءات في امريكا وشرم الشيخ في محاولة للضغط على القيادة الفلسطينية للتنازل والرضوخ ولكن الوقائع اكدت ان هذه

هذه المنظمة عربية كانت تريد للمنظمة ولوج التسوية للتراجع عن القضية والهم الفلسطيني، تحت ذريعة اخذ الفلسطينيين القرارات التي يريدونها، بعض المنظمة كانت تريد ان تذهب الامور في هذا الاتجاه الذي يسار به الفريق الفلسطيني.  ولكن للأسف كل ما وقع من اتفاقات لا يلبي الحد الادنى من التطلعات الفلسطينية وما بني على باطل فان نتيجة باطل وتكريس للاحتلال.

**س:ولكن اوسلو اعاد جزءا من الارض وبدأت عملية البناء وعاد عدد كبير من المناضلين وقادة العمل الوطني وشعبنا يسير تدريجيا نحو الاستقلال؟**

■ لم تأت اتفاقات اوسلو وما تلاها بنتائج انجابية لمصلحة شعبنا وحقوقه، سواء كانت سياسية او امنية او اقتصادية، و نحن نعتبر هذا الامر مفيد فيما يتعلق بعودة بعض القياديين والكوادر، وكان قرارنا في الجبهة اننا من يستطيع ان يدخل للوطن فليدخل وهذا حق مشروع، لانه بلدنا، ولكن هذه المسائل ثانوية، والجوهر هو مقومات الاستقلال الوطني الذي لم يرد في اوسلو وغيره. اضف لذلك ان كل ما وعدوا به من الولايات المتحدة والاوروبين وبعض الانظمة كان تضليلا. لذلك يجب ان نقول ان هذه الاتفاقات أدت لمصالح والوقائع تؤكد ان الاحتلال لن يدحر من خلال المفاوضات والاتفاقات بل من خلال المزيد من النضال وتقديم التضحيات وتصعيد الانتفاضة والمقاومة بكافة اشكالها بما فيها العمل المسلح. اما الرهان على امريكا فحتى الطفل في شعبنا يدرك ان الامبريالية الامريكية بغض النظر عن قيادتها، منحازة بشكل تام لهذا العدو ولا يمكن ان يتغير او يتوقف هذا الدعم والسياسة الا اذا تضررت مصالح امريكا في المنطقة وتزايدت وتيرة المقاومة وجعلنا العدو يدفع خسائر يومية بشرية واقتصادية وسياسية .

**س :اذا  كنتم واثقون من خطأ مسار التفاوض لماذا وافقتم علـى عـودة كادر كم المتقدم؟ البعض يقول انكم عدتم بناء على توجه لدى الجبهة**

«الهدف» 30 حزيران 2000 ـ العدد 1307
السنة الحادية والثلاثون ـ الثمن 20 ل.س/ 1000 ل.ل
AL - HADAF - No. 1307 - 30/6/2000



AL - HADAF
سياسية عربية ـ تصدر مؤقتاً كل أسبوعين

رئيس التحرير
د. ماهر الطاهر

سكرتير التحرير
خليل جنداوي

مدير الادارة
محمد خير الاسعد

المدير الفني
زهـدي العدوي

ثمن النسخة

لبنان 1000 ل.ل
سوريا 20 ل.س
الأردن 500 فلساً
العراق 1 د.ع
الإمارات 10 دراهم
الجزائر 10 دينارا
ليبيا دينار واحد

تونس 1,25 د.ت
صنعاء 15 ريالاً
السودان 6 جنيهات
المغرب 11 درهم
أمريكا وكندا 1 دولار
ألمانيا 3 ماركات
اسبانيا 300 بيزيته

الاشتراكات

قيمة الاشتراك السنوي بما فيها أجور البريد:
سوريا 300 ل.س
لبنان والأردن 30 دولار
بقية الدول العربية 50 دولار
أوروبا 175 دولار
آسيا وافريقيا 100 دولار
الامريكتين واستراليا 150 دولار

يتم الاشتراك بإرسال إشعار الإيداع بقيمة الاشتراك السنوي (او نصف السنوي) على العنوان التالي:

بنك بيروت والبلاد العربية،
شتورا ـ لبنان، رقم الحساب،
AC. No. 220094

أو بإرسال شيك بنكي باسم «الهدف»،
دمشق/ص.ب: 3092

المكاتب:

دمشق: ص.ب 3092
دمشق: 6328267 ـ 6319374
بيروت:30/923 عمان:662440
الجزائر: 594508 ـ 384304
بغداد: 7191622 ـ 7174710
صنعاء: 205849

● التوزيع في الجمهورية العربية السورية:
للمؤسسة العربية السورية لتوزيع المطبوعات

● التوزيع في المغرب:
الشركة الشريفة للتوزيع والصحف.

## موضوع الغلاف:



رحيل القائد العربي الكبير
حافظ الأسد..
سورية وثنائية
الاستمرارية والتغيير..
صفحة 6



## كلمة

لاشك أن غياب الراحل الكبير الرئيس حافظ الأسد شكّل خسارة كبيرة ليس للشقيقة سوريا فقط، بل ولامة العربية جمعاء، ومما يزيد من حجم الفاجعة انها تأتي في وقت كثرت فيه الانهيارات والهرولات. ينظر العرب لأنفسهم وحولهم فيجدون أنهم الآن بأمس الحاجة لقادة وزعماء سياسيين من وزن «حافظ الأسد» وان لم يصلوا لقامته المديدة.

بهذه المناسبة الحزينة نتقدم باسم هيئة تحرير مجلة «الهدف» بأحر التعازي للدكتور بشار الأسد وأسرته الكريمة وللشعب السوري الشقيق وللأمة العربية آملين من الله عز وجل أن يتغمد الفقيد بفسيح رحمته، وينمح القيادة السورية الجديدة الحكمة والصلابة والتفاني في خدمة قضايا الأمة وباقي الصفات الجميلة التي اعتدنا عليها من الزعيم الراحل.

على صعيد آخر، من المفترض ان يجتمع المجلس المركزي الفلسطيني خلال الأيام القليلة القادمة، ولاشك أن هذا الحدث يكتسب أهمية كبيرة في ظل وصول المفاوضات الفلسطينية ـ الإسرائيلية إلى طريق مسدود حيث يتضح يوماً بعد آخر ان العدو ليس بوارد التسليم طوعاً بحقوق شعبنا، ولا حتى بالحد الأدنى منها، بل بلغت العنجهية الإسرائيلية مؤخراً حداً صارخاً، أخذ معه قادته يطلقون التهديدات في وجه جماهير شعبنا الفلسطيني في الوطن، وكان آخرهم رئيس أركان الجيش الصهيوني شاؤول موفاز الذي هدد باستخدام الدبابات والمروحيات لقمع أي انتفاضة شعبية فلسطينية قد تهب في حال فشل المفاوضات، ولنتلمس انها فاشلة أصلاً. هذا الوضع يدفعنا مجدداً لدعوة القيادة الفلسطينية لإيقاف المفاوضات وقلب الطاولة العرجاء رأساً على عقب.. فإذا كان عدونا لايفهم إلا لغة القوة فيجب التفتيش على عناصر القوة الفلسطينية في الساحة الفلسطينية نفسها وفي عمقها العربي.. ولا نعتقد أن أي خيار آخر سينجح..

## في هذا العدد

### شؤون فلسطينية

■ بيان صادر عن م.س اللجنة الشعبية لتحرير فلسطين .......... 4.....

■ تشكيل المجلس الوطني الفلسطيني بالانتخاب الديمقراطي:
البوابة العريضة لتجسيد الدولة المستقلة .......... 11

■ إسرائيل والشرعية الدولية .......... 14

■ يجب أن نبحث عن مقومات الصمود في ساحتنا الوطنية ... 16

■ ظلال الهزيمة ودور المثقف العربي .......... 18

■ السيرة التفاوضية إلى أين؟
استحقاقات الحل النهائي وترك المرحلة الانتقالية .......... 20

■ مفارقات التفاوض على المسار الفلسطيني ـ الإسرائيلي .......... 22

■ المعلمون الفلسطينيون يواصلون الإضراب والسلطة لاتفي بوعودها ... 23.....

### شؤون عربية

■ هل يستطيع العرب تضييق الفجوة مع إسرائيل. .......... 26

### شؤون دولية

■ التغييرات البنيوية للطبقة العاملة في ظل العولمة .......... 28

■ التجارة الدولية والفجوة التكنولوجية. .......... 30

### الهدف الثقافي

■ ندوة الجذور الثقافية في الرواية السورية بدمشق:
تظاهرة ثقافية تجمع أهم النقاد والروائيين السوريين .......... 34

■ أزمة الكتاب العربي ـ أزمة ثقافة .......... 36

■ بيير بورديو بين كارل ماركس وماكس فيبر .......... 38

■ تغطية للاحتفال بالذكرى الثالثة
لرحيل الكاتب السوري الكبير سعد الله ونوس .......... 40

■ العصفور ينقر قلم الوزير .......... 41



بيان صادر عن
المكتب السياسي
للجبهة الشعبية
لتحرير فلسطين

في الرابع والعشرين من حزيران عام ٢٠٠٠ عقد المكتب السياسي للجبهة الشعبية لتحرير فلسطين دورة اجتماعات ناقش خلالها تطورات الوضع السياسي على الصعيدين الفلسطيني والعربي، كما تناول نتائج مؤتمرات الحلقات الثلاث في مرحلتها الأولى والتحضيرات النهائية لاستكمال عقد المؤتمر الوطني العام السادس للجبهة الشعبية لتحرير فلسطين، وقد أكد المكتب السياسي على ما يلي:

أولاً: توقف المكتب السياسي أمام الهبة الشعبية العارمة والمواجهات البطولية التي شهدتها الأراضي الفلسطينية في التصدي لقوات الاحتلال الصهيوني والتي سقط خلالها سبعة شهداء وأكثر من ألف جريح مؤكداً أن الصمود البطولي لشعبنا سيتواصل ويستمر إلى أن يتم جلاء وطرد الاحتلال واستعادة كامل حقوق شعبنا الوطنية وفي مقدمتها حق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس.

ثانياً: توقف المكتب السياسي أمام الانتصار الكبير الذي حققه شعب لبنان البطل ومقاومته الباسلة التي أجبرت جيش الاحتلال الصهيوني على الرحيل والهروب من جنوب لبنان وبقاعه الغربي بدون قيد أو شرط نتيجة الخسائر البشرية التي اضطرت إسرائيل إلى تقديمها تحت ضربات سواعد رجال المقاومة البواسل.

إن المعنى الأول الذي أكده انتصار لبنان يتمثل بأن نهج المقاومة والصمود والكفاح هو الطريق الأساسي لاستعادة الأرض والحقوق وهو الطريق لمواجهة الاحتلال والعدوان والاستيطان.

إن المكتب السياسي للجبهة الشعبية لتحرير فلسطين وباسم جماهير الشعب الفلسطيني في كل مكان يتوجه بأعمق تحيات الكفاح لشعب لبنان البطل ومقاومته الباسلة، ويهنئ الشعب اللبناني بتحرير

أرضه وتطهيرها من قوات الاحتلال.

ثالثاً: توقف المكتب السياسي أمام المفاوضات الجارية على المسار الفلسطيني ـ الإسرائيلي وجدد الدعوة لوقف كل شكل من أشكال المفاوضات الجارية على أساس مرجعية أوسلو وضرورة نقل ملف القضية الفلسطينية إلى هيئة الأمم المتحدة لتطبيق قرارات الشرعية الدولية، ويشدد على ضرورة بناء إجماع وطني يقوم على أساس التمسك بالثوابت الوطنية الفلسطينية واعتبار القضايا الأساسية المتعلقة بموضوع عودة اللاجئين الفلسطينيين إلى ديارهم التي طردوا منها عام ١٩٤٨ والقدس وإزالة المستوطنات والسيادة على الأرض والمياه والحدود خطوطاً حمراء لايحق لأحد التصرف بها أو المساومة عليها تحت أي ظرف أو اعتبار.

إن شعبنا الفلسطيني الموحد في كفاحه وثوابته، لن يقبل أي مساس بقضاياه المصيرية، ويؤكد للعالم أن لا سلام ولا استقرار ولا أمن بدون نيله لحقوقه الوطنية الغير قابلة للتصرف.

رابعاً: توقف المكتب السياسي أمام دورة المجلس المركزي الفلسطيني والتي سيتم انعقادها يوم ٢٠٠٠/٧/٢ مؤكداً ومجدداً دعوته لاستمرار العمل لاستعادة وحدة م.ت.ف على أسس وطنية وديمقراطية من خلال انتخاب وتشكيل مجلس وطني فلسطيني جديد ممثلاً حقيقياً للشعب في الوطن والشتات، يعمل على تقييم مسار العمل الفلسطيني خلال المرحلة الماضية لبلورة استراتيجية مقاومة شاملة وبمختلف الأشكال ضد الاحتلال لانتزاع كامل الحقوق الوطنية للشعب الفلسطيني.

كما يؤكد على أهمية الالتزام بالتطبيق العملي لكافة قرارات المجلس المركزي بدورته السابقة، وفي مقدمها إعلان تجسيد الدولة

الفلسطينية وفقاً لما نصت عليه قرارات المجلس باعتباره قراراً فلسطينياً غير قابل للتفاوض أو المقايضة.

خامساً: إن المكتب السياسي للجبهة الشعبية لتحرير فلسطين تلقى بكل الحزن والصدمة والألم نبأ وفاة القائد العربي الكبير حافظ الأسد رئيس الجمهورية العربية السورية الذي وقف إلى جانب الكفاح العادل الذي يخوضه الشعب الفلسطيني.

إن فقدان الراحل الكبير لايشكل خسارة جسيمة للشعب العربي السوري فحسب، بل يشكل خسارة فادحة للأمة العربية بأسرها.

إن المكتب السياسي للجبهة الشعبية لتحرير فلسطين وهو يجدد تعازيه الحارة لشعب سوريا وقيادته، فإنه لعلى ثقة بأن القيادة الجديدة ستستمر على ذات النهج الذي أرسى دعائمه الرئيس الراحل، وستكون قادرة على مواجهة مختلف التحديات.

إن المكتب السياسي للجبهة الشعبية لتحرير فلسطين يتوجه بالتحية إلى كل أبناء الأمة العربية وقواها الحية ويدعوهم إلى رفع الصوت عالياً لإنهاء جريمة الحصار الظالم على شعب العراق الصامد الأبي الذي يواجه أبشع مجزرة في العصر الحديث ذهب ضحيتها مئات الألوف من الأطفال والنساء والشيوخ.

المجد للشهداء
والحرية للمعتقلين
والنصر للشعب

المكتب السياسي
للجبهة الشعبية
لتحرير فلسطين
٢٠٠٠/٦/٢٦

■ شؤون فلسطينية

## تشكيل المجلس الوطني الفلسطيني بالانتخاب الديمقراطي

# البوابة العريضة لتجسيد الدولة المستقلة

### تيسير قبعه

نائب رئيس المجلس الوطني الفلسطيني
عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين



الدورة التي عقدها المجلس المركزي في غزة مطلع شباط الماضي حظيت باهتمام الشارع الوطني والأوساط السياسية والفصائلية المختلفة، واعتبرت بنظر هذه الأوساط بأنها من الدورات الهامة للمجلس المركزي الفلسطيني. وأهمية هذه الدورة ومنبع الاهتمام الشعبي ناجم بالأساس من أنها شكلت بداية جادة لإعادة اللحمة الوطنية الفلسطينية في إطار م.ت.ف وعلى أساس البرنامج الوطني الجامع، وأيضاً من طبيعة القرارات الهامة والاستراتيجية التي اتخذها المجلس المركزي في تلك الدورة على المستويين السياسي والتنظيمي والتي شكلت استجابة للتحديات التي تفرضها المرحلة ورسمت ملامح استراتيجية وطنية للمواجهة والنهوض بالأعباء الوطنية الكبرى التي تقع على عاتق الشعب الفلسطيني وقواه الوطنية والمجتمعية.

ومن تلك القرارات الهامة التي اتخذها المجلس المركزي والتي ستشكل نقطة قطع إيجابي في السياق الوطني الفلسطيني فيما لو تم التعاطي معها بمسؤولية وطنية، قرار تجسيد الدولة الفلسطينية المستقلة بنهاية هذا العام. وقرار تفعيل مؤسسات ودوائر منظمة التحرير الفلسطينية، خصوصاً البند «ﻫ» من تفريعات القرار الذي يدعو اللجنة التنفيذية ورئاسة المجلس الوطني الفلسطيني لتقديم دراسة للشغل المجلس الوطني القادم وفقاً لمواد النظام الأساسي للمنظمة وقرارات المجلس الوطني بهذا الصدد.

وحتى نقطع الطريق على باب التأويلات المختلفة التي قد تثار بشأن القرار المتعلق بتفعيل مؤسسات منظمة التحرير ودوائرها وإعادة تشكيل المجلس الوطني الفلسطيني على أسس جديدة، فإننا نتوافق تماماً مع وجهة النظر التي تقول أن هناك مساحة واسعة وشاسعة بين القرارات كقرارات جيدة وجملة وإيجابية في

تشكيل المجلس الوطني الفلسطيني وانتخاب مجلس وطني فلسطيني موحد للشعب الفلسطيني في الوطن والشتات، وهذه القناعة التي نعبر عنها ونجاهر بها ليست منطلقة من رغبة مزاجية أو إرادوية في ترتيب الأولويات بل مستندة إلى أسس ومعايير وحيثيات واعتبارات وطنية سياسية موازنة ومقتضيات ديمقراطية على مستوى المؤسسة القيادية والنظام السياسي ووضعية المجتمع الفلسطيني وتوجهاته المستقبلية المدنية والديمقراطية.

### مقتضيات واعتبارات:

ما هي الاعتبارات والحيثيات التي تجعلنا نقدم أولوية إعادة تشكيل للمجلس الوطني الفلسطيني وانتخاب برلمان فلسطيني موحد؟

برأينا أن هناك العديد من الاعتبارات الرئيسية والجوهرية على المستوى الوطني السياسي والديمقراطي المجتمعي البنائي ما يجعل من هذا الخيار أولوية أولى وملحة، وهذه الاعتبارات هي:

أولاً: واقع التسوية الراهن والمفاوضات حول الوضع النهائي والتي باتت تدور في حلقة مفرغة، ووصلت إلى انسداد الأفق بالمعنى التاريخي، بسبب الموقف الإسرائيلي واللاءات الإسرائيلية المعلنة تجاه القضايا الرئيسية المطروحة على جدول أعمال المفاوضات كالقدس واللاجئين والحدود والمياه والمستوطنات. والتي مازالت تقف حائلاً دون التقدم نحو طرح حلول مقبولة على المستوى الوطني، لأن ما تطرحه الحكومة الإسرائيلية وما تقدمه مازال بعيداً كل البعد عما يطمح له الشعب الفلسطيني وبما يتفق مع حقوقه وثوابته الوطنية، وأي متابع للمفاوضات يدرك لعبة العبث الإسرائيلي التي تديرها الحكومة الإسرائيلية في مفاوضات «البولينغ» في واشنطن أو المفاوضات التي تتم في المنطقة والبازار الذي افتتحته الحكومة الإسرائيلية ووسائل الإعلام الإسرائيلية حول الدولة بموافقة

المعنى والمبنى، وبين التطبيق والممارسة لهذه القرارات ووضعها حيز الفعل المباشر.

وبكلمات أخرى فإن الأجندة الوطنية الفلسطينية التي تزدحم بالقرارات الكثيرة، وتحتاج جميعها إلى خطط وبرامج عمل لكي تنتقل إلى حيز التطبيق، علماً بأن هذه القرارات لم تأت جزافاً أو بمجرد نزوة فكرية، بل هي انعكاس لأسئلة الواقع وتحدياته المتعددة والمتنوعة على غير مستوى وصعيد. وهذه المعطيات تشير بوضوح أن المطلوب من فصائل العمل الوطني والقوى الاجتماعية والهيئات القيادية في منظمة التحرير الفلسطينية ينتظرها الكثير لكي تقوم به على مستوى الفعل المباشر والمتصل والجاد والمنسق وليس العشوائي أو الموسمي لكي ترقى إلى مستوى التحديات وتقوم بترتيب أولوياتها وتحددها بشكل منهجي مدروس وعلى قاعدة الإمساك بالأولوية التي تشكل الحلقة المركزية في إعادة بناء الاستراتيجية الوطنية والبرنامج الوطني وتوفير الأدوات والآليات التي تستطيع أن تتحمل الأعباء والمسؤوليات المتعددة والمركبة على المستوى الوطني والاجتماعي والديمقراطي.

ونحن في الجبهة الشعبية لتحرير فلسطين لدينا قناعة تقول أن الأولوية التي تستحق أن تعطى الجهد والوقت اللازمين أكثر من غيرها في هذه المرحلة ودون أن توضع في تعارض مع الأولويات الأخرى أو تغيبها، وإنما تتناغم وتتساند معها بطريقة جدلية هي مسألة إعاد

إسرائيل على الاعتراف بدولة فلسطينية على مساحة ٦٠٪ وفي رواية أخرى على مساحة ٦٥٪ وفي عرض ثالث على مساحة ٧٠٪، ومازالت العروض تتوالى تباعاً، ولكنها تنطلق من ذات الأرضية وبذات المضمون والجوهر، دولة مجوفة بدون سيادة، وتشير هذه المناورات لا بل تؤكد بوضوح أن الإسرائيليين مازالوا يناورون ويداورون في حدود مواقفهم ولاءاتهم القومية.

وبموازاة هذه السياسة التي تسعى لكسب المزيد من الوقت واستنزاف الطرف الفلسطيني وزرع اليأس والإحباط في نفوس الشعب الفلسطيني تسعى الحكومة الإسرائيلية جاهدة وكأنها في سباق مع الزمن مطلقة العنان لحركة الاستيطان ومصادرة الأراضي في كل الأراضي الفلسطينية المحتلة والجولان، وهذا الإصرار والتركيز على السياسة الاستيطانية ليس نابعاً من فراغ، إنما هو سياسة مدروسة هدفها استباق المفاوضات وفرض وقائع جديدة على الأرض، وحسب المعلومات المتوفرة لدينا عن الاستيطان، فإن حكومة باراك ومنذ توليها الحكم قامت بزيادة الاستيطان وتوسيعه وبما يفوق ما قامت به حكومة نتنياهو السابقة في مدار ثلاث سنوات. وهذا بدون شك له دلالاته السياسية الواضحة، وعلى الفلسطينيين أن يعلنوا لكل العالم عن مدى الخطورة التي تشكلها هذه الحكومة وسياساتها الجنونية على السلام والأمن في فلسطين وعموم المنطقة، ويوضحوا للعالم الذي خدع أيما خدعة بياراك وشعاراته الضللة عن السلام أن شعبنا لن يسلم للاستيطان ولن يبقى طويلاً في صمته وسينفجر غضبه في وجه هذه السياسات والقائمين عليها.

أما على الصعيد السياسي فقد بات مطلوباً أن يستخلص أصحاب النهج التفاوضي الدروس والعبر، وهذا يعني بدون لبس رغم إعادة النظر في هذا الخيار بعد أن تبينت حدود أزمته الاستراتيجية، وأن يتم البحث في إطار المؤسسات الشرعية والقيادية الفلسطينية عن خيارات أخرى تخرج الوضع الفلسطيني من عنق الزجاجة الإسرائيلية وتقطع معه باتجاه خيارات أخرى بديلة، وفي مقدمة هذه الخيارات تفعيل منظمة التحرير الفلسطينية ومؤسساتها وهياكلها القيادية وبرنامجها الوطني، وإعادة بناء المؤسسة على أسس ومعايير ديمقراطية جديدة تقوم على أساس الانتخاب المباشر لأعضاء البرلمان الفلسطيني الموحد في الشتات، وهذا ما سنأتي عليه لاحقاً.

ثانياً: ما تمثله منظمة التحرير الفلسطينية في أوساط الشعب الفلسطيني في الوطن والشتات، باعتبارها الكيانية الوطنية الجامعة والموحدة لكل الشعب الفلسطيني أينما وجد، وباعتبارها منجزاً وطنياً ومعبراً سياسياً وقانونياً عن وحدته وكيانه الوطني وتطلعاته، وكحامل لمشروعه الوطني المعبر عن الحقوق الوطنية الثابتة، والمشروعة وفي مقدمتها حقه في

العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة كاملة السيادة وعاصمتها القدس.

وإذا ما انطلقنا من حقيقة بات من إقرار الجميع وإن بثقاوت وهي أن منظمة التحرير الفلسطينية بكل هيئاتها ومؤسساتها أصابها ما أصابها جراء سياسات التهميش والتغييب للدور والبرنامج والمسؤوليات منذ إقامة السلطة الفلسطينية واتفاقات أوسلو عام ١٩٩٣م، وبما أضر بموقعها القيادي ودورها وهيبتها الوطنية، فإن أولى المنطلقات التي يجب أن توضع في الخطة والتصور الوطني الهادف لإعادة الاعتبار للمنظمة، تستوجب إصلاحاً ديمقراطياً شاملاً وواسعاً يطال بناها الداخلية ومؤسساتها وآلية أداسن التمثيل والنتائج كلها وآلية اتخاذ القرار، وفي صلب هذه العملية كلها يندرج البحث الوطني الفلسطيني، بأهمية استئنافية باعتباره أعلى هيئة تشريعية جامعة للشعب الفلسطيني رغم وجود التشريعي المحدد والمحدود في الصلاحيات والتمثيل والتشريع في إطار اتفاقات أوسلو.

ثالثاً: ارتباطاً بالنقطة السابقة واستكمالاً لها، فإن أعطاء اهتمام خاص للمجلس الوطني الفلسطيني، بصفته التمثيلية والتشريعية العليا لعموم الشعب الفلسطيني، تستحق النقاش لجهة أن المجلس الوطني الفلسطيني في بنيته وتشكيلته الراهنة، والتي أصبحت بنية متقادمة وهرمة، وعدد متضخم من الأعضاء ناهز على ٧٠٠ عضو، إضافة إلى أن المجلس الوطني بتركيبته الراهنة التي مضى عليها ٩ سنوات تجاوزت المدة القانونية المحددة في النظام الأساسي لمنظمة التحرير الفلسطينية (المادة ٨) والتي تنص على أن فترة المجلس الوطني ثلاث سنوات، إضافة إلى ما سبق فإن الحقائق والمعطيات التالية والتي بدورها تعزز وتؤكد أحقية وأولوية التوجه الداعي لإعادة تشكيل المجلس الوطني وهي:

١ـ انتهاء المرحلة الانتقالية وتجديدها دون إعلان من أية جهة تشريعية أو سياسية عليا للشعب الفلسطيني يعني أن التجديد إن حصل وأصبح واقعاً، فإن التسليم بهذه الواقعة لايحمل سوى معنى واحد وجوهري ووحيد فلسطينياً وهو التسليم بالإملاءات الإسرائيلية والخضوع والإرتهان للسياسة الإسرائيلية الهادفة إلى جعل التجديد للمرحلة الانتقالية مفتوحاً إلى إشعار آخر وقد يمتد عشر سنوات أو عشرين سنة. وعليه فإن الطرف الفلسطيني الذي ربط خياره بالتمديد للمرحلة الانتقالية والتفاوض دون ضمانات أن يحدد سقفاً زمنياً لهذه العملية وفي حالة انقضاعها دون التوصل إلى نتائج مقبولة وطنياً فإن الطرف الفلسطيني يصبح في مطلق الحرية في اختيار الشكل النضالي الذي يمكن من خلاله استحصال حقوقه الثابتة والمشروعة.

٢ـ انتهاء المدة القانونية للمجلس التشريعي بانتهاء المرحلة الانتقالية والتي كانت محددة وفق

اتفاقات أوسلو بتاريخ ٩٩/٥/٤، وتسيير أعمال المجلس التشريعي راهناً تقوم على أساس تجاوز المدة القانونية ودون أي بديل دائم ويتجاوز في الصلاحية والتمثيل المجلس التشريعي المؤقت الأساسية بصلاحيات قيدها الاتفاقات السياسية التي أنبثق على أساسها، وفي هذه الحالة فإن الخيار المنطقي والطبيعي هو المجلس الوطني الجديد المنتخب ديمقراطياً، باعتباره الأصل ويحظى بشرعية واعتراف لدى كل الشعب الفلسطيني في الوطن والشتات.

رابعاً: إعلان المجلس المركزي الفلسطيني والقيادة الفلسطينية إن هذا العام هو عام إعلان تجسيد الدولة الفلسطينية المستقلة كاملة السيادة وعاصمتها القدس في حدود الرابع من حزيران ١٩٦٧م، وهذا القرار الاستراتيجي بالمعنى الوطني، له متطلباته واستحقاقاته العديدة والمتعددة، ويتطلب توفير مقومات ومرتكزات صلبة، وقناعتنا التي لايرقى لها الشك تؤكد أن إعادة تشكيل المجلس الوطني الفلسطيني وانتخاب برلمان فلسطيني موحد، بشكل ديمقراطي مباشر في الوطن وحيثما أمكن ذلك في الشتات، وما سيترتب على هذه العملية وما ستخركه من أثر مباشر على مختلف الوضع الفلسطيني ببناه السياسية والمجتمعية، ستشكل إحدى اللبنات والركائز السياسية التي سنقام عليها الدولة الفلسطينية المستقلة، وهذه القناعة منطلقة من حقيقة العلاقة الجدلية بين تجديد المجلس الوطني وإحداث عملية سياسية ديمقراطية شاملة في وسط الشعب الفلسطيني، باعتبار أن عملية التجديد للمقترحة ووفق الآلية والتصور المطروحين في عملية ديمقراطية مباشرة هي في ذات الوقت عملية مركبة ستكون على تماس حيوية بواقع القوى والفصائل والبنى المجتمعية المختلفة، وستحدث حالة من الحراك المجتمعي العميق الذي سيشكل مدخلاً منهجياً لتأصيل الممارسة الدستورية والعلاقة المتكاملة بين الداخل والخارج وتجاوز الازدواجية في العضوية والمرجعيات، وتحقيق أفضل السبل لنفاذ صلاحيات الرقابة والمساءلة والمحاسبة.

وبكلمات أخرى فإن الانتخابات العامة للمجلس الوطني الفلسطيني، البرلمان الفلسطيني من شأنها تعزيز المشاركة السياسية وتحقيق الإرادة الوطنية لعموم شعبنا ومختلف قواه ومؤسساته وإعادة الاعتبار لدور الحركة الشعبية الفلسطينية وإعادة الثقة لجماهير شعبنا والتفافها حول القيادة السياسية ودعمها للموقف الوطني بقناعة وبناءة وخالصة.

## الأسس والآليات المقترحة لإعادة التشكيل:

يجب التنويه مسبقاً أننا في الجبهة الشعبية لتحرير فلسطين ونحن نتقدم بهذه الرؤية، ندرك أنها لاتدعي الكمال، وهي تتسع لمشاركة الجميع في إطار عملية عصف فكري سياسي وجدل وحوار

■ شؤون فلسطينية ■

عميقاً لمجمل القوى والفعاليات الوطنية من
مثقفين ومفكرين وسياسيين وأكاديميين وقوى
مجتمعية، لإشباع هذا العنوان الهام والكبير
والمعد بحثاً ونقاشاً وإخراجه بأفضل صورة
ممكنة وبما يشكل ملمحاً حضارياً عصرياً، في
حياة الشعب الفلسطيني الراهنة والمستقبلية.

وفي ضوء هذا التحديد المنهجي فإن الأفكار
التي نسوقها ونقدمها في هذا المقام حول الأسس
والآليات العملية المقترحة هي إلا أرضية ومدخل
لمنهجية النقاش ودفعه باتجاه وجهته الصحيحة،
وهي على النحو التالي:

١- اعتبار انتخاب البرلمان الفلسطيني
كممارسة ديمقراطية سيادية هو في الوقت
نفسه إعادة تشكيل للمجلس الوطني على
أسس ديمقراطية انتخابية كحسم المادة ٥ من
النظام الأساسي لمنظمة التحرير الفلسطينية
والتي تنص على أنه «ينتخب أعضاء المجلس
الوطني عن طريق الاقتراع المباشر من قبل الشعب
الفلسطيني بموجب نظام تضعه اللجنة التنفيذية
لهذه الغاية».

٢- أن تشمل الانتخابات عموم أبناء الشعب
الفلسطيني في الوطن والشتات.

٣- ضرورة إعداد وصياغة قانون انتخابي
عصري وديمقراطي يستند إلى نظام انتخاب
المجلس الوطني الفلسطيني الصادر كملحق من
الدورة الثانية للمجلس المنعقدة في القاهرة
للفترة ما بين ٣١/٥ - ٤/٦/م، لعام ١٩٦٥ وإلى
قانون الانتخابات الفلسطيني لعام ١٩٩٥
الصادر عن رئيس اللجنة التنفيذية للمنظمة.

٤- أن يعتمد لعضوية المجلس (البرلمان) العدد
المنصوص عليه في نظام انتخاب المجلس الوطني
(الفصل الرابع - المادة ٣٠) والمحدد بـ (٢١٧)
عضواً يتوزعون حسب نسبة عدد السكان في كل
تجمع من تجمعات الشعب الفلسطيني.

٥- اعتماد نظام انتخابي عصري يسمح
بمشاركة كل القوى السياسية والاجتماعية وكافة
ألوان الطيف السياسي الفلسطيني وعلى أساس
نظام التمثيل الانتخابي والبرامج المتنوعة تعبير
عن التعددية السياسية الفكرية والثقافية في
المجتمع الفلسطيني.

٦- يبقى الأساس في الانتخابات لشعبنا
داخل الوطن في الضفة الفلسطينية (بما فيها
القدس) وقطاع غزة، حيث يعتبر أعضاء المجلس
الوطني المنتخبين ممثلي الداخل بمثابة الجسم
التشريعي للكيان الفلسطيني سلطة قيام الدولة
ويمارسون مهامهم باعتبارهم السلطة التشريعية
للداخل الفلسطيني، وهم أعضاء طبيعيون في
المجلس الوطني (البرلمان) وفي حالة انعقاده
الشامل.

٧- التمسك بأحقية ومشروعية انتخابات
عامة لكل الشعب الفلسطيني وفي كل أماكن
تواجده وحيثما يمكن ذلك، بالاستعانة بالأمانة
العامة للجامعة العربية بالتعاون والتنسيق مع
الجهات المعنية بشكل مباشر.

٨- فيما يخص الأردن والتي نعتقد أنه من
الصعب إجراء انتخابات لأعضاء المجلس الوطني
فيها بسبب التشابك والتعقيدات، يطبق نص
المادة (٧٠) من نظام انتخاب المجلس التي تنص
على ما يلي: «إذا تعذر إجراء الانتخابات في أي
مركز من مراكز التجمع، يجتمع الأعضاء الذين تم
انتخابهم في المراكز الأخرى ويقررون الطريقة
التي تملأ بها المقاعد الشاغرة» وما ينطبق على
الأردن ينطبق على بقية المواقع التي يستحيل
إجراء الانتخابات فيها.

٩- حيث يمكن إجراء الانتخابات في تجمعات
شعبنا في الأقطار العربية المختلفة، يجري
الانتخاب عبر سفارات وممثليات ومكاتب دولة
فلسطين، ويمكن الاستناد إلى المادة (٧٦) من
نظام انتخاب المجلس القاضية بأن تطلب ل-ت من
الأمانة العامة لجامعة الدول العربية مشاركتها في
الإشراف على عملية الانتخاب.

١٠- في مراكز التجمع التي لاتوجد فيها
مكاتب أو سفارات فلسطينية، تعين اللجنة
التنفيذية شخصاً أو أكثر حسب المادة (٥- ب)
من نظام انتخاب المجلس ليقوم بدور الإشراف
وإدارة العملية الانتخابية.

هذه هي أبرز النقاط التي توضح معالم
التوجه الديمقراطي الانتخابي لتجديد المجلس
الوطني الفلسطيني/ البرلمان الموحد للشعب
الفلسطيني، ويمكن أن تدرج نقاط تفصيلية
أخرى ولوائح ناظمة تقرها اللجنة التنفيذية
حسب النظام الانتخابي للمجلس في حينه
وحيثما تطلب الأمر ذلك.

أما بخصوص شكل البرلمان الفلسطيني
فيمكن اللجوء للخيارين التاليين:

الأول: الانتخاب المباشر العام للجميع في
الوطن وعبر السفارات في الخارج، وكل من يريد
أن يرشح نفسه للعضوية وهو مقيم في الخارج
فعليه العودة التي يجب أن يؤمن له، وبذلك يكون
المنتخبين جسماً تشريعياً موحداً مشكلاً من جناح
واحد (مجلس تمثيلي نيابي).

الثاني: أن يشكل المجلس (البرلمان) من
جناحين: الأول تمثيلي تشريعي يضم المنتخبين
والثاني للأعيان يضم المعينين.

أين نحن الآن من قرار المجلس المركزي؟

من الطبيعي والمنطقي بعد انقضاء ثلاثة أشهر
على قرار المجلس المركزي الفلسطيني بخصوص
تشكيل المجلس الوطني الجديد، واقتراب موعد
تجسيد الدولة الفلسطينية المستقلة التي لم يعد
يفصلنا عن هذا الموعد سوى أشهر قليلة فقط، أن
نطرح السؤال/ أين نقف الآن من هذه القرارات
التي تعني بعناوين كبرى وأساسية، وما هو
الشوط المقطوع على هذا الصعيد؟

وهدفنا من طرح السؤال الطمأنة وتبيان
الحقائق، ونقصد طمأنة المواطن العادي وطمأنة
الوسط الشعبي والجمهور العريض الذي
ينتظرنا ويعلق علينا آمالاً كبيرة، ومن واجبنا

أن نوضح له حقيقة ما يجري وأن نكون بمنتهى
المسؤولية والموضوعية معه وأن نصدقه في
أقوالنا وأفعالنا.

وإجابة على السؤال بمقدورنا القول أن تقدماً
على صعيد متابعة القرار قد تم من قبل الهيئات
واللجان التي أنيطت بها هذه المهمة وأيضاً من قبل
الفصائل الوطنية المعنية بالمتابعة والمعنية بإجراء
الإصلاحات الديمقراطية الحقيقية في إطار منظمة
التحرير الفلسطينية وفي إطار المجتمع
الفلسطيني بوجه عام، والمتابعة التي تمت
برأينا أنها ليست متابعة شكلية أو من باب رفع
العتب، وإن كان البعض يتعامل مع القرار بهذا
المنحى عبر محاولته الإعاقة وخلق العقبات
المفتعلة في محاولة منه لإرقاء القديم على قدمه
حرصاً على مصالحه الأنانية الضيقة، وعلى
حساب مصالح الشعب الفلسطيني العليا
وقضاياه المصيرية، ولكن بالمجمل فإن الصورة
العامة التي تتم بها الأمور حتى الآن في بتقديرنا
وتقييمنا إيجابية لأن الاتجاه العام لدى المعنيين
بالمتابعة والتنفيذ محكومة بالدليل الشعبي العارم
والدافع نحو التغيير الديمقراطي.

وبالخلاصة فإن القرار المذكور قيد المتابعة
والتنفيذ لم يبق حبراً على ورق كما يحلو للبعض
أن يصوره، لاعتبارات دعاوية ضيقة ومضللة
لاتخدم إلا مروجيها.

وبنوع من التفصيل يمكن القول أن اللجنة
التنفيذية للمنظمة ورئاسة المجلس الوطني
الفلسطيني عقدتا معاً اجتماعين اثنين وجرى
تشكيل لجنة سباعية (بمثابة لجنة اختصاص)
أنيطت بها مهمة إعداد تصور متكامل حول إعادة
التشكيل والانتخاب الديمقراطي لأعضاء المجلس
الوطني، وحالما ستنتهي هذه اللجنة من مهام
عملها سترفعه إلى اللجنة التنفيذية ورئاسة
المجلس الوطني بصفتيهما الجهتين المسؤولتين
أمام المجلس المركزي عن تنفيذ القرار.

وقطعاً لأي التباس أو اتهامنا بالمبالغة في
تهويل حجم الإنجازات نود التوضيح أن ما أنجز
على أهميته لانعتبره كل شيء، وكأن الأمور
أصبحت جاهزة وتنتظر القرار في التطبيق، بل ما
عنيناه أن هناك متابعة، ومتابعة جادة ومحددة
بأطر زمنية وبجهات اختصاص وهي تتابع عملها
المحدد، ونحن من جهتنا فصائل وهيئات (رئاسة
مجلس وطني + اللجنة التنفيذية). ندفع الأمور
باتجاه المزيد من الجهد والعمل للانتهاء من هذه
المهمة الصعبة والمعقدة والأساسية في الوقت
نفسه، منطلقين من قناعتنا القائلة أن تسيف الوقت
لايرحم وشعبنا لن يرحمنا أو يسامحنا إذا ما تبين
أننا لم نكن بمستوى المسؤولية والأمانة الوطنية
الملقاة على عاتقنا، لذا فإننا حريصون كل الحرص
أن نصدق شعبنا ونصدق ذاك الشعب المضحي
وأن نزرع الأمل في نفوس شعبنا ذاك الشعب المضحي
الصامد العنيد في التشبث بحقوقه الكاملة رغم كل
الصعاب والعقبات ●●

■ شؤون فلسطينية ■

# إسرائيل.. والشرعية الدولية

عبد الرحيم ملوح

عضو اللجنة التنفيذية لمنظمة التحرير الفلسطينية
عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين

دأبت إسرائيل منذ قيامها على التنكر للشرعية الدولية وقراراتها، وللأمم المتحدة ولما تمثل برغم أن قيامها وليس الإعتراف بها فحسب، استند لقرار من الأمم المتحدة، فقد قامت وفقاً لقرار الأمم المتحدة رقم ١٨١ لعام ١٩٤٧، والذي قسّم أرض فلسطين التاريخية لدولتين، واحدة فلسطينية وتقوم على حوالي ٤٣٪ من أرض فلسطين التاريخية، والأخرى إسرائيلية وتقوم على مساحة تعادل ٥٦٪ من أرض فلسطين، والباقي تشكل مساحة القدس والذي حدد لها وضعاً دولياً خاصاً [cropus seperatum] ولكن إسرائيل لم تكتف بهذه المساحة، فخرقت قرار الأمم المتحدة بمساعدة الانتداب البريطاني واستولت على أجزاء كبيرة من الأراضي المخصصة للدولة الفلسطينية في حينه وعلى أجزاء من القدس، ووصل ما استولت عليه من الأراضي حوالي ٧٨٪ من أراضي فلسطين التاريخية.

واشترط قرار اعتراف الأمم المتحدة «بدولة إسرائيل» إعلان التزامها بعودة اللاجئين الفلسطينيين لديارهم، والتعويض عن الأضرار التي لحقت بهم، حيث تقدم مندوب إسرائيل في الأمم المتحدة بهذه الإلتزامات مكتوبة إلى الجمعية العامة للأمم المتحدة، فصدر قرار الاعتراف بها عضواً في الجمعية العامة مقروناً بضمان التزامها بحق العودة والتعويض للاجئين الفلسطينيين وفقاً لقرار ١٩٤ لعام ١٩٤٨. ولكن إسرائيل تنكرت لكل التزاماتها السابقة ولم تنفذ القرار، ووصلت في نهاية المطاف لإعلان رفضها للشق المتعلق بحق العودة بما في ذلك مسؤولياتها السياسية والأخلاقية عن ما حل باللاجئين منذ ما يزيد عن اثنين وخمسين عاماً.

وفي عام ١٩٥٦ قامت إسرائيل بالتعاون مع بريطانيا وفرنسا بالاعتداء على مصر، واحتلت قطاع غزة وأراضي سيناء، ولم تنسحب منها إلا بضغط دولي كبير، استند لصمود شعب مصر بقيادة عبد الناصر وللتهديد السوفيتي، ولرغبة أمريكا بإضعاف بريطانيا وفرنسا واحتلال مواقعهما في المنطقة، وبالتالي حصلت إسرائيل على حق المرور في مضائق تيران، وعلى وجود القوات الدولية على الأراضي المصرية.

وعام ١٩٦٧، احتلت إسرائيل كامل أراضي فلسطين وسيناء والجولان وجزء من أراضي لبنان [مزارع شبعا] المحاذية للأراضي السورية والفلسطينية وبعد جدل ونقاش، اتخذ مجلس الأمن قراره رقم ٢٤٢، والقاضي بعدم جواز احتلال أراضي الغير بالقوة، وافقت إسرائيل على القرار نظرياً، ولم تنفذه عملياً بحجة انه جاء غامضاً في بعض بنوده ويحتاج لمفاوضات من أجل تنفيذه، ولم يأت تحت الفصل السابع من ميثاق الأمم المتحدة، والذي يفرض آليات تنفيذية للقرار، واستمرت في احتلالها ومطاطلها، حتى حرب عام ١٩٧٣، حيث أضاف مجلس الأمن لقراره السابق قراراً

جديداً تحت الرقم ٣٣٨ ورغم ذلك لم تنفذ القرارين ودخلت بعدها في مفاوضات ثنائية مع مصر، وبنتيجة هذه المفاوضات، رفضت تنفيذ القرارين ٢٤٢-٣٣٨، واللذان يشملان الأراضي المصرية المحتلة إضافة لقطاع غزة. وأصرت في حينه على التمسك بالحدود الدولية بين مصر وفلسطين والذي جرى ترسيمها عام ١٩٠٦ بين تركيا وحكومة مصر. وليس هذا فحسب، بل أنها حاولت اقتطاع شرم الشيخ من مصر، مما اضطر الطرفين للجوء إلى محكمة العدل الدولية، والتي حكمت بإعادته لمصر، وبنتيجة هذا فإنها لم تنفذ قراري ٢٤٢،٣٣٨ لأنها أبقت قطاع غزة تحت سيطرتها، مما يشكل سابقة خطيرة، كون القطاع كان تحت السيادة المصرية قبل احتلاله عام ١٩٦٧، وبالتالي يجب أن ينطبق عليه هذا القرار كما انطبق على الأراضي المصرية.

وفي المفاوضات مع الأردن، والذي تمخضت عنها اتفاقية وادي عربة، أصرّت إسرائيل على اعتبار حدودها هي الحدود الدولية في زمن «الانتداب» الذي يعني ضمناً كل فلسطين، ولم يؤخذ بالاعتبار أن الأردن كانت صاحبة سيادة على الضفة الفلسطينية بما فيها القدس، وبالتالي ينطبق عليها قرار ٢٤٢. وأن قرار فك الارتباط عام ١٩٨٨ بين الضفة والأردن على أهميته الكبيرة، وتوقيع اتفاقية أوسلو الذي سبق التوقيع على اتفاقية وادي عربة لايغير من جوهر قرارات الشرعية الدولية بشيء، وليس هذا فحسب، بل وضعت إسرائيل سابقة جديدة بعدم انسحابها من أجزاء من الأرض الأردنية في الباقورة وفي الجنوب واستبدلت الانسحاب منها باستئجارها لسنوات طويلة.

وفي المفاوضات الجارية منذ عقد من الزمان مع سوريا، تصر إسرائيل على عدم الانسحاب إلى حدود ٤ حزيران ١٩٦٧، وتحاول فرض سابقة جديدة للحدود من خلال التمسك بالحدود الدولية وفقاً للترسيم الذي وقع ظلماً على المنطقة من قبل الاستعمار البريطاني

■ شؤون فلسطينية



والفرنسي عام ١٩٢٣، [على اعتبار أن فلسطين كلها ملك لها وليس لشعب فلسطين].

وفي اتفاقات أوسلو أصرّت إسرائيل على تأجيل القضايا الأساس وفي مقدمتها الأرض والحدود بما فيها القدس، واللاجئين واتضح لوقعي اتفاق أوسلو وللملا جميعاً أكثر فأكثرْ أنها تسعى لاقتطاع أجزاء كبيرة من الأراضي الفلسطينية بما فيها القدس، وتتعامل مع الشعب الفلسطيني باعتباره مقيماً وليس صاحب حق أصّيل بوطنه، ومع السلطة الفلسطينية وتريد أن تتعامل مع الدولة لاحقاً باعتبارها حكومة محلية تدير شؤون مجموعة بشرية، وليس صاحبة سيادة على أرضها وشعبها، وبرز هذا بشكل لايقبل النقاش مؤخراً عندما قدّم المفاوض الإسرائيلي تصوره للتسوية النهائية لياسر عند ربه في ايلات، ولايغير من جوهر النظرة الإسرائيلية هذه، رفض المفوض الفلسطيني لهذا التصور، أو اعتبار المفاوض الإسرائيلي له وجهة نظر للنقاش، لأنه بمجرد الدخول بنقاش نسب الأرض والسيادة، يعني دخول دائرة الخطيئة القاتلة، فالأرض والسيادة لاتتجزأان ولاتخضعان للمناقصة.

وفي لبنان تنكرت إسرائيل لتنفيذ قرارات الأمم المتحدة رقم ٤٢٥-٤٢٦ منذ عام ١٩٧٨ وحتى أشهر قليلة ولجأت لتشكيل قوات لحد العميلة لحماية قواتها ونهبها لمياه الحاصباني، وقامت بسلسلة من الاعتداءات على لبنان طوال هذه السنوات، وكان أبشعها وأكبرها اجتياح لبنان عام ١٩٨٢ وصولاً للعاصمة بيروت، وعدوان عام ١٩٩٣، والذي سمي بخريف الغضب، وبعدها عدوان نيسان ١٩٩٦ والذي توج بمجزرة قانا، وسلسلة الاعتداءات على البنية التحتية، محطات توليد الكهرباء والجسور.. الخ..

وتحت ضغط المقاومة الوطنية والإسلامية أساساً، والتفاف لبنان شعباً وحكومة حولها، والدعم العربي والدولي، لحق لبنان بالمقاومة وبإستعادة جنوبه المحتل، ولعدم وجود مبرر لتوراتي، ولتآكل المبررات السياسية، اضطرت الحكومة الإسرائيلية للإعلان عن استعدادها للانسحاب من جنوب لبنان وفقاً لقراري ٤٢٥-٤٢٦، ومن طرف واحد، وبدون اشتراط مسبق لاتفاقية سلام معها، أو اقتطاع أراض وضعها إسرائيل أو استئجارها، [ربما تبقى قضية مزارع شبعا عالقة بعد الانسحاب] وبرغم ما تلقيه هذه القضية من ظلال داكنة

على الانسحاب الإسرائيلي، إلا أنها لاتؤثر على مغزاه الكبير، وعلى وزن السابقة التي يسجلها.

لقد تعودنا أن نرى مبعوثي الأمم المتحدة يجيئون ويذهبون للمنطقة طوال العقود الماضية من أجل إقناع إسرائيل بتنفيذ هذا القرار أو ذاك بدون جدوى، واليوم نشاهد وزير خارجية إسرائيل يذهب لجنيف أولاً ولنيويورك ثانياً، ويقدم التزاماً مكتوباً بقراري ٤٢٥-٤٢٦، معلناً الانسحاب من الجنوب اللبناني إلى حدود ١٩٢٣ ومطالباً الأمم المتحدة القيام بدورها.

والسؤال الهام هو: لماذا تنكرت إسرائيل للشرعية الدولية وللأمم المتحدة طوال هذه المدة، والآن أعلنت التزامها بتنفيذ قراري ٤٢٥-٤٢٦ من طرف واحد، وذهبت لكوفي عنان تطالبه بأن تقوم الأمم المتحدة بدورها؟ ويمكن البحث عن جواب لهذا السؤال في الكثلة البشرية والسياسية والمادية الباهظة التي دفعها إسرائيل ثمنُ لاستمرار احتلالها لجنوب لبنان، فقد اكتشفت بعد أكثر من عقدين من زمن الاحتلال أن ما تدفعه من كلفة بشرية وسياسية ومادية أكبر بكثير من مزايا ومكاسب الاحتلال، وبأنه لايوجد مجال لاختراق جدار الصمود السياسي اللبناني ولعقد صفقات جزئية معه، وعندها اضطرت للقيام بإعلانها الانسحاب غير المشروط أولاً، واللجوء للأمم المتحدة ولقراراتها ثانياً.

إن مغزى ما أقدمت عليه إسرائيل [الانسحاب من طرف واحد وتنفيذ قراري ٤٢٥-٤٢٦] في جنوب لبنان كبير جداً، ومفيد

جداً لنا ويسلحنا بوسيلة معيارية قوية، وسابقة جديدة، بعدما وصلت الاتفاقات البائسة والمفاوضات العقيمة إلى ما وصلت إليه، ولكن هذا يتطلب منا التمسك بالشرعية الدولية وقراراتها ذات الصلة، وعدم التنازل عنها قيد أنملة والرفض الحازم لكل الأطروحات الإسرائيلية التي تنتقص من هذه القرارات أو تلتف عليها، بما فيها الحديث عن تأجير أراضي أو تبادل أراضي، أو تجزئة أراضي تحت أية نسب صغيرة أو كبيرة، ونقطة البداية الصحيحة هي عدم العودة للمفاوضات العلنية أو السرية قبل التزام إسرائيل المعلن بالشرعية الدولية وقراراتها ذات الصلة، ورافعة هذا الموقف تكمن بإعادة بناء الوضع الذاتي الفلسطيني، وتعزيز عوامل صموده الكثيرة والمتعددة، محلياً وعربياً ودولياً وإبقاء خيارات الشعب الفلسطيني مفتوحة بكل اتجاهاتها، والرسالة التي بعثها شعبنا للجميع للعدو والصديق معاً، يوم الخامس عشر من أيار الجاري، بما في ذلك لقيادة السلطة والمفاوضات واضحة جداً، وهي أنه متمسك بحقوقه وأهدافه كاملة، ولن يقبل التنازل عن أي جزء من حقوقه الشرعية، وأنه يختزن كل الطاقات، ويمتلك الاستعداد للدفاع عنها، عبر هذا وحده يمكننا توظيف السابقة الإسرائيلية على الجبهة اللبنانية، وليس عبر الالتزام باتفاقات من طرف واحد والاستمرار بمفاوضات عقيمة، لاجدوى منها، وتوظفها إسرائيل لخلق حقائق أمر واقع احتلالية جديدة يومياً ● ●

# يجب أن نبحث عن مقومات الصمود في ساحتنا الوطنية*

## جميل مجدلاوي

### عضو المكتب السياسي للجبهة الشعبية لتحرير فلسطين

أبدأ بشكر الأخوة في المجلس الفلسطيني للعلاقات الخارجية وأسجل اتفاقي مع عنوان الندوة، ويهمني أن أوضح أن ما سأقدمه في مداخلتي سيعكس رؤية الجبهة الشعبية لتحرير فلسطين مع احترامي لكل فصائل المعارضة الوطنية، وذلك حتى لا أحمّل أحداً مسؤولية الموقف الذي سأقدمه، وحتى أستطيع بشفافية سياسية، وإخلاقياً أن أقدم الحقيقة كما أراها ونراها في الجبهة، بزوايا واضحة ومحددة وتقديم قراءة للأساس الموضوعي للمخاطر التي وردت في عنوان الندوة.

في البداية أود أن أذكّر بأن الجميع يعرف الخلاف في الساحة الفلسطينية حول أوسلو، ولهذا سأكتفي بالإشارة إلى هذا الاختلاف العميق والشامل حول اتفاقيات أوسلو نصوصاً ومرجعية وآليات للتنفيذ وقوة إلزام أي أن الخلاف يتناول اتفاقيات أوسلو كمحتوى ومنهج سياسي لأنتفق بعد تأكيد هذا الاختلاف إلى تناول موضوع نتجنبه كثيراً في مثل هذه الندوات.

وهو كيف يمكن أن نحاكم بالملموس والمربوط على هذا الاتفاق، وأدواته، والقيادة التي تقوم على تنفيذه، أقصد القيادة الفلسطينية لأن القيادة العدو الإسرائيلي ليست موضوع حديثنا اليوم، كذلك لابد من تناول المؤسسة التي تبنّاها وتسنّد إليها هذه القيادة الفلسطينية، لأنني أعتقد أنه هنا يكمن المقياس الملموس الذي نستطيع أن نلمسه بأيدينا ونستطيع أن نستند إليه في تقييم مدى المصداقية والصوابية التي نسير عليها.

يحضرني ما نقل عن صحفي بريطاني زار إسرائيل في عام ١٩٥٤ بعد أن كان قد التقى مع القيادة المصرية الحديثة يومها، وسأله بن غوريون رئيس وزراء إسرائيل في حينها، ماذا وجدت في القاهرة؟ كان جواب ذلك الصحفي البريطاني، لقد لفت نظري أن هؤلاء الضباط الشبان لم يذكروا إسرائيل أمامي ولا مرة، وكان كل حديثهم حول كيف نبني مصر، فعلّق بن غوريون، مباشرة، هذا أسوأ خبر سمعته في حياتي.

استذكر هذه الواقعة لأبيّن أهمية الدقيق في كيف نبني مجتمعنا وعلى أية أسس؟ وانطلاقاً من أية معايير، كي نعد أنفسنا ونعد مجتمعنا بما يحول دون انزلاق الكلاكشهيات التي نسمعها كثيراً عن الصمود، وعن التمسك بالثوابت الوطنية، نسمعها من الجميع بما في ذلك قيادات السلطة التي نسمعها سياسات وخطط وبرامج عمل.

كما قلت في البداية سأتعامل بوضوح وبدون التطاول على الحقيقة أو التجني عليها، وبدون استفزاز

أو تجاوز لسموحات الحوار الأخلاقية.

ينطوي اتفاق أوسلو بالإضافة إلى المخاطر السياسية الكبيرة الكامنة فيه، على ميكانيزمات وآليات تؤسس لإفساد مجتمعنا الفلسطيني، وتوفر الفساد كل مقومات السيادة في هذا المجتمع، والمسألة هنا ليست أخلاقية، حديثنا عن الفساد لايعني البعد السلوكي والأخلاقي بالدرجة الرئيسية، ولكنه يعني في الأساس بنى مجتمعية وشرائح وفئات اجتماعية.

اتفاق أوسلو وما تلاه وبني عليه من اتفاقات يتيح مساحة واسعة للفعل الإسرائيلي في كل ما يخصنا، في تشريعاتنا وقوانيننا، واقتصادنا، وقواعد الأمن عندنا، وفي حركتنا، فهم الذين يسمحون بالسفر أو لايسمحون، وهم الذين يسمحون حتى بالانتقال بين الضفة والقطاع أو لايسمحون، وهم الذين يتحكمون جوهرياً بالاستيراد والتصدير... الخ كل هذا يجعل الذراع الإسرائيلية طويلة في تقرير وصياغة مجتمعنا الفلسطيني، وأنا أعتقد ومن خلال معرفتي بالكثير من الحاضرين أن غالبيتهم تستطيعون ومن مواقعهم وإطلاعكم أن تتحددوا بالتفصيل أكثر مني في هذا الأمر.

إن الإتفاقية الاقتصادية (اتفاقية باريس) وما تشكله من تحكم إسرائيلي في البناء الاقتصادي الفلسطيني في جوهره ومن التحكم الإسرائيلي في مفاتيح القوة والنفوذ الاقتصادي سيمكن إسرائيل من التحكم في توليد رموز وفئات وشرائح اجتماعية ترتبط مع إسرائيل بوظائف كبيرة من المصالح لأن في يدهم السلطة والقرار، ويعرف بعض الحضور من رجال الاقتصاد الكثير من الوقائع والتفاصيل التي توضح ذلك.

الموضوع الآخر، هو سوء الإدارة وما اعتدنا على تسميته بملفات الفساد، التي أظهرتها كل التقارير الرسمية التي تعلقت بهذا الأمر، بدءاً من تقرير لجنة الرقابة، وتقرير المجلس التشريعي وتقرير اللجنة الرئاسية... الخ التي أكدت كلها أن هناك سوء استخدام للإدارة والسلطة والنفوذ، وتحويل الموقع الرسمي إلى وسيلة للإثراء وتقديم المصالح الخاصة على حساب المجتمع والمصالح العام.

كل هذه المسائل أكدتها السلطة في تقاريرها الرسمية، وبرّرتها بذلك كله، محاولة إفساد منظومة القيم التي تحكم مجتمعنا الفلسطيني، عبر إشاعة مناخات الجشع الاستهلاكي الرديء الذي يتجاوز في العديد من جوانبه الكثير من بلدان الجوار، باعتباره أن يشجع مناخات التسابق من أجل مراكمة المصالح والامتيازات الخاصة.

(الجشع الاستهلاكي الذي يسأل عنه الأخ الوزير

أحمد عبد الرحمن يستطيع أي واحد منا أن يلمس، القصور، والفيلات، والثلاث شقق المفتوحة على بعض، بالروافات، بسيارات آخر موديل التي تصل أحياناً إلى ثلاث وربما أربع في المرافقة. إنزلوا وشاهدوا البضائع الموجودة في الأسواق لتحددوا اتجاهات الإنفاق). نحن نفهم على بعضنا، والحضور بمستوى يمكّنه من فهم وتدقيق ما أقول.

أنا أدرك أيها الأخوة، أيها الزملاء، أيها الحضور ما أطرحه من قضايا إنما يشكل موضوعات الخلاف الحقيقية في المجتمع الفلسطيني، ولهذا من الطبيعي أن تظهر مثل هذه المهمات والاحتجاجات والملاحظات التي نشاهدها في هذه القاعة، ولهذا أرجو أن نظل بانئاً على بعضنا البعض».

فهذه رؤيتنا كمعارضة، أريد أن أقول إن الفئات والشرائح التي بدأت تتشكل نتيجة الحصول على الثروة وغير الطبيعي على الثروة، وارتباطها مع فئات تثرى وتزداد قوة وترتبط مصالحها بوشائج واضحة مع الإسرائيليين، هذه كلها باتت تشكل أقساماً تتزايد سلطة ونفوذاً لفئة تحكمنا، وتحكم مجتمعنا، بحيث لايعود في هذه الحالة الخطاب السياسي والكلاكشهيات الخاصة بالحديث عن الثوابت الوطنية كافياً لكي يطمئننا بأننا نسير في الإتجاه الصحيح، غير أنني أسارع فأقول إن هذه المقدمة، لاتعني أننا قد وصلنا إلى قاع البئر، ولا تعني أن الطريق قد أغلق، أو أن هذه التداعيات السلبية قدّر لايمكن ردّه، ولكنها تداعيات سلبية وضارة، لأزالت حتى هذه اللحظة في الحدود التي يمكن أن نوقفها، وأن نفتح الإمكانيات لتداعيات أخرى يشكل بعيد الاعتبار من جديد إلى بناء سياسات ومقومات وعوامل الوحدة والتماسك والنهوض، وفي تقديري أن ذلك يرتبط بموضوع دولتنا الرئيسي بشكل مباشر، أقصد موضوع الدولة الفلسطينية.

فإعلان سيادة الدولة على أرض فلسطين، إذا ما تعاملنا معه بشكل يحوله إلى مشروع كفاحي فعلي، وليس مشروعاً بإنتظار، أو التواطؤ أو المساومة مع الاحتلال الإسرائيلي، وإذا استندنا إلى سياسة صائبة، والى معالجة صائبة لبناء المجتمعي التي أشرت إليها يمكن أن يشكل،-إعلان السيادة-إمكانية واقعية لرافعة نبني عليها منظومة كاملة من السياسات الداخلية والخارجية التي تخرجنا من دائرة التراجع والإرتهان والضعف التي نعيشها الآن.

وفي تقديري أن يتحقق ذلك ، من وجهة نظرنا في الجبهة الشعبية لتحرير فلسطين؟

قلنا في السابق ومنذ أن بدأ الحديث عن إعلان الدولة في الفترة التي سبقت ١٩٩٩/٥/٤ أن إعلان

الشامل وتوفير المناخات اللازمة لإنجاحه.

ـ الإعلان في الوقت المناسب، وقبل نهاية العام، الموعد الأقصى لإعلان سيادة الدولة، عن إنتهاء ولاية أوسلو، والمؤسسات التي انبثقت عنها، مؤسسة رئاسة السلطة، المجلس التشريعي، الحكومة، وكل ما انبثق عن هذه الاتفاقيات من مؤسسات، واعتبار المجلس المركزي الفلسطيني، أو من يكلفه مرجعية مؤقتة، تهيئ لنا هيكل الدولة ومؤسساتها، وقوانيننا في الوقت الذي يجب أن يرب الأربعة أشهر في الوقت الذي يجب أن يعمل وفقاً لنظام الاستقلال التي أعلنها المجلس الوطني الفلسطيني في عام 1988، وعلى أساس ديمقراطي انتخابي، يقر ويجسد التعددية الفكرية والسياسية في مجتمعنا، ومشروعنا لذلك المطلوب هو إجراء انتخابات تعتبر دولة فلسطين كلها دائرة انتخابية واحدة، لأن نظام تعدد الدوائر الانتخابية يتيح إحياء وتعشيش وسيادة قيم وأنماط سلوك ضار في مجتمعنا، كالعشائرية والجهوية واستخدام النفوذ للترغيب وترهيب الناخبين وغيرها.

ـ تأكيد الترابط الوثيق بين بناء الدولة وهياكلها، وبين البناء الفلسطيني الأشمل في الوطن والشتات، أي إعادة بناء مؤسسات م.ت.ف على أسس وطنية وديمقراطية تتسع لكل الطاقات والقوى على اختلاف طيفها الفكري والسياسي.

فانلطبعة أوسع من مشروع الدولة في تمثيلها لشعبنا في الوطن وفي الشتات، وتستطيع أن تحرر نفسها من إلتزامات وقيود الدولة التي تحد من تصديها لمتطلبات استمرار الصراع ببعده الاستراتيجي مع هذه الغزوة الصهيونية لبلادنا.

ـ يرتبط ذلك كله بتأكيد تمسكنا بقرارات الشرعية الدولية وأولها القرار 194 الذي ينص على حقنا في العودة إلى الديار التي شردنا منها في عام 1948.

هكذا يصبح في تقديري مشروع تجسيد دولتنا على أرضنا الفلسطينية، مشروعاً كفاحياً يحظى بالتفاف الغالبية الساحقة من أبناء شعبنا، في الوطن والشتات، وسيلهب الشاعر الوطنية، ويفتح أبواب الصمود، والصراع الجدي ضد الاحتلال والعدوان الإسرائيلي ومخططاته.

لصالح الأمانة تقتضي القول إن هذا المشروع يحتاج أول ما يحتاج إلى قيادة تتحلى بأقصى درجات النزاهة، ونكران الذات، والصبر والتحمل، وطول النفس وعدم الخشية من أية فزاعات، لا من فزاعة القيادة البديلة أو فزاعة اللعب على تعدد المسارات العربية وغيرها، ينبغي أن لا تخشى قيادة المشروع الوطني من هذه الفزاعات، وستستند وتثق بقدرات شعبنا واستعداده للصمود والكفاح.

هذا الأفق، هو الأفق الوحدوي الديمقراطي الذي يعمل على توحيد كل صفوف الشعب، وتجميع طاقاته وإمكاناته، بما يمكنه من كسب المعركة في نهاية المطاف ●●

(●) نص مداخلة ألقاها الرفيق جميل مجدلاوي في ندوة أقامها «المجلس الفلسطيني للعلاقات الخارجية» في الوطن تحت عنوان: «آثار ومخاطر الحل وإعلان الدولة».

ما يمكن أن نعرفه هو ما نبنيه لمجتمعنا، وما نلمسه بأيدينا.

وفي هذا السياق، فقد إنعقد المجلس المركزي في دورته المذكورة في 2/2 وصدرت عنه مجموعة من القرارات منها قرار يقول إنه يجب أن تعود مؤسسات م.ت.ف للعمل وفقاً للوائحها وأنظمتها الداخلية، واليوم ويكون قد مر على انعقاد المجلس المركزي ما يقارب الأربعة أشهر في الوقت الذي يجب أن يعمل وفقاً لنظام كل ثلاثة أشهر، هذا هو أول تجاوز لقرارات المجلس المركزي.

قرر المجلس أيضاً إعلان تجسيد سيادة دولة فلسطين خلال هذا العام وعلى ضرورة إتخاذ كافة الإجراءات والخطوات والاتصالات اللازمة لذلك، وكلف المجلس المركزي اللجنة التنفيذية بمتابعة استكمال أعمال اللجان التي شكلها، بما فيها لجنة الدستور واللجنات وخطط البناء السياسي والاقتصادي والاجتماعي والقانوني، وإعادة التشريعات اللازمة لذلك، أنا عضو مجلس مركزي، وعضو المكتب السياسي للجبهة الشعبية، وتتيح لي هذه العضوية أن أطل على ما تبحثه اللجنة التنفيذية عبر رفيقنا عبد الرحيم ملوح عضو اللجنة التنفيذية، وما نبحثه برئاسة المجلس الوطني عبر رفيقنا تيسير قبعة نائب رئيس المجلس.

ومن هذا الموقف أقول لكم بأنه لم يحدث شيء جدي على هذا الصعيد، وهنا بصراحة يمكن إنا أن نبحث عن الخلل، وهنا يكمن امتزاج الثقة فيما نأخذه من قراراتنا.

وأخيراً، وحتى لانكتفي بالنقد، فإن ما نقترحه لتحويل ما أسميته (كلاشمايش) أي ما نسميه ونعلنه جميعاً من اتفاق على النوابت الوطنية إلى سياسة واقعية فإنني أقترح مايلي:

1ـ استكمال منظومة القوانين التي توحد وتنظم حياة المجتمع الفلسطيني، فهذه المهمة لازلت قائمة ومطلوبة وضرورية للبناء.

2ـ البدء بإجراء انتخابات للمجالس البلدية والقروية، لتشكل سنداً ديمقراطياً، ومنتخباً للدولة العتيدة التي نسعى إليها، وبداية لتفعيل الدور والطاقات الجماهيرية، لقد آن الأوان لنجاوز سياسة التعيين في هذه المجالس التي تحولها إلى ملاحق لوزارة الحكم المحلي وغيرها من أجهزة السلطة.

3ـ وضع سياسة وقرارات مباشرة لترشيد البنية الاقتصادية، وترشيد الانتاج والاستهلاك وتحديد أولوياته، كل ذلك على طريق بناء اقتصادي تنموي يمكننا من الصمود في وجه هذا العدو الصهيوني وسياسات الحصار والضغط والابتزاز التي يمارسها علينا.

4ـ استكمال عناصر ومقومات وهياكل الوحدة الوطنية، لتشكل صمام الأمان والرافعة التي تحمل المشروع الوطني الفلسطيني وتدافع عنه وتسير به إلى الأمام، بما في ذلك الإفراج عن المعتقلين السياسيين، وتحريم الاعتقال السياسي، وتوحيد ودمقرطة المنظمات والاتحادات النقابية والمهنية والجماهيرية والانتخاب الديمقراطي لهيئاتها القيادية، ومتابعة الحوار الوطني الفلسطيني

دولة ينطوي على ثلاثة احتمالات، لازالت قائمة:

الاحتمال الأول: أن يكون هذا المشروع مهاة مهمنا يلتهي بها إلى أطول مدى ممكن.

الاحتمال الثاني: أن ينطوي هذا المشروع على مخاطر حقيقية تتعلق باستقلالنا وسيادتنا الوطنية.

أما الاحتمال الثالث، فهو المشروع الكفاحي، وهذا ما سنتناوله في محاولة للإجابة على كيف يمكن أن نطوي مشروع إعلان الدولة وتجسيدها على أرض فلسطين في مشروع كفاحي فأقول:

أولاً: علينا أن ننطلق من التأكيد على أن إعلان سيادة الدولة ينطلق من إعلان الاستقلال الذي صدر عن المجلس الوطني الفلسطيني في دورته التاسعة عشرة في الجزائر في 1988/11/15، وليس من تطلعات أوسلو، وليس منا بما يمكن أن ينتج من معلومات عبر المفاوض الفلسطيني والإسرائيلي.

لأن الإنطلاق من إعلان الاستقلال الوطني يعني بالضرورة وبالتأكيد تكريس شرعية هذا الإعلان، عبر شرعية م.ت.ف باعتبارها الممثل الشرعي لشعبنا الفلسطيني في كل أماكن تواجده في الوطن والشتات.

كذلك فإعلان تجسيد دولتنا على أرض فلسطين انطلاقاً من إعلان الاستقلال يبقي أبواب الحل التاريخي مفتوحة، فإعلان الاستقلال يتحدث عن القرار التاريخي ثم يتحدث عن النظام الذي أوقعه القرار 181 بشعبنا، وهو القرار الذي نستند إليه في جوهرنا لإعلان سيادة الدولة التي تبقي أبواب الحل التاريخي مفتوحة، كذلك فإننا نبني أيضاً على الاعتراف الواقعي القائم فعلاً بهذه الدولة من أكثر من مئة دولة في العالم.

وهذا الإعلان يعني أننا لاننطلق من إعلان تجسيد دولتنا للمفاوضات، ولاتفاقيات أوسلو، واللهم الخلف عليه للقرار 242، ففي الساحة الفلسطينية من يقول لن تنفيذ اتفاقات أوسلو لايعني تنفيذ القرار 242، وهناك رأي يقول أنها تعني تنفيذ القرار 242، في رأيي أنه لايوجد فوارق كبيرة بين القولين، لماذا؟

لأن القرار 242 لايعني بالنسبة لإسرائيل الانسحاب الكامل من الأراضي التي احتلت في عام 1967، وأصبح واضحاً أن الغموض في اتفاقات أوسلو كان يخدم دائماً المصالح الإسرائيلي.

ثانياً: بعد الإنطلاق من إعلان الاستقلال، وحتى لانجاوز التوكيدات والكلاشيات التي لاتسمن ولاتغني من جوع، علينا أن ننفذ قرارات المجلس المركزي في دورته الأخيرة بغزة في شباط ـ فبراير ـ

وأقول باسم الجبهة الشعبية لتحرير فلسطين أن هذه القرارات تشكل أساساً صالحاً يمكن أن نبني عليه ونطور مقومات الصمود الآن والنهوض لاحقاً، ولكن ـ وهذه أخرى ـ أين نبحث في ذلك؟ هل نبحث عما يدور في واشنطن، وأوسلو، وإستوكهولم وغيرها من عواصم، أم نبحث هنا في ساحتنا وعلى أرضنا الفلسطينية؟ الجواب الذي نقدمه هو أن نبحث في ساحتنا الفلسطينية لأن العناوين الأخرى تبقى ملكاً لقيادة التي تديرها، ولايستطيع أحد منا أن يعرف ما هو الصحيح وما هو الخطأ فيها.

■ شؤون فلسطينية

المسيرة التفاوضية إلى أين؟

# استحقاقات الحل النهائي وتركة المرحلة الانتقالية

## ــ أحمد جابر

فبدءاً بالحرب الكلامية التي تبشر بحرب فعلية عبر تصريحات موفاز (وهو للتذكير الجنرال الذي هرب حافياً من جنوب لبنان) الذي يهدد باقتحام الأراضي الفلسطينية بالدبابات والطائرات، إضافة إلى التعزيزات العسكرية داخل وحول المستوطنات وتسليح المستوطنين، وما تشير إليه التقارير الصحافية من تدريبات إسرائيلية على قمع المظاهرات واقتحام القرى الفلسطينية، ما ينبئ بعواقب وخيمة تفجر الوضع وتفتح باب الصراع الشامل على مصراعيه.

و لعل السؤال الذي يطرح نفسه هنا هو: من يخاف من الحرب فعلاً الفلسطينيون الذين يعلمون تماماً طبيعة الكفاح الذي يخوضونه، وصعوبة هذا الكفاح وحجم التضحيات الهائلة التي يجب أن يقدموها، أم الإسرائيليون الذين تعصف التغيرات المحلية والعالمية بعقيدتهم العسكرية العدوانية التي أصبحت دعاة للخجل بعد سلسلة الهزائم التي منوا بها، أم الولايات المتحدة التي تريد استقراراً في المنطقة يحفظ لها كرامتها كقوة عظمى وحيدة بما يجعلها تمنع ولو مرغمة أي تهديد إسرائيلي بنسف جهودها.

نقول هذا الكلام مؤكدين أن القيادة الفلسطينية لابد أن تكون حريصة جداً على حياة كل إنسان فلسطيني، وأن تمنع كل ما يمكن أن يؤدي إلى خسارة جديدة في أرواح الفلسطينيين، ولكن هذا المنع لا يعني قطعاً الاستسلام لتهديدات العدو ومحاولات التخويف والإرهاب التي يحاول بها.

لنأتي إلى النقطة التالية وهي أزمة الحكومة الإسرائيلية الغريبة، فهي كما هو معروف مشكلة دائمة ومزمنة، تعاود الظهور دائماً مع اقتراب الحسم على جبهة المفاوضات لتستخدم في التعطيل والتسويف.

والأزمة مع حزب شاس تجاوزت السلوك التقليدي للحزب المذكور، الذي كانت مطالباته تقتصر على الابتزاز المالي للحكومة لدعم شبكة مدارسه، لتنتقل هذه المرة إلى المطالبة بكلمة مسموعة في المفاوضات، وأن يكون للحزب المتطرف(دينياً) الأقرب إلى البراغماتية سياسياً

انطلاقاً من ذلك ستبدو أي مقاربة (فنية) إن صح التعبير، هزلية وغير مجدية، مما يعيدنا ثانية إلى السياسة، باعتبار ما يحدث (على ذممهم) هو ضرب منها، محاولين مقاربة ما يحدث، وصد، فهم إن أمكن واستكشاف الطريق الذي تذهب إليه الأمور.

هناك دروس تفرضها علينا المسيرة (السلمية)، علينا أن ننتبه لها، وأن نحرص على ملاحظتها:

أولاً... كلما ارتفع ضجيج الكلام والتهديد المتبادل، وكلما كان هناك تصعيد فان ذلك ينبئ بتقدم وزحزحة، تفاجئ أولئك المأخوذين بالاختناق الذي يغلب عليه الافتعال.

ثانياً... كل إنكار للمفاوضات السرية، مسودات الاتفاقات التسرية، ينبئ بوجودها الفعلي، وكلما افتضحت قناة سرية دلنا ذلك على وجود أخرى تجري التغطية عليها.

ثالثاً... أزمات الحكومة الإسرائيلية ليست سوى مؤشر لتصلب قادم، يدفع فيه الفلسطينيون عادة من لحمهم الحي ثمن الأصوات التي ينبغي لباراك أن يحصدها في استطلاعات الرأي.

ومع اقتراب لحظات الحسم لاستحقاقات الوضع النهائي، نلاحظ ارتفاع درجة الاحتقان الذي يأخذ مداه بارتباط هذا الاستحقاق بما لم ينفذ من سابقه، كما هو حال اتفاقية شرم الشيخ التي جاءت أصلاً للمساعدة على تنفيذ أوسلو، والتي تنتظر تطبيق المرحلة الثالثة من الانسحاب، التي تصل بموجبه نسبة الأراضي الخاضعة للسلطة الفلسطينية إلى 90% من الضفة الغربية، ويطالب أيضاً إطلاق سراح الأسرى وفتح الممر الآمن الشمالي وحل المشكلات الاقتصادية التي تزداد تعقيداً كلما رجعي لاتفاق باريس سيئ السمعة. من الواضح تماماً أن الحكومة الإسرائيلية تسعى للحصول على أقصى قدر من التنازلات من الجانب الفلسطيني قبل تنفيذ التزاماتها، إضافة إلى هذا السياق تلجأ إلى أساليب متعددة إضافة إلى استغلال الأزمة الحكومية، ما سنتناوله لاحقاً.

ثمة معضلتان أو ربما هي واحدة برأسين، تواجه من يريد الكتابة عن مفاوضات السلام الفلسطينية ــ الإسرائيلية المستمرة بتقطع وخجل، وسط دعوات لتسريعها أو نسفها أحياناً، أشبه برقصة التانغو، بما فيها من إثارة وبرود متخشب، عذوبة بالغة وعدوان ساحق، الوجه الأول لمعضلتنا، هو أن هذه المفاوضات هي حدث مهم، يجب الكتابة عنه وتغطيته، ولكن الحدثية التي تجلل الموضوع مستمرة في الزمان والتكرار، حتى ليخيل للمرء أن ليس من جديد يضيفه، وهذا هو الوجه الثاني، ولعل ما يغري في الكتابة عن هذه المفاوضات إنما هو في الحقيقة الجانب الفني منها، أو لنقل قرابتها مع الرقصة الشهيرة، وإن كانت قرابة بالشكل فقط، فالراقصون هنا ــ المفاوضون ــ يفتقدون للأسف لأصالة الرقصة ذاتها، ويصرون على الاحتفاظ بجانب واحد من جوانب القرابة الشكلية، فهم خالون من أي إثارة، ولكنهم باردون متخشبون، عدوانيتهم ليست أصيلة وتراجعهم ــ الإسرائيليون ــ هوليودي غير قابل للتصديق، وتمردهم ــ الفلسطينيون ــ يذكر بالراعي الكذاب الذي لم يكتف الذئب بأكل خرافه بل أكله معها.

٢٠-٢٠

شؤون فلسطينية ■



مؤقتاً على ما يبدو) كلمة في الأراضي التي سيتم (التخلي) عنها للفلسطينيين. هذه الثقة الناجمة في طروحات شاس وتحولاته ما يدعو (بحث مستقل) سترتك ولاشك أثراً بالغاً على مسيرة التفاوض وستقيد باراك ـ وهو سعيد على الأرجح بهذه القيود ـ مانعة إياه من الإقدام على أي خطوة حاسمة لحل الإشكاليات العالقة على الجبهة الفلسطينية. ويتعزز هذا الافتراض باستقالة وزراء ميرتس من الحكومة فولسنا مخدوعين طبعاً بمزاعم حمائميتهم ـ ولكن هذه الاستقالات تطرح فعلاً أسئلة حول ماذا ما يسمى بمعسكر السلام الإسرائيلي وبنيته، ولكن السؤال الذي يظل برأسه هو ما الآن بالذات يعلن حزب شاس عن مواقفه السياسية الجديدة، ولماذا يكون حزب ميرتس مستعداً الآن بالذات للتنازل أمام غريمه رغم كل وجود ضرورة حاسمة لذلك وبإمكانية رضاء شاس؟ هل يحتاج باراك إلى شريك غير التعاون في المفاوضات لمزيد من الضغط على الفلسطينيين؟ هذه مسألة تستحق التأمل.

إضافة لما سبق تعمل الحكومة الإسرائيلية على تجنيب أقصى قدر ممكن من الضغوط على الجانب الفلسطيني ابتداءً من الولايات المتحدة، والرئيس كلينتون الذي لم يقصر دوره في هذه الضغوط باعتبار مشكلته الخاصة، فهو يريد تحقيق شيء، أي شيء على

جبهة السلام في الشرق الأوسط قبل مغادرة مقره في البيت الأبيض، ومن هنا المحاولات الدؤوبة للضغط على الرئيس عرفات لإقناعه بالتنازل عن (تصلبه) والذهاب إلى القمة الثلاثية بعقل مفتوح على العروض الإسرائيلية.

تضاف إلى هذه الضغوط السلسلة الطويلة من التسريبات التي تتحدث عن الوصول إلى حلول وسط على مجمل قضايا الحل النهائي، ابتداء من القدس واستعداد اسرائيل لتسليم أحياء فيها للسلطة، أو تقاسم السيطرة في وادي الأردن وتبادل الأراضي مع المستوطنات، والالتفاف على قضية الأسرى عبر إطلاق ثلاثة معتقلين فقط وما تم تسريبه حول الوصول إلى حل لمشكلة اللاجئين عبر الموافقة على عودة 4000 عائلة سنوياً ضمن إجراءات لم الشمل وبما لا يتجاوز الـ 50000 عائلة على الأكثر.

القيادة الفلسطينية تواصل حتى الآن من جانبها رفض الضغوط، عبر الإصرار المستمر على تنفيذ الاتفاقات الموقعة وصولاً إلى إعلان الدولة الفلسطينية في الثالث عشر من أيلول على الضفة وغزة بما فيها القدس كعاصمة لدولة فلسطين مع التمسك بحق العودة للاجئين وإطلاق سراح الأسرى، رابطة أي تفاوض حول المرحلة النهائية بتنفيذ كامل

للاتفاقات الموقعة.

حتى الآن هذا جيد، ولكنه يحتاج إلى استكمال، عبر حماية الموقف السياسي المتماسك بالتفاف شعبي قادر على التصدي للضغوط ومحاولات جر القيادة إلى اتفاق بائس جديد، ما يشترط الارتقاء بهذا الموقف ليستجيب لمصالح أغلبية الشعب.

ما يدفع إلى هذا الكلام ليس عدم الثقة (وهذا وارد) ولكن تجربتنا مع القيادة المتنفذة مريرة ومخيبة للآمال، وبمقدار ما نعرف قديسية القضايا المذكورة بالنسبة للشعب الفلسطيني وصعوبة إن لم يكن استحالة تجرؤ أي طرف فلسطيني على التنازل عنها، إلا أننا ندرك أيضاً حجم الضغوط الهائلة التي سيتم إلقاؤها على الجانب الفلسطيني.

الموقف الفلسطيني يصان أولاً عبر الارتقاء بالفعل والأداء السياسي الذي يحمل موقفاً غير مفرط أو متنازل، يسمح بحد أدنى من الوحدة الوطنية، التي يجب أن تنعكس توافقاً على الدفاع عن القضايا الاستراتيجية والإجماع على التصدي لأي محاولة إسرائيلية للقفز عنها، والتي تؤدي إلى التحصن بموقف شعبي صلب ومتماسك وقادر على الصمود والمقاومة، والتضحية عندما يكون للتضحية معنى على الأرض، وهذا لا يعني أن الشعب إلى معركة غير متكافئة وإنما يعني إعداد العدة لخوض المعركة بجدارة إذا ما فرضت علينا ●●

■ شؤون فلسطينية

# مفارقات التفاوض على المسار الفلسطيني ــ الإسرائيلي!

### ــ عبد الإله بلقزيز*





◉ مَنْ يراقب المنحى التفاوضي على المسار الفلسطيني ـ الإسرائيلي يلحظ جملة من الظواهر السياسية المثيرة للدهشة، والتي لا سابق لها في الغرابة في سائر عمليات التفاوض التي حصلت بين حركة تحرّر وطني وقوة احتلال. ولعلّ الأكثر إثارة فيها ثلاث ظواهر هي: غياب مرجعية للعملية التفاوضية، وسهولة استدرار تنازلات المفاوض الفلسطيني، ثم طريقة «الانسحابات» الإسرائيلية من أراضي الضفة وغزة والهدف السياسي من تلك الطريقة، لنترك جانباً الظاهرة الثالثة، ونركز على الظاهرتين الأوليين.

تجري المفاوضات بدون أي أساس تستند إليه؛ تحاول القيادة الفلسطينية الالتفاف على هذه الحقيقة بالقول إن الأساس ذاك هو «اتفاق أوسلو». لكن الحقيقة خلاف ذلك تماماً: فـ «أوسلو» لا يشكل أية مرجعية بالمعنى السياسي والقانوني، لأنه مجرد إطار عام للمفاوضات لا تُرَدّ في بنوده أية التزامات بشأن مستقبل التسوية والحل، بل هو يَئِل إلى عملية المفاوضات نفسها!

والأهم من هذا كله أن «اتفاق أوسلو» ـ وما انتُسِل من نسله من اتفاقات فرعية ـ لا يستند بدوره إلى أية مرجعية، إذ لا يرد في بنوده «أي» نص على قرارات مجلس الأمن ٢٤٢ و٣٣٨، أو ١٨١ و١٩٤ وسواها من القرارات ذات الصلة! إن إسقاطه لهذه المرجعية الدولية كان محسوباً وذكياً، وذلك من أجل التسويق لمرجعية الأمر الواقع؛ وهي المرجعية التي تقول إن شكل وهدف التسوية يتحددان بالتفاوض ويقرّرهما المتفاوضون! أما كل الكلام الذي قيل عن أن أساس «أوسلو» هو «ضمانات، ورسائل الدعوة إلى مفاوضات مدريد وواشنطن، وصيغة «الأرض مقابل السلام»، فهو كلام غير مفيد في السياسة لسببين على الأقل: لأن رسائل الدعوة التي وجهها جيمس بيكر إلى الأطراف لم تتضمن نفس الالتزامات الأمريكية (لم تَرِدْ في رسالة بيكر إلى إسحق شامير أي تلميح إلى قواعد التفاوض مثلاً)، ثم لأن صيغة «الأرض مقابل السلام» صيغة شعارية فضفاضة لاتحدّد ـ مثلاً ـ حجم الانسحاب من الأرض، ولا بأي موجب قانوني، فضلاً عن أنها تظل ـ في النهاية ـ صيغة أمريكية وليست دولية، و ـ بالتالي ـ لاتمتع بأية سلطة إلزامية مادامت نتيجة التفاوض غير مقرَّرة سلفاً ـ بموجب قرار أو قانون ـ بل متروكة للمجهول؛ أعني لعملية التفاوض نفسها! ومادامت الولايات المتحدة «راعية» المفاوضات ـ مجرد وسيط لا في

---

هذا ما يفسر لماذا فرضت «إسرائيل» سياسة التلاعب بأحكام «اتفاق أوسلو» وتعطيل الإلتزام بها، لأنها ليست ملزمة لها، وليست ذات صفة قانونية، ولماذا أجبرت المفاوض الفلسطيني على إعادة التفاوض عليها في «طابا»، و«القاهرة»، و«الخليل»، و«واي ريفر»، و«شرم الشيخ»، و«واشنطن». ثم إن هذا ما يفسر لماذا يصرّح إيهود باراك علناً بأن القرار الأممي ٢٤٢ لاينطبق على القضية الفلسطينية ولاية همّ الفلسطينيين، لأن «اتفاق أوسلو» لم يستند إلى مرجعية هذا القرار ولا غيره من قرارات الجمعية العامة ومجلس الأمن. ثم إن هذا ما يفسر ـ ثالثاً ـ لماذا تجاهر الإدارة الأمريكية بعدم رغبتها في الضغط على «إسرائيل»، لأن ذلك الضغط لاينسجم مع طبيعة دورها كوسيط لايفرض حلولاً على المتفاوضين، بل لايتطلع إلى أكثر من تشجيعهما على الاستمرار في عملية تفاوض هي وحدها التي ستُسفر عن ذلك الحل!

ترتبط بهذه الظاهرة الأولى، وتنجم عنها، ظاهرة رديف هي قدرة «إسرائيل» على انتزاع أقصى التنازلات السياسية من المفاوض الفلسطيني، بل قَلّ استعداد هذا الأخير للتجاوب مع الالاعات الصهيونية في دفع «إسرائيل» إلى العودة إلى طاولة المفاوضات! والارتباط بين الظاهرتين في الوضوح ـ المنطقي والواقعي ـ

---

بحيث يُغني عن أي بيان: ذلك أن غياب مرجعية لعملية التفاوض يفرض على المفاوض الفلسطيني أن يظل تحت رحمة إملاءات الطرف الأقوى في المساومة؛ غير أننا ـ مع علمنا بمفاعيل علاقة الترابط بين الضغط الصهيوني على المفاوض الفلسطيني وبين غياب قاعدة التفاوض ومرجعيتها، فإننا لانغفل البتة عامل الكفاءة الذاتية الضعيفة للمفاوض الفلسطيني في إطار ذلك المسلسل المثير من التنازلات المبدئية والسياسية. لقد ولّى الزمن الذي كان يستطيع فيه الدكتور حيدر عبد الشافي ـ وإلى حدٍّ ما حنان عشراوي ـ إزعاج المفاوض الإسرائيلي، فها إن هذا الأخير يجد نفسه ـ اليوم ـ أمام مفاوض مطواع، أو ـ في أفضل الأحوال ـ أمام مفاوض حريص على التنازل إذا ما تَبَلَّغَ أوامر «الرئيس» بهذا المعنى!

والحقيقة أن عقيدة التنازل زحفت على العقل والوجدان الفلسطينيين منذ البداية: منذ الانشقاق الفلسطيني عن مدريد وواشنطن، للدخول في نفق «أوسلو» السرّي، مروراً بسائر محطات التفاوض اللاحقة. وليست أكثر دلالة على عقيدة التنازلات تلك من القبول بتأجيل التفاوض على القضايا الجوهرية في الصراع مع الدولة الصهيونية: القدس، واللاجئون، والمستوطنات، والدولة، والحدود. وعليه، مادام في وسع «إسرائيل» أن تحصل ـ منذ البداية ـ على هذا التنازل في البدايات والثوابت، فكيف لاتستطيع استدرار الكثير مما هو دونها من قيمة في التفاصيل! ∎∎

---

التسوية وليس طرفاً مخوّلاً حقّ فرض الحلّ السياسي على الأطراف المتنازعة: كما يُفتَرض ذلك ـ مثلاً ـ في الأمم المتحدة ومشروع المؤتمر الدولي!

(*) كاتب وأكاديمي مغربي.



# الرفيق المؤسس الدكتور جورج حبش يعزي آل الرزاز بالفقيد الكبير

السيدة والدة الفقيد الكبير

السيدة عقيلة الراحل الكبير

اخوة الفقيد وأبنائه

وآل الرزاز الكرام

ببالغ الأسى والحزن تلقينا نبأ الرحيل المبكر للروائي والأديب العربي مؤنس الرزاز، الذي نذر حياته وأدبه وقلمه في سبيل القضايا القومية لأمتنا العربية، وفي سبيل فلسطين، والذي كتب عن مأساة الإنسان العربي. وكون نموذجا صادقا في تصويره للنضال السياسي كروائي وأديب التزم بقضايا الأمة العربية، عبر تشخيصه التناقضات الفكرية والسياسية والاجتماعية في مجتمعنا العربي.

لقد كان فقيدنا الأديب مؤنس في قلب المشهد الثقافي العربي روائيا مؤثرا وواضحا. وقدم نتاجه الأدبي الروائي صورة مضيئة تعكس الواقعية للحياة العربية ببعديها الإنساني والقومي. ومؤنس بقامته المبدعة وصل إلى تخوم المشهد الثقافي، وجعل له فضاءا روائيا مشرفا يتطلع إلى المستقبل وللأجيال القادمة متأثرا بوالده، وهو الابن البار لصديقي وأخي المفكر القومي العربي الراحل منيف الرزاز، طيب الله ثراه.

ومؤنس، الكاتب العربي المرموق، بلغ بآثاره الأدبية المبدعة إلى قمم المشهد الثقافي العربية، وقدم رؤيته وأفكاره. وياتي الرحيل المفاجئ في سن مبكرة وفي ظروف بالغة الصعوبة، وهو الذي كان شاهدا على حصار شعبنا الفلسطيني، وحمل كغيره من الأدباء هموم انتفاضة شعبنا في فلسطين المحتلة،

مدافعا عن الحقيقة التاريخية، كما كان روائيا شاهدا في هذا العصر على حرب الإبادة الصهيونية الشرسة ضد شعبنا.

لقد خسرت الثقافة العربية برحيله واحدا من رموزها الأدبية وواحدا من قاماتها الروائية المبدعة.

باسمي واسم عقيلتي أقدم التعازي الحارة إلى عائلة الفقيد في هذا المصاب الجلل. وللفقيد الرحمة ولكم من بعده طول البقاء، ونرجو من الله أن يلهمكم الصبر والسلوان.

دمتم للحياة...

**أخوكم د. جورج حبش**
**مؤسس الجبهة الشعبية لتحرير فلسطين**
**وعقيلته هيلدا حبش**

---

## الرفيق المؤسس يحيي أسرة الشهيد صادق عاهد.

أرسل الرفيق المؤسس د. جورج حبش، برقية إلى أسرة الشهيد البطل صادق عاهد حيا فيها الشهيد وأسرته، قائلا :«إن العملية البطولية والنوعية التي نفذها الشهيد البطل تاتي في سياق الدفاع عن الحق، وما يتعرض له شعبنا من تدمير وقتل واغتيالات».

وقال الرفيق المؤسس :«لقد قدم الشهيد البطل مثالا صادقا وارئعا عن خيار المقاومة الباسلة، وكان نموذجا لاستعادة الكرامة الفلسطينية، وسيبقى الفعل البطولي الذي نفذ الشهيد صادق خالدا ونموذجا يحتذى به لبطولات قادمة في سبيل التحرر».

### ويحيي أسرة الشهيدة وفاء إدريس.

كما حيا أسرة الشهيدة البطلة وفاء إدريس، قائلا :«ابعث إليكم بكلمات التهنئة وليس التعزية على الشرف العظيم الذي نالته ابنتكم، لقد منحتنا الشهيدة الحياة، وسيبقى اسمها خالدا بفعلها البطولي الاستشهادي. فقد كانت كما تريد وقفية لوطنها ولشعبها، ونموذجا للمرأة الفلسطينية المناضلة إلى جانب الشهيدات دلال المغربي ورجاء أبو عماشة، ولينا النابلسي وتغريد البطمة وسناء محيذلي».

---

## الرفيق الأمين العام يحيي أسرة الرفيق الاستشهادي صادق عاهد

أبرق الرفيق أحمد سعدات إلى أسرة الاستشهادي صادق عاهد، بطل عملية (كارني شمرون) قائلا :«بكل الفخر والاعتزاز تلقيت ورفاقي في قواعد وقيادات الجبهة الشعبية لتحرير فلسطين وكل الوطنيين الفلسطينيين والعرب نبأ إقدام ابنكم الفارس الشهيد على اقتحام مستوطنة كارني شمرون، مجسدا قيم ودور الرفيق الطليعي الذي يتقدم الصفوف مبادرا.»

وأكد الرفيق الأمين العام في برقيته على اعتزاز بالرفيق الشهيد، وعهده وكل الشهداء على الالتزام نهج المقاومة والانتفاضة والتمسك بكل المعاني والقيم الخالدة التي جسدها دمه الطاهر.

واختتم الرفيق برقيته، لأسرة الشهيد بقوله :«اشد على أيدي الجميع فيكم، وأتقدم منكم بخالص العزاء وعهدا للشهيد على مواصلة الطريق.»

### ويحيي أسرة الشهيد ماجد أبو سعدة

كما حيا الرفيق أسرة الشهيد ماجد أبو سعدة، مؤكدا عهد على مواصلة الدرب من أجل فلسطين الحرة التي تحتاج إلى كثير من التضحيات.