# LOWELL DECL. EX. 10

Exhibit 11

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4   SHABTAI SCOTT SHATSKY, et al.,     )
                                        )
 5             Plaintiffs,              )
                                        )
 6   v.                                 ) Civil Action No.
                                        ) 1:02-CV-02280 (RJL)
 7   THE SYRIAN ARAB REPUBLIC, et al.,  )
                                        )
 8             Defendants.              )
     _____)
 9

10

11

12

13              VIDEOTAPED DEPOSITION OF

14                 IBRAHIM DAHBOUR

15                JERUSALEM, ISRAEL

16               SEPTEMBER 12, 2012

17

18

19

20

21

22

23

24

25   REPORTED BY:  AMY R. KATZ, RPR
```

```
 1              Videotaped deposition of IBRAHIM DAHBOUR,

 2    taken in the above-entitled cause pending in the

 3    United States District Court for the District of

 4    Columbia, pursuant to notice, before AMY R. KATZ, RPR,

 5    at the American Colony Hotel, Pasha Room, Jerusalem,

 6    Israel, on Wednesday, the 12th day of September, 2012,

 7    at 9:29 a.m.

 8

 9

10    APPEARANCES:

11    FOR PLAINTIFFS:

12            LAW OFFICES OF DAVID I. SCHOEN
              By:  DAVID I. SCHOEN, ESQ.
13            2800 Zelda Road
              Suite 100-6
14            Montgomery, Alabama 36106-3700
              (334) 395-6611 / Fax (917) 591-7586
15            dschoen593@aol.com

16

17    FOR DEFENDANTS:

18            MILLER & CHEVALIER CHARTERED
              By:  RICHARD A. HIBEY, ESQ.
19                 TIMOTHY O'TOOLE, ESQ.
              655 Fifteenth Street, NW
20            Suite 900
              Washington, DC 20005-5701
21            (202) 626-5800 / Fax (202) 626-5801
              rhibey@milchev.com
22            totoole@milchev.com

23

24

25
```

```
 1  APPEARANCES (Continued):

 2  ALSO PRESENT:

 3          MITCHELL COOPERSMITH, Videographer

 4          DOV RABINOVITCH, Official Arabic Interpreter

 5          ALBERT AGHAZARIAN, Official Arabic Interpreter

 6          GEORGE HAZOU, Check Arabic Interpreter

 7          MORDECHAI HALLER, Advocate

 8          AVI LEITNER, Advocate

 9          RACHEL WEISAR, Advocate

10          ARIEH SPITZEN

11          NOA MERIDOR

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
 1                    I N D E X

 2    WITNESS

 3    Ibrahim Dahbour

 4

 5    EXAMINATION                                    PAGE

 6    By Mr. Schoen                                    10

 7

 8

 9                  E X H I B I T S

10    LETTER          DESCRIPTION                    MARKED

11    Exhibit A       Extract from GIS File
                      (Bates 07:000051 to 07:000054)    70
12
      Exhibit B       Extract from GIS File
13                    (Bates 07:000063 to 07:000067)    79

14

15             S E A L E D   E X H I B I T S

16    NUMBER          DESCRIPTION                    MARKED

17    Exhibit 1       Narrative Statement, Page 1
                      (Retained by Counsel)
18                    (No Bates Number)                139

19    Exhibit 1A      Narrative Statement, Page 2
                      (Retained by Counsel)
20                    (No Bates Number)                139

21

22

23       Q U E S T I O N S   I N S T R U C T E D

24             N O T   T O   A N S W E R

25                    (None.)
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
                    1              P R O C E E D I N G S
                    2
09:29:24            3           THE VIDEOGRAPHER:  This is the videotape
09:29:24            4   deposition of Ibrahim Dahbour, taken by David Schoen,
09:29:31            5   in the matter of Shatsky versus Syrian Arab Republic,
09:29:37            6   at the Colony Hotel, Jerusalem, Israel, on September 12,
09:29:44            7   2012.
09:29:45            8           The court reporter is Amy Katz.  Mitchell
09:29:47            9   Coopersmith is the videographer.
09:29:50           10           Will the counsel now state your appearance.
09:29:52           11           MR. SCHOEN:  Yeah, we've also just been saying
09:29:54           12   who else is in the room.
09:29:55           13           So I'll say on our side, I'm David Schoen.
09:29:58           14   Mordechai Haller is here -- excuse me -- Avi Leitner.
09:30:06           15   The translators are here -- I'll just announce that
09:30:09           16   each day -- Albert and Dov.  They're not in the room
09:30:12           17   this second, but they were and they will be.  Two other
09:30:15           18   people, Noa Meridor and Arieh Spitzen.  They've been
09:30:20           19   here for other depositions as well.  Those are the
09:30:23           20   people identified earlier as consulting experts.
09:30:26           21   That's it for our side.
09:30:27           22           MR. HIBEY:  Richard Hibey and Timothy O'Toole,
09:30:29           23   for the defendants, with our check translator, George
09:30:33           24   Hazou.
09:30:35           25           Before we get started, could somebody tell me,
```

| | | |
|---|---|---|
| 09:30:36 | 1 | now that Mr. Haller is in the room, what the intentions |
| 09:30:41 | 2 | are with respect to the witnesses of the day? |
| 09:30:48 | 3 | MR. HALLER:  Mr. Schoen will. |
| 09:30:49 | 4 | MR. SCHOEN:  Okay.  As I said before we went |
| 09:30:51 | 5 | on the record -- but Mr. Haller wasn't here -- I worked |
| 09:30:55 | 6 | last night pretty hard to streamline things so that -- |
| 09:31:01 | 7 | I think he should get a translation. |
| 09:31:07 | 8 | OFFICIAL INTERPRETER RABINOVITCH:  It's okay. |
| 09:31:07 | 9 | I can translate. |
| 09:31:07 | 10 | MR. SCHOEN:  Okay.  Okay. |
| 09:31:08 | 11 | OFFICIAL INTERPRETER RABINOVITCH:  I can |
| 09:31:08 | 12 | translate for him, just I wouldn't disturb you, yeah? |
| 09:31:11 | 13 | MR. SCHOEN:  No, no, you're not disturbing me. |
| | 14 | |
| | 15 | (The following proceedings were conducted |
| | 16 | through the Official Arabic Interpreters, |
| | 17 | unless otherwise indicated.) |
| | 18 | |
| 09:31:14 | 19 | MR. SCHOEN:  -- to streamline things last |
| 09:31:14 | 20 | night to move quickly through the witnesses. |
| 09:31:17 | 21 | On Dr. Swailem, who I may have mentioned |
| 09:31:20 | 22 | yesterday, we may be able to forego.  Mr. Haller raised |
| 09:31:24 | 23 | with me the point that we don't know who Dr. Swailem is, |
| 09:31:29 | 24 | frankly, anything about him other than his name.  And |
| 09:31:32 | 25 | we wanted to know something about who he is, what his |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:31:36 | 1 | background is, before we made the decision as to how |
| 09:31:39 | 2 | to proceed or whether to proceed with him.  So that -- |
| 09:31:41 | 3 | that's the best answer I can give about him. |
| 09:31:45 | 4 |    Doctor -- Mr. Shaqbu'a, again, I hate for you |
| 09:31:50 | 5 | to rely on my representation entirely about time, but |
| 09:31:54 | 6 | I do not anticipate a long deposition. |
| 09:31:57 | 7 |    And as I understand it, the -- what |
| 09:32:00 | 8 | Mr. McAleer wrote in his e-mail last night was that |
| 09:32:04 | 9 | rather than having Dr. Shaqbu'a sitting in a spot, |
| 09:32:09 | 10 | just waiting -- |
| 09:32:10 | 11 |    MR. HIBEY:  Dr. Swailem. |
| 09:32:11 | 12 |    MR. O'TOOLE:  Dr. Shaqbu'a? |
| 09:32:11 | 13 |    MR. SCHOEN:  Mr. Shaqbu'a.  Either -- this |
| 09:32:11 | 14 | is -- |
| 09:32:12 | 15 |    MR. O'TOOLE:  Mr. Shaqbu'a. |
| 09:32:13 | 16 |    MR. HIBEY:  I'm sorry.  He said "doctor." |
| 09:32:15 | 17 |    MR. SCHOEN:  Yes.  Shaqbu'a, the third witness |
| 09:32:18 | 18 | today. |
| 09:32:20 | 19 |    MR. HIBEY:  Yes. |
| 09:32:20 | 20 |    MR. SCHOEN:  Mr. McAleer said that it would |
| 09:32:22 | 21 | be more convenient for him to just sort of be on call |
| 09:32:26 | 22 | so that, if we told him now we're ready for him, he |
| 09:32:27 | 23 | would require just 30 to 45 minutes to produce him. |
| 09:32:30 | 24 | And I think he's being produced in Amman, Jordan, |
| 09:32:34 | 25 | actually. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 09:32:35 | 1 | MR. HIBEY:  Correct. |
| 09:32:41 | 2 | MR. SCHOEN:  And then -- I don't know if you |
| 09:32:41 | 3 | have the mike on. |
| 09:32:42 | 4 | And then Dr. Swailem, my understanding is he's |
| 09:32:44 | 5 | going to be coming from Ramallah.  But I intend to tell |
| 09:32:49 | 6 | you as soon as -- absolutely as soon as possible whether |
| 09:32:51 | 7 | we're going to need him at all and, if we are going to |
| 09:32:55 | 8 | need him, how long I would estimate that examination |
| 09:32:58 | 9 | to be. |
| 09:33:00 | 10 | MR. HIBEY:  All right.  Just to make it clear, |
| 09:33:04 | 11 | Dr. Swailem will be testifying from Ramallah. |
| 09:33:09 | 12 | MR. SCHOEN:  Yes, sir, sure, by the |
| 09:33:10 | 13 | videoconference.  Both of the other two witnesses today, |
| 09:33:13 | 14 | if they are called, will be by videoconference. |
| 09:33:17 | 15 | MR. HIBEY:  We have Dr. Swailem coming in. |
| 09:33:21 | 16 | As I understood from yesterday's discussions on the |
| 09:33:25 | 17 | subject, that it was talked about getting to him in |
| 09:33:32 | 18 | the twelve o'clock hour.  And we will have him in the |
| 09:33:38 | 19 | site for the taking of the deposition before that time. |
| 09:33:44 | 20 | MR. SCHOEN:  Okay.  Yes, we were told he would |
| 09:33:46 | 21 | be produced around twelve o'clock today.  We understand |
| 09:33:49 | 22 | that. |
| 09:33:52 | 23 | MR. HIBEY:  He will be there before that. |
| 09:33:53 | 24 | MR. SCHOEN:  Okay.  All right.  The witness |
| 09:33:54 | 25 | today, Mr. Dahbour. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 09:33:58 | 1 | THE VIDEOGRAPHER: The court reporter will |
|---|---|---|
| 09:33:58 | 2 | swear in the witness and the interpreters. |
| 09:33:58 | 3 | THE COURT REPORTER: First the interpreters. |
| | 4 | |
| | 5 | ALBERT AGHAZARIAN |
| | 6 | -and- |
| | 7 | DOV RABINOVITCH, |
| | 8 | the Official Arabic Interpreters, were |
| | 9 | duly affirmed to translate from English |
| | 10 | to Arabic and from Arabic to English. |
| | 11 | |
| | 12 | IBRAHIM DAHBOUR, |
| | 13 | called as a witness, being first duly |
| | 14 | affirmed, was examined and testified |
| | 15 | as hereinafter set forth. |
| | 16 | |
| 09:34:24 | 17 | MR. SCHOEN: Mr. Dahbour, again, based on |
| 09:34:27 | 18 | Mr. McAleer's e-mail, is being produced -- Mr. McAleer's |
| 09:34:32 | 19 | characterization -- I'm reading from an e-mail of |
| 09:34:35 | 20 | September 10th, 2012 -- said that Mr. Dahbour's |
| 09:34:39 | 21 | knowledge will relate to the Kalkilya-specific security |
| 09:34:43 | 22 | issues implicated by Topics 3 and 4 of plaintiffs' PA |
| 09:34:48 | 23 | notice, as well as the Kalkilya-specific security issues |
| 09:34:53 | 24 | raised by Topic 10 of the PA notice. |
| 09:35:00 | 25 | That Kalkilya-specific security issues is not |

```
09:35:05   1    anything that's listed in categories -- those Topics 3,
09:35:10   2    4, or 10.  But I take it to mean by this representation
09:35:15   3    that Mr. Dahbour's principal area of testimony today
09:35:19   4    will be on those issues, that is, the Kalkilya-specific
09:35:23   5    security issues.
09:35:28   6              MR. HIBEY:  Yes.
09:35:37   7              THE WITNESS:  He informed me that the focus
09:35:45   8    would be on security issues in Kalkilya.
09:35:47   9
09:35:47  10                        EXAMINATION
09:35:47  11    BY MR. SCHOEN:
09:35:49  12        Q.  Okay.  Mr. Dahbour, first please pronounce
09:35:54  13    your name for me so I get it right.
09:35:58  14        A.  My name is Ibrahim Dahbour.
09:36:03  15        Q.  Dahbour.  So I can call you Mr. Dahbour?
09:36:11  16              OFFICIAL INTERPRETER AGHAZARIAN:  No problem
09:36:12  17    with the "H" in English?  You can drop it.
09:36:14  18              MR. SCHOEN:  Take it easy.  I can handle it.
09:36:17  19        Q.  BY MR. SCHOEN:  Okay.  Mr. Dahbour, how old
09:36:19  20    are you?
09:36:22  21        A.  I am born on the 1st of July, '71 --
09:36:26  22              OFFICIAL INTERPRETER RABINOVITCH:  '61.
09:36:26  23              OFFICIAL INTERPRETER AGHAZARIAN:  "'61."
09:36:26  24    Sorry.
09:36:27  25              THE WITNESS:  I am 52 years old -- 51 years
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:36:32 | 1 | old. |
| 09:36:32 | 2 | Q.   BY MR. SCHOEN:  51 years young. |
| 09:36:36 | 3 | Where do you live? |
| 09:36:37 | 4 | A.   I live in Azun in the governorate of Kalkilya. |
| 09:36:46 | 5 | Q.   How long have you lived in Kalkilya? |
| 09:36:47 | 6 | A.   All the time. |
| 09:36:52 | 7 | Q.   Your whole life? |
| 09:36:56 | 8 | A.   (Witness nods head in the affirmative.) |
| 09:36:58 | 9 | Q.   Did you go to school in Kalkilya? |
| 09:37:03 | 10 | A.   In Azun. |
| 09:37:04 | 11 | Q.   That's a nearby town? |
| 09:37:08 | 12 | A.   It's nine kilometers.  It's the same area, |
| 09:37:13 | 13 | same district. |
| 09:37:15 | 14 | Q.   How far did you go in -- |
| 09:37:16 | 15 | MR. HIBEY:  Excuse me.  Excuse me, Counsel. |
| 09:37:16 | 16 | Could we ask the interpreter, Mr. Rabinovitch -- |
| 09:37:19 | 17 | OFFICIAL INTERPRETER RABINOVITCH:  Yes? |
| 09:37:20 | 18 | MR. HIBEY:  -- to raise his voice? |
| 09:37:24 | 19 | OFFICIAL INTERPRETER RABINOVITCH:  Yeah. |
| 09:37:24 | 20 | I'm just trying to translate to be discreet, so I don't |
| 09:37:25 | 21 | disturb the proceedings. |
| 09:37:26 | 22 | MR. HIBEY:  No, I appreciate your discretion. |
| 09:37:29 | 23 | But I've got a check translator down here who wants |
| 09:37:33 | 24 | to -- |
| 09:37:34 | 25 | OFFICIAL INTERPRETER RABINOVITCH:  Oh, you |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:37:34 | 1 | want me to speak louder? |
| 09:37:39 | 2 | MR. HIBEY:  -- wants to hear it.  Yes. |
| 09:37:40 | 3 | OFFICIAL INTERPRETER RABINOVITCH:  No problem. |
| 09:37:40 | 4 | No problem. |
| 09:37:40 | 5 | MR. HIBEY:  Thank you very much. |
| 09:37:40 | 6 | Q.  BY MR. SCHOEN:  How far did you go in school? |
| 09:37:45 | 7 | A.  In Azun? |
| 09:37:46 | 8 | Q.  Any school. |
| 09:37:46 | 9 | What's the most schooling you did? |
| 09:37:50 | 10 | A.  I finished my elementary, preparatory, and |
| 09:37:54 | 11 | secondary studies in Azun.  And I did BA in sociology |
| 09:38:00 | 12 | in Bir Zeit University.  And I was preparing my |
| 09:38:04 | 13 | Master's -- I had two courses to go.  But I dropped |
| 09:38:09 | 14 | before that. |
| 09:38:10 | 15 | Q.  Also at Bir Zeit? |
| 09:38:12 | 16 | A.  Yes. |
| 09:38:13 | 17 | Q.  And where is Bir Zeit located? |
| 09:38:16 | 18 | A.  It's in the Ramallah district, governorate. |
| 09:38:19 | 19 | MR. SCHOEN:  I think you knew that already, |
| 09:38:21 | 20 | Albert. |
| 09:38:27 | 21 | Q.  BY MR. SCHOEN:  You live in a house or in |
| 09:38:29 | 22 | an apartment? |
| 09:38:33 | 23 | A.  In a house. |
| 09:38:34 | 24 | Q.  In a house. |
| 09:38:34 | 25 | Who pays for that house? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:38:42 | 1 | A.   This is a property that I inherited from my |
| 09:38:45 | 2 | father.  It's -- it's mine. |
| 09:38:47 | 3 | Q.   Paid for? |
| 09:38:49 | 4 | A.   Yes. |
| 09:38:49 | 5 | Q.   You have a family? |
| 09:38:54 | 6 | A.   I am married.  I have four girls and two boys. |
| 09:39:02 | 7 | Q.   How are you employed? |
| 09:39:16 | 8 | A.   Almost from 1995, I work in the GIS. |
| 09:39:21 | 9 | Q.   What's the GIS? |
| 09:39:29 | 10 | A.   Its description, meaning? |
| 09:39:33 | 11 | Q.   Let me -- let me say for these purposes, if |
| 09:39:36 | 12 | it's okay, because we've spoken to other witnesses about |
| 09:39:39 | 13 | this, we'll all refer to GIS as the General Intelligence |
| 09:39:43 | 14 | Services.  Okay. |
| 09:39:51 | 15 | A.   It's like the body of the General |
| 09:39:53 | 16 | Intelligence. |
| 09:39:55 | 17 | Q.   GIS is one of the law enforcement agencies? |
| 09:40:01 | 18 | It's a law enforcement agency? |
| 09:40:09 | 19 | A.   It is a security apparatus to gather |
| 09:40:13 | 20 | information and impose -- imposing law that's through |
| 09:40:25 | 21 | the tribunate. |
| 09:40:26 | 22 | (Court reporter clarification.) |
| 09:40:28 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  It's through |
| 09:40:27 | 24 | the tribunate, through the courts. |
| 09:40:28 | 25 | Q.   BY MR. SCHOEN:  Is the GIS under the PA or the |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:40:33 | 1 | PLO? |
| 09:40:34 | 2 | A.   The PA. |
| 09:40:37 | 3 | Q.   Okay.  Today also, I'm going to use the term |
| 09:40:41 | 4 | "PA" and "PNA" to mean the same thing, if that's okay |
| 09:40:47 | 5 | with you. |
| 09:40:55 | 6 | A.   I get it. |
| 09:40:56 | 7 | Q.   Okay.  What were your -- since 1995, you've |
| 09:41:02 | 8 | worked with the GIS, all the way through today? |
| 09:41:10 | 9 | A.   Yes, until today. |
| 09:41:11 | 10 | Q.   What did you do for work before 1995? |
| 09:41:18 | 11 | A.   I had different works in farming, a regular |
| 09:41:25 | 12 | worker.  That's the areas I worked in. |
| 09:41:29 | 13 | Q.   Around the Kalkilya area, always? |
| 09:41:33 | 14 | A.   Yes. |
| 09:41:34 | 15 | Q.   Did you have some training for the GIS before |
| 09:41:38 | 16 | you joined the GIS? |
| 09:41:47 | 17 | A.   No, I haven't. |
| 09:41:49 | 18 | Q.   No security training? |
| 09:41:58 | 19 | A.   I got the training after I joined the GIS. |
| 09:42:01 | 20 | Q.   I see.  And what kind of training did you get |
| 09:42:05 | 21 | after you joined the GIS? |
| 09:42:16 | 22 | A.   Mostly in information gathering in a proper |
| 09:42:19 | 23 | manner, all human rights laws and ways to preserve |
| 09:42:31 | 24 | security within the community. |
| 09:42:35 | 25 | Q.   Were you trained in how to interview a person |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

09:42:37  1   who you were interested in learning more about?

09:42:48  2        A.   Correct.

09:42:50  3        Q.   And in your work since 1995 through today --

09:42:57  4   let me back up.

09:43:03  5             All of the questions I ask you, unless I

09:43:05  6   say differently, I'm referring to the period from 1995

09:43:12  7   through today.  But if something was different during

09:43:21  8   some period of time within that period, just tell me,

09:43:29  9   if you would.

09:43:30  10       A.   Work outside the GIS?

09:43:37  11       Q.   No.  I'm going to ask you about your job in

09:43:41  12  the GIS and how you performed that job and things like

09:43:47  13  that.

09:43:49  14            So if there's any difference in the answer to

09:43:54  15  any of those questions, if things changed between 1995

09:44:02  16  and today with respect to the question I'm asking you,

09:44:11  17  just tell me, if that's okay.

09:44:17  18       A.   Okay.

09:44:20  19       Q.   Now, when you learned how to properly

09:44:24  20  interview a person you were interested in getting

09:44:28  21  intelligence on, were you taught to record -- make

09:44:37  22  a recording of the statement?

09:44:49  23       A.   I have learned doing interviews in a general

09:44:53  24  manner, without the technological tools.

09:45:04  25       Q.   Have you ever made a recording of an interview

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:45:06 | 1 | of a suspect? |
| 09:45:10 | 2 | A. Not technical, but in writing. |
| 09:45:12 | 3 | Q. Oh. You would take notes from the interview? |
| 09:45:16 | 4 | A. Yes. |
| 09:45:17 | 5 | Q. During the interview? |
| 09:45:25 | 6 | A. Yes. After that, the suspect reads it, and |
| 09:45:30 | 7 | he signs it. |
| 09:45:31 | 8 | Q. I see. That -- that would be your standard -- |
| 09:45:34 | 9 | CHECK INTERPRETER HAZOU: A second. You |
| 09:45:38 | 10 | missed another piece. He will ask him to sign it. |
| 09:45:42 | 11 | If he wants to sign it, he will sign it. If he doesn't, |
| 09:45:45 | 12 | then he won't sign it. |
| 09:45:48 | 13 | That's what he said. |
| 09:45:49 | 14 | THE WITNESS: If he doesn't like what's noted, |
| 09:45:52 | 15 | then he doesn't have to sign. |
| 09:45:53 | 16 | Q. BY MR. SCHOEN: And if he tells you to change |
| 09:45:56 | 17 | something, you might make that change that he says? |
| 09:46:01 | 18 | A. Of course. |
| 09:46:03 | 19 | Q. And what you're describing, that's the general |
| 09:46:09 | 20 | practice within the GIS, as far as you know? |
| 09:46:19 | 21 | A. According to the best of my knowledge, yes. |
| 09:46:23 | 22 | Q. And after the interview, you would go back to |
| 09:46:27 | 23 | your office? |
| 09:46:32 | 24 | A. We do the interviews in the office. |
| 09:46:35 | 25 | Q. In the office. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:46:37 | 1 | After the interview, did you make notes for |
| 09:46:39 | 2 | yourself? |
| 09:46:41 | 3 | A.   Yes. |
| 09:46:41 | 4 | Q.   You created a file for this person? |
| 09:46:50 | 5 | A.   Yes.  After we finish, we make a dossier for |
| 09:46:54 | 6 | the person and follow up after he leaves -- he leaves |
| 09:46:59 | 7 | us.  And each person has a file within the archives. |
| 09:47:07 | 8 | Q.   And you make that file -- your notes in that |
| 09:47:10 | 9 | file.  And the documents you keep in that dossier or |
| 09:47:15 | 10 | file contain a complete account of all that you have |
| 09:47:25 | 11 | learned about this person, this suspect? |
| 09:47:34 | 12 | A.   Correct. |
| 09:47:35 | 13 | Q.   Because one day you might need to refer |
| 09:47:37 | 14 | to the notes or the documents to remember about this |
| 09:47:41 | 15 | person? |
| 09:47:48 | 16 | A.   Correct. |
| 09:47:49 | 17 | Q.   And you might have a supervisor who needs |
| 09:47:54 | 18 | to look at the file, to see what happened with the |
| 09:47:58 | 19 | investigation? |
| 09:48:08 | 20 | A.   Of course, immediately after the interview, |
| 09:48:10 | 21 | the supervisor looks into -- into what has been done. |
| 09:48:17 | 22 | Q.   I see. |
| 09:48:21 | 23 | A.   The final decision is for my immediate |
| 09:48:24 | 24 | superior. |
| 09:48:25 | 25 | Q.   So the supervisor needs to review the file |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:48:30 | 1 | also, to know what happened fully? |
| 09:48:37 | 2 | A.   Of course, he has to -- to look into it. |
| 09:48:40 | 3 | Q.   And he speaks with you or the investigating |
| 09:48:43 | 4 | officer to find out about the case? |
| 09:48:54 | 5 | A.   It's possible, whether there was something |
| 09:48:57 | 6 | that was not tackled, or neglected.  So he fills up |
| 09:49:02 | 7 | the gaps. |
| 09:49:03 | 8 | Q.   The supervisor fills -- oh, I see. |
| 09:49:06 | 9 | The investigating officer fills in the gaps |
| 09:49:09 | 10 | for the supervisor? |
| 09:49:12 | 11 | A.   Based on the instructions of the superior. |
| 09:49:15 | 12 | Q.   Okay.  Starting in 1995, were you given a |
| 09:49:24 | 13 | rank in the GIS? |
| 09:49:34 | 14 | A.   From the first day that I joined the -- the |
| 09:49:37 | 15 | GIS? |
| 09:49:38 | 16 | Q.   When did you first get a rank within the GIS? |
| 09:49:47 | 17 | A.   After a year and a half from getting started. |
| 09:49:51 | 18 | Q.   And what's that rank called? |
| 09:49:55 | 19 | A.   Sergeant. |
| 09:49:56 | 20 | OFFICIAL INTERPRETER RABINOVITCH: |
| 09:49:56 | 21 | "Lieutenant." |
| 09:49:56 | 22 | THE WITNESS:  (In English.)  Lieutenant. |
| 09:49:59 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  Sorry. |
| 09:50:00 | 24 | "Lieutenant." |
| 09:50:01 | 25 | Q.   BY MR. SCHOEN:  What were your job duties, |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|--|--|--|
| 09:50:04 | 1 | if you recall, when you first started at the GIS? |
| 09:50:14 | 2 | A. The task that I was assigned to? |
| 09:50:20 | 3 | Q. Yes. |
| 09:50:21 | 4 | A. In sequence? |
| 09:50:23 | 5 | Q. If you could, please. If you remember. |
| 09:50:24 | 6 | A. The first six months, my job was to |
| 09:50:33 | 7 | gather information. Then I became in charge of |
| 09:50:41 | 8 | the interrogation department. I was supervising |
| 09:50:51 | 9 | for the various sectors. I was in charge of all |
| 09:50:56 | 10 | the information-gathering units. |
| 09:51:00 | 11 | Q. When did that start? |
| 09:51:01 | 12 | I'm sorry. |
| 09:51:02 | 13 | When did you become in charge of all the |
| 09:51:06 | 14 | investigating units? |
| 09:51:15 | 15 | A. In the mid 2004. |
| 09:51:18 | 16 | Q. Uh-huh. Let's back up a little bit, then. |
| 09:51:24 | 17 | In the time frame, let's say, 1998 to 2002, |
| 09:51:30 | 18 | what were your job duties at the GIS? |
| 09:51:35 | 19 | (Pending question partially translated.) |
| 09:51:38 | 20 | OFFICIAL INTERPRETER RABINOVITCH: Two |
| 09:51:38 | 21 | thousand and? |
| 09:51:41 | 22 | MR. SCHOEN: Two. '98 to 2002. |
| 09:51:43 | 23 | (Remainder of pending question translated.) |
| 09:51:44 | 24 | THE WITNESS: I was in charge of |
| 09:51:45 | 25 | interrogation. |

| | | |
|---|---|---|
| 09:51:46 | 1 | Q.  BY MR. SCHOEN:  In charge of interrogation |
| 09:51:48 | 2 | in Kalkilya? |
| 09:51:51 | 3 | A.  Yes. |
| 09:51:52 | 4 | Q.  And there -- were there -- are there other |
| 09:51:54 | 5 | GIS offices besides in Kalkilya? |
| 09:52:01 | 6 | A.  In the office? |
| 09:52:03 | 7 | Q.  Are there other GIS offices in other towns? |
| 09:52:11 | 8 | A.  No.  It's only in the city of Kalkilya, at |
| 09:52:15 | 9 | one office. |
| 09:52:16 | 10 | MR. SCHOEN:  I wasn't -- I'm not being clear |
| 09:52:19 | 11 | in my question.  It's my fault.  Tell him what I just |
| 09:52:23 | 12 | said. |
| 09:52:25 | 13 | OFFICIAL INTERPRETER RABINOVITCH:  Yes.  Could |
| 09:52:26 | 14 | you please repeat the question so we can be clear about |
| 09:52:27 | 15 | that? |
| 09:52:28 | 16 | MR. SCHOEN:  Yes, but I want him to hear me |
| 09:52:31 | 17 | say I'm not being clear about my question so it's my |
| 09:52:34 | 18 | fault. |
| 09:52:34 | 19 | (Last colloquy translated.) |
| 09:52:34 | 20 | Q.  BY MR. SCHOEN:  There's one GIS office in |
| 09:52:36 | 21 | Kalkilya? |
| 09:52:41 | 22 | A.  In the governorate of Kalkilya.  It is in the |
| 09:52:45 | 23 | town. |
| 09:52:46 | 24 | Q.  Are there other towns that have GIS offices? |
| 09:52:57 | 25 | A.  In the governorate? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:52:59 | 1 | Q. Like Ramallah, is there a GIS office in |
| 09:53:05 | 2 | Ramallah? |
| 09:53:06 | 3 | A. In every governorate, there is an office. |
| 09:53:11 | 4 | Q. That was my question. Thank you. |
| 09:53:14 | 5 | A. I asked you whether it is within the |
| 09:53:16 | 6 | governorate or outside the governorate. |
| 09:53:20 | 7 | Q. My fault. |
| 09:53:24 | 8 | In Kalkilya, what is the address of the GIS |
| 09:53:27 | 9 | office? |
| 09:53:29 | 10 | A. The actual? |
| 09:53:36 | 11 | OFFICIAL INTERPRETER RABINOVITCH: The |
| 09:53:36 | 12 | address? |
| 09:53:38 | 13 | MR. SCHOEN: Yes. |
| 09:53:39 | 14 | THE WITNESS: It has been moving from a |
| 09:53:42 | 15 | location to another location. From '95 until 2005, |
| 09:53:49 | 16 | it was located in a certain area. |
| 09:53:51 | 17 | Q. BY MR. SCHOEN: What's that area? |
| 09:53:57 | 18 | A. The first office was where the Israelis were |
| 09:54:03 | 19 | located, and the GIS, the Israelis, the same location. |
| 09:54:09 | 20 | Q. Do you know the address, actually? |
| 09:54:10 | 21 | A. It is the main road to Nablus. |
| 09:54:13 | 22 | Q. When you say the Israelis were there also, |
| 09:54:17 | 23 | you were working with Israeli intelligence together? |
| 09:54:20 | 24 | GIS and Israeli intelligence were working together in |
| 09:54:25 | 25 | the office? |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:54:31 | 1 | A.   No.   The Israelis handed it to the PA and |
| 09:54:36 | 2 | we -- that's how we got in. |
| 09:54:38 | 3 | Q.   Oh. |
| 09:54:39 | 4 | A.   In December of '95. |
| 09:54:42 | 5 | Q.   So you took over the office that the Israelis |
| 09:54:45 | 6 | had been using? |
| 09:54:50 | 7 | A.   Correct. |
| 09:54:54 | 8 | Q.   Is there a name for that building? |
| 09:54:58 | 9 | A.   It's the GIS.  It has no name. |
| 09:55:03 | 10 | Q.   Is it a large building? |
| 09:55:08 | 11 | A.   One floor. |
| 09:55:09 | 12 | Q.   One floor. |
| 09:55:11 | 13 | How many offices in there, if you remember? |
| 09:55:22 | 14 | A.   I don't know exactly.  I can't -- but there |
| 09:55:26 | 15 | is a large number of offices. |
| 09:55:29 | 16 | Q.   In that period in that office, 1995 to 2005, |
| 09:55:39 | 17 | do you recall how many GIS people were working in the |
| 09:55:42 | 18 | office in Kalkilya? |
| 09:55:53 | 19 | A.   From '95 to 2005? |
| 09:55:58 | 20 | Q.   I can make it smaller if that's -- if you |
| 09:56:01 | 21 | don't recall the exact date. |
| 09:56:03 | 22 | Do you recall, between '95 and 2005, how many |
| 09:56:13 | 23 | people at any given time were working in the office? |
| 09:56:27 | 24 | A.   There isn't any specific number.  The numbers |
| 09:56:31 | 25 | vary all the time. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 09:56:34 | 1 | Q. Okay. So let's take the period 1998 to 2002, |
| 09:56:37 | 2 | do you recall about how many GIS employees were assigned |
| 09:56:47 | 3 | to the Kalkilya office? |
| 09:56:57 | 4 | A. No. |
| 09:56:58 | 5 | Q. More than five? |
| 09:57:02 | 6 | A. Yes. More. |
| 09:57:03 | 7 | Q. More than ten? |
| 09:57:09 | 8 | A. More than ten. But after that number, it's |
| 09:57:13 | 9 | difficult for me to estimate. |
| 09:57:15 | 10 | Q. You don't want me to just continue mentioning |
| 09:57:18 | 11 | numbers? |
| 09:57:22 | 12 | A. There are people who are known to me and there |
| 09:57:25 | 13 | are people who are not. |
| 09:57:27 | 14 | Q. Okay. Tell me the names of everyone you |
| 09:57:29 | 15 | recall who worked for the GIS in Kalkilya between 1998 |
| 09:57:35 | 16 | and 2002 and tell me what their position was, if you |
| 09:57:46 | 17 | recall. |
| 09:57:55 | 18 | A. In '98, Abdullah Daoud was the head of the GIS |
| 09:58:03 | 19 | in Kalkilya. In 1999, it was Ibrahim Khaber. Until the |
| 09:58:14 | 20 | beginning of 2001, Azzam Zakarneh took over. At the end |
| 09:58:29 | 21 | of 2004, beginning 2005, Jamal Jabara took over. |
| 09:58:37 | 22 | Q. Do you remember the names of anyone else |
| 09:58:38 | 23 | working in the office during that period? |
| 09:58:42 | 24 | A. Ibrahim Teetan. Ibrahim Teetan was the |
| 09:58:55 | 25 | deputy of Jamal Jabara for a while. I remember Rafik |

| | | |
|---|---|---|
| 09:59:03 | 1 | Mara'abeh, who currently is retired.  Ma'ath Shamasneh, |
| 09:59:17 | 2 | he also retired.  Samer Abu Hanieh is also on pension, |
| 09:59:29 | 3 | retired.  Naim Zumari, he also retired.  And I should |
| 09:59:39 | 4 | retire also.  It's coming up.  They extended for me |
| 09:59:44 | 5 | for a while, but I should also retire. |
| 09:59:54 | 6 | Q.   Anyone else? |
| 09:59:56 | 7 | A.   Mahmoud Malouhk, who is currently working |
| 10:00:04 | 8 | in Ramallah.  Abdel Halim Za'arur, he is also working |
| 10:00:15 | 9 | in the operations department in Ramallah almost since |
| 10:00:20 | 10 | the last year and a half.  Ziad Quzmar.  These are the |
| 10:00:40 | 11 | names that come to my mind. |
| 10:00:44 | 12 | Q.   Thank you. |
| 10:00:44 | 13 | Is -- oh, I knew that one. |
| 10:00:45 | 14 | Is the headquarters of the GIS located in |
| 10:00:54 | 15 | Ramallah? |
| 10:00:55 | 16 | A.   The main headquarters? |
| 10:00:57 | 17 | Q.   Yes. |
| 10:00:58 | 18 | A.   Yes. |
| 10:01:04 | 19 | Q.   I believe you said your job stayed the same |
| 10:01:07 | 20 | until 2005? |
| 10:01:08 | 21 | (Pending question partially translated.) |
| 10:01:17 | 22 | OFFICIAL INTERPRETER RABINOVITCH:  What year? |
| 10:01:20 | 23 | MR. SCHOEN:  2005. |
| 10:01:20 | 24 | (Remainder of pending question translated.) |
| 10:01:25 | 25 | THE WITNESS:  I said that I was engaged for |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:01:29 | 1 | six months in information gathering. |
| 10:01:31 | 2 | Q. BY MR. SCHOEN: Okay. |
| 10:01:33 | 3 | A. And then until the end of 2004, I was in |
| 10:01:36 | 4 | charge of interrogation. |
| 10:01:38 | 5 | Q. Yes. |
| 10:01:39 | 6 | A. And then I became supervisor for the various |
| 10:01:44 | 7 | sectors and the offices dealing with information |
| 10:01:47 | 8 | gathering. 2006, I became head of operations. 2008, |
| 10:01:53 | 9 | I was deputy director and also in the operations |
| 10:01:57 | 10 | department. |
| 10:01:59 | 11 | Q. Let me just stop one second. |
| 10:02:02 | 12 | When you say "head of operations," you mean |
| 10:02:05 | 13 | for the Kalkilya office? |
| 10:02:10 | 14 | A. For the governorate or the district of |
| 10:02:13 | 15 | Kalkilya. |
| 10:02:14 | 16 | Q. Okay. And the position after that, which I |
| 10:02:16 | 17 | think you described as deputy director, that's a higher |
| 10:02:25 | 18 | position than head of operations? |
| 10:02:29 | 19 | A. Yes. |
| 10:02:29 | 20 | Q. And it's also deputy director for the |
| 10:02:32 | 21 | governorate of Kalkilya? |
| 10:02:37 | 22 | A. Yes, for the governorate of Kalkilya. |
| 10:02:42 | 23 | Q. And that position, is it fair to say you |
| 10:02:49 | 24 | supervised the investigating officers for the Kalkilya |
| 10:02:51 | 25 | governorate GIS office? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

|          |    |                                                     |
|----------|----|-----------------------------------------------------|
| 10:03:01 | 1  | A.   Is it in the position of deputy head?          |
| 10:03:10 | 2  | Q.   What is the position of deputy head?  What     |
| 10:03:15 | 3  | do you do in that position?                         |
| 10:03:16 | 4  | A.   The deputy fills up all the functions that     |
| 10:03:27 | 5  | the head assigns for him.  So in case that the head |
| 10:03:33 | 6  | is absent, he fills up for him.                     |
| 10:03:37 | 7  | Q.   So if the head is absent, you're in charge     |
| 10:03:41 | 8  | of the entire GIS Kalkilya governorate office; correct? |
| 10:03:50 | 9  | A.   Yes.                                           |
| 10:03:51 | 10 | Q.   And if the head is present, you're the number  |
| 10:03:54 | 11 | two man for the office?                             |
| 10:03:59 | 12 | A.   Correct.                                       |
| 10:04:02 | 13 | Q.   All right.  Did you have a position after you  |
| 10:04:04 | 14 | were deputy head?                                   |
| 10:04:14 | 15 | A.   Please clarify.  I don't get it.               |
| 10:04:17 | 16 | Q.   After head of operations, you became deputy    |
| 10:04:21 | 17 | head?                                               |
| 10:04:29 | 18 | A.   Yes.  Correct.                                 |
| 10:04:32 | 19 | Q.   After that, have you had any other job, after  |
| 10:04:39 | 20 | you were deputy head?                               |
| 10:04:51 | 21 | A.   Simultaneously, I was deputy head and head of  |
| 10:04:56 | 22 | operations.  And after that, there was a decision that |
| 10:05:01 | 23 | you should carry only one title.  So they told me, you |
| 10:05:10 | 24 | know:  You would be better off being deputy director. |
| 10:05:19 | 25 | In May 2011, I was transferred to Ramallah          |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:05:25 | 1 | for the central operations as assistant to the central |
| 10:05:31 | 2 | operations commander.  And in June 2012, the director |
| 10:05:44 | 3 | wanted me back in Kalkilya to work closely with him. |
| 10:05:49 | 4 |     Q.   The director of the Kalkilya governorate |
| 10:05:51 | 5 | wanted you to work in Kalkilya again? |
| 10:06:00 | 6 |     A.   He didn't request me directly.  But from the |
| 10:06:04 | 7 | head of the GIS, he requested that I work closely with |
| 10:06:08 | 8 | him. |
| 10:06:09 | 9 |     Q.   What is your position today? |
| 10:06:13 | 10 |     A.   Deputy director. |
| 10:06:15 | 11 |     Q.   Of the Kalkilya governorate office of the GIS? |
| 10:06:23 | 12 |     A.   Correct. |
| 10:06:24 | 13 |     Q.   I didn't ask you at the beginning:  What is |
| 10:06:28 | 14 | your full name?  Just Ibrahim Dahbour? |
| 10:06:29 | 15 |     A.   Ibrahim Abdullah Hamed Dahbour. |
| 10:06:37 | 16 |     Q.   Do you have some kind of ID number also? |
| 10:06:43 | 17 |     A.   909195547. |
| 10:06:53 | 18 |     Q.   Is that a number the PA gives or the PLO? |
| 10:07:02 | 19 |     A.   The number of the ID?  No.  I carry -- |
| 10:07:09 | 20 | this number has been since the -- you had the Civil |
| 10:07:14 | 21 | Administration, Israeli.  (Indicating.) |
| 10:07:18 | 22 |     Q.   I see. |
| 10:07:20 | 23 |     A.   Since I was 15, it's the same number. |
| 10:07:24 | 24 |     Q.   It's an Israeli number, you're saying? |
| 10:07:26 | 25 |     A.   It's an Israeli number. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:07:29 | 1 | Q.   I see.  Of what -- where are you a citizen? |
| 10:07:36 | 2 | A.   Not a single country. |
| 10:07:38 | 3 | Q.   I see.  Not an Israeli citizen? |
| 10:07:44 | 4 | A.   I lived under Israeli rule, but I wasn't a |
| 10:07:48 | 5 | citizen. |
| 10:07:55 | 6 | Q.   I asked you before about the file that you |
| 10:07:59 | 7 | keep in an investigation. |
| 10:08:07 | 8 | You remember? |
| 10:08:11 | 9 | A.   Which file? |
| 10:08:12 | 10 | Q.   No, just the general procedures for a file. |
| 10:08:20 | 11 | A.   Correct. |
| 10:08:21 | 12 | Q.   If an investigation is conducted in Kalkilya, |
| 10:08:31 | 13 | that file that's created from the investigation, is that |
| 10:08:37 | 14 | kept in the Kalkilya office of the GIS? |
| 10:08:50 | 15 | A.   Let me clarify specifically this point.  The |
| 10:08:56 | 16 | original dossier with the -- with the papers attached |
| 10:09:01 | 17 | to it is in Kalkilya.  But there is a resum [sic] -- but |
| 10:09:12 | 18 | we send a resum [sic] to the head of the GIS operations. |
| 10:09:17 | 19 | But the main dossier is in the archives. |
| 10:09:22 | 20 | Q.   When you say "resum," does that mean a |
| 10:09:25 | 21 | summary? |
| 10:09:27 | 22 | A.   Yes. |
| 10:09:28 | 23 | Q.   Where's the archives kept? |
| 10:09:34 | 24 | A.   Within the building of the GIS. |
| 10:09:38 | 25 | Q.   In Kalkilya? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:09:39 | 1 | A.   Yes. |
| 10:09:41 | 2 | Q.   Do you have access to those archives? |
| 10:09:51 | 3 | A.   Ex-officio, yes. |
| 10:09:52 | 4 | MR. SCHOEN:   Now you've got me with the |
| 10:09:56 | 5 | English.  What does "ex-officio" mean? |
| 10:09:57 | 6 | OFFICIAL INTERPRETER AGHAZARIAN:  "By my |
| 10:09:59 | 7 | function." |
| 10:09:59 | 8 | OFFICIAL INTERPRETER RABINOVITCH:  "Within |
| 10:10:01 | 9 | the settings of my functions." |
| 10:10:02 | 10 | MR. SCHOEN:  Okay.  Albert happens to have |
| 10:10:04 | 11 | a much larger vocabulary than I do in English also, |
| 10:10:10 | 12 | I'm sorry to say. |
| 10:10:11 | 13 | OFFICIAL INTERPRETER AGHAZARIAN:  This is |
| 10:10:11 | 14 | a Latin word. |
| 10:10:15 | 15 | MR. SCHOEN:  Yeah, uh-oh, now you're being |
| 10:10:15 | 16 | mean, unnecessarily mean.  But you're right again. |
| 10:10:20 | 17 | I don't know if I can turn redder than I am, though, |
| 10:10:23 | 18 | already. |
| 10:10:24 | 19 | All right.  I just want to -- I think I can |
| 10:10:24 | 20 | move forward here. |
| 10:10:25 | 21 | Q.   BY MR. SCHOEN:  In preparation for your |
| 10:10:45 | 22 | testimony today -- in preparation for your testimony |
| 10:10:54 | 23 | today, did you review certain records in the Kalkilya |
| 10:10:58 | 24 | GIS office? |
| 10:11:03 | 25 | A.   Today? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 10:11:04 | 1 | Q. No, in preparing to testify for today. |

```
10:11:04  1      Q.  No, in preparing to testify for today.
10:11:14  2      A.  I know the dossiers from previously.  I have
10:11:22  3  been exposed to it.  I know them.
10:11:25  4      Q.  All the dossiers from the Kalkilya office?
10:11:29  5      A.  I am familiar with most of the dossiers.
10:11:32  6      Q.  You grew up in Kalkilya?
10:11:35  7      A.  Yes.
10:11:35  8      Q.  You -- you've lived in Kalkilya all your life?
10:11:39  9      A.  Yes.
10:11:40 10      Q.  And you work in Kalkilya in intelligence?
10:11:45 11      A.  Yes.
10:11:46 12      Q.  Would it be fair to say you know something
10:11:49 13  about almost everyone who lives in Kalkilya?
10:11:59 14      A.  I know some things, but of course, I don't
10:12:03 15  know everything on everybody.
10:12:07 16      Q.  Sure.
10:12:09 17  When were you told that you would be testifying in this
10:12:13 18  case?
10:12:23 19      A.  On Monday, I was informed that I'm needed
10:12:27 20  to -- to testify and that there were papers with the
10:12:32 21  lawyers.
10:12:33 22      Q.  I see.  So you reviewed papers that the
10:12:37 23  lawyers had?
10:12:42 24      A.  Yes.
10:12:46 25          MR. SCHOEN:  Mr. Hibey, I'm going to ask him
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:12:48 | 1 | what the papers were. |
| 10:12:50 | 2 | Q. BY MR. SCHOEN: What papers that the lawyers |
| 10:12:53 | 3 | had did you review? |
| 10:13:02 | 4 | A. Papers that are related to Sadiq Ahed Abdul |
| 10:13:04 | 5 | Hafez and Ra'ed Nazzal. |
| 10:13:15 | 6 | Q. Did you review any papers —— other than |
| 10:13:18 | 7 | the papers the lawyers had, did you review any papers |
| 10:13:25 | 8 | related to those two people you just mentioned? |
| 10:13:42 | 9 | A. These are the only documents that —— that |
| 10:13:48 | 10 | I had available. |
| 10:13:49 | 11 | Q. Did you look in the archives in Kalkilya to |
| 10:13:52 | 12 | see if there were any documents related to either or |
| 10:13:56 | 13 | both of these two people? |
| 10:14:07 | 14 | A. Correct. I checked the files. And all the |
| 10:14:12 | 15 | information related to those two people, I have provided |
| 10:14:16 | 16 | them to the lawyers. |
| 10:14:17 | 17 | Q. I see. So you found their files and provided |
| 10:14:21 | 18 | them to the lawyers? |
| 10:14:26 | 19 | A. Correct. On Monday. |
| 10:14:29 | 20 | Q. Where did you find the files? |
| 10:14:38 | 21 | A. In the archives. |
| 10:14:41 | 22 | Q. In Kalkilya? |
| 10:14:42 | 23 | A. Yes. |
| 10:14:43 | 24 | Q. Were the files —— as far as you know, were |
| 10:14:45 | 25 | the files on these two people their complete files? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:14:59 | 1 | A. The information that was provided, or is it |
| 10:15:01 | 2 | the information which is within the archives? |
| 10:15:05 | 3 | Q. Oh. Do you believe that the files you took |
| 10:15:07 | 4 | from the archives and gave to the lawyers are the |
| 10:15:16 | 5 | complete files that were created by the GIS regarding |
| 10:15:22 | 6 | those two people? |
| 10:15:27 | 7 | A. Correct. |
| 10:15:30 | 8 | Q. By the way, are files kept there based on the |
| 10:15:34 | 9 | person's name or a particular event, like some suicide |
| 10:15:46 | 10 | bombing, or both? |
| 10:15:58 | 11 | A. We keep them by name. That's how we file |
| 10:16:02 | 12 | them. Even if there are things published in the papers |
| 10:16:11 | 13 | or other events that occur, we -- we incorporate them |
| 10:16:16 | 14 | in this file, which is set up by name. |
| 10:16:19 | 15 | Q. The file should reflect every relevant fact |
| 10:16:23 | 16 | or event that you know about for that person? |
| 10:16:37 | 17 | A. The events that we come to know about. |
| 10:16:42 | 18 | Q. Yes. From whatever source? |
| 10:16:42 | 19 | A. From a source. |
| 10:16:43 | 20 | Q. From any source? |
| 10:16:46 | 21 | A. Regardless of the source. |
| 10:16:48 | 22 | Q. Are there files kept on computer also? |
| 10:16:56 | 23 | A. Correct. We -- we feed -- there are dossiers |
| 10:17:01 | 24 | that we feed into the computer. |
| 10:17:05 | 25 | Q. Do you know whether any information about |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:17:08 | 1 | these two people you mentioned are also in computer |
| 10:17:11 | 2 | files? |
| 10:17:15 | 3 | A.   No.  I have reviewed.  All the information |
| 10:17:19 | 4 | is there. |
| 10:17:21 | 5 | Q.   I'm asking:  But are there computer files that |
| 10:17:24 | 6 | exist for these two people? |
| 10:17:34 | 7 | A.   What we have in the computer are the resums |
| 10:17:36 | 8 | [sic], the summaries, of the different dossiers. |
| 10:17:43 | 9 | Q.   Including the -- oh, including these two |
| 10:17:47 | 10 | people? |
| 10:17:48 | 11 | A.   Yes. |
| 10:17:48 | 12 | Q.   And you reviewed those computer files also? |
| 10:17:56 | 13 | A.   Everything related to those two persons. |
| 10:18:00 | 14 | Q.   Anywhere that you knew it would be kept, |
| 10:18:02 | 15 | including in the Ramallah office? |
| 10:18:04 | 16 | Did you check in the Ramallah office, see |
| 10:18:07 | 17 | if there's information about those two people? |
| 10:18:19 | 18 | A.   Ramallah or otherwise, they get their -- |
| 10:18:23 | 19 | they extract their information from the district. |
| 10:18:27 | 20 | Q.   So if you reviewed the Kalkilya file, you |
| 10:18:34 | 21 | should have everything in the file of that person? |
| 10:18:43 | 22 | A.   Correct. |
| 10:18:44 | 23 | Q.   And anything you found in Ramallah or on the |
| 10:18:47 | 24 | computer would have already been in the Kalkilya file? |
| 10:18:58 | 25 | A.   Correct. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:18:59 | 1 | Q.   Now, if you want to investigate -- I'm sorry. |
| 10:19:06 | 2 | If you want to learn more about a suicide |
| 10:19:09 | 3 | bombing that happened sometime in the past and that |
| 10:19:20 | 4 | was investigated sometime in the past -- let me be -- |
| 10:19:29 | 5 | I'll be more specific so I'm not just -- |
| 10:19:33 | 6 | If today you wanted to investigate a suicide |
| 10:19:39 | 7 | bombing in Karnei Shomron in February of 2002 and you |
| 10:19:51 | 8 | didn't know the names of the bombers or the bombers' |
| 10:19:56 | 9 | handler or anyone involved, how would you go about |
| 10:20:05 | 10 | investigating or learning about what happened then, |
| 10:20:08 | 11 | if you didn't know the name of anyone whose file to |
| 10:20:14 | 12 | look at? |
| 10:20:25 | 13 | A.   Of course, we are living in a time in the |
| 10:20:31 | 14 | street.  And an operation of explosives, what have you, |
| 10:20:36 | 15 | everyone will know about.  The news will spread quickly. |
| 10:20:43 | 16 | If you ask a little child in the street, he would know. |
| 10:20:47 | 17 | Q.   He would know or would have heard who was |
| 10:20:54 | 18 | involved in the bombing? |
| 10:20:58 | 19 | A.   Well, the word passes quickly. |
| 10:21:02 | 20 | Q.   Yes. |
| 10:21:07 | 21 | On these two people you mentioned, Ra'ed |
| 10:21:09 | 22 | Nazzal -- did you know that name before you looked |
| 10:21:21 | 23 | at the file to prepare to testify here? |
| 10:21:24 | 24 | CHECK INTERPRETER HAZOU:  Wait.  You said |
| 10:21:32 | 25 | "the name" or "the names"? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:21:36 | 1 | MR. SCHOEN:  "Name." |
| 10:21:38 | 2 | Q.  BY MR. SCHOEN:  Ra'ed Nazzal. |
| 10:21:40 | 3 | A.  Did I know his name or know him personally? |
| 10:21:47 | 4 | Q.  First, did you know the name before? |
| 10:21:50 | 5 | A.  Yes. |
| 10:21:50 | 6 | Q.  Ra'ed Nazzal was from Kalkilya; correct? |
| 10:21:56 | 7 | A.  Yes. |
| 10:21:56 | 8 | Q.  Ra'ed Nazzal was a well-known person in |
| 10:22:00 | 9 | Kalkilya; correct? |
| 10:22:01 | 10 | A.  Correct. |
| 10:22:02 | 11 | Q.  Ra'ed Nazzal was a leader of the PFLP in |
| 10:22:09 | 12 | Kalkilya; correct? |
| 10:22:11 | 13 | A.  This was known, of course. |
| 10:22:15 | 14 | Q.  And this person, Hafez, the -- Hafez? |
| 10:22:22 | 15 | A.  Sadiq. |
| 10:22:24 | 16 | MR. SCHOEN:  That's not an English word, so |
| 10:22:28 | 17 | I don't know what it means. |
| 10:22:29 | 18 | OFFICIAL INTERPRETER AGHAZARIAN:  That's the |
| 10:22:29 | 19 | name.  "Sadiq." |
| 10:22:29 | 20 | OFFICIAL INTERPRETER RABINOVITCH:  That's a |
| 10:22:29 | 21 | name.  It's a name. |
| 10:22:30 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  You said |
| 10:22:30 | 23 | Hafez, no? |
| 10:22:30 | 24 | MR. SCHOEN:  Oh.  So what should I call him |
| 10:22:30 | 25 | to identify him? |

| | | |
|---|---|---|
| 10:22:30 | 1 | OFFICIAL INTERPRETER AGHAZARIAN: "Sadiq." |
| 10:22:30 | 2 | MR. SCHOEN: That's his last name or first |
| 10:22:30 | 3 | name? |
| 10:22:30 | 4 | OFFICIAL INTERPRETER AGHAZARIAN: First name. |
| 10:22:30 | 5 | OFFICIAL INTERPRETER RABINOVITCH: Sadiq Hafez |
| 10:22:30 | 6 | is the name. |
| 10:22:41 | 7 | THE WITNESS: Sadiq Hafez. |
| 10:22:43 | 8 | MR. SCHOEN: Okay. If I refer to -- sorry. |
| 10:22:45 | 9 | If I refer to "Sadiq," we're talking about Hafez. |
| 10:22:51 | 10 | OFFICIAL INTERPRETER AGHAZARIAN: It means |
| 10:22:51 | 11 | literally "truthful." |
| 10:22:54 | 12 | MR. SCHOEN: The name, like -- right -- like |
| 10:22:54 | 13 | Tzadik or Tzadok, something like that. |
| 10:22:59 | 14 | OFFICIAL INTERPRETER AGHAZARIAN: The name, |
| 10:22:59 | 15 | "truthful." |
| 10:22:55 | 16 | MR. SCHOEN: Or Tzadok, something like that. |
| 10:22:59 | 17 | Okay. |
| 10:23:03 | 18 | Q. BY MR. SCHOEN: This person we spoke about |
| 10:23:08 | 19 | whose file you looked at, Sadiq Hafez, did you know |
| 10:23:15 | 20 | that name before you were called to testify today? |
| 10:23:22 | 21 | A. After the operation, I came to know his name. |
| 10:23:27 | 22 | Before that, he wasn't known to me. |
| 10:23:30 | 23 | Q. But your office investigated him, this Sadiq |
| 10:23:34 | 24 | Hafez, before the operation; right? |
| 10:23:47 | 25 | A. About him, not with him. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:23:50 | 1 | Q.   You investigated about Sadiq Hafez before the |
| 10:23:55 | 2 | operation? |
| 10:24:05 | 3 | A.   He was a student in the Vocational Qalandia |
| 10:24:08 | 4 | Training Center.  And part of the mechanisms of the |
| 10:24:18 | 5 | modus operandi of the GIS, any student that moves from |
| 10:24:24 | 6 | a district to another, we gather information regarding |
| 10:24:27 | 7 | this person. |
| 10:24:29 | 8 | Q.   Is that what he did, he moved from one |
| 10:24:31 | 9 | district to another? |
| 10:24:35 | 10 | A.   He moved in order to study in the Qalandia |
| 10:24:38 | 11 | vocational school. |
| 10:24:43 | 12 | Q.   In Kalkilya? |
| 10:24:45 | 13 | A.   No.  It's in Ramallah. |
| 10:24:47 | 14 | Q.   I see.  So he moved from Kalkilya to Ramallah |
| 10:24:50 | 15 | to study in that school? |
| 10:24:51 | 16 | A.   In a vocational school.  Yes. |
| 10:24:54 | 17 | Q.   By the way, when we refer to "the operation," |
| 10:24:57 | 18 | we're referring to the suicide bombing in February in |
| 10:25:01 | 19 | Karnei Shomron of 2002; right? |
| 10:25:04 | 20 | When you asked me -- I'm sorry. |
| 10:25:11 | 21 | To make it clear, you said before the |
| 10:25:13 | 22 | translated words "before the operation" or "after |
| 10:25:15 | 23 | the operation."  We're referring to the suicide |
| 10:25:20 | 24 | bombing in Karnei Shomron? |
| 10:25:33 | 25 | A.   Yes. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:25:34 | 1 | MR. SCHOEN:  Okay.  There's only a minute |
| 10:25:36 | 2 | or two left on the tape.  We'll take a break.  I don't |
| 10:25:40 | 3 | need much of a break.  So you tell me what you'd like. |
| 10:25:44 | 4 | Again, estimates have not been reliable, but |
| 10:25:47 | 5 | I really think that we're going to finish up with him |
| 10:25:50 | 6 | within an hour, hour and a half, after we come back, |
| 10:25:53 | 7 | I think.  I'm going to talk to my colleague. |
| 10:25:57 | 8 | MR. HIBEY:  If you could let me know after |
| 10:25:59 | 9 | the break whether that estimate holds up -- |
| 10:26:03 | 10 | MR. SCHOEN:  Yes.  Yes. |
| 10:26:03 | 11 | MR. HIBEY:  -- and what your intentions are |
| 10:26:06 | 12 | with respect to Dr. Swailem, then that would be very |
| 10:26:11 | 13 | helpful, and we can get word back to him in Ramallah. |
| 10:26:15 | 14 | MR. SCHOEN:  Yes, sir.  Yes, sir. |
| 10:26:16 | 15 | THE VIDEOGRAPHER:  Going off the record at |
| 10:26:18 | 16 | 10:27. |
| 10:26:19 | 17 | (Recess from 10:27 a.m. to 10:42 a.m.) |
| 10:41:13 | 18 | THE VIDEOGRAPHER:  Going back on the record |
| 10:41:26 | 19 | at 10:42. |
| 10:41:30 | 20 | MR. SCHOEN:  Now, Mr. Hibey, you had asked |
| 10:41:33 | 21 | me whether I can make any kind of conclusion about |
| 10:41:37 | 22 | Dr. Swailem.  First of all, can you just -- if you know, |
| 10:41:39 | 23 | can you just tell us who he is, what his job is, what |
| 10:41:43 | 24 | his -- |
| 10:41:44 | 25 | MR. HIBEY:  He's an academic. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 10:41:47 | 1 | MR. SCHOEN:  He's an academic? |
| 10:41:49 | 2 | MR. HIBEY:  He is a professor at -- |
| 10:41:52 | 3 | MR. O'TOOLE:  Al-Quds. |
| 10:41:53 | 4 | MR. HIBEY:  Al-Quds. |
| 10:41:55 | 5 | MR. SCHOEN:  He's an economist, I think; |
| 10:41:56 | 6 | right? |
| 10:41:57 | 7 | MR. HIBEY:  I think not.  I understood him |
| 10:41:59 | 8 | to be a political scientist.  But I don't know if he |
| 10:42:02 | 9 | has other expertise. |
| 10:42:04 | 10 | MR. SCHOEN:  I would tell you now, then, that |
| 10:42:09 | 11 | you could release Dr. Swailem and that we will not be |
| 10:42:14 | 12 | examining him. |
| 10:42:16 | 13 | Q.   BY MR. SCHOEN:  Reminds me, though, I wanted |
| 10:42:20 | 14 | to ask you, Mr. Dahbour:  Are you familiar with another |
| 10:42:24 | 15 | Ibrahim Dahbour? |
| 10:42:30 | 16 | A.   I saw recently on Facebook that there -- that |
| 10:42:37 | 17 | there are -- there is somebody else, at least one from |
| 10:42:39 | 18 | Jenin who carries the same name.  One of them is a |
| 10:42:48 | 19 | representative in the PLC for Hamas, the Legislative |
| 10:42:53 | 20 | Council.  He is from Arrabi. |
| 10:42:55 | 21 | Q.   And his home was recently raided, and he was |
| 10:42:58 | 22 | suspected of certain crimes; right? |
| 10:43:06 | 23 | A.   I don't know him because he is from Jenin. |
| 10:43:08 | 24 | But I have seen his name on Facebook. |
| 10:43:12 | 25 | Q.   But he is Hamas and you're not Hamas; right? |

10:43:18  1        A.   No, I am not.

10:43:21  2        Q.   He is actually a Hamas representative with

10:43:24  3   the -- in the PLO; correct?

10:43:27  4             OFFICIAL INTERPRETER RABINOVITCH:  In the PNC

10:43:30  5   [sic], you mean?

10:43:31  6             MR. SCHOEN:  Yes.  PLC, the Palestine

10:43:36  7   Legislative Council.

10:43:38  8             THE WITNESS:  Yes.  In 2006, he was elected

10:43:41  9   for Hamas.

10:43:42 10        Q.   BY MR. SCHOEN:  Yeah.  And he still is today,

10:43:44 11   he's still in it.

10:43:46 12             Anyway, not related to you?  That's not you?

10:43:50 13        A.   It's just a common name.

10:43:53 14        Q.   That allows me to remove an entire file that

10:43:56 15   I had.  That'll also help streamline things.

10:44:08 16             To go back to the process of keeping records

10:44:11 17   on your investigation, that's a regular way in which

10:44:19 18   you practice your business of intelligence gathering;

10:44:23 19   correct?  You keep records?

10:44:35 20             MR. SCHOEN:  These -- I'm sorry.  Albert?

10:44:39 21             THE WITNESS:  Correct.  We do register it

10:44:41 22   in the dossier.

10:44:42 23        Q.   BY MR. SCHOEN:  These files, like the Sadiq

10:44:45 24   Hafez file and the Nazzal file you spoke about?

10:44:55 25        A.   Ra'ed Nazzal, yes.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:44:57 | 1 | Q. And the person who creates that file, that's |
| 10:45:00 | 2 | that person's job to create such a file; correct? |
| 10:45:08 | 3 | A. No. It's not the same person that gathers |
| 10:45:11 | 4 | the dossiers. |
| 10:45:13 | 5 | Q. I see. So tell me how the dossier or the file |
| 10:45:16 | 6 | is gathered and then how it's kept. |
| 10:45:30 | 7 | A. The principal step is to get the information |
| 10:45:34 | 8 | from the field. And this is not gathered by one |
| 10:45:38 | 9 | officer. And sometimes they depend on clandestine |
| 10:45:44 | 10 | people, undercover people, to gather this information. |
| 10:45:52 | 11 | Once this information gets there, we gather |
| 10:45:55 | 12 | it, and we give it for the analysis department. The |
| 10:46:04 | 13 | analysis department exposes it to the director, and |
| 10:46:11 | 14 | he takes the decision what to do with it. Whether the |
| 10:46:15 | 15 | people will be under scrutiny, or they will be detained, |
| 10:46:20 | 16 | or they will cross off the file, I mean, he decides |
| 10:46:25 | 17 | what, what are the next steps. |
| 10:46:28 | 18 | Once it gets into the archives, it gets |
| 10:46:33 | 19 | a special registration number. When I want to refer |
| 10:46:38 | 20 | it, say "Ibrahim Dahbour," so it would feature on the |
| 10:46:44 | 21 | computer. They see what's the number of the given |
| 10:46:50 | 22 | Ibrahim Dahbour in this case, and they get the archives |
| 10:46:54 | 23 | based on the registry number. |
| 10:46:57 | 24 | Q. Who physically puts something into the file? |
| 10:47:00 | 25 | Does the agent or officer who did the |

| 10:47:03 | 1 | intelligence gathering put something into the file? |
| 10:47:20 | 2 | MR. SCHOEN:  Not the computer.  I didn't say |
| 10:47:23 | 3 | "computer." |
| 10:47:23 | 4 | OFFICIAL INTERPRETER RABINOVITCH:  In the |
| 10:47:25 | 5 | file.  You said "in the file." |
| 10:47:28 | 6 | THE WITNESS:  The question is not clear. |
| 10:47:31 | 7 | Q.   BY MR. SCHOEN:  Okay.  Sorry. |
| 10:47:31 | 8 | The person who gathers the intelligence -- |
| 10:47:34 | 9 | let's say you're doing an investigation.  You gather |
| 10:47:43 | 10 | information and you make a report, either you took |
| 10:47:50 | 11 | notes during the investigation or -- I mean, during |
| 10:47:56 | 12 | the interrogation, as you described it, or any other |
| 10:48:05 | 13 | notes that you took about this investigation.  You |
| 10:48:12 | 14 | would take those notes and put those notes in the file |
| 10:48:18 | 15 | created for that person? |
| 10:48:23 | 16 | A.   In the paper dossier which is in the archives, |
| 10:48:31 | 17 | you mean? |
| 10:48:32 | 18 | Q.   Yes. |
| 10:48:32 | 19 | A.   All the information. |
| 10:48:34 | 20 | Q.   Yes.  That's how it would -- that's the |
| 10:48:35 | 21 | regular practice in the General Intelligence Services? |
| 10:48:44 | 22 | A.   This is the way we operate since a while. |
| 10:48:51 | 23 | Q.   Since 1995? |
| 10:48:54 | 24 | A.   There has been a development in how, you know, |
| 10:48:57 | 25 | we arrange the dossier and to make a proper summary, |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | |
|---|---|
| 10:49:02 | 1 |
| 10:49:08 | 2 |
| 10:49:18 | 3 |
| 10:49:22 | 4 |
| 10:49:29 | 5 |
| 10:49:35 | 6 |
| 10:49:52 | 7 |
| 10:49:55 | 8 |
| 10:50:00 | 9 |
| 10:50:02 | 10 |
| 10:50:06 | 11 |
| 10:50:06 | 12 |
| 10:50:09 | 13 |
| 10:50:15 | 14 |
| 10:50:21 | 15 |
| 10:50:29 | 16 |
| 10:50:29 | 17 |
| 10:50:29 | 18 |
| 10:50:29 | 19 |
| 10:50:34 | 20 |
| 10:50:47 | 21 |
| 10:50:50 | 22 |
| 10:50:53 | 23 |
| 10:50:57 | 24 |
| 10:50:59 | 25 |

1  resum [sic], and to have a memo of analysis of the

2  situation.  But, in general, this is our modus operandi.

3       Q.   And the investigating officer, or whoever puts

4  something in that file -- puts something into the file,

5  he does so at around the time that he's gathered the

6  information?

7       A.   Clarify, because there are -- there is a

8  distinction between interrogation, on the one hand,

9  and the information gathering from the field, on the

10 other, before the interrogation.  These are two separate

11 areas.

12      Q.   All right.  When a person gathers information

13 from the field, he makes notes about the information he

14 gathered shortly after he got the information, so he

15 remembers it well?

16           (Comment in Arabic by the witness.)

17           MR. SCHOEN:  You have to answer, Albert.

18           OFFICIAL INTERPRETER AGHAZARIAN:  "Yes."

19      Q.   BY MR. SCHOEN:  And around that same time,

20 that information gets put into the file?

21      A.   So the officer gets the information and feeds

22 it into the dossier?  That's what you mean?

23      Q.   Yeah.  Puts his notes or whatever information

24 he has into the file.

25      A.   No.  He brings it to the operations

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:51:01 | 1 | department.  That's where they deal —— they analyze |
| 10:51:05 | 2 | the information before attaching it to the dossier. |
| 10:51:09 | 3 | And if there is a measure which is taken, a procedure, |
| 10:51:13 | 4 | then it happens before it is fed into the archive. |
| 10:51:17 | 5 | The putting —— attaching it to the archive is the |
| 10:51:23 | 6 | final phase in the operation. |
| 10:51:25 | 7 | Q.   Okay.  And is that done soon after the |
| 10:51:29 | 8 | supervisor has reviewed the information and decided |
| 10:51:33 | 9 | it should be put into the file? |
| 10:51:42 | 10 | A.   No.  In the —— in the dossier, you have all |
| 10:51:46 | 11 | the relevant information. |
| 10:51:48 | 12 | Q.   Yes.  I'm just trying to find out how the |
| 10:51:52 | 13 | documents get into the file and when. |
| 10:51:59 | 14 | A.   After we get the information coming from the |
| 10:52:03 | 15 | field —— |
| 10:52:05 | 16 | Q.   Or an interrogation? |
| 10:52:07 | 17 | A.   —— or interrogation, it would be presented |
| 10:52:13 | 18 | to the operations department.  They check the type of |
| 10:52:23 | 19 | this information. |
| 10:52:27 | 20 | For instance, if there is any important |
| 10:52:30 | 21 | information, it is presented in front of the director. |
| 10:52:34 | 22 | And then this head, he decides what measures should |
| 10:52:41 | 23 | be taken as a follow-up.  Once they finish all the |
| 10:52:46 | 24 | procedures, they put it in the archive. |
| 10:52:56 | 25 | It's possible that, after you put the |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:52:59 | 1 | information in the archives, two days later, a new |
| 10:53:03 | 2 | information might come in. |
| 10:53:06 | 3 | Q.   Okay. |
| 10:53:07 | 4 | A.   If this information requires a follow-up |
| 10:53:12 | 5 | procedure, depending on the importance of the person |
| 10:53:18 | 6 | and the importance of the dossier, once again, you |
| 10:53:23 | 7 | have -- a new procedure might be taken. |
| 10:53:28 | 8 | But if it is a regular -- you know, a |
| 10:53:31 | 9 | non-news kind of information that the guy is -- |
| 10:53:36 | 10 | "I saw him walking in the street with so-and-so," |
| 10:53:45 | 11 | then we put it in the dossier but without taking |
| 10:53:49 | 12 | measures. |
| 10:53:50 | 13 | But all information, regardless how important |
| 10:53:53 | 14 | or less important, they are all included in the dossier. |
| 10:53:59 | 15 | Q.   Okay.  And the dossier -- you're using |
| 10:54:00 | 16 | the term "file" or "dossier" sometimes and sometimes |
| 10:54:03 | 17 | "archives." |
| 10:54:04 | 18 | I'm really concerned about the file.  And |
| 10:54:06 | 19 | the archives, as I understand it, is where the file |
| 10:54:10 | 20 | is kept.  I don't know if it's a question about the |
| 10:54:28 | 21 | word being used -- |
| 10:54:30 | 22 | OFFICIAL INTERPRETER AGHAZARIAN:  The dossier |
| 10:54:30 | 23 | is not the archive.  The dossier is the file. |
| 10:54:34 | 24 | MR. SCHOEN:  Okay. |
| 10:54:35 | 25 | OFFICIAL INTERPRETER AGHAZARIAN:  But it is |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:54:35 | 1 | a nicer word.  It's a French word. |
| 10:54:39 | 2 | MR. SCHOEN:  Okay.  That's it. |
| 10:54:39 | 3 | OFFICIAL INTERPRETER AGHAZARIAN:  They go |
| 10:54:39 | 4 | together. |
| 10:54:42 | 5 | (Brief exchange in Arabic among Official |
| 10:54:42 | 6 | Interpreter Aghazarian, Official Interpreter |
| 10:54:42 | 7 | Rabinovitch, and the witness.) |
| 10:54:42 | 8 | Q.   BY MR. SCHOEN:  My -- what I'm trying to learn |
| 10:54:44 | 9 | here is how all of the documents from an investigation |
| 10:54:48 | 10 | get into the file, not the archives now. |
| 10:55:00 | 11 | A.   One dossier? |
| 10:55:01 | 12 | Q.   The paper file.  How -- |
| 10:55:04 | 13 | A.   According to the best of my knowledge, what |
| 10:55:09 | 14 | I have under my hands -- there are people who have very |
| 10:55:16 | 15 | tiny files.  There are people who have books, loads of |
| 10:55:22 | 16 | information. (Indicating.)  It depends. |
| 10:55:24 | 17 | Q.   Yeah.  I'm really just talking -- I'm asking |
| 10:55:27 | 18 | about a procedure, maybe. |
| 10:55:30 | 19 | Is it the regular procedure of the GIS during |
| 10:55:40 | 20 | the time period 19 -- the time period 2000 till now |
| 10:55:50 | 21 | that, if information is learned by a GIS officer about |
| 10:55:56 | 22 | a person, that person, the GIS officer or the person who |
| 10:56:10 | 23 | gathered the information or conducted the interrogation, |
| 10:56:20 | 24 | first takes notes? |
| 10:56:28 | 25 | A.   Correct. |

```
10:56:29   1        Q.   And then those notes are given to a supervisor
10:56:35   2   in operations?
10:56:39   3        A.   Yes.  Correct.
10:56:40   4        Q.   And that person in operations decides whether
10:56:45   5   additional action should be taken in the case or that
10:56:56   6   no action needs to be taken?
10:57:08   7        A.   The head of the operations studies where we
10:57:12   8   have reached in the case.
10:57:17   9             Let's assume that it's expected to have an
10:57:22  10   operation.  The head of the operations has a report
10:57:28  11   accordingly.  Immediately he goes to the computer
10:57:35  12   and the archives, and he derives the information, the
10:57:42  13   relevant papers.  He makes a resum [sic], a summary for
10:57:46  14   the boss.  He tells him that this person, we expect that
10:57:54  15   he will be engaged in a certain operation.  According to
10:57:59  16   the available dossier, we estimate that this is likely.
10:58:09  17   So he dispatches it to the boss.
10:58:16  18             So the director has the resum [sic], the
10:58:21  19   summary, on the face of the file.  So he knows that
10:58:29  20   the head of the operations has scrutinized and checked
10:58:33  21   the file and based his conclusions accordingly.
10:58:39  22             So the director takes the measures based
10:58:43  23   on the information available in his hands.  He might
10:58:52  24   suffice with the summary appearing in -- on the top
10:58:56  25   and take immediate measure accordingly.  And maybe he
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 10:59:03 | 1 | might feel that there is something fishy or unclear, |
| 10:59:06 | 2 | so he goes in and checks the entire file, all the |
| 10:59:12 | 3 | papers and information available in the -- in the |
| 10:59:15 | 4 | dossier. |
| 10:59:16 | 5 | Q.   Okay.  And all of the papers -- notes or |
| 10:59:23 | 6 | papers of any kind that were generated or created or |
| 10:59:31 | 7 | reviewed during the course of that process you just |
| 10:59:36 | 8 | described, all are put in the file for that person? |
| 10:59:47 | 9 | A.   Correct. |
| 10:59:48 | 10 | Q.   As you say, sometimes it's a small file, |
| 10:59:51 | 11 | sometimes it's a big file? |
| 10:59:56 | 12 | A.   It depends on the level of activity of the |
| 11:00:00 | 13 | given person. |
| 11:00:01 | 14 | Q.   And who puts all of those papers in the file? |
| 11:00:14 | 15 | A.   The person that actually, you know, puts it |
| 11:00:17 | 16 | in the thing or -- |
| 11:00:20 | 17 | Q.   Yes. |
| 11:00:21 | 18 | A.   -- or how the file is built up? |
| 11:00:24 | 19 | Q.   First, who actually puts it in the file. |
| 11:00:29 | 20 | A.   The person in charge of the archives, after |
| 11:00:32 | 21 | it comes from the operations department.  And this is |
| 11:00:36 | 22 | the final measure. |
| 11:00:38 | 23 | Q.   And that's a regular part of that person's |
| 11:00:41 | 24 | job in the GIS? |
| 11:00:47 | 25 | A.   Yes.  This is the job. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:00:50 | 1 | Q.   And that person does that -- at the time the |
| 11:00:53 | 2 | file becomes complete, that person puts it in the file, |
| 11:00:58 | 3 | and then the file into the archives? |
| 11:01:08 | 4 | A.   He arranges it in finally within the file, |
| 11:01:11 | 5 | and he gives it a number.  And he preserves the number, |
| 11:01:21 | 6 | the given number on the computer, because if somebody |
| 11:01:26 | 7 | needs to request it. |
| 11:01:31 | 8 | So say Ibrahim Dahbour, his number is 440, |
| 11:01:36 | 9 | so -- so he's in the computerized list.  Ibrahim Dahbour |
| 11:01:40 | 10 | appears with the number 440 in this case.  So there |
| 11:01:47 | 11 | is -- there is no name on my file.  It's a number.  So |
| 11:01:53 | 12 | I know from the number that this is from the computer, |
| 11:01:56 | 13 | Ibrahim Dahbour, and I check it out. |
| 11:02:00 | 14 | Q.   And that file that has been created and is |
| 11:02:04 | 15 | now in the archives, that's what you, as an intelligence |
| 11:02:10 | 16 | officer, would pull to review, to learn about everything |
| 11:02:12 | 17 | you could learn about that person? |
| 11:02:27 | 18 | A.   This file is the main indicator of where we |
| 11:02:31 | 19 | are heading. |
| 11:02:33 | 20 | Let's assume, to use myself as an example, |
| 11:02:39 | 21 | they say we want the dossier of Ibrahim Dahbour.  His |
| 11:02:46 | 22 | number is 440, so they get it out from the archives. |
| 11:02:51 | 23 | And we found that the last information incoming on |
| 11:02:56 | 24 | Ibrahim Dahbour is in 2010.  So here the officers |
| 11:03:02 | 25 | are requested to update the information.  What did |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:03:07 | 1 | he do between 2010 and 2012?  Where was he?  What |
| 11:03:13 | 2 | were his activities and movements? |
| 11:03:16 | 3 | So the information is updated. |
| 11:03:18 | 4 | Q.  And if you want to learn about Ibrahim |
| 11:03:20 | 5 | Dahbour in that situation you gave because you were |
| 11:03:30 | 6 | investigating Ibrahim Dahbour, for starters, you would |
| 11:03:37 | 7 | rely on what's in that file? |
| 11:03:42 | 8 | A.  Correct. |
| 11:03:43 | 9 | Q.  Okay.  In this matter, the file of |
| 11:03:47 | 10 | Mr. Hafez -- |
| 11:03:50 | 11 | MR. SCHOEN:  The first name is Tzadok? |
| 11:03:53 | 12 | OFFICIAL INTERPRETER AGHAZARIAN:  Sadiq Hafez. |
| 11:03:58 | 13 | Q.  BY MR. SCHOEN:  -- Sadiq Hafez, you reviewed |
| 11:03:59 | 14 | that file and produced some documents from that file |
| 11:04:02 | 15 | to defense counsel; correct? |
| 11:04:14 | 16 | A.  Correct. |
| 11:04:15 | 17 | Q.  Do you remember how big that file was, how |
| 11:04:17 | 18 | many documents were in it? |
| 11:04:26 | 19 | A.  I don't remember exactly.  But the dossier |
| 11:04:29 | 20 | is not big. |
| 11:04:31 | 21 | Q.  Maybe ten documents in it? |
| 11:04:39 | 22 | A.  I do not want to speculate. |
| 11:04:41 | 23 | Q.  Good.  Thank you. |
| 11:04:43 | 24 | And the file on Mr. Nazzal, is that a small |
| 11:04:47 | 25 | file, big file, Ra'ed Nazzal? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:04:51 | 1 | A. Ra'ed's file is much bigger. He has much more |
| 11:05:00 | 2 | activities. |
| 11:05:01 | 3 | Q. Any idea how big his file is that you found? |
| 11:05:10 | 4 | A. I don't have the number of papers. But it's |
| 11:05:16 | 5 | a relatively thicker kind of dossier. (Indicating.) |
| 11:05:21 | 6 | MR. SCHOEN: The witness is indicating with |
| 11:05:23 | 7 | his fingers. What would we agree on as the size of |
| 11:05:27 | 8 | that? Is that an inch and a half? |
| 11:05:30 | 9 | OFFICIAL INTERPRETER AGHAZARIAN: It's more |
| 11:05:30 | 10 | than that. |
| 11:05:31 | 11 | MR. SCHOEN: Two inches? |
| 11:05:32 | 12 | OFFICIAL INTERPRETER AGHAZARIAN: Two to three |
| 11:05:32 | 13 | inches. |
| 11:05:33 | 14 | MR. SCHOEN: You willing to go with that one |
| 11:05:34 | 15 | as an estimate? |
| 11:05:35 | 16 | MR. HIBEY: No. |
| 11:05:36 | 17 | MR. SCHOEN: No? Okay. |
| 11:05:36 | 18 | Q. BY MR. SCHOEN: How many centimeters thick |
| 11:05:39 | 19 | would you say the file is? |
| 11:05:42 | 20 | A. I did not measure it. |
| 11:05:44 | 21 | Q. About, if you were to give an estimate? |
| 11:05:58 | 22 | A. Three and a half to four centimeters. |
| 11:05:59 | 23 | Q. Okay. |
| 11:06:01 | 24 | A. More or less. |
| 11:06:03 | 25 | Q. Okay. And you believe you reviewed his entire |

| | | |
|---|---|---|
| 11:06:07 | 1 | file with the GIS? |
| 11:06:14 | 2 | A. From paper to paper, yes, correct. |
| 11:06:17 | 3 | Q. Ra'ed Nazzal was the head of the Ali Abu |
| 11:06:20 | 4 | Mustafa Brigade for the PFLP in Kalkilya; correct? |
| 11:06:36 | 5 | A. This is not a secret. |
| 11:06:38 | 6 | Q. It was well-known? |
| 11:06:45 | 7 | A. He was released from Israeli prisons in |
| 11:06:49 | 8 | September in 1999. And this was the main -- this is |
| 11:06:57 | 9 | a well-known information. |
| 11:06:59 | 10 | Q. That he was PFLP and head of Ali Abu Mustafa |
| 11:07:01 | 11 | Brigade? |
| 11:07:06 | 12 | A. Yes. Correct. |
| 11:07:08 | 13 | Q. And that's one reason his file would be a |
| 11:07:11 | 14 | bigger file; correct? |
| 11:07:16 | 15 | A. As I told you, it depends from person to |
| 11:07:19 | 16 | person. |
| 11:07:20 | 17 | Q. But in his case, that's one of the reasons, |
| 11:07:24 | 18 | because of his PFLP activities, his file was so thick? |
| 11:07:33 | 19 | A. Right. |
| 11:07:34 | 20 | Q. Now, you're aware that the PFLP had an office |
| 11:07:37 | 21 | in Kalkilya; correct? |
| 11:07:43 | 22 | A. Right. |
| 11:07:43 | 23 | Q. They had an office in Kalkilya in the 1990s |
| 11:07:47 | 24 | through today; correct? |
| 11:07:51 | 25 | A. Ra'ed Nazzal? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:07:56 | 1 | Q.   The PFLP had an office in Kalkilya? |
| 11:08:00 | 2 | A.   Yes. |
| 11:08:00 | 3 | Q.   Okay.  And Ra'ed Nazzal worked in that PFLP |
| 11:08:05 | 4 | office in Kalkilya; correct? |
| 11:08:08 | 5 | A.   No. |
| 11:08:09 | 6 | Q.   Where did Ra'ed Nazzal work?  Do you know? |
| 11:08:14 | 7 | A.   Ra'ed Nazzal -- after being released from |
| 11:08:20 | 8 | the Israeli prison, most of the people who had military |
| 11:08:29 | 9 | activity were absorbed, recruited by the PA, in order |
| 11:08:35 | 10 | to distance them from armed activity.  And Ra'ed Nazzal |
| 11:08:41 | 11 | was one of the people who were recruited for the |
| 11:08:48 | 12 | national security organ, apparatus. |
| 11:08:52 | 13 | I have no idea how many years he served in |
| 11:08:55 | 14 | this capacity.  But, currently, according to the best |
| 11:09:02 | 15 | of my knowledge, he doesn't get any salary or allowances |
| 11:09:08 | 16 | now. |
| 11:09:09 | 17 | Q.   When you say "now," you mean at that time? |
| 11:09:20 | 18 | A.   About Ra'ed, I'm not exactly sure.  But the |
| 11:09:27 | 19 | information I have, that he was murdered in 2002 -- |
| 11:09:32 | 20 | Q.   When you say about Ra'ed you're not sure -- |
| 11:09:35 | 21 | A.   -- in April. |
| 11:09:36 | 22 | Q.   -- you mean you're not sure whether he |
| 11:09:38 | 23 | was paid money, how much money he was paid by the |
| 11:09:42 | 24 | government; correct? |
| 11:09:45 | 25 | A.   Correct. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

11:09:46   1        Q.   All right.  Was there only one PFLP office
11:10:02   2   in Kalkilya?
11:10:05   3        A.   Yes.
11:10:05   4        Q.   Where was it?
11:10:10   5        A.   On the main road leading to Jaljoulieh, that
11:10:15   6   has been since then shut down, this road.
11:10:18   7        Q.   The road has been shut down?
11:10:23   8        A.   It has been closed.  Because they just kept
11:10:27   9   one crossing point into Israel.  At first there was
11:10:34  10   through Taibeh and Jaljoulieh and Kfar Saba.  So when
11:10:45  11   the Intifada erupted in 2000, they broke the -- these
11:10:53  12   roads, all of them.  They just kept Kafr Kassem --
11:10:57  13   sorry.  They just kept the road that goes through
11:11:00  14   Kafr Kassem.  They call it Tzomet area.
11:11:13  15        Q.   But as far as you know from the period, let's
11:11:15  16   just say 1998 through 2002, there was just one PFLP
11:11:25  17   office in Kalkilya operating?
11:11:31  18        A.   Yes.
11:11:32  19        Q.   Okay.  And do you know whether the PFLP owned
11:11:36  20   or operated other buildings in Kalkilya?
11:11:52  21        A.   To the best of my knowledge, no.
11:11:56  22        Q.   Do you know who was working in the PFLP office
11:11:59  23   in Kalkilya, let's say between the years 1998 and 2002?
11:12:19  24        A.   Margaret and Manala Rai, these are two women.
11:12:31  25   Margaret Rai and Manala Rai.  Shaher, after he was

| | | |
|---|---|---|
| 11:12:33 | 1 | released by the PA, he came to this office.  He was |
| 11:12:42 | 2 | wanted by the Israelis, and he left the office because |
| 11:12:49 | 3 | he was wanted by the Israelis.  Only these two women |
| 11:12:54 | 4 | stayed. |
| 11:12:55 | 5 | Q.   When you say Shaher, you mean Shaher Al-Rai? |
| 11:13:02 | 6 | A.   Shaher Rai, yes. |
| 11:13:05 | 7 | Q.   You mentioned the name Yusef. |
| 11:13:07 | 8 | That's also Yusef Al-Rai? |
| 11:13:11 | 9 | A.   His brother. |
| 11:13:13 | 10 | Q.   Yes.  That's who you were referring to? |
| 11:13:16 | 11 | A.   Yes. |
| 11:13:18 | 12 | Q.   Shaher and Yusef Al-Rai also were PFLP; right? |
| 11:13:33 | 13 | A.   This is very well-known.  Correct. |
| 11:13:35 | 14 | Q.   And the two women who worked in the office you |
| 11:13:39 | 15 | mentioned, they're also PFLP? |
| 11:13:46 | 16 | A.   Logically, of course, yes. |
| 11:13:48 | 17 | Q.   Do you know who their husbands were? |
| 11:14:00 | 18 | A.   One is married to Yusef, and the other |
| 11:14:04 | 19 | is married to Shaher.  But I don't know whether it's |
| 11:14:08 | 20 | Margaret or Manala, which.  But they were both married |
| 11:14:12 | 21 | to the -- Yusef and Shaher. |
| 11:14:15 | 22 | Q.   And do you know that the building that was |
| 11:14:18 | 23 | used for the PFLP office was owned by a Mr. Zaid? |
| 11:14:22 | 24 | MR. SCHOEN:  I didn't say "Yusef."  "Mister," |
| 11:14:22 | 25 | Mr. Zaid. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:14:29 | 1 | (Pending question re-translated.) |
| 11:14:30 | 2 | THE WITNESS: Is it in 2002, if I knew this, |
| 11:14:35 | 3 | or now, currently? |
| 11:14:38 | 4 | Q. BY MR. SCHOEN: I'm asking you now if you |
| 11:14:38 | 5 | know. |
| 11:14:42 | 6 | A. Now, yes. |
| 11:14:43 | 7 | Q. And did you know that in 2000 and 2002? |
| 11:14:46 | 8 | A. No. In 2002, I didn't. |
| 11:14:48 | 9 | Q. But during those periods, 1998 to 2002, you |
| 11:14:51 | 10 | knew that these people who we've mentioned, Shaher, |
| 11:14:56 | 11 | Yusef, the two women, Nazzal, were all PFLP? |
| 11:15:11 | 12 | A. Of course. |
| 11:15:23 | 13 | Q. If you recall, when is it -- around what |
| 11:15:26 | 14 | year did Shaher and Yusef Al-Rai leave Kalkilya? |
| 11:15:32 | 15 | You mentioned they left Kalkilya. Around |
| 11:15:34 | 16 | what year did they leave? |
| 11:15:41 | 17 | A. No, I don't recall. Exactly which year, |
| 11:15:46 | 18 | I don't recall. |
| 11:15:47 | 19 | Q. If you wanted to find out -- strike that. |
| 11:15:50 | 20 | Strike that. |
| 11:15:51 | 21 | Shaher and Yusef Al-Rai were put in jail |
| 11:15:57 | 22 | at some point in Jericho; correct? |
| 11:16:03 | 23 | A. In the GIS prison, yes. |
| 11:16:10 | 24 | Q. Jericho, that's the -- Jericho? |
| 11:16:12 | 25 | A. Correct. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:16:13 | 1 | Q. Do you know how long they were kept in that |
| 11:16:16 | 2 | prison? |
| 11:16:21 | 3 | A. Not exactly, but I believe almost seven years. |
| 11:16:25 | 4 | Q. And do you know when they were released from |
| 11:16:28 | 5 | that prison? |
| 11:16:32 | 6 | A. 2001. 2001. |
| 11:16:38 | 7 | Q. How do you know it was 2001? |
| 11:16:42 | 8 | A. From the dossier. |
| 11:16:44 | 9 | Q. There is a dossier for Shaher Al-Rai? |
| 11:16:49 | 10 | A. Yes. |
| 11:16:52 | 11 | Q. And for Yusef Al-Rai? |
| 11:16:53 | 12 | A. Yes. |
| 11:16:57 | 13 | Q. And are those dossiers kept in the Kalkilya |
| 11:17:01 | 14 | GIS office? |
| 11:17:04 | 15 | A. Yes. |
| 11:17:04 | 16 | Q. Have you reviewed those dossiers? |
| 11:17:07 | 17 | A. Yes. |
| 11:17:08 | 18 | Q. When did you review them? |
| 11:17:16 | 19 | A. Yesterday, Tuesday. |
| 11:17:18 | 20 | Q. I see. You found those files there Tuesday |
| 11:17:21 | 21 | and -- |
| 11:17:25 | 22 | A. I know that they have dossiers, but I have |
| 11:17:26 | 23 | scrutinized them yesterday. |
| 11:17:27 | 24 | Q. That you found them in the -- in the regular |
| 11:17:36 | 25 | archives? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:17:37 | 1 | A.   Yes. |
| 11:17:42 | 2 | Q.   Would you characterize the file on Shaher |
| 11:17:45 | 3 | Al-Rai as a large one also? |
| 11:17:52 | 4 | A.   Yes. |
| 11:17:53 | 5 | Q.   Larger than Nazzal or smaller than Nazzal? |
| 11:17:57 | 6 | A.   Thicker than Nazzal.  Because there was |
| 11:18:01 | 7 | interrogation and there was more follow-up, so it's |
| 11:18:02 | 8 | a bigger file.  And there were confessions on him. |
| 11:18:09 | 9 | And then his family protested, and there was a lot |
| 11:18:14 | 10 | of headaches.  So the file is bigger. |
| 11:18:18 | 11 | Because the person that made a confession |
| 11:18:22 | 12 | with the Israelis on him, he withdrew his confession. |
| 11:18:30 | 13 | And after the person that confessed left the Israeli |
| 11:18:36 | 14 | prison, while they remained -- you know, the man in |
| 11:18:40 | 15 | Israel was released, but they remained in the PA prison. |
| 11:18:45 | 16 | Q.   The two Al-Rais -- |
| 11:18:46 | 17 | (Comment in Arabic by the witness.) |
| 11:18:47 | 18 | Q.   BY MR. SCHOEN:  Sorry.  The two Al-Rais |
| 11:18:47 | 19 | remained in the Jericho prison? |
| 11:18:51 | 20 | A.   Yes. |
| 11:18:52 | 21 | Q.   Do you know Muhammad Nazzal? |
| 11:19:02 | 22 | A.   There are so many Muhammads. |
| 11:19:06 | 23 | Q.   In Kalkilya, there are many? |
| 11:19:09 | 24 | A.   Muhammad, Ahmed, Mahmoud.  That's a very |
| 11:19:16 | 25 | common name. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:19:33 | 1 | Q.   I hope I can get a more full name so I can |
| 11:19:39 | 2 | ask you a better question about Muhammad Nazzal.  Okay. |
| 11:19:42 | 3 | A.   If you tell me what he is working, and so |
| 11:19:49 | 4 | maybe that will be -- that would help to know which |
| 11:19:53 | 5 | Muhammad you mean. |
| 11:19:56 | 6 | Q.   I'll try to give as much information as I can. |
| 11:20:16 | 7 | I want to ask you if you recognize these |
| 11:20:20 | 8 | names, and if you do, tell me what you know about these |
| 11:20:28 | 9 | people. |
| 11:20:29 | 10 | Maher Al-Rai? |
| 11:20:32 | 11 | A.   Popular Front. |
| 11:20:40 | 12 | Q.   Is Popular Front -- a PFLP person, member? |
| 11:20:45 | 13 | A.   Yes. |
| 11:20:46 | 14 | Q.   Who lives in Kalkilya? |
| 11:20:48 | 15 | A.   Yes. |
| 11:20:49 | 16 | Q.   Is there a GIS file on him? |
| 11:20:55 | 17 | A.   Yes. |
| 11:20:58 | 18 | Q.   Ahmed Al-Rai? |
| 11:20:58 | 19 | A.   There are two Ahmeds.  Specify which you are |
| 11:21:05 | 20 | referring to. |
| 11:21:05 | 21 | Q.   You -- |
| 11:21:05 | 22 | A.   If you mean the guy who belongs to the PFLP, |
| 11:21:15 | 23 | yes.  He is married to the sister -- he is married to |
| 11:21:21 | 24 | the sister of Ra'ed, if that's the one you refer to. |
| 11:21:27 | 25 | Q.   She is an in-law to Al-Rai? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:21:31 | 1 | A.   Yes. |
| 11:21:32 | 2 | Q.   Is there a file on that person? |
| 11:21:37 | 3 | A.   PFLP, yes. |
| 11:21:38 | 4 | Q.   The GIS has a file on that person? |
| 11:21:41 | 5 | A.   Yes. |
| 11:21:45 | 6 | Q.   Nuradin Adnan Sa'id Daoud, also known as |
| 11:21:53 | 7 | Teetan? |
| 11:21:55 | 8 | A.   Yes. |
| 11:21:59 | 9 | Q.   PFLP? |
| 11:22:00 | 10 | A.   Yes.  He was imprisoned by the Israelis, you |
| 11:22:06 | 11 | know, of course. |
| 11:22:08 | 12 | Q.   He lives in Kalkilya? |
| 11:22:09 | 13 | A.   Yes. |
| 11:22:10 | 14 | Q.   All of these people I've mentioned live in |
| 11:22:12 | 15 | Kalkilya; correct? |
| 11:22:14 | 16 | A.   All of them, yes. |
| 11:22:16 | 17 | Q.   Is there a file, GIS file, on Teetan thus far? |
| 11:22:18 | 18 | A.   Yes. |
| 11:22:22 | 19 | Q.   Large file? |
| 11:22:25 | 20 | A.   I don't recall.  But everybody engaged in |
| 11:22:28 | 21 | political activity has a file. |
| 11:22:31 | 22 | Q.   Muhammad Jabber? |
| 11:22:31 | 23 | OFFICIAL INTERPRETER AGHAZARIAN:  "Jabber." |
| 11:22:33 | 24 | OFFICIAL INTERPRETER RABINOVITCH:  "Jabber" |
| 11:22:33 | 25 | or "Jaber"? |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:22:33 | 1 | MR. SCHOEN:  "Jabber." |
| 11:22:33 | 2 | OFFICIAL INTERPRETER AGHAZARIAN:  "Muhammad |
| 11:22:33 | 3 | Jabber." |
| 11:22:33 | 4 | THE WITNESS:  I don't know him. |
| 11:22:42 | 5 | Q.   BY MR. SCHOEN:  Taqsin El-Adel? |
| 11:22:48 | 6 | A.   Taqsin El-Adel.  "Improving justice," that's |
| 11:22:56 | 7 | what the word means. |
| 11:22:58 | 8 | Q.   Oh.  Do you know that person? |
| 11:23:01 | 9 | A.   He is imprisoned by the Israelis.  PFLP. |
| 11:23:03 | 10 | He is incarcerated. |
| 11:23:05 | 11 | Q.   Is there a file on him, GIS file? |
| 11:23:08 | 12 | A.   Yes. |
| 11:23:09 | 13 | Q.   Shaher A'amar? |
| 11:23:09 | 14 | OFFICIAL INTERPRETER AGHAZARIAN:  Al-Amar? |
| 11:23:10 | 15 | MR. SCHOEN:  A'amar. |
| 11:23:10 | 16 | (Brief exchange in Arabic among Official |
| 11:23:10 | 17 | Interpreter Rabinovitch, Official Interpreter |
| 11:23:10 | 18 | Aghazarian, Check Interpreter Hazou, and |
| 11:23:10 | 19 | Mr. Spitzen.) |
| 11:23:10 | 20 | OFFICIAL INTERPRETER RABINOVITCH:  Amer? |
| 11:23:10 | 21 | THE WITNESS:  I don't know him. |
| 11:23:26 | 22 | Q.   BY MR. SCHOEN:  Doesn't ring a bell? |
| 11:23:37 | 23 | A.   I don't recall him. |
| 11:23:41 | 24 | Q.   Anis Shanti? |
| 11:23:46 | 25 | A.   Anis Douri? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:23:51 | 1 | Q.   Shanti. |
| 11:23:54 | 2 | A.   Shanti? |
| 11:23:54 | 3 | Anis Douri is known to be PFLP. |
| 11:24:00 | 4 | MR. SCHOEN:  "Is known to be"? |
| 11:24:00 | 5 | OFFICIAL INTERPRETER AGHAZARIAN:  "A PFLP |
| 11:24:00 | 6 | member." |
| 11:24:00 | 7 | Q.   BY MR. SCHOEN:  Also in Kalkilya? |
| 11:24:00 | 8 | CHECK INTERPRETER HAZOU:  But he said: |
| 11:24:02 | 9 | "Shanti, no." |
| 11:24:05 | 10 | Q.   BY MR. SCHOEN:  Shanti, no? |
| 11:24:05 | 11 | A.   Shanti, no. |
| 11:24:05 | 12 | Q.   And is there a GIS file on this Anis Douri, |
| 11:24:11 | 13 | PFLP guy? |
| 11:24:12 | 14 | A.   Yes.  Douri, not Shanti. |
| 11:24:12 | 15 | Q.   Douri, yeah, yeah. |
| 11:24:12 | 16 | And Ahmed Awani?  Awani. |
| 11:24:14 | 17 | A.   I don't know.  I mean, the names don't -- |
| 11:24:30 | 18 | Q.   (Not translated.)  Not a familiar name?  At |
| 11:24:33 | 19 | least the way I'm pronouncing it, it's not a familiar |
| 11:24:37 | 20 | name? |
| 11:24:37 | 21 | MR. SCHOEN:  You have to translate it. |
| 11:24:37 | 22 | (Pending question translated.) |
| 11:24:37 | 23 | THE WITNESS:  (Witness shakes head in the |
| 11:24:37 | 24 | negative.) |
| 11:24:37 | 25 | OFFICIAL INTERPRETER AGHAZARIAN:  Sorry. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
11:24:44    1              MR. SCHOEN:  My -- since I don't read the
11:24:48    2    language --
11:24:51    3              MR. HALLER:  Muhammad Nazzal that we're
11:24:54    4    referring to, one of them is Muhammad Wasif Abdel
11:24:55    5    Rahman Nazzal.
11:24:55    6              (Simultaneous colloquy among Official
11:24:55    7         Interpreter Aghazarian, Official Interpreter
11:24:55    8         Rabinovitch, Check Interpreter Hazou, and
11:24:55    9         Mr. Haller.)
11:24:55   10              THE COURT REPORTER:  I'm sorry.  Are you
11:24:55   11    speaking for the record?  Because I didn't hear what
11:24:55   12    you said.
11:24:55   13              MR. HIBEY:  Would you take some control of
11:24:55   14    this?  Could you take some control of this?
11:24:55   15              MR. SCHOEN:  Yes.
11:24:55   16              MR. HIBEY:  Because this is --
11:24:55   17              (Simultaneous colloquy among Mr. Haller,
11:24:55   18         Mr. Leitner, Official Interpreter Rabinovitch,
11:24:55   19         and Check Interpreter Hazou.)
11:25:26   20              MR. SCHOEN:  Stop.  Stop, please.  Stop.  We
11:25:26   21    can't have other people speaking into the record.  She's
11:25:30   22    trying to keep a record, so only I can speak.  But if --
11:25:31   23    I know the problem is an innocent one because I can't
11:25:35   24    pronounce the words.  I appreciate the help, but we
11:25:38   25    won't have a clean record if anyone else speaks.
```

| | | |
|---|---|---|
| 11:25:41 | 1 | So if you want to tell me a name, I'm happy |
| 11:25:43 | 2 | to transmit that name or any other word.  Feel free to |
| 11:25:47 | 3 | tell me, please.  Thank you. |
| 11:25:49 | 4 | Q.   BY MR. SCHOEN:  This name that you were given |
| 11:25:58 | 5 | for this Nazzal, Muhammad or Mahmoud Nazzal, the name |
| 11:26:03 | 6 | that was just given. |
| 11:26:04 | 7 | A.   Muhammad Mahmoud Nazzal? |
| 11:26:04 | 8 | Q.   Yes. |
| 11:26:08 | 9 | A.   He is the owner of the office that he rented |
| 11:26:11 | 10 | to the PFLP.  He owns the office, Muhammad Mahmoud |
| 11:26:17 | 11 | Nazzal. |
| 11:26:21 | 12 | Q.   Or he is in the family of the -- you know that |
| 11:26:23 | 13 | Mr. Zaid owns the office? |
| 11:26:33 | 14 | A.   Yes.  Muhammad Mahmoud Zaid. |
| 11:27:03 | 15 | Q.   Yes.  Okay. |
| 11:27:04 | 16 | Do you recognize this name:  Muhammad Wahid |
| 11:27:06 | 17 | Abdel Rahman Nazzal? |
| 11:27:12 | 18 | A.   No.  I don't know who it is. |
| 11:27:15 | 19 | Q.   Okay. |
| 11:27:16 | 20 | A.   No. |
| 11:27:19 | 21 | Q.   I'd like to show you some documents. |
| 11:27:24 | 22 | MR. SCHOEN:  Mr. Hibey, I'm going to show him |
| 11:27:28 | 23 | the documents that we were provided on September 10th |
| 11:27:40 | 24 | by the defense -- |
| | 25 | // |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:27:41 | 1 | (Comment in Arabic by Check Interpreter |
| 11:27:41 | 2 | Hazou.) |
| 11:27:41 | 3 | OFFICIAL INTERPRETER RABINOVITCH:  "September |
| 11:27:41 | 4 | 10th." |
| 11:27:57 | 5 | MR. SCHOEN:  -- by e-mail.  And I represent |
| 11:28:00 | 6 | to you that, in his e-mail to me, Mr. McAleer wrote |
| 11:28:05 | 7 | that documents Bates stamped 51 to 54 would be documents |
| 11:28:16 | 8 | about which Mr. Dahbour would have information and that |
| 11:28:25 | 9 | could be shown to him during the examination, if you |
| 11:28:29 | 10 | want. |
| 11:28:33 | 11 | Without going into detail, I would just |
| 11:28:38 | 12 | reiterate what I said yesterday.  I had not been able -- |
| 11:28:39 | 13 | I don't know what these documents say because I can't |
| 11:28:39 | 14 | read Arabic.  I haven't had a chance to have them review |
| 11:28:52 | 15 | the documents and tell me in detail.  Mr. Haller doesn't |
| 11:28:56 | 16 | have sufficient -- I understand Mr. Haller does not have |
| 11:28:57 | 17 | sufficient Arabic background to read them. |
| 11:29:01 | 18 | MR. HIBEY:  That's -- look.  Finish your |
| 11:29:03 | 19 | statement.  Thank you. |
| 11:29:05 | 20 | MR. SCHOEN:  I don't really have anything |
| 11:29:06 | 21 | more to say.  I'm just telling you:  I don't know what |
| 11:29:07 | 22 | the documents say when I show them to the witness. |
| 11:29:07 | 23 | MR. HIBEY:  You clearly have the capability |
| 11:29:12 | 24 | on your side to do that.  I myself have heard Mr. Haller |
| 11:29:17 | 25 | talk about the grammar and syntax of Arabic.  He |

| | | |
|---|---|---|
| 11:29:20 | 1 | certainly can read it.  He understands it.  He has |
| 11:29:24 | 2 | demonstrated that to me on occasion over the five-plus |
| 11:29:29 | 3 | years we've been engaged in litigation. |
| 11:29:31 | 4 | Obviously, the gentleman next to him, who |
| 11:29:34 | 5 | is here as a consulting expert, speaks with a dialect |
| 11:29:38 | 6 | in Arabic that suggests to me that it isn't just picked |
| 11:29:42 | 7 | up in the first 20 lessons of primary Arabic.  I think |
| 11:29:48 | 8 | we have to be -- we have to be clear about this. |
| 11:29:50 | 9 | With respect to your own facility, I accept |
| 11:29:54 | 10 | any representation you make about your own abilities |
| 11:29:58 | 11 | in whatever language is being advanced in the course |
| 11:30:04 | 12 | of review of documents and things like that.  But |
| 11:30:08 | 13 | please understand that we have a serious disagreement |
| 11:30:15 | 14 | about your immediate capability to translate the |
| 11:30:19 | 15 | materials that you did receive. |
| 11:30:22 | 16 | Now, I presume also that there are no |
| 11:30:26 | 17 | translations that are going to be offered to us in |
| 11:30:30 | 18 | English of these materials. |
| 11:30:33 | 19 | MR. SCHOEN:  The materials that you provided |
| 11:30:34 | 20 | to us in Arabic? |
| 11:30:37 | 21 | MR. HIBEY:  Correct. |
| 11:30:39 | 22 | MR. SCHOEN:  Correct. |
| 11:30:39 | 23 | MR. HIBEY:  All right.  We will object to |
| 11:30:40 | 24 | the use -- in the absence of a document that's going |
| 11:30:44 | 25 | to be used in this deposition, because they have to be |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:30:46 | 1 | translated by you for us -- in the use of the materials |
| 11:30:52 | 2 | in the deposition that you're convening. |
| 11:30:56 | 3 | With that said, I think we can go forward. |
| 11:31:01 | 4 | MR. SCHOEN:  Let me be clear.  We have no |
| 11:31:03 | 5 | English translations of the documents that you provided |
| 11:31:06 | 6 | to us in Arabic.  And further, Mr. McAleer represented |
| 11:31:09 | 7 | to me that you have no English translations -- |
| 11:31:15 | 8 | MR. HIBEY:  That is correct. |
| 11:31:15 | 9 | MR. SCHOEN:  -- of those documents. |
| 11:31:15 | 10 | MR. HIBEY:  We got them that quickly, as |
| 11:31:18 | 11 | it's already been testified to, and turned them over |
| 11:31:20 | 12 | to you.  So we have not had the opportunity to get any |
| 11:31:24 | 13 | translation.  And as you well know, our time has been |
| 11:31:28 | 14 | occupied by the work that has brought us together this |
| 11:31:32 | 15 | past week. |
| 11:31:33 | 16 | MR. SCHOEN:  In fairness, Mr. Hibey, that's |
| 11:31:38 | 17 | a two-way street.  We also have been occupied.  And |
| 11:31:38 | 18 | if you suggest that we have an opportunity, I would |
| 11:31:40 | 19 | suggest to you that you have had an opportunity. |
| 11:31:44 | 20 | And, frankly, I know that you have not |
| 11:31:46 | 21 | misspoken intentionally in any regard, and I'm |
| 11:31:51 | 22 | not sure what you meant by you'd just received |
| 11:31:53 | 23 | the documents.  But we examined a witness yesterday |
| 11:31:54 | 24 | who testified that the indication on the document, |
| 11:31:54 | 25 | as he read it, was that that document had been printed |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:31:54 | 1 | on the 5th of September.  Now, we both may agree that |
| 11:32:00 | 2 | that's also within the recent past. |
| 11:32:02 | 3 | I just want to be clear. |
| 11:32:04 | 4 | MR. HIBEY:  Well, no, I understand.  But it |
| 11:32:06 | 5 | presumes something else with respect to our receipt of |
| 11:32:08 | 6 | that document.  And I stand by what I said, and I'm not |
| 11:32:12 | 7 | going to elaborate any further.  Let's proceed. |
| 11:32:15 | 8 | MR. SCHOEN:  Yes.  We'll leave it that we do |
| 11:32:17 | 9 | have a serious disagreement on this. |
| 11:32:19 | 10 | MR. HIBEY:  We have a serious disagreement, we |
| 11:32:21 | 11 | have a standing objection, and we have a demand that the |
| 11:32:25 | 12 | documents that you are using should have been translated |
| 11:32:27 | 13 | by you.  You have -- your side having the capacity to do |
| 11:32:31 | 14 | that, the capability of doing that, in order to advance |
| 11:32:34 | 15 | it before the witness and before a court in the United |
| 11:32:38 | 16 | States. |
| 11:32:38 | 17 | MR. SCHOEN:  Mr. Hibey, I think that |
| 11:32:41 | 18 | assertion shows tremendous chutzpah.  You have provided |
| 11:32:44 | 19 | the documents to us in Arabic when they were provided. |
| 11:32:48 | 20 | Mr. McAleer suggested, in his e-mail, that those |
| 11:32:52 | 21 | documents be shown to this witness.  And that's what |
| 11:32:55 | 22 | I'm doing. |
| 11:32:57 | 23 | MR. HIBEY:  I'm not -- I'm having trouble |
| 11:32:58 | 24 | with you showing the document to the witness.  I'm |
| 11:33:00 | 25 | having trouble with you using the document in its -- |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 11:33:02 | 1 | in a deposition where I have to sit here and not know |
| 11:33:05 | 2 | what the Arabic is or what the English is of the Arabic. |
| 11:33:09 | 3 | MR. SCHOEN:  Just as I don't know. |
| 11:33:11 | 4 | MR. HIBEY:  Well, this ought to be a very |
| 11:33:13 | 5 | interesting excursion by both of us.  Let's see. |
| 11:33:16 | 6 | You have my objection. |
| 11:33:20 | 7 | MR. SCHOEN:  I know you weren't here |
| 11:33:22 | 8 | yesterday.  I said yesterday on the record that I |
| 11:33:24 | 9 | have a continuing objection to even having to examine |
| 11:33:27 | 10 | these witnesses with these documents like this.  And |
| 11:33:30 | 11 | that goes for all of the depositions after September |
| 11:33:34 | 12 | 10th. |
| 11:33:36 | 13 | MR. HIBEY:  Well, that's noted.  I believe |
| 11:33:36 | 14 | that that's noted yesterday. |
| 11:33:36 | 15 | Q.   BY MR. SCHOEN:  I'm going to show you, |
| 11:33:36 | 16 | mister -- |
| 11:33:43 | 17 | MR. HIBEY:  Excuse me, I hate -- I don't like |
| 11:33:44 | 18 | to interrupt.  I really don't. |
| 11:33:44 | 19 | Are we marking anything? |
| 11:33:45 | 20 | MR. SCHOEN:  Yes. |
| 11:33:46 | 21 | MR. HIBEY:  I say that so that I can -- so |
| 11:33:49 | 22 | that we know at least what -- |
| 11:33:52 | 23 | MR. SCHOEN:  Yes.  As I said before, |
| 11:33:54 | 24 | Mr. McAleer suggested I take Bates stamped documents |
| 11:33:59 | 25 | 51 through 54 and show them to Mr. Dahbour to learn |

| | | |
|---|---|---|
| 11:34:03 | 1 | more about the documents.  That's what I'm doing now. |
| 11:34:05 | 2 | And we'll mark those as Exhibit A to |
| 11:34:08 | 3 | Mr. Dahbour's deposition.  And those are defense |
| 11:34:11 | 4 | Bates stamp numbers 51, 52, 53, and 54. |
| 11:34:18 | 5 | MR. HIBEY:  Are all "A"? |
| 11:34:20 | 6 | MR. SCHOEN:  Yes, these are all "A."  I'm |
| 11:34:21 | 7 | marking it as one unit.  All four pages are Exhibit A. |
| 11:34:52 | 8 | MR. HIBEY:  Just give me a moment to keep |
| 11:34:52 | 9 | track. |
| 11:34:52 | 10 | (I. Dahbour Exhibit A marked.) |
| 11:34:58 | 11 | MR. HIBEY:  Now -- |
| 11:34:58 | 12 | THE COURT REPORTER:  One moment, Counsel. |
| 11:34:58 | 13 | MR. HIBEY:  May I ask you one other question? |
| 11:34:58 | 14 | Do you intend to mark by the letter? |
| 11:34:58 | 15 | This is housekeeping.  This -- if you want |
| 11:34:58 | 16 | to take your hands off, you can do it.  This if off |
| 11:34:58 | 17 | the record. |
| 11:34:58 | 18 | MR. SCHOEN:  It goes by letter. |
| 11:35:03 | 19 | MR. HIBEY:  By letter?  Okay.  I didn't know. |
| 11:35:03 | 20 | This is the first one I've been in with you where you |
| 11:35:03 | 21 | actually -- |
| 11:35:03 | 22 | MR. SCHOEN:  Do you prefer number?  I'll use |
| 11:35:03 | 23 | number. |
| 11:35:08 | 24 | MR. HIBEY:  No, no.  I -- |
| 11:35:08 | 25 | MR. SCHOEN:  Okay.  We'll use letters. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:35:08 | 1 | MR. HIBEY:  What's happening there? |
| 11:35:13 | 2 | MR. SCHOEN:  Now, the last question is -- it |
| 11:35:15 | 3 | shows the tape has a very short time on it. |
| 11:35:18 | 4 | MR. HIBEY:  Do you want to take the break now? |
| 11:35:19 | 5 | MR. SCHOEN:  Take the break now, put a new |
| 11:35:19 | 6 | tape in?  Should we just put a new tape in and not |
| 11:35:22 | 7 | break? |
| 11:35:25 | 8 | MR. HIBEY:  Well -- |
| 11:35:25 | 9 | MR. SCHOEN:  We'll break for five minutes. |
| 11:35:26 | 10 | MR. HIBEY:  I can -- we can do that.  I think |
| 11:35:26 | 11 | he's well enough to proceed, and Amy is anxious so she'd |
| 11:35:31 | 12 | like to go on. |
| 11:35:33 | 13 | MR. SCHOEN:  Okay.  I hear that people have to |
| 11:35:33 | 14 | go to the bathroom.  Five minutes and only five minutes, |
| 11:35:37 | 15 | and we'll come right back. |
| 11:35:40 | 16 | THE VIDEOGRAPHER:  Going off the record at |
| 11:35:42 | 17 | 11:36. |
| 11:40:23 | 18 | (Recess from 11:36 a.m. to 11:46 a.m.) |
| 11:45:44 | 19 | THE VIDEOGRAPHER:  On the record at 11:46. |
| 11:45:46 | 20 | Q.   BY MR. SCHOEN:  Mr. Dahbour, I want to show |
| 11:45:53 | 21 | you what was marked as Exhibit A, already described as |
| 11:46:00 | 22 | a four-page document, Bates stamped.  And by that, I |
| 11:46:06 | 23 | mean this number down here.  (Indicating.)  It's just |
| 11:46:10 | 24 | a number that the defense put on the paper so they can |
| 11:46:18 | 25 | keep track of documents that they can turn over.  They |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:46:21 | 1 | give them each a number called a Bates stamp.  So this |
| 11:46:25 | 2 | is 51 through 54, Exhibit A. |
| 11:46:30 | 3 | I'd ask you to look at that document, all four |
| 11:46:35 | 4 | pages, and tell me if you recognize that document. |
| 11:46:51 | 5 | A.   (Examining.)  Yes, I know it. |
| 11:46:53 | 6 | Q.   What is that document?  Or if the pages are -- |
| 11:46:59 | 7 | reflect different documents, tell me what each page is. |
| 11:47:10 | 8 | A.   This document? |
| 11:47:13 | 9 | Q.   Page 51. |
| 11:47:19 | 10 | A.   Yes.  This is a request for a security search |
| 11:47:27 | 11 | about Sadiq Hafez -- Abdel Hafez -- Sadiq Abdul Hafez. |
| 11:47:28 | 12 | This is a request from the Ramallah GIS, because |
| 11:47:41 | 13 | this person at the time was studying at the Qalandia |
| 11:47:44 | 14 | vocational school.  And as I told you, any student that |
| 11:47:54 | 15 | moves from district to district, we have to pursue the |
| 11:47:59 | 16 | matter. |
| 11:48:02 | 17 | So the GIS of Ramallah are requesting a |
| 11:48:06 | 18 | security search about his file. |
| 11:48:09 | 19 | Q.   Is there a date on that document? |
| 11:48:14 | 20 | A.   The 2nd of July, 2001. |
| 11:48:18 | 21 | Q.   Okay.  And what does that date mean?  Is that |
| 11:48:21 | 22 | when the request would have come to -- |
| 11:48:27 | 23 | A.   This is the date of the request itself -- |
| 11:48:30 | 24 | Q.   Have you seen -- |
| 11:48:30 | 25 | A.   -- the way it has been sent by them. |

| | | |
|---|---|---|
| 11:48:33 | 1 | Q.   Have you seen that document before? |
| 11:48:36 | 2 | A.   Of course. |
| 11:48:39 | 3 | Q.   Have you -- |
| 11:48:40 | 4 | A.   I have it in the file. |
| 11:48:41 | 5 | Q.   Okay.  So these documents, the four pages in |
| 11:48:44 | 6 | front of you, all came from Hafez's file? |
| 11:48:54 | 7 | A.   Sadiq. |
| 11:48:56 | 8 | Q.   And that's the file you reviewed? |
| 11:49:01 | 9 | A.   Yes. |
| 11:49:05 | 10 | Q.   And you removed those documents from the file? |
| 11:49:08 | 11 | A.   Yes. |
| 11:49:09 | 12 | Q.   Made copies? |
| 11:49:12 | 13 | A.   Yes. |
| 11:49:14 | 14 | Q.   And provided them to the defense? |
| 11:49:17 | 15 | A.   Yes. |
| 11:49:17 | 16 | Q.   Did you provide the defense with everything |
| 11:49:21 | 17 | that was in Mr. Hafez's file? |
| 11:49:25 | 18 | A.   Yes. |
| 11:49:25 | 19 | Q.   You don't remember, though, how many documents |
| 11:49:31 | 20 | that was? |
| 11:49:32 | 21 | A.   I don't. |
| 11:49:33 | 22 | Q.   Okay.  Next sheet, 52. |
| 11:49:47 | 23 | A.   Let's tackle 52 and 53 together.  Combine |
| 11:49:50 | 24 | them. |
| 11:49:51 | 25 | Q.   Good. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:49:55 | 1 | A. As the work of GIS, this letter was dispatched |
| 11:49:59 | 2 | from Ramallah. It entered into the section of the |
| 11:50:05 | 3 | operations. The operations requested a security |
| 11:50:11 | 4 | search from the field. And so we had these two |
| 11:50:18 | 5 | search warrants. From the field, these reports came. |
| 11:50:24 | 6 | After we received these from the field, the |
| 11:50:27 | 7 | head of the operations came. He summarized these two |
| 11:50:33 | 8 | documents and responded to the Ramallah GIS with this |
| 11:50:37 | 9 | letter. |
| 11:50:38 | 10 | Q. What number is this, his -- |
| 11:50:40 | 11 | A. 54. |
| 11:50:54 | 12 | Q. Number 54 is the supervisor's summary. |
| 11:51:01 | 13 | Let me stop you one second, if I might. |
| 11:51:06 | 14 | Pages 52, 53, and 54, are they in printing |
| 11:51:14 | 15 | or handwriting? |
| 11:51:18 | 16 | A. I said it clearly. This came from the field |
| 11:51:23 | 17 | by handwriting. |
| 11:51:25 | 18 | Q. That's 52? |
| 11:51:27 | 19 | A. 52 and 53 is coming from the field. It's in |
| 11:51:31 | 20 | handwriting. |
| 11:51:33 | 21 | Q. And would the handwritten documents, in the |
| 11:51:36 | 22 | normal course of things, be typewritten at some point? |
| 11:51:40 | 23 | Or would the supervisor review them in handwriting? |
| 11:51:48 | 24 | A. He reads it with handwriting. |
| 11:52:15 | 25 | Q. Are these all of the documents that you gave |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:52:18 | 1 | the defense from Sadiq Hafez's file, these four pieces |
| 11:52:27 | 2 | of paper? |
| 11:52:32 | 3 | A.   No.  There is more than four. |
| 11:52:34 | 4 | Q.   Okay.  Do you remember how many pages you gave |
| 11:52:37 | 5 | the defense? |
| 11:52:39 | 6 | A.   I don't remember exactly, but it's more than |
| 11:52:40 | 7 | four. |
| 11:52:41 | 8 | Q.   More than ten? |
| 11:52:43 | 9 | A.   I don't know. |
| 11:52:44 | 10 | Q.   But, in any event, you gave the defense all |
| 11:52:47 | 11 | of the documents that were in his file? |
| 11:52:52 | 12 | A.   Yes. |
| 11:52:53 | 13 | Q.   Okay.  I have some other documents to talk |
| 11:52:56 | 14 | to you about that were given to us.  I'll get to those |
| 11:53:03 | 15 | afterwards. |
| 11:53:07 | 16 | Okay.  So can you read to us what's on the -- |
| 11:53:10 | 17 | what the report provides, the handwritten notes? |
| 11:53:14 | 18 | You told us what the first document is. |
| 11:53:24 | 19 | A.   It's printed here in the -- it is printed. |
| 11:53:26 | 20 | Q.   Right.  Can you tell us what it says? |
| 11:53:34 | 21 | A.   This document? |
| 11:53:36 | 22 | Q.   Yes.  51 you already told us about.  So take |
| 11:53:42 | 23 | 52, tell us what that says. |
| 11:53:50 | 24 | A.   This is in handwriting, of course.  Security |
| 11:53:57 | 25 | search concerning Sadiq.  He has his full name and |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 11:54:05 | 1 | four items:  His social status, he is a celibate, |
| 11:54:10 | 2 | not married; his education and level, he is a student |
| 11:54:19 | 3 | in Qalandia Vocational School; currently living in |
| 11:54:24 | 4 | Kalkilya, Hayeshimadi, at the time. |
| 11:54:30 | 5 | Q.   Is there a date on that document? |
| 11:54:37 | 6 | A.   9 July, 2001. |
| 11:54:40 | 7 | Q.   And would that reflect the date the report |
| 11:54:43 | 8 | was made, the handwriting was made on the paper? |
| 11:54:47 | 9 | A.   Yes. |
| 11:54:48 | 10 | Q.   Please continue. |
| 11:54:54 | 11 | A.   Political affinity:  Nonexistent. |
| 11:55:04 | 12 | It is mentioned he finished the third |
| 11:55:07 | 13 | preparatory class in Kalkilya and he headed to the |
| 11:55:10 | 14 | Qalandia Vocational School to study body -- car |
| 11:55:20 | 15 | bodywork and painting cars.  He works for -- in a |
| 11:55:30 | 16 | garage, in a car garage, Jaljoulieh Street. |
| 11:55:37 | 17 | There are no ethical violations or records |
| 11:55:46 | 18 | on him, misbehavior or misdemeanor.  And he works -- |
| 11:55:55 | 19 | his father works in Israel proper, and they have a |
| 11:56:02 | 20 | restaurant on the lower floor of the house. |
| 11:56:07 | 21 | A week before the date when the report has |
| 11:56:11 | 22 | been prepared, a problem happened with Sadiq at the |
| 11:56:20 | 23 | institute.  And this was one day before he was supposed |
| 11:56:26 | 24 | to graduate from the institute.  He left the institute |
| 11:56:32 | 25 | and went home.  His father protested on this.  He |

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
| 11:56:40 | 1  | brought him back in order to pick up his certificate.            |
| 11:56:50 | 2  | This is what is the gist of 52.                                  |
| 11:56:57 | 3  | Q.   And 53?                                                     |
| 11:57:02 | 4  | A.   Also the full name, his nickname is Sadiq                  |
| 11:57:13 | 5  | Zaid.  He's back -- Sadiq Zaid -- and living in                  |
| 11:57:25 | 6  | Kalkilya.  Place of birth, celibate, he is a student,            |
| 11:57:34 | 7  | and he studies at the Qalandia Vocational School.                |
| 11:57:42 | 8  | He worked also in a car garage on Jaljoulieh Street.             |
| 11:57:52 | 9  | His father was a worker within Israel, and he has                |
| 11:57:55 | 10 | a restaurant on the lower floor of the house.                    |
| 11:58:02 | 11 | The same thing:  It reiterates that he had                       |
| 11:58:08 | 12 | trouble in Qalandia, a problem happened in Qalandia.             |
| 11:58:14 | 13 | What is printed here, it is a summary of what is in              |
| 11:58:20 | 14 | handwriting.                                                     |
| 11:58:22 | 15 | Q.   Which page now?  54?                                        |
| 11:58:26 | 16 | A.   54.                                                         |
| 11:58:26 | 17 | Q.   That's a summary by the supervisor?                         |
| 11:58:31 | 18 | A.   They type this and dispatch it to Ramallah.                 |
| 11:58:36 | 19 | Q.   If you would just take a quick look at that                 |
| 11:58:39 | 20 | and see if that -- if there's anything in there that            |
| 11:58:42 | 21 | didn't appear in 52 or 53.                                       |
| 11:58:51 | 22 | A.   This has no relation.  The people who typed                 |
| 11:58:57 | 23 | it, they typed it from the handwriting.  They typed it           |
| 11:59:03 | 24 | from the available handwritten material.                         |
| 11:59:04 | 25 | Q.   54 looks to you like a fair summary -- an                   |

| | | |
|---|---|---|
| 11:59:08 | 1 | accurate summary of what's in the other documents, 52 |
| 11:59:11 | 2 | and 53? |
| 11:59:16 | 3 | A.   52 and 53. |
| 11:59:18 | 4 | Q.   Okay. |
| 11:59:18 | 5 | A.   This is the usual modus operandi of the GIS, |
| 11:59:29 | 6 | that they take the handwritten material from the field |
| 11:59:35 | 7 | through an official typed letter. |
| 11:59:40 | 8 | Q.   So the regular course of business that the |
| 11:59:45 | 9 | GIS follows with respect to its filing procedures was |
| 11:59:50 | 10 | followed in this case, as far as you can tell? |
| 12:00:00 | 11 | A.   Yes. |
| 12:00:04 | 12 | Q.   Let me show you, then -- I represent to you |
| 12:00:07 | 13 | that the other documents that Mr. McAleer suggested |
| 12:00:11 | 14 | showing to this witness are Bates stamped 63 through 67. |
| 12:00:17 | 15 | MR. HIBEY:  That will be your Exhibit B? |
| 12:00:20 | 16 | MR. SCHOEN:  Exhibit B. |
| 12:00:49 | 17 | Mr. Hibey, what I'm going to do is:  Your |
| 12:00:54 | 18 | office, I believe through Mr. O'Toole, was kind enough, |
| 12:00:57 | 19 | at our request yesterday, to bring in a packet of what |
| 12:00:59 | 20 | Mr. O'Toole said were the -- correct me if I'm wrong -- |
| 12:01:04 | 21 | the originals of the documents that the defense received |
| 12:01:06 | 22 | so that -- because they may be a bit more legible.  That |
| 12:01:14 | 23 | was our -- the reason for our request anyway.  And I |
| 12:01:16 | 24 | think, in fact, they are a bit more legible. |
| 12:01:19 | 25 | MR. HIBEY:  Okay. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:01:20 | 1 | MR. SCHOEN:  I'd -- I'd like to show |
| 12:01:21 | 2 | the defendant the original because I think he has |
| 12:01:22 | 3 | a better -- let me show him -- show him the copies |
| 12:01:26 | 4 | first because they are Bates stamped. |
| 12:01:29 | 5 | MR. HIBEY:  If you need to show the originals, |
| 12:01:31 | 6 | then show him the originals. |
| 12:01:33 | 7 | MR. SCHOEN:  The problem is they're not Bates |
| 12:01:36 | 8 | stamped.  Let me show him the Bates stamped ones, see |
| 12:01:42 | 9 | if -- I'm going to mark as Exhibit B the Bates stamped |
| 12:01:46 | 10 | documents 63 through 67 provided by the defense.  Those |
| 12:01:53 | 11 | are their Bates stamp numbers.  I'm going to call all |
| 12:01:59 | 12 | of those pages together Exhibit B to this deposition. |
| 12:02:24 | 13 | (I. Dahbour Exhibit B marked.) |
| 12:02:27 | 14 | Q.   BY MR. SCHOEN:  Mr. Dahbour, I'm going to show |
| 12:02:30 | 15 | you this document and ask if you can identify it.  And |
| 12:02:34 | 16 | I'm going to ask you to read through it.  But this is |
| 12:02:42 | 17 | a copy, as I understand it, of what you provided.  And |
| 12:02:47 | 18 | I have here, courtesy of the defense, the original |
| 12:02:54 | 19 | documents as I understand they received them from you. |
| 12:03:01 | 20 | So if you have trouble reading it, let me |
| 12:03:04 | 21 | know, and we'll work out a system for you to read the |
| 12:03:09 | 22 | original, if necessary. |
| 12:03:32 | 23 | A.   (Examining.)  There is nothing which is |
| 12:03:34 | 24 | clear here.  It's not legible.  I am sure that I have |
| 12:03:44 | 25 | brought these documents, but they are not legible. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:03:49 | 1 | It's difficult with -- |
| 12:03:51 | 2 | Q.   Okay.  I'm going to show you what we |
| 12:03:54 | 3 | understand to be the originals.  And just to make |
| 12:03:58 | 4 | sure they're the exact same documents, I'll ask |
| 12:04:01 | 5 | defense counsel, maybe George, their translator, to |
| 12:04:05 | 6 | look at them. |
| 12:04:06 | 7 | I don't know what the text says.  So if you |
| 12:04:06 | 8 | could tell if it appears to be the same page that -- |
| 12:04:11 | 9 | MR. HIBEY:  Indulge me for a moment. |
| 12:04:17 | 10 | MR. SCHOEN:  Sure. |
| 12:04:18 | 11 | MR. HIBEY:  We'll accept your representation |
| 12:04:20 | 12 | that these are the same documents. |
| 12:04:22 | 13 | MR. SCHOEN:  Yeah.  Well, I hope I can |
| 12:04:26 | 14 | recognize them as the same pages.  I'm just looking |
| 12:04:27 | 15 | at the text and see if the text looks the same. |
| 12:04:28 | 16 | MR. HIBEY:  Let's go off the record, because |
| 12:04:31 | 17 | we're burdening the record. |
| 12:04:33 | 18 | THE VIDEOGRAPHER:  Going off the record at |
| 12:04:34 | 19 | 12:05. |
| 12:05:12 | 20 | (Brief discussion held off the record.) |
| 12:05:14 | 21 | THE VIDEOGRAPHER:  Back on the record at |
| 12:05:16 | 22 | 12:06. |
| 12:05:19 | 23 | Q.   BY MR. SCHOEN:  Mr. Dahbour, I'm going to show |
| 12:05:22 | 24 | you the pages from the original that we believe match |
| 12:05:24 | 25 | up to these pages.  And I'll ask you to look at them |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:05:26 | 1 | and see if it's the same page. |
| 12:05:32 | 2 | This page I'm handing you now -- I guess I'm |
| 12:05:36 | 3 | going to have to mark them? |
| 12:05:38 | 4 | MR. HIBEY:  No.  Here's what we'll do.  Why |
| 12:05:40 | 5 | don't you, for purposes of the deposition, put those |
| 12:05:44 | 6 | together -- |
| 12:05:44 | 7 | MR. SCHOEN:  Okay.  Okay. |
| 12:05:44 | 8 | MR. HIBEY:  -- as identical pages.  Then |
| 12:05:47 | 9 | when this deposition's over, we'll make sure the record |
| 12:05:52 | 10 | reflects where we are. |
| 12:05:54 | 11 | MR. SCHOEN:  Fine. |
| 12:05:56 | 12 | Q.  BY MR. SCHOEN:  So I'm going to hand you a |
| 12:05:58 | 13 | page now. |
| 12:05:59 | 14 | Does this look to you the same as 63? |
| 12:06:04 | 15 | A.  Yes. |
| 12:06:06 | 16 | Q.  Okay.  So take this and hold it. |
| 12:06:06 | 17 | Now, does this look like number 64? |
| 12:06:11 | 18 | A.  Yes. |
| 12:06:16 | 19 | Q.  Does this look like number 65? |
| 12:06:19 | 20 | A.  Yes.  Correct. |
| 12:06:25 | 21 | Q.  Does this look like 66? |
| 12:06:30 | 22 | A.  Yes. |
| 12:06:36 | 23 | Q.  Does this look like 67? |
| 12:06:41 | 24 | A.  Yes. |
| 12:06:43 | 25 | Q.  Okay.  So now you have an original -- what |

| | | |
|---|---|---|
| 12:06:50 | 1 | I am calling an original -- I guess that's still a |
| 12:06:54 | 2 | copy -- but the document provided today by the defense, |
| 12:06:57 | 3 | which we're calling an original, and a copy with a Bates |
| 12:07:01 | 4 | stamp number. |
| 12:07:04 | 5 | Look at both copies of that and see if you can |
| 12:07:07 | 6 | read one better than the other and, if you can, tell me |
| 12:07:13 | 7 | what the document says. |
| 12:07:37 | 8 | A.   This is a charge sheet to Jamal Amin where |
| 12:07:52 | 9 | he confessed against Shaher Rai.  This is the first |
| 12:08:00 | 10 | confession, of course. |
| 12:08:02 | 11 | Q.   Now we're talking about document 62? |
| 12:08:06 | 12 | MR. HIBEY:  63. |
| 12:08:07 | 13 | Q.   BY MR. SCHOEN:  63.  63? |
| 12:08:17 | 14 | A.   Either printing or what is written here?  63. |
| 12:08:32 | 15 | OFFICIAL INTERPRETER RABINOVITCH:  No, he |
| 12:08:32 | 16 | looked at the -- |
| 12:08:32 | 17 | MR. HIBEY:  He's confused by the exhibit |
| 12:08:41 | 18 | stamp, tab. |
| 12:08:43 | 19 | But that's 63, Counsel? |
| 12:08:45 | 20 | MR. SCHOEN:  63, correct. |
| 12:08:47 | 21 | Q.   BY MR. SCHOEN:  The document you just |
| 12:08:50 | 22 | described was 63; correct? |
| 12:08:53 | 23 | A.   The confession of Jamal Amin. |
| 12:08:57 | 24 | Q.   Yes.  Do you know where that document came |
| 12:08:59 | 25 | from? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:09:03   1        A.   This is from the IDF.  It's an official charge
12:09:09   2    sheet from the court, from the IDF.
12:09:14   3        Q.   But is this a document you provided to the
12:09:16   4    defense?
12:09:20   5        A.   Yes.
12:09:20   6        Q.   And where did you get that document from in
12:09:22   7    order to give it to the defense?
12:09:31   8        A.   From the file.
12:09:33   9        Q.   Whose file?
12:09:34   10       A.   The file of Shaher Rai.
12:09:40   11       Q.   So you took that from the file of Shaher
12:09:42   12   Al-Rai and provided it to the defense?
12:09:46   13       A.   Yes.
12:09:47   14       Q.   How did you decide to choose that document
12:09:49   15   from Shaher Al-Rai's file?
12:09:54   16       A.   Because I know all the dossiers, Shaher and
12:09:57   17   Maher and others.
12:10:00   18       Q.   Right.  But he had a big file, Shaher Al-Rai;
12:10:02   19   right?
12:10:06   20       A.   Right.
12:10:07   21       Q.   So why did you pick this particular document,
12:10:10   22   number 50 -- 63?
12:10:21   23       A.   This is -- in Kalkilya, they had made
12:10:25   24   an uproar.  They accused that the Authority is not
12:10:32   25   following justice.  Because the main accused, which
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:10:39 | 1 | is Jamal, who was incarcerated by the Israelis, and |
| 12:10:47 | 2 | he is the one who confessed against Shaher, Jamal |
| 12:10:54 | 3 | went home, was released after 40 days, and Shaher |
| 12:10:58 | 4 | stayed seven years imprisoned by the PA.  This is |
| 12:11:07 | 5 | why it's a very well-known case to the public. |
| 12:11:12 | 6 | Q.   I think my question wasn't understood. |
| 12:11:16 | 7 | My question is:  Why did you, Mr. Dahbour, |
| 12:11:22 | 8 | take that particular document and give it -- select it |
| 12:11:27 | 9 | off from the rest of the documents in the Shaher Al-Rai |
| 12:11:30 | 10 | file and give that one to the defense? |
| 12:11:41 | 11 | A.   Because this is directly related to the case |
| 12:11:46 | 12 | that we are talking about. |
| 12:11:48 | 13 | Q.   So you went through Shaher Al-Rai's file -- |
| 12:11:58 | 14 | (Comment in Arabic by the witness.) |
| 12:12:01 | 15 | MR. SCHOEN:  Answer?  He said "yes." |
| 12:12:02 | 16 | (Pending question re-translated.) |
| 12:12:03 | 17 | THE WITNESS:  Yes. |
| 12:12:06 | 18 | Q.   BY MR. SCHOEN:  And you decided what |
| 12:12:08 | 19 | documents, if any, were relevant to these proceedings? |
| 12:12:20 | 20 | A.   Why I took this out from the file of Shaher |
| 12:12:23 | 21 | Rai? |
| 12:12:23 | 22 | Q.   Which is this now, 62, 63, or 64? |
| 12:12:30 | 23 | A.   All these documents. |
| 12:12:33 | 24 | Q.   Okay. |
| 12:12:34 | 25 | A.   Because, in the work of the GIS, in the file |

| | | |
|---|---|---|
| 12:12:42 | 1 | of Sadiq Hafez and Ra'ed Nazzal, there are notes that |
| 12:12:50 | 2 | are -- that there is a charge sheet that concerns this |
| 12:12:56 | 3 | particular case.  And it is written in which dossier |
| 12:13:04 | 4 | it is existing. |
| 12:13:05 | 5 | Q.    Which particular case is he referring to? |
| 12:13:13 | 6 | A.    That I'm talking about? |
| 12:13:16 | 7 | Q.    Yes. |
| 12:13:17 | 8 | A.    The case of Sadiq and Ra'ed Nazzal. |
| 12:13:22 | 9 | Q.    So in the records of the GIS, there is a file |
| 12:13:29 | 10 | that relates to the case of Sadiq Hafez and Shaher -- |
| 12:13:36 | 11 | and Ra'ed Nazzal? |
| 12:13:43 | 12 | A.    Of course, there is a file. |
| 12:13:45 | 13 | Q.    And when you say "the case," you mean the |
| 12:13:47 | 14 | suicide bombing in Karnei Shomron? |
| 12:13:54 | 15 | A.    Yes. |
| 12:13:55 | 16 | Q.    In February 2002? |
| 12:13:58 | 17 | A.    Yes. |
| 12:14:00 | 18 | Q.    So I asked you earlier if files were |
| 12:14:07 | 19 | maintained only by the person's name or a number for |
| 12:14:11 | 20 | that person. |
| 12:14:14 | 21 | But is there also a file on this Karnei |
| 12:14:21 | 22 | Shomron suicide bombing itself? |
| 12:14:34 | 23 | A.    No, no.  The information, it is written in |
| 12:14:38 | 24 | the dossiers of specific individuals.  This is why |
| 12:14:43 | 25 | there is a serial number that -- where the information |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:14:47   1   is in each dossier.
12:14:50   2        Q.   So what you did was:  You knew that Sadiq
12:14:53   3   Hafez was involved in that suicide bombing, he was
12:15:04   4   the bomber; right?
12:15:12   5        A.   He didn't blow himself up.  He threw a bomb,
12:15:16   6   and he used weapons.  He did not make a suicidal
12:15:21   7   operation.
12:15:25   8        Q.   Where did you get that information from?
12:15:29   9        A.   It is in the dossier.
12:15:33  10        Q.   You don't believe that Sadiq Hafez was a
12:15:38  11   suicide bomber?
12:15:45  12        A.   I know that he participated in this operation.
12:15:49  13   I don't know exactly in which form the operation was
12:15:53  14   conducted.  The information I have is that he threw a
12:16:00  15   bomb and he used arms.
12:16:03  16        Q.   Is it possible that he threw a grenade first
12:16:13  17   and then blew himself up in a suicide bombing?
12:16:21  18        A.   I don't know.
12:16:27  19        Q.   Okay.  So you knew that, in some way, Sadiq
12:16:30  20   Hafez was involved in this suicide bombing in Karnei
12:16:36  21   Shomron?
12:16:37  22        A.   Before the operation?
12:16:39  23        Q.   No.  When you're looking now for documents
12:16:42  24   that are relevant to these proceedings.
12:16:45  25        A.   Yes.
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:16:46 | 1 | Q. You looked in Hafez –– Sadiq Hafez's file |
| 12:16:50 | 2 | because you knew he was involved? |
| 12:16:58 | 3 | A. Yes. |
| 12:16:59 | 4 | Q. And you looked in Ra'ed Nazzal's file because |
| 12:17:02 | 5 | you knew he was involved in the bombing? |
| 12:17:10 | 6 | A. Correct. |
| 12:17:11 | 7 | Q. Are you aware that Ra'ed Nazzal provided the |
| 12:17:15 | 8 | bomb to Sadiq Hafez? |
| 12:17:17 | 9 | MR. HIBEY: That assumes a fact not in |
| 12:17:21 | 10 | evidence. Object. Object to the form of the question. |
| 12:17:24 | 11 | No foundation. |
| 12:17:26 | 12 | Q. BY MR. SCHOEN: The –– I know you're not |
| 12:17:30 | 13 | familiar with the rules of these proceedings. |
| 12:17:38 | 14 | When I ask you a question, usually, even |
| 12:17:45 | 15 | if the lawyer objects, you –– you still answer the |
| 12:17:49 | 16 | question, unless the lawyer directs you not to answer |
| 12:17:58 | 17 | the question. |
| 12:18:04 | 18 | Now, in this instance, I don't believe the |
| 12:18:07 | 19 | lawyer was directing you not to answer the question. |
| 12:18:09 | 20 | But Mr. Hibey will correct me if I'm wrong. |
| 12:18:22 | 21 | I would like you to answer the question. |
| 12:18:28 | 22 | A. How did he blow himself up? |
| 12:18:32 | 23 | Q. No. You knew that –– you know now that Ra'ed |
| 12:18:35 | 24 | Nazzal was involved in a bombing incident in Karnei |
| 12:18:41 | 25 | Shomron; correct? |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:18:50 | 1 | A.   The Israelis murdered him in April 2002. |
| 12:18:56 | 2 | And they announced that the reason for murdering him |
| 12:19:00 | 3 | is -- and Sadiq -- and this is not secret, that Sadiq |
| 12:19:09 | 4 | was helping in the operation, was involved.  He was |
| 12:19:15 | 5 | murdered two months after the operation was conducted. |
| 12:19:20 | 6 | Q.   So you understand that Ra'ed Nazzal was |
| 12:19:24 | 7 | involved with Sadiq Hafez in the bombing in Karnei |
| 12:19:29 | 8 | Shomron; correct? |
| 12:19:30 | 9 | MR. HIBEY:  I -- let me object to that |
| 12:19:32 | 10 | question, too.  That's not what the witness said. |
| 12:19:35 | 11 | MR. SCHOEN:  I am asking the witness whether |
| 12:19:37 | 12 | that is his testimony. |
| 12:19:41 | 13 | MR. HIBEY:  Well, you used the word "so." |
| 12:19:57 | 14 | Q.   BY MR. SCHOEN:  You understand that Ra'ed -- |
| 12:19:59 | 15 | oh. |
| 12:20:01 | 16 | You understand that Ra'ed Nazzal was involved |
| 12:20:03 | 17 | with Sadiq Hafez in the attack in Karnei Shomron that |
| 12:20:09 | 18 | we're talking about? |
| 12:20:11 | 19 | A.   I know from the media. |
| 12:20:13 | 20 | Q.   Okay.  From whatever source, you're aware |
| 12:20:15 | 21 | of that? |
| 12:20:19 | 22 | MR. HIBEY:  Object to the use of the word |
| 12:20:20 | 23 | "aware," in light of what he had said. |
| 12:20:24 | 24 | MR. SCHOEN:  "Aware"?  Did you say -- I'm |
| 12:20:24 | 25 | sorry.  Did you say -- |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:20:28 | 1 | MR. HIBEY:  No, perhaps I was thinking |
| 12:20:30 | 2 | that the proper word is "aware" as opposed to "you |
| 12:20:37 | 3 | understand that."  Basically, we're talking about |
| 12:20:40 | 4 | you're attributing hearsay information as a fact to |
| 12:20:44 | 5 | this witness. |
| 12:20:46 | 6 | MR. SCHOEN:  This witness -- I'm asking this |
| 12:20:48 | 7 | witness about the methodology he used to pull documents |
| 12:20:53 | 8 | from files. |
| 12:20:54 | 9 | The witness testified -- in my understanding, |
| 12:20:58 | 10 | the witness' testimony was that he selected those files |
| 12:21:01 | 11 | that he thought were relevant to the incident that's |
| 12:21:04 | 12 | the subject of this lawsuit. |
| 12:21:06 | 13 | MR. HIBEY:  Yes. |
| 12:21:10 | 14 | MR. SCHOEN:  So for purposes of these |
| 12:21:12 | 15 | questions, I don't care where the witness came to |
| 12:21:14 | 16 | that conclusion.  I'm just asking him whether he had |
| 12:21:18 | 17 | in mind that that person in this case, Ra'ed Nazzal, |
| 12:21:24 | 18 | was involved in the attack that's the subject of the |
| 12:21:28 | 19 | lawsuit. |
| 12:21:28 | 20 | MR. HIBEY:  Now, that's slightly different |
| 12:21:29 | 21 | than the question that you put to him.  Because the |
| 12:21:32 | 22 | question you put to him was a fact that was presumed |
| 12:21:36 | 23 | when, in fact, he had told you that he had learned of |
| 12:21:39 | 24 | or became -- had become aware of these two people being |
| 12:21:46 | 25 | involved in that operation by reason of the Israelis |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:21:52 | 1 | having said so. |
| 12:21:55 | 2 | Q.  BY MR. SCHOEN:  You selected Ra'ed Nazzal's |
| 12:21:58 | 3 | file to go through, to pull documents for this case; |
| 12:22:02 | 4 | correct? |
| 12:22:09 | 5 | A.  Shaher? |
| 12:22:19 | 6 | OFFICIAL INTERPRETER AGHAZARIAN:  Sadiq. |
| 12:22:19 | 7 | Sadiq Hafez. |
| 12:22:19 | 8 | MR. SCHOEN:  No, I didn't say that. |
| 12:22:19 | 9 | CHECK INTERPRETER HAZOU:  He didn't say that. |
| 12:22:22 | 10 | He said -- |
| 12:22:22 | 11 | MR. SCHOEN:  I didn't say that. |
| 12:22:23 | 12 | Q.  BY MR. SCHOEN:  I said:  You selected Ra'ed |
| 12:22:24 | 13 | Nazzal's file to look through, to go through, for |
| 12:22:30 | 14 | documents that you believe might be relevant to this |
| 12:22:35 | 15 | case; correct? |
| 12:22:42 | 16 | A.  It's not that I think.  It is already there |
| 12:22:45 | 17 | in the dossier.  It's indicated within the file. |
| 12:22:49 | 18 | Q.  Okay.  The file indicates that Ra'ed Nazzal |
| 12:22:51 | 19 | is a person whose file would have information or |
| 12:22:56 | 20 | documents relevant to this case? |
| 12:23:12 | 21 | A.  Documents? |
| 12:23:13 | 22 | Q.  Documents or information would be in Ra'ed |
| 12:23:14 | 23 | Nazzal's file that are relevant to this case? |
| 12:23:30 | 24 | A.  There are reports, that's the Israeli |
| 12:23:44 | 25 | allegations, that it was done by Sadiq and Nazzal. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:23:50   1            CHECK INTERPRETER HAZOU:  You said --
12:23:53   2            (Exchange in Arabic among Official Interpreter
12:23:53   3       Aghazarian, Check Interpreter Hazou, and the
12:23:59   4       witness.)
12:24:03   5            THE WITNESS:  There are reports within the
12:24:04   6  file that indicate, according to the person writing it,
12:24:14   7  that the Israelis accuse Ra'ed and that he recruited
12:24:26   8  him -- recruited Sadiq.
12:24:29   9            CHECK INTERPRETER HAZOU:  This is what he
12:24:30  10  said.
12:24:31  11       Q.   BY MR. SCHOEN:  Why did you pick -- before
12:24:34  12  you looked at the file, Ra'ed Nazzal's file, why did
12:24:38  13  you pick Ra'ed Nazzal's file to look at for purposes
12:24:43  14  of this case?
12:24:48  15       A.   This is very clear.  According to what is
12:24:54  16  within the file of Sadiq, it is -- it is mentioned
12:25:00  17  that the Israelis accuse Ra'ed.  This is why that was
12:25:05  18  my choice of the file to see.
12:25:08  19       Q.   Okay.  So, first, you looked at Hafez's file?
12:25:13  20            OFFICIAL INTERPRETER AGHAZARIAN:  Sadiq.
12:25:13  21            MR. SCHOEN:  Sadiq.
12:25:14  22       Q.   BY MR. SCHOEN:  And you saw reference to Ra'ed
12:25:16  23  Nazzal.  And then you looked then at Ra'ed Nazzal's file
12:25:23  24  because of the reference?
12:25:29  25       A.   Right.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

12:25:31   1        Q.   If you know, did the GIS at any time

12:25:38   2   investigate whether Ra'ed Nazzal was involved in the

12:25:43   3   attack in Karnei Shomron?

12:25:50   4        A.   Let me clarify two matters from this issue.

12:25:55   5             First of all, this period in 2002, there was

12:26:01   6   repeated incursions by the Israeli army.  Actually, the

12:26:07   7   offices were not functioning at all in a proper form.

12:26:13   8   And the -- the area was cut off into A, B, C, et cetera.

12:26:18   9             CHECK INTERPRETER HAZOU:  "And it was hard to

12:26:21  10   get access to Israel."

12:26:24  11             OFFICIAL INTERPRETER AGHAZARIAN:  "It was very

12:26:27  12   difficult to have access."

12:26:29  13             THE WITNESS:  We could not have access to

12:26:32  14   the offices and our work places.  There was repeated

12:26:40  15   incursions, and there was no way to function normally.

12:26:51  16             Between the -- when the operation was

12:26:54  17   conducted and the murder of Ra'ed Nazzal, there

12:26:58  18   was merely two months of time.  There wasn't time

12:27:05  19   to conduct a proper investigation and follow-up.  And

12:27:18  20   the main factor is that the offices were paralyzed.

12:27:28  21        Q.   BY MR. SCHOEN:  I'm asking you whether, at

12:27:30  22   any time, the GIS investigated who was involved in the

12:27:35  23   attack in Karnei Shomron?

12:27:38  24             From the time of the attack until today,

12:27:41  25   has there ever been an investigation by the GIS about

| | | |
|---|---|---|
| 12:27:50 | 1 | any details regarding that attack, including who was |
| 12:27:55 | 2 | involved or who might have been involved? |
| 12:28:04 | 3 | A.   I personally -- I wasn't involved in it.  But |
| 12:28:11 | 4 | I know that there are coordinating committees between |
| 12:28:15 | 5 | the Israelis and Palestinians that pursue such matters. |
| 12:28:21 | 6 | Q.   In your review of Hafez's file, Ra'ed Nazzal's |
| 12:28:27 | 7 | file, do you see any indication as to whether the GIS |
| 12:28:31 | 8 | ever performed an investigation into the attack on |
| 12:28:36 | 9 | Karnei Shomron? |
| 12:28:47 | 10 | A.   This investigation happens at the higher |
| 12:28:50 | 11 | levels of committees, not at our level. |
| 12:28:54 | 12 | Q.   So if there were an investigation -- well, |
| 12:28:57 | 13 | do you know if there was any investigation of the |
| 12:29:01 | 14 | attack on Karnei Shomron by the GIS at any level? |
| 12:29:08 | 15 | A.   I don't know at -- at what level.  I do |
| 12:29:16 | 16 | not want to speculate.  According to my information -- |
| 12:29:22 | 17 | I don't know. |
| 12:29:23 | 18 | Q.   And what are the higher levels that you're |
| 12:29:26 | 19 | referring to? |
| 12:29:33 | 20 | A.   There are coordinating committees, |
| 12:29:36 | 21 | Israeli/Palestinian, that specialize in such issues. |
| 12:29:43 | 22 | They have joint sessions and meetings.  You can find |
| 12:29:48 | 23 | the information about this at that level. |
| 12:29:51 | 24 | Q.   Where would that information be kept?  Where |
| 12:29:54 | 25 | would a file about that information be kept? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:29:58 | 1 | A. I don't know. |
| 12:29:59 | 2 | Q. When you say "coordination," you mean between |
| 12:30:02 | 3 | the Israeli authorities and the Palestinian authorities |
| 12:30:04 | 4 | at that higher level? |
| 12:30:13 | 5 | A. Right. |
| 12:30:14 | 6 | Q. Let's talk about the rest of the documents |
| 12:30:16 | 7 | you have in front of you. We covered so far 63. |
| 12:30:26 | 8 | And what about 64? |
| 12:30:51 | 9 | A. Here on 63 -- sorry -- 64, Jamal Al-Hindi, |
| 12:31:03 | 10 | that we referred to earlier, who confessed against |
| 12:31:08 | 11 | Shaher, and he withdrew his confession. |
| 12:31:16 | 12 | He said that: I have been lying in the |
| 12:31:19 | 13 | confession that I have given. |
| 12:31:25 | 14 | Q. What's the date on that? |
| 12:31:29 | 15 | A. I don't know. This is from an Israeli court. |
| 12:31:32 | 16 | It's not legible. |
| 12:31:33 | 17 | Q. It appears to be from an Israeli court? |
| 12:31:37 | 18 | A. Yes. |
| 12:31:40 | 19 | Q. Now, this is a document also that you selected |
| 12:31:44 | 20 | from a file? |
| 12:31:45 | 21 | A. Yes. |
| 12:31:46 | 22 | Q. And whose file did this come from? |
| 12:31:48 | 23 | A. Shaher's file. |
| 12:31:57 | 24 | Q. What made you look at Shaher Al-Rai's file? |
| 12:32:02 | 25 | What made you select Shaher Al-Rai's file to look at? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:32:09 | 1 | A.   I already clarified why I chose him. |
| 12:32:13 | 2 | Q.   Well, you told me -- correct me if I'm wrong. |
| 12:32:16 | 3 |      But you told me that you looked first at Sadiq |
| 12:32:21 | 4 | Hafez's file and you saw a reference to Ra'ed Nazzal; |
| 12:32:25 | 5 | correct? |
| 12:32:32 | 6 | A.   Yes. |
| 12:32:34 | 7 | Q.   And that's why you looked at Ra'ed Nazzal's |
| 12:32:36 | 8 | file? |
| 12:32:40 | 9 | A.   Yes.  Right. |
| 12:32:42 | 10 | Q.   Why did you look at Shaher Al-Rai's file? |
| 12:32:43 | 11 | Same reason or a different reason? |
| 12:32:43 | 12 | A.   I clarified the reason before, earlier.  There |
| 12:32:56 | 13 | was a big uproar in the community on this topic.  They |
| 12:33:05 | 14 | say that the main person who confessed was released. |
| 12:33:09 | 15 | Q.   But you're -- you were looking for documents. |
| 12:33:12 | 16 | You were selecting files to find documents relevant to |
| 12:33:20 | 17 | this case, the bombing in Karnei Shomron case; right? |
| 12:33:24 | 18 | A.   Right. |
| 12:33:31 | 19 | Q.   And you picked Ra'ed Nazzal's file because, |
| 12:33:32 | 20 | in Sadiq Hafez's file, there was a reference to Ra'ed |
| 12:33:32 | 21 | Nazzal in connection with the Karnei Shomron -- |
| 12:33:32 | 22 |      (Court reporter clarification.) |
| 12:33:40 | 23 | Q.   BY MR. SCHOEN:  You looked in Sadiq Hafez's |
| 12:33:42 | 24 | file because you were looking for documents about the |
| 12:33:46 | 25 | Karnei Shomron attack? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 12:33:47 | 1 | (Comment in Arabic by the witness.) |
| 12:33:47 | 2 | MR. SCHOEN:  Albert?  He just answered. |
| 12:33:53 | 3 | OFFICIAL INTERPRETER AGHAZARIAN:  "Yes." |
| 12:33:54 | 4 | Q.    BY MR. SCHOEN:  And you then looked in Ra'ed |
| 12:33:57 | 5 | Nazzal's file because you believed there would be |
| 12:34:03 | 6 | something relevant in Nazzal's file about the Karnei |
| 12:34:12 | 7 | Shomron attack; right? |
| 12:34:16 | 8 | A.    Yes. |
| 12:34:19 | 9 | Q.    When you looked in -- in Hafez's file, Sadiq |
| 12:34:22 | 10 | Hafez's file, did you see a reference to Shaher Al-Rai |
| 12:34:26 | 11 | related to the attack in Karnei Shomron? |
| 12:34:37 | 12 | A.    No. |
| 12:34:39 | 13 | Q.    So you didn't look in Shaher Al-Rai's file |
| 12:34:43 | 14 | because you believed he was involved in the Karnei |
| 12:34:46 | 15 | Shomron attack; correct? |
| 12:34:54 | 16 | That wasn't the reason you looked in Shaher |
| 12:34:56 | 17 | Al-Rai's file? |
| 12:35:07 | 18 | A.    A reason for reading -- going into the |
| 12:35:09 | 19 | Shaher Rai file was the uproar that was raised in |
| 12:35:15 | 20 | the community. |
| 12:35:16 | 21 | Q.    Was that uproar -- does that uproar have |
| 12:35:19 | 22 | anything to do with the attack in Karnei Shomron? |
| 12:35:31 | 23 | A.    No.  But the -- the accusations leveled by |
| 12:35:37 | 24 | Jamal Hindi to Shaher Rai -- |
| 12:35:41 | 25 | Q.    To or about?  About -- |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:35:42   1        A.   These are two different issues.
12:35:47   2             MR. SCHOEN:  No, you've mistranslated the
12:35:51   3   word, I think, or he's mis-said it.  He didn't mean
12:35:55   4   "to" Shaher Rai.  He meant "about" Shaher Al-Rai.
12:35:58   5             CHECK INTERPRETER HAZOU:  Yes, "about."
12:35:59   6             THE WITNESS:  About.
12:36:00   7             MR. SCHOEN:  And I'm sorry.  I don't mean
12:36:02   8   to say you mistranslated anything.  Just a slip of the
12:36:06   9   tongue.  Okay.
12:36:07  10             THE WITNESS:  The issue of Shaher Al-Rai is
12:36:16  11   something, and the issue of Sadiq is a different matter
12:36:20  12   altogether.
12:36:23  13             Sadiq's issue is Karnei Shomron.  Now the
12:36:29  14   Israelis accuse Ra'ed Nazzal of perpetrating or of
12:36:37  15   recruiting Sadiq.
12:36:40  16             The issue of Shaher, it's the issue related
12:36:46  17   to the Wadi Al-Qelt incident, the confession of Jamal
12:36:53  18   Hindi about Shaher in Wadi al-Qelt, on the way to
12:37:04  19   Jericho.
12:37:05  20             The GIS detained Shaher.  Shaher was
12:37:15  21   incarcerated by the GIC -- GIS.  And Jamal Hinde,
12:37:21  22   in the meanwhile, was detained by the Israelis.  Of
12:37:30  23   course, Jamal, that had confessed about Shaher, went
12:37:38  24   home.  After 40 days he was released.  And Shaher
12:37:41  25   stayed seven years in prison with the PA.  This is
```

| | | |
|---|---|---|
| 12:37:49 | 1 | why there was an uproar on this particular case. |
| 12:37:54 | 2 | Q.  BY MR. SCHOEN:  About this Shaher and Al-Hindi |
| 12:37:56 | 3 | business. |
| 12:37:59 | 4 | A.  Yes. |
| 12:37:59 | 5 | Q.  Okay.  Then I'll go back. |
| 12:38:03 | 6 | I asked you how you selected documents from |
| 12:38:06 | 7 | files to produce to the defense, how you selected whose |
| 12:38:15 | 8 | file to look in.  I thought you told me that you were |
| 12:38:25 | 9 | looking for documents relevant to the attack in Karnei |
| 12:38:30 | 10 | Shomron. |
| 12:38:34 | 11 | A.  Right. |
| 12:38:36 | 12 | Q.  These documents that you're referring to now |
| 12:38:39 | 13 | about Shaher and Al-Hindi have nothing to do with the |
| 12:38:43 | 14 | attack in Karnei Shomron; right? |
| 12:38:50 | 15 | A.  These documents I brought -- Shaher Al-Rai |
| 12:38:59 | 16 | is the one who rented the house of Muhammad Zaid.  He |
| 12:39:10 | 17 | signed on the contract to rent the headquarters of the |
| 12:39:15 | 18 | PFLP.  I said anything related to this matter, I will |
| 12:39:21 | 19 | probe into it.  And I was searching whether the PFLP |
| 12:39:30 | 20 | is directly involved in making this operation. |
| 12:39:38 | 21 | These are very normal kinds of information. |
| 12:39:41 | 22 | It has nothing to do with the operation itself.  And |
| 12:39:47 | 23 | this is public, I mean, open from the court. |
| 12:39:50 | 24 | Q.  But from this large Shaher Al-Rai file, you |
| 12:39:57 | 25 | selected only these documents as the -- |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:40:03 | 1 | A.   What was raising furor and uproar, which was |
| 12:40:06 | 2 | accusing the PA for being unfair and unjust. |
| 12:40:20 | 3 | Q.   Again, how is that relevant to the attack in |
| 12:40:25 | 4 | Karnei Shomron, in your mind? |
| 12:40:30 | 5 | The fact that there was an uproar over Shaher |
| 12:40:34 | 6 | Al-Rai being locked up in Jericho, you believe -- and |
| 12:40:41 | 7 | the Al-Hindi confession or false confession, how in your |
| 12:40:50 | 8 | mind is that relevant to the attack in Karnei Shomron? |
| 12:41:02 | 9 | A.   We have -- we have tried to seek if there is |
| 12:41:05 | 10 | a connection.  We found that there is no connection. |
| 12:41:09 | 11 | Q.   No connection between what? |
| 12:41:17 | 12 | A.   Between Wadi Al-Qelt and the Karnei Shomron. |
| 12:41:23 | 13 | There is no linkage between these two operations. |
| 12:41:29 | 14 | Q.   So you selected these documents because |
| 12:41:31 | 15 | there's no relevance to the attack in Karnei Shomron? |
| 12:41:36 | 16 | A.   We were trying to find a linkage.  We found |
| 12:41:42 | 17 | that there is no such thing. |
| 12:41:44 | 18 | Q.   Well, are there documents in Shaher Al-Rai's |
| 12:41:46 | 19 | file that show that he was a PFLP member at the time |
| 12:41:53 | 20 | of the attack? |
| 12:41:56 | 21 | A.   Yes, he was. |
| 12:41:58 | 22 | Q.   Did you select -- are there documents in the |
| 12:42:01 | 23 | file that show that? |
| 12:42:08 | 24 | A.   Reports rather than documents. |
| 12:42:10 | 25 | Q.   There are reports in Shaher Al-Rai's file that |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 12:42:14 | 1 | show that at the time he was a PFLP member; right? |
| 12:42:19 | 2 | A.   Right.  Even more important, he was detained |
| 12:42:26 | 3 | by the Israelis from 2005 until 2010.  And the charge |
| 12:42:34 | 4 | sheet clearly indicates that he is a member of the PFLP. |
| 12:42:43 | 5 | Q.   And were there documents in Shaher Al-Rai's |
| 12:42:48 | 6 | file that show that Shaher Al-Rai, on behalf of the |
| 12:42:58 | 7 | PFLP, rented the -- signed the contract for the Zaid |
| 12:43:06 | 8 | house that was used as the PFLP office in Kalkilya? |
| 12:43:21 | 9 | A.   In Kalkilya?  There are reports.  I don't have |
| 12:43:27 | 10 | corroborated evidence. |
| 12:43:28 | 11 | Q.   Is there -- in the file of Shaher Al-Rai, |
| 12:43:32 | 12 | there are reports that Shaher Al-Rai was a member of |
| 12:43:39 | 13 | the PFLP; correct? |
| 12:43:42 | 14 | A.   Right. |
| 12:43:43 | 15 | Q.   Did you select any of those documents to give |
| 12:43:46 | 16 | to the defense lawyers? |
| 12:43:55 | 17 | A.   If it was requested from me and it would |
| 12:44:00 | 18 | have been on the charge sheet that the Israelis have |
| 12:44:05 | 19 | prepared, if it was requested from me. |
| 12:44:08 | 20 | Q.   I'm only asking you whether, when you went |
| 12:44:11 | 21 | through the file to look for documents for the defense |
| 12:44:24 | 22 | in connection with these proceedings, when you saw |
| 12:44:32 | 23 | documents or reports in Shaher Al-Rai's file indicating |
| 12:44:40 | 24 | to you that Shaher Al-Rai was a member of the PFLP, |
| 12:44:50 | 25 | did you select any of those documents to show to the |

| | | |
|---|---|---|
| 12:44:55 | 1 | defense? |
| 12:45:00 | 2 | A.   I did not attach importance on this issue. |
| 12:45:06 | 3 | Because the Israelis have detained Shaher after the |
| 12:45:14 | 4 | operation by three years.  They held him also on the |
| 12:45:19 | 5 | charges of being a member of the PFLP, and nothing |
| 12:45:26 | 6 | else was queried about.  The fact that he was already |
| 12:45:32 | 7 | detained with the Israelis and they are investigating |
| 12:45:37 | 8 | it, so it was outside my realm of interest. |
| 12:45:42 | 9 | Q.   Do you know where Shaher Al-Rai is today? |
| 12:45:47 | 10 | A.   In Kalkilya. |
| 12:45:47 | 11 | Q.   He lives in Kalkilya today? |
| 12:45:50 | 12 | A.   Yes. |
| 12:45:51 | 13 | Q.   He is a PFLP member; correct? |
| 12:46:00 | 14 | A.   He has been released by the Israelis, cleared. |
| 12:46:05 | 15 | Q.   No, I understand. |
| 12:46:05 | 16 | I'm just asking:  You know he is a PFLP |
| 12:46:09 | 17 | member? |
| 12:46:10 | 18 | A.   Yes. |
| 12:46:12 | 19 | Q.   And is there still the PFLP office in |
| 12:46:15 | 20 | Kalkilya? |
| 12:46:19 | 21 | A.   Yes.  They do have an office. |
| 12:46:21 | 22 | Q.   Okay. |
| 12:46:23 | 23 | A.   But it deals with social activities. |
| 12:46:27 | 24 | Q.   How do you know that? |
| 12:46:31 | 25 | A.   From the reports that I have in my files. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 12:46:35 | 1 | Q. Have you visit -- |
|---|---|---|
| 12:46:36 | 2 | THE VIDEOGRAPHER: I need to change the tape. |
| 12:46:38 | 3 | MR. SCHOEN: Do I have a minute or not? |
| 12:46:36 | 4 | THE VIDEOGRAPHER: Thirty seconds. |
| 12:46:42 | 5 | Q. BY MR. SCHOEN: Are you aware that weapons |
| 12:46:45 | 6 | have been found in the PFLP office in Kalkilya at some |
| 12:46:51 | 7 | time? |
| 12:46:53 | 8 | MR. HIBEY: I'll object to that question. |
| 12:46:54 | 9 | Form. Totally vague. Totally vague. Totally without |
| 12:46:56 | 10 | foundation on this record. |
| 12:46:56 | 11 | Q. BY MR. SCHOEN: Can I get an answer, please? |
| 12:46:59 | 12 | A. Repeat the question, please. |
| 12:47:03 | 13 | Q. Are you aware that weapons have been found |
| 12:47:06 | 14 | in the Kalkilya office of the PFLP? |
| 12:47:10 | 15 | MR. HIBEY: Same objection. |
| 12:47:16 | 16 | THE WITNESS: From behalf of whom? |
| 12:47:18 | 17 | Q. BY MR. SCHOEN: Weapons. On behalf of anyone, |
| 12:47:21 | 18 | weapons have been found in that office? |
| 12:47:24 | 19 | A. I am surprised from such a question. |
| 12:47:32 | 20 | THE VIDEOGRAPHER: We have to go off the |
| 12:47:34 | 21 | record now. |
| 12:47:35 | 22 | THE WITNESS: Because the office was searched |
| 12:47:36 | 23 | by the Israelis at least ten times. |
| 12:47:42 | 24 | THE VIDEOGRAPHER: Going off -- |
| 12:47:43 | 25 | THE WITNESS: At least. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
12:47:45   1          THE VIDEOGRAPHER:  Going off the record at
12:47:46   2    12:48.
12:47:48   3          (Recess from 12:48 p.m. to 12:59 p.m.)
12:59:08   4          THE VIDEOGRAPHER:   Back on the record at
12:59:11   5    12:59.
12:59:16   6      Q.   BY MR. SCHOEN:  Mr. Dahbour, when we finished
12:59:20   7    the last session, I asked whether you were aware that
12:59:25   8    weapons had been kept in the PFLP house in Kalkilya.
12:59:28   9    And your answer, as I understand it, was that you would
12:59:35  10    be surprised to hear that, because the Israelis had
12:59:44  11    raided the office ten times.
12:59:51  12          Is that a fair characterization of your
12:59:53  13    testimony?
12:59:59  14      A.   Yes.
13:00:00  15      Q.   Are you aware, sir, that the Israelis found
13:00:03  16    weapons in that house, PFLP house in Kalkilya?
13:00:09  17      A.   I don't know.
13:00:10  18      Q.   Have you ever reviewed the reports from the
13:00:13  19    Israeli raids of that house, the PFLP house in Kalkilya?
13:00:24  20          MR. HIBEY:  Object to that question because
13:00:27  21    it presumes facts that haven't been established, most
13:00:30  22    notably that Israeli reports have been given to him.
13:00:53  23      Q.   BY MR. SCHOEN:  Are you aware that there are
13:00:55  24    reports of investigation by the Israelis that reflect
13:01:05  25    having -- the Israelis found -- that the Israelis found
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:01:10 | 1 | weapons in the PFLP house in Kalkilya? |
| 13:01:17 | 2 | A.  No. |
| 13:01:18 | 3 | Q.  Do you have any estimate as to how many PFLP |
| 13:01:22 | 4 | members live in Kalkilya? |
| 13:01:28 | 5 | A.  Currently? |
| 13:01:44 | 6 | Q.  Yes. |
| 13:01:44 | 7 | A.  No. |
| 13:01:45 | 8 | Q.  How about in the period 1998 to 2002, do |
| 13:01:48 | 9 | you have any idea about -- any estimate how many PFLP |
| 13:01:54 | 10 | members lived in Kalkilya? |
| 13:01:57 | 11 | A.  I don't have numbers. |
| 13:01:59 | 12 | Q.  Any estimate? |
| 13:02:04 | 13 | A.  But their number is not significant. |
| 13:02:08 | 14 | Q.  Ten? |
| 13:02:08 | 15 | A.  I don't know. |
| 13:02:11 | 16 | Q.  You knew that the PFLP maintained an office |
| 13:02:14 | 17 | in Kalkilya during that period, '98 to 2002? |
| 13:02:27 | 18 | A.  Yes.  That's open. |
| 13:02:30 | 19 | MR. SCHOEN:  "That's open" means it's well |
| 13:02:32 | 20 | known? |
| 13:02:34 | 21 | OFFICIAL INTERPRETER AGHAZARIAN:  "Well |
| 13:02:34 | 22 | known." |
| 13:02:35 | 23 | Q.  BY MR. SCHOEN:  And even before that period |
| 13:02:37 | 24 | and after that period until today? |
| 13:02:53 | 25 | A.  It has been shut down around 2008. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:02:57 | 1 | Q.   So today there is no PFLP office operating |
| 13:03:01 | 2 | in Kalkilya? |
| 13:03:08 | 3 | A.   It was closed until 2008.  After 2008, it |
| 13:03:12 | 4 | was re-opened. |
| 13:03:14 | 5 | Q.   When was it closed? |
| 13:03:18 | 6 | A.   2002.  At the end of 2002. |
| 13:03:24 | 7 | Q.   Why was the PFLP office in Kalkilya closed |
| 13:03:28 | 8 | between the end of 2002 and 2008? |
| 13:03:41 | 9 | A.   There have been repeated Israeli incursions. |
| 13:03:44 | 10 | I believe that this is the reason. |
| 13:03:46 | 11 | Q.   Who closed down that office? |
| 13:03:49 | 12 | A.   No one was working in it, and they shut it |
| 13:03:55 | 13 | down.  There were Israeli incursions, and there was |
| 13:04:02 | 14 | no funding.  So they shut it down. |
| 13:04:17 | 15 | Q.   How do you know there was no funding? |
| 13:04:20 | 16 | A.   From classified information that we get |
| 13:04:24 | 17 | together. |
| 13:04:25 | 18 | Q.   Where was that classified information stored? |
| 13:04:26 | 19 | CHECK INTERPRETER HAZOU:  No, no.  "Classified |
| 13:04:29 | 20 | sources." |
| 13:04:31 | 21 | OFFICIAL INTERPRETER AGHAZARIAN:  "Sources." |
| 13:04:32 | 22 | Q.   BY MR. SCHOEN:  What do you mean by |
| 13:04:34 | 23 | "classified sources"? |
| 13:04:37 | 24 | A.   Intelligence, secret kind of sources. |
| 13:04:41 | 25 | Q.   Meaning people who are informants? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:04:46 | 1 | A.   Yes. |
| 13:04:48 | 2 | Q.   Who are your sources of information about |
| 13:04:50 | 3 | the PFLP? |
| 13:04:57 | 4 | A.   The persons? |
| 13:04:57 | 5 | Q.   Yes. |
| 13:04:58 | 6 | A.   The sources? |
| 13:05:01 | 7 | Q.   Yes. |
| 13:05:02 | 8 | A.   Yes, this is secret material.  Classified. |
| 13:05:08 | 9 | Q.   I ask you respectfully:  Do you refuse to |
| 13:05:11 | 10 | answer that question? |
| 13:05:15 | 11 | A.   No.  These are sources within the PFLP. |
| 13:05:18 | 12 | I cannot reveal them. |
| 13:05:21 | 13 | Q.   Okay.  And I'm just asking you:  Do you refuse |
| 13:05:24 | 14 | to reveal their identities? |
| 13:05:29 | 15 | A.   The names of secret sources, classified? |
| 13:05:35 | 16 | Q.   Yes. |
| 13:05:35 | 17 | A.   Of course.  Of course. |
| 13:05:37 | 18 | Q.   Okay.  Were there sources of information, |
| 13:05:40 | 19 | confidential secret sources of information within the |
| 13:05:44 | 20 | PFLP between 1998 and 2002? |
| 13:05:59 | 21 | A.   Secret sources? |
| 13:06:01 | 22 | Q.   Yes. |
| 13:06:03 | 23 | A.   For sure there was. |
| 13:06:06 | 24 | Q.   Will you tell me who those secret sources |
| 13:06:09 | 25 | were? |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

13:06:14  1       A.    Who they are?

13:06:15  2       Q.    Yes.

13:06:17  3       A.    I'm not entitled to reveal in such matters.

13:06:22  4       Q.    You said that the PFLP office in Kalkilya

13:06:27  5  re-opened in 2008?

13:06:32  6       A.    Yes.

13:06:37  7       Q.    Yes?

13:06:37  8       A.    Yes.

13:06:40  9       Q.    Do you know who re-opened that office?

13:06:46  10      A.    The same two names that I already mentioned:

13:06:50  11  Margaret and Manala Rai, which is the wives of Shaher

13:06:54  12  and Yusef.

13:06:58  13      Q.    And do you know who provided the funding for

13:07:01  14  that office when it re-opened in 2008?

13:07:12  15      A.    No.

13:07:13  16      Q.    Do you know -- you testified that you

13:07:15  17  understand the funding for the office to have been

13:07:17  18  cut off in 2002?

13:07:40  19      A.    According to the internal -- internal

13:07:44  20  discussions among them, they say:  We do not have

13:07:47  21  funds to run an office.

13:07:49  22      Q.    Do you know who was funding them up until

13:07:51  23  that time in 2002 when the funding was cut off?

13:08:00  24      A.    No.

13:08:02  25      Q.    Are you aware that the PFLP has a website?

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:08:18 | 1 | A.   I personally did not have a look at it. |
| 13:08:22 | 2 | Q.   Do you know that it exists? |
| 13:08:26 | 3 | A.   I haven't seen it. |
| 13:08:28 | 4 | Q.   Have you heard about it? |
| 13:08:31 | 5 | A.   No.  I am not into -- I am not into Internet |
| 13:08:42 | 6 | and electronics.  That's not of much concern to me. |
| 13:08:49 | 7 | We have an IT unit that handles these matters. |
| 13:08:55 | 8 | Q.   You testified earlier that you believe the |
| 13:08:57 | 9 | PFLP office in Kalkilya was involved with -- I think |
| 13:09:02 | 10 | the word you used was "social activities," but maybe |
| 13:09:06 | 11 | "political." |
| 13:09:07 | 12 | Is that your testimony? |
| 13:09:27 | 13 | A.   Politically? |
| 13:09:28 | 14 | (Court reporter clarification.) |
| 13:09:28 | 15 | Q.   BY MR. SCHOEN:  What kind of activities do |
| 13:09:33 | 16 | you believe the PFLP office in Kalkilya was involved |
| 13:09:38 | 17 | with, again, let's say between 1998 and 2002? |
| 13:09:53 | 18 | A.   Most of it was raising the flag of the PFLP, |
| 13:10:02 | 19 | reviving the memory of establishing the Front, the PFLP. |
| 13:10:10 | 20 | These are the public activities that are open to the |
| 13:10:13 | 21 | public. |
| 13:10:15 | 22 | Q.   You are aware, sir, that since it began, the |
| 13:10:18 | 23 | PFLP has been involved with violent terrorist incidents; |
| 13:10:24 | 24 | correct? |
| 13:10:25 | 25 | MR. HIBEY:  That presumes a fact not in |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:10:27 | 1 | evidence.  Objection.  Objection. |
| 13:10:39 | 2 | THE WITNESS:  The Popular Front in Kalkilya? |
| 13:10:43 | 3 | Q.   BY MR. SCHOEN:  The Popular Front for the |
| 13:10:46 | 4 | Liberation of Palestine, the PFLP. |
| 13:10:55 | 5 | A.   I don't know. |
| 13:10:55 | 6 | Q.   You don't know whether the PFLP has ever been |
| 13:10:59 | 7 | involved in a violent terrorist incident, action? |
| 13:11:04 | 8 | MR. HIBEY:  Objection.  That presumes facts |
| 13:11:07 | 9 | not in evidence.  I think you're now arguing with the |
| 13:11:11 | 10 | witness.  Objection. |
| 13:11:12 | 11 | MR. SCHOEN:  I'm not pretending to argue.  I'm |
| 13:11:14 | 12 | asking him a question:  "Do you know?"  Okay? |
| 13:11:17 | 13 | MR. HIBEY:  The question has been asked and |
| 13:11:19 | 14 | answered. |
| 13:11:23 | 15 | Q.   BY MR. SCHOEN:  Do you know whether the PFLP |
| 13:11:27 | 16 | has been involved in the past in violent terrorist |
| 13:11:32 | 17 | actions? |
| 13:11:43 | 18 | A.   I am not pursuing the case of the PFLP.  I am |
| 13:11:48 | 19 | here in order to witness over a case that is connected |
| 13:11:53 | 20 | with my district. |
| 13:11:55 | 21 | Q.   I'm asking you a question:  As a security |
| 13:12:00 | 22 | officer or as a Palestinian, are you aware that the |
| 13:12:04 | 23 | PFLP has been involved in violent terrorist actions? |
| 13:12:08 | 24 | MR. HIBEY:  Well, I'm going to object to that |
| 13:12:12 | 25 | because it calls upon him to testify as other than a |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| | |
|---|---|
| 13:12:20 | 1 | 30(b)(6) witness.  His personal opinion or awareness |
| 13:12:25 | 2 | is not relevant. |
| 13:12:45 | 3 | THE WITNESS:  I do not have any information |
| 13:12:48 | 4 | on such issues.  My job, it is to monitor any behavior |
| 13:13:00 | 5 | that might undermine public order in my governorate, |
| 13:13:07 | 6 | my district. |
| 13:13:10 | 7 | Q.   BY MR. SCHOEN:  Do you ever monitor the PFLP? |
| 13:13:14 | 8 | A.   All the political factions. |
| 13:13:16 | 9 | Q.   I'm asking about the PFLP. |
| 13:13:19 | 10 | A.   Yes, we do. |
| 13:13:21 | 11 | Q.   Why do you monitor the PFLP? |
| 13:13:24 | 12 | A.   The same answer.  We also monitor the |
| 13:13:28 | 13 | activities of Fatah.  All the political activities, |
| 13:13:34 | 14 | we monitor. |
| 13:13:35 | 15 | Q.   Are you monitoring them for, among other |
| 13:13:39 | 16 | reasons, to see whether they're involved in violent |
| 13:13:43 | 17 | activity? |
| 13:13:58 | 18 | A.   Any faction which is involved in violence |
| 13:14:01 | 19 | or in terrorism, measures are taken to follow-up on |
| 13:14:06 | 20 | them, even if it was Fatah. |
| 13:14:09 | 21 | Q.   And is the PFLP one such organization? |
| 13:14:15 | 22 | A.   Yes. |
| 13:14:17 | 23 | Q.   Are you aware, sir, of the murder of the |
| 13:14:21 | 24 | cabinet minister Ze'evi, Rehavam Ze'evi? |
| 13:14:29 | 25 | A.   Of course I am. |

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
13:14:31   1        Q.   Do you know whether a PFLP member was involved
13:14:35   2   with that murder?
13:14:43   3        A.   To the best of my knowledge, those involved
13:14:48   4   in this murder, they have been held by the GIS, and they
13:14:56   5   were imprisoned in Jericho.  And then the Israelis came
13:15:02   6   and captured them.  I did not conduct any investigation
13:15:06   7   with them.  I don't know them personally.
13:15:09   8        Q.   Is Ahmed Sa'adat one such person?
13:15:16   9        A.   That the intelligence have detained?
13:15:19  10        Q.   That you were just describing as among the
13:15:23  11   people the GIS detained in connection with the Ze'evi
13:15:28  12   murder.
13:15:32  13        A.   No.  There were three others.
13:15:34  14        Q.   Who were they?
13:15:36  15        A.   I don't recall the names.
13:15:37  16        Q.   And you don't know whether they were PFLP
13:15:40  17   members?
13:15:42  18        A.   I don't know.
13:15:43  19        Q.   Do you know that Ahmed Sa'adat is the leader
13:15:48  20   of the PFLP?
13:15:49  21        A.   Yes, I do.
13:15:51  22        Q.   Are you aware, sir, that Ahmed Sa'adat has
13:15:56  23   written that the use of violence is permitted --
13:15:59  24             MR. HIBEY:  Oh, I'm going to object.  Wait
13:16:01  25   a minute.  I'm going to object to that.
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

| 13:16:04 | 1 | The way you've framed it is total hearsay |
| 13:16:07 | 2 | without any support whatsoever and certainly not in |
| 13:16:11 | 3 | this record.  And I respectfully object to your asking |
| 13:16:17 | 4 | the question of that -- in that form. |
| 13:16:30 | 5 | THE WITNESS:  No, I don't know. |
| 13:16:35 | 6 | Q.   BY MR. SCHOEN:  Have you ever written -- read |
| 13:16:38 | 7 | anything that Ahmed Sa'adat has written? |
| 13:16:45 | 8 | A.   I'm not interested in that. |
| 13:16:49 | 9 | Q.   Are you familiar with political positions |
| 13:16:52 | 10 | advocated by the PFLP? |
| 13:17:02 | 11 | A.   Not at all. |
| 13:17:03 | 12 | Q.   Are you familiar with the Ali Abu Mustafa |
| 13:17:07 | 13 | Brigade? |
| 13:17:16 | 14 | A.   I heard about it after the murder of Ra'ed |
| 13:17:18 | 15 | Nazzal. |
| 13:17:20 | 16 | Q.   What do you understand the Ali Abu Mustafa |
| 13:17:26 | 17 | Brigade to have been? |
| 13:17:30 | 18 | A.   According to the charges against Ra'ed Nazzal, |
| 13:17:41 | 19 | it used to be the military wing of the PFLP. |
| 13:17:48 | 20 | Q.   "Used to be"? |
| 13:17:54 | 21 | A.   That was the charge against Ra'ed Nazzal, that |
| 13:17:57 | 22 | he is a member of the military wing of the PFLP. |
| 13:18:03 | 23 | Q.   Do you know if, between 1998 and 2002, there |
| 13:18:06 | 24 | was a military wing of the PFLP? |
| 13:18:24 | 25 | A.   In Kalkilya, I don't know. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 13:18:26 | 1 | Q. Anyplace, are you familiar with -- do you know |
| 13:18:33 | 2 | whether there has existed at any time a military wing |
| 13:18:36 | 3 | of the PFLP? |
| 13:18:48 | 4 | A. I don't know on this subject. |
| 13:18:51 | 5 | Q. Have you ever heard of a military wing of the |
| 13:18:53 | 6 | PFLP? |
| 13:19:03 | 7 | A. No. |
| 13:19:05 | 8 | Q. Do you believe the PFLP is divided into two |
| 13:19:08 | 9 | or more different wings? |
| 13:19:16 | 10 | A. I have no knowledge about the PFLP. |
| 13:19:21 | 11 | Q. Let's go to the rest of the documents you |
| 13:19:24 | 12 | have. Are the rest of the documents -- |
| 13:19:31 | 13 | A. But let me clarify a point, that 64 and 65 |
| 13:19:35 | 14 | complement each other. They are not separate. |
| 13:19:42 | 15 | Q. Okay. Are the rest of the documents through |
| 13:19:44 | 16 | 67 -- that would be 63 through 67 -- do they all relate |
| 13:19:55 | 17 | to the Shaher Al-Rai and Hindi matters that you were -- |
| 13:20:02 | 18 | A. Yes. |
| 13:20:03 | 19 | Q. Same thing -- kind of thing you were |
| 13:20:05 | 20 | testifying about earlier, the Al-Hindi and Shaher |
| 13:20:07 | 21 | Al-Rai? |
| 13:20:08 | 22 | A. Yes. |
| 13:20:14 | 23 | Q. So the rest of the documents, 63 through 67 -- |
| 13:20:21 | 24 | A. The same topic. |
| 13:20:23 | 25 | Q. Same topic. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

13:20:24    1          Any other relevance, those documents, to the
13:20:29    2    Karnei Shomron attack?
13:20:32    3          A.    No.
13:20:33    4          Q.    Now, considering the documents 51 through 54
13:20:39    5    that I showed you earlier, which we called Exhibit A,
13:20:49    6    and the documents that we're calling Exhibit B, 63
13:20:55    7    through 67, are there any other documents that you
13:21:01    8    provided to the defense?
13:21:07    9          A.    No.
13:21:07   10          Q.    Mr. Dahbour, is it your testimony that of
13:21:37   11    all of the files you reviewed in connection with this
13:21:41   12    case, Exhibit A and Exhibit B represent the total body
13:21:53   13    of documents that you provided to the defense?
13:22:02   14          A.    Yes.
13:22:05   15          MR. SCHOEN:   Then I have to ask Mr. Hibey
13:22:08   16    if you know -- as I say, this morning, courtesy of
13:22:14   17    Mr. O'Toole, we were provided with what we were told
13:22:18   18    were the originals of the documents that were provided
13:22:21   19    to us on September 10, 2012.
13:22:27   20          There is -- I'll represent there is a
13:22:33   21    document in there that is not in among the documents
13:22:37   22    we were given on September 12 -- September 10, 2012,
13:22:45   23    and the originals don't have Bates stamps on them
13:22:48   24    anyway.   But a comparison of that document with the
13:22:51   25    face of the documents that we were given indicates

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:22:55 | 1 | that it was not a document that was given to us. |
| 13:23:01 | 2 | I just assume it was inadvertently left out |
| 13:23:07 | 3 | of the documents that were given to us.  But I'd like |
| 13:23:10 | 4 | to examine the witness about it, and I don't have Bates |
| 13:23:15 | 5 | stamped copies of it. |
| 13:23:17 | 6 | MR. HIBEY:  I -- I'm a little confused by what |
| 13:23:21 | 7 | you've just said.  You're telling me that, on September |
| 13:23:25 | 8 | 10th, when we provided you with documents, there was one |
| 13:23:29 | 9 | less document in it than what we brought to you today? |
| 13:23:34 | 10 | MR. SCHOEN:  There was -- on September 10 |
| 13:23:37 | 11 | you all provided documents.  Mr. McAleer provided |
| 13:23:41 | 12 | documents Bates stamped 51 to 67, which I think is |
| 13:23:47 | 13 | about 17 pages of documents.  We see originals in the |
| 13:23:51 | 14 | file that Mr. O'Toole gave us of the originals of those |
| 13:23:54 | 15 | 17 pages. |
| 13:23:56 | 16 | And then there is an additional document, |
| 13:23:58 | 17 | which I'm assuming to be a document that you all |
| 13:24:02 | 18 | intended to turn over to us, because it's in the group |
| 13:24:05 | 19 | of originals of the documents that were turned over. |
| 13:24:07 | 20 | MR. O'TOOLE:  Could we review that document? |
| 13:24:11 | 21 | MR. SCHOEN:  Yes. |
| 13:24:11 | 22 | MR. O'TOOLE:  It may have been inadvertent. |
| 13:24:12 | 23 | MR. SCHOEN:  Yes.  I believe it's a two-page |
| 13:24:14 | 24 | document.  (Indicating.) |
| 13:24:20 | 25 | MR. HIBEY:  Maybe we need to step outside. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:24:25 | 1 | MR. O'TOOLE:  Can we go off the record? |
| 13:24:26 | 2 | MR. SCHOEN:  Go off -- go off the record. |
| 13:24:26 | 3 | THE VIDEOGRAPHER:  Going off the record at |
| 13:24:29 | 4 | 1:25. |
| 13:24:31 | 5 | (Brief discussion held off the record.) |
| 13:26:00 | 6 | THE VIDEOGRAPHER:  Back on the record at 1:26. |
| 13:26:02 | 7 | MR. HIBEY:  Mr. Schoen, I appreciate your |
| 13:26:05 | 8 | bringing this to our attention.  Indeed, it is |
| 13:26:11 | 9 | inadvertent. |
| 13:26:11 | 10 | These are the notes in ink, on the right-hand |
| 13:26:13 | 11 | side, of one of our colleagues, John Eustice, whom you |
| 13:26:20 | 12 | met yesterday.  This is an inadvertent turnover of two |
| 13:26:29 | 13 | pages that were given to us.  In other words, it was |
| 13:26:35 | 14 | created for us, and it would appropriately be the |
| 13:26:42 | 15 | subject of a privilege log. |
| 13:26:45 | 16 | So I understand this was inadvertent.  But |
| 13:26:50 | 17 | I'm telling you that this should not have been turned |
| 13:26:54 | 18 | over to you. |
| 13:26:54 | 19 | MR. SCHOEN:  Let me ask you a question by |
| 13:26:55 | 20 | way of full disclosure. |
| 13:27:00 | 21 | I have asked someone to summarize that |
| 13:27:03 | 22 | document in the limited period of time we've had |
| 13:27:03 | 23 | available today.  So I am aware to some degree, in |
| 13:27:03 | 24 | summary fashion, of what that document provides. |
| 13:27:06 | 25 | It certainly, in my view -- I'm characterizing |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:27:10 | 1 | it -- provides information that would be directly |
| 13:27:12 | 2 | relevant to this examination.  And it provides a great |
| 13:27:15 | 3 | deal more information about the bomber, Mr. Hafez, and |
| 13:27:19 | 4 | his PFLP membership, from sources of information that |
| 13:27:24 | 5 | we simply have not seen, because we haven't seen that |
| 13:27:28 | 6 | information yet. |
| 13:27:30 | 7 | I would ask that that document be marked as |
| 13:27:33 | 8 | an exhibit and then sealed, if that's what the defense |
| 13:27:37 | 9 | wants.  But for whatever purpose it might be used in |
| 13:27:42 | 10 | the future, I believe it ought to be marked.  And if |
| 13:27:45 | 11 | the defense wants it to be sealed, it can be sealed. |
| 13:27:50 | 12 | Because I'm very troubled that we haven't |
| 13:27:52 | 13 | been provided with the underlying information that's |
| 13:27:55 | 14 | reflected in that document, as I understand the document |
| 13:27:58 | 15 | to reflect, from the summary I was given of it. |
| 13:28:09 | 16 | I'm -- I'm also willing, by the way, to |
| 13:28:12 | 17 | the extent the defense wants to cover up hand notes |
| 13:28:17 | 18 | or something like that, to agree to that for these |
| 13:28:23 | 19 | purposes. |
| 13:28:25 | 20 | I suppose I'd like to understand better.  Are |
| 13:28:28 | 21 | you saying that this is not a document -- no part of |
| 13:28:31 | 22 | this document is a document produced from a file -- all |
| 13:28:36 | 23 | of this document is some person on the defense team's -- |
| 13:28:40 | 24 | MR. O'TOOLE:  It's a document created by a |
| 13:28:44 | 25 | client to report to attorney requests. |

```
13:28:49    1           MR. SCHOEN:  All right.  So -- I mean, I
13:28:49    2    understand, of course, why the defense would consider
13:28:52    3    that to have a privileged nature.
13:28:56    4           On the other hand, I hope the defense
13:28:58    5    understands why I would be very troubled that the
13:28:58    6    client, whose depositions we've been trying to take,
13:29:01    7    would have such information, which, in our view, if
13:29:06    8    we understand the summary we have been provided, would
13:29:08    9    clearly have been the subject of outstanding discovery
13:29:11   10    requests due previously and these depositions.  And I
13:29:15   11    was, frankly, quite surprised to see that information
13:29:19   12    in there.
13:29:20   13           That's why I would like to have it marked
13:29:23   14    for possibly future litigation.  But I understand,
13:29:28   15    because the defense feels it's a privileged document,
13:29:32   16    why sealing that document would be appropriate.
13:29:39   17           MR. HIBEY:  Well, I would prefer that we
13:29:44   18    retain the copy, as well as be assured that no copy
13:29:50   19    has been made of this during the time the document
13:29:54   20    has been in your possession.  And I think you can be
13:30:00   21    assured that the document will be retained -- this
13:30:08   22    document which you handed me, which we inadvertently
13:30:13   23    provided to you today -- retained by us for purposes
13:30:19   24    of additional litigation you wish to wage concerning it.
13:30:26   25           So my first question is:  Have you copied this
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
13:30:30    1   document during the time it was in your possession?

13:30:35    2           MR. SCHOEN:  I'm not prepared to answer that

13:30:37    3   at this time.

13:30:37    4           MR. HIBEY:  Yeah.

13:30:37    5           MR. SCHOEN:  I don't know the answer to that

13:30:39    6   at this time.

13:30:40    7           MR. HIBEY:  Well, perhaps you can consult

13:30:42    8   with your local counsel and give me an answer, because

13:30:45    9   I think that's important to know.

13:30:48   10           MR. SCHOEN:  My first question is:  Would you

13:30:50   11   agree to mark the document for preservation purposes?

13:30:53   12           MR. HIBEY:  I agree to mark the document for

13:30:56   13   preservation purposes.  I am not agreeable to it being

13:31:01   14   out of our possession.

13:31:03   15           So it can be marked, and it would be retained

13:31:06   16   by us on the representation that we've made that it will

13:31:09   17   be retained for purposes of any future litigation.

13:31:14   18           But my other question remains unanswered at

13:31:17   19   this time:  Has this document been copied by your side

13:31:24   20   during the time it has been in your possession?

13:31:30   21           MR. SCHOEN:  Would you agree to turn the

13:31:32   22   document over to a third party for custody?

13:31:35   23           MR. HIBEY:  Well, I think I need to consider

13:31:38   24   that only after I know the answer to the question I put

13:31:42   25   to you.  I put it to you three or four times.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:31:45 | 1 | I am prepared to infer that you have copied |
| 13:31:51 | 2 | it.  And I take it by your silence that you are |
| 13:31:57 | 3 | affirming that the document has been copied. |
| 13:32:01 | 4 | MR. SCHOEN:  Sir, you have no right to take |
| 13:32:03 | 5 | anything from my silence.  I've already told you that |
| 13:32:06 | 6 | I don't know the answer to the question.  So to infer |
| 13:32:10 | 7 | otherwise is, quite frankly, to me, offensive. |
| 13:32:14 | 8 | MR. HIBEY:  This is not -- no.  It shouldn't |
| 13:32:15 | 9 | be offensive. |
| 13:32:15 | 10 | MR. SCHOEN:  Okay. |
| 13:32:16 | 11 | MR. HIBEY:  It should be obvious to you that |
| 13:32:18 | 12 | we've been here together for a number of hours, during |
| 13:32:21 | 13 | which time you have had possession of this document. |
| 13:32:25 | 14 | You cannot sit here across the table and plead ignorance |
| 13:32:29 | 15 | to me about its disposition while it's been in the hands |
| 13:32:31 | 16 | of your people. |
| 13:32:32 | 17 | You've got Mr. Haller there, and you've got |
| 13:32:35 | 18 | a gentleman who apparently has been assisting in this |
| 13:32:40 | 19 | particular examination.  I want to know if you gentlemen |
| 13:32:43 | 20 | have copied it. |
| 13:32:45 | 21 | Now, that's a pretty straightforward question, |
| 13:32:53 | 22 | and I think the silence on that is deafening. |
| 13:32:58 | 23 | MR. SCHOEN:  Again, you're entitled to think |
| 13:33:00 | 24 | whatever you think.  I don't intend silence to be any |
| 13:33:05 | 25 | kind of answer at any time. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:33:06 | 1 | MR. HIBEY:  Well, good for you.  But I think |
| 13:33:09 | 2 | you understand that, in the circumstances, the record |
| 13:33:12 | 3 | can easily be read to infer that you have copied this |
| 13:33:16 | 4 | document. |
| 13:33:17 | 5 | MR. SCHOEN:  The record should infer that I |
| 13:33:20 | 6 | refuse to answer your question at this time, not that |
| 13:33:22 | 7 | there is any affirmative inference from that.  I have |
| 13:33:26 | 8 | told you I don't know the answer.  So you shouldn't |
| 13:33:29 | 9 | draw any affirmative inference from my silence. |
| 13:33:32 | 10 | MR. HIBEY:  And I am imploring -- this is |
| 13:33:32 | 11 | not personal, Mr. Schoen.  You've got a side.  I am |
| 13:33:37 | 12 | imploring you -- you are surrounded by lawyers and |
| 13:33:39 | 13 | consultants and somebody in the corner who is probably |
| 13:33:43 | 14 | a lawyer as well.  Talk to them.  Ask them the question. |
| 13:33:47 | 15 | MR. SCHOEN:  I may certainly be willing to do |
| 13:33:49 | 16 | that.  You said you're inferring an affirmative response |
| 13:33:52 | 17 | from my silence. |
| 13:33:54 | 18 | MR. HIBEY:  Only because I've asked it five |
| 13:33:55 | 19 | times of your side, not of you. |
| 13:33:56 | 20 | MR. SCHOEN:  I have no obligation to answer |
| 13:33:58 | 21 | any question you ever ask me, with all due respect. |
| 13:34:02 | 22 | MR. HIBEY:  All right.  All right, then. |
| 13:34:02 | 23 | That's the position you take.  I just needed to |
| 13:34:05 | 24 | understand that very clearly on this record. |
| 13:34:11 | 25 | MR. SCHOEN:  Now, I am willing to go off |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| 13:34:13 | 1 | the record and discuss it with the other people at |
| 13:34:16 | 2 | the table here. |
| 13:34:18 | 3 | MR. HIBEY: Thank you. |
| 13:34:19 | 4 | THE VIDEOGRAPHER: Going off the record at |
| 13:34:20 | 5 | 1:35. |
| 13:34:22 | 6 | (Recess from 1:35 p.m. to 1:45 p.m.) |
| 13:34:22 | 7 | THE VIDEOGRAPHER: Back on the record at 1:45. |
| 13:45:08 | 8 | MR. SCHOEN: Mr. Hibey, I'm -- I'm now going |
| 13:45:11 | 9 | to provide you with a full account of what I understand |
| 13:45:15 | 10 | transpired with respect to the document we're talking |
| 13:45:17 | 11 | about and our position on it. Mr. O'Toole certainly |
| 13:45:20 | 12 | is here with us to correct anything I've said that's |
| 13:45:23 | 13 | wrong factually. |
| 13:45:26 | 14 | We were given the documents this morning |
| 13:45:30 | 15 | in an envelope by Mr. O'Toole. Mr. O'Toole gave it |
| 13:45:34 | 16 | to Mr. Haller. We understood these documents to be |
| 13:45:38 | 17 | the originals of the documents that Mr. McAleer -- |
| 13:45:42 | 18 | Mr. O'Toole, you're not recording this on there, are |
| 13:45:45 | 19 | you? |
| 13:45:48 | 20 | MR. O'TOOLE: I'm not recording this. |
| 13:45:49 | 21 | MR. SCHOEN: Okay. Is someone else on the |
| 13:45:49 | 22 | telephone? |
| 13:45:49 | 23 | MR. O'TOOLE: No, I'm actually looking at the |
| 13:45:53 | 24 | Federal Rules of Civil Procedure 26(b). |
| 13:45:56 | 25 | MR. SCHOEN: Not my business. What is it? |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:45:57 | 1 | MR. O'TOOLE:  I'll talk about it when you're |
| 13:45:59 | 2 | done. |
| 13:46:00 | 3 | MR. SCHOEN:  Sure.  We were given the |
| 13:46:03 | 4 | documents -- let me back up. |
| 13:46:05 | 5 | I understand that yesterday a request |
| 13:46:06 | 6 | was made to Mr. O'Toole to provide the originals |
| 13:46:09 | 7 | of the documents that Mr. McAleer e-mailed to us on |
| 13:46:12 | 8 | September 10th, because certain of the documents we |
| 13:46:15 | 9 | received were illegible.  And it was our hope that |
| 13:46:18 | 10 | the originals would be more legible. |
| 13:46:20 | 11 | Mr. O'Toole, as I understand it, agreed to |
| 13:46:23 | 12 | that request and, this morning, handed Mr. Haller an |
| 13:46:26 | 13 | envelope which he represented to be the originals of |
| 13:46:29 | 14 | the documents that Mr. McAleer had e-mailed to us on |
| 13:46:34 | 15 | September 10, 2012. |
| 13:46:36 | 16 | When mister -- the understanding was, |
| 13:46:38 | 17 | Mr. Haller had, that Mr. O'Toole not only intended for, |
| 13:46:44 | 18 | but told Mr. Haller, that these documents should all be |
| 13:46:50 | 19 | copied, with the originals to be returned to the defense |
| 13:46:52 | 20 | team.  Mr. Haller then copied all of the documents.  And |
| 13:46:56 | 21 | the documents, as a matter of course, were distributed |
| 13:46:58 | 22 | to other members of the defense team. |
| 13:47:03 | 23 | MR. HIBEY:  Of the -- |
| 13:47:04 | 24 | MR. SCHOEN:  Of the defense team. |
| 13:47:10 | 25 | MR. HIBEY:  Distributed here to other members |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:47:12 | 1 | of the plaintiffs' team? |
| 13:47:14 | 2 | MR. SCHOEN:  Oh. |
| 13:47:15 | 3 | MR. O'TOOLE:  "Plaintiffs." |
| 13:47:15 | 4 | MR. SCHOEN:  I absolutely misspoke on the |
| 13:47:18 | 5 | record.  I meant to say the plaintiffs' team.  I'm |
| 13:47:22 | 6 | used to being on the other side and doing defense work. |
| 13:47:26 | 7 | They were distributed to members of the |
| 13:47:27 | 8 | plaintiffs' team as a matter of course. |
| 13:47:30 | 9 | You and Mr. Hibey have now advised us that |
| 13:47:34 | 10 | this document we're talking about, this two-page |
| 13:47:38 | 11 | document, was a document that was not among the |
| 13:47:41 | 12 | documents -- you believe was not among the documents -- |
| 13:47:43 | 13 | and I think we all agree was not among the documents |
| 13:47:47 | 14 | that Mr. McAleer e-mailed to us on September 10, 2012. |
| 13:47:54 | 15 | I understand you to have described this |
| 13:47:58 | 16 | delivery to us as the inadvertent delivery of a |
| 13:48:04 | 17 | privileged document, privileged because it is a |
| 13:48:07 | 18 | document created by your client for you. |
| 13:48:14 | 19 | After a review of the document, we believe, |
| 13:48:17 | 20 | respectfully, that the document is not properly |
| 13:48:19 | 21 | a privileged document and what occurred was the |
| 13:48:23 | 22 | inadvertent disclosure of a non-privileged document, |
| 13:48:26 | 23 | which we believe on its face -- perhaps with the |
| 13:48:29 | 24 | exception of what you have described as the handwritten |
| 13:48:32 | 25 | notes of Mr. Eustice -- and there clearly are what |

13:48:36   1    appear to be handwritten notes in blue ink on the top

13:48:41   2    right margin of the document.  We believe it to be a

13:48:45   3    pre-existing document that should have been disclosed

13:48:47   4    to us and that contains important material information

13:48:51   5    supportive of the plaintiffs' case that has been

13:48:54   6    improperly withheld from us, both the document itself

13:48:57   7    and the underlying information.

13:48:59   8         We would like to show this document to the

13:49:01   9    witness and ask the witness if he can identify the

13:49:04   10   document and ask the witness with a -- I don't know

13:49:09   11   what language the document's written in.  I think the

13:49:13   12   document is written in Arabic.  If the document is

13:49:16   13   written in Arabic, I would ask the witness to identify

13:49:20   14   the document, if he can.  And in any event, I would

13:49:23   15   like to examine him about the contents of this document,

13:49:26   16   because I believe the document reflects non-privileged

13:49:31   17   fully relevant information that properly ought to be

13:49:34   18   the subject of this examination.

13:49:38   19        And one reason that I say we believe the

13:49:40   20   document to be a pre-existing document and a document

13:49:43   21   of non-privileged character is that, in form and in

13:49:50   22   content, to a great degree, it resembles other documents

13:49:56   23   that have been disclosed in this case.  And I say

13:49:59   24   just in form and in character.  I don't speak about

13:50:04   25   the substance of it.  It appears to be similar to

| 13:50:08 | 1 | or identical to the nature and character and form of |
| 13:50:12 | 2 | other documents that we understand to be pre-existing |
| 13:50:16 | 3 | documents taken from the files and produced to us from |
| 13:50:19 | 4 | the defense. |
| 13:50:22 | 5 | We would like to examine the witness about |
| 13:50:24 | 6 | the document.  We believe we are entitled to it and |
| 13:50:27 | 7 | that we will be prejudiced if we're not able to on this |
| 13:50:34 | 8 | occasion.  If we're not permitted to examine the witness |
| 13:50:37 | 9 | on this document, we certainly intend to seek sanctions, |
| 13:50:39 | 10 | including a reconvening of the deposition with the |
| 13:50:41 | 11 | payment of all associated expenses by the defense. |
| 13:50:45 | 12 | And what we would propose to do is -- I've |
| 13:50:47 | 13 | already asked you to make the document an exhibit to |
| 13:50:51 | 14 | this deposition, kept under seal, if you like.  We |
| 13:50:55 | 15 | also would like to have this document -- maintain this |
| 13:51:02 | 16 | document in a confidential manner.  And this case is |
| 13:51:05 | 17 | subject to a confidentiality order already. |
| 13:51:08 | 18 | We would keep it in a manner consistent with |
| 13:51:11 | 19 | the terms of that confidentiality order, in order, among |
| 13:51:15 | 20 | other things, to litigate the propriety or impropriety |
| 13:51:20 | 21 | of having withheld this document from us and the |
| 13:51:24 | 22 | propriety or impropriety of our having this document |
| 13:51:28 | 23 | and the underlying information. |
| 13:51:29 | 24 | If you just give me one second, I'll see |
| 13:51:32 | 25 | if there's anything else I wanted to say about this. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

|          |    |                                                         |
|----------|----|---------------------------------------------------------|
| 13:51:39 | 1  | I've tried to make this point in my remarks             |
| 13:51:43 | 2  | that I made.  But, in any event, when I say we would    |
| 13:51:49 | 3  | keep the document in a confidential manner, we certainly|
| 13:51:53 | 4  | would be amenable to having the document sequestered, as |
| 13:51:58 | 5  | that term is used in the Federal Rules, and specifically |
| 13:51:58 | 6  | in Rule 26, I believe is the relevant rule.  I think I'm |
| 13:52:03 | 7  | referring to 26(b)(5)(B).                                |
| 13:52:03 | 8  | MR. O'TOOLE:  Correct.                                   |
| 13:52:09 | 9  | (Court reporter clarification.)                          |
| 13:52:09 | 10 | MR. SCHOEN:  We would sequester the document            |
| 13:52:19 | 11 | and keep it certainly sequestered, and in all regards,  |
| 13:52:23 | 12 | subject to the confidentiality order.                   |
| 13:52:26 | 13 | That's all I have to say about it.                       |
| 13:52:28 | 14 | MR. O'TOOLE:  I think, first, just to correct           |
| 13:52:30 | 15 | a couple of things with respect to what happened that   |
| 13:52:33 | 16 | I'm sure were inadvertent.                               |
| 13:52:35 | 17 | But I believe yesterday, during the                     |
| 13:52:37 | 18 | deposition, Mr. Haller asked Mr. Eustice to provide     |
| 13:52:40 | 19 | these copies.  Because of the logistics today with      |
| 13:52:44 | 20 | the possible deposition in Ramallah, Mr. Eustice        |
| 13:52:49 | 21 | prepared a -- Mr. Eustice prepared a file in response   |
| 13:52:51 | 22 | to Mr. Haller's request.  I delivered the file to       |
| 13:52:55 | 23 | Mr. Haller this morning.                                 |
| 13:52:56 | 24 | We were not aware that this document was                 |
| 13:52:59 | 25 | among the documents that was included in the file.      |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
13:53:02   1   Any disclosure was completely inadvertent and related
13:53:06   2   to a document that we believed to be attorney/client
13:53:09   3   privileged.
13:53:10   4          Immediately after we learned of the
13:53:12   5   inadvertent disclosure, when you told us, we immediately
13:53:15   6   have notified you that the disclosure was inadvertent,
13:53:18   7   that the privilege -- that the documents, we believed,
13:53:18   8   were privileged.
13:53:19   9          And we are now requesting, after being
13:53:24  10   notified, that you promptly return -- well, you have
13:53:27  11   returned the document -- and sequester or destroy the
13:53:29  12   specified information in any copies it has, that you
13:53:32  13   cannot use or disclose the information until the claim
13:53:35  14   is resolved, and you must take reasonable steps to
13:53:39  15   retrieve any information, if the party has disclosed
13:53:42  16   the information beyond -- to others before being
13:53:44  17   notified, which it sounds like from your description
13:53:49  18   you may have done with respect to your consulting
13:53:51  19   experts.
13:53:52  20          And we would suggest that we would mark this
13:53:55  21   and, to the extent that any claim is raised disputing
13:53:59  22   our claim of privilege, that we will promptly present
13:54:01  23   this document under seal to the court for determination
13:54:05  24   of the claim.
13:54:09  25          MR. SCHOEN:  Two brief things in response.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
13:54:10   1          I think you just misspoke.  You said that
13:54:13   2   Mr. Haller asked Mr. Eustice for these copies.  I think
13:54:16   3   you meant the originals.
13:54:16   4          MR. O'TOOLE:  For the originals, to the
13:54:18   5   extent that we have them.  Because I think we gave you
13:54:21   6   the documents we were given.  But I believe that those
13:54:24   7   documents were probably copies.
13:54:26   8          MR. SCHOEN:  Yes.  Yes, I understand.
13:54:26   9          MR. HALLER:  I actually asked Mr. McAleer.
13:54:29  10   I think I e-mailed you all and asked for better copies.
13:54:32  11   And then Mr. Eustice approached me and said that the
13:54:32  12   copies will be brought today.
13:54:35  13          MR. O'TOOLE:  I think that's -- I'm sure
13:54:36  14   that's accurate.  I wasn't involved in it until this
13:54:39  15   morning, when I delivered the envelope.
13:54:40  16          MR. SCHOEN:  It seems to me, if we were
13:54:42  17   to narrow our differences, the differences, as I
13:54:46  18   could identify them, would be that, among other
13:54:48  19   things, you're asking us to destroy all copies of
13:54:51  20   the document that we have.  And I don't think that
13:54:53  21   would be appropriate, especially when what you would
13:54:56  22   have proposed and all you're willing to do in response
13:55:00  23   to my request is to mark the document as an exhibit and
13:55:03  24   to deliver the document to a third party.  It certainly
13:55:07  25   would not be appropriate for us to destroy the document.
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:55:10 | 1 | Again, what we're willing to do is sequester |
| 13:55:14 | 2 | the document, maintain it in a fully confidential form, |
| 13:55:19 | 3 | fully subject to the confidentiality order in this case |
| 13:55:25 | 4 | in all regards. |
| 13:55:27 | 5 | But what we're not willing to do -- again, |
| 13:55:30 | 6 | especially because what we believe the nature of the |
| 13:55:32 | 7 | document to be and what we believe to be the impropriety |
| 13:55:36 | 8 | of withholding this document and the contents of this |
| 13:55:39 | 9 | document, we would not be comfortable in knowing that |
| 13:55:44 | 10 | all copies other than the physical document that sits |
| 13:55:49 | 11 | before you right now had been destroyed. |
| 13:55:56 | 12 | MR. HIBEY: Do you have a copy of this |
| 13:55:58 | 13 | document? |
| 13:56:00 | 14 | MR. SCHOEN: Does the -- does our team have |
| 13:56:01 | 15 | a copy of this document? Is what you're asking? |
| 13:56:05 | 16 | MR. HIBEY: Yes. |
| 13:56:06 | 17 | MR. SCHOEN: Yes. |
| 13:56:06 | 18 | MR. HIBEY: Do you have multiple copies of the |
| 13:56:08 | 19 | document? |
| 13:56:08 | 20 | MR. SCHOEN: The document has been distributed |
| 13:56:12 | 21 | to other members on the defense team. |
| 13:56:15 | 22 | MR. HIBEY: On the -- |
| 13:56:15 | 23 | MR. SCHOEN: The plaintiffs' team. |
| 13:56:17 | 24 | MR. HIBEY: We think that the rule, as |
| 13:56:20 | 25 | Mr. O'Toole has quoted it, governs this situation. |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:56:25 | 1 | And therefore, on this record, we are requesting |
| 13:56:31 | 2 | that you return all copies of this document, which |
| 13:56:37 | 3 | we maintain was inadvertently turned over to you, so |
| 13:56:42 | 4 | that we may have all copies of the questioned material. |
| 13:56:52 | 5 | MR. O'TOOLE:  Can I add one point here? |
| 13:56:59 | 6 | To the -- to the extent that the rule |
| 13:57:01 | 7 | permits sequestration, the rule is also very clear |
| 13:57:04 | 8 | that any party who sequesters cannot use or disclose |
| 13:57:08 | 9 | the information and has to take reasonable steps to |
| 13:57:11 | 10 | make sure that it is not used or disclosed. |
| 13:57:16 | 11 | And so I think I want to make very clear, |
| 13:57:17 | 12 | this is -- this is a document that you can't look at |
| 13:57:18 | 13 | at this point.  The only thing you can do is retrieve |
| 13:57:21 | 14 | copies and put it in an envelope to the -- because that |
| 13:57:23 | 15 | is sequestration.  It's not you keep it and hang on to |
| 13:57:25 | 16 | it for what -- for whatever use you want to make of it. |
| 13:57:27 | 17 | The rules are very clear.  You can't use it. |
| 13:57:30 | 18 | MR. SCHOEN:  Our proposal is to sequester |
| 13:57:33 | 19 | the document as a remedy, not to destroy the document. |
| 13:57:36 | 20 | We intend to litigate this issue.  As I say, |
| 13:57:38 | 21 | we intend to litigate the issue in the context of a |
| 13:57:40 | 22 | sanctions motion and our entitlement to the document, |
| 13:57:43 | 23 | among other issues.  So we are not willing to destroy |
| 13:57:47 | 24 | the document.  We are willing to sequester the document, |
| 13:57:52 | 25 | as the term is used in the applicable Federal rule. |

```
13:57:58   1        MR. O'TOOLE:  We believe that destruction
13:57:59   2   would be the better remedy.  But, obviously, we're not
13:58:03   3   going to be able to forcibly take the documents from
13:58:06   4   you, so I think we'll have to litigate.
13:58:11   5        MR. SCHOEN:  I don't think the rule
13:58:11   6   expresses a preferable remedy between sequestration
13:58:15   7   and destruction.  But in any event, to the extent it
13:58:16   8   does, we believe the rule gives a choice.
13:58:17   9        We believe the appropriate and only
13:58:18  10   appropriate choice in this case would be sequestration
13:58:19  11   until this matter is resolved and certainly keeping the
13:58:25  12   document in all regards subject to the confidentiality
13:58:30  13   order.
13:58:31  14        MR. HIBEY:  Well, insisting on sequestration
13:58:33  15   on your part is only one aspect of this.  The
13:58:36  16   information contained therein cannot be used and
13:58:41  17   cannot be disseminated.  And, therefore, that is
13:58:46  18   simply what shall be the case until such time as
13:58:49  19   this issue is resolved by the court or resolved
13:58:55  20   otherwise.
13:58:56  21        I don't think you can take from this document
13:59:00  22   or from the record that we've attempted to make here
13:59:07  23   that this is any document other than what we represented
13:59:11  24   it to be.  And it is clear to me that there is a strong
13:59:16  25   suggestion on your part that it is as we construe it,
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 13:59:21 | 1 | because you most kindly brought it to our attention. |
| 13:59:25 | 2 | MR. SCHOEN:  Let me respond to that again, |
| 13:59:33 | 3 | Mr. Hibey. |
| 13:59:33 | 4 | You continue, it seems to me, to engage |
| 13:59:34 | 5 | in the practice of trying to read my mind or infer |
| 13:59:37 | 6 | something that's simply neither accurate nor fair. |
| 13:59:40 | 7 | I explained to you when I disclosed the |
| 13:59:40 | 8 | document to you -- |
| 13:59:40 | 9 | MR. HIBEY:  Perhaps -- |
| 13:59:41 | 10 | MR. SCHOEN:  Let me finish, please -- why I |
| 13:59:43 | 11 | disclosed the document to you.  It seemed -- |
| 13:59:46 | 12 | MR. HIBEY:  Perhaps -- I'm sorry.  Go ahead. |
| 13:59:47 | 13 | MR. SCHOEN:  You go ahead. |
| 13:59:49 | 14 | MR. HIBEY:  Perhaps I should always say "you |
| 13:59:51 | 15 | all" when I speak to you, Mr. Schoen.  I don't speak |
| 13:59:55 | 16 | to you personally.  I'm talking about the side. |
| 13:59:59 | 17 | MR. SCHOEN:  In this case -- I appreciate |
| 14:00:00 | 18 | that.  But, in this case, I wasn't responding |
| 14:00:02 | 19 | personally.  I was responding as a side. |
| 14:00:02 | 20 | I don't know, frankly, what's in anybody |
| 14:00:04 | 21 | else's mind.  I do know the reason that I first |
| 14:00:07 | 22 | raised this with you before I showed it to the witness. |
| 14:00:11 | 23 | The reason is because it didn't appear, as I compared |
| 14:00:15 | 24 | documents with the Bates stamped documents, that this |
| 14:00:17 | 25 | was one of those documents.  My conclusion from that |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:00:22 | 1 | was to, in my view, give you the benefit of the doubt. |
| 14:00:25 | 2 | I didn't believe it was a privileged document. |
| 14:00:28 | 3 | I thought that, when you folks gave us |
| 14:00:31 | 4 | documents, you carefully reviewed whatever documents |
| 14:00:34 | 5 | were given to us and that those documents were documents |
| 14:00:38 | 6 | you believed had been given to us. |
| 14:00:40 | 7 | And, therefore, if I didn't examine on that |
| 14:00:43 | 8 | document, would take the position that we had all of |
| 14:00:46 | 9 | the information that's contained in that document and |
| 14:00:48 | 10 | that, if we had wanted to examine this witness on that |
| 14:00:51 | 11 | information, we should have done it.  After all, it was |
| 14:00:53 | 12 | in the envelope of documents we gave to you today, and |
| 14:00:58 | 13 | we wouldn't have given you documents unless we intended |
| 14:01:00 | 14 | for you to see those documents. |
| 14:01:01 | 15 | So that's why, as a precaution, I simply asked |
| 14:01:02 | 16 | you first, drew it to your attention, but not because |
| 14:01:07 | 17 | I believed it to be a privileged document.  And I don't |
| 14:01:10 | 18 | think it's either fair or appropriate for you to infer |
| 14:01:13 | 19 | some kind of mal intent or some kind of belief that you |
| 14:01:17 | 20 | have no basis for making. |
| 14:01:19 | 21 | I've explained to you, and to the extent you |
| 14:01:22 | 22 | come to any other conclusion, you're simply questioning |
| 14:01:25 | 23 | my representation, which you're entitled to do. |
| 14:01:30 | 24 | MR. HIBEY:  Well, I'm trying hard not |
| 14:01:32 | 25 | to question your representation, because I'm still |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

14:01:37  1    grateful for the fact that you brought this matter

14:01:41  2    to our attention.

14:01:43  3           But, unfortunately, now that the point has

14:01:46  4    been pressed as it has been in the colloquy that we've

14:01:48  5    been having, I think it's important for your side to

14:01:56  6    advise the record as to when, after we arrived here

14:02:02  7    this morning and turned these materials over to you,

14:02:06  8    it was realized by your side that there were two pages

14:02:10  9    more than what we have otherwise indicated or otherwise

14:02:19  10   provided you on the 10th of September.  And --

14:02:22  11          MR. SCHOEN:  Well --

14:02:22  12          MR. HIBEY:  Just hear me out.

14:02:29  13          MR. SCHOEN:  Yes.  Sure.

14:02:29  14          MR. HIBEY:  It would seem to me that at that

14:02:27  15   point -- at that point, someone who realized that there

14:02:32  16   were two pages more might have brought this to our

14:02:36  17   attention, rather than causing somebody on your side

14:02:43  18   who can read Arabic to read it, to copy it, and then,

14:02:49  19   only hours later, bring it to our attention in the

14:02:55  20   fashion that it was done.

14:02:57  21          MR. SCHOEN:  Two things.  I can assure you

14:02:59  22   this document was not copied and distributed before

14:03:03  23   anyone realized that it was anything other than what

14:03:05  24   we understood it to be, that is, a set of originals

14:03:10  25   of the documents we had been provided.  It was handed

                    SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:03:11 | 1 | as a set.  That set was copied and distributed.  I'm |
| 14:03:15 | 2 | not going to inquire of every member of the team as |
| 14:03:18 | 3 | to when each person recognized there were two extra |
| 14:03:22 | 4 | documents. |
| 14:03:22 | 5 | We approached this document in the manner |
| 14:03:25 | 6 | we believe appropriate.  We're suggesting a remedy we |
| 14:03:29 | 7 | believe appropriate.  And from our perspective, that's |
| 14:03:32 | 8 | the end of it. |
| 14:03:34 | 9 | MR. HIBEY:  Well, you have our position. |
| 14:03:36 | 10 | MR. SCHOEN:  Sure.  Okay.  I'd now like to |
| 14:03:40 | 11 | show the document to the witness and examine the witness |
| 14:03:44 | 12 | about the document that we've been discussing. |
| 14:03:57 | 13 | MR. HIBEY:  I'm not altogether comfortable |
| 14:04:00 | 14 | with that at this time.  I would like to take time off |
| 14:04:03 | 15 | the record to consider the request. |
| 14:04:05 | 16 | MR. SCHOEN:  Of course. |
| 14:04:05 | 17 | MR. HIBEY:  We don't need much time, but -- |
| 14:04:10 | 18 | MR. SCHOEN:  Of course. |
| 14:04:14 | 19 | THE VIDEOGRAPHER:  Going off the record at |
| 14:04:14 | 20 | 2:05. |
| 14:15:50 | 21 | (Recess from 2:05 p.m. to 2:16 p.m.) |
| 14:15:53 | 22 | THE VIDEOGRAPHER:  Back on the record at 2:16. |
| 14:16:01 | 23 | MR. HIBEY:  We've had the opportunity to |
| 14:16:03 | 24 | consult. |
| 14:16:06 | 25 | We think that there ought to be questioning |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:16:11 | 1 | regarding the nature of this document, not its content, |
| 14:16:17 | 2 | put to the witness in aid of an ultimate determination |
| 14:16:23 | 3 | as to whether these pages are privileged. That being |
| 14:16:32 | 4 | the case, I propose that questioning of the witness at |
| 14:16:41 | 5 | this time on that subject be made. |
| 14:16:49 | 6 | In addition, since it is we who are asserting |
| 14:16:53 | 7 | the privilege, I propose to be the first to ask the |
| 14:17:03 | 8 | witness questions concerning the document. |
| 14:17:09 | 9 | MR. SCHOEN: My response is this: First |
| 14:17:11 | 10 | of all, I would not concede in any regard that |
| 14:17:15 | 11 | these questions and answers would be the ultimate |
| 14:17:18 | 12 | determination, as I believe you put it, as to whether |
| 14:17:20 | 13 | the document is privileged. And I also believe that |
| 14:17:25 | 14 | we should be able to conduct the examination, since |
| 14:17:28 | 15 | it's our deposition, and go first. |
| 14:17:31 | 16 | I was wondering -- I wanted to ask you two |
| 14:17:34 | 17 | questions if I could, Mr. Hibey. Obviously, you're |
| 14:17:36 | 18 | under no obligation to answer. |
| 14:17:39 | 19 | MR. HIBEY: Yes. |
| 14:17:39 | 20 | MR. SCHOEN: One would be: When you obtained |
| 14:17:41 | 21 | this document? And the second would be: Who has had |
| 14:17:45 | 22 | access to the document and who translated it for |
| 14:17:50 | 23 | Mr. Eustice to make those handwritten notes? |
| 14:17:55 | 24 | MR. HIBEY: Yes. I believe this document |
| 14:17:58 | 25 | came into our possession at around the time of the |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

14:18:02  1    materials which had been turned over for use.

14:18:07  2           MR. SCHOEN:  Around September 10th?

14:18:09  3           MR. HIBEY:  Yes.

14:18:11  4           Secondly, the translation that is reflected

14:18:17  5    here was part of our attempting to understand this, the

14:18:24  6    content of this material.

14:18:28  7           MR. SCHOEN:  My question was:  Who provided

14:18:30  8    that translation in order for mister -- you said, I

14:18:34  9    believe, those are Mr. Eustice's handwritten notes.

14:18:37  10           MR. O'TOOLE:  We believe they are.

14:18:39  11           MR. SCHOEN:  Yes.  I don't believe Mr. Eustice

14:18:41  12    reads and understands Arabic.

14:18:43  13           MR. HIBEY:  No, I'm not saying he was the

14:18:46  14    translator.  He was the benefit of the translation.

14:18:52  15    And sitting here right now --

14:18:55  16           MR. O'TOOLE:  I'm not sure about the answer

14:18:57  17    to that, and I wouldn't want to speculate.

14:19:01  18           MR. HIBEY:  I'm not sure I know.

14:19:05  19           Now, I don't think that the fact that this

14:19:09  20    is a noticed deposition on your part justifies your

14:19:20  21    going first and asking questions of the witness, since

14:19:24  22    the burden is going to be on us in court, if it comes

14:19:29  23    to that.  And that's what I meant by the ultimate

14:19:33  24    determination.  If it comes to that, the burden is

14:19:36  25    on us.  So I would like very much to be the first

```
14:19:41   1    to inquire of the witness regarding these two pages.

14:20:00   2            MR. SCHOEN:  The concern -- the concern is

14:20:03   3    that leading questions will be put to the witness that

14:20:07   4    really can't be retracted and that the --

14:20:11   5            MR. HIBEY:  Let me ask you something.

14:20:12   6            Is that your -- now I'm being personal.  Is

14:20:15   7    that your concern?

14:20:17   8            MR. SCHOEN:  Number one, I would never

14:20:19   9    disclose if there were -- I don't know about "ever."

14:20:22  10    I'm not disclosing whether any differences in our

14:20:27  11    team exist, but that's my position.

14:20:34  12            MR. HIBEY:  I'm going first.  This is my

14:20:37  13    burden.

14:20:41  14            MR. SCHOEN:  I don't agree to that.  But

14:20:44  15    I can't stop you, I don't think.

14:20:48  16            MR. HIBEY:  All right.  Let's mark this

14:20:51  17    as Sealed Exhibit Number 1.

14:20:54  18            Is that fair?

14:20:55  19            (Court reporter clarification.)

14:22:57  20            (I. Dahbour Sealed Exhibits 1 and 1A marked.)

14:23:02  21            MR. HIBEY:  You had a question of me, sir?

14:23:02  22            MR. SCHOEN:  Yeah.

14:23:02  23            MR. HIBEY:  Please place that before the

14:23:02  24    witness.

14:23:07  25            MR. SCHOEN:  I just want to ask you a
```

| | | |
|---|---|---|
| 14:23:07 | 1 | question, if you feel free to respond. |
| 14:23:07 | 2 | Is it your position that this witness |
| 14:23:10 | 3 | generated this document and had it provided to you? |
| 14:23:12 | 4 | MR. HIBEY:  It is my understanding that the |
| 14:23:15 | 5 | witness provided the information that is contained on |
| 14:23:18 | 6 | this document. |
| 14:23:20 | 7 | MR. SCHOEN:  To someone else who then -- |
| 14:23:22 | 8 | MR. HIBEY:  To our investigator, yes, who is |
| 14:23:28 | 9 | part of our -- |
| 14:23:29 | 10 | MR. SCHOEN:  If you insist on going forward |
| 14:23:31 | 11 | and asking your question, go ahead and ask your |
| 14:23:34 | 12 | question. |
| 14:23:34 | 13 | MR. HIBEY:  Sure. |
| 14:23:34 | 14 | I want to show you, Mr. Dahbour, Sealed |
| 14:23:40 | 15 | Exhibit 1 and 1A. |
| 14:23:58 | 16 | CHECK INTERPRETER HAZOU:  Dov, can you raise |
| 14:23:59 | 17 | your voice, please? |
| 14:24:02 | 18 | OFFICIAL INTERPRETER RABINOVITCH:  I will. |
| 14:24:04 | 19 | CHECK INTERPRETER HAZOU:  Thank you. |
| 14:24:04 | 20 | MR. HIBEY:  I'm going to ask you to read it |
| 14:24:06 | 21 | to yourself. |
| 14:25:37 | 22 | First of all, do you recognize that document? |
| 14:25:43 | 23 | THE WITNESS:  (Examining.)  No. |
| 14:25:43 | 24 | MR. HIBEY:  Does it contain -- |
| 14:25:49 | 25 | THE WITNESS:  As a document, no.  As a |

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

| | | |
|---|---|---|
| 14:25:50 | 1 | document, no, I'm not familiar. |
| 14:25:53 | 2 | MR. SCHOEN: I would object to any further |
| 14:25:55 | 3 | questions on this document once the witness has said |
| 14:25:58 | 4 | he doesn't recognize the document. |
| 14:26:01 | 5 | MR. HIBEY: I understand. |
| 14:26:01 | 6 | Your answer was "as a document, no." |
| 14:26:08 | 7 | Do you have any other information to state |
| 14:26:13 | 8 | regarding your understanding of the material contained |
| 14:26:16 | 9 | in that document? |
| 14:26:18 | 10 | MR. SCHOEN: Objection. Objection as to form. |
| 14:26:26 | 11 | Vague and otherwise objectionable. |
| 14:26:36 | 12 | THE WITNESS: Shall I answer? |
| 14:26:38 | 13 | MR. HIBEY: Yes. |
| 14:26:39 | 14 | MR. SCHOEN: First of all, I'm not in a |
| 14:26:41 | 15 | position to direct him not to answer. I don't have |
| 14:26:43 | 16 | that authority. |
| 14:26:44 | 17 | MR. HIBEY: Please answer. |
| 14:26:48 | 18 | THE WITNESS: After I read these two pages |
| 14:26:50 | 19 | in front of me, most of the information is available |
| 14:26:57 | 20 | within our security files. |
| 14:27:06 | 21 | There are maybe additional details about |
| 14:27:09 | 22 | his brothers, his sisters. But he was being with |
| 14:27:19 | 23 | Jamal Al-Hindi and Ra'ed Nazzal, accompanied by. |
| 14:27:26 | 24 | And Rafi Nasura -- he was like a picture by Rafi. |
| 14:27:39 | 25 | His pictures were taken by Rafi Nasura before the |

| | |
|---|---|
| 14:27:41 | 1 |
| 14:27:43 | 2 |
| 14:27:45 | 3 |
| 14:27:46 | 4 |
| 14:27:46 | 5 |
| 14:27:46 | 6 |
| 14:27:53 | 7 |
| 14:27:56 | 8 |
| 14:28:01 | 9 |
| 14:28:05 | 10 |
| 14:28:12 | 11 |
| 14:28:17 | 12 |
| 14:28:19 | 13 |
| 14:28:20 | 14 |
| 14:28:25 | 15 |
| 14:28:30 | 16 |
| 14:28:33 | 17 |
| 14:28:36 | 18 |
| 14:28:40 | 19 |
| 14:28:41 | 20 |
| 14:28:41 | 21 |
| 14:28:43 | 22 |
| 14:28:44 | 23 |
| 14:28:47 | 24 |
| 14:28:49 | 25 |

operation was conducted.

MR. HIBEY:  Okay.  We're going beyond where
I want to be.

OFFICIAL INTERPRETER AGHAZARIAN:  "We are
going beyond where I want to be."

MR. HIBEY:  We're not going to stand in the
way of your questioning of the witness regarding this
document.  We -- we know, as lawyers, how it was
created.  And I am telling you that it is a document
that was created for us.  But since the witness cannot
identify the document per se as a document, then I am
afraid we will go forward.

MR. SCHOEN:  Thank you, Mr. Hibey.

Q.   BY MR. SCHOEN:  Mr. Dahbour, if you would,
please, take the first page of that document --

MR. HIBEY:  By the way, the marginalia, we
agree, is definitely our work product?

MR. SCHOEN:  Certainly.  First of all, it's
not readable.  But I certainly wasn't going to examine
on it.

MR. HIBEY:  You can't read it.

MR. SCHOEN:  But we're certainly not going to
use that.

THE WITNESS:  I don't know English -- I'm
reading -- that well.

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
15:11:34   1    the validity of that position.
15:11:36   2              That's all I have to say.  Thank you.
15:11:39   3              MR. HIBEY:  All right.  I think we're done.
15:11:41   4              MR. SCHOEN:  Now, do we need to discuss
15:11:43   5    housekeeping on the record or not?
15:11:44   6              THE VIDEOGRAPHER:  That concludes the video
15:11:46   7    deposition at 3:12.
15:11:48   8              (Brief discussion held off the record.)
15:14:06   9              MR. HIBEY:  Back on the record.  And it's okay
15:14:07  10    if this is not on the video record.
15:14:09  11              The court reporter will please note that the
15:14:11  12    contested exhibit, Sealed Deposition Exhibit 1 and 1A,
15:14:18  13    will be retained by defense counsel pendente lite.
15:14:29  14              MR. SCHOEN:  And to be consistent, it is our
15:14:32  15    position it should be retained by the court reporter,
15:14:36  16    just our position, as I said earlier.
          17              (The deposition concluded at 3:14 p.m.)
          18
          19
          20
          21
          22
          23
          24
          25
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
1              CERTIFICATE OF WITNESS/DEPONENT

2

3         I, IBRAHIM DAHBOUR, witness herein,

4    do hereby certify and declare the within and foregoing

5    transcription to be my examination under oath in said

6    action taken on September 12, 2012, with the exception

7    of the changes listed on the errata sheet, if any;

8              That I have read, corrected, and do hereby

9    affix my signature under penalty of perjury to said

10   examination under oath.

11

12

13

14

15   _____  _____

16        IBRAHIM DAHBOUR, Witness            Date

17

18

19

20

21

22

23

24

25
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR

```
1                    CERTIFICATE OF REPORTER

2

3           I, AMY R. KATZ, RPR, do hereby certify:

4           That, prior to being examined, the witness

5   named in the foregoing deposition was duly affirmed by

6   me to testify to the truth, the whole truth, and nothing

7   but the truth;

8           That the foregoing deposition was taken before

9   me at the time and place herein set forth, at which time

10  the aforesaid proceedings were stenographically recorded

11  by me and thereafter transcribed by me;

12          That the foregoing transcript, as typed, is

13  a true record of the said proceedings;

14          And I further certify that I am not interested

15  in the action.

16

17

18          Dated this 15th day of October, 2012.

19

20          _____
            AMY R. KATZ, RPR

21

22

23

24

25
```

SEPTEMBER 12, 2012 – IBRAHIM DAHBOUR

```
 1                        ERRATA SHEET

 2            *** SHABTAI SCOTT SHATSKY, et al., v.

 3             THE SYRIAN ARAB REPUBLIC, et al. ***

 4

 5   Page _____ Line _____ Change _____

 6   Reason _____

 7   Page _____ Line _____ Change _____

 8   Reason _____

 9   Page _____ Line _____ Change _____

10   Reason _____

11   Page _____ Line _____ Change _____

12   Reason _____

13   Page _____ Line _____ Change _____

14   Reason _____

15   Page _____ Line _____ Change _____

16   Reason _____

17   Page _____ Line _____ Change _____

18   Reason _____

19   Page _____ Line _____ Change _____

20   Reason _____

21   Page _____ Line _____ Change _____

22   Reason _____

23
     _____  _____
24        IBRAHIM DAHBOUR, Witness              Date

25
```

SEPTEMBER 12, 2012 - IBRAHIM DAHBOUR