**LOWELL DECL. EX. 15**

# Exhibit 123

[www.pflp.ps/note.php?id=110. Site accessed on July 25, 2012]

SHATSKY-002812-T



**The *Istishhad* [death as a martyr] of the Commander of the Abu Ali Moustafa Brigades in Qalqilya, Raed Nazal**



**The event's date: 26 April 2002**



Raed Nazal "Abu Asir", commander of the Abu Ali Moustafa Brigades, fell as a *shahid* [martyr] after a heroic battle against invading occupation troops that raided more than ten places in search for the *shahid* [martyr] and his wanted comrades. When the troops tightly besieged the group, the *shahid* [martyr] asked his comrades to withdraw and fought the battle alone during two hours in order to provide a cover for his soldiers. The murderers did not manage to kill him except with remote bombs that turned his huge body into a warrior legend of sacrifice.

Words fail us!

This is the title and the first line of the poem of Ahmed Matar, the aching poet, in which he lamented the Arab nation and the entire human race. He wrote this poem as an elegy of the *shahid* [martyr] of the poor, the late artist Naji al-Ali.

We quote the title and "other things" from Matar because words fail us most when we talk of the *shuhada* [martyrs]. Even if we overcome this difficulty and start talking as we do now, what is the use of words?!

The answer was written by the burning tears and by the blood of the *shuhada* [martyrs], the prisoners, the injured and the chased sons and daughters of our people, who spent years of toil and sacrificed for the sake of the homeland and for its people's freedom and dignity.

[www.pflp.ps/note.php?id=110. Site accessed on July 25, 2012]

SHATSKY-002813-T

We say this in the presence of the *shuhada* [martyrs]…

We write this not in order to immortalize them, as their memory is immortal regardless of our wishes, but rather in an attempt to reward them some of what they deserve.

Raed Nazal was a revolutionary, a prisoner, and a chased leader, who was glorious in every sense of the word. These words were prepared by the comrades and loved ones of Raed, and we only edited, reordered and added some words.

Raed - this great word [Raed in Arabic means "pioneer"] was not only a name but also the reality of his struggle and life. If you look for a word to describe him with, you will not find a word more suitable than this.

Socially, he had a big heart and a warm, tender personality that likes to cooperate, help and give the oppressed back their rights.

He took care of the problems of his surrounding more than he cared for his own problems. In his struggle he embodied a great legend of belonging and of warrior's values since he was a little boy.

Since he was thirteen-years-old until the day he fell as a *shahid* [martyr], he never parted from the slogans of struggle, both in his words and in his actions. While he was a prisoner and after his release, he always carried the weapon of struggle and internal growth in order to implement his famous words "I will not be a slave of this phase, and I say openly that I will not accept this humiliating position because I have one life only and I will live it in dignity".

**Personal Information:**
Full name: Raed Mousa Ibrahim Nazal
Date of birth: 1st June 1969
Family status: Married to the warrior lawyer Fatima Mohamed Da'na and has a son named Asir [the meaning of Asir in English is "prisoner"], because the prisoner movement was sacred to him and he was attached to it with all his senses.

Rank: Member of the central committee of the PFLP's branch in the [West] Bank, leader of the Abu Ali Moustafa Brigades in Qalqilya, officer in the Palestinian National Security Forces with a Major rank, and a Lieutenant Colonel in the Abu Ali Moustafa Brigades.

His Struggle Record:

[www.pflp.ps/note.php?id=110. Site accessed on July 25, 2012]

**SHATSKY-002814-T**

- He was arrested for 25 days when he was thirteen years-old.

- He was arrested for thirteen months when he was fourteen years-old.

- He was sentenced to five years when he was fifteen years-old on charges of his membership in the Popular Front for the Liberation of Palestine, throwing improvised explosive devices and setting cars of collaborators on fire.

- Half a year before the end of his five year sentence, he killed a collaborator in the Jenin Prison and was sentence to life in prison.

- He was released from prison in a prisoners' exchange deal on 9th Sep1999.

- He resumed his struggle since the first day of his release. He was elected as a member of the leadership of the Qalqilya region, and participated as an active member in the Sixth National Conference of the Popular Front. He was elected as a member of a central committee in a [PFLP] branch. In addition to his activities in the Abu Ali Moustafa Brigades, he established a theatre and a music band, and dedicated many efforts for establishing the Women's Committee. He also helped publish the writings of some of his imprisoned comrades.

Raed, a man of views:
Boundless are the views that one can describe, as Raed was a man well-known for his brave positions, magnanimity and sacrifices. For Raed, a man is judged by his views; to be or not to be. He lived his entire life according to this belief, paying a price for this but still happy and content. He did not care for his personal difficulties, and was content to have acted according to his conscience and beliefs.

What a great soul he had! The most beautiful of his characteristics was that he believed that improving the world and reforming it is a personal mission that one should pursue even if he is the only one in the entire world with this revolutionary ideology. When you say to him: "This is difficult", "this is impossible" or "there is no hope for reform" he would say: "We have to try over and over again. Nothing is impossible for me".

When Raed was a child he had many dreams, and when he grew up he fulfilled his revolutionary dreams enthusiastically. He did not stop for a single moment, and some described him as a "kettle that keeps on boiling". O Comrade, do not tire yourself out, kindle the fire of anger and the fire of revolution and sacrifice deep in yourself. Make miracles because glory is not made of air bubbles, but is drawn from your depths as did the conqueror Saladin. You win victories, you create honor. You cannot but be like this, because you fight off death by death. O man of views, of which view shall we talk?

[www.pflp.ps/note.php?id=110. Site accessed on July 25, 2012]

SHATSKY-002815-T

**Ahmed Sa'adat wrote about him the following:** The *shuhada* [martyrs] are mentioned in the pages of our history as letters and words dyed with blood and lines knitted from their shredded bodies. The Palestinian leaders, and I am one of them, should be inspired at every turn and position by the legacy of the righteous *shuhada* [martyrs] and to be stronger and more committed to the cause and position. Every time we feel weak or have doubts we can look back at their legacy and find something to enrich and light our path and to lead us to the certain victory.

Why did I choose these words to describe my comrade Raed Nazal? I chose these words because there is an urgent need, created by the requirements of the current phase, especially after the aggressive attacks of the cowboys and their British allies, [who invaded] the region through the gates of Iraq with the purpose of promoting the culture of surrender and of imposing it by force. They promote this culture under attractive names such as realism, wisdom, and fending yourself against the storm, and other terms that our ears got accustomed to and fed up with. Therefore, I found it necessary to quote and explain the noble phrases of an artist, a writer, a creative warrior and a *shahid* [martyr] so that the advocates of the reality of surrender should not attack them.

Look at the life of my comrade the leader *shahid* [martyr] Raed Nazal and you will find the answer. You will see that the beliefs are harmonious with the deeds and all are together in the melting pot of "the cause and the position"! The type of *shuhada* [martyrs] and field leaders that Raed Nazal belonged to is easy to understand. You do not need complicated philosophic or literary introductions in order to describe them. You can get used to him and befriend him in less than a minute. When he leaves you need to meet him again, you even miss him. His childhood has features of a serious manhood, and his manhood has features of innocent and pure childhood. I even do not exaggerate when I say that his rudeness stems from a nice spontaneity that does not offend. His shadow, his whispering voice, his light steps, his echoing laugh and his restrained anger leave an imprint. His conduct simply and effortlessly shows his human traits.

While the human traits of our comrade, friend and beloved Raed were so simple that you could easily read and understand them within minutes, and even seconds, the characteristics of his warrior personality were even easier to understand. When I first met him he was like a lion cub in a group of comrades of his generation. I can say that they were identical in their conduct, [sense of] belonging, motivation, courage and willingness to learn and develop. However, to tell the truth I have to mention that he was the most distinguished in his commitment and diligence. Between my first acquaintance with Raed when he was a lion cub taking his first steps in struggle and in the science of revolution and my second meeting with him after his release from the prison he had changed into a motivated, educated member. He became an eloquent and even offensive speaker who used polished, powerful words. He was about 14 years-old.

[www.pflp.ps/note.php?id=110. Site accessed on July 25, 2012]

**SHATSKY-002816-T**

I was not surprised when I saw that the same lion cub I saw previously had become a cultivated person full of motivation, enthusiasm and humor. He looked sixteen and not thirty; he did not rust, and did not grow old or sick. He remained a strong young man full of energy and willingness to sacrifice. He got involved in his mission immediately after he fulfilled his duties towards his comrade prisoners. He cared for them and paid the bill of promises that he made when he parted from them. He was the best in fulfilling his duties. He opened his arms to the warrior missions of the party, both the simple ones and the most complicated. Then came the glorious Intifada and opened new horizons for him and awakened his potentials and his revolution to fight and struggle. He was a courageous ironman who never knelt. His head remained held up high and his eyes remained fixed on the sun that rises on the walls of Jerusalem. He fell as a *shahid* [martyr] while gripping his ideologies and positions in one hand and the trigger of his rifle in the other hand.

Raed taught his enemies and friends, the educated and the simple people, that he is not a supernatural giant but a human being. When human beings release their abilities they turn into giants. So what shall we say about a people that reflects a union of individuals and groups, which emerge as a distinguished social fabric?

At last, before I finish my words and kneel for this courageous leader, I have to make the picture complete and say: Raed would not have turned out as he did had he not grew up in a family and a society that helped form his personality and gave him the elements of strength.

His mother was full of feelings, while his father was strict yet kind in his treatment. When you talk to the father you feel warmth, comfort and love feelings veiled in respect and dignity. His sisters were all strong but full of rich feelings and strong sense of responsibility. The society where he grew up has features similar to those of his family. And last his strong, intelligent wife Fatima who shared a life with him and parted from him smiling and aching at the same time although they were married for only a year or a bit more.

To this family that I had the honor of befriending;

To Asir, who bears all the characteristics of his leader *shahid* [martyr] father;

I say: Your father left you physically, but he is present in his views and in you.

**The prisoners' *sheikh* [literally: old man], Abu Rif'at, Mohamed Nu'eirat – Raed's companion**
He was the oldest prisoner in all prisons. When Raed first met him he was strong, stubborn and with a sense of humor.

[www.pflp.ps/note.php?id=110. Site accessed on July 25, 2012]

**SHATSKY-002817-T**

Raed loved him and accompanied him during the entire period he spent in prison. When the Sheikh got sick Raed treated him as if he were his father. He took care of him in all aspects for years, and when Abu Rif'at suffered from Alzheimer that comes with old age, he could not recognize the majority of people he knew except for Raed, who remained present in his imagination. How could he forget the person who gave him water, fed him and helped him relieve himself while singing to him as a mother sings to her little baby?

Raed, or "Abu al-Nazal" as Abu Rif'at used to call him, was stronger than Alzheimer in the brain of the Sheikh. When the Sheikh was released more than one hundred people, including his closest friends, came to meet him. He sat there silent not recognizing any of them. Then one of Raed's sisters came to greet him, telling him her name. Suddenly he became so happy like a child and talked and asked for two long hours about "Abu al-Nazal" and his imprisonment with the most accurate details. How could he not remember the youthful blood that provided him with love, warmth and tenderness as if Abu Rif'at was back in his mother's womb?

Abu Rif'at cried when he heard the news about the *istishhad* [death as a martyr] of Raed. We wonder, what kind of tears were those that wetted the face of the Sheikh?!
Nobody knows the answer or can answer this question except for Raed himself.

**Raed's Last Message**
He heard the loudspeakers of the army calling on him to surrender, mixing with the sound of the bullets and exploding missiles. He was besieged in a small square - in the stairwell. The stairs for him are linked to childhood dreams, while the sounds of war are linked to the dreams of rebellious revolutionaries. It seems that this is your last battle, warrior. Aircrafts are flying in the sky and vehicles are surrounding the area. There is no escape. The army is few steps away from you. Only a wall protects you from their bullets and protects them from your bullets.

It is very courageous and of sacrificing nature to be the weak side in an unequal battle. It requires an *istishhadi* [of martyrdom] decision like that of Guevara.

Raed wished that the chased people would not hide when the army came. He said: When will we go out and face these tanks with rockets instead of hiding in houses and groves? But he had no rockets or tanks. All he had was a Kalashnikov rifle, few cartridges and a grenade. But he survived for hours…

He bravely resisted death. He fired short bursts from his rifle and stopped the advance of the soldiers. Then he went back to his hiding place where Asir, Fatima, his father and all his beloved ones waited for him.

[www.pflp.ps/note.php?id=110]. Site accessed on July 25, 2012]

**SHATSKY-002818-T**

He encouraged them and told them not to be afraid.

The shadows of Asir and Fatima passed in his imagination. He remembered that he went home secretly in the afternoon of that day, had a shower and changed his clothes. Then he left pictures of Asir and the wedding dress on the bed and went out.

He smiled and remembered how he insisted on his wife returning home from university yesterday. He said that he missed her and Asir and that he wanted to be with them even for only one hour although this meant that afterwards she should do the difficult way back to the university. He insisted like a child: "I want you. That's it".

Did he know that he will soon meet his fate?!

No, that will not be the end. Raed, real heroes have no end. He gathered his strength, approached the handrail and fired at the army again. Sounds of explosion mixed with the voice of Asir calling: Dad! Dad! He pictured Asir in his mind before his body was shredded by shrapnel. The words of Asir "Dad is a hero" keep echoing, creating glory and light that light our road.

Original



26-04-2002 :: تاريخ الحدث

استشهاد قائد كتائب الشهيد أبو علي مصطفى رائد نزال " أبو أسير " بعد معركة بطولية مع قوات الاحتلال الصهيوني حيث اقتحمت قوات الاحتلال الغازية أكثر من عشرة مواقع للبحث عن الشهيد ورفاقه الطوق أكثر من ساعتين المجموعة طلب الشهيد من رفاقه الانسحاب وخاض المعركة بنفسه طوال ساعتين للتغطية على حدود الشهود ولم يتمكن القناة من الاستطورة نضالية في الصمود والعداء والتواصل

ما أصعب الكلام !!!
عندما كتب فيك رثاء الشاعر الموحوع أحمد مطر الأمة العربية والإنسانية جمعاء، عنوان القصيدة الراحل يا حبي كانت تلك بداية وعنوان القصيدة "وأشياء أخرى" حيث ليس أصعب من الكلام في حضرة الشهداء عن الشهداء.. حتى لو جرحنا من الحق ..ما جدوى الكلام !!! الشهداء تنبس من مطر العيون الرحمة فقط خطفا الشهداء والأسرى والجرحى والمطاردون من الكد والشقاء ، وجياع قدمت شعبنا عنان الوطن فداء لعيون حرية وكرامة شعبه ..



تعريف بالهوية النضالية:

الوطني الفلسطيني برتبة رائد ورتبة مقدم في فرع الجبهة الشعبية لتحرير فلسطين في الضفة وقائد كتائب الشهيد أبو علي مصطفى في محافظة قلقيلية وضابط في الأمن المربية: عضو لجنة مركزية فرعية في فرع الجبهة الشعبية لتحرير فلسطين في وكتائب الشهيد أبو علي مصطفى.

تعريف بالهوية الشخصية:

الاسم الرباعي: رائد موسى إبراهيم نزال - ماضي
تاريخ الميلاد: 1969/6/1
الحالة الاجتماعية: متزوج من المناضلة المحامية فاطمة محمد دعنا وله ولد سماه أسير لأنه يقدس الحركة الأسيرة وظل يتمنى لها بكل جوارحه.

[نص عمودي طويل]

سجل الخالدين
المصالحة الوطنية الخاصة والفئوية والإرادة السياسية أسباب عدم تنفيذ اتفاق
حوارات
المصالحة من قتل وتورط الفلسطينيين في سوريا؟
Jul-21
فقط في عمان...
Jul-21
نحو عقد مؤتمر شعبي
Jul-24
خالد الجيوش
Jul-24
إعلان قطاع غزة «محرر»: خطوات في المجهول
Jul-24
هاني المصري
Jul-24
إعلان قطاع غزة محرر
Jul-24
د. فاير رشيد
Jul-24
أهداف حولة كلنتون
Jul-24
عبد الرحيم ملوح

# الذكرى السنوية 19 لاستشهاد البطل رفيق أحمد منصور



**عدد الشهداء في السجل: 1014**

- الأكثر قراءة خلال أسبوع

### خاطرة
2012-07-21

### الصهاينة للتاريخ عن موقفنا نحن مواطنينا المسيحيين
2012-07-18

2012-07-18

رائد رحل المواقف:

دفع الموت بالموت... يا رجل المواقف فأي موقف سكتب عنك، أحفادك الثائرة كما الناصر صلاح الدين، وتصنع النصر أو تصنع الشرف... كيف لا وأنت من التضحية، وأخرج المعجزات، فالمجد لا يصنع من فقاقيع الوقت، وإنما تستله من جوار الوقت"... لا تعب يا رفيق، أوقد في أعماق ذاك نار الغضب ونار الثورة ونار بحرارة وقود ولم يتوقف لحظة واحدة، حتى في أحلام كبيرة، وصفه "بالمرجل الذي يغلي قول الطفل كان ينهي في رأسه أحلام كبيرة، لا شيء مستحيل في نظري"

رائد "الثوري..." وعندما تقع على عاتقه حتى لو كان الرجل الوحيد يحمل هذا ما أعطتهم روحاً... أحمل شيء لديه مقنع يعمل أن مهمة اصلاح وتغيير العالم الإيمان... وعندما تهد في العالم ككل و مارس اصلاح وتغيير العالم مهمة شخصية تقع على عاتقه حتى لو كان الرجل الوحيد يحمل هذا ما أعطتهم روحاً...! أحمل شيء لديه مقنع يعمل أن مهمة اصلاح وتغيير العالم غاليا وتجدد مسرور غير عابئ بالنتائج الشجاعة. لقد أرضى مستحيل أن تقول له: هذا صعب أو مستحيل أو لا أمل في الإصلاح؟... قناعاته التي عاشها والتضحية. الإنسان طوال حياته.. تلك القناعات التي كان يدفع مرات كثيرة تمنع والشهامة والتضحية، يمكن للمرء والحديث عنها. فرائد معروف برجل المواقف التي ما أكبر المواقف التي يمكن للمرء والحديث عنها. فرائد معروف برجل الشجاعة

رائد رحل المواقف:

اعتقل وهو في الثالثة عشرة من عمره لمدة 25 يوماً، اعتقل في الخامسة عشرة لمدة خمسة شهراً ثم اعتقل في الرابعة عشر على خلفية عضوية الجبهة الشعبية لتحرير فلسطين والقاء زجاجات حارقة وحرق عدد من سيارات العملاء، وحكم باعدام أحد العملاء في سجن حبسن وحكم قتل نهاية الجمعيين سنوات بنصف عام قام باغتيال العملاء. عليه مجدداً بالحكم المؤبد.

وأصل مشواره النضالي منذ اليوم الأول لتحرره من الأسر، حيث انتخب في قيادة منطقة محافظة قلقيلية وشارك كعضو فاعل في المؤتمر الوطني السادس للجبهة الشعبية وانتخب كعضو في لجنة مركزية فرعية. وأولى حاتم جمله في كتاب الشهيد أبو علي مصطفى عمل على تأسيس فرقة فتية (المسرح)، وانتخب على رأس لجنة الإرفاق في الحركة الأسيرة. ناء لجنة المرأة وساعد في صدور إصدارات للرفاق في المسرح 1999/9/9.

كتب عنه احمد سعدات قائلاً:

إن الشهداء لا يمرون في صفحات تاريخنا بالدم وسطوراً وكلمات معهدة بالدم وسطوراً، نسجت من أسلاتهم المعرفة، فالعقل القيادي الفلسطيني، وأنا واحد منهم سيبقى أن يستلهم من دقيقة، مبادرة الشهداء الأبرار، وأن يزداد صلابة وتمسكاً بالقضية فيئة في مواقفهم ما يغني وبسر لنا الطريق و يقودنا ساور أحدنا الوهن أو الشك.

لماذا اخترت السجن لأن هناك حاجة ماسة للحديث عن رفيقي رائد نزال، لقد اخترت هذه اللحظات لأن هناك حاجة ماسة للحديث عن رفيقي رائد نزال خاصة بعد الهجمة العدوانية ساركوزية وحسب مساءة، و رب صحكية أو تحسه المكون ترى أراه، فهو واحمار بحاج في أنامل خارفها تمر عن عقوبة محبة للنفس ولا تستر العنف، فطينة وهمس أوفر حتى في رحمه ملامح طفولة تكثر الرياء والنقاء والشفافية، ولا يسير معالم رجولة حين صارمة، في فطامه بعد أن يبادر يحتاج لكل شائق للنقاء، تالمه وتصادقه بيسر خلال أقل من دقيقه معه، وبسر بعد أن يبادر يحتاج لكل شائق للنقاء، تالمه وتصادقه بيسر خلال أقل لموضعه أو سير كرره مقدمات معقدة فلسفية أو أدبية، فهي طفولته ولا أبالغ حين كان تموذج وطراز الشهيد القائد المبدائي رائد نزال فقيها تجدون الجواب، حيث نجد لا يتطاول عليها أحد المدعين شرج عبارات سياية من فنان وأديب ومناضل مبدع وشهيد حتى انظروا إلى حياة رفيقي الشهيد القائد رائد نزال فيها تجدون الجواب، حيث نجد استسحام التطارب مع المعارسة في بوتقة "القصة والموقف"!! سأوخر حتى أن فطاءاته تمر عن عقوبة محبة للنفس ولا تستر العنف، فطينة وهمس معرفة، و في رحمه ملامح طفولة تكثر الرياء والنقاء والشفافية، ولا يسير معالم رجولة حين صارمة، في فطامه بعد أن يبادر يحتاج لكل شائق للنقاء، تالمه وتصادقه بيسر خلال أقل ارتجاء البشر الأمريكية والباعتهم البريطانيين وتعرضوا بالقوة، وسباعد العديد من النقافة الغربية معقدة والحكمة والاحياء للفاصفة، و غيرها عبارات من فنان واديب ومناضل مبدع وشهيد

عمره ما يقارب الأربعة عشرة سنة، ولم أواجه حين وجد هو نفسه الشبل الذي عدت من الأسر كادراً معداً ومثقفاً متكلماً وخطيباً على متطاول بعبارات صقيلة وعميقة، كان رائد الشبل المبتدئ في النضال والانتماء للعلم النوري، بل متطاول بعبارات صقيلة وعميقة، كان والتطور، لكنه التحاق للحنقية كان الأكبر تمير في ثباته واستعداداته والقابليات للنمو كانوا توائم في السلوك والاندفاع، عرفته شبلاً في دفائي بل نواة محمومة من الرفاق، أقول إنهم والسحول استعهال، عرفته شبلاً في دفائي بل نواة محمومة من الرفاق، أقول إنهم وأحقاناً عن استيعباه، عرفته شبلاً في دفائي بل نواة محمومة من الرفاق، أقول إنهم وإذا كانت السجنا الانسانية لرفيقنا وصديقنا وحسبنا رائد بها إلا السير والسياطة أن تقرأها ساوى أو ردية مسية، و رب صحكية أو تحسه المكون ترى أراه، فهو واحمار بحاج

شيخ المعتقلين أبو رفعت، محمد نجوان رفيق درب راد

كان الأكبر سناً في كافة المعتقلات، عندما التقاه راد كان قوياً ذو مراس وروح مرحة.

أقول: ذهب أبواك عنا يحسدك لكنه ظل حاضراً بمواقفه مضافاً إليه الأسير لوعة الأسرة التي تشرفت بصداقته...

أكمل الأسير أو يزيد عنا قليلاً. لم تكن بعد السنة أو يزيد عنا قليلاً حتى شاطرنا الحياة وودعته وهي تبتسم وتعتصر الألم، على الرغم من أن زواجهما الأسرة سمات تقاطع مع سمات أسرته وأخيراً زوجته فاطمة الصلبة الذكية الإنسانية التي تتخطى المشاعر الإنسانية والانتماء العائلي للواجب، وفي المجتمع العائلي الذي يتخطى في قسماته واكتساب صلب شغاف وعطف في معاملته، يحدثه جميعهم بين الصلابة والراحة المعتدل والشجاع. وحتى أكمل دائرة الحقيقة أقول: ما كان لراد أن يمتلك هذه العظمة وسيحقق هذا التقدير لو لم يشأ في كيف اسرة ومجتمع ساعد في تكوين شخصيته الإنسانية عضوية اجتماعية ضميرٍ وأخيراً وقبل أن أنهي كلمات هذه المقدمة وأعبر أمام هذا الجندي القائد
وأخيراً وقبل أن أنهي كلمات هذه المقدمة وأعبر أمام هذا الجندي القائد الإنسان، وإن الإنسان حين يطارد ذاته فلديه من الإمكانات التي إذا تحررت والمجموعات عملاقاً خارقاً غير عادي، بل إن إنساناً قادماً نقول عن الشمس إنها ليست عملاقاً، فماذا نقول عن الشمس الذي يعبر عن إنجاز الأفراد الأعلى للنضال والقتال. وعيناه مصوبتان نحو الشمس المشرفة على أسوار القدس. فاستبشرنا فاستبشر وقف فولاذياً، لم نسر ركبتاه، وظل رأسه مرفوعاً للأعلى الأكثرها تفعيداً. وحانت الانتفاضة المجيدة لتفتح له أفقاً رحبة وتفجر إمكاناته من حمل الواجب وقت ذراعيه لمهام النضال في الحرين مستبداً لها من اسطاها هومهم وسعى تسديد فاتورة الواجب الذي نجوه نحو أسر وأفاق الأسرى الذين يحمل وانخرط في مهمة بسرعة بعد أن أنهى واجبته شامخاً شاباً يتدفق حيوية واستعداد العطاء. ودعائه واستعداده وإكاد أقول إن عمره ما زال ستة عشر عاماً وليس ثلاثين. فهو نفاذه معقولة هو نفسه الذي رأيه قبل هذه المدة أول مرة في اندفاعه وحماسة

Case 1:18-cv-12355-MKV-DCF Document 136-23 Filed 10/05/21 Page 17 of 19
Case 1:02-cv-02280-RJL Document 261-2 Filed 11/13/15 Page 16 of 18

الرصاص تصنع الجنود من التقدم، ثم يعود إلى مكمنه حيث يتناهى دخان قصيرة من وفتحة بندقية وكثبه جحمد ساعات. كان رائد يطلق على رشاشه دخان قصيرة من وفتحة بندقية وكثبه جحمد ساعات. والآن لا يملك صواريخ أو دبابات.... كل ما يملكه بندقية "كلاشنكوف" وبضع مخازن سبحذث لمواجهة هذه الدبابات بالصواريخ بعد عدد من الأحياء في المنازل والسيارات. كان رائد قبل ذلك يحلم بأن لا يجتمع المطاردين عند دخول الجيش، وكان يقول متى والمجموعة ويحتاج إلى قرار استشهادي من الطائرات الحربية.
وإن تكون بدأ في معركة لا نية فيها من ناحية عسكرية، أمر في منتهى الشجاعة وشجاعتكم المتبادلة.

أي منذ الاشتباك، الجيش بعد عدة جولات، حصار واحد بجميعهم وبحملك من الأحزاب، الطائرات تحلق في السماء والدبابات تطوق كل المنطقة ولم ترك وصول الحرب بحط بأحكام المصدر الثائر، بدو أنها موقعتك الأخيرة أبو الجنتاي وقم وحاصر في مربع صغير - مجالد ٢٢ - "الدرج" في ذهن رائد بحط بأحكام صوت سماعات الجيش ينادى ويطالب الاستسلام ويحتاط بصوت الرصاص وانفجارات

**الرسالة الأخيرة لرائد:**

لا يعرف أحد الإجابة أو أن يجيب سوك رائد نفسه.

لقد بكى أبو رفعت عندما سمع باستشهاد رائد، ترى أي نوع من الدموع تلك التي ذرفت وجه الشيخ!؟

في عروق الذوب والحنان والمحبة والإخلاص كما لو أن "أبو رفعت" عاد إلى بطن أمه.

وعندما سمع اسمها الكامل، فكيف يبكي شخصاً بحدث وبسأل للسلام عليه وعندما اقترن المقربين له وهم صامت لا يقل عن مائة شخص لا يعرف أحد حتى ضح الاستيقاظ، كان ما لا يقل عن الأسر وهو أقوى من مرض "الإرهابيم"

راند أو أبو النزال كما رفعت بسمي راند أبو النزال

أصيب أبو رفعت في مشهد ذلك كما تبكي الأم لطفلها الرضيع.

فبكاه راند وظل مراقبا له طول فترة اعتقاله، وعندما ألم بالمرض بالشيخ الجليل، إلا راند ظل طائلاً في محبته.... كيف يبكى من أسقط واطعمه وقتضى معظم الناس الحجة راند بالشيخ عندما أخذه راند بدوية وكنه بسجان نادرة وتطلق من رشاشه عند بنظره أسير وفاطمة
<br/>

Wednesday, July 25, 2012
http://www.pflp.ps/note.php?id=110
SHATSKY-002818



المؤتمرات
النظام الداخلي
رموز قيادية

حوارات

Wednesday, July 25, 2012

http://www.pflp.ps/note.php?id=110

SHATSKY-002820