# LOWELL DECL. EX. 16

Exhibit 81

| Orbits | Adli Sadeq |

**Serious About the Reconciliation:**
**Some Things, Which are Unavoidable**

President Abu Mazen was loud and clear when he asserted he was serious about the reconciliation. What is even more important, which serves to assert his credibility, is that he reviewed the developments of the reconciliation issue at the beginning of the closed session of the Revolutionary Council without uttering a single word outside the context of reconciliation. Therefore, we leave hatred behind and transcend the pain. However, the agreement itself, formulated in a charged atmosphere, needs to be supplied with loads of oxygen, pumped voluntarily by both sides in order to compensate for the great loss of air it suffered during its formulation.

The issue of the security apparatuses needs to be philosophically expanded, in a way that will handle more than the mere question of confirming the administrative authority. It has been said that the security apparatuses' methods of operation would have to abide with the Service Law in the security apparatuses. We do not wish to say that things are more complicated than this, but we return to what we have been saying repeatedly during the last years: security is based on politics and not the other way around, both in the framework of the peace process with the deceptive, lying, occupying partner, and with regard to the Palestinian internal relationships. This means that a unified national vision concerning the nature of the current phase and the means of the national struggle is the decisive element in the unification of the security system and it subjection to one national action ideology.

On the Palestinian level, no one disagrees that the armed struggle is difficult, or even impossible, under the current conditions. Therefore, Our obligation is to avoid violating our commitment to a work plan, which maintains public order, protects the Palestinian society from disruptions, and allows the political players to compensate for the abstention from the most noble means of resistance (when it is strategically possible), which is the armed struggle. The compensation will be achieved by means of gaining advantages and achievements through politics.

If we harmonize our convictions regarding the national basics, we can guarantee the smooth progress of the security process and avoid any deviations that might occur under the title "procedural coordination".

The nationalists do not want the occupiers to harm a single Palestinian - even if he is a criminal - as a result of the security cooperation. We are interested in serving the political position by abstaining from armed activities, exactly as we are interested in maintaining public order!

SHATSKY-006715-T

I would like to add in this context that one of the shortcomings of the Egyptian document is related to the constitutional dimension of dealing with the security condition in Gaza. When we speak of an agreement that brings back the unity of the Palestinian political system, we refer to restoring the Palestinian entity that will rule in the future the territories that were occupied in 1967.

We should be aware from the beginning that this entity will never be able to exist unless it has a monopoly over the exclusive right of enforcing the law for the benefit of society. If there exists another secret or public opposing body, capable of using force and of attacking the ruling body whenever it wishes to, then there will never be a feared ruling body as is necessary for the existence of the state in the first place. Therefore, the armed forces and groups, wherever they may be, must unite under the flag of national entity, both with their weapons and with their visions, and must willingly forego their ability to use force in the internal level. The use of the resistance as an excuse is not convincing; the Palestinian experience has taught us that when the moment of resistance arrives, whether the calculations are mistaken or accurate, it is the legitimate leadership that will be on the frontlines, and constitute the one that will push society into the confrontation. This is what happened in the lengthy Second Intifada, when the security services and Hamas fought together.

The situation is different now. The national effectiveness of politics now requires achieving a unified, feared ruling body, capable of sealing all the holes that the occupiers try to make in our fence.

We should quickly say that we should define the terms before getting into the implementation of the Egyptian document. The terms used in the document need to be more precisely defined without igniting any controversies. The word "reconciliation" may be the simplest example: it is not a political term, and does not reflect reality. We have not been angry with each other, nor have we suffered emotional or social deprivation, and so we have no need for reconciliation. What is required is that we diagnose our reality and agree on the vision and on the means for achieving the realistic goals that, though realistic, require a lot of cooperation, unity, hard work and efforts as befits warrior elites. The occupiers want to erase us and our cause. What we have been strongly calling for is still very far away. We should make it the horizon of our national activity, and agree on a strategy for this activity!

www.adlisadek.net
adlishaban@hotmail.com

SHATSKY-006715-T

# Original

## جادون في المصالحة:
## بعض الذي لا بد منه

كان الرئيس أبو مازن واضحاً وصارماً في التأكيد على جديته في المصالحة. الأهم من ذلك وما يعزز صدقيته، أن الرجل استعرض تطورات موضوع المصالحة، في مستهل الجلسة المغلقة للمجلس الثوري دون أن تخرج منه كلمة خارج السياق التصالحي. بالتالي إننا الآن، نرمي مشاعر الخصومة من وراء ظهورنا ونتجاوز عن الآلام. لكن الاتفاق نفسه، الذي صيغ في أجواء مشحونة، يحتاج الى الضخ الطوعي للأكسجين، من قبل الجانبين، توخياً لتعويض الكثير من الهواء الناقص في الصياغة.

فموضوع الأجهزة الأمنية، يحتاج الى توسع فلسفي يزيد عن مجرد تثبيت المرجعية الإدارية، كأن يُقال بأن سياقات عمل المؤسسة الأمنية ستكون ملتزمة بقانون الخدمة في الأجهزة الأمنية. ولا نرغب هنا في القول بأن المسألة أعقد من ذلك، وإنما نعود لما قلناه مراراً خلال السنوات الماضية، وهو أن الأمن يتأسس على السياسة وليس العكس، سواء في إطار العملية السلمية ومع طرفها الاحتلالي المخادع الكذوب، أو في العلاقات الداخلية الفلسطينية. معنى ذلك أن وحدة الرؤية الوطنية لطبيعة المرحلة، وللمتاح من هوامش الحركة ووسائل النضال الوطني، هو العنصر الحاسم.

التتمة ص٢٧

في توحيد المؤسسة الأمنية وإلزامها بعقيدة عمل وطنية واحدة. فلم يعد يختلف اثنان، على الصعيد الفلسطيني، حول صعوبة المقاومة المسلحة أو استحالتها في ظل الأوضاع الراهنة. هنا، يُصبح واجبنا هو الحيلولة دون كسر التزامنا بمنهج عمل يحفظ النظام العام، ويحمي المجتمع الفلسطيني من الاختراقات، ويتيح للاعب السياسة أن يعوض الاستنكاف عن أنبل وسيلة للمقاومة (لو أتيحت بالمعيار الاستراتيجي) وهي الكفاح المسلح، بمزايا ومكاسب في الموقف السياسي. فعندما تنسجم القناعات على أسس وطنية، نضمن سلامة العملية الأمنية وننأى بأنفسنا عن الانحرافات التي ربما تحدث تحت عناوين التنسيق الإجرائي. فالوطنيون يرفضون بكل حزم، أن ينال المحتلون من فلسطيني، ولو كان من العُصاة الجنائيين، بجريرة تعاون أمني. نحن المعنيون بخدمة الموقف السياسي بالاستنكاف عن العمل المسلح، مثلما نحن المعنيون بحفظ النظام العام!

في هذا السياق استطراداً، كان بعض الهواء الناقص في الورقة المصرية، يتعلق بالبُعد الدستوري لمعالجات الوضع الأمني في غزة. فعندما نتحدث عن اتفاق يُعيد الوحدة للنظام السياسي الفلسطيني، نكون بصدد استعادة الكيانية الفلسطينية ذات الولاية المستقبلية على الأراضي المحتلة في عام ٦٧. ويتوجب التنبه منذ الآن، الى أن أية كيانية لن تقوم لها قائمة، إن لم تحتكر وحدها الحق الحصري في الإكراه، نيابة عن المجتمع ولمصلحته وبالقانون. فإن وجدت قوة، كامنة أم مختفية أم متمظهرة أم نافرة، في مقدورها ممارسة الإكراه والانقضاض على الكيانية في أي وقت شاءت؛ فلن تكون هناك كيانية مُهابة تلبي مهام قيام الدولة أصلاً. بالتالي على القوى والمجموعات المسلحة أينما كانت، أن تنضوي تحت راية الكيانية الوطنية، بالسلاح وبالرؤية، وأن تتخلى طوعاً عن قدرة ممارسة الإكراه الداخلي.

وليس التذرع بالمقاومة مقنعاً، بل إن التجربة الفلسطينية، علمتنا أن لحظة المقاومة عندما تحين، سواء بتقديرات خاطئة أو صائبة، فإن السلطة الشرعية هي التي ستكون في المقدمة، وهي التي ستدفع بالمجتمع الى خوض المجابهة، مثلما حدث في الانتفاضة الطويلة الثانية، عندما كانت الأجهزة الأمنية و«حماس» في خندق واحد!

يختلف الوضع الآن. لقد أصبح من مقتضيات الفاعلية الوطنية للسياسة، أن ننجز كيانية موحدة ومهابة قادرة على أن تغلق كل الثغرات التي يحاول المحتلون فتحها في جدارنا.

بقي القول في عُجالة، إننا في حاجة الى وضع إطار للمفاهيم قبل الشروع في تنفيذ الورقة المصرية. إن مفردات الورقة في حاجة الى تعريفات أدق دونما إثارة أي خلاف. ولعل أبسط الأمثلة، أن كلمة المصالحة ليست سياسية، وهي غير معبرة عن الواقع. لم نكن في خصومة شخصية ولا في حال من الحرمان الاجتماعي والعاطفي لكي نتصالح. المطلوب هو أن نشخّص الوضع وأن نتوافق على الرؤية وعلى وسائل بلوغ الأهداف الواقعية التي تحتاج - على الرغم من واقعيتها - الى الكثير من التساند والوحدة والمثابرة والجهد الذي يليق بالنخب المناضلة. فالمحتلون يريدون شطبنا وشطب قضيتنا، وما نطالب به بقوة، ما زال بعيداً، فلنجعله أفق عملنا الوطني، ولنتوافق على استراتيجية هذا العمل!

www.adlisadek.net
adlishaban@hotmail.com

---

עיתון הרש"פ היומי: הנהגת הרש"פ דחפה את החברה לעימות באינתיפאדה השנייה

"במישור הפלסטיני, אין שניים שחלוקים על כך שההתנגדות המזוינת קשה או בלתי אפשרית בתנאים הנוכחיים... הניסיון הפלסטיני לימד אותנו שכאשר מגיע רגע ההתנגדות, בין אם הערכות שגויות ובין אם הן נכונות, השלטון הלגיטימי הוא זה שיהיה בחזית, והוא זו שידחוף את החברה אל תוך העימות – כפי שקרה באינתיפאדה הארוכה השנייה, כאשר מנגנוני הביטחון [של הרש"פ] וחמאס היו באותה שוחה."

[עדלי צאדק (בעל טור בעיתון הרש"פ ושגריר אש"ף בהודו), אל-חיאת אל-ג'דידה, 11/05/2011]

SHATSKY-006715