# LOWELL DECL. EX. 18

This document serves as a placeholder for the following video file:

**Suha Arafat The 2000 Intifada was Premeditated, Planned by Arafat**

Served with Plaintiffs' Opposition to Motion for Summary Judgment, filed October 4, 2021