# LOWELL DECL. EX. 22b

Case 1:18-cv-12355-MKV-DCF   Document 136-31   Filed 10/05/21   Page 2 of 15
2/13/13   The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime - May 2002
Case 1:02-cv-02280-RJL   Document 258   Filed 11/13/13   Page 14 of 15

| | | | | | |
|---|---|---|---|---|---|
| 1 | 9.7.2001 | **Kamal Hamid**, Fatah Bethlehem branch secretary | Allocation of **$2000** to each person on the list of 24 Fatah members in the **Bethlehem** district. The name of Atef Abayat is prominent in this list until his death he headed the main terror cell in the sector which perpetrated terrorist attacks in which Israelis were killed and wounded. | Yasser Arafat with his personal signature. | $350 for each of the 24 members. |
| 2 | 16.9.2001 | An element in the **"Al Aqsa Martyrs Brigades"** (his name does not appear in the document). | Allocation of **38,000 shekels** for current expenses for tending to families of martyrs, acquisition of electrical components and chemical materials for production of explosive charges and bombs (5-9 charges per week); procurement of Kalashnikov and M-16 bullets. | The request is being handled by **Fuad Shubaki**, head of financial directorate of the "General Security Apparatus" and Arafat's confidante. It can be assumed that Arafat personally approved the allocation of the sum. | According to Shubaki's calculations, the real cost of these requests varies between 110,000-150,000 shehels. It can be assumed that a sum of such scope was approved by Arafat. |
| 3 | 19.9.2001 | **Hussein Al-Sheikh**, a senior Fatah official in the West Bank. | Allocation of **$2,500** to 3 Fatah/Tanzim senior commanders involved in many lethal attacks, | Yasser Arafat (in his personal signature). | $600 for each commander. |

SHATSKY-005550

Case 1:18-cv-12355-MKV-DCF   Document 136-31   Filed 10/05/21   Page 3 of 15

Case 1:02-cv-02280-RJL   Document 258   Filed 11/13/13   Page 15 of 15

2/13/13   The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime - 5 May 2002

| | | | | | |
|---|---|---|---|---|---|
| | | | including the killing attack in the Bat-Mitzvah party in Hadera. | | |
| 4 | 7.11.2001 | **Kamal Hamid**, Fatah Bethlehem branch secretary | Allocation of urgent aid of **$3,000** for each of the 9 families of martyr commanders killed in the battle in Bet Jala. The name of Atef Abayat stands out in the list. | **Yasser Arafat** (in his personal signature). | **$800** for each family |
| 5 | 20.1.2001 | **Marwan Barghouti**, head of the Fatah/Tanzim in the West Bank. | Allocation of urgent financial aid for 12 Fatah/Tanzim terror infrastructure activists in Tulkarm who were involved in lethal attacks. The request was in continuation to an inquiry by **Ra'ed Karmi**, head of the Fatah/Tanzim terror infrastructure in Tulkarm. | **Yasser Arafat** (in his personal signature). | **$350** to each of the terror infrastructure activists. |
| 6 | (?) | An element in the **"Al Aqsa Martyrs Brigades"** (his name does not appear in the document). | Allocation of **$80,000** for construction of a heavy arms production workshop (including a lathe, a milling machine and equipment required for metal | Fuad Shubaki is dealing with the request. It can be assumed that Arafat personally approved allocation of the sum. | It can be assumed that the request was approved by **Arafat.** |

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat-+PA+Senior+Officials+and.htm?DisplayMode=print   14/48

SHATSKY-005551

| | | | | | |
|---|---|---|---|---|---|
| | | | processing in the production process of weapons such as rockets and mortars). In addition, allocation of $16,600 for the regular operation of the workshop (salaries, rent, electricity and raw materials) | | |
| 7 | (?) | (?) | Assistance in the acquisition of M-16 rifles for the Fatah/Tanzim terror infrastructure in Tulkarm. | **Yasser Arafat** | **Arafat** approved financial aid (to cover the costs of buying the rifles) |

## Chapter III - The Practical Dimension - PA and Fatah Security Apparatuses Support of Terrorism

1. Deep involvement of the PA intelligence apparatuses, extensively deployed in the field, in supporting the terrorism: the documents reveal that the PA security apparatuses, directly subordinated to Arafat and highly influential in the "field", directly and indirectly assist the terrorist infrastructures and terrorist activity at various levels of involvement. Of particular note in the documents is the role of the "General Intelligence Apparatus" (GIA) in the West Bank, headed by Tawfiq Tirawi, a clear associate of Arafat. GIA personnel hold close ties with the "Fatah"/"Al Aqsa Martyrs Brigades"/"Tanzim" terrorist infrastructures and occasionally (in Jenin, for instance) with those of the PIJ and Hamas, and at times lend them practical support (while in parallel, the GIA and other intelligence apparatuses closely watch and keep tabs on those involved in terrorism, but do not use their abundant information to foil terrorist attacks).

2. Many examples are noted in the captured documents for the direct and indirect assistance given to the terrorist organizations by the PA intelligence apparatuses. Thus, for example, a document of the GIA in Jenin demonstrates that the "Fatah" and PA intelligence apparatuses maintain cross-organizational cooperation with the "PIJ" and the "Hamas". This was expressed, inter alia, in a suicide attack in the Israeli city of Afula (27 November 2001) which was financed, according to the document, by funds that came from the "PIJ" secretary in Damascus (2 Israeli civilians were killed and 50 wounded in the attack; the "PIJ" and "Al Aqsa Martyrs Brigades" claimed joint responsibility for the attack).

3. Several expressions of the direct and indirect support of terrorism provided by the GIA and other PA intelligence apparatuses are listed below, as reflected in the captured documents:

    a. Participation in terrorist attacks: from several documents it can be

SHATSKY-005552

Case 1:18-cv-12355-MKV-DCF   Document 136-31   Filed 10/05/21   Page 5 of 15

2/13/13   Case 1:02-cv-02280-RJL Document 258-1 The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime 1 May 2002 Filed 11/13/13 Page 2 of 14

learned that intelligence personnel were directly involved in planning, preparing and carrying out terrorist attacks, together with the Fatah / Al Aqsa Martyrs Brigades / Tanzim/ "Battalions of the Return" cells.

b. Procurement of arms: PA intelligence apparatuses personnel were involved in the procurement of arms, their transfer to the terrorist organizations (Fatah, PIJ and Hamas) and in one instance assisting in transferring arms from one area to another (using an ambulance).

c. Refraining from foiling terrorist attacks despite having early warning information: the documents clearly show that no efforts or attempts were made to foil terrorist attacks, not even suicide attacks inside Israel, of which the "GIA" and other apparatuses had early warning information. Thus, the intelligence apparatuses allow the terrorist organizations to continue their regular activity with almost no significant interference.

d. Providing early warning information to the terrorists: according to one of the documents, the "GIA" warned terrorists whose names were included in Israel's Most Wanted List that they received; a computer file shows that the "GIA" has systematic procedures for warning senior activists when IAF aircraft are noted, including senior activists known to be involved in terrorism.

e. Refraining from arresting terrorists who found shelter in the PA areas, even ones who carried out lethal attacks and suicide bombers-to-be: terrorists who carried out lethal attacks inside Israel escape to their homes in the PA areas, without any attempt being made by the intelligence apparatuses to arrest them or to prevent them from additional attacks, not even terrorists known to be potentially preparing to carry out suicide attacks (the common procedure is to make a debriefing and file the 'event' in the intelligence files; occasionally, it is attempted to watch them after they are released or recruit them to the intelligence apparatuses).

f. Assassination of alleged collaborators: a "GIA" document includes a list titled - "Names included in the Tulkarm assassination list" which has been forwarded to the review of Tawfiq Tirawi. The document implies that the GIA is about to assassinate them, after Tirawi's approval. The document ends stating - "the order is ready and the decision regarding the assassination has been made" By assassinating those defined as so-called "collaborators" with Israel, the GIA indirectly assists the activity of the terrorist organizations, by functioning as their "counter-intelligence" arm.

## Document 1

1. In a detailed report of the "General Intelligence" Apparatus (GIA) from 4 February 2002 regarding the activity in the Jenin area it was stated that:

   a. Cooperation takes place in the Jenin area between the Hamas, the "Palestinian Islamic Jihad" (PIJ) and the Palestinian intelligence apparatuses. "Hamas" and PIJ penetrated the intelligence apparatuses in Jenin by means of payoffs. The document details the names of persons belonging to the GIA and the "Preventive Security Apparatus" (PSA) who operate on behalf of the "PIJ" and "Hamas".

   b. Jamal Switat, Deputy Head of the PSA in Jenin, reports on a regular basis to the activist in charge of the "PIJ" on dates of arrests and names of wanted terrorists.

   c. Jamal Switat, Deputy Head of the PSA, together with an additional PSA

SHATSKY-005553

officer, are procuring arms for the "PIJ" and "Hamas", and they constitute the source for most of the arms possessed by these organizations.

   d. The suicide terror attack in Afula on 27 November 2001 was a clear expression of the operational cooperation between the intelligence apparatuses and the PIJ. According to the document, one of the suicide bombers who participated in the attack was a GIA member who was recruited by the Deputy Head of the PSA in Jenin (the "PIJ" and "Al Aqsa Martyrs Brigades" took joint responsibility for the attack).

### The underlined lines:

"The Hamas movement and the PIJ have penetrated the security

"The Hamas movement and the PIJ have penetrated the security apparatuses in Jenin by means of payoffs, including into the GIA."

"Jamal Switat (is) Deputy Head of the Preventive (Intelligence Apparatuses) in Jenin and responsible for the (Islamic) Jihad, he often contacts it and reprts to it on the waves of arrests against them, their dates and the names of wanted men. Additionally, he supplies arms to the Hamas and to the (Islamic) Jihad by trading with it."


Click to enlarge original document in Arabic

[First page of the GIA Report, 4 February 2002]

### Document 2

1. A detailed document by the Head of the GIA in the Tulkarm district dated 6 February 2002 addressed to Tawfiq Tirawi deals with the Fatah and Tanzim terrorist infrastructure in the Tulkarm district. The report states that the Ziad Da'as squad, one of the 3 Fatah/Tanzim squads in the local terrorist infrastructure, planned and coordinated the "Hadera Action" (the lethal attack at the Batmitzvah party, 17 January 2002). The Head of the GIA in the Tulkarm district notes that the activities of this squad are "qualitative and successful". He adds that "the members (of this squad) are close to us (i.e. to the GIA) and maintain ongoing coordination and contacts with us". Two additional squads of the Fatah/Tanzim terrorist infrastructure in Tulkarm are in contact with Marwan Barghouti, who is involved in the power struggles against the intelligence apparatuses and is trying to deepen his influence on the Tulkarm terrorist infrastructure.

### The underlined lines:

"The Ziad Da'as squad...

This squad carried out qualitative and successful operations. The last one in this framework was the coordination and planning of the operation in Hadera to avenge the death of the martyr Ra'ed Karmi. Its men are very close to us (i.e. to the GIA) and maintain constant coordination and contact with us."

SHATSKY-005554

Case 1:18-cv-12355-MKV-DCF Document 136-31 Filed 10/05/21 Page 7 of 15

2/13/13     Case 1:02-cv-02280-RJL Document 258-1   The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime 1 May 2002 Filed 11/13/13 Page 4 of 14





Click to enlarge original document in Arabic

### Document 3

A GIA document from the Tulkarm district dated 21 May 2001 addressed to the Head of the GIA in the Ramallah district details the names of 232 terrorists wanted by Israel (nearby two names the word "intelligence" has been added by hand, implying that. they are connected to the intelligence apparatuses). The document notes in handwriting "please inform the brothers whose names are mentioned above to take cautionary measures" (and this in addition to the holding of a full security investigation about them).

### The underlined lines:

"Attached hereto is a form with the names of men wanted by the Israeli occupation who are with you...

Note: Notify the brothers whose name appears above to take precautionary measures..."





Click to enlarge original document in Arabic

### Examples of the Involvement of PA Apparatuses in Arms Procurement

In a letter addressed to Fuad Shubaki (Arafat's crony and confidant) an ambitious plan of the "Al Aqsa Martyrs Battalions" (cover name for the Fatah operational arm in the West Bank) to establish a heavy arms production workshop was uncovered. They intend to procure, among other items, a lathe (for which the organization requires $25,000) and a milling machine ($40,000). These machines are required for metal processing in the production of weapons such as artillery rockets and mortars (forbidden by the PA-Israel signed agreements).

### Document no. 1

**Al Aqsa Martyrs Brigades
Palestine**

Construction Materials
1 Lathe - $25,000

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat-+PA+Senior+Officials+and.htm?DisplayMode=print    18/48

SHATSKY-005555

Case 1:18-cv-12355-MKV-DCF Document 136-31 Filed 10/05/21 Page 8 of 15

2/13/13  Case 1:02-cv-02280-RJL The Involvement of Arafat, PA Senior Officials and Apparatus in Terrorism against Israel, Corruption and Crime 14 May 2002 Page 5 of 14

2 milling machines - $40,000
3 aircraft canopies (Hood in original document) - $5000
4 welding machines - $2000
5 oxygen machines - $3000
7 working tool kits - $1500
8 tri-phasial electricity infrastructure - $2000
Sum total - $80,000

| Salaries | 3000 |
|---|---|
| | 700 |
| | 700 |
| | ==== |
| | $4400 - 1 |
| Rent | 1800 |
| Monthly supplies | 5000 |
| Electricity, materials + container trucks | 2000 |
| | ==== |
| | $8800 - 2 |

1 + 2 = 13,200 per month

Lathe Specifications
Blade (?) 75 cm
Meter length
Internal and external screws from 1 mm until 1 inch
Variable speed - Fast-slow)
Engine 5 HP (tri-phasial)
Knives of various shapes and sizes
Drill supports and belt
Main drill cap
Milling Machine Specifications
Vertical and horizontal
Centimeter wide opening in both directions
Blade latch
Various types of knives

Click to enlarge original document in Arabic

Document no. 2

Al Aqsa Martyrs Brigades
Palestine

Financial Report

The debts which we have accumulated until now are estimated to be 38000 shekels. The following are the details:

1. The cost of posters of the Al Aqsa Martyrs Brigades: Azam Mazhar, Usama Jubara, Shadi Afuri, Yasser Badawi, Ahed Fares (addition in handwriting of 2000 shekels).

2. Costs of printed announcements, invitations and mourners shelters for martyrs (addition in handwriting of 1250 shekels).



Click to enlarge original document in Arabic

SHATSKY-005556

3. Cost of sticking photos of martyrs on wooden boards and also of the martyrs Thabat Thabet and Mahmud Al Jamil (addition in handwriting of 1000 shekels).

4. Cost of memorial ceremonies for the martyrs. Memorial ceremonies were held for the martyr Azam and the martyr Usama (addition in handwriting of 6000 shekels).

5. Costs of electrical parts and various chemical materials (for manufacture of explosive charges and bombs). This is the greatest expenditure (the cost of one ready explosive charge is 700 shekels at least). We need every week 5-9 explosive charges for squads in the various areas (addition in handwriting of shekel per week x 4 = 20000 shekels per month).

6. The cost of bullets
The cost of a Kalashnikov bullet is 7-8 shekels and M-16 bullet 2-2.5 shekels. We need bullets on a daily basis.

7. Note: There are 3000 Kalashnikov bullets at a cost of 2 shekels per bullet. We require that you transfer to us immediately a sum of money to purchase them (addition in handwriting of 22,500 shekels for Kalashnikov bullets and 60,000 shekels for M-16 bullets).

In conclusion, all the glory and pride to those supporting the brave resistance against the oppressive occupation.

From the revolution until victory.

Palestinian Al Aqsa Martyrs Brigades

16 September 2001

### Chapter IV - The "Al Aqsa Martyrs Brigades" and the Fatah Organization are one and the same, and Yasser Arafat is their leader and commander

1. Documents captured by the IDF during Operation Defensive Shield prove that the Fatah organization and the Al Aqsa Martyrs Brigades are one and the same.

2. The documents clearly indicate that the Al Aqsa Martyrs Brigades are not just a pseudonym for terrorist attacks carried out by the Fatah, but also a dedicated apparatus aimed at perpetrating terror attacks. Until Operation Defensive Shield, this apparatus had been in the process of institutionalization, which is expressed in the correspondence of the brigades with Fatah senior officials, particularly Marwan Barghouti. The Al Aqsa Martyrs Brigades terror activity, their arms requirements, their structure and organization (in the Jenin area, for instance) and their financial requirements can be learned from this correspondence (the financing of their activity is very central in the correspondence).

3. According to the captured documents, at the head of the pyramid is Yasser Arafat, the leader of the Fatah, in all its various pseudonyms and apparatuses (Al Aqsa Martyrs Brigades, Tanzim). One of the documents, which concerns a request to aid detained or wanted terrorists (belonging to the Fatah and the Palestinian security apparatuses) is addressed by the Fatah and the Al Aqsa Martyrs Brigades to Yasser Arafat personally.

SHATSKY-005557

4. It is of note that the Al Aqsa Martyrs Brigades carried out suicide and murder attacks in growing intensity during the six months prior to Operation Defensive Shield, overshadowing the Hamas and PIJ: after perpetrating two attacks at the end of 2001, they proceeded to carry out continuous attacks in early 2002: 4 terror attacks in January (Hadera, Jerusalem, Tel Aviv), 6 in February (Mehola, IDF base, Jerusalem, Maccabim checkpoint), 9 attacks in March (Netanya, Ashdod, Jerusalem, Tel Aviv, Kfar Saba, and Efrat). Most of these terror attacks were directed at civilians in Israeli cities. This was the background for the brigades inclusion in the U.S. terror organizations list (27 March 2002).

### Document 1

"Al Aqsa Martyrs Brigades"
*(Fatah emblem)*
The Palestinian National Liberation Movement
"Fatah"



**Letter of Gratitude and Appreciation**

Click to enlarge original document in Arabic

The Palestinian National Liberation Movement, "Fatah" / "Al Aqsa Martyrs Brigades" in the southern area wishes to express its deep gratitude to the fighting brother, Mahmud Jabari *(familiar Fatah activist)* for his cooperation with the fighters of this people and for his loyal bond with the homeland and its revolution.

All of us together on the path towards an independent state and its capital the holy Jerusalem.

Al Aqsa Martyrs Brigades - Southern Area
*(The stamp of "Fatah" and "Al Aqsa Martyrs Brigades")*

### Document 2

Al Aqsa Martyrs Brigades    Palestinian National Liberation Movement

"Fatah"

To: The honorable brother commander Abu Amar, President of the State of Palestine - May God protect and preserve him.

Via: The fighting brother, Nabil Amru, the Minister for Parliamentary Affairs - May the Almighty protect him.



**Subject: Request for Financial Aid**

Click to enlarge original document in Arabic

The brothers whose names are mentioned below are among the active members of the movement [the Fatah movement] and have played a role during these events. Some of them are wanted and others are held in the prisons of the [Israeli] occupation and they are:

1. The family of the prisoner Nabil Hamad Mustafa al Birawi *(Note: served in the General Intelligence Apparatus. In his interrogation, he admitted to taking part in a shooting attack against an IDF base in Suseya, the southern part of the Hebron mountains and towards the Suseya bypass*

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat-+PA+Senior+Officials+and.htm?DisplayMode=print                          21/48

SHATSKY-005558

road.)
2. The family of the prisoner Nasser Hussein Ud Abu Qubeitah (Note: served as a policeman. Arrested for shooting at the Israeli settlement of Suseya).
3. Muhammad Mahmud Ali al-Najajrah.
4. Jamal Ismail Mustafa Qisiyah.
5. Juad Jamil Khalil Hushiah (Note: PA National Security Apparatus activist suspected of perpetrating the shooting attack in Suseya).
6. Bakhr Khalil Shahadah al-Najar.

With the greatest respect,

Your sons,

Al Aqsa Martyrs Brigades - Southern Area
(The joint stamp of "Fatah" and "Al Aqsa Martyrs Brigades")

### Document 3: Poster

Only those who believed in Allah and His emissaries are the righteous who shall rest under their Lord's shadow and will be rewarded with the light of truth. (Koranic verse)

Al Aqsa Martyrs Brigades emblem    Fatah emblem

The National Palestinian Liberation Movement, Fatah, and its military wing, the "Al Aqsa Martyrs Brigades" in Palestine, is escorting its casualty, the commander hero on his last trip.

Majdi Musa Tayb Jaradat


Click to enlarge original document in Arabic

(Hero of the Special Operations, who carried out the Umm el Fahm operation, whom the treacherous Zionist hand murdered on 6 November 2001).

### Document 4

In the Name of the All-merciful Allah

"Al Aqsa Martyrs Brigades"
(Fatah emblem)
The Palestinian National Liberation Movement "Fatah"

The fighting brother Marwan Barghouti, secretary of the Fatah movement

We, in the Al Aqsa Martyrs Brigades, Southern Area, request of you to cooperate with the brother carrying this letter, since we have requested him to establish a communications channel between us and

Click to enlarge original document in Arabic

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat+PA+Senior+Officials+and.htm?DisplayMode=print    22/48

SHATSKY-005559

yourself, so that we can handle several complicated problems that arose in our sector of the struggle, at this stage of our national struggle.

Together on the path towards an independent state with Jerusalem as its capital.

Your sons,

In the Al Aqsa Martyrs Brigades - Southern Area
*(a stamp of "the Palestinian National Liberation Movement - Fatah" and "Al Aqsa Martyrs Brigades")*

### The Integration of Women and Children in the Perpetration of Terrorist Attacks

1. The most prominent cases of this phenomenon are the terrorists Wafa Idris, a resident of Ramallah, who carried out a suicide attack in Jerusalem on 27 January 2002 in which one Israeli was killed and 90 wounded, and Darin Abu Aysha from Beit Wazan in Samaria who blew herself up on 27 February 2002 near the Maccabim checkpoint. 2 Israeli policemen were wounded in this attack.

2. An additional case of a woman suicide terrorist is that of Ayyat Al Ahras, aged 18 from the Deheisha refugee camp near Bethlehem, who carried out the suicide attack in a supermarket in the Jerusalem suburb of Kiryat Hayovel on 29 March 2002. 2 Israeli civilians were killed in this attack and 22 wounded.

3. The last suicide attack by a woman was perpetrated on 12 April 2002. The suicide terrorist, Andalib Suleiman, a Tanzim activist aged 21 from Bethlehem, blew herself up in the Machane Yehuda market in Jerusalem. 6 Israeli civilians were killed in the attack, including two foreign workers from China, and over 60 Israelis were wounded.

4. In 2 additional cases, Palestinian women who were about to carry out suicide attacks were arrested by security forces prior to executing their plans.

5. On 11 April 2002, one day after the IDF withdrawal from Tulkarm, the terrorist Safa Al Qudsi, a Tanzim activist aged 26, divorced and mother to a daughter was found in her parents' home. She was about to carry out a suicide attack in Israel dressed as a pregnant woman.

6. When IDF troops entered Bethlehem during Operation Defensive Shield, Shirin Rabiye, a girl aged 15, was taken in for questioning. She admitted to having been recruited by her uncle, a Tanzim activist, in order to perpetrate a suicide attack inside Israel.

7. These are not the only terrorist attacks in which Palestinian women were involved. On 17 January 2001, an Israeli teenager, Ophir Rahum, was kidnapped and murdered with the involvement of Amana Mona, a journalist from Ramallah who belonged to the Fatah.

8. On 9 August 2001, a suicide attack was carried out in the Sbarro restaurant in downtown Jerusalem. The suicide terrorist was driven to the location by Ahla'am Tamimi, also a journalist of Jordanian descent who resides in Ramallah, and also engaged in intelligence collection for the attack. Ahla'am was also responsible for the laying of an explosive charge which was hidden in a beer bottle in a Jerusalem supermarket on 30 July 2001.

9. On 3 August 2001, there was an attempt to lay an explosive charge in the Tel Aviv Central Bus Station of Iman Asha from Nablus.

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat-+PA+Senior+Officials+and.htm?DisplayMode=print 23/48

SHATSKY-005560

Case 1:18-cv-12355-MKV-DCF Document 136-31 Filed 10/05/21 Page 13 of 15
2/13/13 The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime -May 2002
Case 1:02-cv-02280-RJL Document 258-1 Filed 11/13/13 Page 10 of 14

10. On 31 August 2001, an explosive charge carried by Abir Hamdan from Nablus exploded during a trip from Tulkarm to Nablus, apparently a "work accident" in the framework of preparations for an attack in a restaurant in Hadera.

11. Recently, the Palestinian terrorist organizations have increased the use of youths in the perpetration of suicide attacks and terrorist acts. In the last nine months, Palestinian children were involved in suicide attacks or in plans to carry out such attacks. Below are a number of examples in which Palestinian youths have been involved in terrorist attacks:

a. Jamil Hamid, a boy aged 15 from Bethlehem who was recruited by the Fatah organization, blew himself up on 31 March 2002 near the clinic in Efrat. 6 Israeli civilians were injured in the explosion.

b. Anwar Hamed, a boy aged 17 from Rafah who was sent to carry out a suicide attack against a vehicle convoy transporting IDF soldiers in the Gaza Strip. Anwar, an uneducated illiterate youth has engaged in drug trafficking, prior to his joining the Fatah.

12. The personal characteristics of the above youths demonstrate once again the cynical exploitation and use made by Palestinian terror organizations of children and unstable persons in order to carry out mass attacks against Israel.

13. It is of note that the PA does not act against this phenomenon and continues persistently to turn a blind eye so that Palestinian boys and girls become a "self-sacrifice" of the whole Palestinian society.

## Chapter V - The Palestinian Authority's Possession of Arms in Violation of International Agreements

1. In the framework of the agreements signed between Israel and the Palestinians, the Palestinian Authority (PA) is committed to maintaining armed forces for internal security purposes and to limiting the arms in its possession. The PA also signed international agreements which clearly define the types of arms and ammunition which its forces can hold. In practice, PA officials have engaged, under the direct instructions of Arafat, in the violation of these agreements since the second half of the 1990s.

2. According to the interim accords signed between Israel and the PA (on 28 September 1995), Palestinian policemen were permitted to carry rifles, pistols and machine-guns. It was also decided that the Palestinian Police would maintain an updated list of the arms carried by its personnel. Therefore, the PA's security forces are not permitted to possess anti-tank and anti-aircraft weapon systems, mortars and ammunition for these systems.

3. The arms smuggling activities into the PA areas, as well as the indigenous production of various types of weapon systems which are banned according to agreements, were planned from the outset by the PA leadership based on a strategic concept regarding a potential conflict with Israel. This concept was formulated and implemented during the second half of the 1990s, i.e. at least 3 years before the start of the present conflict between Israel and the PA in October 2000.

4. Special emphasis was placed by PA elements on the obtainment of anti-tank, anti-aircraft and artillery weapons. During 2001, and especially following the IDF's entry into the PA areas in March 2002, clear evidence was uncovered regarding this continuing process in which an arms and ammunition arsenal had been amassed in violation of agreements concluded with Israel.

SHATSKY-005561

Case 1:18-cv-12355-MKV-DCF Document 136-31 Filed 10/05/21 Page 14 of 15

2/13/13 The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime -May 2002

Case 1:02-cv-02280-RJL Document 258-1 Filed 11/13/13 Page 11 of 14

5. Senior PA officials engaged in these activities over a long period. The connecting link in the arms smuggling attempts and the arms build-up is Fuad Shubaki, Arafat's close associate and confidante, whose formal role is Chief Financial Officer. Shubaki's name rose to the headlines at the beginning of 2002 with the exposure of his involvement in the attempt to smuggle arms from Iran aboard the Karine-A ship. Shubaki continued his business dealings as usual in the Mukata'a compound, even after the exposure of his involvement in the Karine-A affair, and he was "arrested" by Arafat following this operation.

6. From documents captured by the IDF in the Mukata'a compound in Ramallah, it is clear that the PA is violating the international agreements which it signed. A computer file containing tables regarding arms and ammunition inventories (dated 1999) which was found in the PA Financial Directorate's offices, details the weapons which are to be found in PA facilities. Among other things, the table clearly mentions 7 RPG-7 launchers and 11 rockets (bombs) for the launchers. In addition, various types of heavy machine-guns which are also prohibited by the agreements are in a storage depot.

7. The second document is an approval for the dispatch in practice of RPG-7 anti-tank launchers from PA facilities to the PA's general security forces. The approval was given in November 2001, on official paper of the Financial Directorate headed by Fuad Shubaki. The person receiving the approval was the officer responsible for administration and arms in the office of Haj Ismail Zarzur, head of the General Security Directorate and Commander of the National Security Forces in the West Bank.

8. During March 2002, the IDF captured many weapon systems in the Mukata'a compound. These arms include 2 RPG-7 anti-tank launchers, 43 rockets (bombs) of various types for these launchers, and counterfeit Israeli currency notes.

9. PA officials in Ramallah succeeded over the past years in amassing launchers and bombs and distributed them to Palestinian Security Forces in order to attack IDF armored tanks and APCs.

**Fuad Shubaki and Arms Smuggling**

10. Shubaki is a close associate and confidante of Arafat, and accompanied him on official visits to Arab states. He also held independent meetings in states willing to support Palestinian terror efforts, such as Iraq, which he visited in November 2001.

11. The arms smuggling network established by Shubaki includes Iran and Iraq (the "axis of evil" states). Shubaki also engaged in other sectors and he is involved in arms smuggling from Jordan and Egypt too, by means of underground tunnels in the Rafah area in the southern Gaza Strip.

12. Fuad Shubaki coordinates the funding of Fatah elements perpetrating terrorist attacks under cover names. In an additional letter addressed to him, an ambitious plan was presented of the "Al Aqsa Martyrs Brigades" (a cover name for Fatah's operational wing in the West Bank) to construct a workshop for heavy weapons production. Among other things, the intention was to acquire a lathe (for this purpose the organization required a sum of $25,000) and a milling machine ($40,000), these two items of machinery are needed for metal processing in the production process of arms such as artillery rockets and mortars.

13. The "Al Aqsa Martyrs Brigades" which is funded by the PA, also engages in the production of artillery rockets which are similar to the QASSAM rockets produced by Hamas. The rockets are banned, as explained above, according to international agreements signed by the PA.

14. The investment required for the arms workshop is approx. $100,000 and

SHATSKY-005562

Case 1:18-cv-12355-MKV-DCF Document 136-31 Filed 10/05/21 Page 15 of 15

2/13/13  Case 1:02-cv-02280-RJL Document 258-1 Filed 1/13/13 Page 12 of 14  The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime -May 2002

the current operation expenses is estimated to be about $15,000. It is no wonder that these requests were forwarded directly to Shubaki, the man personally in charge of acquisition and finance.

15. Palestinian attempts to smuggle significant quantities of arms were exposed and foiled by Israel during the past year. In May 2001, the Santorini ship was captured in the Mediterranean Sea and was found to be carrying, inter alia, SA-7 anti-aircraft missiles, RPG-7 anti-tank launchers, mortars and artillery rockets. The ship sailed from Lebanon in the service of the PFLP-GC organization of Ahmed Jibril (which enjoys Syrian patronage), with a cargo destined for Palestinian elements, including PA elements in the Gaza Strip. The ship previously carried out two smuggling attempts on behalf of the Hizballah organization.

16. In January 2002, the Karine-A ship was intercepted in the Red Sea while sailing from the Iranian coast with a large shipment for the PA. 80 well sealed submergible containers carried a large variety of weapon systems, with an overall weight of approx. 50 tons. This affair also emphasized the PA effort to obtain anti-tank launchers, mortars and artillery rockets. Part of the anti-tank weapons aboard the Santorini, also originated from Iran.

17. It transpires that PA elements were involved in the obtainment of anti-tank launchers and their ammunition, which they are not permitted to possess, and their distribution to the security forces. As it appears from the captured documents, they were most careful in documenting the weapons - but not according to the text of the agreement with Israel, which prohibits the PA from possessing such arms and ammunition.

### Captured PA Document regarding Arms and Ammunition Inventory in PA Facilities

| Weapons Type | Quantity |
|---|---|
| Kalashnikov | 727 |
| MP-5 | 20 |
| NATO | 52 |
| G-3 | 19 |
| Siminov | 2 |
| Dakatirov | 3 |
| Guryanov | 1 |
| BKC | 2 |
| B-7 | 7 |
| B-7 bombs | 11 |
| M-16 | 20 |
| Total | 852 |

Notes:

1. B-7 - The intention is to RPG-7 anti-tank launchers.
2. B-7 bombs - The intention is to rockets for these launchers.
3. Guryanov and PKC are heavy machine-guns which the PA is not permitted to possess.

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat-+PA+Senior+Officials+and.htm?DisplayMode=print  26/48

SHATSKY-005563