# LOWELL DECL. EX. 22d

and the commander of the Palestinian Police, which attests to the direct involvement of PA officials in terrorist activities in the Nablus area.

4. The continuous IDF activities in the Nablus area, especially Operation Defensive ShieldI, significantly damaged the Hamas and Fatah terror infrastructure. Nevertheless, the activists who escaped from Nablus will attempt to return and execute terror attacks as revenge for the IDF operation, and in order to prove that Israel did not manage to eliminate terrorism.

5. The main terror organizations operating in Nablus were: Hamas, Fatah, and the PFLP. According to captured documents, these organizations cooperated in order to defend the city and the neighboring refugee camps vis-a-vis the IDF troops. At least 30 Fatah activists who operated in Nablus were soldiers in the "National Security Apparatus" and were attached to the Fatah/Tanzim in the city. They received regular salaries from the PA during the entire confrontation with Israel. In our assessment there were hundreds of gunmen in the city.

6. The cooperation network between the organizations was based on geographical sectors - the old city, the refugee camps, etc. Each sector incorporated members of the Fatah, Hamas, the DFLP, PFLP, PDA (a DFLP branch headed by the PA Information Minister Yasser Abd Rabu), the PFLP-GC/Jibril Front and the "People's HQ" (former Communists).

**The Terror Infrastructures According to Organizations and Subjects**

7. The Hamas

   a. The leadership and the heads of the Hamas operational apparatus ("Az-al-Din al-Qassam battalions") in the West Bank resided in Nablus.

   b. Most of the explosive charges and explosive belts used for the Hamas suicide bombings in Israel, including the attack in Haifa (December 2001, 15 Israelis killed) and the massacre on Passover Eve in Netanya (27 March, 2002, 28 Israelis killed) were produced in Nablus.

   c. The apparatus activists in Nablus directed the Hamas network activities in Tulkarm which perpetrated the suicide attack in Netanya.

   d. The Hamas activists in Nablus who constitute in practice the organization's leadership in the West Bank, masterminded and directed from the city areas which served as its main headquarters, most of the murder attacks which the movement carried out in Israel and in the West Bank since the outbreak of the current confrontation with the Palestinians, e.g. Emmanuel (December 2001, 11 Israelis killed, and 27 wounded), Hamra in the Jordan Valley (February 2002, 3 Israelis killed), Elon Moreh (28 March, 2002, 4 Israelis killed).

8. The Qassam rockets

   a. In Nablus operated the Hamas infrastructure which produced Qassam 2 rockets (6-7 kilometer range with an enlarged explosives warhead). Nablus constituted the center of knowhow for the production and operation of the rockets in the West Bank.

   b. The rockets were developed in the Gaza Strip by the Hamas infrastructure. The knowhow and operational doctrine were transferred from Gaza to Sa'ed Awad in the West



A lab for developing Qassam 2 rockets found in Balata refugee camp, where 7 rockets were found.

SHATSKY-005578

2/13/13
The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime 3 May 2002
Case 1:18-cv-12355-MKV-DCF Document 136-33 Filed 10/05/21 Page 3 of 9
Case 1:02-cv-02280-RJL Document 258-5 Filed 11/13/13 Page 29 of 8

Bank who was in charge of the Qassam program, assembled the activists and established the production labs disposition. Awad made an effort to transfer the knowhow and rockets to other organizations and activists in order to extend the use of rockets as the main weapon against Israel. These infrastructures were led by Sa'ed Awad and Majdi Balasmeh (who were killed in a clash with IDF troops in April 2002).



**Qassam 2 rockets found in Balata refugee camp.**

c. The Nablus infrastructure transferred the operational rockets to Tulkarm, in order to launch them at cities in the center of Israel. In addition, it tried to transfer them to Jenin, an attempt foiled by Israeli forces in January 2002 (8 rockets and launchers were captured).

d. The infrastructure's core was uncovered and destroyed during an IDF operation in Balata RC on 27-28 February 2002, in which Israeli forces broke into several production laboratories and seized 7 rockets.



**A lab for developing Qassam 2 rockets in Balata refugee camp.**

9. The Fatah

A number of Fatah cells operated in Nablus, and carried out hundreds of shooting and explosive charge attacks. The main Fatah cell in Nablus was headed by Nasser Aweis (arrested April 2002), it was responsible for the following:

a. At least 7 suicide attacks in Israel in which 15 Israeli civilians were killed and over 200 wounded.

b. Served as the center for planning and logistics for Fatah cells in Tulkarm, Qalqilya, and Ramallah, which carried out attacks under the name of "Al Aqsa Martyrs Brigades". It provided the terrorists in these cities with funds, arms and knowhow to produce explosive charges.

c. The network of Fatah cells was supported by Marwan Barghouti (arrested in April 2002), the head of the "Fatah Supreme Council" in the West Bank and the leader of the Fatah/Tanzim in this area.

10. Cooperation between the various terrorist organizations

The various organizations cooperated between them on the basis of the relative advantage of each organization. Thus, the PIJ planners joined forces with the highly lethal Hamas explosive charges and the Fatah suicide bombers. This collaboration led to the following:

a. An attempted double suicide attack at the old central bus station in Tel Aviv (25 January 2002, 26 Israelis injured).

b. The transfer of Qassam rockets and some of the production knowhow to other terrorist organizations, particularly to the Fatah.

SHATSKY-005579

2/13/13
Case 1:18-cv-12355-MKV-DCF Document 136-33 Filed 12/05/21 Page 4 of 9
Case 1:02-cv-02280-RJL Document 258-5 Filed 11/13/13 Page 5 of 8
The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime - May 2002

11. The PA's involvement in terror

The PA security apparatuses in Nablus were involved in terror both by giving terrorist activists a safe haven and by directly perpetrating terrorist attacks:

   a. The head of military intelligence in Nablus, Maher Fares, operated a terrorist cell which placed an explosive charge on a Tel Aviv bus (28 December 2000, 9 Israelis wounded) and carried out various shooting and explosive charge attacks in the sector. Three senior activists of the cell were killed while attempting to prepare a car bomb (30 July 2001). The head of military intelligence in Nablus also operated a terrorist squad in the village of Salfit, which perpetrated over 10 shooting attacks in the Nablus area.

   b. Various terror activists joined the PA ranks, which enabled them to receive monthly salaries while continuing their terrorist activities. Nasser Aweis, a senior Fatah terror activist in the West Bank, was on the PA General Intelligence payroll and later also on the PA National Security payroll. In his interrogation, Aweis confessed that he himself and terror activists of the Fatah/Tanzim carried out attacks in Israel that were financed by Arafat, who would personally sign the approval of aid provided him via Barghouti.

   c. Individual PA security apparatus activists joined up to carry out terror attacks. Ibrahim Hasouna, who carried out the "Sea Food Market" restaurant attack in Tel Aviv (5 March 2002, 3 Israelis killed) belonged to the PA Naval Force apparatus in Nablus. Said Ramadan, who carried out the suicide attack in the center of Jerusalem (22 January 2002, 2 Israelis killed) also belonged to the PA Naval Force

**Major Terrorist Attacks that Originated in the Nablus Terrorist Infrastructure**

| Date | Terrorist Attack | No. of Israelis Killed | No. of Israelis Wounded |
|---|---|---|---|
| Hamas | | | |
| 1 June 2001 | Tel Aviv "Dolphinarium" discotheque | 21 | 120 |
| 9 August 2001 | Sbarro restaurant, Jerusalem | 15 | 107 |
| 2 December 2001 | Haifa | 15 | 37 |
| 12 December 2001 | Emmanuel | 11 | 27 |
| 6 February 2002 | Hamrah | 3 | 2 |
| 9 February 2002 | Tapuah Jct. | 1 | 1 |
| 28 February 2002 | Elon Moreh | 4 | |
| Total | | 70 | 337 |
| | | | |
| Fatah | | | |
| 1 April 2001 | Kfar Salem | 1 | |
| 17 June 2001 | Mt. Eival | | 1 |

SHATSKY-005580

| | | | |
|---|---|---|---|
| 12 July 2001 | Bracha | | 3 |
| 2 August 2001 | Mt. Eival | | |
| 19 September 2001 | Oranit | | 2 |
| 28 September 2001 | Samaritans Neighborhood in Nablus | | |
| 30 September 2001 | Kusin | | 1 |
| 9 October 2001 | Oranit | | 1 |
| 10 October 2001 | Kfar Tzara | | 1 |
| 22 October 2001 | Burqa | | 1 |
| 31 October 2001 | Kusin | | |
| 31 October 2001 | Ra'anana (home of an IDF officer) | | |
| 11 November 2001 | Kfar Hess | 1 | 1 |
| 19 November 2001 | Shavei Shomron | | 3 |
| 15 December 2001 | Sha'ar Ephraim | | |
| 24 December 2001 | Shavei Shomron | | 1 |
| 17 January 2002 | Hadera | 6 | 25 |
| 22 January 2002 | Jerusalem | 1 | 9 |
| 25 January 2002 | Tel Aviv Central Bus Station | | 26 |
| 27 January 2002 | Jerusalem | 1 | 131 |
| 5 February 2002 | Yitzhar | | 1 |
| 17 February 2002 | IDF Camp (near Pardes Hanna) | | 9 |
| 15 February 2002 | Surda roadblock | 1 | |
| 27 February 2002 | Maccabim roadblock | | 2 |
| 5 March 2002 | Tel Aviv | 3 | 26 |
| 7 March 2002 | Karkur | | |
| 7 March 2002 | Hawarra | | 1 |
| 8 March 2002 | Beit Hananya | | |
| 9 March 2002 | Netanya | 2 | 58 |
| 16 March 2002 | Kfar Saba | 1 | 8 |
| 30 March 2002 | Baq'a al-Sharqiyah | 1 | |

www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/5/The+Involvement+of+Arafat-+PA+Senior+Officials+and.htm?DisplayMode=print 44/48

SHATSKY-005581

2/13/13 Case 1:18-cv-12355-MKV-DCF Document 136-33 Filed 10/05/21 Page 6 of 9
Case 1:02-cv-02280-RJL Document 258-5 Filed 11/13/13 Page 5 of 8
The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime May 2002

| Total | | | |
|---|---|---|---|
| PFLP | | | |
| 27 August 2001 | Beit Furiq | 1 | |
| 7 March 2002 | Ariel | | 14 |
| Total | | 1 | 14 |

**Bethlehem - Mistreatment of the Christian Population**

1. A document captured by the IDF in Bethlehem during Operation Defensive Wall concerns a request by the "Fatah/Al Aqsa Martyrs (and Church of) Nativity Brigades" to the Bethlehem municipality for aid in the form of monetary contributions for its military arm. The request (dated November 7th 2001) is explained by the fact that the Fatah's widening military activity has caused an increase in its military infrastructure's daily expenses (fees for communications sets, fuel for vehicles and so on).

2. The implications arising from this document:

   a. Audacity and brazenness in the very adopting of a Christian religious symbol by a terrorist organization. The "Al Aqsa Martyrs Brigades" (which the document proves are identical to Fatah), which was recently declared a terrorist organization by the US, has adopted in Bethlehem a Christian religious symbol recognized worldwide. This, in our view, in order to try to gain legitimacy among Bethlehem's Christian residents, and portray itself as their protector. It requires no small degree of blatant audacity, brazenness and cynicism to add the Church of the Nativity to the name of an organization that perpetrates suicide attacks against innocent civilians inside Israel, and make a link between the places holy to Islam and Christianity in the context of terrorist activities.

   b. The maintaining of a protection racket by armed groups that abuse the local population. It is not known how the Bethlehem municipality responded to the request. However, the request itself for aid from municipal budgets earmarked for the local civilian population's needs is not "innocent" and it is part of a protection racket imposed on the local population, local businessmen and civilian institutions.

   c. The transfer of funds from PA civilian institutions to Fatah's terrorist infrastructure. The document gives expression to the various financing channels at the disposal of "Fatah/Al Aqsa Martyrs Brigades". In one of its documents the "Al Aqsa Martyrs Brigades" make a request to Fuad Shubaki, a close associate of Arafat, to finance vital ongoing and infrastructure needs for continuing their terrorist activities. In this document they address a civilian municipal authority that receives its budget from the Palestinian "Finance Ministry" (which receives European Union grants) and from contributions of Christian institutions worldwide.

3. The contents of this document correspond with many reports on extortion, unwarranted arrests, protection and corruption prevailing in Bethlehem, simultaneously with the terrorist campaign waged against Israel. The following are some examples:

   a. Extortion and unwarranted arrests of Bethlehem businessmen to gain

SHATSKY-005582

2/13/13　　　The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime: May 2002

Case 1:18-cv-12355-MKV-DCF   Document 136-33   Filed 10/05/21   Page 7 of 9
Case 1:02-cv-02280-RJL   Document 258-5   Filed 11/13/13   Page 8 of 8

bribes:

 1) Men of the Bedouin Taamra tribe (a tribe that resides in the Bethlehem area from which includes many violent thugs that terrorize Bethlehem's civilian population) extort money from Christian businessmen.

 2) After the car of the senior Fatah terrorist activist Atef Abayat exploded (in one of the captured documents Arafat allocates for him a sum of money) he had gold rings on his fingers identified as having been robbed from the Christian businessman George Nissan.

b. Criminal activities by the Fatah/Tanzim:

 1) Fatah activists, who are not satisfied with the financial aid they receive from the PA, extort money from businessmen and property owners in the city (souvenir shops, real estate, petrol stations owners). This criminal activity is carried out in cooperation with the Palestinian security apparatuses, which customarily summon the businessmen for "clarifications", on so-called suspicions of cooperation with Israel, and demand payment in return for closing the "file". Security apparatus personnel also collect money from businessmen as "monetary aid" to cover various expenses.

 2) In mid-March 2001 a Bethlehem woman called Saadah Hamidan (formerly a security prisoner who worked in the prisoners club in Bethlehem) was raped and murdered. Involved in the affair was a senior Tanzim official called Iman Ali Azmi al-Kadi, a close friend of Abdallah al-Nu'ura (Abu Hadid) one of the Tanzim's heads in Bethlehem. Al Kadi was brought before a judge for trial, but after the judge was bribed by Fatah activists in Bethlehem, he was acquitted.

c. Appropriation of Christian lands. Moslem personnel - PA personnel and private people, sped up their appropriation of the lands of the Greek Orthodox Church in Bethlehem. This was carried out by violent means, the forging of documents and bribes. In some cases this was carried out in cooperation between church elements and PA elements. In one case a plot of land in Bethlehem was appropriated to build a mosque with the involvement of the commander of Force 17 in the area, in the claim that this was being done by Arafat's orders. Requests to Jibril Rajoub and Haj Ismail to intervene and stop the construction works were in vain.

d. "Protection services" by Fatah/Tanzim for extremist Islamic elements. Protection is imposed not only on the civilian population in Bethlehem. Elements in the Islamic Jihad and the Hamas transferred funds in the sum of 1500-3000 dollars to Tanzim activists and Palestinian intelligence officers in return for intervening on their behalf to prevent their arrest. By this arrangement, Hamas and Islamic Jihad operatives were given early warning by General Intelligence and Preventive Intelligence officers of their imminent arrest. (Such "arrangements" whereby Islamic Jihad and Hamas activists were prewarned of their imminent arrest are noted also in a captured document concerned with the Jenin area)

e. Failure to provide protection to the Christians by the judicial system of the PA that operates in Bethlehem, which is plagued by irregularities and distortion of justice. Of note in this regard is the failure to provide protection to Christian land-owners, which Moslem migrants from Hebron are taking over. The following is one example. The Comtsieh family (a Christian family) has a plot of land with a building that serves as a business center in the city. Several years ago a Moslem family

SHATSKY-005583

Case 1:18-cv-12355-MKV-DCF Document 136-33 Filed 12/05/21 Page 8 of 9
Case 1:02-cv-02280-RJL Document 258-5 Filed 11/13/13 Page 9 of 9
2/13/13                            The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime-May 2002

from Hebron took possession of the building and started to use it without permission. The Comtsieh family filed a claim with the judicial system and after long and arduous court hearings, the court ruled in the claimant's favor. However, the verdict was never enforced by the police and representatives of the family from Hebron later appeared with a new court verdict (signed by the same judge who ruled in the claimants' favor previously), canceling the previous verdict and ratifying the Hebron family's ownership of the property.

**Translation of the Original Document**

Emblem of the Al Aqsa Martyrs Brigades
Stamp: Bethlehem Municipalty
17.11.2001

**In the Name of the All-merciful Allah**

To: Brothers, Bethlehem Mayor and Honorable Municipality Members,

Greetings of the Homeland to you..., greetings of the pure blood that has saturated the soil of our beloved province. Our blessings to you and to the tremendous efforts that you invested in order to develop this province.

Honorable brothers, we intend to put the issue to you, an issue that is of utmost importance for us and will have a deep influence on our moves. The issue is your participation in a small portion (of the expenses) of our daily needs, in the shadow (of expenses) which lie heavily on us, due to the difficult circumstances our people and us especially are in. we wish to draw your attention to the fact and tell you that we pay the LC Public Trade Company, owned by Faez Hazboun a sum which does not exceed 5,000 shekels a month, as fees for the use of communications sets by military arm personnel" *(Note: Faez Hazboun is a businessman from Bethlehem who owns a cellular phone company).*

In addition, (we also pay) for fuel which is a basic and important component in our movements from place to place and this, in accordance with the demands of the national interest.... your participation in this matter will lead to our glorification and of pride in you.

We request your serious reference to this subject.

Please accept our appreciation and the honor which we have for you.

The Palestinian National Liberation Movement
"Fatah"
Al Aqsa Martyrs (and Church) of the Nativity of the city of Bethlehem Brigades
*(Stamp of the Al Aqsa Martyrs Brigades)*

*Note in handwriting of some clerk in the Bethlehem Municipality:*

Sir, Director of the Municipality
(to be raised) in the meeting

19.11.2001

SHATSKY-005584

2/13/13 The Involvement of Arafat, PA Senior Officials and Apparatuses in Terrorism against Israel, Corruption and Crime- May 2002

Case 1:18-cv-12355-MKV-DCF   Document 136-33   Filed 10/05/21   Page 9 of 9
Case 1:02-cv-02280-RJL   Document 258-5   Filed 11/13/13   Page 9 of 9

**SEE ALSO ...**
- Additional documents connecting Arafat and the PA to terrorists and terrorist activities
- Operation Defensive Shield: Special Update

SHATSKY-005585