# LOWELL DECL. EX. 24

# [FILED UNDER SEAL/REDACTED]