# LOWELL DECL. EX. 27

Exhibit 115

| Identity No. 946588518 | First name Mohamed | Last name Nazal | Name in Roman characters | |
|---|---|---|---|---|
| Previous name | Marital status ☐ married ☒ single ☐divorced ☐ widower ☐ | | Sex male | Religion Muslim |
| Date of birth 1984 | Place of birth Tulkarm | Home telephone number 050409882 | Business telephone number | |
| Home address Qalqilya, Al-Nazal Neighborhood | | Business name and address School pupil | | |
| Mobile telephone No. | Father's name Grandfather Shawqi Sa`id | Parents' address | | |

| 2 May 2002 | 13:40 | Petah Tikva Facility | Investigator | 1019223 | ASM | Tamir | Omar |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

**[Hebrew:]** I saw the aforementioned in front of me, and I informed him that I, policeman ASM Tamir Omar, am about to interrogate you, Mohamed Shukri [mistake, should be Shawqi] Nazal, under warning for suspicion of (1) membership in a hostile organization – the Popular Front military wing. (2) Planning to commit a suicide attack against Israeli targets. This constitutes a violation of the law. You are not obliged to say anything unless it is out of your own free will. However, whatever you will say will be recorded by me and might be used against you in court. Your refusal to answer questions may also strengthen the evidence against you. After I had read the content of the warning and translated it to Arabic. I informed him that he has a right to write in his own handwriting and he said he wished to do so. The following is his statement:

**[Arabic:]** I understood the charges and the warning against me in this interrogation and I hereby declare that I understood them. By my signature Mohamed Shawqi Sa`id Nazal.

I was born in 1984 in Tulkarm, but I have been living with my family in Qalqilya since I was a child. My father is a construction worker and my mother is a housewife. I have four siblings. Their names are Mu`iz al-Deen, Maysoun, Sanaa and Samah. Currently I attend the Al-Sa`diya Secondary School in Qalqilya. I am known in Qalqilya by the nickname Abu Shawqi.

As to the charges and the interrogation against me in this interrogation, I would like to confess and to state and declare voluntarily and of my own free will: When I was 13 years-old I joined Fatah along with my classmates at school. Our task was to write slogans, raise the Palestinian flag and throw stones. I participated twice in throwing stones at the southern Qalqilya Checkpoint that leads to Jaljulia. I do not remember dates. I remained a member of Fatah for two years.

I want to add in my statement that two months ago I met in a street in Qalqilya the leader of the Popular Front in Qalqilya. His name is Raed Mousa Nazal, around 27 years-old, a resident of Qalqilya. He has brothers. Their names are Yousef and Wasef. I am a family relative of Raed Nazal, so when he saw me he greeted me and asked me how I was doing and I told him that I was not in a good state. Then Raed asked me if I would like to die as a *shahid* [martyr], and I said *inshallah* [Allah willing; hopefully]. Since then I started spending time with Raed almost every day. He talked to me and explained to me the importance of suicide attacks. I hung out with Raed in Qalqilya a few times.

**Statement of:** **Israel Police** **Statement 1 Sheet 2**

| Identity No. 946588518 | First name Mohamed | Last name Nazal | Name in Roman characters | | |
|---|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☐ single ☐divorced ☐ widower ☐ | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | | |
| Home Address | | | | | |
| Mobile Tel. No. | Father's Name | Parents' Address | | | |

**Statement continues II**
**-----------------------------------------------------------------------------------**

| 2 May 2002 | | Petah Tikva Facility | Investigator | 1019223 | ASM | Tamir | Omar |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

I used to ride with him on the Vespa assigned for him, and Raed told me that I have joined the Abu Ali Moustafa Brigades, the armed wing of the Popular Front. I agreed to that and Raed told me that he was not going not give me a card of the Popular Front and that he would do so when I carry out the suicide attack.

Each time we met Raed talked to me about the attack that I was going to carry out and about attacks in general. He explained to me that I would carry out a suicide bombing using an explosive device made of two parts: (1) an explosive belt, and (2) an explosive device in a side bag that I was to carry… Around 18 kg. I did not see the belt, the explosive device, or the bag. I also remember that four days after the army entered Qalqilya for the second time, Raed took me to a house known as the lower house in the west of Qalqilya.

The house has an explosives lab. I saw explosive devices of different sizes and also white powder called Umm al-Abd. It is an explosive material. Raed told me that this place is for preparing improvised explosive devices and explosive belts. After that, Raed took me to the main street, which is the western street of Qalqilya next to the tile factory. We got to Tal`at Taxi Station. Raed drew my attention to some lights behind the trees and told me that I would get out there through the fence and that I would blow myself up in a nightclub where people sit and drink alcohol. Raed told me that another person would come out with me and accompany me to the fence.

This person would cut the fence with metal cutting scissors that he would have, and would wait next to the fence until I enter the nightclub and blow myself up. Raed told me: it will be the strongest and biggest attack up to now. He told me that Sadeq Ahed Abdel Hafez, who carried out an attack in Karnei Shomron, had 14 kg of explosives on him. Raed told me that 3 persons helped Sadeq enter Karnei Shomron. He did not mention their names. Raed told me also that the explosive device that I was going to take with me in order to blow myself up would be connected to [illegible] to detonate them together. I also would like to remind you that when I first met Raed and called him, he told me to speak with him through the Internet, but we tried this several times and did not succeed, so I spoke with him on the mobile phone. I would like to add that I agreed with Raed that he should pass next to my house in Qalqilya and fire one bullet from his gun. Upon hearing this I should understand the message and set out to perform the attack.

**Statement of:** **Israel Police** **Statement 1 Sheet 3**

| Identity No. 946588518 | First name Mohamed | Last name Nazal | Name in Roman characters | | |
|---|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☒ single ☐divorced ☐ widower ☐ | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | | |
| Home Address | | | | | |
| Mobile Tel. No. | Father's Name | Parents' Address | | | |

**Statement continues III**
**-------------------------------------------------------------------------------------**

| Date | Time | Location | Investigator | Badge No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| 2 May 2002 | | Petah Tikva Facility | | | | | |

I was supposed to collect the explosive devices and to wear the explosive belt in a house called the upper house in the city center. I have never been in that house. Raed told me also that the attack that I was going to carry out would be on a Thursday or a Friday because there are more people in these days. I would like also to mention that once I agreed with Raed to meet him in the lower house with [in?] the explosives lab. I did not find Raed, but I found a person whose name is Mohamed Jaber. He is about 30 years-old. He has a missing finger in his left hand.

He has a moustache and a beard and he prepares the explosive materials in this lab. He does not live in Qalqilya. I think that he lives in Askar [refugee camp] in Nablus. When I asked about Raed and introduced myself he introduced himself and showed me around the lab and then he burnt a small amount of Umm al-Abd and it violently flared. I saw in the lab bottles of different shapes. Around 9 bottles. In the days before the arrest, Raed asked me if I was afraid of carrying out the attack. When I said "yes", Raed said that if I did not carry out the attack, he would shoot me and kill me.

I want to mention that through my acquaintance with Raed I got to know other people who are active in the armed wing of the Popular Front such as (1) the above-mentioned Mohamed Jaber who works in the explosives lab. (2) Mohamed Jaber - he is 25 years-old and lives in Qalqilya. He is around 185 cm high. He is also making explosives. He learned this profession in Ramallah at the beginning of the Al-Aqsa Intifada. He has one brother. (3) Shaher Ra`i. He is about 30 years-old and lives in Qalqilya. The bother of Shaher Ra`i - Maher Ra`i. He is about 25 years-old.

I also want to add that I know activists in Qalqilya. Their names are: (1) Sa`id Nazal, he is 32 years-old [illegible] office [illegible] in Qalqilya. He went around with an M-16 rifle and English [illegible]. I saw him shooting at the army at [illegible] for the first time in Qalqilya. (2) Elias Sa`id Nazal Shanti. I saw him before the Al-Aqsa Intifada shooting from his own gun during a wedding in Qalqilya. His left hand was severed at the wrist by an improvised explosive device according to what I heard. I also would like to add that I heard Raed speaking on the mobile phone with people I do not know. They asked him if he has seven persons and he said "yes".

**Statement of:** **Israel Police** **Statement 1 Sheet 4**

| Identity No. 946588518 | First name Mohamed | Last name Nazal | Name in Roman characters | | |
|---|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☒ single ☐divorced ☐ widower ☐ | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | | |
| Home Address | | | | | |
| Mobile Tel. No. | Father's Name | Parents' Address | | | |

**Statement continues IV**
**--------------------------------------------------------------------------------------**

| Date | Time | Location | | Badge No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| 2 May 2002 | | Petah Tikva Facility | Investigator | 1019223 | ASM | Tamir | Omar |

I understood that they meant people ready to carry out suicide attacks. I asked Raed about what they meant by he did not answer me.

Question: Is there anything else that you would like to add to this statement?
No, there isn't.

This is my statement that I wrote with my own handwriting and of my own free will. I hereby sign to certify that I told the truth.

[signature] Mohamed Shawqi Nazal

ASM Omar Tamir

Time of completion of statement

# Original

Case 1:02-cv-02280-RJL Document 260-12 Filed 11/13/13 Page 9 of 10

نسخة رقم — اعلان رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 94658851 8 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
| --- | --- | --- | --- |
| | נשוי متزوج ☐ רווק اعزب ☒ גרוש مطلق ☐ אלמן ارمل ☐ | [illegible] | [illegible] |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
| --- | --- | --- | --- |
| 1984 | [illegible] | 050 409882 | |

העنوان العنوان: [illegible]

שם ומען מקום העבודה اسم وعنوان مكان العمل: [illegible]

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
| --- | --- | --- |
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 02.05.02 | 13:40 | [illegible] | 1019223 | [illegible] | [illegible] | [illegible] |

[illegible handwritten Hebrew text]

[illegible handwritten Arabic text]

שעת סיום גביית ההודעה: [illegible]

(9.2001) 2600×50×2

3007מ׳

[illegible signatures]

עתו של:
ملف تبع

משטרת ישראל

הודעה מס' 1 اعلان رقم
גליון מס' 2 نسخة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 946588548 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | | | | מין الجنس | דת الدين |
|---|---|---|---|---|---|---|
| | נשוי متزوج ☐ | רווק اعزب ☐ | גרוש مطلق ☐ | אלמן ارمل ☐ | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | [illegible] | |

| העונאן العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 02-05-02 | [illegible] | [illegible] | 1019227 | [illegible] | [illegible] | [illegible] |

[illegible]

שעת סיום גבית ההודעה

[illegible]

מ-3007

SHATSKY-007493

Case 1:02-cv-02280-RJL Document 260-12 Filed 11/13/13 Page 9 of 10

משטרת ישראל

הודעה מס' / اعلان رقم: 1 — גליון מס' / نسخة رقم: 3

הודעתו של: / اعلان تبع:

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 94 6588518 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | מין الجنس | דת الدين |
|---|---|---|---|---|
| | | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

| העنوان العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 02-05-02 | | [illegible] | 1019223 | [illegible] | [illegible] | [illegible] |

[illegible] الالتزام [illegible]
[illegible] القومي [illegible]
[illegible] القتلى [illegible] القوم [illegible]
[illegible] الايام [illegible]
[illegible]
[illegible]
محمد [illegible] عمره [illegible] عام [illegible] الاكبر [illegible]
[illegible] وهو [illegible]
[illegible] قلقيلية [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] ① محمد [illegible] اعلاه [illegible]
[illegible] ② محمد [illegible] عمره [illegible] عام سكن قلقيلية طوله ١٨٥ [illegible]
[illegible]
[illegible] ③ [illegible] عمره [illegible] عام [illegible]
[illegible] ④ [illegible] عمره ٢٥ عام [illegible]
[illegible]
عمره ٣٢ عام [illegible]
[illegible] ⑤ [illegible]
[illegible] ⑥ [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

שעת סיום גביית ההודעה

(9.2001) 2600×50×2

[signatures]

מ' 3007

משטרת ישראל

הודעתו של: / اعلان تبع

הודעה מס' / اعلان رقم: 1
גליון מס' / نسخة رقم: 5

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 946588518 | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| הכתובת / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق: מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 02.05.02 | | [illegible] | 1019223 | [illegible] | [illegible] | [illegible] |

[illegible handwritten Arabic text]

[illegible]

سؤال: هل يوجد لك [illegible]

جواب: كلا لا يوجد

[illegible handwritten Arabic text]

[illegible signatures]

שעת סיום גביית ההודעה

(9.2001) 2600×50×2

מ־3007