# LOWELL DECL. EX. 28

Exhibit 114

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/13/15 Page 2 of 19

[Illegible]

**Statement of:** **Israel Police** **Statement 1 Sheet 1**

| Identity No. 90800266-0 | First name Mohamed | Last name Nazal | Name in Roman Characters | | |
|---|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☒ single ☐divorced ☐ widower ☐ | | | Sex Male | Religion Muslim |
| Date of Birth 08/27/1980 | Place of Birth West Bank | Home Tel. No. 09-2941125 | Business Tel. No. | | |
| Home Address Qalqilya, Nazal Neighborhood | | Business Name and Address Shoes salesman in Qalqilya. | | | |
| Mobile Tel. No. | Father's Name Wasef Abd al-Rahman | Parents' Address Qalqilya, Nazal Neighborhood | | | |

| 4/24/2002 | 09:20 | Petah-Tikva | Investigator | 1019223 | ASM | Tamir | Amer |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

**[Hebrew:]** I saw the aforementioned in front of me, and I informed him that I, policeman ASM Tamir Amer, am about to interrogate you, Mohamed Wasef Nazal, under warning for suspicion of (1) recruitment and membership in a hostile organization (Hamas), and afterwards recruitment and membership in a hostile organization (the Popular Front); (2) engaging in disorderly conduct [illegible] in the framework of the Popular Front, such as participating in marches and rallies of the organization. (3) Involvement in suicide attacks; (4) committing shooting attacks against Israeli targets; (5) Conducting observations and intelligence gathering for the benefit of a hostile organization – the Popular Front. This constitutes a violation of the law. You are not obliged to say anything. However, whatever you will say will be recorded by me and might be used against you as evidence. Your refusal to answer questions may also strengthen the evidence against you. After I had read the content of the warning and translated it to Arabic. I informed him that he has a right to write in his own handwriting and he said he wished to do so. [Illegible] his statement:

**[Arabic:]** I understood the accusations attributed to me in this investigation and which were translated for me by the investigating police officer Tamir, and I certify my understanding of these accusations by my signature – Mohamed Wasif Abdel Rahman Nazal.
I was born in 1980 in Qalqilya. Today my father is retired. In the past he worked for the magistrate's court in Qalqilya. My mother is a housewife and I have three brothers and seven sisters: Luay, Kifah, Tahani, Lina, Linda, [illegible], Abdel al-Rahman, Mohamed, Sou'ad, Fatima, and Aqsa. I studied in the [illegible] High School in Qalqilya until the 11th grade, and thereafter I took a course in auto painting and bodywork at the Qalandiya Vocational College for cars during a two year period. Today, I sale shoes in the market in Qalqilya. I am known in the city Qalqilya as Mahmud al-Zaghlil.

Regarding the charges that were brought against me in this investigation, I wish to confess, admit and [illegible] out of my own free will that between the years 1997 and 1999, as I mentioned, I studied in the Qalandiya Vocational College. During that period of time, I belonged to Hamas, but not officially, because all the kids in my class belonged to Hamas, and of these people that studied with me and belonged to Hamas, I remember 1) Osama Abu Jado, a resident of the Aida Refugee Camp in Bethlehem. Today he is approximately 24 years old. 2) Nazih Suleiman al-Badawi, a resident of the Jenin Refugee Camp. He is approximately 24 years old. [Illegible] Osama was the Imam of the Qalandiya Institute. I wish to add that approximately nine years[?] ago a man approached me [illegible] Raed Mussa Nimer Nazal, aged 32, a resident of Qalqilya. He is married and has a son named Asir. His family is known by the name [illegible], and because of his son's name he is referred to as Abu Asir. He owns a blue Opel Cadet with yellow Israeli license plates. 2/X

End of statement at: M-3007
(9.2001) 2600X50X2 ASM Amer Tamir Mohamed Wasef Abdel Rahman Nazal

**Statement of:** **Israel Police** **Statement 1 Sheet 2**

| Identity No. 90800266-0 | First name Mohamed | Last name Nazal | Name in Roman Characters | |
|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☐ single ☐divorced ☐ widower ☐ | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | |
| Home Address | | Business Name and Address | | |
| Mobile Tel. No. | Father's Name Wasef Abd al-Rahman | Parents' Address | | |

Statement continues II

| 4/24/2002 | 09:20 | Petah-Tikva | Investigator | 1019223 | ASM | Tamir | Amer |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

This car is stolen from Israel and Raed purchased it for a price of 300 NIS. In the course of my activity in the Popular Front, I participated in the following activities: 1) participation in marches for the commemoration of the *shuhada* [martyrs]; 2) participation in meetings of the Popular Front; 3) participation in memorial days for people from the Popular Front 4) conducting surveillance against the Israeli military forces, which are deployed around Qalqilya. Raed gave me his Opel car and asked me during the evening hours to make rounds around the city of Qalqilya, and to give him reports about the deployment of the army and whether the army entered Qalqilya. This information that I gathered concerning the army, I would pass to Raed Nazal, who was a senior [commander] in the Popular Front. Then he would pass it on to the Popular Front's leadership in Qalqilya. During the course of my activities, I conducted surveillance in the following areas: 1) the DCO Qalqilya checkpoint; 2) the landfill area on the road between eastern Kfar Saba and Tira 3) the Qalqilya checkpoint at the Northern entrance. I wish to add that Raed's Opel is known in Qalqilya as a car belonging to the Popular Front.

I wish to mention further that approximately four months ago, I received from my commander in the Popular Front, Raed Nazal, a short-barreled M16 with a cartridge inside, in which there were seven bullets. I went out with this weapon together with Raed Nazal in his Opel in the direction of the western road, west of Qalqilya, which connects the Qalqilya checkpoints in the north and south. This road is called the Mishmar Ha-Gvul [Hebrew for Border Guard] Road - the Border Guard Road. I arrived with Raed in the Opel car to the area of the groves. We got out of the car, it was around 3pm, and we settled ourselves in the grove from a distance, where we could see well the passing cars riding along this road. At that time, army patrols were not using the road. Raed trained me there on this weapon and I fired seven bullets at the trees. I recall that a month beforehand Raed trained me to disassemble and assemble this weapon.

I wish to add further in my testimony herein that I am familiar with the following PFLP activists in Qalqilya: 1) Ahmed Ra'i, aka Abu Ibrahim, approximately 42 years old, lives in [illegible] street in Qalqilya. He is married and his wife's name is [illegible] Nazal and she is the sister of Raed Mussa Nimer Nazal. He has a 1999 green Honda. Raed Nazal is the deputy of Ahmed Ra'i; 2) Shaher Ra'i, aka Abu Jarah, 37, lives in Kfar Saba Street, 3) Maher Ra'i, aka Abu Jiab, approximately 40 years old, lives in Al-Shayma Street in Qalqilya. He is the brother of Shaher Ra'i, 4) Yussuf Ra'i, approximately 33 years old, lives on Al-Shayma Street in Qalqilya. He is the brother of Ahmed Ra'i. Also known as Abu Ibrahim, 5) Mohamed Jaber, aka Abu Jaber, approximately 27 years old, single, lives in Kfar Saba Street in Qalqilya, 6) Nur Titan,approximately 24 years old, Al-Mustashfa Street. He is the bodyguard of Taysir Qub'a, a member of the PFLP's Central Committee in Ramallah. He works in the office of Abu Ali Mustafa [illegible].

I wish to mention further in my testimony herein that in the course of my studies at the Qalandiya College, the person who carried out the suicide attack in the settlement Karnei Shomron, whose name is Sadeq Abdel Hafez Zaid, also studied auto body work and painting in this college. He was a first year student while I was in my second year. And I wish to point out that the day before the suicide attack was carried out by Sadeq, I met him in the Mosque in the vegetable market in Qalqilya. 3/X

End of statement at: M-3007
(9.2001) 2600X50X2 ASM Amer Tamir Mohamed Wasef Abdel Rahman Nazal

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/13/15 Page 4 of 19

**Statement of:** **Israel Police** **Statement 1 Sheet 3**

| Identity No. 90800266-0 | First name Mohamed | Last name Nazal | Name in Roman Characters | | |
|---|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☐ single ☐divorced ☐ widower ☐ | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | | |
| Home Address | | Business Name and Address | | | |
| Mobile Tel. No. | Father's Name Wasef Abd al-Rahman | Parents' Address | | | |

Statement continues III

| Date | Time | Location | | Badge No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| 4/24/2002 | | Petah-Tikva | Investigator | 1019223 | ASM | Tamir | Amer |

With him at this time was a friend whose name is Mohamed Ja'idi, approximately 25 years old, [illegible] Ja'idi neighborhood, works as a butcher in a shop in the market in Qalqilya. I parted from Sadeq and the next day I heard that he had carried out a suicide attack. I participated in the symbolic funeral that they made for him and I visited his family in their home to comfort them, and this was because the suicide attack which Sadeq carried out was in the name of the Popular Front and he was my friend. I wish to indicate further that approximately two years ago I attended a wedding party in Qalqilya with Raed Nazal, my commander in the PFLP. [During the party,] Sadeq Abdel Hafez Zaid came to us and I introduced him to Raed Nazal. After the attack was carried out by Sadeq, Raed Nazal told me that two months before the attack, Sadeq had approached him several times offering to carry out the attack, and that at the end Raed Nazal agreed.

Raed told me further that Sadeq had offered to carry out a suicide attack for Fatah and Hamas, but they did not agree due to his young age, as he was 16 years old. After Raed agreed to Sadeq's request to carry out an attack, he sent him to the Balata Refugee Camp and there Raed's friend, nicknamed Kiri, who I do not know at all, prepared Sadeq to carry out the attack and placed the explosive belt on Sadeq's body. What I know is that Sadeq wanted to carry out this attack following the death of his neighbor Tawfiq Jaber, aka Abu [illegible], who was the head of the Preventive Security in Tubas, and who was *istashhada* [became a martyr] in a clash with the Israeli army.

I wish to mention further and out of my free will that I know the Popular Front activists in Qalqilya, who belong to the military faction, and they are: 1) Raed Mussa Nimar Nazal, who is mentioned above, head of the military wing of the PFLP in Qalqilya; 2) Yussuf Ra'i, approximately 32 years old, a resident of Qalqilya and the brother of Ahmed Ra'i. He is also known as Abu Ibrahim, and he is the leader of the PFLP in Qalqilya; 3) Mohamed Jaber, aka Abu Jaber, who is mentioned above; 4) Tahsin al-Adl, approximately 33 years old, aka Abu Mahmoud, Aida neighborhood, his brother Mahmoud was *istashhada* [became a martyr] in clashes with the army; 5) Nur Titan, who is mentioned above; 6) Shaher Ra'i, who is mentioned above. All these people have been activists in the military wing for around two years and they meet from time to time in Abu Ibrahim's restaurant in Shayma Street in Qalqilya.

I wish to add further in my testimony herein that my commander in the Popular Front, Raed Nazal, obtained several weapons and distributed them to the members of the PFLP military wing. Raed purchased all these weapons from the person called Kiri from the Balata Refugee Camp, who I know as the leader of the military wing of Fatah in Balata and as an arms trader. Raed purchased the weapons at different prices as follows: 1) a short-barreled M16 for 38,000 NIS, which is in Raed's possession today; 2) a Kalashnikov for 32,000 NIS, which is in the possession of Yussuf Ra'i today; 3) a 9mm gun for 16,000, which is in the possession of Mohamded Jaber today; 4) an Uzi for 23,000 NIS, which is with Tahsin al-Adl and Nur Titan; 5) a long-barreled M16 for 36,000 NIS, which is in the possession of Shaher Ra'i. Raed Nazal used to receive every month 12,000 NIS from Abu Malouh, who works in the main office in Ramallah. I know that the money was transferred from a bank in Ramallah to a bank in Qalqilya. Raed Nazal purchases [ammunition] for these weapons from the following people: 1) Abu Shamekh, approximately 50 years old, lives in the center of the city. The commander of Force 17 in Qalqilya; 2) Iyad al-Aqra, approximately 40 years old from Qalqilya. Head of the Preventive Security in Qalqilya. I wish to add in my testimony herein that after the killing of Abu Ali Mustafa, head of the PFLP, three people that I know 1) Nur Titan, who is mentioned above; 4/X

End of statement at: M-3007
(9.2001) 2600X50X2 ASM Amer Tamir Mohamed Wasef Abdel Rahman Nazal

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/13/13 Page 5 of 19

**Statement of:** **Israel Police** **Statement 1 Sheet 4**

| Identity No. 90800266-0 | First name Mohamed | Last name Nazal | Name in Roman Characters | |
|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☐ single ☐divorced ☐ widower ☐ | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | |
| Home Address | | Business Name and Address | | |
| Mobile Tel. No. | Father's Name Wasef Abd al-Rahman | Parents' Address | | |

Statement continues 4

| 4/24/2002 | | Petah-Tikva | Investigator | 1019223 | ASM | Tamir | Amer |
|---|---|---|---|---|---|---|---|
| Date | Time | Location | | Badge No. | Rank | First name | Last name |

2) Tahsin al-Adel, who is mentioned above; 3) Mohamed Jaber, who is mentioned above – all of them carried out a shooting attack against an Israeli car in the area known as [illegible] between Qalqilya and Jaljulya. This was in the evening hours. And as a result of this attack an Israeli woman, who was driving the car, was injured. I heard about this from Raed Nazal. I wish to add further that after the killing of Abu Ali Mustafa, head of the Popular Front, Raed Nazal spoke to me and told me that the PFLP must take revenge and return to the glorified attacks of the 70's. He said that we must carry out suicide attacks and shooting attacks and also attacks using explosives.

I wish to add that after the suicide attack that Sadeq carried out, I spoke with Raed Nazal and he told me that a person who wants to carry out a suicide attack must be observed by the military wing during the week before the attack. On the night before the attack he is prohibited from sleeping at home, because while he is sleeping he is at risk of speaking, and his family might know of his intentions to carry out an attack. Therefore, the attacker must sleep in the home of one of the Popular Front people.

I wish to add that the members of the PFLP's military wing - Ahmed Ra'i, Shaher Ra'i, Maher Ra'i, Yussuf Ra'i and Abu Mohamed Ra'i (the oldest brother of Abu Ibrahim) - all of them live in the Ra'i family's house. Around this house there are two walls with a space in between. I wish to add that after the death of Sadeq in the attack in Karnei Shomron, I visited Yussuf Mohamed Ja'idi, approximately 32 years old, a construction worker, who is also known as Abu Hassin. He was the oldest child in the house. His father works as an electrician and he has a brother called Mohamed, approximately 14 years old, who lives in Qalqilya Al-Dawawin Street, next to the house of the Abu Alba family. Yussuf has a restaurant in Qalqilya and with him in the house [live] also: 1) Basel Khalil Madi Nazal, approximately 25 years old, who works in the "Ayyam Zaman" bakery in Qalqilya, and he is the oldest child in the house. His father works as a [illegible].

[Hebrew:] (It is 12:20. The subject was taken for extension of his detention in the Petah Tikvah court. He will return for the rest of his testimony).

[Hebrew:] (It is 18:50. The subject returned to me in the investigations office. I informed him that he is still being questioned under caution concerning the charges against him in this investigation and that I am continuing his investigation).

[Arabic:] I understand that I am still under caution concerning the charges that were brought against me at the beginning of my investigation today.

Basel Khalil Madi has a brother called Mohamed, approximately 10 years old, and another brother whose name is Ahmed, approximately 7 years old. His family's home is located in the vegetable market in Qalqilya and he and his family have been living in Qalqilya in the past 4 years. In the past, they lived in Jordan. His father works in the municipality in Qalqilya and his mother's name is Zahra. Yussuf and Basel are activists in the Popular Front and they are known as patriots and brave. During this [illegible], Yussuf and Basel spoke of their desire to carry out attacks inside Israel. Basel said that he wanted to carry out a suicide attack in Kaplan Street in Kfar Saba and Yussuf said he wanted to carry out an attack in the market in Kfar Saba. Several days after the meeting with them [illegible], I met them with them at Raed Nazal['s home] and they told Raed of their desire to carry out attacks. During the meeting, Raed told me that he trusts them and that his impression is that they are serious in this matter. I wish to add to my testimony herein that about one month before the IDF entered Qalqilya for the last time, 5/X

End of statement at: M-3007
(9.2001) 2600X50X2 ASM Amer Tamir Mohamed Wasef Abdel Rahman Nazal

**Statement of:** **Israel Police** **Statement 1 Sheet 5**

| Identity No. 90800266-0 | First name Mohamed | Last name Nazal | Name in Roman Characters | | |
|---|---|---|---|---|---|
| Previous Name | Marital Status ☐ married ☐ single ☐divorced ☐ widower ☐ | | | Sex | Religion |
| Date of Birth | Place of Birth | Home Tel. No. | Business Tel. No. | | |
| Home Address | | Business Name and Address | | | |
| Mobile Tel. No. | Father's Name Wasef Abd al-Rahman | Parents' Address | | | |

Statement continues 5

| Date | Time | Location | | Badge No. | Rank | First name | Last name |
|---|---|---|---|---|---|---|---|
| 4/24/2002 | | Petah-Tikva | Investigator | 1019223 | ASM | Tamir | Amer |

activists in the military wing of the PFLP prepared an apartment in which they were to hide once the IDF entered the city. This apartment is located in Qalqilya in the Zaid neighborhood. A man lives in this apartment, whose name is Ali Zaid, approximately 30 years old. He is a member of the Popular Front and he is a friend of Raed Nazal. This building has four floors. Ali lives in the fourth floor and on the roof there is a laundry room with an iron door. This room served the operatives of the organization as a hideout and they prepared this room for a situation in which they would have to flee from it. So they hung a rope stretching from the room to the ground. Ali Zaid has a big moustache, full body, tanned skin and sparse hair. He owns a business that rents out chairs and tables for weddings. The business is [located] near the building.

During the two weeks before the IDF entered Qalqilya, Raed Nazal and I prepared this room and brought to it mattresses, food, canned goods, kitchen utensils and blankets. I saw [in this room] around 5 explosive belts and they were in the form of a military belt with metal pipes attached, [illegible] an explosive material. The material was a yellow powder.

These explosive belts were prepared by Saed Dahmous, approximately 30 years old, married, lives behind the hospital in the city of Qalqilya. He has a white Mazda and he is known as a car thief and a dealer spare auto parts. He also works as a farmer. He has an older brother called Sa'id, approximately 35 years old, who sells avocado.

According to what Raed Nazal told me, Mohamed Jaber is the one who brought these explosive belts to the hideout from the house of Saed Dahmous, I saw three dark green hand grenades and also approximately 3 bombs made up of large fire extinguishers, which are used in cars. According to what Raed Nazal told me, Saed Dahmous is the one who prepared them.

Question: Do you have anything to add to your testimony?

Answer: No, I have nothing to add.

This is my testimony. I have written it by hand out of my own free will and I certify its accurateness by my signature.

Mohamed Wasef Abdel Rahman Nazal

ASM Tamir Amer

End of statement at:
(9.2001) 2600X50X2 M-3007

# Original

[illegible]-5768 2002 [illegible]

**הודעתו של:** / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 1 גליון מס' / نسخة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908009660 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☐ נשוי متزوج ☒ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | [illegible] | [illegible] |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| 07-08-1980 | [illegible] | 092941195 | |

| הכתובת العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| [illegible] | [illegible] |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | [illegible] |

| תאריך التاريخ | שעה الساعة | מקום המכان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 24-04-02 | 07:50 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible] 16 [illegible] (2) [illegible] (3) [illegible] (4) [illegible] (3) [illegible]

[illegible]

[illegible] المحقق [illegible] هذا [illegible] اسرائيلي [illegible]

[illegible] ١٩٨٠ ولدت في قلقيلية [illegible] ١٢ اخوة [illegible] قلقيلية [illegible] قلقيلية [illegible]

[illegible] ١٩٩٧-١٩٩٩ [illegible] اولاد [illegible] (2) [illegible] ٢ [illegible]

שעת סיום גביית ההודעה

(9.2001) 2600x50x2

3007 מ"ז

[illegible handwritten signatures]

SHATSKY-002828

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/18/13 Page 9 of 19

**הודעתו של:** اعلان تبع:

משטרת ישראל

הודעה מס' اعلان رقم: [illegible]    גליון מס' نسخة رقم: [illegible]

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 90800[illegible] | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | [illegible] | |

| העنوان العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

תאריך التاريخ: 24-1-02    שעה الساعة:    מקום המקום المكان: [illegible]

החוקר المحقق: מס' אישי الرقم الشخصي: [illegible]  דרגה الرتبة: [illegible]  שם פרטי الاسم الشخصي: [illegible]  שם משפחה اسم العائلة: [illegible]

[illegible] ٢٠٠ شيكل [illegible] الجبهة الشعبية [illegible]
[illegible] الجبهة الشعبية
[illegible] الجبهة الشعبية [illegible] قوات الجيش الاسرائيلي [illegible]
[illegible] سيارة [illegible] ساعات [illegible]
[illegible] الجيش [illegible]
[illegible] الجيش [illegible] الجبهة الشعبية
[illegible] بالمسدس [illegible]
[illegible] DCO [illegible]
[illegible]
الجبهة الشعبية [illegible] تقريباً [illegible] الجبهة الشعبية [illegible]
سلاح [illegible] M16 [illegible] السلاح [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] الجبهة
الشعبية [illegible] ابو ابراهيم عمره [illegible] تقريباً [illegible]
[illegible]
[illegible] ١٩٩٩ [illegible] عمره ٢٧ عام تقريباً [illegible]
[illegible] عام تقريباً [illegible]
[illegible] عمره ٢٢ عام تقريباً [illegible] الشعبية [illegible] الملقب ابو جبر
عمره [illegible] عام تقريباً [illegible] عمره ٤٢ عام تقريباً [illegible]
[illegible] رحمه الله [illegible]
[illegible]
[illegible]
[illegible]
[illegible]

שעת סיום גביית ההודעה: 3/[illegible]

(9.2001) 2600x50x1

מ-3007

[illegible signatures]

SHATSKY-002829

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/13/13 Page 10 of 19

הודעתו של: / اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 1 גליון מס' / نسخة رقم: 3

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908009116-0 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل ☐ | מין الجنس | דת الدين |
|---|---|---|---|---|
| | | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | [illegible] | |

העنوان / العنوان: [crossed out]

שם ומען מקום העבודה اسم وعنوان مكان العمل: [crossed out]

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | [illegible] |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 26-04-02 | | [illegible] | 1019223 | [illegible] | [illegible] | [illegible] |

[illegible] ① محمد [illegible] عمره ٢٥ عام تقريباً [illegible] [illegible] وانا [illegible] [illegible] [illegible] تنفيذ العملية [illegible] [illegible] تنفيذ العملية [illegible] [illegible] بالقيام [illegible] [illegible] بالقيام [illegible] عمليات [illegible] الملقب [illegible] والذي [illegible] [illegible] بالقيام بالعملية [illegible] [illegible] العملية [illegible] الملقب ابو [illegible] والذي [illegible] والذي [illegible] [illegible] العسكري [illegible] ③ [illegible] المذكور اعلاه [illegible] ٢٢ عام تقريباً سكان قلقيلية [illegible] [illegible] من قلقيلية ④ [illegible] الملقب ابو [illegible] المذكور اعلاه ⑤ [illegible] عمر ٢٢ عام تقريباً [illegible] [illegible] ⑥ [illegible] المذكور اعلاه [illegible] المذكور اعلاه [illegible] [illegible] [illegible] والذي [illegible] [illegible] ⑦ سلاح M16 [illegible] 800 [illegible] ٢٢٠٠ شيكل [illegible] ٩ [illegible] ٢٦٠٠ شيكل [illegible] سلاح [illegible] ٢٠٠٠ شيكل [illegible] M16 [illegible] ٢٦٠٠ شيكل [illegible] [illegible] شيكل [illegible] ابو [illegible] الملقب [illegible] [illegible] قلقيلية [illegible] [illegible] ⑧ [illegible] ٥٠ عام تقريباً [illegible] ٧ [illegible] ⑨ [illegible] ٤٠ عام تقريباً [illegible] قلقيلية [illegible] [illegible] ⑩ [illegible] المذكور اعلاه

4/X

שעת סיום גביית ההודעה

(9.2001) 2600×50×2 מ"ט 3007

[signatures]

SHATSKY-002830

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/19/13 Page 11 of 19

משטרת ישראל

**הודעתו של:**
اعلان تبع:

הודעה מס' اعلان رقم: 1
גליון מס' نسخة رقم: 4

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908009660 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | [illegible] | | |

| העונאן العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| [illegible] | | [illegible] | 1019122-3 | [illegible] | [illegible] | [illegible] |

[illegible] المذكور [illegible] المذكور [illegible] الاستشهادي [illegible]

[illegible]

[illegible]

[illegible] العودة [illegible]

الستينات [illegible] المذكور [illegible]

اذكر [illegible]

[illegible]

[illegible]

عن ذلك افراد الجبهة الشعبية [illegible] افراد الجناح العسكري من الجبهة الشعبية [illegible]

[illegible] الكبير [illegible]

البيت [illegible]

[illegible] الكبير [illegible]

[illegible]

وعندي البيت كذلك ① باسل خليل [illegible] تقريبا [illegible]

الكبير في البيت [illegible] ( [illegible Hebrew] 12 [illegible Hebrew] [illegible Hebrew] )

( [illegible Hebrew] 12 [illegible Hebrew] [illegible Hebrew] )

علمت اني [illegible] التحذير [illegible] في بداية [illegible] اليوم

وباسل خليل [illegible] المذكور [illegible]

[illegible]

[illegible] الشعبية [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] ذكر [illegible]

שעת סיום גביית ההודעה: [illegible]

(9.2001) 2600×50×2

מ"ט 3007

[signatures]

SHATSKY-002831

**הודעתו של:** اعلان تبع:

משטרת ישראל

הודעה מס' اعلان رقم: [illegible]
גליון מס' نسخة رقم: [illegible]

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908002660 | [illegible] | [illegible] | |

שם קודם الاسم السابق:

מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل

מין الجنس: | דת الدين:

תאריך לידה تاريخ الولادة: | מקום לידה مكان الولادة: | טל' בבית التلفون في البيت: [illegible] | טל' בעבודה التلفون بمكان العمل:

העונאן العنوان: | שם ומען מקום העבודה اسم وعنوان مكان العمل:

מס' טלפון נייד رقم الهاتف اللاسلكي: | שם האב اسم الاب: [illegible] | כתובת ההורים العنوان الاب:

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 94-10-02 | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible handwritten Arabic text, lines 1–15]

سؤال: هل تريد ان تضيف شيئا على هذه الافادة

الجواب: لا اريد ان اضيف شيئا.

هذه هي افادتي كتبتها بخط يدي [illegible] واصرح بصحتها [illegible]

[illegible]

[signatures]

שעת סיום גביית ההודעה

(9.2001) 2600×50×2 מ"ז 3007

SHATSKY-002832

**הודעתו של:** اعلان تبع:

**משטרת ישראל**

הודעה מס' اعلان رقم: 1    גליון מס' نسخة رقم: 1

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 90800266-0 | [illegible] | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | | דת الدين | מין الجنس |
|---|---|---|---|---|
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | [illegible] | |

| העונאן العنوان | שם ומען מקום העבודה اسم وعنوان مكان العمل |
|---|---|
| | |

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق | מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|---|
| 24-04-02 | 09:20 | [illegible] | | 1019227 | רס"ר | [illegible] | [illegible] |

[illegible — handwritten statement in Hebrew cursive; legible fragments include:] ... בערבית. ... אני [illegible] שנת 1980 ... בקלקיליה ... ספר [illegible] ... בין השנים 1997 לשנת 1999 אני ... [illegible] ... בן -32- ... [illegible] ... 300 שקלים ... [illegible]

שעת סיום גביית ההודעה

(9.2001) 2600×50×2    מ"ז 3007

[signature] [illegible]

Case 1:18-cv-12355-MKV-DCF Document 136-39 Filed 10/05/21 Page 15 of 20

משטרת ישראל

**הודעתו של:** / إعلان تبع:

הודעה מס' / اعلان رقم: 4 | גליון מס' / نسخة رقم: 2

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 908002660 | [illegible] | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
|---|---|---|---|
| | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
|---|---|---|---|
| | | [illegible] | |

| העنوان / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
|---|---|
| | [illegible] |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق: מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 24-04-02 | | [illegible] | 101922 | [illegible] | [illegible] | [illegible] |

(1) השתתפות בהלוויות לערך "השהידים" (2) השתתפות באספות של הגדודים העממיים (3) השתתפות בימי [illegible] לאנשים [illegible] העממיים (4) [illegible] אחרי [illegible] הדגל הישראלי [illegible] לקלקיליה כאשר [illegible] היה [illegible] [illegible] [illegible] קלקיליה [illegible] [illegible] [illegible] [illegible] קלקיליה כאשר [illegible] [illegible] [illegible] של [illegible] העממיים [illegible] [illegible] בקלקיליה כאשר אני [illegible] [illegible] [illegible] (1) [illegible] קלקיליה (2) [illegible] (3) [illegible] קלקיליה [illegible] [illegible] קלקיליה [illegible] העממיים [illegible] [illegible] [illegible] [illegible] קלקיליה [illegible] קלקיליה [illegible] [illegible] [illegible] 15:00 [illegible] [illegible] [illegible] [illegible] [illegible] (1) [illegible] 42 [illegible] בקלקיליה [illegible] [illegible] 1999 [illegible]

3/x

שעת סיום גביית ההודעה

(9.2001) 2600×50×2

[illegible]

מ"3007

SHATSKY-002834

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/18/13 Page 15 of 19

**הודעתו של:**
اعلان تبع:

משטרת ישראל

הודעה מס' اعلان رقم: 1
גליון מס' نسخة رقم: 3

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908000866-0 | מחמוד | זכאל | |

שם קודם الاسم السابق:

מצב משפחתי الحالة الاجتماعية: ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل

מין الجنس: | דת الدين:

תאריך לידה تاريخ الولادة: | מקום לידה مكان الولادة:

טל' בבית التلفون في البيت: | טל' בעבודה التلفون بمكان العمل:

העונאן العنوان: | שם ומען מקום העבודה اسم وعنوان مكان العمل:

מס' טלפון נייד رقم الهاتف اللاسلكي: | שם האב اسم الاب: אחמד | כתובת ההורים العنوان الاب:

תאריך التاريخ: 24.04.02 | שעה الساعة: | מקום המקום مكان: [illegible]

החוקר المحقق: מס' אישי الرقم الشخصي: 1119223 | דרגה الرتبة: רס"מ | שם פרטי الاسم الشخصي: [illegible] | שם משפחה اسم العائلة: [illegible]

ואחמד זכאל [illegible] של אחמד [illegible] (2) נאשר ראג'י מרואן [illegible] ברגותי בן 37 – תושב קלקיליה [illegible] (3) מאהר ראג'י [illegible] בן 40 – גר ברמאללה [illegible] בקלקיליה והוא אחיו של נאשר ראג'י (4) יוסף ראג'י בן 33 – גר ברמאללה [illegible] בקלקיליה והוא אחיו של אחמד ראג'י [illegible] היום (5) מחמוד [illegible] בן 27 – רווק גר ברמאללה [illegible] בקלקיליה (6) [illegible] בן 24 – תושב קלקיליה [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

שעת סיום גביית ההודעה: 4/א

[illegible]

(9.2001) 2600×50×2 מ"3007

SHATSKY-002835

**הודעתו של:**
اعلان تبع:

משטרת ישראל

הודעה מס' / اعلان رقم: 1
גליון מס' / نسخة رقم: 4

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
|---|---|---|---|
| 908002662-0 | [illegible] | [illegible] | |

שם קודם / الاسم السابق

מצב משפחתי / الحالة الاجتماعية: ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل

מין / الجنس — דת / الدين

תאריך לידה / تاريخ الولادة — מקום לידה / مكان الولادة — טל' בבית / التلفون في البيت — טל' בעבודה / التلفون بمكان العمل

העונאן / العنوان — שם ומען מקום העבודה / اسم وعنوان مكان العمل

מס' טלפון נייד / رقم الهاتف اللاسلكي — שם האב / اسم الاب: [illegible] — כתובת ההורים / العنوان الاب

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
|---|---|---|---|---|---|---|
| 24-04-02 | | [illegible] | 1019227 | [illegible] | [illegible] | [illegible] |

[illegible handwritten statement, lines 1–28]

שעת סיום גביית ההודעה: [illegible]

(9.2001) 2600×50×2

מ"ז 3007

[illegible handwritten signature line]

SHATSKY-002836

Case 1:02-cv-02280-RJL Document 260-11 Filed 11/13/13 Page 17 of 19

**הודעתו של:** اعلان تبع:

משטרת ישראל

הודעה מס' اعلان رقم 7 — גליון מס' نسخة رقم 5

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908-00[illegible] | [illegible] | [illegible] | |

שם קודם الاسم السابق — מצב משפחתי الحالة الاجتماعية: נשוי متزوج / רווק اعزب / גרוש مطلق / אלמן ارمل — מין الجنس — דת الدين

תאריך לידה تاريخ الولادة — מקום לידה مكان الولادة — טל' בבית تلفون البيت — טל' בעבודה التلفون بمكان العمل

העונאן العنوان — שם ומען מקום העבודה اسم وعنوان مكان العمل

מס' טלפון נייד رقم الهاتف اللاسلكي — שם האב اسم الاب: [illegible] — כתובת ההורים العنوان الاب

תאריך التاريخ: 24-04-02 — שעה الساعة — מקום المكان: [illegible] — החוקר المحقق מס' אישי الرقم الشخصي: 401977-3 — דרגה الرتبة: [illegible] — שם פרטי الاسم الشخصي: [illegible] — שם משפחה اسم العائلة: [illegible]

שעובד במשרד הראשי של החמ"ס ברמאללה ואני יודע שהוא מעביר את הכסף מהבנק ברמאללה לבנק בקלקיליה כאשר [illegible] [illegible] את [illegible] [illegible] מהאנשים הב"מ (1) אבו [illegible] בן 50 גר במערב קלקיליה והוא אחראי בית [illegible] בקלקיליה (2) [illegible] [illegible] בן 40 תושב קלקיליה והוא אחראי הבטחון [illegible] בקלקיליה [illegible] [illegible] ברצוני להוסיף עוד והפעם הוא שלאחר הרצח של אבו עלי מוצטפא אחראי החז"ק שלושה אנשים שאני מכיר אותם (1) [illegible] (2) [illegible] (3) מחמוד [illegible] כאשר [illegible] [illegible] [illegible] [illegible] ישראל [illegible] [illegible] בין קלקיליה [illegible] זה היה בשעות [illegible] [illegible] [illegible] [illegible] [illegible] ואני [illegible] רק [illegible] [illegible] ברצוני לומר עוד שלאחר הרצח של אבו עלי מוצטפא [illegible] [illegible] [illegible] ואמר לי [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ברצוני [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ברצוני להוסיף עוד [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ברצוני להוסיף עוד [illegible] [illegible] [illegible] בן 32 [illegible] [illegible] [illegible] [illegible] ויש לו אח [illegible] בן 14. גר בקלקיליה ברחוב [illegible] [illegible] משפחה אבו [illegible]

שעת סיום גביית ההודעה

(9.2001) 2600×50×2

מ"ז 3007

SHATSKY-002837

**הודעתו של:** / اعلان تبع:

**משטרת ישראל**

הודעה מס' / اعلان رقم: 1    גליון מס' / نسخة رقم: 6

| מספר זהות / رقم الهوية | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة | שם באותיות לטיניות / الاسم في حروف انكليزية |
| --- | --- | --- | --- |
| 908002660 | מוחמד | [illegible] | |

| שם קודם / الاسم السابق | מצב משפחתי / الحالة الاجتماعية | מין / الجنس | דת / الدين |
| --- | --- | --- | --- |
| | ☐ נשוי / متزوج ☐ רווק / اعزب ☐ גרוש / مطلق ☐ אלמן / ارمل | | |

| תאריך לידה / تاريخ الولادة | מקום לידה / مكان الولادة | טל' בבית / التلفون في البيت | טל' בעבודה / التلفون بمكان العمل |
| --- | --- | --- | --- |
| | | [illegible] | |

| העונוון / العنوان | שם ומען מקום העבודה / اسم وعنوان مكان العمل |
| --- | --- |
| | |

| מס' טלפון נייד / رقم الهاتف اللاسلكي | שם האב / اسم الاب | כתובת ההורים / العنوان الاب |
| --- | --- | --- |
| | [illegible] | |

| תאריך / التاريخ | שעה / الساعة | מקום / المكان | החוקר / المحقق מס' אישי / الرقم الشخصي | דרגה / الرتبة | שם פרטי / الاسم الشخصي | שם משפחה / اسم العائلة |
| --- | --- | --- | --- | --- | --- | --- |
| 24-04-02 | | [illegible] | 101929 | רס"מ | תאמר | [illegible] |

היום [illegible] בשוק קלקיליה [illegible]

[illegible] ① [illegible] כבן 25 [illegible] בשוק

קלקיליה [illegible]

השעה 12:20 [illegible] (בשם [illegible])

השעה 12:50 [illegible]

[illegible]

[illegible] )

[illegible]

[illegible]

[illegible] כבן 70 [illegible]

[illegible] כבן 17 [illegible] בקלקיליה

[illegible] בקלקיליה [illegible]

[illegible] בקלקיליה [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] בקלקיליה [illegible]

[illegible]

[illegible] בקלקיליה [illegible]

① [illegible] כבן 30 [illegible]

[illegible]

[illegible]

[illegible]

שעת סיום גביית ההודעה: [illegible]

רס"מ תאמר [illegible]

(9.2001) 2600×50×2    מ"ר 3007

**הודעתו של:** اعلان تبع:

משטרת ישראל

הודעה מס' 1 اعلان رقم — גליון מס' 7 نسخة رقم

| מספר זהות رقم الهوية | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة | שם באותיות לטיניות الاسم في حروف انكليزية |
|---|---|---|---|
| 908002660-0 | מוחמד | [illegible] | |

| שם קודם الاسم السابق | מצב משפחתי الحالة الاجتماعية | מין الجنس | דת الدين |
|---|---|---|---|
| | ☐ נשוי متزوج ☐ רווק اعزب ☐ גרוש مطلق ☐ אלמן ارمل | | |

| תאריך לידה تاريخ الولادة | מקום לידה مكان الولادة | טל' בבית التلفون في البيت | טל' בעבודה التلفون بمكان العمل |
|---|---|---|---|
| | | | |

הענوان العنوان — שם ומען מקום העבודה اسم وعنوان مكان العمل

| מס' טלפון נייד رقم الهاتف اللاسلكي | שם האב اسم الاب | כתובת ההורים العنوان الاب |
|---|---|---|
| | [illegible] | |

| תאריך التاريخ | שעה الساعة | מקום المكان | החוקר المحقق מס' אישי الرقم الشخصي | דרגה الرتبة | שם פרטי الاسم الشخصي | שם משפחה اسم العائلة |
|---|---|---|---|---|---|---|
| 24-04-02 | | [illegible] | [illegible] | רס"ב | [illegible] | [illegible] |

[illegible handwritten statement, approximately 23 lines]

שעת סיום גביית ההודעה

(9.2001) 2600×50×2 — מ"ט 3007