# LOWELL DECL. EX. 29

Exhibit 69

**SHATSKY-007763-T / P1-3815**



**Activities**

**During His Visit to the Family of the Prisoner Major-General Fuad al-Shubaki, and to Ex-Prisoners Omar and Khalil Karakirah**

## Qaraq'i: 700 Military Prisoners Are Held Hostage In the Israeli Occupation's Jails

Ministry of Detainees – Ramallah – 21 Jan. 2012

Minister of Detainees and Ex-Detainees, Issa Qaraq'i, held a visit to the family of the prisoner Major-General Fuad al-Shubaki in Ramallah. Seventy-year-old Al-Shubaki was sentenced on 14 March 2006 to 20 years in jail. Qaraq'i was accompanied by ex-prisoners Sa'id al-Utbah, Ahmad Abu al-Sukar, Nael Khalil and Fuad al-Hudali.

Qaraq'i stated: "The goal of this visit is to focus attention on 700 military prisoners, who are sitting in the occupation's jails, and to open this file in order to take steps to release them. This is especially [important], as most of them had been imprisoned while performing their duty and while wearing their military uniforms."

Qaraq'i indicated that the military prisoners are holding various military ranks, and that one of them, Fuad al-Shubaki, holds the rank of Major-General, which is the highest rank held by the prisoners. Al-Shubaki was arrested for smuggling weapons on board the ship "Karin A". Al-Shubaki was arrested from the [Palestinian] Jericho Prison after the occupation forces raided the prison and arrested him with comrade Ahmad Sa'adat.

During his meeting with the sons of the prisoner Al-Shubaki, Qaraq'i asked the international community and the United Nations to compel the Israeli government to treat the military prisoners as prisoners of war in accordance with the Third Geneva Convention. He also asked to release them, as their imprisonment infringes the sovereignty of the [Palestinian] National Authority, and the agreements signed with the Israeli side.

Qaraq'i stated: "The military prisoners are soldiers, who were working for the various security and police organizations. They were performing their duties, and their imprisonment means that they are being held hostage. It is important to release them immediately following the beginning of the negotiations with the Israeli side."

**SHATSKY-007763-T / P1-3815 (continued)**

Qaraq'i also referred to the status of the military prisoner, the pilot Kifah Hattab from Tulkarm. A year ago, Hattab declared that he is a prisoner of war, and refused to obey the laws and procedures of the occupation's prisons administration [the Israel Prison Service]. As a result of his stand, Hattab was subjected to severe punishments and harsh procedures.

**SHATSKY-007764-T / P1-3816**

It should be indicated, that Major-General Fuad al-Shubaki is sitting in Ashkelon Prison, and that he has recently been suffering from several illnesses and health problems. He underwent a Fistula surgery, but the doctors said the surgery was not completed and that he might have to undergo another surgery within six months.

The Israeli military court has sentenced the prisoner Al-Shubaki to 20 years imprisonment. His lawyer appealed the sentence, as he considered it a deterrent sentencing. While in jail, Major-General Al-Shubaki's wife had passed away.

In addition, Qaraq'i and a delegation from the ministry of detainees held a visit to ex-prisoners Omar Mahmud Karakirah and Khalil Karakirah (both served five years in the occupation's jails). The two were released from jail as part of the recent [prisoners'] exchange deal.

SHATSKY-007764-T / P1-3816

# Original

8/12/13 www.freedom.ps/showRep.php?tbl=activites&id=166

وزارة شــؤون الأســرى والمحرريــن
Ministry of
Detainees & Ex-Detainees Affairs

www.freedom.ps/ENGLISH
السلطة الوطنية الفلسطينية
Palestinian National Authority

نشاطات

خلال زيارته لعائلة الأسير اللواء فؤاد الشوبكي والأسيرين المحررين عمر و خليل كراكرة
قراقع: 700 أسير عسكري رهائن في سجون الاحتلال الاسرائيلي

وزارة الاسرى / رام الله/21-1-2012

قام وزير شؤون الأسرى والمحررين عيسى قراقع بزيارة الى عائلة الأسير اللواء فؤاد الشوبكي في مدينة رام الله والمحكوم بالسجن 20 عاما منذ تاريخ 14/3/2006 والبالغ من العمر السبعين عاما ، وقد رافق قراقع الأسرى المحررين سعيد العتبة وأحمد أبو السكر ونائل خليل وفؤاد الهودلي.

وصرّح قراقع: أن هدف الزيارة هو تسليط الانتباه على 700 أسير عسكري يقبعون في سجون الاحتلال وفتح هذا الملف من أجل العمل على إطلاق سراحهم وخاصة أن غالبيتهم قد اعتقلوا وهم على رأس عملهم وفي زيهم العسكري.

وأشار قراقع أن الأسرى العسكريين يحملون رتبا عسكرية مختلفة وبعضهم يحمل رتبة لواء كفؤاد الشوبكي وهو أعلى رتبة عسكرية في صفوف المعتقلين ، وكان قد اعتقل بتهمة تهريب أسلحة على ظهر السفينة (كيرن A ) وجرى اعتقاله من سجن أريحا بعد مداهمة قوات الاحتلال للسجن واعتقاله مع الرفيق أحمد سعدات.

وخلال اللقاء مع أبناء الأسير الشوبكي طالب قراقع المجتمع الدولي والأمم المتحدة إلزام حكومة إسرائيل بالتعاطي مع الأسرى العسكريين كأسرى حرب حسب اتفاقيات جنيف الثالثة، والعمل على إطلاق سراحهم لأن اعتقالهم هو مساس بسيادة السلطة الوطنية والاتفاقيات المبرمة مع الجانب الاسرائيلي.

وقال قراقع: الأسرى العسكريون هم جنود كانوا يعملون في الأجهزة الأمنية والشرطية المختلفة وكانوا يقومون بواجباتهم ومهامهم واعتقالهم ليس سوى أخذهم رهائن، و من الأهمية إطلاق سراحهم فورا في حال الشروع بمفاوضات مع الجانب الاسرائيلي.

وأشار قراقع الى موقف الأسير العسكري الطيار كفاح حطاب من طولكرم الذي أعلن منذ عام انه أسير حرب ورفض التعاطي مع قوانين وإجراءات إدارة سجون الاحتلال ، وتعرض لعقوبات وإجراءات مشددة بسبب موقفه.

www.freedom.ps/showRep.php?tbl=activites&id=166  1/2

P 1: 3815

SHATSKY-007763

8/12/13 www.freedom.ps/showRep.php?tbl=activites&id=166

ويذكر أن اللواء فؤاد الشوبكي يقبع في سجن عسقلان، وقد عانى في الفترة الأخيرة من عدة أمراض ومشاكل صحيّة، وقد أجرى عملية جراحية (عملية باسور) ولكن حسب الأطباء فإن العملية غير مكتملة ويحتمل أن تجري له عملية جراحية أخرى خلال 6 شهور.

وكانت المحكمة العسكرية الاسرائيلية قد حكمت على الأسير الشوبكي بالسجن 20 عاما، وقد قام محاميه بالاستئناف على الحكم الذي اعتبره حكما رادعا ، وقد توفيت زوجة اللواء الشوبكي خلال اعتقاله.

ومن جانب آخر قام قراقع ووفد وزارة الأسرى زيارة الى الأسيرين المحررين عمر محمود كراكرة الذي قضى 5 سنوات في سجون الاحتلال و الأسير خليل كراكرة الذي قضى 5 سنوات في سجون الاحتلال وأفرج عنهما في صفقة التبادل الأخيرة.

----------تعليقات----------

تعليقك على الموضوع

*الإسم:
*البريد الإلكتروني:
*العنوان:

SHATSKY-007764