**LOWELL DECL. EX. 30**

Exhibit 66

SHATSKY-007965-T / P1-3817



**Activities**

Press statement – 9/9/2008

**After his meeting with a parliamentary delegation from the British House of Commons**

## Al-Ajrami: Our Prisoners Are Political and Security Prisoners and They Are Victims of Israeli Violations

Wednesday, 9/9/2008 - Ashraf al-Ajrami, the Minister of Detainees and Ex-Detainees Affairs, met in his office in Ramallah a parliamentary delegation from the British House of Commons. The delegation members, who are on an inspection visit to the West Bank and the Gaza Strip, listened to a lengthy explanation about the Israeli violations to which the prisoners are subjected in the Israeli prisons, and the magnitude of their suffering and the suffering of their families. They also viewed the different services and rehabilitation programs that the Ministry provides the prisoners with while in prison and after their release.

The minister explained to the delegation that the Palestinian prisoners are political and security prisoners and not criminals as the Israeli politicians and media describe them. [He added that] they are national warriors and that they have a [just] cause according to the laws of the United Nations. The prisoners include members of parliament, former ministers, academics, engineers, doctors and students who represent all political and social groups of the Palestinian people. He stressed that the continuation of Israeli arrest of Palestinian citizens from Palestinian cities, villages and [refugee] camps is an indicator of Israel's lack of seriousness regarding reaching a just political solution.

Minister Al-Ajrami said that Israel deprives all the Gaza prisoners of family visits, which is considered a violation of human rights and the international law. Moreover, it deprives more than 1000 sick Palestinian prisoners of receiving the treatment they need on time.

Minister Al-Ajrami referred to the release of Al-Atabah and Yata, the two Palestinian prisoners who had been incarcerated for the longest period in the Israeli prisons and to the popular and official rejoice on the day of their release. [He explained that] this indicates that releasing all Palestinian prisoners from Israeli prisons is important to the Palestinian people, and that it shows the popular and political support for a just peace process with results that our people can enjoy and interact with. He called for confidence-building measures that should begin with freeing all prisoners, and end with granting our people all their legitimate rights.

Original



## نشاطات

بيان صحافي – 9/9/2008

بعد لقائه وفدا برلمانيا من مجلس العموم البريطاني

**العجرمي : اسرانا .. معتقلون سياسيون وامنيون وضحايا للانتهاكات الاسرائيلية**

الاربعاء – 9/9/2008 التقى وزير شؤون الاسرى والمحررين اشرف العجرمي في مكتبه برام الله وفدا برلمانيا من مجلس العموم البريطاني الذي يزور المنطقة في جولة تفقدية للضفة الغربية وقطاع غزة ، حيث اطلع الوفد على شرح مطول حول الانتهاكات الاسرائيلية التي يتعرض لها الاسرى في السجون الاسرائيلية وحجم المعاناة التي يعانوها وعائلاتهم.. مستعرضا الخدمات التي تقدمها الوزارة للاسرى في السجون الاسرائيلية وما تقدمه لهم بعد تحررهم عبر برامج التاهيل المختلفة وخدماته المتنوعة ..

وبين الوزير العجرمي للوفد البرلماني البريطاني ان الاسرى الفلسطينيون هم معتقلون سياسيون وامنيون وليسوا مجرمين كما تصور الالتين الاعلامية والسياسية الاسرائيليتين .. وهم مناضلون وطنيون وفق قوانين الامم المتحدة واصحاب قضية .. حيث يتوزع الاسرى ما بين نواب ووزراء سابقين واكاديميين جامعيين ومهندسين واطباء وموظفين وطلاب يمثلون كافة الشرائح السياسية والاجتماعية للشعب الفلسطيني مؤكدا ان استمرار الاعتقالات الاسرائيلية للمواطنين الفلسطينيين في المدن والقرى والمخيمات الفلسطينية مؤشر حول عدم جدية الجانب الاسرائيلي في الوصول الى حل سياسي عادل ..

كما اشار الوزير العجرمي الى حرمان اسرائيل لكافة اسرى قطاع غزة من زيارة ذويهم لهم .. ما يعد خرقا واضحا لاتفاقيات حقوق الانسان والقانون الدولي .. فضلا عن حرمان اكثر من 1000 معتقل فلسطيني مريض من تلقي العلاج اللازم والمناسب في الوقت المناسب ..

وتطرق الوزير العجرمي الى تحرر اقدم اسيرين فلسطينيين العتبة ويطا من السجون الاسرائيلية ومدى الالتفاف الشعبي والرسمي الذي حظيا به يوم اطلاق سراحهما كدليل على اهمية اطلاق سراح جميع الاسرى الفلسطينيين من السجون الاسرائيلية لدى الشعب الفلسطيني وما يمثله ذلك من دعم شعبي وسياسي لعملية سلام عادلة ينعم بها شعبنا ويتفاعل مع نتائجها على الارض مطالبا بخطوات لبناء الثقة تبدا بنيل الحرية لكافة الاسرى وتنتهي بنيل شعبنا كافة حقوقه المشروعة ..

P 1: 3817

SHATSKY-007965

*الإسم:
*البريد الإلكتروني:
*العنوان: