# LOWELL DECL. EX. 31

Exhibit 67

**SHATSKY-007975-T / P1-3827**



**On the eve of the blissful** *Eid al-Fitr*

## Qaraq'i : We Must Take Action to Generate Solidarity with the prisoners' families

Ramallah, 9/18/2009

Minister of Detainees and Ex-Detainees Affairs Issa Qaraq'i called on all the Palestinian institutions in the public and private sectors to fulfill their necessary role in providing the families of prisoners with moral, financial and social support, emphasizing the importance of guaranteeing a life of dignity for the families of prisoners while their fathers, sons, mothers and sisters are being held in prison.

He stressed the importance of generating popular solidarity with the families of the prisoners, and of providing them with the care they deserve and that can maintain their dignity. [This popular role] should come along with the role of the official and governmental institutions.

Qaraq'i also emphasized that the Palestinian prisoners in the occupation's prisons are a [members of a] freedom army, and are warriors who have been arrested a long time ago. He called on the Palestinian leadership to give the issue of the prisoners a special care and priority so that we can liberate them from the Israeli prisons. They occupy a significant position in the conscience of the struggle of a people, which is still suffering from the occupation on a daily basis.

Qaraq'i added: "Holy days pass one after the other, while thousands of prisoners are still suffering from the oppression of jailers. Their lives pass, their suffering grows, their families and relatives agonize, their freedom and humanity are violated, crushed and oppressed by the Israeli oppression units that curry out daily provocative inspection activities. They die out of sickness and pain, missing and yearning to their homes, their land, their children, their women, their mothers and fathers. They seek freedom for themselves, for their people and homeland. They have sacrificed all that they have for our sake. Let's sacrifice for their sake, and act for their liberation and return to their families and homes".

# Original

8/12/13 www.freedom.ps/showRep.php?tbl=news&id=206

**وزارة شؤون الأسرى والمحررين**
**Ministry of Detainees & Ex-Detainees Affairs**
**www.freedom.ps/ENGLISH**
**السلطة الوطنية الفلسطينية**
**Palestinian National Authority**

<u>على اعتاب عيد الفطر السعيد</u>

**قراقع : يجب العمل على تفعيل التضامن الشعبي مع ذوي الاسرى**

رام الله – 18-9-2009

دعا وزير شؤون الاسرى والمحررين عيسى قراقع كافة المؤسسات الفلسطينية في القطاعين العام والخاص .. لاخذ دورها ومكانتها اللازمين في تقديم الدعم اللازم لذوي الاسرى معنويا وماديا واجتماعيا .. مؤكدا على ضرورة الحرص على ان يعيش ذوو الاسرى حياة كريمة .. في ظل اعتقال الاب والولد والام والاخت .. مشيرا الى ضرورة تفعيل التكافل الشعبي تجاه اسر المعتقلين ورعايتهم الرعاية التي تليق بهم وتحفظ كرامتهم الى جانب دور المؤسسات الرسمية والحكومية..

كما اكد قراقع على ان الاسرى الفلسطينيين في سجون الاحتلال هم جيش حرية ومناضلون طال اعتقالهم .. داعيا القيادة الفلسطينية الى ضرورة ايلاء موضوعة الاسرى الاهتمام والاولوية اللازمين لتحريرهم من المعتقلات الاسرائيلية .. بما يشكلونه من وعي ووجدان لنضال شعب ما زال يعيش الاحتلال اليومي وقسوته..

واضاف قراقع .. " يمضي العيد تلو العيد .. وما زال الالاف من الاسرى يعانون قسوة الظلم والسجان .. تمضي اعمارهم .. وتزداد االامهم .. وتتلوع اسرهم وذووهم .. تنتهك حرياتهم وادميتهم .. سحقاً وقمعاً بوحدات القمع الاسرائيلية التي تقوم بعمليات الاستفزاز والتفتيش اليومية .. يموتون مرضا والما .. شوقا وحنينا لبيوتهم واراضيهم واطفالهم ونسائهم وامهاتهم وابائهم .. يسعون نحو حريتهم .. حرية شعبهم ووطنهم .. ضحوا بكل ما يملكون من اجلنا .. فلنضح من اجلهم ولنعمل على تحريرهم وعودتهم الى ذويهم وديارهم.. " ..

تعليقك على الموضوع
الإسم: *
البريد الإلكتروني: *
العنوان: *

P 1: 3827

SHATSKY-007975