# LOWELL DECL. EX. 32

Exhibit 71

**SHATSKY-007978-T / P1-3830**



**During his visit to families of prisoners in the territories occupied in 1948.**

## Qaraq'i: We Request the Inclusion of the Prisoners of 1948, Jerusalem and the Occupied Golan in the Exchange Deal

Accompanied by a delegation from the Ministry of Detainees and Ex-detainees Affairs, Issa Qaraq'i, the Minister of Detainees and Ex-Detainees Affairs visited the homes of the families of a number of Palestinian prisoners from the 1948-occupied territories, who are sentenced to life in prison and who have served more than 20 years in prison. He visited the family of prisoner Karim Yunis from the village of Ara (imprisoned since 6 Jan 1983), the family of prisoner Sami Yunis from the village of Ara, who is the oldest prisoner (born in 1932 and imprisoned since 5 Jan 1983), the family of prisoner Maher Yunis from the village of Ara (imprisoned since 20 Jan 1983), the family of prisoner Hafez Qundus from Jaffa (imprisoned since 15 May 1984), and the family of prisoner Mukhlis Barghal from Lod (imprisoned since 11 Sep 1987).

During his visit to the prisoners' families, Qaraq'i called to include prisoners from the 1948 territories, Jerusalem and the Golan in the prisoner Shalit exchange deal that is being discussed through the German mediator.

He said: "The Israelis have leaked information to these families, according to which the deal will not include their imprisoned sons. This has deeply distressed them, especially because releasing them [now] is their only chance, as the Israelis always insist on not releasing them under the pretext of their being "Israeli citizens"".

Qaraq'i explained that the prisoners from [inside] the Green Line and the prisoners from Jerusalem are an integral and authentic part of the Palestinian people and of the national movement of prisoners, and that that they are warriors who have sacrificed their lives for their just cause and for the political rights of their people. Therefore, it is the responsibility of the Palestinian leadership and negotiators to free them and not to shirk the political responsibility for them.

The mothers of the prisoner whom Qaraq'i met called on President Abu Mazen to care for their sons and not to surrender to the Israeli blackmail and conditions that aim at excluding the prisoners of the 1948 Palestine [Israel], Jerusalem and the Golan from any political negotiations between the two sides under lean, illogical pretexts.

**SHATSKY-007978-T / P1-3830 (continued)**

The mothers of the prisoners said that they consider the Palestinian Authority, and not the Israeli government, as the political authority of their sons.

It is worth noting that during the Oslo Accords and since 1994, all the Israeli governments have always stipulated the exclusion of Jerusalem and the *Dakhil* [Literally: the inside. In this context, the word means Israel in pre-1967 borders] prisoners from any prisoner release deals.

**SHATSKY-007979-T / P1-3831**

No prisoner from the *Dakhil* was released, not even through exchange deals with Hezbollah in the last years or through the so-called goodwill gestures that included a unilateral release of prisoners.

In this context, Qaraq'i pointed out that these prisoners became torn between the Israeli stipulations that refuse to release them under any conditions and refuse to recognize the Palestinian Authority as their political authority, and between considering them Israeli citizens carrying Israeli identity cards but not enjoying the minimal Israeli rights and laws that apply to Jewish prisoners.

Qaraq'i described the magnitude of the oppression and the suffering of the Jerusalem and the *Dakhil* [Literally: inside. In this context it means Israel's pre-1967 borders], prisoners who are torn between a country that considers them terrorists and traitors and between the refusal of this country to include them in any negotiations.

Qaraq'i revealed the contradiction in the Israeli position as previous exchange deals in the 1980s included the release of prisoners from Jerusalem, from the Golan and from among the 1948-Arabs [Arabs living within Israel's pre-1967 borders]. This means that there were precedents and therefore there is no justification for refusing to release them as part of the Shalit deal.

Qaraq'i considered the Israeli position as racist, explaining that a racist atmosphere prevails in the Israeli society, that the Knesset legislates racist laws, and that the Israeli position regarding the prisoners of Jerusalem and 1948 [Israel's pre-1967 borders], is a typical racist position of Apartheid states that violate the values of democracy and human rights and the culture of the [modern] age.  It is worth noting that there are 500 Jerusalemite prisoners in Israeli prisons, 20 of whom are prisoners sentenced to more than 20 years. There are 149 prisoners from the 1948 [Israel's pre-1967 borders], 16 of whom are prisoners who have served more than 20 years in prison. The number of the Golan prisoners is 6.

# Original

8/12/13 www.freedom.ps/showRep.php?tbl=news&id=192

وزارة شؤون الأسرى والمحررين
Ministry of Detainees & Ex-Detainees Affairs

www.freedom.ps/ENGLISH
السلطة الوطنية الفلسطينية
Palestinian National Authority

خلال زياراته لعائلات الاسرى في المناطق المحتلة 1948

**قراقع : نطالب بشمول صفقة التبادل اسرى 48 والقدس والجولان المحتل**

قام عيسى قراقع وزير شؤون الاسرى والمحررين وبرفقته وفد من وزارة الاسرى بزيارة الى منازل عائلات عدد من الاسرى الفلسطينيين في المناطق المحتلة 1948 والمحكومين باحكام مؤبدة ويقضون اكثر من 20 عاما داخل السجون وهم عائلة الاسير كريم يونس من قرية عارة المعتقل منذ 6/1/1983 وعائلة الاسير سامي يونس وهو أقدم الاسرى سنا في السجون من قرية عارة من مواليد 1932 والمعتقل منذ 5/1/1983 وعائلة الاسير ماهر يونس من قرية عارة المعتقل منذ 20/1/1983 وعائلة الاسير حافظ قندس من يافا المعتقل منذ 15/5/1984 وعائلة الاسير مخلص برغال سكان اللد والمعتقل منذ 11/9/1987 .

وطالب قراقع خلال لقائه عائلات الاسرى بأهمية ادراج الاسرى الفلسطينيين من مناطق 48 والقدس والجولان في صفقة التبادل حول الاسير شاليط والتي يجري التفاوض بشانها عبر الوسيط الالماني.

وقال "أن الاسرائيلين سربوا اخبارا في أوساط هذه العائلات أن الصفقة لن تشمل ابنائهم المعتقلين ما سبب امتعاضا واستياءا شديدا خاصة أن الافراج عنهم يعتبر الامل الوحيد بل الفرصة الوحيدة لهم في ظل التعنت الاسرائيلي الدائم برفض الافراج عنهم بأي شكل من الاشكال تحت حجة أنهم (مواطنون اسرائيليون) .

واوضح قراقع أن الاسرى من سكان الخط الاخضر واسرى القدس هم جزء اساسي وأصيل من الشعب الفلسطيني والحركة الوطنية الاسيرة و هم مناضلون ضحوا بأعمارهم من اجل قضيتهم العادلة وحقوق شعبهم السياسية وتقع المسؤولية على القيادة الفلسطينية والمفاوضين في اطلاق سراحهم وعدم التنصل من المسؤولية السياسية عنهم.

وقد طالبت أمهات الاسرى الذين التقاهم قراقع الرئيس أبو مازن باعطاء ابناءهم الاهتمام وعدم الرضوخ للابتزاز والشروط الاسرائيلية التي تسعى الى فصل الاسرى من فلسطين 48 والقدس والجولان عن أية مفاوضات سياسية بين الجانبين تحت حجج واهية وغير منطقية، وقد اعتبرت أمهات الاسرى أن المرجعية السياسية لأبنائهم هي السلطة الفلسطينية وليست حكومة اسرائيل.

وجدير بالذكر أن الحكومات الاسرائيلية المتعاقبة وخلال جميع اتفاقيات أوسلو ومنذ عام 1994 كانت تضع شرطا أساسيا خلال المفاوضات يستثنى من خلاله أية عملية اطلاق سراح لأسرى القدس والداخل.

ولم يتم الافراج عن أي اسير من الداخل حتى في صفقات التبادل التي جرت مع حزب الله في

www.freedom.ps/showRep.php?tbl=news&id=192 1/2

P 1: 3830

SHATSKY-007978

8/12/13 www.freedom.ps/showRep.php?tbl=news&id=192

السنوات الاخيرة ولا في ما كان يسمى (مبادرات حسن النية) التي اطلق من خلالها سراح اسرى من جانب واحد.

واشار قراقع بهذا الصدد أن هؤلاء الاسرى أصبحوا معلقين بين الاشتراطات الاسرائيلية والقائمة على رفض اطلاق سراحهم بأي شكل من الاشكال وعدم اعترافها بالسلطة الفلسطينية كمرجعية سياسية لهم وبين اعتبارهم مواطنون اسرائيليون يحملون الهوية الاسرائيلية في الوقت الذي لا تطبق عليهم الحد الادنى من الحقوق والقوانين الاسرائيلية التي تطبق على الاسرى اليهود.

وبيّن قراقع حجم المعاناة والقهر التي يمر بها الاسرى من القدس والداخل الذين وجدوا أنفسهم ضائعين بين دولة ( تعتبرهم ارهابيين وخائنين للدولة) وبين اشتراط اسرائيلي مجحف باخراج ملفهم من أي نصّ سياسي في المفاوضات.

وكشف قراقع عن التناقض في المواقف الاسرائيلية حيث جرى في صفقات التبادل السابقة في سنوات الثمانينات اطلاق سراح اسرى من القدس والجولان و48 واسرى عرب، وبالتالي هناك سوابق بذلك، ولا يوجد أي مبرر لرفض الافراج عنهم في صفقة شاليط.

واعتبر قراقع أن الموقف الاسرائيلي موقف عنصري في ظل اجواء عنصرية واسعة تسود المجتمع الاسرائيلي وفي ظل تشريعات عنصرية يسنها الكنيست الاسرائيلي، و أن الموقف الاسرائيلي من أسرى القدس و 48 موقف نموذجي للدولة العنصرية وسياسة الفصل – الابرتهايد – ويعكس مدى الطبيعة القهرية والعنيفة المناوئة لقيم الديمقراطية وحقوق الانسان وثقافة العصر .

وجدير بالذكر أن عدد الأسرى المقدسيين في السجون الاسرائيلية يبلغ 500 معتقل ، من بينهم 20 اسيرا يقضون أكثر من 20 عام، في حين يبلغ عدد الاسرى الفلسطينين من أراضي 1948 (149 ) أسيرا من بينهم 16 اسيرا يقضون أكثر من 20 عام، ويبلغ عدد اسرى الجولان 6 معتقلين.

.

*الإسم:
*البريد الإلكتروني:
*العنوان:

P 1: 3831

SHATSKY-007979