**LOWELL DECL. EX. 33a**

Exhibit 56



United States Department of State

# Patterns of Global Terrorism 2002

## April 2003

SHATSKY-006037

Department of State Publication 11038
Office of the Secretary of State
Office of the Coordinator for Counterterrorism

Internet address: http//www.state.gov/s/ct/rls/

Released April 2003

SHATSKY-006038





**United States Department of State**

# April 2003

SHATSKY-006039

SHATSKY-006040



*In a speech at the Jimmy Doolittle Flight Facility in Columbia, South Carolina, on 24 October 2002, President George W. Bush promised to prosecute the war on terror with "patience, focus, and determination."*

i*

SHATSKY-006041

SHATSKY-006042



## Introduction
## by Ambassador Cofer Black
## Coordinator for Counterterrorism

The evil of terrorism continued to plague the world throughout 2002, from Bali to Grozny to Mombasa. At the same time, the global war against the terrorist threat was waged intensively in all regions with encouraging results.

The year saw the liberation of Afghanistan by Coalition forces, the expulsion of al-Qaida and the oppressive Taliban regime, the destruction of their terrorist training infrastructure, and the installation of a transitional government committed to democracy and economic development.

Al-Qaida terrorists are on the run, and thousands of them have been detained. More than one third of al-Qaida's top leadership has been killed or captured, including some who conspired in the September 11 attacks, the 2000 attack on the USS Cole, and the 1998 bombings of two US Embassies in East Africa.

Moreover, the global antiterrorism coalition that was forged in the immediate aftermath of the September 11 attacks in the United States remains united.

The world is fighting terrorism on five fronts: diplomatic, intelligence, law enforcement, financial, and military.

## Diplomatic

The progress that has been achieved in the global war on terrorism would not have been possible without intense diplomatic engagement throughout the world. Diplomacy is the backbone of the campaign, building the political will, support, and mechanisms that enable our law-enforcement, intelligence, and military communities to act effectively.

The web of relationships we have cultivated has borne fruit in countless ways, from increasing security at home and abroad to bringing wanted terrorists to justice in the United States and elsewhere.

All our friends have stood with us multilaterally—at the United Nations, in NATO, ANZUS, EU, G-7, G-8, OAS, ASEAN, APEC, OIC, OECD, OSCE—and bilaterally in virtually every corner of the world.

iii*

SHATSKY-006043



*President George W. Bush and First Lady Laura Bush walk past an honor guard as they proceed into the pit at the site of the World Trade Center in New York, 11 September 2002.*

New counterterrorism relationships with Russia, China, India, Pakistan, Central Asian republics, and others have shown results and hold promise for continued engagement in the future. Collaboration in combating terrorism has deepened with partners such as Algeria, Bahrain, Egypt, Morocco, Tunisia, and the United Arab Emirates.

The Coalition's objectives are clear: to eliminate the threat posed by international terrorism and to deter states from supporting or harboring international terrorist groups.

## Intelligence

The gathering of intelligence about al-Qaida's infrastructure in Afghanistan helped enable us to dismantle or scatter much of its membership and organization.

Information gained from captured enemy combatants and imprisoned terrorists is being exploited effectively around the world.

The expansion of intelligence sharing and cooperation among nations since September 11 is preventing attacks, saving lives, and exposing the hiding places of terrorists.

## Law Enforcement

An impressive global dragnet has tightened around al-Qaida. Since September 11 more than 3,000 al-Qaida operatives or associates have been detained in more than 100 countries, largely as a result of cooperation among law-enforcement agencies.

iv*

Entire cells have been wrapped up in nations such as Singapore, Italy, and elsewhere. In all these cells, deadly attacks on US interests or our allies were being planned.

In the United States, the rule of law is being applied relentlessly against terrorists. For example, US Attorney General John Ashcroft called 4 October "a defining day in America's war on terrorism." On that day, the United States convicted would-be shoe bomber Richard Reid; sentenced American Taliban John Walker Lindh; and neutralized a suspected al-Qaida terrorist cell in Portland, Oregon. Another alleged al-Qaida cell was uncovered and its members arrested in Lackawanna, New York, during the summer.

Since the previous *Patterns of Global Terrorism* report was issued, the United States designated several additional groups as Foreign Terrorist Organizations (FTOs), including the Communist Party of the Philippines/New People's Army, Jemaah Islamiya, and Lashkar I Jhangvi. The Lashkar I Jhangvi is responsible for the kidnapping and murder of American journalist Daniel Pearl in 2002. The FTO designation carries several legal consequences: it is unlawful for US persons to knowingly provide funds and other material support to designated groups; members of these groups are ineligible for US visas; and US financial institutions must block the funds of the groups.

## Financial

More than 166 countries have issued orders freezing more than $121 million in terrorist-related financial assets.

Nearly all countries around the world have submitted reports to the United Nations on actions they have taken to comply with the requirements of UN Security Council Resolution (UNSCR) 1373, which includes obligations to freeze the assets of terrorists and to prohibit anyone in the country from providing financial or other material assistance to terrorists or their supporters.

The Financial Action Task Force—a 29-nation experts' group dedicated to the establishment of legal and regulatory standards and policies to combat money laundering—is working to deny terrorists access to the world financial system.

The European Union (EU) and the United States have worked closely together to ensure that nearly every terrorist individual or group designated by one party is also designated by the other. The Netherlands took effective action to freeze the financial assets of Jose Maria Sison, leader of the Communist Party of the Philippines/New People's Army terrorist group, and then asked the EU to freeze the assets of Sison and his group; the EU did so. In August, Italy joined the United States in submitting to the UN the names of 25 individuals and companies linked to al-Qaida so that their assets could be frozen worldwide.

ν*

SHATSKY-006045



**Countering Terrorism by Bringing Terrorists to Justice**

1. Would-be shoe bomber Richard Reid, linked to al-Qaida, pleaded guilty in October 2002 to charges of having attempted to blow up a US airliner in December 2001.  **2.** Malaysian Inspector-General of Police displays photo of four suspected Jemaah Islamiya members arrested in October 2002.  **3.** Presumed former member of ETA, Asier Ormazabal, extradited from France to Spain in March 2002.  **4.** Wilbert Elki Meza Majino, alleged leader of Sendero Luminoso, arrested in Lima, Peru, in September 2002.  **5.** Abd al-Rahim al-Nashiri, senior al-Qaida leader, captured in Yemen, November 2002.  **6.** Alleged mastermind of 17 November, Alexandros Yitopoulos, captured in Greece, July 2002.  **7.** Dr. Ahmad Javed Khawaja (L) and his brother Ahmad Naveed Khawaja (R), suspected of al-Qaida links, escorted from antiterrorist court in Lahore, Pakistan, in December 2002.  **8.** Rizwan Basheer, suspect in suicide car bombing that killed 14, being transported to antiterrorist court in Karachi, Pakistan, in January 2003.

vi*

SHATSKY-006046



**Countering Terrorism by Bringing Terrorists to Justice**

**9.** Six suspected members of al-Qaida-trained terror cell from Lackawana, New York, appear in US court in September 2002. **10.** Raed Hijazi convicted and sentenced to death in February 2002 for planning Millennium attacks in Jordan. **11.** Mark Bolkerin Gumbahale, alleged Abu Sayyaf leader, arrested in the Philippines, October 2002. **12.** Alleged ETA leaders Juan Antonio Olarra (L) and Ainhoa Mugica Goni (R) arrested in France, September 2002. **13.** Savvas Xyros , 17 November operative, arrested in Athens, June 2002. **14.** Al-Qaida operative Ramzi Binalshibh, captured in Karachi, Pakistan, in September 2002. **15.** Suspected Jemaah Islamiya member Fathur Rohman al-Ghozi, arrested in the Philippines, January 2002. **16.** Abdelghani Mzoudi, alleged supporter of al-Qaida, arrested in Hamburg, Germany, October 2002. **17.** Three US citizens arrested in Portland, Oregon, in October 2002, for conspiring to join al-Qaida and the Taliban forces fighting against the United States.

vii*

SHATSKY-006047



*Allison Vadhan, carrying a picture of her mother Kristin Gould who died on United Airlines flight 93, marches with family members and friends of victims of the September 11, 2001 terrorist attacks, on the one-year anniversary of the event.*

The G-8 nations have committed themselves to a range of measures aimed at seizing terrorist assets. The Asia Pacific Economic Cooperation group, APEC, has adopted an ambitious antiterrorist finance action plan. The United States joined with Kyrgyzstan, Afghanistan, and China in including the Eastern Turkestan Islamic Movement on the UN's list of organizations affiliated with al-Qaida.

In the United States, the Foreign Terrorist Asset Tracking Center, Operation Green Quest, and the Terrorist Financing Task Force are facilitating information sharing between intelligence and law-enforcement agencies and helping other countries to improve their legal and regulatory systems so they can more effectively identify, disrupt, and defeat terrorist financing networks.

More than 250 terrorist groups and entities have been designated under Executive Order 13224, which freezes their US-based assets.

In November, the United States blocked the assets of the Benevolence International Foundation, which for years misused its status as a charity by funneling money to al-Qaida. Its CEO is closely associated with Usama Bin Ladin and has helped his cause financially.

Also in November, the State and Treasury Departments announced a $5-million rewards program that will pay for information leading to the disruption of any terrorism financing operation.

As a result of all these efforts, it is much harder today for terrorists to raise and move money. Many who formerly provided financial support for terrorism seem to have backed away. Some facilitators have been captured and arrested. The international banking system is no longer safe for terrorists to use.

Future progress will not be measured in millions of dollars worth of frozen assets, as the amount of such funding is finite, but rather in terms of nations' efforts to prevent terrorist financing. Fundamentally, terrorists must now look over their shoulders, wondering whether it is safe to move, raise funds, plan, and conduct operations.

viii*

SHATSKY-006048

## Military

Operation Enduring Freedom was launched on 7 October 2001. It comprises some 90 nations, nearly half of the world's countries. It is the largest military coalition ever assembled in all of human history. Its successes have also been historic. The bulk of Afghan territory was liberated from Taliban control within a matter of weeks. With our Coalition partners, the United States is helping to train the Afghan National Army so that Afghans can once again provide for their own security and the stability of the country. Schools have been rebuilt, teachers trained, and textbooks supplied. Landmines are being cleared. Hundreds of thousands of refugees have returned.

In Afghanistan and elsewhere, military action continues to be waged against terrorists with a global reach. More than 500 suspected terrorists are being detained at the US facility at Guantanamo Bay, Cuba.

## Conclusion

Despite solid progress, the danger persists.

Al-Qaida is still planning attacks. Every al-Qaida operations officer captured so far was involved in some stage of preparation for a terrorist attack at the time of capture. Recent audiotapes by al-Qaida leaders contain exhortations to further violence and threaten the United States and our Coalition allies.

These threats must be regarded with utmost seriousness. Additional attacks are likely.

I have focused on our many accomplishments—diplomatic, intelligence, law enforcement, financial, and military. As significant as those have been, however, it is important not to think that victory is on the horizon. Far from it. Indeed, the ultimate success of this campaign will hinge in large part on two factors—sustained international political will and effective capacity building.

*First*, we must sustain and enhance the *political will* of states to fight terrorism. The secret of maintaining a coalition is demonstrating daily to its members that the fight is not over and that sustained effort is clearly in their long-term interests. My meetings with government officials in every region of the world have convinced me that we have made tremendous progress on that score.

*Second*, we have to bolster the *capacity* of all states to fight terrorism. Despite our unmatched power, we recognize that the United States will not be able to win without the help of others. The United States cannot investigate every lead, arrest every suspect, gather and analyze all the intelligence, effectively sanction every sponsor of terrorism, prevent the proliferation of weapons of mass destruction, or find and fight every terrorist cell.

Simply put, this is a global fight that requires a global system to defeat it.

ix*

SHATSKY-006049

President Bush has stressed from the beginning that "the defeat of terror requires an international coalition of unprecedented scope and cooperation." So our effort must also be truly *international.*

One of our key goals is to assist countries in meeting their obligations under UNSCR 1373 and to strengthen the UN's counterterrorism capabilities. Our assistance runs the gamut from seminars in how to write, implement, and enforce anti-money-laundering laws, to specialized tactical training programs in counterterrorism (CT).

A number of powerful tools are at the disposal of governments that want to improve their counterterrorism capabilities. Some of these are available through the US Government; others are a product of the international community. Among them:

- The 12 international counterterrorism conventions, which can serve as the basis for antiterrorist efforts grounded in the rule of law, a key component of our policy.

- The State Department's Antiterrorism Assistance program, which trains foreign police and security forces in such critical skills as airport security, post-blast investigation, and leadership protection.

- Senior Policy Workshops, which build bilateral CT relationships while promoting interagency CT cooperation within friendly governments.

- Regional cooperation—working together to strengthen border security, improve legislation, and share law-enforcement information.

- Regional conferences (e.g., Southeast Asia, Central Asia, and Caucasus)—arranged by the State Department's counterterrorism office to bring security officials together to share ideas and experiences and to develop common approaches to preempting, disrupting, and defeating international terrorists.

- Legislative seminars to assist nations in evaluating and drafting counterterrorism law in a variety of areas, such as terrorism financing and banking laws, immigration laws, and export controls.

Around the world, we are working to build up the capability of nations' forces so that they can take the fight to the terrorists from the streets of Sanaa in Yemen to Pankisi Gorge in Georgia, from the island of Basilan in the Philippines to the jungles of Colombia.

Our goal is to assist governments to become full and self-sustaining partners in the fight against terrorism.

As President Bush said at the end of 2002: "In the new year, we will prosecute the war on terror with patience and focus and determination. With the help of a broad coalition, we will make certain that terrorists and their supporters are not safe in any cave or corner of the world."

x

SHATSKY-006050

## US Policy

*President Bush has laid out the scope of the war on terrorism. Four enduring policy principles guide US counterterrorism strategy:*

**First, make no concessions to terrorists and strike no deals.** *The US Government will make no concessions to individuals or groups holding official or private US citizens hostage. The United States will use every appropriate resource to gain the safe return of US citizens who are held hostage. At the same time, it is US Government policy to deny hostage takers the benefits of ransom, prisoner releases, policy changes, or other acts of concession.*

**Second, bring terrorists to justice for their crimes.** *The United States will track down terrorists who attack Americans and their interests, no matter how long it takes.*

**Third, isolate and apply pressure on states that sponsor terrorism to force them to change their behavior.** *There are seven countries that have been designated state sponsors of terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.*

**Fourth, bolster the counterterrorist capabilities of those countries that work with the United States and require assistance.** *Under the Antiterrorism Assistance program, the United States provides training and related assistance to law-enforcement and security services of selected friendly foreign governments. Courses cover such areas as airport security, bomb detection, hostage rescue, and crisis management. A recent component of the training targets the financial underpinnings of terrorists and criminal money launderers. Counterterrorist training and technical-assistance teams are working with countries to identify vulnerabilities, enhance capacities, and provide targeted assistance to address the problem of terrorist financing.*

*At the same time special investigative teams are working with countries to identify and then dry up money used to support terrorism. We are also developing workshops to assist countries in drafting strong laws against terrorism, including terrorist financing. During the past 18 years, we have trained more than 35,000 officials from 152 countries in various aspects of counterterrorism.*

*A broad range of counterterrorism training resources from other US Government agencies, including military training by the Department of Defense, is being brought to bear to bolster international capabilities. We will continue to work with the world community and seek cooperation from other partner nations as well.*

*Our Terrorist Interdiction Program helps friendly countries stop terrorists from freely crossing international borders.*

*Our Rewards for Justice program offers rewards of up to $5 million for information that prevents or favorably resolves acts of international terrorism against US persons or property worldwide. Secretary Powell has authorized a reward of up to $25 million for information leading to the capture of Usama Bin Ladin and other key al-Qaida leaders.*

xi*

SHATSKY-006051

**Note**

Adverse mention in this report of individual members of any political, social, ethnic, religious, or national group is not meant to imply that all members of that group are terrorists. Indeed, terrorists represent a small minority of dedicated, often fanatical, individuals in most such groups. It is those small groups—and their actions—that are the subject of this report.

Furthermore, terrorist acts are part of a larger phenomenon of politically inspired violence, and at times the line between the two can become difficult to draw. To relate terrorist events to the larger context, and to give a feel for the conflicts that spawn violence, this report will discuss terrorist acts as well as other violent incidents that are not necessarily international terrorism.

**Legislative Requirements**

This report is submitted in compliance with Title 22 of the United States Code, Section 2656f(a), which requires the Department of State to provide Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of Section (a)(1) and (2) of the Act. As required by legislation, the report includes detailed assessments of foreign countries where significant terrorist acts occurred, and countries about which Congress was notified during the preceding five years pursuant to Section 6(j) of the Export Administration Act of 1979 (the so-called terrorist-list countries that have repeatedly provided state support for international terrorism). In addition, the report includes all relevant information about the previous year's activities of individuals, terrorist organizations, or umbrella groups known to be responsible for the kidnapping or death of any US citizen during the preceding five years and groups known to be financed by state sponsors of terrorism.

In 1996 Congress amended the reporting requirements contained in the above-referenced law. The amended law requires the Department of State to report on the extent to which other countries cooperate with the United States in apprehending, convicting, and punishing terrorists responsible for attacking US citizens or interests. The law also requires that this report describe the extent to which foreign governments are cooperating, or have cooperated during the previous five years, in preventing future acts of terrorism. As permitted in the amended legislation, the Department may submit such information to Congress in a classified annex to this unclassified report.

SHATSKY-006052

## Definitions

No one definition of terrorism has gained universal acceptance. For the purposes of this report, however, we have chosen the definition of terrorism contained in Title 22 of the United States Code, Section 2656f(d). That statute contains the following definitions:

> The term "terrorism" means premeditated, politically motivated violence perpetrated against noncombatant[1] targets by subnational groups or clandestine agents, usually intended to influence an audience.

> The term "international terrorism" means terrorism involving citizens or the territory of more than one country.

> The term "terrorist group" means any group practicing, or that has significant subgroups that practice, international terrorism.

The US Government has employed this definition of terrorism for statistical and analytical purposes since 1983.

Domestic terrorism is probably a more widespread phenomenon than international terrorism. Because international terrorism has a direct impact on US interests, it is the primary focus of this report. However, the report also describes, but does not provide statistics on, significant developments in domestic terrorism.

---

[1] For purposes of this definition, the term "noncombatant" is interpreted to include, in addition to civilians, military personnel who at the time of the incident are unarmed and/or not on duty. For example, in past reports we have listed as terrorist incidents the murders of the following US military personnel: Col. James Rowe, killed in Manila in April 1989; Capt. William Nordeen, US defense attache killed in Athens in June 1988; the two servicemen killed in the Labelle discotheque bombing in West Berlin in April 1986; and the four off-duty US Embassy Marine guards killed in a cafe in El Salvador in June 1985. We also consider as acts of terrorism attacks on military installations or on armed military personnel when a state of military hostilities does not exist at the site, such as bombings against US bases in Europe, the Philippines, or elsewhere.

xiii*

SHATSKY-006053

SHATSKY-006054

Contents*

| | Page* |
|---|---|
| Introduction | iii |
| The Year in Review | 1 |
| Africa Overview | 3 |
| Angola | 4 |
| Djibouti | 4 |
| Ethiopia | 4 |
| Kenya | 5 |
| Mali | 5 |
| Nigeria | 6 |
| Rwanda | 6 |
| Somalia | 6 |
| South Africa | 6 |
| Tanzania | 7 |
| Uganda | 7 |
| South Asia Overview | 8 |
| Afghanistan | 8 |
| India | 9 |
| Nepal | 10 |
| Pakistan | 11 |
| Sri Lanka | 12 |
| East Asia Overview | 13 |
| Australia | 14 |
| Burma | 15 |
| China | 15 |
| Indonesia | 16 |
| Japan | 18 |
| Laos | 19 |
| Malaysia | 19 |
| New Zealand | 20 |
| Philippines | 20 |
| Singapore | 23 |
| Taiwan | 26 |
| Thailand | 26 |
| (Inset) Singapore:  Success Against Terrorism in Southeast Asia | 24 |
| Eurasia Overview | 27 |
| Azerbaijan | 28 |
| Georgia | 29 |
| Kazakhstan | 30 |
| Kyrgyz Republic | 30 |
| Russia | 31 |

xv*

SHATSKY-006055

| | | |
|---|---|---|
| | Tajikistan | 34 |
| | Ukraine | 36 |
| | Uzbekistan | 36 |
| | (Inset) Terrorist Kidnapping | 32 |
| Europe Overview | | 38 |
| | Albania | 39 |
| | Belgium | 40 |
| | Bosnia and Herzegovina | 40 |
| | France | 41 |
| | Germany | 42 |
| | Greece | 44 |
| | Hungary | 45 |
| | Italy | 45 |
| | Lithuania | 47 |
| | The Netherlands | 48 |
| | Spain | 48 |
| | Turkey | 49 |
| | United Kingdom | 50 |
| | (Inset) 17 November Case Study | 46 |
| Middle East Overview | | 52 |
| | Algeria | 53 |
| | Bahrain | 53 |
| | Egypt | 54 |
| | Israel, the West Bank, and Gaza Strip | 55 |
| | Jordan | 57 |
| | Kuwait | 58 |
| | Lebanon | 58 |
| | Morocco | 60 |
| | Oman | 60 |
| | Qatar | 60 |
| | Saudi Arabia | 60 |
| | Tunisia | 61 |
| | United Arab Emirates | 62 |
| | Yemen | 63 |
| | (Inset) US Missionaries Killed in Yemen | 64 |
| Western Hemisphere Overview | | 65 |
| | Bolivia | 67 |
| | Chile | 67 |
| | Colombia | 68 |
| | Ecuador | 69 |
| | Peru | 69 |
| | Triborder Area (Argentina, Brazil, and Paraguay) | 70 |
| | Argentina | 71 |
| | Brazil | 71 |
| | Paraguay | 72 |

xvi*

SHATSKY-006056

| | |
|---|---|
| Uruguay | 73 |
| Venezuela | 74 |
| Canada | 74 |
| Mexico | 75 |
| Overview of State-Sponsored Terrorism | 76 |
| Cuba | 76 |
| Iran | 77 |
| Iraq | 79 |
| Libya | 80 |
| North Korea | 80 |
| Sudan | 81 |
| Syria | 81 |
| (Inset) State Sponsor:  Implications | 77 |
| (Inset) Chemical, Biological, Radiological, Nuclear (CBRN) Terrorism | 78 |

**Appendixes**

| | | |
|---|---|---|
| A. | Chronology of Significant Terrorist Incidents, 2002 | 83 |
| B. | Background Information on Designated Foreign Terrorist Organizations | 99 |
| C. | Background Information on Other Terrorist Groups | 125 |
| D. | US Programs and Policy | 147 |
| | Antiterrorism Assistance Program | 147 |
| | Rewards for Justice Program | 148 |
| | International Terrorism:  US Hostages, US Government Policy | 149 |
| | US Terrorism Lists:  Prevention, Punishment, Pressure | 150 |
| | State Sponsors of Terrorism | 150 |
| | Foreign Terrorist Organizations | 150 |
| | Executive Order 13224 | 150 |
| | USA Patriot Act | 151 |
| | Terrorist Exclusion List | 151 |
| E. | The US Military Counterterrorism Campaign in 2002: A Summary | 153 |
| F. | Countering Terrorism on the Economic Front | 155 |
| G. | Iraq and Terrorism | 157 |
| H. | Statistical Review | 161 |

SHATSKY-006057



xviii*

SHATSKY-006058



xix*

SHATSKY-006059



**Total International Attacks, 2002**

**Total Facilities Struck**

Other - 75
Military - 1
Diplomat - 14
Government - 17
Business - 111

**Total - 218**

**Type of Event**

Other - 1
Assault - 1
Hijacking - 1
Barricade hostage - 2
Firebombing - 2
Kidnapping - 5
Armed attack - 50
Bombing - 137

**Total - 199**

**Total Casualties**

Business - 22
Diplomat - 39
Military - 83
Government - 337
Other - 2,257

**Total - 2,738**

xx

SHATSKY-006060

## The Year in Review

International terrorists conducted 199 attacks in 2002, a significant drop (44%) from the 355 attacks recorded during 2001. A total of 725 persons were killed in last year's attacks, far fewer than the 3,295 persons killed the previous year, which included the thousands of fatalities resulting from the September 11 attacks in New York, Washington, and Pennsylvania.

A total of 2,013 persons were wounded by terrorists in 2002, down from the 2,283 persons wounded the year before.

The number of anti-US attacks was 77, down 65% from the previous year's total of 219. The main reason for the decrease was the sharp drop in oil pipeline bombings in Colombia (41 last year, compared to 178 in 2001).

Thirty US citizens were killed in terrorist attacks last year:

- On 15 January, terrorists in Bayt Sahur, West Bank, attacked a vehicle carrying two persons, killing one and wounding the other. The individual killed, Avi Boaz, held dual US-Israeli citizenship. The Al-Aqsa Martyrs Brigade claimed responsibility.

- On 23 January, Daniel Pearl, the *Wall Street Journal's* South Asia bureau chief was kid-napped in Karachi, Pakistan. On 21 February, it was learned that he had been murdered.

- On 31 January, two hikers on the slopes of the Pinatubo volcano in the Philippines were attacked by militants. One of the hikers, US citizen Brian Thomas Smith, was killed.



US Embassy staff load the flag-draped casket of Kristen Wormsley, daughter of US diplomat, into a van in Islamabad, Pakistan, 20 March 2002. Kristen and her mother Barbara Green were killed in an attack on the Protestant International Church in Islamabad.

- On 16 February, a suicide bomber detonated a device at a pizzeria in Karnei Shomron in the West Bank, killing four persons and wounding 27 others. Two US citizens—Keren Shatsky, and Rachel Donna Thaler—were among the dead. The Popular Front for the Liberation of Palestine claimed responsibility.

- On 14 March, two US citizens—Jaime Raul and Jorge Alberto Orjuela—were murdered in Cali, Colombia, by motorcycle-riding gunmen.

- On 17 March, grenades were thrown into a Protestant church in Islamabad, Pakistan, killing five persons including two US citizens, Barbara r een and Kristen Wormsley.

- On 27 March, a HAMAS homicide bomber entered the crowded restaurant of a hotel in Netanya, Israel, and detonated a bomb, killing 22 persons, including one US citizen, Hannah Rogen.

1*

SHATSKY-006061





*A Malaysian man reads a newspaper with the headline G "American Held" and photo of US militant Ahmed Ibrahim G Bilal at a newsstand in Kuala Lumpur on 8 October 2002. G*

*Martin and Gracia Burnham, missionaries from Wichita, G Kansas, were taken hostage by the Abu Sayyaf Group in G May 2001. On 7 June 2002, during a rescue operation by G the Armed Forces of the Phillippines, Mr. Burnham and G Philippine Nurse Deborah Yap were killed.  G*

‣ On 7 June, US citizen Martin Burnham, who along G with his wife, Gracia, had been held hostage for G more than a year in the Philippines by the Abu G Sayyaf Group, was killed as Philippine military G units on a rescue mission engaged the terrorists in G a firefight. Gracia Burnham was wounded.G

‣ On 31 July, a bomb planted by HAMAS terrorists G exploded at Hebrew University in Jerusalem, G killing nine persons and wounding 87 others. G Among the dead were five US citizens—G Benjamin Blutstein, Marla Bennett, Diane Leslie G Carter, Janis Ruth Coulter, and David Gritz.G

‣ On 8 October, in Failaka Island, Kuwait, G gunmen attacked US soldiers conducting a G live-fire exercise killing one Marine, Lance Cpl. G Antonio J. Sledd.G

‣ The worst terrorist attack since September 11 G occurred on 12 October at a resort in Bali, G Indonesia, when a car bomb exploded in a busy G

tourist area filled with nightclubs, cafes, and bars. G The attack killed over 200 persons from two-dozen G nations. Seven US citizens died—Deborah Lea G Snodgrass, Karri Casner, Jacob Young, Steven G Webster, George "Joe" Milligan, Megan Heffernan, G and Robert McCormick.G

‣ One US citizen—Sandy Alan Booker—died in G the Moscow theater attack on 23 October as G Russian commandos attempted to rescue 800 G hostages held for three days by Chechen G terrorists. G

‣ On 28 October, a gunman in Amman, Jordan, shot G and killed Laurence Foley, a senior administrator of G the US Agency for International Development, as G he was leaving his home for work.G

‣ On 21 November in Sidon, Lebanon, an office G manager/nurse at a church-run health facility, G US citizen Bonnie Denise Witherall, was killed G by a gunman.G

‣ Three US citizens—Kathleen Gariety, William G Koehn, and Martha Myers—were murdered on G 30 December by a gunman who stormed a G Baptist missionary hospital in Yemen and G opened fire. G

2

SHATSKY-006062

## Africa Overview

*"Every nation that seeks peace faces a common enemy today in global terror. The recent attacks in Mombasa remind us that Africa is on the front lines of the war against terror. All our citizens know the awful price of terror, and we will not rest until we have defeated terrorism in all its forms."*

*President Bush's address to the African Growth and Opportunity Act Forum, 15 January 2003*

The simultaneous attacks against a commercial airliner and a hotel in Mombasa, Kenya, in November that killed 12 Kenyans and three Israeli tourists provides dramatic and tragic evidence that sub-Saharan Africa continues to suffer from terrorism, from both indigenous, insurgent groups that use terrorist tactics and international terrorist groups.

The commitment and support of Kenya, Djibouti, and Ethiopia have been vital in the successful pursuit of US counterterrorism efforts in the Horn of Africa and Arabian Peninsula. The desire to cooperate in this global effort against terrorism has extended from Sudan to South Africa and from The Gambia to a number of groups in Somalia.

In 2002, Sub-Saharan African governments almost universally maintained their commitment to fight global terrorism through both unilateral and multilateral efforts.

To this end, in September 2002 the African Union (AU) held a counterterrorism conference in Algiers. (Note: the Organization of African Unity (OAU) became the African Union in 2002.) The September meeting also produced a plan of action to implement the 1999 OAU Convention on Preventing and Combating Terrorism and agreed to establish an African Terrorism Study and Research Center to be based in Algeria. The AU strongly supports UN Security Council Resolution (UNSCR) 1373, which, among other stipulations,

requires states to prevent and suppress the financing of terrorist acts. The AU also strongly supports UN Security Council Resolution 1269, which reaffirms that the suppression of acts of international terrorism, including those in which states are involved, is an essential contribution to maintaining international peace and security. The 16 members of the Economic Community of West African States (ECOWAS) met in September to consider the establishment of a regional criminal investigation and intelligence bureau that would give special attention to terrorism, as well as to illicit drug trafficking, money laundering, illicit arms running, and counterfeiting.

The United States engaged African countries in a number of ways to enhance their counterterrorism capabilities. One, the Pan Sahel Initiative (PSI), is a US Department of State program designed to assist Mali, Niger, Chad, and Mauritania in protecting their borders, tracking movement of persons, combating terrorism, and enhancing regional stability. The PSI will assist these countries in countering known terrorist operations and border incursions as well as the trafficking of persons and illicit materials. Along with US training and material support will be a program to bring military and civilian officials from the four countries together to encourage greater cooperation on counterterrorism and border issues within and among the governments of the region. It also includes training and assistance to improve critical skills for police and security forces, strengthen airport security, and tighten immigration and customs procedures.

A number of African countries have moved to become parties to the 12 international conventions and protocols relating to terrorism, as UNSCR

3*

SHATSKY-006063

1373 calls on states to do. African countries that are parties to all 12 of the conventions and protocols include Botswana, Mali, and Ghana. Many African governments have taken positive steps to combat terrorist financing by freezing assets of individuals and entities designated by the United States pursuant to Executive Order 13224. Many African governments also have taken steps to freeze the assets of persons and entities included on the UNSCR 1267 Sanctions Committee's consolidated list as having links to Usama Bin Ladin and members of al-Qaida and the Taliban, whose assets UN-member states are required to freeze pursuant to Chapter VII of the UN Charter.

Despite attempts to enhance counterterrorism efforts since 11 September 2001, conditions that make many countries in Africa desirable locations for terrorists still persist. These include a shortage of financial and technical resources, areas of instability and prolonged violence, corruption, weak judicial and financial regulatory systems, and porous borders and unregulated coastlines facilitating the movement of persons and illicit goods.

Sudan, one of the seven state sponsors of terrorism, is discussed in the state sponsorship section of this report.

## Angola

In April, following the death of Jonas Savimbi, Angola ended its 27-year civil conflict with the National Union for the Total Independence of Angola (UNITA), an organization responsible for numerous brutal attacks on civilians. Separatists in Cabinda Province continued their guerrilla campaigns against the Government. In May, there was a grenade attack on a convoy of US oil workers in Cabinda. Although no one claimed responsibility, the attackers were likely Cabindan separatists. The Government has cooperated in increasing security for private oil companies in Cabinda.

Angola is a party to three of the 12 international conventions and protocols relating to terrorism.

## Djibouti

Djibouti, a critical frontline state in the global war on terrorism and a member of the Arab League, has taken a strong stand against international terrorist organizations and individuals. Djibouti hosts Coalition forces from five countries and the only US military base in Sub-Saharan Africa. The Government has closed down terrorist-linked financial institutions and shared security information on possible terrorist activity in the region. The counterterrorism committee under President Guelleh moved to enhance coordination and action on information concerning terrorist organizations.

In October, the United States established the Combined Joint Task Force—Horn of Africa (CJTF—HOA). Based in Djibouti, CJTF—HOA coordinates Coalition counterterrorism operations in six East African countries and Yemen.

Djibouti is a party to three of the 12 international conventions and protocols relating to terrorism.

## Ethiopia

Ethiopia has been consistently helpful in its cooperation in the global war on terrorism. Significant counterterrorism activities included political, financial, media, military, and law-enforce-ment actions. The Ethiopian Central Bank has been prompt in complying with US requests for name checks and asset freezes as part of the effort to curb terrorist financing. To counter the threat from the Somalia-based Al-Ittihad al-Islami (AIAI), Ethiopia has undertaken increased military efforts to control its lengthy border with Somalia. The Ethiopian Government believes the Oromo Liberation Front (OLF), an indigenous group, was responsible for a June attack on a railway station in

4

SHATSKY-006064

Dire Dawa and a September bombing of an Addis Ababa hotel. The OLF denied responsibility for the hotel bombing.

Ethiopia is a party to four of the 12 international conventions and protocols relating to terrorism.

## Kenya

Kenya was hit once again by terrorist attacks on 28 November 2002, when terrorists fired missiles at an Israeli airliner carrying over 200 passengers and drove a car bomb into a hotel popular with Israeli tourists in the coastal city of Mombasa. The missiles barely missed the plane, but 12 Kenyans and three Israelis were murdered by two suicide bombers in the hotel attack. Al-Qaida claimed



*Israeli army investigators survey the ruins of the Mombasa Paradise Hotel, where a bomb blast occurred on 28 November 2002.*

responsibility for the simultaneous attacks. If true, it represents the second al-Qaida attack on Kenyan soil since the car-bomb explosion at the US Embassy in Nairobi on 7 August 1998, which killed 291 and wounded over 5,000 persons. While Kenya continued to be a key partner and lend high-level support in the global war on terrorism, its counterterrorism capacity continued to be limited by inadequate training and resources. There has been ongoing law-enforcement cooperation and sharing of information between the United States and Kenya concerning suspected terrorists. Kenya also participates in the US Terrorist Interdiction Program and is a party to 11 of the 12 international counterterrorism conventions and protocols.

## Mali

Mali has taken active steps to combat terrorism and has been responsive on terrorist financing issues. In May, the National Assembly ratified the remaining six international counterterrorism conventions, making Mali a party to all 12. The Malian Government has been receptive to the idea of strengthening its borders, and it held discussions in October 2002 with a US delegation concerning the Pan Sahel Initiative. Mali has a border-security agreement with Niger, Algeria, and Mauritania, although a lack of resources hampers its effectiveness.



*Kenyan police inspect a missile launcher that was used to fire two missiles at a Boeing 757 Israeli airliner bound from Mombasa, Kenya, to Tel Aviv, Israel, 29 November 2002.*

5

SHATSKY-006065

## Nigeria

Nigeria remained committed to the global war against terrorism and has continued diplomatic efforts in both global and regional fora concerning counterterrorism issues. At a White House ceremony in March, the Nigerian ambassador renewed Nigeria's solidarity with the US-led antiterror Coalition. Nigeria has been helping to monitor threats to US citizens living in Nigeria and has cooperated with the United States on tracking and freezing terrorists' assets. Nigeria's relatively large and complex banking sector, combined with widespread corruption, makes combating terrorism financing more difficult, however. There are growing concerns about the rise of radical Islam in Nigeria, home of Africa's largest Muslim population.

Nigeria is a party to four of the 12 international conventions and protocols relating to terrorism.

## Rwanda

Rwanda is a party to eight of the 12 international counterterrorism conventions and protocols, and the government has continued to give full support to US-led efforts to combat terrorism. The Government has been responsive to US requests to eradicate terrorism financing; has begun to track radical Islamist groups; and has increased surveillance of airports, border controls, and hotel registrations in an effort to identify terrorists. Rwanda established an intergovernmental counterterrorism committee and has an antiterrorism section in its police intelligence unit. During 2002, the Government aggressively pursued the Army for the Liberation of Rwanda (ALIR), an armed rebel force composed of former Rwandan Army soldiers and supporters of the previous government that orchestrated the 1994 genocide. The group, which operates in Rwanda and in the Democratic Republic of the Congo, employs terrorist tactics. In 1999, ALIR was responsible for the kidnapping and murder of nine persons, including two US tourists in Bwindi Park. The Rwandan National Police have several

suspects in custody and have been very supportive of the ongoing FBI investigation into the murders of the US citizens. In March 2003, the Rwandan Government transferred custody of three of the suspected perpetrators of these murders to the United States. ALIR remained operational, although at a lower level than in 1999.

## Somalia

Somalia's lack of a functioning central government; protracted state of instability and violence; and long coastline, porous borders, and proximity to the Arabian Peninsula makes it a potential location for international terrorists seeking a transit or launching point to conduct operations elsewhere. Regional efforts to bring about a national reconciliation and establish peace and stability in Somalia are ongoing. The US Government does not have official relations with any entity in Somalia. Although the ability of Somali entities to carry out counterterrorism activities is constrained, some have taken limited actions in this direction. The Somali-based al-Ittihad al-Islami (AIAI) has committed terrorist acts in the past, primarily in Ethiopia. AIAI was originally formed in the early 1990s with a goal of creating an Islamic state in Somalia. In recent years, AIAI has become factionalized, and its membership is difficult to define. Certain extremist factions may continue to pose a regional terrorist threat. Somalia is not a party to any of the 12 international conventions and protocols relating to terrorism.

## South Africa

South Africa has taken a number of actions in 2002 in support of the global war on terrorism. President Mbeki has voiced his opinion several times that "no circumstances whatsoever can ever justify resorting to terrorism." South Africa enacted legislation establishing a financial intelligence unit, which targets money laundering. A draft antiterrorism law was approved by the cabinet and

SHATSKY-006066

informally submitted to the Parliament. South Africa provided support to the United States by extraditing a member of the Symbionese Liberation Army. There were two acts of domestic terrorism in South Africa in 2002. A series of bombings in Soweto in late October killed one and wounded another, and in mid-November, a pipe bomb exploded at the serious violent crimes police unit in Cape Town, but no injuries occurred. A previously unknown right-wing extremist group, "Warriors of the Boer Nation," claimed responsibility for the Soweto attack. Police were searching for the culprits in the Cape Town case, although People Against Gangsterism and Drugs (PAGAD) is suspected. The activities of PAGAD remained severely curtailed in 2002 by a broadly successful law-enforcement and prosecutorial effort against leading members of the organization. South Africa is a party to five of the 12 international conventions and protocols relating to terrorism.

## Tanzania

Tanzania has been a supportive partner in the global Coalition against terrorism. The Tanzanian Government has cooperated with the United States to bring to justice those responsible for the 1998 bombing of the US Embassy in Dar es Salaam. In 2001, for example, a Tanzanian national—extra-dited from South Africa to the United States to stand trial for his role in the Embassy bombing—was convicted and sentenced to life in prison. The US and Tanzanian Governments cooperated on a number of bilateral programs to combat terrorism in 2002, including civil aviation security, anti-money-laundering initiatives, border control, and police training. Tanzania also worked through multilateral organizations, such as the World Bank and the United Nations, to enhance its counterterrorism efforts. New legislation was approved by Tanzania's Parliament in November that criminalizes support for terrorist groups operating in Tanzania or overseas. Tanzania is a party to seven of the 12 international conventions and protocols relating to terrorism.

## Uganda

Uganda continued its firm stance against local and international terrorism in 2002. Uganda is a party to four of the 12 international conventions and protocols relating to terrorism, and in 2002 it worked to complete the process required to become a party to all 12. In May, the government enacted the 2002 Suppression of Terrorism Act, which imposes a mandatory death penalty for terrorists and potential death penalty for sponsors and supporters. The Act's list of terrorist organizations includes al-Qaida, the Lord's Resistance Army (LRA), and the Allied Democratic Front (ADF). There were many attacks against civilian targets in northern Uganda by the LRA during 2002, resulting in hundreds of deaths. In March, Uganda launched a major military offensive to destroy the LRA in southern Sudan and northern Uganda. The Ugandan military continued its successful operations against the ADF, resulting in a decrease in ADF activities in western Uganda.

7*

SHATSKY-006067

## South Asia Overview

*"(Our) relationships with South Asian states have been central to our successful prosecution of the war on terrorism. All have been fully supportive, and their support in this war has been, and will continue to be, absolutely crucial."*

*Assistant Secretary of State Christina Rocca in Congressional testimony, 18 July 2002*

In 2002, South Asia remained a central battle-ground in the global war on terrorism. The liberation of Afghanistan from the Taliban regime eliminated al-Qaida's principal base and sanctuary, but remnant cells continued to present a danger throughout Afghanistan. Fleeing terrorists also caused trouble in Pakistan and other states through which they transited. All countries in the South Asia region have strongly supported the Coalition effort against terrorism by al-Qaida and the remnants of the Taliban, and the establishment of the new Transitional Authority in Afghanistan has fostered significant improvements in regional security. Further efforts and continued long-term international assistance will be needed to sustain progress, however.

Pakistan remained a key ally in the antiterrorism effort, offering support to US operations in Afghanistan, implementing close law-enforcement cooperation, and cracking down on domestic extremists. Extremist violence in Kashmir, meanwhile, fueled by infiltration from Pakistan across the Line of Control, threatened to become a flashpoint for a wider India-Pakistan conflict during most of the year.

The cease-fire in Sri Lanka between the Liberation Tigers of Tamil Eelam and the Sri Lankan Government held throughout 2002, and the two sides began direct talks, facilitated by Norway, aimed at ending the country's long civil war and its attendant terrorism. At the same time, the Maoist insurgency in Nepal continued to be a bloody conflict characterized by the use of terrorist tactics. (The Government of Nepal and the Maoists adopted a cease-fire in January 2003.)



*A member of the Bangladesh Army inspects a movie theater in Mymensingh, Bangladesh, after a bomb blast that killed 15 persons on 7 December 2002.*

## Afghanistan

In 2002, the Afghan people, supported by a US-led international Coalition, decisively defeated the brutal Taliban regime, which had provided sanctuary to terrorists and extremists from around the world—including North America, Europe, Africa, the Middle East, and Asia. The extremists had used Afghanistan as a training ground and base of operations for worldwide terrorism. Senior al-Qaida leaders, including Usama Bin Ladin—

8*

SHATSKY-006068



*A member of the International Security Assistance Force near the wreckage of a car after two bomb blasts shook Kabul, Afghanistan, 5 September 2002.*

wanted by the United States for his role in the September 11 attacks as well as the US Embassy bombings in Kenya and Tanzania in 1998—had been based in Afghanistan, protected by the illegitimate Taliban regime.

In July 2002, representatives from all Afghan regions, factions, and ethnic groups met in an emergency "Loya Jirga," to elect Hamid Karzai as the President of the Traditional Islamic State of Afghanistan (TISA), which replaced the Afghan Interim Administration established by the December 2001 Bonn Agreement.

The new Afghan Government has pledged its support for the war on terrorism. Al-Qaida, which despite its setbacks still regards Afghanistan as a key battlefield in its war against the United States, will continue its armed opposition to the US presence, however. Al-Qaida has pockets of fighters throughout Afghanistan and probably several more in the neighboring tribal areas of Pakistan. To ensure that former Taliban and al-Qaida holdouts do not reemerge as a significant threat, the TISA must consolidate its support among the country's rival ethnic and regional factions.

Afghans have already passed several milestones on the road toward building a government in accordance with the Bonn Agreement, and the most critical steps—such as demobilizing rival militias, building a stable Afghan army, drafting a constitution, holding democratic elections, and creating a legal system—were underway at the end of the year.

Afghanistan is a party to three of the 12 international conventions and protocols relating to terrorism.

## India

New Delhi continued to support the global Coalition against terrorism in 2002 while engaging in its own efforts to address internal and external threats. The Government of India enacted the Prevention of Terrorism Act to provide the central and state governments with additional law-enforcement tools in the war on terrorism. An anti-money-laundering bill was passed by Parliament in 2002 and signed into law in January 2003. Once implemented, it will establish a financial intelligence unit to monitor suspected terrorist transactions. In May, India and the United States launched the Indo-US Cyber

9*

SHATSKY-006069



*Indian policemen escort Mohammed Afzal (L), Abdul Rehman Geelani (C), and Shaukat Hussain Guru (behind), 18 December 2002, after they were sentenced to death for an attack on the Indian Parliament on 13 December 2001.*

Security Forum to safeguard critical infrastructures from cyber attack. The US-India Counterterrorism Joint Working Group met twice during 2002.

Like the United States, India faces a significant terrorist threat. Its primary source is the activity of militants opposed to continued Indian rule over the disputed province of Kashmir. In December 2001, terrorists staged a dramatic attack on the Indian Parliament. In January 2003, armed gunmen opened fire on police outside the American Center in Calcutta, killing four Indian policemen assigned to protect the building. The Government of India asserts that Lashkar-e-Tayyiba (LT) was behind a series of high-profile attacks. Among them were the May assault on an army base in Jammu that killed 36, an attack in July in Kashmir that killed 27 civilians, and two attacks on the Ragunath temple in Jammu in which at least 19 were killed. India also accused the LT of masterminding the 26 September attack at the Akshardham temple in Gujarat, which killed 31 persons. The United States has designated Lashkar-e Tayyiba a Foreign Terrorist Organization and has designated it pursuant to Executive Order 13224.

In 2002, India became a party to the 1979 Convention on the Physical Protection of Nuclear Material, making it a party to 11 of the 12 international conventions and protocols relating to terrorism.

## Nepal

The Nepalese Government in 2002 strongly supported US counterterrorism activities and was responsive to multilateral efforts to police international terrorism. Nepal is party to five of the 12 international conventions and protocols relating to terrorism. Nepal's primary focus, however, remained the seven-year Maoist insurgency, which had claimed nearly 7,000 lives by the end of 2002.

The Maoist insurgency poses a continuing threat to US citizens and property in Nepal. Repeated anti-US rhetoric and actions suggest the Maoists view Western support for Kathmandu as a key obstacle to their goal of establishing a doctrinaire communist dictatorship. Furthermore, the Maoists have forged cooperative links with extremist groups across South Asia. In 2002, Maoists claimed responsibility for assassinating two US Embassy guards. In a press statement, they threatened foreign missions, including the US Embassy, to discourage foreign governments from supporting the Government of Nepal. Maoists, targeting US symbols, also bombed locally operated Coca-Cola bottling plants in November 2001 and in January and April 2002. In May, Maoists destroyed a Pepsi Cola truck and its contents.

Limited government finances, weak border controls, and poor security infrastructure have made Nepal a convenient logistics and transit point for some outside militants and international terrorists. The country also possesses a number of relatively soft targets that make it a potentially attractive site for terrorist operations. Security remains weak at many public facilities, including the Kathmandu International Airport, but the United States and others are actively working with the

10*

SHATSKY-006070

Government to improve security. The Nepalese Department of Immigration has made recent improvements in its watchlist capability.

## Pakistan

In 2002, Pakistan remained a vital partner in the global Coalition against terrorism, playing a key role in the diplomatic, law-enforcement, and military fight to eliminate al-Qaida. Pakistan granted logistic support and overflight rights to support Operation Enduring Freedom, consulted extensively with the United States and the United Nations on ways to combat terrorist financing, and drafted anti-money-laundering legislation. In January, the Government of Pakistan arrested and transferred to US custody nearly 500 suspected al-Qaida and Taliban terrorists, detained hundreds of extremists, and banned five extremist organizations: Lashkar-e-Tayyiba (LT), Jaish-e-Mohammed (JEM), Sipah-e-Sahaba Pakistan (SSP), Tehrik-i-Jafria Pakistan (TJP), and Tehrik-i-Nifaz-i-Shariat-i Mohammadi (TNSM). The United States has designated LT and JEM as Foreign Terrorist Organizations and also has designated them pursuant to Executive Order 13224.

In 2002, Pakistan became a party to the 1997 International Convention for the Suppression of Terrorist Bombings, making it a party to 10 of the 12 international conventions and protocols relating to terrorism.

Anti-US and anti-Western attacks in Pakistan increased in 2002 over the previous year, primarily due to opposition to the US-led Coalition in the war against terrorism. Significant attacks included the kidnapping and murder of US journalist Daniel Pearl; a grenade attack in March on an Islamabad church that killed five—among them two US citizens; a bus bombing in Karachi in May that killed 14, including 11 French naval engineers; and the bombing in June of the US Consulate in Karachi that killed 12 Pakistanis. In response, police have implemented enhanced security measures at



Ahmed Omar Saeed Sheik, the alleged mastermind behind the kidnap and murder of US reporter Daniel Pearl, leaves court in Karachi, Pakistan, on 29 March 2002.

diplomatic facilities, churches, and other sensitive sites. The Government of Pakistan has arrested, tried, and convicted those involved in the Daniel Pearl murder.

US-Pakistan joint counterterrorism efforts have been extensive. They include cooperative efforts in border security, criminal investigations, as well as several long-term training projects. In 2002, the United States and Pakistan established the Working Group on Counterterrorism and Law-Enforcement Cooperation. The meetings provide a forum for discussing ongoing US-Pakistani efforts, as well as a means for improving capabilities and cooperation. Islamabad has facilitated the transfer of over 400 captured alleged terrorists to US custody, and Pakistan remained ranked third in the world (behind the United States and Switzerland) in seizing terrorist assets. Abuse of the informal money-transfer system known as *hawala* remained a serious problem throughout the region, however.

11

SHATSKY-006071



*A Pakistani police officer displays a Volkswagen packed with explosives that Islamic militants allegedly planned to ram into a diplomatic car in Karachi, 15 December 2002.*

## Sri Lanka

The positive developments in Sri Lanka that began in 2001 continued in 2002. Historically, the Liberation Tigers of Tamil Eelam (LTTE) has been one of the world's deadliest terror groups—it pioneered the use of suicide vests and has committed far more suicide-bomb attacks than any other terrorist organization. The cease-fire between the LTTE and the Government, established in

December 2001, was formalized in February 2002. Formal peace negotiations began in September 2002 and were continuing into 2003.

The LTTE has publicly accepted the concept of internal autonomy within a federal Sri Lankan state, conceding its longstanding demand for a separate Tamil Eelam state. Its recent public statements give reason to hope that it intends to transform itself from a terrorist organization into a legitimate political entity.

The LTTE, however, has not renounced terrorism; it continues to smuggle in weaponry; and it continues forcible recruitment, including the recruitment of children into its ranks. It is too early to tell whether the Sri Lankan peace process will ultimately bear fruit or whether the LTTE will actually reform itself. Although guarded optimism surrounds the peace process, the United States will continue to designate the LTTE as a Foreign Terrorist Organization until it unequivocally renounces terrorism in both word and deed.

Sri Lanka is a party to 10 of the 12 international conventions and protocols relating to terrorism.

12

SHATSKY-006072

## East Asia Overview

*"The fight against terrorism is our fight, it is the fight of all mankind against evil. The terrorist shall not be allowed to get away with this....I ask our people to be vigilant always. The battle shall go on wherever it takes us."*

> *Philippine President Gloria Macapagal-Arroyo,*
> *7 June 2002*

In 2002, the deadliest terrorist attack since the September 11, 2001 attacks in the United States occurred in the East Asia region—the bombings in Bali, Indonesia. Although East Asian nations had lent substantial support to the war on terrorism, made progress in arresting and interdicting terrorists, and built and improved their counterterrorism capabilities, many nations redoubled such efforts after the 12 October Bali attack. High-profile arrests continued alongside less visible efforts to improve legal and regulatory regimes to restrict the flows of terrorist money, manpower, and materiel through banks, borders, and brokers in the region.

The Philippines continued its strong support for the war on terrorism in 2002. The Philippines and United States cooperated closely to resolve a hostage crisis involving US citizens in the Philippines and to step up efforts to bring to justice the Abu Sayyaf Group (ASG) terrorists responsible for the kidnapping. The United States brought indictments against and offered rewards for five ASG leaders and trained and assisted Philippine forces in going after the ASG. The United States also added the Communist Party of the Philippines/ New People's Army (CPP/NPA) to its list of Foreign Terrorist Organizations, and it added CPP/ NPA and CPP leader Jose Maria Sison to the list of entities and individuals designated under Executive Order 13224. The Philippines sentenced terrorism suspect Agus Dwikarna to 10 years on explosives charges and continued to

consult and cooperate with other regional nations on counterterrorism issues.

Indonesia made great strides in bringing perpetrators of the Bali bombings to justice and exposing the scale and deadliness of the terrorist group Jemaah Islamiya (JI), believed to be responsible for the bombings. The Indonesian police cooperated closely with other regional partners in the Bali investigation and widened the investigation beyond the Bali attacks to look at JI in general, often through cooperation with other nations in the region. Indonesia arrested Abu Bakar Bashir, spiritual leader of JI, on several charges, including attempting to assassinate the President of Indonesia and charges related to a string of bombings in December 2000. The United States continued to work closely with Indonesia to improve its counterterrorism capabilities through training and assistance programs, and in supporting the country's legal and regulatory regimes.

Japan was fully committed to the war on terrorism in 2002 and continued to provide robust assistance to Operation Enduring Freedom, major assistance to rebuild Afghanistan, and other aid to East Asian countries to enhance their counterterrorism capabilities. Japan was an active participant in G-8, EU, ASEAN Regional Forum (ARF), and UN efforts to coordinate counterterrorism activities, and it was a regional leader in adhering to international standards for implementing an effective counterterrorism regime.

Australia was hit hard by the Bali bombings, losing 85 citizens. The tragedy strengthened Australia's already firm resolve to lend robust support to the war on terrorism, including support for the Bali investigation. Australia provided combat forces to Operation Enduring Freedom and was very active in

13*

SHATSKY-006073

regional cooperation. Australia implemented broad reforms of its legal and regulatory counterterrorism mechanisms, and it undertook significant bureaucratic reorganization to enhance its counterterrorism capabilities at home and abroad.

Malaysia and Singapore continued to make arrests of JI suspects, disrupting their operations and ability to function. Malaysia approved the concept of a regional counterterrorism center and continued to develop it through the end of the year. The Philippines, Indonesia, and Malaysia signed an agreement on counterterrorism cooperation, which was later joined by Thailand and Cambodia. Several other nations in the region signed similar cooperative agreements, and cooperation between governments—in particular law-enforcement and intelligence agencies—increased in 2002, making possible additional successes in interdicting or arresting terrorists in the region.

Thailand was also a staunch ally in the war on terror and continued to cooperate closely with the United States and its neighbors on counterterrorism, intelligence, and law enforcement. In 2002, US access to Thai bases and airspace continued to be critical for rapid force projection into the Operation Enduring Freedom theater. Thailand contributed to the UN Afghanistan Reconstruction Fund and agreed to send military engineers to participate in Afghan reconstruction.

Terrorist organizations in the region, however, demonstrated their flexibility and resilience in the face of more effective antiterrorist efforts by East Asian nations. Terrorists shifted their targets and patterns of operation, and much work remains to be done so that the region's counterterrorism regimes can deal effectively with the threat that terrorists continue to pose to East Asian nations—and their partners and allies. Trafficking in drugs, persons, and weapons, for example, as well as organized crime, official corruption, and some inadequacies in legal and regulatory regimes persist as weaknesses that can be exploited by terrorists.

While regional nations did much to expose, arrest, and disrupt JI in 2002, the organization continues to function, and many of its leaders remain at large. JI and other terrorist groups continue to pose significant threats to the region, and only through increasing collaboration and cooperation can those threats be met.

The hard-won lesson of recent years is that such cooperation and communication are perhaps the most important weapons in the counterterrorism arsenal. Through such cooperation, nations can strengthen the security, law-enforcement, intelligence, and financial institutions that constitute the frontline in the war against global terrorism.

North Korea, one of the seven state sponsors of terrorism, is discussed in the state sponsorship section of this report.

## Australia

Canberra strengthened its already close working relationship with its international counterparts in the global war on terrorism in 2002. The Australian Defence Force maintained its substantial contribution to Operation Enduring Freedom, including deploying a Special Air Services contingent in Afghanistan, aerial tankers in Kyrgyzstan, and P-3 patrol aircraft in the Persian Gulf region, while two Australian warships participated in the multinational interception force in the Arabian Gulf. The Australian Government strongly condemned all acts of international terrorism during the year, particularly the 12 October Bali bombings, in which 85 Australians died. Australia was instrumental in providing assistance to the Government of Indonesia in the aftermath of the attack.

Canberra signed bilateral counterterrorism memoranda of understanding with Indonesia, Malaysia, and Thailand in 2002, and it is negotiating such a memorandum with the Philippines. Canberra is a party to 11 of the

14*

SHATSKY-006074

12 international conventions and protocols relating to terrorism. The Government also enacted laws that create new definitions for terrorism; provide stronger penalties for carrying out, abetting, or financing terrorist acts; and enhance Australian Customs' powers to enforce border security. Federal and state leaders formalized a new intergovernmental agreement on Australia's national counterterrorism arrangements in October. The agreement provides a new and strong framework for cooperation between jurisdictions and creates a national counterterrorism committee to recommend additional federal-state measures to upgrade security. Several states strengthened their own antiterrorism laws as well.

Australia sought to block assets of all individuals and entities included on the UN Security Council Resolution 1267 Sanctions Committee's consolidated list of persons and entities associated with Usama Bin Ladin, members of al-Qaida, and members of the Taliban. It also sought to block assets of individuals and entities designated by the United States pursuant to Executive Order 13224. The Government also proscribed six organizations, including al-Qaida and Jemaah Islamiya (JI), under antiterrorism legislation enacted in June 2002. The legislation allows prosecution of members of such organizations or persons who provide financial or logistic support to them.

Australian law-enforcement and intelligence organizations actively investigated possible links between foreign terrorist organizations and individuals and organizations in Australia. In the wake of the bombings in Bali, the Australian Federal Police conducted a joint investigation of the attack with the Indonesian National Police. The Australian Security Intelligence Organization and State Police conducted raids on several houses of persons in Perth and Sydney who were suspected of having links to JI.

In November, Australian authorities in Perth charged an Australian citizen with conspiracy in connection with an alleged plan to bomb the Israeli Embassy in Canberra and the Israeli Consulate in Sydney. The same month, the Parliament enacted a law creating a crime of extraterritorial murder, manslaughter, or intentional harm to Australians, retroactive to 1 October 2002. The law gives Australia jurisdiction to prosecute those responsible for attacks on Australians overseas, such as the perpetrators of the Bali bombings.

## Burma

Rangoon has taken a solid stance against international terrorism. It is party to five of the 12 international conventions and protocols relating to terrorism and has enacted an anti-money-laundering law that could help block terrorism assets. Burmese authorities frequently make public statements supportive of international counterterrorism efforts, and they also have expressed their willingness to cooperate in sharing information on counterterrorism issues.

There were no incidents of international terrorism in Burma during 2002. Several Burmese embassies abroad received letters containing blasting caps and electric batteries, although none exploded. The military government is currently involved in several low-intensity conflicts with ethnic insurgent groups. At least one group is alleged to have ties to South Asian extremist (possibly terrorist) elements.

## China

The People's Republic of China continued to cooperate with the United States in the war on terrorism. Chinese officials regularly denounced terrorism, both in public statements and in international fora, and China regularly participated in UN Security Council discussions on terrorism and served as a permanent member of the UN Counterterrorism Committee established under UN Security Council Resolution (UNSCR) 1373. In

SHATSKY-006075

2002, China was well represented at international meetings, including the Munich Conference on Security Policy and the Southeast Asia Counterterrorism Conference held in Honolulu. During the 2002 Asian Pacific Economic Cooperation meeting, Beijing again articulated its counterterrorism stance and joined in statements denouncing terrorism.

Beijing continued to undertake measures to improve its counterterrorism posture and domestic security, including careful monitoring of its borders with Afghanistan and Pakistan and some efforts toward disrupting the financial links of terrorist groups. China made some progress in 2002 in strengthening financial-monitoring mechanisms, including prompting China's financial institutions to search for and freeze assets of designated terrorist entities.

Beijing regularly holds expert-level consultations with the United States on the financial aspects of terrorism, conducts semiannual counterterrorism consultations, and shares information through law-enforcement channels concerning persons possibly involved in terrorist activities. Beijing treats individuals and entities designated under US Executive Order 13224 on the same basis as it treats individuals and entities identified by the UNSCR 1267 Sanctions Committee, whose assets UN member states are required to freeze pursuant to Chapter VII of the UN Charter.

In 2002, there were no acts of terrorism committed in China against US citizens or interests, but there were several reports of bombings in various parts of China. It is unclear whether the attacks were politically motivated acts, terrorism, or criminal attacks.

China continued to express concern that Islamic extremists operating in and around the Xinjiang-Uighur Autonomous Region received training, equipment, and inspiration from al-Qaida, the Taliban, and other extremists in Afghanistan. Several press reports claimed that Uighurs trained and fought with Islamic groups in the former Soviet Union, including Chechnya. Uighurs were found

fighting with al-Qaida in Afghanistan, and some Uighurs who were trained by al-Qaida have returned to China. Previous Chinese crackdowns on ethnic Uighurs and others in Xinjiang raised concerns about possible human rights abuses. For example, while the United States designated the East Turkestan Islamic Movement as a terrorist organization under Executive Order 13224 in 2002, it continued to emphasize to the Chinese that the war on terrorism must not be used as a substitute for addressing legitimate social and economic aspirations.

China is a party to nine of the 12 international conventions and protocols relating to terrorism.

## Indonesia

In the wake of the Bali bombing on 12 October, the Indonesian Government stepped up internal investigations against international terrorist groups, although it had provided limited support for the global Coalition against terrorism before this event. Indonesia participated in a number of regional and international fora focused on terrorism and supported declarations on joint action against terrorism, including the declarations issued at the US-sponsored Southeast Asian Counter-Terrorism Conference, the ASEAN Summit, and a regional conference on combating terrorist financing. Internal administrative and legal weaknesses, however, hampered indigenous counterterrorism efforts.

Jakarta's response to the 12 October terrorist attacks in Bali represented a major and multifaceted counterterrorism effort. Jakarta undertook a number of significant actions, including the quick adoption of antiterrorism decrees (PERPU), the introduction into the legislature of a counterterrorism bill, and an aggressive investigation into the Bali attacks in particular. Jakarta, with international assistance, has taken action against Jemaah Islamiya (JI), an organization now designated by the United States pursuant to Executive Order 13224 and included

16*

SHATSKY-006076

## Bali, Indonesia—October 2002



A team from Indonesia's antiterror police unit escort key Bali bombing suspect Imam Samudra for transport from Jakarta to Bali, Indonesia, 6 December 2002.



Days after the Bali bombing, thousands of Balinese gathered at the site of the bombing to purify the area with a Hindu religious ceremony.



A flier for a missing youth was posted in a hospital two days after the Bali bombing occurred.



Australian Prime Minister John Howard (C) tours the site of the 12 October 2002 bomb blasts in Bali, where nearly 200 persons were killed.

17*

SHATSKY-006077

on the UNSCR 1267 Sanctions Committee's consolidated list of organizations and individuals, whose assets UN member states are required to freeze. Indonesia supported this designation. Authorities detained JI spiritual leader Abu Bakar Bashir and arrested members of the JI cell believed responsible for the Bali bombings, including JI leaders Imam Samudra and Ali Ghufron, a.k.a. Mukhlas.

The 12 October Bali terrorist bombings, which killed some 200 persons and maimed hundreds more, has been clearly attributed to the al-Qaida–linked terrorist organization Jemaah Islamiya. The attack in Bali's crowded Kuta tourist district was initiated with a possible suicide bombing inside a tourist bar that funneled panicking victims into the street, exposing the crowd to the full blast of a large car bomb parked next to a neighboring club.

A smaller, nearly simultaneous bombing occurred about 300 yards from the US Consular office in Bali. Those arrested have indicated that the consular agency was the target. Hours before the Bali bombings, a small explosion had occurred at the Philippine Consulate in Sulawesi, which damaged the compound gates and blew out several windows. No casualties were reported in either bombing. Other bombings in 2002 in Indonesia included a botched grenade attack on a US diplomatic residence in Jakarta in September and the bombing on 4 December of a US-based/owned fast-food franchise and a car dealership in Makassar.

In 2002, Indonesia did not discover or freeze any terrorist assets. Indonesia's weak rule of law and poorly regulated financial system have produced roadblocks in uncovering terrorist assets, notwithstanding its willingness to freeze terrorist assets, consistent with the requirements of UNSCR 1373, as well as UNSCRs 1267, 1390, and 1455.

Indonesia is a party to four of the 12 international conventions and protocols relating to terrorism.

## Japan

Tokyo has stood firm with the United States in combating terrorism. Tokyo twice renewed its Basic Plan, authorizing Japan's Self-Defense Forces to provide logistic support for Operation Enduring Freedom, including refueling US and UK vessels and deploying an Aegis antimissile-equipped destroyer in the Indian Ocean, as well as transporting heavy equipment into Afghanistan.

Japan is party to all 12 international conventions and protocols relating to terrorism. At the request of the United States, it has blocked the assets of individuals and entities designated by the United States under Executive Order 13224.

Japan continued to participate actively in international fora designed to strengthen counterterrorism measures and took a leadership role in rebuilding Afghanistan. While hosting the January Afghanistan Reconstruction Conference, Tokyo announced a $500-million aid package for Afghanistan. In March, Tokyo hosted the Asia Counterterrorism Conference. Tokyo is coordinating with the United States on efforts to build a homeland security capacity within Asia, and it has invited officials from Asia to receive training in areas of homeland defense, including immigration control, aviation security, customs cooperation, export control, police and law enforcement, and terrorist financing.

In 2002, Japan had no incidents of international terrorism and continued to prosecute the alleged perpetrators of earlier terrorism acts. The Tokyo District Court sentenced two Aum Shinrikyo (Aum) members to death for the sarin gas attack on the Tokyo subway in 1995. Trials were still underway for four other members, and a ruling in the trial of Aum leader Matsumoto was expected in early 2003.

18*

SHATSKY-006078

## Laos

The Government of Laos has continued to provide strong support for the global war on terrorism. The Government became a party to four international conventions and protocols relating to terrorism in July 2002, in addition to the three to which it was already a party.

Laos joined other Association of Southeast Asian Nations (ASEAN) countries in taking strong positions against terrorism and, with other ASEAN nations, became a participant in the United States-ASEAN Joint Declaration for Cooperation on Counterterrorism, which was signed in August 2002.

Responding to requests by the United States and its obligations pursuant to UNSCR 1373, as well as UNSCRs 1267, 1390, and 1455, Laos has continued efforts to identify assets of terrorists and sponsors of terrorism. The Bank of Laos has issued orders blocking assets of organizations and individuals named in lists provided by the United States. The Bank, however, had yet to take steps to report on Government compliance with UNSCR 1373 or to freeze the assets of individuals and entities associated with Usama Bin Ladin, members of al-Qaida, and members of the Taliban included on the UNSCR 1267 Sanctions Committee's consolidated list. Pursuant to Chapter VII of the UN Charter, UN member states are required to block the assets of persons and individuals on that list.

Laos has no distinct counterterrorism laws; acts of terrorism fall under Laotian criminal law. The Ministry of Foreign Affairs, Ministry of Justice, and the National Assembly are currently discussing amendments to its criminal law to identify acts of terrorism as crimes and to strengthen the penalties for those crimes. The Laotian Government has increased security at all public events, and it has tightened airport and immigration security.

## Malaysia

During 2002, the Malaysian Government continued to cooperate with international law-enforcement and intelligence efforts in the global war on terrorism and aggressively pursued domestic counterterrorism measures within its borders.

Malaysia suffered no incidents of international or domestic terrorism in 2002, although Malaysian police authorities continued their investigations of the regional terrorist organization Jemaah Islamiya (JI) and domestic Kumpulan Mujahidin Malaysia group, resulting in about 40 arrests of individuals suspected of involvement in either group. In late 2001, Malaysian authorities arrested Philippine national Nur Misuari, former Moro National Liberation Front (MNLF) leader and ex-governor of the Autonomous Region of Muslim Mindanao, for illegal entry and transferred him to the Philippines in January 2002. On 19 November 2001, Misuari had declared war on the Arroyo government, and armed MNLF guerrillas loyal to him attacked an army headquarters in Jolo, Sulu, that left over 100 persons dead and scores wounded. At year's end, Misuari's trial on rebellion charges was ongoing.

Kuala Lumpur sought to freeze assets of entities on the UNSCR 1267 Sanctions Committee's consolidated list, although it has not located terrorist assets to date. Kuala Lumpur requires financial institutions to file suspicious transaction reports on all names of individuals and entities designated under US Executive Order 13224, but it was not yet a party to the 1999 International Convention for the Suppression of the Financing of Terrorism. Malaysia is a party to three of the 12 international conventions and protocols relating to terrorism.

The Malaysian Government passed legislation in 2002 that will allow the negotiation of mutual legal-assistance treaties with other countries. In addition, Malaysia, the Philippines, and Indonesia

19*

SHATSKY-006079

signed a counterterrorism agreement on 7 May—later joined by Thailand and Cambodia—that establishes a framework for cooperation and interoperability of the three nations' procedures for handling border and security incidents. Twenty specific projects are detailed in the agreement, to include such measures as setting up hotlines, sharing airline passenger lists, and conducting joint training.

In May, Malaysia signed a joint counterterrorism declaration of cooperation with the United States, and in November the Malaysian cabinet approved establishment of a Malaysian-based regional counterterrorism training center in Kuala Lumpur.

Malaysia joined several ASEAN members in October 2002 in successfully requesting that the UNSCR 1267 Sanctions Committee include JI on its consolidated list of individuals and entities associated with Usama Bin Ladin, the members of al-Qaida, and the members of the Taliban.

## New Zealand

New Zealand has contributed to Operation Enduring Freedom. It originally deployed one squadron of Special Forces to Afghanistan. New Zealand is reaffirming its commitment by deploying a frigate and a P-3 Orion to join the Coalition task force in the region. A C-130 Hercules transport aircraft will also become available from mid-2003.

New Zealand has supported regional efforts among other Pacific Island countries to adopt counterterrorism measures and coordinate their regional counterterrorism activities with the United States and Australia. It has a number of ongoing programs in the areas of police, customs, immigration, and judicial training/aid.

New Zealand is also a party to 10 of the 12 international conventions and protocols relating to international terrorism. Most recently, the Government announced a US $12.5-million package of new intelligence, police, customs, and

immigration measures to enhance its counterterrorism capability.

## Philippines

The Philippines in 2002 continued to work closely with international counterparts in the global war on terrorism and made significant progress in counterterrorism legislation, legal action against suspected terrorists, and hostage-rescue efforts. The Philippines has signed, but not ratified, the International Convention for the Suppression of Terrorism Financing. The Philippines is a party to six out of the 12 international conventions and protocols relating to terrorism. The Philippines, Malaysia, and Indonesia also signed a counterterrorism agreement on 7 May that establishes a framework for cooperation and interoperability of the three nations' procedures for handling border and security incidents. The agreement, which Thailand and Cambodia have now joined, enumerates 20 different projects.

The Philippines passed anti-money-laundering legislation in September 2001 and adopted related regulations in March 2002. The law criminalized money laundering, called for the establishment of a system of covered-transaction reporting, and created the Anti-Money-Laundering Council (AMLC). The 2001 legislation was insufficient to get the Philippines removed from the Organization of Economic Cooperation and Development's Financial Action Task Force (FATF) list of Non-Cooperating Countries and Territories. Based on FATF recommendations, however, the AMLC prepared a new draft bill that seeks to eliminate weaknesses in the existing legislation by lowering the reporting threshold, eliminating the requirement of a court order to freeze accounts, and revising bank-secrecy provisions. The Philippine Congress had not approved it by the end of the year, however.

On 19 November, as a result of an investigation by the US Embassy's Customs Attache Office, the

20*

SHATSKY-006080





*Undated picture of Lemuel Montulo, left, and his sister Flor, who were kidnapped in the Philippines; Montulo was later beheaded and his head dumped in a public market.*

*Police investigators search the shell of a bus in Quezon City, north of Manila, Philippines, 19 October 2002, after a bomb exploded killing 2 and injuring 20.*

Philippine Court of Appeals moved to block the assets in bank accounts suspected of being owned or controlled by key Abu Sayyaf Group (ASG) members or their family members.

In January 2002, Nur Misuari, former Moro National Liberation Front leader and ex-governor of the Autonomous Region of Muslim Mindanao, and an aide were transferred from Malaysia back to the Philippines where they have been detained. In late 2001, Malaysian authorities had arrested Misuari after he and his aides had fled the Philippines following an uprising in November 2001 that claimed the lives of 113 persons. The Philippine Government filed sedition and rebellion charges against Misuari, based on allegations that he

instigated the attacks, and at year's end his trial was ongoing.

The Philippines made a series of arrests of suspected extremists and terrorists in 2002. On 15 January, Philippine National Police and Bureau of Immigration agents arrested Indonesian citizen Fathur Rahman Al-Ghozi, a.k.a. Abu Saad or Sammi Sali Jamin, in Manila on charges of forging travel documents. Al-Ghozi is a member of the regional terrorist organization, Jemaah Islamiya (JI), which has a close connection to some elements of the Moro Islamic Liberation Front (MILF), the largest Islamic extremist group in the Philippines. Members of the JI used a MILF base for training in the past. The JI operated its own training facility at an MILF camp, although its current status is unclear. Based on information supplied by Al-Ghozi, police and military intelligence agents raided two houses in General

21

SHATSKY-006081

Santos City. They arrested three brothers and seized TNT, detonators, rolls of detonating cord, and M-16 rifles. Al-Ghozi pled guilty to possession of explosives and was sentenced to a 10-12 year jail term and fined. He still faces charges of illegal possession of assault rifles.

Philippine authorities in March arrested three other Indonesian citizens—Agus Dwikarna, Abdul Jamal Balfas, and Tamsil Linrung—in Manila and charged them with unlawful possession of explosive materials. Balfas and Linrung were later handed over to Indonesian authorities. On 12 July, Dwikarna was convicted by a Philippine regional trial court and sentenced to ten years imprisonment.

In 2002, the US Department of Justice issued several terrorist-related indictments against Philippine nationals, and other indictments are pending. On 23 July, the US Deputy Attorney General announced an indictment charging five ASG leaders with taking US citizens hostage, hostage taking resulting in death, and conspiracy resulting in death. This action mirrors an indictment in February 2002 that previously had been kept sealed for fear of endangering the lives of ASG-held hostages.

The Armed Forces of the Philippines (AFP) has undertaken other initiatives to rescue ASG-held hostages. During the first half of 2002, the AFP launched an operation to locate and rescue hostages held by the ASG, including US citizens Gracia and Martin Burnham. On 7 June, AFP forces rescued Mrs. Burnham, but tragically, Mr. Burnham and Philippine nurse Deborah Yap were killed during the operation. Two weeks later, Philippine special warfare troops fired at a vessel carrying ASG leader Aldam Tilao, a.k.a. Abu Sabaya, responsible for taking the hostages. Sabaya's body was never found, but there is strong evidence that he is dead. Four other ASG members were captured during the incident.

In August 2002, the AFP launched Operation End Game, which is aimed at rescuing three

Indonesians, four Filipino Jehovah's Witness members, and one remaining hostage taken in 2000 and still held by the ASG. The operation is also geared to locating and destroying ASG subgroups operating in Jolo and Basilan.

In other activities targeting the ASG, beginning in January 2002, the US military provided a broad range of training to the AFP to improve its ability to fight the ASG. During the training program, 10 US servicemen were killed in an accident when an MH-47 Chinook helicopter crashed into the Sulu Sea. On 2 October, one US serviceman was killed and another wounded in a bombing that targeted US personnel. The ASG is believed to be responsible for the attack.

In May, the US Government launched a Rewards for Justice campaign targeting ASG leaders. Under the program, the US Government offered to pay up to $5 million for information leading to the arrest or conviction of the following ASG terrorists: Amir Khadafi Abubakar Janjalani, a.k.a. Abu Mukhtar; Jainal Antel Sali, Jr., a.k.a. Abu Solaiman; Aldam Tilao, a.k.a. Abu Sabaya (presumed dead); Isnilon Totoni Hapilon, a.k.a. Abu Musab; and Hamsiraji Sali, a.k.a. Jose Ramirez.

The Philippine Government publicly welcomed the US Government's designation in August 2002 of the Communist Party of the Philippines/New People's Army (CPP/NPA), as a Foreign Terrorist Organization. The US Government also designated CPP/NPA and its founder Jose Maria Sison pursuant to Executive Order 13224. Authorities in The Netherlands, where Sison is living in self-exile, subsequently froze assets in his bank accounts there and cut off his social benefits. In October, Philippine Foreign Secretary Ople urged the European Union to place a similar designation on a faction of the CPP, the National Democratic Front (NDF). The Philippines continued to campaign for inclusion of all Communist factions, the CPP, NPA, and NDF, on the Sanctions Committee's consolidated list of individuals and entities associated with Usama Bin

22*

SHATSKY-006082

Ladin, the members of al-Qaida, and those of the Taliban, whose assets UN member states are required to freeze pursuant to Chapter VII of the UN Charter.

Throughout 2002, the Communist People's Party/New People's Army/New Democratic Front (CPP/NPA/NDF) continued sporadic attacks against Government and commercial sites as well as against public officials and private citizens. In September, the Communist New People's Army (NPA) claimed responsibility for assassinating a mayor, attacking a police station (and killing the police chief), and blowing up a mobile telecommunications-transmission station. The violence in September prompted the AFP to launch a new counterinsurgency drive against NPA fighters. A coordinated campaign by military forces, police units, and civilian volunteers—called Gordian Knot—was aimed at overrunning CPP/NPA/NDF strongholds and capturing terrorist suspects. Nevertheless, the Macapagal-Arroyo administration at the end of 2002 remained open to a negotiated peace settlement with the CPP/NPA/NDF.

## Singapore

In 2002, Singapore continued to work closely with international counterparts in the global war on terrorism. In addition to multilateral activities, Singapore continued its cooperation with the United States on import controls and also took domestic legislative and judicial initiatives.

In October, Singapore joined over 40 countries in requesting that the UNSCR 1267 Sanctions Committee add the Jemaah Islamiya (JI) to its consolidated list of individuals and entities associated with Usama Bin Ladin, the members of al-Qaida, and the Taliban. The same month, Singapore joined the Asia Pacific Economic Cooperation Summit's counterterrorism declaration. In July, the United States and the ASEAN signed a nonbinding joint declaration for cooperation on counterterrorism. As an ASEAN member, Singapore is a participant in the declaration. In addition, Singapore became a party

to the 1999 International Convention for the Suppression of Terrorism Financing in December 2002 and passed legislation that would enable it to become a party to the Convention on the Marking of Plastic Explosives. (In January 2003, Singapore became a party to that Convention. Singapore is now a party to six of the 12 international conventions and protocols relating to terrorism.)

In September, Singapore signed a declaration outlining its participation as a pilot port in the US Container Security Initiative; implementation was continuing at the end of the year. The Singapore Parliament also passed legislation effective 1 January 2003 establishing a new strategic trade-controls framework. The framework establishes controls over items exported from or transshipped/transiting through Singapore that are related to weapons of mass destruction but places the burden of reporting on shippers.

There were no incidents of international or domestic terrorism in Singapore in 2002, but authorities continued their investigation of the local JI network, a regional terrorist organization that has ties to al-Qaida. Since December 2001, Singapore authorities have detained 36 individuals for suspected involvement in the JI. Thirty-one of those individuals were placed under renewable two-year detention orders. Singapore authorities have publicly provided details of the allegations against those arrested, including publishing in January 2003 a white paper on terrorism. The documents indicate that 11 of the detainees were reported to have received training at al-Qaida camps in Afghanistan. Those arrested reportedly were involved in plots to attack Singaporean official and civilian targets as well as citizens of the United States, the United Kingdom, Australia, and Israel in Singapore.

23*

SHATSKY-006083

## Singapore: Success Against Terrorism in Southeast Asia



*Photos of water pipeline and maps showing route of pipeline, processed from materials recovered from Ab Wahab bin Ahmad.*



*Ab Wahab bin Ahmad*

Twice in eight months, the Government of Singapore rounded up suspected terrorists intent on carrying out deadly attacks. With superb law-enforcement skill and effective cooperation with other nations, Singapore's two successful operations doubtless saved lives and prevented incalculable physical damage.

The first roundup occurred in December 2001, when 13 suspected members of the terrorist group Jemaah Islamiya (JI) were detained. They were plotting to attack a variety of targets, including the US Embassy and other embassies, as well as US companies. Investigators also discovered evidence of other plans to strike US Navy vessels, a subway station used by US military personnel, and Singaporean targets.

After months of intense investigations, the second roundup took place in August 2002. Eighteen additional JI suspects were detained by Singapore's Internal Security Department (ISD) and accused of activities in support of the planned attacks on the Ministry of Defense, a US ship, water pipelines, a bar frequented by US service personnel, and other targets. Seventeen of these suspects were JI members; the other was a Moro Islamic Liberation Front (MILF) member. "These latest arrests have seriously disrupted the JI network in Singapore," according to Singapore's Ministry of Home Affairs.

Jemaah Islamiya, a terrorist organization with ties to al-Qaida, has cells throughout Southeast Asia. Indonesian authorities linked it to the bombing in Bali, which took the lives of almost 200 Indonesians and foreign tourists. According to reports released by the Singaporean authorities, several of those arrested in the second roundup had attended al-Qaida training camps in Afghanistan and MILF training camps in Mindanao. Before leaving for camps, JI leaders would conduct ideological and physical training sessions to prepare members for their trips.

Singapore officials said that members conducted reconnaissance of selected targets in Singapore, acting on orders from the JI leaders arrested in December. Some of the arrested members were found with evidence of their surveillance activities, including maps, drawings, reconnaissance reports, photographs, and video recordings.

The members had devised elaborate schemes to conduct surveillance. For instance, Ab Wahab bin Ahmad (Wahab) was a magazine deliveryman whose route included the Singapore Ministry of Defense. He allowed Mohd Aslam bin Yar Ali Khan (Aslam), a more senior JI operative, to deliver magazines on his behalf so that Aslam could personally conduct surveillance of the facility. This gave Aslam the opportunity to videotape the perimeter and entrances to the building. Notes and written summaries of the videos were later recovered in a raid on Wahab's home.

The Singapore Government reported that JI members also cased other targets for possible attack, including water pipelines, the Changi Airport, an air-traffic-control radar site, petrochemical facilities, and various Western and other interests in Singapore.

SHATSKY-006084