# LOWELL DECL. EX. 33c

## Appendix A

## Chronology of Significant Terrorist Incidents, 2002

*Note: The incidents listed have met the US Government's Incident Review Panel criteria. An International Terrorist Incident is judged significant if it results in loss of life or serious injury to persons, abduction or kidnapping of persons, major property damage, and/or is an act or attempted act that could reasonably be expected to create the conditions noted.*

**January**

**12 January**

**Venezuela**
In El Amparo, armed militants kidnapped two persons, an Italian and Venezuelan citizen. On 17 May, a rebel defecting from the Revolutionary Armed Forces of Colombia (FARC) released the two hostages.

**15 January**

**West Bank**
In Bayt Sahur, militants attacked a vehicle carrying two passengers, killing one person, who was a US-Israeli citizen, and wounding the other. The Al-Aqsa Martyrs Battalion claimed responsibility.

**22 January**

**India**
In Kolkata (Calcutta), armed militants attacked the US Consulate, killing five Indian security forces and injuring 13 others. The Harakat ul-Jihad-I-Islami and the Asif Raza Commandoes claimed responsibility.

**India**
In Jammu, Kashmir, a bomb exploded in a crowded retail district, killing one person and injuring nine others. No one claimed responsibility.

**23 January**

**Pakistan**
In Karachi, armed militants kidnapped and killed a US journalist working for the *Wall Street Journal* newspaper. No one claimed responsibility.

**24 January**

**Algeria**
In Larbaa-Tablat Road, militants set up an illegal roadblock, killing three persons, including one Syrian. No one claimed responsibility.

**31 January**

**Philippines**
Two hikers on the slopes of the Pinatubo volcano were attacked by militants. One of the hikers, a US citizen, was killed.

83

SHATSKY-006143

**February**

**9 February**

**France**
In Saint-Jean-De-Luz, unidentified persons threw gasoline bombs at a police headquarters, causing material damage to police barracks and three parked vehicles but resulting in no injuries. No one claimed responsibility, but authorities suspect radical groups associated with the Basque Fatherland and Liberty.

**16 February**

**West Bank**
In Karnei Shomron, a suicide bomber attacked a pizzeria in an outdoor food court, killing four persons, two of whom were US citizens and wounding 27 others including two US citizens. The Popular Front for the Liberation of Palestine (PFLP) claimed responsibility.

**28 February**

**Colombia**
In Antioquia, an Italian tourist was kidnapped at a checkpoint armed rebels had illegally set up. On 17 March in San Francisco, the rebels released the Italian tourist.

**Jordan**
In Amman, a bomb placed in a car was detonated by a timing device, killing an Egyptian and an Iraqi laborer who worked in a nearby food shop. The car belonged to the wife of the head of the Jordanian Anti-Terrorism Unit and was parked near their home. No one claimed responsibility.

**March**

**7 March**

**West Bank**
In Ariel, a suicide bomber entered a large supermarket collocated with a hotel and detonated the explosive device he was wearing, wounding 10 persons including a US citizen, according to media and US Embassy reporting. The PFLP claimed responsibility.

**9 March**

**Israel**
In Jerusalem, a suicide bomber entered a restaurant/cafe detonating the explosive device he was wearing, killing 11 persons and wounding 52 others including a US citizen, according to media and US Embassy reporting. The Al-Aqsa Martyrs Brigade claimed responsibility.

**14 March**

**Colombia**
In Cali, two US citizens were shot and killed by motorcycle-riding gunmen. The two US citizens were brothers who arrived in town the day before to negotiate the release of their father who had been taken captive by the FARC. No one claimed responsibility.

**17 March**

**Pakistan**
In Islamabad, during a Protestant service, several grenades were thrown inside a church used by diplomatic and local personnel, killing five persons—including two US citizens and 46 others, according to press reports. The Lashkar-e-Tayyiba probably is responsible.

84

SHATSKY-006144

| | |
|---|---|
| **18 March** | **Georgia**<br>In Abkhazia, Georgian guerrillas kidnapped four Russian peacekeepers to negotiate an exchange for two Georgian gunmen who were being held by Russian authorities. On 21 March, the four Russian peacekeepers and their weapons were released in exchange for the two Georgian gunmen. Georgian guerrillas claimed responsibility. |
| **20 March** | **Peru**<br>In Lima, a vehicle bomb exploded at a shopping center some 50 meters from the US Embassy, killing nine persons, injuring 32 others, and causing major damage. Authorities suspect the Maoist Shining Path rebels and/or the Tupac Amaru Revolutionary Movement. The dead included two police officers and a teenager but no US citizens. The attack occurred three days before the US President's planned visit to Peru. |
| **21 March** | **Israel**<br>In Jerusalem, a suicide bomber detonated the explosive device he was wearing, killing three persons and wounding 86 others, including two US citizens, according to US Consulate and media reporting. The Palestinian Islamic Jihad claimed responsibility. |
| **22 March** | **India**<br>In Shopiyan, Kashmir, militants threw several grenades into a busy market at midmorning, injuring 35 persons. No one claimed responsibility. |
| | **India**<br>In Anantnag, Kashmir, militants tossed several grenades at a busy bus stand, injuring 17 persons. No one claimed responsibility. |
| | **India**<br>In Rajouri, Kashmir, a bomb exploded in a sweet shop, injuring five persons. No one claimed responsibility. |
| **22 March** | **Uganda**<br>In Kalosaric, gunmen stopped a vehicle traveling on the Moroto-Kotido Road, killing three persons—an Irish Catholic priest, his driver, and his cook. Karamojong gunmen are probably responsible. |
| **23 March** | **India**<br>In Kadal, Kashmir, a grenade hurled at a police installation missed its target and landed in a group of civilians, killing two persons and injuring 20 others, including nine policemen. No one claimed responsibility. |
| **26 March** | **Senegal**<br>In Kafountine, Casamance Province, rebels attacked the coastal resort, killing five persons and wounding four others including a French citizen. The Casamance Movement of Democratic Forces is probably responsible. |

85

SHATSKY-006145

**West Bank**

In Hebron, gunmen stopped and fired on a vehicle owned and operated by the Temporary Presence in Hebron (TIPH), killing two persons—a Turkish Army officer and a Swiss office worker—and wounding a Turkish Army officer, according to media and government reports. No one claimed responsibility. The Palestinian Authorities and the Israeli Army accuse each other of the incident.

**27 March**

**Israel**

In Netanya, a suicide bomber entered the crowded restaurant of a hotel and detonated the explosive device he was wearing, killing 22 persons including one US citizen and wounding 140 others. The Islamic Resistance Movement (HAMAS) claimed responsibility.

**30 March**

**India**

In Jammu, Kashmir, a bomb exploded at a Hindu temple, killing 10 persons, according to press reports. The Islamic Front has claimed responsibility.

**31 March**

**West Bank**

In Efrat, a suicide bomber standing next to an ambulance station detonated the explosive device he was wearing, injuring four persons including one US citizen, according to press and US Consulate reporting. The Al-Aqsa Martyrs Brigades claimed responsibility.

**April**

**1 April**

**Nigeria**

In Niger Delta, 10 oil workers contracted to the Royal Shell Oil Group were kidnapped by militant youths, according to press reports. Six of the hostages were foreign nationals, including one US citizen, one Filipino, and four Ghanaians.

**10 April**

**India**

In Gando, Kashmir, armed militants killed five persons and injured four others in their residence. No one claimed responsibility.

**11 April**

**Tunisia**

In Djerba, a suicide bomber crashed and detonated a propane gas truck into the fence of a historic synagogue, killing 16 persons including 11 German citizens, one French citizen, and three Tunisians and injuring 26 German citizens. The Islamic Army for the Liberation of the Holy Sites claimed responsibility.

**12 April**

**Israel**

In Jerusalem, a suicide bomber detonated the explosive vest she was wearing, killing six persons, including two Chinese citizens, and wounding 90 others. The Al-Aqsa Martyrs Brigade claimed responsibility.

**14 April**

**India**

In Pulwama, Kashmir, a grenade fired at a police vehicle missed its target, landing in a crowded bus stop, killing one person and injuring 13 others. No one claimed responsibility.

86

SHATSKY-006146

| 16 April | **India** |
| | In Balhama-Rafiabad, armed militants killed five persons and injured two others. The Ikhwan are probably responsible. |

| 26 April | **India** |
| | In Gharat, Kashmir, a bomb planted under a bus was detonated by remote control, killing one person and injuring 21 others—nine security personnel and 12 civilians. No one claimed responsibility. |

| 28 April | **Colombia** |
| | In Bogota, according to US Embassy reporting, a car packed with 88 pounds of explosives was discovered adjacent to the World Business Port commercial building that houses the US Agency for International Development (USAID) and other international organizations. A policeman identified the vehicle as suspicious and called the bomb squad who disarmed the device. No one claimed responsibility. |

**May**

| 4 May | **Istanbul** |
| | In Istanbul, an armed gunman entered a large tourist hotel and took several Turkish nationals and one Bulgarian hostage, according to press and US Embassy reporting. About an hour later, all the hostages were released unharmed, and the gunman surrendered. No group claimed responsibility. |

| 7 May | **Colombia** |
| | In Quebradas, a section of the Cano Limon-Covenas pipeline was bombed, killing two persons, wounding four others, and causing millions of dollars in property damage. The FARC or National Liberation Army (ELN) is probably responsible. |

| 8 May | **Pakistan** |
| | In Karachi, a vehicle parked next to a Navy shuttle bus exploded, killing 10 French nationals and two Pakistanis and wounding 19 others—11 French nationals and eight Pakistanis—shattering windows in nearby buildings and leaving a large crater in the road, according to press reports. Al-Qaida is probably responsible. |

| 9 May | **Lebanon** |
| | In Tripoli, a bomb placed beside a US fast food restaurant—Kentucky Fried Chicken (KFC)—detonated, wounding an employee, according to press reports. No one claimed responsibility. |
| | **Russia** |
| | In Kapiisk, Dagestan, militants detonated a remote-controlled bomb in the bushes as the May Day Parade was passing by on Main Street, killing 42 persons, including 14 soldiers, and wounding 150 others, including 50 soldiers, according to press reports. Islamist militants linked to al-Qaida are probably responsible. |
| | **Thailand** |
| | In Tachilek, a bomb exploded at a hotel, killing one Burmese national and injuring three others. No one claimed responsibility. |

87

SHATSKY-006147

**10 May**        **United Kingdom**
In London, a timer-detonated bomb exploded at the Armenian Embassy. No casualties were reported, and no one claimed responsibility.

**14 May**        **India**
In Kaluchak, Jammu, militants fired on a passenger bus, killing seven persons, then entered a military housing complex killing three soldiers, four soldiers' wives, and three children. The Al-Mansooran and Jamiat ul-Mujahedin claimed responsibility.

**17 May**        **India**
In Srinagar, Kashmir, a bomb exploded outside the high-security civil secretariat area, injuring six persons. No one claimed responsibility.

In Jammu, Kashmir, a bomb exploded at a fire services headquarters, killing two persons and injuring 16 others. No one claimed responsibility.

**21 May**        **Colombia**
In Srinagar, armed gunmen killed a senior Hurriyat conference leader, according to press reports. No one claimed responsibility.

**30 May**        **India**
In Kashmir, armed militants shot and injured a subeditor of a local English language newspaper, *Kashmir Images*. No one claimed responsibility.

**June**

**1 June**        **India**
In Kulgam, Kashmir, a grenade thrown into a crowd killed one person and injured seven others. No one claimed responsibility.

              **India**
In Srinagar, armed militants threw a grenade into a paramilitary foot patrol, killing one person and injuring 13 others. No one claimed responsibility.

              **India**
In Anantnag, armed militants threw a grenade into a police station, injuring 18 persons. No one claimed responsibility.

**7 June**        **India**
In Pindi, armed militants killed one person, injured three others, and damaged several houses. No one claimed responsibility.

Philippine military units on a rescue mission engaged terrorists from the ASG in a firefight that took the life of US citizen Martin Burnham, who had been held hostage along with his wife, for more than a year. She was wounded and freed.

**9 June**        **India**
In Rajouri, Kashmir, armed militants wounded six persons including three security personnel and damaged a television tower building. No one claimed responsibility.

SHATSKY-006148

**14 June**

**Pakistan**
In Karachi, a vehicle bomb exploded on the main road near the US Consulate and Marriott Hotel, killing 11 persons, injuring 51 others, including a US and a Japanese citizen, and damaging nearby buildings. Al Qaida or Al-Qa'nun is possibly responsible.

**19 June**

**Israel**
In Jerusalem, a suicide bomber jumped out of a car, ran into the concrete shelter at a bus stop, and detonated the explosive device he was wearing, killing six persons and wounding 43 others, including two US citizens. The Al-Aqsa Martyrs Brigades claimed responsibility.

**20 June**

**Pakistan**
In Neelum Valley, armed militants fired on a passenger bus sending it over a cliff, killing the driver and nine passengers and injuring 12 others. No one claimed responsibility.

**21 June**

**Spain**
In Fuengirola, a vehicle bomb exploded in a parking lot adjacent to a beach hotel/ apartment building injuring six persons, including four Britons, one Moroccan, and one Spaniard. The Basque Fatherland and Liberty is probably responsible.

**24 June**

**India**
In Kupwara, Kashmir, a bomb exploded at the State Law and Parliamentary Minister's residence, injuring five police officers guarding the home. No one claimed responsibility.

**30 June**

**India**
In Nishat, Kashmir, armed militants killed a National Conference leader. No one claimed responsibility.

**July**

**5 July**

**Algeria**
In Larbaa, rebels detonated a homemade bomb in the downtown area, killing 35 persons, including two Nigerian citizens, and wounding 80 others. The Armed Islamic Group is possibly responsible.

**8 July**

**India**
In Indh, Kashmir, a bomb exploded near a water tank, killing three persons. No one claimed responsibility.

**13 July**

**India**
In Jammu, armed militants attacked a village, killing 27 persons. The Lashkar-e-Tayyiba is probably responsible.

**Pakistan**
In Mansehra, a grenade thrown into a group of European tourists visiting at an archeological site exploded, injuring 12 persons—seven Germans, one Austrian, one Slovak, and three Pakistanis. No one claimed responsibility.

89

SHATSKY-006149

**17 July**

**India**

In Anantnag, Kashmir, a bomb exploded in a government building, killing three persons and injuring nine others. No one claimed responsibility.

**Israel**

In Tel Aviv, two suicide bombers carried out an attack simultaneously near the old bus station, killing five persons, including one Romanian and two Chinese, and wounding 38 others, including one Romanian. The Islamic Jihad claimed responsibility.

**22 July**

**India**

In Sumber, Kashmir, armed militants killed three persons, all members of the Village Defense Committee. No one claimed responsibility.

**24 July**

**India**

In Rajouri, Kashmir, a grenade exploded in a crowded marketplace, killing one person and injuring 27 others. No one claimed responsibility.

**25 July**

**India**

In Batmaloo, Kashmir, militants threw a grenade into a crowded marketplace, injuring 15 persons. No one claimed responsibility.

**31 July**

**West Bank**

In Jerusalem, a bomb hidden in a bag that was placed on a table in the Frank Sinatra International Student Center, Hebrew University, detonated, killing nine persons including five US citizens and four Israeli citizens and wounding approximately 87 others including four US citizens, two Japanese citizens, and three South Korean citizens, according to media reports. The Islamic Resistance Movement (HAMAS) claimed responsibility.

**August**

**4 August**

**Israel**

In Safed, a suicide bomber boarded a bus and detonated the explosive device he was wearing, killing nine persons, including two Philippine citizens, and injuring 50 others, including an unspecified number of military personnel returning from leave. HAMAS claimed responsibility.

**5 August**

**India**

In Malik, Kashmir, a grenade was thrown into a crowded marketplace injuring 10 persons. No one claimed responsibility.

**Pakistan**

In Murree, gunmen attacked a Christian School attended by 146 children of missionaries from around the world, killing six persons—two security guards, a cook, a carpenter, a receptionist, and a private citizen—and injuring a Filipino citizen visiting her son. A group called al-Intigami al-Pakistani claimed responsibility.

SHATSKY-006150

| | |
|---|---|
| **6 August** | **Colombia**<br>In Cuanata, a bomb exploded on a segment of the Canadian-owned Ocensa oil pipeline, causing oil spillage and environmental damage. The explosion forced the suspension of crude oil transport to the Port of Covenas. The FARC is responsible. |
| | **India**<br>In Pahalgam, Kashmir, armed militants threw several grenades and then fired into a group of Hindu pilgrims, killing nine persons and injuring 32 others. The Lashkar-e-Tayyiba claimed responsibility. |
| **13 August** | **India**<br>In Anantnag, Kashmir, a bomb exploded at a bus stop, killing one person and injuring 21 others. No one claimed responsibility. |
| **20 August** | **Germany**<br>In Berlin, militants occupied the Iraqi Embassy, taking hostage six Iraqi nationals and injuring two persons. German police ended the five-hour siege and arrested the five militants. The Democratic Iraqi Opposition is responsible. |
| **25 August** | **Afghanistan**<br>In Kabul, a bomb exploded outside the United Nations main guesthouse, injuring two persons. There were 50 persons living at the guesthouse. No one claimed responsibility. |
| **28 August** | **Ecuador**<br>In Guayaquil, a pamphlet bomb exploded at a McDonald's restaurant, injuring three persons and causing major property damage. The Revolutionary Armed Forces of Ecuador is responsible. |
| **31 August** | **India**<br>In Mahore, armed militants entered the private residence of a Revenue Department official who had been deployed on election duty, killing three persons. No one claimed responsibility. |
| **September** | |
| **3 September** | **India**<br>In Langet, Kashmir, armed militants attacked a political rally, killing three persons and injuring four others. No one claimed responsibility. |
| | **India**<br>In Kishtwar, Kashmir, a bomb exploded near the downtown area, injuring 19 persons. The Hizb ul-Mujahedin is possibly responsible. |
| **6 September** | **Macedonia**<br>In Skopje, a bomb exploded in a restaurant, injuring two persons including one Turkish citizen. No one claimed responsibility. |
| **8 September** | **India**<br>In Dodasanpal, Kashmir, armed militants killed five persons and injured one other. No one claimed responsibility. |

91

SHATSKY-006151

| | |
|---|---|
| **11 September** | **India**<br>In Dhamhal Hanjipora, Kashmir, militants hurled a grenade at the private residence of the Minister of Tourism, injuring four persons inside. No one claimed responsibility. |
| | **India**<br>In Tikipora, Kashmir, armed militants killed the Law Minister and six security guards escorting him while he was out campaigning. Three different groups claimed responsibility: Lashkar-e-Tayyiba, Jamiat ul-Mujahedin, and Hizb ul-Mujahedin. |
| **15 September** | **India**<br>In Dhamhal Hanjipora, Kashmir, armed militants fired on then threw an improvised explosive device at the motorcade carrying the Minister of Tourism, killing a police officer and injuring two others. The Minister of Tourism escaped unharmed. No one claimed responsibility. |
| **17 September** | **India**<br>In Srinagar, Kashmir, armed militants shot and injured the leading editor of the *Urdu Daily Srinagar Times* at his private residence. No one claimed responsibility. |
| | **India**<br>In Srinagar, militants lobbed a grenade at the office of a local political party, injuring a security guard. No one claimed responsibility. |
| **18 September** | **West Bank**<br>In Yahad, gunmen ambushed and overturned a vehicle on the Mevo Dotan-Hermesh Road, killing one person, an Israeli, and wounding a Romanian worker. The Al-Aqsa Martyrs Brigades claimed responsibility. |
| **19 September** | **Israel**<br>In Tel Aviv, a suicide bomber boarded a bus and detonated the explosive device concealed in his backpack, killing five Israelis and one UK citizen and wounding 52 others, according to media and US Embassy reporting. HAMAS claimed responsibility. |
| **20 September** | **India**<br>In Jammu, Kashmir, armed militants killed a senior National Conference Party worker in his home. No one claimed responsibility. |
| | **India**<br>In Srinagar, Kashmir, armed militants opposed to Indian held elections, killed a political activist of the ruling National Conference Party. A National Conference leader stated that the Hizb ul-Mujahedin may be responsible. |
| **22 September** | **India**<br>In Shopian, Kashmir, armed militants threw grenades and then fired at the residence of the ruling National Conference legislator who was in residence at the time but was unharmed in the attack. No one claimed responsibility. |

92

SHATSKY-006152

**India**

In Bandgam, Kashmir, armed militants shot and killed the Ruling Block president. No one claimed responsibility.

**23 September**

**India**

In Bijbiara, Kashmir, militants hurled a grenade at a vehicle belonging to the Jammu and Kashmir's Peoples Democratic Party. The grenade missed its target and exploded on the roadside, injuring eight persons. No one claimed responsibility.

**India**

In Sangam, Kashmir, armed militants attempted to hurl a grenade at a political rally, but it missed the intended victims, exploded near a group of private citizens and injured eight persons. No one claimed responsibility.

**India**

In Srinagar, Kashmir, militants hurled a grenade at an army vehicle but missed its target and exploded in a crowded marketplace, injuring 12 persons and two police officers. No one claimed responsibility.

**27 September**

**India**

In Pulwama, Kashmir, a grenade exploded on the road, injuring 17 persons and five soldiers. The attack came right before India's scheduled elections.

**28 September**

**India**

In Devsar, Kashmir, a landmine exploded under a vehicle carrying a National Congress Party member and three other persons. The explosion killed the three passengers and injured the National Congress Party member. No one claimed responsibility.

**29 September**

**India**

In Tral, Kashmir, militants threw a grenade at a bus station, killing one person and injuring 12 others, according to press reports. No one claimed responsibility.

**India**

In Ganderbal, Kashmir, armed militants killed a political activist belonging to the ruling National Conference Party. No one claimed responsibility.

**30 September**

**India**

In Manda Chowk, Kashmir, a timed device exploded on a bus carrying Hindu pilgrims, killing one person and injuring 18 others. No one claimed responsibility.

**October**

**1 October**

**India**

In Kathu, Kashmir, militants hijacked a minivan, driving it into a utility pole near an open-air vegetable market. The gunmen fired grenades at the minivan, killing all nine passengers. The Al-Arifeen, an offshoot group of the Lashkar-e-Tayyiba, claimed responsibility.

SHATSKY-006153

| | |
|---|---|
| **2 October** | **India**<br>In Haihama, Kashmir, armed militants killed three political activists working with India's ruling National Conference Party. The Al-Arifeen, an offshoot group of the Lashkar-e-Tayyaiba, claimed responsibility. |
| **6 October** | **Yemen**<br>In al-Dhabbah, a small boat carrying a large amount of explosives rammed the hull of the French oil tanker Limburg as it was anchored approximately 5 miles from port. The attack killed one person and wounded four others. Al-Qaida is probably responsible. |
| **8 October** | **India**<br>In Doda, Kashmir, armed militants hurled grenades and then fired into a polling station, causing no injuries. No one claimed responsibility. |
| | **India**<br>In Kashmir, militants attempted to throw a grenade at a security patrol, but the grenade missed the target and exploded in a crowded marketplace, injuring 14 persons. No one claimed responsibility. |
| | **Kuwait**<br>On Failaka Island, gunmen attacked US soldiers while they were conducting a non-live-fire exercise, killing one US Marine and wounding one other. Al-Qaida claimed responsibility. |
| **12 October** | **Indonesia**<br>In Manado, a bomb exploded near the Philippine Consulate, damaging the front gate and breaking several windows. No one claimed responsibility. |
| | **Indonesia**<br>In Bali, a car bomb exploded outside the Sari Club Discotheque on Legian Street, a busy tourist area filled with nightclubs, cafes, and bars, killing at least 187 international tourists and injuring about 300 others. The resulting fire also destroyed the nearby Padi Club and Panin Bank and other buildings and cars. Al-Qaida claimed responsibility for this attack. |
| **20 October** | **India**<br>In Onagam, armed militants killed three persons and injured two others near a mosque. No one claimed responsibility. |
| **23 October** | **Russia**<br>In Moscow, 50 armed Chechen rebels took control of the Palace of Culture Theater to demand an end to the war in Chechnya. The theater was rigged with landmines and explosive devices to control hostages and promote leverage with Russian authorities. The rebels held more than 800 hostages including foreign nationals from the United Kingdom, France, Belarus, Germany, Azerbaijan, Georgia, Bulgaria, Netherlands, Ukraine, Israel, Austria, United States, and two permanent residents of the United States. During the three-day siege, rebels killed one Russian police officer and five Russian hostages. |

94

SHATSKY-006154

On 26 October, the third day of the siege, Russian Special Forces administered the anesthetic gas fentanyl through the ventilation system. Commandos stormed the theater and killed all of the Chechen rebels after a brief gun battle. In the rescue attempt, 124 hostages died including citizens from Russia (115), United States (1), Azerbaijan (1), Netherlands (1), Ukraine (2), Armenia (1), Austria (1), Kazakhstan (1), and Belarus (1). Chechen rebels led by Movsar Barayev claimed responsibility.

**25 October**      **Russia**

In Moscow, an explosive device described as a shrapnel-filled artillery shell equivalent to five kilograms of TNT exploded in an automobile parked in a McDonald's parking lot, killing one person and injuring eight others. The explosion caused major damage to the restaurant. The explosive device was similar to the type commonly used in Chechnya. Russian authorities arrested a Chechen male in connection with the explosion. No one claimed responsibility.

**28 October**      **Jordan**

In Amman, press reports stated that gunmen shot and killed a US diplomat, the senior administrator at the US Agency for International Development (USAID). The Honest People of Jordan claimed responsibility.

**November**

**18 November**      **Turkey**

In Istanbul, an Israeli Arab attempted to hijack El Al Flight 581, 15 minutes before landing. The passenger ran toward the cockpit, attacked the stewardess with a penknife, and demanded that she open the cockpit door. Security guards simultaneously overpowered the man and took him into custody. Shin Bet stated that his actions were nationalistically motivated. No one claimed responsibility.

**21 November**      **Israel**

In Jerusalem, a suicide bomber entered a bus on Mexico Street near Kiryat Menachem and detonated the explosive device he was wearing, killing 11 persons including a Romanian citizen and wounding 50 others, according to media and US Consulate reports. HAMAS claimed responsibility.

**Kuwait**

In Kuwait City, a Kuwaiti police officer stopped and shot two US soldiers driving a rental car, wounding both, according to media and US Embassy reports. The military personnel were both in uniform and armed but did not return fire. No group claimed responsibility.

**Lebanon**

In Sidon, a gunman shot and killed a US citizen who was an office manager/nurse for a church-run health facility, according to media and US Embassy reports. The female victim, married to a citizen of the United Kingdom, was shot as she entered the facility. An' Asbat al-Ansar–linked extremist is probably responsible.

**24 November**      **India**

In Jammu, Kashmir, armed militants attacked the Reghunath and Shiv temples, killing 13 persons and wounding 50 others. The Lashkar-e-Tayyiba claimed responsibility for this attack.

95

SHATSKY-006155

**28 November**      **Kenya**
In Mombasa, a vehicle containing three suicide bombers drove into the front of the Paradise Hotel and exploded, killing 15 persons including three Israelis and 12 Kenyans and wounding 40 others including 18 Israelis and 22 Kenyans. Al-Qaida, the Government of Universal Palestine in Exile, and the Army of Palestine claimed responsibility. Al-Ittihad al-Islami (AIAI) is probably linked to the attack.

**Kenya**
In Mombasa, two SA-7 Strela antiaircraft missiles were launched but missed downing a Arkia Boeing 757 taking off from Mombasa enroute to Israel. The aircraft carried 261 passengers and continued its flight. Al-Qaida, the Government of Universal Palestine in Exile, and the Army of Palestine claimed responsibility. AIAI is probably linked to the attack according to reports.

**30 November**      **India**
In Awantipora, Kashmir, a grenade exploded, injuring four persons. No one claimed responsibility.

**India**
In Srinagar, Kashmir, a bomb exploded near a police vehicle, injuring seven persons. No one claimed responsibility.

**India**
In Srinagar, Kashmir, a bomb exploded near a police vehicle, injuring seven persons. No one claimed responsibility.

**December**

**4 December**      **India**
In Srinagar, Kashmir, authorities safely defused a bomb found at a bus station. No one claimed responsibility.

**5 December**      **Pakistan**
In Karachi, a bomb exploded at the Macedonia Consulate destroying the consulate building. When the authorities searched through the debris, they found three local workers with their throats slit. No one claimed responsibility.

**6 December**      **India**
In Rajpora Chowk, Kashmir, militants threw a grenade toward a vehicle carrying several military officers, but it missed its mark and landed near a group of private citizens, injuring eight persons. No one claimed responsibility.

**India**
In Damhal Hanjipora, Kashmir, militants threw a grenade and fired shots at the private residence of a former minister. The Lashkar-e-Tayyiba probably is responsible.

96

SHATSKY-006156

**India**

In Pulwama, Kashmir, armed militants killed the brother of the recently slain Law Minister outside his private residence. The militants threw a grenade then fired shots at him. The Lashkar-e-Tayyiba claimed responsibility in a communique to a local television station.

**India**

In Bombay, a bomb exploded at a local McDonald's restaurant located in a busy rail station mall, injuring 23 persons. The bomb consisted of gunpowder, nails, and iron balls and followed a bomb attack on 6 December at a McDonald's outlet in the Indonesian city of Makassar. No one claimed responsibility.

**Indonesia**

In Makassar, a bomb exploded in a McDonald's restaurant, killing three persons, injuring 11 others, and causing major damage to the restaurant. No one claimed responsibility though police are focusing on a hardline Islamic group, Laskar Jundullah.

18 December    **India**

In Yaripora, Kashmir, militants lobbed a handgrenade at a parked military vehicle, but it missed its target and landed near a group of private citizens, injuring 15 persons, three military personnel, and causing major damage to the military vehicle. No one claimed responsibility.

20 December    **India**

In Kashmir, armed militants killed a newly elected state legislator. No one claimed responsibility.

24 December    **Pakistan**

In Islamabad, authorities safely dismantled several grenades and about 30 rounds of ammunition, which had been placed in a bag near a church where local and Western worshippers were to gather for Christmas services. An anonymous phone call to the local authorities had warned that a bomb had been placed near the church. No one claimed responsibility.

26 December    **Philippines**

In Zamboanga del Norte, armed militants ambushed a bus carrying Filipino workers employed by a local Canadian mining company, killing 13 persons and injuring 10 others. Police said that the Moro Islamic Liberation Front (MILF) had been extorting money from the workers' employer, the Calgary-based mining firm Toronto Ventures Inc. Pacific. The Catholic charity Caritas-Philippines said that the Canadian mining company has been harassing tribesmen opposed to mining operations on their ancestral lands. Authorities have accused the MILF of carrying out the attack.

27 December    **Chechnya**

In Grozny, suicide bombers drove two trucks packed with explosives to the headquarters of Chechnya's pro-Moscow government building and detonated them, killing 72 persons and wounding 210 others. Chechen officials believe the explosives had the force of one ton of TNT and left a 20-foot-wide crater. The explosions

97

SHATSKY-006157

destroyed the government building and caused extensive damage to surrounding government facilities. The Kavkaz Center, which operates a Chechen Web site, reported that Chechen *shaheeds* (martyrs) were responsible.

**30 December**          **Yemen**

In Jibla, a gunman entered a Baptist missionary hospital, killing three persons and wounding one other, all US citizens. The gunman is believed to have acted alone. He admitted, however, to being affiliated with the Islah Party and coordinated the attack with Ali al-Jarala who had killed Yemeni Socialist Party leader Jarala Omar.

98

SHATSKY-006158

**Appendix B**

**Background Information on Designated
Foreign Terrorist Organizations**

**Contents**

|  | *Page* |
|---|---|
| Abu Nidal organization (ANO) | 101 |
| Abu Sayyaf Group (ASG) | 101 |
| Al-Aqsa Martyrs Brigade | 102 |
| Armed Islamic Group (GIA) | 103 |
| 'Asbat al-Ansar | 103 |
| Aum Supreme Truth (Aum) Aum Shinrikyo, Aleph | 104 |
| Basque Fatherland and Liberty (ETA) | 105 |
| Communist Party of Philippines/New People's Army (CPP/NPA) | 105 |
| Al-Gama'a al-Islamiyya (Islamic Group, IG) | 106 |
| HAMAS (Islamic Resistance Movement) | 107 |
| Harakat ul-Mujahidin (HUM) | 107 |
| Hizballah (Party of God) | 108 |
| Islamic Movement of Uzbekistan (IMU) | 109 |
| Jaish-e-Mohammed (JEM) | 109 |
| Jemaah Islamiya  (JI) | 110 |
| Al-Jihad (Egyptian Islamic Jihad) | 111 |
| Kahane Chai (Kach) | 111 |
| Kurdistan Workers' Party (PKK, KADEK) | 112 |
| Lashkar-e-Tayyiba (LT) | 113 |
| Lashkar I Jhangvi (LJ) | 114 |
| Liberation Tigers of Tamil Eelam (LTTE) | 114 |
| Mujahedin-e Khalq Organization (MEK or MKO) | 115 |
| National Liberation Army (ELN)—Colombia | 116 |
| Palestine Islamic Jihad (PIJ) | 117 |
| Palestine Liberation Front (PLF) | 117 |
| Popular Front for the Liberation of Palestine (PFLP) | 117 |
| Popular Front for the Liberation of Palestine-General Command (PFLP-GC) | 118 |
| Al-Qaida | 118 |
| Real IRA (RIRA) | 119 |
| Revolutionary Armed Forces of Colombia (FARC) | 120 |
| Revolutionary Nuclei | 121 |
| Revolutionary Organization 17 November (17 November) | 122 |
| Revolutionary People's Liberation Party/Front (DHKP/C) | 122 |
| Salafist Group for Call and Combat (GSPC) | 123 |
| Sendero Luminoso (Shining Path or SL) | 123 |
| United Self-Defense Forces/Group of Colombia (AUC) | 124 |

SHATSKY-006159

SHATSKY-006160

*The following descriptive list constitutes the 36 terrorist groups that currently (as of 30 January 2003) are designated by the Secretary of State as Foreign Terrorist Organizations (FTOs), pursuant to section 219 of the Immigration and Nationality Act, as amended by the Antiterrorism and Effective Death Penalty Act of 1996. The designations carry legal consequences:*

- *It is unlawful to provide funds or other material support to a designated FTO.*

- *Representatives and certain members of a designated FTO can be denied visas or excluded from the United States.*

- *US financial institutions must block funds of designated FTOs and their agents and must report the blockage to the US Department of the Treasury.*

**Abu Nidal organization (ANO)**
a.k.a. Fatah—the Revolutionary Council, Arab Revolutionary Brigades, Black September, and Revolutionary Organization of Socialist Muslims

**Description**
International terrorist organization founded by Sabri al-Banna (a.k.a Abu Nidal). Split from PLO in 1974. Made up of various functional committees, including political, military, and financial. In November 2002, Abu Nidal died in Baghdad; the new leadership of the organization is unclear.

**Activities**
Has carried out terrorist attacks in 20 countries, killing or injuring almost 900 persons. Targets include the United States, the United Kingdom, France, Israel, moderate Palestinians, the PLO, and various Arab countries. Major attacks included the Rome and Vienna airports in December 1985, the Neve Shalom synagogue in Istanbul and the Pan Am Flight 73 hijacking in Karachi in September 1986, and the City of Poros day-excursion ship attack in Greece in July 1988. Suspected of assassinating PLO deputy chief Abu Iyad and PLO security chief Abu Hul in Tunis in January 1991. ANO assassinated a Jordanian diplomat in Lebanon in January 1994 and has been linked to the killing of the PLO representative there. Has not staged a major attack against Western targets since the late 1980s.

**Strength**
Few hundred plus limited overseas support structure.

**Location/Area of Operation**
Al-Banna relocated to Iraq in December 1998, where the group maintains a presence. Has an operational presence in Lebanon including in several Palestinian refugee camps. Authorities shut down the ANO's operations in Libya and Egypt in 1999. Has demonstrated ability to operate over wide area, including the Middle East, Asia, and Europe. Financial problems and internal disorganization have reduced the group's activities and capabilities.

**External Aid**
Has received considerable support, including safehaven, training, logistic assistance, and financial aid from Iraq, Libya, and Syria (until 1987), in addition to close support for selected operations.

**Abu Sayyaf Group (ASG)**

**Description**
The ASG is the most violent of the separatist groups operating in the southern Philippines. Some ASG leaders allegedly fought in Afghanistan during the Soviet war and are students and proponents of radical Islamic teachings. The group split from the Moro National

101

SHATSKY-006161

Liberation Front in the early 1990s under the leadership of Abdurajak Abubakar Janjalani, who was killed in a clash with Philippine police on 18 December 1998. His younger brother, Khadaffy Janjalani, has replaced him as the nominal leader of the group, which is composed of several semiautonomous factions.

## Activities

Engages in kidnappings for ransom, bombings, assassinations, and extortion. Although from time to time it claims that its motivation is to promote an independent Islamic state in western Mindanao and the Sulu Archipelago, areas in the southern Philippines heavily populated by Muslims, the ASG has primarily used terror for financial profit. Recent bombings may herald a return to a more radical, politicized agenda. The group's first large-scale action was a raid on the town of Ipil in Mindanao in April 1995. In April of 2000, an ASG faction kidnapped 21 persons, including 10 foreign tourists, from a resort in Malaysia. Separately in 2000, the group abducted several foreign journalists, three Malaysians, and a US citizen. On 27 May 2001, the ASG kidnapped three US citizens and 17 Filipinos from a tourist resort in Palawan, Philippines. Several of the hostages, including one US citizen, were murdered. During a Philippine military hostage rescue operation on 7 June 2002, US hostage Gracia Burnham was rescued, but US hostage Martin Burnham and Filipina Deborah Yap were killed during the operation. Philippine authorities say that the ASG had a role in the bombing near a Philippine military base in Zamboanga on 2 October that killed three Filipinos and one US serviceman and wounded 20 others.

## Strength

Estimated to have 200 to 500 members.

## Location/Area of Operation

The ASG was founded in Basilan Province and mainly operates there and in the neighboring provinces of Sulu and Tawi-Tawi in the Sulu Archipelago. It also operates in the Zamboanga peninsula, and members occasionally travel to Manila and other parts of the country. The group expanded its operations to Malaysia in 2000 when it abducted foreigners from a tourist resort.

## External Aid

Largely self-financing through ransom and extortion; may receive support from Islamic extremists in the Middle East and South Asia. Libya publicly paid millions of dollars for the release of the foreign hostages seized from Malaysia in 2000.

**Al-Aqsa Martyrs Brigade (al-Aqsa)**

## Description

The al-Aqsa Martyrs Brigade comprises an unknown number of small cells of Fatah-affiliated activists that emerged at the outset of the current *intifadah* to attack Israeli targets. It aims to drive the Israeli military and settlers from the West Bank, Gaza Strip, and Jerusalem and to establish a Palestinian state.

## Activities

Al-Aqsa has carried out shootings and suicide operations against Israeli military personnel and civilians and has killed Palestinians who it believed were collaborating with Israel. At least five US citizens, four of them dual Israeli-US citizens, were killed in al-Aqsa's attacks. The group probably did not attack them because of their US citizenship. In January 2002, al-Aqsa claimed responsibility for the first suicide bombing carried out by a female.

## Strength

Unknown.

102

SHATSKY-006162

**Location/Area of Operation**

Al-Aqsa operates mainly in the West Bank and has claimed attacks inside Israel and the Gaza Strip. It may have followers in Palestinian refugee camps in southern Lebanon.

**External Aid**

Unknown.

**Armed Islamic Group (GIA)**

**Description**

An Islamic extremist group, the GIA aims to overthrow the secular Algerian regime and replace it with an Islamic state. The GIA began its violent activity in 1992 after Algiers voided the victory of the Islamic Salvation Front—the largest Islamic opposition party—in the first round of legislative elections in December 1991.

**Activities**

Frequent attacks against civilians and government workers. Since 1992, the GIA has conducted a terrorist campaign of civilian massacres, sometimes wiping out entire villages in its area of operation, although the group's dwindling numbers have caused a decrease in the number of attacks. Since announcing its campaign against foreigners living in Algeria in 1993, the GIA has killed more than 100 expatriate men and women—mostly Europeans—in the country. The group uses assassinations and bombings, including car bombs, and it is known to favor kidnapping victims and slitting their throats. The GIA hijacked an Air France flight to Algiers in December 1994. In 2002, a French court sentenced two GIA members to life in prison for conducting a series of bombings in France in 1995.

**Strength**

Precise numbers unknown, probably fewer than 100.

**Location/Area of Operation**

Algeria.

**External Aid**

None known.

**'Asbat al-Ansar**

**Description**

'Asbat al-Ansar—the League of the Followers—is a Lebanon-based, Sunni extremist group, composed primarily of Palestinians and associated with Usama Bin Ladin. The group follows an extremist interpretation of Islam that justifies violence against civilian targets to achieve political ends. Some of those goals include overthrowing the Lebanese Government and thwarting perceived anti-Islamic and pro-Western influences in the country.

**Activities**

'Asbat al-Ansar has carried out multiple terrorist attacks in Lebanon since it first emerged in the early 1990s. The group assassinated Lebanese religious leaders and bombed nightclubs, theaters, and liquor stores in the mid-1990s. The group raised its operational profile in 2000 with two attacks against Lebanese and international targets. It was involved in clashes in northern Lebanon in December 1999 and carried out a rocket-propelled grenade attack on the Russian Embassy in Beirut in January 2000.

In 2002, there was an increase in anti-US attacks, including bombings of US-franchised restaurants and the murder of an American missionary. The perpetrators are believed to be Sunni extremists that may be linked to 'Asbat al-Ansar.

103

SHATSKY-006163

**Strength**

The group commands about 300 fighters in Lebanon.

**Location/Area of Operation**

The group's primary base of operations is the 'Ayn al-Hilwah Palestinian refugee camp near Sidon in southern Lebanon.

**External Aid**

Probably receives money through international Sunni extremist networks and Bin Ladin's al-Qaida network.

**Aum Supreme Truth (Aum)**
a.k.a. Aum Shinrikyo, Aleph

**Description**

A cult established in 1987 by Shoko Asahara, the Aum aimed to take over Japan and then the world. Approved as a religious entity in 1989 under Japanese law, the group ran candidates in a Japanese parliamentary election in 1990. Over time the cult began to emphasize the imminence of the end of the world and stated that the United States would initiate Armageddon by starting World War III with Japan. The Japanese Government revoked its recognition of the Aum as a religious organization in October 1995, but in 1997, a government panel decided not to invoke the Anti-Subversive Law against the group, which would have outlawed the cult. A 1999 law gave the Japanese Government authorization to continue police surveillance of the group due to concerns that the Aum might launch future terrorist attacks. Under the leadership of Fumihiro Joyu, the Aum changed its name to Aleph in January 2000 and claimed to have rejected the violent and apocalyptic teachings of its founder. (Joyu took formal control of the organization early in 2002 and remains its leader.)

**Activities**

On 20 March 1995, Aum members simultaneously released the chemical nerve agent sarin on several Tokyo subway trains, killing 12 persons and injuring up to 6,000. The group was responsible for other mysterious chemical accidents in Japan in 1994. Its efforts to conduct attacks using biological agents have been unsuccessful. Japanese police arrested Asahara in May 1995, and he remained on trial facing charges for 13 crimes, including 7 counts of murder at the end of 2001. Legal analysts say it will take several more years to conclude the trial. Since 1997, the cult continued to recruit new members, engage in commercial enterprise, and acquire property, although it scaled back these activities significantly in 2001 in response to public outcry. The cult maintains an Internet home page. In July 2001, Russian authorities arrested a group of Russian Aum followers who had planned to set off bombs near the Imperial Palace in Tokyo as part of an operation to free Asahara from jail and then smuggle him to Russia.

**Strength**

The Aum's current membership is estimated at 1,500 to 2,000 persons. At the time of the Tokyo subway attack, the group claimed to have 9,000 members in Japan and up to 40,000 worldwide.

**Location/Area of Operation**

The Aum's principal membership is located only in Japan, but a residual branch comprising an unknown number of followers has surfaced in Russia.

**External Aid**

None.

104

SHATSKY-006164

**Basque Fatherland and Liberty (ETA)**
a.k.a. Euzkadi Ta Askatasuna

**Description**
Founded in 1959 with the aim of establishing an independent homeland based on Marxist principles in the northern Spanish Provinces of Vizcaya, Guipuzcoa, Alava, and Navarra, and the southwestern French Departments of Labourd, Basse-Navarra, and Soule. Recent Spanish counterterrorism initiatives are hampering the group's operational capabilities. Spanish police arrested 123 ETA members and accomplices in 2002; French authorities arrested dozens more. In August, a Spanish judge placed a provisional ban on ETA's political wing, Batasuna.

**Activities**
Primarily involved in bombings and assassinations of Spanish Government officials, security and military forces, politicians, and judicial figures; in December 2002, however, ETA reiterated its intention to target Spanish tourist areas. In 2002, ETA killed five persons, including a child, a notable decrease from 2001's death toll of 15, and wounded approximately 90 persons. The group has killed more than 800 persons and injured hundreds of others since it began lethal attacks in the early 1960s. ETA finances its activities through kidnappings, robberies, and extortion.

**Strength**
Unknown; hundreds of members, plus supporters.

**Location/Area of Operation**
Operates primarily in the Basque autonomous regions of northern Spain and southwestern France, but also has bombed Spanish and French interests elsewhere.

**External Aid**
Has received training at various times in the past in Libya, Lebanon, and Nicaragua. Some ETA members allegedly have received sanctuary in Cuba while others reside in South America.

**Communist Party of Philippines/New People's Army (CPP/NPA)**

**Description**
The military wing of the Communist Party of the Philippines (CPP), the NPA is a Maoist group formed in March 1969 with the aim of overthrowing the government through protracted guerrilla warfare. The chairman of the CPP's Central Committee and the NPA's founder, Jose Maria Sison, directs all CPP and NPA activity from the Netherlands, where he lives in self-imposed exile. Fellow Central Committee member and director of the CPP's National Democratic Front (NDF) Luis Jalandoni also lives in the Netherlands and has become a Dutch citizen. Although primarily a rural-based guerrilla group, the NPA has an active urban infrastructure to conduct terrorism and uses city-based assassination squads. Derives most of its funding from contributions of supporters in the Philippines, Europe, and elsewhere, and from so-called revolutionary taxes extorted from local businesses.

**Activities**
The NPA primarily targets Philippine security forces, politicians, judges, government informers, former rebels who wish to leave the NPA, and alleged criminals. Opposes any US military presence in the Philippines and attacked US military interests before the US base closures in 1992. Press reports in 1999 and in late 2001 indicated that the NPA is again targeting US troops participating in joint military exercises as well as US Embassy personnel. The NPA claimed responsibility for the assassination of congressmen from Quezon in May 2001 and Cagayan in June 2001 and many other killings. In January 2002, the NPA publicly expressed its intent to target US personnel in the Philippines.

SHATSKY-006165

**Strength**
Slowly growing; estimated at more than 10,000.

**Location/Area of Operations**
Operates in rural Luzon, Visayas, and parts of Mindanao. Has cells in Manila and other metropolitan centers.

**External Aid**
Unknown.

**Al-Gama'a al-Islamiyya (Islamic Group, IG)**

**Description**
Egypt's largest militant group, active since the late 1970s; appears to be loosely organized. Has an external wing with supporters in several countries worldwide. The group issued a cease-fire in March 1999, but its spiritual leader, Shaykh Umar Abd al-Rahman, sentenced to life in prison in January 1996 for his involvement in the 1993 World Trade Center bombing and incarcerated in the United States, rescinded his support for the cease-fire in June 2000. The Gama'a has not conducted an attack inside Egypt since August 1998. Senior member signed Usama Bin Ladin's *fatwa* in February 1998 calling for attacks against the United States.

Unofficially split in two factions; one that supports the cease-fire led by Mustafa Hamza, and one led by Rifa'i Taha Musa, calling for a return to armed operations. Taha Musa in early 2001 published a book in which he attempted to justify terrorist attacks that would cause mass casualties. Musa disappeared several months thereafter, and there are conflicting reports as to his current whereabouts. In March 2002, members of the group's historic leadership in Egypt declared use of violence misguided and renounced its future use, prompting denunciations by much of the leadership abroad.

For members still dedicated to violent jihad, primary goal is to overthrow the Egyptian Government and replace it with an Islamic state. Disaffected IG members, such as those potentially inspired by Taha Musa or Abd al-Rahman, may be interested in carrying out attacks against US and Israeli interests.

**Activities**
Group conducted armed attacks against Egyptian security and other government officials, Coptic Christians, and Egyptian opponents of Islamic extremism before the cease-fire. From 1993 until the cease-fire, al-Gama'a launched attacks on tourists in Egypt, most notably the attack in November 1997 at Luxor that killed 58 foreign tourists. Also claimed responsibility for the attempt in June 1995 to assassinate Egyptian President Hosni Mubarak in Addis Ababa, Ethiopia. The Gama'a never has specifically attacked a US citizen or facility but has threatened US interests.

**Strength**
Unknown. At its peak the IG probably commanded several thousand hard-core members and a like number of sympathizers. The 1999 cease-fire and security crackdowns following the attack in Luxor in 1997 and, more recently, security efforts following September 11, probably have resulted in a substantial decrease in the group's numbers.

**Location/Area of Operation**
Operates mainly in the Al-Minya, Asyut, Qina, and Sohaj Governorates of southern Egypt. Also appears to have support in Cairo, Alexandria, and other urban locations, particularly among unemployed graduates and students. Has a worldwide presence, including in the United Kingdom, Afghanistan, Yemen, and various locations in Europe.

106

SHATSKY-006166

**External Aid**

Unknown. The Egyptian Government believes that Iran, Bin Ladin, and Afghan militant groups support the organization. Also may obtain some funding through various Islamic nongovernmental organizations (NGO).

**HAMAS (Islamic Resistance Movement)**

**Description**

Formed in late 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood. Various HAMAS elements have used both political and violent means, including terrorism, to pursue the goal of establishing an Islamic Palestinian state in place of Israel. Loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda. HAMAS's strength is concentrated in the Gaza Strip and the West Bank. Also has engaged in peaceful political activity, such as running candidates in West Bank Chamber of Commerce elections.

**Activities**

HAMAS activists, especially those in the Izz al-Din al-Qassam Brigades, have conducted many attacks—including large-scale suicide bombings—against Israeli civilian and military targets. In the early 1990s, they also targeted suspected Palestinian collaborators and Fatah rivals. HAMAS increased its operational activity during 2001-2002 claiming numerous attacks against Israeli interests. The group has not targeted US interests—although some US citizens have been killed in HAMAS operations—and continues to confine its attacks to Israelis inside Israel and the territories.

**Strength**

Unknown number of official members; tens of thousands of supporters and sympathizers.

**Location/Area of Operation**

HAMAS currently limits its terrorist operations to Israeli military and civilian targets in the West Bank, Gaza Strip, and Israel. The group's leadership is dispersed throughout the Gaza Strip and West Bank, with a few senior leaders residing in Syria, Lebanon, and the Gulf States.

**External Aid**

Receives some funding from Iran but primarily relies on donations from Palestinian expatriates around the world and private benefactors in moderate Arab states. Some fundraising and propaganda activity take place in Western Europe and North America.

**Harakat ul-Mujahidin (HUM) (Movement of Holy Warriors)**

**Description**

The HUM is an Islamic militant group based in Pakistan that operates primarily in Kashmir. It is politically aligned with the radical political party, Jamiat-i Ulema-i Islam Fazlur Rehman faction (JUI-F). Longtime leader of the group, Fazlur Rehman Khalil, in mid-February 2000 stepped down as HUM emir, turning the reins over to the popular Kashmiri commander and his second in command, Farooq Kashmiri. Khalil, who has been linked to Bin Ladin and signed his *fatwa* in February 1998 calling for attacks on US and Western interests, assumed the position of HUM Secretary General. HUM operated terrorist training camps in eastern Afghanistan until Coalition airstrikes destroyed them during fall 2001.

**Activities**

Has conducted a number of operations against Indian troops and civilian targets in Kashmir. Linked to the Kashmiri militant group al-Faran that kidnapped five Western tourists in Kashmir in July 1995; one was killed in August 1995 and the other four

107

SHATSKY-006167

reportedly were killed in December of the same year. The HUM is responsible for the hijacking of an Indian airliner on 24 December 1999, which resulted in the release of Masood Azhar—an important leader in the former Harakat ul-Ansar imprisoned by the Indians in 1994—and Ahmed Omar Sheik, who was convicted of the abduction/murder in January-February 2002 of US journalist Daniel Pearl.

**Strength**

Has several thousand armed supporters located in Azad Kashmir, Pakistan, and India's southern Kashmir and Doda regions. Supporters are mostly Pakistanis and Kashmiris and also include Afghans and Arab veterans of the Afghan war. Uses light and heavy machineguns, assault rifles, mortars, explosives, and rockets. HUM lost a significant share of its membership in defections to the Jaish-e-Mohammed (JEM) in 2000.

**Location/Area of Operation**

Based in Muzaffarabad, Rawalpindi, and several other towns in Pakistan, but members conduct insurgent and terrorist activities primarily in Kashmir. The HUM trained its militants in Afghanistan and Pakistan.

**External Aid**

Collects donations from Saudi Arabia and other Gulf and Islamic states and from Pakistanis and Kashmiris. The HUM's financial collection methods also include soliciting donations from magazine ads and pamphlets. The sources and amount of HUM's military funding are unknown. In anticipation of asset seizures by the Pakistani Government, the HUM withdrew funds from bank accounts and invested in legal businesses, such as commodity trading, real estate, and production of consumer goods. Its fundraising in Pakistan has been constrained since the government clampdown on extremist groups and freezing of terrorist assets.

**Hizballah (Party of God)**
a.k.a. Islamic Jihad, Revolutionary Justice Organization, Organization of the Oppressed on Earth, and Islamic Jihad for the Liberation of Palestine

**Description**

Formed in 1982 in response to the Israeli invasion of Lebanon, this Lebanon-based radical Shi'a group takes its ideological inspiration from the Iranian revolution and the teachings of the late Ayatollah Khomeini. The Majlis al-Shura, or Consultative Council, is the group's highest governing body and is led by Secretary General Hassan Nasrallah. Hizballah is dedicated to liberating Jerusalem, ultimately eliminating Israel, and has formally advocated ultimate establishment of Islamic rule in Lebanon. Nonetheless, Hizballah has actively participated in Lebanon's political system since1992. Hizballah is closely allied with, and often directed by, Iran but may have conducted operations that were not approved by Tehran. While Hizballah does not share the Syrian regime's secular orientation, the group has been a strong tactical ally in helping Syria advance its political objectives in the region.

**Activities**

Known or suspected to have been involved in numerous anti-US and anti-Israeli terrorist attacks, including the suicide truck bombings of the US Embassy and US Marine barracks in Beirut in October 1983 and the US Embassy annex in Beirut in September 1984. Three members of Hizballah, 'Imad Mughniyah, Hasan Izz-al-Din, and Ali Atwa, are on the FBI's list of 22 Most Wanted Terrorists for the hijacking in 1985 of TWA Flight 847 during which a US Navy diver was murdered. Elements of the group were responsible for the kidnapping and detention of US and other Westerners in Lebanon in the 1980s. Hizballah also attacked the Israeli Embassy in Argentina in 1992 and the Israeli cultural center in Buenos Aires in 1994. In fall 2000, it captured three Israeli soldiers in the Shab'a Farms and kidnapped an Israeli noncombatant whom it may have lured to Lebanon under false pretenses.

SHATSKY-006168

**Strength**
Several thousand supporters and a few hundred terrrorist operatives.

**Location/Area of Operation**
Operates in the southern suburbs of Beirut, the Bekaa Valley, and southern Lebanon. Has established cells in Europe, Africa, South America, North America, and Asia.

**External Aid**
Receives financial, training, weapons, explosives, political, diplomatic, and organizational aid from Iran and diplomatic, political, and logistic support from Syria.

**Islamic Movement of Uzbekistan (IMU)**

**Description**
Coalition of Islamic militants from Uzbekistan and other Central Asian states opposed to Uzbekistani President Islom Karimov's secular regime. Although the IMU's primary goal remains to overthrow Karimov and establish an Islamic state in Uzbekistan, IMU political and ideological leader Tohir Yoldashev is working to rebuild the organization and appears to have widened the IMU's targets to include all those he perceives as fighting Islam. The IMU generally has been unable to operate in Uzbekistan and thus has been more active in Kyrgystan and Tajikistan.

**Activities**
The IMU primarily targeted Uzbekistani interests before October 2001 and is believed to have been responsible for five car bombs in Tashkent in February 1999. Militants also took foreigners hostage in 1999 and 2000, including four US citizens who were mountain climbing in August 2000, and four Japanese geologists and eight Kyrgyz soldiers in August 1999. Even though the IMU's rhetoric and ultimate goals may have been focused on Uzbekistan, it was generally more active in Kyrgystan and Tajikistan. In Operation Enduring Freedom, the counterterrorism coalition has captured, killed, and dispersed many of the IMU's militants who were fighting with the Taliban in Afghanistan and severely degraded the movement's ability to attack Uzbekistani or Coalition interests in the near term. IMU military leader Juma Namangani was killed during an air strike in Afghanistan in November 2001; Yoldashev remains at large.

**Strength**
Probably fewer than 1,000 militants.

**Location/Area of Operation**
Militants are scattered throughout South Asia, Tajikistan, and Iran. Area of operations includes Afghanistan, Iran, Kyrgyzstan, Pakistan, Tajikistan, and Uzbekistan.

**External Aid**
Support from other Islamic extremist groups and patrons in the Middle East and Central and South Asia.

**Jaish-e-Mohammed (JEM) (Army of Mohammed)**

**Description**
The Jaish-e-Mohammed is an Islamic extremist group based in Pakistan that was formed by Masood Azhar upon his release from prison in India in early 2000. The group's aim is to unite Kashmir with Pakistan. It is politically aligned with the radical political party, Jamiat-i Ulema-i Islam Fazlur Rehman faction (JUI-F). The United States announced the addition of JEM to the US Treasury Department's Office of Foreign Asset Control's (OFAC) list—which includes organizations that are believed to support terrorist groups and have assets in US jurisdiction that can be frozen or controlled—in October 2001 and the Foreign Terrorist Organization list in December 2001.

SHATSKY-006169

**Activities**

The JEM's leader, Masood Azhar, was released from Indian imprisonment in December 1999 in exchange for 155 hijacked Indian Airlines hostages. The 1994 HUA kidnappings by Omar Sheik of US and British nationals in New Delhi and the July 1995 HUA/Al Faran kidnappings of Westerners in Kashmir were two of several previous HUA efforts to free Azhar. The JEM on 1 October 2001 claimed responsibility for a suicide attack on the Jammu and Kashmir legislative assembly building in Srinagar that killed at least 31 persons but later denied the claim. The Indian Government has publicly implicated the JEM—along with Lashkar-e-Tayyiba—for the 13 December 2001 attack on the Indian Parliament that killed nine and injured 18. Pakistani authorities suspect that perpetrators of fatal anti-Christian attacks in Islamabad, Murree, and Taxila, during 2002 were affiliated with the JEM.

**Strength**

Has several hundred armed supporters located in Azad Kashmir, Pakistan, and in India's southern Kashmir and Doda regions, including a large cadre of former HUM members. Supporters are mostly Pakistanis and Kashmiris and also include Afghans and Arab veterans of the Afghan war. Uses light and heavy machineguns, assault rifles, mortars, improvised explosive devices, and rocket grenades.

**Location/Area of Operation**

Based in Peshawar and Muzaffarabad, but members conduct terrorist activities primarily in Kashmir. The JEM maintained training camps in Afghanistan until the fall of 2001.

**External Aid**

Most of the JEM's cadre and material resources have been drawn from the militant groups Harakat ul-Jihad al-Islami (HUJI) and the Harakat ul-Mujahedin (HUM). The JEM had close ties to Afghan Arabs and the Taliban. Usama Bin Ladin is suspected of giving funding to the JEM. The JEM also collects funds through donation requests in magazines and pamphlets. In anticipation of asset seizures by the Pakistani Government, the JEM withdrew funds from bank accounts and invested in legal businesses, such as commodity trading, real estate, and production of consumer goods.

**Jemaah Islamiya (JI)**

**Description**

Jemaah Islamiya is a Southeast Asian terrorist network with links to al-Qaida. The network plotted in secrecy through the late 1990s, following the stated goal of creating an idealized Islamic state comprising Indonesia, Malaysia, Singapore, the southern Philippines, and southern Thailand.

**Activities**

The JI was responsible for the Bali bombings on 12 October 2002, which killed nearly 200 and wounded 300 others. The Bali plot was apparently the final outcome of meetings in early 2002 in Thailand, where attacks against Singapore and soft targets such as tourist spots in the region were considered. In December 2001, Singapore authorities uncovered a JI plot to attack the US and Israeli Embassies and British and Australian diplomatic buildings in Singapore. Recent investigations also linked the JI to December 2000 bombings where dozens of bombs were detonated in Indonesia and the Philippines.

**Strength**

Exact numbers are currently unknown, and Southeast Asian authorities continue to uncover and arrest additional JI elements. Singaporean officials have estimated total JI members to be approximately 5,000. The number of actual operationally oriented JI members probably is several hundred.

110

SHATSKY-006170

**Al-Jihad**

a.k.a. Egyptian Islamic
Jihad, Jihad Group,
Islamic Jihad

**Location/Area of Operation**

Following the regional crackdown against JI, it is unclear how the network has responded. The JI is believed to have cells spanning Indonesia, Malaysia, Singapore, the Philippines, and southern Thailand and may have some presence in neighboring countries.

**External Aid**

Based on information from ongoing investigations, in addition to raising its own funds, the JI receives money and logistic assistance from Middle Eastern and South Asian contacts, NGOs, and other groups, including al-Qaida.

**Description**

Egyptian Islamic extremist group active since the late 1970s. Merged with Bin Ladin's al-Qaida organization in June 2001, but may retain some capability to conduct independent operations. Primary goals are to overthrow the Egyptian Government and replace it with an Islamic state and to attack US and Israeli interests in Egypt and abroad.

**Activities**

Historically specialized in armed attacks against high-level Egyptian Government personnel, including cabinet ministers, and car bombings against official US and Egyptian facilities. The original Jihad was responsible for the assassination in 1981 of Egyptian President Anwar Sadat. Claimed responsibility for the attempted assassinations of Interior Minister Hassan al-Alfi in August 1993 and Prime Minister Atef Sedky in November 1993. Has not conducted an attack inside Egypt since 1993 and has never targeted foreign tourists there. Responsible for Egyptian Embassy bombing in Islamabad in 1995; in 1998 an attack against US Embassy in Albania was thwarted.

**Strength**

Unknown, but probably has several hundred hard-core members.

**Location/Area of Operation**

Historically operated in the Cairo area, but most of its network is outside Egypt, including Yemen, Afghanistan, Pakistan, Lebanon, and the United Kingdom, and its activities have been centered outside Egypt for several years.

**External Aid**

Unknown. The Egyptian Government claims that Iran supports the Jihad. Its merger with al-Qaida also boosts Bin Ladin's support for the group. Also may obtain some funding through various Islamic nongovernmental organizations, cover businesses, and criminal acts.

**Kahane Chai (Kach)**

**Description**

Stated goal is to restore the biblical state of Israel. Kach (founded by radical Israeli-American rabbi Meir Kahane) and its offshoot Kahane Chai, which means "Kahane Lives," (founded by Meir Kahane's son Binyamin following his father's assassination in the United States) were declared to be terrorist organizations in March 1994 by the Israeli Cabinet under the 1948 Terrorism Law. This followed the groups' statements in support of Dr. Baruch Goldstein's attack in February 1994 on the al-Ibrahimi Mosque—Goldstein was affiliated with Kach—and their verbal attacks on the Israeli Government. Palestinian gunmen killed Binyamin Kahane and his wife in a drive-by shooting in December 2000 in the West Bank.

111

SHATSKY-006171

**Activities**
The group has organized protests against the Israeli Government and has harassed and threatened Palestinians in the West Bank. Kach members have threatened to attack Arabs, Palestinians, and Israeli Government officials. Has vowed revenge for the death of Binyamin Kahane and his wife. Suspected of involvement in a number of low-level attacks since the start of the al-Aqsa *intifadah*.

**Strength**
Unknown.

**Location/Area of Operation**
Israel and West Bank settlements, particularly Qiryat Arba' in Hebron.

**External Aid**
Receives support from sympathizers in the United States and Europe.

**Kurdistan Workers' Party (PKK)**
a.k.a. Kurdistan Freedom and Democracy Congress (KADEK) and Freedom and Democracy Congress of Kurdistan.

**Description**
Founded in 1974 as a Marxist-Leninist insurgent group primarily composed of Turkish Kurds. The group's goal has been to establish an independent, democratic Kurdish state in the Middle East. In the early 1990s, the PKK moved beyond rural-based insurgent activities to include urban terrorism. Turkish authorities captured Chairman Abdullah Ocalan in Kenya in early 1999; the Turkish State Security Court subsequently sentenced him to death. In August 1999, Ocalan announced a "peace initiative," ordering members to refrain from violence and requesting dialogue with Ankara on Kurdish issues. At a PKK Congress in January 2000, members supported Ocalan's initiative and claimed the group now would use only political means to achieve its new goal, improved rights for Kurds in Turkey. In April 2002 at its 8th Party Congress, the PKK changed its name to the Kurdistan Freedom and Democracy Congress (KADEK) and proclaimed a commitment to nonviolent activities in support of Kurdish rights. A PKK/KADEK spokesman stated that its armed wing, The People's Defense Force, would not disband or surrender its weapons for reasons of self-defense, however. This statement by the PKK/KADEK avowing it would not lay down its arms underscores that the organization maintains its capability to carry out terrorist operations. PKK/KADEK established a new ruling council in April, its membership virtually identical to the PKK's Presidential Council.

**Activities**
Primary targets have been Turkish Government security forces in Turkey, local Turkish officials, and villagers who oppose the organization in Turkey. Conducted attacks on Turkish diplomatic and commercial facilities in dozens of West European cities in 1993 and again in spring 1995. In an attempt to damage Turkey's tourist industry, the PKK bombed tourist sites and hotels and kidnapped foreign tourists in the early-to-mid 1990s. The PKK/KADEK did not conduct a terrorist attack in 2002; however, the group periodically issues veiled threats that it will resume violence if the conditions of its imprisoned leader are not improved, and it continues its military training and planning.

**Strength**
Approximately 4,000 to 5,000, most of whom currently are located in northern Iraq. Has thousands of sympathizers in Turkey and Europe.

**Location/Area of Operation**
Operates in Turkey, Europe, and the Middle East.

112

SHATSKY-006172

**External Aid**

Has received safehaven and modest aid from Syria, Iraq, and Iran. Damascus generally upheld its September 2000 antiterror agreement with Ankara, pledging not to support the PKK. Conducts extensive fundraising in Europe.

**Lashkar-e-Tayyiba (LT) (Army of the Righteous)**

**Description**

The LT is the armed wing of the Pakistan-based religious organization, Markaz-ud-Dawa-wal-Irshad (MDI)—a Sunni anti-US missionary organization formed in 1989. The LT is led by Abdul Wahid Kashmiri and is one of the three largest and best-trained groups fighting in Kashmir against India; it is not connected to a political party. The United States in October 2001 announced the addition of the LT to the US Treasury Department's Office of Foreign Asset Control's (OFAC) list—which includes organizations that are believed to support terrorist groups and have assets in US jurisdiction that can be frozen or controlled. The group was banned, and the Pakistani Government froze its assets in January 2002.

**Activities**

The LT has conducted a number of operations against Indian troops and civilian targets in Kashmir since 1993. The LT claimed responsibility for numerous attacks in 2001, including an attack in January on Srinagar airport that killed five Indians along with six militants; an attack on a police station in Srinagar that killed at least eight officers and wounded several others; and an attack in April against Indian border-security forces that left at least four dead. The Indian Government publicly implicated the LT—along with JEM—for the 13 December attack on the Indian Parliament building. The LT is also suspected of involvement in the 14 May 2002 attack on an Indian Army base in Kaluchak that left 36 dead. Senior al-Qaida lieutenant Abu Zubaydah was captured at an LT safehouse in Faisalabad in March 2002, suggesting some members are facilitating the movement of al-Qaida members in Pakistan.

**Strength**

Has several hundred members in Azad Kashmir, Pakistan, and in India's southern Kashmir and Doda regions. Almost all LT cadres are foreigners—mostly Pakistanis from madrassas across the country and Afghan veterans of the Afghan wars. Uses assault rifles, light and heavy machineguns, mortars, explosives, and rocket-propelled grenades.

**Location/Area of Operation**

Based in Muridke (near Lahore) and Muzaffarabad. The LT trains its militants in mobile training camps across Pakistan-administered Kashmir and had trained in Afghanistan until fall of 2001.

**External Aid**

Collects donations from the Pakistani community in the Persian Gulf and United Kingdom, Islamic NGOs, and Pakistani and Kashmiri businessmen. The LT also maintains a Web site (under the name of its parent organization Jamaat ud-Daawa), through which it solicits funds and provides information on the group's activities. The amount of LT funding is unknown. The LT maintains ties to religious/military groups around the world, ranging from the Philippines to the Middle East and Chechnya through the MDI fraternal network. In anticipation of asset seizures by the Pakistani Government, the LT withdrew funds from bank accounts and invested in legal businesses, such as commodity trading, real estate, and production of consumer goods.

113

SHATSKY-006173

**Lashkar I Jhangvi (LJ)**
**(Army of Jhangvi)**

**Description**

Lashkar I Jhangvi (LJ) is the militant offshoot of the Sunni sectarian group Sipah-i-Sahaba Pakistan (SSP). The group focuses primarily on anti-Shia attacks and was banned by Pakistani President Musharraf in August 2001 as part of an effort to rein in sectarian violence. Many of its members then sought refuge with the Taliban in Afghanistan, with whom they had existing ties.

**Activities**

LJ specializes in armed attacks and bombings. The group attempted to assassinate former Prime Minister Nawaz Sharif and his brother Shabaz Sharif, Chief Minister of Punjab Province, in January 1999. Pakistani authorities have publicly linked LJ members to the kidnap and murder of US journalist Daniel Pearl in early 2002. Police officials initially suspected LJ members were involved in the two suicide car bombings in Karachi in 2002—against a French shuttle bus in May and the US Consulate in June—but their subsequent investigations have not led to any LJ members being charged in the attacks. Similarly, press reports have linked LJ to attacks on Christian targets in Pakistan, including a grenade assault on the Protestant International Church in Islamabad in March 2002 that killed two US citizens, but no formal charges have been filed against the group.

**Strength**

Probably fewer than 100.

**Location/Area of Operation**

LJ is active primarily in Punjab and Karachi. Some members travel between Pakistan and Afghanistan.

**External Aid**

Unknown.

**Liberation Tigers of**
**Tamil Eelam (LTTE)**

Other known front organizations: World Tamil Association (WTA), World Tamil Movement (WTM), the Federation of Associations of Canadian Tamils (FACT), the Ellalan Force, the Sangilian Force.

**Description**

Founded in 1976, the LTTE is the most powerful Tamil group in Sri Lanka and uses overt and illegal methods to raise funds, acquire weapons, and publicize its cause of establishing an independent Tamil state. The LTTE began its armed conflict with the Sri Lankan Government in 1983 and has relied on a guerrilla strategy that includes the use of terrorist tactics. The LTTE is currently observing a cease-fire agreement with the Sri Lankan Government and is engaged in peace talks.

**Activities**

The Tigers have integrated a battlefield insurgent strategy with a terrorist program that targets not only key personnel in the countryside but also senior Sri Lankan political and military leaders in Colombo and other urban centers. The Tigers are most notorious for their cadre of suicide bombers, the Black Tigers. Political assassinations and bombings are commonplace. The LTTE has refrained from targeting foreign diplomatic and commercial establishments.

SHATSKY-006174

**Strength**

Exact strength is unknown, but the LTTE is estimated to have 8,000 to 10,000 armed combatants in Sri Lanka, with a core of trained fighters of approximately 3,000 to 6,000. The LTTE also has a significant overseas support structure for fundraising, weapons procurement, and propaganda activities.

**Location/Area of Operations**

The Tigers control most of the northern and eastern coastal areas of Sri Lanka but have conducted operations throughout the island. Headquartered in northern Sri Lanka, LTTE leader Velupillai Prabhakaran has established an extensive network of checkpoints and informants to keep track of any outsiders who enter the group's area of control.

**External Aid**

The LTTE's overt organizations support Tamil separatism by lobbying foreign governments and the United Nations. The LTTE also uses its international contacts to procure weapons, communications, and any other equipment and supplies it needs. The LTTE exploits large Tamil communities in North America, Europe, and Asia to obtain funds and supplies for its fighters in Sri Lanka.

**Mujahedin-e Khalq Organization (MEK or MKO)**

a.k.a. The National Liberation Army of Iran (NLA, the militant wing of the MEK), the People's *Mujahedin* of Iran (PMOI), National Council of Resistance (NCR), the National Council of Resistance of Iran (NCRI), Muslim Iranian Student's Society (front organization used to garner financial support)

**Description**

The MEK philosophy mixes Marxism and Islam. Formed in the 1960s, the organization was expelled from Iran after the Islamic Revolution in 1979, and its primary support now comes from the Iraqi regime. The MEK's history is studded with anti-Western attacks as well as terrorist attacks on the interests of the clerical regime in Iran and abroad. The MEK now advocates a secular Iranian regime.

**Activities**

The worldwide campaign against the Iranian Government stresses propaganda and occasionally uses terrorist violence. During the 1970s, the MEK killed US military personnel and US civilians working on defense projects in Tehran and supported the takeover in 1979 of the US Embassy in Tehran. In 1981, the MEK detonated bombs in the head office of the Islamic Republic Party and the Premier's office, killing some 70 high-ranking Iranian officials, including chief Justice Ayatollah Mohammad Beheshti, President Mohammad-Ali Rajaei, and Premier Mohammad-Javad Bahonar. Near the end of the 1980-88 war with Iran, Baghdad armed the MEK with military equipment and sent it into action against Iranian forces. In 1991, it assisted the Government of Iraq in suppressing the Shia and Kurdish uprisings in southern Iraq and the Kurdish uprisings in the north. Since then, the MEK has continued to perform internal security services for the Government of Iraq. In April 1992, the MEK conducted near-simultaneous attacks on Iranian Embassies and installations in 13 countries, demonstrating the group's ability to mount large-scale operations overseas. In recent years, the MEK has targeted key military officers and assassinated the deputy chief of the Armed Forces General Staff in April 1999. In April 2000, the MEK attempted to assassinate the commander of the Nasr Headquarters—the interagency board responsible for coordinating policies on Iraq. The normal pace of anti-Iranian operations increased during the "Operation Great Bahman" in February 2000, when the group launched a dozen attacks against Iran. In 2000 and 2001, the MEK was involved regularly in mortar attacks and hit-and-run raids on Iranian military and law-enforcement units and government buildings near the Iran-Iraq border, although MEK terrorism in Iran declined throughout the remainder of 2001. Since the end of the Iran-Iraq war, the tactics along the border have garnered almost no military gains and have become commonplace. MEK insurgent activities in Tehran constitute the biggest

SHATSKY-006175

security concern for the Iranian leadership. In February 2000, for example, the MEK launched a mortar attack against the leadership complex in Tehran that houses the offices of the Supreme Leader and the President. Assassinated the Iranian Chief of Staff.

### Strength
Several thousand fighters are scattered throughout Iraq, and most are organized in the MEK's National Liberation Army (NLA). Some NLA units possess tanks, armored vehicles, and heavy artillery. The MEK also has an overseas support structure.

### Location/Area of Operation
In the 1980s, the MEK's leaders were forced by Iranian security forces to flee to France. Since resettling in Iraq in 1987, almost all of its armed units are currently stationed in fortified bases near the border with Iran. In the mid-1980s, the group did not mount terrorist operations in Iran at a level similar to its activities in the 1970s, but by the 1990s the MEK had claimed credit for an increasing number of operations in Iran.

### External Aid
Beyond receiving all of its military assistance, and most of its financial support, from the Iraqi regime, the MEK uses front organizations to solicit contributions from expatriate Iranian communities.

## National Liberation Army (ELN)—Colombia

### Description
Marxist insurgent group formed in 1965 by urban intellectuals inspired by Fidel Castro and Che Guevara. Began a dialogue with Colombian officials in 1999 following a campaign of mass kidnappings—each involving at least one US citizen—to demonstrate its strength and continuing viability and force the Pastrana administration to negotiate. Peace talks between Bogota and the ELN, started in 1999, continued sporadically but once again had broken down by year's end.

### Activities
Kidnapping, hijacking, bombing, and extortion. Minimal conventional military capability. Annually conducts hundreds of kidnappings for ransom, often targeting foreign employees of large corporations, especially in the petroleum industry. Derives some revenue from taxation of the illegal narcotics industry. Frequently assaults energy infrastructure and has inflicted major damage on pipelines and the electric distribution network.

### Strength
Approximately 3,000 to 5,000 armed combatants and an unknown number of active supporters.

### Location/Area of Operation
Mostly in rural and mountainous areas of north, northeast, and southwest Colombia and Venezuela border regions.

### External Aid
Cuba provides some medical care and political consultation.

116

SHATSKY-006176

**The Palestine Islamic Jihad (PIJ)**

**Description**
Originated among militant Palestinians in the Gaza Strip during the 1970s. PIJ-Shiqaqi faction, currently led by Ramadan Shallah in Damascus, is most active. Committed to the creation of an Islamic Palestinian state and the destruction of Israel through holy war. Also opposes moderate Arab governments that it believes have been tainted by Western secularism.

**Activities**
PIJ activists have conducted many attacks including large-scale suicide bombings against Israeli civilian and military targets. The group increased its operational activity in 2002, claiming numerous attacks against Israeli interests. The group has not yet targeted US interests and continues to confine its attacks to Israelis inside Israel and the territories, although US citizens have died in attacks mounted by the PIJ.

**Strength**
Unknown.

**Location/Area of Operation**
Primarily Israel, the West Bank, and Gaza Strip, but the group's leaders reside in other parts of the Middle East, including Lebanon and Syria.

**External Aid**
Receives financial assistance from Iran and limited logistic support assistance from Syria.

**Palestine Liberation Front (PLF)**

**Description**
Broke away from the PFLP-GC in the late 1970's. Later split again into pro-PLO, pro-Syrian, and pro-Libyan factions. Pro-PLO faction led by Muhammad Abbas (a.k.a Abu Abbas), currently based in Baghdad.

**Activities**
The Abu Abbas–led faction is known for aerial attacks against Israel. Abbas's group also was responsible for the attack in 1985 on the Italian cruise ship Achille Lauro and the murder of US citizen Leon Klinghoffer. A warrant for Abu Abbas's arrest is outstanding in Italy. Has become more active since the start of the al-Aqsa *intifadah,* and several PLF members have been arrested by Israeli authorities for planning attacks in Israel and the West Bank.

**Strength**
Unknown.

**Location/Area of Operation**
Based in Iraq since 1990; has a presence in Lebanon and the West Bank.

**External Aid**
Receives support mainly from Iraq. Has received support from Libya in the past.

**Popular Front for the Liberation of Palestine (PFLP)**

**Description**
Marxist-Leninist group founded in 1967 by George Habash—as a member of the PLO—when it broke away from the Arab Nationalist Movement. The PFLP views the Palestinian struggle as a legitimate struggle against illegal occupation. The PFLP is opposed to negotiations with Israel.

117

SHATSKY-006177

**Activities**
Committed numerous international terrorist attacks during the 1970s. Since 1978 has conducted attacks against Israeli or moderate Arab targets, including killing a settler and her son in December 1996. The PFLP has stepped up its operational activity since the start of the current *intifadah* highlighted by its assassination of the Israeli Tourism Minster in October 2001 to avenge Israel's killing of the PFLP Secretary General earlier that year.

**Strength**
Unknown.

**Location/Area of Operation**
Syria, Lebanon, Israel, West Bank, and Gaza Strip.

**External Aid**
Receives safehaven and some logistic assistance from Syria.

**Popular Front for the Liberation of Palestine–General Command (PFLP-GC)**

**Description**
Split from the PFLP in 1968, claiming it wanted to focus more on fighting and less on politics. Opposed to Arafat's PLO. Led by Ahmad Jabril, a former captain in the Syrian Army. Jabril's son, Jihad, was killed by a car bomb in May 2002. Closely tied to both Syria and Iran.

**Activities**
Carried out dozens of attacks in Europe and the Middle East during 1970s-80s. Known for cross-border terrorist attacks into Israel using unusual means, such as hot-air balloons and motorized hang gliders. Primary focus now on guerrilla operations in southern Lebanon and small-scale attacks in Israel, West Bank, and Gaza Strip.

**Strength**
Several hundred.

**Location/Area of Operation**
Headquartered in Damascus with bases in Lebanon.

**External Aid**
Receives logistic and military support from Syria and financial support from Iran.

**Al-Qaida**
a.k.a. Qa'idat al-Jihad

**Description**
Established by Usama Bin Ladin in the late 1980s to bring together Arabs who fought in Afghanistan against the Soviet Union. Helped finance, recruit, transport, and train Sunni Islamic extremists for the Afghan resistance. Current goal is to establish a pan-Islamic Caliphate throughout the world by working with allied Islamic extremist groups to overthrow regimes it deems "non-Islamic" and expelling Westerners and non-Muslims from Muslim countries–particularly Saudi Arabia. Issued statement under banner of "the World Islamic Front for Jihad Against the Jews and Crusaders" in February 1998, saying it was the duty of all Muslims to kill US citizens—civilian or military—and their allies everywhere. Merged with Egyptian Islamic Jihad (Al-Jihad) in June 2001.

**Activities**
In 2002, carried out bombing on 28 November of hotel in Mombasa, Kenya, killing 15 and injuring 40. Probably supported a nightclub bombing in Bali, Indonesia, on 12 October that killed about 180. Responsible for an attack on US military personnel in Kuwait, on

118

SHATSKY-006178

8 October, that killed one US soldier and injured another. Directed a suicide attack on the MV Limburg off the coast of Yemen, on 6 October that killed one and injured four. Carried out a firebombing of a synagogue in Tunisia on 11 April that killed 19 and injured 22. On 11 September 2001, 19 al-Qaida suicide attackers hijacked and crashed four US commercial jets, two into the World Trade Center in New York City, one into the Pentagon near Washington, DC, and a fourth into a field in Shanksville, Pennsylvania, leaving about 3,000 individuals dead or missing. Directed the 12 October 2000 attack on the USS Cole in the port of Aden, Yemen, killing 17 US Navy members, and injuring another 39. Conducted the bombings in August 1998 of the US Embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, that killed at least 301 individuals and injured more than 5,000 others. Claims to have shot down US helicopters and killed US servicemen in Somalia in 1993 and to have conducted three bombings that targeted US troops in Aden, Yemen, in December 1992.

Al-Qaida is linked to the following plans that were disrupted or not carried out: to assassinate Pope John Paul II during his visit to Manila in late 1994, to kill President Clinton during a visit to the Philippines in early 1995, to bomb in midair a dozen US trans-Pacific flights in 1995, and to set off a bomb at Los Angeles International Airport in 1999. Also plotted to carry out terrorist operations against US and Israeli tourists visiting Jordan for millennial celebrations in late 1999. (Jordanian authorities thwarted the planned attacks and put 28 suspects on trial.) In December 2001, suspected al-Qaida associate Richard Colvin Reid attempted to ignite a shoe bomb on a transatlantic flight from Paris to Miami. Attempted to shoot down an Israeli chartered plane with a surface-to-air missile as it departed the Mombasa airport in November 2002.

### Strength
Al-Qaida probably has several thousand members and associates. The arrests of senior-level al-Qaida operatives have interrupted some terrorist plots. Also serves as a focal point or umbrella organization for a worldwide network that includes many Sunni Islamic extremist groups, some members of al-Gama'a al-Islamiyya, the Islamic Movement of Uzbekistan, and the Harakat ul-Mujahidin.

### Location/Area of Operation
Al-Qaida has cells worldwide and is reinforced by its ties to Sunni extremist networks. Was based in Afghanistan until Coalition forces removed the Taliban from power in late 2001. Al-Qaida has dispersed in small groups across South Asia, Southeast Asia, and the Middle East and probably will attempt to carry out future attacks against US interests.

### External Aid
Al-Qaida maintains moneymaking front businesses, solicits donations from like-minded supporters, and illicitly siphons funds from donations to Muslim charitable organizations. US efforts to block al-Qaida funding has hampered the group's ability to obtain money.

**Real IRA (RIRA)**
a.k.a True IRA

### Description
Formed in early 1998 as clandestine armed wing of the 32-County Sovereignty Movement, a "political pressure group" dedicated to removing British forces from Northern Ireland and unifying Ireland. RIRA also seeks to disrupt the Northern Ireland peace process. The 32-County Sovereignty Movement opposed Sinn Fein's adoption in September 1997 of the Mitchell principles of democracy and nonviolence and opposed the amendment in December 1999 of Articles 2 and 3 of the Irish Constitution, which laid claim to Northern Ireland. Despite internal rifts and calls by some jailed members—

119

SHATSKY-006179

including the group's founder Michael "Mickey" McKevitt—for a cease-fire and the group's disbandment, the group pledged additional violence in October and continued to conduct attacks.

### Activities
Bombings, assassinations, and robberies. Many Real IRA members are former Provisional IRA members who left that organization following the Provisional IRA cease-fire and bring to RIRA a wealth of experience in terrorist tactics and bombmaking. Targets have included civilians (most notoriously in the August 1998 Omagh bombing), the British military, the police in Northern Ireland and Northern Ireland Protestant communities. Since October 1999, RIRA has carried out more than 80 terrorist attacks. RIRA claimed responsibility for an attack in August at a London Army Base that killed a construction worker.

### Strength
100 to 200 activists plus possible limited support from IRA hardliners dissatisfied with the IRA cease-fire and other republican sympathizers. Approximately 40 RIRA members are in Irish jails.

### Location/Area of Operation
Northern Ireland, United Kingdom, and Irish Republic.

### External Aid
Suspected of receiving funds from sympathizers in the United States and of attempting to buy weapons from US gun dealers. RIRA also is reported to have purchased sophisticated weapons from the Balkans. In May, three Irish nationals associated with RIRA pleaded guilty to charges of conspiracy to cause an explosion and trying to obtain weapons following their extradition from Slovenia to the United Kingdom.

## Revolutionary Armed Forces of Colombia (FARC)

### Description
Established in 1964 as the military wing of the Colombian Communist Party, the FARC is Colombia's oldest, largest, most capable, and best-equipped Marxist insurgency. The FARC is governed by a secretariat, led by septuagenarian Manuel Marulanda (a.k.a. "Tirofijo") and six others, including senior military commander Jorge Briceno (a.k.a. "Mono Jojoy"). Organized along military lines and includes several urban fronts. In February 2002, the group's slow-moving peace negotiation process with the Pastrana administration was terminated by Bogota following the group's plane hijacking and kidnapping of a Colombian Senator from the aircraft. On 7 August, the FARC launched a large-scale mortar attack on the Presidential Palace where President Alvaro Uribe was being inaugurated. High-level foreign delegations—including from the United States—attending the inauguration were not injured, but 21 residents of a poor neighborhood nearby were killed by stray rounds in the attack.

### Activities
Bombings, murder, mortar attacks, kidnapping, extortion, hijacking, as well as guerrilla and conventional military action against Colombian political, military, and economic targets. In March 1999, the FARC executed three US Indian rights activists on Venezuelan territory after it kidnapped them in Colombia. Foreign citizens often are targets of FARC kidnapping for ransom. Has well-documented ties to full range of narcotics trafficking activities, including taxation, cultivation, and distribution.

120

SHATSKY-006180

**Strength**

Approximately 9,000 to 12,000 armed combatants and several thousand more supporters, mostly in rural areas.

**Location/Area of Operation**

Colombia with some activities—extortion, kidnapping, logistics, and R&R—in Venezuela, Panama, and Ecuador.

**External Aid**

Cuba provides some medical care and political consultation. A trial is currently underway in Bogota to determine whether three members of the Irish Republican Army—arrested in Colombia in 2001 upon exiting the FARC-controlled demilitarized zone (*despeje*)—provided advanced explosives training to the FARC.

**Revolutionary Nuclei (RN)**

a.k.a. Revolutionary Cells

**Description**

Revolutionary Nuclei (RN) emerged from a broad range of antiestablishment and anti-US/NATO/EU leftist groups active in Greece between 1995 and 1998. The group is believed to be the successor to or offshoot of Greece's most prolific terrorist group, Revolutionary People's Struggle (ELA), which has not claimed an attack since January 1995. Indeed, RN appeared to fill the void left by ELA, particularly as lesser groups faded from the scene. RN's few communiques show strong similarities in rhetoric, tone, and theme to ELA proclamations. RN has not claimed an attack since November 2000 nor has it announced its disbandment.

**Activities**

Since it began operations in January 1995, the group has claimed responsibility for some two-dozen arson attacks and low-level bombings targeting a range of US, Greek, and other European targets in Greece. In its most infamous and lethal attack to date, the group claimed responsibility for a bomb it detonated at the Intercontinental Hotel in April 1999 that resulted in the death of a Greek woman and injured a Greek man. Its modus operandi includes warning calls of impending attacks, attacks targeting property vice individuals; use of rudimentary timing devices; and strikes during the late evening–to–early morning hours. RN last attacked US interests in Greece in November 2000 with two separate bombings against the Athens offices of Citigroup and the studio of a Greek/American sculptor. The group also detonated an explosive device outside the Athens offices of Texaco in December 1999. Greek targets have included judicial and other government office buildings, private vehicles, and the offices of Greek firms involved in NATO-related defense contracts in Greece. Similarly, the group has attacked European interests in Athens, including Barclays Bank in December 1998 and November 2000.

**Strength**

Group membership is believed to be small, probably drawing from the Greek militant leftist or anarchist milieu.

**Location/Area of Operation**

Primary area of operation is in the Athens metropolitan area.

**External Aid**

Unknown, but believed to be self-sustaining.

SHATSKY-006181

**Revolutionary Organization 17 November**

a.k.a. 17 November

**Description**

Radical leftist group established in 1975 and named for the student uprising in Greece in November 1973 that protested the ruling military junta. Anti-Greek establishment, anti-US, anti-Turkey, anti-NATO group that seeks the ouster of US Bases from Greece, the removal of Turkish military forces from Cyprus, and the severing of Greece's ties to NATO and the European Union (EU).

**Activities**

Initially conducted assassinations of senior US officials and Greek public figures. Added bombings in the 1980s. Since 1990 has expanded its targets to include EU facilities and foreign firms investing in Greece and has added improvised rocket attacks to its methods. Supports itself largely through bank robberies. A failed 17 November bombing attempt in June at the Port of Piraeus in Athens coupled with robust detective work led to the first-ever arrests of this group; trials began in March 2003.

**Strength**

Unknown, but presumed to be small. Police arrested 19 suspected members of the group in 2002.

**Location/Area of Operation**

Athens, Greece.

**External Aid**

Unknown.

**Revolutionary People's Liberation Party/Front (DHKP/C)**

a.k.a. Devrimci Sol, Revolutionary Left, Dev Sol

**Description**

Originally formed in 1978 as Devrimci Sol, or Dev Sol, a splinter faction of Dev Genc (Revolutionary Youth). Renamed in 1994 after factional infighting; "Party" refers to the group's political activities, while "Front" is a reference to the group's militant operations. The group espouses a Marxist-Leninist ideology and is virulently anti-US, anti-NATO, and anti-Turkish Establishment. It finances its activities chiefly through armed robberies and extortion.

**Activities**

Since the late 1980s, the group has targeted primarily current and retired Turkish security and military officials. It began a new campaign against foreign interests in 1990, which included attacks against US military and diplomatic personnel and facilities. In its first significant terrorist act as DHKP/C in 1996, it assassinated a prominent Turkish businessman and two others. DHKP/C added suicide bombings to its repertoire in 2001, with successful attacks against Turkish police in January and September. Security operations in Turkey and elsewhere have weakened the group, however. DHKP/C did not conduct any major terrorist attacks in 2002.

**Strength**

Unknown.

**Location/Area of Operation**

Turkey, primarily Istanbul. Raises funds in Europe.

**External Aid**

Unknown.

122

SHATSKY-006182

**The Salafist Group for Call and Combat (GSPC)**

**Description**

The Salafist Group for Call and Combat (GSPC), an outgrowth of the GIA, appears to have eclipsed the GIA since approximately 1998, and is currently the most effective armed group inside Algeria. In contrast to the GIA, the GSPC has gained popular support through its pledge to avoid civilian attacks inside Algeria. Its adherents abroad appear to have largely co-opted the external networks of the GIA, active particularly throughout Europe, Africa, and the Middle East.

**Activities**

The GSPC continues to conduct operations aimed at government and military targets, primarily in rural areas, although civilians are sometimes killed. Such attacks include false roadblocks and attacks against convoys transporting military, police, or other government personnel. According to press reporting, some GSPC members in Europe maintain contacts with other North African extremists sympathetic to al Qaida. In late 2002, Algerian authorities announced they had killed a Yemeni al-Qaida operative who had been meeting with the GSPC inside Algeria.

**Strength**

Unknown; probably several hundred fighters with an unknown number of support networks inside Algeria.

**Location/Area of Operation**

Algeria.

**External Aid**

Algerian expatriates and GSPC members abroad, many residing in Western Europe, provide financial and logistic support. In addition, the Algerian Government has accused Iran and Sudan of supporting Algerian extremists in years past.

**Sendero Luminoso (Shining Path, or SL)**

**Description**

Former university professor Abimael Guzman formed SL in Peru in the late 1960s, and his teachings created the foundation of SL's militant Maoist doctrine. In the 1980s, SL became one of the most ruthless terrorist groups in the Western Hemisphere—approximately 30,000 persons have died since Shining Path took up arms in 1980. The Peruvian Government made dramatic gains against SL during the 1990s, but reports of a recent SL involvement in narcotrafficking indicate that it may have a new source of funding with which to sustain a resurgence. Its stated goal is to destroy existing Peruvian institutions and replace them with a communist peasant revolutionary regime. It also opposes any influence by foreign governments, as well as by other Latin American guerrilla groups, especially the Tupac Amaru Revolutionary Movement (MRTA).

In 2002, eight suspected SL members were arrested on suspicion of complicity in the 20 March bombing across the street from the US Embassy that killed 10 persons. They are being held pending charges, which could take up to one year. Lima has been very aggressive in prosecuting terrorist suspects in 2002. According to the Peruvian National Police Intelligence Directorate, 199 suspected terrorists were arrested between January and mid-November. Counterterrorist operations targeted pockets of terrorist activity in the Upper Huallaga River Valley and the Apurimac/Ene River Valley, where SL columns continued to conduct periodic attacks.

123

SHATSKY-006183

**Activities**
Conducted indiscriminate bombing campaigns and selective assassinations. Detonated explosives at diplomatic missions of several countries in Peru in 1990, including an attempt to car bomb the US Embassy in December. Peruvian authorities continued operations against the SL in 2002 in the countryside, where the SL conducted periodic raids on villages.

**Strength**
Membership is unknown but estimated to be 400 to 500 armed militants. SL's strength has been vastly diminished by arrests and desertions but appears to be growing again, possibly due to involvement in narcotrafficking.

**Location/Area of Operation**
Peru, with most activity in rural areas.

**External Aid**
None.

**United Self-Defense Forces/Group of Colombia (AUC–Autodefensas Unidas de Colombia)**

**Description**
The AUC—commonly referred to as the paramilitaries—is an umbrella organization formed in April 1997 to consolidate most local and regional paramilitary groups each with the mission to protect economic interests and combat FARC and ELN insurgents locally. During 2002, the AUC leadership dissolved and then subsequently reconstituted most of the organization, claiming to be trying to purge it of the factions most heavily involved in narcotrafficking. The AUC is supported by economic elites, drug traffickers, and local communities lacking effective government security and claims its primary objective is to protect its sponsors from insurgents. It is adequately equipped and armed and reportedly pays its members a monthly salary

**Activities**
AUC operations vary from assassinating suspected insurgent supporters to engaging guerrilla combat units. AUC political leader Carlos Castano has claimed that 70 percent of the AUC's operational costs are financed with drug-related earnings, the rest from "donations" from its sponsors.

Since December 2002, the paramilitary groups under Carlos Castano's influence have adopted a cease-fire and are exploring peace negotiations with Bogota. The AUC generally avoids actions against US personnel or interests.

**Strength**
Estimated 6,000 to 8,150, including former military and insurgent personnel.

**Location/Areas of Operation**
AUC forces are strongest in the northwest in Antioquia, Cordoba, Sucre, and Bolivar Departments. Since 1999, the group demonstrated a growing presence in other northern and southwestern departments. Clashes between the AUC and the FARC insurgents in Putumayo in 2000 demonstrated the range of the AUC to contest insurgents throughout Colombia.

**External Aid**
None.

124

SHATSKY-006184

## Appendix C

### Background Information on Other Terrorist Groups
### Contents

| | *Page* |
|---|---|
| Al-Badhr Mujahedin | 127 |
| Alex Boncayao Brigade (ABB) | 127 |
| Al-Ittihad al-Islami (AIAI) | 127 |
| Allied Democratic Forces (ADF) | 128 |
| Ansar al-Islam (Iraq) | 128 |
| Anti-Imperialist Territorial Nuclei (NTA) | 129 |
| Army for the Liberation of Rwanda (ALIR) | 129 |
| Cambodian Freedom Fighters (CFF) | 130 |
| Communist Party of Nepal (Maoist)/ United People's Front | 131 |
| Continuity Irish Republican Army (CIRA) | 131 |
| Eastern Turkistan Islamic Movement (ETIM) | 132 |
| First of October Antifacist Resistance Group (GRAPO) | 132 |
| Harakat ul-Jihad-I-Islami (HUJI) | 133 |
| Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) | 133 |
| Hizb-I Islami Gulbuddin | 134 |
| Hizb ul-Mujahedin | 134 |
| Irish Republican Army (IRA) | 135 |
| Islamic Army of Aden (IAA) | 135 |
| Islamic International Peacekeeping Brigade | 136 |
| Jamiat ul-Mujahedin | 136 |
| Japanese Red Army (JRA) | 137 |
| Kumpulan Mujahidin Malaysia (KMM) | 138 |
| Libyan Islamic Fighting Group | 138 |
| Lord's Resistance Army (LRA) | 139 |
| Loyalist Volunteer Force  (LVF) | 139 |
| Moroccan Islamic Combatant Group (GICM) | 140 |
| New Red Brigades/Communist Combatant Party (BR/ PCC) | 140 |
| People Against Gangsterism and Drugs (PAGAD) | 141 |
| Red Hand Defenders  (RHD) | 141 |
| Revolutionary Proletarian Initiative Nuclei (NIPR) | 142 |
| Revolutionary United Front (RUF) | 142 |
| Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs | 143 |
| Sipah-I-Sahaba | 143 |
| Special Purpose Islamic Regiment | 144 |
| The Tunisian Combatant Group (TCG) | 144 |
| Tupac Amaru Revolutionary Movement (MRTA) | 145 |
| Turkish Hizballah | 145 |
| Ulster Defense Association/Ulster Freedom Fighters (UDA/UFF) | 146 |

SHATSKY-006185

SHATSKY-006186

**Al-Badhr Mujahidin**
**(al-Badr)**

**Description**
Split from Hizb ul-Mujahidin (HM) in 1998. Traces its origins to 1971 when a group of the same name attacked Bengalis in East Pakistan. Later operated as part of Gulbuddin Hekmatyar's Hizb-I-Islami (HIG) in Afghanistan and from 1990 as a unit of HM in Kashmir.

**Activities**
Has conducted a number of operations against Indian military targets in Kashmir.

**Strength**
Perhaps several hundred.

**Location/Area of Operation**
Kashmir, Pakistan, and Afghanistan.

**External Aid**
Unknown.

**Alex Boncayao**
**Brigade (ABB)**

**Description**
The ABB, the breakaway urban hit squad of the Communist Party of the Philippines/New People's Army, was formed in the mid-1980s. The ABB was added to the Terrorist Exclusion list in December 2001.

**Activities**
Responsible for more than 100 murders and believed to have been involved in the murder in 1989 of US Army Col. James Rowe in the Philippines. In March 1997, the group announced it had formed an alliance with another armed group, the Revolutionary Proletarian Army (RPA). In March 2000, the group claimed credit for a rifle grenade attack against the Department of Energy building in Manila and strafed Shell Oil offices in the central Philippines to protest rising oil prices.

**Strength**
Approximately 500.

**Location/Area of Operation**
The largest RPA/ABB groups are on the Philippine islands of Luzon, Negros, and the Visayas.

**External Aid**
Unknown.

**Al-Ittihad al-Islami**
**(AIAI)**
a.k.a. Islamic Union

**Description**
Somalia's largest militant Islamic organization rose to power in the early 1990s following the collapse of the Siad Barre regime. Its aims to establish an Islamic regime in Somalia and force the secession of the Ogaden region of Ethiopia have largely been abandoned. Some elements associated with AIAI maintain ties to al-Qaida.

127

SHATSKY-006187

**Activities**
Conducted terrorist attacks against Ethiopian forces and other Somali factions in the 1990s. The group is believed to be responsible for a series of bomb attacks in public places in Addis Ababa in 1996 and 1997 as well as the kidnapping of several relief workers in 1998. AIAI sponsors Islamic social programs, such as orphanages and schools, and provides pockets of security in Somalia.

**Strength**
Estimated at some 2,000 members, plus additional reserve militias. Sustained significant losses at the hands of the Ethiopian military in the late 1990s, and members are now relegated to operating in small cells.

**Location/Area of Operation**
Primarily in Somalia, with limited presence in Ethiopia and Kenya.

**External Aid**
Receives funds from Middle East financiers and Western diaspora remittances and suspected training in Afghanistan. Past weapons deliveries from Sudan and Eritrea.

**Allied Democratic Forces (ADF)**

**Description**
Consists of a diverse coalition of former members of the National Army for the Liberation of Uganda (NALU) and Islamists from the Salaf Tabliq group. The conglomeration of fighters formed in 1995 in opposition to the government of Ugandan President Yoweri Museveni.

**Activities**
The ADF uses the kidnapping and murder of civilians to create fear in the local population and undermine confidence in the government. The group is suspected to be responsible for dozens of bombings in public areas. The Ugandan military offensive in mid-2000 destroyed several ADF camps.

**Strength**
A few hundred fighters.

**Location/Area of Operation**
Northeastern Congo.

**External Aid**
Received past funding, supplies, and training from the Government of Sudan. Some funding suspected from sympathetic Hutu groups.

**Ansar al-Islam (AI)**
a.k.a. Partisans of Islam, Helpers of Islam, Supporters of Islam

**Description**
Ansar al-Islam is a radical Islamist group of Iraqi Kurds and Arabs who have vowed to establish an independent Islamic state in northern Iraq. It was formed in September 2001 and is closely allied with al-Qaida. Its members trained in al-Qaida camps in Afghanistan and now provide safehaven to al-Qaida fighters fleeing Afghanistan. (Ansar al-Islam was designated on 20 February 2003, under E.O. 13224. The UNSCR 1267 Committee designated Ansar al-Islam pursuant to UNSCRs 1267, 1390, and 1455 on 27 February 2003.)

128

SHATSKY-006188

**Activities**

The group is challenging one of the two main Kurdish political factions, the Patriotic Union of Kurdistan (PUK) and has mounted ambushes and attacks in PUK areas. AI members have been implicated in assassinations and assassination attempts against PUK officials and claim to have produced cyanide-based toxins, ricin, and alfatoxin.

**Strength**

Approximately 700 members.

**Location/Area of Operation**

Ansar al-Islam is based in northern Iraq near the Iranian border outside Baghdad's control.

**External Aid**

The group receives funding, training, equipment, and combat support from al-Qaida.

**Anti-Imperialist Territorial Nuclei (NTA)**
a.k.a. Anti-Imperialist Territorial Units

**Description**

Clandestine leftist extremist group that first appeared in the Friuli region in Italy in 1995. Adopted the class struggle ideology of the Red Brigades of the 1970s-80s and a similar logo—an encircled five-point star—for their declarations. Seeks the formation of an "anti-imperialist fighting front" with other Italian leftist terrorist groups including NIPR and the New Red Brigades. Opposes what it perceives as US and NATO imperialism and condemns Italy's foreign and labor polices. Identified experts in four Italian Government sectors—federalism, privatizations, justice reform, and jobs and pensions—as potential targets in a January 2002 leaflet.

**Activities**

To date, the group has conducted attacks against property rather than persons. In January 2002, police thwarted an attempt by four NTA members to enter the Rivolto Military Air Base. NTA attacked property owned by US Air Force personnel at Aviano Air Base. It claimed responsibility for a bomb attack in September 2000 against the Central European Initiative office in Trieste and a bomb attack in August 2001 against the Venice Tribunal building. During the NATO intervention in Kosovo, NTA members threw gasoline bombs at the Venice and Rome headquarters of the then-ruling party, Democrats of the Left.

**Strength**

Approximately 20 members. To date, no NTA members have been arrested and prosecuted.

**Location/Area of Operation**

Primarily northeastern Italy.

**External Aid**

None evident.

**Army for the Liberation of Rwanda (ALIR)**
a.k.a. Interahamwe, Former Armed Forces of Rwanda (ex-FAR)

**Description**

The FAR was the army of the Rwandan Hutu regime that carried out the genocide of 500,000 or more Tutsis and regime opponents in 1994. The Interahamwe was the civilian militia force that carried out much of the killing. The groups merged and recruited additional fighters after they were forced from Rwanda into the Democratic Republic of

SHATSKY-006189

Congo (then Zaire) in 1994. They are now often known as the Army for the Liberation of Rwanda (ALIR), which is the armed branch of the PALIR or Party for the Liberation of Rwanda.

### Activities

The group seeks to topple Rwanda's Tutsi-dominated government, reinstitute Hutu control, and, possibly, complete the genocide. In 1996, a message—allegedly from the ALIR—threatened to kill the US Ambassador to Rwanda and other US citizens. In 1999, ALIR guerrillas critical of alleged US-UK support for the Rwandan regime kidnapped and killed eight foreign tourists, including two US citizens, in a game park on the Congo-Uganda border. In the current Congolese war, the ALIR is allied with Kinshasa against the Rwandan invaders. The Government of Rwanda recently transferred to US custody three former ALIR insurgents who are suspects in the 1999 Bwindi Park murder case.

### Strength

Several thousand ALIR regular forces operate alongside the Congolese army on the front lines of the Congo civil war, while a like number of ALIR guerrillas operate in eastern Congo closer to the Rwandan border.

### Location/Area of Operation

Mostly Democratic Republic of the Congo and Rwanda, but some operate in Burundi.

### External Support

The Democratic Republic of the Congo has provided ALIR forces in Congo with training, arms, and supplies.

## Cambodian Freedom Fighters (CFF)
a.k.a. Cholana Kangtoap Serei Cheat Kampouchea

### Description

The Cambodian Freedom Fighters (CFF) emerged in November 1998 in the wake of political violence that saw many influential Cambodian leaders flee and the Cambodian People's Party assume power. With an avowed aim of overthrowing the Government, the US-based group is led by a Cambodian-American, a former member of the opposition Sam Rainsy Party. The CFF's membership includes Cambodian-Americans based in Thailand and the United States and former soldiers from the separatist Khmer Rouge, Royal Cambodian Armed Forces, and various political factions.

### Activities

The CFF was not reported to have participated in terrorist activities in 2002. Cambodian courts in February and March 2002 prosecuted 38 CFF members suspected of staging an attack in Cambodia in 2000. The courts convicted 19 members, including one US citizen, of "terrorism" and/or "membership in an armed group" and sentenced them to terms of five years to life imprisonment. The group claimed responsibility for an attack in late November 2000 on several government installations that killed at least eight persons and wounded more than a dozen civilians. In April 1999, five CFF members were arrested for plotting to blow up a fuel depot outside Phnom Penh with antitank weapons.

### Strength

Exact strength is unknown, but totals probably never have exceeded 100 armed fighters.

### Location/Area of Operation

Northeastern Cambodia near the Thai border.

130

SHATSKY-006190

**External Aid**
US-based leadership collects funds from the Cambodian-American community.

**The Communist Party of Nepal (Maoist)**

**Description**
The Communist Party of Nepal (Maoist) insurgency grew out of the increasing radicalization and fragmentation of left-wing parties following the emergence of democracy in 1990. The United People's Front—a coalition of left-wing parties—participated in the 1991 elections, but the Maoist wing failed to win the minimum 3 percent of the vote leading to their exclusion from voter lists in the 1994 elections. In response, they abandoned electoral politics and in 1996 launched the insurgency. The Maoists' ultimate objective is the takeover of the government and the transformation of society, probably including the elimination of the present elite, nationalization of the private sector, and collectivization of agriculture.

**Activities**
The Maoist insurgency largely engages in a traditional guerrilla war aimed at ultimately overthrowing the Nepalese Government. In line with these efforts, the Maoist leadership has allowed some attacks against international targets in an attempt to further isolate the Nepalese Government. In 2002, Maoists claimed responsibility for assassinating two US Embassy guards, citing anti-Maoist spying, and in a press statement threatened foreign embassy—including the US—missions, to deter foreign support for the Nepalese Government. Maoists, targeting US symbols, also bombed Coca-Cola bottling plants in April and January 2002 and November 2001. In May, Maoists destroyed a Pepsi Cola truck and its contents.

**Strength**
Numbering in the thousands.

**Location**
Nepal.

**External Aid**
None.

**Continuity Irish Republican Army (CIRA)**

**Description**
Terrorist splinter group formed in 1994 as the clandestine armed wing of Republican Sinn Fein (RSF), which split from Sinn Fein in 1986. "Continuity" refers to the group's belief that it is carrying on the original IRA goal of forcing the British out of Northern Ireland. Cooperates with the larger Real IRA.

**Activities**
CIRA has been active in Belfast and the border areas of Northern Ireland where it has carried out bombings, assassinations, kidnappings, hijackings, extortions, and robberies. On occasion, it has provided advance warning to police of its attacks. Targets include British military, Northern Ireland security targets, and loyalist paramilitary groups. Unlike the Provisional IRA, CIRA is not observing a cease-fire. CIRA continued its bombing campaign in 2002 with an explosion at a Belfast police training college in April and a bombing in July at the estate of a Policing Board member; other CIRA bombing attempts in the center of Belfast were thwarted by police.

131

SHATSKY-006191

**Strength**

Fewer than 50 hard-core activists. Eleven CIRA members have been convicted of criminal charges and others are awaiting trial. Police counterterrorist operations have reduced the group's strength, but CIRA has been able to reconstitute its membership through active recruiting efforts.

**Location/Area of Operation**

Northern Ireland, Irish Republic. Does not have an established presence on the UK mainland.

**External Aid**

Suspected of receiving funds and arms from sympathizers in the United States. May have acquired arms and materiel from the Balkans in cooperation with the Real IRA.

**Eastern Turkistan Islamic Movement (ETIM)**

**Description**

The Eastern Turkistan Islamic Movement (ETIM), a small Islamic extremist group based in China's western Xinjiang Province, is one of the most militant of the ethnic Uighur separatist groups pursuing an independent "Eastern Turkistan," which would include Turkey, Kazakhstan, Kyrgyzstan, Pakistan, Afghanistan, and Xinjiang. ETIM and other overlapping militant Uighur groups are linked to the international mujahidin movement—and to a limited degree al-Qaida—beginning with the participation of ethnic Uighur mujahidin in the Soviet/Afghan war.

**Activities**

US and Chinese Government information suggests ETIM was responsible for terrorist acts inside and outside China. Most recently, in May 2002, two ETIM members were deported to China from Kyrgyzstan for plotting to attack the US Embassy in Kyrgyzstan as well as other US interests abroad.

**Strength**

Unknown. Only a small minority of ethnic Uighurs supports the Xinjiang independence movement or the formation of an East Turkistan.

**Location/Area of Operation**

Xinjiang Province and neighboring countries in the region.

**External Aid**

ETIM is suspected of having received training and financial assistance from al-Qaida.

**First of October Antifascist Resistance Group (GRAPO) Grupo de Resistencia Anti-Fascista Primero de Octubre**

**Description**

Formed in 1975 as the armed wing of the illegal Communist Party of Spain during the Franco era. Advocates the overthrow of the Spanish Government and its replacement with a Marxist-Leninist regime. GRAPO is vehemently anti-US, seeks the removal of all US military forces from Spanish territory, and has conducted and attempted several attacks against US targets since 1977. The group issued a communique following the 11 September attacks in the United States, expressing its satisfaction that "symbols of imperialist power" were decimated and affirming that "the war" has only just begun.

**Activities**

GRAPO did not mount a successful terrorist attack in 2002. GRAPO has killed more than 90 persons and injured more than 200. The group's operations traditionally have been designed to cause material damage and gain publicity rather than inflict casualties, but the terrorists have conducted lethal bombings and close-range assassinations. In May 2000,

132

SHATSKY-006192

the group killed two security guards during a botched armed robbery attempt of an armored truck carrying an estimated $2 million, and in November 2000, members assassinated a Spanish policeman in a possible reprisal for the arrest that month of several GRAPO leaders in France. The group also has bombed business and official sites, employment agencies, and the Madrid headquarters of the ruling Popular Party.

**Strength**
Fewer than two-dozen activists remaining. Police have made periodic large-scale arrests of GRAPO members, crippling the organization and forcing it into lengthy rebuilding periods. In 2002, Spanish and French authorities arrested 22 suspected members, including some of the group's reconstituted leadership.

**Location/Area of Operation**
Spain.

**External Aid**
None.

**Harakat ul-Jihad-I-Islami (HUJI) (Movement of Islamic Holy War)**

**Description**
HUJI, a Sunni extremist group that follows the Deobandi tradition of Islam, was founded in 1980 in Afghanistan to fight in the jihad against the Soviets. It also is affiliated with the Jamiat Ulema-I-Islam Fazlur Rehman faction (JUI-F) and the Deobandi school of Sunni Islam. The group, led by chief commander Amin Rabbani, is made up primarily of Pakistanis and foreign Islamists who are fighting for the liberation of Kashmir and its accession to Pakistan.

**Activities**
Has conducted a number of operations against Indian military targets in Kashmir. Linked to the Kashmiri militant group al-Faran that kidnapped five Western tourists in Kashmir in July 1995; one was killed in August 1995, and the other four reportedly were killed in December of the same year.

**Strength**
Exact numbers are unknown, but there may be several hundred members in Kashmir.

**Location/Area of Operation**
Pakistan and Kashmir. Trained members in Afghanistan until fall of 2001.

**External Aid**
Specific sources of external aid are unknown.

**Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) (Movement of Islamic Holy War)**

**Description**
The mission of HUJI-B, led by Shauqat Osman, is to establish Islamic rule in Bangladesh. HUJI-B has connections to the Pakistani militant groups Harakat ul-Jihad-i-Islami (HUJI) and Harak ul-Mujahidin (HUM), who advocate similar objectives in Pakistan and Kashmir.

**Activities**
HUJI-B was accused of stabbing a senior Bangladeshi journalist in November 2000 for making a documentary on the plight of Hindus in Bangladesh. HUJI-B was suspected in the July 2000 assassination attempt of Bangladeshi Prime Minister Sheikh Hasina.

133

SHATSKY-006193

**Strength**
HUJI-B has an estimated cadre strength of more than several thousand members.

**Location/Area of Operation**
Operates and trains members in Bangladesh, where it maintains at least six camps.

**External Aid**
Funding of the HUJI-B comes primarily from madrassas in Bangladesh. The group also has ties to militants in Pakistan that may provide another funding source.

**Hizb-I Islami Gulbuddin (HIG)**

**Description**
Gulbuddin Hikmatyar founded Hizb-I Islami Gulbuddin (HIG) as a faction of the Hizb-I Islami party in 1977, and it was one of the major mujahedin groups in the war against the Soviets. HIG has long-established ties with Bin Ladin. In the early 1990s, Hikmatyar ran several terrorist training camps in Afghanistan and was a pioneer in sending mercenary fighters to other Islamic conflicts. Hikmatyar offered to shelter Bin Ladin after the latter fled Sudan in 1996.

**Activities**
HIG has staged small attacks in its attempt to force US troops to withdraw from Afghanistan, overthrow the Afghan Transitional Administration (ATA), and establish a fundamentalist state.

**Strength**
HIG possibly could have hundreds of veteran fighters to call on.

**Location/ Area of Operation**
Eastern Afghanistan (particularly Konar and Nurestan Provinces) and adjacent areas of Pakistan's tribal areas.

**External Aid**
Unknown.

**Hizb ul-Mujahidin (HM)**

**Description**
Hizb ul-Mujahidin, the largest Kashmiri militant group, was founded in 1989 and officially supports the liberation of Kashmir and its accession to Pakistan, although some cadres are proindependence. The group is the militant wing of Pakistan's largest Islamic political party, the Jamaat-i-Islami. It currently is focused on Indian security forces and politicians in Kashmir and has conducted operations jointly with other Kashmiri militants. It reportedly operated in Afghanistan through the mid-1990s and trained alongside the Afghan Hizb-I-Islami Gulbuddin (HIG) in Afghanistan until the Taliban takeover. The group, led by Syed Salahuddin, is made up primarily of ethnic Kashmiris. Currently, there are visible splits between Pakistan-based commanders and several commanders in Indian-occupied Kashmir.

**Activities**
Has conducted a number of operations against Indian military targets in Kashmir. The group also occasionally strikes at civilian targets in Kashmir but has not engaged in terrorist acts elsewhere.

134

SHATSKY-006194

**Strength**

Exact numbers are unknown, but there may be several hundred members in Indian-controlled Kashmir and Pakistan.

**Location/Area of Operation**

Indian-controlled Kashmir and Pakistan. Trained members in Afghanistan until the Taliban takeover.

**External Aid**

Specific sources of external aid are unknown.

**Irish Republican Army (IRA)**

a.k.a. Provisional Irish Republican Army (PIRA), the Provos (Sometimes referred to as the PIRA to distinguish it from RIRA and CIRA.)

**Description**

Dissension within the IRA over support for the Northern Ireland peace process resulted in the formation of two more radical splinter groups: Continuity IRA, in 1995 and the Real IRA in 1997. Until its July 1997 cease-fire, the Provisional IRA had sought to remove British forces from Northern Ireland and unify Ireland by force. In July 2002, the IRA reiterated its commitment to the peace process and apologized to the families of what it called "non-combatants" who had been killed or injured by the IRA. The IRA is organized into small, tightly knit cells under the leadership of the Army Council.

**Activities**

IRA traditional activities have included bombings, assassinations, kidnappings, punishment beatings, extortion, smuggling, and robberies. Before the 1997 cease-fire, bombing campaigns had been conducted on various targets in Northern Ireland and Great Britain and included senior British Government officials, civilians, police, and British military targets. In April 2002, the IRA conducted a second act of arms decommissioning that the Independent International Commission on Decommissioning (IICD) called "varied" and "substantial." In late October, however, the IRA suspended contact with the IICD. The IRA retains the ability to conduct paramilitary operations. The IRA's extensive criminal activities reportedly provide the organizations with millions of dollars each year.

**Strength**

Several hundred members, plus several thousand sympathizers—despite the defection of some members to RIRA and CIRA.

**Local/Area of Operation**

Northern Ireland, Irish Republic, Great Britain, and Europe.

**External Aid**

Has in the past received aid from a variety of groups and countries and considerable training and arms from Libya and the PLO. Is suspected of receiving funds, arms, and other terrorist-related materiel from sympathizers in the United States. Similarities in operations suggest links to ETA and the FARC. In August 2002, three suspected IRA members were arrested in Colombia on charges of assisting the FARC to improve its explosives capabilities.

**Islamic Army of Aden (IAA)**

a.k.a. Aden-Abyan Islamic Army (AAIA)

**Description**

The Islamic Army of Aden (IAA) emerged publicly in mid-1998 when the group released a series of communiques that expressed support for Usama Bin Ladin and appealed for the overthrow of the Yemeni Government and operations against US and other Western interests in Yemen. IAA's assets were frozen under E.O. 13224 in September 2001, and it was designated for sanctions under UNSCR 1333 in the same month.

135

SHATSKY-006195

**Activities**
Engages in bombings and kidnappings to promote its goals. Kidnapped 16 British, US, and Australian tourists in late December 1998 near Mudiyah in southern Yemen. Since the capture and trial of the Mudiyah kidnappers and the execution in October 1999 of the group's leader, Zein al-Abidine al-Mihdar (a.k.a. Abu Hassan), individuals associated with the IAA have remained involved in terrorist activities on a number of occasions. In 2001, the Yemeni Government convicted an IAA member and three associates for their role in the bombing in October 2000 of the British Embassy in Sanaa. The current status of the IAA is unknown. Despite the appearance of several press statements attributed to the IAA and released through intermediaries and the Internet in 2002, Yemeni officials claim that the group is operationally defunct.

**Strength**
Not known.

**Location/Area of Operation**
Operates in the southern governorates of Yemen—primarily Aden and Abyan.

**External Aid**
Not known.

**Islamic International Peacekeeping Brigade (IIPB)**

**Description**
One of three terrorist groups affiliated with Chechen guerrillas that furnished personnel to carry out the seizure of the Dubrovka Theater in Moscow on 23 October 2002. The suicide attackers took more than 800 hostages, whom they threatened to kill if the Russian Government did not meet their demands, including the withdrawal of Russian forces from Chechnya. Chechen extremist leader Shamil Basayev—who claimed responsibility for ordering the seizure—established the IIPB in 1998, which he led with Saudi-born mujahidin leader Ibn al-Khattab until the latter's death in March 2002. Arab mujahidin leader Abu al-Walid since has taken over Khattab's leadership role in the IIPB, which consists of Chechens, Arabs, and other foreign fighters.

**Activities**
Primarily guerrilla operations against Russian forces.

**Strength**
Up to 400 fighters, including as many as 150 Arabs and other foreign fighters.

**Location/Area of Operation**
Primarily in Chechnya and adjacent areas of the north Caucasus, but major logistic activities also occur in Georgia, Azerbaijan, and Turkey.

**External Aid**
The IIPB and its Arab leaders appear to be a primary conduit for Islamic funding for the Chechen guerrillas, in part through links to al-Qaida–related financiers on the Arabian Peninsula.

**Jamiat ul-Mujahidin (JUM)**

**Description**
Small pro-Pakistan militant group formed in Indian-controlled Kashmir in 1990. Followers are mostly Kashmiris, but include some Pakistanis.

SHATSKY-006196

**Activities**

Has conducted a number of operations against Indian military targets in Kashmir.

**Strength**

Unknown.

**Location/Area of Operation**

Kashmir and Pakistan.

**External Aid**

Unknown.

**Japanese Red Army (JRA)**

a.k.a. Anti-Imperialist International Brigade (AIIB)

**Description**

An international terrorist group formed around 1970 after breaking away from Japanese Communist League—Red Army Faction. Fusako Shigenobu led the JRA until her arrest in Japan in November 2000. The JRA's historical goal has been to overthrow the Japanese Government and monarchy and to help foment world revolution. After her arrest, Shigenobu announced she intended to pursue her goals using a legitimate political party rather than revolutionary violence, and the group announced it would disband in April 2001. May control or at least have ties to Anti-Imperialist International Brigade (AIIB); also may have links to Antiwar Democratic Front—an overt leftist political organization—inside Japan. Details released following Shigenobu's arrest indicate that the JRA was organizing cells in Asian cities, such as Manila and Singapore. The group had a history of close relations with Palestinian terrorist groups—based and operating outside Japan—since its inception, primarily through Shigenobu. The current status of the connections is unknown.

**Activities**

During the 1970s, JRA carried out a series of attacks around the world, including the massacre in 1972 at Lod Airport in Israel, two Japanese airliner hijackings, and an attempted takeover of the US Embassy in Kuala Lumpur. In April 1988, JRA operative Yu Kikumura was arrested with explosives on the New Jersey Turnpike, apparently planning an attack to coincide with the bombing of a USO club in Naples, a suspected JRA operation that killed five, including a US servicewoman. He was convicted of the charges and is serving a lengthy prison sentence in the United States. Tsutomu Shirosaki, captured in 1996, is also jailed in the United States. In 2000, Lebanon deported to Japan four members it arrested in 1997 but granted a fifth operative, Kozo Okamoto, political asylum. Longtime leader Shigenobu was arrested in November 2000 and faces charges of terrorism and passport fraud.

**Strength**

About six hard-core members; undetermined number of sympathizers. At its peak, the group claimed to have 30 to 40 members.

**Location/Area of Operation**

Location unknown, but possibly in Asia and/or Syrian-controlled areas of Lebanon.

**External Aid**

Unknown.

SHATSKY-006197

**Kumpulan Mujahidin Malaysia (KMM)**

**Description**

Kumpulan Mujahidin Malaysia (KMM) favors the overthrow of the Mahathir government and the creation of an Islamic state comprising Malaysia, Indonesia, and the southern Philippines. Malaysian authorities believe that smaller, more violent, extremist groups have split from KMM. Zainon Ismail, a former mujahid in Afghanistan, established KMM in 1995. Nik Adli Nik Abdul Aziz, currently detained under Malaysia's Internal Security Act (ISA), assumed leadership in 1999. Malaysian police assert that three Indonesian extremists, one of whom is in custody, have disseminated militant ideology to the KMM.

**Activities**

Malaysia is currently holding 48 alleged members of the KMM and its more extremist wing under the ISA for activities deemed threatening to Malaysia's national security, including planning to wage a jihad, possession of weaponry, bombings and robberies, the murder of a former state assemblyman, and planning attacks on foreigners, including US citizens. Several of the arrested militants have reportedly undergone military training in Afghanistan, and some fought with the Afghan mujahidin during the war against the former Soviet Union. Others are alleged to have ties to Islamic extremist organizations in Indonesia and the Philippines.

**Strength**

Malaysian police assess the KMM to have 70 to 80 members. The Malaysian police continued to investigate more than 200 suspected Muslim militants throughout 2002.

**Location/Area of Operation**

The KMM is reported to have networks in the Malaysian states of Perak, Johor, Kedah, Selangor, Terengganu, and Kelantan. They also operate in Wilayah Persukutuan, the federal territory comprising Kuala Lumpur. According to press reports, the KMM has ties to radical Indonesian Islamic groups and has sent members to Ambon, Indonesia, to fight against Christians.

**External Aid**

Largely unknown, probably self-financing.

**Libyan Islamic Fighting Group**
a.k.a. Al-Jam'a al-Islamiyyah al-Muqatilah, Fighting Islamic Group, Libyan Fighting Group, Libyan Islamic Group

**Description**

Emerged in 1995 among Libyans who had fought against Soviet forces in Afghanistan. Declared the government of Libyan leader Muammar Qadhafi un-Islamic and pledged to overthrow it. Some members maintain a strictly anti-Qadhafi focus and organize against Libyan Government interests, but others are aligned with Usama Bin Ladin's al-Qaida organization or are active in the international mujahidin network. The group was designated for asset freeze under E. O. 13224 and UNSCR 1333 in September 2001.

**Activities**

Claimed responsibility for a failed assassination attempt against Qadhafi in 1996 and engaged Libyan security forces in armed clashes during the mid-to-late 1990s. Continues to target Libyan interests and may engage in sporadic clashes with Libyan security forces.

**Strength**

Not known but probably has several hundred active members or supporters.

138

SHATSKY-006198

**Location/Area of Operation**
Probably maintains a clandestine presence in Libya, but since late 1990s, many members have fled to various Middle Eastern and European countries.

**External Aid**
Not known. May obtain some funding through private donations, various Islamic nongovernmental organizations, and criminal acts.

**Lord's Resistance Army (LRA)**

**Description**
Founded in 1989 as the successor to the Holy Spirit Movement, the LRA seeks to overthrow the Ugandan Government and replace it with a regime that will implement the group's brand of Christianity.

**Activities**
Since the early 1990's, the LRA has kidnapped and killed local Ugandan civilians in order to discourage foreign investment, precipitate a crisis in Uganda, and replenish their ranks.

**Strength**
Estimated 1,000.

**Location/Area of Operation**
Northern Uganda and southern Sudan.

**External Aid**
While the LRA has been supported by the Government of Sudan in the past, the Sudanese are now cooperating with the Government of Uganda in a campaign to eliminate LRA sanctuaries in Sudan.

**Loyalist Volunteer Force (LVF)**

**Description**
An extreme loyalist group formed in 1996 as a faction of the loyalist Ulster Volunteer Force (UVF) but did not emerge publicly until 1997. Composed largely of UVF hardliners who have sought to prevent a political settlement with Irish nationalists in Northern Ireland by attacking Catholic politicians, civilians, and Protestant politicians who endorse the Northern Ireland peace process. LVF occasionally uses the Red Hand Defenders as a cover name for its actions but in February called for the group's disbandment. In October 2001, the British Government ruled that the LVF had broken the cease-fire it declared in 1998 after linking the group to the murder of a journalist. According to the Independent International Commission on Decommissioning, the LVF decommissioned a small amount of weapons in December 1998, but it has not repeated this gesture.

**Activities**
Bombings, kidnappings, and close-quarter shooting attacks. Finances its activities with drug money and other criminal activities. LVF bombs often have contained Powergel commercial explosives, typical of many loyalist groups. LVF attacks have been particularly vicious: the group has murdered numerous Catholic civilians with no political or paramilitary affiliations, including an 18-year-old Catholic girl in July 1997 because she had a Protestant boyfriend. The terrorists also have conducted successful attacks against Irish targets in Irish border towns. Since 2000, the LVF has been engaged in a violent feud with other loyalists that intensified in 2002 with several high-profile murders and defections.

139

SHATSKY-006199

**Strength**
300 members, half of whom are active.

**Location/Area of Operation**
Northern Ireland, Ireland.

**External Aid**
None.

**Moroccan Islamic Combatant Group (GICM)**

**Description**
The goals of the Moroccan Islamic Combatant Group (GICM) reportedly include establishing an Islamic state in Morocco and supporting al-Qaida's jihad against the West. The group appears to have emerged in the late 1990s and comprises Moroccan recruits who trained in armed camps in Afghanistan. GICM members interact with other North African extremists, particularly in Europe. On 22 November 2002, the United States designated the GICM for asset freeze under E.O. 13224. This followed the submission of the GICM to the UNSCR 1267 sanctions committee.

**Activities**
GICM members, working with other North African extremists, engage in trafficking falsified documents and possibly gunrunning. The group in the past has issued communiques and statements against the Moroccan Government.

**Strength**
Unknown.

**Location/Area of Operation**
Western Europe, Afghanistan, and possibly Morocco.

**External Aid**
Unknown.

**New Red Brigades/ Communist Combatant Party (BR/PCC)**
a.k.a. Brigate Rosse/ Partito Comunista Combattente

**Description**
This Marxist-Leninist group is a successor to the Red Brigades, active in the 1970s and 1980s. In addition to ideology, both groups share the same symbol, a five-pointed star inside a circle. The group is opposed to Italy's foreign and labor policies and NATO.

**Activities**
BR/PCC first struck in May 1999 claiming responsibility for the assassination of Labor Minister advisor Massimo D'Antona. In March 2002, the group assassinated Professor Marco Biagi, also a Labor Minister advisor. One person arrested in conjunction with the Biagi attack was released later on a technicality. In 2001, Italian police arrested a suspected Red Brigade member in connection with a bombing in April at the Institute for International Affairs in Rome. May finance its activities through armed robberies.

**Strength**
Estimated at fewer than 30 members; probably augments its strength through cooperation with other leftist groups in Italy, such as the Anti-Imperialist Territorial Nuclei.

**Location/Area of Operation**
Italy.

140

SHATSKY-006200

**External Aid**
Has obtained weapons from abroad.

**People Against Gangsterism and Drugs (PAGAD)**

**Description**
PAGAD and its Islamic ally Qibla view the South African Government as a threat to Islamic values. The two promote greater political voice for South African Muslims. Abdus Salaam Ebrahim currently leads both groups. PAGAD's G-Force (Gun Force) operates in small cells and is believed responsible for carrying out acts of terrorism. PAGAD uses several front names including Muslims Against Global Oppression (MAGO) and Muslims Against Illegitimate Leaders (MAIL) when launching anti-Western protests and campaigns.

**Activities**
Since 2001, PAGAD's activities have been severely curtailed by law-enforcement and prosecutorial efforts against leading members of the organization. Between 1996 and 2000, however, they conducted a total of 189 bomb attacks, including nine bombings in the Western Cape that caused serious injuries. PAGAD's previous bombing targets have included South African authorities, moderate Muslims, synagogues, gay nightclubs, tourist attractions, and Western-associated restaurants. PAGAD is believed to have masterminded the bombing on 25 August 1998 of the Cape Town Planet Hollywood.

**Strength**
Current operational strength is unknown, but previous estimates were several hundred members. PAGAD's G-Force probably contains fewer than 50 members.

**Location/Area of Operation**
Operates mainly in the Cape Town area.

**External Aid**
Probably has ties to Islamic extremists in the Middle East.

**Red Hand Defenders (RHD)**

**Description**
Extremist terrorist group formed in 1998 and composed largely of Protestant hardliners from loyalist groups observing a cease-fire. Red Hand Defenders seeks to prevent a political settlement with Irish nationalists by attacking Catholic civilian interests in Northern Ireland. In January 2002, the group announced all staff at Catholic schools in Belfast and Catholic postal workers were legitimate targets. Despite calls in February by the Ulster Defense Association (UDA), Ulster Freedom Fighters (UFF), and Loyalist Volunteer Force (LVF) to announce its disbandment, RHD continued to make threats and issue claims of responsibility. RHD is a cover name often used by elements of the banned UDA and LVF.

**Activities**
In recent years, the group has carried out numerous pipe bombings and arson attacks against "soft" civilian targets such as homes, churches, and private businesses. In January 2002, the group bombed the home of a prison official in North Belfast. Twice in 2002 the group claimed responsibility for attacks—the murder of a Catholic postman and Catholic teenager—that were later claimed by the UDA-UFF, further blurring distinctions between the groups. In 2001, RHD claimed responsibility for killing five persons.

**Strength**
Up to 20 members, some of whom have experience in terrorist tactics and bombmaking. Police arrested one member in June 2001 for making a hoax bomb threat.

141

SHATSKY-006201

**Location/Area of Operation**
Northern Ireland.

**External Aid**
None.

**Revolutionary Proletarian Initiative Nuclei (NIPR)**

**Description**
Clandestine leftist extremist group that appeared in Rome in 2000. Adopted the logo of the Red Brigades of the 1970s and 1980s—an encircled five-point star—for their declarations. Opposes Italy's foreign and labor polices. Has targeted property interests rather than personnel in its attacks.

**Activities**
Did not claim responsibility for an attack in 2002. Claimed responsibility for bomb attack in April 2001 on building housing a US-Italian relations association and an international affairs institute in Rome's historic center. Claimed to have carried out May 2000 explosion in Rome at oversight committee facility for implementation of the law on strikes in public services. Claimed responsibility for explosion in February 2002 on Via Palermo adjacent to Interior Ministry in Rome.

**Strength**
Approximately 12 members.

**Location/Area of Operation**
Mainly in Rome, Milan, Lazio, and Tuscany.

**External Aid**
None evident.

**Revolutionary United Front (RUF)**

**Description**
The RUF is a loosely organized force that fought a ten-year civil war to seize control of the lucrative diamond-producing regions of the country. The group funds itself largely through the extraction and sale of diamonds obtained in areas of Sierra Leone under its control.

**Activities**
The RUF was virtually dismantled by the imprisonment of RUF leader Foday Sankoh in 2001; a Disarmament, Demobilization, and Reintegration program begun in mid-2001; and the official end to the civil war in January 2002. The group's poor showing in the May 2002 Presidential elections and the possibility of prosecution if the impending UN-sponsored Sierra Leone Special Court for war crimes have further weakened organizational cohesion. From 1991 to 2000, they used guerrilla, criminal, and terror tactics, such as murder, torture, and mutilation, to fight the government, intimidate civilians, and keep UN peacekeeping units in check. In 2000, they held hundreds of UN peacekeepers hostage until their release was negotiated, in part, by the RUF's chief sponsor, Liberian President Charles Taylor. The group also has been accused of attacks in Guinea at the behest of President Taylor.

142

SHATSKY-006202

**Strength**
Once estimated at several thousand supporters and sympathizers, the group has dwindled to several hundred, although many of the demobilized fighters have not been reintegrated into society and could take up arms against the government again.

**Location/Area of Operation**
Sierra Leone, Liberia, and Guinea.

**External Aid**
A UN experts' panel report on Sierra Leone said President Charles Taylor of Liberia provided support and leadership to the RUF. The UN also identified Libya, Gambia, and Burkina Faso as conduits for weapons and other materiel for the RUF.

**Riyadus-Salikhin Reconnaissance and Sabotage Battalion of Chechen Martyrs (RSRSBCM)**

**Description**
One of three terrorist groups affiliated with Chechen guerrillas that furnished personnel to carry out the seizure of the Dubrovka Theater in Moscow on 23 October 2002. The suicide attackers took more than 800 hostages, whom they threatened to kill if the Russian Government did not meet their demands, including the withdrawal of Russian forces from Chechnya. The RSRSBCM—whose name translates into English as "Requirements for Getting into Paradise"—was not known to Western observers before the seizure. Chechen extremist leader Shamil Basayev, who claimed responsibility for ordering the seizure, continues to lead the RSRSBCM.

**Activities**
Primarily guerrilla operations against Russian forces.

**Strength**
Probably no more than 50 fighters at any given time.

**Location/Area of Operations**
Primarily Chechnya.

**External Aid**
May receive some external assistance from foreign mujahidin.

**Sipah-I-Sahaba/ Pakistan (SSP)**

**Description**
The Sipah-I-Sahaba/Pakistan (SSP) is a Sunni sectarian group that follows the Deobandi school. Violently anti-Shi'a, the SSP emerged in central Punjab in the mid-1980s as a response to the Iranian Revolution. Pakistani President Musharraf banned the SSP in January 2002.

**Activities**
The group's activities range from organizing political rallies calling for Shi'as to be declared non-Muslims to assassinating prominent Shi'a leaders.

**Strength**
Unknown.

**Location/Area of Operation**
Pakistan.

143

SHATSKY-006203

**External Aid**
Unknown.

**Special Purpose Islamic Regiment (SPIR)**

**Description**
One of three terrorist groups affiliated with Chechen guerrillas that furnished personnel to carry out the seizure of the Dubrovka Theater in Moscow on 23 October 2002. The suicide attackers took more than 800 hostages, whom they threatened to kill if the Russian Government did not meet their demands, including the withdrawal of Russian forces from Chechnya. Movzar Barayev commanded the SPIR until he was killed in the October seizure, which he led. The SPIR has continued to carry out guerrilla operations in Chechnya under the leadership of another Chechen leader, Khamzat, whose true identity is not known.

**Activities**
Primarily guerrilla operations against Russian forces. Has also been involved in various hostage and ransom operations, as well as the execution of ethnic Chechens who have collaborated with Russian authorities.

**Strength**
Probably no more than 100 fighters at any given time.

**Location/Area of Operations**
Primarily Chechnya.

**External Aid**
May receive some external assistance from foreign mujahidin.

**The Tunisian Combatant Group (TCG)**

**Description**
The Tunisian Combatant Group (TCG), also known as the Jama'a Combattante Tunisienne, reportedly is seeking to establish an Islamic regime in Tunisia and targets US and Western interests. Probably founded in 2000 by Tarek Maaroufi and Saifallah Ben Hassine, the loosely organized group has come to be associated with al-Qaida and other North African extremist networks that have been implicated in terrorist plots during the past two years. The group was designated for sanctions under UNSCR 1333 in December 2000. Belgian authorities continue to hold Maaroufi, whom they arrested in December 2001.

**Activities**
Tunisians associated with the TCG are part of the support network of the broader international jihadist movement. According to European press reports, TCG members or affiliates in the past have engaged in trafficking falsified documents and recruiting for terror training camps in Afghanistan. Some TCG associates are suspected of planning an attack against the US, Algerian, and Tunisian diplomatic missions in Rome in January 2001. Some members reportedly maintain ties to the Algerian Salafist Group for Preaching and Combat (GSPC).

**Strength**
Unknown.

**Location/Area of Operation**
Western Europe, Afghanistan.

144

SHATSKY-006204

**External Aid**
Unknown.

**Tupac Amaru Revolutionary Movement (MRTA)**

**Description**
Traditional Marxist-Leninist revolutionary movement formed in 1983 from remnants of the Movement of the Revolutionary Left, a Peruvian insurgent group active in the 1960s. Aims to establish a Marxist regime and to rid Peru of all imperialist elements (primarily US and Japanese influence). Peru's counterterrorist program has diminished the group's ability to carry out terrorist attacks, and the MRTA has suffered from infighting, the imprisonment or deaths of senior leaders, and loss of leftist support. In 2002, several MRTA members remained imprisoned in Bolivia.

**Activities**
Previously conducted bombings, kidnappings, ambushes, and assassinations, but recent activity has fallen drastically. In December 1996, 14 MRTA members occupied the Japanese Ambassador's residence in Lima and held 72 hostages for more than four months. Peruvian forces stormed the residence in April 1997 rescuing all but one of the remaining hostages and killing all 14 group members, including the remaining leaders. The group has not conducted a significant terrorist operation since and appears more focused on obtaining the release of imprisoned MRTA members.

**Strength**
Believed to be no more than 100 members, consisting largely of young fighters who lack leadership skills and experience.

**Location/Area of Operation**
Peru with supporters throughout Latin America and Western Europe. Controls no territory.

**External Aid**
None.

**Turkish Hizballah**

**Description**
Turkish Hizballah is a Kurdish Islamic (Sunni) extremist organization that arose in the late 1980s in response to Kurdistan Workers' Party (PKK) atrocities against Muslims in southeastern Turkey, where (Turkish) Hizballah seeks to establish an independent Islamic state.

**Activities**
Beginning in the mid-1990s, (Turkish) Hizballah, which is unrelated to Lebanese Hizballah, expanded its target base and modus operandi from killing PKK militants to conducting low-level bombings against liquor stores, bordellos, and other establishments that the organization considered "anti-Islamic." In January 2000, Turkish security forces killed Huseyin Velioglu, the leader of (Turkish) Hizballah, in a shootout at a safehouse in Istanbul. The incident sparked a yearlong series of counterterrorist operations against the group that resulted in the detention of some 2,000 individuals; authorities arrested several hundred of those on criminal charges. At the same time, police recovered nearly 70 bodies of Turkish and Kurdish businessmen and journalists that (Turkish) Hizballah had tortured and brutally murdered during the mid-to-late 1990s. The group began targeting official Turkish interests in January 2001, when its operatives assassinated the Diyarbakir police chief in the group's most sophisticated operation to date. Turkish Hizballah did not conduct a major operation in 2002.

145

SHATSKY-006205

**Strength**
Possibly a few hundred members and several thousand supporters.

**Location/Area of Operation**
Turkey, primarily the Diyarbakir region of southeastern Turkey.

**External Aid**
Unknown.

**Ulster Defense Association/Ulster Freedom Fighters (UDA/UFF)**

**Description**
The Ulster Defense Association (UDA), the largest loyalist paramilitary group in Northern Ireland, was formed in 1971 as an umbrella organization for loyalist paramilitary groups such as the Ulster Freedom Fighters (UFF). Today, the UFF constitutes almost the entire UDA membership. The UDA/UFF declared a series of cease-fires between 1994 and 1998. In September 2001, the UDA/UFF's Inner Council withdrew its support for Northern Ireland's Good Friday Agreement. The following month, after a series of murders, bombings, and street violence, the British Government ruled the UDA/UFF's cease-fire defunct. The dissolution of the organization's political wing, the Ulster Democratic Party, soon followed. In January 2002, however, the UDA created the Ulster Political Research Group (UPRG) to serve in a similar capacity.

**Activities**
The UDA/UFF has evolved into a criminal organization involved in drug trafficking and other moneymaking criminal activities. In January 2002, the UDA/UFF called for an end to sectarian violence; in the preceding months, the UDA had been blamed for more than 300 bombings and shootings against Catholics in Belfast. Nevertheless, the UDA/UFF continued its attacks against Catholics, as well as those seen as a threat to its criminal enterprises. The UDA/UFF admitted responsibility for the murder of a Catholic postman in January, an attack also claimed by the Red Hand Defenders (RHD), a group used as a cover name by some UDA/UFF elements. The UDA also was blamed for a drive-by shooting that wounded three Catholics in September. Later in the year, three deaths were attributed to the group's escalating feud with the Loyalist Volunteer Force (LVF). Johnny Adair, the only person ever convicted of directing terrorism in Northern Ireland, was a leading UDA member until September when he was expelled from the group because of his growing ties to the LVF. In 2000, a feud between the UDA/UFF and the Ulster Volunteer Force (UVF) resulted in the deaths of seven men.

**Strength**
Estimates vary from 2,000 to 5,000 members, with several hundred active in paramilitary operations.

**Location/Area of Operation**
Northern Ireland.

**External Aid**
Probably obtains weapons from abroad.

146

SHATSKY-006206

**Appendix D**

**US Programs and Policy**

**Antiterrorism
Assistance
Program**

Congress authorized the Antiterrorism Assistance (ATA) Program in 1983 as part of a major initiative against international terrorism. Since that time ATA has provided training for over 31,000 students from 127 countries. The ATA Program provides training and related assistance to law-enforcement and security services of selected friendly foreign governments. Assistance to the qualified countries focuses on the following objectives:

- Enhancing the antiterrorism skills of friendly countries by providing training and equipment to deter and counter the threats of terrorism.

- Strengthening the bilateral ties of the United States with friendly, foreign governments by offering concrete assistance in areas of mutual concern.

- Increasing respect for human rights by sharing with civilian authorities modern, humane, and effective antiterrorism techniques.

ATA courses are developed and customized in response to terrorism trends and patterns. The training can be categorized into four functional areas: Crisis Prevention, Crisis Management, Crisis Resolution, and Investigation. Countries needing assistance are identified on the basis of the threat, or actual level of terrorist activity they face.

Antiterrorist assistance and training, which begins with a comprehensive, in-country assessment, can take many forms, including airport security, crime-scene investigations, chemical and biological attacks, and courses for first responders. Most of this training is conducted overseas to maximize its effectiveness, and even more courses are being conducted in country under ATA's new "Fly-Away" concept.

ATA programs may also take the form of advisory assistance, such as police administration and management of police departments, how to train police instructors or develop a police academy, and modern interview and investigative techniques. Equipment or bomb-sniffing dogs may also be included in the assistance package.

The post-September 11 era has shifted the focus of ATA outreach to the newly identified frontline nations. These include Algeria, Armenia, Azerbaijan, Bangladesh, Djibouti, Egypt, Georgia, India, Indonesia, Jordan, Kazakhstan, Kenya, Kyrgyz Republic, Malaysia, Morocco, Oman, Uzbekistan, and Yemen. The United States delivered 80 courses to these frontline nations in 2002.

ATA has also identified specific areas in which courses will be added or expanded to enhance the antiterrorism capabilities in frontline and other countries. These include medical response to mass casualties, advanced police tactical intervention, physical security, border controls, and operations to deal with weapons of mass destruction such as mail security, customs/immigration inspection, disaster response, and urban search and rescue.

SHATSKY-006207

The ability of the United States to assist friendly governments with mastering the detection and prevention of terrorist activities will clearly enhance the mutual security of all the participating nations. Detecting and eliminating terrorist cells at the root before their violence can cross borders and oceans will ensure a safer world for all nations.

In the wake of the September 11 attacks, government officials of these frontline countries expressed greater interest in receiving antiterrorism assistance. ATA has increased efforts to familiarize ambassadors, regional security officers, and other US officials with the program offerings. The success of these efforts is evidenced by the fact that every frontline nation has requested antiterrorist assistance in some form. US diplomats report that the ability of the United States to offer immediate, specific, and intensive training, along with technical tools and equipment, has succeeded in breaking down barriers and building trust.

ATA is responding to the growing demand for training and services, not only by expanding course selection, but also by pursuing development of the Center for Antiterrorism and Security Training (CAST). ATA is already offering training at the Louisiana State Police Academy (Baton Rouge, Louisiana), the DOE Nonproliferation and National Security Institute (Albuquerque, New Mexico), the FBI Academy (Quantico, Virginia), and in the Washington, DC metropolitan area.

**Rewards for Justice Program**

The Rewards for Justice Program is one of the most valuable US Government assets in the fight against international terrorism. Established by the 1984 Act to Combat International Terrorism, Public Law 98-533, the Program is administered by the US Department of State's Bureau of Diplomatic Security.

Under the Program, the Secretary of State may offer rewards of up to $5 million for information that prevents or favorably resolves acts of international terrorism against US persons or property worldwide. Rewards also may be paid for information leading to the arrest or conviction of terrorists attempting, committing, and conspiring to commit, or aiding and abetting in the commission of such acts.

The USA Patriot Act of 2001 authorizes the Secretary to offer or pay rewards of greater than $5 million if he determines that a greater amount is necessary to combat terrorism or to defend the United States against terrorist acts. Secretary Powell has authorized a reward of up to $25 million for information leading to the capture of Usama Bin Ladin and other key al-Qaida leaders.

In November 2002, the State and Treasury Departments announced a $5 million rewards program that will pay for information leading to the disruption of any terrorism financing operation.

Diplomatic Security has fully supported the efforts of the private business sector/ citizens to establish a Rewards for Justice Fund, a nongovernmental, nonprofit 501 C (3) charitable organization administered by a group of private US citizens. One hundred percent of all donated funds will be used to supplement reward payments only. Diplomatic Security has forged a strong relationship with the private business and US citizen representatives of the Rewards for Justice Fund. Diplomatic Security has embarked on a much closer relationship with the US public and private business in the US Government's continuing efforts to bring those individuals responsible for the planning of the September 11 attacks to justice and preventing future international terrorist attacks against the United States at home or abroad.

148

SHATSKY-006208

**International Terrorism: US Hostages, US Policy**

The US Government will make no concessions to individuals or groups holding official or private US citizens hostage. The United States will use every appropriate resource to gain the safe return of US citizens who are held hostage. At the same time, it is US Government policy to deny hostage takers the benefits of ransom, prisoner releases, policy changes, or other acts of concession.

**Basic Premises**

It is internationally accepted that governments are responsible for the safety and welfare of persons within the borders of their nations. Aware of both the hostage threat and public security shortcomings in many parts of the world, the United States has developed enhanced physical and personal security programs for US personnel and established cooperative arrangements with the US private sector. It has also established bilateral assistance programs and close intelligence and law-enforcement relationships with many nations to prevent hostage-taking incidents or resolve them in a manner that will deny the perpetrators benefits from their actions. The United States also seeks effective judicial prosecution and punishment for hostage takers victimizing the US Government or its citizens and will use all legal methods to these ends, including extradition. US policy and goals are clear, and the US Government actively pursues them alone and in cooperation with other governments.

**US Government Responsibilities When Private US Citizens Are Taken Hostage**

Based upon past experience, the US Government concluded that making concessions that benefit hostage takers in exchange for the release of hostages increased the danger that others will be taken hostage. US Government policy is, therefore, to deny hostage takers the benefits of ransom, prisoner releases, policy changes, or other acts of concession.

At the same time, the US Government will make every effort, including contact with representatives of the captors, to obtain the release of hostages without making concessions to the hostage takers.

Consequently, the United States strongly urges US companies and private citizens not to accede to hostage-taker demands. It believes that good security practices, relatively modest security expenditures, and continual close cooperation with embassy and local authorities can lower the risk to US citizens living in high-threat environments.

The US Government is concerned for the welfare of its citizens but cannot support requests that host governments violate their own laws or abdicate their normal enforcement responsibilities.

If the employing organization or company works closely with local authorities and follows US policy, US Foreign Service posts can be involved actively in efforts to bring the incident to a safe conclusion. This includes providing reasonable administrative services and, if desired by local authorities and the US entity, full participation in strategy sessions. Requests for US Government technical assistance or expertise will be considered on a case-by-case basis. The full extent of US Government participation must await an analysis of each specific set of circumstances.

The host government and the US private organizations or citizen must understand that if they wish to follow a hostage-resolution path different from that of US Government policy, they do so without US Government approval. In the event a hostage-taking incident is resolved through concessions, US policy remains steadfastly to pursue investigation leading to the apprehension and prosecution of hostage takers who victimize US citizens.

149

SHATSKY-006209

**Legal Caution**

Under current US law, 18 USC 1203 (Act for the Prevention and Punishment of the Crime of Hostage Taking, enacted October 1984 in implementation of the UN convention on hostage taking), seizure of a US citizen as a hostage anywhere in the world is a crime, as is any hostage-taking action in which the US Government is a target or the hostage taker is a US national. Such acts are, therefore, subject to investigation by the Federal Bureau of Investigation and to prosecution by US authorities. Actions by private persons or entities that have the effect of aiding or abetting the hostage taking, concealing knowledge of it from the authorities, or obstructing its investigation may themselves be in violation of US law.

**US Terrorism Lists: Prevention, Punishment, Pressure**

The US Government has established four primary counterterrorism "lists" to serve as tools in the fight against terrorism: The State Sponsors of Terrorism, Foreign Terrorist Organizations (FTO), Executive Order 13224, and the Terrorist Exclusion (TEL) list. Each list has its individual mechanisms, but they all serve to prevent terrorism, punish terrorists and their supporters, and pressure changes in the behavior of designated states and groups.

Because these lists are a means to fight terrorism, rather than an end in themselves, they are not designed or intended to be immutable. The US Government encourages states and organizations to take the necessary actions to get out of the terrorism business. The bar for a state or group being removed from a US terrorism list is and must be high—it must end all involvement in any facet of terrorism, including passive support, and satisfy all US counterterrorism concerns.

**State Sponsors of Terrorism**

The Secretary of State is authorized to designate a government as a "State Sponsor of Terrorism" if that government "has repeatedly provided support for acts of international terrorism." United States law requires the imposition of various sanctions on a state so designated. A number of US laws and sanctions affect countries whose governments have been designated as state sponsors of terrorism. The four main categories of sanctions include a ban on arms-related exports and sales; restrictions on exports of dual-use items; prohibitions on official US Government economic assistance (except humanitarian assistance), including a requirement that the US Government oppose multilateral bank assistance; and imposition of miscellaneous trade and other restrictions, including a prohibition on imports and liability in US courts for officials of that country that engage in terrorist activity. Inclusion on the State Sponsors of Terrorism list also targets a country for other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently, there are seven countries on the list: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

**Foreign Terrorist Organizations (FTOs)**

The Secretary of State is authorized to designate as FTOs groups that conduct international terrorism and threaten the interests of the United States. Designation allows the US to block designees' assets in US financial institutions; criminalizes witting provision of material support to designated groups; and blocks visas for members of FTOs without having to show that the individual was involved in specific terrorist activities. FTO designation also sends a strong signal that any group that engages in terrorism regardless of its purported goals will be condemned and penalized for its actions. (The list of FTOs can be found in Appendix B.)

**Executive Order 13224–Terrorist Financing**

President Bush signed Executive Order 13224 on 23 September 2001, to give the US Government a strong tool for eliminating the financial supporters and networks of terrorism. EO 13224 enables the US Government to block designees' assets in any

150

SHATSKY-006210

financial institution in the United States or held by any US person. It also expands US Government authority to permit the designation of individuals and organizations that provide support or financial or other services to, or associate with, designated terrorists. EO 13224 designations have allowed the US Government, as well as Coalition partners acting in concert, to block tens of millions of dollars intended to bankroll the murderous activities of al-Qaida and other terrorist groups.

A complete listing of individuals and entities covered under EO 13224 can be found at: *www.ustreas.gov/offices/enforcement/ofac/sanctions/terrorism.html*

**USA Patriot Act: Terrorist Exclusion List**

President Bush on 26 October 2001 signed into law a comprehensive counterterrorism bill (Public Law 107-56, also known as USA PATRIOT). The new law strengthened enforcement tools and made improvements to the last major terrorism bill, the Antiterrorism and Effective Death Penalty Act of 1996. The Patriot USA Act also created a Terrorist Exclusion List (TEL) with immigration consequences for groups named therein. Designation on the TEL allows the US Government to exclude or deport aliens who provide material assistance to, or solicit it for, designated organizations, giving the Department of State and US law-enforcement agencies a critical tool for bolstering homeland security.

**Terrorist Exclusion List Designees Designated on 5 December 2001**

- al-Ittihad al-Islami (AIAI)

- al-Wafa al-Igatha al-Islamia

- 'Asbat al-Ansar

- Darkazanli Company

- Salafist Group for Preaching (Call) and Combat (GSPC)

- Islamic Army of Aden

- Libyan Islamic Fighting Group

- Maktab al-Khidamat

- al-Hamati Sweets Bakeries

- al-Nur Honey Center

- al-Rashid Trust

- al-Shifa Honey Press for Industry and Commerce

- Jaish-e-Mohammed

- Jamiat al-Ta'awun al-Islamiyya

- Alex Boncayao Brigade (ABB)

- Army for the Liberation of Rwanda (ALIR)–a.k.a. Interahamwe, Former Armed Forces (EX-FAR)

- First of October Antifascist Resistance Group (GRAPO)–a.k.a. Grupo de Resistencia Anti-Fascista Premero de Octubre

- Lashkar-e-Tayyiba (LT)–a.k.a. Army of the Righteous

151

SHATSKY-006211

- Continuity Irish Republican Army (CIRA)–a.k.a. Continuity Army Council

- Orange Volunteers (OV)

- Red Hand Defenders (RHD)

- New People's Army (NPA)

- People Against Gangsterism and Drugs (PAGAD)

- Revolutionary United Front (RUF)

- al-Ma'unah

- Jayshullah

- Black Star

- Anarchist Faction for Overthrow

- Red Brigades-Combatant Communist Party (BR-PCC)

- Revolutionary Proletarian Nucleus

- Turkish Hizballah

- Jerusalem Warriors

- Islamic Renewal and Reform Organization

- The Pentagon Gang

- Japanese Red Army (JRA)

- Jamiat ul-Mujahidin (JUM)

- Harakat ul-Jihad-I-Islami (HUJI)

- Allied Democratic Forces (ADF)

- Lord's Resistance Army (LRA)

**Designated on
6 November 2002**

- Al Taqwa Trade, Property and Industry Company Ltd.

- Bank Al Taqwa Ltd.

- Nada Management Organization

- Youssef M. Nada & Co. Gesellschaft M.B.H.

- Ummah Tameer E-Nau (UTN)

- Loyalist Volunteer Force (LVF)

- Ulster Defense Association

- Afghan Support Committee

- Revival of Islamic Heritage Society (Pakistan and Afghanistan offices—Kuwait office not designated)

152

SHATSKY-006212

## Appendix E

## The US Military Counterterrorism Campaign in 2002: A Summary

**The US Military Counterterrorism Campaign in 2002: A Summary**

US military forces and allies continued their campaign to oust al-Qaida and the Taliban from Afghanistan into 2002 by completing an exhaustive search of the Tora Bora cave complex in eastern Afghanistan. Although senior al-Qaida operatives were captured in the operation, high-priority targets such as Mullah Omar and Usama Bin Ladin remained at large.

After visiting Kabul on 18 January, Secretary of State Colin Powell facilitated international efforts to rebuild Afghanistan by meeting in Tokyo with representatives from 60 nations and development organizations. Of the $4.5 billion contributed, the United States provided $297 million for 2002, the largest single pledge by any government.

Relations with Kabul's nascent government were further bolstered by the visit of interim Afghan president Hamid Karzai to Washington in late January. US forces continued to rout Taliban and al-Qaida operatives in Afghanistan as Karzai reopened his nation's embassy, met with President Bush in the oval office, and called upon State Department and Congressional officials. The abduction on 23 January, and eventual execution, of journalist Daniel Pearl in Pakistan illustrated the continued hazard to US personnel in the region.

In response to internal security concerns, Karzai's government called for additional personnel to support international peacekeeping efforts in Afghanistan. Washington renewed its commitment to train an indigenous Afghan national army (ANA), which now comprises two brigades and will eventually grow to 18 battalions. In the regions, Provincial Reconstruction Teams (PRTs) were formed and deployed in Gardez, Bamiyan, and Konduz, beginning in December 2002. The teams will work to stabilize the regions by coordinating the reconstruction efforts of the Coalition military forces, aid organizations, nongovernmental organizations (NGOs), and the Afghan Government. Ten PRTs are planned for major regional cities in Afghanistan.

On 2 March, US-led allied forces initiated Operation Anaconda to seize the Taliban and al-Qaida–infested Shai-i-Kot valley in eastern Afghanistan. Resistance ceased after 11 days of the heaviest fighting yet seen in the campaign. Although Taliban and al-Qaida fighters were pushed out of their defensive positions during the operation, critics suggested that premature US and Canadian withdrawal from the Shai-i-Kot region on 20 March allowed many to escape through the loosely guarded Pakistani border.

Following the late March announcement by Secretary of Defense Donald Rumsfeld that training for the ANA would begin in April, US troops—in conjunction with British and Canadian allies—redeployed to seal the border between Afghanistan and Pakistan and remove the remaining Taliban and al-Qaida strongholds in the region. Operations along the Pakistani border with Afghanistan continued despite renewed tension and the possibility of war between Pakistan and India in May and June.

As Hamid Karzai was officially sworn in as president of the Transitional State of Afghanistan (TISA) in Kabul on 19 June, US officials predicted it would take up to a year to secure Afghanistan against loyalist Taliban and al-Qaida remnants. Although grateful for the additional security provided by US forces, Afghan officials were highly

153

SHATSKY-006213

critical of an incident on 1 July in which nearly 40 civilians attending a wedding celebration were reportedly killed by an AC-130 gunship responding to antiaircraft fire. Karzai's government was dealt another blow a week later in Kabul with the assassination of Vice President Abdul Qadir, who had been valued as one of the few ethnic Pashtuns in the new Afghan Government. A thwarted car-bombing attempt in Kabul the following week, as well as an assassination attempt against President Karzai in late August, dramatically illustrated the existence of continued security threats in Afghanistan.

Through the final months of 2002, efforts to destroy weapons caches and capture Taliban and al-Qaida fighters met with slow but steady success. In early November, Gen. Richard Myers, Chairman of the Joint Chiefs of Staff, stated that military operations in Afghanistan would be gradually replaced by reconstruction efforts. With the Taliban and al-Qaida presence all but removed by the end of 2002, focus shifted to implementing humanitarian development and reconstruction in Afghanistan, with cost estimates ranging from $10–15 billion over the next decade.

US counterterrorism efforts also expanded beyond the borders of Afghanistan in 2002, with operations in the Philippines, Georgia, and Yemen. Early in the year, 1,200 advisors were dispatched to the Philippines to train soldiers fighting members of the radical Islamist group Abu Sayyaf. An attempt by Philippine commandos to rescue three US citizens held by Abu Sayyaf in June resulted in the unfortunate deaths of two of the hostages. Following the conclusion of training in July, several hundred US soldiers remained in the Philippines to assist with infrastructure projects.

Washington initiated a similar, though more limited effort in the former Soviet republic of Georgia. Beginning in May, US military personnel trained 1,500 indigenous troops to clear Georgia's Pankisi Gorge region of foreign fighters that possibly included al-Qaida and Chechen separatist groups among their numbers.

154

SHATSKY-006214

## Appendix F

## Countering Terrorism on the Economic Front

Since the terrorist attacks of 11 September 2001, the US Government has taken a number of steps to block terrorist funding.

On 23 September 2001, for example, the President signed Executive Order (EO) 13224. In general terms, the Order provides a means to disrupt the financial-support network for terrorists and terrorist organizations. The Order authorizes the US Government to designate and block the assets of foreign individuals and entities that commit, or pose a significant risk of committing, acts of terrorism. In addition, because of the pervasiveness and expansiveness of the financial foundations of foreign terrorists, the Order authorizes the US Government to block the assets of individuals and entities that provide support, financial or other services, or assistance to, or otherwise associate with, designated terrorists and terrorist organizations. The Order also covers their subsidiaries, front organizations, agents, and associates.

The Secretary of State, in consultation with the Attorney General and the Secretary of the Treasury, has continued to designate foreign terrorist organizations (FTOs) pursuant to section 219 of the Immigration and Nationality Act, as amended. Among other consequences of such a designation, it is unlawful for US persons or any persons subject to the jurisdiction of the United States to provide funds or material support to a designated FTO. US financial institutions are also required to retain the funds of designated FTOs.

A few 2002 highlights follow:

On 27 June, the United States designated Babbar Khalsa International responsible for the killing of 22 Americans when it bombed Air India 182.

On 12 August, the United States added two groups and an individual (New People's Army/Communist Party of the Philippines and Jose Maria Sison) responsible for the death of Americans in the Philippines. The United States also obtained the cooperation of the European Union on this designation.

On 23 October, the United States designated Jemaah Islamiya under both the EO and as an FTO. Jemaah Islamiya is responsible for the Bali bombings as well as plots to bomb US interests elsewhere in Southeast Asia. On the same date, 50 countries joined the United States at the United Nations in requesting that the UN Security Council Resolution (UNSCR) 1267 Sanctions Committee add this group to its consolidated list of individuals and entities associated with Usama Bin Ladin, al-Qaida, or the Taliban.

On 30 January 2003, under the authority of both the EO and FTO, the United States designated Lashkar i Jhangvi, which was involved in the killing of *Wall Street Journal* reporter Daniel Pearl. The UNSCR 1267 Sanctions Committee also included this group on its consolidated list.

155

SHATSKY-006215

Actions taken through January 2003 brought the total number of groups designated under EO 13224 to 250, and the total designated under the FTO authority to 36.

These steps have already achieved results. By year's end, the US Government had blocked more than $36 million in assets of the Taliban, al-Qaida, and other terrorist entities and supporters. Other nations have blocked more than $88 million in assets.

UNSCR 1373, adopted on 28 September, 2001, requires, among other things, all states to prevent and suppress the financing of terrorist acts and to deny safehaven to those who finance, plan, facilitate, or commit terrorist acts.

Since 11 September 2001, the 29-nation Financial Action Task Force (FATF) established a series of key international standards on financial regulation and best practices. It uses a variety of tools to encourage nations worldwide to adopt and implement these standards so as to deny access by terrorists to those financial institutions, formal and informal, which terrorist networks have used in the past to raise, hold, or move funds. FATF has also invited action plans from all countries to achieve full implementation of such financial standards. The G-8 and FATF have both agreed to work with the coordinating committee of the UN to provide technical assistance to countries seeking to implement UNSCR 1373.

156

SHATSKY-006216

## Appendix G

## Iraq and Terrorism

**Secretary of State
Colin L. Powell
Excerpt from Remarks
to the United Nations
Security Council
5 February 2003**

My friends, the information I have presented to you about these terrible weapons and about Iraq's continued flaunting of its obligations under Security Council Resolution 1441 links to a subject I now want to spend a little bit of time on, and that has to do with terrorism.

Our concern is not just about these illicit weapons; it's the way that these illicit weapons can be connected to terrorists and terrorist organizations that have no compunction about using such devices against innocent people around the world.

Iraq and terrorism go back decades. Baghdad trains Palestine Liberation Front members in small arms and explosives. Saddam uses the Arab Liberation Front to funnel money to the families of Palestinian suicide bombers in order to prolong the *Intifadah*. And it's no secret that Saddam's own intelligence service was involved in dozens of attacks or attempted assassinations in the 1990s.

But what I want to bring to your attention today is the potentially much more sinister nexus between Iraq and the al-Qaida terrorist network, a nexus that combines classic terrorist organizations and modern methods of murder. Iraq today harbors a deadly terrorist network headed by Abu Mud'ab al-Zarqawi an associate and collaborator of Usama Bin Ladin and his Al-Qaida lieutenants.

Zarqawi, Palestinian born in Jordan, fought in the Afghan war more than a decade ago. Returning to Afghanistan in 2000, he oversaw a terrorist training camp. One of his specialties, and one of the specialties of this camp, is poisons.

When our coalition ousted the Taliban, the Zarqawi network helped establish another poison and explosive training center camp, and this camp is located in northeastern Iraq. You see a picture of this camp.

The network is teaching its operatives how to produce ricin and other poisons. Let me remind you how ricin works. Less than a pinch—imagine a pinch of salt—less than a pinch of ricin, eating just this amount in your food, would cause shock, followed by circulatory failure. Death comes within 72 hours and there is no antidote. There is no cure. It is fatal.

Those helping to run this camp are Zarqawi lieutenants operating in northern Kurdish areas outside Saddam Hussein's controlled Iraq. But Baghdad has an agent in the most senior levels of the radical organization Ansar al-Islam that controls this corner of Iraq. In 2000, this agent offered al-Qaida safehaven in the region.

After we swept al-Qaida from Afghanistan, some of those members accepted this safehaven. They remain there today.

Zarqawi's activities are not confined to this small corner of northeast Iraq. He traveled to Baghdad in May of 2002 for medical treatment, staying in the capital of Iraq for two months while he recuperated to fight another day.

157

SHATSKY-006217

During his stay, nearly two-dozen extremists converged on Baghdad and established a base of operations there. These al-Qaida affiliates based in Baghdad now coordinate the movement of people, money and supplies into and throughout Iraq for his network, and they have now been operating freely in the capital for more than eight months.

Iraqi officials deny accusations of ties with al-Qaida. These denials are simply not credible. Last year, an al-Qaida associate bragged that the situation in Iraq was "good," that Baghdad could be transited quickly.

We know these affiliates are connected to Zarqawi because they remain, even today, in regular contact with his direct subordinates, include the poison-cell plotters. And they are involved in moving more than money and materiel. Last year, two suspected al-Qaida operatives were arrested crossing from Iraq into Saudi Arabia. They were linked to associates of the Baghdad cell and one of them received training in Afghanistan on how to use cyanide.

From his terrorist network in Iraq, Zarqawi can direct his network in the Middle East and beyond. We in the United States, all of us, the State Department and the Agency for International Development, we all lost a dear friend with the cold-blooded murder of Mr. Laurence Foley in Amman, Jordan, last October. A despicable act was committed that day, the assassination of an individual whose sole mission was to assist the people of Jordan. The captured assassin says his cell received money and weapons from Zarqawi for that murder. After the attack, an associate of the assassin left Jordan to go to Iraq to obtain weapons and explosives for further operations. Iraqi officials protest that they are not aware of the whereabouts of Zarqawi or of any of his associates. Again, these protests are not credible. We know of Zarqawi's activities in Baghdad. I described them earlier.

Now let me add one other fact. We asked a friendly security service to approach Baghdad about extraditing Zarqawi and providing information about him and his close associates. This service contacted Iraqi officials twice and we passed details that should have made it easy to find Zarqawi. The network remains in Baghdad. Zakawi still remains at large, to come and go.

As my colleagues around this table and as the citizens they represent in Europe know, Zarqawi's terrorism is not confined to the Middle East. Zarqawi and his network have plotted terrorist actions against countries including France, Britain, Spain, Italy, Germany and Russia. According to detainees Abu Atiya, who graduated from Zarqawi's terrorist camp in Afghanistan, tasked at least nine North African extremists in 2001 to travel to Europe to conduct poison and explosive attacks.

Since last year, members of this network have been apprehended in France, Britain, Spain and Italy. By our last count, 116 operatives connected to this global web have been arrested.

We know about this European network and we know about its links to Zarqawi because the detainees who provided the information about the targets also provided the names of members of the network. Three of those he identified by name were arrested in France last December. In the apartments of the terrorists, authorities found circuits for explosive devices and a list of ingredients to make toxins.

The detainee who helped piece this together says the plot also targeted Britain. Later evidence again proved him right. When the British unearthed the cell there just last month, one British police officer was murdered during the destruction of the cell.

158

SHATSKY-006218

We also know that Zarqawi's colleagues have been active in the Pankisi Gorge, Georgia, and in Chechnya, Russia. The plotting to which they are linked is not mere chatter. Members of Zarqawi's network say their goal was to kill Russians with toxins.

We are not surprised that Iraq is harboring Zarqawi and his subordinates. This understanding builds on decades-long experience with respect to ties between Iraq and al-Qaida. Going back to the early and mid-1990s when Bin Ladin was based in Sudan, an al-Qaida source tells us that Saddam and Bin Ladin reached an understanding that al-Qaida would no longer support activities against Baghdad. Early al-Qaida ties were forged by secret high-level intelligence service contacts with al-Qaida, secret Iraqi intelligence high-level contacts with al-Qaida.

We know members of both organizations met repeatedly and have met at least eight times at very senior levels since the early 1990s. In 1996, a foreign security service tells us that Bin Ladin met with a senior Iraqi intelligence official in Khartoum and later met the director of the Iraqi Intelligence Service.

Saddam became more interested as he saw al-Qaida's appalling attacks. A detained al-Qaida members tells us that Saddam was more willing to assist al-Qaida after the 1998 bombings of our embassies in Kenya and Tanzania. Saddam was also impressed by al-Qaida's attacks on the USS Cole in Yemen in October 2000.

Iraqis continue to visit Bin Ladin in his new home in Afghanistan. A senior defector, one of Saddam's former intelligence chiefs in Europe, says Saddam sent his agents to Afghanistan sometime in the mid-1990s to provide training to al-Qaida members on document forgery.

From the late 1990s until 2001, the Iraqi Embassy in Pakistan played the role of liaison to the al-Qaida organization.

Some believe, some claim, these contacts do not amount to much. They say Saddam Hussein's secular tyranny and al-Qaida's religious tyranny do not mix. I am not comforted by this thought. Ambition and hatred are enough to bring Iraq and al-Qaida together, enough so al-Qaida could learn how to build more sophisticated bombs and learn how to forge documents, and enough so that al-Qaida could turn to Iraq for help in acquiring expertise on weapons of mass destruction.

And the record of Saddam Hussein's cooperation with other Islamist terrorist organizations is clear. HAMAS, for example, opened an office in Baghdad in 1999, and Iraq has hosted conferences attended by Palestine Islamic Jihad. These groups are at the forefront of sponsoring suicide attacks against Israel.

Al-Qaida continues to have a deep interest in acquiring weapons of mass destruction. As with the story of Zarqawi and his network, I can trace the story of a senior terrorist operative telling how Iraq provided training in these weapons to al-Qaida. Fortunately, this operative is now detained and he has told his story. I will relate it to you now as he, himself, described it.

This senior al-Qaida terrorist was responsible for one of al-Qaida's training camps in Afghanistan. His information comes firsthand from his personal involvement at senior levels of al-Qaida. He says Bin Ladin and his top deputy in Afghanistan, deceased

159

SHATSKY-006219

al-Qaida leader Mohammed Atef, did not believe that al-Qaida labs in Afghanistan were capable enough to manufacture these chemical or biological agents. They needed to go somewhere else. They had to look outside of Afghanistan for help.

Where did they go? Where did they look? They went to Iraq. The support that the operative describes included Iraq offering chemical or biological weapons training for two al-Qaida associates beginning in December 2000. He says that a militant known as Abdullah al-Araqi had been sent to Iraq several times between 1997 and 2000 for help in acquiring poisons and gasses. Abdullah al-Araqi characterized the relationship he forged with Iraqi officials as successful.

As I said at the outset, none of this should come as a surprise to any of us. Terrorism has been a tool used by Saddam for decades. Saddam was a supporter of terrorism long before these terrorist networks had a name, and this support continues. The nexus of poisons and terror is new. The nexus of Iraq and terror is old. The combination is lethal.

With this track record, Iraqi denials of supporting terrorism take their place alongside the other Iraqi denials of weapons of mass destruction. It is all a web of lies.

When we confront a regime that harbors ambitions for regional domination, hides weapons of mass destruction, and provides haven and active support for terrorists, we are not confronting the past; we are confronting the present. And unless we act, we are confronting an even more frightening future.

160

SHATSKY-006220

**Appendix H**
**Statistical Review**



Total International Terrorist Attacks, 1981-2002

In past years, serious violence by Palestinians against other Palestinians in the occupied territories was included in the database of worldwide international terrorist incidents because Palestinians are considered stateless people. This resulted in such incidents being treated differently from intraethnic violence in other parts of the world. In 1989, as a result of further review of the nature of intra-Palestinian violence, such violence stopped being included in the US Government's statistical database on international terrorism. The figures shown above for the years 1984 through 1988 have been revised to exclude intra-Palestinian violence, thus making the database consistent.

Investigations into terrorist incidents sometimes yield evidence that necessitates a change in the information previously held true (such as whether the incident fits the definition of international terrorism, which group or state sponsor was responsible, or the number of victims killed or injured). As as result of these adjustments, the statistics given in this report may vary slightly from numbers cited in previous reports.

161

SHATSKY-006221



162

SHATSKY-006222



**Total International Casualties by Region, 1997-2002**

Note scale break

- 1997
- 1998
- 1999
- 2000
- 2001
- 2002

SHATSKY-006223



Total Facilities Struck by International Attacks, 1997-2002

164

SHATSKY-006224



165

SHATSKY-006225



166

SHATSKY-006226



SHATSKY-006227