**LOWELL DECL. EX. 34**

Exhibit 104

SHATSKY-002911-T

"Al-Hadaf" – 31 July 2000, Issue No. 1308



The 31st year. Price: 20 Syrian Pounds / 1,000 Lebanese Pounds.

**An Arab Political Magazine published temporarily on a biweekly basis.**



**Cover Story:**

**Camp David 2000 Summit of the Biased American Policy P. 6**

<u>**In This Issue**</u>

**Palestinian Affairs**

- The Final Statement of the Sixth National Conference of the Popular Front for the Liberation of Palestine ………………………………………………….    4
- Dr. George Habash's Speech at the Sixth General National Conference ……....    8
- Comrade Abu Ali Moustafa's Speech at the Opening Ceremony of the Sixth General National Conference …………………………………………    18
- The Proceedings of the Press Conference Held by Comrade Abu Ali Moustafa in Ramallah on 9 July 2000 ………………………………………    20
- A Festival in Araba, Honoring the *Shuhada* [martyrs] of July and Dr. George Habash, and Congratulating Abu Ali Moustafa on His Election as Secretary General ……………………………………………………………………    24
- Al-Quds Newspaper Interviews Abu Ali Moustafa ……………….………..    29
- The Closing Statement of the Palestinian Central Council Session Held on July 2-3, 2000 ………………………………………………………………..    32

**The Enemy's Affairs**
- *Shas*'s Shifts, Position, Role and Background
- Examining Nuclear Israel
- The Palestinian Refugees and the Biblical Covenant

**Arab Affairs**
- Forty Days for the Death of Hafez al-Assad and the election of Dr. Bashar al-Assad as the President of the Arab Republic of Syria ………………………    39
- Israeli Ambitions to Seize Arab Water [Resources] ……………………………    40

**SHATSKY-002911-T (continued)**

**International Affairs:**

- The G8 Summit in Okinawa: Between the Hammer of Absolute Globalization
    and the Anvil of Protest ……………………………………………………….    42


**Al-Hadaf - Culture**

- The Meaning of Incitement in [the Works of] Ghassan Kanafani …………….    44
- Ghassan Kanafani: The Ironic, Humorous, Serious Critic ……………………    46
- Real Time and Legendary Time  in "He Was Then a Little Child" …………...    50
- On the 28th Anniversary of the *Istishhad* [death as martyr] of Ghassan Kanafani:
    Honoring Novelist Heidar Heidar, and Searching for the Image of the
    Palestinians in "Suns of the Gypsies" ………………………………………    52
- The Other Thing That Killed Leila al-Hayek ………………………………….    54

**Editor in Chief**: Dr. Maher al-Taher

**Editing Secretary**: Khalil Jandawi

**Chief Manager**: Mohamed Kheir al-As'ad

**Technical Manager**: Zuhdi al-Adawi


**The Price of One Copy**

--------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Lebanon 1000 LBP | Algeria 15 Dinars | Morocco 11 Dirhams |
| Syria 20 SYP | Libya 1 Dinar | U.S.A. and Canada 3 Dollars |
| Jordan 500 Fils | Tunisia 1.25 TND | Germany 5 Marks |
| Iraq 500 IQD | Sana'a 15 Riyal | Spain 300 Pesetas |
| U.A.E. 10 Dirhams | Sudan 6 Pounds | |


**Subscriptions**

--------------------------------------------------------------------------------------------------------

The price of annual subscription including postage:

Syria 600 SYP - Lebanon and Jordan 30 dollars - all other Arab countries 50 dollars

Europe 125 dollars - Asia and Africa 100 dollars - North America, South America and
Australia 150 dollars

It is possible to subscribe by sending a notice of annual or biannual deposit to the following
address:

Bank of Beirut and the Arab Countries - Shtura - Lebanon

Account number

AC. No. 0013 - 373179 - 001

Or by sending a check to "al-Hadaf" Damascus/ P.O Box: 30193

**SHATSKY-002911-T (continued)**

**Offices**

Damascus, P.O Box: 30193

6328267

6319374

Beirut 309230

Amman: 696340

Sana'a 205849

Algiers: 594548

384304

Baghdad: 7191633

7174710

**A Word [Editorial]**

No doubt, the failure of the summit and the deep satisfaction that our people everywhere has expressed at its failure after two weeks of worrying for their fate, highlight a glaring fact that no one, especially the Palestinian negotiators, should ignore… Our people has emphasized once again that it insists on gaining all its rights, with no exception. At this stage, these rights are represented by the gradual plan that all organizations and representative Palestinian institutions - and most recently the Central Council in its last session - have emphasized.

Our people went out to the streets and called on the Palestinian negotiators to adhere to the national constants, to leave Camp David, and to stick to the choice of the Intifada. Our people said very clearly that it is ready to sacrifice itself and everything it has in order to achieve its national goal… It also said that it will not tolerate or forgive any new concessions, because in light of the current situation, this will mean a new Palestinian disaster on top of all our previous tragedies. Therefore, we do not see any other option except for unifying the ranks and organizing the Palestinian arena, so that we could be ready for a new confrontation. This confrontation will be the only tool capable of forcing the occupier to recognize all the national rights of our people.

On the other hand, our dear readers will notice that the size of this issue is significantly larger than usual.  The reason of course is that the editorial staff decided to dedicate most pages to two precious occasions. The first one is related to the sixth National Conference of the Popular Front for the Liberation of Palestine, and the second is related to the 28th anniversary of the *istishhad* [death as a martyr] of the founder of "Al-Hadaf" - the great writer and warrior Ghassan Kanafani… We hope that we have succeeded…

SHATSKY-002912-T

## The Closing Statement of the Sixth National Conference
## of the Popular Front for the Liberation of Palestine

Sons of our Palestinian people,
Sons of our Arab nation,

Our General Conference was entitled "The Sixth National Conference - An Important Phase for Revision and Renewal, Aiming at Continuing the Struggle to Achieve Our People's Goals: the Right of Return, Self-Determination, and the Establishment of an Independent Palestinian State". The conference was held in three sessions in the homeland and in the Diaspora, in order to perform comprehensive revision and reevaluation of the methods activity, and all policies and plans, as well as to formulate a systematic, organizational political vision for the new phase. This vision shall constitute a baseline for forming positions and policies and for improving the effectiveness of the Popular Front and its participation in achieving the national and social goals of our people.

The conference began with a minute of silence in honor of the souls of our people's - and our nation's - *shuhada* [martyrs], who sacrificed themselves for the homeland and its freedom, and as a sign of respect to the suffering of the prisoners and detainees, and to all the warriors who continue their journey on the hard path for gaining the legitimate national and historical rights of our Palestinian people.

After the conference schedule was approved, the audience listened to the comprehensive speech of the Comrade Secretary General Dr. George Habash. In his speech that addressed organizational and core issues, he expressed his wish not to position himself as a candidate for leadership positions. The audience expressed its deep appreciation of the prominent leading role that the Secretary General fulfilled in the contemporary Palestinian revolution. He dedicated his long life and contributed all the political, ideological and organizational capabilities he possesses. This contribution enriched the experience of the contemporary national Palestinian and Arab struggle with many national, pan-national and international values and principles.

The Conference expressed its respect for the Comrade Secretary General's wish and its deep respect for the democratic significance of this initiative, but at the same time stressed the importance of preserving his historical position and benefiting from his opinions, analyses, and directives because he has a rich, long, deep and comprehensive experience.

The Conference listened also to the opening speech that was delivered by Comrade Abu Ali Moustafa, the Deputy Secretary General. The speech focused on basic current political and organizational issues, and on the role of the Sixth National Conference in laying the foundations for an expanded process of development in various fields and levels.

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002912-T (continued)**

Following the [speech], the conference started discussing the drafts that were presented by the General Central Committee and the recommendations that were raised during the two previous sessions of the branches' conference. It concluded with electing the members of the General Central Committee and the members of the Supervision and Inspection Committee. These elections emphasize the internal democratic principles, the wider participation in formulating the policies and programs of the Popular Front, and the importance of promoting the unity of the organization through the strengthening of democratization on all levels and through discussion and exchange of opinions on all political, organizational and ideological issues. Unity is also promoted through encouraging free, objective, and courageous discussions between the comrades, and the practice of criticism and self-criticism through the dialectical materialist approach, and through all democratic, progressive and humane approaches inside the ideological and cultural heritage of the Palestinian people, the Arab nation and the entire humanity. The participants stressed the peoples' principles and struggle values that aim to achieve freedom and development.

The Sixth National Conference emphasized that the Popular Front understands the nature of the current stage, which is a stage of democratic and national liberation. Therefore it believes in the importance of taking frontal, unified and democratic action that includes all political and social forces of all levels. These forces share one interest, which is achieving the goals of this phase and enabling the working class to assume its warrior and leading role in this framework.

Sons of our Palestinian people,
Sons of our Arab nation,

The Sixth National Conference is held at a time of an extremely dangerous and complicated political situation. The Zionist-American attempts at liquidating the Palestinian cause continue, as they put more and more pressure on the Palestinian Authority in order to force it into signing more agreements that ignore the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy] and the national legitimate rights of the Palestinian people.

These rights include the right of Palestinian refugees to return to their homeland and to the homes from which they were expelled, the right of the Palestinian people to self-determination and to the establishment of their fully-sovereign, independent Palestinian state with Jerusalem as its capital.

**SHATSKY-002912-T (continued)**

The Sixth National Conference stresses that the experience of the last nine years, which started with Madrid Conference and witnessed the birth of the Oslo Accords and the *Wadi Araba* Treaty [The peace treaty between Israel and Jordan], indicates the poor and dangerous results of the agreements that stem from the American-Israeli attempts at arranging the situation on the Palestinian and Arab arenas in a way that eternalizes the economic and political dependency on the imperialist powers.

Therefore, the conference stressed again the positions of the Popular Front, which rejects these agreements, and the importance of a complete and thorough reevaluation of the results of the humiliating peace process. This is in order to draw lessons for the future and to return the Palestinian file to the United Nations and to the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy].

Based on this conviction, the Sixth National Conference stresses that the current situation in the Palestinian, Arab, pan-Arab and international arenas has become appropriate and conducive and so the leadership of the Palestine Liberation Organization is now capable of implementing the establishment of the Palestinian state with Jerusalem as its capital.

This should be done without any negotiations or bargains with the Israeli government. This decision should rather be an independent Palestinian decision that accepts no negotiations, bargains or conditions of any kind. It goes without saying that this will enable us to override the Oslo Accords, put the Palestinian cause back on track as a conflict issue, and to continue the Palestinian struggle in all its forms and methods in order to force the Israeli occupiers to leave and to accept the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy].

In this context, the Sixth National Conference stressed the importance of rebuilding the institutions of the Palestine Liberation Organization on democratic and national bases without any delay. It further stressed the importance of putting the Organization and its charter, program, role and position back on track as the only legitimate representative of the Palestinian people wherever they are.

The conference also stressed the importance of establishing a unified Palestinian vision (on the political, struggle and strategic levels) and of establishing a democratic Palestinian system, based on the separation of the three powers. The executive power should respect the issued legislations, laws and decisions, promote the rule of law, guarantee the freedom of press and media, respect the freedom of speech and the expression of opinions, respect the role of the organizations of the civil society.

**SHATSKY-002913-T**

It should also plan a comprehensive development program that guarantees a gradual economic independence, provide a comprehensive health system for all, develop the national Palestinian educational curricula and stop the policies that are based on security considerations and political arrests.

The deep and detailed discussions that took place during the Sixth National Conference reached an integrated vision about the national, democratic and social duties. In the framework of this vision, the conferees stressed the necessity of focusing on the importance of activating the national, democratic axis in the upcoming period. This axis is constitutes a true political leverage that can push forward the political, national, social and liberating dimensions of the struggle. All measures necessary for reviving the controversial relationship between the two dimensions of the conflict – the national and pan-national- should be taken.

During its discussions, the Sixth National Conference stressed that the conflict with the Zionist enemy is a fatal conflict that cannot be solved through the ongoing negotiations. It can only be solved through a struggle, which is based on internal national unity that strives for correcting the current balance of power. Based on this, facing the historical responsibilities of our people and its political forces of all ideologies and inclinations, requires before anything else an understanding of the nature of the current reality and the potential and existing capabilities that we possess. It also requires huge ongoing efforts that aim to rebuild ourselves and fulfill the national duties and burdens.

The Sixth National Conference gave the organizational issue much attention and focused on the importance of renewing and developing the forms and methods of activity as well as of accommodating the changes, dealing with the new realities and the dynamic mentality they require in terms of ongoing development processes. This conference views the future with high hopes.

Our people has shown a high capacity for tireless renewal of its struggle movement, and has shown renewed willingness to make unlimited sacrifices for the sake of this country despite the Oslo Accords and their consequences, and despite all the manifestations of corruption and bureaucracy. This emphasizes that fact that we are capable, through the unification of the ranks and the promotion of efforts and national unity, to face all the Zionist attempts at aborting the refugees' right of return, promoting the settlements in the [West] Bank and the [Gaza] Strip, postponing the negotiations over Jerusalem in order to continue the process its Judaization, and depriving our people of its right to self-determination, its land, the crossings, and its right to establish its independent state with Jerusalem as its capital. It goes without saying that no one will enjoy peace before the Palestinian people gain their national rights, on the path to a democratic Palestine.

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002913-T (continue)**

Based on the above, the Sixth National Conference addressed all comrades, the supporters of the Front in the homeland and in the Diaspora, and the brave prisoners' organizations, calling on them to deepen their confidence in themselves, in the future and in the great national project. If the present is difficult, then the efforts exerted for renewing ourselves and the tools that we use in order to continue to raise the flag and fulfill our roles through promoting democracy in our internal and societal life and attracting vast popular frameworks for shouldering the national burdens, will enable us to take control once again, and will enable the Palestinian national project to achieve its goals and purposes.

At the end of its activities, the Sixth National Conference sent the following messages:

1. The National Conference salutes all prisoners and detainees in the prisons of the Zionist occupation, stressing that they are a candle that never extinguishes as they are always present in our minds. We are proud of their bravery and steadfastness and we are ready to do everything in order to free them. We pay tribute to those who sacrificed themselves during the May uprising for the rights of their brothers and colleagues in the Zionist prisons. We also pay tribute to those held in the prisons of the Palestinian Authority, and ask the Authority to stop its political arrests and release all prisoners. By doing so, it will create a positive atmosphere that will help build comprehensive national relationships that will confront the occupation and its schemes.

2. The conference salutes all the sons of the Arab Palestinian people, who proved the worthiness of steadfastness and of challenging the Zionist enemy, especially the Palestinians in the 1948-occupied Palestinian territories. We value their initiating role in protecting their identity, their affiliation, their land and their national culture.

3. All thanks and appreciations are due to the brothers and friends, who helped us read and record the comments on the drafts to the basic documents, which were presented to the Sixth National Conference. We thank them for their comments that enriched the discussions and helped us rewrite the documents.

4. The conference also salutes all those who stand steadfast in the face of the uprooting and the settlements, defending Arab Jerusalem and its national, religious and historic position. The Conference stresses the right of our people to continue resisting the settlements until they are dismantled, and the importance of the implementation of the international resolutions that consider settlements illegal and calls for dismantling them and relocating the settlers. The conference also salutes all the popular organizations in the homeland and in the Diaspora, which are striving to protect the right of Palestinians to return to the homes they were expelled from, pursuant to UN Resolution 194.

**SHATSKY-002913-T (continue)**

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002913-T (continue)**

5. The Sixth National Conference expresses its condolences to the Syrian fraternal leadership and people, on the occasion of the death of President Hafez al-Assad. We are sure that they are capable of overcoming the pain and the gap which is felt both in Syria and in the Arab region following the departure of President al-Assad.

6. The conference salutes the fraternal Lebanese people and its national and Islamic resistance on their heroic actions, as they achieved a great victory for Lebanon and the Arab nation by defeating the Israeli occupation in South Lebanon. We are proud of what they did as a lesson in resistance and in the popular resistance of the enemy.

7. The Sixth National Conference expresses its appreciation of the role of popular Arab forces that oppose the Zionist project and the policies of surrender and normalization vis-à-vis the Zionist enemy. It appreciates their role in forming anti-normalization committees, and calls on them to assume their role in promoting the pan-national action in order to protect the nation and its historical project that aims at achieving unity, freedom and development.

8. The Sixth National Conference stresses the support of the Arab Palestinian people to the fraternal Iraqi people and its leadership, as it confronts the hostile American-Zionist plans. It calls on all the people of the Arab nation and its honorable men to support the fraternal Iraqi people and to struggle for lifting the unjust siege which was imposed on it, especially by some Arab countries. It also calls on the international community to adopt a dignified position, which challenges the imperialist American-British attack that kills the Iraqi people daily through lack of food, raids and the blockade.

9. The Sixth National Conference salutes the heroic people of Cuba and its leadership that faces the imperialist American hostility.

10. The Sixth National Conference salutes all the progressive forces that struggle for their freedom, development and independence throughout the world. It values the role of all progressive democrats who support the Palestinian people, its rights and its national struggle.

11. The Conference salutes the Palestinian and Arab working class, as well as the working class all over the world. It assures them that capitalism and globalism will definitely be defeated. The human race will defeat its executioners and will raise the flag of scientific socialism, as it is the only way to save humanity from injustice and oppression.

We are together on the path of freedom-winning peoples.
We insist to go on, raising the flag whatever the sacrifices are.
We will definitely win.

**The Sixth National Conference**
**July 2000**

Al-Hadaf, 31 July 2000, Issue 1308

SHATSKY-002914-T

| The Event | On 11 July 2000, the Camp David summit was held in the United States of America. The American president, who called for holding this summit and invited both Mr. Yasser Arafat and the Israeli Prime Minister Ehud Barak, said before its opening that there are no guarantees for its success and warned against returning to violence in case it fails. |
|---|---|
| | |
| **Camp David 2** | The summit, which convened following heavy pressures, came as a result of the insistence of the Israeli Prime Minister, as well as the desire of the American president, who wants to make a historic and personal achievement before he leaves the White House. |

## The Summit of the Biased American Policy
### Dr. Maher al-Taher

The summit was held amid deep political and media attention on the Palestinian, Israeli, Arab and international levels. After two weeks of closed-door negotiations, the American president announced that no agreement had been reached, at which time talks began about the Post-Camp David stage. Many questions and speculations were raised and are still being raised concerning the truth about what happened during the negotiations, and what were the new position on the Israeli and Palestinian sides. Has the summit failed partially or totally? Will the negotiations be resumed or will we witness the renewal of the fierce confrontations between the Palestinian people and the occupation forces? Will the Palestinian state be declared on 13 September as indicated by the decision of the Palestinian Central Council in its last session which was held on 2 July 2000? Or will the declaration be delayed under American pressure?

Will the American embassy relocate to Jerusalem? Will another summit be held so that a solution could be reached? Dozens of questions are raised by observers, political analysts and the peoples of the region.

There is no doubt that the statements and positions of the Israeli Prime Minister, Barak, before he headed to the summit - although the summit was held as per his wish - indicated that no final solution can be reached. Barak announced clearly that he will go to the summit and come back carrying his five nays:

1. No to the borders of June 4.
2. No to the withdrawal from Jerusalem.

**SHATSKY-002914-T (continued)**

3. No to giving up the Jordan Valley, and no to any army presence to the west of the [Jordan] River.

4. No to the dismantlement of the settlements.

5. No to the return of Palestinian refugees.

Therefore, if we take these nays into consideration we realize that what Barak offered the Palestinian negotiators is no more than crumbs that aim to throw dust in the eyes. The Arab and Palestinian people cannot accept this under any circumstances, and no Palestinian leadership can sign this unless it wants to commit political suicide, because what happened means liquidating the national rights of the Palestinian people.

President Clinton and Prime Minister Barak totally realize that what [the Palestinians] were offered contradicts the principles of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy] and the resolutions of the United Nations concerning the Palestinian cause. As a matter of fact, the American proposals that claim to be a compromise between the Palestinian and Israeli sides are in fact no more than Israeli ideas that were marketed through the American tongue. So, what were the most prominent proposals?

**The content of the Israeli proposals, as presented by the American administration:**

According to our information, what was offered in Camp David was a number of Israeli proposals, which were presented by the United States of America. The most prominent among them were the following:

- Annexing the settlements Gilo, the French Hill, Giv'at Ze'ev and Pisgat Ze'ev to the city [Jerusalem] under Israeli sovereignty.

- Annexing the Palestinian neighborhoods to the Palestinian Authority (Beit Hanina, Shu'afat, Al-Asula, and Sheikh Jarrah) and granting the Palestinians functional authority over them.

- Dividing the Old City of Jerusalem into four parts: The Jewish and Armenian quarters under Israeli sovereignty, and the Islamic and Christian quarters under the functional authority of the Palestinians.

- As to Temple Mount, what is above the ground is under Palestinian sovereignty and the Palestinian flag is raised on it, while what is under the ground (the Temple) is under Israeli responsibility. An international force will be located in the region – and all this is under higher Israeli sovereignty.

- Providing a safe passage for Palestinian officials into the Al-Aqsa Mosque, and opening an office for the Palestinian president in the Old City of Jerusalem.

- As to the issues of the refugees, the maximum offer was to accept the return of several refugees under what was termed as Family Reunion, in addition to some humanitarian cases of people who will be allowed to return to the 1948 territories. Some may return to the West Bank and the [Gaza] Strip. Besides, an international fund for resettlement and compensation will be established. The Americans proposed establishing a compensation fund with an initial capital of $30 billion.

**SHATSKY-002915-T**

 - As to the issue of territories, borders and settlements, what was offered is a withdrawal from 80%-85% of the eastern borders, and annexing the large settlement blocs to Israel. In addition, they proposed establishing five military posts on the borders, and installing early warning systems in the mountains. They accepted the presence of Palestinian, Jordanian and international forces in the crossings, along with an Israeli presence.

The negotiators on the Palestinian side rejected these proposals, and therefore no agreement was reached. This is a good step and the Palestinian people were relieved because [the Palestinian negotiators] did not submit to the policy of the carrot and stick that Israel and the American sponsor practiced following the big concessions the Palestinian negotiators granted upon the signing of the Oslo Accords.

What is important now is that the Palestinians will adhere to their position, because the American and Israeli pressures, threats and the policy of blackmail will continue and escalate. This explains the American threats to reconsider its relationship with the Palestinian side and the talks about moving the American embassy to Jerusalem.

This exposes the American barefaced bias towards Israel and its disregard for the principles of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy] and UN resolutions. Therefore, the old-new question regarding the ability of reaching a real and comprehensive peace in the region under the American sponsorship and monopoly is raised again.

The situation on the ground proves every day that the United States is not an objective sponsor or mediator between the negotiating sides. It supports with all its weight the arrogant, hostile Israeli policies. This raises many questions regarding the peace process, which is currently relying on the American and Israeli authority and sole power, and whether it can lead to a comprehensive peace in the region.

If the peace that America and Israel wish to impose is based on the logic of the balance of power and on the imposition of their will on the other side, then this peace will not be sustainable. The Palestinian people and the Arab nation will reject it unless it is based on the principles of justice, equality and giving the people its rights.

Therefore, we think that the negotiations, which are based on the American sponsorship, should be halted, and the entire Palestinian file should be transferred to the United Nations. The entire world should take part in the solution by pressuring Israel and forcing it into the implementation of the UN resolutions regarding the Palestinian issue.

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002915-T (continued)**

The media focused on the issue of Jerusalem, suggesting it was the main reason behind the failure to reach an agreement in Camp David. It is true that the importance of the issue of Jerusalem and its Arabic, Islamic and Christian dimensions cannot be downplayed, but we believe that the issue of the refugees is no less important than that of Jerusalem. It seems that there are Israeli and American attempts at making this issue pale into insignificance. This issue is the essence of the Palestinian cause in all its dimensions. No peace or security can be achieved if the Palestinian refugees do not return to their homes from which they were expelled in 1948, in accordance with Resolution 194 which guarantees the refugees' right of return.

**Not Signing the Agreement - Good Opportunity for Rearranging the Palestinian Scene:**

There is no doubt that the rejection of the Israeli and American proposals by the Palestinian side was a good thing, as the Palestinian people in and out of the occupied homeland felt a relief. It has also caused a feeling of relief on the Arab level. The question now is: What will happen after the Camp David summit?

Confronting the American and Israeli pressures while maintain the position requires the rebuilding of the Palestinian national self that cracked after the Oslo Accords. They also require rearranging the Palestinian scene in a comprehensive and serious way, in order to gather the capabilities of the people - with all their political and ideological forces and currents – and prepare to all the possible alternatives.

The occupation did not leave the Palestinian people any option except for resistance that aims to create new equations that will force the Israeli occupation to reconsider its vision and proposals that deny the constant national rights of the Palestinian people, such as the right of return, the right to self-determination, and the establishment of a truly sovereign and independent Palestinian state with Jerusalem as its capital.

The national responsibility to confront the attempts to liquidate the Palestinian cause requires gathering all the Palestinian capabilities, especially in light of the conditions that surrounded the Camp David summit and created a suitable opportunity for seriously reviewing the internal Palestinian situation.

What is required now is to put in place serious mechanisms for the implementation of the Central Council's decisions, which were taken during its last session on 2 July 2000. It also requires forming a new Palestinian National Council, in which all the forces of the Palestinian people, with no exception, will participate.

**SHATSKY-002915-T (continued)**

The purpose is to evaluate the conduct of the Palestinians during the last stage, draft a strategy that stimulates all the forces of the People of Palestine, emphasize the adherence to the national Palestinian constants, and provide the Palestinian people with a collective leadership that will be able to face the challenges of the upcoming stage.

It is also requires to adhere to the decision of the Central Council to declare a Palestinian state on September 13, based on a Palestinian decision without any compromises or bargains. The declaration of the state requires creating the appropriate atmosphere on the national arena by releasing all political prisoners from the prisons of the Palestinian Authority, fighting against corruption, and providing a democratic atmosphere that stimulates the huge energies of the Palestinian people inside the occupied homeland and abroad.

On the Arab level, it is required to hold an Arab summit to take clear decisions that support the Palestinian people, and to send a clear message to the United States, Israel and the entire world, according to which no comprehensive peace can be achieved in this region without restoring Jerusalem, the return of the Palestinian refugees and a full Israeli withdrawal from the occupied Arab territories.

Isn't it necessary to have the Jerusalem Committee and the Organization of the Islamic Conference formulate an Arab Islamic position in face of the arrogant, hostile policies practiced by the rulers of Israel and those who support them?   ● ●

**SHATSKY-002916-T**

**Palestinian Affairs** ■-------------------------------------------------------------------

**Dr. George Habash Telegraphs to Comrade Fidel Castro**

Dear leader and comrade, Fidel Castro,

The Secretary General of the Communist Party of Cuba,

President of the Communist Republic of Cuba,

I greet you with the greeting of the Revolution,

On the occasion of the heroic attack on the "Moncada" and "Bayamo" barracks on 26 Jul 1953, an attack that you led with a group of heroic warriors, allow me to use this occasion that is so dear to the hearts of all the free people in the world, to congratulate you and the entire heroic Cuban people on behalf of the Popular Front for the Liberation of Palestine and on behalf of the Palestinian people in occupied Palestine and in the Diaspora and also on behalf of myself. I send you my best wishes and solidarity in this glorious day.

This eternal day has marked the outbreak of the armed struggle of the modern Cuban Revolution, which followed the Cuban struggle for freedom and independence from the yoke of the Spanish colonizers.

**SHATSKY-002916-T (continued)**

I also use this opportunity to congratulate you and the friendly Cuban people and the family of the Cuban child "Elián González" on the victory in the confrontation against the American administration. Ultimately, Elián returned to his homeland, people and family after the suffering that the American administration caused him.

Dear comrade,

I congratulate you once again, and express our solidarity with you. We support you in your honorable battle, and greet you for your steadfastness and patience in face of the ugly, murderous blockade imposed by the successive administrations of the United States on the Island of freedom.

Long live Cuba in freedom and dignity!

Long live international solidarity!

Dr. George Habash

The Secretary General of the Popular Front for the Liberation of Palestine

Damascus 6 July 2000.

**A Press Release about Clinton's Recent Threats**

Commenting on the statement of the U.S administration regarding the relocation of the American embassy from Tel-Aviv to Jerusalem, and the threats to stop the American financial aid in case the Palestinian state is declared on September 13, Dr. Maher al-Taher, a member of the political bureau and the official spokesperson of the Popular Front for the Liberation of Palestine issued a statement denouncing the American barefaced bias towards the Israeli occupation. He said that these American statements and positions constitute a support for the arrogant and hostile policies practiced by Israel. They also constitute a continuation of the ongoing American pressures on the Palestinian negotiators that aim to make them grant more concessions to the Israeli government.

The spokesperson called on the official Palestinian leadership not to respond to these pressures. He called on it to insist on the implementation of the decision of the Palestinian Central Council, which was taken during its session that was held on 2 July 2000. The Council's decision was to declare the Palestinian State on September 13, and another decision was not to allow compromises or bargains. He also called for electing and forming a new Palestinian National Council that would include members from all the political forces in the Palestinian arena in order to face the challenges of the upcoming phase.

The spokesperson called on the Arab nation, on the official and popular levels, to adopt a clear position that denounces the bias of the American policies towards Israel.

The Press Office

29 July 2000

**SHATSKY-002916-T (continued)**

**Comrade Habash Visits Lebanon, Meets President Lahoud and Hezbollah leadership**

 A delegation of the Popular Front for the Liberation of Palestine, headed by Secretary General Dr. George Habash, and accompanied by Comrade Saleh Mubarak, a member of the Political Department Administration and Comrade Abu Ali Hassan al-Mukhtar, a member of the Central Committee representing Lebanon, visited Lebanon on 3 July 2000. The delegation met with Lebanese officials, including His Excellency, the President of the Lebanese Republic General Émile Lahoud and the Prime Minister Mr. Selim Hoss.

The delegation congratulated the Lebanese officials on the great victory of the Lebanese people and their courageous resistance. The delegation then expressed the position of the Popular Front regarding the political developments on the Arab and international arenas, emphasizing the adherence of the Palestinian people to the national constants, the most important of which is the right of the Palestinian refugees to return to the homes from which they had been expelled. They stressed that the Palestinian people will not agree to any alternative homeland. The delegation further stressed that the Palestinian people in the Diaspora rejects *tawtin* [Literally: granting citizenship. The more accurate translation in the context of the Palestinian refugees in Arab countries would be: settlement], immigration, or compensation as alternatives to the [right of] return.

The delegation also viewed the situation of the Palestinian refugees in Lebanon, in particular regarding their civil and humanitarian rights, including the right to work, the right of movement, and the right to live a dignified life.

The delegation expressed its full support of the right of fraternal Lebanon to recover all its occupied territories and its full sovereignty on its territories, airspace and waters.

The delegation valued the position of the President of the Republic and the position of the government in supporting the legitimate rights of the Palestinian people, and the right of the Palestinian refugees to return to their homes. The delegation also valued the solid national and pan-national positions of the Lebanese state and the fraternal Lebanese people.

In turn, he President of the Republic and the Prime Minister expressed their deep appreciation of the positions of the Popular Front and the struggle of the Palestinian people.

The delegation met during its visit to Lebanon with the leadership of Hezbollah, which was represented by His Eminency Sheikh Naim Qassem the Deputy Secretary General of Hezbollah. It congratulated him on the great victory won by the Lebanese people and the national and Islamic resistance, with Hezbollah in its forefront.

**SHATSKY-002916-T (continued)**

The two delegations discussed the political developments on the Palestinian level and the threats to the Palestinian cause at this stage. The delegation of the Front expressed its position that opposes the proposed agreement, and its willingness to continue the struggle until all the legitimate goals of the Palestinian people are achieved.

In turn, the Hezbollah delegation expressed its appreciation of the role of the Front and its support for the Palestinian people and their warrior forces. It stressed the importance of the continuation of the dialogue and the fraternal meetings between Hezbollah and the Popular Front for the Liberation of Palestine.

**The Press Office**
**3 July 2000**

**SHATSKY-002917-T**

**Palestinian Affairs** ■--------------------------------------------------------------

**The Popular Front Organizes A Festival in Araba, Honoring the *Shuhada* [Martyrs] of July and Dr. George Habash, and Congratulating Abu Ali Moustafa on His Election As Secretary General**
============================

Comrade Abu Ali: No Peace or Stability in the Region Until Our People Receives Its National Rights

The Leaders of National and Islamic Factions Praise the Position and Honorable Role of the Front

----------------------Jenin, Palestine, Ali Samoudi (Al-Hadaf Exclusive)-------------------------



The Popular Front organized a big national festival in the city of Araba to commemorate the *shuhada* [martyrs] of July, to honor Dr. George Habash, the wise man of the revolution, and to express loyalty to the Secretary General of the Popular Front Abu Ali Moustafa. Leaders of the national and Islamic factions, representatives of the institutions, the leaders and members of the Front and the national movement, in addition to a huge crowd, participated in the festival. The walls of Araba School were decorated with pictures of Comrade Al-Hakim [George Habash], Abu Ali Moustafa, and of the Front's *shuhada* [martyrs]. They were also decorated with banners depicting the adherence of the Popular Front to the principles and goals of our people and its rejection of treacherous solutions. Following the national anthem, the festival was opened with a speech delivered by Nasser Abu Aziz, a member of the Front's leadership. He paid tribute to the *shuhada* [martyrs] and prisoners, and said: "At this great occasion, many events meet, and in their forefront - the *shuhada* [martyrs]. We remember the eternal words of the political writer and warrior *shahid* [martyr] Kanafani, who said:

**SHATSKY-002917-T (continued)**

"Knock on the tanker's walls" [This quote from Kanafani's *Men in the Sun* implies that people should do something to change their situation, and not to die in silence], yes - we will knock the walls because our cause, our goals, our history and our future are the responsibility of us all. Stopping settlements, the return of the refugees, Jerusalem the capital of Palestine, and the freedom of the prisoners are rights that we cannot give up."

He added: "We say to the wise man of the revolution [George Habash]: You will remain the symbol and the light forever, as you grew in the eyes of us all. Al-Hakim, we swear on behalf of the *shuhada* [martyrs] and the prisoners that we will stick to the covenant and the steps that you paved for us. We will continue the struggle, which foundation you laid, and will not deviate from the issues of the refugees, our Jerusalem and our state.

As to Comrade Abu Ali, we will not congratulate him. Rather, we will promise to remain loyal soldiers of the cause. We will continue with you on the steps of the *shuhada* [martyrs] under the flag of the Front until we win.

**The Araba Speech**

Anwar Ezz al-Din, the mayor of Araba, saluted the Front and its warring history under the leadership of Al-Hakim [George Habash]. He congratulated Abu Ali on the occasion of his election as Secretary General, wishing him success.

**The Fatah Speech**

Qaddura Mousa, general manager of the Institutions Office, said that Comrade Al-Hakim [George Habash] was a lighthouse and a distinguished, prominent national leader. His resignation is a lesson that teaches the Arab World what leadership and democracy are. He added that the honorable role of the Popular Front made it pay a high price that we all respect, as it became stronger in the hardest of moments. He called for achieving national unity in order to face the challenges and adhere to the constants because peace was not, and will never be achieved in the world without the establishment of a state with all its institutions and with Jerusalem as its capital.

**The Hamas Speech**

Sheikh Hassan Yousef congratulated Abu Ali Moustafa on the occasion of his election as Secretary General. He praised the positions of the Front and the work it does along with all the forces for the sake of national unity. He added that Hamas and the Islamic Movement are more than willing to work with the Front to achieve the goals of our people and to thwart any attempt at adopting anything that might overlook our rights and constants.

**SHATSKY-002917-T (continued)**

He said: "We feel there is a possibility that a new conspiratorial scheme may be adopted at the expense of fateful issues and national constants that our *shuhada* [martyrs] and people sacrificed their blood for their sake.

"Therefore, we express our firm rejection to any treaty or agreement that might be reached during the Camp David Summit, because the information that we have shows that the solution will be at the expense of our cause and rights. We say that our people does not want this solution, and we warn against these solutions because nobody - whatever his position may be – has the right to make a decision about any of our rights.

"Our land is not the property of the [Palestinian] Authority or the Palestine Liberation Organization, or of any Islamic party. Our land, Palestine, is the property of the future generations and nobody can give it up. Let's remember the saying of the Prophet [Muhammad], peace be upon him: 'Any person who gives a heretic a span of the land of Palestine, Allah gives him a span in hell'."

He then warned against the Israeli and American proposals that aim at liquidating the issues of Jerusalem and the refugees, stressing that his Movement will resist any schemes against the resistance.

**The FIDA Speech**

FIDA Secretary General Saleh Ra'fat congratulated the Front on the conclusion of its Sixth Conference and the election of Abu Ali. He saluted Al-Hakim [George Habash], whom he described as one of most prominent figures of the Arab struggle, stressing that he will remain a great leader and a prominent figure in the ranks of the revolution, the Front and our people.

He said to Abu Ali: "We will continue the journey with you until we fully liberate our land and achieve our just rights and goals, because the Front has fulfilled a main role in the Palestinian national struggle. We will continue the struggle along with you and with all the factions until victory is won.

**SHATSKY-002918-T**

  

Ra'fat said that the conflict with Israel will not end and no agreement will be reached unless Israel recognizes it political, legal and moral responsibility for its crimes against the refugees and their right to return to their homes and properties; and unless it withdraws from the entire occupied territories and dismantle the settlements. He called on the [Palestinian] National Authority to conduct a popular referendum about any agreement that might be reached.

**The Democratic [Front] Speech**

Qays Abdel Karim, a member of the political bureau of the Democratic Front, called for promoting the cooperation and the common work between the two Fronts until unity and unification are achieved, especially in light of the current situation that makes it necessary that we unite the ranks and promote national unity in order to face the pressures of the American administration. This administration targets the Palestinian side in this peace process and seeks to reach an agreement that serves the Israeli interests. He emphasized that no peace will be achieved without independence, [the right of] return and self-determination.

**Secretary General Comrade Abu Ali Moustafa's Speech**

Abu Ali paid tribute to the *shuhada* [martyrs] of July - Ghassan Kanafani, Yousef Abu Arab, Hamad Arda, Jawad Rahhal, Moustafa Jawabreh, Ali Sawalmeh and the *shuhada* [martyrs] of our people. He stressed that the struggle will continue until all their goals and ambitions are achieved. He also saluted Comrade Al-Hakim [George Habash], reviewing his role in the national struggle.

He said: "Today we pay tribute to the memory of the *shuhada* [martyrs] of Palestine and of the Front, and to *shahid* [martyr] Ghassan Kanafani who fulfilled his promise and wrote for Palestine with his blood. When the enemy targeted Ghassan it knew that the truthful word is like a bullet with a target. We will continue in the same direction, armed with truthful words, will, organizational awareness and a right vision of our people. Our loyalty to our *shuhada* [martyrs] is measured by our willingness to continue on the same path following the same compass in loyalty to the covenant and the oath."

Comrade Abu Ali added: "I got to know Comrade al-Hakim [George Habash] in his clinic when he was a doctor treating his patients for free and visiting [refugee] camps to feel the pain with his eyes and heart. We became friends and stayed together in spite of the crises and setbacks, and we were together in victories. We knew, and we still know, what we want, which is for our people to get its full national rights with no concessions regarding our historical right to Palestine."

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002918-T (continued)**

He added: "We realized since the moment we carried rifles along with other warriors, that we want to become *shuhada* [martyrs], and that we are not looking for positions. We also realized that we were never sure that we will survive to see that day. This is the way we insisted to follow because we know that the conflict with the enemy is a historical one, which no one can overlook with dozens of agreements. The fact is that time has forced us to make new considerations, but this does not mean that our people will give up its strategic goals, for rights and justice are ours to take, and we will pursue the *shahada* [martyrdom] until we gain our rights."

Comrade Abu Ali called for drawing conclusions and lessons from the long experience, saying: "We should understand that it is not enough to know that the rights are ours to take. Rather, we should adopt a new way of obtaining these rights. Otherwise, no one will give them to us. Those who think that Barak, Netanyahu or Sharon will give us our rights someday are delusional. The freedom, independence and homeland have to be taken and liberated, and we must struggle and go on the right direction."

He emphasized that America is asking the [Palestinian] Authority to renounce the implementation of Resolution 242 in its entirety, and explained that in fact America is asking the Palestinian Authority to renounce what it already renounced.

He added that this greediness is the result of the concessions granted by the Palestinian Authority, and that when Clinton asked the Authority to show more flexibility he actually meant granting more concessions. Therefore, we call to reconsider the policy applied in the Palestinian arena, and not to change the make-up of the delegation or make it larger. We also call not to move on to [discussions about] geography. There is a need to make a complete turnaround and make a comprehensive change in the strategic policy – one which declares a national position that emphasizes the fact that we deserve our rights, and that shows the enemy that we, too, have sterner red lines which we are ready to fight for. We have a right to the entire land and no one has the right to renounce it.

He called to focus on starting to build the Palestinian self, as we have an element of huge strength which is our people that needs a wise leadership. This leadership must adopt a sound policy that enhances the people's confidence. He added: "Can a corrupt person lead the revolution of our people? Can a person who imprisons political opponents lead the revolution of our people? We should begin by improving our situation and then the enemy will fear us. If we possess elements of strength, then we can decide that there will be no peace or stability in the region until our people obtains its national rights, and in their forefront the right of return. This right is more important than the [establishment of] the state, because the right of return for more than 4 million refugees will have an effective role in managing the conflict with the enemy."

**SHATSKY-002918-T (continued)**

He emphasized that the Front is ready to cooperate with all the forces that adhere to our rights so that we could achieve the goals of our people. He also emphasized that the Front opposes the Camp David Summit and any agreements that might be reached. He warned against the results of this summit because if things remain the same - the negotiations, the American authority, and the submission to the Israeli-American blackmail - then we will head toward jeopardizing our own national rights.

**The Sixth Conference**

Abu Ali said that the conclusion of the Front's Sixth Conference will be worthless unless it acquires a real role in our life. Therefore, we should insist on adhering to the covenant, continuing the journey, and being honest with ourselves and with our cause in all paths and goals so that we could remain in the right position. He indicated that one of the most significant characteristics of the Conference was the courageous self-criticism approach, as our performance fell short of our political discourse and we have drawn the appropriate conclusions.

**SHATSKY-002919-T**

**Palestinian Affairs** -----------------------------------------------------------------

**Political Statement**

**Issued by the Popular Front for the Liberation of Palestine**

**----------------------------**

O masses of our warrior people,

As was expected, and as we in the Popular Front have stressed over and over again, the void negotiations have reached a dead end. The Israeli policy is very clear; at the maximum, it will recognize a state of cantons, with no sovereignty or borders. In return, [it demands] an official Palestinian admission that the conflict has ended, as well as an indefinite delay of the Palestinian core issues, such as the right of return, Jerusalem, the settlements and the borders.

What was required, was to be honest with the Palestinian people and to prepare the Palestinian internal arena for facing the option of ending the interim phase and declaring the Palestinian sovereignty over the Palestinian territories. [Such steps were to be] a struggle plan that would save our people from the American-backed Israeli dictates and threats. The Palestinian agreement to participate in the Camp David Summit was a waste of time. It kept the negotiation option on the table even though the facts on the ground have shown us the reality of their inability to achieve any of our people's goals, and in their forefront: the right of return, the right of self-determination, and the right to establish an independent sovereign state with Jerusalem as its capital.

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002919-T (continued)**

O masses of our warrior people,

We, in the Popular Front, refused to join the Palestinian delegation due to our solid position regarding the Oslo Accords and the negotiations which are based on them, in addition to our conviction that these negotiations will be in vain. We emphasize the following:

1. The Camp David Summit was a result of American pressures backing the hostile Israeli policies and threats against our people's right to return, to self-determination, and to establishing the independent state with Jerusalem as its capital. Our experience with the hostile American policy, which goes against the rights of our people and in favor of the Israeli policy, justifies our direction.

2. The main goal of the Camp David Summit is to keep the negotiations as an option although the negotiations are no more than a cover for the Israeli hostility against our people. This, in turn, hampers the wish of our people to go on with its struggle in order to defend its rights, the minimum of which the negotiations failed to achieve. This option [the negotiations] can harm the constants of our people and its national rights.

3. There is a real danger that the Camp David Summit and any summits and negotiations that follow it might revive the Oslo Accords option. This means signing a new framework agreement that enables the enemy to use the time factor in order to impose facts on the ground and weaken the Palestinian position more and more by secluding it from the masses of our people in the homeland and in the Diaspora. In addition, such agreements can deepen the Palestinian political internal division.

4. We fear and warn that the Palestinian official participation in the Camp David negotiations is an attempt to cancel the decisions of the Central Council that emphasized the national rights of our people, and in their forefront the decision to declare the establishment of the state and to end the phase of self-governing in September. We call on the masses of our people to call for respecting and implementing the decisions of the last two sessions of the Central Council.

**The Popular Front for the Liberation of Palestine**
**12 July 2000**

**SHATSKY-002919-T (continued)**

### Comrade Abu Ali Moustafa Congratulates the Iraqi President Saddam Hussein on the Occasion of the July Revolution

  Comrade Abu Ali Moustafa, the Secretary General of the Popular Front for the Liberation of Palestine, sent a telegram to the Iraqi President Saddam Hussein on the occasion of the anniversary of the 17 July Revolution. The following is the text of the telegram:

Your Excellency, President Saddam Hussein, president of the Republic of Iraq,
I send you an Arab greeting from Palestine. On behalf of the leadership, cadres and members of the Popular Front for the Liberation of Palestine, and on behalf of the Arab Palestinian people and myself, I send you our best wishes on the occasion of the thirty-second anniversary of the glorified July Revolution.

Mr. President,
The Popular Front stresses its solidarity with the fraternal Iraqi people against the Zionist, imperialist aggression. All entire people in the homeland and the Diaspora supports you in your heroic resistance against the unfair aggression and the unjust blockade.

The Popular Front joins all the honorable people of the [Arab] Nation in calling for lifting the blockade of the Iraqi people immediately without any restrictions or conditions. It also calls on the Arab countries to take practical measures towards the lifting of the blockade, and to work with the good forces of our nation for lifting the blockade through intensive, ongoing popular initiatives.

Mr. President,
The Popular Front for the Liberation of Palestine will resist, using all means and methods, all the conspiracies that aim at liquidating the Palestinian issue. It rejects all the agreements that undermine the right of our Palestinian people to gain all its rights. It will also oppose any humiliating agreements that the imperialists and the Zionists try to impose on our people and on our nation. It will resist them, backed with the support of the Arab Nation and its vibrant forces, as well as with the support of the international forces that support the rights of the Palestinian people and oppose injustice and oppression.

Again, please accept my warmest congratulations. May Allah guide you and make you successful.

> Abu Ali Moustafa
> The Secretary General of the Popular Front for the Liberation of Palestine
> July 2000

SHATSKY-002920-T

**Palestinian Affairs** ■-------------------------------------------------------------------

---

### *Aidoun* [Returning] Group in Syria
## Statement of Purpose

---

More than fifty years after the *Nakba* [Literally: "the catastrophe". Reference to the events that befell the Palestinians in 1948], the Palestinian people is still deprived of its natural human rights and in their forefront the right to return to its homes and its right of self-determination. This is still the case in spite of the issuance of a number of international resolutions, with the most important among them being Resolution 194 that was issued by the General Assembly on 11 Dec 1948 after the collective expulsion of the Palestinians by the Israeli forces.

This expulsion took place after the Israeli forces destroyed the cities and villages of the Palestinian people, committed massacres, and destroyed and robbed its properties. These actions forces Count Bernadotte, the United Nations' mediator, to send his recommendations to the General Assembly of the United Nations on 16 Sep 1948 as to how he thought the issue of Palestine was to be resolved. The main recommendations of the Count included: allowing the Palestinian refugees to return to their homes and compensating them for the damages to their properties.

On 11 Dec 1948, the General Assembly of the United Nations convened in order to examine these recommendations. It passed Resolution 194 which stated in article 11 that "the refugees wishing to return to their homes should be permitted to do so at the earliest practicable date".

Stressing the importance of the implementation of this resolution, the General Assembly accepted the conditional membership of Israel on 11 May 1949. The introduction of its acceptance statement included a precaution article: "Recalling its resolutions of 29 November 1947 concerning the division, and of 11 December 1948 concerning the return of the refugees, and taking note of the declarations and explanations made by the representative of the Government of Israel before the ad hoc Political Committee in respect of the implementation of the said resolutions, decides to admit Israel to membership in the United Nations".

Since the issuance of Resolution 194 and until now the United Nations reiterated this every year, but Israel refuses to implement this resolution. It not only refuses to implement the resolutions of the United Nation regarding the right of return, it also ignores the "Universal Declaration of Human Rights" which it signed. Article 13 of this declaration states that: "Everyone has the right to leave any country, including his own, and to return to his country", and Article 17 states that: "No one shall be arbitrarily deprived of his property".

However, the international community still deals only with the humanitarian dimension of the problem of the Palestinian refugees, and ignores the political, moral and legal dimensions.

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002920-T (continued)**

The role of the United Nations was limited to offering aid through UNRWA. It ignored the issue of the implementation of its resolutions concerning the refugees' right of return. Let alone the Israeli rejection of the return of the Palestinian refugees and the imbalance of powers in the favor of Israel. All this may cause the right of return to die out.

In response to this tragic situation, the Palestinian Diaspora witnesses nowadays vast activities that aim at protecting the right of return and connecting it to the right to self-determination. Civil associations which work for achieving this goal are established in the Palestinian Diaspora.

In Syria, where the Palestinian refugees enjoy all the civil rights that all Syrian citizens enjoy and integrate socially and economically in the hosting Syrian society, they still keep their national identity. Their collective return to their homeland is still their main concern. They have expressed this by participating in Arab and Palestinian liberation movements, resisting the Zionist project and calling for the continuation of the aid presented by UNRWA as a symbol of the international recognition of their cause.

In order to face the current threats to the national rights of the Palestinian people; In order to have the Palestinian refugees in Syria remain a part of the general activities of the Palestinian Diaspora that aim at stressing their adherence to the right of return and self-determination in their land; and motivated by the responsibility of all Palestinians, a group of unaffiliated Palestinian refugees residing in Syria decided to establish the "*Aidoun* [Returning] Group".

This is an unaffiliated organization with no political agendas except for what is needed for the right of return. Its membership is opened to all supporters of this right.

The goals of the organization are as follows:

- Forming a Palestinian group that calls for implementing the right of return and opposes any concessions, agreements or compromises in relative to this right.
- Coordinating with all Palestinian, Arab and international organizations active in this field.
- Mobilizing the international public opinion for supporting the Palestinian refugees' right of return.

The activities of the organization:

The activities of the organization are based on the international conventions and treaties regarding human rights, especially those that address the rights of the Palestinian refugees. Its activities focus on three levels:

**SHATSKY-002920-T (continued)**

1. The Palestinian refugees in Syria. The purpose is to launch their initiatives that aim to make their voice heard, as they express their adherence to the right of return and right of self-determination in their land.

2. The displaced Palestinians in the Arab region and in the world. The purpose is to exchange information and experiences regarding the implementation of this right.

3. The international public opinion and the international organizations and associations. The purpose is to mobilize their support for enabling the Palestinian refugees to return to their homes.

We all hope to gain the understanding and the support of all advocates of the Palestinian refugees' right of return.

Majed Fannous (Safed)

Mohamed Issa Fares (Zangariyye, Safed)

Mohamed Ma'touq (Al- Shamalneh)

George Katan (Jerusalem)

Raja Dib (Zangariyye)

Nimer Nassar (Haifa)

Diab Khalaf Dib (Sarjuniya, Tiberias)

Hassan Oudeh (Far'am)

Ahmed Saleh Oudeh (Lubya).

Damascus, 22 July 2000

SHATSKY-002921-T

**Palestinian Affairs** ■---------------------------------------------------------------

### Abu Ali Moustafa, the Secretary General of the Popular Front for the Liberation of Palestine in an interview to al-Quds Newspaper:
--------------------------------------------------

### The United States is Biased in Favor of Israel and the Palestinian file Should be Transferred to the United Nations
### Some Arab Regimes Adopt the Idea of *Tawtin* [Settlement], but Palestinians are Innocent of This Accusation

**The Al-Quds Newspaper conducted a lengthy interview with Comrade Abu Ali Moustafa, the Secretary General of the Popular Front for the Liberation of Palestine. The interview was published in the issue of 13 July 2000. Due to the importance of this interview, Al-Hadaf republishes it in its entirety.**

Abu Ali Moustafa, the Secretary General of the Popular Front for the Liberation of Palestine, said that no Palestinian leader can take upon himself the responsibility of accepting the renunciation of Jerusalem and the right of return. He stressed that these issues are crucial to the Palestinians and to the Arabs and that the Palestinian people cannot be lenient with those who violate these sacred rights. He also called for the implementation of the Palestinian Central Council's decisions that stressed that no concessions shall be granted regarding Jerusalem as the capital of Palestine or regarding the right of return to all refugees in accordance with the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy], and in particular Resolution 194.

In an interview with Al-Quds, Abu Ali Moustafa, who was recently elected as Secretary General of the Popular Front for the Liberation of Palestine, replacing Dr. George Habash, said that what is happening now in Camp David proves that the American administration is not a qualified side for implementing the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy] because it adopts a position that supports Israel. He called to turn the file of the Palestinian cause in its entirety to the United Nations and the relevant organizations, and to hold them responsible for implementing the relevant resolutions.

Abu Ali rejected the accusation that the Palestinians accept the concept of *tawtin* [Literally: granting citizenship. The more accurate translation in the context of the Palestinian refugees in Arab countries would be: settlement], accusing some Arab regimes of accepting this idea. The following is the text of the interview:

**SHATSKY-002921-T (continued)**

**The American Bias**

Q: How do you, in the Popular Front, evaluate the Camp David negotiations, and do you think these negotiations can succeed?

A: I think that what is happening in Camp David proves to all, and especially to the Palestinians, that the American administration is not the side that can implement the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy]. It is clear that it pressures and blackmails all Arab sides for the benefit of Israel.

Therefore, we say that in light of the ongoing negotiations in Camp David and outside it, a complete political revision should be conducted in order to get things back on track on the national, regional and international levels. The American administration should no more be the authority and the Palestinian file in its entirety should be turned to the United Nations, which should be held responsible for the implementation of its resolutions.

If we go back to the Camp David negotiations, we find that the Americans wished to impose more concessions on the Palestinian people during this round of negotiations, especially in relative to the issues of Jerusalem, the refugees, the territories and the sovereignty. It is also clear that these negotiations have reached a dead end so far, but the delay in announcing the failure of these negotiations is an American attempt to find an exit from its failure and to extend the Oslo Accords. It also tries to press the Palestinian side into giving up the declaration of the Palestinian state on September 13. Therefore, we call on the Palestinian delegation to stop these negotiations and to stop responding to the demands of the American administration instead of those of the Palestinian institutions.

**Facing the Pressures**

Q: Until when, do you think, can the Palestinian side remain steadfast in face of the American pressures in these negotiations?

A: There is no single Palestinian who can take upon himself the responsibility of accepting the renunciation of Jerusalem as the independent Palestinian state's capital, and of the right of return, because these issues are crucial to the Palestinian people and to the Arab Nation. The Palestinian people cannot be lenient with those who violate these sacred rights. In addition, President Arafat is completely aware of this fact and he said during the negotiations that the Arab leader who is capable of signing agreements that undermine the Arab sovereignty over Jerusalem has not yet been born.

**SHATSKY-002921-T (continued)**

Therefore, Arafat does not have freedom of action in Camp David, and we hope that they continue to adhere to the Palestinian constants as defined by the Central Council, and in their forefront Jerusalem as the capital of Palestine, the right of return for all refugees, and ignoring all American pressures.

Q: The American Congress has threatened to stop the American financial aid to the Palestinian Authority in case an independent Palestinian state is declared. How do you see the American position regarding the Palestinian state?

A: These threats are a form of the American blackmail of the Palestinian position. No fateful issue regarding the Palestinians should be conditioned with the aid, and no financial crisis can be equal to the importance of the crucial issues. The Palestinian position should rejection all blackmail and attempts to pressure it, be they political of financial. There are rights that cannot be renounced, and the Americans should understand this very well.

**The *Tawtin*** [Literally: granting citizenship. The more accurate translation in the context of the Palestinian refugees in Arab countries would be: settlement]

Q: When the Camp David negotiations began, there were many talks about the *tawtin* [settlement], especially in countries that host Palestinian refugees. Some Arab countries announced their rejection to any *tawtin* plans, while other countries asked for compensations for hosting refugees in their territories. Do you think that they really fear the idea of *tawtin*?

**SHATSKY-002922-T**

A: I think that the talks about *tawtin* are not new, but this time they coincide with the American talks about allocating billions of dollars for compensations. Those who talk of *tawtin*, in good faith or in bad faith, hold the Palestinian people responsible for being refugees.

We adhere to our right to return to our homes; this is a right that we have sought for 52 years of struggle. All the projects that aimed at resettling the Palestinian people, such as the Johnston Project, have failed. We need a unified Arab decision based on Resolution 194. This position should insist on the implementation of the resolution. I think that this is the best solution for facing the *tawtin* attempts. We should face the American and Israeli policies in this regard by adhering to the right of return.

**SHATSKY-002922-T (continued)**

We heard some voices from Jordan that reject the *tawtin* and warn against it as if the Palestinians have adopted the *tawtin* plan. I say to those: read the second item of Article 8 of the *Wadi Araba* Treaty [The Israel-Jordan peace treaty] and you will see that it explicitly speaks of resettlement. Why don't these voices oppose the content of the Wadi Araba Treaty? We do not want to immigrate, be compensated or be resettled. We want our right to return and we are furthest from the idea of *tawtin* as we can.

**The Future of the Organization**

Q: We hear a lot of speculations about the future of the Palestine Liberation Organization after the declaration of the independent state. How do you see the future of the Organization as you [the PFLP] are one of the main factions that the Organization is made up of?

A: The Palestine Liberation Organization should continue to exist as long as there is a Palestinian Diaspora because it is more inclusive than the state and the [Palestinian] Authority. The Organization represents all the sons of the Palestinian people, both inside the homeland and in the Diaspora. It will always be responsible for representing the Palestinian people as it is the only organization that can represent the entire people. We believe that for as long as the Palestinian people does not achieve all its goals, there will not be a contradiction between the state and the Palestine Liberation Organization. The articles of the Palestinian constitution, which is being drafted now, address the issue of the Palestine Liberation Organization. For us, it is very important that the Palestine Liberation Organization continues to exist.

**The Palestinian Dialogue**

Q: Do you think that the dialogue that took place between the Fatah Movement and the other factions has achieved its goals?

A: I think that the dialogue has achieved its goals. We initiated, talked and reached the Central Council. I think that the Palestinian consensus regarding the adherence to our constants is the result of this dialogue. Some forces, namely the Islamic forces, are still reserved. They are free to have their own opinions and preferences.

**The Syrian Position**

Q: How do you view the situation of the opposition Palestinian organization in Damascus at the beginning of a new reign in Syria that stresses the adherence to peace?

**SHATSKY-002922-T (continued)**

A: I think that the discourse of Bashar al-Assad is very clear in seeking to reach an agreement. This is very similar to the position of his late father regarding the borders of June 4. Noting less, including the north-eastern parts of the Sea of Galilee, can be accepted. I think that Syria will not change its position as it is capable to survive for long years without granting any concessions. In addition, Israel that was relieved after its withdrawal from southern Lebanon, will be ready for negotiations for years.

It is clear that the status quo between Syria and Israel will remain for a long time. Meanwhile, Israel will focus on the Palestinian side. The Syrian position has basically proved that it adheres to the core issues. Regarding the future of the Palestinian organizations in Syria, the Syrian leadership leaves this matter to the Palestinian organizations and does not interfere in the internal affairs of these organizations. It is possible that the American administration shall blackmail Syria into expelling the Palestinian organizations from its territories, but the Syrian leadership does not submit to blackmail and does not accept compromises. I think that the talks about pressures that Syria may put on the Palestinian factions in Syria aim at creating confusion and fear.

**Putting Order into the Palestinian Internal Scene**

Q: What do you think is the alternative for the failed Camp David negotiations?

A: The issues of Jerusalem, the refugees and the sovereignty are all parts of one whole. They will be solved in the field and not through negotiations. Now we should prepare the Palestinian scene to the entitlements of the upcoming phase, because we will find ourselves in an inevitable conflict with Israel for creating new facts on the ground. It seems that we are not moving toward a solution, but rather toward violent confrontations that will heavily determine the present and future of the cause and the region. We are not interested in the current equations that view the negotiations as the way through which the Palestinian people will obtain its rights. What is happening now is pushing us toward an evitable conflict. As I mentioned before, there is no Palestinian leadership that can grant any concessions that violate the rights of the Palestinian people. If such a leadership exists, I believe the Palestinian people will deal with it, and things will be even more violent than an intifada.

**Bargaining?**

Q: Do you believe in granting concessions in the issues of the right of return and the sovereignty in return for gaining rights for the Arabs in Jerusalem, or in return for the declaration of the establishment of a state?

**SHATSKY-002922-T (continued)**

A: As I mentioned before, the issues of Jerusalem, the refugees and the sovereignty are national constants that nobody can renounce all or part of them. The issue of the refugees' return is for the Palestinians as important as the issue of Jerusalem. No issue can be undermined in favor of another.

Regarding the issue of the refugees, the Palestinian position is based on the implementation of Resolution 194 that stresses the right of the refugees to return to their country and to be compensated for their properties. As to the issue of Jerusalem, it is an occupied territory that Israel has to withdraw from in accordance with the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy], namely Resolution 242 and Resolution 338.

I would like to say that we categorically reject bargaining away our rights to Jerusalem and to the right of return, in return for the declaration of the state. These are crucial issues. If the issue of the state turns into an issue of bargains, then we will suffer a real disaster. No goal shall be bargained away in return for any other goals under no circumstances. Our goal is to establish an independent state with Jerusalem as its capital and to guarantee the right of return for the refugees. We cannot bargain over these issues, and the Palestinian people refuses the concept of bargain. The decisions of the Central Council in this regard are clear.

**SHATSKY-002923-T**



**The Experience of South Lebanon**

Q: After the Israeli withdrawal from South Lebanon, many voices called upon the Palestinians to benefit from the Lebanese resistance experience in banishing Israel. What do you think of the comparison between the Palestinian situation and the Lebanese situation?

A: There is a difference between the Palestinian situation and the Lebanese situation - not a principle difference but a difference in the details. The principle of resistance is the same, but there are differences in the details. However, we can draw lessons from what happened in South Lebanon. Resistance is a legitimate right as long as you live under the occupation and I think that the Palestinian people and their leadership should always be ready for confrontation.

Q: Some voices called upon the Palestinian leadership to take example from the Lebanese resistance and stop the negotiations. Some even downplayed the role of the Palestinian armed struggle. What do you think of this?

**SHATSKY-002923-T (continued)**

**We Are the Pioneers**

A: Regarding Lebanon, what happened was that Israel was banished and its withdrawal was imposed by the heroic Lebanese resistance. Nobody can deny this. However, nobody can undermine the national Palestinian movement and its history of struggle even if the circumstances were different. We do not think that our struggle has come to an end; we say loudly that Lebanon has taken an example from the Palestinian resistance and made achievements that the Palestinian leadership should take example from. The victory of the Lebanese resistance is good for the Palestinian struggle, and therefore we should not lose this right. The Palestinians are a school for armed struggle, and they do not need anyone to give them struggle lessons. We are the pioneers, and we have a legacy of struggle that should retrieve its honor.

**The Conference of the [Popular] Front**

Q: The Sixth General Conference of the Popular Front that was held in three phases ended a few days ago. During the Conference you were elected as Secretary General of the Popular Front, and replaced Dr. George Habash. How do you evaluate the conference?

A: The Sixth National Conference of the Popular Front coincided with very complicated political circumstances. The American and Israeli attempts at liquidating the Palestinian cause continue through more pressures on the Palestinian Authority in order to force it into signing more agreements that ignore the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy] and the legitimate rights of the Palestinian people, such as their right to self-determination and their right to establish their sovereign state with Jerusalem as its capital.

The Conference reiterated the position of the Popular Front that opposes all agreements that undermine the rights of our Palestinian people, especially the Oslo Accords and the *Wadi Araba* Treaty [The peace treaty between Israel and Jordan]. It also stressed the importance of revising and evaluating the results of the peace process in order to draw lessons from it, and to turn the Palestinian file to the United Nations and to the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy].

The Conference emphasized that the current situation on the Palestinian, Arab, regional and international levels, has rendered inappropriate a Palestinian Authority declaration of the establishment of the Palestinian state, with Jerusalem as its capital (such declaration was to be made without any negotiations or compromises with the Israeli government). The reason is that this should be an independent national decision that accepts no conditions or bargains.

**SHATSKY-002923-T (continued)**

This decision can also help us get rid of the Oslo Accords, to put the Palestinian cause back on track as an issue of conflict, and to resume the Palestinian struggle with all methods available.

The Conference stressed the importance of rebuilding the institutions of the Palestine Liberation Organization on national and democratic principles and of putting the charter of the Organization and its programs and goals into practice again.  ● ●

**SHATSKY-002924-T**
**Palestinian Affairs** ■  -----------------------------------------------------------------

## The Closing Statement of the Palestinian Central Council Session, which was Held on 2-3 July 2000

----------------------------------------------------

The Palestinian Central Council held its regular session of meetings in Gaza under the chairmanship of brother Salim Za'noun in the City of Gaza. The two-day session was held on July 2-3. The Central Council issued a political statement at the end of its meetings. The following are the main points mentioned in the statement:

In pursuance to the natural and historic rights of the Palestinian people to establish its independent state in accordance with the relevant resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy], including Resolutions 242, 338 and 181, as well as the Declaration of Independence that issued in 1988, the Palestinian Central Council, which convened for two consecutive days in Gaza, announces to the Palestinian people, the Arab nation, and all the peoples of the world its determination to implement the Declaration of Independence issued by the Council in its 1988 session concerning the establishment of the independent Palestinian state with Jerusalem as its capital; and to assume sovereignty over the Palestinian territories occupied on 4th June 1967. This should go into effect at the end of the Interim Period, which terminates on 13 September 2000.

On this matter, the Palestinian Central Council decided to prepare for declaring the state and implementing its sovereignty over it. The Council's committees commenced their work towards the implementation. The Council has decided to reactivate its previously established committees, to complete their formation and to hold permanent sessions in order to finalize political, socio-economic, and legal plans, and to prepare the relevant legislations for this purpose. The Central Council empowers the Executive Committee and the [Palestinian] National Authority to supervise the work of these committees.

The Central Council reiterates its previous decision regarding the Final-Status negotiations, namely:

**SHATSKY-002924-T (continued)**

1. Its commitment to the right of the Palestinian refugees to return to their homes and properties in accordance with Resolution 194, and its opposition to all attempts aiming at resettling Palestinian refugees and depriving them of the right of return.

2. Its absolute insistence on a complete Israeli withdrawal from all the Palestinian territories occupied in June 1967, including holy Jerusalem, as an implementation of the United Nations Security Council Resolutions 242 and 338 and the principle of "Land for Peace", which is based on the Madrid Conference.

3. Its absolute insistence on removing and dismantling all Israeli settlements on the occupied territories and on carrying out the Israeli military and civil withdrawal to the 4th June 1967 borders.

4. Its commitment to the fact that holy Jerusalem is the first *Qibla* [the direction to which a Muslim prays] and the third holiest mosque, the spot from which Prophet Muhammad, peace be upon him, ascended to Heaven, and the cradle of Jesus, peace be upon him. The part of the City, which was occupied in 1967, is the capital of the independent Palestinian State. Peace will never be reached without liberating it from the Israeli occupation and protecting the holy Christian and Muslim sites against the threats of Judaization and settlements. The Council condemns the Israeli attempts at issuing a resolution that deprives the Palestinian refugees from the right of return and maintains the decision to annex Jerusalem. Both these decisions are illegitimate because they contradict the relevant resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy], including Resolutions 252, 465, and 478.

With the Interim Period about to end on September 13, the Central Council empowers the Executive Committee of the Palestine Liberation Organization to take appropriate measures for the declaration of the independent Palestinian state in order to implement its control over the land of Palestine with Jerusalem as its capital.

The Central Council, while declaring this historic decision with all national responsibility and in order to promote security, peace and stability in the Middle East, calls on all peace loving nations to firmly stand by *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy], its resolutions and the evitable implementation of these resolutions. The Council urges [the peace-loving nations] to support the Palestinian people in exercising their legitimate rights including the right of self-determination and the establishment of its independent state on the basis of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy] and its relevant decisions, in order to consolidate peace, security and stability. The Palestinian State is the real guarantee for a just, comprehensive and secure peace, and for prosperity in the Middle East.

**SHATSKY-002924-T (continued)**

The Central Council urges the Palestinian people to unite its ranks and to stand shoulder to shoulder. In order to contribute to this demand, the Council has reactivated the various institutions and departments of the Palestine Liberation Organization inside the homeland and in the Diaspora.

The Central Council highly appreciates the performance of the Executive Committee for convening this session of the Council. The Central Council empowered the Executive Committee and the presidency of the Council to jointly prepare a draft for the formation of a new National Council in accordance with the Rules and Regulations and the decisions of the National Council in this regard.

The Council salutes the steadfastness of the Palestinians in the Diaspora, especially our people in Lebanon, who adhere to the right to return to the homes and land they were expelled from in 1948, and to their absolute rejection of any *tawtin* [Literally: granting citizenship. The more accurate translation in the context of the Palestinian refugees in Arab countries would be: settlement] and expulsion schemes. It also salutes the masses of our people who stood firmly on the anniversary of the *Nakba* [Literally: "the catastrophe". Reference to the events that befell the Palestinians in 1948] in solidarity with our prisoners, while clinging to the right of our people to its homeland and independence.

**SHATSKY-002925-T**

The Council emphasizes that the principles of democracy and equality remain the only option for the Palestinian people to build its National Authority and independent state. Stemming from this principle, the Council calls on the Executive Committee and the National Authority to promote democracy and political pluralism, to respect the independence of the judiciary, to develop the legal system, to promote the rule of law, to defend public freedom for all citizens and to hold municipal elections in order to promote national responsibility and democracy.

In view of the importance of the participation of all national forces and factions in improving the negotiation process for the purpose of accomplishing our natural goals of sovereignty and independence, the Council decides to authorize the Executive Committee to monitor the process of the Palestinian-Israeli negotiations. On this point some brothers asked for a complete review of the peace process with the Israeli side and for resuming it on new grounds.

The Central Council praises the steadfastness of the Palestinian prisoners and assures them that the hour of freedom is coming soon as the national independence means the freedom of the land, the people and the heroes in the prisons and detention centers of the occupation. The Council appreciated the big sacrifices of the brotherly Lebanese people for the liberation of South Lebanon from the Israeli occupation.

Al-Hadaf, 31 July 2000, Issue 1308

**SHATSKY-002925-T (continued)**

It emphasized that the implementation of Resolution 425 and the complete Israeli withdrawal from the Lebanese territories consolidate our view that Israel should respect the resolutions of *Al-Shar'iya al-Dawliya* [The United Nations. Literally: The international legitimacy], especially Resolutions 242 and 338 that call for an Israeli withdrawal from all occupied Arab and Palestinian territories. The Council stresses the need for holding an Arab summit to revive and promote Arab solidarity.

The Council stood a minute of silence to pay tribute to the late Syrian President Hafez al-Assad, and wished success to the new Syrian leadership, led by General Bashar al-Assad. It also wished the fraternal Syrian people more progress and stability.

The Council salutes the steadfast masses of our people in the refugee camps in Lebanon and affirms its commitment to the right of return for all refugees in compliance with Resolution 194.

The Central Council addressed the continuation of the suffering of the fraternal Iraqi people as a result of the ongoing, unfair blockade. It salutes the steadfastness of the great people of Iraq and calls for lifting the blockade that is imposed on them.

The Central Council pays tribute to the *shuhada* [martyrs] of our people and nation, who sacrificed themselves for the sake of Palestine, and promises their pure souls that their sacrifices were not, and will not be in vain, for the independent Palestinian state with holy Jerusalem as its capital is very close.

Long live the free, Arab Palestine.
Long live the independent Palestinian State with Jerusalem as its capital.
Long live our glorious nation.
Long live the international solidarity with our people and with its just struggle.  ● ●

### A Reception, Held on the Occasion of the Conclusion of the Sixth National Conference; and the Election of Comrade Abu Ali Moustafa as the Secretary General of the Front



The Popular Front for the Liberation of Palestine in Syria held a reception on the occasion of the conclusion of the Sixth National Conference and the election of Comrade Abu Ali Moustafa as the Secretary General of the Front on Thursday 27th Jul 2000 in the Ghassan Kanafani Club in Al-Yarmouk Refugee Camp. The celebration was attended by representatives of the Palestinian revolution factions and their cadres, in addition to representatives from Arab liberating movements. It was also attended by a number of political figures and leaders of the Palestinian refugee camps in Syria and by leaders and cadres of the Popular Front.

**SHATSKY-002925-T (continued)**

Comrade Ihab Younes, a member of the Central Committee of the Front, delivered a speech greeting the audience and wishing Comrade Abu Ali success in his national responsibilities, so that the goals of our people will be achieved.

He then saluted Dr. George Habash, thanking him for his great national role in serving the issues of our people for long decades. He added: "We will keep his distinguished role in our hearts, minds and memory".

Regarding the Sixth National Conference, Comrade Ihab said: "The holding of the conference was a difficult test for us, especially in light of the current difficult situation and the crisis that we experience. However, our insistence and unity were stronger than all the difficulties and obstacles. We succeeded in reaching a political vision based on an accurate examination of the political Palestinian reality and understanding the crucial, essential changes that took place in the last decade".

He added: "The changes and developments constituted a pressing factor on our reality that experienced, and still experiences, the crisis. It has also helped us understand the subjective and the objective factors, as well as the relationship between them without any exaggeration or recklessness".

Comrade Ihab emphasized: "Our Conference passed the test of democracy. The comprehensive democratic discussions that took place in the halls of the Conference expressed the awareness of our members and the democratic way in which they addressed the discussed issues. Their one and only motivation was the protection of the unity of the Front and of its objectives that aim at achieving the goals of our people".

Original





«الهدف، ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨
السنة الحادية والثلاثون ـ الثمن ٢٠ ل.س/ ١٠٠٠ ل.ل
AL-'HADAF - No. 1308 - 31/7/2000

سياسية عربية ـ تصدر مؤقتاً كلَّ أسبوعين

رئيس التحرير
د. ماهـر الطاهـر

سكرتير التحرير
خليـل جنداوي

مدير الادارة
محمد خير الاسعد

المدير الفني
زهـدي العدوي

ثمن النسخة
لبنان ١٠٠٠ل.ل/ سوريا ٢٠ل.س/
الاردن ٥٠٠ فلس/ العراق ١٠ د.ع/
الامارة ١٠ درهم/ الجزائر ١٠دينار/
ليبيا دينار واحد/ تونس ١.٢٥ د.ت/
صنعاء ١٥ ريال/ السودان ٦ جنيه/
المغرب ١١ درهم/ امريكا
وكندا ٣ دولار/ الانيسا ٥ ماركات/
اسبانيا ٣٠٠ بيزيته

الاشتراكات
قيمة الاشتراك السنوي بما فيها اجور
البريد
سوريا ٦٠٠ ل.س/ لبنان والاردن ٣٠
دولار/ بقية الدول العربية ٥٠ دولار/
اوروبا ١٢٥ دولار/ اسيا وافريقيا
١٠٠ دولار/ الامريكيتين واستراليا
١٥٠ دولار
ترسل الاشتراكات في بارسلال اشعار الايداع
بقيمة الاشتراك السنوي (او نصف
السنوي) على العنوان التالي: بنك
بيروت والبلاد العربية
شتورا ـ لبنان
رقم الحساب: ٧٠١٠/٨١/٢٧٩
او بارسال شيك بنكي باسم الهدف.
دمشق/ ص.ب ٣.١٩٤

المكاتب
دمشق ـ ص.ب ٣.١٩٣
دمشق ٦٣٢٨٢١٧
دمشق ٦٣١٩٣٧٤
بيروت ٣.٩٣٣.
عمان ٦٦٣٤.
صنعاء ٣.٥٨٤٩
الجزائر ٥٩٢٥٨٤٨
٣٨٤٢.٤
بغداد ٧١٩١٦٣٢
٧١٧٢٧١.

## موضوع الغلاف:

كامب ديفيد ٢٠٠٠
قمة انحياز
السياسة الأمريكية
صفحة ٦

## في هذا العدد



لا شك أن فشل القمة والارتياح الواسع الذي عبرت عنه جماهير شعبنا في كل مناطق تواجدها لهذه النتيجة بعد أسبوعين من القلق والخوف على المصير، إنما يشير إلى حقيقة ساطعة لايجوز أبداً أن تغيب عن ذهن أحد وفي مقدمتهم المفاوض الفلسطيني.. فشعبنا أكد مرة أخرى أنه مصمم على تحصيل كل حقوقه دونما أي انتقاص، والتمثل في هذه اللحظة بالبرنامج المرحلي الذي شددت عليه كل الهيئات والمؤسسات التمثيلية الفلسطينية وآخرها المجلس المركزي في دورته الأخيرة.

وجماهيرنا التي خرجت للشوارع تدعو المفاوض الفلسطيني إلى التشبث بالثوابت الوطنية والعودة من كامب ديفيد. واللجوء إلى خيارات الانتفاضة، جماهيرنا قالت بوضوح لايبس فيه أنها مازالت مستعدة للعطاء والتضحية وبذل الغالي والرخيص لتحقيق أهدافها الوطنية.. وإنها لايعنن أن تتسامح أو تغفر أن تنزل جديد سيفضي في ظل الظروف الحالية كارثة فلسطينية حقيقية تنوح كل مأساة.. على ضوء هذا لاترى أية خيارات جدية في الساحة الفلسطينية سوى رص الصفوف وترتيب البيت الفلسطيني استعداداً لمواجهة قادمة ستكون هي وحدها القادرة على إجبار المحتل على التسليم بكل الحقوق الوطنية لشعبنا..

من جهة أخرى سيلاحظ قراؤنا الأعزاء زيادة في حجم هذا العدد، وطبعاً سيكتشفون بسهولة أن ذلك عائد لقرار هيئة التحرير بتخصيص الجزء الأكبر من صفحاته لتغطية تلق بمناسبتين غاليتين.. الأولى تتعلق بالمؤتمر الوطني السادس للجبهة الشعبية لتحرير فلسطين والذي اختتم أعماله قبل أيام أما الثانية فهي الذكرى ٢٨ لاستشهاد مؤسس الهدف الكاتب والمناضل الكبير غسان كنفاني.. نرجو أن نكون قد وفقنا.



### شؤون فلسطينية

■ البيان الختامي الصادر عن أعمال المؤتمر الوطني السادس للجبهة الشعبية لتحرير فلسطين ........................ ٤

■ نص كلمة د. جورج حبش في المؤتمر الوطني العام السادس ........ ٨

■ نص كلمة الرفيق أبو علي مصطفى في افتتاح المؤتمر الوطني العام السادس .. ١٨

■ وثائق المؤتمر الصحفي

الذي عقده الرفيق أبو علي مصطفى في رام الله يوم ٢٠٠٠/٧/٩ ........ ٢٠

■ مهرجان جماهيري حاشد في رعاية لتكريم شهداء تموز ود. جورج حبش

وتينا أبو علي مصطفى بانتخابه أميناً عاماً ........................ ٢٤

■ صحيفة «القدس» تحاور الرفيق أبو علي مصطفى ................ ٢٩

■ البيان الختامي الصادر عن المجلس المركزي في دورته من ٢٠٠٠/٧/٣.٢ .. ٣٢

### شؤون العدو

■ تحولات شاس الموقف الدور والخلفيات ........................ ٣٤

■ وقفة أمام إسرائيل النووية ................................ ٣٦

■ اللاجئون الفلسطينيون والعهد التوراتي .................... ٣٨

### شؤون عربية

■ أربعون الرئيس الراحل حافظ الأسد وانتخاب د. بشار الأسد

رئيساً للجمهورية العربية السورية .......................... ٣٩

■ الأطماع الصهيونية في المياه العربية ........................ ٤٠

### شؤون دولية

■ قمة الثمانية الكبار في اوكينارا .......................... ٤٢

■ بين سلطان العولمة للطلقة ومطرقة حركات الاحتجاج ...... ٤٢

### الهدف الثقافي

■ معنى التحريض عند غسان كنفاني ........................ ٤٤

■ غسان كنفاني: الناقد الساخر الضاحك الجاد ................ ٤٦

■ الزمن السردي والزمن الحكائي في رواية «ما تبقى لكم» يوقتان طلالا .. ٥٠

■ في الذكرى ٢٨ لاستشهاد غسان كنفاني ................

■ تكريم الروائي حيدر حيدر والبحث عن صورة الفلسطيني في شموس الغجره .. ٥٢

■ الشيء الآخر الذي قتل ليلى الحايك ........................ ٥٤

SHATSKY-002911

# البيان الختامي الصادر عن أعمال المؤتمر الوطني السادس

## للجبهة الشعبية لتحرير فلسطين

يا جماهير شعبنا الفلسطيني

يا جماهير أمتنا العربية

تحت شعار، «المؤتمر الوطني السادس محطة هامة للمراجعة والتجديد ومن أجل استمرار النضال لتحقيق أهداف شعبنا في العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة»، انعقد مؤتمرنا الوطني العام، بحلقاته الثلاث في الوطن والشتات، للقيام بعملية مراجعة وتقييم شاملة لأساليب العمل، ولجعل السياسات والخطط، ولصياغة رؤية سياسية تنظيمية منهاجية للمرحلة الجديدة، تشكل أساساً ومنطلقاً لاشتقاق المواقف والسياسات، والارتقاء بمستوى فعالية الجبهة ودورها وحضورها على طريق تحقيق أهداف شعبنا الوطنية والاجتماعية.

وقد ابتدأ المؤتمر أعماله بالوقوف دقيقة صمت إجلالاً وإكباراً لأرواح شهداء شعبنا وأمتنا الذين ضحوا بحياتهم من أجل الوطن وحريته، واحتراماً لعذابات الأسرى والمعتقلين، وعموم المناضلين الذين يواصلون السير على الطريق الصحبة لانتزاع الحقوق الوطنية الثابتة والمشروعة والتاريخية للشعب العربي الفلسطيني.

وبعد إقرار جدول الأعمال، استمع المؤتمر إلى الكلمة الشاملة للرفيق الأمين العام الدكتور جورج حبش، والتي تضمنت قضايا أساسية وتنظيمية ورغبة بعدم ترشيح نفسه للهيئات القيادية، فأكد المؤتمر تقديره العالي للدور القيادي البارز الذي لعبه الأمين العام في الثورة الفلسطينية المعاصرة، حيث أعطى من عمره المديد كل ما يملك من إمكانات وطاقات سياسية وفكرية وتنظيمية، أغنت وأثرت تجربة النضال الوطني الفلسطيني والعربي المعاصر بالكثير من القيم والمبادئ والمفاهيم الوطنية والقومية والأممية.

وفيما أعرب المؤتمر عن احترامه لرغبة الرفيق الأمين العام وتقديره العميق للمعاني الديمقراطية التي تنطوي عليها هذه المبادرة، أكد على الأهمية القصوى لحفظ مكانته التاريخية واستفادة دوماً من آرائه وتحليلاته وتوجيهاته باعتبار الرفيق المؤسس صاحب تجربة ثرية وخبرة طويلة وعميقة وشاملة.

كما استمع المؤتمر لكلمة الانفتاح، ألقاها الرفيق أبو علي مصطفى نائب الأمين العام، الذي ركز فيها على القضايا السياسية والتنظيمية الأساسية والراهنة، وعلى دور المؤتمر الوطني السادس في التأسيس لعملية إنهاضية واسعة على غير صعيد ومستوى.

وشرع المؤتمر على أثر ذلك، بمناقشة مشاريع التقارير المقدمة من اللجنة المركزية العامة والتوصيات المرفوعة من مؤتمرات الفروع على دورتين، وأنهى أعماله بانتخاب أعضاء اللجنة المركزية العامة ولجنة الرقابة والتفتيش المركزية، مكرساً بذلك المبادئ الديمقراطية في الحياة الداخلية، ومفاهيم المشاركة الأوسع في صياغة السياسات والبرامج والخطط والتوجهات الأساسية للجبهة الشعبية، ومؤكداً على أهمية تعزيز وحدة التنظيم من خلال تعميق الحياة الديمقراطية على كل المستويات في الحوار وتبادل الرأي على مجمل القضايا السياسية والتنظيمية والفكرية، وعبر تشجيع النقاش الحر الرفاقي والموضوعي والجري في ممارسة النقد والنقد الذاتي مسترشدين بالنهج المادي الجدلي التاريخي وبكل ما هو ديمقراطي وتقدمي وإنساني في التراث الفكري والثقافي لشعبنا الفلسطيني ولأمتنا العربية وللإنسانية جمعاء مؤكدين على كل ما ورد من مبادئ وقيم كفاحية للشعوب من أجل حريتها وتقدمها.

هذا وقد أكد المؤتمر الوطني السادس على أنه وفي ضوء إدراك الجبهة

---

الشعبية لتحرير فلسطين لطبيعة المرحلة بوصفها مرحلة تحرر وطني وديمقراطي، فإننا نؤمن بضرورة العمل الجبهوي الوحدوي الديمقراطي، الذي يشمل كافة القوى الطبقية والسياسية والاجتماعية، صاحبة المصلحة في إنجاز مهام هذه المرحلة وفي العمل لأجل تمكين الطبقة العاملة وعموم الكادحين وممثليهم القيام بدورهم الكفاحي والقيادي في هذا الإطار.

يا جماهير شعبنا الفلسطيني

يا جماهير أمتنا العربية

لقد جاء انعقاد المؤتمر الوطني السادس، في ظل ظروف سياسية بالغة الدقة والخطورة والتعقيد، حيث تتواصل الجهود الصهيونية ـ الأمريكية الهادفة لتصفية القضية الوطنية الفلسطينية، من خلال ممارسة المزيد من الضغوط على السلطة الفلسطينية لإجبارها على إبرام المزيد من الاتفاقات التي تتجاهل قرارات الشرعية الدولية والحقوق الوطنية الثابتة والمشروعة للشعب الفلسطيني وفي المقدمة منها حق اللاجئين الفلسطينيين في العودة إلى وطنهم وديارهم التي شردوا عنها، وحق الشعب الفلسطيني في تقرير مصيره بنفسه وإقامة دولته الفلسطينية المستقلة ـ ذات السيادة الكاملة وعاصمتها القدس.

إن المؤتمر الوطني السادس، إذ يؤكد أن تجربة السنوات التسع الماضية، التي ابتدأت بمؤتمر مدريد، وشهدت ولادة اتفاق أوسلو واتفاق وادي عربة، إنما تكشف عن دنى الحصيلة الكارثية والمخاطر الناجمة عن المحاورات الأمريكية ـ الإسرائيلية بترتيب أوضاع الساحتين الفلسطينية والعربية بما يكرس تبعيتهما السياسية والاقتصادية للدوائر الامبريالية، فإنه يعيد التأكيد على مواقف الجبهة الشعبية الرافضة لهذه الاتفاقات، وعلى أهمية إجراء عملية مراجعة وتقييم لحصيلة العملية التسووية المهينة، لاستخلاص العبر والدروس، وإعادة ملف القضية الوطنية الفلسطينية إلى الأمم المتحدة، وقرارات الشرعية الدولية.

وانطلاقاً من قناعاته بهذه يؤكد المؤتمر الوطني السادس أن الظروف القائمة والحيطة فلسطينياً، وعربياً وإقليمياً ودولياً، غدت ملائمة ومواتية لإقدام قيادة منظمة التحرير الفلسطينية على تجسيد قيام الدولة الفلسطينية وعاصمتها القدس، من دون مفاوضة أو مقايضة مع الحكومة الإسرائيلية، لأن مثل هذا القرار يجب أن يكون قراراً وطنياً جامعياً مستقلاً لا قبيل التفاوض أو المساومة أو الاشتراطات من أية جهة كانت، ومن البديهي القول إن مثل هذا القرار يفتح الباب واسعاً لتجاوز اتفاقات أوسلو، وإعادة الاعتبار للقضية الوطنية الفلسطينية كعملية صراعية، والشروع بمتابعة الكفاح الشعبي بكل الأشكال المتاحة والممكنة، لإجبار المحتلين الإسرائيليين على الاندحار والقبول بقرارات الشرعية الدولية.

وفي هذا الإطار أكد المؤتمر الوطني السادس على الأهمية القصوى للشروع بإعادة بناء مؤسسات منظمة التحرير الفلسطينية على أسس وطنية وديمقراطية من غير إبطاء أو تلكؤ، وإعادة الاعتبار لبناها التنظيمية وبرنامجها ودورها ومكانتها كممثل شرعي وحيد للشعب الفلسطيني في جميع أماكن تواجده من أجل حفظ وحدته السياسية، كما أكد على أهمية وضع رؤية فلسطينية موحدة (سياسية ـ نضالية ـ استراتيجية) وإرساء نظام سياسي فلسطيني ديمقراطي، يقوم على أساس الفصل بين السلطات الثلاث، واحترام السلطة التنفيذية للتشريعات والقوانين والقرارات الصادرة، عن المرجعيات، وترسيخ سلطة النظام والقانون، وإطلاق الحريات الصحافية والإعلامية، واحترام حرية الرأي والتعبير، ودور مؤسسات المجتمع المدني، ووضع خطة إنمائية شاملة، تضمن تحقيق

SHATSKY-002912

الاستقلال الاقتصادي التدريجي وتوفير نظام صحي فلسطيني موحد لخدمة الجميع وترسيخ المناهج التعليمية الوطنية، ووقف العمل بمحكمة أمن الدولة والاعتقال السياسي.

وفي إطار الورقة المتكاملة التي بلورتها المناقشات المعمقة والمفصلة التي دارت داخل قاعات المؤتمر الوطني السادس حول المهام الوطنية والديمقراطية الاجتماعية، شدد المؤتمرون على ضرورة التركيز في الفترة القادمة على أهمية تفعيل القطب الوطني الديمقراطي باعتباره رافعة سياسية وحقيقية للنضال الوطني التحرري والاجتماعي الديمقراطي، والعمل بكل الأشكال الممكنة لإعادة الحياة تدريجياً للعلاقة الجدلية بين بُعدي الصراع الوطني والقومي.

لقد أكد المؤتمر الوطني السادس في أبحاثه ومناقشاته، أن الصراع مع العدو الصهيوني هو صراع تناحري لايمكن أن تحسمه المفاوضات الجارية، بل يحسمه النضال والكفاح. لبنية داخلية وطنية موحدة على طريق تعديل موازين القوى القائمة. وبالانطلاق من هذه الحقيقة، فإن التصدي للمسؤوليات التاريخية للقاء على عاتق شعبنا وقواه السياسية بمختلف تياراتها واتجاهاتها السياسية والفكرية، يحتاج أولاً وقبل كل شيء إلى إدراك طبيعة الواقع القائم، وما نملك من طاقات وإمكانات فاعلة وكامنة، وإلى جهد كبير ومثابر ومتصل لإعادة بناء الذات، للنهوض بألهانا والأعباء الوطنية.

إن المؤتمر الوطني السادس الذي أولى لسائلة التنظيمية اهتماماً كبيراً، مركزاً على أهمية التجديد، وتطوير أشكال وأساليب العمل، واستيعاب التغيرات والتعامل بعقلية ديناميكية مع الوقائع الجديدة وما تتطلبه من مقتضيات التطوير المستمر لجوانب العمل المختلفة، ينظر إلى المستقبل بثقة عالية.

فشعبنا الذي أظهر قدرة عالية جداً، على تجديد حركته النضالية دون كل، وأظهر استعدادات تضحوية متجددة لحدود لها في الهيئات المتتالية التي تشهدها البلاد، رغم اتفاقات أوسلو وملحقاتها، وكل مظاهر الفساد والإفساد والبيروقراطية.. إنما يؤكد أننا قادرون، برص الصفوف، وتوحيد الجهود، وترسيخ الوحدة الوطنية، على التصدي لكل المحاولات الصهيونية الهادفة للقفز عن حق اللاجئين في العودة، وتكريس الوجود الاستيطاني في الضفة والقطاع، وتأجيل بحث مسألة القدس لاستكمال مخططات تهويدها، وحرمان شعبنا من حقه في تقرير مصيره بنفسه على أرضه ومعابره وحدوده وإقامة دولته المستقلة وعاصمتها القدس، ولعله بديهياً التأكيد أن أحداً لن ينعم بالسلام بدون نيل الشعب الفلسطيني لحقوقه الوطنية، على طريق فلسطين الديمقراطية.

وإرتباطاً بما تقدم خاطب المؤتمر الوطني السادس عموم الرفاق والرفيقات وأنصار الجبهة وأصدقاءها في الوطن والشتات، وفي منظمات الأسر الباسلة داعياً إلى تعميق الثقة بالنفس والمستقبل وبالمشروع الوطني الكبير. فإذا كان الحاضر صعباً، فإن الجهود المبذولة لتجديد الذات والأدوات للاستمرار بحمل الراية، والنهوض بألهانا، من خلال تطوير وتوسيع وتعزيز الديمقراطية في حياتنا الداخلية والمجتمعية، وإحداث أوسع إطارات جماهيرية للنهوض بالأعباء الوطنية، ستساعدنا في إعادة الإمساك بزمام المبادرة، وفتح الآفاق مجدداً أمام تقدم المشروع الوطني الفلسطيني لتحقيق غاياته وأهدافه.

وفي ختام أعماله، وجّه المؤتمر الوطني السادس الرسائل التالية:

أولاً: يرسل المؤتمر الوطني تحياته إلى كافة الأسرى والمعتقلين في سجون الاحتلال الصهيوني، مؤكداً لهم أنهم الشمعة التي لاتغيب، بل هم حاضرون أبداً ودوماً معنا، وهم نخزن بصمودهم وشجاعتهم نبدي كل الاستعداد للتضحية والنضال من أجلهم من أجل إطلاق سراحهم، ونحيي الذين ضحوا بأرواحهم في هبة أيار في هبة أيار حقوق إخوانهم ورفاقهم في سجون العدو الصهيوني، كما نحيي القابعين في سجون السلطة الفلسطينية، ونطالبها بالكف عن الاعتقال السياسي وإطلاق سراح كل المعتقلين على طريق خلق مناخات إيجابية داخلية في سبيل بناء علاقات وطنية شاملة، من أجل مواجهة الاحتلال والتصدي لمخططاته.

---

ثانياً: يحيي المؤتمر كل أبناء الشعب العربي الفلسطيني الذين أثبتوا جدارة الصمود وتحدي العدو الصهيوني وخاصة منهم الفلسطينيون في الجتل من فلسطين عام ١٩٤٨، ونثمن دورهم المبادر في التماسك لحماية الهوية والانتماء والأرض والثقافة الوطنية.

ثالثاً: الشكر والتقدير لكل الأخوة والأصدقاء الذين ساهموا معنا في قراءة وتسجيل الملاحظات على مشاريع الوثائق الأساسية المقدمة للمؤتمر الوطني السادس، معربين لهم عن اعتزازنا بآرائهم بأنها أضافت إغناءات جيدة على النقاش، ومقترحات إعادة صياغة الوثائق.

رابعاً: كما يحيي المؤتمر كل الصامدين في وجه الاقتلاع والاستيطان، والمدافعين عن عروبة القدس ومكانتها الوطنية والدينية والتاريخية، ويؤكد على حق شعبنا باستمرار مقاومته للاستيطان حتى الخلاص منه، وبضرورة تطبيق القرار الدولي الذي يعتبر الاستيطان غير شرعي ويدعو لتفكيك السطوطنات وترحيل المستوطنين، كما يحيي المؤتمر كل اللجان الشعبية الفاعلة في الوطن والشتات من أجل حفظ حق العودة للفلسطينيين إلى ديارهم التي شردوا منها بموجب القرار الدولي (١٩٤).

خامساً: يعرب المؤتمر الوطني السادس عن تعازيه للقيادة والشعب السوري الشقيق، عن خسارة سوريا والأمة العربية بوفاة الرئيس حافظ الأسد، وهو وأثق من قدرتهم على تخطي الألم وتحدي الفجوة التي تركها غياب الرئيس الأسد عن سوريا والمنطقة العربية.

سادساً: يحيي المؤتمر الشعب اللبناني الشقيق ومقاومته الوطنية والإسلامية الباسلة على ما قاموا به من عمل بطولي حقق للبنان والأمة العربية نصراً كبيراً وألحق الهزيمة بالاحتلال الاسرائيلي لجنوب لبنان، وهو ما نعتز ونفتخر به باعتباره أحد تجليات دروس المقاومة في تأكيد الشعب المقاوم والموحد في مواجهة العدو.

سابعاً: يعرب المؤتمر الوطني السادس عن تقديره لدور القوى الشعبية العربية المناهضة للمشروع الصهيوني ولسياسة الاستسلام والتطبيع، ويحيي مبادراتها في إقامة لجان مقاومة التطبيع مع العدو الصهيوني، ويدعوها لأخذ دورها في تقوية وتعزيز العمل القومي من أجل حماية الأمة ومشروعها التاريخي في الوحدة والحرية والتقدم.

ثامناً: يؤكد المؤتمر الوطني السادس عن وقوف الشعب العربي الفلسطيني إلى جانب الشعب العراقي الشقيق وقيادته في مواجهة المخطط الأمريكي ـ الصهيوني العدواني، مطالباً كل أبناء الأمة العربية وشرفائها بالوقوف إلى جانب العراق الشقيق والنضال من أجل رفع الحصار الجائر عنه، وخاصة من قبل البلدان العربية، وتدعو الرأي العام العالمي، إلى وقفة كرامة تتصدى للعدوانية الاستعمارية الأمريكية ـ البريطانية التي تقتل أبناء الشعب العراقي يومياً عبر التجويع والغارات والحصار.

تاسعاً: يحيي المؤتمر الوطني السادس شعب كوبا البطل وقيادته الرائدة بصمودده في وجه العدوانية الإمبريالية الأمريكية.

عاشراً: يحيي المؤتمر الوطني السادس كل قوى التقدم والتحرر في العالم المكافحة من أجل حريتها وتقدمها واستقلالها، ويثمن دور كل التقدميين والديمقراطيين في العالم الذين يقفون إلى جانب الشعب الفلسطيني ويساندون حقوقه ونضاله الوطني.

حادي عشر: يحيي المؤتمر قوى المنطقة العالمة التقدمية والعربية وفي كل أنحاء العالم، مؤكداً لهم أن النصر لابد أن يكون حليف الشعوب ضد أمزعية الرأسمالية المتوحشة ونظام العولمة الجديد، سيتحالق، وسننتصر البشرية على جلادها وتقلدم راية الاشتراكية العلمية، إنها الطريق الوحيد لخلاص البشرية من الظلم والاضطهاد.

ومعاً وسوياً على درب الشعوب الظافرة بالحرية مصممين على السير وحمل الراية مهما كانت التضحيات وإننا لمنتصرون.

المؤتمر الوطني السادس

تموز ٢٠٠٠

SHATSKY–002913



# الحدث

## كامب ديفيد ٢

في الحادي عشر من تموز ٢٠٠٠ انعقدت في الولايات المتحدة الأميركية قمة كامب ديفيد التي دعا الرئيس الأميركي إليها كلاً من السيد ياسر عرفات ورئيس الوزراء الإسرائيلي ايهود باراك، مستبقاً انعقادها بالإشارة إلى أن لاضمانات لنجاحها ومحذراً من عودة العنف في حال فشلها.

هذه القمة التي مورست بعقدها ضغوطات شديدة جاءت بناءً على إلحاح من رئيس الحكومة الإسرائيلية من جهة ورغبة من الرئيس الأميركي الذي يطمح إلى تحقيق إنجاز تاريخي وشخصي قبل تركه لسدة الرئاسة في البيت الأبيض.

# قمة انحياز السياسة الأميركية

## د. ماهر الطاهر

انعقدت القمة وسط اهتمام سياسي وإعلامي بالغ على مختلف المستويات الفلسطينية والإسرائيلية والعربية والعالمية، وبعد أسبوعين من المفاوضات المغلقة أعلن الرئيس الأميركي عدم التوصل إلى اتفاق وبدأ الجديد عن مرحلة ما بعد قمة كامب ديفيد، حيث طرحت ولازالت تُطرح الكثيرمن الأسئلة والتساؤلات والاحتمالات حول حقيقة ماجرى في المفاوضات، وما هو الجديد في الموقف الإسرائيلي أو الموقف الرسمي الفلسطيني، هل فشلت القمة كلياً أو جزئياً؟ هل ستعود المفاوضات أم أن الوضع سيشهد حالة من المواجهة الشديدة بين الفلسطينيين وقوات الاحتلال؟ هل سيتم إعلان تجسيد الدولة الفلسطينية في الثالث عشر من أيلول القادم وفق ما أكدت عليه قرارات المجلس المركزي الفلسطيني في دورته الأخيرة المنعقدة في ٧/٢/٢٠٠٠ أم سيتم تمديد هذا الموعد استجابة للضغوط الأميركية؟

هل سيتم نقل السفارة الأميركية إلى القدس؟ هل سيتم عقد قمة ثانية للوصول إلى اتفاق؟ عشرات الأسئلة التي تدور في ذهن المراقبين والمحللين السياسيين وشعوب المنطقة.

لاشك أن تصريحات ومواقف رئيس الحكومة الإسرائيلية باراك قبل ذهابه إلى القمة ـ رغم أنها جاءت بناءً على طلبه ـ كانت تشير إلى عدم إمكانية التوصل إلى اتفاق نهائي لأن باراك أعلن بوضوح أنه سيذهب إلى القمة ويعود منها حاملاً

---

لاءاته الخمس:

١ ـ لا عودة لحدود الرابع من حزيران.

٢ ـ لا انسحاب من القدس.

٣ ـ لا تنازل عن غور الأردن ولا وجود جيش غربي النهر.

٤ ـ لا لإزالة المستوطنات.

٥ ـ لا لعودة اللاجئين الفلسطينيين.

وبالتالي في ظل هذه اللاءات فإن ما قدمه باراك للمفاوضين الفلسطينيين لا يتعدى كونه أكثر من فتات لذر الرماد في العيون لا يمكن أن يقبل به الشعب الفلسطيني والعربي تحت أي ظرف من الظروف ولا تستطيع أي قيادة فلسطينية أساساً أن توقع عليه إلا إذا أرادت أن تحكم على نفسها بالانتحار السياسي، لأن ما عرضه يعني عملياً تصفية الحقوق الوطنية للشعب الفلسطيني.

إن الرئيس كلينتون ورئيس الوزراء باراك يدركان تمام الإدراك أن ما تم عرضه يتناقض تماماً مع مبادىء الشرعية الدولية وقرارات الأمم المتحدة ذات الصلة بالقضية الفلسطينية والواقع أن المقترحات الأميركية التي تدعي أنها تمثل حلاً وسطاً بين الجانبين الفلسطيني والإسرائيلي ليست سوى أفكار إسرائيلية جرى محاولة تسويقها بلسان أميركي، فما هي أبرز هذه المقترحات؟

## مضمون المقترحات الإسرائيلية المقدمة من الإدارة الأميركية:

إن ماتم تقديمه في قمة كامب ديفيد حسب

---

معلوماتنا مجموعة من المقترحات الإسرائيلية تم عرضها من قبل الولايات المتحدة الأميركية وأهم هذه العروض بصدد موضوع القدس يقوم على مايلي:

ـ ضم مستوطنات جيلو، التلة الفرنسية، جيعات زئيف، يسكاف زئيف للمدينة ووضعها تحت السيادة الإسرائيلية.

ـ ضم الأحياء الفلسطينية للسلطة الفلسطينية وهي بيت حنينا، شعفاط، العسولة، الشيخ جراح، ومنح الفلسطينيين سلطة وظيفية عليها.

ـ تقسيم البلدة القديمة في القدس إلى أربعة أحياء: الحي اليهودي والأرمني تحت السيادة الإسرائيلية، والحي الإسلامي والمسيحي تحت السلطة الوظيفية للفلسطينيين.

ـ وبالنسبة للمسجد الأقصى، فإن مافوق الأرض يكون تحت السيادة الفلسطينية ويبقى عليه العلم الفلسطيني وماتحت الأرض (الهيكل) فهو مسؤولية إسرائيلية، ويتم وضع قوات دولية في المنطقة، وكل هذا تحت سيادة عليا إسرائيلية.

ـ توفير ممر آمن للمسؤولين الفلسطينيين إلى المسجد الأقصى والسماح بفتح مكتب لرئيس السلطة الفلسطينية في القدس القديمة.

ـ ويصدد موضوع اللاجئين، فإن أقصى ماتم عرضه هو القبول بعودة بعض اللاجئين تحت عنوان لم شمل العائلات إضافة لحالات إنسانية إلى مناطق الـ ٤٨ وعودة آخرين لمناطق الضفة والقطاع والاستمداد للمساهمة في صندوق دولي للتعويض والتوطين. واقترح الأميركان تشكيل

«الهدف» ٣١. تموز ٢٠٠٠ العدد ١٣٤٨

SHATSKY-002914

٦-٦

صندوق من أجل التعويض برأسمال أولي مقداره ٣٠ مليار دولار.

ـ وأما بصدد موضوع الأرض والحدود والمستوطنات، فإن ماتم تقديمه يتلخص بالانسحاب من ٨٠ إلى ٨٥٪ من الحدود الشرقية، وضم الكتل الاستيطانية الكبرى إلى إسرائيل، وإقامة خمسة مواقع عسكرية على الحدود مع نقاط إنذار مبكر في الجبال والقبول بقوات دولية وفلسطينية وأردنية على المعابر مع وجود إسرائيلي.

لقد رفض الجانب الفلسطيني المفاوض هذه المقترحات وبالتالي لم يتم توقيع الاتفاق، وهذه خطوة جيدة تعبر عن تمسك الشعب الفلسطيني عن ارتياحه لها، وعدم الرضوخ لسياسة الترغيب والترهيب التي مارستها إسرائيل والراعي الأميركي خاصة بعد التنازلات الكبيرة التي تم تقديمها من المفاوض الفلسطيني بعد توقيع اتفاقات أوسلو وأنهم الآن الثبات الفلسطيني على الموقف لأن الضغوط الأميركية والإسرائيلية والتهديدات وسياسة الابتزاز ستستمر وتتواصل وهذا ما يفسر تهديدات الإدارة الأميركية بإعادة النظر بعلاقاتها مع الجانب الفلسطيني والحديث عن نقل السفارة الأميركية إلى القدس الأمر الذي يؤكد انحياز الولايات المتحدة الأميركية السافر إلى جانب إسرائيل وإبعادها الكامل عن مبادئ الشرعية الدولية وقرارات الأمم المتحدة. والذي يعيد طرح السؤال القديم ـ الجديد حول إمكانية إقامة سلام شامل وحقيقي في المنطقة استناداً إلى المرجعية والاستقرار الأميركي في الحل.

إن الوقائع تبرهن كل يوم أن الولايات المتحدة ليست راعياً ووسيطاً محايداً بين الأطراف المتفاوضة، بل هي تقف بكل ثقلها إلى جانب سياسة العطرسة والعدوان التي تمارسها إسرائيل، وهذا ما يجعل كل عملية المفاوضات القائمة حالياً والمستندة إلى المرجعية والاستقرار الأميركي والإسرائيلي تحمل تساؤلات كبرى وجدية حول إمكانية تحقيقها لسلام شامل في المنطقة.

إذا كان السلام المراد فرضه أميركياً وإسرائيليا يستند لمنطق ميزان القوى وفرض إرادة طرف على طرف آخر، فإن مثل هذا السلام لن يكتب له الحياة ولن يستمر لأن الشعب الفلسطيني والأمة العربية سيرفضانه مالم يستند إلى مبادئ الحق والعدل وعودة الحقوق إلى أصحابها ولذلك فإننا نرى ضرورة وقف المفاوضات القائمة على أساس المرجعية الأميركية ونقل ملف القضية الفلسطينية بكامله إلى هيئة الأمم المتحدة وإشراك العالم في هذا الحل لممارسة الضغط على إسرائيل وإلزامها بتطبيق قرارات الأمم المتحدة المتعلقة بقضية فلسطين.

لقد جرى التركيز والحديث في وسائل الإعلام حول موضوع القدس وأنه كان السبب الرئيس في عدم التوصل إلى اتفاق في كامب ديفيد، وبطبيعة

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨

---

الحال لايمكن التقليل بأي شكل من الأشكال من أهمية وقدسية وخطورة موضوع القدس وأبعاده العربية والإسلامية والمسيحية، ولكن موضوع اللاجئين الفلسطينيين باعتقادنا لايقل أهمية وخطورة عن موضوع القدس، ويبدو أن هناك محاولات إسرائيلية وأميركية لتهويت وتحجيم أهمية وخطورة هذا الملف الذي يشكل جوهر قضية فلسطين بأبعادها الشاملة حيث لايمكن تصور قيام سلام وأمن واستقرار دون عودة اللاجئين الفلسطينيين إلى أرضهم وديارهم التي هجروا منها قسراً عام ١٩٤٨ استناداً لقرار ١٩٤ الذي يضمن حق العودة للاجئين الفلسطينيين.

### عدم توقيع الاتفاق فرصة مناسبة لإعادة ترتيب البيت الفلسطيني:

لاشك أن رفض المقترحات الإسرائيلية والأميركية في قمة كامب ديفيد من الجانب الفلسطيني أمر جيد ترك ارتياحاً واضحاً في صفوف الشعب الفلسطيني داخل الوطن المحتل وخارجه كما ترك ارتياحاً على الصعيد العربي والسؤال الأساسي المطروح هو وماذا بعد قمة كامب ديفيد؟

إن مواجهة الضغوط الأميركية والإسرائيلية واستمرار الثبات على الموقف يتطلب إعادة بناء الذات الوطنية الفلسطينية التي تصدعت بعد توقيع اتفاقات أوسلو، ويتطلب إعادة ترتيب البيت الفلسطيني بصورة شاملة وجادة لتجميع طاقات الشعب بمختلف قواه وتياراته السياسية والفكرية حتى يتم الإعداد لمواجهة مختلف الاحتمالات القادمة حيث لم يترك الاحتلال أمام شعب فلسطين من خيارات سوى المواجهة والمقاومة لخلق معادلات جديدة تجبر الاحتلال الإسرائيلي على إعادة النظر بربيله وطروحاته التي تنكر للحقوق الوطنية الثابتة للشعب الفلسطيني وفي المقدمة حق العودة وتقرير المصير وإقامة الدولة الفلسطينية المستقلة وذات السيادة الحقيقية وعاصمتها القدس.

إن المسؤولية الوطنية لمواجهة محاولات

---

تصفية القضية الفلسطينية تتطلب العمل لتحشيد كل الطاقات الفلسطينية خاصة في ظل الظروف التي أحاطت بقمة كامب ديفيد والتي خلقت فرصة ومناخاً مناسباً للوقوف الجاد أمام الأوضاع الذاتية في الساحة الفلسطينية.

إن المطلوب اليوم هو وضع الآليات الجادة لتطبيق قرارات المجلس المركزي في دورته الأخيرة التي انعقدت يوم ٢٠٠٠/٧/٢ وتشكيل مجلس وطني فلسطيني جديد تشارك به كافة القوى والاتجاهات في الساحة الفلسطينية دون استثناء لتقييم مسار العمل الفلسطيني خلال المرحلة الماضية ورسم استراتيجية عمل تستنهض كامل قوى شعب فلسطين وتأكيد التمسك بالثوابت الوطنية الفلسطينية وتوفير قيادة جماعية للشعب الفلسطيني تواجه تحديات المرحلة القادمة.

وكذلك التمسك بقرار المجلس المركزي بإعلان تجسيد الدولة الفلسطينية في الثالث عشر من أيلول وبقرار فلسطيني دون مقايضة أو مساومة. ولاشك أن إعادة ترتيب البيت الفلسطيني وإعلان تجسيد الدولة يتطلب خلق المناخات الملائمة في الساحة الوطنية أي إطلاق سراح جميع السجناء السياسيين في سجون السلطة الفلسطينية ومحاربة الفساد وتوفير المناخات الديمقراطية التي تستنهض الطاقات الكبيرة للشعب الفلسطيني داخل الوطن المحتل وخارجه.

وعلى الصعيد العربي فقد بات مطلوباً عقد قمة عربية تتخذ قرارات واضحة بدعم الشعب الفلسطيني توجه رسالة واضحة للولايات المتحدة الأميركية وإسرائيل والعالم أجمع تقول بأنه لايمكن إيجاد سلام شامل في المنطقة دون استعادة القدس وعودة اللاجئين الفلسطينيين وانسحاب إسرائيل الكامل من الأراضي العربية المحتلة.

أليس ضرورياً تحرك لجنة القدس ومنظمة المؤتمر الإسلامي لبلورة موقف عربي إسلامي لمواجهة سياسة الغطرسة والعدوان التي يمارسها حكام إسرائيل ومن وراءهم؟ ● ●

٧-٧

SHATSKY-002915

شؤون فلسطينية ■

## الرفيق حبش يزور لبنان ويلتقي الرئيس لحود وقيادة حزب الله



قام وفد من الجبهة الشعبية لتحرير فلسطين، برئاسة الرفيق الأمين العام د. جورج حبش، وعضوية كل من الرفاق صالح صالح عضو مبارك عضو قيادة الدائرة السياسية وأبو علي حسن المختار عضو اللجنة المركزية عن لبنان بتاريخ ٢٠٠٠/٧/٣ بزيارة إلى لبنان التقى خلالها بالمسؤولين اللبنانيين وفي مقدمتهم فخامة رئيس الجمهورية العماد إميل لحود، كما التقى الوفد برئيس الوزراء السيد سليم الحص.

وقد قدم الوفد التهنئة بمناسبة الانتصار العظيم الذي حققه الشعب اللبناني الشقيق ومقاومته الباسلة، ثم طرح الوفد وجهة نظر الجبهة بالتطورات السياسية على الصعيدين العربي والدولي، وأكد على تمسك الشعب الفلسطيني بالثوابت الوطنية، وفي مقدمتها حق عودة كافة اللاجئين الفلسطينيين إلى ديارهم التي شردوا منها، وأن الشعب الفلسطيني لن يقبل عن العودة بديلاً، وأكد الوفد أن الشعب الفلسطيني، في بلدان الشتات يرفض التوطين أو التهجير أو التعويض كبديل عن العودة.

كما استعرض الوفد أوضاع اللاجئين الفلسطينيين في لبنان، خاصة فيما يتعلق بحقوقهم المدنية والإنسانية، وفي مقدمتها حقهم في العمل والتنقل وتوفير الحياة الكريمة لهم.

وأكد الوفد في دعمه الكامل لحق لبنان الشقيق باسترداد كامل أرضه المحتلة وسيادته على كامل أراضيه ومياهه وأجوائه.

وثمن الوفد موقف رئيس الجمهورية والحكومة الداعم والمؤيد لحقوق الشعب الفلسطيني المشروعة، وحق اللاجئين الفلسطينيين في العودة إلى ديارهم، كما ثمّن الوفد المواقف الوطنية والقومية الثابتة للدولة اللبنانية والشعب اللبناني الشقيق.

وبدوره عبّر رئيس الجمهورية ورئيس مجلس الوزراء عن تقديرهما العالي لمواقف الجبهة الشعبية، ولنضالات الشعب الفلسطيني.

والتقى الوفد خلال زيارته لقيادة حزب الله برئاسة سماحة الشيخ نعيم قاسم نائب الأمين العام لحزب الله، وهناك بالانتصار العظيم الذي حققه الشعب اللبناني والمقاومة الوطنية والإسلامية، وفي مقدمتها حزب الله.

كما ناقش الوفدان التطورات السياسية على الصعيد الفلسطيني والأخطار التي تهدد القضية الفلسطينية في هذه المرحلة، وأوضح وفد الجبهة موقفه الرافض للتسوية المطروحة، واستعداداته للاستمرار في النضال حتى تحقيق كامل الأهداف المشروعة للشعب الفلسطيني.

وبدوره، عبّر وفد حزب الله عن تثمينه لدور الجبهة، ودعمه وتأييده للشعب الفلسطيني وقواه المناضلة. وأكد على ضرورة استمرار الحوار واللقاءات الأخوية بين حزب الله والجبهة الشعبية لتحرير فلسطين.

المكتب الصحفي
٢٠٠٠/٧/٣

٤٤-٢٢

---

ومساندتنا الكاملة لكم في معارككم المشرفة، وأحيي صمودكم وصبركم ضد الحصار البشع والمجرم الذي تفرضه الإدارة الأمريكية المتغطرسة بحق جزيرة الحرية.

عاشت كوبا حرة كريمة،
عاش التضامن الأممي.

د. جورج حبش
الأمين العام للجبهة الشعبية لتحرير فلسطين
دمشق ٢٠٠٠/٧/٦م

## تصريح صحفي حول تهديدات كلنتون الأخيرة

تعقيباً على تصريحات الإدارة الأمريكية حول نقل مقر السفارة الأمريكية من تل أبيب إلى القدس، والتهديدات بقطع المساعدات المالية الأمريكية في حال إعلان الدولة الفلسطينية في ١٣ أيلول، أدلى الدكتور ماهر الطاهر عضو المكتب السياسي والناطق الرسمي باسم الجبهة الشعبية لتحرير فلسطين بتصريح أدان فيه محاولة الولايات المتحدة الأمريكية المتاجرة بصورة سافرة إلى جانب الاحتلال الإسرائيلي، وقال الناطق إن هذه التصريحات والمواقف الأمريكية تشكل دعماً لسياسة الغطرسة والعدوان التي تمارسها إسرائيل، كما تشكل استمراراً للضغوط التفاوضية التي تمارسها الإدارة الأمريكية على الفاوض الفلسطيني لتقديم تنازلات جديدة للحكومة الإسرائيلية.

ودعا الناطق القيادة الرسمية الفلسطينية لعدم الاستجابة لمثل هذه الضغوطات والتمسك بتنفيذ قرارات المجلس المركزي الفلسطيني في دورته المنعقدة في ٢٠٠٠/٧/٢ بإعلان تجسيد الدولة الفلسطينية في الثامن عشر من أيلول وبقرار فلسطيني دون أية مقايضة أو مساومة، والعمل الجاد لانتخاب وتشكيل مجلس وطني فلسطيني جديد يضم كافة القوى والاتجاهات السياسية في الساحة الفلسطينية لمواجهة تحديات المرحلة القادمة.

ودعا الناطق الأمة العربية على المستويين الرسمي والشعبي باتخاذ موقف واضح وجاد يدين السياسية الأمريكية المنحازة إلى إسرائيل.

المكتب الصحفي
٢٠٠٠/٧/٢٩

---

## د. جورج حبش يبرق للرفيق فيدل كاسترو



الرفيق العزيز القائد/ فيدل كاسترو
الأمين العام للحزب الشيوعي الكوبي
رئيس جمهورية كوبا الاشتراكية

تحية الثورة وبعد،

بمناسبة ذكرى الهجوم على ثكنتي «مونكادا» و«بايامو» البطولي في ٢٦ يوليو ١٩٥٣ والذي كنتم في طليعته مع مجموعة من المناضلين الأبطال، اسمحوا لي أن أستغل هذه المناسبة العزيزة على قلوب أحرار العالم، لأتوجه منكم ومن خلالكم للشعب الكوبي البطل باسم الجبهة الشعبية لتحرير فلسطين، وباسم الشعب الفلسطيني في فلسطين المحتلة وفي بلدان اللجوء والشتات، وباسمي شخصياً، بأحر التهاني القلبية، وأصدق مشاعر التضامن في هذا اليوم المجيد.

لقد شكّل هذا اليوم الخالد انطلاقة الكفاح المسلح للثورة الكوبية المعاصرة، التي شكلت استمراراً لنضال الشعب الكوبي من أجل الحرية والاستقلال من نير المستعمر الإسباني.

كما أغتنم هذه الفرصة لأمنحكم أيضاً، ومن خلالكم للشعب الكوبي الصديق، وعائلة الطفل الكوبي «إليان خونساليس» بالانتصار في معركة المواجهة مع الإدارة الأمريكية، والتي توجت بعودة الطفل إليان إلى وطنه وشعبه وعائلته، بعد المعاناة التي تسببت بها الإدارة الأمريكية.

أيها الرفيق العزيز،
مرة أخرى أكرر أحر التهاني، وأجدد تضامننا الثابت معكم،

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٤٠٨

SHATSKY-002916

■ شؤون فلسطينية

## الجبهة الشعبية تنظم مهرجاناً في عرابة لتكريم شهداء تموز
### والدكتور جورج حبش وتهنئة أبو علي مصطفى بانتخابه أميناً عاماً

# الرفيق أبو علي: لاسلام ولا استقرار في المنطقة إذا لم ينل شعبنا حقوقه الوطنية

## قادة الفصائل الوطنية والإسلامية يشيدون بدور وتاريخ الجبهة المشرف

— فلسطين – جنين – علي سمودي – خاص الهدف —



نظمت الجبهة الشعبية مهرجاناً وطنياً كبيراً في مدينة عرابة تخليداً لذكرى شهداء تموز وتكريماً للدكتور جورج حبش حكيم الثورة وترحيباً للعودة للأمين العام للجبهة أبو علي مصطفى وذلك بمشاركة قادة الفصائل الوطنية والإسلامية وممثلين عن المؤسسات والفعاليات وقادة وكوادر الجبهة والحركة الوطنية وحشد جماهيري وقد زينت جدران مدرسة عرابة صور الرفيق الحكيم وأبو علي وشهداء الجبهة ولافتات أكدت على تمسك الجبهة بمبادئ وأهداف شعبنا ورفضها للحلول الخيانية.

وبعد النشيد الوطني افتتح المهرجان بكلمة ناصر أبو عزيز عضو قيادة الجبهة الذي حيا الشهداء والأسرى وقال في هذه المناسبة الخالدة تجتمع الكثير من الأحداث وعلى رأسها الشهداء فنستذكر الكلمات الخالدة للأديب السياسي والمقاتل الشهيد كنفاني دقوا جدران الخزان نعم لنذق الجدران لأن قضيتنا وأهدافنا وتاريخنا ومستقبلنا أمانة في أعناق الجميع وإن وقف الاستيطان وعودة اللاجئين والقدس عاصمة فلسطين وحرية الأسرى ثوابت لايمكن التراجع عنها وأحداث واليوم نقول لحكيم الثورة ستبقى الرمز والمنارة دوماً وقد كبرت أكثر في نظر الجميع وباسم الشهداء والأسرى نقدم لك أننا سنبقى على العهد والخطى التي رسمتها يا حكيم ماضين في عهد الكفاح الذي وضعت ثوابته ولن نحيد عن قضية اللاجئين ولسنا ودولتنا أما رفيقنا أبو علي فلن نبارك له بل سنقول سنبقى الجنود الأوفياء للقضية الوطنية ونمضي معك على خطى الشهداء تحت راية الجبهة نحو النصر.

### كلمة عرابة

وحيا أنور عز الدين رئيس بلدية عرابة الحكيم وتاريخها النضالي بقيادة الحكيم وهنأ أبو علي بمناسبة انتخابه أميناً عاماً متمنياً له التقدم والعطاء.

### كلمة فتح

وقال قدورة موسى مدير عام مكتب المؤسسات في كلمة حركة فتح أن الرفيق الحكيم كان المنارة

٢٤-٢٤



على حساب قضيتنا وحقوقنا وقالوا ما كان ينتظر هذا الحل ونحذر من هذه الحلول لأنه لايحق لأي شخص إذا كان موقعه أن يتصرف بأي حق من حقوقنا وأرضنا ليست ملكاً للسلطة أو لـ م.ت.ف أو لحزب إسلامي ووطننا فلسطين ملك لأجيال قادمة ولا يحق لأحد التنازل عنها ولننتظر قول الرسول ملء السلام بمن ملك كافراً شبراً من أرض فلسطين ملكه الله شبراً في جهنم...، ونحذر من الطروحات الإسرائيلية والأمريكية المطروحة لتصفية قضايا القدس واللاجئين مؤكداً أن حركته ستقاوم أي تفريط بالمقاومة.

### كلمة فدا

وهنا صالح رأفت الأمين العام لفدا الجبهة باختتام أعمال مؤتمرها السادس وانتخاب أبو علي كما حيا الحكيم الذي وصفه بأبرز أعلام الكفاح العربي مؤكداً أنه سيبقى قائداً كبيراً وعنواناً بارزاً في صفوف الثورة والجبهة وشعبنا وقال أما رفيقنا أبو علي فنقول له سنتابع المسيرة معك حتى استكمال تحرير أرضنا وتحقيق حقوقنا وأهدافنا العادلة والمشروعة لأن الجبهة لعبت دوراً رئيسياً في الكفاح الوطني الفلسطيني وسنتابع معك حتى جميع الفصائل حتى النصر وقال رأفت إن الصراع أن

وقائداً وطنياً متميزاً وبارزاً جاءت خطوته للاستقالة بمثابة درس لتعليم العالم العربي كيف تكون القيادة والديمقراطية وأضاف أن دور الجبهة المشرف جعلها تدفع الثمن الكبير الذي زاد من احترام وتقدير الجميع لها لأنها كانت تزداد قوة في اللحظات الصعبة. ودعا لتجسيد الوحدة الوطنية لمواجهة التحديات والثبات على الثوابت لأن السلام لم يؤن يتحقق في العالم دون الدولة ذات المؤسسات التعددية السياسية وعاصمتها القدس.

### كلمة حماس

وبارك الشيخ حسن يوسف باسم حماس لأبو علي مصطفى انتخابه أميناً عاماً وأشاد بمواقف الجبهة وعملها مع كافة القوى من أجل وحدة العمل الفلسطيني مؤكداً أن حماس والحركة الإسلامية على أتم الاستعداد للعمل مع الجبهة لتحقيق أهداف شعبنا ومنع تمرير أي شيء ينتقص من حقوقه ويفرز عن ثوابته. وقال إننا لسنا نشم أن هناك احتمالاً لتمرير مخطط تآمري جديد على حساب قضايا مصيرية وثوابت وطنية قدم الشهداء وشعبنا دماءهم في سبيلها لذلك فإننا نعلن رفضنا جملة وتفصيلاً لأي معاهدة أو اتفاقية تنجم عن قمة كامب ديفيد لأن العطيات تؤكد أن الحل المطروح سيكون

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨

SHATSKY-002917

■ شؤون فلسطينية ■





ينتهي مع إسرائيل ولن يتحقق أي اتفاق ما لم تعترف بمسؤولياتها السياسية والقانونية والأخلاقية عن جرائمها بحق اللاجئين وحقهم بالعودة لديارهم وممتلكاتهم ودون الانسحاب الكامل من الأراضي المحتلة وتفكيك المستوطنات ودعا السلطة الوطنية لاستفتاء شعبنا في أي اتفاق يتم التوصل إليه.

كلمة الديمقراطية

ودعا قيس عبد الكريم عضو المكتب السياسي للجبهة الديمقراطية لدفع مسيرة التعاون والعمل المشترك بين الجبهتين وصولاً للاتحاد والوحدة خاصة في ظل الظرف الراهن الذي تمر به قضيتنا الوطنية التي تسعى لإنجاز اختراق كبير على مسار التسوية في الشرق الأوسط وخاصة المسار الفلسطيني لتمرير حل يخدم المصالح الإسرائيلية مؤكداً أن لإسلام دون الاستقلال والعودة وتقرير المصير.

كلمة الأمين العام
الرفيق أبو علي مصطفى

وحيا أبو علي ذكرى شهداء الجبهة في تموز غسان كنفاني ويوسف أبو غرب وحمد عارضمه وجواد رحال ومصطفى جوابره وعلى سوالة وشهداء شعبنا مؤكداً أن مسيرة النضال ستتواصل حتى تجسيد أهدافهم وطموحاتهم وحيا الرفيق الحكيم مستعرضاً دوره النضالي في المسيرة الوطنية وقال نحيي اليوم ذكرى شهداء فلسطين والجبهة وبمناسبة ذكرى استشهاد القائد غسان الذي أوفى وعده وكلمته وكتب بدمه فلسطين فالعدو عندما استهدف غسان كان يعرف أن الكلمة الصادقة كالرصاصة التي تحمل هدفاً ونحن سنبقى بذات الاتجاه بالكلمة الصادقة والإرادة والوعي التنظيمي والرؤيا الصحيحة لشعبنا وإن وفاءنا لشهدائنا يكون بمدى استعدادنا السابق لأن نبقى

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨

بذات الاتجاه وعلى ذات البوصلة صادقين متماسكين متمسكين بالعهد والقسم. وقال الرفيق أبو علي تعارفنا على الرفيق الحكيم في عيادته عندما كان طبيباً يعالج المرضى مجاناً ويجوب المخيمات ويحسس النخبة بالعيون والمشاعر وتزاملنا سوياً وبقينا في ذات المسار رغم الانتكاسات والانعطافات وفي الانتصارات لأننا كنا نعرف ولازلنا، ماذا نريد وهو أن ينال شعبنا حقوقه الوطنية الكاملة لا تنازل عن حقه التاريخي في فلسطين وأضاف وندرك منذ لحظة امتشاق البنادق سوياً ومعاً ومع كل المناضلين من قوى الثورة أننا كنا مشاريع شهداء أي باحثين عن مناصب ولم يكن يعرف أحد أنه يعيش لليوم الثاني هذا فريقنا ها صممنا باستمرار أن نمضي فيه لأننا ندرك أن الصراع مع العدو تناحري تاريخي لايمكن لأحد أن يلتف عليه بعثرات الاتفاقات وإن كان زمننا أوجب اعتبارات جديدة فإنه لايعني أن شعبنا سيسلم بأهدافه الاستراتيجية فنحن أصحاب حق وطلاب عدل وشهادة حتى نحصل على الحق.

ودعا الرفيق أبو علي لاستخلاص العبر والدروس من التجربة الطويلة وقال علينا الاعتراف أنه لايكفي القول أننا أصحاب حق بل علينا العمل بطريقة أخرى متجددة لنستحق الحق ونأخذه لأنه لايعني وراهن من يعتقد أن باراك ونتنياهو وشارون سيمنون علينا بالحق في يوم ما فالحرية والاستقلال والوطن يؤخذ ولسنا علينا أن ننطبق بنضالنا من ذلك لنسير بالاتجاه الصحيح.

وأكد أن أمريكا تطالب السلطة بالتنازل عن تنفيذ قرار ٢٤٢ كاملاً وأن المطلوب التنازل عما هو متنازل عليه أصلاً والهبوط بالسقف أكثر وأكثر وهذا الطعم ناجم عن الهبوط في السقف منذ بداية الحركة السياسية وما طلب كلينتون من الوفد الفلسطيني بإبداء المرونة إلا عبارة عن تنازل لذلك تطالب الفلسطينيين بإعادة النظر في السياسة المتبعة على الساحة الفلسطينية وليس تغيير الوفود أو تكبيرها أو

الانتقال لجغرافية فلسطينا بات تحتاج لإجراء مراجعة شاملة لإعادة رسم سياسة استراتيجية تعلن عن موقف وطني يؤكد أننا أصحاب حق وتقول للعدو إذا كانت لك خطوط حمراء فعندنا خطوط حمراء أكبر ونصارع بها فنحن أصحاب حق في كل الأرض وليس مقبولاً لأحد أن يفرط بها. ودعا للتركيز على البدء ببناء الذات الفلسطينية لأننا نملك عناصر قوة كبيرة هو شعبنا الذي يحتاج لقيادة سليمة ترسم سياسة صحيحة ترسي جسور الثقة مع الناس وأضاف هل يمكن لأحد أن يقود شعبنا للثورة وهل يمكن إن يبحث عن الاعتقال السياسي من يقود شعباً للثورة لنبدأ من تصحيح وضع شعبنا عندها سيحسب الأعداء حسابنا وإذا امتلكنا عناصر القوة الذاتية فإنه لإسلام ولا استقرار في المنطقة إذا لم يتل شعبنا حقوقه الوطنية وفي مقدمتها حق العودة الذي هو أهم من الدولة لأن حق العودة لأكثر من ٤ ملايين لاجئ سيكون له دور مؤثر في مستقبل إدارة الصراع مع العدو. وأكد استعداد الجبهة للعمل مع كل القوى المتسقة بالثوابت لتحقيق أهداف شعبنا، وأكد أن الجبهة ترفض قمة كامب ديفيد وما ستتمخض عنها وتحذر من نتائجها لأنه إذا بقيت الأمور على ذات المنوال من مسألة المفاوضات والمرجعية الأمريكية والخضوع للابتزاز الإسرائيلي الأمريكي فإننا نسير نحو العبث بالحقوق الوطنية.

المؤتمر السادس

وقال الرفيق أبو علي إن إنجاز أعمال مؤتمر الجبهة السادس وما ترتب عليه لن يكون له قيمة إذا لم يكتسب دوره في الحياة لذلك فإننا نصر على التمسك بالعهد وأن نواصل المسيرة بإخلاص مع ذاتنا وقضيتنا في كل المسارات والأهداف لتكون في الموقع الحقيقي. ونذكر أن أهم دروس المؤتمر هذا عملية النقد الشجاعة للذات لأن أداءنا لم يكن بمستوى خطابنا السياسي حيث استخلصنا العبر المناسبة من ذلك ●●

SHATSKY-002918

■ شؤون فلسطينية

بيان سياسي
صادر عن الجبهة الشعبية لتحرير فلسطين



الرفيق أبو علي مصطفى يهنئ الرئيس العراقي صدام حسين
بمناسبة ثورة تموز





أبرق الرفيق أبو علي
مصطفى الأمين العام للجبهة
الشعبية لتحرير فلسطين للرئيس
العراقي صدام حسين بمناسبة
الذكرى ٣٢ لثورة ١٧ تموز وفيما
يلي نص هذه البرقية:

سيادة الرئيس/ صدام
حسين المحترم
رئيس الجمهورية العراقية
تحية العروبة وفلسطين،
باسم قيادة وكوادر
وأعضاء الجبهة الشعبية
لتحرير فلسطين، وباسم
الشعب العربي الفلسطيني،
وباسمي شخصياً أبعث لكم
بأحر التهاني وأطيب التبريكات
بمناسبة الذكرى الثانية
والثلاثين لثورة تموز المجيدة.

سيادة الرئيس،
إن الجبهة الشعبية
لتحرير فلسطين وهي تؤكد
وقوفها إلى جانب العراق
الشقيق في تصديه للعدوان
الإمبريالي الصهيوني، كما أن
كل شعبنا الفلسطيني في
الوطن وشتاتنا يدعمكم
ويؤيدكم في مواجهتكم
البطولية للعدوان الغاشم
وللحصار الظالم.
والجبهة الشعبية تضم
صوتها وجهودها إلى جانب
أصوات كل الأحرار في الأمة،
المطالبين برفع الحصار عن
العراق الشقيق فوراً وبدون

قيد أو شرط. وتطالب الدول
العربية أولاً باتخاذ الخطوات
العملية لرفع الحصار، وتعمل
جاهدة مع قوى الخير والحرية
والديمقراطية في أمتنا العربية
على رفع الحصار عبر مبادرات
شعبية مكثفة ومستمرة.

سيادة الرئيس،
إن الجبهة الشعبية
لتحرير فلسطين ستقاوم بكل
الأساليب والوسائل مؤامرات
تصفية القضية الفلسطينية،
وترفض كل الحلول التي
تنتقص من حق شعبنا
الفلسطيني في استعادة كامل
حقوقه، كما إنها ستقف ضد كل
التسويات المذلة التي تسعى
الإمبريالية والصهيونية
لفرضها على شعبنا وأمتنا،
وستقاومها مستندة إلى دعم
وإسناد الأمة العربية وقواها
الحية، والقوى الحية
المساندة والداعمة لحقوق
الشعب الفلسطيني والمناهضة
للظلم والاضطهاد.
مرة أخرى تفضلوا بقبول
أصدق التهاني القلبية، وفقكم
الله وسدد خطاكم.
أبو علي مصطفى
الأمين العام للجنة المركزية
للجبهة الشعبية لتحرير
فلسطين
تموز ٢٠٠٠

يا جماهير شعبنا المكافح
كما كان متوقعاً وكما أكدنا في الجبهة الشعبية لتحرير فلسطين مراراً
وتكراراً فقد وصلت المفاوضات العبثية لطريق مسدود، فالسياسة
الإسرائيلية جلية وواضحة، لن يتجاوز سقفها بدولة كانتونات
محرومة السيادة والحدود، مقابل إقرار فلسطيني رسمي بإنهاء الصراع،
وإرجاء لب القضية الفلسطينية المتمثل في حق العودة والقدس
والمستوطنات والحدود لأجل غير مسمى، وفيما كان المطلوب، مرحلة
انتقالية وإعلان بسط سيادة دولة فلسطين على الأرض الفلسطينية،
لجباية خيار إنهاء المرحلة
كحل كفاحي، يخرج شعبنا من تقمم الإملاءات والتهديدات
الإسرائيلية المسنودة بالضغط الأمريكي، جاءت الموافقة الفلسطينية
على حضور كامب ديفيد، تبدياً لعامل الزمن، وترك الباب مفتوحاً
أمام خيار المفاوضات التي قال الواقع كلمته فيها، وعجزها عن تحقيق
حقوق شعبنا في القدمة منها: حق العودة وتقرير المصير وبناء الدولة
المستقلة ذات السيادة وعاصمتها القدس.

يا جماهير شعبنا المناضل
إننا في الجبهة الشعبية لتحرير فلسطين، وفي الوقت الذي رفضنا
فيه الانضمام للوفد الفلسطيني، انطلاقاً من موقفنا الثابت من اتفاقات
أوسلو والمفاوضات الجارية على أساسها، عوضاً عن تقديرنا بعدم جدوى
هكذا قمة، فإننا نؤكد على ما يلي:

أولاً: إن قمة كامب ديفيد جاءت استجابة للضغط الأمريكي المساند
للتهديدات والسياسة الإسرائيلية المعادية لحقوق شعبنا في العودة
وتقرير المصير وبناء الدولة المستقلة وعاصمتها القدس، ولعل الخبرة مع
السياسة الأمريكية المعادية لحقوق شعبنا والمنحازة بالكامل للسياسة
الإسرائيلية تغنّي ما ذهبنا إليه.

ثانياً: إن قمة كامب ديفيد تهدف أولاً ما أهدف لإبقاء الباب مفتوحاً
أمام خيار تمديد المفاوضات التي لم تعد أكثر من غطاء للسياسة
العدوانية الإسرائيلية تجاه جماهير شعبنا، وهذا بدوره يضع العصي
في دولاب سعي شعبنا لشن خيار الكفاحي، أي خيار الشعب بالدفاع
عن حقوقه بعد عجز خيار المفاوضات عن تحقيق الحد الأدنى منها، لا بل
وأن الاستمرار في هذا الخيار من شأنه إلحاق الضرر بثوابت شعبنا
وطموحاته الوطنية.

ثالثاً: إن هناك خطراً جدياً، يتمثل في احتمال أن تعيد قمة كامب
ديفيد، وما يمكن أن يتلوها من قمم ومفاوضات، الحياة لروح خيار
أوسلو، أي التوقيع على اتفاق الحقائق على الأرض ويزيد من ضعف
الزمن لاستخدام في تكريس الحقائق على الأرض ويزيد من ضعف
للوقف الفلسطيني أكثر فأكثر، بعزله عن جماهير الشعب في الوطن
والشتات، عدا عن ما يمكن أن يحدث عن ذلك من تعميق الانقسامات
السياسية الفلسطينية.

رابعاً: نخشى ونحذر من أن تكون المشاركة الرسمية الفلسطينية في
مفاوضات كامب ديفيد محاولة للالتفاف على قرارات المجلس المركزي التي
أكدت في جوهرها على ثوابت شعبنا الوطنية وبشكل خاص قرار إعلان
تجسيد قيام الدولة وإنهاء مرحلة الحكم الإداري الذاتي في أيلول.
وتطالب جماهير شعبنا بممارسة دورها الضاغط لوضع قرارات المجلس
المركزي في دورته الأخيرة موضع الاحترام والتنفيذ.

الجبهة الشعبية
لتحرير فلسطين
٢٠٠٠/٧/١٢م

٢٧-٢٧

SHATSKY-002919

■ شؤون فلسطينية ■

مجموعة عائدون في سورية

# بيان تأسيسي

وتعاون مع كل الهيئات الفلسطينية والعربية والعالمية الناشطة في هذا المجال.

ـ كسب الرأي العام العالمي إلى جانب حق اللاجئين الفلسطينيين في العودة.

تعتمد المجموعة في نشاطها على المبادئ والمواثيق والمعاهدات الدولية لحقوق الإنسان، خاصة ما يتعلق منها بحقوق اللاجئين الفلسطينيين، مركزة في نشاطها على ثلاثة مستويات:

الأول: أوساط اللاجئين الفلسطينيين في سورية، بهدف إطلاق مبادراتهم لإسماع صوتهم المعبر عن تمسكهم بحقهم في العودة وتقرير المصير على أرضهم.

الثاني: الشتات الفلسطيني في المنطقة العربية والعالم، بهدف التواصل وتبادل المعلومات والخبرة في إطار السعي لتفعيل هذا الحق.

الثالث: الرأي العام العالمي ومنظمات حقوق الإنسان والهيئات الدولية، لنيل مساندتهم في الضغط لتمكين اللاجئين من العودة إلى ديارهم.

كلنا أمل في فهم وسماندة كل أنصار حق اللاجئين الفلسطينيين بالعودة.

ماجد قانوص (صفد)
محمد عيسى فارس (زنغرية ـ صفد)
محمد معتوق (الشمالنة)
جورج كتن (القدس)
رجا ديب (الزنغرية)
نمر نصار (الجلما)
دياب خلف ديب (سرجونيا ـ طبريا)
حسن عودة (فرعم)
أحمد صالح عموري (لوبية)

دمشق 2000/7/22

العودة وربطها بحق تقرير المصير، وتشكل للوصول إلى هذا الهدف جمعيات مدنية منتشرة في كل أماكن اللجوء الفلسطيني..

وفي سورية حيث يتمتع اللاجئون الفلسطينيون بكافة الحقوق المدنية التي يتمتع بها المواطن السوري، ويتدرجون اجتماعياً واقتصادياً في المجتمع السوري المضيف، إلا أنهم لايزالون محتفظين بهويتهم الوطنية، ولاتزال العودة إلى وطنهم وحق جماعي، تشكل همم الأساسي، وعبروا عن ذلك بمشاركتهم في حركة التحرر العربية والفلسطينية، المقاومة للمشروع الصهيوني، ومطالبتهم باستمرار الأوندرا في تقديم خدماتها رمزاً لاستمرار اعتراف المجتمع الدولي بمشكلتهم.

أمام المخاطر الراهنة التي تهدد الحقوق الوطنية للشعب الفلسطيني، وحتى لايبقى اللاجئون الفلسطينيون في سورية خارج النشاط العام للشتات الفلسطيني الهادف إلى إعادة التأكيد على تمسكهم بحقوقهم المشروعة في العودة إلى ديارهم وتقرير مصيرهم على أرضهم، ويدافع من المسؤولية الملقاة على عاتق كل فلسطيني، فقد تداعى مجموعة من اللاجئين الفلسطينيين المستقلين المقيمين في سورية لتأسيس:

«مجموعة عائدون»

هيئة أهلية مستقلة غير معنية بالشأن السياسي، إلا يقدر ما يتعلق بحق العودة، وهي مفتوحة أمام المناصرين لهذا الحق.

أهدافها:

ـ بلورة حالة شعبية فلسطينية ضاغطة لتطبيق حق العودة، وممانعة لأي تنازل عنه في أي حل أو تسوية.

ـ إقامة علاقات تنسيق

بعد أكثر من خمسين عاماً على النكبة، لايزال الشعب الفلسطيني محروماً من حقوقه الطبيعية والإنسانية، وفي مقدمتها حقه في العودة إلى دياره، وتقرير مصيره على أرضه، رغم صدور العديد من القرارات الدولية، أبرزها قرار الجمعية العامة للأمم المتحدة رقم 194 تاريخ 12/11/ 1948 الذي صدر إثر عمليات الطرد الجماعي، والتهجير القسري للفلسطينيين التي قامت بها القوات الإسرائيلية، بعد أن دمرت قراه ومدنه، وارتكبت المجازر بحقه، وأعملت تدميراً وسلباً بممتلكاته، مما اضطر وسيط الأمم المتحدة «الكونت برنادوت» أن يرفع توصياته إلى الجمعية العامة للأمم المتحدة بتاريخ 1948/9/16 بصدد حل قضية فلسطين، والتي كان من أبرزها: (وجوب السماح للاجئين الفلسطينيين بالعودة إلى ديارهم والتعويض عن خسارئهم وعن الأضرار التي لحقت بممتلكاتهم).

وفي 11 كانون الأول 1948 انعقدت الجمعية العامة للأمم المتحدة لتنظر في هذه النصوصيات، وأصدرت القرار 194 حيث نصت الفقرة 11 منه على: (وجوب السماح بأقرب وقت ممكن للاجئين الفلسطينيين الراغبين بالعودة إلى ديارهم بأن يعودوا إليها).

وتأكيداً لوجوب تنفيذ هذا القرار فإن الجمعية العامة للأمم المتحدة وافقت في 1949/5/11 على قبول عضوية إسرائيل في الأمم المتحدة بشكل مشروط، وذلك على أساس أن إسرائيل ستنفذ قرارات الجمعية العامة، حيث جاء في مقدمة قرارها بند احترازي: (إن الجمعية العامة إذ تستذكر قرارها المؤرخ في 29

1947/11/11 الخاص بالتقسيم، وقرارها المؤرخ في 12/11/ 1948 الخاص بإعادة اللاجئين الفلسطينيين والتعويض عليهم، وتلاحظ التصريحات والبيانات التي أدلى بها مندوب حكومة إسرائيل أمام اللجنة السياسية الخاصة فيما يتعلق بتنفيذ القرارين المذكورين، تقرر دخول إسرائيل في عضوية الأمم المتحدة).

ومنذ صدور القرار 194 وحتى الآن تعيد الأمم المتحدة تأكيدها سنوياً عليه، غير أن إسرائيل لاتزال ترفض الامتثال لهذا القرار وتنفيذه، كما أنها لم تنتكر لقرارات الأمم المتحدة الخاصة بحق العودة فقط، بل أنها ضربت بعرض الحائط «إعلان حقوق الإنسان» الذي وقت عليه، والذي جاء في نص المادة 13/ منه: (من حق كل إنسان مغادرة أي بلد، بما في ذلك بلده، وأن يعود إلى بلاده) وجاء في المادة 17/ أيضاً: (لايحق أن يحرم إنسان تعسفاً من ممتلكاته).

إلا أن المجتمع الدولي لايزال يتعامل مع مشكلة اللاجئين الفلسطينيين في بعدها الإنساني فقط، ويتجاهل الأبعاد السياسية والأخلاقية والقانونية، واقتصر دوره أحياناً إلى تقديم بعض المعونات عبر الأوندرا، وتغافلاً عن تنفيذ قراراته المتعلقة بحقهم في العودة، يضاف إلى ذلك الرفض الإسرائيلي لعودة اللاجئين، واختلال ميزان القوى لصالح إسرائيل، كل هذا كان يعرض حق العودة لخطر الضياع.

وكرد على هذا الوضع المأساوي، يشهد الشتات الفلسطيني هذه الأيام نشاطاً واسعاً للمحافظة على حق

«الهدف» 31 تموز 2000 ـ العدد 1308

28-78

SHATSKY-002920

■ شؤون فلسطينية ■

## أبو علي مصطفى الأمين العام للجبهة الشعبية لـ صحيفة «القدس»:

# أميركا منحازة لإسرائيل ويجب إعادة ملف القضية الفلسطينية للأمم المتحدة

## بعض الأنظمة العربية تتبنى التوطين والفلسطينيون بعيدون عن هذه التهمة

أجرت صحيفة «القدس» حديثاً موسعاً مع الرفيق أبو علي مصطفى الأمين العام للجبهة الشعبية لتحرير فلسطين ونشرته في عددها الصادر بتاريخ ٢٠٠٠/٧/١٣ ونظراً لأهمية ما ورد في هذه المقابلة، تعيد «الهدف» نشرها كاملة:

قال الأمين العام للجبهة الشعبية لتحرير فلسطين أبو علي مصطفى أنه لايوجد زعيم فلسطيني يمكن أن يسجل على نفسه قبول التنازل عن القدس وعن حق العودة مؤكداً أن هذه المواضيع مصيرية بالنسبة للفلسطينيين والعرب ولايمكن للشعب الفلسطيني أن يتسامح مع من يمس هذه الحرمات داعياً لتطبيق قرارات المجلس المركزي الفلسطيني التي تأكد على عدم التنازل عن القدس عاصمة لفلسطين وعدم التنازل عن حق العودة لجميع اللاجئين وفق قرارات الشرعية الدولية ولاسيما القرار ١٩٤.

وفي حديث لـ «القدس» قال أبو علي مصطفى الذي انتخب مؤخراً أميناً عاماً للجبهة الشعبية لتحرير فلسطين خلفاً للدكتور جورج حبش إن ما يحصل حالياً في كامب ديفيد يؤكد أن الإدارة الأمريكية ليست هي المرجعية المؤهلة لتطبيق قرارات الشرعية الدولية حيث تتبنى موقفاً مسانداً لإسرائيل داعياً إلى إعادة ملف القضية الفلسطينية برمتها للأمم المتحدة ومؤسساتها المعنية وتحميلها مسؤولية تطبيق قراراتها.

ورفض أبو علي مصطفى الاتهامات التي توجه للفلسطينيين بقبولهم مبدأ التوطين متهماً بعض الأنظمة العربية بقبول مبدأ التوطين ومؤكداً أن الفلسطينيين لن يتنازلوا عن حق العودة وفيما يلي نص المقابلة:

## الانحياز الأمريكي

● كيف تقيمون في الجبهة الشعبية مفاوضات كامب ديفيد وهل تعتقدون بإمكانية نجاح هذه المفاوضات؟

✕✕ أعتقد أن ما يحصل في كامب ديفيد أثبت للجميع وخاصة للفلسطينيين أن

---

يسجل على نفسه قبول التنازل عن القدس عاصمة للدولة الفلسطينية المستقلة وعن حق العودة لأن هذه القضايا مصيرية بالنسبة للشعب الفلسطيني والأمة العربية ولايمكن للشعب الفلسطيني أن يتسامح أو أن يتسامح مع أي كان يمكن أن يمس هذه المحرمات كما أن الرئيس عرفات مدرك لهذه الحقيقة تماماً وقال أن في هذه المفاوضات أنه لم يخلق بعد الزعيم العربي الذي يمكن أن يوقع على ما يمس السيادة العربية على القدس فعرفات ليس حر التصرف في كامب ديفيد ونحن نأمل وكما هي قرارات المجلس المركزي الفلسطيني أن يستمر التمسك بالثوابت الوطنية وأهمها القدس عاصمة لفلسطين وحق العودة لجميع اللاجئين وعدم الاستجابة بأي شكل من الأشكال للضغوط الأمريكية.

● هدد الكونغرس الأمريكي بوقف المساعدات المالية للسلطة الفلسطينية في حال إعلان قيام الدولة الفلسطينية المستقلة كيف تنظرون للموقف الأمريكي من الدولة الفلسطينية؟

✕✕ هذه التهديدات شكل من أشكال الابتزاز الأمريكي للموقف الفلسطيني ولايجوز أن توضع في قضية مصيرية بالنسبة للفلسطينيين بمعيار حجم المساعدات ونحن نرى أنه مهما كانت الظروف والاعتبارات المالية فإنها لاتساوي مع القضايا المصيرية، والموقف الفلسطيني يجب أن يرفض كل محاولات الابتزاز والضغط سواء المالية أو السياسية، هناك ثوابت لانتازل عنها وعلى الأمريكيين أن يدركوا ذلك جيداً.

## التوطين

● مع بدء مفاوضات كامب ديفيد كثر الحديث عن موضوع التوطين لاسيما في الدول العربية التي يقيم فيها اللاجئون الفلسطينيون حيث أعلنت بعض الدول العربية رفضها للتوطين كما طالبت بعض الدول بالحصول على تعويضات مقابل استضافتها للاجئين على أراضيها. هل تعتقد أن هناك خشية حقيقية من موضوع

---

الإدارة الأمريكية ليست هي المرجعية لتطبيق قرارات الشرعية الدولية فمن الواضح أنها تمارس سياسة الضغط والابتزاز على مختلف الأطراف العربية لصالح إسرائيل وهذا ما يدفعنا للقول أنه وعلى ضوء ما وصلت إليه الأمور في المفاوضات سواء من كامب ديفيد أو خارجها يجب إجراء مراجعة سياسية كاملة بما يعيد الأمور إلى نصابها وطنياً وإقليمياً ودولياً وعدم الارتكاز للمرجعية الأمريكية وإعادة ملف القضية الفلسطينية برمتها للأمم المتحدة وتحميلها المسؤولية الكاملة بتطبيق قراراتها.

وعودة إلى مفاوضات كامب ديفيد فمن الواضح أن الأمريكيين كانوا يطمحون من هذه الجولة من المفاوضات إلى فرض تنازلات على الشعب الفلسطيني وخاصة في ما يتعلق بموضوع القدس واللاجئين والأرض والسيادة ومن الواضح أيضاً أن هذه المفاوضات وصلت لغاية الآن إلى طريق مسدود. لكن استمرار التأخير في إنهاء هذه المفاوضات رغم ما وصلت إليه هو بمثابة محاولة أمريكية لوضع مخرج لفشلها ومحاولة لتمديد اتفاقات أوسلو والطلب من الطرف الفلسطيني القفز عن موعد ١٣ أيلول وهو موعد إعلان قيام الدولة الفلسطينية ولذلك ندعو الوفد الفلسطيني لقطع هذه المفاوضات والتوقف عن الاستجابة لمطالب الإدارة الأمريكية والعودة للمؤسسات الفلسطينية.

## مواجهة الضغوط

● باعتقادكم إلى أي مدى يمكن للطرف الفلسطيني أن يصمد في الصمود أمام الضغوط الأمريكية في هذه المفاوضات؟

✕✕ لايوجد هناك فلسطيني يمكن أن

---

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨

SHATSKY-002921

## ■ شؤون فلسطينية ■

**التوطين؟**

✕✕ أعتقد أن موجة الحديث عن التوطين ليست جديدة ولكنها هذه المرة تترافق مع الوتيرة الأمريكية الآخذة بالحديث عن تخصيص مليارات الدولارات للتعويضات والذين يتحدثون عن التوطين سواء بحسن نية أو بسوء نية فإنهم كانما يحملون الشعب الفلسطيني مسؤولية لجوئه.

«نحن متمسكون بحق العودة إلى بلادنا وهذا ما سعينا إليه طوال ٥٢ عاماً من النضال وقد فشلت كل محاولات توطين الفلسطينيين مثل مشروع جونسون ونحن بحاجة لوقف عربي موحد ينسجم مع القرار ١٩٤ ويصر على تطبيقه وأعتقد أنه الطريق الأجدى لمقاومة مشاريع التوطين ولابد من مجابهة السياسات الأمريكية والإسرائيلية بهذا المجال بدعم حق العودة.

هناك بعض الأصوات التي تعالت من الأردن ترفض التوطين والتحذير منه والتعامل مع الفلسطينيين على أساس أنهم يتبنون مشروع التوطين أقول لهذه الأصوات اقرؤوا المادة ٨ البند الثاني من اتفاقية وادي عربة هذا البند يتحدث صراحة عن التوطين فلماذا لا تتصدى هذه الأصوات لما جاء في اتفاقية وادي عربة؟

نحن لسنا طلاب هجرة أو تعويض أو توطين نحن طلاب حق عودة وأبعد ما نكون عن تهمة التوطين.

**مستقبل المنظمة**

● كثر الحديث عن مستقبل منظمة التحرير الفلسطينية بعد إعلان قيام الدولة المستقلة فكيف تنظرون إلى مستقبل المنظمة وأنتم أحد الفصائل الرئيسية التي تتشكل منها المنظمة؟

✕✕ منظمة التحرير الفلسطينية يجب أن تبقى مادام هناك شتات فلسطيني لأن المنظمة أوسع من مساحة الدولة والسلطة، فالنظمة تمثل كافة أبناء الشعب الفلسطيني في الوطن والشتات وسيبقى على علاقتها دور في تمثيل الشعب الفلسطيني أينما وجد فهي الهيئة الوحيدة التي تشكل أداة جامعة لكل الشعب ولاعتقد بوجود تناقض بين الدولة واستمرار وجود منظمة التحرير حتى يحقق الشعب الفلسطيني كافة أهدافه فالدستور الفلسطيني الذي يجري وضعه الآن لا يوجد في بنوده ما يشير إلى منظمة التحرير الفلسطينية وبالنسبة لنا بقاء منظمة التحرير الفلسطينية أمر ملح جداً.

٣٠-٣.

---

## الحوار الفلسطيني

● هل تعتقدون أن الحوار الذي جرى بين حركة «فتح» وبين مختلف الفصائل الفلسطينية قد أدى دوره؟

✕✕ أعتقد أن الحوار الذي أغراضه فنحن بادرنا وحاورنا ووصلنا للمجلس المركزي وأعتقد أن الإجماع الفلسطيني على التمسك بالثوابت هو من ثمار هذا الحوار ولازال في بعض القوى وخاصة الإسلامية التي لها تحفظاتها وهي حرة في نظراتها واختياراتها.

## الموقف السوري

● كيف تنظرون لوضع التنظيمات الفلسطينية المعارضة في دمشق مع بداية عهد جديد في سوريا أعلن تمسكه بالسلام؟

✕✕ أعتقد أن خطاب بشار الأسد هو خطاب واضح يتمسك بنفس موقف والده الراحل بشأن حدود الرابع من حزيران ٦٧ ولانتازل عنها بما فيها الأطراف الشمالية الشرقية لبحيرة طبريا وأعتقد أن سوريا لن تتنازل عن موقفها فيما كانها أن تعيش لسنوات طويلة دون أن تقدم تنازلات. هذا إسرائيل التي شعرت بالراحة بعد انسحابها من جنوب لبنان ستبقى أيضاً لسنوات مستعدة للتفاوض.

ومن الواضح أن الموضوع بين سوريا وإسرائيل سيطول، وفي هذا الوقت ستعمل إسرائيل على التركيز على الجانب الفلسطيني.

الموقف السوري أثبت مبدئية بالتمسك بالثوابت أما بالنسبة لستقبل التنظيمات الفلسطينية الموجودة في سوريا فالقيادة السورية تترك هذا الأمر للتنظيمات الفلسطينية ولاتتدخل في الشؤون الداخلية لهذه التنظيمات ومن المحتمل أن تلجأ الإدارة الأمريكية لأسلوب الابتزاز بأن تطلب من سوريا إخراج التنظيمات الفلسطينية من أراضيها ولكن القيادة السورية لاتخضع لأسلوب الابتزاز الأمريكي كما أنها لاتستخدم مبدأ المقايضة.

وأعتقد أن الحديث عن ضغوط ستمارسها سوريا على الفصائل الفلسطينية المتواجدة على أراضيها إنما يأتي بهدف خلق نوع من البلبلة والفزع.

## ترتيب أوضاع البيت الفلسطيني

● ما هو بديل فشل مفاوضات كامب ديفيد من وجهة نظركم؟

---

✕✕ الأمر بالنسبة للقدس واللاجئين والسيادة واحد وسيحسم على الأرض وليس بالمفاوضات والآن ينبغي إعداد البيت الفلسطيني لاستحقاقات المرحلة المقبلة لأننا حتماً سنجد أنفسنا في حالة صدام مع إسرائيل لخلق وقائع جديدة على الأرض فالأمور لاتبدو أنها تتجه نحو حل وإنما نحو مجابهة وصراع عنيف سيقرر إلى حد كبير حاضر ومستقبل القضية والمنطقة.

لسنا معنيين بالمعادلات الجارية حالياً والتي نرى أن المفاوضات في الطريق لحصول الشعب الفلسطيني على حقوقه، وكما ذكرت سابقاً لاتوجد قيادة فلسطينية تقبل التوقيع على أي تنازل يمس حقوق الشعب الفلسطيني الثابتة ولو وجدت فالشعب الفلسطيني سيتعامل معها وأعتقد أن الأمور ستكون أعنف من انطلاقها.

**مقايضة؟**

● هل تعتقد بإمكانية تقديم تنازلات في مواضيع حق العودة والسيادة مقابل الحصول على الحقوق العربية في القدس أو مقابل إعلان قيام الدولة؟

✕✕ كما ذكرت سابقاً قضايا القدس واللاجئين والسيادة ثوابت وطنية لايمكن لأي كان أن يمسها أو يتنازل عنها أو عن بعضها.

موضوع العودة للاجئين هم بالنسبة للفلسطينيين كأهمية موضوع القدس ولا يمكن التقليل من أهمية موضوع من هذه المواضيع على حساب موضوع آخر.

ففيما يتعلق بموضوع اللاجئين فإن الموقف الفلسطيني يقوم على ضرورة تطبيق القرار ١٩٤ الذي يؤكد على حق اللاجئين بالعودة إلى بلادهم والتعويض عن ممتلكاتهم أما فيما يتعلق بموضوع القدس فهي أرض محتلة على إسرائيل أن تنسحب منها تطبيقاً لقرارات الشرعية الدولية ومنها القرار ٢٤٢ و٣٣٨ وأود القول هنا أننا نرفض وبقوة المقايضة في قيام الدولة فهذه قضايا مصيرية. وإذا ما تحول موضوع الدولة إلى قضية مقايضة ستحدث كارثة كبرى وحقيقية فلا يجوز بأي حال من الأحوال مقايضة هدف بهدف. هدفنا إقامة الدولة المستقلة وعاصمتها القدس وضمان حق اللاجئين بالعودة وهذه أمور غير قابلة للمقايضة ومبدأ المقايضة مرفوض بالنسبة للشعب الفلسطيني وقرارات المجلس المركزي

«الهدف» ٣١ تموز ٢٠٠٠ - العدد ١٣٠٨

SHATSKY-002922

■ شؤون فلسطينية



اضحة بهذا الخصوص.

## تجربة الجنوب اللبناني

بعد انسحاب إسرائيل من جنوب لبنان تعالت أصوات التي تدعو الفلسطينيين للاستفادة ن تجربة المقاومة اللبنانية لدحر إسرائيل كيف تظرون لمبدأ المقاومة بين الوضع اللبناني الوضع الفلسطيني في هذا المجال؟

✗ مع الفارق بين وضع لبنان ووضع سطين التمايز ليس بالمبدأ بل بالخصوصية المبدأ واحد وهو المقاومة ولكن بالنظر إلى خصوصية الفلسطينية والوضع في لبنان إنه يجب أن يستخلص درس مما حصل في نوب لبنان.

المقاومة حق مشروع مادمنا نعيش تحت اقع الاحتلال وأعتقد أنه يجب أن يتم اعداد شعب الفلسطيني إعداداً كاملاً وعلى كل ستويات بما يجعله في موقع الاستعداد مجابية والمواجهة.

هناك بعض الأصوات أيضاً التي دعت ليادة الفلسطينية للاقتداء بالمقاومة اللبنانية لأ من الاستمرار في المفاوضات بل أن بعض أصوات أخذت تقلل من أهمية الكفاح المسلح فلسطيني كيف تعلقون على ذلك؟

## نحن السباقون

✗ بالنسبة للبنان ما حدث هو اندحار سرائيل وانسحابه فرضته المقاومة لبنانية ببطولة وبسالة وهذا أمر لايمكن حد أن ينكره وأن يتجاوزه في المقابل

لهدف، ٣١ تموز ٢٠٠٠ ـ العدد ١٣٠٨

---

لايجوز لكائن من كان أن ينتقص من الحركة الوطنية الفلسطينية وتاريخها الكفاحي حتى وإن اختلفت الظروف ونحن لم نسلم بأن كفاحنا الوطني قد انتهى ونرفع الصوت عالياً لنقول أن لبنان احتذى بالمقاومة الفلسطينية وحقق لبنان على هذا الصعيد انجازات يجب أن تعتبر القيادة الفلسطينية منها وانتصار المقاومة اللبنانية أمر مفيد للنضال الفلسطيني وبالتالي يجب أن لانفقد هذا الحق، فالفلسطينيون مدرسة في الكفاح المسلح ولاينتظرون من أحد أن يعلمهم دروساً في النضال فنحن السباقون ولنا تراثنا النضالي الكبير الذي يجب إعادة الاعتبار له.

## مؤتمر الجبهة

● انتهينا قبل أيام من أعمال المؤتمر العام السادس للجبهة الشعبية والذي عقد على ثلاث مراحل وجرى خلاله انتخابكم أميناً عاماً للجبهة الشعبية خلفاً للدكتور جورج حبش كيف تقيمون أعمال المؤتمر؟

✗✗ لقد جاء انعقاد المؤتمر الوطني السادس للجبهة الشعبية في ظل ظروف سياسية بالغة الدقة والخطورة والتعقيد حيث تتواصل الجهود الإسرائيلية والأمريكية لتصفية القضية الفلسطينية من خلال ممارسة المزيد من الضغوط على السلطة الفلسطينية لإجبارها على إبرام المزيد من الاتفاقات التي تتجاهل قرارات

---

الشرعية الدولية والحقوق الوطنية الثابتة والمشروعة للشعب الفلسطيني وفي المقدمة منها حقه في تقرير المصير وإقامة دولته ذات السيادة وعاصمتها القدس وحق اللاجئين في العودة إلى وطنهم وديارهم.

لقد أكد المؤتمر على مواقف الجبهة الرافضة لكافة الاتفاقيات التي تنتقص من حقوق الشعب الفلسطيني وخاصة اتفاقية أوسلو واتفاقية وادي عربة كما أكد على أهمية إجراء عملية مراجعة وتقييم لحصيلة عملية التسوية لاستخلاص العبر والدروس وإعادة ملف القضية الفلسطينية إلى الأمم المتحدة وقرارات الشرعية الدولية.

وأكد المؤتمر أن الظروف القائمة والمحيطة فلسطينياً وعربياً وإقليمياً ودولياً غدت غير ملائمة أو مواتية لإقدام منظمة التحرير على تجسيد قيام الدولة الفلسطينية وعاصمتها القدس من دون مفاوضة أو مقابلة الحكومة الإسرائيلية لأن مثل هذا القرار يجب أن يكون قراراً وطنياً فلسطينياً مستقلاً لايقبل التفاوض أو المساومة والاشتراطات من أية جهة كما أن مثل هذا القرار يفتح الباب واسعاً لتجاوز اتفاقات أوسلو وإعادة الاعتبار للقضية الفلسطينية كعملية صراعية والشروع بمتابعة الكفاح الفلسطيني بكل الأشكال المتاحة والممكنة.

كما أكد المؤتمر على الأهمية القصوى للشروع بإعادة بناء مؤسسات منظمة التحرير الفلسطينية على أسس وطنية وديمقراطية وإعادة الاعتبار لميثاق المنظمة وبرنامجها ودورها ●●

٣١-٣٦

SHATSKY-002923

■ شؤون فلسطينية

## بيان المجلس المركزي في دورة انعقاده من ٢-٣ تموز ٢٠٠٠



عقد المجلس المركزي دورة اجتماعاته العادية برئاسة الأخ سليم الزعنون، رئيس المجلس الوطني الفلسطيني في مدينة غزة يومي الثاني والثالث من تموز الجاري، وقد أصدر المجلس المركزي في ختام اجتماعاته بياناً سياسياً أبرز ما جاء فيه:

إن المجلس المركزي الفلسطيني الذي اجتمع في غزة على مدى يومين متتاليين، واستناداً إلى الحق الطبيعي والتاريخي لشعبنا في إقامة دولته، وإلى قرارات الشرعية الدولية ذات الصلة وفي مقدمتها ٢٤٢-٣٣٨-١٨١ وإلى إعلان الاستقلال في عام ١٩٨٨ يعلن للشعب الفلسطيني والأمة العربية وشعوب العالم كافة عزمه على تجسيد إعلان الاستقلال الصادر عن المجلس الوطني في دورة ١٩٨٨ بإقامة الدولة الفلسطينية المستقلة وعاصمتها القدس وتجسيد سيادتها على الأرض الفلسطينية وفي حدود الرابع من حزيران مع انتهاء الفترة الانتقالية المقررة والتي تنتهي في يوم ١٣ أيلول عام ٢٠٠٠.

وفي هذا المجال فقد وضع المجلس المركزي قراره بإعلان الدولة وتجسيد السيادة والإعداد له موضع التطبيق، وباشرت لجان المجلس المركزي عملها في هذا الصدد فقد قرر المجلس المركزي تفعيل اللجان التي سبق أن قررها واستكمال تشكيلها ووضعها في حالة انعقاد دائم لاستكمال خطط البناء السياسي والاقتصادي والاجتماعي والقانوني وإعداد التشريعات اللازمة لذلك، ويكلف المجلس المركزي اللجنة التنفيذية ورئاسة المجلس والسلطة الوطنية بمتابعة أعمال هذه اللجان.

إن المجلس المركزي يؤكد على قراراته السابقة الخاصة بقضايا مفاوضات الوضع النهائي وهي:

أ) التمسك بحق اللاجئين الفلسطينيين في العودة إلى ديارهم وممتلكاتهم تطبيقاً للقرار الدولي ١٩٤ ورفض المحاولات الرامية لتوطين اللاجئين الفلسطينيين وحرمانهم من حق العودة إلى ديارهم.

ب) التمسك المطلق بالانسحاب الإسرائيلي الشامل والكامل من جميع الأراضي الفلسطينية المحتلة بما في ذلك القدس الشريف إلى حدود الرابع من حزيران ٦٧ تطبيقاً للقرار مجلس الأمن الدولي ٢٤٢-٣٣٨ ومبدأ الأرض مقابل السلام طبقاً القرار ٢٥٢-٤٢٥-٤٧٨.

ج) التمسك بإزالة وتفكيك المستوطنات الإسرائيلية كافة من الأرض الفلسطينية المحتلة وتنفيذ الانسحاب الإسرائيلي العسكري والمدني إلى حدود الرابع من حزيران ٦٧.

د) التمسك بكون القدس الشريف أولى القبلتين وثالث الحرمين الشريفين، مسرى النبي محمد صلى الله عليه وسلم، ومهد سيدنا المسيح عليه السلام، والتي احتلت عام ٦٧ هي عاصمة الدولة الفلسطينية المستقلة وأن السلام لن يتحقق إلا بعودتها وتحريرها من الاحتلال الإسرائيلي، ولحماية الأماكن المقدسة المسيحية والإسلامية من خطر التهويد والاستيطان، ويدين المجلس المحاولات الإسرائيلية لإصدار قانون بشأن منع عودة اللاجئين الفلسطينيين والإبقاء على قرار ضم القدس وكلاهما باطل لأنهما يتناقضان مع قرارات الشرعية الدولية ذات الصلة بما فيها القرار ٢٥٢-٤٢٥-٤٧٨.

وإن المجلس المركزي مع اقتراب انتهاء الفترة الانتقالية في الثالث عشر من سبتمبر/ أيلول القادم يكلف اللجنة التنفيذية لمنظمة التحرير الفلسطينية لاتخاذ الترتيبات الملائمة لإعلان

الدولة الفلسطينية المستقلة وتجسيد سيادتها على أرض فلسطين وعاصمتها القدس الشريف خلال هذه الفترة.

إن المجلس المركزي وهو يعلن هذا القرار التاريخي بكل مسؤولية وطنية وتجاه مستقبل الأمن والسلام والاستقرار في الشرق الأوسط يوجه نداء إلى كل الدول والشعوب المحبة للسلام للوقوف مع الشرعية الدولية وقراراتها وحتمية احترامها وتطبيقها والوقوف مع الشعب الفلسطيني وهو يمارس حقه المشروع في تقرير مصيره وإقامة دولته المستقلة على أساس الشرعية الدولية وقراراتها وبما يعزز السلام والأمن والاستقرار، قائدونا الفلسطينية في الضمان الحقيقي للسلام العادل والشامل والآمن والازدهار في الشرق الأوسط.

إن المجلس المركزي يدعو شعبنا الفلسطيني إلى رصّ الصفوف وإلى التلاحم والتكاتف والوحدة، وهنا توقف المجلس المركزي أمام قراراته الخاصة بتفعيل مؤسسات ودوائر منظمة التحرير الفلسطينية في الوطن والشتات.

وقد ثمّن المجلس انتظام عمل اللجنة التنفيذية وعقد هذه الدورة للمجلس المركزي وتكليف اللجنة التنفيذية بتقديم مشروع تشكيل المجلس الوطني الجديد وفقاً لمواد النظام الأساسي وقرار المجلس الوطني بهذا الصدد.

ويحيي المجلس المركزي صمود جماهير شعبنا في النالي والشتات وبخاصة جماهير شعبنا في لبنان وتمسكهم بحق العودة إلى وطنهم وأراضيهم التي شردوا منها عام ٤٨ ورفضها

«الهدف» ٣١ تموز ٢٠٠٠ ـ العدد ٣٨٨

SHATSKY-002924

٣٢-٣٢

■ شؤون فلسطينية



حفل استقبال بمناسبة اختتام أعمال المؤتمر الوطني السادس
وانتخاب الرفيق أبو علي مصطفى أميناً عاماً للجبهة

أجل تحرير جنوب لبنان من الاحتلال الإسرائيلي، ويؤكد المجلس أن تطبيق القرار ٤٢٥ في جنوب لبنان والانسحاب الإسرائيلي الكامل إنما يؤكد على حتمية التزام حكومة إسرائيل بقرارات الشرعية الدولية وخاصة ٢٤٢-٣٣٨ التي تنص على الانسحاب الإسرائيلي من الأرض الفلسطينية والعربية المحتلة، كما يؤكد المجلس على أهمية انعقاد القمة العربية لاستعادة وتعزيز التضامن العربي.

وقد وقف المجلس دقيقة صمت تكريماً لروح الرئيس الراحل حافظ الأسد، كما تمنى المجلس للقيادة الجديدة في سوريا وعلى رأسها الفريق بشار حافظ الأسد كل التوفيق والنجاح، كما تمنى للشعب السوري الشقيق المزيد من التقدم والاستقرار.

كما يحيي المجلس جماهير شعبنا الصامدة والصابرة في مخيمات اللاجئين الفلسطينيين في لبنان، ويؤكد تمسكه الكامل بحق العودة لكل اللاجئين الفلسطينيين تطبيقاً للقرار الدولي ١٩٤.

وقد وقف المجلس المركزي أمام استمرار معاناة العراق الشقيق من خلال استمرار الحصار الظالم على شعبه وهو يحيي شعبه العظيم ويطالب برفع الحصار عنه.

إن المجلس المركزي يقف إجلالاً وإكباراً لشهداء شعبنا وأمتنا الذين ضحوا بأرواحهم في سبيل فلسطين، ويؤكد لأرواحهم الطاهرة أن تضحياتهم لم ولن تذهب هدراً فالدولة الفلسطينية المستقلة وعاصمتها القدس الشريف قاب قوسين أو أدنى.

عاشت فلسطين حرة عربية
عاشت دولة فلسطين المستقلة وعاصمتها القدس الشريف
عاشت أمتنا العربية الخالدة
عاش التضامن العالمي مع شعبنا وكفاحه العادل ●●

عقد المؤتمر كان بالنسبة لنا امتحاناً صعباً وخاصة في ظل الظروف المجافية التي تحيط بنا وفي ظل حالة الأزمة التي نعيش، إلا أن إصرارنا وتوحدنا كان أقوى من كل الصعوبات والعقبات، ونجحنا في الخروج برؤية سياسية تعتمد على قراءة مدققة للواقع السياسي الفلسطيني تستند إلى فهم المتغيرات الكونية العاصفة خلال العقد الأخير...

وأضاف: «إن موضوعية التغيير والتجديد شكلت عاملاً ضاغطاً وملحاً على واقعنا الذي عاش الأزمة ولازال وطرح علينا أهمية التوازن في فهم العوامل الذاتية والموضوعية بدون تطير أو تسرع أو مغالاة، وفهم علاقة التأثير المتبادل بينهما»... ثم أكد الرفيق إيهاب: «أن مؤتمرنا نجح في الاختبار الديمقراطي وما شهدته قاعات المؤتمر من نقاشات ديمقراطية واسعة وشفافية عبرت عن تقدم حالة الوعي في صفوف عضويتنا والارتقاء في تعاطيها الديمقراطي مع العناوين التي طرحت بمسؤولية عالية كان دافعها الأول والأخير الحفاظ على وحدة الجبهة وفق موقعها وتأثير دورها لتحقيق أهداف شعبنا...».

أقامت الجبهة الشعبية لتحرير فلسطين في الساحة السورية حفل استقبال بمناسبة اختتام أعمال المؤتمر الوطني السادس وانتخاب الرفيق أبو علي مصطفى أميناً عاماً للجبهة وذلك يوم الخميس ٢٠٠٠/٧/٢٧ في نادي غسان كنفاني في مخيم اليرموك وقد حضر الحفل ممثلون عن فصائل الثورة الفلسطينية وكوادرها فضلاً عن ممثلي حركات التحرر العربية وغيرهم من الفعاليات السياسية ووجهاء المخيمات الفلسطينية في سوريا وعدد من قيادات وكوادر وأعضاء الجبهة الشعبية. وفي بداية الحفل ألقى الرفيق إيهاب يونس عضو اللجنة المركزية للجبهة كلمة رحب فيها بالحضور ثم تمنى للرفيق أبو علي مصطفى النجاح والتوفيق في مسؤولياته الوطنية حتى تحقيق أهداف شعبنا.. ثم وجه التحية للرفيق جورج حبش على دوره الوطني الكبير في خدمة قضايا شعبنا على امتداد عقود عديدة »وأضاف: سنظل نحفظ له هذا الدور المميز في وجداننا وعقولنا وذاكرتنا« وعن المؤتمر الوطني السادس قال الرفيق إيهاب: «إن نجاحنا في

الانطلاق لكافة مشاريع التوطين والتهجير ويحيي جماهير شعبنا التي عبرت بتضحياتها ودمائها عن أحرى نرى النكبة والتضامن مع أسرانا ومعتقلينا الأبطال بتمسكها الكامل بحق شعبنا في وطنه واستقلاله.

إن المجلس المركزي يؤكد على أن الديمقراطية والمساواة ومبدأ الفصل بين السلطات هما خيار الشعب الفلسطيني لبناء سلطته الوطنية ودولته المستقلة، وانطلاقاً من هذه القاعدة فإن المجلس المركزي يدعو اللجنة التنفيذية والسلطة الوطنية إلى تعزيز الحياة الديمقراطية والتعددية السياسية، واحترام استقلالية القضاء وتطوير الجهاز القضائي، وتكريس مبدأ المساءلة والشفافية والمحاسبة وسيادة القانون، وصون الحريات العامة للمواطنين وإجراء انتخابات المجالس البلدية والقروية بما يعزز المسؤولية الوطنية والحياة الديمقراطية.

إن المجلس المركزي وانطلاقاً من أهمية مشاركة كافة الفصائل والقوى والفعاليات الوطنية لتعزيز الأداء التفاوضي وصولاً إلى إنجاز مهامنا الوطنية في السيادة والاستقلال، يقرر تكليف اللجنة التنفيذية بتعزيز اللجنة الوطنية العليا للإشراف على سير المفاوضات الفلسطينية - الإسرائيلية، وهنا سجل بعض القوى مواقفهم بضرورة إجراء مراجعة شاملة لعملية السلام مع الجانب الإسرائيلي وإعادة بنائها على أسس جديدة.

ويتوجه المجلس المركزي إلى أسرى والمعتقلين ويحيي صمودهم وصمرهم ويؤكد لهم أن ساعة الحرية قد أزفت، فساعة الاستقلال الوطني هي ساعة حرية الأرض والشعب والأبطال في سجون الاحتلال ومعتقلاته، يحيي المجلس المركزي الصمود العظيم والتضحيات الكبيرة التي قدمها الشعب اللبناني الشقيق من

٣٣-٣٣

SHATSKY-002925