# LOWELL DECL. EX. 36

Exhibit 106

SHATSKY-002931-T

**Palestinian Affairs**



Layla Khaled to Al-Hadaf:

**The Intifada is a Correction to the Course of the Palestinian History, and a Proof for the Failure of the Option of Coexistence and Negotiations with the Zionist Enemy**

**The warrior Layla Khaled is a model for a Palestinian woman's struggle and will in the process of the national resistance and struggle. Now, after 31 years have passed since her self-sacrificing operations and since she had hijacked several airplanes, Layla is still fighting along with her people with all available means and in all the arenas. She firmly believes that the armed struggle, the fighting and moreover, the direct engagement, are the only language of dialogue with the Zionist Enemy. Al-Hadaf's correspondent held the following interview with Layla Khaled, a member of the Palestinian National Council, a member of the Central Committee of the PFLP and a woman who has refused to live in Qalqilya – her husband's hometown, for as long as [even] one Israeli soldier contaminates the land of Palestine**.

**Q: Layla Khaled, in your opinion, where is the Intifada going to? Do the events in Palestine serve as an introduction to a dangerous plot, or is it a declaration of a struggle until the national objectives and constants are achieved?**

A: I believe that our people continues the process and the path of struggle and resistance, which it never abandoned and in which it had always put its trust since the process of confrontation with the Zionist project has begun. The message of the Intifada has unequivocally proved that co-existing with the Zionist entity is impossible, unless we do it in accordance with its desire and its plan, which is hostile to our existence, our history, our culture and our future. After Madrid, Oslo and the [other] agreements and dangerous concessions that followed them, it was unequivocally proved that these unfair agreements have not fulfilled even the minimum of our rights and have given the enemy the capability to enlarge and multiply its settlement [activity] and its cycle of aggression.

Al-Hadaf / Palestine – First Year, First Issue, July 2001 (pages 32-33)

**SHATSKY-002931-T (continued)**

Seven years of negations and "peace" were enough for everyone, who trusted the "honest broker", America, to understand that this enemy cannot become a neighbor or a friend and cannot change. The only option for achieving our rights and our constants and to implement our objectives is the option of resistance and struggle.

Our people proved during seven months that its capacities and capabilities were great and enormous and that its readiness to sacrifice would not be stopped by siege, starvation, assassinations and aggression. What is happening in Palestine is a declaration that our people rejects all the solutions and cancels all the agreements. It is also a new start in the path of the resistance which cannot stop and will not stop until the occupation is expelled, until the refugees return and until the independent Palestinian state with Jerusalem as its capital is established.

**Q: From your experience, what should be done on the Palestinian level in order to maintain the continuance of the Intifada and in order to escalate and enhance it until the objectives and constants, which you referred to, are achieved?**

A: The elements required for continuing the Intifada are first of all Palestinian elements. I believe that enhancing the national unity, organizing our inner house and defining clear political objectives for the Palestinian Intifada are the correct way for fulfilling our people's legitimate and just objectives and for foiling the dangerous plots which strive to curb the Intifada. The Al-Aqsa Intifada erupted in order to correct the course of the Palestinian history, which is known as a history of struggle against the Zionist project, which is hostile to the Palestinian presence and to our people's national aspirations.

The Intifada also came to prove that it was a failure to trust the peace process, which for seven years, since the beginning of the negotiations in Madrid, has not fulfilled even the minimum of the Palestinian rights. We lived with the humiliating and unfair agreements and did not gain anything from them except massacres, crimes, Judaization and plots. Then came the second Intifada and corrected the route that our people took, by becoming a main focus. The Intifada brought a clear message that coexistence with the occupation was impossible and it came to say one more time: "let's expel the occupation" and let's don't give it another chance. All the assumptions have collapsed, all the solutions have been tried but all of them did not serve anyone except the occupation and its deadly project.

The Al-Aqsa Intifada can continue and achieve its objectives, despite all the means that the Hebrew state used to curb it, if the political factor exists, if the political objective is clearly defined and if the Intifada is treated objectively. In addition, all forms of negotiations with the Hebrew state should be rejected.

Al-Hadaf / Palestine – First Year, First Issue, July 2001 (pages 32-33)

**SHATSKY-002932-T**



Holding negotiations will confuse the Palestinian street and the Arab street, because when we demand from the Arab world to sever its relations with the Hebrew state and to form anti-normalization committees, we should also quit the peace process with the Hebrew state. We must halt the negotiations with this state because it plots to oppress, siege and destroy our people.

We must be careful not to treat the Intifada in two [contradicting] approaches, where the first is a struggle on the ground which can confront terrorism and oppression and can fight using all means; while the second still trusts the negotiations with the enemy.

We should declare a clear position and should be very careful not to use the Intifada as a negotiating card, because such tendency will put the Intifada in great danger. What is required is to deepen the national unity, as well as to escalate, develop and enhance the Intifada and to innovate many ways of popular and field struggle, until the Intifada is able to impose our people's conditions on the Hebrew state, especially the withdrawal from the occupied lands.

**Q: The Intifada highlighted a national unity, which included all forces and activists and put the opposition and the [Palestinian] Authority in the trench of the resistance and the Intifada. What should be done in order to enhance and strengthen the unity and to make it better preserve the Intifada and the resistance process?**

A: The greatest achievement of the Intifada is that it has brought together all the capacities, the forces and the factions in the same trench which was crystallized as a result of the unity of all the national and Islamic forces. This is a basic condition for achieving the victory in this battle.

The weapon of unity is one of the most important weapons of the confrontation, the struggle and the steadfastness. This weapon defines the correct vision. It prevents disasters and retrogressions and thanks to it what has happened in the first Intifada will not happen again. What is requested from the national and Islamic forces is to enhance the national coordination and the national cohesion up to a point where we will be able to set a working plan that will enable the leadership of our people's masses in the field to protect the rights, the blood and the sacrifices of the *Shuhahda* [martyrs] and to deepen the day-to-day confrontation against the enemy.

After this entire struggle and after all the sacrifices and the bloodshed, it is unthinkable that the confrontation against the enemy, which attacks us with all means available, will turn into a confrontation on the [negotiating] table.

Al-Hadaf / Palestine – First Year, First Issue, July 2001 (pages 32-33)

**SHATSKY-002932-T (continued)**

The negotiating option was dropped and the importance of the confrontation, the armed struggle and the popular Intifada has been clearly proved. For that, what we need from the [Palestinian] National Authority is to terminate the negotiations, especially in light of the [existence of] the government of the butcher Sharon. We need it to focus on organizing the Palestinian house and to activate the Intifada. It should be done in such a manner that guarantees that all the forces will take part in the decision-making, in order to enable our people to reach its desired objectives and to strike the occupation as hard as we can and in every place, to inflict it with casualties and to expel it.

**Q: The Arab activity has stopped and the boycott committees remained like ink on paper. How can we cause the Arab street to support the Intifada?**

A: The US has played a major role in influencing the official Arab position and the measures it has taken vis-à-vis the Arab powers caused them to reduce their activity. Hence, mobilizing the Arab street requires standing firmly and responsibly in front of the US, which has expressed in the passing months its absolute bias in favor of the Hebrew state, and which encouraged the Sharon government to continue his hundred-days plan.

In addition, the fact that the US has doubled its economic aid to the Hebrew state and the fact that the Americans prevented the Security Council from passing a resolution granting international protection [to the Palestinians], prove that the US cannot be an honest sponsor of the negotiations and of the "peace process". This process, which was pushed forward by the US and through different initiatives, serves the Israeli interests and strives to thwart the Intifada.

The Intifada has mobilized the Arab street and pushed and encouraged its masses to line-up with our people against the hostile plots. In addition, the continuance of the Intifada is a guarantee for encouraging more activity in the Arab street and that should be preserved because these masses are our strategic depth. We should invest in it and mobilize it by using our unity, our cohesion, our steadfastness and our [willingness to enter a] confrontation. This depth can be used as an effective tool in imposing pressure towards the creation of an active Arab position that will give the Intifada the capability to continue and to defeat the Zionist enemy.

Al-Hadaf / Palestine – First Year, First Issue, July 2001 (pages 32-33)

Original

ليلى خالد للهدف :

# الانتفاضة تصحيح لمسار التاريخ الفلسطيني ودليل فشل خيار التعايش والتفاوض مع العدو الصهيوني

شكلت المناضلة ليلى خالد نموذجاً لنضال وإرادة المرأة الفلسطينية في مسيرة المقاومة والكفاح الوطني، وبعد مرور 31 عاما على عملياتها الفدائية واختطافها لعدة طائرات، لا زالت ليلى تناضل مع شعبها بكل السبل وجميع الساحات، وتعتقد بشكل جازم أن الكفاح المسلح والنضال بل والاشتباك المباشر، هو لغة الحوار الوحيدة مع العدو الصهيوني. مراسل «الهدف» أجرى الحوار التالي مع ليلى خالد عضو المجلس الوطني الفلسطيني، وعضو اللجنة المركزية للجبهة الشعبية والتي رفضت الإقامة في مسقط رأس زوجها قلقيلية ما دام جندي صهيوني يدنس ارض فلسطين .

س: ليلى خالد باعتقادك إلى أين تسير الانتفاضة؟ وهل ما يجري في فلسطين تمهيد لمخطط خطير أم إعلان الكفاح حتى تحقيق الأهداف والثوابت الوطنية؟

ج: اعتقد أن شعبنا يواصل مسيرة و درب الكفاح والمقاومة الذي لم يتخلى عنه يوما، ولم يراهن على غيره منذ بدء مسيرة المواجهة مع المشروع الصهيوني ورسالة الانتفاضة أثبتت بشكل قاطع استحالة التعايش مع الكيان الصهيوني إلا وفق إرادته ومشروعه المعادي لوجودنا وتاريخنا وحضارتنا ومستقبلنا، فبعد مدريد وأوسلو وما تبعها من اتفاقات وتنازلات خطيرة، ثبت بالقطع أن الاتفاقات المجحفة لا تحقق أدنى حقوقنا بل أنها منحت العدو القدرة لتوسيع ومضاعفة الاستيطان وتوسيع دائرة عدوانه. سبع سنوات من التفاوض «والسلام»، كانت كافية لتقول لكل من راهن على الراعي «النزيه» أمريكا، أن هذا العدو لا يمكن أن يصبح جارا أو صديقا أو يتغير. وان الخيار الوحيد لانتزاع حقوقنا وثوابتها وتجسيد أهدافنا هو خيار المقاومة والكفاح، وقد أكد شعبنا خلال سبعة شهور أن طاقاته وقدراته كبيرة وعظيمة، واستعداده للتضحية والفداء لا يوقفه حصار وتجويع واغتيالات وعدوان. ما يجري في فلسطين إعلان عن رفض شعبنا لكافة الحلول وإلغاء لجميع الاتفاقات، وانطلاقة جديدة في مسيرة المقاومة التي لا يمكن أن تتوقف ولن تتوقف إلا بدحر الاحتلال وعودة اللاجئين وأقامة الدولة الفلسطينية المستقلة وعاصمتها القدس.

س: من خلال تجربتك، ما هو المطلوب فلسطينيا للحفاظ على ديمومة الانتفاضة وتصعيدها وتعزيزها وصولا للأهداف والثوابت التي تحدثت عنها؟

ج: مقومات ديمومة الانتفاضة هـي أولا فلسطينية، واعتقد أن تعزيز الوحدة الوطنية وترتيب البيت الداخلي وتحديد أهداف سياسية واضحة للانتفاضة الفلسطينية هي الطريق الصحيح لتحقيق أهداف شعبنا العادلة والمشروعة، وإفشال المؤامرات الخطيرة التي تستهدف إجهاض الانتفاضة. أن انتفاضة الأقصى انطلقت لتصحيح مسار التاريخ الفلسطيني المعروف بأنه تاريخ نضالي في مواجهة المشروع الصهيوني المعادي للوجود الفلسطيني والتطلعات الوطنية لشعبنا، ولتؤكد فشل الرهان على مسار التسوية الذي لم يحقق على مدار سبع سنوات ومنذ بدء مفاوضات مدريد ابسط الحقوق الفلسطينية. عايشنا الاتفاقات المذلة والمجحفة ولم نجن منها سوى المجازر والأجرام والتهويد والمؤامرات، ولكن جاءت الانتفاضة الثانية لتعيد المسار الذي اختطه شعبنا كمرتكز أساسي، لذلك فإنها تحمل رسالة واضحة بعدم إمكانية التعايش مع الاحتلال وجاءت لتقول أخر مرة لندحر الاحتلال، ولن نعطيه فرصة أخرى، فكل الرهانات سقطت وكل الحلول جربت، ولكنها جميعا لم تخدم إلا الاحتلال ومشروعه التصفوي.

أن انتفاضة الأقصى يمكن أن تستمر وتحقق أهدافها، رغم كل ما استخدمته الدولة العبرية من وسائل لإجهاضها، إذا توفر العامل السياسي وتم تحديد الهدف السياسي بشكل واضح، والتعامل الواقعي مع الانتفاضة ورفض كافة أشكال التفاوض مع الدولة العبرية، لان ذلك يحدث إرباكا في

SHATSKY-002931



الشارعين الفلسطيني والعربي، لأنه عندما نطالب العالم العربي بوقف العلاقة مع الدولة العبرية وتشكيل لجان مقاومة التطبيع، فعلينا أن نوقف خط التسوية والتفاوض مع الدولة العبرية، التي تفنن في قمع شعبنا وحصاره وتدميره. المطلوب منا الحذر من التعامل مع الانتفاضة بنهجين الأول ميداني نضالي يثور ويتحمل الإرهاب والقمع ويناضل بكل السبل، والثاني ما زال يراهن على التفاوض مع العدو. يجب إعلان موقف واضح، مع الحذر الشديد من استخدام الانتفاضة كورقة تفاوضية لان هذا التوجه يشكل خطرا بالغا عليها والمطلوب تعميق الوحدة الوطنية وتصعيد الانتفاضة وتطويرها وتعزيزها، وابتداع المزيد من أشكال النضال الشعبي والميداني حتى تتمكن الانتفاضة من فرض شروط شعبنا على الدولة العبرية وفي مقدمتها الانسحاب من الأراضي المحتلة.

**س: الانتفاضة أبرزت وحدة وطنيه شملت كافه القوى والفعاليات، وصهرت المعارضة والسلطة في بوتقة المقاومة والانتفاضة، فما هو المطلوب لتعزيز وتوطيد الوحدة وتعميقها حفاظا على الانتفاضة ومسيرة المقاومة؟**

ج: الإنجاز الأكبر للانتفاضة، هو حشد كافة الطاقات والقوى والفصائل في صف واحد، تجسد في وحدة كافة القوى الوطنية والإسلامية. وهذا شرط أساسي لتحقيق الانتصار في هذه المعركة، فسلاح الوحدة من أهم أسلحة المواجهة والكفاح والصمود الذي يحدد الرؤية السليمة ويمنع الكوارث والانتكاسات ومنع تكرار ما حدث في الانتفاضة الأولى. المطلوب من القوى الوطنية والإسلامية رفع وتيرة التنسيق والتلاحم الوطني، وصولا لرسم برنامج عمل يمكنها من قيادة جماهير شعبنا في الميدان للدفاع

عن الحقوق ودماء وتضحيات الشهداء، وتعميق الاشتباك اليومي مع العدو. فلا يجوز بعد كل هذا النضال والتضحية وشلالات الدم أن يتحول الاشتباك مع العدو الذي يعتدي علينا بكل السبل لاشتباك على الطاولات. فقد سقط خيار التفاوض وثبت بشكل واضح أهمية المواجهة والكفاح المسلح والانتفاضة الشعبية. لذلك المطلوب من السلطة الوطنية إغلاق ملف التفاوض خاصة في ظل حكومة السفاح شارون، والتركيز على ترتيب البيت الفلسطيني وتفعيل الانتفاضة، بما يضمن أن تكون كافة القوى مشاركة في صنع القرار السياسي للوصول بجماهيرنا للأهداف المطلوبة، وضرب الاحتلال بكل قوة وفي كل مكان وتكبيده الخسائر ودحره.

**س: التحرك العربي توقف، لجان المقاطعة بقيت حبرا على ورق، فكيف يمكن تحريك الشارع العربي لدعم الانتفاضة؟**

ج: لعبت الولايات المتحدة الأمريكية دورا كبيرا في التأثير على الموقف الرسمي العربي، والذي كان لإجراءاته التي اتخذت بحق القوى العربية تأثيرا على تراجع فعالياتها، لذلك فتحريك الشارع يتطلب وقفة جادة ومسؤولة في مواجهة أمريكا، التي عبرت خلال الأشهر الماضية عن انحيازها المطلق للدولة العبرية والذي شجع حكومة شارون على المضي في خطة المائة يوم. بل أن مضاعفة أموال الدعم المقدمة للدولة العبرية وإحباط صدور قرار الحماية الدولية في مجلس الأمن يؤكد أن الولايات المتحدة لا يمكن أن تكون راعيا نزيها للمفاوضات «وعملية السلام». «السلام» المطروح أمريكيا وعبر المبادرات المختلفة يخدم المصالح الإسرائيلية ويستهدف إجهاض الانتفاضة.

أن الانتفاضة حركت الشارع العربي ودفعت جماهيره لتصطف مع شعبنا في مواجهة المخططات المعادية. وبالتالي، فان ديمومة الانتفاضة كفيلة بحشد المزيد من التحرك الشعبي العربي الذي ينبغي الحفاظ عليه لان هذه الجماهير بعدنا الاستراتيجي، وهذا البعد علينا أن نستثمره ونفعله من خلال الوحدة والتلاحم والصمود والتحدي ليكون أداة فاعلة في الضغط نحو موقف عربي فاعل يقدم للانتفاضة إمكانية الاستمرار والانتصار على العدو الصهيوني.

SHATSKY-002932