**LOWELL DECL. EX. 37**

Exhibit 52



PATTERNS OF GLOBAL TERRORISM 2001



United States Department of State

May 2002

SHATSKY-008186

SHATSKY-008187



© Reuters

*"Our war on terror begins with al-Qaida, but it does not end there. It will not end until every terrorist group of global reach has been found, stopped, and defeated."*
                                    *President George W. Bush*
                                    *address to Joint Session of Congress*
                                    *20 September 2001*

SHATSKY-008188

SHATSKY-008189



**Preface by Secretary of State Colin L. Powell**

In 2001, terrorism cast its lethal shadow across the globe—yet the world's resolve to defeat it has never been greater.

When the terrorists struck on September 11, their target was not just the United States, but also the values that the American people share with men and women all over the world who believe in the sanctity of human life and cherish freedom. Indeed, citizens from some 80 countries were murdered in the attacks.

Nations of every continent, culture, and creed, of every region, race, and religion, answered President Bush's call for a global coalition against terrorism. In the months since the attacks, we and our Coalition partners have taken systematic measures to break terrorism's global reach.

Country by country, region by region, we have strengthened law enforcement and intelligence cooperation and we have tightened border controls to make it harder for terrorists to move about, communicate, and plot.

One by one, we are severing the financial bloodlines of terrorist organizations.

As the result of the Coalition's operations in Afghanistan, al-Qaida and Taliban leaders are now either captured, killed, or on the run. And there are fewer and fewer places they can run to—except into the long arms of Justice.

Coalition forces have lifted the yoke of oppression from the backs of the Afghan people. Afghanistan's political transformation is underway toward a government that represents citizens of every ethnic background, women as well as men. The world community already has committed an initial $4.5 billion to put the country back on its feet and its future back into the hands of its people, so that Afghanistan will never again become safe ground for terrorists.

But the campaign against international terrorism isn't only about Afghanistan and bringing the perpetrators, planners, and abettors of the September 11 attacks to account. It is also about bringing the international community's combined strengths to bear against the scourge of terrorism in its many manifestations throughout the world.

The terrorist threat is global in scope, many faceted, and determined. The world's response must be equally comprehensive, multi-dimensional, and steadfast.

We and our Coalition partners must be prepared to conduct a long, hard campaign, measured in years and fought on many fronts with every tool of statecraft—political, diplomatic, legal, economic, financial, intelligence, and when necessary, military.

In this global campaign against terrorism, no country has the luxury of remaining on the sidelines. There **are** no sidelines. Terrorists respect no limits, geographic or moral. The frontlines are everywhere and the stakes are high. Terrorism not only kills people. It also threatens democratic institutions, undermines economies, and destabilizes regions.

This chilling report details the very clear and present danger that terrorism poses to the world and the efforts that the United States and our partners in the international community are making to defeat it.

The cold, hard facts presented here compel the world's continued vigilance and concerted action.

Signed,
Colin L. Powell

iii

SHATSKY-008190

SHATSKY-008191

### Introduction by Ambassador Francis X. Taylor

History will record 2001 as a watershed year in the international fight against terrorism. On September 11, the United States suffered its bloodiest day on American soil since the Civil War, and the world experienced the most devastating international terrorist attack in recorded history. Out of the horror, we have fought back, rallying the most diverse international coalition ever assembled. The events of 9/11 galvanized civilized nations as no other event has; ironically, by their own hand, terrorists set in motion their own ultimate demise.

Early results from this unprecedented international cooperation and common resolve have been encouraging. Afghanistan has been liberated and is working to establish a government representative of its people and one that is not a threat to its neighbors. The Taliban has been overthrown, and the terrorist infrastructure it supported has been all but destroyed. Al-Qaida-linked organizations and people around the world are being pressed by aggressive intelligence and law enforcement operations that have resulted in more than 1,000 arrests/detentions since September 11.

Despite our early success in Afghanistan and against al-Qaida, we still have a long way to go to assure final victory in the global war against terrorism. But one thing is certain: If terrorists questioned our resolve to defeat them and their nefarious objectives before, they cannot question it now.

The US Government and our Coalition partners have worked countless hours to ensure that the lives of those murdered on 9/11 were not lost in vain. Since September 11, we have launched a worldwide campaign against terrorism. The Department of State has been an integral part of that effort. The Secretary and senior Department officials have traveled to every corner of the globe to develop and sustain the campaign, and officials from around the world have visited the President, the Secretary of State, the Secretary of Defense, and other government officials to demonstrate their support and offer diplomatic and material assistance to this common effort. As this annual report demonstrates, their support has been much more than rhetorical. This unprecedented Coalition of nations has sought to synchronize diplomatic, intelligence, law enforcement, economic, financial, and military power to attack terrorism globally. Indeed, the overwhelming response we have received in the wake of the September 11 tragedy is dramatic proof that people—of all nations and all faiths—understand that the murders inflicted at the Twin Towers, at the Pentagon, and in Pennsylvania, were truly an attack on the world and civilization itself.

*"How will we fight and win this war? We will direct every resource at our command—every means of diplomacy, every tool of intelligence, every instrument of law enforcement, every financial influence, and every necessary weapon of war—to the disruption and to the defeat of the global terror network."*

*--George W. Bush*

v

SHATSKY-008192

The President's call to arms outlined a global campaign of unprecedented scale and complexity along multiple fronts:

## Diplomatic

**Diplomatic action for the campaign began within minutes of the attack.**
State Department officials immediately began working with foreign officials around the world to forge a coalition to support our response. The fruits of that labor have been assessed by President Bush as having resulted in the "greatest worldwide coalition in history." Since September 11, the President has met with leaders from more than 50 nations, and Secretary Powell has met with even more foreign ministers and other representatives of our Coalition partners. Senior members of the Departments of State and Defense and the Central Intelligence Agency, as well as my staff and I, have also met with numerous foreign officials in Washington and have traveled to every continent to help fashion the diplomatic framework needed to wage the campaign to combat terrorism with a global reach. Diplomacy abroad is also the leading edge of every nation's homeland security, and the global Coalition against terrorism has required—and will continue to require—intensive and innovative effort in that arena. Since September 11, for instance, the Department of State has begun formal dialogues with China and Pakistan on terrorism, and Department officials have brought their expertise to numerous conferences around the world, such as the one hosted by Polish President Kwasniewski, designed to strengthen the capabilities of our global partners in defeating terrorism (see Poland section for details).

In addition, numerous multilateral fora such as the EU, OAS, NATO, G-7, G-8 and others have taken substantive steps to enhance information sharing, tighten border security, and combat terrorist financing. On 28 September the UN Security Council adopted Resolution 1373 (see appendix F), which requires all states to prevent and suppress the financing of terrorist acts, including freezing funds and other financial assets. The resolution also obliges all states to improve border security, clamp down on the recruitment of terrorists, intensify information sharing and law enforcement cooperation in the international campaign against terrorism, and deny terrorists and their supporters any support or safehaven. This resolution augments the positive trend of Security Council resolutions 1267 and 1333 (passed in 1999 and 2000, respectively) which imposed targeted or "smart" sanctions against the Taliban in Afghanistan (see box in Afghanistan section).

The existing 12 UN Conventions against terrorism represent a solid international foundation for nations to support this global struggle. In December, the United States ratified the two newest, the UN Convention for the Suppression of the Financing of Terrorism and the UN Convention for the Suppression of Terrorist Bombings. All nations should become parties to all 12 of these conventions so that terrorists can be more readily apprehended and prosecuted wherever they are located.

Public diplomacy has been an important aspect of our efforts as well. The Department of State has aggressively sought to counter distorted views of the United States overseas, to emphasize that the war on terrorism is not a war against Islam, and to underscore that terrorists are not martyrs but cowards and criminals. Senior US officials have conveyed these messages in hundreds of media interviews, and ambassadors have organized thousands of outreach activities around the world to build and maintain an international Coalition. The United States maintains Coalition Information Centers in London and Islamabad. The Department of State has an active speakers' program to explain US policies to foreign

SHATSKY-008193



SHATSKY-008194

and domestic audiences. The Office of International Information Programs maintains an informative and frequently visited website featuring publications such as "The Network of Terrorism" and "Islam in the United States."

### Intelligence

**Cooperation among intelligence agencies around the world has expanded to unprecedented levels.**

Sharing of intelligence about terrorists, their movements, and their planned attacks is an absolute prerequisite for successful interdiction. Governments in every region of the world have been able to use this information to expose the criminal netherworld in which terrorists operate. Undoubtedly, planned attacks have been prevented, and lives have been saved (see the case studies in Singapore and Italy sections). Our military campaign in Afghanistan as well as law-enforcement and intelligence operations by Coalition members have yielded a wealth of intelligence that will require further exploitation for action. Such information will be extremely valuable in identifying and interdicting other terrorist cells around the world. Effective intelligence exchange allows countries to act preemptively to counter terrorists before they act. It closes an important seam that terrorists exploit to their advantage. There is room for continued improvement, but the initial results have been very encouraging.

### Law Enforcement

**The world's law enforcement professionals have launched a global dragnet to identify, arrest, and bring terrorists to justice.**

In the United States, the FBI has led the law-enforcement engagement, working with all federal, state, and local law-enforcement agencies. More than 7000 FBI Agents and support personnel have worked diligently with their US and foreign law-enforcement partners to unravel the planning leading to the execution of the 9/11 operation, as well as to interdict other al-Qaida cells and operatives in the US and around the world. Their enhanced law-enforcement efforts, and cooperative work by officials around the world, have resulted in the apprehension of more than 1000 suspected terrorists and the breakup of al-Qaida and other terrorist cells. Many of these arrests, to include that of Zacarias Moussaoui, a suspected al-Qaida operative in the operation, are described in this report.

During 2001 and through March 2002, Secretary Powell designated or redesignated 33 groups as foreign terrorist organizations (see full list at appendix B) under the Immigration and Nationality Act, as amended by the Antiterrorism and Effective Death Penalty Act of 1996. The designations make it a criminal offense to provide funds or other material support to such organizations, require US financial institutions to block the funds of the groups, and make members of the groups ineligible for US visas and, if they are aliens, deportable.

On 26 October the US Congress enacted the USA PATRIOT Act, which significantly expands the ability of US law enforcement to investigate and prosecute persons who engage in terrorist acts. On 5 December, in accordance with the USA PATRIOT Act, Secretary Powell designated 39 groups as "terrorist exclusion list" organizations (see appendix E.). The legal consequences of the designations relate to immigration, and they strengthen the US ability to exclude supporters of terrorism from entering the country or to deport them if they are found within our borders

SHATSKY-008195



*On 29 May 2001 Mohamed Rashed Daoud al-Owhali, Khalfan Khamis Mohamed, Mohamed Sadeek Odeh, and Wadih el-Hage were convicted of conspiring to murder US citizens and officers and employees of US Embassies in the bombings in 1998 of two US Embassies in Africa that killed 224 persons, among them 12 US citizens.*

© Reuters

The United States brought to conclusion the prosecution of four al-Qaida members for the bombing of the US Embassies in Kenya and Tanzania. In May, in a courtroom within sight of the World Trade Center, guilty verdicts were handed down on all 302 counts in the trial of the bombing suspects, and all were sentenced to life in prison.

### Economic

**Money is like oxygen to terrorists, and it must be choked-off.**

When President Bush signed Executive Order 13224 on 23 September, he imposed dramatic penalties on those who provide financial support to terrorist organizations. The Order blocks the assets of designated organizations and individuals linked to global terrorism. It prohibits transactions with terrorist groups, leaders, and corporate and charitable fronts listed in the Order. It also establishes America's ability to block the US assets of, and deny access to US markets to, those foreign banks that refuse to freeze terrorist assets. As of March 2002, the Order contained the names of 189 groups, entities, and individuals (see appendix E). Accordingly, approximately 150 countries and independent law-enforcement jurisdictions [for example, Hong Kong, Taiwan] issued orders freezing the assets of suspected terrorists and organizations.

The US Department of Treasury has been leading the war against terrorist financing and has worked with all relevant agencies and departments to identify terrorist financing networks and to find ways to disrupt their operations.

SHATSKY-008196

Many nations and independent law-enforcement jurisdictions have made changes in their laws, regulations, and practices in order to suppress terrorism financing more effectively. UNSCR 1373 mandates worldwide improvements, and we are working with the UN Counter Terrorism Committee (CTC) and others to help improve the capability of countries to meet their obligations under the resolution to combat terrorist financing.

**The first step has been to deny terrorists access to the world's organized financial structures; simultaneously, we have been moving to prevent the abuse of informal money-transfer systems and charities. Both lines of attack have produced results.**

- President Bush launched the first offensive in the war on terrorism on 23 September by signing Executive Order 13224, freezing the US-based assets of those individuals and organizations involved with terrorism.

- All but a handful of the countries in the world have expressed their support for the financial war on terror.

- Approximately 150 countries and jurisdictions have issued orders freezing terrorist assets, and the international community was helping others improve their legal and regulatory systems so they can move effectively to block terrorist funds.

- At the end of 2001, the US had designated 158 known terrorists, terrorist organizations, and terrorist financial networks, whose assets are now subject to freezing in the US financial system.

- Between September 11 and 31 December 2001, the US blocked more than $34 million in assets of terrorist organizations. Other nations also blocked more than $33 million. The funds captured only measure the money in the pipeline at the time the accounts were shut down, which is a small fraction of the total funds disrupted by the closing of the pipeline.

- On 7 November, the US and its allies closed down operations of two major financial networks—al-Barakaat and al-Taqwa—both of which were used by al-Qaida and Usama Bin Ladin in more than 40 nations as sources of income and mechanisms to transfer funds. As part of that action, the Office of Foreign Assets Control (OFAC) was able to freeze $1,100,000 domestically in al-Barakaat-related funds. Treasury also worked closely with key officials in the Middle East to facilitate blocking of al-Barakaat's assets at its financial center of operations.

- On 4 December, President Bush froze the assets of a US-based foundation—The Holy Land Foundation for Relief and Development—that had been funneling money to the terrorist organization HAMAS. In 2000, the foundation had raised $13 million.

- International organizations are key partners in the war on financial terrorism. Since 28 September, over 100 nations have submitted reports to the United Nations on the actions they have taken to block terrorist finances, as required under United Nations Security Council resolution 1373 which calls on all nations to keep their financial systems free of terrorist funds.

- The Financial Action Task Force—a 29-nation group promoting policies to combat money laundering—adopted strict new standards to deny terrorist access to the world financial system.

x

SHATSKY-008197



*At the US Marine Corps Base in Kandahar, Afghanistan, Marines on a Light Armored Vehicle who are supporting Operation Enduring Freedom prepare to go on patrol. An AH1W Super Cobra helicopter flies overhead.*

- The G-20 and IMF member countries have agreed to make public the list of terrorists whose assets are subject to freezing, and the amount of assets frozen.

For the first five months of this effort, the US identified terrorists for blocking and then sought cooperation from our allies around the world. A new stage in international cooperation was reached on 28 December 2001, when the EU took the lead and designated 6 European-based terrorists for asset blocking, on which US followed suit. Nations around the world have different information and different leads, and it is crucial that each of our allies not only blocks the terrorist financiers we identify but also develops its own leads to broaden the effort to identify and take action against those who fund terrorism.

## Military

**The terrorist attacks of September 11 were acts of war against the United States and a grievous affront to all humanity.**
The international community has responded accordingly:

- On 12 September, the UN Security Council condemned the attacks and reiterated the inherent right of collective self defense in accordance with the UN Charter.

- On 21 September, Foreign Ministers of the OAS invoked the collective self-defense clause of the Inter-American Treaty of Reciprocal Assistance ("Rio Treaty") (refer to appendix H).

SHATSKY-008198

---

**US Policy**

President Bush has laid out the scope of the war on terrorism. Four enduring policy principles guide our counterterrorism strategy:

**First, make no concessions to terrorists and strike no deals.**
The US Government will make no concessions to individuals or groups holding official or private US citizens hostage. The United States will use every appropriate resource to gain the safe return of US citizens who are held hostage. At the same time, it is US Government policy to deny hostage takers the benefits of ransom, prisoner releases, policy changes, or other acts of concession.

**Second, bring terrorists to justice for their crimes.**
The United States will track terrorists who attack Americans, no matter how long it takes. This was demonstrated again in September 2001, when the United States arrested Zayd Hassan Abd al-Latif Masud al-Safarini, one of the chief perpetrators of the murderous hijacking in 1986 of Pan Am 73 in Karachi, Pakistan. He will stand trial in the United States for crimes committed during that brutal attack in which twenty-two persons—including two US citizens—were killed, and at least 100 persons were injured. Al-Safarini is the fourteenth international terrorist suspect arrested overseas and brought to the United States to stand trial since 1993. Others included Ramzi Yousef and Mir Aimal Kansi (refer to full list at appendix D).

**Third, isolate and apply pressure on states that sponsor terrorism to force them to change their behavior.**
Libya is one of seven designated state sponsors of terrorism. Since the bombing of Pan Am 103 over Lockerbie, Scotland in 1988, the United States and Great Britain have pursued the Libyan perpetrators and sought to bring them to justice. In January 2001, a Scottish court convicted Libyan intelligence service member Abdel Basset al-Megrahi of the murder of 270 persons in connection with the Pan Am 103 attack. The court concluded that there was insufficient evidence to convict another Libyan defendant in the case. On 14 March 2002, a Scottish appellate court upheld Megrahi's conviction.

---

- In Brussels on 5 October, NATO invoked Article 5 of the Washington Treaty, which states that an armed attack on one or more of the allies in Europe or North America shall be considered an attack against them all (refer to appendix H).

- 136 countries offered a range of military assistance.

- 89 countries granted overflight authority for US military aircraft.

- 76 countries granted landing rights for US military aircraft.

- 23 countries agreed to host US. and Coalition forces involved in military operations in Afghanistan.

The military phase of Operation Enduring Freedom began on 7 October 2001, destroying in weeks al-Qaida's grip on Afghanistan by driving their Taliban protectors from power. In addition to the United States, military assets were deployed from many nations, including Australia, Canada, Czech Republic, France, Germany, Italy, Japan, New Zealand, Norway, Poland, Republic of Korea, Russia, Turkey, and

SHATSKY-008199

---

**US Policy (continued)**

**Fourth, bolster the counterterrorist capabilities of those countries that work with the United States and require assistance.**

Under the Antiterrorism Assistance program, the United States provides training and related assistance to law enforcement and security services of selected friendly foreign governments. Courses cover such areas as airport security, bomb detection, hostage rescue, and crisis management. A recent component of the training targets the financial underpinnings of terrorists and criminal money launderers. Counterterrorist training and technical assistance teams are working with countries to jointly identify vulnerabilities, enhance capacities, and provide targeted assistance to address the problem of terrorist financing. At the same time special investigative teams are working with countries to identify and then dry up money used to support terrorism. We are also developing workshops to assist countries in drafting strong laws against terrorism, including terrorist financing. During the past 17 years, we have trained more than 35,000 officials from 152 countries in various aspects of counterterrorism (refer to appendix E).

A broad range of counterterrorism training resources from other US Government agencies, including military training by the Department of Defense, is being brought to bear to bolster international capabilities. We will work with the world community and seek assistance from other partner nations as well.

Our Terrorism Interdiction Program helps friendly countries stop terrorists from freely crossing international borders.

Our Rewards for Justice program offers rewards of up to $5 million for information that prevents or favorably resolves acts of international terrorism against US persons or property worldwide. Secretary Powell has authorized a reward of up to $25 million for information leading to the capture of Usama Bin Ladin and other key al-Qaida leaders (see appendix E).

---

the United Kingdom. Forces from 55 countries augmented US forces in the overall effort, each bringing to the Coalition a unique contribution of military assets and expertise (refer to appendix G). As of March 2002, military operations continue in Afghanistan. We have also joined with our partners in Yemen, the Philippines, and Georgia to provide military training to counterterrorist forces focused on al-Qaida-related terrorist activity and groups in those countries. Such training will greatly enhance the capability of our allies to meet and defeat the threat on their soil.

### Conclusion

This edition of Patterns is intended to place the global Coalition against terrorism into perspective. It describes results from a multifront effort, leveraging the full capability of the diplomatic, intelligence, law-enforcement, economic, and military communities in combating this international menace. In addition to our traditional country reports, we have included several new sections detailing how the activities of many different parts of the US Government and our allies have joined together to fight the

SHATSKY-008200



scourge of Twenty-first Century terrorist groups with global reach. We also feature two case studies that emphasize the ongoing importance of global cooperation in the war on terrorism. Through effective law-enforcement and counterterrorism cooperation, the governments of Italy and Singapore have thwarted serious terrorist plots that targeted Western interests and threatened many lives. These cases—among the many that we could cite—demonstrate how the international Coalition against terrorism effectively uses the tools at its disposal to defeat the terrorist threat.

In conclusion, two points. First, I want to offer my condolences to the families, loved ones, friends, and countrymen of all the victims of terrorism in this past year. We can never replace what you have lost, but we are determined to bring to justice, however long it takes, those who were responsible and to do whatever lies in our power to see that such a tragedy will never happen again. Second, I want to recognize the true heroes of this campaign: the thousands of police, law-enforcement personnel, firefighters, intelligence professionals, military personnel, diplomats, and other government officials, and the citizens around the world who have responded so magnificently to this global menace. Like the passengers of United Airlines Flight 93 who saved many lives with their acts of heroism in the face of death, the worldwide Coalition will prevail to save countless other lives in the future. The events of this past year have truly brought the fight against terrorism to a new personal level. I'm proud to say that Americans and our allies have shown resilience and determination.

In the wake of the horror of September 11, the world has never been so focused on the threat of international terrorism nor more resolute in the need to counter this threat using the full power—diplomatic, intelligence, economic, law enforcement, financial, and military—available to the international community. Success will require patience and a continuous, relentless commitment on the part of many people in many professions, in many countries. As President Bush has said, "Ours is the cause of freedom. We've defeated freedom's enemies before, and we will defeat them again."

Ambassador Francis X. Taylor
Coordinator for Counterterrorism

SHATSKY-008201



*Survivors walk away from the World Trade Center site in New York City after two airliners crashed into the towers on September 11, 2001.*

### Note

Adverse mention in this report of individual members of any political, social, ethnic, religious, or national group is not meant to imply that all members of that group are terrorists. Indeed, terrorists represent a small minority of dedicated, often fanatical, individuals in most such groups. It is those small groups—and their actions—that are the subject of this report.

Furthermore, terrorist acts are part of a larger phenomenon of politically inspired violence, and at times the line between the two can become difficult to draw. To relate terrorist events to the larger context, and to give a feel for the conflicts that spawn violence, this report will discuss terrorist acts as well as other violent incidents that are not necessarily international terrorism.

### Legislative Requirements

This report is submitted in compliance with Title 22 of the United States Code, Section 2656f(a), which requires the Department of State to provide Congress a full and complete annual report on terrorism for those countries and groups meeting the criteria of Section (a)(1) and (2) of the Act. As required by legislation, the report includes detailed assessments of foreign countries where significant terrorist acts occurred, and countries about which Congress was notified during the preceding five years pursuant to Section 6(j) of the Export Administration Act of 1979 (the so-called terrorist-list countries that have repeatedly provided state support for international terrorism). In addition, the report includes all relevant information about the previous year's activities of individuals, terrorist organizations, or umbrella groups known to be responsible for the kidnapping or death of any US citizen during the preceding five years and groups known to be financed by state sponsors of terrorism.

In 1996 Congress amended the reporting requirements contained in the above-referenced law. The amended law requires the Department of State to report on the extent to which other countries cooperate with the United States in apprehending, convicting, and punishing terrorists responsible for attacking US citizens or

SHATSKY-008202

interests. The law also requires that this report describe the extent to which foreign governments are cooperating, or have cooperated during the previous five years, in preventing future acts of terrorism. As permitted in the amended legislation, the Department is submitting such information to Congress in a classified annex to this unclassified report.

## Definitions

No one definition of terrorism has gained universal acceptance. For the purposes of this report, however, we have chosen the definition of terrorism contained in Title 22 of the United States Code, Section 2656f(d). That statute contains the following definitions:

The term "terrorism" means premeditated, politically motivated violence perpetrated against noncombatant[1] targets by subnational groups or clandestine agents, usually intended to influence an audience.

The term "international terrorism" means terrorism involving citizens or the territory of more than one country.

The term "terrorist group" means any group practicing, or that has significant subgroups that practice, international terrorism.

The US Government has employed this definition of terrorism for statistical and analytical purposes since 1983.

Domestic terrorism is probably a more widespread phenomenon than international terrorism. Because international terrorism has a direct impact on US interests, it is the primary focus of this report. However, the report also describes, but does not provide statistics on, significant developments in domestic terrorism.



*New York City Police Dectective Thomas MacDonald shakes hands with Afghan orphans after he and other police officers and firefighters from New York brought 29 tons of food and blankets to the orphanage in Kabul.*

[1] For purposes of this definition, the term "noncombatant" is interpreted to include, in addition to civilians, military personnel who at the time of the incident are unarmed and/or not on duty. For example, in past reports we have listed as terrorist incidents the murders of the following US military personnel: Col. James Rowe, killed in Manila in April 1989; Capt. William Nordeen, US defense attache killed in Athens in June 1988; the two servicemen killed in the Labelle discotheque bombing in West Berlin in April 1986; and the four off-duty US Embassy Marine guards killed in a cafe in El Salvador in June 1985. We also consider as acts of terrorism attacks on military installations or on armed military personnel when a state of military hostilities does not exist at the site, such as bombings against US bases in Europe, the Philippines, or elsewhere.

SHATSKY-008203

Contents

|  |  | Page |
|---|---|---|
| Preface |  | iii |
| Introduction |  | v |
| September 11 |  | 1 |
| Review of Terrorism in 2001 |  | 2 |
| Africa Overview |  | 5 |
|  | Angola | 6 |
|  | Djibouti | 6 |
|  | Ethiopia | 7 |
|  | Kenya | 7 |
|  | Nigeria | 7 |
|  | Senegal | 7 |
|  | Somalia | 7 |
|  | South Africa | 8 |
|  | Uganda | 8 |
|  | (Inset) Alternate Means of Terrorist Funding? Diamonds and Tanzanite | 6 |
| South Asia Overview |  | 8 |
|  | Afghanistan | 9 |
|  | India | 10 |
|  | Nepal | 11 |
|  | Pakistan | 12 |
|  | Sri Lanka | 13 |
|  | (Inset) The Taliban | 10 |
|  | (Inset) Daniel Pearl | 13 |
| East Asia Overview |  | 14 |
|  | Burma | 16 |
|  | China | 16 |
|  | Indonesia | 17 |
|  | Japan | 18 |
|  | Laos | 18 |
|  | Malaysia | 18 |
|  | Philippines | 18 |
|  | Singapore | 21 |
|  | Taiwain | 22 |
|  | Thailand | 22 |
|  | (Inset) Singapore: A Terrorist Plot Thwarted | 20 |
| Eurasia Overview |  | 23 |
|  | Azerbaijan | 25 |
|  | Georgia | 25 |
|  | Kazakhstan | 26 |
|  | Kyrgyzstan | 26 |
|  | Russia | 27 |
|  | Tajikistan | 28 |
|  | Uzbekistan | 29 |

SHATSKY-008204

| | | |
|---|---|---|
| Europe Overview | | 29 |
| | Albania | 31 |
| | Belgium | 32 |
| | Bosnia and Herzegovina | 33 |
| | France | 33 |
| | Germany | 34 |
| | Greece | 36 |
| | Italy | 37 |
| | Poland | 39 |
| | Spain | 40 |
| | Turkey | 41 |
| | United Kingdom | 42 |
| | Yugoslavia/Kosovo | 43 |
| | (Inset) Italy: A Terrorist Cell Wrapped Up | 38 |
| Latin America Overview | | 43 |
| | Bolivia | 44 |
| | Chile | 45 |
| | Colombia | 45 |
| | Ecuador | 47 |
| | Peru | 47 |
| | Triborder (Argentina, Brazil, Paraguay) | 48 |
| | Uruguay | 50 |
| | Venezuela | 50 |
| Middle East Overview | | 51 |
| | Algeria | 52 |
| | Bahrain | 52 |
| | Egypt | 52 |
| | Israel, the West Bank, and Gaza Strip | 53 |
| | Jordan | 55 |
| | Kuwait | 56 |
| | Lebanon | 57 |
| | Morocco | 58 |
| | Oman | 58 |
| | Qatar | 58 |
| | Saudi Arabia | 58 |
| | Tunisia | 59 |
| | United Arab Emirates | 59 |
| | Yemen | 60 |
| North America Overview | | 61 |
| | Canada | 61 |
| | Mexico | 62 |
| Overview of State-Sponsored Terrorism | | 63 |
| | Cuba | 63 |
| | Iran | 64 |
| | Iraq | 65 |
| | Libya | 67 |
| | North Korea | 68 |
| | Sudan | 68 |

SHATSKY-008205

| | Syria | 68 |
|---|---|---|
| | (Inset) State Sponsor: Implications | 64 |
| | (Inset) Chemical, Biological, Radiological, Nuclear (CBRN) Terrorism | 66 |

**Appendixes**

| | | | |
|---|---|---|---|
| | A. | Chronology of Significant Terrorist Incidents, 2001 | 69 |
| | B. | Background Information on Designated Foreign Terrorist Organizations | 85 |
| | C. | Background Information on Other Terrorist Groups | 113 |
| | D. | Extraditions and Renditions of Terrorists to the United States, 1993-2001 | 131 |
| | E. | US Processes, Programs, Policy | 133 |
| | | US President Bush Address, 20 September 2001 | 133 |
| | | Teamwork in Action: The Interagency Process | 139 |
| | | Countering Terrorism on the Economic Front | 139 |
| | | Antiterrorism Assistance Program | 140 |
| | | Rewards for Justice Program | 141 |
| | | International Terrorism: US Hostages, US Government Policy | 142 |
| | | US Terrorism Lists: Prevention, Punishment, Pressure | 143 |
| | | Terrorists and Groups Identified Under Executive Order 13224 | 145 |
| | | Patriot USA Act: Terrorism Exclusion List | 151 |
| | | Terrorism Exclusion List Designees | 152 |
| | F. | UN Role in Fighting Terrorism | 155 |
| | G. | US Military Campaign in Afghanistan | 161 |
| | H. | Multinational Response to September 11 | 163 |
| | | Statement by the North Atlantic Council (NATO) | 163 |
| | | Statement by NATO Secretary General Lord Robertson | 163 |
| | | Press Release—Organization of the Islamic Conference (OIC) | 164 |
| | | Resolution—Organization of American States (OAS) | 165 |
| | | Declaration—Association of Southeast Asian Nations (ASEAN) | 166 |
| | | Communique—Organization of African Unity (OAU) | 169 |
| | I. | Statistical Review | 171 |
| | J. | International Terrorist Incidents, 2001          (Map) | 177 |

SHATSKY-008206



## Total International Attacks, 2001

**Total Facilities Struck[a]**

- Business - 397
- Military - 4
- Government - 13
- Diplomat - 18
- Other - 99

[a] The two World Trade Center (WTC) attacks are included under business.

**Total - 531**

**Type of Event[a]**

- Assault - 1
- Other - 2
- Firebombing - 3
- Hijacking - 3
- Vandalism - 4
- Arson - 5
- Kidnapping - 36
- Armed attack - 41
- Bombing - 253

[a] The two WTC attacks are included under bombings.

**Total - 348**

**Total Casualties[a]**

- Other - 4,348
- Business - 5
- Military - 25
- Government - 277

[a] Official casualty data from New York City authorities on the WTC attacks were unavailable at the time the Patterns of Global Terrorism 2001 went to press. Included in the statistical chart Total Casualties (as other) is an estimated (unofficial) figure of 3,000 persons killed in the WTC attacks. Data for the number of persons injured in the WTC attacks are not available.

**Total - 4,655**

SHATSKY-008207



Total Casualties Caused by International Attacks, 2001[a]

[a]In the absence of a final official total from New York City authorities, we have used an estimated (unofficial) figure of 3,000 persons killed in the World Trade Center (WTC) attacks. Data for the number of persons injured in the WTC attacks are not available.

Note scale break

■ Dead
■ Wounded

SHATSKY-008208



**Total International Attacks, 2001[a]**

[a]In the absence of a final official total from New York City authorities, we have used an estimated (unofficial) figure of 3,000 as the number of persons killed in the World Trade Center (WTC) attacks.

Note scale break

Number of attacks (total - 348)

Dead[a] (total - 3,572)

| Region | Number of attacks | Dead |
|---|---|---|
| Africa | 33 | 90 |
| Asia | 68 | 180 |
| Eurasia | 3 | 0 |
| Latin America | 194 | 2 |
| Middle East | 29 | 62 |
| North America | 4 | 3,235 |
| Western Europe | 17 | 3 |

SHATSKY-008209

## September 11

The worst international terrorist attack ever—involving four separate but coordinated aircraft hijackings—occurred in the United States on September 11, 2001. The 19 hijackers belonged to the al-Qaida terrorist network. According to investigators and records of cellular phone calls made by passengers aboard the planes, the hijackers used knives and boxcutters to kill or wound passengers and the pilots, and then commandeer the aircraft, which the hijackers used to destroy preselected targets.

• Five terrorists hijacked American Airlines flight 11, which departed Boston for Los Angeles at 7:45 a.m. An hour later it was deliberately piloted into the North Tower of the World Trade Center in New York City.

• Five terrorists hijacked United Airlines flight 175, which departed Boston for Los Angeles at 7:58 a.m. At 9:05 the plane crashed into the South Tower of the World Trade Center. Both towers collapsed shortly thereafter, killing approximately 3000 persons, including hundreds of firefighters and rescue personnel who were helping to evacuate the buildings.

• Four terrorists hijacked United Airlines flight 93, which departed Newark for San Francisco at 8:01 a.m. At 10:10 the plane crashed in Stony Creek Township, Pennsylvania killing all 45 persons on board. The intended target of this hijacked plane is not known, but it is believed that passengers overpowered the terrorists, thus preventing the aircraft from being used as a missile.

• Five terrorists hijacked American Airlines flight 77, which departed Washington Dulles Airport for Los Angeles at 8:10 a.m. At 9:39 the plane was flown directly into the Pentagon in Arlington, Virginia, near Washington, D.C. A total of 189 persons were killed, including all who were onboard the plane.

More than 3000 persons were killed in these four attacks. Citizens of 78 countries perished at the World Trade Center site. "Freedom and democracy are under attack," said President Bush the following day. Leaders from around the world called the events of September 11 an attack on civilization itself.



© Reuters

*Rescue helicopter responded to attack near Washington, D.C. on September 11 after hijacked American Airlines Flight 77 crashed into the Pentagon, killing 189 persons, including all aboard the aircraft.*

The coordinated attack was an act of war against the United States. President Bush said in a 20 September 2001 address to a joint session of Congress: "Our war on terror begins with al-Qaida, but it does not end there. It will not end until every terrorist group of global reach has been found, stopped, and defeated."

Virtually every nation condemned the attack and joined the US-led Coalition to fight terror on several fronts: diplomatic, economic, intelligence, law enforcement, and military. Operation Enduring Freedom, the military component of the Coalition, began on 7 October. The first targets were the al-Qaida training camps and military installations of the Taliban regime in Afghanistan. Islamic extremists from around the world—including North America, Europe, Africa, the Middle East, and Central, South, and Southeast Asia—had used Afghanistan as a

SHATSKY-008210



*Emergency and law-enforcement personnel investigate the crash site of hijacked United Airlines Flight 93 which crashed in Stony Creek Township, Pennsylvania, killing all 45 persons on board.*

training ground and base of operations for worldwide terrorist activities.

Within months, the Taliban was driven from power, and nearly 1000 al-Qaida operatives were arrested in over 60 countries.

At year's end, the war continued to be waged on all fronts and was certain to last well into the future.

### Review of Terrorism in 2001

Despite the horrific events of September 11, the number of international terrorist attacks in 2001 declined to 346, down from 426 the previous year. One hundred seventy-eight of the attacks were bombings against a multinational oil pipeline in Colombia—constituting 51 percent of the year's total number of attacks. In the year 2000, there were 152 pipeline bombings in Colombia, which accounted for 40 percent of the total.

A total of 3,547 persons were killed in international terrorist attacks in 2001[2], the highest annual death toll from terrorism ever recorded. Ninety percent of the fatalities occurred in the September 11 attacks. In 2000, 409 persons died in

terrorist attacks. The number of persons wounded in terrorist attacks in 2001 was 1080, up from 796 wounded the previous year. Violence in the Middle East and South Asia also accounted for the increase in casualty totals for 2001.

In addition to the US citizens killed and injured on September 11, eight other US citizens were killed and 15 were wounded in acts of terrorism last year.

- Ronald Sander, one of the five American oil workers kidnapped in Ecuador in October 2000, was killed by his captors—an armed gang led by former members of a Colombian terrorist group.

- On 9 May, two teenagers were stoned to death in Wadi Haritun cave near Teqoa (Israeli settlement) in the West Bank. Yaakov Nathan Mandell was one of the youths killed. A claim of responsibility for this attack was made in the name of "Palestinian Hizballah."

[2] In the absence of a final official total from New York City authorities, we are using 3,000 as the number of persons killed in the World Trade Center attacks.

2

SHATSKY-008211



*The World Trade Center's South Tower begins to collapse. Estimates were that each jet was carrying approximately 60,000 pounds of jet fuel and traveling at 300 miles per hour when they crashed into the Towers.*

- Guillermo Sobero, one of three US citizens in a group of 20 persons kidnapped on 27 May from a resort on Palawan Island in the southern Philippines by the Abu Sayyaf Group, was subsequently murdered by his captors.

- On 29 May in the West Bank, militants fired on a passing vehicle, killing two persons, including US citizen Sara Blaustein. Two other US citizens were injured in the ambush. The Al-Aqsa Martyrs Brigade claimed responsibility.

- On 9 August in Jerusalem, a suicide bomber walked into a busy downtown restaurant and detonated a 10-pound bomb that he was wearing, killing 15 persons and wounding 130 others. Among the fatalities were US citizens Judith Greenbaum and Malka Roth. Four other US citizens were injured in the explosion. HAMAS claimed responsibility for the attack.

- On 6 October in al-Khobar, Saudi Arabia, a terrorist threw a parcel bomb into a busy shopping area, killing Michael Jerrald Martin, Jr., and wounding five other persons, among them two US citizens.

- On 4 November, Shoshana Ben Yashai was killed in a shooting attack in east Jerusalem near French Hill. The assailant was also killed in the attack, which was claimed by Palestine Islamic Jihad.

SHATSKY-008212

SHATSKY-008213

## Africa Overview

*"The Organization of African Unity (OAU) expresses to the Government and people of the United States of America the full solidarity and the deepest condolence of the OAU and the entire people of Africa over this tragedy which affected not only the people of the USA but humanity as a whole."*

*OAU Communique*
*20 September 2001*



*A victim of the 1998 US Embassy bombing in Nairobi, Kenya reads a newspaper account of the verdict in the New York City trial of the four terrorists.*

There was nearly universal condemnation of the September 11 attacks on the United States among Sub-Saharan African governments. These governments also pledged their support to the war against terrorism. In addition to bilateral cooperation with the United States and the global Coalition, multilateral organizations such as the Organization for African Unity and the Southern African Development Community have committed themselves to fighting terrorism. The shock produced by the September 11 attacks and renewed international cooperation to combat global terrorism is producing a new readiness on the part of African leaders to address the problems of international terrorism. Africa's increased cooperation may help counter the persistent threat and use of terrorism as an instrument of violence and coercion against civilians. Most terrorist attacks in Africa stem from internal civil unrest and spillover from regional wars as African rebel movements and opposition groups employ terrorist tactics in pursuit of their political, social, or economic goals. Countries where insurgent groups have indiscriminately employed terrorist tactics and attacked civilians include the Democratic Republic of the Congo, Liberia and Sierra Leone. International terrorist organizations with Islamic ties, including al-Qaida and Lebanese Hizballah, have a presence in Africa and continue to exploit Africa's permissive operating environment—porous borders, conflict, lax financial systems, and the wide availability of weapons—to expand and strengthen their networks. Further,

these groups are able to flourish in "failed states" or those with weak governments that are unable to monitor the activities of terrorists and their supporters within their borders. Press reports also indicate that terrorists may be using the illicit trade in conflict diamonds both to launder money and to finance their operations.

Sudan, one of the seven state sponsors of terrorism, is discussed in the state sponsorship section of this report.

5

SHATSKY-008214


© AFP

*Ivorians light candles in front of US Embassy in Abidjan on 20 September to honor victims of the September 11 attacks.*

## Angola

Angola made strides in combating terrorism since the September 11 terrorist attacks on the United States. In late November, the National Assembly passed a resolution calling for Angola to participate in regional and international efforts to combat terrorism, to include sharing intelligence, technical expertise, and financial information, and cooperating on legal issues. President dos Santos publicly backed US military actions and supports the Organization for African Unity resolutions against terrorism.

For more than two decades, Angola has been plagued by the protracted civil war between the National Union for the Total Independence of Angola (UNITA) and the Angolan Government. UNITA is believed to have been responsible for several brutal attacks on civilian targets in 2001. Unidentified militants—suspected of being UNITA rebels—ambushed a train killing 256 persons and injuring 161 others in August. Later that month, armed men fired a missile at a passing bus, killing approximately 55 and wounding 10. UNITA rebels are also suspected of attacking a farm in May, killing one person, wounding one, and kidnapping 50 others.

During 2001, violence from the Angolan civil war again spilled over into neighboring Namibia. The Angolan Government, operating on the invitation

---

**Alternate Means of Terrorist Funding? Diamonds and Tanzanite**

*Several media reports made the claim that the al-Qaida network has made millions of dollars from diamonds mined by rebels in Sierra Leone, either by trading them or using them to launder money. Revolutionary United Front (RUF) officials were alleged to have sold millions of dollars in diamonds to Usama Bin Ladin's al-Qaida terrorist network.*

*Similarly, allegations were made linking the sale of tanzanite to al-Qaida financing. Press reports claimed that a former personal secretary to Bin Ladin kept a diary detailing al-Qaida's use of tanzanite to help finance its operations for the past several years.*

*A subsequent claim was made that other radical Islamic groups (including the Lebanon-based Hizballah) transferred millions of dollars made from Congolese diamond sales to their organizations back home.*

*We continue to investigate these claims. The US Government also is cooperating with the United Nations, diamond-producing countries, and diamond-importing countries to develop a certification system for diamonds to prevent "conflict diamonds" from entering the international trading system.*

---

of the Namibian Government, pursued UNITA rebels into Namibia. Border clashes resulted in several attacks. In May, rebels attacked a village killing one person and wounding one other. Earlier in the year, armed men entered a village, abducting eight persons who were taken to Angola and held hostage.

(On 4 April, 2002, shortly after the death of Jonas Savimbi, UNITA leaders signed a cease-fire agreement with the Government of Angola.)

## Djibouti

Djibouti pledged early, strong, and consistent support for the US-led Coalition in the global war on terrorism. Djibouti also hosts Coalition forces from France, Germany, the United Kingdom, and

SHATSKY-008215

the United States. Djibouti closed financial networks suspected of funneling funds for terrorist operations that operated there and issued a Djiboutian executive order that commits the country to cooperate fully with US counterterrorist financial measures.

## Ethiopia

Ethiopia has been another strong supporter of the campaign against terror. The Ethiopian response was immediate and vocal following the September 11 attacks. Ethiopia also has shut down terrorist financial networks operating in its territory. Ethiopia continues to cooperate in examining potential terrorist activity in the region, including in Somalia.

## Kenya

Kenya already had suffered from an al-Qaida attack on the US Embassy in Nairobi in August 1998. Kenya remained a key ally in the region, implementing new measures to impose asset freezes and other financial controls, offering to cooperate with the United States to combat terrorism, and leading the current regional effort toward national reconciliation in Somalia. Kenya is a party to 10 of the 11 antiterrorism conventions and is a signatory to the newest, the 1999 UN Convention for the Suppression of the Financing of Terrorism.

## Nigeria

Nigeria has strongly supported US antiterrorism efforts around the world as well as the military action in Afghanistan. Nigeria led diplomatic efforts in the UN and the Economic Community of West African State (ECOWAS) and in the battle against terrorism. The Nigerian Government has drafted legislation—the Anti-Terrorism, Economic and Financial Crimes Commission Act—that contains explicit criminal sanctions against terrorism and its financing. The Government of Nigeria is



*Aid workers are greeted at Nairobi airport 28 March 2001, after being released by gunmen in Mogadishu, Somalia. Four other aid workers continued to be held hostage.*

committed to preventing its territory—home to Africa's largest Muslim population—from becoming a safehaven for Islamic extremists.

## Senegal

Senegal has been a leader in the African response to the attacks of September 11, with President Abdoulaye Wade's proposed African Pact Against Terrorism. President Wade stressed this issue with many of the continent's leaders during a two-day conference in Dakar in October 2001 and is energizing countries to join the fight via the Organization of African Unity/African Union. The Senegal Central Bank and regional banks based in Dakar have modified regulations to restrict terrorist funding. Senegal has also created a regional counterterrorism intelligence center, using assets of its security and intelligence services along with assistance from the United States. Senegal plans to ratify all remaining UN conventions against terrorism in the near future.

## Somalia

Somalia, a nation with no central government, represents a potential breeding ground as well as safehaven for terrorist networks. Civil war, clan

SHATSKY-008216

conflict, and poverty have combined to turn Somalia into a "failed state," with no one group currently able to govern the entire country, poor or nonexistent law enforcement, and an inability to monitor the financial sector. Some major factions within Somalia have pledged to fight terrorism. However one indigenous group, al-Ittihad al-Islami (AIAI), is dedicated to creating an Islamic state in Somalia, has carried out terrorist acts in Ethiopia, and may have some ties to al-Qaida. AIAI remains active in several parts of Somalia.

In July, gunmen in Mogadishu attacked a World Food Program convoy, killing six persons and wounding several others. In March, extremists attacked a Medecins Sans Frontieres medical charity facility, killing 11 persons, wounding 40, and taking nine hostages. The hostages were later released.

The need for cooperation among Somalia's neighbors in the Horn of Africa is obvious, given the long borders shared with Somalia by Djibouti, Ethiopia, and Kenya. These countries have—individually and, in cooperation with the United States—taken steps to close their ports of entry to potential terrorists, deny use of their banking systems to transfer terrorist-linked assets, and to bring about the peaceful reconciliation and long-term stability that will remove the "failed-state" conditions currently found in Somalia.

### South Africa

South Africa expressed its unreserved condemnation for the 11 September terrorist attacks on the United States. The Government has offered its support for US-led diplomatic efforts to fight terrorism. South Africa also supports the Organization for African Unity's counterterrorism resolution. South Africa continued to experience some incidents of urban terrorism in 2001.

### Uganda

President Yoweri Museveni publicly condemned the 11 September attacks and called upon the world to act together against terrorism. Two

insurgent groups—the Lord's Resistance Army (LRA) in Northern Uganda and the Allied Democratic Forces in Western Uganda—continued military operations aimed at undermining the Kampala government in 2001—resulting in several terrorist attacks that injured foreign nationals. In June, three bombs exploded simultaneously in public areas in Kampala killing one and wounding 19 persons. Suspected LRA rebels ambushed a Catholic Relief Services vehicle in September, killing five persons and wounding two others.

## South Asia Overview

*"Pakistan has a firm position of principle in the international battle against terrorism. We reject terrorism in all its forms and manifestations anywhere in the world."*

*President Pervez Musharraf of Pakistan, following his meeting with President Bush in Washington*

*13 February 2002*

In 2001, South Asia remained a central point for terrorism directed against the United States and its friends and allies around the world. Throughout the region, Foreign Terrorist Organizations (FTOs) committed several significant acts of murder, kidnapping and destruction, including the vicious 13 December attack on India's Parliament. The September 11 attacks focused global attention on terrorist activities emanating from Afghanistan, which became the first military battleground of the war on terrorism. Coalition military objectives in Afghanistan were clear: 1) destroy al-Qaida and its terrorist infrastructure in Afghanistan; 2) remove the Taliban from power; and 3) restore a broadly representative government in Afghanistan. All countries in South Asia have strongly supported the Coalition effort against terrorism. The challenge from here is to turn that support into concrete action that will, over time, significantly weaken the threat posed by terrorists in and from the region.

Some clear and important signs of fresh thinking are already apparent. After September 11, Pakistan's President, Gen. Pervez Musharraf, made significant changes to Pakistan's policy and has rendered unprecedented levels of cooperation to support the war on terrorism. Pakistan not only

SHATSKY-008217



*US President George W. Bush with Pakistan's President Gen. Pervez Musharraf at a joint press conference in New York on 10 November. President Musharraf strongly condemned the September 11 terrorist attacks and conveyed the sympathy and solidarity of the people and Government of Pakistan to the people and Government of the United States.*

broke its previously close ties with the Taliban regime but also allowed the US military to use bases within the country for military operations in Afghanistan. Pakistan sealed its border with Afghanistan to help prevent the escape of fugitives and continues to work closely with the United States to identify and detain fugitives. Musharraf also has taken important steps against domestic extremists, detaining more than 2,000 including Jaish-e-Mohammed leader Maulana Masood Azhar.

In Sri Lanka, there are fragile indications of a possible peaceful settlement to the decades-old conflict between the Sri Lankan Government and the Liberation Tigers of Tamil Eelam (LTTE). In 2001, the LTTE was responsible for the devastating attack on the colocated international and military airports north of Colombo. In December, however, the LTTE and the Government of Sri Lanka established a cease-fire brokered by Norway. The United States continues to support the Norwegian Government's facilitation effort and its focus on helping to bring about a negotiated settlement of the conflict. Despite the possibility of positive change, the US will continue to maintain the LTTE on its Foreign Terrorist Organization List until the group no longer poses a terrorist threat.

## Afghanistan

After years of ignoring calls from the international community to put an end to terrorist activities within its borders, the Taliban, which controlled most Afghan territory, became the first military target of the US-led coalition against terrorism. During the first three quarters of 2001, Islamic extremists from around the world—including North America, Europe, Africa, the Middle East, and Central, South, and Southeast Asia—used Afghanistan as a training ground and base of operations for their worldwide terrorist activities. Senior al-Qaida leaders were based in Afghanistan, including Usama Bin Ladin, wanted for his role in the September 11 terrorist attacks in New York, Washington, and Pennsylvania as well as for his role in the 1998 US Embassy bombings in Kenya and Tanzania. The al-Qaida leadership took advantage of its safehaven in Afghanistan to recruit and train terrorists, to manage worldwide fundraising for its terrorist activity, to plan terrorist operations, and to conduct violent anti-American and antidemocratic agitation to provoke extremists in other countries to attack US interests and those of other countries. This was punctuated by the horrendous attacks on the United States in September. The attacks brought a forceful military response from the US and the international Coalition. Our war against the Taliban and al-Qaida has been very successful, and Afghans now serve side-by-side with US and other Coalition forces in military operations to eliminate the remnants of Taliban and al-Qaida fighters in the country.

In a UN-sponsored process in Bonn, Germany, Afghans representing various factions agreed to a framework that would help Afghanistan end its tragic conflict and promote national reconciliation, lasting peace, and stability. Included in the text of the Bonn agreement that established Afghanistan's Interim Authority was a promise by the international community to help rebuild Afghanistan as part of the fight against terrorism.

SHATSKY-008218

## The Taliban

After taking power in 1996, the Taliban regime in Afghanistan operated one of the most repressive and abusive regimes in the world. By 2001 the regime controlled approximately 90 percent of the country and was engaged in a war for the remaining territory with the Northern Alliance, which had previously governed the country and was still recognized by most nations and the United Nations as the legitimate government.

Taliban-controlled Afghanistan became a major terrorist hub, a training ground and transit point for a network of informally linked individuals and groups that have engaged in international militant and terrorist acts throughout the world. Usama Bin Ladin and al-Qaida terrorists provided the Taliban with training, weapons, soldiers, and money to use in its war to defeat the Northern Alliance. The Taliban in turn provided safehaven and logistical facilities to al-Qaida.

The United Nations Security Council imposed sanctions on the Taliban in December 2000 for its failure to stop providing training and support to international terrorists, to turn over Usama Bin Ladin to face justice, and to close terrorist camps in Afghanistan.

The sanctions obliged member states to:

• Freeze assets of Usama Bin Ladin;

• Observe an arms embargo against the Taliban;

• Close all Taliban offices overseas;

• Reduce the staff at Taliban missions abroad;

• Restrict the travel of senior Taliban officials (except for purposes of participation in peace negotiations, or humanitarian reasons, including religious obligations);

• Ban the export of a chemical used in the production of heroin; and

• Close Ariana Afghan Airlines, and ban non-humanitarian flights.

The United States repeatedly warned Taliban officials that they would be held responsible for any terrorist attacks undertaken by Bin Ladin as long as he remained in Taliban-controlled territory. In the wake of the September 11 attacks, President Bush warned: either hand over Bin Ladin and his associates or share their fate. The Taliban chose the latter. They were driven from power in the first few weeks of Operation Enduring Freedom.

---

In turn, in January 2002 the international community pledged $4.5 billion in assistance to the people of Afghanistan to help them recover from the ravages of Taliban rule.

### India

India was itself a target of terrorism throughout the year but unstintingly endorsed the US military response to the September 11 attack and offered to provide the US with logistic support and staging areas. To address internal threats, the Indian cabinet approved in October an ordinance granting sweeping powers to security forces to suppress terrorism. Since then, at least 25 groups have been put on the Indian Government's list of "terrorist organizations" and declared "unlawful." The Union Home Ministry asked all other ministries to create a centralized point for sorting Government mail after a powder-laced letter was discovered in late October at the office of the Home Minister. The Ministry also deployed additional security forces to guard important installations following a suicide attack in October on an Indian Air Force base in the Kashmir Valley. The security posture was significantly upgraded, including large-scale mobilization of Indian Armed Forces, following the attack in December on India's Parliament.

Security problems associated with various insurgencies, particularly in Kashmir, persisted through 2001 in India. On 1 October, 31 persons were killed and at least 60 others were injured when militants detonated a bomb at the main entrance of the Jammu and Kashmir legislative

10

SHATSKY-008219



*Secretary of State Colin L. Powell meets with Indian External Affairs Minister Jaswant Singh in New Delhi on 16 October 2001.*

assembly building in Srinagar. The Kashmiri terrorist group Jaish e-Mohammed claimed responsibility for the attack. On 13 December an armed group attacked India's Parliament in New Delhi. The incident resulted in the death of 13 terrorists and security personnel. India has blamed FTOs Lashkar-e-Tayyiba and Jaish e-Mohammed for the attack and demanded that the Government of Pakistan deal immediately with terrorist groups operating from Pakistan or Pakistan-controlled territory. India also faced continued violence associated with several separatist movements based in the northeast. (On 22 January 2002, armed gunmen fired on a group of police outside the American Center in Kolkata, (Calcutta), killing four and wounding at least nine. The investigation of this attack is ongoing. Although no US citizens were injured, Indian police have indicated that the American Center was deliberately chosen. One US contract guard was injured in the assault.)

The Indian Government continued cooperative bilateral efforts with the United States against terrorism, including extensive cooperation between US and Indian law-enforcement agencies. The US-India Counterterrorism Joint Working Group—founded in November 1999—met in June 2001 in Washington and January 2002 in New Delhi and included contacts between interagency partners from both governments. The group agreed to pursue even closer cooperation on shared counterterrorism goals and will reconvene in Washington in summer 2002.

## Nepal

Nepal was an early and strong supporter of the Coalition against global terrorism and of military operations at the onset of Operation Enduring Freedom, agreeing to allow access to their airports and airspace.

Like India, Nepal was more a target of terrorism—primarily from indigenous Maoist revolutionaries—than a base for terrorism against the United States. The indigenous Maoist insurgency now controls at least five districts, has a significant presence in at least 17 others, and at least some presence in nearly all the remaining 53 districts. Until recently, the Government used the police to address the increase in Maoist activity, but elements of the Nepalese Army were being deployed in July 2001.

Prime Minister Sher Bahadur Deuba came to power in July pledging to resolve the conflict through a negotiated peace. The Government and the Maoists agreed to a cease-fire and held three rounds of talks, during which Deuba announced plans for significant social reform that addressed some of the Maoists' economic and social concerns. The Maoists ultimately walked away from the talks and the cease-fire, and on 23 November launched simultaneous nationwide terrorist attacks. The Government declared a state of emergency. In mid-2001The Maoists began expanding their operations with attacks on officials and commercial enterprises. Prospects for negotiations in the near future are very dim.

The Maoists often have used terrorist tactics in their campaign against the Government, including targeting unarmed civilians. Of particular concern

11

SHATSKY-008220

is the increase in the number of attacks against international relief organizations and US targets. (For example, terrorists burned the CARE International building when they attacked the town of Mangalsen 16-17 February 2002.) Before that attack, on 15 December, a US Embassy local employee was murdered. Nepalese police and US officials are still investigating the December killing. So far, no motive for the attack has been established and no suspects have been identified.

(A small bomb exploded at the Coca-Cola factory in Bharatpur, southwest of Kathmandu, the evening of 29 January 2002. The bomb caused only slight damage, and there were no injuries.) A similar device was set off at the Coca-Cola bottling plant in Kathmandu in late November. No US citizens are employed at either Coca-Cola plant.

## Pakistan

After September 11, Pakistan pledged and provided full support for the Coalition effort in the war on terrorism. Pakistan has afforded the United States unprecedented levels of cooperation by allowing the US military to use bases within the country. Pakistan also worked closely with the United States to identify and detain extremists and to seal the border between Pakistan and Afghanistan. (In February 2002, the United States and Pakistan agreed to institutionalize counterterrorism exchanges as a component of a newly created, wide-ranging Law Enforcement Joint Working Group.)

As of November, Islamabad had frozen over $300,000 in terrorist-related assets in several banks. In December President Pervez Musharraf announced to the Government a proposal to bring Pakistan's madrassas (religious schools)—some of which have served as breeding grounds for extremists—into the mainstream educational system. Pakistan also began sweeping police reforms, upgraded its immigration control system, and began work on new anti-terrorist finance laws.



*Pakistani police escort Ahmed Omar Sheik from police station to high court in Karachi on 25 February 2002. The British-born Islamic radical is accused of masterminding the kidnapping of murdered Wall Street Journal reporter Daniel Pearl.*

In December, Musharraf cracked down on "anti-Pakistan" extremists and, by January 2002, Pakistani authorities had arrested more than 2,000 including leaders of the Lashkar-e-Tayyiba (LT), and Jaish-e-Mohammed (JEM), both designated as Foreign Terrorist Organizations—as well as the Jamiat Ulema-I-Islami (JUI), a religious party with ties to the Taliban and Kashmiri militant groups. Pakistani support for Kashmiri militant groups designated as Foreign Terrorist Organizations waned after September 11. Questions remain, however, whether Musharraf's "get tough" policy with local militants and his stated pledge to oppose terrorism anywhere will be fully implemented and sustained.

SHATSKY-008221

**Daniel Pearl**



*Daniel Pearl, 38-year-old reporter and chief of the Wall Street Journal's South Asia bureau for two years, was kidnapped in Karachi, Pakistan, on 23 January 2002. He had been researching a story linking the alleged shoe-bomber Richard Reid with al-Qaida and various Islamic radical groups in Pakistan. His kidnappers sent e-mail messages accusing Pearl of being a spy and listing numerous demands.*

*For weeks Daniel Pearl's fate was unknown. President Bush and President Musharraf condemned the kidnapping and stated that no concessions would be made to terrorists.*

*Pakistani law enforcement officials worked tirelessly to locate Pearl and his abductors, and US Embassy officials cooperated closely in the investigation. On 21 February it was learned that Mr. Pearl was murdered by his captors.*

*Police in Karachi made several arrests in the case, including Ahmed Omar Sheik. Sheik spent five years in prison on a charge of kidnapping three British citizens and one US citizen in 1994. In 1999, hijackers took over Indian Airlines flight 814 en route from Nepal to India and forced the plane to land in Kandahar, Afghanistan. In exchange for the 155 persons aboard, they demanded the*

*release from an Indian prison of Sheik and Masood Azhar, founder of the Jaish-e-Mohammed, which the United States designated a Foreign Terrorist Organization in 2001. The Government of India released them.*

*President Bush said: "Those who threaten Americans, those who engage in criminal barbaric acts, need to know that these crimes only hurt their cause, and only deepen the resolve of the United States of America to rid the world of these agents of terror." The Department of State called the murder of Mr. Pearl "an outrage" and said the United States and Pakistan "are committed to identifying all the perpetrators in this crime and bringing them to justice."*

*"His murder is an act of barbarism that makes a mockery of everything Danny's kidnappers claimed to believe in," read a statement by Peter Kann, publisher of the Wall Street Journal, and Paul Steiger, the newspaper's managing editor. "They claimed to be Pakistani nationalists, but their actions must surely bring shame to all true Pakistani patriots."*

*Daniel Pearl leaves behind his wife, French journalist Marianne, who at the time of his murder was seven months pregnant with their first child.*

*The murder of Daniel Pearl underscores the importance of not making concessions to terrorists, the dangers faced by journalists around the world, the nature of the current terrorist threat, and the need to maintain vigilance and take appropriate security precautions.*

## Sri Lanka

Sri Lanka declared support for US-led military action in Afghanistan following the September 11 attacks and welcomed US resolve to root out terrorism wherever it exists. On 1 October the Government of Sri Lanka issued a statement of support and ordered that all financial institutions notify the Central Bank of transactions by named terrorists. The Government has issued a freeze order on certain terrorist assets and has promulgated regulations to meet requirements

under UNSCR 1373. Colombo has taken measures since September to strengthen domestic security such as posting extra security forces at sites that may be particularly vulnerable to attack and acceding to the Convention on Plastic Explosives—a weapon favored by domestic terrorists.

In early 2001 the Liberation Tigers of Tamil Eelam (LTTE) continued its unilateral cease-fire, begun in late 2000. In April it broke the cease-fire and

SHATSKY-008222

resumed a high level of violence against government, police, civilian, and military targets. On 24 July the LTTE carried out a large-scale attack at the colocated military and international airports north of Colombo, causing severe damage to aircraft and installations. An LTTE attack in November killed 14 policemen and wounded 18 others, including four civilians. Also in November, LTTE members were implicated in the assassination of an opposition politician who had planned to run in December's parliamentary elections. There were no confirmed cases of LTTE or other terrorist groups targeting US citizens or businesses in Sri Lanka in 2001.

On 24 December, the LTTE began a one-month cease-fire. Shortly thereafter, the newly elected Sri Lankan Government reciprocated and announced its own unilateral cease-fire. (In 2002, both parties renewed the cease-fire monthly and continued to work with the Norwegian Government in moving the peace process forward. On 21 February 2002, both sides agreed to a formal cease-fire accord. There have been no significant incidents of violence attributed to the LTTE since the December 2001 cease-fire. On 21 January the LTTE repatriated 10 prisoners it had been holding—seven civilians it had captured in 1998 and three military officers held since 1993. It is unknown how many other captives the LTTE continues to hold hostage.)

The United States continues strongly to support Norway's facilitation effort and is helping to bring about a negotiated settlement of the conflict. Agreement by both sides for direct discussions is a hopeful sign. Nonetheless, given the ruthless and violent history of the LTTE (including acts within the past year), and its failure to renounce terrorism as a political tool, the United States maintains the LTTE on its Foreign Terrorist Organization List.

## East Asia Overview

In the wake of the September 11 events, East Asian nations were universal in their condemnation of the attacks, with most providing substantial direct support to the war on terrorism and making significant progress in building indigenous counterterrorism capabilities. Shutting down and apprehending al-Qaida-linked terrorists cells were achievements that drew headlines, but perhaps just as importantly, several states and independent law-enforcement jurisdictions (Hong Kong, for example) strengthened their financial regulatory and legal frameworks to cut off terrorist groups from their resource base and further restrict the activities of terrorists still at large.

The Government of Japan fully committed itself to the global Coalition against terrorism including providing support for the campaign in Afghanistan. Japan was also active in the G-8 Counterterrorism Experts' Group, participating in developing an international counterterrorism strategy to address such concerns as terrorist financing, the drug trade, and mutual legal assistance.

For the first time in history, Australia invoked the ANZUS treaty to provide general military support to the United States. Australia was quick to sign the UN Convention for the Suppression of Terrorist Financing, less than seven weeks after September 11. Australia prepared new counterterrorism legislation, implemented UN resolutions against terrorism, and took steps to freeze assets listed in US Executive Order 13224. It has contributed $11.5 million to Afghan relief and has committed troops and equipment to fight in Operation Enduring Freedom (OEF).

14

SHATSKY-008223

New Zealand sent troops to Afghanistan in support of OEF and fully supports UN resolutions and the US executive order on terrorist financing. New Zealand has new regulations and legislation to implement those resolutions and deployed a C-130 aircraft to Afghanistan for humanitarian relief operations.

The Philippines, under President Macapagal-Arroyo's leadership, has emerged as one of our staunchest Asian allies in the war on terrorism. Macapagal-Arroyo was the first ASEAN leader to voice support for the United States in the wake of the September 11 terrorist attacks. She immediately offered the US broad overflight clearances; use of military bases, including Clark and Subic, for transit, staging, and maintenance of US assets used in Operation Enduring Freedom; enhanced intelligence cooperation; logistics support, including medical personnel, medical supplies, and medicines; and Philippine troops for an international operation, dependent on Philippine congressional approval. Macapagal-Arroyo also spearheaded efforts to forge an ASEAN regional counterterrorism approach.

South Korea has given unconditional support to the US war on terrorism and pledged "all necessary cooperation and assistance as a close US ally in the spirit of the Republic of Korea-United States Mutual Defense Treaty." To that end, South Korea contributed air and sea transport craft and a medical unit in support of the military action in Afghanistan. It also has provided humanitarian relief and reconstruction funds to help rebuild that country. South Korea also has strengthened its domestic legislation and institutions to combat financial support for terrorism, including the creation of a financial intelligence unit. It also has made an important diplomatic contribution as President of the United Nations General Assembly during this critical period.

China, which also has been a victim of terrorism, provided valuable diplomatic support to our efforts against terrorism, both at the United Nations and in the South and Central Asian regions, including financial and material support for the Afghan Interim Authority. Beijing has

agreed to all our requests for assistance, and we have established a counterterrorism dialogue at both senior and operational levels.

At year's end, however, much remained to be done. Trafficking in drugs, persons, and weapons, as well as organized crime and official corruption, remain as serious problems and potential avenues of operation for terrorists to exploit.

Southeast Asian terrorist organizations with cells linked to al-Qaida were uncovered late in the year by Singapore and Malaysia. The groups' activities, movements, and connections crossed the region, and plans to conduct major attacks were discovered. Singapore detained 13 Jemaah Islamiah members in December, disrupting a plot to bomb the US and other Embassies, and other targets in Singapore (see case study). Malaysia arrested dozens of terrorist suspects in 2001, and investigations, broadening across the region at the end of the year, revealed the outline of a large international terrorist network. The multinational nature of the Jemaah Islamiah network illustrated for most countries in East Asia the crucial need for effective regional counterterrorism mechanisms. In a move that bodes well for the region's efforts, the ASEAN Regional Forum undertook an extensive counterterrorism agenda.

Several East Asian nations suffered terrorist violence in 2001, mostly related to domestic political disputes. The Abu Sayyaf Group (ASG) in the Philippines repeated the type of kidnappings endemic to the Philippines in 2000. On 27 May, the ASG kidnapped three US citizens and 17 others from a resort in the southern Philippines. Among many others, one US citizen was brutally murdered, and two US citizens and one Filipino remained hostages at year's end. Indonesia, China, and Thailand also suffered a number of bombings throughout the year, many believed by authorities to be the work of Islamic extremists in those countries; few arrests have been made, however.

North Korea, one of the seven state sponsors of terrorism, is discussed in the state sponsorship section of this report.

15

SHATSKY-008224

## Burma

Burma issued a letter to the United Nations on 30 November outlining its commitment to counterterrorism. The Government stated its opposition to terrorism and declared government officials would not allow the country to be used as a safehaven or a location for the planning and execution of terrorist acts. The letter also indicated the country had signed the UN Convention for the Suppression of Financing of Terrorism on 12 November, and the Government provided banks and financial institutions with the names of all terrorists and terrorist organizations listed under UN Security Council Resolution 1333. The letter declared that the Government of Burma would cooperate in criminal investigations of terrorism and bring terrorists to justice "in accordance with the laws of the land." Burma had signed six of the 12 counter-terrorism conventions and was considering signing the other six. Drug trafficking and related organized crime are additional challenges in Burma that present terrorists with opportunities to exploit.

## China

Chinese officials strongly condemned the September 11 attacks and announced China would strengthen cooperation with the international community in fighting terrorism on the basis of the UN Charter and international law. China voted in support of both UN Security Council resolutions after the attack. It's vote for Resolution 1368 marked the first time it has voted in favor of authorizing the international use of force. China also has taken a constructive approach to terrorism problems in South and Central Asia, publicly supporting the Coalition campaign in Afghanistan and using its influence with Pakistan to urge support for multinational efforts against the Taliban and al-Qaida. China and the United States began a counterterrorism dialogue in late-September, which was followed by further discussions during Ambassador Taylor's trip in December to Beijing. The September 11 attacks added urgency to discussions held in Washington, DC, Beijing, and Hong Kong. The results have been encouraging and concrete; the



*President George W. Bush and Chinese President Jiang Zemin hold a joint news conference following their meeting in Beijing, 21 February 2002.*

Government of China has approved establishment of an FBI Legal Attache in Beijing and agreed to create US-China counterterrorism working groups on financing and law enforcement.

In the wake of the attacks, Chinese authorities undertook a number of measures to improve China's counterterrorism posture and domestic security. These included increasing its vigilance in Xinjiang, western China, where Uighur separatist groups have conducted violent attacks in recent years, to include increasing the readiness levels of its military and police units in the region. China also bolstered Chinese regular army units near the borders with Afghanistan and Pakistan to block terrorists fleeing from Afghanistan and strengthening overall domestic preparedness. At the request of the United States, China conducted a search within Chinese banks for evidence to attack terrorist financing mechanisms.

A number of bombing attacks—some of which were probably separatist-related—occurred in China in 2001. Bomb attacks are among the most common violent crimes in China due to the scarcity of firearms and the wide availability of explosives for construction projects.

China has expressed concern that Islamic extremists operating in and around the Xinjiang-Uighur Autonomous Region who are opposed to Chinese rule received training, equipment, and inspiration from al-Qaida, the Taliban, and other extremists in

16

SHATSKY-008225

Afghanistan and elsewhere. Several press reports claimed that Uighurs trained and fought with Islamic groups in the former Soviet Union, including Chechnya.

Two groups in particular are cause for concern: the East Turkestan Islamic Party (ETIP) and the East Turkestan Liberation Organization (or Sharki Turkestan Azatlik Tashkilati, known by the acronym SHAT). ETIP was founded in the early 1980s with the goal of establishing an independent state of Eastern Turkestan and advocates armed struggle. SHAT's members have reportedly been involved in various bomb plots and shootouts.

Uighurs were found fighting with al-Qaida in Afghanistan. We are aware of credible reports that some Uighurs who were trained by al-Qaida have returned to China.

Previous Chinese crackdowns on ethnic Uighurs and others in Xinjiang raised concerns about possible human-rights abuses. The United States has made clear that a counterterrorism campaign cannot serve as a substitute for addressing legitimate social and economic aspirations.

### Indonesia

Immediately after the September 11th attacks, President Megawati expressed public support for a global war on terrorism and promised to implement UN counterterrorism resolutions. The Indonesian Government, however, said it opposed unilateral US military action in Afghanistan. The Government has since taken limited action in support of international antiterrorist efforts. It made some effort to bring its legal and regulatory counterterrorism regime up to international standards. Although often slow to acknowledge terrorism problems at home, Indonesia also has taken some steps against terrorist operations within its borders. Police interviewed Abu Bakar Baasyir, leader of the Majelis Mujahadeen Indonesia, about his possible connections to Jemaah Islamiah or Kumpulan Mujahidin Malaysia (KMM). Police arrested a Malaysian in August when he was wounded in an attempt to detonate a bomb at a Jakarta

shopping mall. Two Malaysians were arrested in Indonesia thus far in conjunction with the bombing of the Atrium shopping mall. In addition, Indonesia has issued blocking orders on some of the terrorists as required under UN Security Council Resolution 1333, and bank compliance with freezing and reporting requirements is pending. At the end of the year the United States remained concerned that terrorists related to al-Qaida, Jemaah Islamiyah, and KMM were operating in Indonesia.

Radical Indonesian Islamic groups threatened to attack the US Embassy and violently expel US citizens and foreigners from the country in response to the US-led campaign in Afghanistan. A strong Indonesian police presence prevented militant demonstrators from attacking the compound in October. One of the most vocal of the Indonesian groups, Front Pembela Islam (Islamic Defenders Front), had previously threatened US citizens in the country.

Press accounts reported over 30 major bombing incidents throughout the archipelago, including blasts in June and December at the US-owned ExxonMobil facility in Aceh Region. Unidentified gunmen also kidnapped and assassinated several prominent Indonesians during the year, including a Papuan independence activist and a leading Acehnese academic. Officials made little progress in apprehending and prosecuting those responsible for the bombings in 2001, having arrested only five persons. Laskar Jihad, Indonesia's largest radical group, remained a concern at year's end as a continuing source of domestic instability.

Communal violence between Christians and Muslims in the Provinces of Maluku and Central Sulawesi continued in 2001. Several villages were razed in Sulawesi in November and December, leading to a major security response from the Indonesian military.

(Indonesia and Australia signed an Memorandum of Understanding on counterterrorism cooperation in early 2002, preparing the way for concrete actions against the spread of terrorism in Southeast Asia.)

17

SHATSKY-008226

## Japan

Japan acted with unprecedented speed in responding to the September terrorist attacks in the United States. Prime Minister Koizumi led an aggressive campaign that resulted in new legislation allowing Japan's Self Defense Forces to provide substantial rear area support for the campaign in Afghanistan. The Government has frozen suspected terrorist assets and maintains a watch list that contains nearly 300 groups and individuals. The Government has signed all 12 terrorism-related international conventions and is moving quickly with legislation to approve the sole treaty Japan has not ratified, the International Convention for the Suppression of the Financing of Terrorism.

## Laos

The Laotian Government has stated it condemns all forms of terrorism and supports the global war on terrorism. The Bank of Laos has issued orders to freeze terrorist assets and instructed banks to locate and seize such assets. Laos, however, has been slow to ratify international conventions against terrorism. Public and Government commentary on the US–led war on terrorism has been overwhelmingly supportive.

## Malaysia

Malaysian Prime Minister Mahathir condemned the September 11 attacks as unjustified and made a first-ever visit to the US Embassy to sign the condolence book and express solidarity with the United States in the fight against international terrorism. The Malaysian Government cooperated with international law-enforcement and intelligence efforts, made strides in implementing financial counterterrorism measures, aggressively pursued domestic counterterrorism before and after September 11, and increased security surrounding the US Embassy and diplomatic residences. The Government in October expressed strong reservations about US military action in Afghanistan.

Malaysia suffered no incidents of international terrorism in 2001, although Malaysian police authorities made a series of arrests of persons associated with regional Islamic extremist groups with al-Qaida links. Between May and December close to 30 members of the domestic Kumpulan Mujahidin Malaysia (KMM) group and an extremist wing of KMM were arrested for activities deemed threatening to Malaysia's national security. KMM detainees were being held on a wide range of charges, to include planning to wage a *jihad*, possessing weaponry, carrying out bombings and robberies, murdering a former state assemblyman, and planning attacks on foreigners, including US citizens. Several of the arrested militants reportedly underwent military training in Afghanistan, and several key leaders of the KMM are also deeply involved in Jemaah Islamiah. Jemaah Islamiah is alleged to have ties not only to the KMM, but to Islamic extremist organizations in Indonesia, Singapore, and the Philippines; Malaysian police also have been investigating whether Jemaah Islamiah has connections to September 11 terrorist suspect Zacharias Moussaoui.

Nineteen members of the Malaysian Islamist sect al-Ma'unah, who were detained in July 2000 following the group's raid on two military armories in northern Malaysia, were found guilty of treason in their bid to overthrow the Government and establish an Islamic state. Sixteen members received life sentences while the remaining three were sentenced to death. Ten other members had pleaded guilty earlier to a reduced charge of preparing to wage war against the king and were sentenced to 10 years in prison, although the sentences of two were reduced to seven years on appeal. An additional 15 al-Ma'unah members remained in detention under the Internal Security Act.

## Philippines

Philippine President Macapagal-Arroyo has been Southeast Asia's staunchest supporter of the international counterterrorism effort, offering medical assistance for Coalition forces, blanket

18

SHATSKY-008227


*Armed terrorists use Filipino hostages as human shields after seizing them in Zamboanga in late November 2001.*


*Filipino hostages run to Philippine Government troops after escaping from their Abu Sayyaf Group captors on 2 June 2001. Members of the terrorst group took over a church and a hospital in Lamitan and held 200 persons hostage.*

overflight clearance, and landing rights for US aircraft involved in Operation Enduring Freedom. After marathon sessions, the Philippine Congress passed the Anti-Money-laundering Act of 2001 on 29 September. This legislation overcame vocal opposition and passed quickly as the Philippine Congress took steps to support the international effort to freeze terrorist assets throughout the world. In addition, the Philippine military, with US training and assistance, in October intensified its offensive against the terrorist Abu Sayyaf Group (ASG)—which has been involved in high-profile kidnappings for many years.

Small radical groups in the Philippines continued attacks against foreign and domestic targets in 2001. The ASG, designated a Foreign Terrorist Organization by the US Government in 1997 and redesignated in 1999 and 2001, kidnapped three US citizens and 17 Filipinos in May from a resort on Palawan Island in the southern Philippines. Of the original 20 hostages kidnapped, 15 escaped or were ransomed; three hostages (including Guillermo Sobero, a US citizen) were murdered; and two US citizens remained captive at year's end. The "Pentagon Gang" kidnap-for-ransom group, which is responsible for the kidnap and/or murder of Chinese, Italian, and Filipino nationals in 2001, was added to the US Terrorism Exclusion List (TEL) in December.

Peace talks with the Communist Party of the Philippines/New People's Army (CPP/NPA) began in April but broke down in June after the NPA, the military wing of the CPP, claimed responsibility for the assassination on 12 June of a Philippine congressman from Cagayan. The Alex Boncayao Brigade (ABB)—a breakaway CPP/NPA faction—engaged in intermittent fighting with Philippine security forces during the year.

19

SHATSKY-008228

### Singapore: A Terrorist Plot Thwarted



© Reuters

*The USS Kitty Hawk sailed past Singapore's business district in May 2000. The Singapore Government says suspected Islamic extremists planned to attack several US naval vessels moored off the coast of Singapore.*

*The plots were complex; the means well contrived. The US Embassy, the US Navy, and other facilities were the targets of planned terrorist attacks that were discovered—and quickly thwarted—by Singapore authorities.*

*An island of 4 million inhabitants, including 17,000 US citizens, Singapore is known as a nation of laws. "Singapore is so small, no matter how small you are in size, eventually people do talk about it, and we get information," said Home Minister Wong Kan Seng. "So it happened that we got specific information last year."*

*Following the September 11 attacks on the World Trade Center and the Pentagon, the Singapore Government began to investigate a possible terrorist cell within its borders. In December, Singapore authorities detained 15 suspects—two were subsequently released—all members of the clandestine Jemaah Islamiyah or "Islamic Group." The suspects are being held in custody under the Internal Security Act, which allows for a two-year detention without trial. Decisions on a trial will be made when the investigation is complete.*

*The terrorists had photographed the Embassy several times. Procurement had begun on 21 tons of explosive material, enough to make a series of devastating truck bombs. Four tons of bombmaking chemicals to be used in the plot remained at large at the time this was written. (Two tons had been used to vicious effect in the Oklahoma City bombings; the terrorists wanted enough to level several buildings in Singapore.) The main target was to be the US Embassy. Surveillance was also conducted against allied embassies and US companies.*

*The US Embassy in Singapore played a key role in the disruption of the terrorist network. The Singapore Government contacted the US Embassy on 14 December to warn that the Embassy was the target of a planned terrorist attack, enabling Embassy personnel to take preventative measures. US Ambassador to Singapore Frank Lavin explained, "For 10 days, the US Embassy task force knew we were the target of a massive terrorist attack, but no one took unscheduled leave or even missed a day." The operational security of the Embassy was maintained, despite the knowledge that the terrorists were monitoring the Embassy. The subsequent arrests of the terrorist suspects can be partially attributed to the dedication of the US Embassy personnel who conducted themselves with the utmost professionalism, and who maintained confidentiality, despite knowing they were being targeted by terrorists.*

*While the Singapore authorities were tracking and arresting the terrorist plotters, an important discovery was made thousands of miles away that shed light on how the attacks were to be planned and staged. Incriminating videotape was found in the rubble of an al-Qaida leader's home in Afghanistan that showed surveillance footage of the specific targets, including the subway station used by US military personnel in Singapore. Handwritten notes in Arabic accompanied the tape and*

Distinguishing between political and criminal motivation for many of the terrorist-related activities in the Philippines continued to be problematic, most notably in the numerous cases of kidnapping for ransom in the southern

Philippines. Both Islamist separatists and Communist insurgents sought to extort funds from businesses in their operating areas, occasionally conducting reprisal operations if money was not paid.

20

SHATSKY-008229

**Singapore: A Terrorist Plot Thwarted** (Continued)

provided further details of what was to have been a cold-blooded terrorist strike; Singaporeans watching the tape on television were shocked to hear a locally accented voice calmly commenting on how the bombs might be best planted to do maximum damage to passers-by.

According to the Singapore Government, the Jemaah Islamiyah had cells in Malaysia and Indonesia and was led by Malaysian permanent resident Hambali Nurjaman Riduan, an Indonesian national and successor to the group's former leader, who had been arrested by Malaysian authorities in June 2001.

Malaysia also arrested more than two dozen suspected terrorists in late 2001 and early 2002. Indonesian authorities questioned Abu Bakar Ba'asyir, a suspected leader of terrorist cells in Malaysia who admitted to an association with Fathur Rohman al-Ghozi, who was arrested in the Philippines in January 2002. The Singapore surveillance videotape with handwritten notes found in Afghanistan indicated a clear link between the suspected terrorists in custody and al-Qaida.

"The new finding shows a very direct link between the Jemaah Islamiyah group detained here and the al-Qaida leaders in Afghanistan," said Mr. Wong Kan Seng, the Minister for Home Affairs.

Furthermore, according to the Singapore Government, eight of the 13 arrested individuals trained in al-Qaida camps in Afghanistan. The camps provided instruction specifically on the use of AK-47s and mortars, along with military tactics. There is also evidence that the terrorists began exploring targets in Singapore in 1997.

Singaporean security officials remain on alert, as their terrorism investigation continues. According to US Defense Secretary Donald H. Rumsfeld, the Singapore Government "acted with dispatch" and

dealt with the terrorist plot in an extremely effective manner.

As a result of the arrests in Singapore, the Philippines Government discovered and prevented an additional terrorist plot in that country which resulted in the arrest of several suspected terrorists with links to those detained in Singapore. Philippines officials also seized more than a ton of TNT and explosive boosters from al-Ghozi, who was arrested shortly before he was to fly to Bangkok, Thailand. The TNT was believed to be part of the group's arsenal of bombing materials.

The discovery of the terrorist plot against US and other foreign interests in Singapore and the arrest of suspects with ties to other countries underscores the need for global cooperation in the war against terror. It demonstrates the value of timely and accurate intelligence and shows how the discovery of a terrorist plot in one country can lead authorities to an entire matrix of terrorist cells in another when their governments work together. Further cooperation between governments is crucial in apprehending terrorists who are still at large.

Singapore's Permanent Representative to the United Nations spoke of the global coalition against terrorism when he addressed the General Assembly in October:

"We realize that it will be a long and uphill struggle to make the world safer from terrorism. This is a deep-rooted problem that will not go away easily. The terrorists have built up a sophisticated and complex global network, and other societies too are at risk. Countering terrorism must therefore be a global endeavor. "

Singapore

Singapore Prime Minister Goh strongly condemned the September 11 attacks on New York City and Washington, unequivocally affirming

support for US antiterrorism efforts. Singapore was supportive of war efforts in Afghanistan and contributed funds and material to Afghanistan for humanitarian relief. More broadly, the Government quickly passed omnibus legislation intended

21

SHATSKY-008230

to enable it to comply with mandatory UN Security Council Resolutions and was instrumental in uncovering and disrupting international terrorists operating in Southeast Asia.

Singapore did not experience any incidents of domestic or international terrorism in 2001, but police officials in December disrupted an al-Qaida-linked extremist organization called Jemaah Islamiyah whose members were plotting to attack US, British, Australian, and Israeli interests in Singapore. Thirteen individuals were detained, and investigations were continuing at the end of 2001 (for a detailed account of the Jemaah Islamiyah arrests, see case study).

As a regional transportation, shipping, and financial hub, Singapore plays a crucial role in international efforts against terrorism. Efforts were continuing at year's end to make improvements to security in all of these areas, including, in particular, the collection of detailed data on all cargoes passing through Singapore's port.

## Taiwan

Taiwan President Chen committed publicly on several occasions, including soon after the September 11 attacks, that Taiwan would "fully support the spirit and determination of the antiterrorist campaign, as well as any effective, substantive measures that may be adopted." Taiwan announced that it would fully abide by the 12 UN counterterrorism conventions, even though it is not a member of the United Nations. Taiwan strengthened laws on money laundering and criminal-case-procedure law in the aftermath of September 11.

## Thailand

Prime Minister Thaksin condemned the September 11 terrorist attacks and said his country would stand by the United States in the international Coalition to combat terrorism. The Government pledged cooperation on counterterrorism between US and Thai agencies, committed to signing all the UN counterterrorism

conventions, and offered to participate in the reconstruction of Afghanistan. Thailand took several concrete actions in support of the war on terrorism. Thai financial authorities began investigating financial transactions covered under UN resolutions to freeze al-Qaida and Taliban assets. In an effort to prevent terrorism and crime, immigration officials in December announced initiatives to expand the list of countries whose citizens are required to obtain visas before they arrive in Thailand. Thailand also offered to dispatch one construction battalion and five medical teams to serve in UN-mandated operations in Afghanistan. In Thailand, police stepped up security around US and Western-owned buildings immediately following the September 11 attacks.

Thai authorities suspect Muslim organized crime groups from the predominately Muslim provinces in southern Thailand were responsible for several small-scale attacks in 2001, including three bombings in early April that killed a child and wounded dozens of persons, an unexploded truck bomb that was found next to a hotel in southern Thailand in November, and, in December, a series of coordinated attacks on police checkpoints in southern Thailand that killed five police officers and a defense volunteer.

On 19 June, authorities averted an attempted bombing at the Vietnamese Embassy in Bangkok when they found and disarmed two explosive devices that had failed to detonate. Three ethnic Vietnamese males were taken into custody. One was charged with illegal possession of explosives and conspiracy to cause an explosion in connection with the incident. The others were released after police determined there was insufficient evidence to link them to the crime.

In central Bangkok in early December, a rocket-propelled grenade was fired at a multistory building housing a ticketing office of the Israeli airline El Al, although police doubted the Israeli carrier was the intended target. There were no casualties.

22

SHATSKY-008231

## Eurasia Overview

*"Together, the United States and GUUAM will work to bring the perpetrators of the September 11 attack to justice and to fight terrorism. This conflict is a struggle to defend values common to Muslims and non-Muslims alike."*

*Joint statement by the United States and the Foreign Ministers of GUUAM (Georgia, Ukraine, Uzbekistan, Azerbaijan, and Moldova) 14 November 2001*



*A State Department Diplomatic Security Antiterrorism Assistance instructor runs a student through a tactical shooting exercise. The training has been given to a number of Central Asian republics including Kazakhstan, Kyrgyzstan, and Uzbekistan.*

No major terrorist attacks occurred in Eurasia in 2001. The region, however, which has suffered for years from Afghanistan-based extremism, provided integral support to the international Coalition against terrorism. States in the region provided overflight and temporary basing rights, shared law-enforcement and intelligence information, and moved aggressively to identify, monitor, and apprehend al-Qaida members and other terrorists. In the immediate aftermath of September 11, governments also took swift action to enhance security at US embassies and other key facilities against terrorist attacks. Countries in the region also took diplomatic and political steps to contribute to the international struggle against terrorism, such as becoming party to the 12 United Nations conventions against terrorism. The signatories to the Commonwealth of Independent States (CIS) Collective Security Treaty (CST) called for increased security along the borders of the member states, tighter passport and visa controls, increased involvement of law-enforcement agencies, and the reinforcement of military units. In addition, the CST Security Council planned to strengthen the year-old CIS antiterrorist center.

Enhancing regional counterterrorism cooperation has been a critical priority for the United States. Toward that end, the US Department of State

Office of the Coordinator for Counterterrorism held the second annual Central Asia Counterterrorism Conference in Istanbul in June. Counterterrorism officials from four Central Asian countries, as well as Russia, Canada, Egypt, Turkey, and the United Kingdom, explored topics such as human rights, the rule of law, and combating terrorist financing. Throughout the conference, and in other bilateral and multilateral fora, the United States has consistently stressed that effective counterterrorism is impossible without respect for human rights and that the rule of law is a formidable and essential weapon in the fight against al-Qaida and other international terrorist organizations. A policy exercise held on the last day of the conference helped reinforce key tenets of effective counterterrorism policy and operations, including the need for sustained, high-level official attention, regional cooperation, and the importance of contingency planning for terrorist incident management and response. (The next Conference is planned for 24-26 June 2002, in Ankara.)

23

SHATSKY-008232

In December, Kyrgyzstan hosted the Organization for Security and Cooperation in Europe (OSCE) Bishkek International Conference on Enhancing Security in Central Asia: Strengthening Efforts to Counter Terrorism. The Conference was attended by over 300 high-level participants from over 60 countries and organizations. The Conference concluded that the countries of Central Asia play a critical role in preventing terrorism; enhanced regional cooperation is needed; and terrorism cannot be combated through law enforcement only—social and economic roots of discord also must be addressed and rule of law strengthened. Delegations endorsed a program of action that emphasizes the need for increased coordination and interagency cooperation as well as the need to take steps to prevent illegal activities of persons, groups, or organizations that instigate terrorist acts.

Countries within the region have been taking steps to enhance their common efforts against international terrorism. Fears of an influx of Afghan fighters and refugees as a result of the fighting in Afghanistan spurred cooperative efforts to tighten border security and to combat extremist organizations. The Islamic Movement of Uzbekistan (IMU), a group on the US FTO list that seeks to overthrow the Uzbek Government and create an Islamic state, continued to be a concern. Unlike 1999 and 2000, an anticipated large-scale IMU offensive failed to materialize in 2001, most likely because of better host-government military preparedness and the IMU's participation in the Taliban's summer offensive against the Northern Alliance. There were, however, incidents against local security forces that never were definitively linked to the group. IMU members fought alongside the Taliban in Afghanistan in 2000 and 2001. A large number of IMU fighters, reportedly including their military leader Namangani, were killed at the Kondoz battle in November 2001. The United States and regional governments also continued to monitor the Hizb ut-Tahrir, a radical Islamic political movement that advocates the practice of pure Islamic doctrine and the establishment of an Islamic caliphate in Central Asia. Despite regional governments' claims, the United States has not found clear links between

Hizb ut-Tahrir and terrorist activities. The Eurasian countries also recognized the growing links between terrorism and other criminal enterprises and have taken steps to break the nexus among terrorism, organized crime, trafficking in persons and drugs, and other illicit activities.

Five years after it began meeting as a body to discuss border disputes with China, the Shanghai Forum—Kazakhstan, Kyrgyzstan, Tajikistan, Russia, and China—admitted Uzbekistan as a sixth member in June, renamed itself the Shanghai Cooperation Organization (SCO), and continued its focus on regional security. Earlier in the year the group laid the groundwork for a counterterrorist center in the Kyrgyzstani capital of Bishkek. Members also signed an agreement at their June summit to cooperate against "terrorism, ethnic separatism, and religious extremism."

Three Central Asian states—Kazakhstan, Kyrgyzstan, and Tajikistan—along with Russia, Belarus, and Armenia, agreed at a CIS collective-security summit in May to create a rapid-reaction force to respond to regional threats, including terrorism and Islamic extremism. The headquarters of the force is to be based in Bishkek. Each of the three Central Asian states and Russia agreed to train a battalion that, if requested by a member state, would deploy to meet regional threats. The security chiefs of these states also met in Dushanbe in October to discuss strengthening border security.

Several Central Asian states concluded counterterrorism or border security agreements in 2001. Kyrgyzstan and Tajikistan agreed to speed up the exchange of information between their frontier forces, and Kazakhstan signed an agreement with Turkmenistan on border security in July. Continuing past cooperation, in December, Kyrgyzstan and Russia signed an agreement to exchange counterterrorism information. In the summer, the Kyrgyzstani parliament refused to ratify a border accord with Uzbekistan against international terrorism, citing, among other reasons, Uzbekistan's decision unilaterally to mine its border with Kyrgyzstan in the

24

SHATSKY-008233

fall of 2000. The Uzbek mines on the undemarcated Kyrgyzstani border have been blamed for at least two dozen civilian deaths. The Uzbeks also unilaterally have mined the undemarcated border with Tajikistan, resulting in deaths as well.

### Azerbaijan

Azerbaijan and the United States have a good record of cooperation on counterterrorism issues that predates the September 11 attacks. Azerbaijan assisted in the investigation of the 1998 East Africa Embassy bombings and has cooperated with the US Embassy in Baku against terrorist threats to the mission. In the wake of the September 11 attacks, the Government of Azerbaijan expressed unqualified support for the United States and offered "whatever means necessary" to the US-led antiterrorism coalition. To date, Azerbaijan has granted blanket overflight clearance, offered the use of bases, and engaged in information sharing and law-enforcement cooperation.

Azerbaijan also has provided strong political support to the United States. In a ceremony at the US Ambassador's residence on 11 December, President Aliyev reiterated his intention to support all measures taken by the United States in the fight against international terrorism. In early October, the parliament voted to ratify the UN Convention on the Suppression of the Financing of Terrorism, bringing to eight the number of international counterterrorism conventions to which Azerbaijan is a party.

While Azerbaijan previously had been a route for international *mujahidin* with ties to terrorist organizations seeking to move men, money, and materiel throughout the Caucasus, Baku stepped up its efforts to curb the international logistics networks supporting the *mujahidin* in Chechnya, and has effectively reduced their presence and hampered their activities. Azerbaijan has taken steps to combat terrorist financing. It has made a concerted effort to identify possible terrorist-related funding by distributing lists of suspected terrorist groups and individuals to local banks. In August, Azerbaijani law enforcement


*Georgian policemen inspect a truck at a checkpoint in Pankisi Gorge.*

arrested six members of the Hizb ut-Tahrir terrorist group who were put on trial in early 2002. Members of Jayshullah, an indigenous terrorist group, who were arrested in 1999 and tried in 2000, remain in prison. In December 2001, Azerbaijani authorities revoked the registration of the local branch of the Kuwait Society for the Revival of the Islamic Heritage, an Islamic nongovernmental organization (NGO) suspected of supporting terrorist groups. After the September 11 attacks, Azerbaijan increased patrols along its southern land and maritime borders with Iran and detained several persons crossing the border illegally. It has deported at least six persons with suspected ties to terrorists, including three to Saudi Arabia and three to Egypt. The Department of Aviation Security increased security at Baku's Bina Airport and has implemented International Civil Aviation Organization recommendations on aviation security.

### Georgia

The Georgian Government condemned the September 11 terrorist attacks and supports the international Coalition's fight against terrorism. Immediately following the attacks, the Georgian border guard troops along the border with Russia went on high alert to monitor the passage of

25

SHATSKY-008234

potential terrorists in the area. In early October, Tbilisi offered the United States the use of its airfields and airspace.

Georgia continued to face spillover violence from the Chechen conflict, including a short period of fighting in the separatist region of Abkhazia and bombings by aircraft from Russian territory on Georgia under the guise of antiterrorist operations. Like Azerbaijan, Georgia also contended with international *mujahidin* using Georgia as a conduit for financial and logistic support for the *mujahidin* and Chechen fighters. The Georgian Government has not been able to establish effective control over the eastern part of the country. In early October, Georgian authorities extradited 13 Chechen guerrillas to Russia, moving closer to cooperation with Russia. President Shevardnadze in November promised to cooperate with Russia in apprehending Chechen separatist fighters and foreign *mujahidin* in the Pankisi Gorge—a region in northern Georgia that Russian authorities accuse Georgia of allowing Chechen terrorists to use as a safehaven—if Moscow furnishes T'blisi with concrete information on their whereabouts and alleged wrongdoing. The United States has provided training and other assistance to help Georgian authorities implement tighter counterterrorism controls in problem areas.

Kidnappings continued to be a problem in Georgia. Two Spanish businessmen who were kidnapped on 30 November 2000 and held near the Pankisi Gorge were released on 8 December 2001. A Japanese journalist was taken hostage in the Pankisi Gorge in August and released on 9 December.

### Kazakhstan

President Nazarbayev allied Kazakhstan with the United States after September 11 and backed the US-led Coalition. Permission was given for overflights, increased intelligence sharing, and for Coalition aircraft to be based in the country. Nazarbayev said publicly that Kazakhstan is "ready to fulfill its obligations stemming from UN

resolutions and agreements with the United States" in the Coalition against terrorism. Kazakhstan also declared its intent to ratify international conventions on terrorism, with priority given to the Convention for the Suppression of the Financing of Terrorism, and has taken steps to block the assets of terrorists.

Kazakhstan stepped up security on its southern borders during 2001 in response to Islamic extremist incursions into neighboring states. The Government set up a special military district to help cover the sparsely populated southern flank of the country. It continued efforts to prevent the spread of Islamic militant groups, including actions such as detaining individuals for distributing leaflets for the Islamic militant group, Hizb ut-Tahrir, calling for the violent overthrow of the Kazakhstan Government.

### Kyrgyzstan

Kyrgyzstan offered a wide range of assistance in the fight against terrorism, including the use of Kyrgyzstani facilities for humanitarian support and combat operations. In December, the Kyrgyzstani parliament ratified a Status of Forces Agreement which allows basing US military forces at Manas International Airport in Bishkek. Kyrgyzstan also hosted in Bishkek in December an Organization for Security and Cooperation in Europe (OSCE) conference on enhancing security and stability in Central Asia that was attended by some 60 countries and organizations. Kyrgyzstan has also taken steps to block the assets of terrorists.

Kyrgyzstan experienced several Islamic Movement of Uzbekistan (IMU) incursions in 1999 and 2000. As a result, it created the Southern Group of Forces comprising approximately six thousand troops from various components of the armed forces that deploy in the southern Batken Oblasty to defend against renewed IMU incursions. In May, a military court handed down death sentences against two foreign nationals for taking part in IMU activity in 2000. One defendant was

26

SHATSKY-008235



*A Marine FA-18D Hornet taxies by a French Mirage 2000 after becoming the first American aircraft to arrive at the Coalition base in Kyrgystan.*

convicted of kidnapping in connection with militants who took four US mountain climbers hostage in Kyrgyzstan.

## Russia

Following the terrorist crimes of September 11, counterterrorism cooperation between the United States and Russia grew to unprecedented and invaluable levels in multiple areas—political, economic, law enforcement, intelligence, and military. Areas of common interest ranged from sharing financial intelligence to identifying and blocking terrorist assets to agreements on overflights by US military aircraft involved in Operation Enduring Freedom (OEF). The Russians offered search-and-rescue assistance in support of the OEF efforts in Afghanistan. Both countries have underscored the value of their extensive exchange of counterterrorism information and their enhanced ability to collect and exploit threat information. A mutual interest in fighting criminal activities that support or facilitate terrorism resulted in better-coordinated approaches to border control, counternarcotics efforts, and immigration controls in Central Asia.

Much of the collaboration was through multilateral fora—such as the UN, the Organization for Security and Cooperation in Europe (OSCE) and the Group of Eight (G-8)—and

international efforts as part of the Coalition against terrorism with global reach. The United States-Russia Working Group on Afghanistan was the central bilateral forum for addressing terrorism and terrorism-related issues, including terrorist financing, chemical, biological, radiological, and nuclear (CBRN) terrorism, and the nexus between terrorism, drug trafficking, and other criminal activity.

On 24 September, President Putin publicly laid out a broad program of cooperation with, and support for, US counterterrorism efforts. In early October, Russian Defense Minister Ivanov stated that Russia supports any efforts designed to end international terrorism. In mid-October, the Justice Ministry amended terrorism laws to include penalties for legal entities that finance terrorist activity.

Russia was the site of a number of terrorist events in 2001, many connected to the ongoing insurgency and instability in Chechnya. The current conflict, which began in late summer 1999, has been characterized by widespread destruction, displacement of hundreds of thousands of civilians, and accusations of human-rights abuses by Russian servicemen and various rebel factions. One rebel faction, which consists of both Chechen and foreign—predominantly Arabic—*mujahidin* fighters, is connected to international Islamic terrorists and has used terrorist methods. Russian forces continue to conduct operations against Chechen fighters but also draw heavy criticism from human-rights groups over credible reports of human-rights violations. On 9 January, US aid worker Kenneth Gluck was kidnapped while traveling in Chechnya; he was released on 6 February. The kidnapping was attributed to an Arab *mujahidin* commander. Chechen guerrilla leader Shamil Basayev, however, accepted overall responsibility and apologized, saying it was a "misunderstanding."

Russia also has experienced numerous other kidnappings, bombings, and assassinations, which may be attributed to either terrorists or criminals. On 5 February a bomb exploded in Moscow's Byelorusskaya metro station wounding

SHATSKY-008236



*A child places flowers at fence of US Embassy in Moscow. Hundreds of Muscovites brought flowers to express their condolences following the September 11 attacks.*

nine persons. On 15 March three Chechen men armed with knives commandeered a Russian charter flight soon after it departed Istanbul for Moscow, demanding that the pilots divert the plane to an Islamic country. Saudi special forces stormed the plane upon its arrival in the country, arresting two of the hijackers, while the third hijacker, one crewmember, and one passenger were killed during the rescue. On 24 March three car bombs exploded in Stavropol, one in a busy market and two in front of police stations, killing at least 20 persons and wounding almost 100. In December, a Russian court sentenced five persons to prison terms ranging from nine to 15 years for involvement in two apartment bombings in 1999 in Moscow that killed more than 200 persons.

## Tajikistan

Tajikistan, which strongly opposed the Taliban since it took power, expressed its support without reservations for Coalition actions in Afghanistan and continues to offer tangible assistance to operations in the area. Security along the Afghan border was reinforced after September 11. President Rahmonov and all sides of his government, including the opposition, offered full support at all levels in the fight against terrorism and invited US forces to use Tajik airbases for offensive operations against Afghanistan. More broadly, Tajikistan has made a commitment to cooperate with the United States on a range of related issues, including the proliferation of CBRN, illicit trafficking in weapons and drugs, and preventing the funding of terrorist activities.

Incidents of domestic terrorism continued in 2001, including armed clashes, murders of government officials, and hostage taking. The United States issued a travel warning for Tajikistan in May. Three senior Tajik officials were murdered during the year, including the Deputy Minister of Internal Affairs and the Minister of Culture. In April, an armed group seized several policemen in eastern Tajikistan attempting to negotiate the release of their group members from prison; three policemen were found dead several days later. In June, armed men at a roadblock kidnapped 15 persons, including a US citizen and two German nationals belonging to a German nongovernmental organization for three days. The kidnappers were lower- level former combatants in the Tajik civil war who were not included in the 1997 Peace Accord. After the hostages were released, due to pressure by the former opposition now serving in government, Government troops launched a military operation, which killed at least sixty of the combatants and the group's leader.

The Supreme Court in Tajikistan sentenced two Madesh students to death in May for bombing a Korean Protestant church in Dushanbe in October

28

SHATSKY-008237

2000; nine persons died, and more than 30 were injured in the attack. While the Church asked that these sentences be commuted, the students were executed in 2001. The Court also sentenced several members of the Islamic political group, Hizb ut-Tahrir, to prison terms. More than 100 members of the group were arrested in 2001.

### Uzbekistan

Uzbekistan, which already worked closely with the United States on security and counterterrorism programs before September 11, has played an important role in supporting the Coalition against terrorism. In October, the United States and Uzbekistan signed an agreement to cooperate in the fight against international terrorism by allowing the United States to use Uzbek airspace and an air base for humanitarian purposes. In December, to facilitate the flow of humanitarian aid into northern Afghanistan, Uzbekistan reopened the Friendship Bridge, which had been closed for several years. Tashkent has issued blocking orders on terrorist assets, signed the UN Convention on the Suppression of the Financing of Terrorism, and says that it is a "full-fledged" party to all UN antiterrorism conventions.

Uzbekistan experienced no significant terrorist incidents in 2001 but continued actively to pursue and detain suspected Islamic extremists. The Islamic Movement of Uzbekistan (IMU) participated in combat against US-allied Northern Alliance forces during the early stages of the war against terrorism, particularly in the area of Kunduz. Although the IMU suffered significant losses during this campaign, there is information that the IMU may still maintain a capability to infiltrate into Uzbekistan for possible attacks. Uzbekistan continued to confront increased Hizb ut-Tahrir activity. In October, the group distributed leaflets claiming that the United States and Britain have declared war on Islam and urged Muslims to resist Uzbekistan's support for the US-led Coalition.

## Europe Overview

*"The campaign to eradicate terrorism has reached a new stage. It will be pursued on many fronts with determination and patience. The Alliance stands ready to play its role."*

*Lord Robertson,*
*Secretary-General of NATO*
*8 October 2001*

In the wake of the September 11 terrorist attacks in the United States, European nations responded in dramatic fashion, offering immediate assistance to manage the crisis and working overtime to help build and sustain the international Coalition against terrorism. Working together bilaterally and multilaterally, the United States and its friends and allies in Europe demonstrated the positive impact of coordinated action. Sustaining this close cooperation and unity of purpose will be a strong element of a successful campaign over the long haul.

Many European countries acted quickly to share law-enforcement and intelligence information, conduct investigations into the attacks, and strengthen laws to aid the fight against terrorism. The UK, France, Italy, and other European allies partnered with the US in military operations to root out the Taliban and al-Qaida from Afghanistan. Belgium, the holder of the six-month rotating EU presidency on September 11, immediately focused its agenda on the fight against terrorism. Spain not only continued to weaken the Basque terrorist group, Basque Fatherland and Liberty (ETA), but captured leaders and members of an al-Qaida cell in Spain, and has moved to make counterterrorism a central item on the agenda of its six-month presidency of the EU which began in January 2002. Al-Qaida-related arrests were similarly carried out in Belgium, Bosnia, France, Germany, Italy, and the UK.

29

SHATSKY-008238



*NATO Secretary General Lord Robertson and Secretary of State Colin L. Powell speak to the press after their meeting at US State Department, 10 October 2001.*

During the year it held the rotating presidency of the Group of Eight (G-8), Italy's guidance of joint activities of the Lyon Group law-enforcement experts and the Counterterrorism Experts Group (Roma Group) resulted in substantial progress on an Action Plan for combating terrorism. France provided outstanding political, diplomatic, and military support to the global counterterrorism campaign. The French have helped invigorate measures to bolster the UN's ability to contribute to measures against terrorism and to enhance regional counterterrorism cooperation within Europe. Greece offered noteworthy support for the antiterrorism Coalition. However, it remains troubling that there have been no successful arrests and prosecutions of members of the 17 November terrorist group. Germany's response to the September 11 attacks was superb, with important contributions to key diplomatic, law-enforcement, and military efforts. German

police moved swiftly to investigate leads related to the attacks, identified al-Qaida members, made arrests, and issued warrants. Turkey \provided invaluable logistic and basing support to the campaign in Afghanistan as well as its full diplomatic and political support. Although Turkey's effective campaign against the PKK, DHKP/C, and Turkish Hizballah dealt setbacks to those groups, they still remain capable of lethal attacks.

The European multilateral response to the September 11 attacks through the European Union (EU) and NATO was immediate, forceful, and unprecedented. The EU showed itself to be a strong partner in sustaining the global Coalition and in fostering international political cooperation against terrorism. On the day of the attacks, the EU (under Belgium's presidency) voiced its solidarity with the United States. EU member states provided strong support for our efforts at the UN to adopt strong counterterrorism resolutions and for our diplomatic efforts around the world to get third countries to stand up against terrorism. Thereafter, the Council of the European Union adopted an Action Plan to identify areas—such as police and judicial cooperation, humanitarian assistance, transportation security, and economic and finance policy—that could make a contribution to fighting terrorism. In addition, the Council adopted a "common position," a framework regulation, and an implementing decision that significantly strengthened its legal and administrative ability and that of EU member states to take action against terrorists and their supporters—including freezing their assets. The EU strengthened its capacity to stanch the flow of terrorist financing by approving a regulation that enables it to freeze terrorist assets on an EU-wide basis without waiting for a UN resolution. The United States signed the US-Europol Agreement in December to facilitate cooperation between our law-enforcement authorities. The EU reached agreement on a European arrest warrant, which will greatly facilitate extradition within member states. Under the Belgian presidency, the EU also agreed on a regulation to freeze assets of persons and entities associated with terrorism; the measure was approved in December by the European Parliament. The EU also reached agreement

30

SHATSKY-008239

on a common definition of terrorism and on a common list of terrorist groups and committed to coordinated initiatives to combat terrorism, including the intent to adopt quickly a directive preventing money laundering in the financial system and expanding procedures for freezing assets—to include proceeds from terrorism-related crimes. The EU is continuing to work internally and with the US and other countries to improve our ability to take common actions against terrorism.

For its part, NATO invoked Article V of the NATO charter for the first time, bringing the full weight of the organization to bear to provide for self defense against terrorism. NATO forces have played a key role in the effort to end Afghanistan's role as a safehaven and in providing direct military support in securing the United States from additional terrorist attacks.

Two of the newest NATO members, the Czech Republic and Hungary, made immediate offers of humanitarian and military assistance after the September 11 attacks. Amidst offers to "backfil" American and British troops in the Balkans, the Czech Republic deployed the 9th NBC (nuclear/biological/chemical) company to participate in Operation Enduring Freedom in Kuwait and loaned NATO, for its use, a TU-154 transport plane. Hungary offered a military medical unit and is providing antiterrorism training to other countries in the region. Both countries pledged significant humanitarian assistance to Afghanistan at the Tokyo donors' conference.

The 10 Vilnius Group countries (Albania, Bulgaria, Croatia, Estonia, Latvia, Lithuania, Macedonia, Romania, Slovakia, Slovenia) collectively and individually joined in condemning the September 11 attacks. These countries have actively supported the international Coalition against terrorism, offering military and diplomatic assistance and, in some cases, providing logistic support. They have undertaken numerous antiterrorism measures, ranging from strengthening border security to investigating suspect financial transactions.

In Southeastern Europe, groups of ethnic Albanians have conducted armed attacks against government forces in southern Serbia and Macedonia since 1999. Ethnic Albanian extremists of the so-called National Liberation Army (NLA or UCK) launched an armed insurgency in Macedonia in February. The NLA, which announced its disbandment in July, received funding and weapons not only from Macedonian sources, but also from Kosovo and elsewhere. The NLA and a group that operated in southern Serbia called the Liberation Army of Presevo, Medvedja, and Bujanovac (PMBLA or UCPMB) had strong ties with Kosovar political organizations, including the Popular Movement of Kosovo and the National Movement for the Liberation of Kosovo. Both NLA and UCPMB killed civilians and government security-force members and harassed and detained civilians in areas they controlled. Other ethnic Albanian extremist groups also espouse and threaten violence against state institutions in Macedonia and the region, including the so-called Albanian National Army (ANA or AKSH) and the National Committee for the Liberation and Protection of Albanian Lands (KKCMTSH).

## Albania

Albania continued to be an active partner in the fight against international terrorism in the wake of September 11, pledging "any and all assistance" to US efforts. Government and political leaders quickly condemned the attacks. The Government also pledged NATO access to air and seaports for units participating in Operation Enduring Freedom, as well as commando troops. In addition, the parliamentary Assembly called upon all banks in Albania to locate the accounts of individuals suspected of possessing terrorist ties and to prevent fund withdrawal or transfer. The Albanian courts already have frozen the assets of one suspected al-Qaida supporter. The Ministry of Finance is working to strengthen its anti-money laundering legislation.

31

SHATSKY-008240

Various Middle Eastern-based nongovernmental organizations (NGOs) that have been identified as supporting terrorist activities continued to maintain a presence in Albania. Some of the NGOs continued to provide assistance to Islamic extremists throughout the region, to include procuring false documents and facilitating terrorist travel. In early October, however, the Albanian Government simultaneously raided the Tirana headquarters of four Islamic-based NGOs believed to be involved in international Islamic extremism, detained and interrogated their principal officers, then deported them, together with their families, into the custody of police authorities from their home countries. From late October through December, Albanian authorities conducted three additional raids: two on Islamic-based NGOs suspected of supporting extremist activity, and the third on the Tirana headquarters of an Albanian business owned by a suspected al-Qaida supporter watchlisted by the US Department of the Treasury. The Albanian Government detained and interrogated those organizations' principal officers.

Albania continues to cooperate closely with US counterterrorism efforts on a number of levels. Grossly insufficient border security, corruption, organized crime, and institutional weaknesses, however, combine to make Albanian territory an attractive target for exploitation by terrorist and Islamic extremist groups.

## Belgium

Belgian Government reaction to the tragedy of September 11 was swift and supportive. Prime Minister Verhofstadt publicly condemned the attacks on September 11 and again on 12 September before the European Parliament. During Belgium's six-month term of the rotating EU presidency in the second half of 2001, the EU made significant progress in combating terrorism. Belgium immediately thrust counterterrorism to the top of its agenda for EU reform efforts in the wake of the attacks. Belgium helped to obtain key EU-wide agreement on a European arrest warrant, which will greatly

facilitate extradition within member states. As a NATO ally, Belgium contributed a navy frigate in the Mediterranean and backfill for Operation Enduring Freedom and provided aircraft for humanitarian assistance to Afghanistan.

The Belgians cooperated on many levels with US counterterrorism efforts, from information sharing to policymaking. Belgian authorities arrested on 13 September Tunisian national, Nizar Trabelsi and Moroccan Tabdelkrim El Hadouti, (brother of Said El Hadouti who was charged in Morocco with helping to provide false documents to the Massoud suicide bombers) for involvement in an alleged plot against the US Embassy in Paris. Police also seized from Trabelsi's apartment a submachinegun, ammunition, and chemical formulas for making explosive devices.

Terrorists, however, have found it relatively easy to exploit Belgium's liberal asylum laws, open land borders, and investigative, prosecutorial, or procedural weaknesses in order to use the country as an operational staging area for international terrorist attacks. The forgery of Belgian passports and theft of Belgian passports from Belgian Government offices have facilitated terrorists' ability to travel. For example, the two suicide-assassins of Northern Alliance leader Ahmad Shah Massoud in Afghanistan on 9 September had traveled as journalists under false names on Belgian passports stolen from consulates in France and the Netherlands. The Belgian Government instituted a new passport with state-of-the-art anti-fraud features in March 2001.

In December, Belgian authorities arrested Tarek Maaroufi, a Tunisian-born Belgian national, on charges of involvement in trafficking of forged Belgian passports. Maaroufi was charged with forgery, criminal association, and recruiting for a foreign army or armed force. Belgian authorities suspect the forged passports are linked to those used by the two suicide-assassins of Northern Alliance leader Massoud. Italian authorities also sought Maaroufi for his ties to known al-Qaida cells. Belgian authorities also opened an investigation into the activities of Richard Reid, the accused "shoe bomber" who on 2 December was

SHATSKY-008241

overpowered on board American Airlines Flight 63. Reid stayed at a hotel in Brussels from 5-16 December and frequented local cybercafes.

Belgium is beginning to add legislative and judicial tools that will increase its ability to respond to terrorist threats. The Belgian Government assisted in the investigation of several cases of international terrorism, both among European states and with the United States. Belgian cabinet ministers agreed in November on a draft bill aimed at facilitating wiretaps, the use of informants, and other expanded investigative techniques.

Belgium fully implemented all UNSC resolutions requiring freezing of Taliban-related assets.

## Bosnia and Herzegovina

After September 11, Bosnian Government authorities pledged to put all possible resources toward the fight against international terrorism. As Bosnia has been a transit point for Islamic extremists, the State border service enacted a variety of measures to control the borders more effectively, including the introduction of a new landing-card document travelers are required to complete upon arrival at the airport.

Following the attacks on September 11, Ministry of the Interior authorities arrested several individuals suspected of involvement in terrorist activity, including an associate of Bin Ladin lieutenant Abu Zubaydah and five Algerian nationals suspected of being Algerian Armed Islamic Group (GIA) operatives; Sabir Lahmar, one of the detained GIA operatives, had made threats against SFOR and US interests in the past.

Even before the September 11 attacks, the Bosnian Government was engaged actively in measures to combat terrorism. In April, authorities arrested Sa'id Atmani, a suspected GIA associate who roomed with Ahmed Ressam while he was in Canada, and extradited him to France in July, where he was wanted on an INTERPOL warrant. In July, Bosnian Government authorities arrested two members of the Egyptian group

al-Gama'a al-Islamiyya—Imad al-Misri and al-Sharif Hassan Sa'ad. Both men were extradited to Egypt in October.

Various NGOs that have been identified as supporting terrorist activities, however, maintained a presence in Bosnia. The NGOs, which came to the region during the 1992-1995 Bosnian war, continued to provide assistance to Islamic extremists throughout Bosnia, to include procuring false documents and facilitating terrorist travel. The Government has taken some significant steps to freeze assets and monitor activities of some of the NGOs, but their ability to carry out efforts to combat these organizations has been weakened by some residual support for those in the Islamic world that supported Bosnia wartime efforts.

Following September 11, Bosnian banking authorities have worked diligently to identify and freeze suspected terrorist assets in the financial sector.

## France

France has provided substantial diplomatic, political, and other support to the war against terrorism. French officials expressed their determination to eradicate the "perverse illness" of terrorism and offered military and logistics contributions. Following the attacks on the United States, France played an important role in crafting a UN response to terrorism and joined other NATO allies in invoking Article 5, the mutual-defense clause of the NATO treaty. Paris quickly granted three-month blanket overflight clearances for US aircraft and offered air, naval, and ground assets that were integrated into Operation Enduring Freedom. At year's end, the French had also committed ground troops as part of the international peacekeeping force in Afghanistan.

During 2001, French law-enforcement officers tracked, arrested, and prosecuted individuals who they suspected had ties to al-Qaida and other extremist groups. In April, a Paris court sentenced Fateh Kamel to eight years in prison for running an underground terrorist logistics network linked

SHATSKY-008242



*President George W. Bush and French President Jacques Chirac met at the White House on 6 November 2001 to discuss the war on terrorism.*

to al-Qaida. French authorities established clear links between Kamel and Ahmed Ressam, who had plotted to attack the Los Angeles Airport in December 1999. On 10 September, a French magistrate opened a formal investigation into an alleged plot by an al-Qaida-linked group to target US interests in France and placed its alleged ringleader, Djamel Beghal, who was extradited from the United Arab Emirates on 1 October, in investigative detention.

In November, the French Parliament passed the "everyday security" bill, which allows for expanded police searches and telephone and Internet monitoring, along with enhanced measures to disrupt terrorist finances. Finance Minister Fabius responded rapidly to US requests related to Executive Order 13224 to freeze Taliban and al-Qaida finances. As of December, France had frozen $4 million in Taliban assets. Fabius also established a new interagency unit, designated

FINTER, to provide a focal point within the Ministry for efforts to block the financing of terrorism. On an international level, the French were among the principal advocates for creating the UN Security Council's counterterrorism committee, and they cooperated with US officials in G-8 counterterrorism meetings.

Regionally, Paris continued working with Madrid to crack down on the terrorist group Basque Fatherland and Liberty (ETA). In late 2001, the number of confrontations between French officers and the Basque group increased notably, resulting in the wounding of several policemen. French authorities also discovered that major ETA training activities were taking place within France. In an unprecedented decision in September, French magistrates refused residency to 17 Spanish Basque residents who had links to ETA and gave them one month to leave French territory. Moreover, French officials arrested several ETA members in September, including Asier Oyarzabal, the suspected head of ETA's logistics apparatus.

Pro-independence Corsican groups continued to attack Government offices on the island. The murder of nationalist leader Francois Santoni in August and the ongoing debate with the mainland over the island's autonomy heightened tensions and increased the threat of continued violence. French officers arrested Rene Agonstini in September for complicity in murder and kidnapping.

## Germany

Immediately following the September 11 attacks, Chancellor Schroeder pledged "unreserved solidarity" with the United States, initiated a sweeping criminal investigation in close cooperation with US law enforcement, and moved to prepare the German public and his Government to adopt antiterrorism legislation that included closing legal loopholes and increasing the monitoring of suspected terrorist groups.

34

SHATSKY-008243



*German border police (background) stand behind a teddy bear placed outside US Embassy in Berlin 17 September 2001. People placed flowers and candles in front of the Embassy to commemorate the victims of the terror attacks in New York, Washington, D.C., and Pennsylvania.*

On 16 November the Bundestag approved German military participation in Operation Enduring Freedom (OEF). German soldiers are currently serving in OEF and the International Security Assistance Force in Afghanistan, and Germany has taken a leading role in efforts to train and equip a new Afghan police force.

Soon after the attack, German police conducted raids on several apartments in Hamburg where the September 11 hijackers and associates once resided. Numerous law-enforcement actions followed.

On 10 October, German police arrested a Libyan, Lased Ben Henin, near his Munich home in coordinated raids that also included the arrest of two Tunisians in Italy. Ben Hanin is suspected of links to al-Qaida's terrorist network and was extradited to Italy on 23 November.

On 18 October, German authorities issued an international arrest warrant for Zakariya Essabar, Said Bahaji, and Ramzi Omar who allegedly belonged to a Hamburg terrorist cell that included three of the September 11 hijackers.

On 28 November, German police arrested Mounir El Motassadeq, a 27-year old Moroccan, at his Hamburg apartment on charges he controlled an account used to bankroll several of the September 11 hijackers and had "intensive contacts" with the terrorist cell. The Federal Prosecutor's Office stated that El Motassadeq had close contact over a period of years with several members of the Hamburg cell, including the suspected ringleader, Mohamed Atta. He had power of attorney over hijacker Marwan al-Shehhi's bank account, according to the statement.

On 12 December, Germany banned a network of radical Islamic groups centered on the Cologne-based Kaplan organization. Police conducted 200 house searches in seven different German states in connection with the ban and seized the headquarters of the Kaplan group, which authorities had previously characterized as antidemocratic and anti-Semitic. The ban also covers the Kaplan-associated foundation, "Servants of Islam" and 19 other subsidiary groups with a total of approximately 1,100 members. The leader of the group, Metin Kaplan, who is serving a jail term for calling for the murder of a rival religious leader, is widely known in Germany as the "Caliph of Cologne."

Germany increased funding for the security services by some $1.5 billion and announced the creation of 2,320 new positions in various agencies to combat terrorism. Government authorities are using advanced technology to uncover potential terrorists, including so-called "sleepers" and terrorist-support personnel in Germany.

After four years of testimony and deliberations, a German court convicted four of five suspects in the 1986 bombing of the Labelle Discotheque in

35

SHATSKY-008244

Berlin, in which two US servicemen died. One defendant was convicted of murder while three others were convicted as accessories to murder and sentenced to prison terms of 12-14 years each. A fifth suspect was acquitted for lack of evidence. The court's verdict also made clear Libyan Government involvement in planning and facilitating the attack. The prosecution has appealed the verdict to seek longer sentences, while the defense has appealed as well; the appeal process could take up to two years.

## Greece

The Greek Government, after September 11, joined its EU partners in setting up interdiction mechanisms in support of the war on terrorism, to include greater security at points of entry, information sharing with the United States and its Coalition allies, and the monitoring of suspected terrorist financial assets. The Greek Parliament took meaningful steps toward demonstrating its commitment to combating terrorism by passing a comprehensive anti-organized-crime-and-terrorism bill. Among its key provisions, the legislation mandates magistrate trials (eliminating citizen jurors, who have in the past been vulnerable to personal threats), sanctions police undercover operations, authorizes the use of DNA as court evidence, and permits electronic surveillance beyond traditional wiretaps.

Greek and US authorities maintained good cooperation investigating past terrorist attacks on US citizens. Nevertheless, the Greek Government has not yet arrested or convicted those terrorists responsible for attacks conducted by Revolutionary Organization 17 November (17N) or Revolutionary Nuclei (RN) over the past two decades.

A series of court rulings that effectively reduced the sentences of suspected Greek terrorists or overturned guilty verdicts in high-profile terrorist-related cases represented a setback on one counterterrorism front.

Anti-State Struggle terrorist and longtime criminal fugitive Avraam Lesperoglou had been found guilty of several charges, including involvement in the attempted murder of a Greek police officer, for which he received a 17-year sentence. In April, the verdict was overturned on appeal. By October, charges regarding Lesperoglou's association with Anti-State Struggle similarly were dropped after prosecution witnesses failed to appear in court or recanted previous testimony identifying him at the scene of the crime. Following these developments, there were allegations of witness intimidation. In November, Lesperoglou was cleared of all charges and set free.

In another prominent case, self-confessed Urban Anarchist guerrilla Nikos Maziotis had his 15-year sentence reduced to fewer than 5 years. Afterwards, the trial judge ruled that he agreed with the unrepentant Maziotis' contention that "the placement of an explosive device at a Greek Government ministry was a political statement and not an act of terrorism."

The courts imposed only token penalties on a young woman caught in the act of placing a gas-canister bomb in front of the US Consulate General in Thessaloniki in 1999 and delayed until 2003 a prosecutor's request to retry the case.

Anti-US terrorist attacks in Greece declined significantly from a high of 20 in 1999 to only three in 2001. Greece's most lethal terrorist group, Revolutionary Organization 17 November did not claim any attacks in 2001, nor did Greece's other prominent terrorist group, Revolutionary Nuclei. Anarchist groups appeared more active in employing terrorist tactics, however, seizing upon antiglobalization and antiwar themes. The three low-level incendiary attacks on US interests in Greece in 2001 consisted of one unclaimed attack against a US fast-food chain and two others against US-plated vehicles by the group Black Star. Other lesser-known groups attacked numerous domestic targets while the "Revolutionary Violence Group" attacked Thai and Israeli official interests.

36

SHATSKY-008245

Greek officials began planning for security for the 2004 Summer Olympic Games in Athens and continued to work with key countries having extensive security and/or Olympics experience through a series of consultative conferences and symposiums, to include several meetings of the seven-nation Olympic Security Advisory Group— Australia, France, Germany, Israel, Spain, United Kingdom, and United States.

## Italy

Italy stepped up its counterterrorism efforts following the September 11 attacks and has vigorously supported the United States diplomatically and politically. Taking a prominent role in the international Coalition against al-Qaida, Italy declared its support for the US-led war and offered to contribute military forces, including naval, air and ground units. Italy also enhanced its law-enforcement capabilities, recently passing a series of antiterrorism laws enumerating new criminal offenses for terrorist acts and providing new and expanded police powers.

In the weeks following the attacks, Italian law-enforcement officials intensified their efforts to track and arrest individuals they suspect have ties to al-Qaida and other extremist groups. On 10 October they arrested several extremists connected to Essid Sami Ben Khemais—the Tunisian Combatant Group leader arrested by the Italians in April for plotting to bomb the US Embassy in Rome. In mid- and late November, Italian officials raided the Islamic Cultural Institute in Milan and arrested Islamic extremists having possible ties to al-Qaida (see case study following this section). Italy also cooperated in stemming the flow of finances linked to terrorism. The Financial Security Committee, comprising senior officials of various ministries, including Finance, Foreign Affairs, and Justice, and representatives from law-enforcement agencies, was created in October to identify and block the funding of terrorist activity.

During the year Italy also concentrated on dismantling not only indigenous terrorist groups that in the past attacked Italian and US interests,



*Italian policeman stands guard at main entrance of US Embassy in Rome. Italy's support following the attacks on September 11 included offers to contribute military troops to the US-led war on terrorism as well as diplomatic and political efforts to combat terrorism.*

but also groups suspected of international terrorist affiliations operating within and outside Italy's borders. In April, the Revolutionary Proletarian Initiative Nuclei (NIPR) bombed the Institute of International Affairs in Rome. The Anti-Imperialist Territorial Nuclei (NTA) claimed to have attacked the tribunal courthouse building in Venice in August and the Central European Initiative (INCE) office in Trieste in September 2000. Both groups are leftist-anarchist entities that promote anti-US/anti-NATO rhetoric and espouse the ideals of the Red Brigades of the 1970s and 1980s.

SHATSKY-008246

## Italy: A Terrorist Cell Wrapped Up

*Italy has a long history of combating domestic and international terrorism. Through its exceptional law enforcement agencies and newly enhanced judiciary powers, Italy has dismantled numerous terrorist cells, identified and frozen assets belonging to terrorist groups, and thwarted several planned and potential attacks against Italian targets and other Western entities within its borders.*

*In January, Italian authorities worked with US officials to thwart an attack on the US Embassy in Rome. Italy's intelligence services launched an investigation that resulted in the US Embassies in Rome and the Vatican City, as well as the US Consulates in Naples and Milan, being closed to the public—the first such security closure of the Embassy in Rome since the Gulf war in 1991. Italy's prompt action, combined with heightened defenses put into place by police authorities, allowed the Embassy to reopen while the Italians pursued the investigation.*

*Information developed by Italian authorities helped to identify Tarek Maaroufi as a suspect, as well as two organizations already under investigation, the "Tunisian Combatant Group" and the "Salafist Group for Call and Combat " (GSPC). The Italian Government is seeking Maaroufi's extradition from Belgium.*

*Authorities learned that Sami Ben Khemais Essid, who spent two years in Afghanistan and trained as a recruiter for al-Qaida, directed the plot. They believe Ben Khemais headed al-Qaida operations in Italy. He owned a firm that was a front for his recruitment activity and terrorist-attack planning.*

*During surveillance of Ben Khemais Essid, police discovered he maintained connections to militant terrorist cells throughout Europe. According to investigators, the terrorists attended the Islamic Cultural Institute in Milan–a location that was under surveillance months before September 11 by Italian authorities seeking evidence of arms, chemicals, and explosives. Others who frequented the Islamic Cultural Institute included terrorists associated with the 1993 bombing of the World Trade Center and the 1998 bombings of the US Embassies in Tanzania and Kenya, all of which were perpetrated by al-Qaida.*



*Ben Khemais was arrested, convicted, and recently sentenced to eight years in prison. By April, five North Africans with links to Usama Bin Ladin were in custody in connection with the terrorist plot against the US Embassy. In October, additional arrest warrants were issued following information obtained by police and judicial authorities confirming a "significant" link between al-Qaida and those arrested.*

*According to an Italian press report, authorities also obtained evidence to suggest that the terrorist cell was contemplating using poison gas. On 14 March 2001, Italian police recorded a conversation in which Ben Khemais said, "The product is better. It's more efficient because this liquid, as soon as you open it, it suffocates people."*

Italy's vigorous leadership of the Group of Eight (G-8) Counterterrorism Expert's Group resulted in significant progress on a 25-point plan to guide the G-8's contribution to the global counterterrorism campaign. The Action Plan has fostered greater counterterrorism coordination among the foreign affairs and law-enforcement agencies of G-8 members. Italy's work with other European countries to combat terrorism as well as extensive cooperation among Italy, the United States, and several European countries—including Spain, France, Germany, Britain, and Belgium—led to the arrests on 10 October. Moreover, Rome worked with Madrid to improve bilateral efforts against terrorism, agreeing in early November at a summit in Granada to create a joint investigative team to fight terrorism and conduct joint patrols on long-distance trains to prevent illegal immigration.

SHATSKY-008247

## Italy: A Terrorist Cell Wrapped Up (continued)

*Another potential plot was foiled when individuals reportedly associated with Bin Ladin terrorists allegedly plotted to assassinate President George W. Bush during the G-8 meeting in Genoa, Italy, in July. The threat was taken seriously, but with tightened security for the summit, the danger was averted.*

*Following the attacks of September, Italian President Carlo Azeglio Ciampi emphasized his country's solidarity with the United States in the fight against terrorism. Similarly, Prime Minister Silvio Berlusconi emphasized that "Italy is today at the United States' side, it always will be, as it has been in the past." Acting on its own accord, the Italian Government accelerated the procedures necessary to allow for US forces to conduct Operation Enduring Freedom flights from the Sigonella Air Base in Sicily. Sigonella became the most active air base in Europe for US military flights in transit to southwest Asia.*

*"The measures that Italy adopted are an integral part of the same strategy that also must be followed at the international level," Italian Interior Minister Claudio Scajola said during a news conference with US Attorney General Ashcroft on 15 December . "We have also decided to further intensify our working relationship on security measures, by reactivating the US-Italy Bilateral Committee in order to ensure an even more effective exchange of information between our two countries."*

*Italy played a prominent role in Operation Enduring Freedom by deploying the fourth largest force, including the aircraft carrier Garibaldi, over 2,500 military personnel, eight Harrier jets, and six Tornado reconnaissance aircraft. Italy also supplied two frigates and a supply ship to the Gulf.*

*Separately, approximately 350 Italian soldiers have been assigned to the International Afghan Security Force for Afghanistan–whose mission is to assist in the stabilization of Kabul.*

*On both the law enforcement and legislative fronts, Italy has established a sophisticated system to thwart acts of terrorism. Furthermore, in response to the September 11 attacks, Italian authorities responded quickly and aggressively to US Embassy-Rome's requests for additional support and protection. The Italian Government, in an evident display of its commitment to the war on terrorism, passed in October a decree providing additional powers to the police and judiciary to investigate and pursue suspected terrorists. The Parliament supported the Government's action and passed the decree into law in December. The law also has enabled the Italian Government to act quickly on freezing assets of terrorist groups.*

*On 7 November, the Italian Parliament approved sending ground troops, air units, and naval units to assist in the operations against international terrorism. According to Italian authorities, more than 90% of the Parliament supported these counterterrorism measures and, according to then-Foreign Minister Ruggiero, these actions confirmed Italy's "awareness that the stakes are high and proves the solidity of our national consensus in facing this challenge."*

*According to Italian Minister Claudio Scajola, "Italy has known of terrorism in ways that the United States has never experienced, and we need to learn as much as we can from experiences that each nation has had, that we can use as a basis for cooperation with each other."*

## Poland

Stressing solidarity as a NATO ally, Poland has taken a leadership role in expanding counterterrorism cooperation with key regional and international partners. In November, President Kwasniewski hosted the Warsaw Conference on Combating Terrorism. The Conference resulted in an action plan and a declaration that identified areas for regional cooperation and called for nations in the region to enhance their abilities to contribute to the global war on terrorism. Poland strongly supported the campaign against the Taliban and al-Qaida in Afghanistan, and the US Central Command has accepted Poland's offer of specialized units. The Government of Poland has

SHATSKY-008248

also taken significant steps to bolster its own internal capabilities to combat terrorist activities and the movement of terrorist funds. Poland's excellent border controls, high level of airport security, and its close cooperation on law-enforcement issues have discouraged potential terrorist movements through Poland.

### Spain

The September 11 attacks in the United States triggered unqualified support from Madrid in the global fight against terrorism. Spain, which has waged a 30-year battle against the Basque Fatherland and Liberty (ETA) terrorist group, champions mutual assistance as a strategy to deny safehaven to terrorists and welcomes the global focus to help defeat all forms of terrorism. Immediately after the attacks, President Aznar announced that his Government will stand "shoulder to shoulder" with the United States in fighting terrorism; he has directed all relevant agencies to work closely with US law-enforcement counterparts. Spanish police broke up two al-Qaida-affiliated cells, arresting six members in late September and eight in November. Spain also offered military aid to Coalition efforts in Afghanistan. Madrid plans to use its leadership of the European Union—in the first half of 2002—to promote continued EU support for counterterrorism cooperation.

During his trip to Spain in June, President Bush declared that the United States stands "side by side with the government of Spain and will not yield in the face of terrorism."

Madrid's top counterterrorism priority beyond supporting the global Coalition against terrorism remained combating ETA, which maintained its violent strategy throughout 2001, despite a Basque regional election that demonstrated diminishing popular support for the group's political wing. The group made good on its threats to target Spain's tourist areas during its summer campaign with a series of attacks that caused mainly property damage: a car bomb at Madrid's Barajas International Airport damaged scores of



Spanish Prime Minster Jose Maria Aznar (right) stands alongside the family of late conservative councilor Jose Javier Mugica Astibia, who was assassinated by ETA on 14 July 2001 when a car bomb ripped apart his vehicle.

cars, while a bomb attack at a popular tourist resort near Barcelona slightly injured about 10 persons. It also continued to attack traditional targets—politicians, military personnel, journalists, and police. A bomb in Catalonia in March killed one police officer, while another bomb in Madrid in June fatally injured a Spanish general. An ETA commando headquartered in the Basque region is suspected of killing a Basque police officer in July. According to official Spanish Government data, ETA terrorists killed 15 persons in 2001, most of whom were members of either the military or security services.

Madrid scored a variety of successes against ETA during the year, dismantling a dozen important terrorist cells and disrupting some of the group's logistics bases. In October, the Spanish National Police dismantled an ETA cell in the Basque region that, in addition to organizing smaller commando cells, was planning to launch attacks. Two of those arrested were linked to the assassination of a senior Basque Socialist politician in February 2000. Spanish police in early December arrested several members of a cell suspected in several car bombings during the year, including the attack at Madrid's airport. They confiscated more than 100 pounds of explosives and a variety of false documentation.

SHATSKY-008249

Spain continued to forge bilateral agreements with states that can help it defeat ETA terrorism. In January, Madrid signed a joint political declaration with the United States, which included an explicit commitment to work jointly against ETA. Spain also concluded important agreements with France and Mexico, two key partners in the effort to deny potential sanctuaries to ETA members. During his visit to Mexico in July, President Aznar signed an agreement with Mexico that boosted intelligence sharing, security, and judicial cooperation on terrorism. In early October, Paris and Madrid signed a new bilateral agreement that eases extraditions of ETA suspects and improves antiterrorism cooperation. Under the agreement, a former ETA leader—charged in an attempted assassination of King Juan Carlos in 1995—was temporarily extradited to Spain to stand trial. Following his trial, he will be returned to France to complete a 10-year sentence there before being sent back to Spain to serve any additional time meted out by the Spanish court.

## Turkey

The Turkish Government, long a staunch counterterrorism ally, fully supported the campaign against terrorism. Turkey provided basing and overflight rights and has sent troops to Afghanistan to train the local military and participate in the International Security Assistance Force. At home, Turkish security authorities dealt heavy blows to the country's two most active terrorist organizations, the DHKP/C and Turkish Hizballah—a Kurdish Islamic (Sunni) extremist organization unrelated to Lebanese Hizballah. Police arrested more than 100 members and supporters of the DHKP/C and several hundred members and supporters of Turkish Hizballah and raided numerous safe houses, recovering large caches of weapons, computers and other technical equipment, and miscellaneous documents.

Despite these setbacks, the DHKP/C retained a lethal capability and, for the first time in its history, conducted suicide bombings. On 3 January, a DHPK/C operative walked into a police regional headquarters in Istanbul and detonated a bomb

strapped to his body, killing himself and a policeman, and injuring seven others. A second DHKP/C suicide bomber attacked a police booth in a public square in Istanbul on 10 September, killing two policemen, mortally wounding an Australian tourist, and injuring more than 20.

Turkish Hizballah conducted its first attack against official Turkish interests with the assassination on 24 January of Diyarbakir Police Chief Gaffar Okkan and five policemen—revealing a greater sophistication than the group had shown in previous attacks. According to press reports, four teams consisting of as many as 20 operatives ambushed Okkan's motorcade as he departed the Diyarbakir Governor's office. Authorities recovered approximately 460 bullet casings at the scene. Hizballah operatives also ambushed three police officers in Istanbul on 14 October, killing two and wounding the other.

Chechen separatists and sympathizers also used Turkey as a staging ground for terrorist attacks. On 22 April, 13 pro-Chechen gunmen—led by Muhammed Tokcan, an ethnic-Chechen Turkish national who served fewer than four years in prison for hijacking a Russian ferry from Turkey in 1996—took over a prominent Istanbul hotel, holding hostage for 12 hours approximately 150 guests, including 37 US citizens. The gunmen, who eventually surrendered peacefully, claimed that they wanted to focus world attention on Russia's activities in Chechnya. Turkey's court system has been relatively lenient with pro-Chechen terrorists. The state court addressing the hotel incident did not indict Tokcan's group under the country's stringent antiterrorism laws but instead charged the militants with less serious crimes, including weapons possession and deprivation of liberty.

Separately, three Chechens hijacked a Russian charter jet carrying 175 passengers, mostly Russian nationals, from Istanbul to Moscow on 15 March. Fuel limitations forced the plane to land in Medina, Saudi Arabia. Saudi authorities negotiated with the hijackers overnight before special

41

SHATSKY-008250

forces stormed the plane and captured two of the separatists. The third hijacker, one crewmember, and one passenger were killed during the rescue.

The PKK continued to pursue its "peace initiative"—launched by imprisoned PKK Chairman Abdullah Ocalan in August 1999—concentrating largely on its public relations efforts in Western Europe. The leadership announced early in the year the inauguration of a second phase of its peace initiative, called *serhildan* (uprising)—the term usually connotes violent activity, but the PKK uses it to refer to civil disobedience—in which PKK members in Europe openly declare their identity as Kurds and their involvement in the group, sign petitions, and hold demonstrations in an effort to push for improved rights for the Kurdish minority in Turkey. The PKK began conducting *serhildan* activities in Turkey toward the end of the year; authorities arrested some PKK members who participated.

## United Kingdom

The United Kingdom has been Washington's closest partner in the post-September 11 international Coalition against terrorism. The UK stepped forward to share the military burden of the battle against al-Qaida and the Taliban in Afghanistan. More than 4,000 British personnel were assigned to Operation Veritas, the UK contribution to the US-led Operation Enduring Freedom, which began on 7 October. Significant UK naval, air, ground, and special forces participated in operations against the Taliban and al-Qaida. London is leading the International Security Assistance Force to help the new Afghan Interim Authority provide security and stability in Kabul.

At home, the British detained 10 individuals with suspected foreign terrorist links and intensified surveillance of other individuals based on information indicating links to terrorist activities. At year's end, the UK had detained and was assisting in extraditing to the US four individuals charged with terrorist acts in the United States or against US citizens. Consistent with the UK's Terrorism Act of 2000, which widened the definition



Prime Minister Tony Blair, during an address at 10 Downing Street, London, where he paid tribute to the British forces in action in Afghanistan. The United Kingdom has been the closest partner of the United States in the post-September 11 international Coalition against terrorism.

© AP

of terrorism to include international as well as domestic activities, the Government in February 2001 added 21 international terrorist organizations—including al-Qaida—to its list of proscribed organizations. Parliament in mid-December passed the Anti-Terrorism, Security, and Crime Act, providing authorities with additional tools in the battle against terrorism. The new legislation gives the Government legal authority to detain for six-month renewable terms foreign terrorist suspects who cannot be deported under UK law. It also provides for tightened airport security, allows security services full access to lists of air and ferry passengers, tightens asylum rules, and criminalizes the act of assisting foreign groups to acquire weapons of mass destruction.

The United Kingdom has been working with the United States and the UN to disrupt the cash supply of suspected terrorist groups. As of late 2001, UK authorities had frozen more than 70 million pounds ($100,000,000) of suspected terrorist assets. A proposed antiterrorism bill would require financial institutions to report suspicious transactions or face legal penalties.

In ongoing efforts to end domestic terrorism, the UK and other parties to the Northern Ireland peace process made progress toward fulfilling terms of the Good Friday Agreement. In October, the Irish Republican Army (IRA) put an undisclosed amount of weapons and ammunition "beyond use." Dissident Republican splinter groups—the Real IRA (RIRA) and the Continuity

SHATSKY-008251

IRA (CIRA)—denounced the move, and called on disgruntled IRA members to join RIRA and CIRA. Statistics indicated that the number of terrorist killings in the North remained consistent, with 18 deaths in 2000 and 17 in 2001. UK authorities believe that RIRA is responsible for an intensified bombing campaign during the year on the mainland, with bombs exploding outside the BBC's London headquarters (March); in North London (April); in West London (August); and in Birmingham (November). Moreover, the year saw an upswing in Loyalist paramilitary violence, primarily in the form of pipe-bomb attacks on Catholic homes in North Belfast. In addition, for 12 weeks during the autumn, Protestants residing near a Catholic school in North Belfast held highly publicized protests that were sometimes marred by violence.

The United States continued to lend support to the Northern Ireland peace process, with President Bush stating in March that Washington stands ready to help London and Dublin "…in any way the governments would find useful." In March, the USG designated the RIRA as a Foreign Terrorist Organizations; and following September 11, the US Government included CIRA, the Orange Volunteers and the Red Hand Defenders on the Terrorist Exclusion List (TEL)—a move that means their members are barred from entering the United States. Later in the year, the Government of Colombia detained three individuals with IRA links based on suspicion they had been training rebels from the Revolutionary Armed Forces of Colombia (FARC), a Marxist guerrilla group involved in drugs and on the US list of Foreign Terrorist Organizations. US officials made clear Washington's displeasure about possible IRA/FARC connections, stating that the United States will have no tolerance for any ongoing or future cooperation between these organizations.

### Yugoslavia/Kosovo

The Government of the Federal Republic of Yugoslavia announced its support for international efforts to combat terrorism immediately after the September 11 attacks. Belgrade, already a party to six of the UN antiterrorism conventions, by year's end signed the convention on funding of terrorism and reportedly intended to sign four more in the near future. In addition, the Government of Yugoslavia planned to take steps to implement financial sanctions against groups involved in terrorist-related activity. Yugoslav officials arrested and detained several suspect Arabs in November and December, including 32 Afghanis transiting Serbia in late October.

The UN and NATO, the international civil and security presence exercising authority in Kosovo, have firmly supported international efforts to combat terrorism. The UN promulgated new regulations that will make it easier to identify and apprehend suspected terrorists and has worked to improve Kosovo's border security. NATO has increased its own border-interdiction efforts and its monitoring of organizations with potential links to terrorism. Kosovar political leaders expressed their strong support for the fight against global terrorism.

Various NGOs identified as supporting terrorist activities maintained a presence in Kosovo. The NGOs, largely staffed by a small number of foreign Islamic extremists and a few dozen local radicals, do not enjoy wide support among Kosovo's moderate Muslim population. In December, NATO Troops conducted raids against the Global Relief Foundation, an NGO in Kosovo with alleged links to terrorist organizations.

## Latin America Overview

*"Individually and collectively, we will deny terrorist groups the capacity to operate in this Hemisphere. This American family stands united."*

> *Declaration by the Organization of American States*
>
> *21 September 2001*

The countries of Latin America (with the exception of Cuba) joined as one in condemning the attacks of September 11 when the Organization of American States became the first international organization to express outrage at the "attack on all the democratic and free states of the world"

SHATSKY-008252



*Secretary of State Colin L. Powell poses with Andean Foreign Ministers in Lima on 10 September 2001. At a special session of the Organization of American States, foreign ministers and officials from North and South America met to adopt an agreement to strengthen regional democracies.*

and to voice solidarity with the United States. Ten days later, the OAS Foreign Ministers called for a series of strong measures to combat terrorism, and those members that are party to the Inter-American Treaty of Reciprocal Assistance took the unprecedented step of invoking the principle of mutual assistance—an agreement by which an attack on any state party to the treaty is considered an attack on them all.

Kidnapping remained one of the most pernicious problems in the region. Nineteen US citizens were kidnapped in Latin America in 2001, including five each in Colombia and Haiti, and four in Mexico. Elite counterterrorism units in Colombia arrested 50 persons in connection with the abduction in October 2000 of five US oil workers in Ecuador and the subsequent murder in January 2001 of US hostage Ron Sander.

September 11 brought renewed attention to the activities of the Lebanese-based terrorist organization Hizballah, as well as other terrorist groups, in the triborder area of Argentina, Brazil, and Paraguay, where terrorists raise millions of dollars annually via criminal enterprises. There is evidence of the presence of Hizballah members or sympathizers in other areas of Latin America as well: in northern Chile, especially around Iquique; in Maicao, Colombia near the border with Venezuela; on Margarita Island in Venezuela; and in Panama's Colon Free Trade Zone. Allegations of

Usama Bin Ladin or al-Qaida support cells in Latin America were investigated by US and local intelligence and law-enforcement organizations, but at year's end they remained uncorroborated.

On 10 September, Secretary of State Powell officially designated the Colombian paramilitary organization United Self-Defense Forces (AUC) as a Foreign Terrorist Organization (FTO) due in part to their explosive growth—the AUC swelled to an estimated 9,000 fighters in 2001—and reliance on terrorist tactics. Colombia's largest terrorist organization, the 16,000-member Revolutionary Armed Forces of Colombia (FARC), unleashed such a wave of violence and terror in 2001 and early 2002 that Colombian President Andres Pastrana decided, in February 2002, to terminate the peace talks that had been a cornerstone of his presidency and to reassert government control over the FARC's demilitarized zone, or *despeje*.

Three members of the Irish Republican Army— alleged explosives experts helping the FARC prepare for an urban terror campaign—were arrested as they departed the *despeje* in August. Allegations of similar support by the terrorist group Basque Fatherland and Liberty, or ETA, to the FARC were reported by Colombian media. Ecuador is viewed by many analysts as a strategic point in the international weapons transshipment routes for arms, ammunition, and explosives destined for Colombian terrorist groups.

In Peru, the Shining Path showed signs of making a comeback as a terrorist organization, albeit with a greater focus on narcotics than on ideological insurgency. The MRTA, largely wiped out in the late 1990s, did not take any terrorist actions in 2001.

Cuba, one of the seven state sponsors of terrorism, is discussed in the state sponsorship portion of this report.

## Bolivia

Although no acts of international terrorism took place in Bolivia in 2001, there were numerous

44

SHATSKY-008253

incidents of domestic terrorism, capped by the car-bomb explosion on 21 December near the entrance to the Bolivian National Police Department district office in Santa Cruz. The attack killed one and caused numerous injuries; nearby buildings, including one that houses US Drug Enforcement Agency offices, also sustained collateral damage. Bolivian officials suspect the bombing may have been related to recent police successes against a captured group of robbery suspects, including some Peruvians, apparently led by a former Bolivian police official.

Most other incidents were thought to be perpetrated by illegal coca growers ("cocaleros"), including using snipers against security forces and boobytrapping areas where eradication efforts take place principally in the Chapare area of Cochabamba Department.

In the months following September 11, Bolivia became a party to all 12 UN and the one OAS counterterrorism conventions. In addition, Bolivia issued blocking orders on terrorist assets.

## Chile

Two apparently terrorist-related incidents occurred in Chile during 2001. In late September, the US Embassy received a functional letter bomb that local police successfully destroyed in a controlled demolition. The second incident involved an anthrax-tainted letter received at a Santiago doctor's office; the anthrax strain, however, did not match that found in US cases, and it was possible that this incident was perpetrated locally.

In the letter-bomb case, two Chilean suspects, Lenin Guardia and Humbero Lopez Candia, were taken into custody, charged with obstruction of justice and possession of illegal weapons, and manufacturing and sending the bomb, respectively. Although they both face 20-year prison sentences upon conviction under Chile's antiterrorism law, it appeared that the US Embassy was a high-profile target of opportunity for persons acting out of personal and selfish motivations.

The Chilean Government also opened an investigation into the activities in the northern port city of Iquique of Lebanese businessman Assad Ahmed Mohamed Barakat—the same Barakat wanted by Paraguayan authorities and who, at year's end, continued to reside in Brazil. In Iquique, authorities suspect Barakat, along with his Lebanese partner, established two businesses as cover operations to transfer potentially millions of dollars to Hizballah.

Chile also began taking concrete steps to improve its own counterterrorism capabilities and to comply with its international treaty obligations. Aside from becoming part to all 12 UN counterterrorism conventions, the steps include proposals for new money-laundering laws to target terrorist financing, special counterterrorism investigative units, and a new national intelligence agency.

Chile—working with Brazil and Argentina—has led efforts to coordinate hemispheric support for the United States in the aftermath of September 11 in its capacity as the 2001 head (Secretary pro Tempore) of the Rio Group. The efforts included convening the OAS Permanent Council and OAS foreign ministers in the week following the attacks, the historic invocation of the Rio Treaty, and taking part in a special session of the OAS Inter-American Committee Against Terrorism.

## Colombia

An increased international awareness of terrorism did nothing to stop or even slow the pace of terrorist actions by Colombia's three terrorist organizations—the Revolutionary Armed Forces of Colombia (FARC), National Liberation Army (ELN), and United Self-Defense Forces of Colombia (AUC)—in 2001. Some 3,500 murders were attributed to these groups.

On 10 September, Secretary of State Colin Powell announced the designation of the AUC as a Foreign Terrorist Organization, citing the AUC's explosive growth—to an estimated 9,000 fighters by year's end—and their increasing reliance on terrorist methods such as the use of massacres to

SHATSKY-008254

purposefully displace segments of the population, as primary reasons for the designation. With this addition, all three of Colombia's major illegal armed groups have now been designated by the United States as Foreign Terrorist Organizations (the FARC and ELN were designated in 1997). Colombian estimates for 2001 suggested that the AUC was accountable for some 43 percent of Colombia's internally displaced persons, mostly rural peasants, while the FARC and ELN were responsible for some 35 percent.

In 2001, as in years past, there were more kidnappings in Colombia than in any other country in the world, and the financial transfer from victims to terrorists by way of ransom payments and extortion fees continued to cripple the Colombian economy. The FARC and ELN were purportedly responsible in 2001 for approximately 80 percent of the more than 2,800 kidnappings of Colombian and foreign nationals—including some whose governments or agencies (the UN, for example) were helping mediate the ongoing civil conflict. Since 1980, the FARC has murdered at least ten US citizens, and three New Tribes Missionaries abducted by the FARC in 1993 remain unaccounted for.

The FARC and the AUC continued their deadly practice of massacring one another's alleged supporters, especially in areas where they were competing for narcotics-trafficking corridors or prime coca-growing terrain. The FARC and ELN struggled with one another for dominance in the bombing of the Cano-Limon-Covenas oil pipeline—combining for an unprecedented 178 attacks which had a devastating ecological and economic impact—with the larger FARC (an estimated 16,000 fighters vs. under 5,000 for the ELN) beginning to gain the upper hand by year's end.

As in past years, the on-again, off-again peace talks between Bogotá and the FARC or the ELN did not lead to substantive breakthroughs with either group. (As of press time, President Pastrana had broken off talks with the FARC following the group's 2 February 2002 hijacking of Aires Flight 1891, the abduction of Colombian Senator Jorge Gechen, as well as the separate abduction of presidential candidate Ingrid Betancourt; the Colom-



Suspected Irish Republican Army members who were captured at Bogota's airport after getting off a flight from San Vicente del Caguan, a demilitarized zone operated by the Revolutionary Armed Forces of Colombia ( FARC).

bian military also had reasserted control over the FARC's demilitarized zone, or *despeje*.) Talks with the ELN were ongoing. For its part, the AUC continued to press, without success, for political recognition by the Government of Colombia.

Throughout 2001, Colombia's government acted against all three terrorist groups through direct military action as well as through legal and judicial means. The Prosecutor General successfully prosecuted many FARC, ELN, and AUC members on domestic terrorism charges. Bogotá also pursued insurgent and paramilitary sources of financing with some success, capturing in a short period in late 2001, for example, four FARC finance chiefs. In May, raids on high-ranking AUC residences in Monteria netted key evidence regarding that group's financial backers. On a more disturbing note, the Government alleged links between these groups and other terrorist organizations outside Colombia. The capture in August of three Irish Republican Army members who have been charged with sharing their expertise and providing training on explosives in the FARC's demilitarized zone is perhaps the most notable example.

The Colombian Government has been very supportive of US antiterrorist efforts in international fora, particularly the United Nations and the Organization of American States (OAS). Colombia

46

SHATSKY-008255



*A Red Cross worker stands near an oil pipeline, engulfed in flames. Authorities believe leftist rebels bombed the Colombian pipeline.*

was one of the region's leaders in the effort to impose sanctions against the Taliban in the United Nations before the events of September 11, and it continues to cooperate in enforcing UNSC and UNGA antiterrorist resolutions, including Resolutions 1267, 1333, and 1368. Colombia also signed the UN Convention on the Suppression of the Financing of Terrorism. In the OAS, Colombia continued to be an active member of the Inter- American Committee Against Terrorism and was selected to chair the subcommittee that deals with monitoring and interdicting terrorist financial flows. Colombia also planned to broaden its capability to combat terrorism within its borders by means of a three-part strategy unveiled in late October. The main components include strengthening the public security forces, modernizing the penitentiary system, and expanding and improving civil and criminal investigation mechanisms. Also included are provisions for the seizure and forfeiture of terrorist assets, reduction of bank secrecy rights, and measures to insulate municipal and departmental finances from corruption. At year's end, the implementation of this strategy was awaiting passage of additional legislation.

## Ecuador

The kidnapping on 12 October 2000 of a group of eight oil workers (including five US citizens) by an armed band played out well into 2001. On 31 January, the hostage takers executed US hostage Ron Sander. The remaining seven hostages,

including the four surviving US citizens, were released in March, following payment of a multi-million-dollar ransom. In June, Colombian police arrested more than 50 Colombian and Ecuadorian criminal and ex-guerrilla suspects, including the group's leaders, connected to the case. At year's end, five of the suspects were awaiting extradition to the United States.

Beyond the murder of Ron Sander, there were no significant acts of terrorism in Ecuador in 2001, although unidentified individuals or groups perpetrated some low-level bombings. Two McDonald's restaurants were firebombed in April. Over a four-day period in mid-November, four pamphlet bombs containing anti-US propaganda were detonated in downtown Quito.

As did most Latin American nations in the wake of the September 11 attacks in the United States, Ecuador voiced its strong support for US, OAS, and UN antiterrorism declarations and initiatives put forth in various international fora, including UNSC 1373, as well as for Coalition actions in Afghanistan. Ecuador, however, neither improved control over its porous borders nor cracked down on illegal emigration/immigration. Quito's weak financial controls and widespread document fraud remained issues of concern, as did Ecuador's reputation as a strategic corridor for arms, ammunition, and explosives destined for Colombian terrorist groups.

## Peru

Although there were no international acts of terrorism in Peru in 2001, the number of domestic terrorist acts (130 by year's end) increased markedly and eclipsed the number perpetrated in the previous three years. Most incidents occurred in remote areas of Peru associated with narcotics trafficking. Sendero Luminoso (SL) was the most active terrorist group—in fact, the level of SL-related activity and its aggressive posture appeared to be on the rise through 2001. The Tupac Amaru Revolutionary Movement, although active politically, was not known to have committed any terrorist acts in 2001. US citizen Lori Berenson received a civilian re-trial and was once again convicted for terrorism based on her involvement with the Tupac Amaru

SHATSKY-008256



*American oil workers are freed from captivity 2 March 2002 after being held hostage for four months in Ecuador's Amazon jungle. Four US citizens, a New Zealander, an Argentine, and a Chilean were released near the Colombian border.*

Revolutionary Front, or MRTA. (The conviction and sentence were upheld by the Peruvian Supreme Court 18 February 2002.) Peruvian police also were investigating a series of attacks against Lima's electric power companies' infrastructure throughout the fall.

In a notable case in late November, Peruvian police thwarted a possible SL terrorist attack against a likely US target—possibly the US Embassy—when it arrested two Lima SL cell members. At the time of his arrest, one cell member possessed paper scraps with route diagrams and addresses of several US-affiliated facilities in Lima. Although they were still investigating the incident at year's end, Peruvian officials suspected that the SL had planned a car-bomb attack against US interests to coincide with the 3 December birthday of jailed SL founder Abimael Guzman. (Car bombings were a regular component of SL's modus operandi during the 1980s and early 1990s.)

Peru continued to pursue a number of individuals accused of committing terrorist acts in 2001, and notable captures included several key SL members. Among these were the arrests in October of Ruller Mazoombite (a.k.a. Camarada Cayo), chief of the protection team for SL leader Macario Ala

(a.k.a. Artemio), and Evoricio Ascencios (a.k.a. Camarada Canale), the logistics chief of the Huallaga Regional Committee. By the end of November, some 259 suspected terrorists had been arrested.

Since September 11, Lima has been a regional leader in strongly supporting antiterrorism initiatives through the drafting and passage of key legislation (some still pending at year's end) against money laundering as well as adopting an even more active stance against terrorism in general. In late September, Peru introduced a draft Inter-American Convention against Terrorism at the OAS and, in October, assumed the chair of the Border Controls Working Group of the OAS Inter-American Committee Against Terrorism. Peru has remained very receptive to antiterrorism training opportunities and has participated in the US State Department Antiterrorism Training Assistance program since 1986. Peru has yet to issue blocking orders on terrorist assets, however.

### Triborder (Argentina, Brazil, Paraguay)

South America's triborder area (TBA)—where the borders of Argentina, Brazil, and Paraguay converge and which hosts a large Arab population—took on a new prominence in the wake of the September 11 attacks in the United States. Although arms and drug trafficking, contraband smuggling, document and currency fraud, money laundering, and pirated goods have long been associated with this region, it also has been characterized as a hub for Hizballah and HAMAS activities, particularly for logistic and financial purposes. At year's end, press reports of al-Qaida operatives in the TBA had been disproved or remained uncorroborated by intelligence and law-enforcement officials.

All three governments, especially Paraguay took steps to rein in the individuals most strongly suspected of materially aiding terrorist groups—most prominently Hizballah—and continued to monitor the area as well as hold outstanding arrest warrants for those not yet captured. Security officials from each country, as well as a contingent from Uruguay, continued to coordinate closely on sharing information. The four nations also were trying to improve very limited joint operations in the

SHATSKY-008257



fight against terrorism. The governments also condemned the September 11 attacks and generally stood in strong support of US counterterrorism efforts.

Argentina suffered no acts of terrorism in 2001. The oral trial for alleged Argentine accomplices to the terrorist attack in 1994 on the Argentine-Israeli Community Center (AMIA) began in late September. Twenty suspects are being tried—of whom 15 are former police officers, and include a one-time Buenos Aires police captain—and are accused of supplying the stolen vehicle that carried the car bomb. The trial is expected to last through much of 2002.

Argentine authorities also continued to investigate the bombing in 1992 of the Israeli Embassy in Buenos Aires and to seek those directly responsible for the AMIA attack. A team of FBI investigators—at Argentina's request—visited the country in June to work jointly with the legal and judicial officials involved in the AMIA bombing to review the investigation. Despite the elapsed time since the attacks, the public trial of the accessories now underway has led some to expect that new information relating to one or both of these terrorist acts will come to light.

In Brazil, one incident occurred during 2001 that could be characterized as a terrorist incident—an after-hours bombing of a McDonald's restaurant in Rio de Janeiro in October. The incident resulted in property damage but no injuries, and while Brazil-ian police suspect antiglobalization extremists perpetrated the attack, no arrests were made.

Following the September 11 attacks, Brasilia initiated and led a successful campaign to invoke the Inter-American Treaty of Reciprocal Assistance (the Rio Treaty) in support of the United States. Brazil also played host to a conference in November on regional counterterrorism initiatives and participated in several other regional meetings on counterterrorist cooperation. Brazil raided several clandestine telephone centers from which calls to numerous Middle Eastern countries had been traced. Brazilian officials were still investigating possible links to terrorist activities.

Since September 11, Paraguay has been an active and prominent partner in the war on terror. It has, inter alia, arrested some 23 individuals suspected of Hizballah/HAMAS fundraising, initiated a ministerial-level dialogue with regional governments, cracked down on visa and passport fraud, and hosted, in late December, a successful regional counterterrorism seminar that included a keynote speech by the United States Coordinator for Counterterrorism.

Paraguayan officials raided a variety of businesses and detained numerous suspects believed to have materially aided either Hizballah or HAMAS, primarily in the triborder city of Ciudad del Este or in Encarnación. Prominent among the raids were the arrests on 3 October of Mazen Ali Saleh and Saleh Mahmoud Fayad (on criminal association/tax evasion charges) and the arrest on 8 November of Sobhi Mahmoud Fayad (on criminal association and related charges); all three are linked to Hizballah. In addition, the businesses that were raided revealed extensive ties to Hizballah—in particular, records showed the transfers of millions of dollars to Hizballah operatives, "charities," and entities worldwide. Several other TBA personalities, including Assad Barakat and Ali Hassan Abdallah, are considered fugitives. Barakat, who is considered Hizballah's principal TBA leader, lives in Foz do Iguazu, but owns a business ("Casa Apollo") in Ciudad del Este; Paraguay has sought an INTERPOL warrant for his arrest.

SHATSKY-008258

Among the others arrested were some 17 ethnic Arabs (mostly Lebanese) on charges of possessing false documents; Paraguayan officials suspect some have links to HAMAS. Three Paraguayans—an attorney, a consular officer, and an Interior Ministry employee—also were arrested in connection with fraudulently issuing immigration documents to the 17 individuals.

Asunción, through its money-laundering unit, also identified 46 individuals who transferred funds in a suspicious manner from accounts held by Middle Eastern customers or to Middle East organizations.

Despite the apparent successes, Paraguayan counterterrorist enforcement continued to be impeded by a lack of specific criminal legislation against terrorist activities, although such a bill was introduced before the legislature. Until its passage, Paraguay must rely on charges such as criminal association, tax evasion, money laundering, or possession of false documents to hold suspects. Pervasive corruption also continued to be a problem for Paraguay, and some suspected terrorists were able to co-opt law-enforcement or judicial officials.

## Uruguay

Uruguay suffered no acts of international terrorism in 2001. Before September 11, Montevideo had been involved in an effort to create a permanent working group on terrorism with neighboring countries. Since September 11, Uruguay has actively supported various regional counterterrorism conventions and initiatives, paying particular attention to the triborder area as well as to its shared border with Brazil.

Egypt has asked Uruguay to extradite a suspected terrorist in a case that came before Uruguay's courts in 2001. The defendant, al-Said Hassan Mokhles, is a member of the Gama'a al-Islamiyya (Islamic Group, IG)—a group with ties to al-Qa'ida. Although the Court of Appeals granted his extradition, Mokhles has appealed his case to the Uruguayan Supreme Court. Mokhles was imprisoned, charged with document fraud, as his suspected IG activities took place before he arrived in Uruguay; there is no reported IG cell presence in Uruguay.

## Venezuela

Following the events of September 11, Venezuela joined the rest of the OAS in condemning the attacks, and Venezuelan officials worked closely with US officials to track down terrorist assets in Venezuela's financial system. Venezuela condemned terrorism but opposed using force to combat it.

It was widely reported in the press that Venezuela maintained contact with the FARC and ELN and may have helped them obtain arms and ammunition; the press reports also included turning a blind eye to occasional cross-border insurgency and extortion by FARC and ELN operatives of Venezuelan ranchers.

In December 2001, Venezuela extradited Colombian national (and accused ELN member) Jose Maria Ballestas, wanted as a suspect for his role in the hijacking of an Avianca aircraft in Colombia in April 1999.

SHATSKY-008259

## Middle East Overview

*"Our tolerant Islamic religion highly prizes the sanctity of human life and considers the willful killing of a single soul as tantamount to killing humanity at large."*

*Dr. Abdelouahed Belkeziz, Secretary-General of the Organization of the Islamic Conference*

*12 September 2001*

Middle East terrorism witnessed two major developments this year. On the one hand, terrorist groups and their state sponsors continued their terrorist activities and planning throughout 2001. Most notable among these groups was Usama Bin Ladin's al-Qaida, which perpetrated in the United States the most significant act of anti-US terrorism. On the other, however, most Middle Eastern countries—including some with which the United States has political difficulties—showed an unprecedented degree of cooperation with the Coalition's campaign against terrorism in the aftermath of the September 11 attacks. Some of our Middle Eastern allies thwarted terrorist incidents targeted against US interests and citizens, disrupted terrorist cells, and enhanced their counterterrorism relations with the United States. A number provided tangible support for Operation Enduring Freedom, including personnel, basing, and overflight privileges. Most Middle East governments froze al-Qaida financial assets pursuant to UNSCR 1373. Notably, all Middle Eastern countries with an American diplomatic presence were responsive to US requests for enhanced security for personnel and facilities during periods of heightened alert.

The Government of Yemen, for example, launched a military campaign against al-Qaida and suspected al-Qaida members within its territory. Jordan maintained extreme vigilance in monitoring suspected terrorists and put a number on trial. Qatar, as head of the Organization of the Islamic

Conference (OIC), coordinated an official OIC communiqué supportive of action by the international Coalition. Egypt used its regional clout to build consensus for the Coalition. The United Arab Emirates broke off diplomatic relations with the Taliban 11 days after the attack and took significant antiterrorism financing measures. And Algeria continued its aggressive campaign against domestic terrorism and bolstered its security cooperation with the US Government.

Middle Eastern governments that still lack peace agreements with Israel, most notably Syria and Lebanon, cooperated with the US Government and its partners in investigating al-Qaida and some other organizations, but they refused to recognize Hizballah, HAMAS, the Palestine Islamic Jihad and other Palestinian rejectionist groups for what they are—terrorists. They and other Arab/Muslim countries held the view that violent activities by these groups constitute legitimate resistance. They sometimes even condone Palestinian suicide bombings and other attacks against civilian targets within Israel, the West Bank, and Gaza Strip.

The Gulf countries of Bahrain, Kuwait, Oman, Qatar, Saudi Arabia, and the United Arab Emirates played strong roles in the international Coalition against terrorism. In addition to condemning the September 11 attacks publicly, these governments took positive steps to halt the flow of terrorism financing and, in some cases, authorized basing and/or overflight provisions. In several cases, they did so despite popular disquiet over their governments' military support for Operation Enduring Freedom. As in other Arab countries, US interests were often subject to terrorist threats. The Gulf governments as a whole were extremely responsive in providing appropriate and effective security measures.

Iran, Iraq, Libya, and Syria, which have been designated as state sponsors of terrorism, are discussed in the state sponsorship section of this report.

51

SHATSKY-008260



*Secretary of State Colin L. Powell meets with Algeria
President Abdelaziz Bouteflika in Washington, D.C.,
12 July 2001.*

## Algeria

President Bouteflika, who met twice in 2001 with
President Bush, publicly pledged his Govern-
ment's full cooperation with the Coalition's cam-
paign. As part of this cooperation, the
Government of Algeria strengthened its informa-
tion sharing with the United States and worked
actively with European and other governments to
eliminate terrorist support networks linked to
Algerian groups, most of which are located in
Europe.

Algeria itself has been ravaged by terrorism since
the early 1990s. Since 1999, Algerian extremists
operating abroad also have stepped-up their anti
US activities, a development that has contributed
to a closer, mutually beneficial counterterrorism
relationship between our two countries. For exam-
ple, in April, Algerian authorities announced the
arrest of international fugitive Abdelmajid Dahou-
mane, as he tried to re-enter the country. Dahou-
mane is an accomplice of Ahmed Ressam, who is
awaiting sentencing for planning a thwarted
attack on the Los Angeles International Airport in
December 1999.

Terrorism within Algeria remained a serious
problem in 2001, although its magnitude
decreased as Government forces continued to

improve their ability to combat it. There were
fewer massacres and false roadside checkpoints
set up by militants. Most violence occurred in
areas outside the capital. The worst single
incident of terrorist violence occurred on
1 February when Islamic extremists massacred
26 persons near Berrouaghia in Medea Province.

Militants continued their attacks in the Algiers
area on occasion, despite improved measures by
the Government to secure the capital. Also, for the
first time since 1997, Salafist Group for Call and
Combat (GSPC) forces in early 2001 killed foreign
nationals—four Russian scientists and one French/
Algerian woman—although press reports suggest
that the victims were not targeted based upon
their nationalities.

The GSPC—the largest, most active terrorist
organization operating inside Algeria—main-
tained the capability to conduct operations. It
collaborated with smugglers and Islamists in the
south who supplied insurgents with weapons and
communications equipment in northern
strongholds.

(In a shootout in early 2002, Algerian Government
security forces killed Antar Zouabri, head of the
Algerian terrorist organization Armed Islamic
Group, which has been responsible for most of
the civilian massacres over the past decade.)

## Bahrain

There were no terrorist incidents in Bahrain in
2001. Amir Shaykh Hamad bin Isa Al-Khalifa used
his country's 2001 presidency of the Gulf Coopera-
tion Council (GCC) to advocate, consistently, a
proactive GCC position against terrorism. In addi-
tion, the Bahrain Monetary Authority implemented
UNSCR 1373 and quickly took action to freeze
terrorist assets.

## Egypt

The Egyptian and US Governments continued to
work closely together on a broad range of coun-
terterrorism issues in 2001. The relationship was

52

SHATSKY-008261

further strengthened in the wake of the September 11 attacks. Key Egyptian Government and religious officials condemned the attacks; President Mubarak was the first Arab leader to support the US military campaign in Afghanistan publicly. Egypt also supported efforts to cut off the flow of terrorism financing by strengthening banking regulations, including preparing a money-laundering bill for this purpose. The Government of Egypt renewed its appeals to foreign governments to extradite or return Egyptian fugitives.

Other actions taken by the Government of Egypt to support US counterterrorism efforts following the September 11 attacks included continuing to place a high priority on protecting US citizens and facilities in Egypt from attack; strengthening security for US forces transiting the Suez Canal; implementing aviation security directives; agreeing to participate in the voluntary Advanced Passenger Information System; and granting extensive overflight and Canal transit clearances.

Egypt itself has been for many years a victim of terrorism, although it has abated. No terrorism-related deaths were reported in Egypt in 2001, but the Egyptian Government continued to regard terrorism and extremist activity as an urgent challenge. The Egyptian Government indicted nearly 300 Egyptians and foreigners on terrorism-related charges. They will be tried by a military tribunal. Other terrorists' detentions were extended. Of those arrested, 87 were members of a group Egyptian authorities dubbed "al-Wa'ad" (The Promise). They were accused of planning to assassinate key Egyptian figures and blow up strategic targets; at the time of the arrests, authorities reportedly discovered arms caches and bomb-making materials. Those arrested included 170 al-Gama'a al-Islamiyya (IG) members, accused of killing police and civilians. They also were accused of targeting tourists and robbing banks between 1994 and 1998. Egypt's principal terrorist organizations, the Egyptian Islamic Jihad (EIJ) and the IG, suffered setbacks following September 11. International members of both groups and some suspects were returned to Egypt from abroad for trial. The Government renewed its appeals to foreign governments to extradite or return other Egyptian



Members of al-Aqsa Martyrs Brigade train for attacks on Israeli targets in Gaza Strip. The group is responsible for carrying out numerous shootings and suicide operations against Israeli military personnel and civilians.

fugitives. In early 2001, IG leader Rifa'i Ahmad Taha Musa published a book in which he attempted to justify terrorist attacks that result in mass civilian casualties. He disappeared several months thereafter, and his whereabouts at the time of this report's publication remained unknown.

### Israel, the West Bank, and Gaza Strip

Traditionally, Israel has been one of the United States' staunchest supporters in fighting terrorism. September 11 reinforced US-Israeli security cooperation in this area. There is no known al-Qaida presence in the West Bank and Gaza Strip, and Palestinian Authority Chairman Arafat forcefully denounced the September 11 attacks. Even HAMAS publicly distanced itself from Usama Bin Ladin.

Israeli-Palestinian violence escalated in 2001, and terrorist activity increased in scale and lethality. Israel responded to terrorist attacks with military strikes against PA facilities, targeted killings of suspected terrorists, and tightened security measures, including roadblocks and closures of Palestinian towns and villages.

HAMAS conducted several suicide bombings inside Israeli cities from March to June, culminating in the attack outside a Tel Aviv nightclub on

53

SHATSKY-008262

1 June that killed 22 Israeli teenagers and injured at least 65 others. On 9 August, HAMAS mounted a suicide attack in a Jerusalem pizzeria, killing 15 persons and wounding more than 60 others.

Attacks by the Palestine Islamic Jihad (PIJ) against Israel were similar to those of HAMAS. They included car bombings, shooting attacks, and suicide bombings. In general, PIJ operations were significantly less lethal than those of HAMAS. The PIJ claimed several shootings during the year, including an attack on 4 November in which a PIJ member ambushed an Israeli bus carrying schoolchildren in the French Hill section of East Jerusalem. The attack killed two children, including one dual US-Israeli national, and wounded at least 35 other persons.

The Popular Front for the Liberation of Palestine (PFLP) raised its profile in 2001. It carried out car bombings in Jerusalem, few of which caused serious injury. The PFLP, however, assassinated Israeli cabinet minister Rehav'am Ze'evi in an East Jerusalem hotel on 17 October, purportedly in retaliation for Israel's killing of its leader, Abu Ali Mustafa.

Members of the Tanzim, which is made up of small and loosely organized cells of militants drawn from the street-level membership of Fatah, conducted attacks against Israeli targets in the West Bank over the course of the year. In mid-March, Israel arrested several Tanzim members who confessed to participating in at least 25 shootings over a five-month period. Some Tanzim militants also were active in al-Aqsa Martyrs Brigade, which claimed responsibility for numerous attacks in the West Bank —mainly shootings and roadside bombings against settlers and Israeli soldiers. Al-Aqsa Martyrs Brigade also claimed credit for at least one mortar attack.

Other secular Palestinian entities carried out terrorist attacks in 2001. Israel announced in the fall that it had detained 15 members of a terrorist squad linked to the Iraq-based Palestine Liberation Front. In early May, the Damascus-based Popular Front for the Liberation of Palestine-General Command (PFLP-GC) tried to smuggle weapons into

Gaza aboard the *Santorini*. Apparently unaffiliated Palestinians also committed acts of political violence. For example, on 14 February, a Palestinian from Gaza, employed by Israel's Egged civilian bus company and with no known links to any terrorist organization, drove his bus into a group of Israeli soldiers at a bus stop killing eight and wounding 21 persons.

Israeli Arabs, constituting nearly one-fifth of Israel's population, appeared to have played a limited role in the violence in 2001. On 9 September, Israeli Arab Muhammad Hubayshi conducted a suicide attack at a train station in Nahariyah. HAMAS claimed credit for the attack. Israeli Arabs generally refrained from aiding and abetting terrorists from the West Bank and Gaza, however. At year's end, Israel indicted four Israeli Arabs linked to rejectionist groups, although they were uninvolved in terrorist operations or planning.

Jewish extremists attacked Palestinian civilians and their properties in the West Bank and Gaza Strip in 2001. The attacks claimed the lives of Palestinian civilians and destroyed Palestinian farmlands, homes, businesses, and automobiles. In April, six Israeli policemen were wounded when settlers blew up a Palestinian shop. In late November, Israel's Shin Bet security service assessed that five Palestinians were killed and fourteen wounded in attacks that were likely staged by Israeli settlers in the West Bank. Investigations into many of these attacks produced inconclusive results, leading to several arrests but no formal charges.

During 2001, Israeli military forces killed more than two dozen suspected terrorists affiliated with HAMAS, the PIJ, Fatah, or the PFLP. An unspecified number of Palestinian civilians also were killed in the strikes.

Unlike the pre-*intifadah* era, when Israeli-PA security cooperation was generally effective, PA counterterrorism activities remained sporadic throughout the year. Israel's destruction of the PA's security infrastructure contributed to the ineffectiveness of the PA. Significantly reduced Israeli-PA security cooperation and a lax security

SHATSKY-008263

environment allowed HAMAS and other groups to rebuild terrorist infrastructure in the Palestinian territories.

PA security services did thwart some attacks aimed at Israelis. They also discovered and confiscated some caches of weapons and explosives. But violence continued throughout the West Bank and Gaza Strip, resulting in almost 200 Israelis and over 500 Palestinians killed in 2001.

Early in December, the White House called upon Arafat to take "meaningful, long-term and enduring action against terrorists operating out of Palestinian territory." On 16 December, Arafat issued a public statement urging adherence to his call for a cease-fire. This was followed by PA arrests of dozens of HAMAS and PIJ activists, although the conditions of their arrest and the military role that some of them may have played remain unclear. The PA also closed some social services centers run by HAMAS and the PIJ. In December, and under pressure from the PA, HAMAS announced that it would halt suicide attacks within Israel. It retained the option of continuing operations against Israel inside the West Bank and Gaza Strip, however. The top PIJ leadership inside and outside the West Bank and Gaza Strip did not endorse Arafat's call for a cease-fire agreement.

(In January 2002, Israeli forces boarded the vessel Karine-A in the Red Sea and uncovered nearly 50 tons of Iranian arms, including Katyusha missiles, apparently bound for militants in the West Bank and Gaza Strip.)

Jordan

Jordanian officials strongly condemned the September 11 attacks and responded favorably to US requests for assistance. King Abdullah served as an influential and moderating force in the region and stressed in multilateral venues the need to combat terrorism cooperatively. Jordan strengthened its counterterrorism laws, defining terrorism more broadly, specifying punishment for terrorist offenses, and facilitating the seizure of terrorist finances. Moreover, the Government of



*Jordan's King Abdullah II attended the presidential-level UN Summit on aid in Monterrey, Mexico. King Abdullah is an influential and moderating force in the region, emphasizing the need to combat terrorism through cooperative and multilateral means.*

Jordan continued its vigilant counterterrorism posture in 2001, facing threats that included possible retribution for the late-1999 interdiction of an al-Qaida-linked terrorist plot and efforts to exploit Jordanian territory for attacks against Israel.

In late April, Jordanian authorities publicly released details of the arrest on 29 January of 13 militants who allegedly had planned to attack unspecified Israeli and Western targets in the country. The 13 were referred to a state security court for trial on four counts: membership in an illegal organization, conspiracy to carry out terrorist acts, possession of explosives without a license and for illegal purposes, and preparing an explosive device without a license. Some cell members possessed homemade explosives at the time they were detained.

55

SHATSKY-008264

On 3 December, a state security court sentenced Sabri al-Banna, head of the Abu Nidal terrorist organization (ANO), to death in absentia. Al-Banna, also known as Abu Nidal, was charged with the assassination in 1994 of a Jordanian diplomat in Lebanon. Four ANO members were also sentenced to death. (One was arrested in Jordan upon his arrival from Libya in early January 2002 and three still remain at large.)

Jordanian prosecutors requested the death penalty in the trial of dual US-Jordanian national Ra'ed Hijazi, who had been implicated in the Bin Ladin-linked Millennium plot in late 1999. Hijazi allegedly confessed to planning terrorist attacks in Jordan and to undergoing military training in al-Qaida camps inside Afghanistan. (In 2000, Hijazi had been convicted in absentia and sentenced to death along with five others. Hijazi's death sentence was commuted to life imprisonment on 11 February 2002 by the State Security Court.)

The Jordanian authorities foiled numerous attempts by militants to infiltrate Israel from Jordan during the year. In June, Jordanian security officials arrested four Jordanians and charged them with planning to transfer a cache of arms into the West Bank and Gaza Strip. Jordanian authorities also retrieved various types of weapons—including explosives—allegedly concealed along the Jordanian-Iraqi border after having been smuggled from Lebanon. By the end of 2001, at least two suspected terrorists associated with this plot were still at large in Lebanon and the West Bank.

Jordan retained its tight restrictions and close monitoring of HAMAS and other Palestinian rejectionist groups in its territory. For example, the Jordanian Government settled a two-week long standoff involving Ibrahim Ghawsha, a deported HAMAS leader, who flew back to Amman without warning. Jordan permitted his return only after he had agreed not to be a spokesman or conduct political work on behalf of HAMAS.

On 7 August, an Israeli businessman was shot dead outside his Amman apartment. The motive for the attack remained unclear, although two groups—Nobles of Jordan and Holy Warriors for

Ahmad Daqamseh—claimed responsibility. (Ahmad Daqamseh is a Jordanian soldier currently serving a life sentence for killing six Israeli schoolgirls in 1997.)

As of early December, a Jordanian court was investigating the activities of an Iraqi truck driver who allegedly smuggled weapons into Jordan the previous month. The suspect insisted he was paid by an unidentified Iraqi to transport the weapons to Jordan only. Upon further questioning, however, the driver admitted that at least 13 machineguns were destined for the West Bank and Gaza Strip.

### Kuwait

Kuwait supported the Coalition against terrorism through public statements and a variety of practical measures. Crown Prince Saad, in an October speech opening the National Assembly, identified counterterrorism as the Government's top priority. Kuwait has ratified or signed all 12 UN counterterrorism conventions. On the financial front, it ordered all international monetary transfers to be sent through its Central Bank, instructed all financial institutions to freeze and seize assets of those designated in Executive Order 13224, and ordered the shutdown of all unlicensed charities by 2002. In December, the Government pledged to cooperate with US experts in investigating suspected cases of terrorism financing. The Government created a higher council to oversee Islamic charities and directed clerics not to use their positions to incite political conflict. Kuwait responded positively and quickly to all Coalition requests for support of Operation Enduring Freedom. It also took the initiative to deliver multiple shipments of humanitarian aid to Afghan refugees during Operation Enduring Freedom. It raised over $8 million in direct donations for the refugees and granted over $250 million in aid to Pakistan during 2001. There were no terrorist incidents in Kuwait in 2001.

56

SHATSKY-008265

## Lebanon

The president of Lebanon as well as other senior Lebanese officials consistently condemned the September 11 attacks and offered to help the US Government in its efforts to arrest individuals with ties to al-Qaida and freeze the assets of suspected Sunni extremists. In October, Lebanese security forces arrested two 'Asbat al-Ansar members who allegedly had been planning to attack the Embassies of the United States and the United Kingdom, as well as other unspecified Arab targets in Beirut. 'Asbat al-Ansar, which operates mainly from 'Ayn al Hilwah camp, has been outlawed and its leader, Abu Muhjin, sentenced to death in absentia by Lebanese courts.



*Lebanese students light candles near the US Embassy in Beirut to mourn the victims of the devastating attacks on Washington, D.C. and New York.*

The Lebanese Government, however, condones Hizballah's actions against Israel, arguing that they are "resistance activities." Several terrorist organizations continued to operate or maintain a presence in Lebanon, including Hizballah, the Islamic Resistance Movement (HAMAS), the Palestine Islamic Jihad, the Popular Front for the Liberation of Palestine-General Command, 'Asbat al-Ansar, and several local Sunni extremist organizations.

The Lebanese Government failed to hand over to US authorities three senior Hizballah operatives, including Imad Mugniyah, after the men were placed on the FBI's list of most wanted terrorists in 2001 for their role in the 1985 hijacking of TWA flight 847. Lebanese law prohibits the extradition of Lebanese nationals, but the Government has not taken adequate steps to pursue the cases in Lebanese courts, claims the individuals are not in Lebanon, and that it does not know their whereabouts.

Since the Lebanese Government deems organizations that target Israel to be legitimate, Hizballah, HAMAS, the Palestine Islamic Jihad, and other Palestinian terrorist organizations were recognized as legal organizations and were allowed to maintain offices in Beirut. The Government refused to freeze the assets of Hizballah or close down the offices of rejectionist Palestinian organizations. It also continued to reject the US Government's position that Hizballah has a global reach, asserting it to be a local, indigenous organization

integral to Lebanese society and politics. The Government of Lebanon informed the United States and the UN that it opposed terrorism and was working to control it. The United States and Lebanon did not agree on a definition of terrorism, however. The Lebanese Government, like other Arab countries, has called for a UN-sponsored conference to define and address the underlying causes of terrorism.

Security conditions in most of Lebanon remained stable in 2001, despite inadequate government control over several areas of the country, including Beirut's southern suburbs, the Beka'a Valley, the southern border area, and Palestinian refugee camps. The continuing inability of Lebanon to exert such control created a permissive environment for the smuggling of small arms and explosives as well as training activities by terrorist organizations. Hizballah has not attacked US interests in Lebanon since 1991, but it continued to maintain the capability to target US personnel and facilities there and abroad. During 2001, Hizballah provided training to HAMAS and the Palestine Islamic Jihad at training facilities in the Beka'a Valley. In addition, Hizballah reportedly increased the export of weaponry into the West Bank and Gaza Strip for use by these groups against Israeli targets.

SHATSKY-008266

There were no attacks on US interests in Lebanon in 2001, but there were random acts of political violence/hate crimes. In May, unknown gunmen assassinated a senior commander of Yasir Arafat's Fatah organization in the 'Ayn al Hulwah Palestinian refugee camp near Sidon, an area outside Lebanese Government control. In September, another Fatah official escaped an assassination attempt near his home in Sidon. In September and October, two churches were attacked, resulting in property damage but no loss of life. In October, a mosque in the predominantly Christian town of Batroun was slightly damaged by arson.

## Morocco

King Mohammed VI unambiguously condemned the September 11 attacks and offered the international Coalition his country's full cooperation in the war against terrorism. On 24 September the Government of Morocco signed the UN Convention for the Suppression of the Financing of Terrorism and is complying fully with UNSCR resolutions that seek to eliminate terrorist financing.

Domestically, the Moroccan Government's record of vigilance against terrorist activity and intolerance for the perpetrators of terrorism remained uninterrupted in 2001. While no reported terrorist activity took place inside Morocco, King Mohammed reiterated his outright condemnation of those who conduct or espouse terrorism.

## Oman

The Government of Oman was very responsive to requests from the Coalition. It proactively responded to US requests related to terrorism financing Executive Order 13224 to ensure that there were no accounts available to any listed terrorist entity or individual. The Government of Oman has signed nine of the 12 UN counterterrorism conventions. There were no terrorist incidents in Oman in 2001.

## Qatar

Qatar provided important and substantial support for the Coalition. As Chair of the Organization of the Islamic Conference (OIC), Qatar immediately issued public statements condemning the September 11 attacks and disassociating them from Islam. As host of an emergency OIC Ministerial on 16 October, the Government of Qatar helped draft a final communiqué supportive of action by the international Coalition against terror. Qatari law-enforcement authorities worked closely with US counterparts to detain and investigate terrorist suspects. The Qatar Central Bank instructed all financial institutions to freeze and seize the terrorist assets of those designated in Executive Order 13224.

## Saudi Arabia

After September 11 and the realization that 15 of 19 of the attackers were Saudi citizens, the Saudi Government reaffirmed its commitment to combat terrorism and responded positively to requests for concrete action in support of Coalition efforts against al-Qaida and the Taliban. The King, Crown Prince, Government-appointed religious leaders, and official news media publicly and consistently condemned terrorism and refuted the few ideological and religious justifications made by some clerics.

In October, the Saudi Government announced it would implement UNSCR 1373, which called for, among other things, the freezing of terrorist related funds. The Saudi Government has ratified six of 12 UN conventions relating to terrorism and signed an additional three, including the UN Convention for the Suppression of the Financing of Terrorism. The remaining three conventions are under consideration. The Saudi Government also pressed nongovernmental organizations and private agencies to implement existing Saudi laws that govern the soliciting of contributions for domestic or international humanitarian causes.

SHATSKY-008267



*Saudi Arabia's Crown Prince Abdullah and US Secretary of State Colin L. Powell during a meeting in Paris on 29 June 2001.*

These laws were not scrupulously enforced in the past, and some representatives of international terrorist organizations solicited and collected funds from private citizens and businesses in Saudi Arabia. In December, Saudi authorities agreed to cooperate with US investigators in suspected cases of terrorism financing.

Several threats against US civilian and military personnel and facilities in Saudi Arabia were reported in 2001, but none materialized. By year's end, Saudi authorities had finished an investigation into a series of bombings in Riyadh and the Eastern Province (Ash-Sharqiyah) and determined that the bombings were criminal rather than political in motivation. In October an apparent suicide bombing in al-Khubar killed one US citizen and injured another. The Saudi investigation since revealed that the bomber was a Palestinian, acting alone, for unverified motives relating to the Palestinian *intifadah*.

There was only one significant act of international terrorism in Saudi Arabia in 2001—the hijacking of a Turkish plane en route to Russia in March, perpetrated to protest Russian actions in Chechnya. Saudi forces stormed the plane, rescuing most of the passengers. The Saudi Government denied requests from Russia and Turkey to extradite the hijackers.

The Government of Saudi Arabia continued to investigate the June 1996 bombing of the Khubar Towers housing facility near Dhahran that killed 19 US military personnel and wounded some 500 US and Saudi personnel. The Saudi Government continued to hold in detention a number of Saudi citizens linked to the attack, including Hani al-Sayegh, extradited by the United States in 1999.

## Tunisia

The September 11 attacks strengthened the Tunisian Government's active posture against terrorism in 2001. The only Arab nation represented on the United Nations Security Council in 2001, Tunisia supported Security Council Resolutions 1368 and 1373. These cooperative international measures matched the Tunisian Government's concrete stand against terrorism within its borders. Most Tunisians oppose Islamist movements because they do not want the violence of neighboring Algeria repeated in Tunisia.

There were no reported acts of terrorism in Tunisia in 2001, yet the Government continued to bring judicial, law-enforcement, and military resources to bear against terrorist suspects. On 29 November a military court convicted a Tunisian, extradited from Italy, on charges of training members of a terrorist cell in Italy. On the military front, the Government of Tunisia, in concert with the Government of Algeria, took steps to protect its borders from what it considered a potentially destabilizing influx of extremists. The efforts culminated in the signing in November of a military cooperation agreement with Algeria aimed at strengthening border guard units to better control terrorist movements and the illegal trafficking of arms, drugs, and contraband materials.

## United Arab Emirates

Formerly one of three countries to recognize the Taliban regime in Afghanistan, the UAE cut diplomatic relations 11 days after the attacks on

59

SHATSKY-008268

the United States. During his December National Day address, President Zayid promised to "fight and uproot terrorism." This posture was underscored by significant actions taken on the law-enforcement, diplomatic, and humanitarian fronts. The UAE took major steps to curb terrorist funding: the country's Central Bank ordered all financial institutions—from banks and investment firms to moneychangers—to freeze and seize the accounts of almost 150 groups and individuals linked to terrorism, including the Al-Barakat group based in Dubai. The UAE also adopted the Gulf Coordination Council's most comprehensive criminal law prohibiting money laundering. The UAE continued to investigate Marwan Al-Shihi and Fayiz Bani-Hamed, UAE nationals linked to the September 11 attacks. In July, the UAE arrested Djamel Beghal in Dubai and extradited him to France where he was placed under formal investigation after being linked to a planned attack on the US Embassy and American cultural center in Paris. Finally, the UAE contributed $265 million in aid to Pakistan and the UAE Red Crescent Society joined with Dubai Crown Prince Muhammad bin Rashid Al-Maktums's Foundation and Sharjah Charity International in contributing over $20 million for the establishment of five refugee camps/humanitarian centers along the Afghan-Pakistan border and supplied medicine, clothing, and blankets for needy Afghans.

## Yemen

Yemen immediately condemned the terrorist attacks of September 11. The Yemeni Government also publicly condemned terrorism "in all its forms and sources," expressing support for the international fight against terror. Moreover, the Yemeni Government took practical steps to enhance its intelligence and military cooperation with the United States. During his official visit to Washington in November, President Salih underscored Yemen's determination to function as an active partner in counterterrorism with the United States. Senior US officials welcomed President Salih's commitment but made clear that any counterterrorism cooperation will be judged by its results.

The United States and Yemen continued their joint investigation of the attack in October 2000 on the USS Cole. Cooperation was productive, particularly in the aftermath of September 11, and established important linkages between the East Africa US Embassy bombings, the USS Cole bombing, and the September 11 attacks. The Yemeni Government's assistance in providing investigators with key documents, allowing evidence to be processed in the United States, and facilitating access to suspects made the discoveries possible.

In 2001, the Yemeni Government arrested suspected terrorists and pledged to neutralize key al-Qaida nodes in Yemen. Increased pressure from security services forced some terrorists to relocate. Yemen has enhanced previously lax security at its borders, tightened its visa procedures, and prevented the travel to Afghanistan of potential terrorists. Authorities carefully monitored travelers returning from abroad and cracked down on foreigners who were residing in the country illegally or were suspected of engaging in terrorist activities. On the education front, the Government began integrating formerly autonomous private religious schools—some of which were propagating extremism—into the national educational system, and has tightened requirements for visiting foreign students. The Yemeni Government asked a large number of foreign students from Arab or Islamic backgrounds to leave the country.

Several terrorist organizations maintained a presence in Yemen. HAMAS and the Palestine Islamic Jihad continued to maintain offices in Yemen legally. Other international terrorist groups with members operating illegally in Yemen included the al-Qaida, the Egyptian Islamic Jihad, al-Gama'a al-Islamiyya, Libyan opposition groups, and the Algerian Armed Islamic Group. An indigenous terrorist group, the Islamic Army of Aden, remained active in the country.

SHATSKY-008269

## North America Overview

*"Canadians understand perfectly well that although the attack on September 11 occurred in the United States, it was not directed against only the United States"*

*Foreign Minister John Manley*

*21 September 2001*



© Reuters

*Canadian Prime Minister Jean Chretien and President George W. Bush discussed the attacks on the United States during a meeting at the White House on 24 September 2001.*

### Canada

In the immediate wake of the 9/11 terrorist attacks, Canada played an immensely helpful role by accepting the bulk of civil aviation traffic bound for the United States that was diverted when US airspace was ordered closed. Canada provided support for all stranded passengers. Media in the United States and elsewhere erroneously reported that some of the 19 hijackers responsible for crashing the four US commercial airliners had come to the United States via Canada; these allegations were proven false by subsequent investigation.

Overall anti-terrorism cooperation with Canada is excellent, and stands as a model of how the US and another nation can work together on terrorism issues. The relationship is exemplified by the US-Canadian Bilateral Consultative Group on Counterterrorism Cooperation, or BCG, which meets annually to review international terrorist trends and to plan ways to intensify joint counterterrorist efforts. BCG subgroups meet continually to carry out specific projects and exercises. Established in 1988, the BCG builds on a long history of mutual cooperation and complements numerous other bilateral fora that address law enforcement and immigration issues. All of these bilateral mechanisms have continued to grow and improve, especially in the wake of two significant arrests: the December 1999 arrest in Washington State of Usama Bin Ladin associate Ahmed Ressam, and the March 1998 arrest in Canada of

Saudi national Hani Al-Sayegh in connection with the Khubar Towers bombing. Under the US-Canada Terrorist Interdiction Program, or TIP, Canada records about one "hit" of known or suspected terrorists per week from the State Department's Visa Lookout List.

Excellent law enforcement cooperation between the US and Canada is essential to protecting our citizens from crime and maintaining the massive flow of legitimate cross-border traffic. Day-to-day cooperation between law enforcement agencies is close and continuous. Seven US law enforcement agencies have officers posted to Ottawa and other Canadian cities. The Attorney General and Canadian Solicitor General conduct policy coordination at the US-Canada Cross-Border Crime Forum, established during the Prime Minister's 1997 visit to Washington. (The Forum met most recently March 6, 2002 in Washington.) Other cooperative mechanisms include groups led by the immigration and customs services known as Border Vision and the Shared Border Accord, extradition and mutual legal assistance treaties, and an informa-

SHATSKY-008270

tion-sharing agreement between the US Drug Enforcement Administration and the Royal Canadian Mounted Police.

## Mexico

Mexican President Fox immediately expressed his support and condolence to President Bush after the 9/11 attacks and sent a team of earthquake response specialists to New York City to assist in the search for victims. Mexico also has expressed firm support for US military action and joined the consensus agreement behind Organization of American States resolutions voicing solidarity with the United States, invoking collective security, and invoking the Rio Treaty. Mexico also played a leading and successful role within the Organization of American States in negotiations for a new Convention on Terrorism.

On the security front, Mexico has taken many steps to enhance border security cooperation. Mexico implemented additional screening requirements for visa applicants from more than 50 countries. In addition, Mexico is implementing a photo-digitized passport-security system to tighten border controls and reduce fraud. The Mexican Secretary of Defense and Energy Secretary tightened security for petroleum and gas facilities and assigned a Navy task force to protect the offshore gas and oil infrastructure. Additionally, there are several points in the US-Mexico Border Partnership Action Plan related to homeland security issues, including those on Infrastructure protection, harmonization of entry port operations, precleared travelers, advanced passenger information, deterrence of alien smuggling, visa policy consultations, compatible databases and electronic exchange of information, screening third-country nationals, public/private-sector cooperation, secure in-transit shipments



*Mexican President Vicente Fox toured the site of the World Trade Center disaster on 4 October 2001, accompanied by Mayor Rudolph Guiliani and New York Govenor George Pataki.*

and railways, technology sharing, combating fraud, and contraband interdiction.

Mexico also has taken steps on the financial front. The Government of Mexico is working to ensure that domestic legislation and regulation are compliant with United Nations Security Council Resolutions. On several occasions, the National Bank Commission identified and reported suspicious financial transactions. In addition, the Treasury Secretary secured a bank account and several cash transactions linked to an identified terrorist. Furthermore, the Government of Mexico adopted new measures to counter terrorist financing, including increased monitoring of financial movements, exchange of information on unusual movements of capital, and more effective measures to combat money laundering.

As with Canada, there were erroneous media allegations that the September 11 hijackers used Mexico to enter the United States.

SHATSKY-008271

## Overview of State-Sponsored Terrorism

*"Every nation in every region now has a decision to make. Either you are with us, or you are with the terrorists."*

*President George W. Bush*

*20 September 2001*

President Bush put state supporters of terrorism on notice in his 20 September address to the joint session of Congress: "Every nation, in every region, now has a decision to make. Either you are with us, or you are with the terrorists." The seven designated state sponsors—Cuba, Iran, Iraq, Libya, North Korea, Syria, and Sudan—clearly heard the President's message. While some of these countries appear to be reconsidering their present course, none has yet taken all necessary actions to divest itself fully of ties to terrorism.

Sudan and Libya seem closest to understanding what they must do to get out of the terrorism business, and each has taken measures pointing it in the right direction. Iran, North Korea, and Syria have, in some narrow areas, made limited moves to cooperate with the international community's campaign against terrorism. Iran and Syria, however, seek to have it both ways. On the one hand, they clamped down on certain terrorist groups, such as al-Qaida. On the other hand, they maintained their support for other terrorist groups, such as HAMAS and Hizballah, insisting they were national liberation movements. North Korea's initial positive moves halted abruptly.

Until all states that support or tolerate terrorism cease their sponsorship, whether by choice or coercion, they remain a critical foundation for terrorist groups and their operations. Even though the year 2001 saw a continuation of a slow trend away from state sponsorship as the guiding force

behind the overall global terrorist threat, state sponsors still represent a key impediment to the international campaign against terrorism.

In certain areas, including Israel, the West Bank, and Gaza Strip, state sponsors remain an important driving force behind terrorism. Iran continues its firm support for Hizballah, HAMAS, and the Palestine Islamic Jihad. Iraq employs terrorism against dissident Iraqi groups opposed to Saddam Hussein's regime. Syria continued its support for Hizballah and allowed HAMAS, the Palestine Islamic Jihad, and other Palestinian rejectionist groups to maintain offices in Damascus.

### Cuba

Since September 11, Fidel Castro has vacillated over the war on terrorism. In October, he labeled the US-led war on terrorism "worse than the original attacks, militaristic, and fascist."

When this tactic earned ostracism rather than praise, he undertook an effort to demonstrate Cuban support for the international campaign against terrorism and signed all 12 UN counterterrorism conventions as well as the Ibero-American declaration on terrorism at the 2001 summit. Although Cuba decided not to protest the detention of suspected terrorists at the US Naval Base at Guantanamo Bay, it continued to denounce the global effort against terrorism—even by asserting that the United States was intentionally targeting Afghan children and Red Cross hospitals.

Cuba's signature of UN counterterrorism conventions notwithstanding, Castro continued to view terror as a legitimate revolutionary tactic. The Cuban Government continued to allow at least 20 Basque ETA members to reside in Cuba as privileged guests and provided some degree of safehaven and support to members of the Colombian FARC and ELN groups. In August, a Cuban spokesman revealed that Sinn Fein's official repre-

SHATSKY-008272

---

**State Sponsor: Implications**

Designating countries that repeatedly support international terrorism (i.e., placing a country on the "terrorism list") imposes four main sets of US Government sanctions:

1. A ban on arms-related exports and sales,

2. Controls over exports of dual use items, requiring 30-day Congressional notification for goods or services that could significantly enhance the terrorist list country's military capability or ability to support terrorism,

3. Prohibitions on economic assistance; and

4. Imposition of miscellaneous financial and other restrictions, including

• Requiring the United States to oppose loans by the World Bank and other international financial institutions;

• Lifting the diplomatic immunity to allow families of terrorist victims to file civil lawsuits in US courts;

• Denying companies and individuals tax credits for income earned in terrorist list countries;

• Denial of duty-free treatment for goods exported to the United States;

• Authority to prohibit any US person from engaging in a financial transaction with terrorism list government without a Treasury Department license;

• Prohibition of Defense Department contracts above $100,000 with companies controlled by terrorist list states.

---

sentative for Cuba and Latin America, Niall Connolly, who was one of three Irish Republican Army members arrested in Colombia on suspicion of providing explosives training to the FARC, had been based in Cuba for five years. In addition, the recent arrest in Brazil of the leader of a Chilean terrorist group, the Frente Patriotico Manuel Rodriguez (FPMR), has raised the strong possibility that in the mid-1990s, the Cuban Government harbored FPMR terrorists wanted for murder in Chile. The arrested terrorist told Brazilian authorities he had traveled through Cuba on his way to Brazil. Chilean investigators had traced calls from FPMR relatives in Chile to Cuba following an FPMR prison break in 1996, but the Cuban Government twice denied extradition requests, claiming that the wanted persons were not in Cuba and the phone numbers were incorrect.

Numerous US fugitives continued to live on the island, including Joanne Chesimard, wanted in the United States for the murder in 1973 of a New Jersey police officer and living as a guest of the Castro regime since 1979.

### Iran

Iran remained the most active state sponsor of terrorism in 2001. Iran's Islamic Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) continued to be involved in the planning and support of terrorist acts and supported a variety of groups that use terrorism to pursue their goals. Although some within Iran would like to end this support, hardliners who hold the reins of power continue to thwart any efforts to moderate these policies. Since the outbreak of the *intifadah*, support has intensified for Palestinian groups that use violence against Israel. During the past year, however, Iran appears to have reduced its involvement in other forms of terrorist activity. There is no evidence of Iranian sponsorship or foreknowledge of the September 11 attacks in the United States. President Khatami condemned the attacks and offered condolences to the American people.

64

SHATSKY-008273



*The Karine-A at the port in Elat. Israel claims the ship contained 50 tons of mostly Iranian-supplied weapons for use by militants against Israelis.*

During 2001, Iran sought a high-profile role in encouraging anti-Israeli activity by way of increasing its support for anti-Israeli terrorist groups. Supreme Leader Khamenei continued to refer to Israel as a "cancerous tumor" that must be removed. Matching this rhetoric with action, Iran continued to provide Lebanese Hizballah and the Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the PFLP-GC—with varying amounts of funding, safehaven, training, and weapons. It also encouraged Hizballah and the rejectionist Palestinian groups to coordinate their planning and to escalate their activities.

In addition, Iran provided limited support to terrorist groups in the Gulf, Africa, Turkey, and Central Asia. This support is at a considerably lower level than that provided to the groups opposed to Israel and has been decreasing in recent years. The Iranian Government took no direct action in 2001 to implement Ayatollah Khomeini's *fatwa* against Salman Rushdie, but the decree has not been revoked nor has the $2.8 million bounty for his death been withdrawn. Moreover, on the anniversary of the *fatwa* in February, some hardline Iranians stressed again that the decree is irrevocable and should be carried out.

During Operation Enduring Freedom, Tehran informed the United States that, in the event US warplanes went down inside Iran, Iranian forces would assist downed air crews in accordance with international convention. Iran also worked with the United States and its allies at the Bonn Conference in late 2001 to help in the formation of the Afghan Interim Authority. Tehran pledged to close its borders with Afghanistan and Pakistan to prevent the infiltration of Taliban and al-Qaida escapees. There are, however, reports that Arab Afghans, including al-Qaida members, used Iran as a transit route to enter and leave from Afghanistan.

## Iraq

Iraq was the only Arab-Muslim country that did not condemn the September 11 attacks against the United States. A commentary of the official Iraqi station on September 11 stated that America was "…reaping the fruits of [its] crimes against humanity." Subsequent commentary in a newspaper run by one of Saddam's sons expressed sympathy for Usama Bin Ladin following initial US retaliatory strikes in Afghanistan. In addition, the regime continued to provide training and political encouragement to numerous terrorist groups, although its main focus was on dissident Iraqi activity overseas.

Iraq provided bases to several terrorist groups including the Mujahedin-e-Khalq (MEK), the Kurdistan Workers' Party (PKK), the Palestine Liberation Front (PLF), and the Abu Nidal organization (ANO). In 2001, the Popular Front for the Liberation of Palestine (PFLP) raised its profile in the West Bank and Gaza Strip by carrying out successful terrorist attacks against Israeli targets. In recognition of the PFLP's growing role, an Iraqi Vice President met with former PFLP Secretary General Habbash in Baghdad in January 2001 and expressed continued Iraqi support for the *intifadah*. Also, in mid-September, a senior delegation from the PFLP met with an Iraqi Deputy Prime Minister. Baghdad also continued to host other Palestinian rejectionist groups, including the Arab Liberation Front, and the 15 May Organization.

Meanwhile, Czech police continued to provide protection to the Prague office of the US Government-funded Radio Free Europe/Radio Liberty (RFE/RL), which produces Radio Free Iraq programs and

SHATSKY-008274

### Chemical, Biological, Radiological, Nuclear (CBRN) Terrorism

The September 11, 2001 attacks on the World Trade Center and the Pentagon confirmed the resolution and capability of terrorists to plan, organize, and execute attacks to produce mass casualties. In the wake of these unprecedented attacks, terrorists increasingly may look to use chemical, biological, radiological, or nuclear (CBRN) materials—many of which can cause significant casualties—to rival the events of September 11. Such materials, information about the technology required to create them, and information about how to deliver the materials continue to be available through a variety of means.

Usama Bin Ladin has professed the acquisition of "weapons of mass destruction" (WMD) to be a "religious duty" and he has threatened to use such weapons. Reports that documents retrieved from al-Qaida facilities in Afghanistan contain information on CBRN materials underscore Bin Ladin's rhetoric. The threat is not limited to Bin Ladin and al-Qaida. Other information indicates interest in acquiring and using CBRN materials by a small but growing number of other terrorist groups. The use by HAMAS of poisons and pesticides to coat shrapnel in improvised explosive devices is one example. The recent arrest in Italy of a group which had in its possession a compound that could produce hydrogen cyanide (HCN) gas under certain circumstances, along with maps of the underground utility systems near the US Embassy, is also demonstrative of terrorist intentions to employ CBRN materials in their activities.

CBRN terrorism events to date have generally involved crude and improvised delivery means that have been effective but only marginally so. The lethal materials employed in some events (with the exception of the anthrax used in the incidents in the United States) also have been crudely manufactured. Other events have featured materials (toxic industrial chemicals and materials, poisons and pesticides, radiological source materials embedded in legitimate measuring instruments, etc.) that have been acquired legitimately or illegitimately and used for purposes other than those for which they were intended. While terrorist events involving these materials and improvised delivery systems can be lethal and can cause significant damage and disruption, they pale in comparison to the number of casualties and damage levels that could occur should terrorists ever acquire militarized Weapons of Mass Destruction (WMD) and the systems to deliver them.

Preventing the proliferation of WMD, relevant materials, and related technologies, while long a pillar of national security, has become an even more urgent global priority since September 11. President George Bush made clear in his 29 January 2002 State of the Union address that the United States has as one of two great objectives to "...prevent the terrorists and regimes who seek chemical, biological, or nuclear weapons from threatening the United States and the world." Nations around the world have joined the United States in calling for greater efforts to prevent terrorist acquisition of WMD, relevant materials, and related technologies.

The United States is working within appropriate multilateral nonproliferation and other international forums and is encouraging countries worldwide to adopt more stringent nonproliferation policies and programs to help ensure that terrorists or the states who sponsor and support them cannot acquire WMD, materials, or related technologies.

Active involvement by the nonproliferation communities in the United States and other nations is a welcome addition to the capabilities of the international Coalition engaged in the war on terrorism. Such cooperative activities should help buttress existing international counterterrorism strategies and programs for combating CBRN terrorism in the areas of diplomacy, intelligence sharing, cooperative law enforcement arrangements, technology exchange, security and force protection, and training that have been traditionally undertaken.

SHATSKY-008275

employs expatriate journalists. The police presence was augmented in 1999 and 2000, following reports that the Iraqi Intelligence Service might retaliate against RFE/RL for broadcasts critical of the Iraqi regime. As concerns over the facility's security mounted through 2000, the Czechs expelled an Iraqi intelligence officer in April 2001.

The Iraqi regime has not met a request from Riyadh for the extradition of two Saudis who had hijacked a Saudi Arabian Airlines flight to Baghdad in 2000. Disregarding its obligations under international law, the regime granted political asylum to the hijackers and gave them ample opportunity to voice their criticisms of alleged abuses by the Saudi Government in the Iraqi Government-controlled and international media.

## Libya

Following the September 11 terrorist attacks, Libyan leader Muammar Qadhafi issued a statement condemning the attacks as horrific and gruesome and urging Libyans to donate blood for the US victims. On 16 September he declared that the United States had justification to retaliate for the attacks. Since September 11, Qadhafi has repeatedly denounced terrorism.

Libya appears to have curtailed its support for international terrorism, although it may maintain residual contacts with a few groups. Tripoli has, in recent years, sought to recast itself as a peacemaker, offering to mediate a number of conflicts such as the military standoff between India and Pakistan that began in December 2001. In October, Libya ransomed a hostage held by the Abu Sayyaf Group, although it claimed that the money was not a ransom and would be used for "humanitarian assistance."

Libya's past record of terrorist activity continued to hinder Qadhafi's efforts to shed Libya's pariah status. In January, a Scottish court found Libyan intelligence agent Abdel Basset Ali al-Megrahi guilty of murder, concluding that in 1988 he planted an explosive device on Pan Am Flight 103 whose detonation resulted in the murder of all 259 passengers and crew on board as well as 11 persons on the ground in Lockerbie, Scotland. The judges found that Megrahi had acted "in furtherance of the



*A woman puts up news posters in Lockerbie on 31 January 2001. The court found Abdel Basset al-Megrahi guilty of murder, concluding he caused an explosive device to detonate on board the airliner in 1988, resulting in the deaths of 259 persons on board as well as 11 residents of Lockerbie, Scotland.*

purposes of…Libyan Intelligence Services." His codefendant, Libyan Arab Airlines employee Al-Amin Khalifa Fhima, was acquitted on the grounds that the prosecution failed to prove his role in the bombing "beyond a reasonable doubt." At year's end, Libya had yet to comply fully with the remaining UN Security Council requirements related to Pan Am 103, including accepting responsibility for the actions of its officials, fully disclosing all that it knows about the bombing, and paying appropriate compensation to victims' families. Libya's hesitation to do so may have reflected a hope that Meghahi's appeal would overturn his conviction. (On 14 March 2002, a Scottish appellate court upheld Megrahi's conviction.)

In November, a German court convicted four defendants in the bombing in 1986 of La Belle Discotheque in West Berlin. In rendering his decision, the judge stated that Libyan Government officials had clearly orchestrated the attack. In response to the court's findings, the German Government called on Libya to accept responsibility for the attack and provide compensation to the victims. Two US servicemen and one Turkish civilian died in the bombing, and more than 200 persons were wounded.

SHATSKY-008276

## North Korea

The Democratic People's Republic of Korea's (DPRK) response to international efforts to combat terrorism has been disappointing. In a statement released after the September 11 attacks, the DPRK reiterated its public policy of opposing terrorism and any support for terrorism. It also signed the UN Convention for the Suppression of the Financing of Terrorism, acceded to the Convention Against the Taking of Hostages, and indicated its willingness to sign five others. Despite the urging of the international community, however, North Korea did not take substantial steps to cooperate in efforts to combat terrorism, including responding to requests for information on how it is implementing the UN Security Council resolutions, and it did not respond to US proposals for discussions on terrorism. It did not report any efforts to search for and block financial assets as required by UN Security Council Resolution 1373. Similarly, the DPRK did not respond positively to the Republic of Korea's call to resume dialogue, where counterterrorism is an agenda item, nor to the United States in its call to undertake dialogue on improved implementation of the agreed framework. In light of President Bush's call to recognize the dangerous nexus between Weapons of Mass Destruction and terrorism, this latter failure, with its implications for nuclear development and proliferation, was especially troublesome.

In addition, Pyongyang's provision of safehaven to four remaining Japanese Communist League-Red Army Faction members who participated in the hijacking of a Japanese Airlines flight to North Korea in 1970 remained problematic in terms of support for terrorists. Moreover, some evidence suggested the DPRK may have sold limited quantities of small arms to terrorist groups during the year.

## Sudan

The counterterrorism dialogue begun in mid-2000 between the US and Sudan continued and intensified during 2001. Sudan condemned the September 11 attacks and pledged its commitment to combating terrorism and fully cooperating with the United States in the campaign against terrorism. The Sudanese Government has stepped up its counterterrorism cooperation with various US agencies, and Sudanese authorities have investigated and apprehended extremists suspected of involvement in terrorist activities. In late September, the United Nations recognized Sudan's positive steps against terrorism by removing UN sanctions.

Sudan, however, remained a designated state sponsor of terrorism. A number of international terrorist groups including al-Qaida, the Egyptian Islamic Jihad, Egyptian al-Gama'a al-Islamiyya, the Palestine Islamic Jihad, and HAMAS continued to use Sudan as a safehaven, primarily for conducting logistics and other support activities. Press speculation about the extent of Sudan's cooperation with the United States probably has led some terrorist elements to depart the country. Unilateral US sanctions remained in force.

## Syria

Syria's president, Bashar al-Asad, as well as senior Syrian officials, publicly condemned the September 11 attacks. The Syrian Government also cooperated with the United States and with other foreign governments in investigating al-Qaida and some other terrorist groups and individuals.

The Government of Syria has not been implicated directly in an act of terrorism since 1986, but it continued in 2001 to provide safehaven and logistics support to a number of terrorist groups. Ahmad Jibril's Popular Front for the Liberation of Palestine—General Command (PFLP-GC), the Palestine Islamic Jihad (PIJ), Abu Musa's Fatah-the-Intifadah, George Habash's Popular Front for the Liberation of Palestine, and HAMAS continued to maintain offices in Damascus. Syria provided Hizballah, HAMAS, PFLP-GC, the PIJ, and other terrorist organizations refuge and basing privileges in Lebanon's Beka'a Valley, under Syrian control. Damascus, however, generally upheld its September 2000 antiterrorism agreement with Ankara, honoring its 1998 pledge not to support the Kurdistan Workers' Party (PKK).

Damascus served as the primary transit point for the transfer of Iranian-supplied weapons to Hizballah. Syria continued to adhere to its longstanding policy of preventing any attacks against Israel or Western targets from Syrian territory or attacks against Western interests in Syria.

68

SHATSKY-008277

# Appendix A

## Chronology of Significant Terrorist Incidents, 2001

*Note: The incidents listed have met the US Government's Incident Review Panel criteria. An International Terrorist Incident is judged significant if it results in loss of life or serious injury to persons, abduction or kidnapping of persons, major property damage, and/or is an act or attempted act that could reasonably be expected to create the conditions noted.*

January

3 January

Switzerland
In Zurich, a bomb exploded outside the glass entrance doors to the office of El Al Airlines, causing damage to the doors, according to press reports. The Revolutionary Perspective claimed responsibility in a message faxed to the Associated Press.

Yemen
In Sanaa, the US Ambassador to Yemen and the Yemeni Ambassador to Washington were aboard a Yemeni airliner that was hijacked by a Yemeni national during an internal flight according to press reports. The plane, which had 91 passengers on board, landed safely at Djibouti Airport. No passengers or crew were injured.

5 January

India
In Srinagar, a grenade exploded in the downtown area injuring 27 persons, including four police officers, according to press reports. The grenade was thrown at a police picket but fell short of its target. No one claimed responsibility.

6 January

Greece
In Athens, press reported an incendiary bomb placed under the vehicle of a Turkish commercial attache exploded, resulting in no injuries but causing major damage to the car. A group calling themselves the "Crazy Gas Cannisters" claimed responsibility.

8 January

Algeria
In Annaba, according to press reports, armed militants killed six Russian citizens. The Armed Islamic Group is probably responsible.

9 January

Russia
In Chechnya, according to press accounts, a US citizen working for Medecins Sans Frontieres, was kidnapped. On 4 February the hostage was released unharmed.

SHATSKY-008278

| | |
|---|---|
| 17 January | **Yemen**<br>In Sanaa, according to press reports, armed militants abducted a German citizen working for the German Company, Preussag Energy. The hostage was released unharmed the next day. No one claimed responsibility. |
| 21 January | **India**<br>In Rajpura, Kashmir a grenade thrown at a security patrol missed its target, killing two civilians and a policeman and injured 20 others, according to press reports. No one claimed responsibility. |
| | **India**<br>In Jammu, a bomb exploded near the headquarters of the National Conference Party, injuring six persons in three passenger buses parked nearby and damaging several private vehicles, according to press reports. No one claimed responsibility. |
| 22 January | **India**<br>In Kareri, a public bus hit a landmine, killing four civilians and two soldiers and injuring 16 civilians and eight soldiers, according to press reports. No one claimed responsibility. |
| | **Indonesia**<br>According to press reports, in Merauke, armed militants kidnapped 17 persons—four Koreans and 13 Indonesians—working on a forest logging project. The kidnappers demanded $1 million dollars in compensation for "environmental damage", a halt to all future logging, withdrawal of police mobile brigade forces from the district. They also demanded that the Indonesian Government open a dialog with the Free Papua Movement (OPM) regarding the status of Irian Jaya. The Willem Onde Group, a splinter group of the OPM, is probably responsible. On 7 February, the last three hostages were released unharmed. No ransom was paid. |
| 27 January | **India**<br>According to press reports, armed militants kidnapped a district president of Shah's Awami National Conference when he was moving out of his private residence without his security forces. No one claimed responsibility. |
| 28 January | **India**<br>In Srinagar, militants threw a grenade at a police post, missing their target but injuring two civilian passers-by, according to press reports. No one claimed responsibility. |
| 29 January | **Indonesia**<br>In Lombok, a bomb exploded causing no injuries but damaging the subsidiary office of the US firm Newmont Mining Corporation, according to press reports. No one claimed responsibility. |

SHATSKY-008279

Nigeria
In southern Nigeria, armed militants stormed oil flow stations causing the loss of 40,000 barrels per day, according to press reports. The Ijaw Youths are probably responsible.

February

2 February        Colombia
In Cesar, according to press reports, an explosion caused major damage to the railroad tracks used to transport coal by the US multinational firm Drummond. According to Drummond officials, the company was being extorted and blackmailed by the Revolutionary Armed Forces of Colombia (FARC) rebels.

Colombia
In Arauca, according to press reports, six bombs exploded along the Cano Limon–Covenas pipeline, derailing a nine-car train and forcing the suspension in the pumping of crude oil. FARC rebels are suspected.

4 February        India
Armed militants killed four Sikhs and injured four other persons in Srinagar, according to press reports. No one claimed responsibility.

9 February        India
In Rajaori, armed militants set fire to several private residences, killing 15 persons, according to press reports. No one claimed responsibility.

Tanzania
In Kasulu, rebels raided a refugee camp, kidnapping 13 persons and killing one other, according to press reports. The Forces for the Defense of Democracy are probably responsible.

16 February       Bangladesh
In Rangamati, armed tribesmen at a roadblock, kidnapped two British citizens and two Danes working for a Danish consulting firm engaged in road work, according to press reports. The driver of the vehicle and one British citizen were later released to deliver a ransom note to the authorities.

17 February       Turkey
In Istanbul, press reported a bomb was found at a McDonald's restaurant and safely defused by police. No one claimed responsibility.

18 February       Angola
In Cassanguidi, rebels ambushed and burned a vehicle, killing two persons and wounding two others. The National Union for the Total Independence of Angola (UNITA) claimed responsibility.

71

SHATSKY-008280

| 22 February | Colombia |
| | In Bogota, armed rebels abducted a Japanese businessman and his driver. The rebels demanded $8 million ransom for the release of the Japanese businessman but released the driver, according to press reports. The FARC are probably responsible. |

### March

| 5 March | Algeria |
| | In Kolea, armed rebels attacked a home, killing two persons. The GIA is probably responsible. |

| 7 March | India |
| | In Srinagar, a bomb exploded near a Border Security Force, injuring two police officers and six civilians, and setting on fire several private residences, according to press reports. No one claimed responsibility. |

| 8 March | Sudan |
| | In Kiech Kuon, armed rebels attacked a village, abducting four NGO relief workers—two Kenyan and two Sudanese—and killing two persons, according to US Embassy and press reports. The Sudanese Government obtained their release after initiating negotiations. The Sudan Peoples Liberation Army (SPLA) is probably responsible. |

| 9 March | Angola |
| | In the enclave province of Cabinda, armed rebels abducted six persons five Portuguese and one Angolan according to press reports. On 23 May, the hostages were released unharmed. The Front for the Liberation of Cabinda Enclave-Renewed (FLEC-Renewed) claimed responsibility. |

| 15 March | Turkey |
| | In Istanbul, according to press reports, a plane carrying 162 passengers was hijacked to Saudi Arabia where authorities stormed the plane, killing three Russian passengers and injuring one Turkish passenger. No one claimed responsibility. |

| 18 March | Burundi |
| | In Ruyigi, according to press reports, armed rebels attacked a village, burning 20 houses, looting shops, and stealing cows. The Force for the Defense of Democracy is probably responsible. |

| 19 March | Colombia |
| | In Prado, according to press reports, armed rebels abducted a German hotel businessman. No one claimed responsibility. |

SHATSKY-008281

20 March          Namibia
In Mayenzere, according to press reports, armed rebels attacked a home, abducting two young persons and looting property. On 20 March, the hostages escaped their captors, according to press reports. UNITA is probably responsible.

26 March          Turkey
In Ankara, according to press reports, an Iranian national poured oil on the main gate to the Iranian Embassy, then set it on fire, causing an undetermined amount of damage. No one claimed responsibility.

27 March          Somalia
In Mogadishu, militiamen attacked and overran the Medecins Sans Frontieres facility, killing 11 persons, wounding 40 others, and kidnapping nine international aid workers and two UNICEF officials. By 4 April, the foreign national aid workers—including the UNICEF officials—had been released, according to US Embassy and press reports. Militiamen loyal to warlord Musa Sude Yalahow are responsible.

28 March          Israel
In Kefar Sava, at a bus stop, a suicide bomber detonated explosives he was wearing, killing two persons and injuring four others, according to press reports. A US citizen was one of the four injured. The Izz-al-Din-al-Qassam Battalions, the military wing of HAMAS, claimed responsibility.

29 March          Philippines
According to press reporting, armed militants kidnapped a Chinese-Philippine attorney and her daughter, according to press reports. On 20 June, in Tungawan, Philippines, after a small payment for room and board, the hostages were released unharmed. The Moro Islamic Liberation Front claimed responsibility.

April

3 April           Burundi
In Ruyigi, rebels ambushed a United Nations (UN) convoy, wounding four persons. The convoy consisted of two World Food Program (WFO) vehicles, according to radio reports. The Force for the Defense of Democracy is probably responsible.

6 April           Greece
In Kholargos, according to press reports, armed militants set two foreign bank branches on fire. The Anarchic Attack Groups claimed responsibility.

13 April         India
In Baramula, according to press reports, armed militants threw a grenade towards a moving security vehicle. The grenade missed its target and exploded in a crowded bazaar, injuring 16 persons. No one claimed responsibility.

SHATSKY-008282

India
In Kashmir, armed militants killed a National Conference block president as he was returning home from morning prayers, according to press reporting. No one claimed responsibility.

15 April      Burundi
In Gitega, armed rebels launched an attack, killing 10 persons. The rebels retreated into Tanzania, according to press reports. No one claimed responsibility.

16 April      Burundi
In Butaganzwa, armed gangs attacked the community, setting fire to the health center and the primary school headmaster. The armed gangs returned to Tanzania, according to press reports. No one claimed responsibility.

17 April      Greece
In Athens, according to press reports, two diplomatic vehicles were set on fire—one belonging to the Israeli Embassy and the other to the Thai Embassy. No one claimed responsibility.

19 April      Burundi
In Ruyigi, according to press reports, rebels ambushed a college vehicle, killing 18 persons. The Force for the Defense of Democracy is probably responsible.

22 April      Democratic Republic of the Congo
In Nord-Kivu Province, an armed group abducted a priest of the Italian-based Missionary Service, according to press reports. No one claimed responsibility.

India
In Sopur, a bomb placed in a vegetable cart parked in a crowded marketplace exploded, killing one policeman, injuring nine civilians, and damaging a police station, and nearby houses, according to press reports. No one claimed responsibility.

Turkey
In Istanbul, armed Chechen gunmen held 120 persons hostage, including four Russians, 16 Swiss, and several other nationals. On 23 April, after negotiating with officials, the gunmen released all hostages unharmed, according to press reports.

23 April      Colombia
In Bogota, the Colombian National Liberation Army (ELN) released a Danish citizen from captivity whom the militants had held since 17 March. A friend of the Danish citizen who was captured at the same time also was released recently, according to press reports.

SHATSKY-008283

India
In Kishtwar, a bomb exploded at a bus stop, injuring five persons, according to press reports. No one claimed responsibility.

India
In Srinagar, a grenade was thrown at the Hurriyat Conference center, injuring five persons, according to press reports. Kashmiri separatist members were meeting to discuss holding peace talks with India. No one claimed responsibility.

Namibia
In the village of Karangana, according to press reports, armed rebels abducted eight persons and took them to Angola, according to press reports. UNITA is probably responsible.

24 April     Burundi
In Gisagara, armed groups killed six persons, kidnapped two others, and stole 100 cows, according to press reports. No one claimed responsibility.

26 April     Ethiopia
In Debre Zeyit, a group of five Ethiopian Air Academy students hijacked a military aircraft carrying 50 passengers, according to press reports.

Democratic Republic of the Congo
In the Province of Ituri, tribesmen abducted International Committee of the Red Cross (ICRC) workers, killing six persons—one Columbian, one Swiss, and four Congolese, according to press reports. No one claimed responsibility.

27 April     India
In Srinagar, a grenade thrown at the main telegraph office injured five police officers, according to press reports. No one claimed responsibility.

India
In Chadoora, a grenade exploded at a crowded bus terminal, killing two persons and injuring 29 others, according to press reports. No one claimed responsibility.

***30 April***     India
In Tuibana, armed militants killed two persons in their residence, according to press reports. No one claimed responsibility.

India
In Gundpora, armed militants killed one person in his residence, according to press reports. No one claimed responsibility.

India
In Lobal, two persons abducted from their homes were found decapitated, according to press reports. No one claimed responsibility.

SHATSKY-008284

India
In Lalpor, a grenade thrown at a police installation missed its mark and exploded, killing one person, according to press reports. No one claimed responsibility.

## May

2 May

Saudi Arabia
In Dhahran, a letter bomb that was delivered to a US physician at the Saad Medical Center exploded, severely injuring the doctor, according to US Embassy reports. No one claimed responsibility.

5 May

Afghanistan
In Herat, a bomb placed near a mosque exploded, killing 12 persons—one Iranian cleric and 11 civilians—injuring 28 others, and damaging the Iranian Consulate and 12 cars parked nearby, according to press reports. No one claimed responsibility.

6 May

Angola
In Caxito, armed rebels attacked the town, killing 100 persons and kidnapping 120 others, according to press and media reports. UNITA is responsible.

7 May

Pakistan
In Sanni, armed militants attacked a vehicle convoy on an oil exploration mission, killing one person and injuring three others, including a Chinese engineer working for the Chinese oil and gas exploration company, BGP. No one claimed responsibility.

9 May

India
In Kashmir, a bomb exploded, killing six persons. In an exchange of gunfire between the militants and the police following the explosion, four more persons were killed, according to press reports. No one claimed responsibility.

West Bank
In the Israeli settlement of Teqoa, two teens who were out hiking, US citizen Yaakov Nathan Mandell and an Israeli, were stoned to death. Their bodies were found in a nearby cave, according to media reports. A group calling itself "Palestinian Hizballah" claimed responsibility.

10 May

Gaza Strip
In Kissufim Crossing, a bomb exploded next to a border fence being repaired by three workmen, killing two Romanian workers hired by the Israeli Defense Force (IDF) and wounding an Israeli citizen, according to US Embassy and media reports. No one claimed responsibility.

11 May

Burundi
In Kibago, rebels stopped a Dutch NGO's mobile-clinic vehicle, kidnapping six persons, according to press reports. The Force for the Defense of Democracy is probably responsible.

SHATSKY-008285

| | |
|---|---|
| 15 May | **Democratic Republic of the Congo** |
| | In eastern Democratic Republic of the Congo, tribal warriors kidnapped 20 Thailand Timber Company employees—including 12 Thai, one Kenyan, and one Swedish national, according to media reports. Mai Mai tribal warriors claimed responsibility. |
| 16 May | **India** |
| | In Kashmir, a grenade thrown at the private residence of the Forest Minister fell short of its target, landing outside the main gate, resulting in no injuries or damage, according to press reports. No one claimed responsibility. |
| 21 May | **Namibia** |
| | In the village of Mwitjiku, armed militants attacked the community, killing one person and wounding one other, according to press reports. UNITA is probably responsible. |
| 26 May | **Philippines** |
| | In Palawan, the Abu Sayaaf Group (ASG) kidnapped 20 persons including three US citizens and 17 Filipinos from a beach resort and took them to Basilan Island in Sulu Archipelago, according to press reports. On 31 May, three captives were released unharmed. On 2 June, the kidnappers, with their hostages in tow, raided a hospital and church in Lamitan, Basilan, temporarily taking 200 persons hostage. They managed to escape from an ensuing gun battle with Philippine military forces and added five hospital employees to their group of hostages. On 4 June, the ASG released two female hostages after ransom was paid, according to press reports. Three more Philippine hostages were released on 16 June. On 26 June, two more Philippine civilians were taken hostage. In June, the ASG beheaded one of the US hostages. At year's end, two of the 20 original hostages (both US citizens) and one Filipino from the Lamitan hospital remained captive. |
| | **Yemen** |
| | In Sanaa, armed tribesmen kidnapped a German teacher and demanded the release of six members of their tribe serving prison sentences. On 13 June, the teacher was released unharmed, according to press reports. The Al Ali bin Falah tribe is responsible. |
| 29 May | **West Bank** |
| | In the Israeli settlement of Newe Daniyyel, assailants fired on a passing vehicle, killing two persons US citizen Sara Blaustein and one Israeli and wounding four others including two US citizens, according to press reports. The al-Aqsa Martyrs Brigade claimed responsibility. |
| June | |
| 1 June | **Israel** |
| | In Tel Aviv, a suicide bomber detonated a bomb he was wearing in front of a busy club, killing 18 persons including a Ukrainian national and wounding 119 others, according to press reports. HAMAS was the likely perpetrator. |

SHATSKY-008286

| | |
|---|---|
| 2 June | **Angola**<br>In Talamanjaba, rebels ambushed a truck and car, killing seven persons including a Portuguese citizen, and wounding three others, according to press reports. UNITA is probably responsible.<br><br>**India**<br>In Kupwara, a bomb exploded at a crowded bus stop, killing two persons and injuring 32 others, according to press reports. No one claimed responsibility. |
| 8 June | **Angola**<br>In Luena, armed militants launched a surface-to-air missile at a UN World Food Program chartered Boeing 727, severely damaging one engine causing the pilot to make a force landing at the airport, according to press reports. UNITA claimed responsibility.<br><br>**India**<br>In Tsrar Sharif, a bomb placed near a mosque exploded, killing four persons and injuring 54 others, according to media reports. No one claimed responsibility.<br><br>**Colombia**<br>In Florida, a Spaniard was kidnapped after leaving the hospital where she worked, according to press reports. On 7 July, the Spaniard was released and left on the mountains in southwestern Colombia. Motives for the kidnapping were unclear, no ransom was collected, and no one claimed responsibility. Authorities found that her captives, a group of guerrillas from the 19 April Movement (M-19), also referred to as the Jaime Bateman Canyon Movement, were responsible. |
| 12 June | **West Bank**<br>In the Israeli settlement of Ma'ale Adummim (east of Jerusalem), militants fired upon a passing car, killing the driver, a Greek monk, according to press reports. No one claimed responsibility. |
| 14 June | **Nigeria**<br>In Abereke, militant youths kidnapped two Nigerian oil employees working for the US Oil Group Chevron who were inspecting an oil spillage, according to press reports. No one claimed responsibility. |
| 16 June | **Tajikistan**<br>In Tovildara region, assailants kidnapped 15 employees of a German humanitarian group—four Germans, nine Tajikistanis, a Russian, and a US citizen. The kidnappers immediately released four hostages—two Germans, the Russian, and a Tajikistani—and demanded the release of four members of their group who were arrested and charged with the murder of the Deputy Interior Minister in April. On the same day in Tolvildara region, four officers from the Tajik Security Ministry who came to talk to the kidnappers also were taken hostage. On 17 June all remaining hostages were released unharmed. No |

78

SHATSKY-008287

one claimed responsibility, but Tajikistani authorities found that a former United Tajik Opposition fighter was responsible for the kidnapping, according to press reporting.

19 June          Indonesia
                 In Nabire, two Belgian filmmakers were kidnapped, according to press and US Embassy reporting. On 22 August, the two filmmakers were released unharmed. Dani tribesmen claimed responsibility.

20 June          Philippines
                 In North Cotabato, the "Pentagon Gang" abducted a Chinese engineer working for a Japanese-funded irrigation project, according to press reports. On 12 August, three Chinese nationals and a local Philippine businessman were kidnapped when they tried to deliver the ransom payment for the engineer. On 19 August, the Philippine military attempted a rescue, which left two Chinese dead, one injured but rescued. On 19 October, the one remaining Chinese hostage was released, reportedly after a ransom was paid.

22 June          Burundi
                 In Ruvumu, rebels ambushed a van, killing one person and kidnapping three others. The vehicle is owned by the British NGO Children Aid Direct. In a search effort later, authorities found the three persons who were kidnapped, according to press reports. No one claimed responsibility.

July

15 July          Somalia
                 In Mogadishu, militiamen attacked a WFP convoy, killing six persons and wounding several others, according to press reports. Militiamen loyal to Usman (Hasan Ali) Ato are probably responsible.

18 July          Colombia
                 In Silvia, FARC guerrillas claimed responsibility for kidnapping three German experts who were assisting rural peasant communities with several agricultural projects, according to press reports.

21 July          India
                 In Sheshang, a bomb exploded, killing six persons and two policemen and wounding 15 civilians, according to press reports. No one claimed responsibility.

22 July          India
                 In Chirji, armed militants killed 15 persons, according to press reports. No one claimed responsibility.

                 India
                 In Chatroo, armed militants kidnapped five persons, according to press reports. No one claimed responsibility.

SHATSKY-008288

24 July           **Sri Lanka**
In Colombo, armed militants attacked the international and military airports, killing six persons—four military and two civilians—and injuring nine others. Also destroyed were five commercial and eight military aircraft, several ammunition dumps, and oil storage depots, according to press reports. The Liberation Tigers of Tamil Eelam claimed responsibility.

27 July           **Yemen**
In Sanaa, armed men stopped a German diplomat's car, kidnapping and taking the Embassy employee to the provincial capital of Dhamar, according to US Embassy reports. Tribal militants in the Seruwa region are probably responsible.

## August

4 August         **India**
In Atholi, armed militants killed 17 persons at a trading post, according to press reports. No one claimed responsibility.

9 August         **Israel**
In Jerusalem, a suicide bomber walked into a busy downtown restaurant and detonated a 10-pound bomb he was wearing, killing 15 persons including US citizens Judith Greenbaum and Malka Roth and five Dutch and wounding 130 others including four US citizens, according to press reports. HAMAS claimed responsibility.

10 August      **India**
In Narbal, a bomb exploded, killing one person and injuring five others, according to press reports. No one claimed responsibility.

                    **India**
In Kashmir, a bomb exploded at a Muslim shrine, killing six persons and injuring 24 others, according to press reports. No one claimed responsibility.

                    **India**
In Srinagar, a bomb exploded, killing one person and injuring five others, according to press reports. No one claimed responsibility.

13 August      **India**
In Damhalhanjipora, armed militants using firearms and rifle grenades fired on the Kashmir Tourist Minister's residence, killing a policeman and three mercenaries, according to press reports. No one claimed responsibility.

14 August      **India**
In Riasi, armed militants killed three persons, then placed grenades under the bodies that exploded when they were examined, killing two more persons, according to press reports. No one claimed responsibility.

SHATSKY-008289

18 August                    Spain
                             In Salou, a car bomb exploded at a hotel, injuring 13 persons five Spanish,
                             two Russian, two Irish, two French, one Portuguese, and one Briton—accord-
                             ing to press reports. No one claimed responsibility, but authorities suspect
                             the Basque Fatherland and Liberty.

21 August                    Philippines
                             In Cotabato, armed militants killed an Irish parish priest in a botched kidnap-
                             ping attempt, according to press reports. No one claimed responsibility, but
                             police named the son of a former Moro National Liberation Front
                             commander as a suspect.

23 August                    Nigeria
                             In Lagos, militant youths overran an oilrig operated by Trans-Ocean SEDCO/
                             Trident, a subcontractor to Shell, kidnapping 19 foreign nationals and
                             80 nationals, according to press reports. Five days later the hostages were
                             released unharmed. No one claimed responsibility.

September

1 September                  Uganda
                             In Nimule, armed militants ambushed a vehicle belonging to the Catholic
                             Relief Services, killing five persons and wounding two others, according to
                             press reports. The Lord's Resistance Army is probably responsible.

4 September                  India
                             In Jamiapura, a bomb exploded near a school, killing three persons and
                             injuring three others, according to press reports. No one claimed
                             responsibility.

8 September                  India
                             In Pahalgam, a schoolbus hit a landmine that exploded, killing one person
                             and injuring 20 others, according to press reports. No one claimed
                             responsibility.

**11 September**             United States—New York
                             Five terrorists hijacked American Airlines Flight 11, which departed Boston
                             for Los Angeles at 7:45 a.m. An hour later it was deliberately piloted into the
                             North Tower of the World Trade Center in New York City.

                             Five terrorists hijacked United Airlines Flight 175, which departed Boston for
                             Los Angeles at 7:58 a.m. At 9:05 the plane crashed into the South Tower of
                             the World Trade Center. Both towers collapsed shortly thereafter, killing
                             approximately 3000 persons, including hundreds of firefighters and rescue
                             personnel who were helping to evacuate the buildings. Usama Bin Ladin and
                             his organization al-Qaida are responsible.

SHATSKY-008290

United States—Pennsylvania
Near Shanksville, terrorists using knives and boxcutters hijacked a United
Airlines plane Flight 93, a Boeing-757 commercial airliner carrying
44 passengers and crew en route from Newark International Airport to San
Francisco International Airport. The hijackers took over the plane's controls
and were heading the aircraft in the direction of Washington, D.C. In attempt-
ing to retake control of the airplane, the passengers crashed it into the Penn-
sylvania countryside, according to press reports. Usama Bin Ladin and his
organization al-Qaida are responsible.

United States—Virginia
Near Washington D.C., terrorists using knives and box cutters hijacked an
American Airlines Flight 77, a Boeing 757 commercial airliner carrying 64
persons on board en route from Dulles International Airport to Los Angeles
International Airport. The terrorists took over the controls and flew the plane
into the west side of the Pentagon, destroying the left side of the building.
Casualties included 64 passengers and crew and 125 military and civilian
personnel killed with 80 injured in the partially collapsed side of the Penta-
gon, according to press reports. Usama Bin Ladin and his organization
al-Qaida are responsible.

| 16 September | Philippines |
In Tawitawi, armed militants kidnapped from his residence a Sierra Leonean
professor who later escaped his captors, according to press reports. No one
claimed responsibility.

24 September    Colombia
In Bogota, leftist rebels kidnapped a Slovak missionary, a Czech priest, and
another seven persons from a bus heading to the capital, according to press
reports. The Slovak missionary was released three days later. No one
claimed responsibility, but authorities suspect the ELN.

27 September    Chile
In Santiago, bomb-squad experts, safely detonated a letter bomb delivered
to the US Embassy, according to US Department of State reporting. No one
claimed responsibility.

28 September    India
In Doda, a bomb exploded at a bus stop, injuring five persons, according to
press reports. No one claimed responsibility.

Turkey
In Istanbul, a bomb exploded at a McDonald's restaurant, injuring three per-
sons and causing property damage, according to press reports. No one
claimed responsibility.

SHATSKY-008291

## October

**1 October** — **India**
In Kashmir, a car bomb exploded at the State Legislative Assembly Building, killing 15 persons and injuring 40 others, according to press reports. The Jaish-e-Mohammad may be responsible.

**6 October** — **Saudi Arabia**
In Al Khubar, a suicide bomber exploded a device in a busy shopping area, killing one person—US citizen Michael Jerrald Martin, Jr.—and injuring five others—two US citizens, one Briton and two Filipinos—according to press reports. No one claimed responsibility.

**11 October** — **Saudi Arabia**
In Riyadh, unidentified assailants threw a Molotov cocktail at a car carrying two Germans, but no injuries resulted, according to press reports. No one claimed responsibility.

**16 October** — **Spain**
In Catalan, a letter bomb sent to the Catalan Prison Employees' Union Chatac failed to explode, according to press reports. The Italian Anarchist Black Cross claimed responsibility.

## November

**4 November** — **Israel**
In east Jerusalem near French Hill, US citizen Shoshana Ben Yashai was killed in a shooting attack on a bus, and 35 others were injured, according to press reports. The assailant was also killed in the attack, which was claimed by the Palestine Islamic Jihad.

**11 November** — **Colombia**
In Antioquia, a technician for the Italian engineering company Ansaldo was kidnapped by guerrillas just hours before they released another Italian technician who had been held captive since 15 September, according to press reports. No one claimed responsibility, but authorities suspect the ELN.

## December

**1 December** — **Israel**
On 1 December, two suicide bombers detonated explosives on a busy downtown pedestrian mall, killing at least 10 persons and wounding 120 others. A simultaneous car bomb may have targeted first responders. HAMAS claimed responsibility.

**13 December** — **India**
In New Delhi, an armed group attacked India's Parliament while it was in full session, killing 13 terrorists and security personnel. India has blamed Lashkar-e-Tayyiba and Jaish-e-Mohammed for the attack.

SHATSKY-008292

21 December          Philippines
In Manila, according to press reports, authorities safely defused a bomb placed outside the Allied Bank building housing the Canadian Embassy and next door to the British Embassy. The bomb weighed between 50-60 pounds, was composed of ammonium nitrate soaked in gasoline, and contained two electric blasting caps. No one claimed responsibility.

SHATSKY-008293

## Appendix B

### Background Information on Designated Foreign Terrorist Organizations

### Contents

|  | Page |
|---|---|
| Abu Nidal organization (ANO) | 87 |
| Abu Sayyaf Group (ASG) | 88 |
| Al-Aqsa Martyrs Brigade | 88 |
| Armed Islamic Group (GIA) | 89 |
| 'Asbat al-Ansar | 90 |
| Aum Supreme Truth (Aum) Aum Shinrikyo, Aleph | 90 |
| Basque Fatherland and Liberty (ETA) | 91 |
| Al-Gama'a al-Islamiyya (Islamic Group, IG) | 92 |
| HAMAS (Islamic Resistance Movement) | 93 |
| Harakat ul-Mujahidin (HUM) (Movement of Holy Warriors) | 93 |
| Hizballah (Party of God) | 95 |
| Islamic Movement of Uzbekistan (IMU) | 95 |
| Jaish-e-Mohammed (JEM) (Army of Mohammed) | 96 |
| Al-Jihad (Egyptian Islamic Jihad) | 97 |
| Kahane Chai (Kach) | 98 |
| Kurdistan Workers' Party (PKK) | 98 |
| Lashkar-e-Tayyiba (LT) (Army of the Righteous) | 99 |
| Liberation Tigers of Tamil Eelam (LTTE) | 100 |
| Mujahedin-e Khalq Organization (MEK of MKO) | 101 |
| National Liberation Army (ELN)—Colombia | 102 |
| Palestine Islamic Jihad (PIJ) | 103 |
| Palestine Liberation Front (PLF) | 103 |
| Popular Front for the Liberation of Palestine (PFLP) | 104 |
| Popular Front for the Liberation of Palestine-General Command (PFLP-GC) | 104 |
| Al-Qaida | 105 |
| Real IRA (RIRA) | 106 |
| Revolutionary Armed Forces of Colombia (FARC) | 107 |
| Revolutionary Nuclei | 107 |
| Revolutionary Organization 17 November (17 November) | 108 |
| Revolutionary People's Liberation Party/Front (DHKP/C) | 108 |
| Salafist Group for Call and Combat (GSPC) | 109 |
| Sendero Luminoso (Shining Path, or SL) | 110 |
| United Self-Defense Forces/Group of Colombia (AUC) | 110 |

SHATSKY-008294

SHATSKY-008295

*The following descriptive list constitutes the 33 terrorist groups that currently are designated by the Secretary of State as Foreign Terrorist Organizations (FTOs), pursuant to section 219 of the Immigration and Nationality Act, as amended by the Antiterrorism and Effective Death Penalty Act of 1996. The designations carry legal consequences:*

- *It is unlawful to provide funds or other material support to a designated FTO.*

- *Representatives and certain members of a designated FTO can be denied visas or excluded from the United States.*

- *US financial institutions must block funds of designated FTOs and their agents and must report the blockage to the US Department of the Treasury.*

**Abu Nidal organization (ANO)**
a.k.a. Fatah Revolutionary Council, Arab Revolutionary Brigades, Black September, and Revolutionary Organization of Socialist Muslims

### Description
International terrorist organization led by Sabri al-Banna. Split from PLO in 1974. Made up of various functional committees, including political, military, and financial.

### Activities
Has carried out terrorist attacks in 20 countries, killing or injuring almost 900 persons. Targets include the United States, the United Kingdom, France, Israel, moderate Palestinians, the PLO, and various Arab countries. Major attacks included the Rome and Vienna airports in December 1985, the Neve Shalom synagogue in Istanbul and the Pan Am Flight 73 hijacking in Karachi in September 1986, and the City of Poros day-excursion ship attack in Greece in July 1988. Suspected of assassinating PLO deputy chief Abu Iyad and PLO security chief Abu Hul in Tunis in January 1991. ANO assassinated a Jordanian diplomat in Lebanon in January 1994 and has been linked to the killing of the PLO representative there. Has not attacked Western targets since the late 1980s.

### Strength
Few hundred plus limited overseas support structure.

### Location/Area of Operation
Al-Banna relocated to Iraq in December 1998, where the group maintains a presence. Has an operational presence in Lebanon including in several Palestinian refugee camps. Financial problems and internal disorganization have reduced the group's activities and capabilities. Authorities shut down the ANO's operations in Libya and Egypt in 1999. Has demonstrated ability to operate over wide area, including the Middle East, Asia, and Europe.

### External Aid
Has received considerable support, including safehaven, training, logistic assistance, and financial aid from Iraq, Libya, and Syria (until 1987), in addition to close support for selected operations.

SHATSKY-008296

| | |
|---|---|
| Abu Sayyaf Group (ASG) | **Description** |

**Description**
The ASG is the most violent of the Islamic separatist groups operating in the southern Philippines. Some ASG leaders have studied or worked in the Middle East and allegedly fought in Afghanistan during the Soviet war. The group split from the Moro National Liberation Front in the early 1990s under the leadership of Abdurajak Abubakar Janjalani, who was killed in a clash with Philippine police on 18 December 1998. His younger brother, Khadaffy Janjalani, has replaced him as the nominal leader of the group, which is composed of several semi-autonomous factions.

**Activities**
Engages in kidnappings for ransom, bombings, assassinations, and extortion. Although from time to time it claims that its motivation is to promote an independent Islamic state in western Mindanao and the Sulu Archipelago, areas in the southern Philippines heavily populated by Muslims, the ASG now appears to use terror mainly for financial profit. The group's first large-scale action was a raid on the town of Ipil in Mindanao in April 1995. In April of 2000, an ASG faction kidnapped 21 persons, including 10 foreign tourists, from a resort in Malaysia. Separately in 2000, the group abducted several foreign journalists, 3 Malaysians, and a US citizen. On 27 May 2001, the ASG kidnapped three US citizens and 17 Filipinos from a tourist resort in Palawan, Philippines. Several of the hostages, including one US citizen, were murdered.

**Strength**
Believed to have a few hundred core fighters, but at least 1000 individuals motivated by the prospect of receiving ransom payments for foreign hostages allegedly joined the group in 2000-2001.

**Location/Area of Operation**
The ASG was founded in Basilan Province, and mainly operates there and in the neighboring provinces of Sulu and Tawi-Tawi in the Sulu Archipelago. It also operates in the Zamboanga peninsula, and members occasionally travel to Manila and other parts of the country. The group expanded its operations to Malaysia in 2000 when it abducted foreigners from a tourist resort.

**External Aid**
Largely self-financing through ransom and extortion; may receive support from Islamic extremists in the Middle East and South Asia. Libya publicly paid millions of dollars for the release of the foreign hostages seized from Malaysia in 2000.

| | |
|---|---|
| Al-Aqsa Martyrs Brigade | **Description** |

**Description**
The al-Aqsa Martyrs Brigade comprises an unknown number of small cells of Fatah-affiliated activists that emerged at the outset of the current *intifadah* to attack Israeli targets. It aims to drive the Israeli military and settlers from the West Bank, Gaza Strip, and Jerusalem and to establish a Palestinian state.

SHATSKY-008297

## Activities
Al-Aqsa Martyrs Brigade has carried out shootings and suicide operations against Israeli military personnel and civilians and has killed Palestinians who it believed were collaborating with Israel. At least five US citizens, four of them dual Israeli-US citizens, were killed in these attacks. The group probably did not attack them because of their US citizenship. In January 2002, the group claimed responsibility for the first suicide bombing carried out by a female.

## Strength
Unknown.

## Location/Area of Operation
Al-Aqsa operates mainly in the West Bank and has claimed attacks inside Israel and the Gaza Strip.

## External Aid
Unknown.

**Armed Islamic Group (GIA)**

## Description
An Islamic extremist group, the GIA aims to overthrow the secular Algerian regime and replace it with an Islamic state. The GIA began its violent activity in 1992 after Algiers voided the victory of the Islamic Salvation Front (FIS)—the largest Islamic opposition party—in the first round of legislative elections in December 1991.

## Activities
Frequent attacks against civilians and government workers. Between 1992 and 1998 the GIA conducted a terrorist campaign of civilian massacres, sometimes wiping out entire villages in its area of operation. Since announcing its campaign against foreigners living in Algeria in 1993, the GIA has killed more than 100 expatriate men and women—mostly Europeans—in the country. The group uses assassinations and bombings, including car bombs, and it is known to favor kidnapping victims and slitting their throats. The GIA hijacked an Air France flight to Algiers in December 1994. In late 1999 a French court convicted several GIA members for conducting a series of bombings in France in 1995.

## Strength
Precise numbers unknown; probably around 200.

## Location/Area of Operation
Algeria

## External Aid
Algerian expatriates, some of whom reside in Western Europe, provide some financial and logistic support. In addition, the Algerian Government has accused Iran and Sudan of supporting Algerian extremists.

SHATSKY-008298

'Asbat al-Ansar

**Description**
'Asbat al-Ansar—the Partisans' League —is a Lebanon-based, Sunni extremist group, composed primarily of Palestinians, which is associated with Usama Bin Ladin. The group follows an extremist interpretation of Islam that justifies violence against civilian targets to achieve political ends. Some of those goals include overthrowing the Lebanese Government and thwarting perceived anti-Islamic influences in the country.

**Activities**
'Asbat al-Ansar has carried out several terrorist attacks in Lebanon since it first emerged in the early 1990s. The group carried out assassinations of Lebanese religious leaders and bombed several nightclubs, theaters, and liquor stores in the mid-1990s. The group raised its operational profile in 2000 with two dramatic attacks against Lebanese and international targets. The group was involved in clashes in northern Lebanon in late December 1999 and carried out a rocket-propelled grenade attack on the Russian Embassy in Beirut in January 2000.

**Strength**
The group commands about 300 hundred fighters in Lebanon.

**Location/Area of Operation**
The group's primary base of operations is the 'Ayn al-Hilwah Palestinian refugee camp near Sidon in southern Lebanon.

**External Aid**
Probably receives money through international Sunni extremist networks and Bin Ladin's al-Qaida network.

Aum Supreme Truth (Aum)

a.k.a. Aum Shinrikyo, Aleph

**Description**
A cult established in 1987 by Shoko Asahara, the Aum aimed to take over Japan and then the world. Approved as a religious entity in 1989 under Japanese law, the group ran candidates in a Japanese parliamentary election in 1990. Over time the cult began to emphasize the imminence of the end of the world and stated that the United States would initiate Armageddon by starting World War III with Japan. The Japanese Government revoked its recognition of the Aum as a religious organization in October 1995, but in 1997 a government panel decided not to invoke the Anti-Subversive Law against the group, which would have outlawed the cult. A 1999 law gave the Japanese Government authorization to continue police surveillance of the group due to concerns that Aum might launch future terrorist attacks. Under the leadership of Fumihiro Joyu the Aum changed its name to Aleph in January 2000 and claimed to have rejected the violent and apocalyptic teachings of its founder. (Joyu took formal control of the organization early in 2002 and remains its leader.)

**Activities**
On 20 March 1995, Aum members simultaneously released the chemical nerve agent sarin on several Tokyo subway trains, killing 12 persons and injuring up to 6,000. The group was responsible for other mysterious chemical accidents in

90

SHATSKY-008299

Japan in 1994. Its efforts to conduct attacks using biological agents have been unsuccessful. Japanese police arrested Asahara in May 1995, and he remained on trial facing charges in 13 crimes, including 7 counts of murder at the end of 2001. Legal analysts say it will take several more years to conclude the trial. Since 1997 the cult continued to recruit new members, engage in commercial enterprise, and acquire property, although it scaled back these activities significantly in 2001 in response to public outcry. The cult maintains an Internet home page. In July 2001, Russian authorities arrested a group of Russian Aum followers who had planned to set off bombs near the Imperial Palace in Tokyo as part of an operation to free Asahara from jail and then smuggle him to Russia.

### Strength
The Aum's current membership is estimated at 1,500 to 2,000 persons. At the time of the Tokyo subway attack, the group claimed to have 9,000 members in Japan and up to 40,000 worldwide.

### Location/Area of Operation
The Aum's principal membership is located only in Japan, but a residual branch comprising an unknown number of followers has surfaced in Russia.

### External Aid
None.

**Basque Fatherland and Liberty (ETA)**
**a.k.a Euzkadi Ta Askatasuna**

### Description
Founded in 1959 with the aim of establishing an independent homeland based on Marxist principles in the northern Spanish Provinces of Vizcaya, Guipuzcoa, Alava, and Navarra, and the southwestern French Departments of Labourd, Basse-Navarra, and Soule.

### Activities
Primarily involved in bombings and assassinations of Spanish Government officials, security and military forces, politicians, and judicial figures. ETA finances its activities through kidnappings, robberies, and extortion. The group has killed more than 800 persons and injured hundreds of others since it began lethal attacks in the early 1960s. In November 1999, ETA broke its "unilateral and indefinite" cease-fire and began an assassination and bombing campaign that has killed 38 individuals and wounded scores more by the end of 2001.

### Strength
Unknown; may have hundreds of members, plus supporters.

### Location/Area of Operation
Operates primarily in the Basque autonomous regions of northern Spain and southwestern France, but also has bombed Spanish and French interests elsewhere.

SHATSKY-008300

**External Aid**
Has received training at various times in the past in Libya, Lebanon, and Nicaragua. Some ETA members allegedly have received sanctuary in Cuba while others reside in South America.

Al-Gama'a
al-Islamiyya
(Islamic Group, IG)

**Description**
Egypt's largest militant group, active since the late 1970s; appears to be loosely organized. Has an external wing with supporters in several countries worldwide. The group issued a cease-fire in March 1999, but its spiritual leader, Shaykh Umar Abd al-Rahman, sentenced to life in prison in January 1996 for his involvement in the 1993 World Trade Center bombing and incarcerated in the United States, rescinded his support for the cease-fire in June 2000. The Gama'a has not conducted an attack inside Egypt since August 1998. Senior member signed Usama Bin Ladin's *fatwa* in February 1998 calling for attacks against US. Unofficially split in two factions; one that supports the cease-fire led by Mustafa Hamza, and one led by Rifa'i Taha Musa, calling for a return to armed operations. Taha Musa in early 2001 published a book in which he attempted to justify terrorist attacks that would cause mass casualties. Musa disappeared several months thereafter, and there are conflicting reports as to his current whereabouts. Primary goal is to overthrow the Egyptian Government and replace it with an Islamic state, but disaffected IG members, such as those potentially inspired by Taha Musa or Abd al-Rahman, may be interested in carrying out attacks against US and Israeli interests.

**Activities**
Group conducted armed attacks against Egyptian security and other government officials, Coptic Christians, and Egyptian opponents of Islamic extremism before the cease-fire. From 1993 until the cease-fire, al-Gama'a launched attacks on tourists in Egypt, most notably the attack in November 1997 at Luxor that killed 58 foreign tourists. Also claimed responsibility for the attempt in June 1995 to assassinate Egyptian President Hosni Mubarak in Addis Ababa, Ethiopia. The Gama'a has never specifically attacked a US citizen or facility but has threatened US interests.

**Strength**
Unknown. At its peak the IG probably commanded several thousand hard-core members and a like number of sympathizers. The 1999 cease-fire and security crackdowns following the attack in Luxor in 1997, and more recently security efforts following September 11, probably have resulted in a substantial decrease in the group's numbers.

**Location/Area of Operation**
Operates mainly in the Al-Minya, Asyu't, Qina, and Sohaj Governorates of southern Egypt. Also appears to have support in Cairo, Alexandria, and other urban locations, particularly among unemployed graduates and students. Has a worldwide presence, including the United Kingdom, Afghanistan, Yemen, and Austria.

SHATSKY-008301

**External Aid**
Unknown. The Egyptian Government believes that Iran, Bin Ladin, and Afghan militant groups support the organization. Also may obtain some funding through various Islamic nongovernmental organizations.

**HAMAS (Islamic Resistance Movement)**

**Description**
Formed in late 1987 as an outgrowth of the Palestinian branch of the Muslim Brotherhood. Various HAMAS elements have used both political and violent means, including terrorism, to pursue the goal of establishing an Islamic Palestinian state in place of Israel. Loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda. HAMAS's strength is concentrated in the Gaza Strip and a few areas of the West Bank. Also has engaged in political activity, such as running candidates in West Bank Chamber of Commerce elections.

**Activities**
HAMAS activists, especially those in the Izz el-Din al-Qassam Brigades, have conducted many attacks—including large-scale suicide bombings—against Israeli civilian and military targets. In the early 1990s, they also targeted Fatah rivals and began a practice of targeting suspected Palestinian collaborators, which continues. Increased operational activity in 2001 during the *intifadah*, claiming numberous attacks against Israeli interests. Group has not targeted US interests and continues to confine its attacks to Israelis inside Israel and the territories.

**Strength**
Unknown number of hardcore members; tens of thousands of supporters and sympathizers.

**Location/Area of Operation**
Primarily the West Bank, Gaza Strip, and Israel. In August 1999, Jordanian authorities closed the group's Political Bureau offices in Amman, arrested its leaders, and prohibited the group from operating on Jordanian territory. HAMAS leaders also present in other parts of the Middle East, including Syria, Lebanon, and Iran.

**External Aid**
Receives funding from Palestinian expatriates, Iran, and private benefactors in Saudi Arabia and other moderate Arab states. Some fundraising and propaganda activity take place in Western Europe and North America.

**Harakat ul-Mujahidin (HUM) (Movement of Holy Warriors)**

**Description**
The HUM is an Islamic militant group based in Pakistan that operates primarily in Kashmir. It is politically aligned with the radical political party, Jamiat-i Ulema-i Islam Fazlur Rehman faction (JUI-F). Long-time leader of the group, Fazlur Rehman Khalil, in mid-February 2000 stepped down as HUM emir, turning the reins over to the popular Kashmiri commander and his second-in-command, Farooq Kashmiri. Khalil, who has been linked to Bin Ladin and

93

SHATSKY-008302

signed his *fatwa* in February 1998 calling for attacks on US and Western interests, assumed the position of HUM Secretary General. HUM operated terrorist training camps in eastern Afghanistan until Coalition airstrikes destroyed them during fall, 2001.

### Activities

Has conducted a number of operations against Indian troops and civilian targets in Kashmir. Linked to the Kashmiri militant group al-Faran that kidnapped five Western tourists in Kashmir in July 1995; one was killed in August 1995 and the other four reportedly were killed in December of the same year. The HUM is responsible for the hijacking of an Indian airliner on 24 December 1999, which resulted in the release of Masood Azhar – an important leader in the former Harakat ul-Ansar imprisoned by the Indians in 1994–and Ahmad Omar Sheikh, who was arrested for the abduction/murder in January-February 2001 of US journalist Daniel Pearl.

### Strength

Has several thousand armed supporters located in Azad Kashmir, Pakistan, and India's southern Kashmir and Doda regions. Supporters are mostly Pakistanis and Kashmiris and also include Afghans and Arab veterans of the Afghan war. Uses light and heavy machineguns, assault rifles, mortars, explosives, and rockets. HUM lost a significant share of its membership in defections to the Jaish-e-Mohammed (JEM) in 2000.

### Location/Area of Operation

Based in Muzaffarabad, Rawalpindi, and several other towns in Pakistan, but members conduct insurgent and terrorist activities primarily in Kashmir. The HUM trained its militants in Afghanistan and Pakistan.

### External Aid

Collects donations from Saudi Arabia and other Gulf and Islamic states and from Pakistanis and Kashmiris. The HUM's financial collection methods also include soliciting donations from magazine ads and pamphlets. The sources and amount of HUM's military funding are unknown. In anticipation of asset seizures by the Pakistani Government, the HUM withdrew funds from bank accounts and invested in legal businesses, such as commodity trading, real estate, and production of consumer goods. Its fundraising in Pakistan has been constrained since the government clampdown on extremist groups and freezing of terrorist assets.

SHATSKY-008303

| | |
|---|---|
| Hizballah (Party of God)<br><br>a.k.a. Islamic Jihad, Revolutionary Justice Organization, Organization of the Oppressed on Earth, and Islamic Jihad for the Liberation of Palestine | **Description**<br>Formed in 1982 in response to the Israeli invasion of Lebanon, this Lebanon-based radical Shi'a group takes its ideological inspiration from the Iranian revolution and the teachings of the Ayatollah Khomeini. The Majlis al-Shura, or Consultative Council, is the group's highest governing body and is led by Secretary General Hassan Nasrallah. Hizballah formally advocates ultimate establishment of Islamic rule in Lebanon and liberating all occupied Arab lands, including Jerusalem. It has expressed as a goal the elimination of Israel. Has expressed its unwillingness to work within the confines of Lebanon's established political system; however, this stance changed with the party's decision in 1992 to participate in parliamentary elections. Although closely allied with and often directed by Iran, the group may have conducted operations that were not approved by Tehran. While Hizballah does not share the Syrian regime's secular orientation, the group has been a strong tactical ally in helping Syria advance its political objectives in the region.<br><br>**Activities**<br>Known or suspected to have been involved in numerous anti-US terrorist attacks, including the suicide truck bombings of the US Embassy in Beirut April 1983 and US Marine barracks in October 1983 and the US Embassy annex in Beirut in September 1984. Three members of Hizballah, 'Imad Mughniyah, Hasan Izz-al-Din, and Ali Atwa, are on the FBI's list of 22 Most Wanted Terrorists for the hijacking in 1985 of TWA Flight 847 during which a US Navy diver was murdered. Elements of the group were responsible for the kidnapping and detention of US and other Western hostages in Lebanon. The group also attacked the Israeli Embassy in Argentina in 1992 and is a suspect in the 1994 bombing of the Israeli cultural center in Buenos Aires. In fall 2000, it captured three Israeli soldiers in the Shabaa Farms and kidnapped an Israeli noncombatant whom it may have lured to Lebanon under false pretenses<br><br>**Strength**<br>Several thousand supporters and a few hundred terrorist operatives.<br><br>**Location/Area of Operation**<br>Operates in the Bekaa Valley, Hermil, the southern suburbs of Beirut, and southern Lebanon. Has established cells in Europe, Africa, South America, North America, and Asia.<br><br>**External Aid**<br>Receives substantial amounts of financial, training, weapons, explosives, political, diplomatic, and organizational aid from Iran and received diplomatic, political, and logistical support from Syria. |
| Islamic Movement of Uzbekistan (IMU) | **Description**<br>Coalition of Islamic militants from Uzbekistan and other Central Asian states opposed to Uzbekistani President Islom Karimov's secular regime. Before the counterterrorism coalition began operations in Afghanistan in October, the IMU's primary goal was the establishment of an Islamic state in Uzbekistan. If IMU political and ideological leader Tohir Yoldashev survives the |

SHATSKY-008304

counterterrorism campaign and can regroup the organization, however, he might widen the IMU's targets to include all those he perceives as fighting Islam. The group's propaganda has always included anti-Western and anti-Israeli rhetoric.

## Activities

The IMU primarily targeted Uzbekistani interests before October 2001 and is believed to have been responsible for five car bombs in Tashkent in February 1999. Militants also took foreigners hostage in 1999 and 2000, including four US citizens who were mountain climbing in August 2000, and four Japanese geologists and eight Kyrgyzstani soldiers in August 1999. Since October, the Coalition has captured, killed, and dispersed many of the militants who remained in Afghanistan to fight with the Taliban and al-Qaida, severely degrading the IMU's ability to attack Uzbekistani or Coalition interests in the near term. IMU military leader Juma Namangani apparently was killed during an air strike in November. At year's end, Yoldashev remained at large.

## Strength

Militants probably number under 2000.

## Location/Area of Operation

Militants are scattered throughout South Asia and Tajikistan. Area of operations includes Afghanistan, Iran, Kyrgyzstan, Pakistan, Tajikistan, and Uzbekistan.

## External Aid

Support from other Islamic extremist groups and patrons in the Middle East and Central and South Asia. IMU leadership broadcasts statements over Iranian radio.

**Jaish-e-Mohammed (JEM) (Army of Mohammed)**

## Description

The Jaish-e-Mohammed (JEM) is an Islamic extremist group based in Pakistan that was formed by Masood Azhar upon his release from prison in India in early 2000. The group's aim is to unite Kashmir with Pakistan. It is politically aligned with the radical political party, Jamiat-i Ulema-i Islam Fazlur Rehman faction (JUI-F). The United States announced the addition of JEM to the US Treasury Department's Office of Foreign Asset Control's (OFAC) list–which includes organizations that are believed to support terrorist groups and have assets in US jurisdiction that can be frozen or controlled–in October and the Foreign Terrorist Organization list in December. The group was banned and its assets were frozen by the Pakistani Government in January 2002.

## Activities

The JEM's leader, Masood Azhar, was released from Indian imprisonment in December 1999 in exchange for 155 hijacked Indian Airlines hostages. The 1994 HUA kidnappings by Omar Sheikh of US and British nationals in New Delhi and the July 1995 HUA/Al Faran kidnappings of Westerners in Kashmir were two of several previous HUA efforts to free Azhar. The JEM on 1 October 2001 claimed responsibility for a suicide attack on the Jammu and Kashmir

96

SHATSKY-008305

legislative assembly building in Srinagar that killed at least 31 persons, but later denied the claim. The Indian Government has publicly implicated the JEM, along with Lashkar-e-Tayyiba. for the 13 December attack on the Indian Parliament that killed 9 and injured 18.

### Strength
Has several hundred armed supporters located in Azad Kashmir, Pakistan, and in India's southern Kashmir and Doda regions, including a large cadre of former HUM members. Supporters are mostly Pakistanis and Kashmiris and also include Afghans and Arab veterans of the Afghan war. Uses light and heavy machineguns, assault rifles, mortars, improvised explosive devices, and rocket grenades.

### Location/Area of Operation
Based in Peshawar and Muzaffarabad, but members conduct terrorist activities primarily in Kashmir. The JEM maintained training camps in Afghanistan until the fall of 2001.

### External Aid
Most of the JEM's cadre and material resources have been drawn from the militant groups Harakat ul-Jihad al-Islami (HUJI) and the Harakat ul-Mujahedin (HUM). The JEM had close ties to Afghan Arabs and the Taliban. Usama Bin Ladin is suspected of giving funding to the JEM. The JEM also collects funds through donation requests in magazines and pamphlets. In anticipation of asset seizures by the Pakistani Government, the JEM withdrew funds from bank accounts and invested in legal businesses, such as commodity trading, real estate, and production of consumer goods.

## Al-Jihad
a.k.a. Egyptian Islamic Jihad, Jihad Group, Islamic Jihad

### Description
Egyptian Islamic extremist group active since the late 1970s. Merged with Bin Ladin's al-Qaida organization in June 2001, but may retain some capability to conduct independent operations. Continues to suffer setbacks worldwide, especially after 11 September attacks. Primary goals are to overthrow the Egyptian Government and replace it with an Islamic state and attack US and Israeli interests in Egypt and abroad.

### Activities
Specializes in armed attacks against high-level Egyptian Government personnel, including cabinet ministers, and car-bombings against official US and Egyptian facilities. The original Jihad was responsible for the assassination in 1981 of Egyptian President Anwar Sadat. Claimed responsibility for the attempted assassinations of Interior Minister Hassan al-Alfi in August 1993 and Prime Minister Atef Sedky in November 1993. Has not conducted an attack inside Egypt since 1993 and has never targeted foreign tourists there. Responsible for Egyptian Embassy bombing in Islamabad in 1995; in 1998 attack against US Embassy in Albania was thwarted.

### Strength
Unknown, but probably has several hundred hardcore members.

97

SHATSKY-008306

**Location/Area of Operation**
Operates in the Cairo area, but most of its network is outside Egypt, including Yemen, Afghanistan, Pakistan, Lebanon, and the United Kingdom, and its activities have been centered outside Egypt for several years.

**External Aid**
Unknown. The Egyptian Government claims that Iran supports the Jihad. Its merger with al-Qaida also boosts Bin Ladin's support for the group. Also may obtain some funding through various Islamic nongovernmental organizations, cover businesses, and criminal acts.

## Kahane Chai (Kach)

**Description**
Stated goal is to restore the biblical state of Israel. Kach (founded by radical Israeli-American rabbi Meir Kahane) and its offshoot Kahane Chai, which means "Kahane Lives," (founded by Meir Kahane's son Binyamin following his father's assassination in the United States) were declared to be terrorist organizations in March 1994 by the Israeli Cabinet under the 1948 Terrorism Law. This followed the groups' statements in support of Dr. Baruch Goldstein's attack in ebruary 1994 on the al-Ibrahimi Mosque—Goldstein was affiliated with Kach—and their verbal attacks on the Israeli Government. Palestinian gunmen killed Binyamin Kahane and his wife in a drive-by shooting in December 2000 in the West Bank.

**Activities**
Organize protests against the Israeli Government. Harass and threaten Palestinians in Hebron and the West Bank. Have threatened to attack Arabs, Palestinians, and Israeli Government officials. Have vowed revenge for the death of Binyamin Kahane and his wife.

**Strength**
Unknown.

**Location/Area of Operation**
Israel and West Bank settlements, particularly Qiryat Arba' in Hebron.

**External Aid**
Receives support from sympathizers in the United States and Europe.

## Kurdistan Workers' Party (PKK)

**Description**
Founded in 1974 as a Marxist-Leninist insurgent group primarily composed of Turkish Kurds. The group's goal has been to establish an independent Kurdish state in southeastern Turkey, where the population is predominantly Kurdish. In the early 1990s, the PKK moved beyond rural-based insurgent activities to include urban terrorism. Turkish authorities captured Chairman Abdullah Ocalan in Kenya in early 1999; the Turkish State Security Court subsequently sentenced him to death. In August 1999, Ocalan announced a "peace initiative," ordering members to refrain from violence and requesting dialogue with

SHATSKY-008307

Ankara on Kurdish issues. At a PKK Congress in January 2000, members supported Ocalan's initiative and claimed the group now would use only political means to achieve its new goal, improved rights for Kurds in Turkey.

Activities
Primary targets have been Turkish Government security forces in Turkey. Conducted attacks on Turkish diplomatic and commercial facilities in dozens of West European cities in 1993 and again in spring 1995. In an attempt to damage Turkey's tourist industry, the PKK bombed tourist sites and hotels and kidnapped foreign tourists in the early to mid-1990s.

Strength
Approximately 4,000 to 5,000, most of whom currently are located in northern Iraq. Has thousands of sympathizers in Turkey and Europe.

Location/Area of Operation
Operates in Turkey, Europe, and the Middle East.

External Aid
Has received safehaven and modest aid from Syria, Iraq, and Iran. Damascus generally upheld its September 2000 antiterror agreement with Ankara, pledging not to support the PKK.

Lashkar-e-Tayyiba (LT) (Army of the Righteous)

Description
The LT is the armed wing of the Pakistan-based religious organization, Markaz-ud-Dawa-wal-Irshad (MDI)—a Sunni anti-US missionary organization formed in 1989. The LT is led by Abdul Wahid Kashmiri and is one of the three largest and best-trained groups fighting in Kashmir against India; it is not connected to a political party. The United States in October announced the addition of the LT to the US Treasury Department's Office of Foreign Asset Control's (OFAC) list—which includes organizations that are believed to support terrorist groups and have assets in US jurisdiction that can be frozen or controlled. The group was banned and its assets were frozen by the Pakistani Government in January 2002.

Activities
The LT has conducted a number of operations against Indian troops and civilian targets in Kashmir since 1993. The LT claimed responsibility for numerous attacks in 2001, including a January attack on Srinagar airport that killed five Indians along with six militants; an attack on a police station in Srinagar that killed at least eight officers and wounded several others; and an attack in April against Indian border security forces that left at least four dead. The Indian Government publicly implicated the LT along with JEM for the 13 December attack on the Indian Parliament building.

Strength
Has several hundred members in Azad Kashmir, Pakistan, and in India's southern Kashmir and Doda regions. Almost all LT cadres are non-Kashmiris mostly Pakistanis from madrassas across the country and Afghan veterans of the

99

SHATSKY-008308

Afghan wars. Uses assault rifles, light and heavy machineguns, mortars, explosives, and rocket propelled grenades.

### Location/Area of Operation
Has been based in Muridke (near Lahore) and Muzaffarabad. The LT trains its militants in mobile training camps across Pakistan-administered Kashmir and had trained in Afghanistan until fall of 2001.

### External Aid
Collects donations from the Pakistani community in the Persian Gulf and United Kingdom, Islamic NGOs, and Pakistani and Kashmiri businessmen. The LT also maintains a website (under the name of its parent organization Jamaat ud-Daawa), through which it solicits funds and provides information on the group's activities. The amount of LT funding is unknown. The LT maintains ties to religious/military groups around the world, ranging from the Philippines to the Middle East and Chechnya through the MDI fraternal network. In anticipation of asset seizures by the Pakistani Government, the LT withdrew funds from bank accounts and invested in legal businesses, such as commodity trading, real estate, and production of consumer goods.

**Liberation Tigers of Tamil Eelam (LTTE)**

Other known front organizations: World Tamil Association (WTA), World Tamil Movement (WTM), the Federation of Associations of Canadian Tamils (FACT), the Ellalan Force, and the Sangilian Force.

### Description
Founded in 1976, the LTTE is the most powerful Tamil group in Sri Lanka and uses overt and illegal methods to raise funds, acquire weapons, and publicize its cause of establishing an independent Tamil state. The LTTE began its armed conflict with the Sri Lankan Government in 1983 and relies on a guerrilla strategy that includes the use of terrorist tactics.

### Activities
The Tigers have integrated a battlefield insurgent strategy with a terrorist program that targets not only key personnel in the countryside but also senior Sri Lankan political and military leaders in Colombo and other urban centers. The Tigers are most notorious for their cadre of suicide bombers, the Black Tigers. Political assassinations and bombings are commonplace. The LTTE has refrained from targeting foreign diplomatic and commercial establishments.

### Strength
Exact strength is unknown, but the LTTE is estimated to have 8,000 to 10,000 armed combatants in Sri Lanka, with a core of trained fighters of approximately 3,000 to 6,000. The LTTE also has a significant overseas support structure for fundraising, weapons procurement, and propaganda activities.

### Location/Area of Operations
The Tigers control most of the northern and eastern coastal areas of Sri Lanka but have conducted operations throughout the island. Headquartered in northern Sri Lanka, LTTE leader Velupillai Prabhakaran has established an extensive

SHATSKY-008309

network of checkpoints and informants to keep track of any outsiders who enter the group's area of control.

## External Aid

The LTTE's overt organizations support Tamil separatism by lobbying foreign governments and the United Nations. The LTTE also uses its international contacts to procure weapons, communications, and any other equipment and supplies it needs. The LTTE exploits large Tamil communities in North America, Europe, and Asia to obtain funds and supplies for its fighters in Sri Lanka often through false claims or even extortion.

| Mujahedin-e Khalq Organization (MEK or MKO) | a.k.a. The National Liberation Army of Iran (NLA, the militant wing of the MEK), the People's Mujahidin of Iran (PMOI), National Council of Resistance (NCR), Muslim Iranian Student's Society (front organization used to garner financial support) |

## Description

The MEK philosophy mixes Marxism and Islam. Formed in the 1960s, the organization was expelled from Iran after the Islamic Revolution in 1979, and its primary support now comes from the Iraqi regime of Saddam Hussein. Its history is studded with anti-Western attacks as well as terrorist attacks on the interests of the clerical regime in Iran and abroad. The MEK now advocates a secular Iranian regime.

## Activities

Worldwide campaign against the Iranian Government stresses propaganda and occasionally uses terrorist violence. During the 1970s the MEK killed several US military personnel and US civilians working on defense projects in Tehran. It supported the takeover in 1979 of the US Embassy in Tehran. In 1981 the MEK planted bombs in the head office of the Islamic Republic Party and the Premier's office, killing some 70 high-ranking Iranian officials, including chief Justice Ayatollah Mohammad Beheshti, President Mohammad-Ali Rajaei, and Premier Mohammad-Javad Bahonar. In 1991, it assisted the overnment of Iraq in suppressing the Shia and Kurdish uprisings in northern and southern Iraq. Since then, the MEK has continued to perform internal security services for the Government of Iraq. In April 1992, it conducted attacks on Iranian Embassies in 13 different countries, demonstrating the group's ability to mount large-scale operations overseas. In recent years the MEK has targeted key military officers and assassinated the deputy chief of the Armed Forces General Staff in April 1999. In April 2000, the MEK attempted to assassinate the commander of the Nasr Headquarters—the interagency board responsible for coordinating policies on Iraq. The normal pace of anti-Iranian operations increased during the "Operation Great Bahman" in February 2000, when the group launched a dozen attacks against Iran. In 2000 and 2001, the MEK was involved regularly in mortar attacks and hit-and-run raids on Iranian military and law enforcement units and government buildings near the Iran-Iraq border. Since the end of the Iran-Iraq War the tactics along the border have garnered few military gains and have become commonplace. MEK insurgent activities in Tehran constitute the biggest security concern for the Iranian leadership. In February 2000, for example,

101

SHATSKY-008310

the MEK attacked the leadership complex in Tehran that houses the offices of the Supreme Leader and President.

### Strength
Several thousand fighters located on bases scattered throughout Iraq and armed with tanks, infantry fighting vehicles, and artillery. The MEK also has an overseas support structure. Most of the fighters are organized in the MEK's National Liberation Army (NLA).

### Location/Area of Operation
In the 1980s the MEK's leaders were forced by Iranian security forces to flee to France. Since resettling in Iraq in 1987, the group has conducted internal security operations in support of the Government of Iraq. In the mid-1980s the group did not mount terrorist operations in Iran at a level similar to its activities in the 1970s, but by the 1990s the MEK had claimed credit for an increasing number of operations in Iran.

### External Aid
Beyond support from Iraq, the MEK uses front organizations to solicit contributions from expatriate Iranian communities.

## National Liberation Army (ELN)— Colombia

### Description
Marxist insurgent group formed in 1965 by urban intellectuals inspired by Fidel Castro and Che Guevara. Began a dialogue with Colombian officials in 1999 following a campaign of mass kidnappings—each involving at least one US citizen—to demonstrate its strength and continuing viability and force the Pastrana administration to negotiate. Peace talks between Bogotá and the ELN, started in 1999, continued sporadically through 2001 until Bogota broke them off in August, but resumed in Havana, Cuba, by year's end.

### Activities
Kidnapping, hijacking, bombing, extortion, and guerrilla war. Modest conventional military capability. Annually conducts hundreds of kidnappings for ransom, often targeting foreign employees of large corporations, especially in the petroleum industry. Frequently assaults energy infrastructure and has inflicted major damage on pipelines and the electric distribution network.

### Strength
Approximately 3,000-5,000 armed combatants and an unknown number of active supporters.

### Location/Area of Operation
Mostly in rural and mountainous areas of north, northeast, and southwest Colombia, and Venezuela border regions.

### External Aid
Cuba provides some medical care and political consultation.

SHATSKY-008311

The Palestine Islamic Jihad (PIJ)

**Description**
Originated among militant Palestinians in the Gaza Strip during the 1970s. PIJ-Shiqaqi faction, currently led by Ramadan Shallah in Damascus, is most active. Committed to the creation of an Islamic Palestinian state and the destruction of Israel through holy war. Also opposes moderate Arab governments that it believes have been tainted by Western secularism.

**Activities**
PIJ activists have conducted many attacks including large-scale suicide bombings against Israeli civilian and military targets. The group increased its operational activity in 2001 during the *Intifadah*, claiming numerous attacks against Israeli interests. The group has not targeted US interests and continues to confine its attacks to Israelis inside Israel and the territories.

**Strength**
Unknown.

**Location/Area of Operation**
Primarily Israel, the West Bank and Gaza Strip, and other parts of the Middle East, including Lebanon and Syria, where the leadership is based.

**External Aid**
Receives financial assistance from Iran and limited logistic support assistance from Syria.

Palestine Liberation Front (PLF)

**Description**
Broke away from the PFLP-GC in mid-1970s. Later split again into pro-PLO, pro-Syrian, and pro-Libyan factions. Pro-PLO faction led by Muhammad Abbas (Abu Abbas), who became member of PLO Executive Committee in 1984 but left it in 1991.

**Activities**
The Abu Abbas–led faction is known for aerial attacks against Israel. Abbas's group also was responsible for the attack in 1985 on the cruise ship Achille Lauro and the murder of US citizen Leon Klinghoffer. A warrant for Abu Abbas's arrest is outstanding in Italy.

**Strength**
Unknown.

**Location/Area of Operation**
PLO faction based in Tunisia until Achille Lauro attack. Now based in Iraq.

**External Aid**
Receives support mainly from Iraq. Has received support from Libya in the past.

103

SHATSKY-008312

| Popular Front for the Liberation of Palestine (PFLP) | **Description**<br>Marxist-Leninist group founded in 1967 by George Habash as a member of the PLO. Joined the Alliance of Palestinian Forces (APF) to oppose the Declaration of Principles signed in 1993 and suspended participation in the PLO. Broke away from the APF, along with the DFLP, in 1996 over ideological differences. Took part in meetings with Arafat's Fatah party and PLO representatives in 1999 to discuss national unity and the reinvigoration of the PLO but continues to oppose current negotiations with Israel. |
|---|---|
| | **Activities**<br>Committed numerous international terrorist attacks during the 1970s. Since 1978 has conducted attacks against Israeli or moderate Arab targets, including killing a settler and her son in December 1996. Stepped up operational activity in 2001, highlighted by the shooting death of Israeli Tourism Minster in October to retaliation for Israel's killing of PFLP leader in August. |
| | **Strength**<br>Some 800. |
| | **Location/Area of Operation**<br>Syria, Lebanon, Israel, West Bank, and Gaza. |
| | **External Aid**<br>Receives safehaven and some logistical assistance from Syria. |
| Popular Front for the Liberation of Palestine–General Command (PFLP-GC) | **Description**<br>Split from the PFLP in 1968, claiming it wanted to focus more on fighting and less on politics. Opposed to Arafat's PLO. Led by Ahmad Jabril, a former captain in the Syrian Army. Closely tied to both Syria and Iran. |
| | **Activities**<br>Carried out dozens of attacks in Europe and the Middle East during 1970s-80s. Known for cross-border terrorist attacks into Israel using unusual means, such as hot-air balloons and motorized hang gliders. Primary focus now on guerrilla operations in southern Lebanon, small-scale attacks in Israel, West Bank, and Gaza. |
| | **Strength**<br>Several hundred. |
| | **Location/Area of Operation**<br>Headquartered in Damascus with bases in Lebanon. |
| | **External Aid**<br>Receives support from Syria and financial support from Iran. |

SHATSKY-008313

Al-Qaida

## Description

Established by Usama Bin Ladin in the late 1980s to bring together Arabs who fought in Afghanistan against the Soviet Union. Helped finance, recruit, transport, and train Sunni Islamic extremists for the Afghan resistance. Current goal is to establish a pan-Islamic Caliphate throughout the world by working with allied Islamic extremist groups to overthrow regimes it deems "non-Islamic" and expelling Westerners and non-Muslims from Muslim countries. Issued statement under banner of "The World Islamic Front for Jihad Against the Jews and Crusaders" in February 1998, saying it was the duty of all Muslims to kill US citizens—civilian or military—and their allies everywhere. Merged with Egyptian Islamic Jihad (Al-Jihad) in June 2001.

## Activities

On 11 September, 19 al-Qaida suicide attackers hijacked and crashed four US commercial jets, two into the World Trade Center in New York City, one into the Pentagon near Washington, DC, and a fourth into a field in Shanksville, Pennsylvania, leaving about 3,000 individuals dead or missing. Directed the 12 October 2000 attack on the USS Cole in the port of Aden, Yemen, killing 17 US Navy members, and injuring another 39. Conducted the bombings in August 1998 of the US Embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania, that killed at least 301 individuals and injured more than 5,000 others. Claims to have shot down US helicopters and killed US servicemen in Somalia in 1993 and to have conducted three bombings that targeted US troops in Aden, Yemen, in December 1992.

Al-Qaida is linked to the following plans that were not carried out: to assassinate Pope John Paul II during his visit to Manila in late 1994, to kill President Clinton during a visit to the Philippines in early 1995, the midair bombing of a dozen US trans-Pacific flights in 1995, and to set off a bomb at Los Angeles International Airport in 1999. Also plotted to carry out terrorist operations against US and Israeli tourists visiting Jordan for millennial celebrations in late 1999. (Jordanian authorities thwarted the planned attacks and put 28 suspects on trial.) In December 2001, suspected al-Qaida associate Richard Colvin Reid attempted to ignite a shoe bomb on a transatlantic flight from Paris to Miami.

## Strength

Al-Qaida may have several thousand members and associates. Also serves as a focal point or umbrella organization for a worldwide network that includes many Sunni Islamic extremist groups, some members of al-Gama'a al-Islamiyya, the Islamic Movement of Uzbekistan, and the Harakat ul-Mujahidin.

## Location/Area of Operation

Al-Qaida has cells worldwide and is reinforced by its ties to Sunni extremist networks. Coalition attacks on Afghanistan since October 2001 have dismantled the Taliban–al-Qaida's protectors–and led to the capture, death, or dispersal of al-Qaida operatives. Some al-Qaida members at large probably will attempt to carry out future attacks against US interests.

SHATSKY-008314

## External Aid

Bin Ladin, member of a billionaire family that owns the Bin Ladin Group construction empire, is said to have inherited tens of millions of dollars that he uses to help finance the group. Al-Qaida also maintains moneymaking front businesses, solicits donations from like-minded supporters, and illicitly siphons funds from donations to Muslim charitable organizations. US efforts to block al-Qaida funding has hampered al-Qaida's ability to obtain money.

**Real IRA (RIRA)**

**a.k.a True IRA**

## Description

Formed in early 1998 as clandestine armed wing of the 32-County Sovereignty Movement, a "political pressure group" dedicated to removing British forces from Northern Ireland and unifying Ireland. The 32-County Sovereignty Movement opposed Sinn Fein's adoption in September 1997 of the Mitchell principles of democracy and nonviolence and opposed the amendment in December 1999 of Articles 2 and 3 of the Irish Constitution, which laid claim to Northern Ireland. Michael "Mickey" McKevitt, who left the IRA to protest its cease-fire, leads the group; Bernadette Sands-McKevitt, his wife, is a founder-member of the 32-County Sovereignty Movement, the political wing of the RIRA.

## Activities

Bombings, assassinations, and robberies. Many Real IRA members are former IRA members who left that organization following the IRA cease-fire and bring to RIRA a wealth of experience in terrorist tactics and bombmaking. Targets include British military and police in Northern Ireland and Northern reland Protestant communities. RIRA is linked to and understood to be responsible for the car bomb attack in Omagh, Northern Ireland on 15 August, 1998 that killed 29 and injured 220 persons. The group began to observe a cease-fire following Omagh but in 2000 and 2001 resumed attacks in Northern Ireland and on the UK mainland against targets such as MI6 headquarters and the BBC.

## Strength

100-200 activists plus possible limited support from IRA hardliners dissatisfied with the IRA cease-fire and other republican sympathizers. British and Irish authorities arrested at least 40 members in the spring and summer of 2001, including leader McKevitt, who is currently in prison in the Irish Republic awaiting trial for being a member of a terrorist organization and directing terrorist attacks.

## Location/Area of Operation

Northern Ireland, Irish Republic, Great Britain.

## External Aid

Suspected of receiving funds from sympathizers in the United States and of attempting to buy weapons from US gun dealers. RIRA also is reported to have purchased sophisticated weapons from the Balkans. Three Irish nationals associated with RIRA were extradited from Slovenia to the UK and are awaiting trial on weapons procurement charges.

SHATSKY-008315

| | |
|---|---|
| Revolutionary Armed Forces of Colombia (FARC) | **Description**<br>Established in 1964 as the military wing of the Colombian Communist Party, the FARC is Colombia's oldest, largest, most capable, and best-equipped Marxist insurgency. The FARC is governed by a secretariat, led by septuagenarian Manuel Marulanda, a.k.a. "Tirofijo," and six others, including senior military commander Jorge Briceno, a.k.a. "Mono Jojoy." Organized along military lines and includes several urban fronts. In 2001, the group continued a slow-moving peace negotiation process with the Pastrana Administration that has gained the group several concessions, including a demilitarized zone used as a venue for negotiations.<br><br>**Activities**<br>Bombings, murder, kidnapping, extortion, hijacking, as well as guerrilla and conventional military action against Colombian political, military, and economic targets. In March 1999 the FARC executed three US Indian rights activists on Venezuelan territory after it kidnapped them in Colombia. Foreign citizens often are targets of FARC kidnapping for ransom. Has well-documented ties to narcotics traffickers, principally through the provision of armed protection.<br><br>**Strength**<br>Approximately 9,000-12,000 armed combatants and an unknown number of supporters, mostly in rural areas.<br><br>**Location/Area of Operation**<br>Colombia with some activities—extortion, kidnapping, logistics, and R&R—in Venezuela, Panama, and Ecuador.<br><br>**External Aid**<br>Cuba provides some medical care and political consultation. |
| Revolutionary Nuclei a.k.a. Revolutionary Cells | **Description**<br>Revolutionary Nuclei (RN) emerged from a broad range of antiestablishment and anti-US/NATO/EU leftist groups active in Greece between 1995 and 1998. The group is believed to be the successor to or offshoot of Greece's most prolific terrorist group, Revolutionary People's Struggle (ELA), which has not claimed an attack since January 1995. Indeed, RN appeared to fill the void left by ELA, particularly as lesser groups faded from the scene. RN's few communiqués show strong similarities in rhetoric, tone, and theme to ELA proclamations. RN has not claimed an attack since November 2000.<br><br>**Activities**<br>Beginning operations in January 1995, the group has claimed responsibility for some two dozen arson attacks and explosive low-level bombings targeting a range of US, Greek, and other European targets in Greece. In its most infamous and lethal attack to date, the group claimed responsibility for a bomb it detonated at the Intercontinental Hotel in April 1999 that resulted in the death of a Greek woman and injured a Greek man. Its modus operandi includes warning calls of impending attacks, attacks targeting property vice individuals; use of rudimentary timing devices; and strikes during the late evening-early morning hours. RN last attacked US interests in Greece in November 2000 with two |

SHATSKY-008316

separate bombings against the Athens offices of Citigroup and the studio of a Greek/American sculptor. The group also detonated an explosive device outside the Athens offices of Texaco in December 1999. Greek targets have included court and other government office buildings, private vehicles, and the offices of Greek firms involved in NATO-related defense contracts in Greece. Similarly, the group has attacked European interests in Athens, including Barclays Bank in December 1998 and November 2000.

Strength
Group membership is believed to be small, probably drawing from the Greek militant leftist or anarchist milieu.

Location/Area of Operation
Primary area of operation is in the Athens metropolitan area.

External Aid
Unknown, but believed to be self-sustaining.

**Revolutionary Organization 17 November (17 November)**

Description
Radical leftist group established in 1975 and named for the student uprising in Greece in November 1973 that protested the military regime. Anti-Greek establishment, anti-US, anti-Turkey, anti-NATO, and committed to the ouster of US Bases, removal of Turkish military presence from Cyprus, and severing of Greece's ties to NATO and the European Union (EU).

Activities
Initial attacks were assassinations of senior US officials and Greek public figures. Added bombings in 1980s. Since 1990 has expanded targets to include EU facilities and foreign firms investing in Greece and has added improvised rocket attacks to its methods. Most recent attack claimed was the murder in June 2000 of British Defense Attaché Stephen Saunders.

Strength
Unknown, but presumed to be small.

Location/Area of Operation
Athens, Greece.

**Revolutionary People's Liberation Party/Front (DHKP/C) a.k.a. Devrimci So, Revolutionary Left, Dev Sol**

Description
Originally formed in 1978 as Devrimci Sol, or Dev Sol, a splinter faction of the Turkish People's Liberation Party/Front. Renamed in 1994 after factional infighting, it espouses a Marxist ideology and is virulently anti-US and anti-NATO. Finances its activities chiefly through armed robberies and extortion.

Activities
Since the late 1980s has concentrated attacks against current and retired Turkish security and military officials. Began a new campaign against foreign interests in 1990. Assassinated two US military contractors and wounded a US Air Force officer to protest the Gulf War. Launched rockets at US Consulate in

SHATSKY-008317

Istanbul in 1992. Assassinated prominent Turkish businessman and two others in early 1996, its first significant terrorist act as DHKP/C. Turkish authorities thwarted DHKP/C attempt in June 1999 to fire light antitank weapon at US Consulate in Istanbul. Conducted its first suicide bombings, targeting Turkish police, in January and September 2001. Series of safehouse raids and arrests by Turkish police over last three years have weakened group significantly.

**Strength**
Unknown.

**Location/Area of Operation**
Conducts attacks in Turkey, primarily in Istanbul. Raises funds in Western Europe.

**External Aid**
Unknown.

The Salafist Group for Call and Combat (GSPC)

**Description**
The Salafist Group for Call and Combat (GSPC) splinter faction that began in 1996 has eclipsed the GIA since approximately 1998, and currently is assessed to be the most effective remaining armed group inside Algeria. In contrast to the GIA, the GSPC has gained popular support through its pledge to avoid civilian attacks inside Algeria (although, in fact, civilians have been attacked). Its adherents abroad appear to have largely co-opted the external networks of the GIA, active particularly throughout Europe, Africa, and the Middle East

**Activities**
The GSPC continues to conduct operations aimed at government and military targets, primarily in rural areas. Such operations include false roadblocks and attacks against convoys transporting military, police, or other government personnel. According to press reporting, some GSPC members in Europe maintain contacts with other North African extremists sympathetic to al-Qaida, a number of whom were implicated in terrorist plots during 2001.

**Strength**
Unknown; probably several hundred to several thousand inside Algeria.

**Location/Area of Operation**
Algeria.

**External Aid**
Algerian expatriates and GSPC members abroad, many residing in Western Europe, provide financial and logistics support. In addition, the Algerian Government has accused Iran and Sudan of supporting Algerian extremists in years past.

SHATSKY-008318

| | |
|---|---|
| Sendero Luminoso (Shining Path, or SL) | **Description**<br>Former university professor Abimael Guzman formed Sendero Luminoso in the late 1960s, and his teachings created the foundation of SL's militant Maoist doctrine. In the 1980s SL became one of the most ruthless terrorist groups in the Western Hemisphere; approximately 30,000 persons have died since Shining Path took up arms in 1980. Its stated goal is to destroy existing Peruvian institutions and replace them with a communist peasant revolutionary regime. It also opposes any influence by foreign governments, as well as by other Latin American guerrilla groups, especially the Tupac Amaru Revolutionary Movement (MRTA).<br><br>In 2001, the Peruvian National Police thwarted an SL attack against "an American objective", possibly the US Embassy, when they arrested two Lima SL cell members. Addtionally, Government authorities continued to arrest and prosecute active SL members, including, Ruller Mazombite, a.k.a. "Camarada Cayo", chief of the protection team of SL leader Macario Ala, a.k.a. "Artemio", and Evorcio Ascencios, a.k.a. "Camarada Canale", logistics chief of the Huallaga Regional Committee. Counterterrorist operations targeted pockets of terrorist activity in the Upper Huallaga River Valley and the Apurimac/Ene River Valley, where SL columns continued to conduct periodic attacks.<br><br>**Activities**<br>Conducted indiscriminate bombing campaigns and selective assassinations. Detonated explosives at diplomatic missions of several countries in Peru in 1990, including an attempt to car bomb the US Embassy in December. Peruvian authorities continued operations against the SL in 2001 in the countryside, where the SL conducted periodic raids on villages.<br><br>**Strength**<br>Membership is unknown but estimated to be 200 armed militants. SL's strength has been vastly diminished by arrests and desertions.<br><br>**Location/Area of Operation**<br>Peru, with most activity in rural areas.<br><br>**External Aid**<br>None. |
| United Self-Defense Forces/Group of Colombia (AUC–Autodefensas Unidas de Colombia) | **Description**<br>The AUC—commonly referred to as the paramilitaries—is an umbrella organization formed in April 1997 to consolidate most local and regional paramilitary groups each with the mission to protect economic interests and combat insurgents locally. The AUC_supported by economic elites, drug traffickers, and local communities lacking effective government security_claims its primary objective is to protect its sponsors from insurgents. The AUC now asserts itself as a regional and national counterinsurgent force. It is adequately equipped and |

SHATSKY-008319

armed and reportedly pays its members a monthly salary. AUC political leader Carlos Castaño has claimed 70 percent of the AUC's operational costs are financed with drug-related earnings, the rest from "donations" from its sponsors.

Activities
AUC operations vary from assassinating suspected insurgent supporters to engaging guerrilla combat units. Colombian National Combat operations generally consist of raids and ambushes directed against suspected insurgents. The AUC generally avoids engagements with government security forces and actions against US personnel or interests.

Strength
Estimated 6000 to 8150, including former military and insurgent personnel.

Location/Areas of Operation
AUC forces are strongest in the northwest in Antioquia, Córdoba, Sucre, and Bolívar Departments. Since 1999, the group demonstrated a growing presence in other northern and southwestern departments. Clashes between the AUC and the FARC insurgents in Putumayo in 2000 demonstrated the range of the AUC to contest insurgents throughout Colombia.

External Aid
None.

SHATSKY-008320

SHATSKY-008321

## Appendix C

## Background Information on Other Terrorist Groups

## Contents

| | Page |
|---|---|
| Alex Boncayao Brigade (ABB) | 115 |
| Al-Ittihad al-Islami (AIAI) | 115 |
| Allied Democratic Forces (ADF) | 115 |
| Anti-Imperialist Territorial Nuclei (NTA) | 116 |
| Army for the Liberation of Rwanda (ALIR) | 116 |
| Cambodian Freedom Fighters (CFF) | 117 |
| Continuity Irish Republican Army (CIRA) | 118 |
| First of October Antifacist Resistance Group (GRAPO) | 118 |
| Harakat ul-Jihad-I-Islami (HUJI) | 119 |
| Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) | 119 |
| Islamic Army of Aden (IAA) | 120 |
| Irish Republican Army (IRA) | 120 |
| Al Jama'a al-Islamiyyah al-Muqatilah bi-Libya | 121 |
| Japanese Red Army (JRA) | 122 |
| Jemaah Islamiya (JI) | 122 |
| Kumpulan Mujahidin Malaysia (KMM) | 123 |
| Lord's Resistance Army (LRA) | 124 |
| Loyalist Volunteer Force (LVF) | 124 |
| New People's Army (NPA) | 125 |
| Orange Volunteers (OV) | 125 |
| People Against Gangersterism and Drugs (PAGAD) | 126 |
| Red Hand Defenders (RHD) | 126 |
| Revolutionary Proletarian Initiative Nuclei (NIPR) | 127 |
| Revolutionary United Front (RUF) | 127 |
| The Tunisian Combatant Group (TCG) | 128 |
| Tupac Amaru Revolutionary Movement (MRTA) | 129 |
| Turkish Hizballah | 129 |
| Ulster Defense Association/Ulster Freedom Fighters (UDA/UVF) | 130 |

SHATSKY-008322

SHATSKY-008323

| | |
|---|---|
| Alex Boncayao Brigade (ABB) | **Description**<br>The ABB, the breakaway urban hit squad of the Communist Party of the Philippines New People's Army, was formed in the mid-1980s. The ABB was added to the Terrorist Exclusion list in December 2001.<br><br>**Activities**<br>Responsible for more than 100 murders and believed to have been involved in the murder in 1989 of US Army Col. James Rowe in the Philippines. In March 1997 the group announced it had formed an alliance with another armed group, the Revolutionary Proletarian Army (RPA). In March 2000, the group claimed credit for a rifle grenade attack against the Department of Energy building in Manila and strafed Shell Oil offices in the central Philippines to protest rising oil prices.<br><br>**Strength**<br>Approximately 500.<br><br>**Location/Area of Operation**<br>The largest RPA/ABB groups are on the Philippine islands of Luzon, Negros, and the Visayas.<br><br>**External Aid**<br>Unknown. |
| Al-Ittihad al-Islami (AIAI)<br>a.k.a. Islamic Union | **Description**<br>Somalia's largest militant Islamic organization rose to power in the early 1990s following the collapse of the Siad Barre regime. Aims to establish an Islamic regime in Somalia and force the secession of the Ogeden region of Ethiopia.<br><br>**Activities**<br>Primarily insurgent-style attacks against Ethiopian forces and other Somali factions. The group is believed to be responsible for a series of bomb attacks in public places in Addis Ababa in 1996 and 1997 as well as the kidnapping of several relief workers in 1998. AIAI sponsors Islamic social programs, such as orphanages and schools, and provides pockets of security in Somalia.<br><br>**Strength**<br>Estimated at some 2,000 members, plus additional reserve militias.<br><br>**Location/Area of Operation**<br>Primarily in Somalia, with limited presence in Ethiopia and Kenya.<br><br>**External Aid**<br>Receives funds from Middle East financiers and Western diaspora remittances, and suspected training in Afghanistan. Maintains ties to al-Qaida. Past weapons deliveries from Sudan. |
| Allied Democratic Forces (ADF) | **Description**<br>A diverse coalition of former members of the National Army for the Liberation of Uganda (NALU), Islamists from the Salaf Tabliq group, Hutu militiamen, and |

115

SHATSKY-008324

fighters from ousted regimes in Congo. The conglomeration of fighters formed in 1995 in opposition to the government of Ugandan President Yoweri Museveni.

Activities
The ADF seeks to use the kidnapping and murder of civilians to create fear in the local population and undermine confidence in the Government. The group is suspected to be responsible for dozens of bombings in public areas. A Ugandan military offensive in 2000 destroyed several ADF camps, but ADF attacks continued in Kampala in 2001.

Strength
A few hundred fighters.

Location/Area of Operation
Western Uganda and eastern Congo.

External Aid
Received past funding, supplies, and training from the Government of Sudan. Some funding suspected from sympathetic Hutu groups.

**Anti-Imperialist Territorial Nuclei (NTA)**

Description
Clandestine leftist extremist group that appeared in the Friuli region in Italy in 1995. Adopted the class struggle ideology of the Red Brigades of the 1970s-80s and a similar logo—an encircled five-point star—for their declarations. Opposes what it perceives as US and NATO imperialism and condemns Italy's foreign and labor polices.

Activities
Criticized US/NATO presence in Italy and attacked property owned by USAir Forces personnel at Aviano Air Base. Claimed responsibility for a bomb attack in September 2000 against the Central European Initiative office in Trieste and a bomb attack in August 2001 against the Venice Tribunal building. Threw gasoline bombs at the Venice and Rome headquarters of the then-ruling party, Democrats of the Left, during the NATO intervention in Kosovo.

Strength
Approximately 20 members.

Location/Area of Operation
Mainly in northeastern Italy, including Friuli, Veneto, and Emilia.

External Aid
None evident.

**Army for the Liberation of Rwanda (ALIR)**
**a.k.a.Interahamwe, Former Armed Forces (ex-FAR)**

Description
The FAR was the army of the Rwandan Hutu regime that carried out the genocide of 500,000 or more Tutsis and regime opponents in 1994. The Interahamwe was the civilian militia force that carried out much of the killing. The groups merged and recruited additional fighters after they were forced from Rwanda

116

SHATSKY-008325

into the Democratic Republic of Congo (then-Zaire) in 1994. They are now often known as the Army for the Liberation of Rwanda (ALIR), which is the armed branch of the PALIR or Party for the Liberation of Rwanda.

### Activities

The group seeks to topple Rwanda's Tutsi-dominated government, reinstitute Hutu- control, and, possibly, complete the genocide. In 1996, a message allegedly from the ALIR threatened to kill the US Ambassador to Rwanda and other US citizens. In 1999, ALIR guerrillas critical of alleged US-UK support for the Rwandan regime kidnapped and killed eight foreign tourists including two US citizens in a game park on the Congo-Uganda border. In the current Congolese war, the ALIR is allied with Kinshasa against the Rwandan invaders.

### Strength

Several thousand ALIR regular forces operate alongside the Congolese army on the front lines of the Congo civil war, while a like number of ALIR guerrillas operate behind Rwanda lines in eastern Congo closer to the Rwandan border and sometimes within Rwanda.

### Location/Area of Operation

Mostly Democratic Republic of the Congo and Rwanda, but some operations in Burundi.

### External Support

The Democratic Republic of the Congo provides ALIR forces in Congo with training, arms, and supplies.

**Cambodian Freedom Fighters (CFF)—**
**a.k.a. Cholana Kangtoap Serei Cheat Kampouchea**

### Description

The Cambodian Freedom Fighters (CFF) emerged in November 1998 in the wake of political violence that saw many influential Cambodian leaders flee and the Cambodian People's Party assume power. With an avowed aim of overthrowing the Government, the group is led by a Cambodian-American, a former member of the opposition Sam Rainsy Party, and its membership includes Cambodian-Americans based in Thailand and the United States and former soldiers from the separatist Khmer Rouge, Royal Cambodian Armed Forces, and various political factions.

### Activities

The CFF has on at least one occasion attacked government facilities and planned other bombing attacks. In late November 2000, the CFF staged an attack on several government installations, during which at least eight persons died and more than a dozen were wounded, including civilians.The group's leaders claimed responsibility for the attack. Following a trial of 32 CFF members arrested for the attack, five received life sentences, 25 received lesser jail terms, and two were acquitted. In April 1999, five other members of the CFF were arrested for plotting to blow up a fuel depot outside Phnom Penh with antitank weapons.

### Strength

Exact strength is unknown, but totals probably never have exceeded 100 armed fighters.

117

SHATSKY-008326

**Location/Area of Operation**
Northeastern Cambodia near the Thai border.

**External Aid**
US-based leadership collects funds from the Cambodian-American community.

**Continuity Irish Republican Army (CIRA)**
**a.k.a. Continuity Army Council**

**Description**
Radical terrorist splinter group formed in 1994 as the clandestine armed wing of Republican Sinn Fein (RSF), which split from Sinn Fein in the mid-1980s. "Continuity" refers to the group's belief that it is carrying on the original IRA goal of forcing the British out of Northern Ireland, and CIRA actively seeks to recruit IRA members.

**Activities**
CIRA has been active in the border areas of Northern Ireland where it has carried out bombings, assassinations, kidnappings, extortion, and robberies. Targets include British military and Northern Ireland security targets and Northern Ireland Loyalist paramilitary groups. Does not have an established presence on the UK mainland. CIRA is not observing a cease-fire and in October said decommissioning weapons would be "an act of treachery."

**Strength**
Fewer than 50 hard-core activists but is said to have recruited new members in Belfast.

**Location/Area of Operation**
Northern Ireland, Irish Republic.

**External Aid**
Suspected of receiving funds and arms from sympathizers in the United States. May have acquired arms and materiel from the Balkans in cooperation with the Real IRA.

**First of October Antifascist Resistance Group (GRAPO)**
**Grupo de Resistencia Anti-Fascista Primero de Octubre**

**Description**
Formed in 1975 as the armed wing of the illegal Communist Party of Spain during the Franco era. Advocating the overthrow of the Spanish Government and replacement with a Marxist-Leninist regime, GRAPO is vehemently anti-US, calls for the removal of all US military forces from Spanish territory, and has conducted and attempted several attacks against US targets since 1977. The group issued a communiqué following the 11 September attacks in the United States, expressing its satisfaction that "symbols of imperialist power" were decimated and affirming that "the war" has only just begun.

**Activities**
GRAPO has killed more than 90 persons and injured more than 200. The group's operations traditionally have been designed to cause material damage and gain publicity rather than inflict casualties, but the terrorists have conducted lethal bombings and close-range assassinations. In May 2000, the group killed two security guards during a botched armed robbery attempt of an armored truck carrying an estimated $2 million, and in November 2000, members assassinated a Spanish policeman in a possible reprisal for the arrest that month of several GRAPO leaders in France. The group also

118

SHATSKY-008327

has bombed business and official sites employment agencies and the Madrid head-quarters of the ruling Popular Party, for example including the Barcelona office of the national daily El Mundo in October 2000, when two police officers were injured.

### Strength
Unknown but likely fewer than a dozen hard-core activists. Spanish and French officials have made periodic large-scale arrests of GRAPO members, crippling the organization and forcing it into lengthy rebuilding periods. The French and Spanish arrested several key leaders in 2001.

### Location/Area of Operation
Spain

### External Aid
None

## Harakat ul-Jihad-I-Islami (HUJI) (Movement of Islamic Holy War)

### Description
HUJI, a Sunni extremist group that follows the Deobandi tradition of Islam, was founded in 1980 in Afghanistan to fight in the jihad against the Soviets. It is also affiliated with the Jamiat Ulema-I-Islam Fazlur Rehman faction (JUI-F) and the Deobandi school of Sunni Islam. The group, led by chief commander Amin Rabbani, is made up primarily of Pakistanis and foreign Islamists who are fighting for the liberation of Kashmir and its accession to Pakistan.

### Activities
Has conducted a number of operations against Indian military targets in Kashmir. Linked to the Kashmiri militant group al-Faran that kidnapped five Western tourists in Kashmir in July 1995; one was killed in August 1995 and the other four reportedly were killed in December of the same year.

### Strength
Exact numbers are unknown, but there may be several hundred members in Kashmir.

### Location/Area of Operation
Pakistan and Kashmir. Trained members in Afghanistan until fall of 2001.

### External Aid
Specific sources of external aid are unknown.

## Harakat ul-Jihad-I-Islami/Bangladesh (HUJI-B) (Movement of Islamic Holy War)

### Description
The mission of HUJI-B, led by Shauqat Osman, is to establish Islamic rule in Bangladesh. HUJI-B has connections to the Pakistani militant groups Harakat ul-Jihad-i-Islami (HUJI) and Harak ul-Mujahidin (HUM), who advocate similar objectives in Pakistan and Kashmir.

119

SHATSKY-008328

**Activities**
HUJI-B was accused of stabbing a senior Bangladeshi journalist in November 2000 for making a documentary on the plight of Hindus in Bangladesh. HUJI-B was suspected in the July 2000 assassination attempt of Bangladeshi Prime Minister Sheikh Hasina.

**Strength**
HUJI-B has an estimated cadre strength of over several thousand members.

**Location/Area of Operation**
Operates and trains members in Bangladesh, where it maintains at least six camps.

**External Aid**
Funding of the HUJI-B comes primarily from madrassas in Bangladesh. The group also has ties to militants in Pakistan that may provide another funding source.

## Islamic Army of Aden (IAA)
### a.k.a. Aden-Abyan Islamic Army (AAIA)

**Description**
The Islamic Army of Aden (IAA) emerged publicly in mid-1998 when the group released a series of communiqués that expressed support for Usama Bin Ladin, appealed for the overthrow of the Yemeni Government and the commencement of operations against US and other Western interests in Yemen.

**Activities**
Engages in bombings and kidnappings to promote its goals. Kidnapped 16 British, Australian, and US tourists in late December 1998 near Mudiyah in southern Yemen. Since the capture and trial of the Mudiyah kidnappers and the execution in October 1999 of the group's leader, Zein al-Abidine al-Mihdar (a.k.a. Abu Hassan), individuals associated with the IAA have remained involved in terrorist activities. In 2001 the Yemeni Government convicted an IAA member and three associates for their roles in the October 2000 bombing of the British Embassy in Sanaa.

**Strength**
Not known.

**Location/Area of Operation**
Operates in the southern governorates of Yemen—primarily Aden and Abyan.

**External Aid**
Not known.

## Irish Republican Army (IRA)

a.k.a. Provisional Irish Republican Army (PIRA), the Provos (Now almost universally referred to as the PIRA to distinguish it from RIRA and CIRA.)

**Description**
Terrorist group formed in 1969 as clandestine armed wing of Sinn Fein, a legal political movement dedicated to removing British forces from Northern Ireland and unifying Ireland. Has a Marxist orientation. Organized into small, tightly knit cells under the leadership of the Army Council.

120

SHATSKY-008329

## Activities

The IRA has been observing a cease-fire since 1997 and in October 2001 took the historic step of putting an unspecified amount of arms and ammunition "completely beyond use." The International Commission on Decommissioning characterized the step as a significant act of decommissioning. The IRA retains the ability to conduct operations. Its traditional activities have included bombings, assassinations, kidnappings, punishment beatings, extortion, smuggling, and robberies. Bombing campaigns were conducted against train and subway stations and shopping areas on mainland Britain. Targets included senior British Government officials, civilians, police, and British military targets in Northern Ireland. The IRA's current cease-fire (since July 1997) was preceded by a cease-fire from 1 September 1994 to February 1996.

## Strength

Several hundred members, plus several thousand sympathizers–despite the possible defection of some members to RIRA or CIRA.

## Local/Area of Operation

Northern Ireland, Irish Republic, Great Britain, Europe.

## External Aid

Has in the past received aid from a variety of groups and countries and considerable training and arms from Libya and the PLO. Is suspected of receiving funds, arms, and other terrorist related materiel from sympathizers in the United States. Similarities in operations suggest links to ETA.

**Al-Jama'a al-Islamiyyah al-Muqatilah bi-Libya**
a.k.a. Libyan Islamic Fighting Group, Fighting Islamic Group, Libyan Fighting Group, Libyan Islamic Group

## Description:

Emerged in 1995 among Libyans who had fought against Soviet forces in Afghanistan. Declared the Government of Libyan leader Muammar Qadhafi un-Islamic and pledged to overthrow it. Some members maintain a strictly anti-Qadhafi focus and organize against Libyan Government, interests but others are aligned with Usama Bin Ladin's al-Qaida organization or are active in the international *mujahidin* network.

## Activities:

Claimed responsibility for a failed assassination attempt against Qadhafi in 1996 and engaged Libyan security forces in armed clashes during the mid to late 1990s. Currently engages in few armed attacks against Libyan interests either in Libya or abroad. Some members may be aligned with al-Qaida or involved in al-Qaida activities.

## Strength

Not known but probably has several hundred active members.

## Location/Area of Operation

Probably maintains a clandestine presence in Libya, but since late 1990s many members have fled to various Middle Eastern and European countries.

SHATSKY-008330

**External Aid**

Not known. May obtain some funding through private donations, various Islamic non-governmental organizations, and criminal acts.

**Japanese Red Army (JRA)**

**a.k.a. Anti-Imperialist International Brigade (AIIB)**

**Description**

An international terrorist group formed around 1970 after breaking away from Japanese Communist League-Red Army Faction. Fusako Shigenobu led the JRA until her arrest in Japan in November 2000. The JRA's historical goal has been to overthrow the Japanese Government and monarchy and to help foment world revolution. After her arrest Shigenobu announced she intended to pursue her goals using a legitimate political party rather than revolutionary violence, and the group announced it would disband in April 2001. May control or at least have ties to Anti-Imperialist International Brigade (AIIB); also may have links to Antiwar Democratic Front—an overt leftist political organization—inside Japan. Details released following Shigenobu's arrest indicate that the JRA was organizing cells in Asian cities, such as Manila and Singapore. The group had a history of close relations with Palestinian terrorist groups—based and operating outside Japan—since its inception, primarily through Shigenobu. The current status of the connections is unknown.

**Activities**

During the 1970s, JRA carried out a series of attacks around the world, including the massacre in 1972 at Lod Airport in Israel, two Japanese airliner hijackings, and an attempted takeover of the US Embassy in Kuala Lumpur. In April 1988, JRA operative Yu Kikumura was arrested with explosives on the New Jersey Turnpike, apparently planning an attack to coincide with the bombing of a USO club in Naples, a suspected JRA operation that killed five, including a US servicewoman. He was convicted of the charges and is serving a lengthy prison sentence in the United States. Tsutomu Shirosaki, captured in 1996, is also jailed in the United States. In 2000, Lebanon deported to Japan four members it arrested in 1997 but granted a fifth operative, Kozo Okamoto, political asylum. Longtime leader Shigenobu was arrested in November 2000 and faces charges of terrorism and passport fraud.

**Strength**

About six hardcore members; undetermined number of sympathizers. At its peak the group claimed to have 30 to 40 members.

**Location/Area of Operation**

Location unknown, but possibly in Asia and/or Syrian-controlled areas of Lebanon.

**External Aid**

Unknown.

**Jemaah Islamiya (JI)**

**Description**

Jemaah Islamiya is an Islamic extremist group with cells operating throughout Southeast Asia. Recently arrested JI members in Singapore, Malaysia, and the Philippines have revealed links with al-Qaida. The JI's stated goal is to create an Islamic state comprising Malaysia, Singapore, Indonesia, and the southern Philippines. Three Indonesian extremists, one of whom is in custody in Malaysia, are the reported leaders of the organization.

122

SHATSKY-008331

## Activities

Began developing plans in 1997 to target US interests in Singapore and, in 1999, conducted videotaped casings of potential US targets in preparation for multiple attacks in Singapore. A cell in Singapore acquired four tons of ammonium nitrate, which has not yet been found.

In December 2001, Singapore authorities arrested 15 Jemaah Islamiyah members, some of whom had trained in al-Qaida camps in Afghanistan, who planned to attack the US and Israeli Embassies and British and Australian diplomatic buildings in Singapore. Additionally, the Singapore police discovered forged immigration stamps, bombmaking materials, and al-Qaida-related material in several suspects' homes.

## Strength

Exact numbers are unknown but press reports approximate that the Malaysian cells may comprise 200 members.

## Location/Area of Operation

The JI has cells in Singapore and Malaysia; press reports indicate the JI is also present in Indonesia and possibly the Philippines.

## External Aid

Largely unknown, probably self-financing; possible al-Qaida support.

**Kumpulan Mujahidin Malaysia (KMM)**

## Description

Kumpulan Mujahidin Malaysia (KMM) favors the overthrow of the Mahathir government and the creation of an Islamic state comprising Malaysia, Indonesia, and the southern Philippines. Malaysian authorities believe that smaller, more violent, extremist groups have split from KMM. Zainon Ismail, a former mujahid in Afghanistan, established KMM in 1995. Nik Adli Nik Abdul Aziz, currently detained under Malaysia's Internal Security Act (ISA), assumed leadership in 1999. Malaysian police assert that three Indonesian extremists, one of whom is in custody, have disseminated militant ideology to the KMM.

## Activities

Malaysia is currently holding 48 alleged members of the KMM and its more extremist wing under the ISA for activities deemed threatening to Malaysia's national security, including planning to wage a jihad, possession of weaponry, bombings and robberies, the murder of a former state assemblyman, and planning attacks on foreigners, including US citizens. Several of the arrested militants have reportedly undergone military training in Afghanistan, and some fought with the Afghan *mujahidin* during the war against the former Soviet Union. Others are alleged to have ties to Islamic extremist organizations in Indonesia and the Philippines.

## Strength

Malaysian police assess the KMM to have 70 to 80 members. The Malaysian press reports that police are currently tracking 200 suspected Muslim militants.

123

SHATSKY-008332

Location/Area of Operation
The KMM is reported to have networks in the Malaysian states of Perak, Johor, Kedah, Selangor, Terengganu, and Kelantan. They also operate in Wilayah Persukutuan, the federal territory comprising Kuala Lumpur. According to press reports, the KMM has ties to radical Indonesian Islamic groups and has sent members to Ambon, Indonesia to fight against Christians.

External Aid
Largely unknown, probably self-financing.

**Lord's Resistance Army (LRA)**

Activities
Founded in 1989 as the successor to the Holy Spirit Movement, the LRA seeks to overthrow the incumbent Ugandan Government and replace it with a regime that will implement the group's brand of Christianity. The LRA frequently kills and kidnaps local Ugandan civilians in order to discourage foreign investment and precipitate a crisis in Uganda.

Strength
Estimated 2,000.

Location/Area of Operation
Northern Uganda and southern Sudan

External Aid
The LRA has been supported by the Government of Sudan.

**Loyalist Volunteer Force (LVF)**

Description
An extreme loyalist group formed in 1996 as a faction of the mainstream loyalist Ulster Volunteer Force (UVF) but did not emerge publicly until February 1997. Composed largely of UVF hardliners who have sought to prevent a political settlement with Irish nationalists in Northern Ireland by attacking Catholic politicians, civilians, and Protestant politicians who endorse the Northern Ireland peace process. In October 2001 the British Government ruled that the LVF had broken the cease-fire it declared in 1998. The LVF decommissioned a small but significant amount of weapons in December 1998, but it has not repeated this gesture.

Activities
Bombings, kidnappings, and close-quarter shooting attacks. LVF bombs often have contained Powergel commercial explosives, typical of many loyalist groups. LVF attacks have been particularly vicious: The group has murdered numerous Catholic civilians with no political or terrorist affiliations, including an 18-year-old Catholic girl in July 1997 because she had a Protestant boyfriend. The terrorists also have conducted successful attacks against Irish targets in Irish border towns. In 2000 and 2001, the LVF also engaged in a violent feud with other loyalists in which several individuals were killed.

Strength
Approximately 150 activists.

124

SHATSKY-008333

Location/Area of Operation
Northern Ireland, Ireland.

External Aid
None.

## New People's Army (NPA)

### Description

The military wing of the Communist Party of the Philippines (CPP), the NPA is a Maoist group formed in March 1969 with the aim of overthrowing the government through protracted guerrilla warfare. The chairman of the CPP's Central Committee and the NPA's founder, Jose Maria Sison, directs all CPP and NPA activity from the Netherlands, where he lives in self-imposed exile. Fellow Central Committee member and director of the CPP's National Democratic Front (NDF) Luis Jalandoni also lives in the Netherlands and has become a Dutch citizen. Although primarily a rural-based guerrilla group, the NPA has an active urban infrastructure to conduct terrorism and uses city-based assassination squads. Derives most of its funding from contributions of supporters in the Philippines, Europe, and elsewhere, and from so-called "revolutionary taxes" extorted from local businesses.

### Activities

The NPA primarily targets Philippine security forces, politicians, judges, government informers, former rebels who wish to leave the NPA, and alleged criminals. Opposes any US military presence in the Philippines and attacked US military interests before the US base closures in 1992. Press reports in 1999 and in late 2001 indicated that the NPA is again targeting US troops participating in joint military exercises as well as US Embassy personnel. The NPA claimed responsibility for the assassination of congressmen from Quezon (in May) and Cagayan (in June) and many other killings.

### Strength

Slowly growing; estimated at over 10,000.

### Location/Area of Operations

Operates in rural Luzon, Visayas, and parts of Mindanao. Has cells in Manila and other metropolitan centers.

### External Aid

Unknown.

## Orange Volunteers (OV)

### Description

Terrorist group that appeared about 1998-99 and is comprised largely of disgruntled loyalist hardliners who split from groups observing the cease-fire. OV seeks to prevent a political settlement with Irish nationalists by attacking Catholic civilian interests in Northern Ireland.

### Activities

The group has been linked to pipe-bomb attacks and sporadic assaults on Catholics. Following a successful security crackdown at the end of 1999, the OV declared a cease-fire in September 2000 and remained quiet in 2001.

125

SHATSKY-008334

**Strength**
Up to 20 hardcore members, some of whom are experienced in terrorist tactics and bombmaking.

**Location/Area of Operations**
Northern Ireland.

**External Aid**
None.

People Against Gangsterism and Drugs (PAGAD)

**Description**
PAGAD was formed in 1996 as a community anti-crime group fighting drugs and violence in the Cape Flats section of Cape Town but by early 1998 had also become antigovernment and anti-Western. PAGAD and its Islamic ally Qibla view the South African Government as a threat to Islamic values and consequently promote greater political voice for South African Muslims. Abdus Salaam Ebrahim currently leads both groups. PAGAD's G-Force (Gun Force) operates in small cells and is believed responsible for carrying out acts of terrorism. PAGAD uses several front names including Muslims Against Global Oppression (MAGO) and Muslims Against Illegitimate Leaders (MAIL) when launching anti-Western protests and campaigns.

**Activities**
PAGAD's activities were severely curtailed in 2001 by law enforcement and prosecutorial efforts against leading members of the organization. There were no urban terror incidents from September 2000 through 2001, compared to nine bombings in the Western Cape in 2000 that caused serious injuries and a total of 189 bomb attacks since 1996. PAGAD's previous bombing targets have included South African authorities, moderate Muslims, synagogues, gay nightclubs, tourist attractions, and Western-associated restaurants. PAGAD is believed to have masterminded the bombing on 25 August 1998 of the Cape Town Planet Hollywood.

**Strength**
Estimated at several hundred members. PAGAD's G-Force probably contains fewer than 50 members.

**Location/Area of Operation**
Operates mainly in the Cape Town area, South Africa's foremost tourist venue.

**External Aid**
Probably has ties to Islamic extremists in the Middle East.

Red Hand Defenders (RHD)

**Description**
Extremist terrorist group formed in 1998 composed largely of Protestant hardliners from loyalist groups observing a cease-fire. RHD seeks to prevent a political settlement with Irish nationalists by attacking Catholic civilian interests in

126

SHATSKY-008335

Northern Ireland. In July 2001 the group issued a statement saying it considered all nationalists as "legitimate targets." RHD is a cover name often used by elements of the banned Ulster Defense Association and the Loyalist Volunteer Force.

### Activities
In recent years, the group has carried out numerous pipe bombings and arson attacks against "soft" civilian targets such as homes, churches, and private businesses, including a bombing outside a Catholic girls school in North Belfast in September. RHD claimed responsibility for the car-bombing murder in March 1999 of Rosemary Nelson, a prominent Catholic nationalist lawyer and human rights campaigner in Northern Ireland, and for the murder of a Catholic journalist in September 2001.

### Strength
Up to 20 members, some of whom have considerable experience in terrorist tactics and bombmaking.

### Location/Area of Operation
Northern Ireland.

### External Aid
None.

## Revolutionary Proletarian Initiative Nuclei (NIPR)

### Description
Clandestine leftist extremist group that appeared in Rome in 2000. Adopted the logo of the Red Brigades of the 1970s and 1980s—an encircled five-point star—for their declarations. Opposes Italy's foreign and labor polices.

### Activities
Claimed responsibility for bomb attack in April 2001 on building housing a US-Italian relations association and an international affairs institute in Rome's historic center. Claimed to have carried out May 2000 explosion in Rome at oversight committee facility for implementation of the law on strikes in public services. Claimed responsibility for explosion in February 2002 on Via Palermo adjacent to Interior Ministry in Rome.

### Strength
Approximately 12 members.

### Location/Area of Operation
Mainly in Rome, Milan, Lazio, and Tuscany.

### External Aid
None evident.

## Revolutionary United Front (RUF)

### Description
The RUF is a loosely organized guerrilla force seeking to retain control of the lucrative diamond-producing regions of the country. The group funds itself largely through the extraction and sale of diamonds obtained in areas of Sierra Leone that it controls.

127

SHATSKY-008336

### Activities

During 2001, reports of serious abuses by the RUF declined significantly. The resumption of the Government's Disarmament, Demobilization, and Reintegration program in May was largely responsible. From 1991-2000, the group used guerrilla, criminal, and terror tactics, such as murder, torture, and mutilation, to fight the government, intimidate civilians, and keep UN peacekeeping units in check. In 2000 they held hundreds of UN peacekeepers hostage until their release was negotiated, in part, by the RUF's chief sponsor, Liberian President Charles Taylor. The group also has been accused of attacks in Guinea at the behest of President Taylor.

### Strength

Estimated at several thousand supporters and sympathizers.

### Location/Area of Operation

Sierra Leone, Liberia, Guinea

### External Aid

A UN experts panel report on Sierra Leone said President Charles Taylor of Liberia provides support and leadership to the RUF. The UN has identified Libya, Gambia, and Burkina Faso as conduits for weapons and other materiel for the RUF.

## The Tunisian Combatant Group (TCG)

### Description

Also referred to as the Tunisian Islamic Fighting Group, the TCG's goals reportedly include establishing an Islamic government in Tunisia and targeting Tunisian and Western interests. Founded probably in 2000 by Tarek Maaroufi and Saifallah Ben Hassine, the group has come to be associated with al-Qa'ida and other North African Islamic extremists in Europe who have been implicated in anti-US terrorist plots there during 2001. In December, Belgian authorities arrested Maaroufi and charged him with providing stolen passports and fraudulent visas for those involved in the assassination of Ahmed Shah Massood, according to press reports.

### Activities

Tunisians associated with the TCG are part of the support network of the international Salafist movement. According to Italian authorities, TCG members there engage in false document trafficking and recruitment for Afghan training camps. Some TCG associates are suspected of planning an attack against the US, Algerian, and Tunisian diplomatic interests in Rome in January. Members reportedly maintain ties to the Algerian Salafist Group for Call and Combat (GSPC).

### Strength

Unknown

### Location/Area of Operation

Western Europe, Afghanistan.

### External Aid

Unknown.

128

SHATSKY-008337

Tupac Amaru Revolutionary Movement (MRTA)

**Description**

Traditional Marxist-Leninist revolutionary movement formed in 1983 from remnants of the Movement of the Revolutionary Left, a Peruvian insurgent group active in the 1960s. Aims to establish a Marxist regime and to rid Peru of all imperialist elements (primarily US and Japanese influence). Peru's counterterrorist program has diminished the group's ability to carry out terrorist attacks, and the MRTA has suffered from infighting, the imprisonment or deaths of senior leaders, and loss of leftist support. In 2001, several MRTA members remained imprisoned in Bolivia.

**Activities**

Previously conducted bombings, kidnappings, ambushes, and assassinations, but recent activity has fallen drastically. In December 1996, 14 MRTA members occupied the Japanese Ambassador's residence in Lima and held 72 hostages for more than four months. Peruvian forces stormed the residence in April 1997 rescuing all but one of the remaining hostages and killing all 14 group members, including the remaining leaders. The group has not conducted a significant terrorist operation since and appears more focused on obtaining the release of imprisoned MRTA members.

**Strength**

Believed to be no more than 100 members, consisting largely of young fighters who lack leadership skills and experience.

**Location/Area of Operation**

Peru with supporters throughout Latin America and Western Europe. Controls no territory.

**External Aid**

None.

Turkish Hizballah

**Description**

Turkish Hizballah is a Kurdish Islamic (Sunni) extremist organization that arose in the late 1980s in the Diyarbakir area in response to Kurdistan Workers' Party atrocities against Muslims in southeastern Turkey, where (Turkish) Hizballah seeks to establish an independent Islamic state. The group comprises loosely organized factions, the largest of which are Ilim, which advocates the use of violence to achieve the group's goals, and Menzil, which supports an intellectual approach.

**Activities**

Beginning in the mid-1990s, Turkish Hizballah which is unrelated to Lebanese Hizballah expanded its target base and modus operandi from killing PKK militants to conducting low-level bombings against liquor stores, bordellos, and other establishments that the organization considered "anti-Islamic." In January 2000, Turkish security forces killed Huseyin Velioglu, the leader of (Turkish) Hizballah's Ilim faction, in a shootout at a safehouse in Istanbul. The incident sparked a year-long series of operations against the group throughout Turkey that resulted in the detention of some 2,000 individuals; authorities arrested several hundred of those on criminal charges. At the same time, police recovered nearly 70 bodies of Turkish and Kurdish business-

129

SHATSKY-008338

men and journalists that (Turkish) Hizballah had tortured and brutally murdered during the mid to late-1990's. The group began targeting official Turkish interests in January 2001, when 10-20 operatives participated in the assassination of the Diyarbakir police chief, the group's most sophisticated operation to date.

### Strength
Possibly a few hundred members and several thousand supporters.

### Location/Area of Operation
Primary area of operation is in southeastern Turkey, particularly the Diyarbakir region.

### External Aid
Turkish officials charge that Turkish Hizballah receives at least some assistance, including training, from Iran.

## Ulster Defense Association/Ulster Freedom Fighters (UDA/UVF)

### Description
The UDA, the largest loyalist paramilitary group in Northern Ireland, was formed in 1971 as an umbrella organization for loyalist paramilitary groups. It remained a legal organization until 1992, when the British Government proscribed it. Among its members are Johnny Adair, the only person ever convicted of directing terrorism in Northern Ireland, and Michael Stone, who killed three in a gun and grenade attack on an IRA funeral. The UDA joined the UVF in declaring a cease-fire in 1994; it broke down in January 1998 but was later restored. In October 2001, the British Government ruled that the UDA had broken its cease-fire. The organization's political wing, the Ulster Democratic Party, was dissolved in November 2001.

### Activities
The group has been linked to pipe bombings and sporadic assaults on Catholics in Northern Ireland; it stepped up attacks in 2001. William Stobie, the group's former quartermaster who admitted to passing information about the UDA to the British Government, was murdered in December; the Red Hand Defenders claimed responsibility for the killing.

### Strength
Estimates vary from 2,000 to 5,000 members, with several hundred active in paramilitary operations.

### Location/Area of Operation
Northern Ireland.

### External Aid
None.

SHATSKY-008339

# Appendix D

## Extraditions and Renditions of Terrorists to the United States

Extraditions and Renditions of Terrorists to
the United States, 1993-2001

| Date | Name | Extradition or Rendition | From |
|------|------|--------------------------|------|
| March 1993 | Mahmoud Abu Halima (February 1993 World Trade Center bombing) | Extradition | * |
| July 1993 | Mohammed Ali Rezaq (November 1985 hijacking of Egyptair 648) | Rendition | Nigeria |
| February 1995 | Ramzi Ahmed Yousef (January 1995 Far East bomb plot, February 1993 World Trade Center bombing) | Extradition | Pakistan |
| April 1995 | Abdul Hakim Murad (January 1995 Far East bomb plot) | Rendition | Philippines |
| August 1995 | Eyad Mahmoud Ismail Najim (February 1993 World Trade Center bombing) | Extradition | Jordan |
| December 1995 | Wali Khan Amin Shah (January 1995 Far East bomb plot) | Rendition | * |
| September 1996 | Tsutomu Shirosaki (May 1986 attack on US Embassy, Jakarta) | Rendition | * |
| June 1997 | Mir Aimal Kansi (January 1993 shooting outside CIA headquarters) | Rendition | * |
| June 1998 | Mohammed Rashid (August 1982 Pan Am bombing) | Rendition | * |
| August 1998 | Mohamed Rashed Daoud Al-Owhali (August 1998 US Embassy bombing in Kenya) | Rendition | Kenya |
| August 1998 | Mohamed Sadeek Odeh (August 1998 US Embassy bombing in Kenya) | Rendition | Kenya |
| December 1998 | Mamdouh Mahmud Salim (August 1998 East Africa bombings) | Extradition | Germany |
| October 1999 | Khalfan Khamis Mohamed (August 1998 US Embassy bombing in Tanzania) | Rendition | South Africa |
| September 2001 | Zayd Hassan Abd al-Latif Masud al-Safarini (1986 hijacking of PanAm 73 in Karachi, Pakistan) | Rendition | * |

\* Country not disclosed

131

SHATSKY-008340

SHATSKY-008341

## Appendix E

## US Processes, Programs, Policy

President's Address to a Joint Session of Congress and the American People
**United States Capitol Washington, D.C. 20 September 2001 (9:00 p.m. EDT)**

THE PRESIDENT: Mr. Speaker, Mr. President Pro Tempore, members of Congress, and fellow Americans:

In the normal course of events, Presidents come to this chamber to report on the state of the Union. Tonight, no such report is needed. It has already been delivered by the American people.

We have seen it in the courage of passengers, who rushed terrorists to save others on the ground—passengers like an exceptional man named Todd Beamer. And would you please help me to welcome his wife, Lisa Beamer, here tonight. (Applause.)

We have seen the state of our Union in the endurance of rescuers, working past exhaustion. We have seen the unfurling of flags, the lighting of candles, the giving of blood, the saying of prayers—in English, Hebrew, and Arabic. We have seen the decency of a loving and giving people who have made the grief of strangers their own.

My fellow citizens, for the last nine days, the entire world has seen for itself the state of our Union—and it is strong. (Applause.)

Tonight we are a country awakened to danger and called to defend freedom. Our grief has turned to anger, and anger to resolution. Whether we bring our enemies to justice, or bring justice to our enemies, justice will be done. (Applause.)

I thank the Congress for its leadership at such an important time. All of America was touched on the evening of the tragedy to see Republicans and Democrats joined together on the steps of this Capitol, singing "God Bless America." And you did more than sing; you acted, by delivering $40 billion to rebuild our communities and meet the needs of our military.

Speaker Hastert, Minority Leader Gephardt, Majority Leader Daschle and Senator Lott, I thank you for your friendship, for your leadership and for your service to our country. (Applause.)

And on behalf of the American people, I thank the world for its outpouring of support. America will never forget the sounds of our National Anthem playing at Buckingham Palace, on the streets of Paris, and at Berlin's Brandenburg Gate.

We will not forget South Korean children gathering to pray outside our embassy in Seoul, or the prayers of sympathy offered at a mosque in Cairo. We will not forget moments of silence and days of mourning in Australia and Africa and Latin America.

Nor will we forget the citizens of 80 other nations who died with our own: dozens of Pakistanis; more than 130 Israelis; more than 250 citizens of India; men and women from El Salvador, Iran, Mexico and Japan; and hundreds of British citizens. America has no truer friend than Great Britain. (Applause.)

SHATSKY-008342

Once again, we are joined together in a great cause—so honored the British Prime Minister has crossed an ocean to show his unity of purpose with America. Thank you for coming, friend. (Applause.)

On September the 11th, enemies of freedom committed an act of war against our country. Americans have known wars—but for the past 136 years, they have been wars on foreign soil, except for one Sunday in 1941. Americans have known the casualties of war—but not at the center of a great city on a peaceful morning. Americans have known surprise attacks—but never before on thousands of civilians. All of this was brought upon us in a single day—and night fell on a different world, a world where freedom itself is under attack.

Americans have many questions tonight. Americans are asking: Who attacked our country? The evidence we have gathered all points to a collection of loosely affiliated terrorist organizations known as al Qaeda. They are the same murderers indicted for bombing American embassies in Tanzania and Kenya, and responsible for bombing the USS Cole.

Al Qaeda is to terror what the mafia is to crime. But its goal is not making money; its goal is remaking the world—and imposing its radical beliefs on people everywhere.

The terrorists practice a fringe form of Islamic extremism that has been rejected by Muslim scholars and the vast majority of Muslim clerics a fringe movement that perverts the peaceful teachings of Islam. The terrorists' directive commands them to kill Christians and Jews, to kill all Americans, and make no distinction among military and civilians, including women and children.

This group and its leader—a person named Osama bin Laden are linked to many other organizations in different countries, including the Egyptian Islamic Jihad and the Islamic Movement of Uzbekistan. There are thousands of these terrorists in more than 60 countries. They are recruited from their own nations and neighborhoods and brought to camps in places like Afghanistan, where they are trained in the tactics of terror. They are sent back to their homes or sent to hide in countries around the world to plot evil and destruction.

The leadership of al Qaeda has great influence in Afghanistan and supports the Taliban regime in controlling most of that country. In Afghanistan, we see al Qaeda's vision for the world.

Afghanistan's people have been brutalized—many are starving and many have fled. Women are not allowed to attend school. You can be jailed for owning a television. Religion can be practiced only as their leaders dictate. A man can be jailed in Afghanistan if his beard is not long enough.

The United States respects the people of Afghanistan—after all, we are currently its largest source of humanitarian aid—but we condemn the Taliban regime. (Applause.) It is not only repressing its own people, it is threatening people everywhere by sponsoring and sheltering and supplying terrorists. By aiding and abetting murder, the Taliban regime is committing murder.

134

SHATSKY-008343

And tonight, the United States of America makes the following demands on the Taliban: Deliver to United States authorities all the leaders of al Qaeda who hide in your land. (Applause.) Release all foreign nationals, including American citizens, you have unjustly imprisoned. Protect foreign journalists, diplomats and aid workers in your country. Close immediately and permanently every terrorist training camp in Afghanistan, and hand over every terrorist, and every person in their support structure, to appropriate authorities. (Applause.) Give the United States full access to terrorist training camps, so we can make sure they are no longer operating.

These demands are not open to negotiation or discussion. (Applause.) The Taliban must act, and act immediately. They will hand over the terrorists, or they will share in their fate.

I also want to speak tonight directly to Muslims throughout the world. We respect your faith. It's practiced freely by many millions of Americans, and by millions more in countries that America counts as friends. Its teachings are good and peaceful, and those who commit evil in the name of Allah blaspheme the name of Allah. (Applause.) The terrorists are traitors to their own faith, trying, in effect, to hijack Islam itself. The enemy of America is not our many Muslim friends; it is not our many Arab friends. Our enemy is a radical network of terrorists, and every government that supports them. (Applause.)

Our war on terror begins with al Qaeda, but it does not end there. It will not end until every terrorist group of global reach has been found, stopped and defeated. (Applause.)

Americans are asking, why do they hate us? They hate what we see right here in this chamber a democratically elected government. Their leaders are self-appointed. They hate our freedoms our freedom of religion, our freedom of speech, our freedom to vote and assemble and disagree with each other. They want to overthrow existing governments in many Muslim countries, such as Egypt, Saudi Arabia, and Jordan. They want to drive Israel out of the Middle East. They want to drive Christians and Jews out of vast regions of Asia and Africa.

These terrorists kill not merely to end lives, but to disrupt and end a way of life. With every atrocity, they hope that America grows fearful, retreating from the world and forsaking our friends. They stand against us, because we stand in their way.

We are not deceived by their pretenses to piety. We have seen their kind before. They are the heirs of all the murderous ideologies of the 20th century. By sacrificing human life to serve their radical visions by abandoning every value except the will to power they follow in the path of fascism, and Nazism, and totalitarianism. And they will follow that path all the way, to where it ends: in history's unmarked grave of discarded lies. (Applause.)

Americans are asking: How will we fight and win this war? We will direct every resource at our command—every means of diplomacy, every tool of intelligence, every instrument of law enforcement, every financial influence, and every necessary weapon of war—to the disruption and to the defeat of the global terror network.

SHATSKY-008344

This war will not be like the war against Iraq a decade ago, with a decisive liberation of territory and a swift conclusion. It will not look like the air war above Kosovo two years ago, where no ground troops were used and not a single American was lost in combat.

Our response involves far more than instant retaliation and isolated strikes. Americans should not expect one battle, but a lengthy campaign, unlike any other we have ever seen. It may include dramatic strikes, visible on TV, and covert operations, secret even in success. We will starve terrorists of funding, turn them one against another, drive them from place to place, until there is no refuge or no rest. And we will pursue nations that provide aid or safe haven to terrorism. Every nation, in every region, now has a decision to make. Either you are with us, or you are with the terrorists. (Applause.) From this day forward, any nation that continues to harbor or support terrorism will be regarded by the United States as a hostile regime.

Our nation has been put on notice: We are not immune from attack. We will take defensive measures against terrorism to protect Americans. Today, dozens of federal departments and agencies, as well as state and local governments, have responsibilities affecting homeland security. These efforts must be coordinated at the highest level. So tonight I announce the creation of a Cabinet-level position reporting directly to me the Office of Homeland Security.

And tonight I also announce a distinguished American to lead this effort, to strengthen American security: a military veteran, an effective governor, a true patriot, a trusted friend Pennsylvania's Tom Ridge. (Applause.) He will lead, oversee and coordinate a comprehensive national strategy to safeguard our country against terrorism, and respond to any attacks that may come.

These measures are essential. But the only way to defeat terrorism as a threat to our way of life is to stop it, eliminate it, and destroy it where it grows. (Applause.)

Many will be involved in this effort, from FBI agents to intelligence operatives to the reservists we have called to active duty. All deserve our thanks, and all have our prayers. And tonight, a few miles from the damaged Pentagon, I have a message for our military: Be ready. I've called the Armed Forces to alert, and there is a reason. The hour is coming when America will act, and you will make us proud. (Applause.)

This is not, however, just America's fight. And what is at stake is not just America's freedom. This is the world's fight. This is civilization's fight. This is the fight of all who believe in progress and pluralism, tolerance and freedom.

We ask every nation to join us. We will ask, and we will need, the help of police forces, intelligence services, and banking systems around the world. The United States is grateful that many nations and many international organizations have already responded with sympathy and with support. Nations from Latin America, to Asia, to Africa, to Europe, to the Islamic world. Perhaps the NATO Charter reflects best the attitude of the world: An attack on one is an attack on all. The civilized world is rallying to America's side. They understand that if this terror goes unpunished, their own cities, their own cit-

SHATSKY-008345

izens may be next. Terror, unanswered, can not only bring down buildings, it can threaten the stability of legitimate governments. And you know what we're not going to allow it. (Applause.)

Americans are asking: What is expected of us? I ask you to live your lives, and hug your children. I know many citizens have fears tonight, and I ask you to be calm and resolute, even in the face of a continuing threat. I ask you to uphold the values of America, and remember why so many have come here. We are in a fight for our principles, and our first responsibility is to live by them. No one should be singled out for unfair treatment or unkind words because of their ethnic background or religious faith. (Applause.)

I ask you to continue to support the victims of this tragedy with your contributions. Those who want to give can go to a central source of information, libertyunites.org, to find the names of groups providing direct help in New York, Pennsylvania, and Virginia.

The thousands of FBI agents who are now at work in this investigation may need your cooperation, and I ask you to give it.

I ask for your patience, with the delays and inconveniences that may accompany tighter security; and for your patience in what will be a long struggle.

I ask your continued participation and confidence in the American economy. Terrorists attacked a symbol of American prosperity. They did not touch its source. America is successful because of the hard work, and creativity, and enterprise of our people. These were the true strengths of our economy before September 11th, and they are our strengths today. (Applause.)

And, finally, please continue praying for the victims of terror and their families, for those in uniform, and for our great country. Prayer has comforted us in sorrow, and will help strengthen us for the journey ahead.

Tonight I thank my fellow Americans for what you have already done and for what you will do. And ladies and gentlemen of the Congress, I thank you, their representatives, for what you have already done and for what we will do together.

Tonight, we face new and sudden national challenges. We will come together to improve air safety, to dramatically expand the number of air marshals on domestic flights, and take new measures to prevent hijacking. We will come together to promote stability and keep our airlines flying, with direct assistance during this emergency. (Applause.)

We will come together to give law enforcement the additional tools it needs to track down terror here at home. (Applause.) We will come together to strengthen our intelligence capabilities to know the plans of terrorists before they act, and find them before they strike. (Applause.)

We will come together to take active steps that strengthen America's economy, and put our people back to work.

SHATSKY-008346

Tonight we welcome two leaders who embody the extraordinary spirit of all New Yorkers: Governor George Pataki, and Mayor Rudolph Giuliani. (Applause.) As a symbol of America's resolve, my administration will work with Congress, and these two leaders, to show the world that we will rebuild New York City. (Applause.)

After all that has just passed all the lives taken, and all the possibilities and hopes that died with them it is natural to wonder if America's future is one of fear. Some speak of an age of terror. I know there are struggles ahead, and dangers to face. But this country will define our times, not be defined by them. As long as the United States of America is determined and strong, this will not be an age of terror; this will be an age of liberty, here and across the world. (Applause.)

Great harm has been done to us. We have suffered great loss. And in our grief and anger we have found our mission and our moment. Freedom and fear are at war. The advance of human freedom—the great achievement of our time, and the great hope of every time now depends on us. Our nation this generation will lift a dark threat of violence from our people and our future. We will rally the world to this cause by our efforts, by our courage. We will not tire, we will not falter, and we will not fail. (Applause.)

It is my hope that in the months and years ahead, life will return almost to normal. We'll go back to our lives and routines, and that is good. Even grief recedes with time and grace. But our resolve must not pass. Each of us will remember what happened that day, and to whom it happened. We'll remember the moment the news came where we were and what we were doing. Some will remember an image of a fire, or a story of rescue. Some will carry memories of a face and a voice gone forever.

And I will carry this: It is the police shield of a man named George Howard, who died at the World Trade Center trying to save others. It was given to me by his mom, Arlene, as a proud memorial to her son. This is my reminder of lives that ended, and a task that does not end. (Applause.)

I will not forget this wound to our country or those who inflicted it. I will not yield; I will not rest; I will not relent in waging this struggle for freedom and security for the American people.

The course of this conflict is not known, yet its outcome is certain. Freedom and fear, justice and cruelty, have always been at war, and we know that God is not neutral between them. (Applause.)

Fellow citizens, we'll meet violence with patient justice -- assured of the rightness of our cause, and confident of the victories to come. In all that lies before us, may God grant us wisdom, and may He watch over the United States of America.

Thank you. (Applause.)

138

SHATSKY-008347

Teamwork in Action:
The Interagency
Process

As President Bush told the American people in an address to Congress, the successful prosecution of the war against terrorism will require the judicious use of "every resource at our command—every means of diplomacy, every tool of intelligence, every instrument of law enforcement, every financial influence, and every necessary weapon of war...." To bring all of the US Government's resources to bear in the most effective manner possible, the US Government maintains a strong mechanism for coordinating the activities of all US Government agencies that have a critical international counterterrorism role.

The US Government's international counterterrorism community has long been well integrated by the National Security Council (NSC)-chaired Counterterrorism and Security Group (CSG), an interagency body with representatives from all major US Government national security agencies—State, Defense, Justice, FBI, CIA, and the JCS—as well as key players from Treasury, Transportation, Energy, INS, Customs, and other agencies and services. The CSG's membership meets on a near daily basis to accomplish the US Government's counterterrorism objectives:

- Ensure that each agency understands and can contribute to the overall counterterrorism campaign.

- Coordinate strategic and tactical policy and operational activities against terrorists and their supporters.

- Assess and counter terrorist threats to the citizens and interests of the United States and the international community.

- Respond effectively to attacks against US citizens and interests overseas and bring perpetrators of terrorism to justice.

- Maximize seamless integration of international and domestic counterterrorism efforts.

The President in October 2001 further bolstered the strength of the CSG coordinating mechanism by according the Chairman, NSC National Director of Combating Terrorism Wayne Downing, the rank of Deputy National Security Advisor.

Countering Terrorism
on the Economic
Front

Since September 11 the US Government has taken several steps to block terrorist funding. On 23 September, the President signed Executive Order 13224, augmenting the Treasury Department's authority to block assets and US transactions of persons or institutions associated with terrorists or terrorist organizations. The Order also legalizes our ability to block US assets of and denies access to US markets to those foreign banks that refuse to cooperate in freezing assets. On 2 November, HAMAS and 21 other terrorist organizations not linked to al-Qaida were added to the Executive Order. On 7 November, the United States moved to block the assets of 62 organizations and individuals associated with Al Barakaat and Al Taqwa, money transferring networks that have supported terrorist organizations. On 4 December, the United States announced it was moving to block assets of three financial supporters of HAMAS—the Holy Land Foundation for Relief

139

SHATSKY-008348

and Development; Beit el-Mal Holdings; and Al-Aqsa Bank. In December 2001 and January 2002, fifteen other groups and individuals were added to the list, including entities based in Pakistan, Afghanistan, Spain, and Northern Ireland.

These steps have already achieved results. At year's end, the USGovernment had blocked over $33 million in assets of the Taliban and al-Qaida. Other nations have blocked over $33 million in assets. Additionally, the US Department of the Treasury has established an interagency Foreign Terrorist Asset Tracking Center and has mobilized financial investigators to develop leads for further enforcement action.

UN Security Council Resolution 1373, passed on 28 September, requires all nations to prevent and suppress the financing of terrorist acts and to deny safehaven to terrorists. The 29-nation Financial Action Task Force has articulated the concrete steps necessary for nations to combat terrorism and has invited action plans from all countries to achieve full implementation by 2002. The G-8 has also agreed to work with the coordinating committee of the UN to provide technical assistance to countries seeking to implement UNSCR 1373.

**Antiterrorism Assistance Program**

Congress authorized the Antiterrorism Assistance (ATA) Program in 1983 as part of a major initiative against international terrorism. Since that time ATA has provided training for over 35,000 students from 152 countries. The ATA Program provides training and related assistance to law enforcement and security services of selected friendly foreign governments. Assistance to the qualified countries focuses on the following objectives:

• Enhancing the antiterrorism skills of friendly countries by providing training and equipment to deter and counter the threats of terrorism;

• Strengthening the bilateral ties of the United States with friendly, foreign governments by offering concrete assistance in areas of mutual concern;

• Increasing respect for human rights by sharing with civilian authorities modern, humane and effective antiterrorism techniques.

ATA courses are developed and customized in response to terrorism trends and patterns. The training can be categorized into four functional areas: Crisis Prevention, Crisis Management, Crisis Resolution and Investigation. Countries in need of assistance are targeted regionally and individually based on terrorism activity or potential. Assistance most often takes the form of US based training that begins with a comprehensive in-country need assessment. Airport security training, terrorist crime scene investigations courses, and weapons of mass destruction (chemical and biological) awareness and first responder training are conducted overseas to maximize the impact of the training. ATA assistance may also take the form of advisory assistance such as: police administration, management and organizational training; police instructor training and police academy development; judicial security, and modern interview and investigative techniques. Training-related equipment or bomb dogs may also be included in the assistance package.

140

SHATSKY-008349

The post September 11 era has shifted the focus of ATA outreach to the newly identified frontline nations. These include Algeria, Armenia, Azerbaijan, Bangladesh, Djibouti, Egypt, Ethiopia, Georgia, India, Indonesia, Jordan, Kazakhstan, Kenya, Kyrgyz Republic, Malaysia, Morocco, Oman, Pakistan, Philippines, Saudi Arabia, Tajikistan, Tunisia, Turkey, Turkmenistan, Uzbekistan, and Yemen. At this writing, at least 78 courses are planned or projected for delivery to these frontline nations by June 2002. ATA has identified specific areas in which courses will be added or expanded to address the challenge of developing enhanced antiterrorism capabilities in frontline and other countries. The areas of focus include aviation security, airport security, advanced police tactical intervention, physical security, border controls, weapons of mass destruction (WMD) including mail security, customs/immigration inspection, disaster response and urban search and rescue. Our ability to assist friendly governments with mastering the detection and prevention of terrorist activities will clearly impact our own national security as well as that of the receiving nation. Detecting and stemming terrorist cells at the root before the violence is actualized, crossing borders and oceans, will assure a safer world for all nations.

In the wake of the September 11 terrorist attacks, government officials of these frontline countries are expressing greater interest in receiving antiterrorism assistance. ATA has increased efforts to familiarize ambassadors, regional security officers, and other US officials with the program offerings. The success of our enhanced marketing efforts is evidenced by the fact that every frontline nation has requested antiterrorist assistance in some form. US diplomats report that the ability of the United States to offer immediate, specific, and intensive training assistance along with technical tools and equipment has succeeded in breaking down barriers and building trust.

ATA is responding to the growing demand for training and services, not only by expanding courses and course selection, but also by offering more sessions of the existing courses, increasing ATA program administrative staff and pursuing the development of the Center for Antiterrorism and Security training (CAST) to be located at Aberdeen Proving Ground in Maryland. ATA is already offering training at the Louisiana State Police Academy (Baton Rouge, Louisiana), the Federal Law Enforcement Academy (Glynco, Georgia), the FBI Academy (Quantico, Virginia), the New Mexico Technical University (Socorro, New Mexico), and in the Greater Washington DC area, and San Antonio, Texas.

Rewards for Justice Program

The Rewards for Justice Program is one of the most valuable US Government assets in the fight against international terrorism. Established by the 1984 Act to Combat International Terrorism, Public Law 98-533, the Program is administered by the US Department of State's Bureau of Diplomatic Security.

Under the Program, the Secretary of State may offer rewards of up to $5 million for information that prevents or favorably resolves acts of international terrorism against US persons or property worldwide. Rewards also may be paid for information leading to the arrest or conviction of terrorists attempting, committing, and conspiring to commit, or aiding and abetting in the commission of such acts.

SHATSKY-008350

The USA Patriot Act of 2001, which became law on 26 October, authorizes the Secretary to offer or pay rewards of greater than $5 million if he determines that a greater amount is necessary to combat terrorism or to defend the United States against terrorist acts. Secretary Powell has authorized a reward of up to $25 million for information leading to the capture of Usama Bin Ladin and other key al-Qaida leaders.

Diplomatic Security took the early initiative in fully cooperating and supporting the efforts of the private business sector/citizens to establish a Rewards for Justice Fund, a nongovernmental, non-profit 501 C (3) charitable organization administered by a group of private US citizens. One hundred percent of all donated funds will be used to supplement reward payments only. Diplomatic Security has forged a strong relationship with the private business and US citizen representatives of the Rewards for Justice Fund. Diplomatic Security has embarked on a much closer relationship with the US public and private business in the US Government's continuing efforts to bring those individuals responsible for the planning of the September 11 attacks to justice and preventing future international terrorist attacks against the United States at home or abroad.

Diplomatic Security is working in close collaborative efforts with the Department's Public Diplomacy Office and the private sector, as sponsored by the US Ad Council, in developing a three-pronged Rewards for Justice Program campaign.

International Terrorism: US Hostages, US Government Policy

The US Government will make no concessions to individuals or groups holding official or private US citizens hostage. The United States will use every appropriate resource to gain the safe return of US citizens who are held hostage. At the same time, it is US Government policy to deny hostage takers the benefits of ransom, prisoner releases, policy changes, or other acts of concession.

Basic Premises
It is internationally accepted that governments are responsible for the safety and welfare of persons within the borders of their nations. Aware of both the hostage threat and public security shortcomings in many parts of the world, the United States has developed enhanced physical and personal security programs for US personnel and established cooperative arrangements with the US private sector. It has also established bilateral assistance programs and close intelligence and law enforcement relationships with many nations to prevent hostage-taking incidents or resolve them in a manner that will deny the perpetrators benefits from their actions. The United States also seeks effective judicial prosecution and punishment for hostage takers victimizing the US Government or its citizens and will use all legal methods to these ends, including extradition. US policy and goals are clear, and the US Government actively pursues them alone and in cooperation with other governments.

US Government Responsibilities When Private US Citizens Are Taken Hostage
Based upon past experience, the US Government concluded that making concessions that benefit hostage takers in exchange for the release of hostages increased the danger that others will be taken hostage. US

142

SHATSKY-008351

Government policy is, therefore, to deny hostage takers the benefits of ransom, prisoner releases, policy changes, or other acts of concession.

At the same time, the US Government will make every effort, including contact with representatives of the captors, to obtain the release of hostages without making concessions to the hostage takers.

Consequently, the United States strongly urges US companies and private citizens not to accede to hostage-taker demands. It believes that good security practices, relatively modest security expenditures, and continual close cooperation with embassy and local authorities can lower the risk to US citizens living in high-threat environments.

The US Government is concerned for the welfare of its citizens but cannot support requests that host governments violate their own laws or abdicate their normal enforcement responsibilities.

If the employing organization or company works closely with local authorities and follows US policy, US Foreign Service posts can be involved actively in efforts to bring the incident to a safe conclusion. This includes providing reasonable administrative services and, if desired by local authorities and the US entity, full participation in strategy sessions. Requests for US Government technical assistance or expertise will be considered on a case-by-case basis. The full extent of US Government participation must await an analysis of each specific set of circumstances.

The host government and the US private organizations or citizen must understand that if they wish to follow a hostage-resolution path different from that of US Government policy, they do so without US Government approval. In the event a hostage-taking incident is resolved through concessions, US policy remains steadfastly to pursue investigation leading to the apprehension and prosecution of hostage takers who victimize US citizens.

### Legal Caution

Under current US law, 18 USC 1203 (Act for the Prevention and Punishment of the Crime of Hostage-Taking, enacted October 1984 in implementation of the UN convention on hostage taking), seizure of a US citizen as a hostage anywhere in the world is a crime, as is any hostage-taking action in which the US Government is a target or the hostage taker is a US national. Such acts are, therefore, subject to investigation by the Federal Bureau of Investigation and to prosecution by US authorities. Actions by private persons or entities that have the effect of aiding or abetting the hostage taking, concealing knowledge of it from the authorities, or obstructing its investigation may themselves be in violation of US law.

**US Terrorism Lists: Prevention, Punishment, Pressure**

The US Government (USG) has established four primary counterterrorism "lists" to serve as tools in the fight against terrorism: The State Sponsors of Terrorism, Foreign Terrorist Organizations (FTO), Executive Order 13224, and the Terrorist Exclusion (TEL) list. Each list has its individual mechanisms, but they all serve to prevent terrorism, punish terrorists and their supporters, and pressure changes in the behavior of designated states and groups.

143

SHATSKY-008352

Because these lists are a means to fight terrorism, rather than an end in themselves, they are not designed or intended to be immutable. The USG encourages states and organizations to take the necessary actions to get out of the terrorism business. The bar for a state or group being removed from a USG terrorism list is and must be high—it must end all involvement in any facet of terrorism, including passive support, and satisfy all USG counterterrorism concerns.

## State Sponsors of Terrorism

The Secretary of State is authorized to designate a government as a "State Sponsor of Terrorism" if that government "has repeatedly provided support for acts of international terrorism."United States law requires the imposition of various sanctions on a state so designated. A number of US laws and sanctions affect countries whose governments have been designated as state sponsors of terrorism. The four main categories of sanctions include a ban on arms-related exports and sales; restrictions on exports of dual use items; prohibitions on official US Government economic assistance (except humanitarian assistance), including a requirement that the US Government oppose multilateral bank assistance; and imposition of miscellaneous trade and other restrictions, including a prohibition on imports and liability in US courts for officials of that country that engage in terrorist activity. Inclusion on the State Sponsors of Terrorism list also targets a country for other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently, there are seven countries on the list: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

## Foreign Terrorist Organizations (FTOs)

The Secretary of State is authorized to designate as FTOs groups that conduct international terrorism and threaten the interests of the United States. Designation allows the USG to block designees' assets in US financial institutions; criminalizes witting provision of material support to designated groups; and to block visas for members of FTOs without having to show that the individual was involved in specific terrorist activities. FTO designation also sends a strong signal that any group that engages in terrorism regardless of its purported goals will be condemned and penalized for its actions.

## Executive Order 13224–Terrorist Financing

President Bush signed Executive Order 13224 on 23 September 2001, to give the USG a strong tool for eliminating the financial supporters and networks of terrorism. EO 13224 enables the USG to block designees' assets in any financial institution in the United States or held by any US person. It also expands USG authority to permit the designation of individuals and organizations that provide support or financial or other services to, or associate with, designated terrorists. At the end of 2001, EO 13224 designations allowed the USG, as well as Coalition partners acting in concert, to block tens of millions of dollars intended to bankroll the murderous activities of al-Qaida and other terrorist groups.

SHATSKY-008353

Comprehensive List of Terrorists and Groups Identified Under Executive Order 13224

Executive Order 13224, signed by President Bush on September 23, blocks the assets of organizations and individuals linked to terrorism. There are 189 such groups, entities, and individuals covered by the Executive Order. Following is a complete listing.

Original Annex: September 23, 2001
- al-Qaida/Islamic Army*

- Abu Sayyaf Group*

- Armed Islamic Group (GIA)*

- Harakat ul-Mujahidin (HUM)*

- al-Jihad (Egyptian Islamic Jihad)*

- Islamic Movement of Uzbekistan (IMU)*

- 'Asbat al-Ansar *

- Salafist Group for Preaching (Call) and Combat (GSPC) *

- Libyan Islamic Fighting Group (Al Jama'a al-Islamiyyah al-Muqatilah bi-Libya)

- al-Ittihad al-Islami (AIAI)

- Islamic Army of Aden

- Usama Bin Ladin ("Most Wanted" Terrorist)

- Muhammad Atif/Subhi Abu Sitta/Abu Hafs al-Masri ("Most Wanted" Terrorist—killed in Afghanistan)

- Sayf al-Adl ("Most Wanted" Terrorist)

- Shaykh Sa'id/Mustafa Muhammad Ahmad

- Abu Hafs the Mauritanian/Mahfouz Ould al-Walid/Khalid al-Shanqiti

- Ibn al-Shaykh al-Libi

- Abu Zubaydah/Zayn al-Abidin Muhammad Husayn Tariq

- Abd al-Hadi al-Iraqi/Abu Abdullah

- Ayman al-Zawahiri ("Most Wanted" Terrorist)

- Thirwat Salah Shihata/Muhammad Ali

- Tariq Anwar al-Sayyid Ahmad/Fathi/Amr al-Fatih

- Muhammad Salah/Nasr Fahmi Nasr Hasanayn

- Makhtab al-Khidamat/Al-Khifaf

- Wafa Humanitarian Organization

145

SHATSKY-008354

- al-Rashid Trust

- Mamoun Darkazanli Import-Export Company

(Note: Groups with asterisks are also designated as Foreign Terrorist Organizations under the Antiterrorism and Effective Death Penalty Act *of 1996*)

**Designated on 12 October 2001**

"Most Wanted" Terrorists
- Abdullah Ahmed Abdullah

- Muhsin Musa Matwalli Atwah

- Ahmed Khalfan Ghailani

- Ahmed Mohammed Hamed Ali

- Fazul Abdullah Mohammed

- Mustafa Mohamed Fadhil

- Sheikh Ahmed Salim Swedan

- Fahid Mohammed Ally Msalam

- Anas al-Liby

- Abdul Rahman Yasin

- Khalid Shaikh Mohammed

- Abdelkarim Hussein Mohamed al-Nasser

- Ahmad Ibrahim al-Mughassil

- Ali Saed bin Ali el-Hoorie

- Ibrahim Salih Mohammed al-Yacoub

- Ali Atwa

- Hasan Izz-al-Din

- Imad Fayez Mugniyah

Others
- Rabita Trust

- Jaish-e-Muhammad

- al-Hamati Sweets Bakeries

- al-Nur Honey Press Shops (aka: Al-Nur Honey Center)

- Chafiq bin Muhammad al-Ayadi

- Dr. Amin al-Haq (Dr. Amin ul-Haq)

146

SHATSKY-008355

- Jamyah Taawun al-Islamia (aka: Society of Islamic Cooperation)

- Mohammad Zia

- Mufti Rashid Ahmad Ladeyaznoy (Karachi, Pakistan)

- Muhammad al-Hamati (aka: Muhammad Hamdi Sadiq al-Ahdel)

- Omar Mahmoud Uthman (aka: Abu Qatada al-Filistini)

- Tohir Yuldashev

- Mamoun Darkazanli

- Saqar al-Jadawi

- Ahmad Said al-Kadr

- Sad al-Sharif

- Bilal bin Marwan

- al-Shifa Honey Press for Industry and Commerce

- Haji Abdul Manan Agha

- Yasin al-Qadi (aka: Shaykh Yassin Abdullah Kadi)

- Riad Hijazi

**Designated on**
**2 November 2001**

- Abu Nidal organization (ANO)

- Aum Shinrikyo

- Basque Fatherland and Liberty (ETA)

- al-Gama'a al-Islamiyya (Islamic Group)

- HAMAS (Islamic Resistance Movement)

- Hizballah (Party of God)

- Kahane Chai (Kach)

- Kurdistan Workers' Party (PKK)

- Liberation Tigers of Tamil Eelam (LTTE)

- Mujahedin-e Khalq Organization (MEK

- National Liberation Army (ELN)

- Palestine Islamic Jihad (PIJ)

- Palestine Liberation Front (PLF)

- Popular Front for the Liberation of Palestine (PFLP)

- Popular Front for the Liberation of Palestine-General Command (PFLP-GC)

SHATSKY-008356

- Real IRA

- Revolutionary Armed Forces of Colombia (FARC)

- Revolutionary Nuclei (possible successor to ELA)

- Revolutionary Organization 17 November (17 November)

- Revolutionary People's Liberation Army/Front (DHKP/C)

- Shining Path (Sendero Luminoso, SL)

- United Self-Defense Forces of Colombia (AUC)

(Note: All 22 groups also are designated as Foreign Terrorist Organizations under the Antiterrorism and Effective Death Penalty Act of 1996.)

**Designated on
7 November 2001**

- Aaran Money Wire Service, Inc

- al Baraka Exchange LLC

- al-Barakaat

- al-Barakaat Bank

- al-Barakat Bank of Somalia (BSS)

- al-Barakat Finance Group

- al-Barakat Financial Holding Co

- al-Barakat Global Telecommunications

- al-Barakat Group of Companies Somalia Limited

- al-Barakat International (a.k.a. Baraco Co)

- al-Barakat Investments

- al-Barakat Wiring Service

- al Taqwa Trade, Property and Industry Company Limited,

- ASAT Trust

- Bank al Taqwa Limited

- Baraka Trading Company

- Barakaat Boston

- Barakaat Construction Company

- Barakaat Enterprise

- Barakaat Group of Companies

- Barakaat International

148

SHATSKY-008357

- Barakaat International Foundation

- Barakaat International, Inc

- Barakaat North America, Inc

- Barakaat Red Sea Telecommunications

- Barakaat Telecommunications Co Somalia

- Barakat Bank and Remittances

- Barakat Computer Consulting (BCC)

- Barakat Consulting Group (BCG)

- Barakat Global Telephone Company

- Barakat International Companies (BICO)

- Barakat Post Express (BPE)

- Barakat Refreshment Company

- Barakat Wire Transfer Company

- Barakat Telecommunications Company Limited (BTELCO)

- Barako Trading Company, LLC

- Global Services International

- Heyatul Ulya

- Nada Management Organization

- Parka Trading Company

- Red Sea Barakat Company Limited

- Somalia International Relief Organization

- Somali Internet Company

- Somali Network AB

- Youssef M. Nada & Co. Gesellschaft MBH

- Youssef M. Nada

- Hussein Mahmud Abdullkadir

- Abdirasik Aden

- Abbas Abdi Ali

- Abdi Adulaziz Ali

- Yusaf Ahmed Ali

149

SHATSKY-008358

- Dahir Ubeidullahi Aweys

- Hassan Dahir Aweys

- Garad Jama

- Ali Ghaleb Himmat

- Albert Friedrich Armand Huber

- Liban Hussein

- Ahmed Nur Ali Jim'ale

- Abdullahi Hussein Kahie

- Mohamed Mansour

- Zeinab Mansour-Fattouh

- Youssef Nada

**Designated on 4 December 2001**

- Holy Land Foundation

- Beit El-Mal Holdings

- al-Aqsa Islamic Bank

**Designated on 20 December 2001**

- Lashkar e-Tayyiba (LET)

- Ummah Tameer e-Nau (UTN)

- Sultan Bashir-ud-Din Mahmood

- Abdul Majeed

- Mahammed Tufail

**Designated on 31 December 2001**

- Continuity Irish Republican Army (CIRA)

- Loyalist Volunteer Force (LVF)

- Orange Volunteers (OV)

- Red Hand Defenders (RHD)

- Ulster Defence Association/Ulster Freedom Fighters (UDA/UFF)

- First of October Antifascist Resistance Group (GRAPO)

**Designated on 9 January 2002**

- Afghan Support Committee (ASC)

- Revival of Islamic Heritage Society (RIHS) (NOTE: Only the Pakistan and Afghanistan offices of the entity have been designated.)

- Abd al-Muhsin al Libi

- Abu Bakr al-Jaziri

150

SHATSKY-008359

| | |
|---|---|
| ***Designated on 26 February 2002*** | • Javier Abaunza Martinez |
| | • Itziar Alberdi Uranga |
| | • Angel Alcalde Linares |
| | • Miguel Albisu Iriarte |
| | • Eusebio Arzallus Tapia |
| | • Paulo Elcoro Ayastuy |
| | • Antonio Agustín Figal Arranz |
| | • Eneko Gogeascoechea Arronategui |
| | • Cristina Goiricelaya Gonzalez |
| | • Maria Soledad Iparraguirre Guenechea |
| | • Gracia Morcillo Torres |
| | • Ainhoa Múgica Goñi |
| | • Aloña Muñoa Ordozgoiti |
| | • Juan Jesús Narvaez Goñi |
| | • Juan Antonio Olarra Guridi |
| | • Zigor Orbe Sevillano |
| | • Mikel Otegui Unanue |
| | • Jon Iñaki Perez Aramburu |
| | • Carlos Saez de Eguilaz Murguiondo |
| | • Kemen Uranga Artola |

Patriot USA Act: Terrorist Exclusion List

President Bush on 26 October 2001, signed into law a comprehensive counterterrorism bill (Public Law 107-56, also known as USA PATRIOT). The new law strengthened enforcement tools and made improvements to the last major terrorism bill, the Antiterrorism and Effective Death Penalty Act of 1996. The Patriot USA Act also created a Terrorist Exclusion List (TEL) with immigration consequences for groups named therein. Designation on the TEL allows the USG to exclude or deport aliens who provide material assistance to, or solicit it for, designated organizations, giving the Department of State and US law enforcement agencies a critical tool for bolstering homeland security.

Statement on the Designation of 39 Organizations on the USA PATRIOT Act's " Terrorist Exclusion List"

To further protect the safety of the United States and its citizens, Secretary of State Colin L. Powell, in consultation with the Attorney General, on 5 December designated 39 groups as Terrorist Exclusion List (TEL) organizations under section 212 of the Immigration and Nationality Act, as amended

SHATSKY-008360

by the new USA PATRIOT Act. By designating these groups, the Secretary has strengthened the United States' ability to exclude supporters of terrorism from the country or to deport them if they are found within our borders.

The campaign against terrorism will be a long one, using all the tools of statecraft. We are taking a methodical approach to all aspects of the campaign to eliminate terrorism as a threat to our way of life. This round of Terrorist Exclusion List designations is by no means the last. We will continue to expand the list as we identify and confirm additional entities that provide support to terrorists.

Press Statement,
Philip T. Reeker, Deputy Spokesman
Washington, DC
6 December 2001

Terrorist Exclusion
List Designees
5 December 2001

- al-Ittihad al-Islami (AIAI)

- al-Wafa al-Igatha al-Islamia

- 'Asbat al-Ansar

- Darkazanli Company

- Salafist Group for Preaching (Call) and Combat (GSPC)

- Islamic Army of Aden

- Libyan Islamic Fighting Group

- Maktab al-Khidamat

- al-Hamati Sweets Bakeries

- al-Nur Honey Center

- al-Rashid Trust

- al-Shifa Honey Press for Industry and Commerce

- Jaish-e-Mohammed

- Jamiat al-Ta'awun al-Islamiyya

- Alex Boncayao Brigade (ABB)

- Army for the Liberation of Rwanda (ALIR)–a.k.a. Interahamwe, Former Armed Forces (EX-FAR)

- First of October Antifascist Resistance Group (GRAPO)–a.k.a. Grupo de Resistencia Anti-Fascista Premero de Octubre

- Lashkar-e-Tayyiba (LT)–a.k.a. Army of the Righteous

- Continuity Irish Republican Army (CIRA)–a.k.a. Continuity Army Council

- Orange Volunteers (OV)

152

SHATSKY-008361

- Red Hand Defenders (RHD)

- New People's Army (NPA)

- People Against Gangsterism and Drugs (PAGAD)

- Revolutionary United Front (RUF)

- al-Ma'unah

- Jayshullah

- Black Star

- Anarchist Faction for Overthrow

- Red Brigades-Combatant Communist Party (BR-PCC)

- Revolutionary Proletarian Nucleus

- Turkish Hizballah

- Jerusalem Warriors

- Islamic Renewal and Reform Organization

- The Pentagon Gang

- Japanese Red Army (JRA)

- Jamiat ul-Mujahidin (JUM)

- Harakat ul-Jihad-I-Islami (HUJI)

- Allied Democratic Forces (ADF)

- Lord's Resistance Army (LRA)

SHATSKY-008362

Case 1:02-cv-02280-RJL Document 256-3 Filed 11/13/15 Page 120 of 146

SHATSKY-008363

## Appendix F

## UN Role in Fighting Terrorism

In the aftermath of 11 September, the United Nations promptly intensified its focus on terrorism, taking steps to provide a mandate for strengthened international engagement in the fight against terrorism.

The Security Council adopted three important resolutions, 1368, 1373 and 1377, which affirmed the right of self-defense, found terrorism to be a threat to international peace and security, stressed the accountability of the supporter as well as the perpetrator of terrorist acts, obliged member states to limit the ability of terrorists and terrorist organizations to operate internationally by freezing assets of terrorist-affiliated persons and organizations and denying them safehaven, among other things, and set forth a Ministerial Declaration on International Terrorism.

The Security Council also established a Counter Terrorism Committee (CTC) to oversee implementation of UNSC Resolution 1373. Member states sent reports to the CTC in December 2001 on the steps they are taking to fight terrorism in seven critical areas: legislation, financial asset controls, customs, immigration, extradition, law enforcement and arms traffic.

The General Assembly adopted two antiterrorism resolutions that condemned the "heinous acts of terrorism" in Washington, Pennsylvania, and New York. The General Assembly also continued its work on the negotiation of international terrorism conventions. Twelve such conventions have been adopted to date.

Secretary General Kofi Annan repeatedly condemned terrorism acts, as in a speech he delivered on 12 September: "All nations of the world must be united in their solidarity with the victims of terrorism, and in their determination to take action, both against the terrorists themselves and against all those who give them any kind of shelter, assistance or encouragement."

Specialized agencies of the United Nations, including, the International Civil Aviation Organization and the International Maritime Organization also adopted resolutions committing members to take measures to limit terrorists' ability to act.

The International Atomic Energy Agency, an autonomous organization affiliated with the UN, adopted a resolution addressing measures to protect against acts of nuclear terrorism and is developing a program to coordinate assistance to member states in improving security of nuclear facilities and of nuclear and radioactive materials.

SHATSKY-008364

UN Security Council Resolution 1368 (2001) September 12, 2001

The Security Council,

Reaffirming the principles and purposes of the Charter of the United Nations, Determined to combat by all means threats to international peace and security caused by terrorist acts, Recognizing the inherent right of individual or collective self-defence in accordance with the Charter,

1. Unequivocally condemns in the strongest terms the horrifying terrorist attacks which took place on September 11 2001 in New York, Washington (D.C.) and Pennsylvania and regards such acts, like any act of international terrorism, as a threat to international peace and security;

2. Expresses its deepest sympathy and condolences to the victims and their families and to the People and Government of the United States of America;

3. Calls on all States to work together urgently to bring to justice the perpetrators, organizers and sponsors of these terrorist attacks and stresses that those responsible for aiding, supporting or harbouring the perpetrators, organizers and sponsors of these acts will be held accountable;

4. Calls also on the international community to redouble their efforts to prevent and suppress terrorist acts including by increased cooperation and full implementation of the relevant international anti-terrorist conventions and Security Council resolutions, in particular resolution 1269 of 19 October 1999;

5. Expresses its readiness to take all necessary steps to respond to the terrorist attacks of September 11 2001, and to combat all forms of terrorism, in accordance with its responsibilities under the Charter of the United Nations;

6. Decides to remain seized of the matter.

United Nations Security Council Resolution 1373 (2001)

Adopted by the Security Council at its 4385th meeting, on 28 September 2001

The Security Council, Reaffirming its resolutions 1269 (1999) of 19 October 1999 and 1368 (2001) of 12 September 2001,

Reaffirming also its unequivocal condemnation of the terrorist attacks which took place in New York, Washington, D.C. and Pennsylvania on September 11 2001,and expressing its determination to prevent all such acts,

Reaffirming further that such acts, like any act of international terrorism, constitute a threat to international peace and security,

Reaffirming the inherent right of individual or collective self-defence as recognized by the Charter of the United Nations as reiterated in resolution 1368 (2001),

SHATSKY-008365

Reaffirming the need to combat by all means, in accordance with the Charter of the United Nations, threats to international peace and security caused by terrorist acts,

Deeply concerned by the increase, in various regions of the world, of acts of terrorism motivated by intolerance or extremism,

Calling on States to work together urgently to prevent and suppress terrorist acts, including through increased cooperation and full implementation of the relevant international conventions relating to terrorism,

Recognizing the need for States to complement international cooperation by taking additional measures to prevent and suppress, in their territories through all lawful means, the financing and preparation of any acts of terrorism,

Reaffirming the principle established by the General Assembly in its declaration of October 1970 (resolution 2625 (XXV)) and reiterated by the Security Council in its resolution 1189 (1998) of 13 August 1998, namely that every State has the duty to refrain from organizing, instigating, assisting or participating in terrorist acts in another State or acquiescing in organized activities within its territory directed towards the commission of such acts,

Acting under Chapter VII of the Charter of the United Nations,

Decides that all States shall:

(a) Prevent and suppress the financing of terrorist acts;

(b) Criminalize the wilful provision or collection, by any means, directly or indirectly, of funds by their nationals or in their territories with the intention that the funds should be used, or in the knowledge that they are to be used, in order to carry out terrorist acts;

(c) Freeze without delay funds and other financial assets or economic resources of persons who commit, or attempt to commit, terrorist acts or participate in or facilitate the commission of terrorist acts; of entities owned or controlled directly or indirectly by such persons; and of persons and entities acting on behalf of, or at the direction of such persons and entities, including funds derived or generated from property owned or controlled directly or indirectly by such persons and associated persons and entities;

(d) Prohibit their nationals or any persons and entities within their territories from making any funds, financial assets or economic resources or financial or other related services available, directly or indirectly, for the benefit of persons who commit or attempt to commit

157

SHATSKY-008366

or facilitate or participate in the commission of terrorist acts, of entities owned or controlled, directly or indirectly, by such persons and of persons and entities acting on behalf of or at the direction of such persons;

2. Decides also that all States shall:

(a) Refrain from providing any form of support, active or passive, to entities or persons involved in terrorist acts, including by suppressing recruitment of members of terrorist groups and eliminating the supply of weapons to terrorists;

(b) Take the necessary steps to prevent the commission of terrorist acts, ncluding by provision of early warning to other States by exchange of information;

(c) Deny safe haven to those who finance, plan, support, or commit terrorist acts, or provide safe havens;

(d) Prevent those who finance, plan, facilitate or commit terrorist acts from using their respective territories for those purposes against other States or their citizens;

(e) Ensure that any person who participates in the financing, planning, preparation or perpetration of terrorist acts or in supporting terrorist acts is brought to justice and ensure that, in addition to any other measures against them, such terrorist acts are established as serious criminal offences in domestic laws and regulations and that the punishment duly reflects the seriousness of such terrorist acts;

(f) Afford one another the greatest measure of assistance in connection with criminal investigations or criminal proceedings relating to the financing or support of terrorist acts, including assistance in obtaining evidence in their possession necessary for the proceedings;

(g) Prevent the movement of terrorists or terrorist groups by effective border controls and controls on issuance of identity papers and travel documents, and through measures for preventing counterfeiting, forgery or fraudulent use of identity papers and travel documents;

3. Calls upon all States to:

(a) Find ways of intensifying and accelerating the exchange of operational information, especially regarding actions or movements of terrorist persons ornetworks; forged or falsified travel documents; traffic in arms, explosives or sensitive materials; use of communications technologies by terrorist groups; and the threat posed by the possession of weapons of mass destruction by terrorist groups;

SHATSKY-008367

(b) Exchange information in accordance with international and domestic law and cooperate on administrative and judicial matters to prevent the commission of terrorist acts;

(c) Cooperate, particularly through bilateral and multilateral arrangements and agreements, to prevent and suppress terrorist attacks and take action against perpetrators of such acts;

(d) Become parties as soon as possible to the relevant international conventions and protocols relating to terrorism, including the International Convention for the Suppression of the Financing of Terrorism of 9 December 1999;

(e) Increase cooperation and fully implement the relevant international conventions and protocols relating to terrorism and Security Council resolutions 1269 (1999) and 1368 (2001);

(f) Take appropriate measures in conformity with the relevant provisions of national and international law, including international standards of human rights, before granting refugee status, for the purpose of ensuring that the asylum-seeker has not planned, facilitated or participated in the commission of terrorist acts;

(g) Ensure, in conformity with international law, that refugee status is not abused by the perpetrators, organizers or facilitators of terrorist acts, and that claims of political motivation are not recognized as grounds for refusing requests for the extradition of alleged terrorists;

4. Notes with concern the close connection between international terrorism and transnational organized crime, illicit drugs, money laundering, illegal armstrafficking, and illegal movement of nuclear, chemical, biological and other potentially deadly materials, and in this regard emphasizes the need to enhance coordination of efforts on national, subregional, regional and international levels in order to strengthen a global response to this serious challenge and threat to international security;

5. Declares that acts, methods, and practices of terrorism are contrary to the purposes and principles of the United Nations and that knowingly financing, planning and inciting terrorist acts are also contrary to the purposes and principles of the United Nations;

6. Decides to establish, in accordance with rule 28 of its provisional rules of procedure, a Committee of the Security Council, consisting of all the members of the Council, to monitor implementation of this resolution, with the assistance of appropriate expertise, and calls upon all States to report to the Committee, no later than 90 days from the date of adoption of this resolution and thereafter according to a timetable to be proposed by the Committee, on the steps they have taken to implement this resolution;

159

SHATSKY-008368

7. Directs the Committee to delineate its tasks, submit a work programme within 30 days of the adoption of this resolution, and to consider the support it requires, in consultation with the Secretary-General;

8. Expresses its determination to take all necessary steps in order to ensure the full implementation of this resolution, in accordance with its responsibilities under the Charter;

9. Decides to remain seized of this matter.

SHATSKY-008369

## Appendix G

## The US Military Campaign in Afghanistan

From the very moment of the September 11 attacks, suspicion turned toward al-Qaida, whose leadership and training bases were under the protection of the Taliban rulers of Afghanistan. From the outset, the US Government was faced with the need to overcome the Taliban in order to disrupt further al-Qaida activities. The President determined that this called for military action on a grand scale.

The US Central Command (CENTCOM), under the command of General Tommy Franks, set to work developing a plan and assembling forces to carry out actions in Afghanistan, which was located in the area of the world under CENTCOM's purview. First priority went to eliminating the Taliban's air defense, command and control, and mobility capabilities. On 7 October, assisted by Special Operations teams spirited into the country to identify targets, Air Force, Navy, and Marine aircraft began systematically and surgically destroying Taliban and al-Qaida warfighting equipment and positions. In a parallel effort, the United States soon began delivering the first of what was to become over two million humanitarian daily rations to alleviate the suffering of Afghans beyond reach of food supplies.

From the very beginning, the United States was joined in its war against global terrorism by other countries who saw the events of September 11 as an attack on their own way of life. Countries around the globe offered military and other assets to the growing antiterrorism Coalition. By year's end, forces from 55 countries, including some from the Muslim world, had augmented US forces in the effort to subdue al-Qaida and the Taliban. Each member brought to the Coalition a unique contribution of military assets and expertise.

The focus of the bombing campaign gradually shifted from destroying al-Qaida and Taliban equipment and facilities to disrupting the ground forces opposing the anti-Taliban Northern Alliance. On 10 November, Northern Alliance troops entered the northern city of Mazar-e-Sharif, signaling the end of Taliban control over the northern provinces. In the following days, the Taliban military forces in most of the country collapsed, many of them fleeing toward the southern city of Kandahar, where the Taliban originated. On 13 November, Northern Alliance forces entered the capital city of Kabul unopposed.

Although US Army Rangers had raided a Taliban command-and-control site near Kandahar as early as 19 October, the United States generally restricted its ground combat units to roles that did not involve assaults against fixed Taliban positions. On 26 November, US Marines established an operating base southwest of Kandahar and began conducting patrols aimed at preventing the escape of al-Qaida and Taliban leaders. Kandahar, the last city held by the Taliban, finally succumbed to pressure from incessant Coalition bombing and ground action by anti-Taliban Afghan forces on 6 December. Taliban leader Mullah Omar, however, was able to escape.

161

SHATSKY-008370

Meanwhile, Coalition and Afghan forces were searching for al-Qaida leader Usama Bin Ladin in a cave-riddled stronghold in the mountains near Tora Bora, along Afghanistan's border with Pakistan. After a tough, uphill, cave-by-cave battle, Tora Bora was finally subdued, but Bin Ladin, for the moment, also had evaded capture.

In the following weeks, anti-Taliban forces throughout Afghanistan continued to pursue the remaining Taliban and al-Qaida forces, capturing over 5,000 of them. Those identified as of special interest to the United States—key Taliban and al-Qaida leaders—were moved to US-controlled detention facilities to await further disposition.

On 26 November, representatives of numerous Afghan factions met in Bonn to negotiate a governing agreement. The resulting Afghan Interim Authority took office in Kabul on 22 December. To provide security for the nascent Afghan Government, several countries contributed forces to the British-led International Security Assistance Force established under the auspices of UN Security Council Resolution 1386 of 20 December.

The message of the successful military action in Afghanistan to persons bent on using terrorism to achieve their international objectives is clear: the United States will act swiftly and relentlessly, with worldwide reach, to pursue and eliminate them.

SHATSKY-008371

# Appendix H

# Multinational Response to September 11

NATO Press Release
12 September, 2001

On September 12th, the North Atlantic Council met again in response to the appalling attacks perpetrated yesterday against the United States.

The Council agreed that if it is determined that this attack was directed from abroad against the United States, it shall be regarded as an action covered by Article 5 of the Washington Treaty, which states that an armed attack against one or more of the Allies in Europe or North America shall be considered an attack against them all.

The commitment to collective self-defence embodied in the Washington Treaty was first entered into in circumstances very different from those that exist now, but it remains no less valid and no less essential today, in a world subject to the scourge of international terrorism. When the Heads of State and Government of NATO met in Washington in 1999, they paid tribute to the success of the Alliance in ensuring the freedom of its members during the Cold War and in making possible a Europe that was whole and free. But they also recognised the existence of a wide variety of risks to security, some of them quite unlike those that had called NATO into existence. More specifically, they condemned terrorism as a serious threat to peace and stability and reaffirmed their determination to combat it in accordance with their commitments to one another, their international commitments and national legislation.

Article 5 of the Washington Treaty stipulates that in the event of attacks falling within its purview, each Ally will assist the Party that has been attacked by taking such action as it deems necessary. Accordingly, the United States' NATO Allies stand ready to provide the assistance that may be required as a consequence of these acts of barbarism.

Statement by NATO
Secretary General,
Lord Robertson
2 October, 2001

This morning, the United States briefed the North Atlantic Council on the results of the investigation into who was responsible for the horrific terrorist attacks which took place on September 11.

The briefing was given by Ambassador Frank Taylor, the United States Department of State Coordinator for Counter-terrorism.

This morning's briefing follows those offered by United States Deputy Secretary of State Richard Armitage and United States Deputy Secretary of Defense Paul Wolfowitz, and illustrates the commitment of the United States to maintain close cooperation with Allies.

Today's was classified briefing and so I cannot give you all the details. Briefings are also being given directly by the United States to the Allies in their capitals.

SHATSKY-008372

The briefing addressed the events of September 11 themselves, the results of the investigation so far, what is known about Osama bin Laden and the al-Qaida organisation and their involvement in the attacks and in previous terrorist activity, and the links between al-Qaida and the Taliban regime in Afghanistan.

The facts are clear and compelling. The information presented points conclusively to an al-Qaida role in the September 11 attacks.

We know that the individuals who carried out these attacks were part of the world-wide terrorist network of al-Qaida, headed by Osama bin Laden and his key lieutenants and protected by the Taliban.

On the basis of this briefing, it has now been determined that the attack against the United States on September 11 was directed from abroad and shall therefore be regarded as an action covered by Article 5 of the Washington Treaty, which states that an armed attack on one or more of the Allies in Europe or North America shall be considered an attack against them all.

I want to reiterate that the United States of America can rely on the full support of its 18 NATO Allies in the campaign against terrorism.

*Press Release—
Organization of the
Islamic Conference*

Given the international repercussions still being felt around the world since the terrorist attacks against major facilities and buildings in the United States of America, Dr. Abdelouahed Belkeziz, Secretary-General of the Organization of the Islamic Conference (OIC), reaffirmed the OIC position announced immediately after the attacks and strongly condemning the terrorist attacks that caused the death of a great number of innocent people.

The Secretary-General stated that those acts are diametrically opposed to the religion and teachings of Islam, which proscribe the unjust taking of a human life and stress the sanctity of human life. Moreover, those acts are in clear contradiction with innumerable resolutions adopted by the Organization of the Islamic Conference which condemn terrorism in all its forms and manifestations and are also in contradiction with the Code of Conduct on Combating International Terrorism and the OIC 1998 Convention on Combating Terrorism, which makes it crystal clear that Islam repudiates and denounces terrorism and exhorts the Member States to "refrain from assisting or supporting terrorists in any way, shape or form, including the harboring of terrorists and granting them financial help or other forms of assistance." The Secretary-General also reaffirmed his support of the contents of the UN Security Council resolutions Nos. 1267, 1333, and 1368 and the UN General Assembly recommendation No. 1/56, which were all adopted unanimously. He urged the Member States to continue to respond positively to the contents of those resolutions and recommendations.

The Secretary-General further expressed his satisfaction at the positive cooperation shown by the Member States with regard to the recent campaign against international terrorism in all its forms and manifestations but also underscored the need to distinguish the terrorism practiced by groups and individuals from the national resistance of peoples for liberation from occupation and colonialism.

SHATSKY-008373

The Secretary-General stressed the willingness of the Organization of the Islamic Conference to participate in any effort aimed at reaching a consensus on the definition of terrorism.

Jeddah, 11-10-2001

Meeting of Consultation of Ministers of Foreign Affairs

Twenty-fourth Meeting of Consultation of Ministers of Foreign Affairs

OEA/Ser.F/II.24
RC.24/RES.1/01
21 September, 2001
Washington, D.C. Original: Portuguese

Terrorist Threat to The Americas
(Resolution adopted at the first plenary session, held on 21 September 2001)

THE TWENTY-FOURTH MEETING OF CONSULTATION OF MINISTERS OF FOREIGN AFFAIRS ACTING AS ORGAN OF CONSULTATION IN APPLICATION OF THE INTER-AMERICAN TREATY OF RECIPROCAL ASSISTANCE,

**CONSIDERING** the terrorist attacks perpetrated in the United States of America on September 11, 2001, against innocent people from many nations;

**RECALLING** the inherent right of states to act in the exercise of the right of individual and collective self-defense in accordance with the Charter of the United Nations and with the Inter-American Treaty of Reciprocal Assistance (Rio Treaty);

**EMPHASIZING** that Article 2 of the Charter of the Organization of American States (OAS) proclaims as essential purposes of the Organization to strengthen the peace and security of the continent and to provide for common action on the part of member states in the event of aggression;

**CONSIDERING** that the obligation of mutual assistance and common defense of the American republics is essentially related to their democratic ideals and to their will to cooperate permanently in the fulfillment of the principles and purposes of a policy of peace; and

**TAKING NOTE** of resolution CP/RES. 797 (1293/01), dated September 19, 2001, of the Permanent Council of the Organization of American States acting as Provisional Organ of Consultation of the Rio Treaty, which called for a Meeting of Ministers of Foreign Affairs to serve as the Organ of Consultation under the Rio Treaty, in connection with the September 11, 2001, terrorist attacks in the United States,

RESOLVES:

That these terrorist attacks against the United States of America are attacks against all American states and that in accordance with all the relevant provisions of the Inter-American Treaty of Reciprocal Assistance (Rio Treaty) and the principle of continental solidarity, all States Parties to the Rio Treaty shall provide effective reciprocal assistance to address such attacks and the threat of any similar attacks against any American state, and to maintain the peace and security of the continent.

SHATSKY-008374

That, if a State Party has reason to believe that persons in its territory may have been involved in or in any way assisted the September 11, 2001 attacks, are harboring the perpetrators, or may otherwise be involved in terrorist activities, such State Party shall use all legally available measures to pursue, capture, extradite, and punish those individuals.

That the States Parties shall render additional assistance and support to the United States and to each other, as appropriate, to address the September 11 attacks, and also to prevent future terrorist acts.

That the States Parties shall keep the Organ of Consultation duly informed of all measures that they take in accordance with this resolution.

That this Meeting of Foreign Ministers in its capacity as Organ of Consultation shall remain open for the purpose of ensuring the prompt and effective implementation of this resolution and, if necessary, of taking appropriate additional measures to address this matter.

That we hereby designate a committee, to be composed of the representatives to the OAS Permanent Council of each State Party to the Rio Treaty, for the purpose of engaging in additional consultations and of taking measures in furtherance of the foregoing.

That we hereby request that all of the American Governments and the Organization of American States lend their full cooperation in the implementation of this resolution.

That the Permanent Council be entrusted with taking appropriate measures for implementing resolution RC.23/doc.7/01, adopted by the Twenty-third Meeting of Consultation of Ministers of Foreign Affairs.

That the Security Council of the United Nations shall be informed promptly of the text of the present resolution and of any decisions that may be taken in connection with this matter.

**2001 ASEAN Declaration on Joint Action To Counter Terrorism**

We, the Heads of State/Government of the Association of Southeast Asian Nations (ASEAN) gathered in Bandar Seri Begawan for the Seventh ASEAN Summit,

Recalling the agreement among Heads of State/Government during the Second Informal Summit in December 1997 in Kuala Lumpur to take firm and stern measures to combat transnational crime,

Reaffirming our primary responsibility in ensuring the peaceful and progressive development of our respective counties and our region,

Deeply concerned over the formidable challenge posed by terrorism to regional and international peace and stability as well as to economic development,

Underlying the importance of strengthening regional and international cooperation in meeting the challenges confronting us,

SHATSKY-008375

Do hereby,

Unequivocally condemn in the strongest terms the horrifying terrorist attacks in New York City, Washington D.C. and Pennsylvania on September 11 2001 and consider such acts as an attack against humanity and an assault on all of us;

Extend our deepest sympathy and condolences to the people and Government of the United States of America and the families of the victims from nations all around the world, including those of our nationals;

View acts of terrorism in all its forms and manifestations, committed wherever, whenever and by whomsoever, as a profound threat to international peace and security which require concerted action to protect and defend all peoples and the peace and security of the world;

Reject any attempt to link terrorism with any religion or race;

Believe terrorism to be a direct challenge to the attainment of peace, progress and prosperity of ASEAN and the realisation of ASEAN Vision 2020;

Commit to counter, prevent and suppress all forms of terrorist acts in accordance with the charter of the United Nations and other international law, especially taking into account the importance of all relevant UN resolutions;

Ensure that, in observing the above, all cooperative efforts to combat terrorism at the regional level shall consider joint practical counter-terrorism measures in line with specific circumstances in the region and in each member country;

Recommit ourselves to pursue effective policies and strategies aimed at enhancing the well-being of our people, which will be our national contribution in the fight against terrorism;

Note that, towards this end, ASEAN had established a regional framework for fighting transnational crime and adopted an ASEAN Plan of Action that outlines a cohesive regional strategy to prevent, control and neutralise transnational crime;

Approve fully the initiatives of the Third ASEAN Ministers Meeting on Transnational Crime (AMMTC) held in October 2001 to focus on terrorism and deal effectively with the issue at all levels and endorse the convening of an Ad Hoc Experts Group Meeting and special sessions of the SOMTC and AMMTC that will focus on terrorism;

Warmly welcome Malaysia's offer to host the Special AMMTC on issues of terrorism in April 2002. This meeting would represent a significant step by ASEAN to the United Nations' call to enhance coordination of national, sub-regional and international efforts to strengthen a global response to this serious challenge and threat to international security;

167

SHATSKY-008376

In Strengthening further ASEAN's counter-terrorism efforts, we task our Ministers concerned to follow-up on the implementation of this declaration to advance ASEAN's efforts to fight terrorism by undertaking the following additional practical measures:

Review and strengthen our national mechanisms to combat terrorism;

Call for the early signing/ratification of or accession to all relevant anti-terrorist conventions including the International Convention for the Suppression of the Financing of Terrorism;

Deepen cooperation among our front-line law enforcement agencies in combating terrorism and sharing "best practices";

Study relevant international conventions on terrorism with the view to integrating them with ASEAN mechanisms on combating international terrorism;

Enhance information/intelligence exchange to facilitate the flow of information, in particular on terrorists and terrorist organisations, their movement and funding, and any other information needed to protect lives, property and the security of all modes of travel;

Strengthen existing cooperation and coordination between the AMMTC and other relevant ASEAN bodes in countering, preventing and suppressing all forms of terrorists acts. Particular attention would be paid to finding ways to combat terrorist organisations, support infrastructure and funding and bringing the perpetrators to justice;

Develop regional capacity building programmes to enhance existing capabilities of ASEAN member countries to investigate, detect, monitor and report on terrorist acts;

Discuss and explore practical ideas and initiatives to increase ASEAN's role in and involvement with the international community including extra-regional partners within existing frameworks such as the ASEAN + 3, the ASEAN Dialogue Partners and the ASEAN Regional Forum (ARF), to make the fight against terrorism a truly regional and global endeavor;

Strengthen cooperation at bilateral, regional and international levels in combating terrorism in a comprehensive manner and affirm that at the international level the United Nations should play a major role in this regard.

We, the Leaders of ASEAN, pledge to remain seized with the matter, and call on other regions and countries to work with ASEAN in the global struggle against terrorism.

Adopted this Fifth Day of November 2001 in Bandar Seri Begawan, Brunei Darussalam.

SHATSKY-008377

**Communique of The Seventy-Sixth Ordinary Session of The Central Organ of The OAU Mechanism for Conflict Prevention, Management and Resolution Held at The Ambassadorial Level.**

Addis Ababa, Ethiopia, 20 September 2001

The Central Organ of the OAU Mechanism for Conflict Prevention, Management and Resolution held its 76th Ordinary Session at Ambassadorial level in Addis Ababa, Ethiopia, on Thursday, 20 September 2001. H.E. Mr. Simataa Akapelwa, Ambassador of the Republic of Zambia to Ethiopia and Permanent Representative to the OAU, chaired the Session, which was open-ended. It was also the first meeting of the Central Organ to be attended by the new Secretary-General, H.E. Mr. Amara Essy.

The Central Organ considered the Report of the Secretary-General on the preparation of the Inter-Congolese Dialogue, scheduled to start in Addis Ababa on 15 October 2001. It was also briefed on the recent developments in the peace process in Sierra Leone and in the relations between the countries of the Mano River Union. The Central Organ was further briefed on the recent terrorist attacks in the United States of America.

On this occasion, the Secretary-General made statement in which he highlighted the priorities of the General Secretariat in the upcoming months.

At the end of its deliberations, the Central Organ decided as follows:

**CONDEMNS** unequivocally the horrific terrorist attacks that have caused enormous loss of human life and destruction in New York, Washington DC and Pennsylvania;

**EXPRESSES** to the Government and people of the United States of America the full solidarity and the deepest condolence of the OAU and the entire people of Africa over this tragedy which affected not only the people of the USA, but humanity as a whole;

**STRESSES** the urgent need to bring to justice the perpetrators and sponsors of these terrorist attacks and CALLS ON the international community to work in a more coordinated and determined manner to prevent and combat terrorist;

**RECALLS** the adoption of the OAU Convention on the Prevention and Combating of Terrorist and APPEALS to all Member States that have not yet done so, to sign and ratify this instrument.

SHATSKY-008378

SHATSKY-008379

**Appendix I
Statistical Review**



## Total International Terrorist Attacks, 1981–2001

In past years, serious violence by Palestinians against other Palestinians in the occupied territories was included in the database of worldwide international terrorist incidents because Palestinians are considered stateless people. This resulted in such incidents being treated differently from intraethnic violence in other parts of the world. In 1989, as a result of further review of the nature of intra-Palestinian violence, such violence stopped being included in the US Government's statistical database on international terrorism. The figures shown above for the years 1984 through 1988 have been revised to exclude intra-Palestinian violence, thus making the database consistent.

Investigations into terrorist incidents sometimes yield evidence that necessitates a change in the information previously held true (such as whether the incident fits the definition of international terrorism, which group or state sponsor was responsible, or the number of victims killed or injured). As as result of these adjustments, the statistics given in this report may vary slightly from numbers cited in previous reports.

171

SHATSKY-008380



Total International Attacks by Region, 1996-2001

SHATSKY-008381

## Total International Casualties by Region, 1996-2001[a]



[a]In the absence of a final official total from New York City authorities, we have used an estimated (unofficial) figure of 3,000 persons killed in the World Trade Center (WTC) attacks in 2001. Data for the number of persons injured in the WTC attacks are not available.

*Note scale break*

- 1996
- 1997
- 1998
- 1999
- 2000
- 2001[a]

Africa: 80, 28, 5,379, 185, 102, 150
Asia: 1,507, 344, 635, 690, 898, 651
Eurasia: 20, 27, 12, 8, 103, 0
Latin America: 18, 11, 195, 9, 20, 6
Middle East: 1,097, 480, 68, 31, 78, 513
North America: 0, 7, 3,315, 0, 0, 0
Western Europe: 503, 17, 405, 16, 4, 20

173

SHATSKY-008382



**Total Facilities Struck by International Attacks, 1996-2001[a]**

[a] The two World Trade Center attacks are included as business in 2001.

Legend:
- 1996
- 1997
- 1998
- 1999
- 2000
- 2001[a]

Business: 235, 327, 282, 278, 383, 397
Diplomat: 24, 30, 35, 59, 31, 18
Government: 12, 11, 10, 27, 17, 13
Military: 6, 4, 4, 17, 13, 4
Other: 90, 80, 67, 96, 115, 99

174

SHATSKY-008383

## Total US Citizen Casualties Caused by International Attacks, 1996-2001[a]

[a]For 2001, official data for US Citizen Casualties in the Pentagon and Pennsylvania incidents on September 11 have been included. Official data from New York City authorities on US Citizen Casualties in the World Trade Center attacks were unavailable at the time Patterns of Global Terrorism 2001 went to press.



Legend: Dead, Wounded

| Year | Dead | Wounded |
|------|------|---------|
| 1996 | 25 | 510 |
| 97 | 6 | 21 |
| 98 | 12 | 11 |
| 99 | 5 | 6 |
| 2000 | 23 | 47 |
| 01[a] | 240 | 90 |

175

SHATSKY-008384



**Total Anti-US Attacks, 2001**

**Region**[a]

North America - 4
Eurasia - 2
Africa - 3
Western Europe - 4
Asia - 7
Middle East - 8
Latin America - 191

[a]Includes attacks against US facilities and attacks in which US citizens suffered casualties.

**Total - 219**

**Type of Event**[a]

Hijacking - 1
Firebombing - 1
Armed Attack - 1
Vandalism - 3
Kidnapping - 6
Bombing - 207

[a]Includes attacks against US facilities and attacks in which US citizens suffered casualties.

**Total - 219**

**Total US Targets Attacked**[a]

Military - 2
Government - 3
Diplomat - 7
Other - 12
Business - 204

[a]The 2 WTC attacks are included under business.

**Total - 228**

SHATSKY-008385

Appendix J

International Terrorist Incidents, 2001
Statistical Map

---

Click for Statistical Map

SHATSKY-008386

SHATSKY-008387

SHATSKY-008388

SHATSKY-008389