# LOWELL DECL. EX. 39

# [FILED UNDER SEAL/REDACTED]