**LOWELL DECL. EX. 40**

Exhibit 112

Israel Continues it Raids amid Isolated Diplomatic Efforts http://www.aljazeera.net/news/pages/40e40ffe-9937-4780-a50b-...
Sunday 12/04/1422 AH – 02/17/2002 (Last Update: 3:00 (Holy Mecca), 0:00 (GMT)

News: Arabic:

The Popular Front Claims Responsibility for Karnei Shomron *Fida'i* [Self-Sacrifice] Attack

**Israel Continues it Raids Amid Isolated Diplomatic Efforts**



An occupation soldier taking shelter behind a tank as he fires at Palestinians in Ramallah

Israeli Bombardment Hits the Security Apparatuses' Complex in Nablus
------------------------------------------------------------------------
Yesterday's Bombing Targeted a Restaurant in a Shopping Center in the Settlement Karnei Shomron in the West Bank
------------------------------------------------------------------------
The German Minister of Foreign Affairs Meets with the Palestinian President in Ramallah and Stresses that the European Union still Considers Arafat a Negotiator
------------------------------------------------------------------------

SHATSKY-008012-T

Israel Continues it Raids Amid Isolated Diplomatic Efforts     http://www.aljazeera.net/news/pages/40e40ffe-9937-4780-a50b-...

Israeli aircraft bombed several targets in Nablus and hit the security apparatuses' Complex. Two Israelis were killed earlier and thirty were injured - seven of whom are in a serious condition - in a *fida'i* [self-sacrifice] attack in the shopping center of settlement Karnei Shomron in the West Bank.

The *Shahid* [martyr] Abu Ali Moustafa Brigades, the military wing of the Popular Front for the Liberation of Palestine, claimed responsibility for the attack. A member of the Brigades said in a phone call to the Al-Jazeera office in Ramallah that the perpetrator of the attack was *shahid* [martyr] Sadeq Ahed Abdel Hafez from the city of Qalqilya in the northern West Bank.

Four Palestinians *istashhadu* [were killed as martyrs] earlier. One of them is a Hamas activist, who was assassinated by the occupation forces in Jenin, in the West Bank. The other three *istashhada* [were killed as martyrs] in confrontations in the Jabaliya Camp in the central [governorate] of the Gaza [Strip].

The Bombardment of Nablus

As to the latest developments on the ground, an Al-Jazeera correspondent in Palestine indicated that Israeli F16 aircraft and Apache helicopters bombed several targets in Nablus at dawn today. They hit the security apparatuses' complex, known as *Al-Muqata'a*, as well as sites that belong to the Palestinian Police. The correspondent mentioned that Israeli tanks are advancing towards Ramallah.

The Karnei Shomron Attack

Also concerning the situation on the ground, the Palestinian territories witnessed a *fida'i* [self-sacrifice] attack against a shopping center in the Karnei Shomron Settlement, 10 km to the east of the city of Qalqilya, which is part of the Palestinian self-rule zone. The attack resulted in the death of two Israelis and the injury of approximately thirty, who were transferred to the Kfar Saba hospital on the other side of the Israeli border. Two military helicopters hovered over the explosion site.

An Al-Jazeera correspondent in Palestine considered the *fida'i* [self-sacrifice] attack a big qualitative development, as getting into settlements is almost impossible because of the strict security measures that instruct to open fire at anyone who looks Arab. He indicated that the attack happened on Saturday, a very crowded day - especially in shopping centers. The correspondent mentioned that the surveillance cameras in the shopping center recorded the explosion but that the Israeli Police kept the tape.

**SHATSKY-008013-T**

**SHATSKY-008013-T (continued)**

The Israeli military radio station quoted sources in the Police, who said that the cameras recorded the perpetrator of the attack as he was running in a corridor within the center before he detonated himself.

[Jewish] settlers said that the attack occurred inside a restaurant in the shopping center in Karnei Shomron, which is situated 10 km to the east of the city of Qalqilya inside the Palestinian self-rule zone. The settlement is located near the settlement Emmanuel, where ten people have been killed in December 2001 in an attack that Palestinian activists carried out against a bus.

Palestinian *Shuhada* [martyrs]
The incident occurred at the end of a bloody day, in which four Palestinians *istashhada* [were killed as martyrs] in the West Bank and the Gaza Strip. The Israeli forces assassinated a Hamas activist called Nazih Abu al-Saba' (27 years-old), who worked as a teacher in the city of Jenin. They blew up his car as he was on his way out of school. In addition, three children and one adult, who is also believed to be a Hamas activist, were injured. An Al-Jazeera correspondent indicated that it is likely that the car of the *shahid* [martyr] was remotely detonated as a reconnaissance aircraft was seen hovering in the sky at the time of the explosion.


Palestinians in the funeral of *shahid* [martyr] Nazih Abu al-Saba'

Earlier, three Palestinians *istashhada* [were killed as martyrs] by the bullets of the occupation forces, and over 15 were injured during confrontations that broke out when the people of the Jabalia Camp tried to resist the Israeli military invasion to the central [governorate] of the Gaza [Strip]. The three *shuhada* [martyrs] are Ramzi al-Masri (30 years-old) and Mousa Abu Jalalah (17 years-old), who were shot in the chest, and Hasan Abu al-Sakran (18 years-old), who was killed by a bullet in the head.

Fischer - Arafat Meeting
Political news: Joschka Fischer, the German minister of foreign affairs, met Palestinian President Yasser Arafat in Ramallah. The German minister told journalists at the end of the meeting that the European Union still considers Arafat a negotiator.

**SHATSKY-008013-T (continued) and SHATSKY-008014-T**

He said: "As long as there are elected leaders in both sides we will continue to support and work with them", implicitly rejecting the position of Israeli Prime Minister Ariel Sharon, who declared that Arafat is already "out of the game" and that "he is not a partner and shall never be". Sharon even expressed his wish to see "an alternative Palestinian leadership" replacing him [Arafat].



Arafat welcomes Fischer in Ramallah

Fischer said that the only alternative to "violence and terror" is sitting at the negotiation table.

For his part, the Palestinian president said that he is "very happy about the efforts that the European Union makes for the sake of peace", expressing his hopes that it will reach a "concrete result".

Nabil Abu Rudeineh, the Palestinian president's consultant, said to the journalists that "the Europeans are trying to compensate for the absence of the United States through an initiative that aims at saving the situation".

Source: Al-Jazeera and agencies

Original



الأحد 4/12/1422 هـ - الموافق 17/2/2002 م (آخر تحديث) الساعة 3:00 (مكة المكرمة)، 0:00 (غرينتش)



الأخبار : عربي :

### الجبهة الشعبية تتبنى هجوم كارني شمرون الفدائي
### إسرائيل تواصل غاراتها وسط حركة دبلوماسية معزولة

**أهم أخبار الصفحة الرئيسية**
- قتلى بقصف متجدد على بلدات سورية
- مشاورات لحكومة ائتلاف والجبالي يهدد بالاستقالة
- انفجار شمال مالي وتواصل المعارك
- دعوات لتوسيع المشاركة السياسية بليبيا
- غزة تسجل الناخبين تفعيلا للمصالحة





جندي محتل يحتمي بدبابة لإطلاق النار باتجاه فلسطينيين في رام الله

**القصف الإسرائيلي يصيب مجمع الأجهزة الأمنية في نابلس**

**انفجار أمس استهدف مطعما بالمركز التجاري في مستوطنة كارني شمرون بالضفة الغربية**

**وزير الخارجية الألماني يلتقي الرئيس الفلسطيني في رام الله ويؤكد أن عرفات لايزال يعتبر محاورا للاتحاد الأوروبي**




قصفت طائرات إسرائيلية أهدافا متفرقة في نابلس وأصابت مجمع الأجهزة الأمنية. وكان إسرائيليان قد قتلا وجرح نحو ثلاثين -سبعة منهم في حالة خطرة- بهجوم فدائي وقع في المركز التجاري التابع لمستوطنة كارني شمرون في الضفة الغربية.

قد تبنت كتائب الشهيد أبو علي مصطفى الجناح العسكري للجبهة الشعبية لتحرير فلسطين مسؤولية الهجوم. وقال أحد أعضاء الكتائب في اتصال هاتفي مع مكتب الجزيرة برام الله إن منفذ العملية هو الشهيد صادق عاهد عبد الحافظ من مدينة قلقيلية شمال الضفة الغربية.

وكان أربعة فلسطينيين استشهدوا في وقت سابق أحدهم ناشط في حماس اغتالته قوات الاحتلال في جنين بالضفة الغربية واستشهد الثلاثة الآخرون بمواجهات في مخيم جباليا وسط غزة.

### قصف نابلس

ففي آخر التطورات الميدانية قال مراسل الجزيرة في فلسطين إن طائرات إف 16 الإسرائيلية ومروحيات أباتشي قصفت فجر اليوم أهدافا متفرقة في نابلس وأصابت مجمع الأجهزة الأمنية المعروف باسم المقاطعة وكذلك مواقع للشرطة الفلسطينية. وذكر المراسل أن الدبابات الإسرائيلية تتقدم نحو مدينة رام الله.

### هجوم كارني شمرون

وعلى الصعيد الميداني أيضا شهدت الأراضي الفلسطينية هجوما فدائيا استهدف مركز تجاري بمستوطنة كارني شمرون الواقعة على مسافة 10 كلم شرق مدينة قلقيلية المشمولة بالحكم الذاتي الفلسطيني. وأسفرت العملية عن مصرع إسرائيليين وجرح قرابة ثلاثين نقلوا إلى مستشفى كفر سابا من الجانب الآخر من الحدود الإسرائيلية، في حين حلقت مروحيتان عسكريتان فوق مكان الانفجار.

واعتبر مراسل الجزيرة في فلسطين العملية الفدائية تحولا نوعيا كبيرا إذ إن الدخول إلى المستوطنات يعتبر أمرا شبه مستحيل بسبب للإجراءات الأمنية المشددة التي تقضي بإطلاق النار على أي شخص يحمل ملامح عربية، لافتا إلى وقوع الانفجار في يوم السبت الذي تكتظ فيه الحركة وخاصة في المراكز التجارية. وقال المراسل إن كاميرات المراقبة في المركز التجاري صورت عملية التفجير لكن الشرطة الإسرائيلية تحفظت على الشريط.

وقالت الإذاعة العسكرية الإسرائيلية نقلا عن مصادر في الشرطة إن الكاميرات التقطت صور منفذ العملية وهو يركض في ممر المركز قبل أن يفجر نفسه.

وأفاد مستوطنون أن الانفجار حصل داخل مطعم في المركز التجاري التابع لمستوطنة كارني شمرون الواقعة على مسافة 10 كلم شرق مدينة قلقيلية المشمولة بالحكم الذاتي الفلسطيني. وتقع هذه المستوطنة قرب مستوطنة عمانوئيل حيث قتل عشرة أشخاص في 12 ديسمبر/كانون الأول 2001 في هجوم شنه ناشطون فلسطينيون على حافلة.

### شهداء فلسطينيون



فلسطينيون يشيعون جثمان الشهيد نزيه أبو السباع

ووقع هذا الحادث في نهاية يوم دام استشهد فيه أربعة فلسطينيين بالضفة الغربية وقطاع غزة، فقد اغتالت القوات الإسرائيلية ناشطا من حماس يدعى نزيه أبو السباع (27 عاما) الذي يعمل مدرسا في مدينة جنين بتفجير سيارته لدى خروجه من المدرسة، وأصيب إلى جانبه ثلاثة أطفال وشخص رابع يعتقد أنه ناشط في حماس أيضا، ورجح مراسل الجزيرة أن يكون قد جرى تفجير سيارة الشهيد عن بعد إذ شوهدت طائرة استطلاع تحوم في سماء المنطقة لحظة وقوع الانفجار.

وفي وقت سابق استشهد ثلاثة فلسطينيين برصاص قوات الاحتلال وجرح أكثر من 15 آخرين في مواجهات اندلعت أثناء تصدي أهالي مخيم جباليا للتوغل العسكري الإسرائيلي في وسط غزة. والشهداء الثلاثة هم رمزي المصري (30 عاما) وموسى أبو جلالة (17 عاما) اللذان أصيبا بالرصاص في صدريهما، وحسن أبو السكران (18 عاما) وقتل برصاصة في رأسه.

### لقاء فيشر وعرفات



عرفات يستقبل فيشر في رام الله

وعلى الصعيد السياسي التقى وزير الخارجية الألماني يوشكا فيشر بالرئيس الفلسطيني ياسر عرفات في رام الله، وأكد الوزير الألماني للصحفيين في ختام الاجتماع أن عرفات لايزال يعتبر محاورا للاتحاد الأوروبي، وقال "طالما لدينا في الجانبين قادة منتخبون سوف نواصل دعمهم والعمل معهم". ورفض بذلك ضمنيا موقف رئيس الوزراء الإسرائيلي أريئيل شارون الذي أعلن أن عرفات بات "خارج اللعبة" وأنه "ليس شريكا ولن يكون أبدا" كذلك معربا عن رغبته بقيام "قيادة فلسطينية بديلة" عنه.

وقال فيشر إن البديل الوحيد "للعنف والإرهاب" هو الجلوس إلى طاولة المفاوضات.

وأعلن الرئيس الفلسطيني من جانبه أنه "سعيد جدا للجهود التي يبذلها الاتحاد الأوروبي من أجل السلام" معربا عن أمله بتوصلها إلى "شيء ملموس".

كما أكد نبيل أبو ردينة مستشار الرئيس الفلسطيني للصحفيين أن "الأوروبيين يحاولون تغطية الفراغ

SHATSKY-008013



SHATSKY-008014