**LOWELL DECL. EX. 42**

Exhibit 120

[http://pflp.ps/khaldeen.php?id=1058. Site accessed on July 17, 2012]

**SHATSKY-000902-T**





The *shahid* [martyr], comrade, hero: Sadeq Ahed Abdel Hafez

Date of *istishhad* [act of martyrdom]: February 2, 2002

**SHATSKY-000903-T**

The comrade was born in Qalqilya and became one of the cadres of the High School Students' Union.

He perpetrated an *amaliya istishhadiya* [act of martyrdom] in the settlement Karnei Shomron near Qalqilya, killing two Zionist soldiers and injuring 30.

Original

Case 1:18-cv-12355-MKV-DCF   Document 136-5   Filed 10/05/21   Page 4 of 9
Case 1:02-cv-02280-RJL   Document 260-17   Filed 11/13/15   Page 5 of 8



ولد الرفيق في فلفيلة وكان الرفيق أحد كوادر اتحاد لجان الطلبة الثانويين.

نفذ عملية استشهادية في مستوطنة كافي شمرون قرب فلفيلية مما أدى إلى مصرع خمسين صهيونيين و30 جريحاً.



Tuesday, July 17, 2012

http://pflp.ps/khaldeen.php?id=1058

SHATSKY-000903







SHATSKY-000906