# LOWELL DECL. EX. 43

Exhibit 121

[http://www.pflp.ps/khaldeen.php?id=1060. Site accessed on July 17, 2012]

**SHATSKY 000907-T**



**The *Shahid* [martyr], the hero: Shadi Nassar**

**SHATSKY 000908-T**



**Date of *Istishhad* [death as a result of an act of martyrdom]:** March 7, 2003

Comrade *shahid* [martyr] Shadi Nassar was born on August 14, 1978 and grew up in the allies and streets of his village, Madama, near Nablus.

He saw with his own eyes the occupiers' tyranny and the settlers' flocks. He used to shower them with Molotov cocktails and stones, targeting the Mughtasibi [Jewish settlers. Literally: rapists] of the Palestinian land [as they drove] along the bypass road near the village.

Martyr Shadi joined the ranks of the Palestinian revolution through the Popular Front for the Liberation of Palestine cell in the steadfast village Madama. He was a comrade loyal to the cause of his people and his homeland. Along with his comrades and homeland, he was as revolutionary as Guevara, as loyal to his people as Kanafani, and as devoted to the pledge and the promise as a shepherd. He was quiet, steadfast and stubborn in his insistence to confront the occupiers.

He was killed in an *amaliya istishhadiya* [act of martyrdom] on March 7, 2003 in *Mughtasaba* [Jewish settlement. Literally: rapist] Ariel, which is located on Palestinian Arab lands. He exploded his pure body among a group of settlers, and the enemy's media admitted he had injured more than 30 people.

Upon his *istishhad* [death as a result of an act of martyrdom], he became the first *istishhadi* [one who performs an act of martyrdom] from the region of Nablus, and the third *istishhadi* of the Al-Aqsa and Independence Intifada, following his heroic comrades Fuad Abu Sariya and Sadeq Abdel Hafez.

[http://www.pflp.ps/khaldeen.php?id=1060. Site accessed on July 17, 2012]

**SHATSKY 000909-T**

In his heroic *istishhadi* act [death as a result of an act of martyrdom], he proved to all the free people of the world that for us this is a live-or-die-battle. He had painted the homeland map with blood, and paved for us the way of the party, of the revolution and of the *istishhad* [death as a result of an act of martyrdom]. By doing so, he reunited with the *shuhada* [martyrs], and he will never leave [our memories].

Original









