**LOWELL DECL. EX. 44**

Exhibit 122

[http://www.pflp.ps/khaldeen.php?id=1044. Site accessed on July 17, 2012]

**SHATSKY-000912-T**



**The *Shahid* [martyr], Comrade, Hero: Sa'id al-Majdalawi**

**SHATSKY-000913-T**



**Date of *Istishhad* [death as a result of an act of martyrdom]:** October 4, 2004

In the way of the resistance, giving cannot be measured in any quantity, size, weight, or value, but rather in the abundance of blood which was shed generously from the bodies of those who were planted like trees in the battlefields. Such were comrades Abu Ali Mustafa, Wadi Haddad, Ghasan Kanafani, Guevara of Gaza, Raed Nazal, Nidal Salama, Yamin Faraj, Amjad Malitat, Sadeq Abd al-Hafez, Isma'il al-Sa'adini, and Sa'id al-Majdalawi. Such are the sons and warriors of the Popular Front for the Liberation of Palestine, who are pressing forward with unswerving courage, forcing their way in the dust of battles, and fighting their heroic battles until their last breath of life, eager to devote themselves, falling like trees unbowed; like mountains looming.

The warrior's stubbornness does not cease even as his knees are worn out and his elbows are bleeding from crawling on the earth, as he advances in the direction of a raped land, which had been renamed [Jewish] settlement. Human wolves, also known as "Zionist gangs", come from times preceding civilization and wander in the settlement. This land undoubtedly belongs to us, and to every free Arab. It is as simple as that.

There is not much distance between the home of the 17-year-old eager warrior Sa'id al-Majdalawi, and the *Mughtasaba* [Jewish settlement. Literally: rapist] Netzer Hazani, where this Fida'i's [one who sacrifices himself] final battle took place and where he had lost his life. But the road between them is paved with rocks and is hard to cross, and the only thing that makes it easier to cross it, is the burning desire to rebel [and win back] the land of the fathers and grandfathers, as well as a grain of sand from his village Zarnuqa, which had been dishonored by the Zionist invaders since his family was made to immigrate from it in 1948.

[http://www.pflp.ps/khaldeen.php?id=1044. Site accessed on July 17, 2012]

**SHATSKY-000913-T (continued)**

**The Birth of the *Muntafid* [one who takes part in the Intifada] and the Upbringing of the Revolutionary:**

On 19 September 1987, approximately two and a half months before the outbreak of the first glorious popular Intifada, the *Istishhadi* [one who performs an act of martyrdom] comrade Sa'id Jamal Saleh al-

**SHATSKY-000914-T**

Majdalawi was born to a hard-working family of 10, which belongs to the working class. His family originated from Zarnuqa, one of the Palestinian villages, the residents of which had been forced to immigrate from in 1948, to become refugees in the Al-Nuseirat Refugee Camp. This stubborn warrior was born and raised in Al-Nuseirat, and received his elementary education in UNRWA schools in the camp.

When the Al-Aqsa Intifada broke out in the year 2000, 13-year-old Sa'id headed the ranks to the *Al-Shuhada* [Martyrs] Intersection, which was to become his first battleground. There he learnt the lessons of bloody confrontation, and saw scenes he would never forget. This had great influence on the soul of the young Front Pioneer, who was a member of the Martyr Ghasan Kanafani Pioneers - the Junior High Students' Organization of the Popular Front for the Liberation of Palestine.

In high school, our hero joined the Union of High School Students' Committees, and operated with his comrades with all seriousness and silence to continue his struggle activities in a revolutionary manner. At that time, he prepared himself for accepting the honor of becoming a member of the Popular Front for the Liberation of Palestine, which he did in early 2003.

**The Bold Warrior in the Ranks of the Martyr Abu Ali Mustafa Brigades:**

In April 2004, our comrade Sa'id joined the ranks of the military wing of the Popular Front for the Liberation of Palestine, where he received trainings, built up his fitness, and set an example for discipline and secrecy.

He participated in several rocket launching activities against the Zionist settlements, and engaged in a battle, along with the Brigades' commando unit, against a military outpost of the Zionist enemy forces in late September 2004. At that time, the beloved northern [Gaza] Strip was under a brutal aggression and a *Sharoniya* [of Israeli PM Ariel Sharon's] barbaric attack, titled by the leadership of the enemy's army "Days of Repentance".

[http://www.pflp.ps/khaldeen.php?id=1044. Site accessed on July 17, 2012]

**SHATSKY-000914-T (continued)**

In the framework of the confrontation and struggle plan, the Martyr Abu Ali Mustafa Brigades announced a state of alert and anger, which then turned into a merciless war against the enemy's strongholds. The Brigades swore they would burn the ground beneath the feet of the Zionist invaders, and would name these days the "Days of Glory to the Resistance" and the "Days of Hell to the Zionist Invaders".

During the series of sniper attacks, detonations, rocket launchings and battles along the Gaza Strip, the comrade warrior Sa'id al-Majdalawi headed on Monday evening, 4 October 2004, toward the Netzer Hazani Settlement. He waited at one of the settlement's entrances, and when a convoy of the settlers' cars entered, our hero showered it with bullets and hand grenades. The support unit launched intensive cover fire, which enabled our comrade to enter the gate and rain his fire of anger upon the heads of the sons of Zion, killing and injuring many of them. After a battle that lasted about an hour, our hero became a *shahid* [martyr], and his pure blood saturated the beloved homeland's earth. His pure soul ascended to the heavens of glory, as he embodied the Brigades' call: "We will crush their skulls and give them a taste of death in the style of the members of the Front [the Popular Front for the Liberation of Palestine]."

**SHATSKY-000915-T**

A time will come, when this present will become a memory. The people will talk about a great era, and about anonymous heroes who have created history. Let it be known that they were not heroes… they were human beings with names, features, hopes and dreams. The tortures experienced by the smallest among them, were no less than the tortures experienced by those whose names had been immortalized.

Original





<s />
<s />تاريخ الاستشهاد : 04-10-2004

في شرع المقاومة لا يقاس العطاء بأي كم، وبأي حجم، وبأي وزن، وبأي قيمة ماتزها، إنما بغزارة الدماء التي حدث بها أحفاد المنغرسين كالأشجار في ساحات المعارك. هكذا هم رفاق أبو علي مصطفى ووديع حداد وغسان كنفاني وجيفارا غزة السعديني وزراد ونضال سلامة وأمين فرج وأمجد ملحان وصادق عبد الحافظ وإسماعيل بلح وقاتل السعديني وسعيد المجدلاوي. هم هكذا أبناء ومقاتلات وصالات الجبهة الشعبية لتحرير فلسطين بمضوا وراؤها الجابني، يشمخون طرقهم ومسيرتهم وسط كبار المعارك ويخوضون كالأشجار معاركهم بمضوا رابطي الجأش، يشمخون عصيين على الانحناء، يسقطون كالجبال شموخاً.







SHATSKY-000916