# LOWELL DECL. EX. 45

"C"

In the Court for Family Matters  E.F. 2911/2002
In Kfar Saba

## ORDER FOR APPOINTMENT OF ESTATE ADMINISTRATOR

**In the matter of: estate of the deceased Rachel Thaler, o.b.m., ID 204904627 who died on 2.22.02 and whose residence was Ginot Shomron.**

After examining the motion of the deceased's parents, Ginette Lando and Michael Thaler, in which the honorable court is requested to appoint the movants as administrators of the estate of the deceased, and after obtaining the position of the Custodian General that it will not intervene in the motion, I decide to appoint:

**Ginette Lando ID 015269616 of 11/26 Stav St. Hod HaSharon
and Michael Thaler ID 012886453 of 13/14 Shimshon St. Jerusalem**

as administrators of the estate of the deceased Rachel Thaler.

The estate administrators shall provide the Custodian General, at the times established therefor, a list of the assets of the estate and reports pursuant to the Inheritance Law, 5725 – 1965, and the Inheritance Regulations, 5758 – 1998.

Given this day: _____ May 18, 2006

Kraus Miriam, Judge<br>
Court for Family Matters<br>
Kfar Saba<br>
Date _____<br>
/s/<br>
Miriam Kraus, Judge

[Seal: Court for Family Matters Kfar Saba]

**TYPED**
5-21-2006*

---

* On the original there is an upside down, illegible stamp on the upper right side of the round stamp, which appears to be from the clerk of the court, and there is an illegible signature next to the "Typed" stamp – *Translator.*

L_C083568

"ד"

בית המשפט לעניני משפחה
<u>בכפר סבא</u>

תע 2911/2002

## צו למינוי מנהל עזבון

בעניין: עזבון המנוחה רחל טלר ז"ל ת.ז. 204904627 אשר נפטרה ביום 22.2.02 ומענה היה גינות שומרון.

לאחר עיון בבקשת חורי המנוחה, גינט לנדאו ומיכאל טלר, שבה מתבקש כבוד בית המשפט למנות את המבקשים כמנהלי עזבון המנוחה, ולאחר קבלת עמדתו של האפוטרופוס הכללי לפיה אין הוא מתערב בבקשה, אני מחליטה למנות את:

**גינט לנדאו ת.ז. 015269616 מרח׳ סהו 11/26 הוד חשרון
ומיכאל טלר ת.ז. 012886453 מרח׳ שמשון 13/14 ירושלים**

למנהלי עזבון של המנוחה רחל טלר.

על מנהלי העזבון להמציא לאפוטרופוס הכללי, במועדים הקבועים לכך, פרטה של נכסי העזבון ודו"חות על פי חוק הירושה, תשכ"ה – 1965, ותקנות הירושה, התשנ"ח – 1998.

ניתנה היום,



ג ב ק כ"ד
2 1 -05- 2006

מפקדת אזור יהודה ושומרון
בית הדין הרבני האזורי אריאל

ב"ה

תיק מספר : 2-41-300381670
תאריך : כ"ט אלול תשס"ב
(06/09/2002)

בפני כבוד הדיינים:

הרב חיים שלמה שאנן - אב"ד

המנוחה : שאצקי קרן
ת.ז. : 300381670

המבקשת : שאצקי ג'ו אן חוה
ת.ז. :

הנדון : ירושה

צ ו

בית הדין ממנה את אב המנוחה שאצקי שבתאי מס' ת"ז: [ ] ואת אם
המנוחה שאצקי ג'ו אן חוה מס ת"ז: [ ] למנהלי עיזבון של המנוחה
קרן שאצקי.

ניתן ביום כ"ט אלול תשס"ב
(06/09/2002)

(-)חיים שלמה שאנן
אב"ד

העתק מתאים למקור

[חתימה]
חביבה ערגי
המזכיר הראשי

('ממע' - חביבה - 08/10/2002)

אשקובית 48, אריאל, מיקוד. 44837
ת.ד 25 44824
טל' 03-9061609
פקס' 03-9364119
קבלת קהל ימים: א', ג', ד, ה'
בשעות: 8.00-12.15

Highly Confidential

L_C090050