# LOWELL DECL. EX. 46

"G"

## Judea and Samaria Region Headquarters

**Ariel Regional Rabbinical Court**

B'H

File no.: 300381670-41-1
Date: 29 Elul 5762
(09/06/2002)

Before the Honorable Judges:

Rabbi Haim Shlomo Shanan – Chief Judge

The decedent: Shatsky Keren
ID: 300381670

The movant: Shatsky Jo Anne Chava
ID: 0170113939

Matter: Inheritance

### Order

The court appoints the father of the deceased Shatsky Shabtai ID no.: 0170113921 and the mother of the deceased Shatsky Jo Anne Chava ID no.: 0170113939 as the administrators of the estate of the deceased Keren Shatsky.

Given on the 29th day of the month of Elul 5752
(09/06/2002).

(–) Haim Shlomo Shanan
Chief Judge

Copy true to the original
[Signature]
Chaviva Argi
Chief Clerk

[Court Stamp:
Judea and Samaria Region Headquarters
Court Stamp
**Ariel**
Regional
Rabbinical Court]

(MM"A – Chaviva – 10/8/2002)

---

Eshkovit 48, Ariel, ZIP 44837
POB 25 44824

Tel. 03-9061609
Fax 03-9364119

Open to the public on Mon.,
Tues, Wed., Thurs.
Hours: 8:00-12:15

L_C083572

ב"ה
## מפקדת אזור יהודה ושומרון
### בית הדין הרבני האזורי אריאל

תיק מספר : 300381670-41-2
תאריך : כ"ט אלול תשס"יב
(06/09/2002)

ב"ח

בפני כבוד הדיינים:

חרב חיים שלמה שאנן – אב"ד

חמנוחה : שאצקי קרן
ת.ז. : 300381670

המבקשת : שאצקי ג'ו אן חוה
ת.ז. : 017013939

הנדון : ירושה

צ ו

בית הדין ממנה את אב המנוחה, שאצקי שבתאי מס' ת"ז: 017013921 ואת אם חמנוחה שאצקי ג'ו אן חוה מס ת"ז: 017013939 למנהלי עיזבון של המנוחה קרן שאצקי.

ניתן ביום כ"ט אלול תשס"יב
(06/09/2002)

(-)חיים שלמה שאנן
אב"ד

העתק מתאים למקור

חביבה ערגי
המזכיר הראשי



(ממעי' – חביבה – 08/10/2002)

אשקובית 48, אריאל, מיקוד. 44837
ת.ד. 25 44824

טל: 03-9061609
פקס: 03-9364119

קבלת קהל ימים א', ג', ד', ה'.
בשעות 8.00-12.15

L_C083573