# LOWELL DECL. EX. 47

# BOARD OF HEALTH — CITY OF CHICAGO



July 7, 1976

STATE OF ILLINOIS } SS
COUNTY OF COOK
CITY OF CHICAGO

I, Murray C. Brown, M.D. Local Registrar of Vital Statistics of the City of Chicago, do hereby certify that I am the keeper of the records of births, stillbirths and deaths of the City of Chicago by virtue of the laws of the State of Illinois and the ordinances of the City of Chicago; that the accompanying certificate on this sheet is a true copy as a record kept by me in pursuance of said laws and ordinances.

This Certified Copy VALID Only When Original BLUE SEAL And BLUE SIGNATURE Are Affixed.

*Murray C. Brown*
LOCAL REGISTRAR

---

Type or Print in PERMANENT INK
See Hospital or Physicians' Handbook for INSTRUCTIONS

MATCHING IDC
REGISTRATION DISTRICT NO. **16.10**
REGISTERED NUMBER

STATE OF ILLINOIS
CERTIFICATE OF LIVE BIRTH

CHILD'S BIRTH NUMBER **112-75 640750**

**CHILD**
1. CHILD—NAME: FIRST **Yael** MIDDLE **Henya** LAST **Trattner**
2a. DATE OF BIRTH (MONTH, DAY, YEAR): [redacted] **1975**
2b. HOUR: **7:58 P.M**
3. SEX: **Female**
4a. THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC.: **Single**
4b. IF NOT SINGLE BIRTH—BORN FIRST, SECOND, THIRD, ETC. (SPECIFY):
5a. PLACE OF BIRTH—COUNTY: **Cook**
5b. CITY, TOWN, TWP. OR ROAD DISTRICT NO.: **Chicago**
5c. INSIDE CITY (YES/NO): **Yes**
5d. HOSPITAL—NAME (IF NOT IN HOSPITAL, GIVE STREET AND NUMBER): **Louis A. Weiss Memorial Hospital**

**MOTHER**
6a. MOTHER—MAIDEN NAME: FIRST **Shelley** MIDDLE **Rae** LAST **Gross**
6b. AGE (AT TIME OF THIS BIRTH): **21**
6c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): **Illinois**
7a. RESIDENCE STATE: **Illinois**
7b. COUNTY: **Cook**
7c. CITY, TOWN, TWP. OR ROAD DISTRICT NO.: **Chicago**
7d. INSIDE CITY (YES/NO): **Yes**
7e. STREET AND NUMBER: **6253 N. Talman**
7f. MOTHER'S COMPLETE MAILING ADDRESS — STREET AND NUMBER OR R.F.D.: [redacted] CITY OR TOWN: **Chicago** STATE: **Illinois** ZIP: **60659**

**FATHER**
8a. FATHER—NAME: FIRST **Aron** MIDDLE **Shmuel** LAST **Trattner**
8b. AGE (AT TIME OF THIS BIRTH): **23**
8c. BIRTHPLACE (STATE OR FOREIGN COUNTRY): **New York**

9a. INFORMANT'S SIGNATURE: *Shelley Trattner*
9b. RELATION TO CHILD: **Mother**

**CERTIFIER**
I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE.
10a. SIGNATURE: *Carl Jarobin*
10b. DATE SIGNED (MONTH, DAY, YEAR): [redacted] **1975**
10c. ATTENDANT—M.D., D.O., MIDWIFE, OTHER (SPECIFY): **M.D.**
10d. ILLINOIS LICENSE NUMBER: **34563**
10e. CERTIFIER'S COMPLETE MAILING ADDRESS — STREET AND NUMBER OR R.F.D.: **4640 N. Marine Drive** CITY OR TOWN: **Chicago** STATE: **Illinois** ZIP: **60640**

11a. LOCAL REGISTRAR'S SIGNATURE: *Murray C. Brown M.D.*
11b. CHICAGO BOARD OF HEALTH, Chicago Civic Center, Room 105, Concourse Level, Chicago 60602 — DATE REC'D BY LOCAL REGISTRAR (MONTH, DAY): **OCT 9 1975**

VR 100—(1969d)   ILLINOIS DEPARTMENT OF PUBLIC HEALTH — BUREAU OF VITAL RECORDS   (BASED ON 1968 U.S. STANDARD CERTIFICATE)