**LOWELL DECL. EX. 49**

Page 1

```
             In the U.S. District Court
                District of Columbia

-------------------------------x
                               :
Shabtai Scott Shatsky, et      :
al                             :
                               :
                v.             :NO. 1:02cv02280
                               :
The Syrian Arab Republic,      :
et al                          :
                               :
-------------------------------x

                February 12, 2013

DEPOSITION OF:

                 Hillel Trattner,

a witness, called by counsel pursuant to notice,
commencing at 9:07 a.m., which was taken at Miller
and Chevalier, 655 15th Street, NW, Washington, DC
20005-5701
```

Page 2

1                    Appearances
2    Robert J. Tolchin, Esq.
3    The Berkman Law Office, LLC
4    111 Livingston Street, suite 1928
5    Brooklyn, NY 11201
6    for plaintiffs
7
8    David I. Schoen, Esq.
9    2800 Zelda Road, suite 100-6
10   Montgomery, AL 36106
11   for plaintiffs
12
13   Norman Steiner, Esq.
14   233 Broadway, suite 900
15   New York, NY 10279
16   for the plaintiffs
17
18   Miller and Chevalier
19   Richard A. Hibey, Esq.
20   Brian Hill, Esq.
21   Mark J. Rochon, Esq.

Page 3

1    Charles F.B. McAleer, Esq.
2    655 15th Street NW
3    suite 900
4    Washington, DC 20005-5701
5    for the Palestinian Authority
6    and the Palestine Liberation Organization
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Page 4

1                 INDEX OF EXAMINATIONS
2    WITNESS                              PAGE
3
4    Hillel Trattner
5
6      Direct Examination By Mr. Hill            5
7
8                 Index of Exhibits
9    Description                          Page
10   exhibit 23   .................................118
11   exhibit 24   .................................120
12   exhibit 25   .................................128
13   exhibit 26   .................................133
14   exhibit 27   .................................137
15
16
17
18
19
20
21

Page 5

1             (Whereupon the matter commenced at
2    9:07 a.m.)
3                 Stipulations
4         (It is stipulated and agreed by and
5    between counsel for the respective parties that
6    the reading and signing of this transcript by the
7    witness are not waived.
8         It is further stipulated and agreed
9    that the filing of this transcript with the clerk
10   of the court be and the same is hereby waived.)
11         *    *    *    *    *
12
13   Whereupon,
14             Hillel Trattner
15
16   was called for examination by counsel and,
17   after having been duly sworn, was examined
18   and testified as follows:
19   DIRECT EXAMINATION:
20   BY MR. HILL:
21      Q.  Good morning, Mr. Trattner.  Please state

HILLEL TRATTNER  DEPOSITION   February 12, 2013                    Shatsky v. Syrian

Page 6

1   your full name.
2       **A.   Hillel Noah Trattner.**
3       Q.   Have you ever been known by any other
4   names, Mr. Trattner?
5       **A.   No.**
6       Q.   Have you been deposed before?
7       **A.   Yes.**
8       Q.   On how many occasions?
9       **A.   Twice.**
10      Q.   Where were you the first time you were
11  deposed?
12      **A.   It was in Israel.  I don't remember**
13  **exactly where it was.**
14      Q.   Where were you on the second occasion when
15  you were deposed?
16      **A.   In Tel Aviv.**
17      Q.   Who deposed you in Israel?
18      **A.   I don't remember the names of the lawyers.**
19      Q.   Was there more than one lawyer present?
20      **A.   The first time I don't remember.  It was a**
21  **long time ago.  The second time there was a lawyer,**

Page 7

1   two lawyers, one from each side.
2       Q.   On the occasion that there were lawyers
3   from each side, do you know which lawsuit that was?
4       **A.   That was the Arab Bank.**
5           MR. HILL:  Mr. Steiner, I don't
6   believe we have received a copy of Mr. Trattner's
7   transcript from the Arab Bank deposition.  I would
8   request that it be produced to us.
9           MR. STEINER:  Take it under
10  advisement and ask you to follow up in writing.
11  BY MR. HILL:
12      Q.   Mr. Trattner, let me tell you what we're
13  going to do today.  I'll ask questions.  You'll give
14  answers.
15       Everything we say will be taken down by the
16  court reporter and turned into a transcript.
17       Over the course of the day Mr. Steiner may
18  make an objection.  If that happens please just wait
19  until he finishes speaking and then unless he tells
20  you not to answer, please go ahead and answer my
21  question.  Okay?

Page 8

1       **A.   Okay.**
2       Q.   During the course of the day I may ask a
3   question that you don't understand.  If that happens
4   please let me know and I'll rephrase it so you can
5   understand it.
6       **A.   Yes.**
7       Q.   During the course of the day I may ask a
8   question and you know what the question is going to
9   be and you know what the answer is.  I would ask you
10  to just wait until I stop speaking before you speak
11  because it's hard for Mr. Feuer to take down two
12  people talking at the same time.
13      **A.   Yes.**
14      Q.   Is there any reason you won't be able to
15  give full and truthful testimony here today?
16      **A.   No.**
17      Q.   Are you taking any medication that would
18  impair your ability to testify?
19      **A.   No.**
20      Q.   I understand that you may have some
21  difficulty hearing.  Are you having any trouble

Page 9

1   hearing me now?
2       **A.   No.**
3       Q.   If you can't hear me during the course of
4   the day please let me know.
5       **A.   Yes.**
6       Q.   What is your birthday?
7       **A.   July 21, 1974.**
8       Q.   Where were you born?
9       **A.   In Chicago.**
10      Q.   What are the names of your parents?
11      **A.   Harold and Shelly.**
12      Q.   What is your mother's maiden name?
13      **A.   Gross.**
14      Q.   What is the name that appears on your
15  birth certificate?
16      **A.   Hillel Noah Trattner.**
17      Q.   Of what country or countries are you a
18  citizen?
19      **A.   United States and Israel.**
20      Q.   Do you have a Social Security number?
21      **A.   I think I do but I don't know what it is.**

**HILLEL TRATTNER  DEPOSITION    February 12, 2013**            Shatsky v. Syrian

Page 10

1    Q.   You mentioned that you were born in
2  Chicago.  How long did you live in the
3  United States?
4    **A.   Until the age of eight.**
5    Q.   Where did you move when you were eight
6  years old?
7    **A.   We moved to Israel.**
8    Q.   Where in Israel did you move to?
9    **A.   We moved to Ramat Gan.**
10   Q.   How long did you live there?
11   **A.   One year.**
12   Q.   Where did you live after that?
13   **A.   Petach Tikva.**
14   Q.   How long did you live there?
15   **A.   Three years.**
16   Q.   Where did you move after that?
17   **A.   Ginot Shomron.**
18   Q.   How long did you live there?
19   **A.   Until I got married, so it's 15 years.**
20   Q.   What's your current address?
21   **A.   Bruchim.**

Page 11

1    Q.   Where is that located?
2    **A.   In the Shomron, Samaria, the central part**
3  **of the country.**
4    Q.   Is that located in what some people refer
5  to as the West Bank?
6    **A.   Yes.**
7        MR. STEINER:  Objection.
8  BY MR. HILL:
9    Q.   How long have you lived at that address?
10   **A.   For over eight years.**
11   Q.   Eight years you say?
12   **A.   Yes.**
13   Q.   I'm not sure I've got the math right.
14       Have you lived in any other addresses since
15  you've been married other than where you currently
16  reside?
17   **A.   Yes.**
18   Q.   Where else have you lived?
19   **A.   We lived in Petach Tikva for three years.**
20   Q.   Have you now told me about all the places
21  that you've lived?

Page 12

1    **A.   Yes.**
2    Q.   Let's go over your educational background.
3  Where did you go to high school?
4    **A.   A place called Nicholim.**
5    Q.   Did you graduate from that institution?
6    **A.   Yes.**
7    Q.   What year?
8    **A.   1992.**
9    Q.   Have you been to college?
10   **A.   Yes.**
11   Q.   Where did you go to college?
12   **A.   Bar Ilan University.**
13   Q.   Did you graduate?
14   **A.   Yes.**
15   Q.   What year was that?
16   **A.   2000.**
17   Q.   Did you work between high school and
18  college?
19   **A.   No.**
20   Q.   Were you in school for eight years?
21   **A.   No.**

Page 13

1    Q.   What happened between high school and
2  college graduation?
3    **A.   College I started in 1997.  Between 1992**
4  **and 1997 I was in the yeshiva and the Army.**
5    Q.   What years were you in yeshiva?
6    **A.   It's a program that you do together.  It**
7  **was between 1992 and 1997.**
8    Q.   Part of the time you were studying at
9  yeshiva and part of the time doing your Army
10  service?
11   **A.   Yes.**
12   Q.   Did you complete your Army service?
13   **A.   Yes.**
14   Q.   Were you discharged?
15   **A.   Yes.**
16   Q.   Did you receive an honorable discharge?
17   **A.   Not that I know of.  What does "honorable**
18  **discharge" mean?  I'm not familiar with the term.**
19   Q.   Did you receive any discipline or
20  reprimand while you were in the Army?
21   **A.   No.**

Page 14

1    Q.  Did you have a clean record?
2    **A.  Yes.**
3    Q.  What was your rank when you left the Army?
4    **A.  I'll have to figure out how to translate**
5    **that.  I don't know what it's called in English.**
6    Q.  Were you an officer?
7    **A.  No, I wasn't an officer.**
8    Q.  Did you receive the normal promotions for
9    an enlisted man for your term of service?
10   **A.  Yes.**
11   Q.  Were you ever denied a promotion?
12   **A.  No.**
13   Q.  You mentioned that you graduated from
14   college in 2000.  What was your degree?
15   **A.  Computer Sciences.**
16   Q.  Is that a Bachelors degree?
17   **A.  Bachelors degree.**
18   Q.  Have you had any further education since
19   graduated from college?
20   **A.  No.**
21   Q.  Apart from being in the yeshiva and Army

Page 15

1    did you do any work between high school graduation
2    and college?
3    **A.  No.**
4    Q.  What was your first job after college?
5    **A.  In a company called Amdocs.**
6    Q.  What is the business of Amdocs?
7    **A.  They provide billing systems and customer**
8    **management systems for phone companies, cellular**
9    **phone companies.**
10   Q.  What was your job there?
11   **A.  I started out there as a programmer.**
12   Q.  How long did you work at Amdocs?
13   **A.  I'm working there until today, 13 years.**
14   Q.  You said you started out as a programmer.
15   What other positions have you held at Amdocs between
16   the time you started and today?
17   **A.  I worked as a programmer for six years and**
18   **in 2006 I started working as a development expert**
19   **which means also designs.**
20   Q.  Are you still working as a development
21   expert today?

Page 16

1    **A.  Yes.**
2    Q.  Was the change in position from programmer
3    to development expert a promotion for you?
4    **A.  Yes.**
5    Q.  Did you receive more money when you were
6    promoted to development expert?
7    **A.  Yes.**
8    Q.  What is your current approximate salary?
9    **A.  Around 22,000 shekels a month.**
10   Q.  Do you receive any compensation from
11   Amdocs other than your monthly salary?
12   **A.  No.**
13   Q.  Approximately how long have you been
14   earning 22,000 shekels a month?
15   **A.  I don't know exactly.  Three years,**
16   **around.**
17   Q.  Have you ever received a performance
18   review at work?
19   **A.  Yes.**
20   Q.  Have you received any bad reviews at work?
21   **A.  No.**

Page 17

1        MR. STEINER:  Objection.
2    BY MR. HILL:
3    Q.  All of your performance reviews have been
4    positive?
5    **A.  Yes.**
6    Q.  You mentioned that you were married.  What
7    is your wife's name?
8    **A.  Ronit.**
9    Q.  What was her maiden name?
10   **A.  Yucht.**
11   Q.  Of what country or countries is your wife
12   a citizen?
13   **A.  Israel.**
14   Q.  Have you ever considered attempting to
15   obtain American citizenship for your wife?
16       MR. STEINER:  Objection.
17       THE WITNESS:  No.
18   BY MR. HILL:
19   Q.  Do you and your wife have any plans to
20   move to the United States?
21   **A.  I don't know.**

**HILLEL TRATTNER  DEPOSITION    February 12, 2013**                    **Shatsky v. Syrian**

Page 18

1    Q.  Have you ever paid taxes to the
2  United States?
3    **A.  No.**
4    Q.  Since you moved to Israel in 1982 on
5  approximately how many occasions have you traveled
6  to the United States?
7    **A.  Three, apart from this one.**
8    Q.  A total of four you think?
9    **A.  Yes.**
10    Q.  One of them you came here to be deposed
11  and examined, right?
12    **A.  Yes.**
13    Q.  Prior to this trip when was the last time
14  you were in the United States?
15    **A.  1998.**
16    Q.  What was the purpose of that visit?
17    **A.  Visiting family.**
18    Q.  How long were you here?
19    **A.  I don't remember.  It was a few weeks.**
20    Q.  Prior to the family visit in 1998 when was
21  the time before that you were in the United States?

Page 19

1    **A.  1990.**
2    Q.  What was the purpose of that visit?
3    **A.  My uncle's wedding.**
4    Q.  How long were you in the States?
5    **A.  One week.**
6    Q.  Prior to the visit in 1990 when was the
7  next previous time you were in the U.S.?
8    **A.  Also 1990.**
9    Q.  What was the purpose of that trip?
10    **A.  Visiting family.**
11    Q.  How long was that?
12    **A.  I think it was six weeks.**
13    Q.  Apart from the trip that you are on now,
14  had your wife previously been to the United States?
15    **A.  She has never been here before.**
16    Q.  This is her first time in the
17  United States?
18    **A.  Yes.**
19    Q.  Do you have any children?
20    **A.  Yes.**
21    Q.  How many?

Page 20

1    **A.  Four.**
2    Q.  What are their names?
3    **A.  Natan, Hodea, Avishai and Hagai.**
4    Q.  What are their dates of birth?
5    **A.  Natan is August 12, 2003, Hodea is May 29,**
6  **2005, Avishai is July 2, 2007 and Hagai is December**
7  **17, 2009.**
8    Q.  Of what country or countries are your
9  children citizens?
10    **A.  Israel.**
11    Q.  Have you done anything to obtain American
12  citizenship for your children?
13    **A.  No.**
14        MR. STEINER:  Objection.
15  BY MR. HILL:
16    Q.  Where do your parents currently reside?
17    **A.  Ginot Shomron, Israel.**
18    Q.  Have they resided there since you moved
19  there as a child?
20    **A.  Yes.**
21    Q.  How old are your parents today?

Page 21

1    **A.  My father is 60 and my mother is 59.**
2    Q.  Do you have any siblings?
3    **A.  Yes.**
4    Q.  What are their names?
5    **A.  Yael, Hadassah and Efrat.**
6    Q.  Where do they reside?
7    **A.  Yael lives in Petach Tikva, Hadassah lives**
8  **in Michmash and Efrat also in Michmash.**
9    Q.  Do any of your siblings' children live in
10  the United States?
11    **A.  No.**
12        MR. STEINER:  Objection.
13  BY MR. HILL:
14    Q.  Does any of your wife's family live in the
15  United States?
16    **A.  No.**
17    Q.  Sir, I understand you and your wife were
18  injured in a bombing that took place on February 16,
19  2002, is that correct?
20    **A.  Yes.**
21    Q.  Prior to that explosion did you see the

**HILLEL TRATTNER  DEPOSITION   February 12, 2013**                    **Shatsky v. Syrian**

Page 22

1 person or persons who caused -- the person or
2 persons who caused the explosion?
3    **A.  No.**
4    Q.  Do you know if your wife saw the person or
5 persons who caused the explosion?
6         MR. STEINER:  Objection.
7         THE WITNESS:  She didn't.
8 BY MR. HILL:
9    Q.  I understand that at the time you were
10 injured you lost consciousness, is that right?
11         MR. STEINER:  Objection.
12         THE WITNESS:  Not as far as I know.
13 BY MR. HILL:
14    Q.  Tell me what you recollect happening after
15 the explosion.
16    **A.  Nothing.  I remember only for a few**
17 **seconds.**
18         **I remember sitting in the chair and not**
19 **being able to move.  I didn't understand what**
20 **happened.**
21         **I couldn't hear anything.  I couldn't speak.**

Page 23

1 **I saw my wife on the phone.  That's the last thing I**
2 **remember for three days.**
3    Q.  You say that's what you remember.  Has
4 someone told you that you were awake even though you
5 don't have a memory after what you've just
6 described?
7         MR. STEINER:  Objection.
8         THE WITNESS:  As far as -- yes.  As
9 far as I know, I did not lose consciousness.
10 BY MR. HILL:
11    Q.  So you believe you were conscious but you
12 just don't remember what happened after the events
13 you just described?
14    **A.  Yes.**
15    Q.  The reason you believe you were conscious
16 is because someone has told you that you were
17 conscious?
18    **A.  Yes.**
19    Q.  Who has told you that you remained
20 conscious after the period you described?
21    **A.  I don't remember.  Probably my parents.**

Page 24

1    Q.  You mentioned that you were unable to
2 speak.
3         Has anyone told you whether you said
4 anything on the occasion of the explosion?
5    **A.  No one told me that I tried to say**
6 **anything.**
7    Q.  You mentioned that you do have a memory of
8 three days later, is that right?
9    **A.  The first thing I remember is from Tuesday**
10 **morning.  This happened on Saturday night.**
11         **I remember waking up in the hospital and I**
12 **remember my father was sitting next to the bed.**
13 **Even after that, the next few days after that, I**
14 **don't remember everything.**
15    Q.  You remember waking up in the hospital but
16 not much more beyond that, is that right?
17         MR. STEINER:  Objection.
18         THE WITNESS:  I remember waking up in
19 the hospital and for the next week I was in the
20 hospital after that for a week and a half and
21 specific things are there that I do not remember

Page 25

1 happening but I know that they happened because I
2 was told later.
3 BY MR. HILL:
4    Q.  People told you something happened but you
5 don't remember?
6    **A.  Yes.**
7    Q.  When do you believe you -- do you believe
8 that at some point in time you have a complete
9 memory after the events?
10    **A.  Yes.**
11    Q.  When do you think the first time is that
12 you have a complete memory going forward?
13    **A.  I for sure remember what happened after I**
14 **got out of the hospital which is ten days**
15 **afterwards.**
16    Q.  Recognizing that there are some gaps in
17 your memory, sir, can you describe for me the nature
18 of the injuries that you received on February 16,
19 2002?
20         MR. STEINER:  Objection.
21         THE WITNESS:  Yes.

**HILLEL TRATTNER  DEPOSITION   February 12, 2013**                    **Shatsky v. Syrian**

Page 26

1           I cannot see out of my left eye at all.
2    I have shrapnel in my brain.  The hearing in my left
3    ear is decreased.  I cannot hear high frequency
4    sounds almost at all, like an alarm clock.
5           If I'm lying down on my right on the
6    pillow, then I can't hear the alarm clock at all out
7    of my left ear.
8           Normal speaking volume, frequencies, I
9    hear -- it sounds much softer.  You have to talk
10   louder to me if you are talking to me when you are
11   sitting on my left.
12          If someone were to speak softly to me
13   sitting on my left, I have a very hard time hearing
14   them.  Also I have a constant ringing in my left
15   ear.  Sometimes it goes up to be high pitched
16   sounds.
17          Going back to my eye, I have a lot of
18   infections in my left eye.  It happens a lot, every
19   few months.
20          The eye is very dry and it's more prone
21   to infection.  The fact that I cannot see out of my

Page 27

1    left eye causes many, many problems in day to day
2    life.
3           For example, bumping into people that
4    are on my left because I don't know that they are
5    there.
6           I cannot -- I have only 120 degrees of
7    view so I have to always turn my head in order to be
8    able to see what's around me.
9           Another thing that has to do with my
10   eye is the fact that the way that it looks, it
11   doesn't look normal, and people, as far as I'm
12   concerned at least, people always are looking at me
13   and trying to figure out what's wrong, trying
14   to -- don't know why it happened.  Maybe they think
15   I was born like that.  That's something that really
16   bothers me.
17          What else?  On my right hand, I have
18   shrapnel in my right hand which caused nerve damage
19   on three of my fingers which causes a reduced
20   sensation and also hypersensitivity, meaning on one
21   hand if I put my fingers on something that's hot it

Page 28

1    will take me two seconds to understand that it's hot
2    and I won't automatically move my hand which means I
3    can burn myself easier.
4           Another time everything that happens
5    hurts a lot more.  For example, if I -- any force
6    that I have to exert, especially with my middle
7    finger on my right hand, it can hurt.
8           Something that happened just last week
9    at the gas station and pressing on the gas pump and
10   it wasn't moving.  I had to do it a little bit
11   harder and it really, really hurt, something that
12   does not happen on my other hand.
13          Because of this feeling, it's not so
14   easy to understand -- I can't identify exactly what
15   I'm touching.  It's harder to understand what I'm
16   touching.
17          Occasionally, when it's cold out, my
18   hand also hurts, especially where the scars are,
19   where the shrapnel is.
20          My right ankle I also had shrapnel
21   which severed a tendon and the nerve which currently

Page 29

1    causes -- at the beginning I had a cast on.  They
2    did surgery to connect the tendon and the nerve.
3           For around two months I had a cast on.
4    I could not walk.  I was in a wheelchair.  My foot
5    was hurting constantly.  I couldn't sleep for many,
6    many weeks because of that.
7           At one point we went back to the
8    hospital because it was hurting so much, we thought
9    there was something wrong with the cast.  It turned
10   out it was just because of the injury itself.
11          We went through three or four months of
12   physical therapy in order to regain use of my right
13   foot.
14          To this day I have reduced feeling on
15   most of the sole of my right foot which means that I
16   have to be very careful what I step on because I
17   won't be able to feel it.
18          If I'm working at home and one of the
19   kids leaves a tiny toy on the floor, if I step on it
20   with my right foot it really, really hurts, much
21   more than the normal, than my left foot, which is

HILLEL TRATTNER  DEPOSITION    February 12, 2013                    Shatsky v. Syrian

Page 30

1  something that -- actually day to day I have to pay
2  attention a lot more than normal to what I'm
3  stepping on when I'm walking.
4       One more thing I remembered.  Due to
5  the hearing loss in my left ear, it means
6  that -- something that happens almost every day.  I
7  try to not have people sit to my left.
8       For example, if at work we're going to
9  eat, sitting down at the table in the dining room, I
10  always try to take the leftmost seat in the table
11  because otherwise it's very hard to talk with
12  people.
13       Right now I cannot see that my lawyer
14  is sitting here.  If he was talking to me it would
15  be harder to hear him.  Something that
16  actually -- every day it's something that I cope
17  with.
18  BY MR. HILL:
19    Q.  Have you finished your answer?
20    **A.  I'm trying to remember if there's anything**
21  **else that I didn't say.  On my thigh, there's a nail**

Page 31

1  **here under the skin.  You can actually feel it.**
2    **I also have a scar on my left leg somewhere.**
3    **If I go back to my eye, the fact that I only**
4  **have one eye means that I have no spare parts, so to**
5  **speak, and I have to be very careful with anything**
6  **that can happen to my right eye.**
7    **A medical condition which I don't remember**
8  **its name which means that, it means that an injury**
9  **in one eye can affect the other eye which means I**
10  **have to, every half year I have to have a checkup to**
11  **make sure my right eye is okay.**
12    **This is something that's always constantly**
13  **at the back of my head all the time, what will**
14  **happen if something happens to my right eye, then I**
15  **won't be able to see at all.**
16    **I think that's it.**
17       MR. STEINER:  The record should
18  indicate I'm seated to the witness' immediate left.
19  BY MR. HILL:
20    Q.  Are you having trouble hearing
21  Mr. Steiner?

Page 32

1    **A.  No, if he's speaking loudly.**
2       MR. STEINER:  The reason why I stated
3  that was for reference because he said "my lawyer
4  sitting next to me."
5  BY MR. HILL:
6    Q.  You mentioned that you are currently
7  unable to see with your left eye, is that correct?
8    **A.  Yes.**
9    Q.  Has anyone ever told you whether anything
10  could be done to restore vision to your left eye?
11    **A.  Nothing can be done.**
12    Q.  You mentioned that you have some shrapnel
13  in your brain.
14    **A.  Correct.**
15    Q.  Does the shrapnel in your brain affect
16  your daily living?
17       MR. STEINER:  Objection.
18       THE WITNESS:  It doesn't affect me in
19  daily living but it means if I ever have to have an
20  MRI for any future medical condition I won't be able
21  to do it.

Page 33

1  BY MR. HILL:
2    Q.  Apart from preventing you from having an
3  MRI in the future do you believe the shrapnel in
4  your brain has any other continuing effect on you
5  today?
6    **A.  I'm not a doctor so I don't know what will**
7  **happen in the future.  So far it had no effect.**
8    Q.  No one has ever told you that your brain
9  is functioning differently as a result of the
10  shrapnel being there, is that right?
11    **A.  No.**
12    Q.  You are agreeing with me?
13    **A.  Yes.**
14    Q.  You mentioned that your hearing is
15  decreased in your left ear, right?
16    **A.  Yes.**
17    Q.  Has anyone ever told you whether your
18  hearing could be improved with surgery or any other
19  procedure?
20    **A.  The decrease in hearing is for two**
21  **reasons.  One was because of the rupture of the**

HILLEL TRATTNER  DEPOSITION    February 12, 2013                Shatsky v. Syrian

Page 34

1  eardrum and that was fixed in 2002 by surgery but
2  the main issue is nerve damage to the hearing in the
3  left ear and that cannot be repaired.
4      Q.  As far as you know, you've had all of the
5  operations and procedures that could help you
6  improve your hearing in your left ear, correct?
7      A.  Yes.
8      Q.  Do you have any difficulty with your right
9  ear?
10     A.  No.
11     Q.  Do you have any difficulty with your right
12  eye?
13     A.  No.
14     Q.  Do you need to wear corrective lenses or
15  anything in your right eye?
16     A.  No.
17     Q.  You have 20/20 vision in your good eye?
18     A.  As far as I know.
19     Q.  You are able to drive, is that right?
20     A.  Yes.
21         MR. STEINER:  Just for clarity, when

Page 35

1  you asked if there's any difficulties with his right
2  ear, it's my impression it was the witness'
3  understanding you meant as he sits here today.
4  BY MR. HILL:
5      Q.  Did you ever have trouble with your right
6  ear?
7      A.  Also my right eardrum was ruptured but
8  it's healed by itself.
9      Q.  Since your right eardrum has healed you've
10  had no difficulty with that ear?
11     A.  No, that's correct.
12     Q.  You are able to drive?
13     A.  I am now.
14     Q.  Do you have any restrictions on your
15  ability to drive?
16     A.  Yes.  The car has to have two mirrors on
17  both sides.
18     Q.  Can you have a car in Israel that doesn't
19  have two mirrors on the outside?
20     A.  Not any more.  Ten years ago I think you
21  could.

Page 36

1      Q.  With the accommodation of dual outside
2  mirrors you are able to drive safely?
3      A.  Yes.
4      Q.  Have you had any accidents while you were
5  driving since 2002?
6      A.  I don't remember that I did.
7      Q.  Is your family concerned about you driving
8  given the limitations with your vision and hearing?
9         MR. STEINER:  Objection.
10        THE WITNESS:  They are concerned
11  about me period, not specifically about driving.
12  BY MR. HILL:
13     Q.  No one has ever told you they wish you
14  wouldn't drive?
15        MR. STEINER:  Objection.
16        THE WITNESS:  No.
17  BY MR. HILL:
18     Q.  My wife has said that to me and I don't
19  have issues like that.
20        MR. STEINER:  He's answering
21  questions now.  You can ask him whatever you want

Page 37

1  now about his wife.
2  BY MR. HILL:
3      Q.  You mentioned that you cannot hear high
4  frequency sounds.
5         Does your work require you to deal with
6  hearing high frequency sounds?
7      A.  No.
8      Q.  Do you believe the difficulty with your
9  eyes or your ears prevents you in any way from doing
10  your job?
11     A.  No.
12     Q.  Do you believe the difficulties with your
13  eyes and your ears in any way prevent you from
14  relating to your family?
15     A.  To some extent, yes.
16     Q.  In what respect?
17     A.  Not necessarily my family.  In any social
18  gathering it's very hard to hear what's going on,
19  harder to see the whole room.  Right now I'm looking
20  straight at you so that's okay but if I have to see
21  people all around me, it's much harder to understand

**HILLEL TRATTNER DEPOSITION   February 12, 2013**                    Shatsky v. Syrian

---

Page 38

1  what's going on.
2      Q.  Apart from that issue you've described
3  about the perception and the field, any other way
4  that the injury to your eyes or your ears affects
5  your relations with your family and friends?
6          MR. STEINER:  Objection.
7          THE WITNESS:  It affects other things
8  also.  I just remembered it now.
9          The fact I only have one eye means I
10  actually do not see 3-dimensionally.
11         If the surface I'm walking on is not
12  something some used to like a floor, outside there
13  are stones or rocks, it's much harder to understand
14  exactly what the difference in height between them
15  are.
16         It's harder to walk on a surface that I
17  don't know, that I can't predict what the next step
18  is going to be like.
19  BY MR. HILL:
20      Q.  Have you ever injured yourself as a result
21  of the inability to see in three dimensions?

---

Page 39

1      A.  Not that I can remember.
2      Q.  You haven't had any falls or anything like
3  that that you attribute to the problem with the lack
4  of three dimensional vision?
5      A.  No.
6      Q.  Do the injuries to your eyes or ears
7  prevent you from doing any physical activities that
8  you would like to do?
9      A.  Not that I can think of.
10      Q.  You appear to be a relatively fit person.
11  Do you engage in exercise?
12      A.  I have back pain.  Only in order to -- I
13  do exercise in order to help with that.
14      Q.  What kind of exercise do you do regularly?
15      A.  Many things that stretch the lower back
16  muscles that I got from the chiropractor, things
17  like that.
18      Q.  Do you believe the lower back pain you
19  described is related to the injuries you sustained
20  in February 2002?
21      A.  I'm not a doctor, but probably not.

---

Page 40

1      Q.  Are you able to run if you need to?
2      A.  I am now.  At the beginning I could not.
3          MR. STEINER:  Objection.
4  BY MR. HILL:
5      Q.  Approximately how long after February of
6  2002 were you able to run?
7      A.  Approximately half a year.
8      Q.  You are able to walk normally on a day to
9  day basis?
10          MR. STEINER:  Objection.
11          THE WITNESS:  If I had my shoes on,
12  yes.  Walking barefoot around the house is harder.
13  BY MR. HILL:
14      Q.  Did you typically walk around barefoot
15  before February 2002?
16      A.  Yes.
17      Q.  Do you still do that today?
18      A.  I do but taking -- I have to be much more
19  careful.
20      Q.  Have you ever injured yourself because of
21  stepping on something while you were barefoot since

---

Page 41

1  February 2002?
2      A.  Not because of stepping on something but
3  the place where the scar is on my right ankle is
4  very, very sensitive and it happens to me
5  occasionally I bump into something by accident,
6  walking around and there's the leg of a bed or leg
7  of a chair and hits that exact location, it really,
8  really hurts and it radiates to all around the area
9  where it hurts, where it hits my foot.
10      Q.  Are you saying that you think you
11  occasionally bang your ankle on things because of
12  the injuries you received in 2002 or are you saying
13  when you bump your ankle on something it just hurts
14  more?
15      A.  It hurts more.
16      Q.  You are not saying you are more clumsy as
17  a result of the injuries February 2002, are you?
18      A.  No.
19      Q.  You mentioned that you have ringing in
20  your ear, is that right?
21      A.  Yes.

---

Page 42

1    Q.  It's only in the left ear, is that right?
2    **A.  Yes.**
3    Q.  Has anyone ever told you whether anything
4  could be done to reduce the ringing?
5    **A.  An ear doctor tells me that nothing can be**
6  **done, it's nerve damage.**
7    Q.  As far as you know, there's no additional
8  treatment that could reduce the ringing in the ear?
9    **A.  No.**
10    Q.  You say it varies sometimes?
11    **A.  It's a constant background noise.  In some**
12  **cases it becomes much more high pitched.**
13    Q.  Does the constant background noise prevent
14  you from doing any of your daily living tasks?
15    **A.  It's noise in the background.  It's**
16  **something you learn to live with.  It doesn't**
17  **prevent me from doing any tasks.**
18    Q.  On the occasions when it becomes, does it
19  become louder or more high pitched?
20    **A.  Louder and high pitched.**
21    Q.  On the occasions when it becomes louder

Page 43

1  and more high pitched, does that prevent you from
2  doing any daily activities?
3    **A.  It's very, very annoying.  It goes away**
4  **fast.  It starts for maybe 20, 30 seconds.**
5  **Sometimes then it's hard to hear anything.  If you**
6  **are in a room with people and talking to them, it's**
7  **very hard -- I have to move my head to the right to**
8  **maybe hear them.**
9    Q.  The episodes where it's been louder and
10  more high pitched, that's never caused you an
11  accident or anything like that, has it?
12    **A.  No.**
13    Q.  How frequently do you have those episodes
14  where it becomes louder and high pitched?
15    **A.  Happens every few days.  It's not**
16  **something that's -- it's not clockwork.**
17    Q.  The problems with the ringing in the ears
18  ever cause you to have trouble sleeping?
19    **A.  No.**
20    Q.  You mentioned that you've occasionally had
21  infections in your left eye, is that correct?

Page 44

1    **A.  Yes.**
2    Q.  Is that because you can't see through the
3  eye and, therefore, you don't realize there's
4  something wrong with it?
5        MR. STEINER:  Objection.
6        THE WITNESS:  It's not because of
7  that.
8        It's because the injury to the eye
9  itself, it's -- it's always more dry and it's more
10  prone to infection because of that.
11  BY MR. HILL:
12    Q.  Part of the injury is in addition to the
13  blindness in the eye, the eye is dryer than --
14    **A.  Also it's sunken in.**
15      **It has very low pressure and the shape of it**
16  **is different, the form, and due to this it's more**
17  **prone to infection.**
18    Q.  Has anyone ever told you whether you
19  should use eyedrops on a regular basis to help
20  reduce the chance of infection?
21    **A.  I use eyedrops on a regular basis.**

Page 45

1    Q.  Do you believe it causes it to be infected
2  less than it would be without the eyedrops?
3        MR. STEINER:  Objection.
4        THE WITNESS:  For sure it's because
5  of that.  It helps, but it still happens.
6  BY MR. HILL:
7    Q.  How do you treat these infections when
8  they happen?
9    **A.  Go to the eye doctor and do whatever he**
10  **says.**
11    Q.  What's the typical treatment?  Is it more
12  eyedrops or do you take an oral medication?  How do
13  you treat it?
14    **A.  It depends on the case.  It depends.  It's**
15  **according to what the doctor prescribes.**
16    Q.  How long do these infections typically
17  last?
18    **A.  In between a week and two weeks.**
19    Q.  While you are having one of these
20  infections in your eye, does that prevent you from
21  going about your daily activities?

HILLEL TRATTNER  DEPOSITION   February 12, 2013          Shatsky v. Syrian

Page 46

1   A.  It makes me more tired which can affect
2   daily activities.
3   Q.  Does it prevent you from sleeping?
4   A.  No.
5   Q.  Does it prevent you from doing your work?
6   A.  It makes me more tired, as I said.
7   Q.  Can you recall an occasion when you had to
8   leave work early or not do some work that you should
9   have done because of an eye infection?
10   A.  Whenever I want to go to the doctor it
11   means -- it's usually during work hours.
12   Q.  Apart from missing work to visit the
13   doctor for the eye infections, has the infection
14   ever prevented you from doing work you needed to do?
15   A.  Not that I can remember.
16   Q.  You mentioned you have a limited field of
17   vision, a 120-degree field of vision, is that right?
18   A.  Yes.
19   Q.  Your understanding is a normal person has
20   a 180-degree field of vision?
21   A.  Yes.

Page 47

1   Q.  Is the peripheral vision on your right
2   side affected in any way?
3   A.  Not that I know of.
4   Q.  It's peripheral vision on your left side
5   that you've lost?
6   A.  I can't see anything from my nose to the
7   left.
8   Q.  Does that prevent you from doing the work
9   that your job requires?
10   A.  No.
11   Q.  Does it prevent you -- you said that you
12   believed that your eye does not look normal, is that
13   right?
14   A.  That's correct.
15   Q.  Has anyone ever suggested to you that
16   something could be done to improve the appearance of
17   your left eye?
18   A.  I went to a doctor eleven years ago.
19   Something could be done, an operation could be done
20   to improve the appearance but it also can risk my
21   right eye and because of that I decided not to do

Page 48

1   anything because it's more important I see out of my
2   right eye.
3   Q.  It's fair to say that you could do
4   something to improve the appearance of the left eye
5   but you decided on balance to leave it the way it
6   was?
7          MR. STEINER:  Objection.
8          THE WITNESS:  That's the
9   recommendation I got from the doctor.
10   BY MR. HILL:
11   Q.  The doctor recommended you not do it?
12   A.  Yes.
13   Q.  What was the nature of the possible
14   procedure to improve the appearance of the left eye?
15   A.  I don't remember all the medical details
16   about it.
17      It's something to do with injecting
18   something into my eye to make it have more pressure
19   in it so it will look better but it's not
20   recommended in my case because it cannot return the
21   vision because the vision is due to nerve damage.

Page 49

1   Q.  How do you understand the procedure that
2   you've discussed on your left eye could potentially
3   impact your right eye?
4   A.  There's a medical condition, I don't
5   remember its name, sympathetic something or other,
6   which means any injury to one eye can cause the
7   other eye to react as if it was injured.
8   Q.  Has anyone ever told you whether you can
9   wear a contact lens to improve the appearance of
10   your left eye?
11   A.  No one told me but that won't help because
12   the problem is that it's sunken in also.
13   Q.  A lens could maybe improve the appearance
14   but wouldn't affect the ringing?
15          MR. STEINER:  Objection.
16          THE WITNESS:  That's what I said.
17   Actually the appearance is not only my eye.  It's
18   also my left temple which is also sunken in due to
19   the shrapnel that went in from there.
20   BY MR. HILL:
21   Q.  Have you ever attempted to see if you

HILLEL TRATTNER DEPOSITION   February 12, 2013                              Shatsky v. Syrian

Page 50

1  could get a contact lens or something that would
2  improve the appearance of the left eye?
3      A.  This was another option that the eye
4  doctor told me in the beginning and due to the fact
5  my eye is always dry and also wasn't -- can't put a
6  contact lens on a dry eye because that can also
7  cause infection.
8      Q.  Did the doctor recommend that you use a
9  contact lens in the left eye?
10     A.  He didn't recommend it.  He told us all
11 options and told us what he thinks we should do,
12 which is nothing.
13     Q.  You mentioned that your temple is sunken
14 in?
15     A.  Yes.
16     Q.  Has anyone ever told you whether you could
17 repair that through cosmetic surgery?
18     A.  No.
19     Q.  Have you ever considered that as an option
20 to repair the sunken in area around your temple?
21     A.  No.

Page 51

1      Q.  Is that something that bothers you, the
2  sunken in area?
3      A.  The way the whole area looks bothers me,
4  my eye, the temple.  They are right next to each
5  other.
6      It looks like it's one -- when someone looks
7  at me, they are looking at that specific area.
8      It bothers me a lot.  Any time at work if
9  there's someone I'm meeting that does not know me
10 and doesn't know what happened, as far as I'm
11 concerned it seems to me that all they are doing is
12 looking at my eye and wondering what happened, why
13 does it look like that.
14     Q.  You've never sought to determine whether
15 you could repair the damage to the temple with
16 cosmetic surgery, is that right?
17     MR. STEINER:  Objection.
18     THE WITNESS:  No.
19 BY MR. HILL:
20     Q.  You agree with me?
21     A.  Yes.

Page 52

1      Q.  You mentioned that you had some shrapnel
2  in your right hand, is that correct?
3      A.  Yes.
4      Q.  Have you had any surgery or procedure to
5  try and improve the condition of your right hand?
6      A.  As far as I know, surgery was done that
7  night, the night of the attack.  They removed the
8  shrapnel from there.
9      I actually saw the surgeon who did the
10 surgery a few months later to try to understand what
11 could be done about the loss of feeling and the
12 conclusion of that meeting with the doctor was that
13 surgery could be done to see maybe it will help.
14 The chances of it helping were low.
15     Even if -- whether it helped or not, still I
16 have to do physical therapy for a few months on my
17 hand just because of doing the exploratory surgery.
18 The doctor also recommended not to do anything
19 because most likely it's nerve damage that cannot be
20 repaired.
21     Q.  You could have had further procedures on

Page 53

1  the right hand to try to improve it.  The doctor
2  didn't think that was the right approach and you
3  agreed?
4      MR. STEINER:  Objection.
5      THE WITNESS:  The doctor did not
6  think that it would help.
7  BY MR. HILL:
8      Q.  Has anyone told you whether any other
9  therapy or treatment could improve the condition of
10 your right hand other than surgery?
11     A.  As far as I know, there is no other
12 treatment.
13     Q.  Are you right-handed or left-handed?
14     A.  Right-handed.
15     Q.  Does the injury to your right hand prevent
16 you from doing anything in your daily activities?
17     A.  As I said before, any time I have to do
18 something with force with my right hand, it's harder
19 to do because I can't exactly feel what I'm pressing
20 on, for example.
21     Before I gave you an example of going to the

Page 54

1  **gas station but it can happen with anything.  To**
2  **hold something very tight, it's very hard to do,**
3  **especially with my middle finger.**
4      Q.  Your daily work involves working on a
5  computer, right?
6      **A.  Yes.**
7      Q.  Does the condition of your right hand
8  prevent you from doing anything on the computer you
9  need to do at work?
10     **A.  It hasn't so far.**
11     Q.  Has there been an occasion where you were
12 unable to grip something with your right hand and
13 injured yourself or someone else as a result?
14     **A.  No.**
15     Q.  Have you ever dropped something with your
16 right hand?
17     **A.  I don't remember such an occurrence.**
18     Q.  You mentioned that you've had some
19 shrapnel in your right ankle and that you had a
20 surgery as a result.
21     **A.  Yes, surgery was done the same night.**

Page 55

1      Q.  I think you mentioned that you have some
2  reduced sensation on the bottom of your foot, is
3  that right?
4      **A.  Yes.**
5      Q.  Has anyone ever told you whether
6  additional surgeries or treatment could improve the
7  lack of sensation on the bottom of your foot?
8      **A.  I was told by a few doctors that it**
9  **cannot.**
10     Q.  You mentioned that you had done some
11 physical therapy after you were released from the
12 hospital, correct?
13     **A.  Yes.**
14     Q.  Did you complete all the physical therapy
15 that was recommended for you?
16     **A.  Yes.**
17     Q.  Since the completion of that physical
18 therapy after you were released from the hospital
19 has anyone recommended any other physical therapy or
20 treatment for you?
21     **A.  No.**

Page 56

1      Q.  You mentioned that you had a nail in your
2  leg, is that right?
3      **A.  Yes.**
4      Q.  Has anyone ever told you whether that
5  could be removed?
6      **A.  It could be removed but there was no**
7  **reason to because it wasn't bothering me.**
8      Q.  Does it bother you today?
9      **A.  Apart from the fact that it's there and**
10 **you can actually feel it, then no.**
11     Q.  It doesn't cause you any discomfort?
12     **A.  No.**
13     Q.  Doesn't prevent you from walking or
14 running or anything like that?
15     **A.  No.**
16     Q.  You mentioned that you had a scar on one
17 of your legs, is that right?
18     **A.  Yes.**
19     Q.  Does that cause you any difficulty day to
20 day?
21     **A.  No.**

Page 57

1      Q.  Does the scar prevent you from doing
2  anything you would otherwise want to do?
3      **A.  No, not until now.**
4      Q.  Have you ever considered whether the scar
5  could be repaired or lessened with plastic surgery?
6      **A.  No.**
7      Q.  You mentioned that you get an annual
8  checkup on your right eye, is that correct?
9      **A.  At least twice a year.**
10     Q.  So far no difficulties with the right eye?
11     **A.  No.**
12         MR. STEINER:  Objection.
13         MR. HILL:  Do you want to take a
14 break?
15         THE WITNESS:  Fine with me.
16 BY MR. HILL:
17     Q.  What were the nature of the injuries that
18 your wife sustained on February 16, 2002?
19         MR. STEINER:  Objection.
20         THE WITNESS:  She had burns on her
21 face, on her arms and her legs, first and second

Page 58

1  degree burns, and she had shrapnel in both of her
2  legs as far as I remember and also other places too,
3  I don't remember the exact places.  Those are the
4  physical injuries.
5          From an emotional point of view, first
6  of all she saw it happen.  She remembers everything
7  from there.
8          She said my condition was very serious.
9  She went with me in the ambulance to the hospital.
10 Then she was taken to be treated by herself.
11         She didn't know what was happening with
12 me.  She didn't see me for three days, also until
13 Tuesday.
14         Then when she did come to see me and I
15 saw her face which was all burned, the first thing
16 that I said, and I actually remember this, is "I
17 want a mirror and" I looked at myself and then I
18 looked out the room because I thought I looked the
19 same.
20         I also had burns on my face.  They
21 weren't that bad but they didn't look nice.  Until

Page 59

1  this day she remembers it as a very, very bad
2  experience.
3          After that I was in the hospital on and
4  off for four months.  She was home by herself for
5  four months.
6          After I got out of the hospital after
7  ten days I went to a place called Beit Livingston
8  which is a hospital.
9          When I was there, the purpose of going
10 there was to do -- two reasons.  One to do a
11 physical therapy on my hand and then my foot because
12 I could not -- because of the shrapnel in my hand I
13 couldn't close my hand, couldn't move my thumb.  The
14 second thing is whether it caused any cognitive
15 brain damage.
16         I was there for two weeks and during
17 those two weeks my fever went up and I had no
18 appetite.  I didn't eat at all.  Within -- we'll get
19 to that in a minute.
20         My blood test had shown that my liver
21 enzymes had gone up into the thousands which is like

Page 60

1  a hundred times too high.
2          Then I went to the hospital intensive
3  care.  After a few days and all sorts of tests it
4  was determined I had a side effect of one of the
5  medications they were giving me which caused that.
6          I was in intensive care for a week and
7  actually it was a life threatening condition I was
8  in.
9          This whole time my wife, being injured
10 herself, had to go through watching me being in a
11 life threatening condition again a few weeks after
12 the original time, something that was very hard for
13 her.  Also my parents, they were also there with her
14 together.
15         During the three weeks since I, three
16 or four weeks since it happened I lost twelve kilos.
17 I didn't weigh that much before that.
18         I came to the point that I couldn't go
19 more than two hours -- after I got out of the
20 hospital and went back after the liver issue was
21 resolved to the point I could not go more than two

Page 61

1  hours without eating because I lost so much weight.
2          I was still in the wheelchair at the
3  time.  I always had a bottle of water next to me.
4          After I got out of the wheelchair it
5  was very hard for me not knowing that I had the
6  bottle of water next to me in case I have to drink.
7  I was so afraid what will happen if I don't have
8  food.
9          The whole process of recovering, doing
10 the physical therapy, not being able to walk, not
11 being able to do anything around the house after I
12 got back to the house, the feeling of a total loss
13 of control, I couldn't do anything, I did not want
14 to do anything.
15         All I wanted to do was concentrate on
16 myself and how much it hurt, what could be done.
17         This is something that is the total
18 opposite of my normal personality.
19         This meant that all of the -- talking
20 about making doctor's appointments, figuring out
21 which doctor to go to, all of these things actually

**HILLEL TRATTNER  DEPOSITION   February 12, 2013**                    **Shatsky v. Syrian**

Page 62

1   my wife had to do which is something -- things that
2   she didn't normally do before that.
3        This is also something that was very
4   hard for me. Also the fact that I wasn't home for
5   four months, that was also something that was very
6   hard for her.
7        The whole process of the recovery of
8   not knowing what would heal itself, what would not
9   heal itself, it's a very disconcerting thing, to not
10   know what the future, what lies in the future, not
11   in the far future but only in the next two or three
12   weeks.
13        Will I be able to walk normal again,
14   will I not, how much of the hearing can be -- will
15   return, very, very worried about myself because I
16   did not know how much of what I had done before
17   would still, would I still be able to have after the
18   initial recovery.
19        My wife -- we were only married for six
20   months at the time.
21        My wife was very worried about how it

Page 63

1   would affect our marriage, the fact that there was a
2   big change, big thing that has happened right after
3   we got married.
4   BY MR. HILL:
5   Q.   Did you finish your answer?
6   A.   Yes.
7   Q.   You mentioned that your wife had received
8   some burns and some shrapnel.
9        Do those burns or shrapnel affect her daily
10   living now?
11        MR. STEINER:  Objection.
12        THE WITNESS:  As far as the burns go,
13   she is not supposed to go out into the sun at all
14   without putting on protective lotion. The shrapnel
15   apart from it looks bad, that's the effect it has
16   now, the way it looks.
17   BY MR. HILL:
18   Q.   You mentioned she needs to wear sun screen
19   when she goes outside?
20   A.   Yes.
21   Q.   Was she a person who would lay out and tan

Page 64

1   before?
2   A.   No, but her skin is not so light and she
3   never burned easily in the sun.
4   Q.   Has the need to wear sun screen when she
5   is out in the sun for a prolonged period affected
6   any activities that the two of you would otherwise
7   like to do?
8   A.   Not that I can think of.
9   Q.   You mentioned that the shrapnel looks bad.
10   Has that prevented her from doing anything she would
11   like to do?
12        MR. STEINER:  Objection.
13        THE WITNESS:  I don't know.
14   BY MR. HILL:
15   Q.   Has it prevented the two of you from doing
16   something you wanted to do?
17   A.   I don't think so.
18   Q.   You mentioned that after the bombing you
19   became ill and had to go back to the intensive care
20   unit at the hospital?
21   A.   Yes.

Page 65

1   Q.   The reason you had to go back to intensive
2   care was because you had some sort of infection?
3   A.   No, it wasn't an infection.
4        One of the medicines that they give to
5   people who had a brain injury, the medication is
6   supposed to prevent seizures in your brain and it
7   has -- it could have side effects and one of them
8   can be increased liver enzymes activity.  I had that
9   side effect.
10   Q.   The reason you had to go back to the
11   hospital was because of the medication you were
12   taking?
13        MR. STEINER:  Objection.
14        THE WITNESS:  Yes.
15   BY MR. HILL:
16   Q.   Has anyone ever told you whether the
17   doctors who prescribed that medication for you had
18   made a mistake?
19   A.   As far as I know, there's no other option.
20   Not taking the medication could have caused further,
21   caused brain damage.  There wasn't really any

HILLEL TRATTNER  DEPOSITION     February 12, 2013                    Shatsky v. Syrian

Page 66

1  **choice.**
2      Q.  Do you believe you have any lasting
3  effects because of this episode of the medicine
4  causing the difficulty with your liver?
5          MR. STEINER:  Objection.
6          THE WITNESS:  Until now there haven't
7  been.
8          Liver function has returned to normal
9  but no way to know what will happen in the future.
10 BY MR. HILL:
11     Q.  Are you at any risk of liver disease that
12 you are aware of?
13         MR. STEINER:  Objection.
14         THE WITNESS:  I don't know.
15 BY MR. HILL:
16     Q.  Do you consume a lot of alcohol that might
17 cause liver problems?
18     **A.  No.**
19     Q.  You mentioned that there was a period of
20 time where you were worried about yourself and
21 didn't feel like you were helping your wife as much

Page 67

1  as you should, right?
2          MR. STEINER:  Objection.
3          THE WITNESS:  The period of time that
4  I was worried about myself is until now.  It's not a
5  matter of not helping my wife.  I couldn't do
6  anything.
7          At the beginning, even when I was
8  visiting at home, I couldn't do anything around the
9  house at all because I couldn't -- I couldn't even
10 walk around on crutches because I couldn't hold them
11 because of my hand.
12         My wife had to do everything in the
13 house, everything that had to do also with all the
14 medical issues.
15 BY MR. HILL:
16     Q.  How long did that period that you've
17 described where your wife was having to do
18 everything last?
19     **A.  Probably around four months.**
20     Q.  Four months after February?
21     **A.  Until June.**

Page 68

1      Q.  In June would you say you were able to do
2  things around the house?
3      **A.  Came back gradually.  Yes, in June.**
4      Q.  You say there was a period of time where
5  you were behaving in the opposite of your normal
6  personality.  Do you remember saying something like
7  that?
8      **A.  Yes.**
9      Q.  How long did that period where you were
10 out of personality last?
11     **A.  Also a few months.  I don't remember the**
12 **exact dates and everything.**
13     Q.  What's your best estimate of when you sort
14 of returned to having your normal personality as you
15 described it?
16     **A.  Also June, July, something like that.**
17     Q.  June or July of 2002?
18     **A.  Yes.**
19     Q.  Would you say you have a good marriage
20 today?
21     **A.  Yes.**

Page 69

1      Q.  Would you say you've had a good marriage
2  since approximately June of 2002?
3      **A.  Yes.**
4      Q.  Your wife has said that in hindsight she
5  thinks going through this experience in February
6  actually caused you to have a stronger marriage.  Do
7  you agree with that?
8      **A.  Could be.  It's very hard to answer a**
9  **question like that because I have nothing to compare**
10 **it to.**
11     Q.  You would agree with her that you
12 currently have a strong marriage?
13     **A.  Yes.**
14     Q.  I believe you also said that one of the
15 effects of this bombing in February 2002 was that it
16 changed your priorities, is that right?
17     **A.  Yes.**
18     Q.  In what way were your priorities changed
19 as a result of this event?
20     **A.  That's philosophical actually, that family**
21 **is more important, family takes precedence over**

HILLEL TRATTNER  DEPOSITION     February 12, 2013                    Shatsky v. Syrian

Page 70

1  work.
2       They are the only ones who are going to take
3  care of you if something happens to you to the point
4  that if someone comes to see me today at work and
5  says do you want to get a promotion, my answer would
6  probably be no because it will mean I'll have to
7  work more hours and I'll be home with my family less
8  and this is something that probably I wouldn't have
9  said before the attack.  Probably I would have said
10 the opposite.
11      Q.  Do you believe that this change in
12 philosophy as you've described it is a positive
13 thing?
14      A.  Currently in the current condition, state
15 of mind, yes, but I think it's very subjective.
16      Q.  From your own perspective --
17      A.  It's positive because this is something
18 that I think I want to do now.
19      It's not necessarily what I would have
20 thought beforehand.
21      Q.  Can you think of any other positive

Page 71

1  effects that this event has had on you or your
2  family?
3       A.  I didn't say that this was a positive
4  effect.
5       I said this is a change in the way that I
6  think of things.
7       Whether it's positive or not, you know, I
8  can't think of any other changes, the way that I
9  think, you know.
10      MR. STEINER:  I think the witness is
11 asking to have the question clarified.
12      THE WITNESS:  Yes, I don't understand
13 what you mean.
14 BY MR. HILL:
15      Q.  At the time this happened you did not have
16 any children, right?
17      A.  That's correct.
18      Q.  Do you believe that you have a good
19 relationship with your children?
20      A.  Yes.
21      Q.  Do you believe that the good relationship

Page 72

1  with your children is in part attributable to this
2  philosophy you've described of putting your family
3  before your work?
4       A.  I don't know.
5       Q.  I think you said earlier you believe you
6  have a strong marriage now.
7       Do you believe that the good relationship
8  you have with your wife is in part related to this
9  philosophy of putting your family before your work?
10      A.  I don't know that either.
11      Q.  Have you ever had any mental health
12 treatment of any kind?
13      A.  I had a weekly session with a
14 psychologist.  Apart from that, no.
15      Q.  What was the name of the psychologist you
16 saw?
17      A.  I don't know.  I don't remember.
18      Q.  How many times did you see this person?
19      A.  I don't remember the number of times but
20 based on the amount of times that I was there it was
21 probably 6, 7, 8 times, something like that.

Page 73

1       Q.  A man or woman?
2       A.  A woman.
3       Q.  What did you do during these sessions?
4       A.  It's a very long time ago and I don't
5  really remember exactly what we talked about there.
6       Q.  Do you believe those sessions helped you?
7       A.  Probably not.
8       Q.  Has anyone ever told you you should get
9  any counseling or mental health treatment?
10      A.  No.
11      Q.  Do you believe you need any counseling or
12 mental health treatment?
13      A.  No.
14      Q.  Do you believe you have a mental illness
15 as a result of the bombing on February 16, 2002?
16      MR. STEINER:  Objection.
17      THE WITNESS:  Depends on the
18 definition of mental illness.
19      The fact is that I always am worried
20 about what will be in the future, especially about
21 my eye.

Page 74

1          The fact that I cannot do an MRI also
2    is something that I hope I never need it but if I
3    do, I won't be able to do it because of the
4    additional risk.
5          The fact that I can't see or hear that
6    well on my left side is something that's a day to
7    day reminder of what happened.
8          Many, many times when my mother looks
9    at me, it reminds her, I can see on her face, that
10   she is looking at that.  She sees me and it's not
11   the same as it was.
12         This is something that from an
13   emotional point of view is something that really,
14   really bothers her to the point you can't even talk
15   to her about it.
16         At the beginning, the first half a year
17   was very, very hard ordeal going through many
18   injuries at once, many different parts of the body
19   all at the same time.
20         It was always like a contest which is
21   the one that needs to be taken care of right now?

Page 75

1          I try to prioritize the injuries and
2    decide which is the next one we're going to try to
3    handle, which is the next doctor we have to go to to
4    get a third and fourth and fifth opinion and as I
5    said before, the fact that I could not do anything,
6    I couldn't walk, in the hospital I couldn't move, I
7    was in intensive care, I was lying down in the
8    hospital bed and I couldn't even move one inch to
9    the right without help.
10         If these things are considered as a
11   mental illness, then yes.
12   BY MR. HILL:
13     Q.  Is it fair to say that the issues that
14   you've just described have never caused you to seek
15   any professional mental health help?
16     **A.  I didn't think that professional help**
17   **would help any more than talking to a few of my**
18   **friends or people in my family.**
19         **I think that helped just as much as**
20   **professional help.**
21     Q.  But it is the case that you have not ever

Page 76

1    sought any professional help for the issues you just
2    described, right?
3      **A.  Right.**
4      Q.  Has anyone ever told you whether you have
5    a mental illness?
6      **A.  No one has told me.**
7      Q.  Has anyone ever recommended that you
8    receive professional mental health?
9      **A.  Only when I was in the hospital, and**
10   **that's why I did it.**
11     Q.  Did the psychologist at the hospital tell
12   you you should continue to see a psychologist or
13   psychiatrist after you left the hospital?
14     **A.  I don't remember if she did or not.**
15     Q.  Has your wife ever had any mental health
16   treatment?
17     **A.  Not related to this, no.  Related to this,**
18   **I don't know.**
19     Q.  Has she had mental health treatment that
20   you believe is unrelated to the February 2002
21   bombing?

Page 77

1      **A.  No.**
2      Q.  Has she ever had any mental health
3    treatment at all?
4      **A.  I don't know when she was in the hospital**
5    **there if there was anything, any mental health**
6    **treatment.  I don't think so.**
7      Q.  As far as you know, your wife has never
8    seen a psychologist or psychiatrist, is that
9    correct?
10     **A.  Yes.**
11     Q.  Have the two of you ever seen a marital
12   counselor or anything like that?
13     **A.  No.**
14     Q.  Ever seen a family counselor or anything
15   like that?
16     **A.  No.**
17     Q.  As far as you know, your wife has never
18   had any sort of counseling, right?
19     **A.  Right.**
20     Q.  Do you know if your wife has ever been
21   prescribed any medication to help her with --

HILLEL TRATTNER DEPOSITION   February 12, 2013                    Shatsky v. Syrian

Page 78

1      A.  She was not.
2      Q.  Have you ever told your wife that you
3  thought she should see a mental health specialist?
4      A.  No.
5      Q.  Do you believe she needs such help?
6      A.  No.
7      Q.  Do you believe your wife has a mental
8  illness?
9      A.  She has, again -- the whole ordeal of
10  going through the attack itself and the recovery,
11  her recovery and my recovery, it was very hard for
12  her.
13      Q.  You don't believe that she is mentally
14  ill?
15      A.  It depends on the definition of mental
16  illness.
17      Q.  What do you understand it to be?
18          MR. STEINER:  Objection.
19          THE WITNESS:  If we call emotional
20  distress or very hard, very difficult ordeal that
21  she went through, then yes.

Page 79

1  BY MR. HILL:
2      Q.  Has anyone ever told your wife, to your
3  knowledge, that she has a mental illness?
4          MR. STEINER:  Objection.
5          THE WITNESS:  I don't know.
6  BY MR. HILL:
7      Q.  Has anyone in your family ever had a
8  mental illness?
9      A.  Not related to this, I don't think so.
10      Q.  Are you aware of anyone in your family
11  having any sort of mental illness?
12          MR. STEINER:  Objection.
13          THE WITNESS:  I'm not aware of
14  anything that's not related to this attack.
15  BY MR. HILL:
16      Q.  Are you aware of anyone in your family
17  ever being mentally ill?
18          MR. STEINER:  Objection.
19          THE WITNESS:  My parents went through
20  a very hard time when I was -- due to the attack.  I
21  was in the hospital.

Page 80

1          I think I just said a few minutes ago I
2  described to this day it's very, very hard for my
3  mother just to think about it even.
4  BY MR. HILL:
5      Q.  Apart from your parents are you aware of
6  anyone else in your family being mentally ill?
7          MR. STEINER:  Objection.
8          THE WITNESS:  I am sure that my
9  sisters didn't take it too easily either.
10          I know that one of my sisters, my
11  father had to force her to go home to be with her
12  son who was a year old at the time and not be with
13  me in the hospital.  I remember this.
14          Another one of my sisters, at the time
15  she was doing national service.  At the end of the
16  year they complained that she wasn't even there for
17  a few months because she was busy with me.  They
18  also went through a lot.
19  BY MR. HILL:
20      Q.  Are you aware of anyone else in your
21  family who has ever been mentally ill?

Page 81

1          MR. STEINER:  Objection.
2          THE WITNESS:  The same also applies
3  to my grandparents who were alive at the time.  I
4  don't think it was easy for them to see their
5  grandson in that condition.
6  BY MR. HILL:
7      Q.  Anyone else in your family who you believe
8  has ever been mentally ill?
9      A.  Not that I know of.
10      Q.  You mentioned your parents.  Have either
11  of your parents ever had any treatment with a
12  psychologist or psychiatrist?
13      A.  Not that I know of.
14      Q.  Have either of them ever had any sort of
15  counseling of any kind?
16      A.  I don't know.
17      Q.  You don't know of any such counseling?
18      A.  No.
19      Q.  Have either of your parents ever taken any
20  medication for mental health issue?
21      A.  I don't know.

**HILLEL TRATTNER DEPOSITION   February 12, 2013**          **Shatsky v. Syrian**

Page 82

1    Q.   You mentioned your sisters.  Have either
2    of them ever received any mental health counseling
3    that you are aware of?
4        **A.   I'm not aware of any of them.**
5        Q.   Do you know if either of your sisters have
6    ever received any medications that are related to
7    mental health issues?
8        **A.   I'm not aware.**
9        Q.   As far as you know, none of your three
10   sisters have ever had medications for mental health
11   issues?
12       **A.   No.**
13       Q.   You agree with that?
14       **A.   I agree with it but I said I don't know.**
15       Q.   Do you know if any of your grandparents
16   have ever had any sort of mental health counseling?
17       **A.   I don't know.**
18       Q.   Do you know if any of your grandparents
19   have ever had any medication for mental health
20   issues?
21       **A.   I don't know.**

Page 83

1    Q.   Where did your wife go to high school?
2        **A.   In Tel Aviv called Teitlan.**
3        Q.   Do you know when she graduated from high
4    school?
5        **A.   1996.**
6        Q.   Did she go to college?
7        **A.   Yes.**
8        Q.   Where did she go to college?
9        **A.   Also Bar Ilan.**
10       Q.   What years was she in college?
11       **A.   Same years as mine.  She finished in 2000.**
12       Q.   Did she graduate?
13       **A.   Yes.**
14       Q.   What's her degree?
15       **A.   Computer Sciences.**
16       Q.   Did she serve in the Army?
17       **A.   No.**
18       Q.   Did she do national service?
19       **A.   Yes.**
20       Q.   Where did she do her national service?
21       **A.   It was with deaf children.  I don't know**

Page 84

1    what city it was in.
2        Q.   Do you know if she worked between high
3    school and college graduation?
4        **A.   I know that she worked some time.  I don't**
5    **know what it was.**
6        Q.   Do you know what jobs she has had since
7    she graduated from college?
8        **A.   Yes.**
9        Q.   Where was her first job after college?
10       **A.   First job was in a place called Mainsoft.**
11   **She worked there for a few months, I think, before I**
12   **knew her.  I'm not sure exactly.  Then she worked**
13   **for two and a half years in a company called RIT in**
14   **Tel Aviv.  She was working there at the time of the**
15   **attack.**
16       Q.   What kind of a job did she have at RIT?
17       **A.   She was a computer programmer.**
18       Q.   What was her next job after RIT?
19       **A.   She worked in a place called Tegrity.  If**
20   **I'm not mistaken, it was in 2003.**
21       Q.   How long did she work in Tegrity?

Page 85

1        **A.   It was less than a year.  I don't remember**
2    **exactly.  She worked until our older son was born.**
3        Q.   What was her job at Tegrity?
4        **A.   I don't remember the exact description.**
5    **It had something to do with testing some system but**
6    **I'm not sure of the details.**
7        Q.   She was still doing work with computers?
8        **A.   Yes.**
9        Q.   You said she left Tegrity when your son
10   was born?
11       **A.   As far as I remember, yes.**
12       Q.   Has she worked since then?
13       **A.   Yes.**
14       **After that she worked for a year in 2004**
15   **until my daughter was born at a place called**
16   **MV Simulations which is in Petach Tikva.**
17       Q.   What was her job there?
18       **A.   Also programming.  She did not go back**
19   **after our daughter was born.**
20       **She was home for a year and in mid-2006 she**
21   **started working at a place called ECI which is also**

HILLEL TRATTNER DEPOSITION   February 12, 2013                    Shatsky v. Syrian

Page 86

1   **in Petach Tikva and she worked there for five and a**
2   **half years until the end of 2011 as a programmer.**
3      Q.  Is she working now?
4      **A.  Yes.**
5      Q.  Where?
6      **A.  In January 2012 she started working her**
7   **current place which is called Cadence.**
8      Q.  She has been there since the --
9      **A.  Yes.**
10     Q.  Is she also doing programming at Cadence?
11     **A.  Yes.**
12     Q.  Where is Cadence located?
13     **A.  Rosh HaAyin.**
14     Q.  Do you believe that you have made less
15  money than you would have made had you not been
16  injured in February of 2002?
17     **A.  Yes.**
18     Q.  Do you know how much money you would have
19  earned had you not been injured?
20     **A.  I wasn't working at all for half a year**
21  **after the attack and then for close to two years I**

Page 87

1   **was working part time.  I don't remember the**
2   **numbers.**
3      **We can figure out how much I didn't make**
4   **during that time.  You have to take into account**
5   **also in Israel there's a pension percentage that**
6   **goes out and I also did not make that money also,**
7   **and also during that time also if I would have been**
8   **promoted during that time then I assume that my**
9   **salary would have increased, but again, you need**
10  **someone whose profession is in calculating these**
11  **things in order to know that number.**
12     Q.  Has anyone attempted the calculation that
13  you've just described?
14     **A.  Calculation?  I don't know.**
15     Q.  Do you have any documents that would
16  enable someone to attempt the sort of calculation
17  you just described?
18     **A.  I have my paychecks from all through the**
19  **years.**
20        MR. HILL:  I don't believe any
21  documents related to the witness' income have been

Page 88

1   produced and if, in fact, this sort of a claim is
2   being made, those documents are responsive to our
3   discovery requests and I'd ask they be produced.
4         MR. STEINER:  I'll take your request
5   under advisement and ask you to please follow up in
6   writing.
7   BY MR. HILL:
8      Q.  You mentioned you weren't working for
9   approximately half a year, is that right?
10     **A.  Yes.**
11     Q.  So that would have been from February --
12     **A.  Until August.**
13     Q.  Of 2002?
14     **A.  Yes.**
15     Q.  How much were you making at that point in
16  time?
17     **A.  I really don't remember how much it was.**
18  **I can give you a number.  I think it might have been**
19  **around 9000 shekels a month, something like that.**
20  **It's been a long time.**
21     Q.  Did you receive any money to offset that

Page 89

1   loss of income?
2      **A.  For that half a year?  Yes.  For that half**
3   **year I got some Bituach Leumi, something like Social**
4   **Security.**
5      Q.  Part of the Israeli government?
6      **A.  Yes.**
7      Q.  How much money did you receive from the
8   Israeli government in connection with missing work
9   in 2002?
10     **A.  For the first half a year I think that I**
11  **received everything that I did not make but for the**
12  **two years I was working part time I did not.**
13     Q.  So you believe for the half a year when
14  you weren't working at all following your injuries
15  you received 100 percent of your wages from the
16  Israeli government?
17     **A.  As far as I remember, but I'm not sure**
18  **without looking at paperwork.**
19     Q.  Then you mentioned for a couple of years
20  you were working part time.
21     **A.  Yes, I think it was until towards the end**

Page 90

1  of 2004.  In the beginning I was working 50 percent,
2  then 80 percent.
3      Q.   For what period of time were you working
4  at 50 percent?
5      A.   I think it was until the end of 2002.
6      Q.   From August to December of 2002 you thinks
7  you were working half time?
8      A.   Yes.
9      Q.   Do you remember how much you were being
10 paid for that half time work?
11     A.   I don't remember the number exactly but
12 whatever the full salary was multiplied by the
13 percentage.
14     Q.   Your best estimate is you were being paid
15 approximately 4500 shekels a month for that period?
16     A.   I don't remember the numbers exactly.
17     Q.   You started working at 80 percent in
18 January of 2003, is that what you're saying?
19     A.   As far as I remember.
20     Q.   How long were you on that 80 percent
21 schedule?

Page 91

1      A.   It was until, I don't remember, October or
2  November of 2004.  The reason for that was I was
3  very, very tired, something that took years to get
4  over.
5      Q.   Do you recall approximately how much you
6  were being paid during that period between
7  January 2003 and approximately October 2004 when you
8  were working the 80 percent schedule?
9      A.   I don't remember.  80 percent times
10 whatever the 100 percent salary was.
11     Q.   Approximately 80 percent of 9000 shekels a
12 month?
13     A.   Probably.  I don't remember.
14     Q.   Did you receive any money from the Israeli
15 government during that time period, August 2002
16 through October 2004 period?
17     A.   Not for not working.
18     Q.   You received money for some other reason?
19     A.   There's something called the disability
20 percentage or rating which can give you a
21 monthly -- it's like a monthly income based on the

Page 92

1  percentage that you have.
2      Q.   When did you start receiving that monthly
3  income based on disability?
4      A.   I'm not sure but I think it was from 2003
5  but I don't remember.
6      Q.   Do you remember approximately how much you
7  were receiving in 2003 for this disability payment?
8      A.   It's probably around 4000 shekels a month.
9      Q.   How long did you receive that
10 approximately 4000 shekels a month payment?
11     A.   Until today.
12     Q.   You continue to receive that?
13     A.   Yes.  It depends on inflation, but yes.
14     Q.   You believe you received approximately
15 4000 shekels a month adjusted for inflation since
16 2003, is that right?
17     A.   Yes.
18     Q.   How long do you expect to receive that
19 payment?
20     A.   I'm not sure what the law is but it's at
21 least until retirement age.  I'm not sure exactly.

Page 93

1      Q.   Since you returned to work full time in
2  October of 2004 do you believe you have made less
3  money than you would have made had you not been
4  injured in February of 2002?
5      A.   It's very possible that during the time
6  that I was working part time there were many
7  opportunities for promotion which would have
8  increased the salary so that means once I started
9  working full time, it was still at my original
10 salary for the position that I was at for those two
11 years so I assume that I probably would have made
12 more money.
13     Q.   Has anyone ever told you that if you
14 hadn't been injured and missed work that you would
15 have been promoted?
16     A.   No.
17     Q.   You have, in fact, received one promotion
18 since you returned to work full time, right?
19     A.   Yes.
20     Q.   Is there anything that will prevent you
21 from receiving promotions in the future?

Page 94

1    A.  You have to ask my employer.  I can't
2 answer that.
3    Q.  But you are not aware of anything about
4 the injuries you received in February 2002 that will
5 cause you to hit the ceiling of --
6    A.  No.  Oh, sorry.
7    Q.  Do you have a way to estimate how much
8 more you would have earned as a result of promotions
9 you didn't receive?
10    A.  No.
11    Q.  Do you believe you will earn less money in
12 the future from now as a result of the injuries you
13 received in February of 2002?
14    A.  It's very hard to answer that because I
15 don't know what will happen in the future.
16       I can only say according to what the current
17 state is.
18    Q.  Do you have any reason to think you'll
19 earn less money over the course of your working life
20 than you would have had you not been injured in
21 February 2002?

Page 95

1    A.  No.
2    Q.  You mentioned something about a pension
3 percentage.  What did you mean by that?
4    A.  Disability percentage actually.  The whole
5 system of calculating how much each disability is
6 worth in terms of percentage.  The percentage that I
7 have is 72 percent.
8    Q.  Is the pension that you are referring to
9 the same thing as the disability that we talked
10 about earlier?
11    A.  Yes, it's the same thing.
12    Q.  You are not saying because you worked
13 less, you put less into a pension plan or something
14 like that, are you?
15    A.  During the time that I was working part
16 time, I did put less into my pension because you put
17 into the pension plan a percentage of your salary.
18    Q.  What is the pension plan you have at your
19 employer?
20    A.  Fairly standard thing that almost everyone
21 in the country has.  I have to remember the numbers.

Page 96

1 I think it's -- I think five percent of the salary
2 the employer gives you into the pension fund and
3 five percent you give.
4    Q.  This five percent contribution is for the
5 years when you were working less, you were making
6 less salary and, therefore, making a smaller pension
7 contribution?
8    A.  Yes.
9    Q.  I assume you are also saying your
10 employer's contribution was less as well?
11    A.  Yes.
12    Q.  The benefits that you expect to receive
13 from this pension when you retire, are the benefits
14 based on the amount of the contributions or are they
15 a fixed benefit based on time of service and that
16 sort of thing?
17    A.  No, it's based on whatever you put into
18 it, that's what you get.
19    Q.  The money that you receive from the
20 Israeli government to replace your wages in 2002,
21 was any portion of that money contributed to your

Page 97

1 pension fund?
2    A.  No.
3    Q.  Have you ever inquired about whether you
4 could make a contribution to your pension plan to
5 catch up for what you missed?
6    A.  I don't think it works like that.
7    Q.  Have you ever inquired about whether you
8 could do that?
9    A.  I never checked.
10    Q.  Do you have any way to estimate how much
11 lower your pension benefits may be in the future as
12 a result of these months when you made less than you
13 otherwise might have?
14    A.  I don't, but I'm sure that someone who
15 knows all the laws can do that.
16    Q.  No one has ever attempted to do that, to
17 your knowledge?
18    A.  Not that I know of.
19       MR. HILL:  Let's take a short break.
20       (Whereupon, a recess was taken from
21 10:36 a.m. to 10:40 a.m.)

HILLEL TRATTNER  DEPOSITION    February 12, 2013                    Shatsky v. Syrian

Page 98

1   BY MR. HILL:
2      Q.   You mentioned that you have a 72 percent
3   disability according to the Israeli government, is
4   that right?
5      A.   Yes.
6      Q.   Has that number changed over time?
7      A.   That was the original number that was
8   given in 2005.
9      Q.   Did you have to go through a process to
10  receive that 72 percent rate?
11     A.   Yes.
12     Q.   What was the process you went through?
13     A.   They send you to many, many doctors to
14  check each and every disability, injury.
15     Q.   As part of that process did you see a
16  psychologist or a psychologist or psychiatrist?
17     A.   No, that wasn't part of the process.
18     Q.   Have you ever seen any paperwork
19  associated with this process?
20     A.   I don't really have paperwork about it.
21  All I have is the final decision.

Page 99

1      MR. HILL:  Mr. Steiner, to the extent
2   any of the evaluations or the final decision or any
3   other materials related to this disability rating
4   are within the plaintiff's possession, custody or
5   control I request they be produced.
6      MR. STEINER:  Take it under
7   advisement and ask you to please follow up that
8   request in writing.
9   BY MR. HILL:
10     Q.   Apart from the money you received from the
11  Israeli government -- have you described all the
12  payments you've received from the Israeli government
13  related to the injuries you received in
14  February 2002?
15     A.   Yes.
16     Q.   Has your wife received any payments from
17  the Israeli government related to her injuries?
18     A.   She for sure did not receive anything
19  after the middle of 2002.  It could be she was
20  working also part time for a month or two and it
21  could be for that time she did receive something.

Page 100

1   I'm not sure.
2      Q.   You don't remember whether she received
3   some sort of income replacement from the Israeli
4   government?
5      A.   For the first month or two she might have.
6   Afterwards she did not.
7      Q.   Has your wife received any disability
8   rating from the Israeli government?
9      A.   No.
10     Q.   Is she receiving a stipend similar to what
11  you are receiving in any way?
12     A.   No.
13     Q.   Apart from the money you described that
14  you've received from the Israeli government, has
15  anyone else given you anything of value as a result
16  of the injuries you received in February 2002?
17     MR. STEINER:  Objection.
18     THE WITNESS:  No.
19  BY MR. HILL:
20     Q.   Has anyone ever given you a car or
21  anything like that?

Page 101

1      A.   As part of the disability stipend you also
2   get a discount on taxes on a car.
3      Q.   Approximately how much of a discount on
4   taxes have you received as a result of the injuries?
5      A.   Very complex calculation that they do, but
6   taxes on cars in Israel are very high, 70,
7   80 percent.
8      So once every four or five years you can get
9   a new car without the taxes.
10     Q.   Every four or five years you are allowed
11  the buy a new car and not pay the sales tax on the
12  new car, is that what you are saying?
13     A.   Yes.
14     Q.   How many occasions have you taken
15  advantage of that tax break?
16     A.   Twice.
17     Q.   Approximately how much was that tax break
18  awarded to you?
19     A.   I don't remember the numbers exactly.
20  Probably came out each time to 40 or 45,000 shekels,
21  something like that.

HILLEL TRATTNER DEPOSITION   February 12, 2013          Shatsky v. Syrian

Page 102

1    Q.  Do you have any documents that would show
2  the sales price of the two vehicles you bought that
3  you are referring to?
4    **A.  The second one I probably still have.  The**
5  **first one, I don't know.**
6    Q.  Were you required to file paperwork with
7  the government when you made these purchases?
8    **A.  The importer of the car does it for you.**
9  **You don't have to do it by yourself.**
10    Q.  Whoever you bought the car from does the
11  filing?
12    **A.  You get from the Bituach Leumi, you get**
13  **the approval they can do the discount and they do it**
14  **behind the scenes.**
15    Q.  Do you still have the paperwork from the
16  government that says you get the discount?
17    **A.  I don't know if I ever -- I had it but I**
18  **have to give it to the importer of the car.  I don't**
19  **have it any more.**
20    Q.  They send you one every few years and you
21  turn it in when you buy the car?

Page 103

1    **A.  You have to ask for it.  They send it to**
2  **you and you give it when you buy the car.**
3    Q.  Do you anticipate using this tax benefit
4  the future?
5    **A.  I assume so.**
6    Q.  When is the next time when you'll be
7  eligible to receive this tax benefit?
8    **A.  Three or four years.  I don't know the**
9  **exact date.**
10        MR. HILL:  Mr. Steiner, to the extent
11  the witness or his family members have within their
12  possession, custody or control documents relating to
13  the purchases of the two vehicles or his entitlement
14  to the tax benefit he's described I'd request those
15  documents be produced because they appear to be
16  responsive to our discovery request.
17        MR. STEINER:  Take it under
18  advisement and ask you to follow up in writing.
19  BY MR. HILL:
20    Q.  Anything else you perceived of value as a
21  result of the injuries you received in February 2002

Page 104

1  that we haven't talk about?
2        MR. STEINER:  Objection.
3        THE WITNESS:  No.
4  BY MR. HILL:
5    Q.  Were your medical expenses for your
6  injuries paid for by the Israeli government?
7    **A.  Most of them.**
8    Q.  Did you have any expenses you had to pay
9  for yourself?
10    **A.  Things that were not paid in full, getting**
11  **the second and third opinions from doctors.**
12    Q.  Who paid for the second and third opinions
13  from doctors?
14    **A.  I did.**
15    Q.  Do you remember how much you paid?
16    **A.  I can try to approximate the number.**
17    **Probably in total it came out to 4 or 5000**
18  **shekels and part of it we get back from the health**
19  **insurance, part of it we did not.**
20    Q.  Are you asking to be paid money in this
21  lawsuit for those expenses that were not covered by

Page 105

1  insurance?
2    **A.  Yes.**
3    Q.  Do you have documents that show the amount
4  of those expenses?
5    **A.  I don't have receipts any more.  It's a**
6  **very long time ago.**
7        MR. HILL:  To the extent the
8  plaintiffs are making the claim for these expenses
9  and they have the documents that demonstrate the
10  expenses, obviously those documents need to be
11  produced.
12        MR. STEINER:  Take it under
13  advisement and ask you to please follow up in
14  writing.
15  BY MR. HILL:
16    Q.  Do you anticipate any future medical
17  treatment related to your injuries from February of
18  2002?
19        MR. STEINER:  Objection.
20        THE WITNESS:  Can't anticipate what
21  will be in the future.  It's very likely that there

**HILLEL TRATTNER DEPOSITION   February 12, 2013**                         **Shatsky v. Syrian**

Page 106

1  will be.
2  BY MR. HILL:
3      Q.  What future medical expenses do you
4  believe, future medical treatment do you believe you
5  may have as a result of those injuries?
6      **A.  I have no idea.**
7      Q.  Do you have any regular appointments that
8  are caused by those injuries?
9          MR. STEINER:  Objection.
10         THE WITNESS:  I go to the eye doctor
11  every six months.  Apart from that there's nothing
12  regular.
13  BY MR. HILL:
14     Q.  The visits to the eye doctor, are those
15  covered by your insurance?
16     **A.  Yes.**
17     Q.  Do you have to pay anything for those
18  yourself?
19     **A.  No.**
20     Q.  Do you anticipate in the future that you
21  will have any expenses that are not covered by your

Page 107

1  insurance that relate to the injuries of
2  February 2002?
3      **A.  I don't know how to answer that.**
4      Q.  Sitting here today you cannot tell me of
5  any such expenses that you currently expect to have,
6  is that right?
7      **A.  No.**
8      Q.  You agree with me?
9      **A.  Yes, I agree with you.**
10     Q.  Your wife was also working at the time in
11  February 2002, is that right?
12     **A.  Yes.**
13     Q.  Did she miss work as a result of the
14  injuries she received?
15     **A.  Yes.**
16     Q.  Was there a period of time where she was
17  not working at all after February 2002?
18     **A.  There was a period.  I don't remember**
19  **exactly how long it was.  I think it was around a**
20  **month and a half.**
21     Q.  After approximately a month and a half did

Page 108

1  she go back to work?
2      **A.  She went back to work.  I don't remember**
3  **if it was full time immediately.  I'm not sure about**
4  **that.**
5      Q.  She may have gone back part time for a
6  while?
7      **A.  For a short while.**
8      Q.  When was she back to work full time
9  following February 2002?
10     **A.  May 2002.**
11     Q.  Do you know approximately how much money
12  she was making as of February 2002?
13     **A.  15,000 shekels a month.**
14     Q.  As of May 2002 you believe she returned to
15  receiving that full salary?
16     **A.  Yes.**
17     Q.  Do you know if she received money from any
18  source to replace the period of time between
19  February and May when she was not working full time?
20     **A.  For some of it, yes.  I don't think it was**
21  **for all of it.**

Page 109

1      Q.  Do you know approximately how much money
2  she received while she was out of work?
3      **A.  No.**
4      Q.  What was the source of that?
5      **A.  Bituach Leumi.**
6          MR. HILL:  To the extent either of
7  the plaintiffs have within their possession, custody
8  or control documents about the payments either Mr.
9  or Mrs. Trattner received, they need to be produced.
10         MR. STEINER:  Take it under
11  advisement and ask you to follow up in writing.
12  BY MR. HILL:
13     Q.  Do you believe that since your wife
14  returned to full time work in May of 2002 she has
15  earned less money than she otherwise would have
16  earned had she not been injured in February of 2002?
17         MR. STEINER:  Objection.
18         THE WITNESS:  I don't think so.
19  BY MR. HILL:
20     Q.  After the blast on February 16, 2002 can
21  you recall seeing anyone other than your wife at the

**HILLEL TRATTNER DEPOSITION    February 12, 2013**                    **Shatsky v. Syrian**

Page 110

1  scene?
2      A.  No.
3      Q.  Do you know someone named Keren Shatsky?
4      A.  I know who she was.
5      Q.  Are you aware of any evidence that Keren
6  Shatsky may have experienced any conscious pain or
7  suffering after the blast on February 16, 2002?
8      A.  No.  As I said, I don't remember anything
9  that happened afterwards.
10     Q.  Do you know someone named Rachel Thaler?
11     A.  I only heard about her afterwards.  I did
12  not know her before.
13     Q.  I take it you are not aware of any
14  evidence that Rachel Thaler experienced any
15  conscious pain or suffering after the blast on
16  February 16, 2002, is that correct?
17          MR. STEINER:  Objection.
18          THE WITNESS:  Yes.
19  BY MR. HILL:
20     Q.  Do you remember seeing Steve Braun that
21  night?

Page 111

1      A.  No.
2      Q.  Do you know Mr. Braun?
3      A.  I know who he is.
4      Q.  Have you ever talked to him about the
5  events of that night?
6      A.  Not that I remember.
7      Q.  Have you ever spoken to anyone from the
8  Shatsky family about the events of that night?
9      A.  I have spoken to them.  I don't remember
10  talking specifically about that.  We're neighbors.
11     Q.  Do you remember anything they said about
12  the events of that night?
13     A.  No.
14     Q.  Have you ever spoken to anyone from the
15  Thaler family about the events of February 16, 2002?
16     A.  No.
17     Q.  Mr. Trattner, how many lawsuits have you
18  filed in connection with the events of February 16,
19  2002?
20     A.  I'm aware of two.
21     Q.  Do you know who you've sued?

Page 112

1      A.  The Arab Bank is one of them.  The other
2  one is the Palestinian Authority and the PLO.
3      Q.  Are you aware of any evidence that the
4  Arab Bank had something to do with the bombing in
5  which you were injured?
6      A.  Yes.
7      Q.  What evidence are you aware of that the
8  Arab Bank had something to do with the bombing in
9  which you were injured?
10     A.  The family of the terrorist who blew
11  himself up was paid with money that went through the
12  Arab Bank.
13     Q.  Apart from what you just described are you
14  aware of any other evidence that the Arab Bank had
15  something to do with the bombing in which you were
16  injured?
17     A.  No.
18     Q.  What's the basis for your belief that the
19  family of the terrorist was paid with money that
20  went through the Arab Bank?
21     A.  Families of terrorists are paid -- it's

Page 113

1  common knowledge in Israel.  It's in newspapers, TV
2  and the radio that the families of terrorists are
3  paid, families are paid afterwards in order to
4  encourage people to perform such attacks so they can
5  kill themselves and not worry about the families,
6  what will happen with their families afterwards.
7      Q.  What you just described, are you aware of
8  any source of the information you just described
9  other than newspapers, television or radio?
10     A.  In this specific case?
11     Q.  Yes, sir.
12     A.  No.
13     Q.  Has anyone from the Arab Bank ever told
14  you what you just told me?
15     A.  No.
16     Q.  Has any person ever told you what you just
17  told me?
18          MR. STEINER:  Objection.
19          THE WITNESS:  Could be my lawyers
20  told me but I don't remember specifically.
21  BY MR. HILL:

HILLEL TRATTNER  DEPOSITION    February 12, 2013                     Shatsky v. Syrian

Page 114

1    Q.  Apart from your lawyers and what you may
2  have seen on TV or in newspapers or heard on the
3  radio, are you aware of any other evidence that the
4  Arab Bank had some connection to the bombing in
5  which you were injured?
6    **A.  No.**
7    Q.  Are you aware of any evidence that the PLO
8  had something to do with the bombing in which you
9  were injured?
10   **A.  Yes.**
11   Q.  What is that?
12   **A.  The school curriculum of the Palestinian**
13  **Authority, they teach the children that suicide**
14  **bombers are martyrs and they should be looked up at.**
15     **They have the kids parade in the streets**
16  **dressed up as -- in a green uniform with bombs on**
17  **them.  They have them yelling "kill all the Jews."**
18     **I know that the Palestinian Authority also**
19  **paid suicide bombers' families after they committed**
20  **suicide and blew up and killed people.**
21     **You can read in a lot of Arab newspapers**

Page 115

1  **that are published in the Palestinian Authority the**
2  **general atmosphere that exists in the culture, in**
3  **the street, is that this is something that's**
4  **positive and it should be done, that they should**
5  **commit, carry out terror attacks.**
6    Q.  Have you concluded your answer?
7    **A.  Yes.**
8    Q.  What languages do you speak other than
9  English?
10   **A.  Hebrew.**
11   Q.  Can you speak or read Arabic?
12   **A.  No.**
13   Q.  Has anyone from the Palestinian Authority
14  or the PLO told you any of the things you just told
15  me?
16   **A.  No.**
17   Q.  What is the source for the information
18  that you've just provided to me?
19   **A.  The media.**
20   Q.  Apart from the media, are you aware of any
21  evidence of the things that you just told me?

Page 116

1    **A.  No.**
2    Q.  Are you aware of any evidence that the
3  Palestinian Authority had anything to do with the
4  bombing in which you were injured other than what
5  you may have seen or read in the media?
6        MR. STEINER:  Objection.
7        THE WITNESS:  The PLO and the
8  Palestinian Authority are the same thing, as far as
9  I'm concerned, is the same answer.
10  BY MR. HILL:
11   Q.  You are not aware of any evidence that the
12  Palestinian Authority had anything to do with the
13  bombing in which you were injured apart from what
14  you may have read or seen in the media?
15       MR. STEINER:  Objection.
16       THE WITNESS:  Yes.
17  BY MR. HILL:
18   Q.  Are you aware of any evidence that the
19  Syrian Arab Republic had something to do with the
20  bombing in which you were injured?
21   **A.  I know that -- not related specifically to**

Page 117

1  this case.
2    Q.  Sitting here today you are not aware of
3  any evidence that the Syrian Arab Republic had
4  anything to do with the bombing in which you were
5  injured, correct?
6    **A.  I have read in the media that there are**
7  **banks that are located in Syria that also funneled**
8  **money that was used later on to pay the families of**
9  **the suicide bombers.**
10     **I've also heard that on TV or read it in the**
11  **newspapers.**
12   Q.  Apart from what you may have seen or read
13  in the media, are you aware of any evidence that the
14  Syrian Arab Republic had something to do with the
15  bombing in which you were injured?
16   **A.  No.**
17   Q.  Have you ever spoken publicly about the
18  events of February 16, 2002 or the injuries you or
19  your wife received that day?
20   **A.  No.**
21   Q.  Have you ever been interviewed or appeared

**HILLEL TRATTNER  DEPOSITION     February 12, 2013**                    **Shatsky v. Syrian**

Page 118

1   in any press or media about those events?
2        **A.   There was one interview in 2002 in a**
3   **newspaper.**
4        Q.   Which newspaper was that?
5        **A.   I think it was HaModia, if I'm not**
6   **mistaken.**
7             MR. HILL:  Mark that as exhibit 23,
8   please.
9             (Whereupon the proffered item was
10       marked as exhibit 23.)
11  BY MR. HILL:
12       Q.   We've handed you what we've marked as
13  exhibit 23.  Is this the article that you are
14  referring to?
15       **A.   Yes.**
16       Q.   This was published in something called
17  HaModia?
18       **A.   It might have a different name in English.**
19       Q.   What kind of a publication is this?
20       **A.   I'm not even sure.  I never heard of the**
21  **specific newspaper before that.**

Page 119

1        Q.   Who was interviewed for this story?
2        **A.   Myself and Ronit.**
3        Q.   Were your parents interviewed, do you
4   know?
5        **A.   I think they were.  I think they were.**
6        Q.   Were the four of you together in a single
7   interview or were you interviewed separately?
8        **A.   They weren't there with us.  I think it**
9   **says in here they were interviewed but I don't**
10  **remember for sure.**
11       Q.   Do you remember the name of the reporter
12  who interviewed you for this article?
13       **A.   It says it here but I don't remember.**
14       Q.   For the record, what's the name?
15       **A.   Gavriel Meir.**
16       Q.   Do you believe that is the name of the
17  person that interviewed you?
18       **A.   Yes.**
19       Q.   Apart from this one interview that we've
20  marked as exhibit 23, any other occasions when you
21  were interviewed for -- or appeared in a press or

Page 120

1   media report about the bombing?
2        **A.   No, not that I can remember.**
3             MR. HILL:  Mark this as exhibit 24.
4             (Whereupon the proffered item was
5        marked as exhibit 24.)
6   BY MR. HILL:
7        Q.   I'm handing you what we've marked as
8   exhibit 24, Mr. Trattner.  This appears to be a
9   photocopy of a photograph.
10       Are you able to identify any of the persons
11  depicted in exhibit 24?
12       **A.   Yes.  Ronit was there, myself and the**
13  **nurse.**
14       Q.   It's a little difficult to make out the
15  detail on this copy, is that right?
16       **A.   This copy, yes.  The picture was**
17  **originally smaller, I think.**
18       Q.   Do you have the original picture?
19       **A.   I only have this one.  This was enlarged.**
20       Q.   Do you have a color version of this
21  picture?

Page 121

1        **A.   A very small one.**
2        Q.   Where is that color version that you are
3   referring to?
4        **A.   On my computer at home.**
5             MR. HILL:  Mr. Steiner, I would
6   request that if the plaintiffs wish to use a
7   photograph other than this copy of exhibit 24, that
8   the original or a better copy be produced as this
9   one is difficult to make out the detail on.
10  BY MR. HILL:
11       Q.   Who took the picture?
12       **A.   I have no idea.  It was in the newspaper**
13  **in England, I think.**
14       Q.   Do you know the name of the third person
15  in the photograph?
16       **A.   No.**
17       Q.   For the record, which of the two female
18  faces on the picture is your wife?
19       **A.   The one on the left.**
20            **(A discussion takes place which is**
21       **held off the record)**

HILLEL TRATTNER  DEPOSITION     February 12, 2013                 Shatsky v. Syrian

Page 122

1  BY MR. HILL:
2     Q.  You mentioned that you believe you have
3  another version of this photograph on your computer,
4  is that correct?
5     A.  It's the same photograph, just it's in
6  color and it's much, much, much smaller.  This looks
7  like it was enlarged.
8     Q.  Do you have any other photographs that
9  depict the injuries you or your wife sustained in
10  February of 2002?
11    A.  No.
12    Q.  What computer are you referring to that
13  has the photograph on it?
14    A.  At home.
15    Q.  How many computers do you own?
16    A.  One.
17    Q.  How long have you owned that computer?
18    A.  This one I think is five years old,
19  something like that.
20    Q.  Did you own a computer prior to the one
21  you have now?

Page 123

1     A.  Yes.
2     Q.  What happened to that computer?
3     A.  Probably threw it out.
4     Q.  What year did you throw out your old
5  computer?
6     A.  Five years ago when we bought this one,
7  years ago.
8     Q.  Approximately 2007?
9     A.  2007, yes.
10    Q.  Before you threw out your old computer in
11  2007 did anyone search it to determine if it had
12  material related to this lawsuit?
13    A.  No, but everything that was on it was
14  copied to the new one.
15    Q.  Whatever was on the hard drive of your old
16  computer carried over to your current computer?
17    A.  Yes.
18    Q.  Has anyone searched your current computer
19  to determine if it has material responsive to the
20  lawsuit on it?
21    A.  I have.

Page 124

1     Q.  When did you conduct that search?
2     A.  A few weeks ago.
3     Q.  Can you locate any material on your
4  computer that's relevant to this lawsuit?
5        MR. STEINER:  Objection.
6        THE WITNESS:  The picture and this,
7  the article.
8  BY MR. HILL:
9     Q.  Apart from the picture and the article
10  that we've marked as exhibit 23 and 24, was there
11  any other material on your computer that you found
12  that relates to your injuries from February of 2002?
13    A.  Only medical documents.
14    Q.  What kind of medical documents?
15    A.  I'll have to think.
16        (Pause)
17        THE WITNESS:  Actually they weren't
18  on the computer.  They were paper.
19  BY MR. HILL:
20    Q.  Apart from the article and the photograph
21  which are 23 and 24 in front of you, were there any

Page 125

1  other materials that you found on your computer that
2  related to your injuries in February 2002?
3     A.  No.
4     Q.  Do you use an e-mail address?
5     A.  Yes.
6     Q.  What is your e-mail address?
7     A.  TRATTNH@Yahoo.com.
8     Q.  How long have you had that e-mail
9  address?
10    A.  At least 14, 15 years, something like
11  that.
12    Q.  Apart from that e-mail address have you
13  used any other e-mail addresses since 2002?
14    A.  No.
15    Q.  Do you have an e-mail address at work?
16    A.  Yes.
17    Q.  What is that?
18    A.  HILLELT@Amdocs.com.
19    Q.  Have you ever used your Amdocs e-mail
20  address for nonbusiness related things?
21    A.  No.

Page 126

1    Q.  Do you believe you've ever used your
2  Amdocs address to communicate in any fashion about
3  the injuries you received in February of 2002?
4    **A.  No, I did not.**
5    Q.  Have you searched your Yahoo account to
6  determine if there are any materials in that account
7  that are responsive to discovery requests in this
8  lawsuit?
9    **A.  Yes.**
10    Q.  When did you do that?
11    **A.  Also a few weeks ago.**
12    Q.  Did you locate any material in your
13  e-mail account that is relevant to the lawsuit?
14    **A.  This picture.**
15    Q.  Apart from the picture that we've marked
16  as exhibit 24, did you find anything else in your
17  e-mail account that's relevant to the lawsuit?
18    **A.  No.**
19    Q.  You mentioned that you have some paper
20  documents at home?
21    **A.  Medical documents.**

Page 127

1    Q.  Where are those kept?
2    **A.  Kept in a folder where I keep all the**
3  **documents that have to do with the injuries and the**
4  **attack.**
5    Q.  How thick is your folder of documents?
6    **A.  It's very hard to tell because everything**
7  **is copied there five times.  Maybe like this.**
8    Q.  Three inches?
9    **A.  Something like that.**
10    Q.  When did you last look at that folder of
11  documents?
12    **A.  A few weeks ago when I searched everything**
13  **else.**
14    Q.  Did you send to your lawyers everything
15  that was in that folder of documents?
16    **A.  Yes.**
17    Q.  Which lawyer did you send that to?
18    **A.  Nitsana Leitner.**
19    Q.  When did you send it to her?
20    **A.  The documents were sent a long time ago,**
21  **years ago.**

Page 128

1    Q.  Have you added anything to that file since
2  sending them to Ms. Leitner?
3    **A.  Yes, I think I added one or two documents**
4  **that were new.**
5    Q.  Did you send those new documents that you
6  added to your file to Ms. Leitner?
7    **A.  Yes.**
8    Q.  When did you send those to her?
9    **A.  I think it was a few weeks ago after I**
10  **searched.**
11    Q.  What do you remember those one or two new
12  documents being about?
13    **A.  They were just more up to date, a hearing**
14  **test, summary from the eye doctor.  That's what I**
15  **remember.**
16        MR. HILL:  Let's mark this as exhibit
17    25.
18        (Whereupon the proffered item was
19    marked as exhibit 25.)
20  BY MR. HILL:
21    Q.  This is exhibit number 25.  Do you

Page 129

1  recognize this?
2    **A.  Not really.  It's from 2002.**
3    Q.  Take a moment and review the document and
4  let me know if you've ever seen it before.
5        (Pause)
6        THE WITNESS:  I've seen it before but
7  I've forgotten about it totally.
8  BY MR. HILL:
9    Q.  What is it?
10    **A.  It's an e-mail from Bituach Leumi what I**
11  **was paid for each month.**
12    Q.  Does this show the amount of money you
13  received from the Israeli government after you were
14  injured in February 2002?
15        MR. STEINER:  Until when?
16        THE WITNESS:  That's exactly what I
17  am checking.
18        (Pause)
19        THE WITNESS:  According to what it
20  says here, it's until the end of July 2002, as far
21  as I can tell, which is the time I was not working

**HILLEL TRATTNER DEPOSITION   February 12, 2013**            **Shatsky v. Syrian**

Page 130

1  at all.
2  BY MR. HILL:
3      Q.  You mentioned that while you were out of
4  work from February until approximately August of
5  2002 you were receiving some sort of money from the
6  Israeli government to replace your salary.  Is that
7  what this document shows?
8      **A.  Yes, I think so.**
9      Q.  Can you find on this document where the
10  amount you received for February 2002 is located and
11  tell me what that amount was?
12      **A.  From what I can tell, for February the**
13  **amount was 3512 shekels.**
14      Q.  Where in the document are you seeing that
15  number?
16      **A.  Close to the end of the first page.**
17      Q.  Below that there is another number, 7902.
18  Do you see that?
19      **A.  No.  Oh, yes.**
20      Q.  What is that?
21      **A.  That's the gross.  The net was at the end**

Page 131

1  of it all the way to the left.
2      **For some reason the first one, because it**
3  **was only for part of the month there was probably no**
4  **tax in it.**
5      Q.  The document indicates that for
6  February 2002 you received 3512 shekels.
7      **A.  Yes.**
8      Q.  Then it indicates for March of 2002 you
9  received 7902 shekels and there was a deduction of
10  319 shekels, right?
11      **A.  Yes.**
12      Q.  What's the deduction for?
13      **A.  Health insurance.**
14      Q.  So your net that you received was 7583
15  shekels for March of 2002, right?
16      **A.  Yes.**
17      Q.  This document shows that for April of 2002
18  you received 7582 shekels, right?
19      **A.  Yes.**
20      Q.  Does this document show what you received
21  for the months after April 2002?

Page 132

1      **A.  Yes, on the third page, same location on**
2  **the bottom of the page.**
3      Q.  The document shows that for the month of
4  May 2002 you received a gross of 10,537 shekels, 446
5  shekels were reduced for health insurance and you
6  received a net payment of 10,090 shekels, right?
7      **A.  Yes.**
8      Q.  You received the same amount according to
9  this document for June of 2002, right?
10      **A.  Yes.**
11      Q.  Do you believe you received that same
12  amount in July of 2002?
13      **A.  It says here until July 27.  I don't know**
14  **what's special about that date but that's what it**
15  **says, from July 1 to July 27, 9483.**
16      Q.  Where are you seeing that?
17      **A.  The last page.**
18      Q.  On the last page of the exhibit it shows
19  that you received for the month of July through
20  July 7 a total of 9483 shekels, right?
21      **A.  July 27.**

Page 133

1      Q.  I beg your pardon.  Do you believe you
2  received any further payments of this type after
3  July 27, 2002?
4      **A.  As far as I know, I did not.**
5          MR. HILL:  Let's mark this as exhibit
6  number 26, please.
7          (Whereupon the proffered item was
8      marked as exhibit 26.)
9  BY MR. HILL:
10      Q.  I'm showing you what's been marked as
11  exhibit number 26.
12          This is a collection of three or four
13  different documents.
14          Take a look at that and tell me if you've
15  ever seen those before.
16      **A.  Yes.**
17      Q.  The first one is in English.  It appears
18  to be a letter from your parents to someone named
19  Dr. Sunness.
20      **A.  Yes.**
21      Q.  Where is Dr. Sunnis practicing?

Page 134

1      A.  I don't remember exactly where.  Somewhere
2  in the United States, I don't know where.
3      Q.  Do you believe this letter was, in fact,
4  sent by your parents to Dr. Sunnis?
5      A.  Yes.
6      Q.  Did Mr. Sunnis reply in any fashion?
7          MR. STEINER:  Objection.
8          THE WITNESS:  Must have replied.  I
9  don't know if it was in a letter.  Maybe it was by
10  phone.
11         I know the reply was basically whatever
12  they said is correct.
13  BY MR. HILL:
14     Q.  Dr. Sunnis did not have any other ideas to
15  improve the condition of your eye?
16     A.  No.
17         MR. HILL:  To the extent there was a
18  written response to a letter from Mr. Sunnis I ask
19  it be searched for and produced by Mr. Trattner or
20  his parents if they were the recipient of that
21  letter.

Page 135

1          MR. STEINER:  Take it under
2  advisement and ask you to please follow up in
3  writing.
4  BY MR. HILL:
5      Q.  The next document, it says Institute for
6  Audiology.  Do you see that?
7      A.  Yes.
8      Q.  Does that go together with any of the
9  remaining pages of exhibit 26?
10     A.  I think it goes together with all of them.
11  They are all the same document.
12     Q.  The last four pages of exhibit 26 are what
13  similar document, correct?
14     A.  Yes.
15     Q.  What's the date of this document?
16     A.  December 22, 2004.
17     Q.  Is this one of the documents that you
18  mentioned that you recently added to your file?
19     A.  This isn't recent.  This is from nine
20  years ago.
21     Q.  You believe it was a more recent audiology

Page 136

1  test than this one?
2      A.  There was a more recent one but only for
3  the hearing test itself, not for the rest of the
4  things written here.
5      Q.  You think you gave that more recent
6  hearing test to Nitsana Leitner within the last
7  month, is that right?
8      A.  As far as I remember, yes.  There are so
9  many documents.
10     Q.  Was the more recent hearing test that you
11  provided the record of to your lawyer also performed
12  at this Institute for Audiology?
13     A.  No.
14     Q.  Where was it performed?
15     A.  A different place that does hearing tests.
16     Q.  Do you remember the name?
17     A.  No.  I'm trying to remember.  I know where
18  it is.  I don't remember the name.
19         MR. HILL:  It does not appear to me
20  that the more recent hearing test the witness is
21  describing has been produced to us.

Page 137

1          If I am not mistaken I would ask that
2  that material be produced.
3          MR. STEINER:  Take it under
4  advisement and ask you to follow up in writing,
5  please.
6  BY MR. HILL:
7      Q.  Has your wife ever been shot?
8      A.  What?
9      Q.  Ever been shot?
10     A.  No.
11     Q.  Has she ever been injured by a shotgun?
12     A.  No.
13         MR. STEINER:  Is there something we
14  should know, Brian?
15         MR. HILL:  Let's mark this as exhibit
16  27.
17         (Whereupon the proffered item was
18  marked as exhibit 27.)
19  BY MR. HILL:
20     Q.  Sir, I'm handing you what's been marked as
21  exhibit number 26.

HILLEL TRATTNER  DEPOSITION   February 12, 2013                    Shatsky v. Syrian

Page 138

1          MR. STEINER:  27.
2          MR. HILL:  I beg your pardon.
3    BY MR. HILL:
4          Q.   This appears to be some sort of computer
5    printout.  Have you ever seen this before?
6          **A.   No.**
7          Q.   Can you tell whether these records pertain
8    to your wife?
9          **A.   Yes, they do.**
10         Q.   What's the name of the organization shown
11   on the records?
12         **A.   Kupat Cholim, the health insurance.  Looks**
13   **like they printed out everything that they had.**
14         Q.   Does your wife have a regular doctor or
15   HMO that she goes to?
16         **A.   I don't think she has a regular doctor.**
17         Q.   Does she go to a regular clinic or
18   something like that?
19         **A.   Yes.**
20         Q.   Do these appear to be the records of her
21   visits to the clinic?

Page 139

1          **A.   Yes.**
2          Q.   What's the name of the clinic?
3          **A.   Kupat Cholim.**
4          Q.   Where is it located?
5          **A.   Ariel and -- it's so far back -- it's**
6    **other places too.  It's from 2001.**
7          Q.   About three quarters of the way through
8    you'll see a page that doesn't look like the others.
9    It's got some large Hebrew writing on it.
10         **A.   A few pages like that.**
11         Q.   This one.
12         **A.   Okay.**
13         Q.   If you go two pages behind that you'll see
14   there's an entry in English.
15         **A.   Yes.**
16         Q.   Do you see that, shotgun?
17         **A.   Yes.**
18         Q.   Is there anything here that indicates the
19   date of when that entry was made?
20         **A.   March 22, 2002.  I'd have to figure out**
21   **what this is.**

Page 140

1          Q.   If you go two further pages it shows in
2    English "injury by shotgun.  Undetermined whether
3    accidentally or purposefully inflicted."  Do you see
4    that?
5          **A.   Yes.**
6          Q.   Is there a date associated with that
7    injury?
8          **A.   March 1, 2002.**
9          Q.   Have you ever heard that your wife was
10   injured by a shotgun?
11         **A.   They probably mean shrapnel and they**
12   **didn't have it in the computer so they took the**
13   **closest thing they had.  It has a code here.**
14         Q.   You are not aware of your wife ever being
15   involved or injured by a shotgun, is that right?
16         **A.   No.  This is probably for the shrapnel**
17   **that she has in her leg.  That's what it says here.**
18         MR. STEINER:  The witness is pointing
19   to a portion of the record indicating that this
20   visit was in furtherance of treatment of shrapnel
21   that was in her leg.

Page 141

1    BY MR. HILL:
2          Q.   Have either of your parents ever had any
3    medical treatment that you believe is related to the
4    February 16, 2002 bombing?
5          **A.   Not that I'm aware of.**
6          Q.   Have your parents ever told you that they
7    have any medical problems related to the
8    February 16, 2002 bombing?
9          **A.   No.**
10         Q.   Have you ever been convicted of a crime?
11         **A.   No.**
12         Q.   Has anyone in your family ever been
13   convicted of a crime?
14         **A.   Not that I'm aware of.**
15         Q.   Have you ever been arrested?
16         **A.   No.**
17         Q.   Has anyone in your family ever been
18   arrested?
19         **A.   No.**
20         Q.   Are you asking to be paid money in this
21   lawsuit for an injury to your sex life?

Page 142

1      **A.  No.**

2          MR. HILL:  Subject to our request for

3   additional documents I don't have any further

4   questions for Mr. Trattner at this time.

5          MR. STEINER:  I might have a few if I

6   can just have a minute.

7          (Whereupon, a recess was taken from

8   11:26 a.m. to 11:27 a.m.)

9          MR. STEINER:  I have no questions.  I

10  reserve the right to review and sign.

11         MR. HILL:  You can close the record.

12         (Deposition adjourned at 11:30 a.m.)

13

14

15

16

17

18

19

20

21

Page 143

1              Reporter's Certificate

2

3       I, the undersigned, Certified Court Reporter,

4   do hereby certify that the foregoing transcript of

5   testimony was taken by me in stenotype and

6   thereafter reduced to print under my direction,

7   that said transcript is a full, true and

8   substantially accurate record of the proceedings,

9   to the best of my ability.

10      I do further certify that I am neither counsel

11  for, related to, nor employed by any of the parties

12  to the action in which this deposition was taken;

13  and, further, that I am not a relative or employee

14  of any attorney or counsel employed by the parties

15  hereto, nor financially or otherwise interested

16  in the outcome of the action.

17

18          /s/ Michael Feuer

19      _____

20          Certified Realtime Reporter

21

Page 144

1              Certificate of Deponent

2       I hereby certify that I have read and

3   examined the foregoing transcript, and the same

4   is a true and accurate record of the testimony

5   given by me.

6       Any additions or corrections that I feel

7   are necessary I will attach on a separate sheet

8   of paper to the original transcript.

9

10      _____

11          Signature of witness

12      I hereby certify that the individual

13  representing him/herself to be the above named

14  individual, appeared before me this _____

15  day of _____ and executed the above

16  certificate in my presence.

17

18

19

20      _____

21          Notary Public

Page 145

1

2          Errata Page of Deponent

3   Please note any errors on this sheet. The

4   reasons may be general, such as "to correct

5   stenographic error" or "to clarify the record."

6   When completed, send this page to the attorney

7   who took your deposition, NOT the court reporter.

8   Page  Line    Correction    Reason For Change

9

10

11

12

13

14

15

16

17

18

19

20

21

**A**

**ability** 8:18 35:15 143:9
**able** 8:14 22:19 27:8 29:17 31:15 32:20 34:19 35:12 36:2 40:1,6,8 61:10,11 62:13,17 68:1 74:3 120:10
**accident** 41:5 43:11
**accidentally** 140:3
**accidents** 36:4
**accommodation** 36:1
**account** 87:4 126:5,6 126:13,17
**accurate** 143:8 144:4
**action** 143:12,16
**activities** 9:7 43:2 45:21 46:2 53:16 64:6
**activity** 65:8
**added** 128:1,3,6 135:18
**addition** 44:12
**additional** 42:7 55:6 74:4 142:3
**additions** 144:6
**address** 10:20 11:9 125:4,6,9,12,15,20 126:2
**addresses** 11:14 125:13
**adjourned** 142:12
**adjusted** 92:15
**advantage** 101:15
**advisement** 7:10 88:5 99:7 103:18 105:13 109:11 135:2 137:4
**affect** 31:9 32:15,18 46:1 49:14 63:1,9
**afraid** 61:7
**age** 10:4 92:21
**ago** 6:21 35:20 47:18 73:4 80:1 105:6 123:6,7 124:2 126:11 127:12,20,21 128:9 135:20
**agree** 51:20 69:7,11 82:13,14 107:8,9
**agreed** 5:4,8 53:3
**agreeing** 33:12
**ahead** 7:20
**al** 1:5,7 2:10
**alarm** 26:4,6
**alcohol** 66:16
**alive** 81:3
**allowed** 101:10
**ambulance** 58:9

**Amdocs** 15:5,6,12,15 16:11 125:19 126:2
**American** 17:15 20:11
**amount** 72:20 96:14 105:3 129:12 130:10 130:11,13 132:8,12
**ankle** 28:20 41:3,11,13 54:19
**annoying** 43:3
**annual** 57:7
**answer** 7:20,20 8:9 30:19 63:5 69:8 70:5 94:2,14 107:3 115:6 116:9
**answering** 36:20
**answers** 7:14
**anticipate** 103:3 105:16,20 106:20
**apart** 14:21 18:7 19:13 33:2 38:2 46:12 56:9 63:15 72:14 80:5 99:10 100:13 106:11 112:13 114:1 115:20 116:13 117:12 119:19 124:9,20 125:12 126:15
**appear** 39:10 103:15 136:19 138:20
**appearance** 47:16,20 48:4,14 49:9,13,17 50:2
**Appearances** 2:1
**appeared** 117:21 119:21 144:14
**appears** 9:14 120:8 133:17 138:4
**appetite** 59:18
**applies** 81:2
**appointments** 61:20 106:7
**approach** 53:2
**approval** 102:13
**approximate** 16:8 104:16
**approximately** 16:13 18:5 40:5,7 69:2 88:9 90:15 91:5,7,11 92:6,10,14 101:3,17 107:21 108:11 109:1 123:8 130:4
**April** 131:17,21
**Arab** 1:7 7:4,7 112:1,4 112:8,12,14,20 113:13 114:4,21 116:19 117:3,14
**Arabic** 115:11
**area** 41:8 50:20 51:2,3 51:7

**Ariel** 139:5
**arms** 57:21
**Army** 13:4,9,12,20 14:3,21 83:16
**arrested** 141:15,18
**article** 118:13 119:12 124:7,9,20
**asked** 35:1
**asking** 71:11 104:20 141:20
**associated** 98:19 140:6
**assume** 87:8 93:11 96:9 103:5
**atmosphere** 115:2
**attach** 144:7
**attack** 52:7 70:9 78:10 79:14,20 84:15 86:21 127:4
**attacks** 113:4 115:5
**attempt** 87:16
**attempted** 49:21 87:12 97:16
**attempting** 17:14
**attention** 30:2
**attorney** 143:14 145:6
**attributable** 72:1
**attribute** 39:3
**audiology** 135:6,21 136:12
**August** 20:5 88:12 90:6 91:15 130:4
**Authority** 3:5 112:2 114:13,18 115:1,13 116:3,8,12
**automatically** 28:2
**Avishai** 20:3,6
**Aviv** 6:16 83:2 84:14
**awake** 23:4
**awarded** 101:18
**aware** 66:12 79:10,13 79:16 80:5,20 82:3,4 82:8 94:3 110:5,13 111:20 112:3,7,14 113:7 114:3,7 115:20 116:2,11,18 117:2,13 140:14 141:5,14
**a.m** 1:13 5:2 97:21,21 142:8,8,12

**B**

**Bachelors** 14:16,17
**back** 26:17 29:7 31:3 31:13 39:12,15,18 60:20 61:12 64:19 65:1,10 68:3 85:18 104:18 108:1,2,5,8 139:5
**background** 12:2

42:11,13,15
**bad** 16:20 58:21 59:1 63:15 64:9
**balance** 48:5
**bang** 41:11
**Bank** 7:4,7 11:5 112:1 112:4,8,12,14,20 113:13 114:4
**banks** 117:7
**Bar** 12:12 83:9
**barefoot** 40:12,14,21
**based** 72:20 91:21 92:3 96:14,15,17
**basically** 134:11
**basis** 40:9 44:19,21 112:18
**bed** 24:12 41:6 75:8
**beg** 133:1 138:2
**beginning** 29:1 40:2 50:4 67:7 74:16 90:1
**behaving** 68:5
**Beit** 59:7
**belief** 112:18
**believe** 7:6 23:11,15 25:7,7 33:3 37:8,12 39:18 45:1 66:2 69:14 70:11 71:18,21 72:5,7 73:6,11,14 76:20 78:5,7,13 81:7 86:14 87:20 89:13 92:14 93:2 94:11 106:4,4 108:14 109:13 119:16 122:2 126:1 132:11 133:1 134:3 135:21 141:3
**believed** 47:12
**benefit** 96:15 103:3,7 103:14
**benefits** 96:12,13 97:11
**Berkman** 2:3
**best** 68:13 90:14 143:9
**better** 48:19 121:8
**beyond** 24:16
**big** 63:2,2
**billing** 15:7
**birth** 9:15 20:4
**birthday** 9:6
**bit** 28:10
**Bituach** 89:3 102:12 109:5 129:10
**blast** 109:20 110:7,15
**blew** 112:10 114:20
**blindness** 44:13
**blood** 59:20
**body** 74:18
**bombers** 114:14,19 117:9

**bombing** 21:18 64:18 69:15 73:15 76:21 112:4,8,15 114:4,8 116:4,13,20 117:4,15 120:1 141:4,8
**bombs** 114:16
**born** 9:8 10:1 27:15 85:2,10,15,19
**bother** 56:8
**bothering** 56:7
**bothers** 27:16 51:1,3,8 74:14
**bottle** 61:3,6
**bottom** 55:2,7 132:2
**bought** 102:2,10 123:6
**brain** 26:2 32:13,15 33:4,8 59:15 65:5,6 65:21
**Braun** 110:20 111:2
**break** 57:14 97:19 101:15,17
**Brian** 2:20 137:14
**Broadway** 2:14
**Brooklyn** 2:5
**Bruchim** 10:21
**bump** 41:5,13
**bumping** 27:3
**burn** 28:3
**burned** 58:15 64:3
**burns** 57:20 58:1,20 63:8,9,12
**business** 15:6
**busy** 80:17
**buy** 101:11 102:21 103:2

**C**

**Cadence** 86:7,10,12
**calculating** 87:10 95:5
**calculation** 87:12,14 87:16 101:5
**call** 78:19
**called** 1:12 5:16 12:4 14:5 15:5 59:7 83:2 84:10,13,19 85:15,21 86:7 91:19 118:16
**car** 35:16,18 100:20 101:2,9,11,12 102:8 102:10,18,21 103:2
**care** 60:3,6 64:19 65:2 70:3 74:21 75:7
**careful** 29:16 31:5 40:19
**carried** 123:16
**carry** 115:5
**cars** 101:6
**case** 45:14 48:20 61:6 75:21 113:10 117:1

**cases** 42:12
**cast** 29:1,3,9
**catch** 97:5
**cause** 43:18 49:6 50:7
56:11,19 66:17 94:5
**caused** 22:1,2,5 27:18
43:10 59:14 60:5
65:20,21 69:6 75:14
106:8
**causes** 27:1,19 29:1
45:1
**causing** 66:4
**ceiling** 94:5
**cellular** 15:8
**central** 11:2
**certificate** 9:15 143:1
144:1,16
**Certified** 143:3,20
**certify** 143:4,10 144:2
144:12
**chair** 22:18 41:7
**chance** 44:20
**chances** 52:14
**change** 16:2 63:2
70:11 71:15 145:8
**changed** 69:16,18 98:6
**changes** 71:8
**Charles** 3:1
**check** 98:14
**checked** 97:9
**checking** 129:17
**checkup** 31:10 57:8
**Chevalier** 1:13 2:18
**Chicago** 9:9 10:2
**child** 20:19
**children** 19:19 20:9,12
21:9 71:16,19 72:1
83:21 114:13
**chiropractor** 39:16
**choice** 66:1
**Cholim** 138:12 139:3
**citizen** 9:18 17:12
**citizens** 20:9
**citizenship** 17:15
20:12
**city** 84:1
**claim** 88:1 105:8
**clarified** 71:11
**clarify** 145:5
**clarity** 34:21
**clean** 14:1
**clerk** 5:9
**clinic** 138:17,21 139:2
**clock** 26:4,6
**clockwork** 43:16
**close** 59:13 86:21
130:16 142:11
**closest** 140:13

**clumsy** 41:16
**code** 140:13
**cognitive** 59:14
**cold** 28:17
**collection** 133:12
**college** 12:9,11,18 13:2
13:3 14:14,19 15:2,4
83:6,8,10 84:3,7,9
**color** 120:20 121:2
122:6
**Columbia** 1:2
**come** 58:14
**comes** 70:4
**commenced** 5:1
**commencing** 1:13
**commit** 115:5
**committed** 114:19
**common** 113:1
**communicate** 126:2
**companies** 15:8,9
**company** 15:5 84:13
**compare** 69:9
**compensation** 16:10
**complained** 80:16
**complete** 13:12 25:8
25:12 55:14
**completed** 145:6
**completion** 55:17
**complex** 101:5
**computer** 14:15 54:5,8
83:15 84:17 121:4
122:3,12,17,20 123:2
123:5,10,16,16,18
124:4,11,18 125:1
138:4 140:12
**computers** 85:7
122:15
**concentrate** 61:15
**concerned** 27:12 36:7
36:10 51:11 116:9
**concluded** 115:6
**conclusion** 52:12
**condition** 31:7 32:20
49:4 52:5 53:9 54:7
58:8 60:7,11 70:14
81:5 134:15
**conduct** 124:1
**connect** 29:2
**connection** 89:8
111:18 114:4
**conscious** 23:11,15,17
23:20 110:6,15
**consciousness** 22:10
23:9
**considered** 17:14
50:19 57:4 75:10
**constant** 26:14 42:11
42:13

**constantly** 29:5 31:12
**consume** 66:16
**contact** 49:9 50:1,6,9
**contest** 74:20
**continue** 76:12 92:12
**continuing** 33:4
**contributed** 96:21
**contribution** 96:4,7,10
97:4
**contributions** 96:14
**control** 61:13 99:5
103:12 109:8
**convicted** 141:10,13
**cope** 30:16
**copied** 123:14 127:7
**copy** 7:6 120:15,16
121:7,8
**correct** 21:19 32:7,14
34:6 35:11 43:21
47:14 52:2 55:12
57:8 71:17 77:9
110:16 117:5 122:4
134:12 135:13 145:4
**Correction** 145:8
**corrections** 144:6
**corrective** 34:14
**cosmetic** 50:17 51:16
**counsel** 1:12 5:5,16
143:10,14
**counseling** 73:9,11
77:18 81:15,17 82:2
82:16
**counselor** 77:12,14
**countries** 9:17 17:11
20:8
**country** 9:17 11:3
11:11 20:8 95:21
**couple** 89:19
**course** 7:17 8:2,7 9:3
94:19
**court** 1:2 5:10 7:16
143:3 145:7
**covered** 104:21 106:15
106:21
**crime** 141:10,13
**crutches** 67:10
**culture** 115:2
**current** 10:20 16:8
70:14 86:7 94:16
123:16,18
**currently** 11:15 20:16
28:21 32:6 69:12
70:14 107:5
**curriculum** 114:12
**custody** 99:4 103:12
109:7
**customer** 15:7

|    | **D** |    |
|----|-------|----|
**daily** 32:16,19 42:14
43:2 45:21 46:2
53:16 54:4 63:9
**damage** 27:18 34:2
42:6 48:21 51:15
52:19 59:15 65:21
**date** 103:9 128:13
132:14 135:15
139:19 140:6
**dates** 20:4 68:12
**daughter** 85:15,19
**David** 2:8
**day** 7:17 8:2,7 9:4 27:1
27:1 29:14 30:1,1,6
30:16 40:8,9 56:19
56:20 59:1 74:6,7
80:2 117:19 144:15
**days** 23:2 24:8,13
25:14 43:15 58:12
59:7 60:3
**DC** 1:13 3:4
**deaf** 83:21
**deal** 37:5
**December** 20:6 90:6
135:16
**decide** 75:2
**decided** 47:21 48:5
**decision** 98:21 99:2
**decrease** 33:20
**decreased** 26:3 33:15
**deduction** 131:9,12
**definition** 73:18 78:15
**degree** 14:14,16,17
58:1 83:14
**degrees** 27:6
**demonstrate** 105:9
**denied** 14:11
**depends** 45:14,14
73:17 78:15 92:13
**depict** 122:9
**depicted** 120:11
**Deponent** 144:1 145:2
**deposed** 6:6,11,15,17
18:10
**deposition** 1:10 7:7
142:12 143:12 145:7
**describe** 25:17
**described** 23:6,13,20
38:2 39:19 67:17
68:15 70:12 72:2
75:14 76:2 80:2
87:13,17 99:11
100:13 103:14
112:13 113:7,8
**describing** 136:21
**description** 4:9 85:4
**designs** 15:19

**detail** 120:15 121:9
**details** 48:15 85:6
**determine** 51:14
123:11,19 126:6
**determined** 60:4
**development** 15:18,20
16:3,6
**difference** 38:14
**different** 44:16 74:18
118:18 133:13
136:15
**differently** 33:9
**difficult** 78:20 120:14
121:9
**difficulties** 35:1 37:12
57:10
**difficulty** 8:21 34:8,11
35:10 37:8 56:19
66:4
**dimensional** 39:4
**dimensions** 38:21
**dining** 30:9
**Direct** 4:6 5:19
**direction** 143:6
**disability** 91:19 92:3,7
95:4,5,9 98:3,14 99:3
100:7 101:1
**discharge** 13:16,18
**discharged** 13:14
**discipline** 13:19
**discomfort** 56:11
**disconcerting** 62:9
**discount** 101:2,3
102:13,16
**discovery** 88:3 103:16
126:7
**discussed** 49:2
**discussion** 121:20
**disease** 66:11
**distress** 78:20
**District** 1:2,2
**doctor** 33:6 39:21 42:5
45:9,15 46:10,13
47:18 48:9,11 50:4,8
52:12,18 53:1,5
61:21 75:3 106:10,14
128:14 138:14,16
**doctors** 55:8 65:17
98:13 104:11,13
**doctor's** 61:20
**document** 129:3 130:7
130:9,14 131:5,17,20
132:3,9 135:5,11,13
135:15
**documents** 87:15,21
88:2 102:1 103:12,15
105:3,9,10 109:8
124:13,14 126:20,21

127:3,5,11,15,20
128:3,5,12 133:13
135:17 136:9 142:3
**doing** 13:9 37:9 39:7
42:14,17 43:2 46:5
46:14 47:8 51:11
52:17 53:16 54:8
57:1 61:9 64:10,15
80:15 85:7 86:10
**Dr** 133:19,21 134:4,14
**dressed** 114:16
**drink** 61:6
**drive** 34:19 35:12,15
36:2,14 123:15
**driving** 36:5,7,11
**dropped** 54:15
**dry** 26:20 44:9 50:5,6
**dryer** 44:13
**dual** 36:1
**due** 30:4 44:16 48:21
49:18 50:4 79:20
**duly** 5:17

**E**

**ear** 26:3,7,15 30:5
33:15 34:3,6,9 35:2,6
35:10 41:20 42:1,5,8
**eardrum** 34:1 35:7,9
**earlier** 72:5 95:10
**early** 46:8
**earn** 94:11,19
**earned** 86:19 94:8
109:15,16
**earning** 16:14
**ears** 37:9,13 38:4 39:6
43:17
**easier** 28:3
**easily** 64:3 80:9
**easy** 28:14 81:4
**eat** 30:9 59:18
**eating** 61:1
**ECI** 85:21
**education** 14:18
**educational** 12:2
**effect** 33:4,7 60:4
63:15 65:9 71:4
**effects** 65:7 66:3 69:15
71:1
**Efrat** 21:5,8
**eight** 10:4,5 11:10,11
12:20
**either** 72:10 80:9
81:10,14,19 82:1,5
109:6,8 141:2
**eleven** 47:18
**eligible** 103:7
**emotional** 58:5 74:13
78:19

**employed** 143:11,14
**employee** 143:13
**employer** 94:1 95:19
96:2
**employer's** 96:10
**enable** 87:16
**encourage** 113:4
**engage** 39:11
**England** 121:13
**English** 14:5 115:9
118:18 133:17
139:14 140:2
**enlarged** 120:19 122:7
**enlisted** 14:9
**entitlement** 103:13
**entry** 139:14,19
**enzymes** 59:21 65:8
**episode** 66:3
**episodes** 43:9,13
**Errata** 145:2
**error** 145:5
**errors** 145:3
**especially** 28:6,18 54:3
73:20
**Esq** 2:2,8,13,19,20,21
3:1
**estimate** 68:13 90:14
94:7 97:10
**et** 1:4,7
**evaluations** 99:2
**event** 69:19 71:1
**events** 23:12 25:9
111:5,8,12,15,18
117:18 118:1
**evidence** 110:5,14
112:3,7,14 114:3,7
115:21 116:2,11,18
117:3,13
**exact** 41:7 58:3 68:12
85:4 103:9
**exactly** 6:13 16:15
28:14 38:14 53:19
73:5 84:12 85:2
90:11,16 92:21
101:19 107:19
129:16 134:1
**examination** 4:6 5:16
5:19
**EXAMINATIONS**
4:1
**examined** 5:17 18:11
144:3
**example** 27:3 28:5
30:8 53:20,21
**executed** 144:15
**exercise** 39:11,13,14
**exert** 28:6
**exhibit** 4:10,11,12,13

4:14 118:7,10,13
119:20 120:3,5,8,11
121:7 124:10 126:16
128:16,19,21 132:18
133:5,8,11 135:9,12
137:15,18,21
**Exhibits** 4:8
**exists** 115:2
**expect** 92:18 96:12
107:5
**expenses** 104:5,8,21
105:4,8,10 106:3,21
107:5
**experience** 59:2 69:5
**experienced** 110:6,14
**expert** 15:18,21 16:3,6
**exploratory** 52:17
**explosion** 21:21 22:2,5
22:15 24:4
**extent** 37:15 99:1
103:10 105:7 109:6
134:17
**eye** 26:1,17,18,20 27:1
27:10 31:3,4,6,9,9,11
31:14 32:7,10 34:12
34:15,17 38:9 43:21
44:3,8,13,13 45:9,20
46:9,13 47:12,17,21
48:2,4,14,18 49:2,3,6
49:7,10,17 50:2,3,5,6
50:9 51:4,12 57:8,10
73:21 106:10,14
128:14 134:15
**eyedrops** 44:19,21
45:2,12
**eyes** 37:9,13 38:4 39:6
**e-mail** 125:4,6,8,12,13
125:15,19 126:13,17
129:10

**F**

**face** 57:21 58:15,20
74:9
**faces** 121:18
**fact** 26:21 27:10 31:3
38:9 50:4 56:9 62:4
63:1 73:19 74:1,5
75:5 88:1 93:17
134:3
**fair** 48:3 75:13
**Fairly** 95:20
**falls** 39:2
**familiar** 13:18
**families** 112:21 113:2
113:3,5,6 114:19
117:8
**family** 18:17,20 19:10
21:14 36:7 37:14,17

38:5 69:20,21 70:7
71:2 72:2,9 75:18
77:14 79:7,10,16
80:6,21 81:7 103:11
111:8,15 112:10,19
141:12,17
**far** 22:12 23:8,9 27:11
33:7 34:4,18 42:7
51:10 52:6 53:11
54:10 57:10 58:2
62:11 63:12 65:19
77:7,17 82:9 85:11
89:17 90:19 116:8
129:20 133:4 136:8
139:5
**fashion** 126:2 134:6
**fast** 43:4
**father** 21:1 24:12
80:11
**February** 1:9 21:18
25:18 39:20 40:5,15
41:1,17 57:18 67:20
69:5,15 73:15 76:20
86:16 88:11 93:4
94:4,13,21 99:14
100:16 103:21
105:17 107:2,11,17
108:9,12,19 109:16
109:20 110:7,16
111:15,18 117:18
122:10 124:12 125:2
126:3 129:14 130:4
130:10,12 131:6
141:4,8
**feel** 29:17 31:1 53:19
56:10 66:21 144:6
**feeling** 28:13 29:14
52:11 61:12
**female** 121:17
**Feuer** 8:11 143:18
**fever** 59:17
**field** 38:3 46:16,17,20
**fifth** 75:4
**figure** 14:4 27:13 87:3
139:20
**figuring** 61:20
**file** 102:6 128:1,6
135:18
**filed** 111:18
**filing** 5:9 102:11
**final** 98:21 99:2
**financially** 143:15
**find** 126:16 130:9
**Fine** 57:15
**finger** 28:7 54:3
**fingers** 27:19,21
**finish** 63:5
**finished** 30:19 83:11

**finishes** 7:19
**first** 6:10,20 15:4
19:16 24:9 25:11
57:21 58:5,15 74:16
84:9,10 89:10 100:5
102:5 130:16 131:2
133:17
**fit** 39:10
**five** 86:1 96:1,3,4
101:8,10 122:18
123:6 127:7
**fixed** 34:1 96:15
**floor** 29:15 38:12
**folder** 127:2,5,10,15
**follow** 7:10 88:5 99:7
103:18 105:13
109:11 135:2 137:4
**following** 89:1 108:9
**follows** 5:18
**food** 61:8
**foot** 29:4,13,15,20,21
41:9 55:2,7 59:11
**force** 28:5 53:18 80:11
**foregoing** 143:4 144:3
**forgotten** 129:7
**form** 44:16
**forward** 25:12
**found** 124:11 125:1
**four** 18:8 20:1 29:11
59:4,5 60:16 62:5
67:19,20 101:8,10
103:8 119:6 133:12
135:12
**fourth** 75:4
**frequencies** 26:8
**frequency** 26:3 37:4,6
**frequently** 43:13
**friends** 38:5 75:18
**front** 124:21
**full** 6:1 8:15 90:12
93:1,9,18 104:10
108:3,8,15,19 109:14
143:7
**function** 66:8
**functioning** 33:9
**fund** 96:2 97:1
**funneled** 117:7
**further** 5:8 14:18
52:21 65:20 133:2
140:1 142:3 143:10
143:13
**furtherance** 140:20
**future** 32:20 33:3,7
62:10,10,11 66:9
73:20 93:21 94:12,15
97:11 103:4 105:16
105:21 106:3,4,20
**F.B** 3:1

**G**

Gan 10:9
gaps 25:16
gas 28:9,9 54:1
gathering 37:18
Gavriel 119:15
general 115:2 145:4
getting 104:10
Ginot 10:17 20:17
give 7:13 8:15 65:4
  88:18 91:20 96:3
  102:18 103:2
given 36:8 98:8 100:15
  100:20 144:5
gives 96:2
giving 60:5
go 7:20 12:2,3,11 31:3
  45:9 46:10 60:10,18
  60:21 61:21 63:12,13
  64:19 65:1,10 75:3
  80:11 83:1,6,8 85:18
  98:9 106:10 108:1
  135:8 138:17 139:13
  140:1
goes 26:15 43:3 63:19
  87:6 135:10 138:15
going 7:13 8:8 25:12
  26:17 30:8 37:18
  38:1,18 45:21 53:21
  59:9 69:5 70:2 74:17
  75:2 78:10
good 5:21 34:17 68:19
  69:1 71:18,21 72:7
government 89:5,8,16
  91:15 96:20 98:3
  99:11,12,17 100:4,8
  100:14 102:7,16
  104:6 129:13 130:6
gradually 68:3
graduate 12:5,13
  83:12
graduated 14:13,19
  83:3 84:7
graduation 13:2 15:1
  84:3
grandparents 81:3
  82:15,18
grandson 81:5
green 114:16
grip 54:12
gross 9:13 130:21
  132:4

**H**

HaAyin 86:13
Hadassah 21:5,7
Hagai 20:3,6
half 24:20 31:10 40:7

74:16 84:13 86:2,20
  88:9 89:2,2,10,13
  90:7,10 107:20,21
HaModia 118:5,17
hand 27:17,18,21 28:2
  28:7,12,18 52:2,5,17
  53:1,10,15,18 54:7
  54:12,16 59:11,12,13
  67:11
handed 118:12
handing 120:7 137:20
handle 75:3
happen 28:12 31:6,14
  33:7 45:8 54:1 58:6
  61:7 66:9 94:15
  113:6
happened 1:1 22:20
  23:12 24:10 25:1,4
  25:13 27:14 28:8
  51:10,12 60:16 63:2
  71:15 74:7 110:9
  123:2
happening 22:14 25:1
  58:11
happens 7:18 8:3
  26:18 28:4 30:6
  31:14 41:4 43:15
  45:5 70:3
hard 8:11 26:13 30:11
  37:18 43:5,7 54:2
  60:12 61:5 62:4,6
  69:8 74:17 78:11,20
  79:20 80:2 94:14
  123:15 127:6
harder 28:11,15 30:15
  37:19,21 38:13,16
  40:12 53:18
Harold 9:11
head 27:7 31:13 43:7
heal 62:8,9
healed 35:8,9
health 72:11 73:9,12
  75:15 76:8,15,19
  77:2,5 78:3 81:20
  82:2,7,10,16,19
  104:18 131:13 132:5
  138:12
hear 9:3 22:21 26:3,6
  26:9 30:15 37:3,18
  43:5,8 74:5
heard 110:11 114:2
  117:10 118:20 140:9
hearing 8:21 9:1 26:2
  26:13 30:5 31:20
  33:14,18,20 34:2,6
  36:8 37:6 62:14
  128:13 136:3,6,10,15
  136:20

Hebrew 115:10 139:9
height 38:14
held 15:15 121:21
help 34:5 39:13 44:19
  49:11 52:13 53:6
  75:9,15,16,17,20
  76:1 77:21 78:5
helped 52:15 73:6
helping 52:14 66:21
  67:5
helps 45:5
hereto 143:15
Hibey 2:19
high 12:3,17 13:1 15:1
  26:3,15 37:3,6 42:12
  42:19,20 43:1,10,14
  60:1 83:1,3 84:2
  101:6
Hill 2:20 4:6 5:20 7:5
  7:11 11:8 17:2,18
  20:15 21:13 22:8,13
  23:10 25:3 30:18
  31:19 32:5 33:1 35:4
  36:12,17 37:2 38:19
  40:4,13 44:11 45:6
  48:10 49:20 51:19
  53:7 57:13,16 63:4
  63:17 64:14 65:15
  66:10,15 67:15 71:14
  75:12 79:1,6,15 80:4
  80:19 81:6 87:20
  88:7 97:19 98:1 99:1
  99:9 100:19 103:10
  103:19 104:4 105:7
  105:15 106:2,13
  109:6,12,19 110:19
  113:21 116:10,17
  118:7,11 120:3,6
  121:5,10 122:1 124:8
  124:19 128:16,20
  129:8 130:2 133:5,9
  134:13,17 135:4
  136:19 137:6,15,19
  138:2,3 141:1 142:2
  142:11
Hillel 1:11 4:4 5:14 6:2
  9:16
HILLELT@Amdoc...
  125:18
him/herself 144:13
hindsight 69:4
hit 94:5
hits 41:7,9
HMO 138:15
Hodea 20:3,5
hold 54:2 67:10
home 29:18 59:4 62:4

67:8 70:7 80:11
  85:20 121:4 122:14
  126:20
honorable 13:16,17
hope 74:2
hospital 24:11,15,19
  24:20 25:14 29:8
  55:12,18 58:9 59:3,6
  59:8 60:2,20 64:20
  65:11 75:6,8 76:9,11
  76:13 77:4 79:21
  80:13
hot 27:21 28:1
hours 46:11 60:19 61:1
  70:7
house 40:12 61:11,12
  67:9,13 68:2
hundred 60:1
hurt 28:7,11 61:16
hurting 29:5,8
hurts 28:5,18 29:20
  41:8,9,13,15
hypersensitivity 27:20

**I**

idea 106:6 121:12
ideas 134:14
identify 28:14 120:10
Ilan 12:12 83:9
ill 64:19 78:14 79:17
  80:6,21 81:8
illness 73:14,18 75:11
  76:5 78:8,16 79:3,8
  79:11
immediate 31:18
immediately 108:3
impact 49:3
impair 8:18
important 48:1 69:21
importer 102:8,18
impression 35:2
improve 34:6 47:16,20
  48:4,14 49:9,13 50:2
  52:5 53:1,9 55:6
  134:15
improved 33:18
inability 38:21
inch 75:8
inches 127:8
income 87:21 89:1
  91:21 92:3 100:3
increased 65:8 87:9
  93:8
Index 4:1,8
indicate 31:18
indicates 131:5,8
  139:18
indicating 140:19

individual 144:12,14
infected 45:1
infection 26:21 44:10
  44:17,20 46:9,13
  50:7 65:2,3
infections 26:18 43:21
  45:7,16,20 46:13
inflation 92:13,15
inflicted 140:3
information 113:8
  115:17
initial 62:18
injecting 48:17
injured 21:18 22:10
  38:20 40:20 49:7
  54:13 60:9 86:16,19
  93:4,14 94:20 109:16
  112:5,9,16 114:5,9
  116:4,13,20 117:5,15
  129:14 137:11
  140:10,15
injuries 25:18 39:6,19
  41:12,17 57:17 58:4
  74:18 75:1 89:14
  94:4,1 99:13,17
  100:16 101:4 103:21
  104:6 105:17 106:5,8
  107:1,14 117:18
  122:9 124:12 125:2
  126:3 127:3
injury 29:10 31:8 38:4
  44:8,12 49:6 53:15
  65:5 98:14 140:2,7
  141:21
inquired 97:3,7
Institute 135:5 136:12
institution 12:5
insurance 104:19
  105:1 106:15 107:1
  131:13 132:5 138:12
intensive 60:2,6 64:19
  65:1 75:7
interested 143:15
interview 118:2 119:7
  119:19
interviewed 117:21
  119:1,3,7,9,12,17,21
involved 140:15
involves 54:4
Israel 6:12,17 9:19
  10:7,8 17:13 18:4
  20:10,17 35:18 87:5
  101:6 113:1
Israeli 89:5,8,16 91:14
  96:20 98:3 99:11,12
  99:17 100:3,8,14
  104:6 129:13 130:6
issue 34:2 38:2 60:20

81:20
**issues** 36:19 67:14
  75:13 76:1 82:7,11
  82:20
**item** 118:9 120:4
  128:18 133:7 137:17

**J**

**J** 2:2,21
**January** 86:6 90:18
  91:7
**Jews** 114:17
**job** 15:4,10 37:10 47:9
  84:9,10,16,18 85:3
  85:17
**jobs** 84:6
**July** 9:7 20:6 68:16,17
  129:20 132:12,13,15
  132:15,19,20,21
  133:3
**June** 67:21 68:1,3,16
  68:17 69:2 132:9

**K**

**keep** 127:2
**kept** 127:1,2
**Keren** 110:3,5
**kids** 29:19 114:15
**kill** 113:5 114:17
**killed** 114:20
**kilos** 60:16
**kind** 39:14 72:12 81:15
  84:16 118:19 124:14
**knew** 84:12
**know** 7:3 8:4,8,9 9:4
  9:21 13:17 14:5
  16:15 17:21 22:4,12
  23:9 25:1 27:4,14
  33:6 34:4,18 38:17
  42:7 47:3 51:9,10
  52:6 53:11 58:11
  62:10,16 64:13 65:19
  66:9,14 71:7,9 72:4
  72:10,17 76:18 77:4
  77:7,17,20 79:5
  80:10 81:9,13,16,17
  81:21 82:5,9,14,15
  82:17,18,21 83:3,21
  84:2,4,5,6 86:18
  87:11,14 94:15 97:18
  102:5,17 103:8 107:3
  108:11,17 109:1
  110:3,4,10,12 111:2
  111:3,21 114:18
  116:21 119:4 121:14
  129:4 132:13 133:4
  134:2,9,11 136:17
  137:14

**knowing** 61:5 62:8
**knowledge** 79:3 97:17
  113:1
**known** 6:3
**knows** 97:15
**Kupat** 138:12 139:3

**L**

**lack** 39:3 55:7
**languages** 115:8
**large** 139:9
**lasting** 66:2
**law** 2:3 92:20
**laws** 97:15
**lawsuit** 7:3 104:21
  123:12,20 124:4
  126:8,13,17 141:21
**lawsuits** 111:17
**lawyer** 6:19,21 30:13
  32:3 127:17 136:11
**lawyers** 6:18 7:1,2
  113:19 114:1 127:14
**lay** 63:21
**learn** 42:16
**leave** 46:8 48:5
**leaves** 29:19
**left** 14:3 26:1,2,7,11,13
  26:14,18 27:1,4
  29:21 30:5,7 31:2,18
  32:7,10 33:15 34:3,6
  42:1 43:21 47:4,7,17
  48:4,14 49:2,10,18
  50:2,9 74:6 76:13
  85:9 121:19 131:1
**leftmost** 30:10
**left-handed** 53:13
**leg** 31:2 41:6,6 56:2
  140:17,21
**legs** 56:17 57:21 58:2
**Leitner** 127:18 128:2,6
  136:6
**lens** 49:9,13 50:1,6,9
**lenses** 34:14
**lessened** 57:5
**letter** 133:18 134:3,9
  134:18,21
**Let's** 12:2 97:19
  128:16 133:5 137:15
**Leumi** 89:3 102:12
  109:5 129:10
**Liberation** 3:6
**lies** 62:10
**life** 27:2 60:7,11 94:19
  141:21
**light** 64:2
**limitations** 36:8
**limited** 46:16
**Line** 145:8

**little** 28:10 120:14
**live** 10:2,10,12,14,18
  21:9,14 42:16
**lived** 11:9,14,18,19,21
**liver** 59:20 60:20 65:8
  66:4,8,11,17
**lives** 21:7,7
**living** 32:16,19 42:14
  63:10
**Livingston** 2:4 59:7
**LLC** 2:3
**locate** 124:3 126:12
**located** 11:1,4 86:12
  117:7 130:10 139:4
**location** 41:7 132:1
**long** 6:21 10:2,10,14
  10:18 11:9 15:12
  16:13 18:18 19:4,11
  40:5 45:16 67:16
  68:9 73:4 84:21
  88:20 90:20 92:9,18
  105:6 107:19 122:17
  125:8 127:20
**look** 27:11 47:12 48:19
  51:13 58:21 127:10
  133:14 139:8
**looked** 58:17,18,18
  114:14
**looking** 27:12 37:19
  51:7,12 74:10 89:18
**looks** 27:10 51:3,6,6
  63:15,16 64:9 74:8
  122:6 138:12
**lose** 23:9
**loss** 30:5 52:11 61:12
  89:1
**lost** 22:10 47:5 60:16
  61:1
**lot** 26:17,18 28:5 30:2
  51:8 66:16 80:18
  114:21
**lotion** 63:14
**louder** 26:10 42:19,20
  42:21 43:9,14
**loudly** 32:1
**low** 44:15 52:14
**lower** 39:15,18 97:11
**lying** 26:5 75:7

**M**

**maiden** 9:12 17:9
**main** 34:2
**Mainsoft** 84:10
**making** 61:20 88:15
  96:5,6 105:8 108:12
**man** 14:9 73:1
**management** 15:8
**March** 131:8,15

139:20 140:8
**marital** 77:11
**mark** 2:21 118:7 120:3
  128:16 133:5 137:15
**marked** 118:10,12
  119:20 120:5,7
  124:10 126:15
  128:19 133:8,10
  137:18,20
**marriage** 63:1 68:19
  69:1,6,12 72:6
**married** 10:19 11:15
  17:6 62:19 63:3
**martyrs** 114:14
**material** 123:12,19
  124:3,11 126:12
  137:2
**materials** 99:3 125:1
  126:6
**math** 11:13
**matter** 5:1 67:5
**McAleer** 3:1
**mean** 13:18 70:6 71:13
  95:3 140:11
**meaning** 27:20
**means** 15:19 28:2
  29:15 30:5 31:4,8,8,9
  32:19 38:9 46:11
  49:6 93:8
**meant** 35:3 61:19
**media** 115:19,20 116:5
  116:14 117:6,13
  118:1 120:1
**medical** 31:7 32:20
  48:15 49:4 67:14
  104:5 105:16 106:3,4
  124:13,14 126:21
  141:3,7
**medication** 8:17 45:12
  65:5,11,17,20 77:21
  81:20 82:19
**medications** 60:5 82:6
  82:10
**medicine** 66:3
**medicines** 65:4
**meeting** 51:9 52:12
**Meir** 119:15
**members** 103:11
**memory** 23:5 24:7
  25:9,12,17
**mental** 72:11 73:9,12
  73:14,18 75:11,15
  76:5,8,15,19 77:2,5
  78:3,7,15 79:3,8,11
  81:20 82:2,7,10,16
  82:19
**mentally** 78:13 79:17
  80:6,21 81:8

**mentioned** 10:1 14:13
  17:6 24:1,7 32:6,12
  33:14 37:3 41:19
  43:20 46:16 50:13
  52:1 54:18 55:1,10
  56:1,16 57:7 63:7,18
  64:9,18 66:19 81:10
  82:1 88:8 89:19 95:2
  98:2 122:2 126:19
  130:3 135:18
**Michael** 143:18
**Michmash** 21:8,8
**middle** 28:6 54:3 99:19
**mid-2006** 85:20
**Miller** 1:13 2:18
**mind** 70:15
**mine** 83:11
**minute** 59:19 142:6
**minutes** 80:1
**mirror** 58:17
**mirrors** 35:16,19 36:2
**missed** 93:14 97:5
**missing** 46:12 89:8
**mistake** 65:18
**mistaken** 84:20 118:6
  137:1
**moment** 129:3
**money** 16:5 86:15,18
  87:6 88:21 89:7
  91:14,18 93:3,12
  94:11,19 96:19,21
  99:10 100:13 104:20
  108:11,17 109:1,15
  112:11,19 117:8
  129:12 130:5 141:20
**Montgomery** 2:10
**month** 16:9,14 88:19
  90:15 91:12 92:8,10
  92:15 99:20 100:5
  107:20,21 108:13
  129:11 131:3 132:3
  132:19 136:7
**monthly** 16:11 91:21
  91:21 92:2
**months** 26:19 29:3,11
  52:10,16 59:4,5 62:5
  62:20 67:19,20 68:11
  80:17 84:11 97:12
  106:11 131:21
**morning** 5:21 24:10
**mother** 21:11 74:8 80:3
**mother's** 9:12
**move** 10:5,8,16 17:20
  22:19 28:2 43:7
  59:13 75:6,8
**moved** 10:7,9 18:4
  20:18
**moving** 28:10

**MRI** 32:20 33:3 74:1
**multiplied** 90:12
**muscles** 39:16
**MV** 85:16

**N**

**nail** 30:21 56:1
**name** 6:1 9:12,14 17:7
17:9 31:8 49:5 72:15
118:18 119:11,14,16
121:14 136:16,18
138:10 139:2
**named** 110:3,10
133:18 144:13
**names** 6:4,18 9:10
20:2 21:4
**Natan** 20:3,5
**national** 80:15 83:18
83:20
**nature** 25:17 48:13
57:17
**necessarily** 37:17
70:19
**necessary** 144:7
**need** 34:14 40:1 54:9
64:4 73:11 74:2 87:9
105:10 109:9
**needed** 46:14
**needs** 63:18 74:21 78:5
**neighbors** 111:10
**neither** 143:10
**nerve** 27:18 28:21 29:2
34:2 42:6 48:21
52:19
**net** 130:21 131:14
132:6
**never** 19:15 43:10
51:14 64:3 74:2
75:14 77:7,17 97:9
118:20
**new** 2:15 101:9,11,12
123:14 128:4,5,11
**newspaper** 118:3,4,21
121:12
**newspapers** 113:1,9
114:2,21 117:11
**nice** 58:21
**Nicholim** 12:4
**night** 24:10 52:7,7
54:21 110:21 111:5,8
111:12
**nine** 135:19
**Nitsana** 127:18 136:6
**Noah** 6:2 9:16
**noise** 42:11,13,15
**nonbusiness** 125:20
**normal** 14:8 26:8
27:11 29:21 30:2

46:19 47:12 61:18
62:13 66:8 68:5,14
**normally** 40:8 62:2
**Norman** 2:13
**nose** 47:6
**Notary** 144:21
**note** 145:3
**notice** 1:12
**November** 91:2
**number** 9:20 72:19
87:11 88:18 90:11
98:6,7 104:16 128:21
130:15,17 133:6,11
137:21
**numbers** 87:2 90:16
95:21 101:19
**nurse** 120:13
**NW** 1:13 3:2
**NY** 2:5,15

**O**

**objection** 17:8 11:7
17:1,16 20:14 21:12
22:6,11 23:7 24:17
25:20 32:17 36:9,15
38:6 40:3,10 44:5
45:3 48:7 49:15
51:17 53:4 57:12,19
63:11 64:12 65:13
66:5,13 67:2 73:16
78:18 79:4,12,18
80:7 81:1 100:17
104:2 105:19 106:9
109:17 110:17
113:18 116:6,15
124:5 134:7
**obtain** 17:15 20:11
**obviously** 105:10
**occasion** 6:14 7:2 24:4
46:7 54:11
**occasionally** 28:17
41:5,11 43:20
**occasions** 6:8 18:5
42:18,21 101:14
119:20
**occurrence** 54:17
**October** 91:1,7,16
93:2
**Office** 2:3
**officer** 14:6,7
**offset** 88:21
**Oh** 94:6 130:19
**okay** 7:21 8:1 31:11
37:20 139:12
**old** 10:6 20:21 80:12
122:18 123:4,10,15
**older** 85:2
**once** 74:18 93:8 101:8

**ones** 70:2
**operation** 47:19
**operations** 34:5
**opinion** 75:4
**opinions** 104:11,12
**opportunities** 93:7
**opposite** 61:18 68:5
70:10
**option** 50:3,19 65:19
**options** 50:11
**oral** 45:12
**ordeal** 74:17 78:9,20
**order** 27:7 29:12 39:12
39:13 87:11 113:3
**organization** 3:6
138:10
**original** 60:12 93:9
98:7 120:18 121:8
144:8
**originally** 120:17
**outcome** 143:16
**outside** 35:19 36:1
38:12 63:19
**owned** 122:17

**P**

**page** 4:2,9 130:16
132:1,2,17,18 139:8
145:2,6,8
**pages** 135:9,12 139:10
139:13 140:1
**paid** 18:1 90:10,14
91:6 104:6,10,12,15
104:20 112:11,19,21
113:3,3 114:19
129:11 141:20
**pain** 39:12,18 110:6,15
**Palestine** 3:6
**Palestinian** 3:5 112:2
114:12,18 115:1,13
116:3,8,12
**paper** 124:18 126:19
144:8
**paperwork** 89:18
98:18,20 102:6,15
**parade** 114:15
**pardon** 133:1 138:2
**parents** 9:10 20:16,21
23:21 60:13 79:19
80:5 81:10,11,19
119:3 133:18 134:4
134:20 141:2,6
**part** 11:2 13:8,9 44:12
72:1,8 87:1 89:5,12
89:20 93:6 95:15
98:15,17 99:20 101:1
104:18,19 108:5
131:3

**parties** 5:5 143:11,14
**parts** 31:4 74:18
**Pause** 124:16 129:5,18
**pay** 30:1 101:11 104:8
106:17 117:8
**paychecks** 87:18
**payment** 92:7,10,19
132:6
**payments** 99:12,16
109:8 133:2
**pension** 87:5 95:2,8,13
95:16,17,18 96:2,6
96:13 97:1,4,11
**people** 8:12 11:4 25:4
27:3,11,12 30:7,12
37:21 43:6 65:5
75:18 113:4 114:20
**perceived** 103:20
**percent** 89:15 90:1,2,4
90:17,20 91:8,9,10
91:11 95:7 96:1,3,4
98:2,10 101:7
**percentage** 87:5 90:13
91:20 92:1 95:3,4,6,6
95:17
**perception** 38:3
**perform** 113:4
**performance** 16:17
17:3
**performed** 136:11,14
**period** 23:20 36:11
64:5 66:19 67:3,16
68:4,9 90:3,15 91:6
91:15,16 107:16,18
108:18
**peripheral** 47:1,4
**person** 22:1,1,4 39:10
46:19 63:21 72:18
113:16 119:17
121:14
**personality** 61:18 68:6
68:10,14
**persons** 22:1,2,5
120:10
**perspective** 70:16
**pertain** 138:7
**Petach** 10:13 11:19
21:7 85:16 86:1
**philosophical** 69:20
**philosophy** 70:12 72:2
72:9
**phone** 15:8,9 23:1
134:10
**photocopy** 120:9
**photograph** 120:9
121:7,15 122:3,5,13
124:20
**photographs** 122:8

**physical** 29:12 39:7
52:16 55:11,14,17,19
58:4 59:11 61:10
**picture** 120:16,18,21
121:11,18 124:6,9
126:14,15
**pillow** 26:6
**pitched** 26:15 42:12,19
42:20 43:1,10,14
**place** 12:4 21:18 41:3
59:7 84:10,19 85:15
85:21 86:7 121:20
136:15
**places** 11:20 58:2,3
139:6
**plaintiffs** 2:6,11,16
105:8 109:7 121:6
**plaintiff's** 99:4
**plan** 95:13,17,18 97:4
**plans** 17:19
**plastic** 57:5
**please** 5:21 7:18,20 8:4
9:4 88:5 99:7 105:13
118:8 133:6 135:2
137:5 145:3
**PLO** 112:2 114:7
115:14 116:7
**point** 25:8 29:7 58:5
60:18,21 70:3 74:13
74:14 88:15
**pointing** 140:18
**portion** 96:21 140:19
**position** 16:2 93:10
**positions** 15:15
**positive** 17:4 70:12,17
70:21 71:3,7 115:4
**possession** 99:4 103:12
109:7
**possible** 48:13 93:5
**potentially** 49:2
**practicing** 133:21
**precedence** 69:21
**predict** 38:17
**prescribed** 65:17
77:21
**prescribes** 45:15
**presence** 144:16
**present** 6:19
**press** 118:1 119:21
**pressing** 28:9 53:19
**pressure** 44:15 48:18
**prevent** 37:13 39:7
42:13,17 43:1 45:20
46:3,5 47:8,11 53:15
54:8 56:13 57:1 65:6
93:20
**prevented** 46:14 64:10
64:15

Case 1:18-cv-12355-MKV-DCF    Document 136-62    Filed 10/05/21    Page 45 of 48

**preventing** 33:2
**prevents** 37:9
**previous** 19:7
**previously** 19:14
**price** 102:2
**print** 143:6
**printed** 138:13
**printout** 138:5
**prior** 18:13,20 19:6
21:21 122:20
**priorities** 69:16,18
**prioritize** 75:1
**probably** 23:21 39:21
67:19 70:6,8,9 72:21
73:7 91:13 92:8
93:11 101:20 102:4
104:17 123:3 131:3
140:11,16
**problem** 39:3 49:12
**problems** 27:1 43:17
66:17 141:7
**procedure** 33:19 48:14
49:1 52:4
**procedures** 34:5 52:21
**proceedings** 143:8
**process** 61:9 62:7 98:9
98:12,15,17,19
**produced** 7:8 88:1,3
99:5 103:15 105:11
109:9 121:8 134:19
136:21 137:2
**profession** 87:10
**professional** 75:15,16
75:20 76:1,8
**proffered** 118:9 120:4
128:18 133:7 137:17
**program** 13:6
**programmer** 15:11,14
15:17 16:2 84:17
86:2
**programming** 85:18
86:10
**prolonged** 64:5
**promoted** 16:6 87:8
93:15
**promotion** 14:11 16:3
70:5 93:7,17
**promotions** 14:8 93:21
94:8
**prone** 26:20 44:10,17
**protective** 63:14
**provide** 15:7
**provided** 115:18
136:11
**psychiatrist** 76:13
77:8 81:12 98:16
**psychologist** 72:14,15
76:11,12 77:8 81:12

98:16,16
**Public** 144:21
**publication** 118:19
**publicly** 117:17
**published** 115:1
118:16
**pump** 28:9
**purchases** 102:7
103:13
**purpose** 18:16 19:2,9
59:9
**purposefully** 140:3
**pursuant** 1:12
**put** 27:21 50:5 95:13
95:16,16 96:17
**putting** 63:14 72:2,9

_____

**Q**

**quarters** 139:7
**question** 7:21 8:3,8,8
69:9 71:11
**questions** 7:13 36:21
142:4,9

_____

**R**

**Rachel** 110:10,14
**radiates** 41:8
**radio** 113:2,9 114:3
**Ramat** 10:9
**rank** 14:3
**rate** 98:10
**rating** 91:20 99:3
100:8
**react** 49:7
**read** 114:21 115:11
116:5,14 117:6,10,12
144:2
**reading** 5:6
**realize** 44:3
**really** 27:15 28:11,11
29:20,20 41:7,8
65:21 73:5 74:13,14
88:17 98:20 129:2
**Realtime** 143:20
**reason** 8:14 23:15 32:2
56:7 65:1,10 91:2,18
94:18 131:2 145:8
**reasons** 33:21 59:10
145:4
**recall** 46:7 91:5 109:21
**receipts** 105:5
**receive** 13:16,19 14:8
16:5,10 76:8 88:21
89:7 91:14 92:9,12
92:18 94:9 96:12,19
98:10 99:18,21 103:7
**received** 7:6 16:17,20
25:18 41:12 63:7

82:2,6 89:11,15
91:18 92:14 93:17
94:4,13 99:10,12,13
99:16 100:2,7,14,16
101:4 103:21 107:14
108:17 109:2,9
117:19 126:3 129:13
130:10 131:6,9,14,18
131:20 132:4,6,8,11
132:19 133:2
**receiving** 92:2,7 93:21
100:10,11 108:15
130:5
**recess** 97:20 142:7
**recipient** 134:20
**recognize** 129:1
**Recognizing** 25:16
**recollect** 22:14
**recommend** 50:8,10
**recommendation** 48:9
**recommended** 48:11
48:20 52:18 55:15,19
76:7
**record** 14:1 31:17
119:14 121:17,21
136:11 140:19
142:11 143:8 144:4
145:5
**records** 138:7,11,20
**recovering** 61:9
**recovery** 62:7,18
78:10,11,11
**reduce** 42:4,8 44:20
**reduced** 27:19 29:14
55:2 132:5 143:6
**refer** 11:4
**reference** 32:3
**referring** 95:8 102:3
118:14 121:3 122:12
**regain** 29:12
**regular** 44:19,21 106:7
106:12 138:14,16,17
**regularly** 39:14
**relate** 107:1
**related** 39:19 72:8
76:17,17 79:9,14
82:6 87:21 99:3,13
99:17 105:17 116:21
123:12 125:2,20
141:3,7 143:11
**relates** 124:12
**relating** 37:14 103:12
**relations** 38:5
**relationship** 71:19,21
72:7
**relative** 143:13
**relatively** 39:10
**released** 55:11,18

**relevant** 124:4 126:13
126:17
**remained** 23:19
**remaining** 135:9
**remember** 6:12,18,20
18:19 22:16,18 23:2
23:3,12,21 24:9,11
24:12,14,15,18,21
25:5,13 30:20 31:7
36:6 39:1 46:15
48:15 49:5 54:17
58:2,3,16 68:6,11
72:17,19 73:5 76:14
80:13 85:1,4,11 87:1
88:17 89:17 90:9,11
90:16,19 91:1,9,13
92:5,6 95:21 100:2
101:19 104:15
107:18 108:2 110:8
110:20 111:6,9,11
113:20 119:10,11,13
120:2 128:11,15
134:1 136:8,16,17,18
**remembered** 30:4 38:8
**remembers** 58:6 59:1
**reminder** 74:7
**reminds** 74:9
**removed** 52:7 56:5,6
**repair** 50:17,20 51:15
**repaired** 34:3 52:20
57:5
**rephrase** 8:4
**replace** 96:20 108:18
130:6
**replacement** 100:3
**replied** 134:8
**reply** 134:6,11
**report** 120:1
**reporter** 7:16 119:11
143:3,20 145:7
**Reporter's** 143:1
**representing** 144:13
**reprimand** 13:20
**Republic** 1:7 116:19
117:3,14
**request** 7:8 88:4 99:5,8
103:14,16 121:6
142:2
**requests** 88:3 126:7
**require** 37:5
**required** 102:6
**requires** 47:9
**reserve** 142:10
**reside** 11:16 20:16
21:6
**resided** 20:18
**resolved** 60:21
**respect** 37:16

**respective** 5:5
**response** 134:18
**responsive** 88:2
103:16 123:19 126:7
**rest** 136:3
**restore** 32:10
**restrictions** 35:14
**result** 33:9 38:20 41:17
54:13,20 69:19 73:15
94:8,12 97:12 100:15
101:4 103:21 106:5
107:13
**retire** 96:13
**retirement** 92:21
**return** 48:20 62:15
**returned** 66:8 68:14
93:1,18 108:14
109:14
**review** 16:18 129:3
142:10
**reviews** 16:20 17:3
**Richard** 2:19
**right** 11:13 18:11
22:10 24:8,16 26:5
27:17,18 28:7,20
29:12,15,20 30:13
31:6,11,14 33:10,15
34:8,11,15,19 35:1,5
35:7,9 37:19 41:3,20
42:1 43:7 46:17 47:1
47:13,21 48:2 49:3
51:4,16 52:2,5 53:1,2
53:10,15,18 54:5,7
54:12,16,19 55:3
56:2,17 57:8,10 63:2
67:1 69:16 71:16
74:21 75:9 76:2,3
77:18,19 88:9 92:16
93:18 98:4 107:6,11
120:15 131:10,15,18
132:6,9,20 136:7
140:15 142:10
**right-handed** 53:13,14
**ringing** 26:14 41:19
42:4,8 43:17 49:14
**risk** 47:20 66:11 74:4
**RIT** 84:13,16,18
**Road** 2:9
**Robert** 2:2
**Rochon** 2:21
**rocks** 38:13
**Ronit** 17:8 119:2
120:12
**room** 30:9 37:19 43:6
58:18
**Rosh** 86:13
**run** 40:1,6
**running** 56:14

rupture 33:21
ruptured 35:7

_____
**S**

s 143:18
safely 36:2
salary 16:8,11 87:9
  90:12 91:10 93:8,10
  95:17 96:1,6 108:15
  130:6
sales 101:11 102:2
Samaria 11:2
Saturday 24:10
saw 22:4 23:1 52:9
  58:6,15 72:16
saying 41:10,12,16
  68:6 90:18 95:12
  96:9 101:12
says 45:10 70:5 102:16
  119:9,13 129:20
  132:13,15 135:5
  140:17
scar 31:2 41:3 56:16
  57:1,4
scars 28:18
scene 110:1
scenes 102:14
schedule 90:21 91:8
Schoen 2:8
school 12:3,17,20 13:1
  15:1 83:1,4 84:3
  114:12
Sciences 14:15 83:15
Scott 1:4
screen 63:18 64:4
search 123:11 124:1
searched 123:18 126:5
  127:12 128:10
  134:19
seat 30:10
seated 31:18
second 6:14,21 57:21
  59:14 102:4 104:11
  104:12
seconds 22:17 28:1
  43:4
Security 9:20 89:4
see 21:21 26:1,21 27:8
  30:13 31:15 32:7
  37:19,20 38:10,21
  44:2 47:6 48:1 49:21
  52:13 58:12,14 70:4
  72:18 74:5,9 76:12
  78:3 81:4 98:15
  130:18 135:6 139:8
  139:13,16 140:3
seeing 109:21 110:20
  130:14 132:16

seek 75:14
seen 77:8,11,14 98:18
  114:2 116:5,14
  117:12 129:4,6
  133:15 138:5
sees 74:10
seizures 65:6
send 98:13 102:20
  103:1 127:14,17,19
  128:5,8 145:6
sending 128:2
sensation 27:20 55:2,7
sensitive 41:4
sent 127:20 134:4
separate 144:7
separately 119:7
serious 58:8
serve 83:16
service 13:10,12 14:9
  80:15 83:18,20 96:15
session 72:13
sessions 73:3,6
severed 28:21
sex 141:21
Shabtai 1:4
shape 44:15
Shatsky 1:4 110:3,6
  111:8
sheet 144:7 145:3
shekels 16:9,14 88:19
  90:15 91:11 92:8,10
  92:15 101:20 104:18
  108:13 130:13 131:6
  131:9,10,15,18 132:4
  132:5,6,20
Shelly 9:11
shoes 40:11
Shomron 10:17 11:2
  20:17
short 97:19 108:7
shot 137:7,9
shotgun 137:11 139:16
  140:2,10,15
show 102:1 105:3
  129:12 131:20
showing 133:10
shown 59:20 138:10
shows 130:7 131:17
  132:3,18 140:1
shrapnel 26:2 27:18
  28:19,20 32:12,15
  33:3,10 49:19 52:1,8
  54:19 58:1 59:12
  63:8,9,14 64:9
  140:11,16,20
siblings 21:2,9
side 7:1,3 47:2,4 60:4
  65:7,9 74:6

sides 35:17
sign 142:10
Signature 144:11
signing 5:6
similar 100:10 135:13
Simulations 85:16
single 119:6
sir 21:17 25:17 113:11
  137:20
sisters 80:9,10,14 82:1
  82:5,10
sit 30:7
sits 35:3
sitting 22:18 24:12
  26:11,13 30:9,14
  32:4 107:4 117:2
six 15:17 19:12 62:19
  106:11
skin 31:1 64:2
sleep 29:5
sleeping 43:18 46:3
small 121:1
smaller 96:6 120:17
  122:6
social 9:20 37:17 89:3
softer 26:9
softly 26:12
sole 29:15
son 80:12 85:2,9
sorry 94:6
sort 65:2 68:13 77:18
  79:11 81:14 82:16
  87:16 88:1 96:16
  100:3 130:5 138:4
sorts 60:3
sought 51:14 76:1
sounds 26:4,9,16 37:4
  37:6
source 108:18 109:4
  113:8 115:17
spare 31:4
speak 8:10 22:21 24:2
  26:12 31:5 115:8,11
speaking 7:19 8:10
  26:8 32:1
special 132:14
specialist 78:3
specific 24:21 51:7
  113:10 118:21
specifically 36:11
  111:10 113:20
  116:21
spoken 111:7,9,14
  117:17
standard 95:20
start 92:2
started 13:3 15:11,14
  15:16,18 85:21 86:6

90:17 93:8
starts 43:4
state 5:21 70:14 94:17
stated 32:2
States 9:19 10:3 17:20
  18:2,6,14,21 19:4,14
  19:17 21:10,15 134:2
station 28:9 54:1
Steiner 2:13 7:5,9,17
  11:7 17:1,16 20:14
  21:12 22:6,11 23:7
  24:17 25:20 31:17,21
  32:2,17 34:21 36:9
  36:15,20 38:6 40:3
  40:10 44:5 45:3 48:7
  49:15 51:17 53:4
  57:12,19 63:11 64:12
  65:13 66:5,13 67:2
  71:10 73:16 78:18
  79:4,12,18 80:7 81:1
  88:4 99:1,6 100:17
  103:10,17 104:2
  105:12,19 106:9
  109:10,17 110:17
  113:18 116:6,15
  121:5 124:5 129:15
  134:7 135:1 137:3,13
  138:1 140:18 142:5,9
stenographic 145:5
stenotype 143:5
step 29:16,19 38:17
stepping 30:3 40:21
  41:2
Steve 110:20
stipend 100:10 101:1
stipulated 5:4,8
Stipulations 5:3
stones 38:13
stop 8:10
story 119:1
straight 37:20
street 1:13 2:4 3:2
  115:3
streets 114:15
stretch 39:15
strong 69:12 72:6
stronger 69:6
studying 13:8
Subject 142:2
subjective 70:15
substantially 143:8
sued 111:21
suffering 110:7,15
suggested 47:15
suicide 114:13,19,20
  117:9
suite 2:4,9,14 3:3
summary 128:14

sun 63:13,18 64:3,4,5
sunken 44:14 49:12,18
  50:13,20 51:2
Sunness 133:19
Sunnis 133:21 134:4,6
  134:14,18
supposed 63:13 65:6
sure 11:13 25:13 31:11
  45:4 80:8 84:12 85:6
  89:17 92:4,20,21
  97:14 99:18 100:1
  108:3 118:20 119:10
surface 38:11,16
surgeon 52:9
surgeries 55:6
surgery 29:2 33:18
  34:1 50:17 51:16
  52:4,6,10,13,17
  53:10 54:20,21 57:5
sustained 39:19 57:18
  122:9
sworn 5:17
sympathetic 49:5
Syria 117:7
Syrian 1:7 116:19
  117:3,14
system 85:5 95:5
systems 15:7,8

_____
**T**

table 30:9,10
take 7:9 8:11 28:1
  30:10 45:12 57:13
  70:2 80:9 87:4 88:4
  97:19 99:6 103:17
  105:12 109:10
  110:13 129:3 133:14
  135:1 137:3
taken 1:13 7:15 58:10
  74:21 81:19 97:20
  101:14 142:7 143:5
  143:12
takes 69:21 121:20
talk 26:9 30:11 74:14
  104:1
talked 73:5 95:9 111:4
talking 8:12 26:10
  30:14 43:6 61:19
  75:17 111:10
tan 63:21
tasks 42:14,17
tax 101:11,15,17 103:3
  103:7,14 131:4
taxes 18:1 101:2,4,6,9
teach 114:13
Tegrity 84:19,21 85:3
  85:9
Teitlan 83:2

**Tel** 6:16 83:2 84:14
**television** 113:9
**tell** 7:12 22:14 76:11
  107:4 127:6 129:21
  130:11,12 133:14
  138:7
**tells** 7:19 42:5
**temple** 49:18 50:13,20
  51:4,15
**ten** 25:14 35:20 59:7
**tendon** 28:21 29:2
**term** 13:18 14:9
**terms** 95:6
**terror** 115:5
**terrorist** 112:10,19
**terrorists** 112:21
  113:2
**test** 59:20 128:14
  136:1,3,6,10,20
**testified** 5:18
**testify** 8:18
**testimony** 8:15 143:5
  144:4
**testing** 85:5
**tests** 60:3 136:15
**Thaler** 110:10,14
  111:15
**therapy** 29:12 52:16
  53:9 55:11,14,18,19
  59:11 61:10
**thick** 127:5
**thigh** 30:21
**thing** 23:1 24:9 27:9
  30:4 58:15 59:14
  62:9 63:2 70:13 95:9
  95:11,20 96:16 116:8
  140:13
**things** 24:21 38:7
  39:15,16 41:11 61:21
  62:1 68:2 71:6 75:10
  87:11 104:10 115:14
  115:21 125:20 136:4
**think** 9:21 18:8 19:12
  25:11 27:14 31:16
  35:20 39:9 41:10
  53:2,6 55:1 64:8,17
  70:15,18,21 71:6,8,9
  71:10 72:5 75:16,19
  77:6 79:9 80:1,3
  81:4 84:11 88:18
  89:10,21 90:5 92:4
  94:18 96:1,1 97:6
  107:19 108:20
  109:18 118:5 119:5,5
  119:8 120:17 121:13
  122:18 124:15 128:3
  128:9 130:8 135:10
  136:5 138:16

**thinks** 50:11 69:5 90:6
**third** 75:4 104:11,12
  121:14 132:1
**thought** 29:8 58:18
  70:20 78:3
**thousands** 59:21
**threatening** 60:7,11
**three** 10:15 11:19
  16:15 18:7 23:2 24:8
  27:19 29:11 38:21
  39:4 58:12 60:15,15
  62:11 82:9 103:8
  127:8 133:12 139:7
**threw** 123:3,10
**throw** 123:4
**thumb** 59:13
**tight** 54:2
**Tikva** 10:13 11:19
  21:7 85:16 86:1
**time** 6:10,20,21,21
  8:12 13:8,9 15:16
  18:13,21 19:7,16
  22:9 25:8,11 26:13
  28:4 31:13 51:8
  53:17 60:9,12 61:3
  62:20 66:20 67:3
  68:4 71:15 73:4
  74:19 79:20 80:12,14
  81:3 84:4,14 87:1,4,7
  87:8 88:16,20 89:12
  89:20 90:3,7,10
  91:15 93:1,5,6,9,18
  95:15,16 96:15 98:6
  99:20,21 101:20
  103:6 105:6 107:10
  107:16 108:3,5,8,18
  108:19 109:14
  127:20 129:21 142:4
**times** 60:1 72:18,19,20
  72:21 74:8 91:9
  127:7
**tiny** 29:19
**tired** 46:1,6 91:3
**today** 7:13 8:15 15:13
  15:16,21 20:21 33:5
  35:3 40:17 56:8
  68:20 70:4 92:11
  107:4 117:2
**Tolchin** 2:2
**told** 11:20 23:4,16,19
  24:3,5 25:2,4 32:9
  33:8,17 36:13 42:3
  44:18 49:8,11 50:4
  50:10,11,16 53:8
  55:5,8 56:4 65:16
  73:8 76:4,6 78:2
  79:2 93:13 113:13,14
  113:16,17,20 115:14

**115**:14,21 141:6
**total** 18:8 61:12,17
  104:17 132:20
**totally** 129:7
**touching** 28:15,16
**toy** 29:19
**transcript** 5:6,9 7:7,16
  143:4,7 144:3,8
**translate** 14:4
**Trattner** 1:11 4:4 5:14
  5:21 6:2,4 7:12 9:16
  109:9 111:17 120:8
  134:19 142:4
**Trattner's** 7:6
**TRATTNH@Yahoo...**
  125:7
**traveled** 18:5
**treat** 45:7,13
**treated** 58:10
**treatment** 42:8 45:11
  53:9,12 55:6,20
  72:12 73:9,12 76:16
  76:19 77:3,6 81:11
  105:17 106:4 140:20
  141:3
**tried** 24:5
**trip** 18:13 19:9,13
**trouble** 8:21 31:20
  35:5 43:18
**true** 143:7 144:4
**truthful** 8:15
**try** 30:7,10 52:5,10
  53:1 75:1,2 104:16
**trying** 27:13,13 30:20
  136:17
**Tuesday** 24:9 58:13
**turn** 27:7 102:21
**turned** 7:16 29:9
**TV** 113:1 114:2 117:10
**twelve** 60:16
**twice** 6:9 57:9 101:16
**two** 7:1 8:11 28:1 29:3
  33:20 35:16,19 45:18
  59:10,16,17 60:19,21
  62:11 64:6,15 77:11
  84:13 86:21 89:12
  93:10 99:20 100:5
  102:2 103:13 111:20
  121:17 128:3,11
  139:13 140:1
**type** 133:2
**typical** 45:11
**typically** 40:14 45:16

──────────
**U**
──────────
**unable** 24:1 32:7 54:12
**uncle's** 19:3
**undersigned** 143:3

**understand** 8:3,5,20
  21:17 22:9,19 28:1
  28:14,15 37:21 38:13
  49:1 52:10 71:12
  78:17
**understanding** 35:3
  46:19
**Undetermined** 140:2
**uniform** 114:16
**unit** 64:20
**United** 9:19 10:3 17:20
  18:2,6,14,21 19:14
  19:17 21:10,15 134:2
**University** 12:12
**unrelated** 76:20
**use** 29:12 44:19,21
  50:8 121:6 125:4
**usually** 46:11
**U.S** 1:2 19:7

──────────
**V**
──────────
**v** 1:6
**value** 100:15 103:20
**varies** 42:10
**vehicles** 102:2 103:13
**version** 120:20 121:2
  122:3
**view** 27:7 58:5 74:13
**vision** 32:10 34:17
  36:8 39:4 46:17,17
  46:20 47:1,4 48:21
  48:21
**visit** 18:16,20 19:2,6
  46:12 140:20
**visiting** 18:17 19:10
  67:8
**visits** 106:14 138:21
**volume** 26:8

──────────
**W**
──────────
**wages** 89:15 96:20
**wait** 7:18 8:10
**waived** 5:7,10
**waking** 24:11,15,18
**walk** 29:4 38:16 40:8
  40:14 61:10 62:13
  67:10 75:6
**walking** 30:3 38:11
  40:12 41:6 56:13
**want** 36:21 46:10 57:2
  57:13 58:17 61:13
  70:5,18
**wanted** 61:15 64:16
**Washington** 1:13 3:4
**wasn't** 14:7 28:10 50:5
  56:7 62:4 65:3,21
  80:16 86:20 98:17
**watching** 60:10

**water** 61:3,6
**way** 27:10 37:9,13
  38:3 47:2 48:5 51:3
  63:16 66:9 69:18
  71:5,8 94:7 97:10
  100:11 131:1 139:7
**wear** 34:14 49:9 63:18
  64:4
**wedding** 19:3
**week** 19:5 24:19,20
  28:8 45:18 60:6
**weekly** 72:13
**weeks** 18:19 19:12
  29:6 45:18 59:16,17
  60:11,15,16 62:12
  124:2 126:11 127:12
  128:9
**weigh** 60:17
**weight** 61:1
**went** 29:7,11 47:18
  49:19 58:9 59:7,17
  60:2,20 78:21 79:19
  80:18 98:12 108:2
  112:11,20
**weren't** 58:21 88:8
  89:14 119:8 124:17
**West** 11:5
**we'll** 59:18
**we're** 7:12 30:8 75:2
  111:10
**we've** 118:12,12
  119:19 120:7 124:10
  126:15
**wheelchair** 29:4 61:2,4
**wife** 17:11,15,19 19:14
  21:17 22:4 23:1
  36:18 37:1 57:18
  60:9 62:1,19,21 63:7
  66:21 67:5,12,17
  69:4 72:8 76:15 77:7
  77:17,20 78:2,7 79:2
  83:1 99:16 100:7
  107:10 109:13,21
  117:19 121:18 122:9
  137:7 138:8,14 140:9
  140:14
**wife's** 17:7 21:14
**wish** 36:13 121:6
**witness** 1:12 4:2 5:7
  17:17 22:7,12 23:8
  24:18 25:21 31:18
  32:18 35:2 36:10,16
  38:7 40:11 44:6 45:4
  48:8 49:16 51:18
  53:5 57:15,20 63:12
  64:13 65:14 66:6,14
  67:3 71:10,12 73:17
  78:19 79:5,13,19

80:8 81:2 87:21
100:18 103:11 104:3
105:20 106:10
109:18 110:18
113:19 116:7,16
124:6,17 129:6,16,19
134:8 136:20 140:18
144:11
**woman** 73:1,2
**wondering** 51:12
**work** 12:17 15:1,12
16:18,20 30:8 37:5
46:5,8,8,11,12,14
47:8 51:8 54:4,9
70:1,4,7 72:3,9 84:21
85:7 89:8 90:10 93:1
93:14,18 107:13
108:1,2,8 109:2,14
125:15 130:4
**worked** 15:17 84:2,4
84:11,12,19 85:2,12
85:14 86:1 95:12
**working** 15:13,18,20
29:18 54:4 84:14
85:21 86:3,6,20 87:1
88:8 89:12,14,20
90:1,3,7,17 91:8,17
93:6,9 94:19 95:15
96:5 99:20 107:10,17
108:19 129:21
**works** 97:6
**worried** 62:15,21
66:20 67:4 73:19
**worry** 113:5
**worth** 95:6
**wouldn't** 36:14 49:14
70:8
**writing** 7:10 88:6 99:8
103:18 105:14
109:11 135:3 137:4
139:9
**written** 134:18 136:4
**wrong** 27:13 29:9 44:4

_____
**X**
**x** 1:3,8

_____
**Y**
**Yael** 21:5,7
**Yahoo** 126:5
**year** 10:11 12:7,15
31:10 40:7 57:9
74:16 80:12,16 85:1
85:14,20 86:20 88:9
89:2,3,10,13 123:4
**years** 10:6,15,19 11:10
11:11,19 12:20 13:5
15:13,17 16:15 35:20

47:18 83:10,11 84:13
86:2,21 87:19 89:12
89:19 91:3 93:11
96:5 101:8,10 102:20
103:8 122:18 123:6,7
125:10 127:21
135:20
**yelling** 114:17
**yeshiva** 13:4,5,9 14:21
**York** 2:15
**Yucht** 17:10

_____
**Z**
**Zelda** 2:9

_____
**1**
**1** 132:15 140:8
**1:02cv02280** 1:6
**10,090** 132:6
**10,537** 132:4
**10:36** 97:21
**10:40** 97:21
**100** 89:15 91:10
**100-6** 2:9
**10279** 2:15
**11:26** 142:8
**11:27** 142:8
**11:30** 142:12
**111** 2:4
**11201** 2:5
**118** 4:10
**12** 1:9 20:5
**120** 4:11 27:6
**120-degree** 46:17
**128** 4:12
**13** 15:13
**133** 4:13
**137** 4:14
**14** 125:10
**15** 10:19 125:10
**15th** 1:13 3:2
**15,000** 108:13
**16** 21:18 25:18 57:18
73:15 109:20 110:7
110:16 111:15,18
117:18 141:4,8
**17** 20:7
**180-degree** 46:20
**1928** 2:4
**1974** 9:7
**1982** 18:4
**1990** 19:1,6,8
**1992** 12:8 13:3,7
**1996** 83:5
**1997** 13:3,4,7
**1998** 18:15,20

_____
**2**

**2** 20:6
**20** 43:4
**20/20** 34:17
**2000** 12:16 14:14
83:11
**20005-5701** 1:14 3:4
**2001** 139:6
**2002** 21:19 25:19 34:1
36:5 39:20 40:6,15
41:1,12,17 57:18
68:17 69:2,15 73:15
76:20 86:16 88:13
89:9 90:5,6 91:15
93:4 94:4,13,21
96:20 99:14,19
100:16 103:21
105:18 107:2,11,17
108:9,10,12,14
109:14,16,20 110:7
110:16 111:15,19
117:18 118:2 122:10
124:12 125:2,13
126:3 129:2,14,20
130:5,10 131:6,8,15
131:17,21 132:4,9,12
133:3 139:20 140:8
141:4,8
**2003** 20:5 84:20 90:18
91:7 92:4,7,16
**2004** 85:14 90:1 91:2,7
91:16 93:2 135:16
**2005** 20:6 98:8
**2006** 15:18
**2007** 20:6 123:8,9,11
**2009** 20:7
**2011** 86:2
**2012** 86:6
**2013** 1:9
**21** 9:7
**22** 135:16 139:20
**22,000** 16:9,14
**23** 4:10 118:7,10,13
119:20 124:10,21
**233** 2:14
**24** 4:11 120:3,5,8,11
121:7 124:10,21
126:16
**25** 4:12 128:17,19,21
**26** 4:13 133:6,8,11
135:9,12 137:21
**27** 4:14 132:13,15,21
133:3 137:16,18
138:1
**2800** 2:9
**29** 20:5

_____
**3**
**3-dimensionally** 38:10

**30** 43:4
**319** 131:10
**3512** 130:13 131:6
**36106** 2:10

_____
**4**
**4** 104:17
**40** 101:20
**4000** 92:8,10,15
**446** 132:4
**45,000** 101:20
**4500** 90:15

_____
**5**
**5** 4:6
**50** 90:1,4
**5000** 104:17
**59** 21:1

_____
**6**
**6** 72:21
**60** 21:1
**655** 1:13 3:2

_____
**7**
**7** 72:21 132:20
**70** 101:6
**72** 95:7 98:2,10
**7582** 131:18
**7583** 131:14
**7902** 130:17 131:9

_____
**8**
**8** 72:21
**80** 90:2,17,20 91:8,9
91:11 101:7

_____
**9**
**9:07** 1:13 5:2
**900** 2:14 3:3
**9000** 88:19 91:11
**9483** 132:15,20