**LOWELL DECL. EX. 50**

Page 1

In the U.S. District Court
District of Columbia

------------------------------x
                              :
Shabtai Scott Shatsky, et     :
al                            :
                              :
              v.              :NO. 1:02cv02280
                              :
The Syrian Arab Republic,     :
et al                         :
                              :
------------------------------x

February 6, 2013

DEPOSITION OF:

Leor Thaler,

a witness, called by counsel pursuant to notice,
commencing at 9:07 a.m., which was taken at Miller
and Chevalier, 655 15th Street, NW, Washington, DC
20005-5701

Page 2

|   | Appearances |
|---|---|
| 1 |  |
| 2 | Robert J. Tolchin, Esq. |
| 3 | The Berkman Law Office, LLC |
| 4 | 111 Livingston Street, suite 1928 |
| 5 | Brooklyn, NY 11201 |
| 6 | for plaintiffs |
| 7 |  |
| 8 | David I. Schoen, Esq. |
| 9 | 2800 Zelda Road, suite 100-6 |
| 10 | Montgomery, AL 36106 |
| 11 | for plaintiffs |
| 12 |  |
| 13 | Norman Steiner, Esq. |
| 14 | 233 Broadway, suite 900 |
| 15 | New York, NY 10279 |
| 16 | for the plaintiffs |
| 17 |  |
| 18 | Miller and Chevalier |
| 19 | Richard A. Hibey, Esq. |
| 20 | Brian Hill, Esq. |
| 21 | Mark J. Rochon, Esq. |

Page 3

| 1 | Charles F.B. McAleer, Esq. |
|---|---|
| 2 | 655 15th Street NW |
| 3 | suite 900 |
| 4 | Washington, DC 20005-5701 |
| 5 | for the Palestinian Authority |
| 6 | and the Palestine Liberation Organization |
| 7 |  |
| 8 |  |
| 9 |  |
| 10 |  |
| 11 |  |
| 12 |  |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 |  |
| 19 |  |
| 20 |  |
| 21 |  |

Page 4

1          INDEX OF EXAMINATIONS
2     WITNESS                              PAGE
3
4     Leor Thaler
5
6        Direct Examination By Mr. Hill          5
7
8        Cross-Examination By Mr. Steiner       169
9
10       Redirect Examination By Mr. Hill       171
11
12
13
14
15
16
17
18
19
20
21

Page 5

1          (Whereupon the matter commenced at
2     9:07 a.m.)
3          Stipulations
4          (It is stipulated and agreed by and
5     between counsel for the respective parties that
6     the reading and signing of this transcript by the
7     witness are not waived.
8          It is further stipulated and agreed
9     that the filing of this transcript with the clerk
10    of the court be and the same is hereby waived.)
11          *    *    *    *    *
12
13    Whereupon,
14               Leor Thaler
15
16    was called for examination by counsel and,
17    after having been duly sworn, was examined
18    and testified as follows:
19    DIRECT EXAMINATION:
20    BY MR. HILL:
21       Q.   Please tell me your full name.

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 6

1      **A.  Leor Thaler.**
2      Q.  Do you have any middle names?
3      **A.  Phillip.**
4      Q.  Have you ever been known by any other
5  names?
6      **A.  No.**
7      Q.  What's your date of birth?
8      **A.  12th of July 1987.**
9      Q.  Mr. Thaler, I know you've been deposed
10  before but let's go over the ground rules so you
11  understand what will happen here today.
12      I'll ask questions.  You'll give answers.
13  Everything that's said will be taken down by the
14  court reporter, Mr. Feuer.
15      During the course of the day I may ask a
16  question that you don't understand.  If that happens
17  please let me know and I'll try and rephrase it so
18  you can understand it.
19      **A.  Okay.**
20      Q.  During the course of the day Mr. Steiner
21  may make an objection.  If that happens please wait

Page 7

1  until he finishes speaking and then unless he tells
2  you not to answer the question, please go ahead and
3  answer the question.
4      **A.  Okay.**
5      Q.  During the course of the day I will
6  probably ask a question and you know what the
7  question is and you know what the answer is and
8  there will be a temptation to interrupt me and go
9  ahead and give the answer.
10      Try and resist doing that because it makes
11  it hard for Mr. Feuer to take things down if we're
12  both talking at the same time.
13      Is there any reason you won't be able to
14  give full and truthful testimony here today?
15      **A.  No.**
16      Q.  Are you taking any medication that would
17  impair your ability to understand me or tell the
18  truth?
19      **A.  No.**
20      Q.  Are you, in fact, taking any medication
21  today?

Page 8

1      **A.  Yes.**
2      Q.  Would you tell me what medications you are
3  currently on?
4      **A.  Abilify, Lemictal.**
5      Q.  What does Abilify treat you for?
6      **A.  I don't know exactly.  It's -- I don't**
7  **remember what exactly the purpose of it is.**
8      Q.  Is this an antipsychotic drug?
9      **A.  I think it is.**
10      Q.  Was it prescribed for you by a
11  psychiatrist?
12      **A.  Yes.**
13      Q.  How long have you been taking that
14  medication?
15      **A.  For a year.**
16      Q.  You are on Lemictal?
17      **A.  Yes.**
18      Q.  What condition does that treat?
19      **A.  I don't know how to say it in English.**
20  **It's a mood stabilizer.**
21      Q.  Was that also prescribed for you by your

Page 9

1  psychiatrist?
2      **A.  Yes.**
3      Q.  How long have you been taking that
4  medication?
5      **A.  For a year and a half.**
6      Q.  Have you continuously been on those
7  medications for those periods of time?
8      **A.  I switched a few different times**
9  **medication but now this is the medication I'm**
10  **taking.**
11      Q.  Do you believe that these medications have
12  helped to prevent you from having psychotic
13  episodes?
14          MR. STEINER:  Objection, there's no
15  testimony he has had psychotic episodes.  That's
16  your characterization.
17  BY MR. HILL:
18      Q.  Answer, please.
19      **A.  I never been in a psychotic condition so I**
20  **wouldn't say that.**
21      Q.  Do you believe that taking these

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 10

1  medications has helped stabilize your moods?
2    **A.  Yes.**
3    Q.  If at any point during the course of the
4  day you need a break, let me know and we'll be happy
5  to do that.
6    **A.  Yes.**
7        MR. HILL:  Mr. Steiner, I know the
8  witness speaks English.
9        Since there's not a videotape here I'd
10  ask that you address the witness in English.
11  Otherwise we're not going to have a record of what
12  you are saying.
13        MR. STEINER:  I said for a cigarette,
14  bathroom, or whatever, ask for a recess.
15        THE WITNESS:  Some words I have a
16  problem with, I won't be able to say in English.
17  BY MR. HILL:
18    Q.  Let's do it this way.
19        Since we don't have a certified translator
20  here today, since we don't have a videotape I'm
21  going to ask Mr. Steiner to only speak English to

Page 11

1  you and if there is a need for a word that you don't
2  understand, tell me and we'll try and come up with
3  another word.
4    **A.  All right.**
5    Q.  What is your current address?
6    **A.  Heesin 6, apartment 15, Petach Tikva.**
7    Q.  How long have you lived at that apartment?
8    **A.  18 months.**
9    Q.  What was your address prior to that?
10    **A.  Before that?  Bait Habad 6 in Hod**
11  **HaSharon.**
12    Q.  Where did you live before that?
13    **A.  Before that I lived in a different place**
14  **in Hod HaSharon.**
15    Q.  How about before that?
16    **A.  Ginot Shomron.**
17    Q.  When you lived in Ginot Shomron was that
18  the time you were living with your mother?
19    **A.  Yes.**
20    Q.  Where were you born?
21    **A.  Brooklyn.**

Page 12

1    Q.  How long did you live in Brooklyn?
2    **A.  Four years.**
3    Q.  Where did you move after you left
4  Brooklyn?
5    **A.  Baltimore.**
6    Q.  How long did you reside in Baltimore?
7    **A.  Five years.**
8    Q.  Where did you move after Baltimore?
9    **A.  Moved to Ginot Shomron.**
10    Q.  Then you lived in Ginot Shomron until you
11  moved as you described earlier today, correct?
12    **A.  Yes.**
13    Q.  Do you have an American social security
14  number?
15    **A.  Yes.**
16    Q.  What is it?
17    **A.  I don't know.**
18    Q.  Have you ever paid any taxes to the
19  American government?
20    **A.  No.**
21    Q.  What are the names of your parents?

Page 13

1    **A.  Ginette and Michael.**
2    Q.  The last name is?
3    **A.  Thaler.**
4    Q.  Do you have any siblings?
5    **A.  Yes.**
6    Q.  How many?
7    **A.  I have a half brother, Yitzhak Zvi, and my**
8  **sister that was killed, Rachel.**
9    Q.  Have you ever been married?
10    **A.  No.**
11    Q.  Do you have any children?
12    **A.  No.**
13    Q.  Of what country or countries are you a
14  citizen?
15    **A.  England, America, and Israel.**
16    Q.  What languages other than English do you
17  speak?
18    **A.  Hebrew.**
19    Q.  Are you currently employed?
20    **A.  No.**
21    Q.  I'd like to go over your educational

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 14

1  background.  Where did you go to high school?
2      **A.  I went to Bnei Chayil it's called.**
3      Q.  Where is that school located?
4      **A.  In Kedumim.**
5      Q.  Did you take a bus to go to your school?
6      **A.  Yes.**
7      Q.  Was the school that you attended located
8  across the Green Line, as they say?
9          MR. STEINER:  Objection.
10     **A.  Yes.**
11     Q.  Can you describe the sort of bus that you
12  had to travel on?
13     **A.  It's a bus that was against bullets,**
14  **against -- against bullets.**
15     Q.  This was an armored bus that you went to
16  school on?
17     **A.  Yes.**
18     Q.  While you were traveling on the bus did
19  anyone ever attack the bus?
20     **A.  No.**
21     Q.  Do you know why you went to school in a

Page 15

1  bulletproof bus?
2      **A.  No.**
3      Q.  How long were you taking the bulletproof
4  bus to school?
5      **A.  As long as I lived there.**
6      Q.  As long as you lived in Ginot Shomron you
7  were taking a bulletproof bus to school on school
8  days?
9      **A.  Yes.**
10     Q.  You went to that high school.  Where did
11  you attend prior to attending the high school, what
12  school did you attend prior to the high school?
13     **A.  I forgot what it's called but it's in**
14  **Karnei Shomron.**
15     Q.  While you were going to school in Karnei
16  Shomron you were not taking the bulletproof bus?
17     **A.  No.**
18     Q.  Prior to the school in Karnei Shomron did
19  you attend any other schools?
20     **A.  Yes.  It was a different school also in**
21  **Karnei Shomron from the third grade.**

Page 16

1      Q.  Did you ever attend a boarding school?
2      **A.  Yes.**
3      Q.  Which one was that?
4      **A.  Beit Hagai.**
5      Q.  When did you attend that school?
6      **A.  Eighth grade.**
7      Q.  Where is that school located?
8      **A.  Next to Kiryat Shmona.**
9      Q.  While you were at the boarding school you
10  lived at the school during the school term?
11     **A.  Yes.**
12     Q.  Why did you go to the boarding school?
13     **A.  I don't know exactly.  From where I lived,**
14  **they sent me there.**
15     Q.  Was it because of behavioral problems at
16  school?
17     **A.  Yes.**
18     Q.  What was the nature of the problems that
19  led to you being sent to boarding school?
20     **A.  I don't really remember.**
21     Q.  How old were you when you went to the

Page 17

1  boarding school?
2      **A.  Twelve.**
3      Q.  This was prior to the attack on
4  February 16, 2002?
5      **A.  Yes.**
6      Q.  You attended the boarding school for one
7  year?
8      **A.  I don't know.  I didn't finish the school**
9  **year.**
10     Q.  Were you expelled from that school?
11     **A.  No.**
12     Q.  Why did you --
13     **A.  I ran away from there.**
14     Q.  Where did you run to?
15     **A.  Back to my -- Bnei Chayil.**
16     Q.  Your parents allowed you to move back into
17  the home at that point?
18     **A.  Yes.**
19     Q.  Why did you run away from the school?
20     **A.  Didn't like it.**
21     Q.  Did you graduate from high school?

**LEOR THALER DEPOSITION**        **February 6, 2013**        **Shatsky v. Syrian**

Page 18

1    A.  No.
2    Q.  Have you done any studies to complete your
3  high school diploma?
4    **A.  Started to.**
5    Q.  You are currently working on that?
6    **A.  Yes.**
7    Q.  When do you expect to complete the
8  requirements to graduate from high school?
9    **A.  A year and a half, two years.**
10    Q.  Is there a program that you are enrolled
11  in to do that?
12    **A.  No.**
13    Q.  You just are doing the requirements on
14  your own?
15    **A.  At the school.**
16    Q.  What's the school that you are currently
17  working toward the diploma at?
18    **A.  Tichon Tel Aviv.**
19    Q.  Is that located in Tel Aviv?
20    **A.  No, in Kfar Saba.**
21    Q.  Have you had any other education since

Page 19

1  high school apart from what you are currently doing?
2    **A.  No.**
3    Q.  When did you leave high school?
4    **A.  I left probably eleventh grade.  I started**
5  **working.**
6    Q.  Why did you leave high school in the
7  eleventh grade?
8    **A.  To work.**
9    Q.  Since you left high school in the eleventh
10  grade can you tell me where you have worked?
11    **A.  The first job I worked in a building site,**
12  **builders.  Then I started working with a catering**
13  **place and from there I did a bartender course, I**
14  **started working as a bartender.  Then I worked in**
15  **the States.  Then I worked as a bartender until not**
16  **long ago.**
17    Q.  You mentioned that you worked at a
18  building site.  In what city were you working on the
19  building site?
20    **A.  It was -- it's a building site with a**
21  **building constructor.  I think in Emanuel.**

Page 20

1    Q.  What kind of work were you doing there?
2    **A.  Taking sandbags from one place to the**
3  **other, a black job.**
4    Q.  Do you recall approximately how much you
5  were being paid for that work?
6    **A.  I have no idea.**
7    Q.  You mentioned that you worked for a
8  catering company?
9    **A.  Yes.**
10    Q.  Did you work for more than one company?
11    **A.  Yes.**
12    Q.  Can you tell me the names of the companies
13  that you worked for in the catering business?
14    **A.  Chay Grill and Meetamay Rachel.**
15    Q.  What city or cities did you work for those
16  two organizations?
17    **A.  We were traveling around almost every**
18  **city, the Chay Grill, and Meetamay Rachel in Petach**
19  **Tikva.**
20    Q.  Do you recall approximately how much you
21  were being paid for that catering work?

Page 21

1    **A.  20, 25.**
2    Q.  Shekels per hour, is that what you are
3  saying?
4    **A.  Yes.**
5    Q.  You mentioned that you had taken a
6  bartender course?
7    **A.  Yes.**
8    Q.  At what organization did you take the
9  course?
10    **A.  Bartender.**
11    Q.  Where is the bartender organization
12  located?
13    **A.  It used to be in Tel Aviv.  Now they are**
14  **closed.**
15    Q.  You worked as a bartender?
16    **A.  Yes.**
17    Q.  How many places did you work as a
18  bartender at?
19    **A.  Maybe 30.**
20    Q.  In what city or cities were you tending
21  bar?

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 22

1    **A.  Eilat, Jerusalem, Petach Tikva, Hod**
2    **HaSharon, Kfar Saba.**
3    Q.  Why the you move around so much?
4    **A.  I just did.**
5    Q.  You mentioned that you had done some work
6    in the United States.
7    **A.  Yes.**
8    Q.  In what city or cities did you work in the
9    United States?
10   **A.  I worked in Florida.**
11   Q.  What are the dates that you were working
12   in Florida?
13   **A.  I have no idea.**
14   Q.  What was the year?
15   **A.  I think 2005, 6.**
16   Q.  How old would you have been?
17   **A.  18.**
18   Q.  Did you work for more than one
19   organization in the United States?
20   **A.  Yes.**
21   Q.  Which organizations did you work for in

Page 23

1    the United States?
2    **A.  I don't remember the names.**
3    Q.  What were you doing?
4    **A.  Selling Dead Sea products.**
5    Q.  Where would you sell these products?
6    **A.  In the malls.**
7    Q.  You were working in one of the kiosks in
8    the malls selling the salts and that sort of thing?
9    **A.  Yes.**
10   Q.  What city in Florida were you working in?
11   **A.  Melbourne.**
12   Q.  Did you work in any other cities in the
13   United States other than Melbourne, Florida?
14   **A.  Yes.**
15   Q.  Where else?
16   **A.  Jacksonville, Florida, Colorado, I don't**
17   **remember where, and Vegas.**
18   Q.  When you worked in Jacksonville were you
19   also working at the mall?
20   **A.  Yes.**
21   Q.  Working in Colorado, was that the same

Page 24

1    arrangement?
2    **A.  Yes.**
3    Q.  Do you remember which town in Colorado you
4    worked in?
5    **A.  Next to the Rocky Mountains.**
6    Q.  Then you said you went to Las Vegas?
7    **A.  Yes.**
8    Q.  Were you doing the same thing, working at
9    a mall?
10   **A.  Yes.**
11   Q.  How long did you live in Melbourne,
12   Florida while you were working there?
13   **A.  Two months.**
14   Q.  How many in Jacksonville?
15   **A.  Like three months.**
16   Q.  How long did you live in Colorado?
17   **A.  Three months.**
18   Q.  How long did you live in Las Vegas?
19   **A.  A month.**
20   Q.  Did you have these jobs in the
21   United States and Florida, Colorado and Las Vegas,

Page 25

1    was that one trip where you went to all three of
2    these states?
3    **A.  Three trips.**
4    Q.  On your first trip you worked in Florida?
5    **A.  Yes.**
6    Q.  Then you moved back to Israel for a while?
7    **A.  Yes.**
8    Q.  Then you came and worked in Colorado for a
9    while?
10   **A.  I came back to Florida, moved to Colorado,**
11   **yes.**
12   Q.  After Colorado did you go back to Israel?
13   **A.  Yes.**
14   Q.  Then you came back for a third time now
15   and worked in Las Vegas?
16   **A.  Yes.**
17   Q.  Then you moved back to Israel from there?
18   **A.  Yes.**
19   Q.  This was all when you were about 18 or 19
20   years old?
21   **A.  Between 18 to 21.**

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 26

1    Q.   What were you doing in Israel in between
2  these stints doing the selling of the Dead Sea
3  products in the U.S.?
4    **A.   Bartending.**
5    Q.   You said you had been bartending recently,
6  right?
7    **A.   Until seven months ago.**
8    Q.   Since that last bartending job ended have
9  you been unemployed?
10   **A.   No.**
11   Q.   What have you been doing in the last seven
12  months?
13   **A.   Working as a driver.**
14   Q.   What kind of a driver?
15   **A.   In a rental company.**
16   Q.   Can you describe what your job is like?
17   **A.   Drive cars to garages.**
18   Q.   What's the name of the rental company?
19   **A.   Shlomo 6th.**
20   Q.   Where it located?
21   **A.   Petach Tikva.**

Page 27

1    Q.   Are you still employed by Shlomo 6th?
2    **A.   No.**
3    Q.   When did that job end?
4    **A.   When I came here, Thursday.**
5    Q.   Are you expecting to go back to work when
6  you go back?
7    **A.   Maybe.**
8    Q.   While you were doing the sales in the
9  United States at the malls were you working for the
10  same company?
11   **A.   No.**
12   Q.   A whole series of companies?
13   **A.   Yes.**
14   Q.   Have you ever worked for any of your
15  family members?
16   **A.   For my brother.**
17   Q.   That's Isaac?
18   **A.   Yes.**
19   Q.   What work did you do for Isaac?
20   **A.   I worked in a warehouse.**
21   Q.   What kind of work did you do?

Page 28

1    **A.   Packaging and shipping.**
2    Q.   What kind of business was the company in?
3    **A.   Printing business he had.**
4    Q.   Why did you stop working for Isaac at the
5  printing business?
6    **A.   Because I went back to Israel.**
7    Q.   Have you ever been fired from a job?
8    **A.   Yes.**
9    Q.   Approximately on how many occasions?
10   **A.   Three times.**
11   Q.   When was the first time?
12   **A.   Two or three years ago.**
13   Q.   Which job was that?
14   **A.   As a bartender.**
15   Q.   Do you remember where you were fired from,
16  what the name of it was?
17   **A.   The name, no, but it was on the beach.**
18   Q.   Which beach?
19   **A.   In Herzliya.**
20   Q.   Why were you fired?
21   **A.   Because I came late to work every time.**

Page 29

1    Q.   Why were you coming late to work?
2    **A.   Because I lived far away.**
3    Q.   What was the second time you recollect
4  being fired?
5    **A.   The second time also as a bartender.  I
6  don't remember the reason.**
7    Q.   Where was that bar?
8    **A.   I don't remember.**
9    Q.   Do you remember anything about it?
10   **A.   I switched --**
11       MR. STEINER:  Okay.
12  BY MR. HILL:
13   Q.   You just remember being fired from working
14  at a bar but you can't remember where it was or why
15  it was?
16   **A.   Yes.**
17   Q.   What was the first occasion that you
18  recall being terminated from a job?
19   **A.   I don't understand the question.**
20   Q.   You mentioned that you thought you had
21  been fired three times, is that right?

Page 30

1    A.  **Yes.**
2    Q.  You told me about two.  What's the other
3  occasion when you were fired?
4    A.  **The third one, from a coffee shop.**
5    Q.  Where was that coffee shop located?
6    A.  **In Hod HaSharon.**
7    Q.  Do you remember the name of it?
8    A.  **Lola and Kupa.**
9    Q.  Why were you fired from Lola and Kupa?
10   A.  **The same thing, not coming on time.**
11   Q.  Have you ever gotten in a fight with
12 anyone at work?
13        MR. STEINER:  Objection.
14        THE WITNESS:  At work, no.
15 BY MR. HILL:
16   Q.  What are you thinking of?
17   A.  **I've been in fights.**
18   Q.  Have you ever been arrested?
19   A.  **Yes.**
20   Q.  On how many occasions?
21        MR. STEINER:  Objection.

Page 31

1        THE WITNESS:  Three times.
2  BY MR. HILL:
3    Q.  When is the first time you can recall
4  being arrested?
5    A.  **When I was 17.**
6    Q.  Who were you arrested by?
7    A.  **Police.**
8    Q.  Israeli police?
9    A.  **Yes.**
10   Q.  In what city?
11        MR. STEINER:  Excuse me.  Standing
12 objection to all questions related to an arrest.
13 BY MR. HILL:
14   Q.  In what city were you arrested by the
15 Israeli police?
16   A.  **City of Ariel.**
17   Q.  Were you taken to jail?
18   A.  **No.**
19        MR. STEINER:  Objection.
20 BY MR. HILL:
21   Q.  Were you interviewed by the police?

Page 32

1        MR. STEINER:  Objection.
2        THE WITNESS:  Yes.
3  BY MR. HILL:
4    Q.  What were they asking you?
5        MR. STEINER:  Objection.
6        THE WITNESS:  When I use drugs.
7  BY MR. HILL:
8    Q.  Did you have to go to court?
9        MR. STEINER:  Objection.
10        THE WITNESS:  Once.
11 BY MR. HILL:
12   Q.  Do you remember what court you went to?
13        MR. STEINER:  Objection.
14        THE WITNESS:  Kfar Saba.
15 BY MR. HILL:
16   Q.  Was this in connection with the arrest in
17 Ariel?
18        MR. STEINER:  Objection.
19        THE WITNESS:  Yes.
20 BY MR. HILL:
21   Q.  When you went to court in Kfar Saba, what

Page 33

1  happened?
2        MR. STEINER:  Objection.
3        THE WITNESS:  They send me to do drug
4  test and closed the file after a year.
5  BY MR. HILL:
6    Q.  Did you, in fact, do drug testing over the
7  course of the year following that appearance in Kfar
8  Saba?
9        MR. STEINER:  Objection.
10        THE WITNESS:  Yes.
11 BY MR. HILL:
12   Q.  Were your drug tests positive or negative?
13        MR. STEINER:  Objection.
14        THE WITNESS:  Clean.
15 BY MR. HILL:
16   Q.  Had you, in fact, stopped using drugs for
17 that year?
18        MR. STEINER:  Objection.
19        THE WITNESS:  Yes.
20 BY MR. HILL:
21   Q.  What was the next occasion on which you

Page 34

1  were arrested?
2          MR. STEINER:  Objection.
3          THE WITNESS:  That was it.  That was
4  the last time.
5  BY MR. HILL:
6     Q.  Prior to the arrest in Ariel you had been
7  arrested on two other occasions, right?
8          MR. STEINER:  Objection.
9          THE WITNESS:  It was the police, I
10 was arrested in Ginot Shomron, three times.
11 BY MR. HILL:
12    Q.  How old were you the first time you were
13 arrested in Ginot Shomron?
14         MR. STEINER:  Objection.
15         THE WITNESS:  17, 16.
16 BY MR. HILL:
17    Q.  Were you taken to the police station?
18         MR. STEINER:  Objection.
19         THE WITNESS:  Yes.
20 BY MR. HILL:
21    Q.  Were you interviewed by the police?

Page 35

1          MR. STEINER:  Objection.
2          THE WITNESS:  Yes.
3  BY MR. HILL:
4     Q.  What did they ask you about?
5          MR. STEINER:  Objection.
6          THE WITNESS:  Questions.
7  BY MR. HILL:
8     Q.  What were they asking you about?
9          MR. STEINER:  Objection.
10         THE WITNESS:  If I use drugs.
11 BY MR. HILL:
12    Q.  Anything else?
13         MR. STEINER:  Objection.
14         THE WITNESS:  Who sells me the drugs.
15 BY MR. HILL:
16    Q.  Anything else?
17         MR. STEINER:  Objection.
18         THE WITNESS:  I don't remember.
19 BY MR. HILL:
20    Q.  That was the first time you were arrested
21 in Ginot Shomron?

Page 36

1          MR. STEINER:  Objection.
2          THE WITNESS:  Yes.
3  BY MR. HILL:
4     Q.  Then you were arrested again?
5     A.  Yes.
6     Q.  Approximately how old were you the second
7  arrest?
8          MR. STEINER:  Objection.
9          THE WITNESS:  17.
10 BY MR. HILL:
11    Q.  Were you interviewed by the police on that
12 occasion?
13         MR. STEINER:  Objection.
14         THE WITNESS:  Yes.
15 BY MR. HILL:
16    Q.  Did you go to the police station?
17         MR. STEINER:  Objection.
18         THE WITNESS:  Yes.
19 BY MR. HILL:
20    Q.  What were they asking you about on the
21 second arrest?

Page 37

1     A.  The same thing.
2     Q.  How about the third arrest in Ginot
3  Shomron?
4          MR. STEINER:  Objection.
5          THE WITNESS:  What do you want to
6  know?
7  BY MR. HILL:
8     Q.  How old were you at the time?
9     A.  18.
10         MR. STEINER:  Objection.
11 BY MR. HILL:
12    Q.  Why were you arrested?
13         MR. STEINER:  Objection.
14         THE WITNESS:  Drugs.
15 BY MR. HILL:
16    Q.  Did you go to the police station?
17         MR. STEINER:  Objection.
18         THE WITNESS:  Yes.
19 BY MR. HILL:
20    Q.  Did the police interview you?
21         MR. STEINER:  Objection.

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 38

1    THE WITNESS:  Yes.
2  BY MR. HILL:
3    Q.  What did they ask you about?
4        MR. STEINER:  Objection.
5        THE WITNESS:  Drugs.
6  BY MR. HILL:
7    Q.  Did any of these arrests in Ginot Shomron
8  require you to go to court?
9        MR. STEINER:  Objection.
10       THE WITNESS:  The third one.
11  BY MR. HILL:
12   Q.  Is that a different court appearance than
13  the one you described for me earlier this morning?
14       MR. STEINER:  Objection.
15       THE WITNESS:  The other ones I wasn't
16  in court.
17  BY MR. HILL:
18   Q.  You mentioned that you had been to court
19  in Kfar Saba?
20   **A.  Yes.**
21   Q.  Was that the third arrest in Ginot Shomron

Page 39

1  that we talked about?
2        MR. STEINER:  Objection.
3        THE WITNESS:  Yes.
4  BY MR. HILL:
5    Q.  I want to go back to the arrest in Ariel.
6  On that occasion you were interviewed --
7        MR. STEINER:  Objection.  The
8  testimony is there were no arrests in Ariel but it
9  was Ariel police officers making an arrest in
10  another town.
11       That's what the testimony was.
12       MR. HILL:  I'm not sure I heard that.
13  BY MR. HILL:
14   Q.  Were you arrested in the city of Ariel?
15   **A.  No.**
16   Q.  But you were arrested by the Ariel police?
17   **A.  Yes.**
18   Q.  Where did that arrest take place?
19       MR. STEINER:  Objection.
20       THE WITNESS:  In Ginot.
21  BY MR. HILL:

Page 40

1    Q.  On the three occasions you were arrested
2  all of the arrests took place in Ginot, correct?
3    **A.  Correct.**
4        MR. STEINER:  Objection.  I'm not
5  removing the objections I made to that testimony.
6  That testimony was given under objection.
7        MR. HILL:  Your objection is on
8  record.
9  BY MR. HILL:
10   Q.  When did you first start using drugs?
11       MR. STEINER:  Objection.
12       THE WITNESS:  When I was 17,
13  probably.
14  BY MR. HILL:
15   Q.  What kind of drugs did you first start
16  using when you were 17?
17   **A.  Marijuana and hash.**
18   Q.  Have you used any other illegal drugs
19  other than marijuana or hash?
20       MR. STEINER:  Objection.
21       THE WITNESS:  Yes.

Page 41

1  BY MR. HILL:
2    Q.  Please tell me the names of the other
3  illegal drugs you've used?
4        MR. STEINER:  Standing objection to
5  all illegal drug use.
6        THE WITNESS:  LSD, mushrooms,
7  ecstasy, MDMA, and acid.
8  BY MR. HILL:
9    Q.  On how many occasions do you believe that
10  you've used marijuana?
11   **A.  Many times.**
12   Q.  Hundreds of occasions do you think?
13   **A.  Yes.**
14   Q.  On how many occasions do you believe
15  you've used hash?
16   **A.  Many.**
17   Q.  Also hundreds of occasions?
18   **A.  Yes.**
19   Q.  On how many occasions do you believe
20  you've used LSD?
21   **A.  Three times.**

**LEOR THALER DEPOSITION**      **February 6, 2013**      **Shatsky v. Syrian**

Page 42

1    Q.   On how many occasions do you believe
2   you've used mushrooms?
3      **A.   One time.**
4      Q.   On how many occasions do you believe
5   you've used ecstasy?
6      **A.   Once.**
7      Q.   On how many occasions do you believe
8   you've used MDMA?
9      **A.   Ten times.**
10     Q.   On approximately how many occasions do you
11  believe you've used acid?
12     **A.   Two times.**
13     Q.   When was the last time that you used
14  illegal drugs?
15          MR. STEINER:  Objection.
16          THE WITNESS:  Can I talk to my
17  lawyer?
18          MR. HILL:  If it's a question of
19  privilege you can take a break.
20          MR. STEINER:  Your question, on what
21  occasion did you use illegal drugs, the drug use was

Page 43

1   taking place in a different country.  I don't know
2   if you are familiar with the rules regulating drug
3   use in other countries.  I think you might be better
4   off not --
5          MR. HILL:  Well, he would like to
6   talk to you so why don't you take a break?
7          (Whereupon, a recess was taken from
8          9:36 a.m. to 9:38 a.m.)
9          MR. STEINER:  Thank you.
10  BY MR. HILL:
11     Q.   Mr. Thaler, when did you last use illegal
12  drugs?
13     **A.   On Sunday.**
14     Q.   What drugs did you use?
15     **A.   Marijuana.**
16     Q.   Prior to your use of marijuana on Sunday,
17  when was the last occasion that you used illegal
18  drugs?
19     **A.   The day before.**
20     Q.   On how many occasions do you believe you
21  smoked marijuana last week?

Page 44

1      **A.   Five times.**
2      Q.   Is that a typical pattern for you within
3   the last six months?
4      **A.   Yes and no.**
5      Q.   Explain what you mean.
6      **A.   I didn't smoke for a while.  I smoked here**
7   **and there.**
8      Q.   How long have you been smoking
9   approximately five times a week?
10     **A.   For a month and a half.**
11     Q.   In the last month and a half have you used
12  any illegal drugs other than marijuana?
13     **A.   No.**
14          MR. STEINER:  Objection.
15  BY MR. HILL:
16     Q.   When was the last time you used hash?
17     **A.   Sunday also.**
18     Q.   Are you typically using hash and marijuana
19  at the same time?
20     **A.   Yes.**
21     Q.   When was the last time you used LSD?

Page 45

1      **A.   Five months.**
2      Q.   Five months ago?
3      **A.   Yes.**
4      Q.   You mentioned you've used it on
5   approximately three occasions.  One was five months
6   ago.  When do you think the prior use was?
7      **A.   Twice two and a half years ago.**
8      Q.   You mentioned that you used mushrooms on
9   one occasion.  Approximately when was that?
10     **A.   When I was 21.**
11     Q.   You mentioned that you used ecstasy on one
12  occasion.  Approximately when was that?
13     **A.   Half a year ago.**
14     Q.   Then you said you believed you had used
15  MDMA on about ten occasions.  When was the last time
16  you used MDMA?
17     **A.   Last January.**
18     Q.   Do you remember approximately when you
19  used it on the prior nine occasions?
20     **A.   What?**
21     Q.   You believe you last used MDMA last

Page 46

1  January.
2    A.  Yes.
3    Q.  Prior to that when do you recall using it?
4    A.  Here and there.
5    Q.  Was there a period of time where you were
6  using it regularly?
7    A.  No.
8    Q.  Occasionally you would take it?
9    A.  Yes.
10   Q.  You mentioned that you used acid on two
11 occasions.
12   A.  Yes.
13   Q.  When was the first time you used acid?
14   A.  A year and a half ago.
15   Q.  When was the second occasion?
16   A.  A few months ago.
17   Q.  Sir, have you now told me about all of the
18 illegal drug use that you can recall?
19   A.  Yes.
20   Q.  Have you had any treatment for drug usage?
21   A.  I was in rehab.

Page 47

1    Q.  When were you in rehab?
2    A.  In July.
3    Q.  Of which year?
4    A.  What?
5    Q.  Of which year?
6    A.  This year.
7    Q.  July of 2012?
8    A.  2012.
9    Q.  Which rehab facility were you in?  Where
10 did you go for rehab?
11   A.  In Beer Sheva.
12   Q.  Do you remember the name of the place?
13   A.  The Institute for the Health of the Soul.
14   Q.  In what city is that institute located?
15   A.  Beer Sheva.
16   Q.  How long were you there?
17   A.  For one month.
18   Q.  What did your treatment in rehab consist
19 of?
20   A.  Twelve steps, lessons.
21   Q.  Anything else?

Page 48

1    A.  All kinds.  I don't know how to explain it
2  in English.
3    Q.  Did you have like group therapy sessions?
4    A.  Yes.
5    Q.  Did you have meetings with a psychologist
6  or psychiatrist?
7    A.  No.
8    Q.  Did you complete that program?
9    A.  Yes.
10   Q.  Were you clean for a period of time after
11 you left the program?
12   A.  Yes.
13   Q.  Approximately how long were you clean?
14   A.  Three months.
15   Q.  You understand what I mean when I say
16 "clean," right?
17   A.  Yes.
18   Q.  Not taking drugs, right?
19   A.  Yes.
20   Q.  After about three months you started
21 taking drugs again?

Page 49

1    A.  Yes.
2    Q.  Do you have any current plans for further
3  drug treatment?
4    A.  No.
5    Q.  You mentioned earlier that you had been in
6  many fights?
7        MR. STEINER:  Objection.
8  BY MR. HILL:
9    Q.  Did any of those fights ever result in the
10 police being called?
11   A.  I never said many fights.  And no.
12   Q.  How many occasions do you believe you've
13 been in a fight, sir?
14   A.  Five, ten.
15   Q.  Have any of these fights that you've been
16 in on these five to ten occasions ever resulted in
17 someone going to a hospital?
18   A.  Once.
19   Q.  Who went to the hospital?
20   A.  The other guy.
21       MR. STEINER:  Objection.

LEOR THALER DEPOSITION          February 6, 2013          Shatsky v. Syrian

Page 50

BY MR. HILL:
1
2    Q.  What was the nature of his injury?
3    A.  His eye was opened.
4         MR. STEINER:  Objection.
5  BY MR. HILL:
6    Q.  His eye was opened because you had struck
7  him?
8    A.  Yes.
9         MR. STEINER:  Objection.
10 BY MR. HILL:
11   Q.  Where did that altercation take place?
12        MR. STEINER:  Objection.
13        THE WITNESS:  At school.
14 BY MR. HILL:
15   Q.  Which school?
16   A.  Bnei Chayil.
17        MR. STEINER:  Objection.
18 BY MR. HILL:
19   Q.  Did you receive any discipline at the
20 school because of this fight?
21   A.  Yes.

Page 51

1    Q.  What discipline did you receive as a
2  result?
3    A.  I don't remember.
4    Q.  Approximately how old were you on this
5  occasion?
6    A.  17.
7    Q.  Did that fight have anything to do with
8  your decision to stop attending high school?
9    A.  No.
10   Q.  Any other occasions where you've been in a
11 fight that someone has had to go to the hospital?
12   A.  No.
13   Q.  You've never had to be hospitalized or be
14 treated because of injuries you received in a fight,
15 is that correct?
16        MR. STEINER:  Objection.
17        THE WITNESS:  No.
18 BY MR. HILL:
19   Q.  You are agreeing with me?
20   A.  What?
21   Q.  You've never had to have medical treatment

Page 52

1  for injuries you sustained in a fight, correct?
2    A.  Yes.
3    Q.  When did you first see a psychologist or
4  psychiatrist that you can recall, sir?
5    A.  I remember twelve.
6    Q.  Do you remember the name of the person you
7  saw when you were twelve years old?
8    A.  No.
9    Q.  Do you remember what organization they
10 were with?
11   A.  In Shalvata.
12   Q.  Do you remember why you went to see that
13 person?
14   A.  No.
15   Q.  Did you receive any testing or evaluation?
16   A.  I don't remember.
17   Q.  Did you receive any diagnoses as a result
18 of those visits?
19   A.  I don't remember.
20   Q.  How frequently were you going to see this
21 person in Shalvata?

Page 53

1    A.  Once a week.
2    Q.  How often were you doing those visits?
3    A.  I don't remember.
4    Q.  Was it more than a month?
5    A.  I believe so.
6    Q.  Did this relate to behavioral problems?
7    A.  Yes.
8    Q.  What was the nature of the behavioral
9  problems that led to the counseling?
10   A.  I lost control.
11   Q.  What do you mean when you say you lost
12 control?
13   A.  I was throwing stuff in the house.
14   Q.  What kind of stuff?
15   A.  I don't remember.
16   Q.  Go ahead.
17   A.  Tiles.
18   Q.  What kind of tiles?
19   A.  From the roof.
20   Q.  You were on the roof of the house and you
21 were throwing the tiles off the house?

Page 54

1    A.  Yes.
2    Q.  That's what provoked going to see the
3  psychologist or psychiatrist?
4    A.  Yes.
5    Q.  Did going to see the psychologist or
6  psychiatrist help?
7        MR. STEINER:  Objection.
8        THE WITNESS:  No.
9  BY MR. HILL:
10   Q.  Why were you up on the roof throwing
11  tiles?
12       MR. STEINER:  Objection.
13       THE WITNESS:  I don't remember.
14  BY MR. HILL:
15   Q.  Was this about the time that your parents
16  were getting divorced?
17   A.  Yes.
18   Q.  Did the episode with throwing the tiles
19  have something to do with the divorce?
20   A.  I believe so.
21   Q.  How did you feel about your parents

Page 55

1  getting divorced?
2    A.  I don't really remember those days.
3    Q.  After your parents were divorced did you
4  continue to have contact with your father?
5    A.  For a short while.
6    Q.  Approximately how long?
7    A.  A year.
8    Q.  Then after a year you stopped having
9  contact with your father for a period?
10   A.  Yes.
11   Q.  How long was the period of time when you
12  were out of contact with your father?
13   A.  Twelve years.
14   Q.  Was that your decision to not be in
15  communication with your father for those twelve
16  years?
17   A.  Yes.
18   Q.  Why did you choose to not speak to your
19  father for those twelve years?
20   A.  I had my reasons.
21   Q.  I need you to tell me what they are, sir.

Page 56

1    A.  It has nothing to do with this.  With my
2  own feelings, that's why.
3        MR. HILL:  Maybe we should take a
4  break and you could talk with him about it.  I think
5  given the nature of the injuries claimed, the prior
6  psychological history is relevant.
7        We'll take a break.
8        (Whereupon, a recess was taken from
9  9:49 a.m. to 9:50 a.m.)
10  BY MR. HILL:
11   Q.  Sir, why did you choose not to speak to
12  your father for those twelve years?
13   A.  I was angry at him that he left.
14   Q.  Did you at some point begin speaking to
15  your father again?
16   A.  Probably about a year ago.
17   Q.  Why did you decide to start speaking to
18  him again?
19   A.  It's about time to start talking with him.
20   Q.  Do you believe that the reason your
21  parents -- do you believe that it was your father's

Page 57

1  fault that your parents got divorced?
2        MR. STEINER:  Objection.
3        THE WITNESS:  I don't blame them.
4  Both of them together, I believe.
5  BY MR. HILL:
6    Q.  Did you continue to communicate with your
7  mother during the period after the divorce?
8    A.  Yes.
9    Q.  Was there ever a period when you stopped
10  talking to her?
11   A.  Here and there, yes.
12   Q.  Did that have to do with the divorce or
13  were those other issues?
14   A.  I don't remember.
15   Q.  Have you been in continuous contact with
16  your half brother Isaac since the divorce?
17   A.  Yes.
18   Q.  Have you been in continuous communication
19  with your brother Zvi since the divorce?
20   A.  Yes.
21   Q.  Did you ever witness any violence in your

**LEOR THALER DEPOSITION**        **February 6, 2013**        **Shatsky v. Syrian**

Page 58

1  home?
2          MR. STEINER: Objection.
3          THE WITNESS: Yes.
4  BY MR. HILL:
5      Q. On which occasions?
6      **A. Basically on me.**
7      Q. Who was assaulting you in your home?
8      **A. My father.**
9          MR. STEINER: Objection.
10  BY MR. HILL:
11      Q. What was the nature of the violence that
12  your father directed toward you?
13      **A. I misbehaved so he spanked me.**
14      Q. Many parents spank their children.
15          MR. STEINER: Objection.
16  BY MR. HILL:
17      Q. Do you believe what your father did --
18          MR. STEINER: Ask a question.
19  BY MR. HILL:
20      Q. Do you believe the spanking you received
21  from your father was excessive?

Page 59

1          MR. STEINER: Objection.
2          THE WITNESS: What is excessive?
3  BY MR. HILL:
4      Q. I'm asking you.
5          MR. STEINER: He's asking for a
6  translation of the word.
7  BY MR. HILL:
8      Q. Do you believe it was too much?
9          MR. STEINER: Objection.
10          THE WITNESS: When I think about it
11  now, no.
12  BY MR. HILL:
13      Q. Have you ever characterized your father as
14  having abused you?
15          MR. STEINER: Objection.
16          THE WITNESS: Yes.
17  BY MR. HILL:
18      Q. Who do you think you told that you were
19  abused?
20          MR. STEINER: Objection.
21          THE WITNESS: My psychologist.

Page 60

1  BY MR. HILL:
2      Q. The abuse that you were referring to was
3  the spanking you've described?
4      **A. Yes.**
5      Q. Any other violence directed toward you by
6  your father other than spank you?
7      **A. No.**
8      Q. Can you recall your father directing
9  violence toward any other member of the family?
10      **A. No.**
11          MR. STEINER: Objection.
12  BY MR. HILL:
13      Q. Can you recall your father spanking your
14  brother Zvi?
15          MR. STEINER: Objection.
16          THE WITNESS: I don't remember.
17  BY MR. HILL:
18      Q. Can you recall your father ever striking
19  your mother?
20          MR. STEINER: Objection.
21          THE WITNESS: No.

Page 61

1  BY MR. HILL:
2      Q. Have you ever directed violence towards
3  anyone in your family?
4          MR. STEINER: I didn't hear the end
5  of the question.
6  BY MR. HILL:
7      Q. Anyone in your family?
8          MR. STEINER: Objection.
9          THE WITNESS: I pushed my mother
10  around.
11  BY MR. HILL:
12      Q. On how many occasions do you believe you
13  pushed your mother around?
14      **A. Not many.**
15      Q. Did you ever knock her down?
16      **A. No.**
17      Q. Was she ever hurt by you pushing her?
18          MR. STEINER: Objection.
19          THE WITNESS: No.
20  BY MR. HILL:
21      Q. Have you ever directed violence towards

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

---

Page 62

1   any other of your family members?
2          MR. STEINER:  Objection.
3          THE WITNESS:  My brother.
4   BY MR. HILL:
5      Q.  Which brother?
6      **A.  Zvi.**
7      Q.  On how many occasions do you believe you
8   were violent towards Zvi?
9          MR. STEINER:  Objection.
10         THE WITNESS:  Plenty.
11  BY MR. HILL:
12     Q.  What was the nature of the violence?
13     **A.  I don't understand.**
14     Q.  How did you hurt him?
15     **A.  With my hand, fist.**
16         MR. STEINER:  Objection.
17  BY MR. HILL:
18     Q.  You would hit him with your fists?
19     **A.  Yes.**
20     Q.  You believe there were numerous occasions
21  where you hit him with your fist?

Page 63

1          MR. STEINER:  Objection.
2          THE WITNESS:  Numerous?  Many?
3   BY MR. HILL:
4      Q.  Did you believe you hit your brother with
5   your fists on more than ten occasions?
6      **A.  Probably.**
7      Q.  Do you believe you hit him with your fists
8   on more than 50 occasions?
9      **A.  No.**
10     Q.  Did Zvi ever have to have medical
11  treatment as a result of you hitting him?
12     **A.  No.**
13     Q.  Never needed a bandaid or something like
14  that?
15     **A.  No.**
16     Q.  Did Zvi ever hit you back?
17     **A.  Yes.**
18     Q.  Who typically initiated these fights with
19  Zvi, you or him?
20     **A.  Both of us.**
21     Q.  We were talking about the first time you

Page 64

1   recall being treated by a psychologist or
2   psychiatrist when you were twelve.  What was the
3   next occasion after that that you recall seeing a
4   psychiatrist or psychologist?
5      **A.  When I was -- a court order.**
6      Q.  When were you ordered by the court to see
7   the psychologist and psychiatrist?
8      **A.  When I was 18.**
9      Q.  Is that the same court appearance that we
10  discussed earlier?
11     **A.  Yes.**
12     Q.  For how long did you have to see the
13  psychologist or psychiatrist as a result of the
14  court order?
15     **A.  A few months.**
16     Q.  Do you remember the name of the person you
17  saw?
18     **A.  No.**
19     Q.  Do you remember what city they were in?
20     **A.  Ramat HaSharon.**
21     Q.  Did those visits with the psychiatrist

Page 65

1   help?
2      **A.  Yes.**
3      Q.  How did they help?
4      **A.  I just remember it helping.**
5      Q.  What were you talking with that
6   psychiatrist about?
7      **A.  My life.**
8      Q.  Did you talk to him about drug use?
9      **A.  Yes.**
10     Q.  Did the visits with the psychiatrist help
11  you stay clean?
12     **A.  No.**
13     Q.  Were you continuing to use drugs while you
14  were seeing the psychiatrist?
15     **A.  Yes.**
16     Q.  I think you told me earlier that you were
17  also being drug tested during this time, is that
18  right?
19         MR. STEINER:  Objection.
20         THE WITNESS:  Yes.
21  BY MR. HILL:

---

Page 66

1    Q.   Was it during the same period?
2    **A.   It was after.  It was also before and also**
3    **after.**
4    Q.   You saw the psychiatrist before you
5    started the drug testing, is that right?
6    **A.   I don't remember.**
7    Q.   Do you remember seeing the psychiatrist
8    after the drug testing?
9    **A.   I believe so.**
10   Q.   While you were taking the drug tests you
11   were not testing positive, correct?
12   **A.   Exactly.**
13   Q.   Were you, in fact, using drugs while you
14   were taking the test?
15   **A.   No.**
16   Q.   But then after you stopped taking the test
17   you started using drugs again?
18   **A.   Yes.**
19   Q.   You were seeing the psychiatrist during
20   that period after you had finished taking the drug
21   tests, right?

Page 67

1    **A.   I believe so.  I don't remember dates.**
2    Q.   Your best recollection is while you were
3    seeing the psychiatrist you were still using drugs,
4    right?
5    **A.   I think so.**
6    Q.   The drugs you were principally using at
7    that time were marijuana and hash, right?
8    **A.   Yes.**
9    Q.   In what way did he help you in these
10   visits?
11       MR. STEINER:  Objection.
12       THE WITNESS:  I really don't
13   remember.
14   BY MR. HILL:
15   Q.   After seeing the psychiatrist when you
16   were 18 in accordance with the court order, when is
17   the next time you recollect seeing a psychiatrist or
18   psychologist?
19   **A.   Year and a half, two years ago.**
20   Q.   So that would have been approximately the
21   year 2010, is that what you're saying.

Page 68

1    **A.   No, 2011.**
2    Q.   Between the time you were 18 and 2011 you
3    are not recollecting any visits with any
4    psychiatrist or psychologist, is that right?
5    **A.   I didn't understand your question.**
6    Q.   Between the time you saw the psychiatrist
7    or psychologist that the court required you to go to
8    and in sessions that you started in 2011, you don't
9    believe you were having any sort of treatment with
10   the psychiatrist or psychologist?
11   **A.   Not at all.**
12   Q.   Who did you go see in 2011?
13   **A.   Eyal.**
14   Q.   Do you know Eyal's last name?
15   **A.   I don't remember.**
16   Q.   What is Eyal's profession?
17   **A.   He's a psychologist.**
18   Q.   Where did you go see Eyal?
19   **A.   Petach Tikva.**
20   Q.   Why did you go see him?
21   **A.   Because I felt like I needed to.**

Page 69

1    Q.   You weren't required by anyone to go see
2    him?
3    **A.   No.**
4    Q.   How long did you see Eyal?
5    **A.   Until today.**
6    Q.   You are continuously seeing him?
7    **A.   Yes.**
8    Q.   You are planning to visit with him again
9    once you return to Israel?
10   **A.   Yes.**
11   Q.   How frequently have you seen him over that
12   period of time?
13   **A.   Lately twice a week.**
14   Q.   How long have you been going to see him
15   twice a week?
16   **A.   A month, two months, maybe more.**
17   Q.   Prior to the last month or two when you
18   were seeing him twice a week how frequently were you
19   seeing him?
20   **A.   Once a week.**
21   Q.   Did you see him approximately once a week

**LEOR THALER DEPOSITION**          **February 6, 2013**          Shatsky v. Syrian

---

Page 70

1   beginning in 2011 until about a month or two ago?
2       **A.   Yes.**
3       Q.   Has he prescribed any medication for you?
4       **A.   Him, no.**
5       Q.   How long do you spend with Eyal in these
6   sessions?
7       **A.   50 minutes to an hour.**
8       Q.   So this is talk therapy that you are
9   doing?
10      **A.   Yes.**
11      Q.   Has it helped you?
12      **A.   Yes.**
13      Q.   What issues have you talked about with
14   him?
15      **A.   Everything about me.**
16      Q.   Can you just give me the short version?
17   What were the general topics?
18      **A.   My feelings.**
19      Q.   Anything else?
20      **A.   Yes.**
21      Q.   What else?

Page 71

1       **A.   Drug abuse.**
2       Q.   Anything else?
3       **A.   Many of things.  It's not comes up to my**
4   **mind right now.**
5       Q.   Since 2011 have you seen any psychiatrist
6   or psychologist other than Eyal?
7       **A.   I go to a psychiatrist, yes.**
8       Q.   When did you start seeing the
9   psychiatrist?
10      **A.   A few months after I started going to**
11   **Eyal.**
12      Q.   Approximately 2001 as well?
13      **A.   2011.**
14      Q.   2011?
15      **A.   Yes.**
16      Q.   What's the name of your psychiatrist?
17      **A.   Seffi Kronenberg.**
18      Q.   Where do you see Dr. Kronenberg?
19      **A.   Tel Aviv.**
20      Q.   How frequently have you seen him?
21      **A.   Once a month.  Now twice a month.  Once**

Page 72

1   **every two months.**
2       Q.   For a period of time you were seeing him
3   once a month.  Now you are seeing him every other
4   month?
5       **A.   Also once a month, sometimes twice a**
6   **month, now once every two months.**
7       Q.   You mentioned that Dr. Kronenberg has
8   prescribed some medication for you?
9       **A.   Yes.**
10      Q.   Did he prescribe the two medications you
11   described earlier today?
12      **A.   Yes.**
13      Q.   Did you take any other medications that
14   Dr. Kronenberg has prescribed for you?
15      **A.   No.**
16      Q.   Those are the only two medications that he
17   has prescribed for you that you can require?
18      **A.   No, two different other pills.**
19      Q.   Tell me the names of the other pills.
20      **A.   Respiradal and two others.  I don't**
21   **remember.**

Page 73

1       Q.   Do you know what the Respiradal is
2   supposed to treat?
3       **A.   Calm me down.**
4       Q.   Do you know what the other two pills that
5   you can't recall the names of, what they were
6   supposed to do for you?
7       **A.   The same thing.**
8       Q.   Did the Respiradal help?
9       **A.   Yes.**
10      Q.   Why did you discontinue that?  Why did you
11   stop taking that?
12      **A.   Side effects.**
13      Q.   What was the side effect?
14      **A.   No sexual --**
15      Q.   Made you impotent?
16      **A.   Basically.**
17      Q.   It prevented you from getting an erection?
18      **A.   Yes.**
19      Q.   Why did you stop taking the other drugs?
20      **A.   The same thing.**
21      Q.   They affected your sexual performance?

---

**Overnite Court Reporters**                    301-593-0671                    **Fax: 301-593-8353**
**Washington, DC Metro Area**                                              **www.DCcourtreporters.com**

**LEOR THALER DEPOSITION**      **February 6, 2013**      Shatsky v. Syrian

Page 74

1    A.  Yes.
2      Q.  Apart from the psychological and
3  psychiatric treatment that you've described, do you
4  believe you've seen any other psychiatrist or
5  psychologists?
6    A.  Not that's I remember.
7      Q.  Have you ever been diagnosed as having a
8  mental illness?
9    A.  Yes.
10     Q.  What diagnoses have you received?
11   A.  From one doctor, from Seffi, he says I'm
12  bipolar and in two different places, I have
13  personality disorder.
14     Q.  Dr. Kronenberg said you where bipolar?
15   A.  Yes.
16     Q.  Do you recall who told you you had a
17  personality disorder?
18   A.  Yes, Ger Hospital.
19     Q.  When did you go to the Ger Hospital?
20   A.  Probably March 2012.
21     Q.  Why did you go to did Ger Hospital in

Page 75

1  March of 2012?
2    A.  Seffi wanted me to get more intensive
3  treatment.
4      Q.  Were you an inpatient at the hospital for
5  a period of time?
6    A.  I went to day care for a few hours.
7      Q.  You didn't spend the night there?
8    A.  No.
9      Q.  Do you remember the name of the doctors
10  who treated you at the hospital?
11   A.  No.
12     Q.  But one of the doctors there told you you
13  had a personality disorder?
14   A.  Yes.
15     Q.  Do you recall anything else they said
16  about what the nature of the personality disorder
17  was?
18   A.  No.
19     Q.  Has anyone ever told you that you have
20  oppositional defiant disorder?
21   A.  I don't understand.

Page 76

1      Q.  Has anyone ever told you that you have
2  attention deficit disorder?
3    A.  I don't know what that is.
4        MR. STEINER:  Maybe give him the
5  acronym.
6  BY MR. HILL:
7      Q.  Has anyone ever told you you have ADD
8  or --
9    A.  ADHD.
10     Q.  Who do you recollect telling you you had
11  ADHD?
12   A.  When I was in school.
13     Q.  In school?
14   A.  Yes.
15     Q.  Which school?
16   A.  Michal.
17     Q.  Do you recall being told that you had ADHD
18  before the February 2002 bombing?
19   A.  Yes.
20     Q.  Did anyone ever tell you you had something
21  called ODD?

Page 77

1    A.  I think so.
2      Q.  What's your best recollection about who
3  may have told you that you had ODD?
4    A.  I saw it yesterday.
5      Q.  Where did you see that?
6    A.  One of the questions you guys asked me.
7      Q.  You saw it yesterday on the test you took?
8    A.  Yes.
9      Q.  Apart from seeing it yesterday on the
10  test, can you recollect anyone telling you that you
11  have ODD?
12   A.  No.
13        MR. HILL:  Would you like to take a
14  break?
15        THE WITNESS:  A little bit more.
16  BY MR. HILL:
17     Q.  Has anyone else in your family that you
18  are aware of been diagnosed as having a mental
19  illness?
20        MR. STEINER:  Objection.
21        THE WITNESS:  My grandmother.

Page 78

1  BY MR. HILL:
2      Q.  Which grandmother?
3      **A.  My mother's.**
4      Q.  What was her name?
5      **A.  Angela.**
6      Q.  What mental illness was your grandmother
7  Angela diagnosed as having?
8      **A.  I have no idea.**
9      Q.  Do you know if anyone else in your family
10 has ever been diagnosed as having a mental illness?
11     **A.  No.**
12         MR. STEINER:  Objection.
13 BY MR. HILL:
14     Q.  Have you ever heard whether your father
15 Michael was diagnosed as having a mental illness?
16         MR. STEINER:  Objection.
17         THE WITNESS:  No.
18 BY MR. HILL:
19     Q.  Have you ever heard that your mother has
20 been diagnosed with having a mental illness?
21     **A.  My mother hasn't.**

Page 79

1      Q.  Your mother has not?
2      **A.  No.**
3      Q.  Have you ever heard whether Zvi has been
4  diagnosed as having a mental illness?
5      **A.  No.**
6      Q.  Have you ever heard whether Isaac has been
7  diagnosed as having a mental illness?
8      **A.  No.**
9          MR. HILL:  Let's take a break here
10 because I'm going to get into a new area.
11         (Whereupon, a recess was taken from
12 10:08 a.m. to 10:18 a.m.)
13         MR. HILL:  Mr. Steiner, I believe we
14 have received some, but not all, the records
15 associated with the psychological and psychiatric
16 treatment that Mr. Thaler has described as a result
17 of the court order, with Eyal, with Dr. Kronenberg,
18 and at the Ger Hospital.
19         I also don't believe we've received the
20 records associated with his rehab that he's
21 previously described.

Page 80

1          I would, therefore, ask that those
2  records be searched for if they are within his
3  possession, custody, or control and be produced.
4          MR. STEINER:  We will take it under
5  advisement and ask for you to please follow up in
6  writing.
7  BY MR. HILL:
8      Q.  Mr. Thaler, you were present on
9  February 16, 2002 at an explosion in Karnei Shomron,
10 correct?
11     **A.  Correct.**
12     Q.  Did you see the person or persons who were
13 responsible for causing the explosion before it took
14 place?
15     **A.  No.**
16     Q.  You were unable to identify the person or
17 persons who was responsible for that explosion?
18         MR. STEINER:  Objection.
19         THE WITNESS:  I was looking to the
20 other side.
21 BY MR. HILL:

Page 81

1      Q.  At the time of the blast you were facing
2  away from the source of the blast, correct?
3      **A.  My face was looking to the left.**
4      Q.  You were not able to observe the person
5  who caused the blast before it took place, right?
6      **A.  No.**
7      Q.  You are agreeing with me?
8      **A.  What?**
9      Q.  You did not see the person before the
10 blast?
11     **A.  Right.**
12     Q.  Did you see Keren Shatsky after the blast
13 that day?
14     **A.  No.**
15     Q.  Did you see your sister Rachel after the
16 blast that day?
17     **A.  No.**
18     Q.  Did you see Ronit Trattner after the blast
19 that day?
20     **A.  No.**
21     Q.  Did you see Hillel Trattner after the

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 82

1 blast that day?
2    A.  No.
3    Q.  Did you lose consciousness at the time of
4 the blast?
5    A.  No.
6         MR. STEINER:  Objection.
7         MR. HILL:  What's the objection?
8         MR. STEINER:  To the medical
9 definition of "conscious," the witness'
10 understanding of it.
11 BY MR. HILL:
12    Q.  Do you believe you were awake after the
13 explosion took place or was there a period of time
14 you were blacked out?
15    A.  What?
16    Q.  Do you believe that you were continuously
17 awake after the blast?
18    A.  Yes.
19    Q.  Your testimony is to the best of your
20 recollection you do not believe that you blacked out
21 at the time of the blast?

Page 83

1    A.  I flew back and I got up straightaway.
2    Q.  After the blast took place did anyone
3 attend to your injuries on the scene?
4    A.  Yes.
5    Q.  Do you know the name of the person or
6 persons who helped you?
7    A.  No.
8    Q.  Were these like paramedics?
9    A.  Yes.
10    Q.  Then I understand you were transported to
11 the hospital, is that correct?
12    A.  Yes.
13    Q.  Can you remember being awake from the time
14 of the blast until you arrived at the hospital?
15    A.  No.
16    Q.  At what point in time do you believe you
17 may have lost consciousness?
18         MR. STEINER:  Objection.
19         THE WITNESS:  After a few minutes.
20 BY MR. HILL:
21    Q.  So you were awake for a while on the scene

Page 84

1 and then lost consciousness, is that right?
2    A.  I didn't lose conscious.  I just blacked
3 out.
4    Q.  At what point did you again become awake?
5    A.  On and off.
6    Q.  Can you recollect being put into an
7 ambulance?
8    A.  Yes.
9    Q.  Can you recollect traveling in an
10 ambulance?
11    A.  Yes.
12    Q.  Can you recollect arriving at the
13 hospital?
14    A.  Yes.
15    Q.  At some point I understand you had surgery
16 at the hospital?
17    A.  Yes.
18    Q.  I assume that you were unconscious for the
19 surgery?
20    A.  Yes.
21    Q.  Do you recollect the names of any of the

Page 85

1 people that treated you that day?
2    A.  No.
3    Q.  Could you describe for me generally the
4 nature of the injuries you sustained that day?
5    A.  Nails and shrapnel all over my body, nails
6 and shrapnel inside my gall bladder, took out my
7 gall bladder.  That left an infection somewhere
8 inside.
9         My ear was ripped partly.  My eardrum burst
10 totally.  Burns, second degree on my body, and one
11 degrees.
12    Q.  You do not appear to me to have any
13 scarring.  There is no video camera here.  Do you
14 believe you have scarring?
15         MR. STEINER:  Objection.
16         The record should reflect that the
17 witness is sitting with his sleeve rolled up to his
18 right elbow and on his right forearm there is a
19 clearly visible scar.
20         THE WITNESS:  Scars all over my body
21 that you could see.

**LEOR THALER DEPOSITION**       **February 6, 2013**       Shatsky v. Syrian

---

Page 86

BY MR. HILL:

1
2    Q.   Do you have any scars on your face?
3    **A.   My neck and the top of my eyebrow.**
4    Q.   You mentioned that there was an injury to
5    your ear.  Was that surgically repaired?
6    **A.   Yes.**
7    Q.   In what way do the injuries you sustained
8    on February 16, 2002 affect your daily living now?
9    **A.   I have stomach problems plus hearing**
10   **problems.**
11   Q.   Anything else?
12   **A.   My arm.**
13   Q.   What's the nature of the issue with the
14   arm?
15   **A.   I get tingling through my arm.**
16   Q.   Any other ways that the injuries you
17   sustained on February 16, 2002 affect your daily
18   living today?
19   **A.   No.  Mental mostly.**
20   Q.   You mentioned that you have stomach
21   problems.  What's the nature of your stomach

---

Page 87

1    problems?
2    **A.   Diarrhea.**
3    Q.   Regular condition that you've had since --
4    **A.   Lately it's been better, yes.**
5    Q.   Have you had any treatment for it?
6    **A.   No.**
7    Q.   But it's been improving?
8    **A.   Yes.**
9    Q.   Do you know why it's getting better?
10   **A.   No.**
11   Q.   Has anyone ever recommended a treatment
12   for the diarrhea?
13   **A.   No.**
14   Q.   When was the last time you saw a doctor
15   about the diarrhea?
16   **A.   A year ago.**
17   Q.   Did the doctor tell you that there was
18   anything that could be done to help it?
19   **A.   No.**
20   Q.   Do you know why you have the diarrhea
21   after the attack?

---

Page 88

1    **A.   No.**
2    Q.   You mentioned that you had an infection
3    after the attack.
4    **A.   Yes.**
5    Q.   What was the nature of the infection?
6    **A.   I don't know the details.**
7    Q.   Did it have something to do with your
8    stomach or your intestines?
9    **A.   My gall bladder.**
10   Q.   Do you know what caused the infection?
11   **A.   No.**
12   Q.   Do you know if the infection you had in
13   the hospital is related to the problem with
14   diarrhea?
15   **A.   I don't know.**
16   Q.   Has anyone ever looked into whether the
17   diarrhea could have been caused by the infection in
18   the hospital?
19        MR. STEINER:  Objection.
20        THE WITNESS:  No.
21   BY MR. HILL:

---

Page 89

1    Q.   You mentioned that you have some hearing
2    problems.
3    **A.   Yes.**
4    Q.   What's the nature of the hearing problems?
5    **A.   Both ears have loss of hearing.**
6    Q.   Does the loss of hearing prevent you from
7    working?
8    **A.   Working, no.**
9    Q.   It's not preventing you from hearing me
10   here today?
11   **A.   No.**
12   Q.   Has anyone ever measured how much of your
13   hearing has been lost?
14   **A.   Yes.**
15   Q.   Do you recollect approximately what amount
16   of hearing you've lost?
17   **A.   No.**
18   Q.   Do you know if you've lost it over certain
19   ranges or what the nature of the loss is?
20   **A.   I don't know the details.**
21   Q.   Has anyone ever recommended that you have

---

**LEOR THALER DEPOSITION**      **February 6, 2013**      **Shatsky v. Syrian**

Page 90

1  a hearing aid?
2     **A.  No.**
3     Q.  Do you believe you need a hearing aid to
4  hear?
5     **A.  No.**
6     Q.  Has anyone ever recommended any treatment
7  for the ears?
8     **A.  No.**
9         MR. STEINER:  Objection.  With the
10  exception of the surgery that he had?
11  BY MR. HILL:
12     Q.  You did have surgery on one of the ears,
13  right?
14     **A.  Yes.**
15     Q.  Did the hearing improve as a result of the
16  surgery?
17     **A.  Approve?**
18     Q.  Improve.
19     **A.  I don't know.**
20     Q.  Was your hearing better after the surgery
21  than it had been before the surgery?

Page 91

1     **A.  I didn't have an eardrum.**
2     Q.  Before the surgery you did not have an
3  eardrum in that ear?
4     **A.  And after the surgery, yes.**
5     Q.  Then after the surgery there was an
6  eardrum there?
7     **A.  After a few months they put in a new air**
8  **drum.**
9     Q.  After you received a new eardrum did that
10  improve the hearing in that ear?
11     **A.  Yes.**
12     Q.  Since the surgery where you got the new
13  eardrum have your hearing levels remained constant?
14     **A.  I don't hear the best.**
15     Q.  Has it gotten worse since then or gotten
16  better?
17     **A.  Yes.**
18     Q.  Which?
19     **A.  Worse.**
20     Q.  When was the last time you saw a doctor
21  about problems with your hearing?

Page 92

1     **A.  A few years ago.**
2     Q.  Do you feel like you need to see a doctor
3  to try and improve your hearing?
4     **A.  Nothing can improve it.**
5     Q.  You mentioned that you have a tingling
6  sensation in your arm.
7     **A.  Yes.**
8     Q.  Which arm?
9     **A.  Left arm.**
10     Q.  How frequently do you have this sensation?
11     **A.  Once every half a year and when I work**
12  **out.**
13     Q.  This happens approximately twice a year?
14     **A.  Yes.**
15     Q.  And this happens while you are exercising?
16     **A.  No.  That happens whenever I get banged on**
17  **my hand and when I work out I lose, get tingling**
18  **through my arm and don't have strength in my arm.**
19     Q.  Is there any treatment that's been
20  recommended for this tingling sensation?
21     **A.  No.**

Page 93

1     Q.  Does the tingling sensation prevent you
2  from working?
3     **A.  No.**
4     Q.  You mentioned that you had scars.
5     **A.  Yes.**
6     Q.  You mentioned one on your face and
7  Mr. Steiner called my attention to one on your arm.
8  Where else on your body do you have scars?
9     **A.  My face, my neck, all over my arm, the**
10  **second arm, my stomach, my legs, and my ass.**
11     Q.  Do the scars prevent you from your daily
12  living in any way?
13         MR. STEINER:  Objection.
14         THE WITNESS:  No.
15  BY MR. HILL:
16     Q.  Does the scarring prevent you from
17  engaging in any activities that you otherwise would
18  like to engage in?
19     **A.  No.**
20     Q.  Doesn't keep you from going to the beach
21  or anything like that?

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 94

1    A.  No.
2    Q.  Do you anticipate you will need future
3  medical treatment as a result of the physical
4  injuries you sustained in February of 2002?
5           MR. STEINER:  Objection.
6           THE WITNESS:  Yes, I believe so.
7  BY MR. HILL:
8    Q.  What additional future medical treatment
9  for your physical injuries do you believe you will
10  need in the future?
11    A.  My arm, my ear.
12    Q.  You don't currently have any plans,
13  though, to have treatment on your ears, right?
14    A.  No.
15    Q.  You don't currently have plans to have any
16  treatment on your arm, right?
17    A.  No.
18    Q.  As long as you are living in Israel those
19  treatments will be covered by the Israeli National
20  Insurance, is that your understanding?
21           MR. STEINER:  Objection.

Page 95

1           THE WITNESS:  I don't know.
2  BY MR. HILL:
3    Q.  Are your medical expenses typically
4  covered by the Israeli National Insurance?
5    A.  Not all of them.
6    Q.  Have you incurred medical expenses because
7  of your physical injuries that have not been covered
8  by insurance?
9           MR. STEINER:  Objection.
10           THE WITNESS:  I don't know.
11  BY MR. HILL:
12    Q.  We talked earlier that you are currently
13  under some psychological or psychiatric care.  Do
14  you anticipate that that will continue in the
15  future?
16    A.  Yes.
17    Q.  You anticipate that you'll continue to see
18  Eyal and Dr. Kronenberg?
19    A.  Yes.
20    Q.  Do you know how long that treatment will
21  continue?

Page 96

1    A.  As long as it needs.
2    Q.  Are you currently paying anything for
3  those treatments?
4    A.  Yes.
5    Q.  How much are you paying?
6    A.  450 for a session with Seffi and Eyal is
7  paid by Bituach Leumi.
8    Q.  So you are not paying anything for the
9  treatment with Eyal, right?
10    A.  Once I get -- I'm not paying him -- we're
11  not paying him a full price.  Once I get -- when I
12  get money, when I won't have money issues, I'll be
13  paying Eyal a little bit more.
14    Q.  How much do you expect to pay Eyal in the
15  future for your treatment?
16    A.  70 shekels extra.
17    Q.  70 shekels on a weekly or bi-weekly basis?
18    A.  Yes.
19    Q.  Then you said it's 450 shekels to see
20  Dr. Kronenberg?
21    A.  Yes.

Page 97

1    Q.  You see him now every other month?
2    A.  Yes.
3    Q.  Are you paying any other money for your
4  current psychological, psychiatric treatment?
5    A.  No.
6    Q.  Are you paying anything for the drugs you
7  are taking?
8    A.  Yes.
9    Q.  How much are you paying for those?
10    A.  600 shekels for two months on Abilify and
11  something like 50, 60 shekels for Respiradal for a
12  month.
13    Q.  Any other medication expenses that you are
14  currently paying for treatment that you believe is
15  related to the February 2002 bombing?
16    A.  No.
17    Q.  Are you aware of any evidence that your
18  sister Rachel experienced any conscious pain or
19  suffering between the time of the blast on
20  February 16, 2002 and the time of her death?
21    A.  Yes.  She was screaming after the attack.

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 98

1    Q.  Did you hear her screaming that night?
2    **A.  Yes.**
3    Q.  I believe you told me earlier you didn't
4  see her that night.  How do you know it was her that
5  you were hearing?
6    **A.  I know my sister's voice.**
7    Q.  You said you heard her scream.  How long
8  did she scream?
9    **A.  I don't know.  I don't know the time.**
10   Q.  Was she saying anything or just screaming?
11   **A.  I don't remember.**
12   Q.  Are you aware of any other evidence that
13 your sister may have experienced conscious pain or
14 suffering between the time of the blast and the time
15 she lost consciousness?
16   **A.  Rephrase that.**
17   Q.  Are you aware of any other evidence that
18 your sister experienced conscious pain or suffering
19 between the time of the blast and the time of her
20 death?
21       MR. STEINER:  Objection.  Do you

Page 99

1  understand the question?
2       THE WITNESS:  I understand but -- I
3  half understand.  From the bomb attack to the
4  hospital she was very badly injured and of course
5  she went through pain and of course she went through
6  suffering all the way through.
7  BY MR. HILL:
8    Q.  Are you aware of any evidence that she was
9  awake or conscious at that time other than what you
10 said about hearing her scream?
11      MR. STEINER:  Objection.
12      THE WITNESS:  Not that I saw.
13 BY MR. HILL:
14   Q.  Are you aware whether anyone else saw
15 anything that indicated she was awake between the
16 blast and the --
17   **A.  Yes, two of her best friends said that she**
18 **was awake.**
19   Q.  Who told you that?
20   **A.  Chani and Shira.**
21   Q.  Chani Friedman?

Page 100

1    **A.  Yes.**
2    Q.  Do you know her last name?
3    **A.  Hassan.**
4    Q.  Did Chani Friedman talk to you about
5  whether your sister was awake after the attack?
6    **A.  A long time ago.**
7    Q.  Tell me, to the best of your recollection,
8  what Chani told you about that.
9    **A.  I don't remember.**
10   Q.  Did Shira Hassan talked to you about
11 whether your sister was awake after the bombing?
12   **A.  I heard from Chani.**
13   Q.  Chani told you that Shira had witnessed
14 this, right?
15   **A.  I don't remember if it was Shira or**
16 **someone else.**
17   Q.  Chani told you that someone else had also
18 observed your sister being awake?
19   **A.  Yes.**
20   Q.  Tell me to the best of your recollection
21 what Chani told you about whether your sister was

Page 101

1  awake after the bombing.
2    **A.  I don't remember.**
3    Q.  You don't remember?
4    **A.  No.**
5    Q.  Apart from what Chani told you and what
6  you recollect about your sister screaming after the
7  bombing, are you aware of anything else that
8  indicates she may have experienced conscious pain or
9  suffering?
10      MR. STEINER:  Objection.  He
11 testified to more than what your characterization
12 is.
13      He testified she was in the ambulance,
14 that she was suffering then.
15      If you are going to make a conclusion
16 about what he said so far and follow it up with
17 anything else, I would ask that you include
18 everything he said thus far.
19 BY MR. HILL:
20   Q.  You were not with your sister in the
21 ambulance, were you?

LEOR THALER DEPOSITION          February 6, 2013          Shatsky v. Syrian

Page 102

1    A.   No.
2    Q.   Have you talked to someone who was with
3    her in the ambulance?
4    A.   No.
5    Q.   Has anyone ever told you about your
6    sister's condition when she was in the ambulance?
7    **A.   I was told but I don't remember exactly.**
8    **She was in very critical condition.**
9    Q.   Did anyone ever tell you that she was
10   awake while she was in the ambulance?
11   **A.   I don't remember.**
12   Q.   Can you think of anything else that you
13   haven't told me about so far that may indicate that
14   your sister experienced any conscious pain or
15   suffering after the blast?
16   **A.   From hearing what she went through, what**
17   **she had, with all of her injuries, her face all**
18   **ripped up, with her jaw broken, with the shrapnel,**
19   **big shrapnel inside of her head, all of her body,**
20   **burns all over her body, of course she felt**
21   **something.  Of course she went through something**

Page 103

1    **horrible.**
2    Q.   I understand that.
3        MR. STEINER:  Objection.
4    BY MR. HILL:
5    Q.   I'm just trying to ask if you know of any
6    other evidence that she was awake after the blast
7    other than what you've told me about?
8        MR. STEINER:  Objection, asked and
9    answered five times.
10       THE WITNESS:  I answered the
11   question.
12   BY MR. HILL:
13   Q.   Are you aware of anything you haven't told
14   me about so far?
15   **A.   No.**
16   Q.   Are you aware of any evidence that Keren
17   Shatsky may have experienced conscious pain and
18   suffering after the blast?
19   **A.   No.**
20   Q.   Your sister was 16 when she was killed,
21   right?

Page 104

1    **A.   Right.**
2    Q.   Had she expressed to you any views or
3    opinions about what she would like to do for a
4    living?
5    **A.   No.**
6    Q.   Do you have any idea, had she not been
7    killed what she might have done for a living?
8    **A.   The best she could.**
9    Q.   Are you aware of any efforts to try and
10   calculate what she might have earned had she not
11   been killed?
12   **A.   She wasn't working.  She died before she**
13   **would be able to work so how could she -- how could**
14   **I know something like that?**
15   Q.   I'm just asking you are you aware of any
16   efforts by anyone to try and calculate what she
17   might have earned had she not been killed?
18   **A.   How could she earn money if she was not**
19   **working and if she was killed at 16?**
20   Q.   I'm just asking do you know if anyone has
21   tried to come up with such a calculation?

Page 105

1    **A.   No.**
2    Q.   Are you claiming in the lawsuit that you
3    will earn less money over your working life than you
4    would have earned had you not been injured on
5    February 16, 2002?
6        MR. STEINER:  Objection.
7        THE WITNESS:  I didn't understand the
8    question.
9    BY MR. HILL:
10   Q.   Obviously since the bombing you've done
11   some work, right?
12   **A.   Yes.**
13   Q.   I assume you anticipate working in the
14   future, right?
15   **A.   Yes.**
16   Q.   Are you asking the jury in this lawsuit to
17   pay you money because you will earn less money over
18   your working life?
19       MR. STEINER:  Objection.
20   BY MR. HILL:
21   Q.   Than you would have earned had you not

LEOR THALER DEPOSITION          February 6, 2013          Shatsky v. Syrian

Page 106

1  been injured in February 2002?
2      A.  It has nothing to do with one or the
3  other.
4      Q.  What do you mean, sir?
5      A.  We're claiming my injury, mental injury,
6  physical injury, my sister, losing my sister, losing
7  my best friend, that's what we're claiming, nothing
8  to do with how much I'm making in my life.
9          MR. STEINER:  Objection.
10  BY MR. HILL:
11      Q.  I just want to be clear.  You are not
12  claiming that you've lost wages as a result of the
13  injuries you sustained on February 16, 2002, is that
14  correct?
15      A.  Wages?
16      Q.  Money that you get from a job.
17          MR. STEINER:  Objection.
18          THE WITNESS:  I believe if I didn't
19  go through what I went through I would have been
20  somewhere else.
21  BY MR. HILL:

Page 107

1      Q.  At the time of the bombing on February 16,
2  2002 did you have any career plans?
3      A.  No.
4      Q.  Can you think of a way that we could
5  calculate how much money you might have earned had
6  you not been injured in February 2002?
7          MR. STEINER:  Objection.
8          THE WITNESS:  No.
9  BY MR. HILL:
10      Q.  Do you know if anyone has attempted to
11  come up with such a calculation for your future
12  earnings had you not been injured?
13          MR. STEINER:  Objection.
14          THE WITNESS:  No.
15  BY MR. HILL:
16      Q.  How many lawsuits have you filed as a
17  result of this attack in February 2002?
18      A.  Two.
19      Q.  Do you know who you sued?
20      A.  I don't remember the names.
21      Q.  Do you know if you've sued the Syrian Arab

Page 108

1  Republic?
2      A.  I don't remember names.
3      Q.  Are you aware of any evidence that the
4  Syrian Arab Republic had something to do with the
5  bombing in February 2002?
6      A.  I don't know.
7      Q.  Do you know if you've sued the Arab Bank?
8      A.  Yes.
9      Q.  Are you aware of any evidence that the
10  Arab Bank had something to do with the bombing in
11  which you were injured?
12      A.  My lawyers know.
13      Q.  Apart from what your lawyers know, are you
14  aware of any evidence that the Arab Bank had
15  something to do with the February 2002 bombing?
16      A.  Not that I know.
17      Q.  Do you know if you've sued the Palestinian
18  Authority?
19      A.  I don't know.
20      Q.  Are you aware of any evidence that the
21  Palestinian Authority had something to do with the

Page 109

1  bombing in which you were injured?
2      A.  Ask that again.
3      Q.  Are you aware of any evidence that the
4  Palestinian Authority had something to do with the
5  bombing in which you were injured?
6          MR. STEINER:  Objection.  I suggest
7  you use the acronym for the Palestinian Authority as
8  well.
9          THE WITNESS:  A Palestinian kid 16
10  years old blew up, did a suicide attack.
11  BY MR. HILL:
12      Q.  You said that you believed the attacker
13  was a 16 year old Palestinian kid?
14      A.  That's what I heard.
15      Q.  Where did you hear that?
16      A.  A long time ago.
17      Q.  Do you remember the source of that
18  information?
19      A.  No.
20      Q.  Was this from a media report?
21      A.  I don't remember.

**LEOR THALER DEPOSITION**    **February 6, 2013**    Shatsky v. Syrian

Page 110

1    Q.   Did a Palestinian tell you this?
2    **A.   No.**
3    Q.   Do you think a person told you this or do
4    you think it's something you read or heard on the
5    TV?
6    **A.   Also on TV and also from people.**
7    Q.   Do you remember the names of the people
8    that told you this information?
9    **A.   No.**
10   Q.   Apart from the information you've just
11   related about the person being 16 years old and
12   being Palestinian, are you aware of any other
13   information that the Palestinian Authority or as
14   it's known as, the PA, had something to do with the
15   attack in which you were injured?
16   **A.   I didn't hear the question.**
17   Q.   Apart from what you've just described, the
18   information that you may have read or someone may
19   have told you about the identity of the person that
20   did this, are you aware of any other evidence that
21   the Palestinian Authority had something to do with

Page 111

1    the attack in which you were injured?
2    **A.   No.**
3    Q.   Do you know if you've sued the Palestine
4    Liberation Organization?
5    **A.   Don't know.**
6    Q.   Are you aware of any evidence that the PLO
7    had something to do with the attack in which you
8    were injured?
9    **A.   I don't know.**
10   Q.   Have you ever spoken publicly about your
11   sister's death or about the injuries that you
12   received in February of 2002?
13   **A.   Yes.**
14   Q.   On how many occasions do you believe
15   you've publicly spoken about those events?
16   **A.   A few times.**
17   Q.   Where do you recollect speaking about
18   those events?
19   **A.   Texas, England, and South Africa.**
20   Q.   Do you recall in what city in Texas you
21   spoke about this?

Page 112

1    **A.   No.**
2    Q.   Do you remember approximately when you
3    spoke in Texas?
4    **A.   I don't know, I was 16, 17.**
5    Q.   You were 16 or 17 years old?
6    **A.   Don't know.**
7    Q.   Was this before you moved to Florida to
8    work?
9    **A.   Yes.**
10   Q.   Did you travel with anyone to Texas to
11   give these remarks?
12   **A.   My mother.**
13   Q.   Did your mother also speak on those
14   occasions?
15   **A.   Yes.**
16   Q.   Did you speak more than once in Texas?
17   **A.   I don't remember.**
18   Q.   Do you remember what type of place you
19   spoke in?  Was it a hotel, was it a synagogue?
20   **A.   From what I remember, it was a school.**
21   Q.   Do you remember what you said?

Page 113

1    **A.   I didn't speak.  I more answered**
2    **questions.**
3    Q.   You took questions from the audience and
4    answered them?
5    **A.   Yes.**
6    Q.   Did you make any notes or prepare any
7    remarks in advance of that speaking in Texas?
8    **A.   No.**
9    Q.   Did you travel to Texas in association
10   with an organization?
11   **A.   Yes.**
12   Q.   What organization?
13   **A.   I think One Family.**
14   Q.   Who paid for the expenses for your trip to
15   Texas?
16   **A.   Whoever sent us.**
17   Q.   You and your mother didn't pay for that
18   trip, as far as you know?
19   **A.   I don't know.**
20   Q.   Did you receive any money in connection
21   with speaking?

Page 114

1   A.  No.
2   Q.  Do you know if your mother received any
3   fees for that speech?
4   A.  No.
5   Q.  Do you know if your mom prepared remarks
6   in advance of the speaking in Texas?
7   A.  I don't know.
8   Q.  Do you recollect what she said on that
9   occasion?
10   A.  What?
11   Q.  Do you remember what she said at the
12   speech in Texas?
13   A.  No.
14   Q.  You mentioned that you had also spoken in
15   England.
16   A.  Yes.
17   Q.  Approximately when was that?
18   A.  A month and a half ago.
19   Q.  In what city did you speak in England?
20   A.  I don't remember.
21   Q.  What place did you speak at, what type of

Page 115

1   place?
2   A.  Synagogue.
3   Q.  Do you remember the name?
4   A.  No.
5   Q.  What did you say a month and a half ago at
6   the synagogue?
7   A.  A little information about me and more
8   about the organization we flew with.
9   Q.  Was that One Family again?
10   A.  One Family.
11   Q.  Were you soliciting donations for One
12   Family?
13       MR. STEINER:  Objection.
14       THE WITNESS:  What's that?
15   BY MR. HILL:
16   Q.  Were you asking people to give money to
17   One Family?
18   A.  We weren't asking.  We were saying our
19   stories.
20   Q.  What did you say about One Family on the
21   occasion that you spoke in England?

Page 116

1   A.  How they helped us, how they helped me
2   recover, how good the trips are for us, for our
3   healing, traveling with people that was going
4   through the same injuries, different bombing
5   attacks, different attacks all over Israel.
6   Q.  You mentioned that you had told the
7   audience in England that One Family had helped you,
8   is that correct?
9   A.  Yes.
10   Q.  In what way did One Family help you?
11   A.  They helped me going to all kind of
12   meetings.  Not meetings.
13       Going to all kind of therapy treatments,
14   trips that they gave to us.
15   Q.  You mentioned that One Family had helped
16   you go to meetings or therapy trips, is that right?
17   A.  All kind of therapy and calming your body,
18   stuff like that.
19   Q.  You said that One Family had also sent you
20   on trips.
21   A.  Yes.

Page 117

1   Q.  On how many occasions do you think One
2   Family sent you on a trip?
3   A.  Three times.
4   Q.  Where did you go on those trips?
5   A.  Once to France, England, and Eilat.
6   Q.  When was the trip to France?
7   A.  I don't remember.
8   Q.  What did you do on that trip to France?
9   A.  Had fun.
10   Q.  Do you remember where in France you went
11   to?
12   A.  No.  Yes, Marseille.
13   Q.  Marseille?
14   A.  Yes.
15   Q.  What time of year did you go?
16   A.  I don't remember.
17   Q.  Who were you traveling with?
18   A.  Different injured people.
19   Q.  Was anyone in your family on that trip
20   with you?
21   A.  No.

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 118

1    Q.  Was anyone else who was injured in the
2  bombing in which you were injured on that trip?
3    **A.  No.**
4    Q.  How long of a trip was it?
5    **A.  A week.**
6    Q.  Did you have to pay anything for that
7  trip?
8    **A.  No.**
9    Q.  You mentioned that you had also -- you
10  also traveled to England with One Family.
11  Approximately when was that?
12    **A.  A month and a half ago.**
13    Q.  What did you do on that trip?
14    **A.  Same thing, just had fun.**
15    Q.  What cities or towns did you visit in
16  England?
17    **A.  London.**
18    Q.  Any place else?
19    **A.  No.**
20    Q.  Who were you traveling with on that trip?
21    **A.  Different people that were in attacks.**

Page 119

1    Q.  Were any of your family members on that
2  trip to England?
3    **A.  No.**
4    Q.  Was anyone else who was injured in the
5  attack in which you were injured on that trip to
6  England?
7    **A.  No.**
8    Q.  How long was your trip to England?
9    **A.  One week.**
10    Q.  Did you have to pay anything for that
11  trip?
12    **A.  No.**
13    Q.  You mentioned that One Family had also
14  sent you to Eilat.
15    **A.  Yes.**
16    Q.  That's on the Dead Sea, right?
17    **A.  No.**
18    Q.  Where is it?
19    **A.  The lowest place in Israel.**
20    Q.  Is it on a beach?
21    **A.  Yes.**

Page 120

1    Q.  When was that trip?
2    **A.  A few years ago.**
3    Q.  Was it before or after the trip to France?
4    **A.  After.**
5    Q.  Between France and England you went to
6  Eilat?
7    **A.  Yes.**
8    Q.  What did you do on that trip?
9    **A.  Same thing, tried to show us fun.**
10    Q.  How long were you there?
11    **A.  For a week.**
12    Q.  Were your companions other folks who had
13  been injured in terror attacks?
14    **A.  What?**
15    Q.  Who did you travel with?
16    **A.  Other victims of terror.**
17    Q.  Were any of your family members on that
18  trip?
19    **A.  Yes, my brother.**
20    Q.  Which brother?
21    **A.  Zvi.**

Page 121

1    Q.  Did you pay anything for that trip?
2    **A.  No.**
3    Q.  Do you know if Zvi has been on any other
4  trips of the type you've described here?
5    **A.  Yes.**
6    Q.  Where has Zvi gone besides Eilat?
7    **A.  England.**
8    Q.  He was also on the trip to England?
9    **A.  A different year.**
10    Q.  Anywhere else he's gone other than Eilat
11  and England?
12    **A.  Not that I know.**
13    Q.  Was it the same sort of trip you took to
14  England?
15    **A.  Yes.**
16    Q.  What you are saying is on your most recent
17  trip to England, part of that trip involved you
18  speaking at a synagogue and describing how One
19  Family had sponsored you on these trips and how they
20  helped, right?
21        MR. STEINER:  Objection.

**LEOR THALER DEPOSITION**          **February 6, 2013**          Shatsky v. Syrian

Page 122

1          THE WITNESS:  No.
2   BY MR. HILL:
3      Q.  Was the speaking engagement in England on
4   a different trip?
5      **A.  What?**
6      Q.  You've described a trip that One Family
7   paid for where you went to England, right?
8      **A.  Yes.**
9      Q.  You've said that you spoke in a synagogue
10  in England?
11     **A.  Yes.**
12     Q.  Was that part of the same trip?
13     **A.  Yes.**
14     Q.  Other than the three trips to France,
15  England, and Eilat that you've described, have you
16  gone to any other meetings sponsored by One Family?
17     **A.  No.**
18     Q.  Did anyone record your remarks in Texas or
19  England?
20     **A.  No.**
21     Q.  You mentioned you've also spoken in

Page 123

1   South Africa?
2      **A.  Yes.**
3      Q.  When was that?
4      **A.  I don't remember.**
5      Q.  Was it before the trip to England?
6      **A.  Yes.**
7      Q.  Was it before the trip to Texas?
8      **A.  Maybe after.**
9      Q.  Was this before you had come to work in
10  the United States or after that?
11     **A.  Before.**
12     Q.  How long did you travel to South Africa?
13     **A.  I believe a week.**
14     Q.  On how many occasions did you speak on
15  that trip to South Africa?
16     **A.  A few times.**
17     Q.  Do you remember where you spoke?
18     **A.  No.**
19     Q.  Do you remember what cities you visited?
20     **A.  Cape Town, Johannesburg, and Dahub.**
21     Q.  Do you believe you spoke in all three of

Page 124

1   those cities?
2      **A.  I'm not for sure.**
3      Q.  Do you recall speaking more than once on
4   the South African trip?
5      **A.  I don't remember.**
6      Q.  What did you say on the occasion that you
7   spoke in South Africa?
8      **A.  Just answered questions.**
9      Q.  Similar to what you've done in Texas?
10     **A.  Yes.**
11     Q.  Was the trip to South Africa also
12  sponsored by One Family?
13     **A.  Yes.**
14     Q.  Did you pay anything for that trip?
15     **A.  No.**
16     Q.  Did anyone from your family accompany you
17  on that trip?
18     **A.  Yes.**
19     Q.  Who?
20     **A.  My mother and brother.**
21     Q.  Which brother?

Page 125

1      **A.  Zvi.**
2      Q.  Did your mother speak on that trip in
3   South Africa?
4      **A.  Yes.**
5      Q.  How many times do you think she spoke on
6   that trip?
7      **A.  Three or four maybe.**
8      Q.  Did Zvi speak on that trip?
9      **A.  I don't know.  I don't remember.**
10     Q.  What sort of places did your mother speak
11  in South Africa?  Was it hotels, synagogues, do you
12  recall?
13     **A.  Schools.**
14     Q.  Did you go on a safari or anything like
15  that?
16     **A.  Yes.**
17     Q.  How long did you go for?
18     **A.  A day.**
19     Q.  Apart from what you've described as
20  speaking in Texas, England, and South Africa, can
21  you think of any other occasions when you have

**LEOR THALER DEPOSITION**          **February 6, 2013**          Shatsky v. Syrian

Page 126

1  spoken publicly about the events of February 16,
2  2002?
3      **A.  Publicly, no.**
4      Q.  Obviously you've spoken to many people
5  privately but those are the only occasions you can
6  recall addressing an audience about that subject,
7  correct?
8          MR. STEINER:  Objection.
9          THE WITNESS:  Yes.
10  BY MR. HILL:
11     Q.  Have you ever been interviewed by the
12  press or media about the events of February 16,
13  2002?
14     **A.  No.**
15     Q.  Do you know if your mother has spoken to
16  the press about the events of February 16, 2002?
17     **A.  Yes.**
18     Q.  On how many occasions do you recall your
19  mother speaking to the press about the events of
20  February 16, 2002?
21     **A.  I know about one.**

Page 127

1      Q.  Which one are you thinking of?
2      **A.  With Yair Lapid.**
3      Q.  Was that a TV interview?
4      **A.  Yes.**
5      Q.  Was her interview broadcast?
6      **A.  Yes.**
7      Q.  Do you know what channel it was on?
8      **A.  2, probably.**
9      Q.  Have you ever seen a recording of that
10  broadcast?
11     **A.  No.**
12     Q.  When your mother was interviewed by
13  Mr. Lapid was that in English or Hebrew?
14     **A.  I don't know.**
15     Q.  Do you know if anyone has a recording of
16  your mother's interview with Mr. Lapid?
17     **A.  I don't know.**
18     Q.  Any other occasions when your mother spoke
19  to the press or media about February 16, 2002 that
20  you can recall?
21     **A.  What?**

Page 128

1      Q.  Can you think of any other occasions when
2  your mother spoke to anyone from the media or press
3  about the February 16, 2002 bombing, other than what
4  you've just described?
5      **A.  No.**
6      Q.  Do you know if your father has ever spoken
7  to the press about those events?
8      **A.  No.**
9      Q.  Do you know if your brother Zvi has ever
10  spoken to the press about those events?
11     **A.  Not that I know.**
12     Q.  Do you know if your brother Isaac has ever
13  spoken to the press?
14     **A.  I don't know.**
15     Q.  At the time of the bombing on February 16,
16  2002 was your mother working?
17     **A.  I don't remember.**
18     Q.  Has she had a job since the February 16,
19  2002 bombing?
20     **A.  Maybe in the beginning.**
21     Q.  Where do you recollect her working after

Page 129

1  the bombing?
2      **A.  I'm not sure.  She was a secretary.**
3      Q.  Do you remember the name of the company
4  that she worked for?
5      **A.  No.**
6      Q.  Do you remember where the company was
7  located?
8      **A.  No.**
9      Q.  Are you able to say whether she was
10  working as a secretary before the bombing or
11  afterwards?
12     **A.  I think she was.  I'm not sure.**
13     Q.  Do you know if your mother has done any
14  work out of the home since the bombing?
15     **A.  Yes.**
16     Q.  What does she do?
17     **A.  Something with computers.**
18     Q.  Do you know how much money she makes doing
19  that?
20     **A.  No idea.**
21     Q.  Do you think your mother has made less

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 130

1  money than she would have had the bombing not taken
2  place?
3    **A. I have no idea.**
4    Q.  Was your father working at the time of the
5  bombing in February 2002?
6    **A. I don't know.**
7    Q.  He was not living with you at that time?
8    **A. No.**
9    Q.  He was living in Florida?
10   **A. Yes.**
11   Q.  Do you know if your father has made less
12  money as a result of the bombing than he otherwise
13  would have?
14   **A. Yes.**
15   Q.  Tell me what you mean by that.
16   **A. My father doesn't work.**
17   Q.  You believe he doesn't work because of the
18  bombing?
19   **A. Probably.**
20   Q.  Why are you saying that?
21   **A. I believe he took it pretty hard.**

Page 131

1    Q.  Why do you think that?
2    **A. That's what I think.**
3    Q.  Has he told you that?
4    **A. No.**
5    Q.  At the time the bombing took place, was
6  that in the period when you were not speaking to
7  your father?
8    **A. Yes.**
9    Q.  Have you spoken to him about the effect of
10  the bombing on him?
11   **A. No.**
12   Q.  Why do you think he made less money?
13   **A. It's my thoughts.**
14   Q.  But that's not based on anything he said
15  to you?
16   **A. No.**
17   Q.  You, in fact, don't know what work, if
18  any, he's done since that time?
19   **A. No.**
20   Q.  Is he working currently?
21   **A. No.**

Page 132

1    Q.  When did he last work?
2    **A. I don't know.**
3    Q.  After your parents divorced was your
4  father sending your mother money for you and your
5  siblings?
6    **A. I don't know.**
7    Q.  Do you believe that Zvi will make less
8  money over his working life because of the bombing
9  than he otherwise would have earned?
10   **A. I don't know.**
11   Q.  Do you know if Isaac has made less money
12  because of the bombing?
13   **A. I don't know.**
14   Q.  Have you received any money from any
15  source since the bombing because of your injuries?
16   **A. Yes.**
17   Q.  What money have you received?
18   **A. I receive from the government.**
19   Q.  What do you receive?
20   **A. Money.**
21   Q.  How much?

Page 133

1    **A. Until a few months ago I got a thousand.**
2  **Now I'm getting 2500 until July.  In July it's going**
3  **down.**
4    Q.  For a period of time you were receiving
5  1000 shekels a month, is that correct?
6    **A. That's right.**
7    Q.  When did that start?
8    **A. After the attack.**
9    Q.  Shortly after the February 2002 attack you
10  started receiving 1000 shekels a month from the
11  Israeli government?
12   **A. I don't remember when.**
13   Q.  Do you remember receiving that money
14  before you turned 18?
15   **A. I think it was closed until I was 18 and**
16  **after I was 18 I was able to touch the money.**
17   Q.  There was an account that the money was
18  being deposited in and when you turned 18 you could
19  access the money?
20   **A. I think so.**
21   Q.  Since then you've continued to receive

**LEOR THALER DEPOSITION**     **February 6, 2013**     **Shatsky v. Syrian**

Page 134

1    1000 shekels a month until recently when it was
2    increased to 2500?
3        **A.  Yes.**
4        Q.  You believe that in the future it will be
5    reduced?
6        **A.  It's going to be reduced.**
7        Q.  Do you know to what amount?
8        **A.  I don't know.**
9        Q.  Why do you think it's going to be reduced?
10       **A.  Because now I never had a psychiatric, a**
11   **claim to the government, and now from last July I**
12   **did, I claimed also psychiatric, a percentage of**
13   **disability.**
14       Q.  Prior to last July you had claimed a
15   percentage of disability based on your physical
16   injuries, right?
17       **A.  Yes.**
18       Q.  Had you received a percentage of
19   disability from the Israeli government?
20       **A.  What?**
21       Q.  Had the Israeli government told you what

Page 135

1    percent disabled you were?
2        **A.  I was 27.**
3        Q.  That was based on your physical injuries?
4        **A.  Yes.**
5        Q.  Has that 27 percent changed over time?
6        **A.  Right now.**
7        Q.  Then in July you said something like I'm
8    also disabled because of a mental health injury,
9    right?
10       **A.  Yes.**
11       Q.  Then was your disability percentage
12   changed?
13       **A.  Yes.**
14       Q.  What was it?
15       **A.  48 for a while, not forever.**
16       Q.  You believe it's going to go down in the
17   future because you expect the 48 to be reduced?
18       **A.  It's going to be.**
19       Q.  You were already told this?
20       **A.  Yes.**
21       Q.  What will it be reduced to?

Page 136

1        **A.  I have no idea.**
2        Q.  So you know it will be reduced, you just
3    don't know what your new percentage will be?
4        **A.  Yes.**
5        Q.  Is the amount of your payment related to
6    the percentage?
7        **A.  Yes.**
8        Q.  So you expect the payment to go down
9    because the percentage is supposed to be going down?
10       **A.  Yes.**
11       Q.  When do you expect to find out what your
12   new percentage is?
13       **A.  In July.  Check with the doctor again.**
14       Q.  So you have to go see the National
15   Insurance doctor to evaluate you in July of 2013?
16       **A.  Yes.**
17       Q.  Have you previously been evaluated by
18   National Insurance doctors?
19       **A.  What?**
20       Q.  When you got the original disability
21   rating did you have to go see a doctor from the

Page 137

1    National Insurance?
2        **A.  Yes.**
3        Q.  When was that?
4        **A.  2000 something.**
5            MR. HILL:  It would appear that the
6    evaluation that Mr. Thaler is referring to is
7    responsive to our discovery request.  I ask if it's
8    within his possession, custody, or control that it
9    be located and be produced.
10           MR. STEINER:  I believe a search has
11   been made for all the discovery requests made of us.
12           There's no testimony in this deposition
13   that the witness is in possession of anything.
14   We'll take your request under advisement and ask you
15   to please follow up in writing.
16           MR. HILL:  I'm also asking for things
17   that are within his control, and I believe this
18   material would be within his control since it's in
19   his government file.
20           MR. STEINER:  Take it under
21   advisement.

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 138

1   BY MR. HILL:
2       Q.   You mentioned you had been evaluated in
3   July of 2012?
4       **A.  Yes.**
5       Q.   That's where you received the 48 rating?
6       **A.  Yes.**
7           MR. HILL:  Mr. Steiner, I'd like the
8   2012 evaluation as well.
9           MR. STEINER:  Same response.
10          MR. HILL:  Just for the record,
11  Mr. Steiner, when he is reevaluated in 2013 I assume
12  that would be responsive and should be produced as
13  well.
14  BY MR. HILL:
15      Q.   Have you ever written anything about the
16  events of February 16, 2002?
17      **A.  No.**
18      Q.   You've never written in a journal or
19  anything like that?
20      **A.  No.**
21      Q.   What is your e-mail address?

Page 139

1       **A.  Leor_Thaler@Hotmail.com.**
2       Q.   Since 2002 have you had any other e-mail
3   addresses other than the one you just mentioned?
4       **A.  Yes.**
5       Q.   What?
6       **A.  Leor.Thaler@Gmail.com.**
7       Q.   Any other e-mail addresses?
8       **A.  No.**
9       Q.   Can you still access both of those
10  accounts?
11      **A.  The Hotmail yes.  The Gmail I haven't gone
12  into in years.**
13      Q.   Have you searched in those e-mail
14  accounts to see if there are documents that are
15  responsive to the materials the defendants have
16  asked for in the lawsuit?
17      **A.  I don't have.**
18      Q.   You say you don't have but have you looked
19  in those accounts to see if you have material?
20      **A.  I know what I have in my e-mail.  I
21  don't have any documents.**

Page 140

1       Q.   But you have not, in fact, looked in the
2   e-mail accounts for such documents?
3       **A.  I have ten e-mails maybe so I know it's
4   not there.**
5       Q.   You are saying there's only ten e-mails
6   in your account?
7       **A.  Yes.**
8       Q.   Do you believe you've received e-mails
9   about the events of February 2002 or the lawsuits
10  you filed?
11      **A.  Yes.**
12      Q.   Have you maintained those e-mails?
13      **A.  No.**
14      Q.   Did anyone tell you that's you needed to
15  maintain those e-mails?
16          MR. STEINER:  Objection.
17          THE WITNESS:  No.
18  BY MR. HILL:
19      Q.   Do you own any computers?
20      **A.  Yes.**
21      Q.   How many?

Page 141

1       **A.  One.**
2       Q.   Have you conducted a search of your
3   computer to determine if there are documents on the
4   computer that are responsive to the discovery
5   request in this lawsuit?
6           MR. STEINER:  Objection.
7           THE WITNESS:  I never had documents
8   on my computer about it.
9   BY MR. HILL:
10      Q.   But you have not, in fact, searched your
11  computer to determine if you have such documents?
12      **A.  I know what I have on my computer.**
13      Q.   You have not searched your computer to
14  determine if you have documents that are responsive
15  to the discovery requests, right?
16          MR. STEINER:  Objection.
17          THE WITNESS:  I never put on my
18  computer any documents.
19  BY MR. HILL:
20      Q.   Regardless of whether you think there are
21  documents on the computer, you've not looked for

**LEOR THALER DEPOSITION**      **February 6, 2013**      **Shatsky v. Syrian**

Page 142

1  such documents, right?
2          MR. STEINER:  Objection.
3          THE WITNESS:  No.
4          MR. HILL:  Mr. Stein, I would request
5  that a reasonable search be conducted of the
6  witness' computer and e-mail accounts to determine
7  if there are, in fact, responsive documents.
8          MR. STEINER:  I would not agree with
9  your theory that based on the testimony that's been
10  elicited that a reasonable search has not been
11  conducted, but we'll take it under advisement and
12  ask that you make the request in writing.
13  BY MR. HILL:
14      Q.  Do you have any documents at your home
15  that relate to February 16, 2002?
16      **A.  No.**
17      Q.  You don't have a file or a box that you
18  put things in?
19      **A.  No.**
20      Q.  Do you have any mementos of the attack?
21      **A.  What's a memento?**

Page 143

1      Q.  Have you saved anything, a physical thing
2  related to the attack that was saved?
3      **A.  For a while.**
4      Q.  What was that?
5      **A.  The T-shirt that I was wearing.**
6      Q.  When did you dispose of that T-shirt?
7      **A.  I don't remember.**
8      Q.  Approximately how many years ago do you
9  think you threw that out?
10      **A.  Maybe I kept it for a few months.**
11      Q.  At the time of the attack on February 16,
12  2002 -- are you asking to be paid money in this
13  lawsuit for an injury to your sex life related to
14  the attack in February 2002?
15          MR. STEINER:  Objection.
16          THE WITNESS:  The question about my
17  sex life?
18  BY MR. HILL:
19      Q.  I have to ask because of the way --
20          MR. STEINER:  He's already testified
21  about some of the effects.  Rephrase your question.

Page 144

1  BY MR. HILL:
2      Q.  Let me ask you this.  You understand that
3  you are a plaintiff from the lawsuit, right?
4      **A.  Yes.**
5      Q.  You are making claims for certain money
6  that you want to be paid as a result of the injuries
7  you received, correct?
8      **A.  Yes.**
9      Q.  Are you asking to be paid money for harm
10  to your sex life as a result of the bombing?
11          MR. STEINER:  Objection.
12          THE WITNESS:  If you are talking
13  about the pills I took, that it bothered my
14  erections, so it's included.
15  BY MR. HILL:
16      Q.  You believe that the side effects from the
17  medication were caused by the bombing?
18      **A.  Everything started at the bombing.  That's**
19  **where everything started and got worse.**
20      Q.  Are you able to say whether you would have
21  needed to take that medication had the bombing not

Page 145

1  taken place?
2      **A.  You never know.**
3      Q.  Apart from the side effects of the
4  medication that you've described, have you had any
5  other sexual problems?
6      **A.  No.**
7      Q.  Do you have any dissatisfaction with your
8  sex life that you believe is related to the bombing?
9      **A.  No.**
10      Q.  Have you ever been convicted of a crime?
11      **A.  Yes.**
12      Q.  What crime were you convicted of?
13      **A.  Drugs.**
14      Q.  In what jurisdiction were you convicted of
15  that crime?
16      **A.  Possession.**
17      Q.  Was this in Israel or the United States?
18      **A.  Israel.**
19          MR. STEINER:  Objection.
20  BY MR. HILL:
21      Q.  What year were you convicted of possession

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 146

1  of drugs?
2      **A.  I think I might have mixed up.  Convicted**
3  **is to get a file opened, to go to jail, something**
4  **like that?**
5      Q.  Has a judge or a jury ever found you
6  guilty of a crime?
7      **A.  No.**
8      Q.  When you referred to being convicted of
9  possession of drugs, is that what we discussed
10  earlier where you had to go to court and had testing
11  and that sort of thing?
12      **A.  Yes.**
13      Q.  But your understanding is that you were
14  never convicted of a crime in connection with that?
15      **A.  Yes.**
16          MR. HILL:  Let's take a break.  I
17  think I may be done but I just want to go over my
18  notes.
19          (Whereupon, a recess was taken from
20      11:11 a.m. to 11:20 a.m.)
21  BY MR. HILL:

Page 147

1      Q.  Mr. Thaler, have you ever had
2  communications with anyone in the United States
3  government about the bombing in February 2002?
4      **A.  No.**
5      Q.  Ever spoken with anyone in the Israeli
6  government about it?
7      **A.  No.**
8      Q.  Ever spoken to anyone from the Palestinian
9  Authority?
10      **A.  No.**
11      Q.  Ever spoken to anyone from the PLO?
12      **A.  No.**
13      Q.  We talked earlier about your parents'
14  divorce.  Prior to the divorce did your father
15  verbally abuse you?
16          MR. STEINER:  Objection.
17          THE WITNESS:  My father used to
18  punish me when he needed to.
19  BY MR. HILL:
20      Q.  Would that involve saying things to you
21  that were hurtful?

Page 148

1      **A.  Yes.**
2      Q.  Have you ever described what your father
3  said to you as being verbal violence?
4      **A.  Yes.**
5      Q.  Who did you tell?
6      **A.  What's verbal?**
7      Q.  Verbal violence.
8      **A.  What is verbal?**
9      Q.  With words.
10      **A.  I don't remember, but probably.**
11      Q.  Could you describe what this verbal
12  violence that your father directed toward you was?
13          MR. STEINER:  Objection.
14          THE WITNESS:  I don't remember.
15  BY MR. HILL:
16      Q.  Do you remember him saying hurtful things
17  to you?
18      **A.  I was a sensitive kid, so yes.**
19      Q.  What sort of things do you recall him
20  saying?
21      **A.  I don't remember.**

Page 149

1      Q.  But you do recall his words hurting you
2  prior to the divorce?
3          MR. STEINER:  Objection.
4          THE WITNESS:  Yes.
5  BY MR. HILL:
6      Q.  You would have verbal arguments with him
7  before he left the house?
8          MR. STEINER:  Objection.
9          THE WITNESS:  Yes.
10  BY MR. HILL:
11      Q.  There were also occasions you mentioned
12  when he spanked you.
13      Can you ever recall getting into a pushing
14  match with your father?
15      **A.  What?**
16      Q.  Any sort of fight with your father,
17  physical fight?
18      **A.  No.**
19      Q.  Can you recall ever getting into a
20  physical fight with your sister?
21          MR. STEINER:  Objection.

LEOR THALER DEPOSITION        February 6, 2013        Shatsky v. Syrian

Page 150

1       THE WITNESS:  Kids, teenagers.
2  BY MR. HILL:
3       Q.  You mentioned earlier that you and Zvi had
4  exchanged blows.  Did you and Rachel ever exchange
5  blows?
6       MR. STEINER:  Objection.
7       THE WITNESS:  Probably, yes.
8  BY MR. HILL:
9       Q.  On approximately how many occasions do you
10  think that might have happened?
11      A.  Not too much.
12      Q.  Was she ever injured and needed treatment
13  as a result of those fights?
14      A.  No.
15      Q.  How about you, did you ever have an injury
16  as a result of a fight with Rachel?
17      A.  No.
18      Q.  Do you think you fought with Zvi more
19  frequently than you fought with Rachel?
20      A.  Yes.
21      Q.  Can you remember having fights, physical

Page 151

1  fights, with Isaac when he lived in the home?
2       A.  No.
3       Q.  Have you ever told anyone that the
4  decision to move from Baltimore to Israel caused a
5  crisis in your family?
6       A.  Not that I remember.
7       Q.  Do you believe that moving to Israel
8  caused a crisis in your family?
9       A.  No.
10      Q.  Did it cause any difficulty in your
11  family?
12      A.  Yes.
13      Q.  In what way?
14      MR. STEINER:  Objection.
15      THE WITNESS:  The move, eight years,
16  I was a nine year old kid, going to a different
17  country, different language, of course it's hard for
18  a nine year old kid.
19  BY MR. HILL:
20      Q.  Was the decision to move from Baltimore to
21  Israel a source of arguments between you and your

Page 152

1  parents?
2       A.  I have no idea.
3       Q.  Can you remember arguing with your father
4  and mother about the decision to move to Israel?
5       A.  No.
6       Q.  Did the decision to move to Israel have
7  anything to do with you tearing the tiles off the
8  roof of the house?
9       MR. STEINER:  Objection.
10      THE WITNESS:  That was in Israel.
11  BY MR. HILL:
12      Q.  Were you angry about moving there, is that
13  why you decided to tear the tiles off the house?
14      MR. STEINER:  Objection.  I don't
15  think the testimony was he tore the tiles off the
16  roof.  I think he testified he threw tiles off the
17  roof.
18  BY MR. HILL:
19      Q.  Where did the tiles come from that you
20  were throwing off the roof?
21      A.  The tiles?

Page 153

1       Q.  You actually removed the tiles from the
2  roof and then threw them off the roof?
3       A.  Yes.
4       Q.  Do you remember why you were doing that?
5       A.  No.
6       Q.  Have you ever told anyone that you've had
7  paranoia?
8       A.  Yes.
9       Q.  Who did you tell that?
10      A.  My psychologist.
11      Q.  What did you mean when you said that you
12  were having paranoia?
13      A.  I was imagining things.
14      Q.  When were you having these paranoid
15  thoughts?
16      A.  A few years ago.
17      Q.  What sorts of things were you imagining?
18      A.  I was always -- I was walking down
19  streets, always looking for the next Arab that was
20  going to hurt me, that was going to do something to
21  me, I was thinking people were going to attack me.

Page 154

1    Q.  Did anyone, in fact, attack you?
2    **A.  No.**
3         MR. STEINER:  Objection, with the
4    exception of -- talking about after February 16?
5    BY MR. HILL:
6    Q.  Paranoid thoughts you are describing, they
7    happened after the bombing, right?
8    **A.  Yes.**
9    Q.  Apart from the bombing itself, you've
10   never been attacked by anyone, right?
11   **A.  No.**
12   Q.  You've gotten into some fights but those
13   have been fights that you started?
14        MR. STEINER:  Objection.
15   BY MR. HILL:
16   Q.  Did anyone pick a fight with you?
17   **A.  Yes.**
18   Q.  On how many occasions?
19   **A.  Many.**
20   Q.  There have been occasions you picked
21   fights with other people?

Page 155

1    **A.  No.**
2         MR. STEINER:  Objection.
3    BY MR. HILL:
4    Q.  You think every fight you've been in was
5    started by someone else?
6    **A.  Yes.**
7    Q.  Do you ever recall believing that you were
8    a spy?
9    **A.  Yes.**
10   Q.  When was that?
11   **A.  Two and a half years ago, two years ago.**
12   Q.  Tell me what you thought in that regard.
13   **A.  I was watching a series of spies and I**
14   **believed that I always have to look behind me, look**
15   **where -- I acted like I was always looking behind**
16   **me, sitting in the restaurants, sitting faced**
17   **towards the exit.**
18   **I was looking for the exit to get out,**
19   **looking for people who were going to attack me,**
20   **looking for anything basically.**
21   Q.  The reason you believe people were going

Page 156

1    to attack you is because you had come to believe you
2    were a spy, right?
3    **A.  No.**
4         MR. STEINER:  Objection.
5    BY MR. HILL:
6    Q.  Why did you believe people where going to
7    attack you?
8    **A.  That was my feelings, what my thoughts**
9    **were.**
10   Q.  Part of these thoughts involved believing
11   that you were working as a spy for some government?
12   **A.  No.**
13   Q.  Tell me what you thought about being a
14   spy.
15   **A.  I understood a year afterwards that**
16   **because of watching that show I believed I had to**
17   **always look behind my back, look for the next thing**
18   **that's going to happen.**
19   Q.  Did you at some point believe that you
20   were a spy working for some government?
21   **A.  No.**

Page 157

1    Q.  Have you ever put out cigarettes on your
2    own body?
3    **A.  Yes.**
4    Q.  On how many occasions have you done that?
5    **A.  Twice.**
6    Q.  When did you do that?
7    **A.  When I was 17, 18.**
8    Q.  Why did you do that?
9    **A.  Because I was angry.**
10   Q.  Who were you angry with?
11   **A.  A girlfriend.**
12   Q.  Same girlfriend both times?
13   **A.  Yes.**
14   Q.  Have you done anything else to harm
15   yourself since the attack?
16   **A.  No.**
17        MR. STEINER:  Objection.
18   BY MR. HILL:
19   Q.  You are wearing an earring today.  Do you
20   have any other body piercings?
21   **A.  I had.**

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

---

Page 158

1    Q.   How many times did you have body
2    piercings?
3        **A.   I had --**
4            MR. STEINER:  Objection.
5            THE WITNESS:  I had a total of 17
6    piercings.  Two of them I did to myself.
7            A few of them I did over again, over
8    and over again.
9    BY MR. HILL:
10   Q.   Why did you get those body piercings?
11           MR. STEINER:  Objection.
12           THE WITNESS:  Because I was addicted
13   to pain.
14   BY MR. HILL:
15   Q.   You did that because you wanted to feel
16   pain?
17       **A.   Yes.**
18   Q.   Is that why you put the cigarettes out on
19   yourself?
20       **A.   Yes.**
21   Q.   Did you ever come to the United States

---

Page 159

1    with other terror victims?
2        **A.   Yes.**
3    Q.   When was that?
4        **A.   I don't remember when.  It was California,**
5    **we were in Washington.**
6    Q.   Approximately how old were you when you
7    came to California and Washington?
8        **A.   Probably 17.**
9    Q.   Were you in Washington, D.C. or were you
10   in Washington state on the west coast?
11       **A.   I don't remember.**
12   Q.   But you visited both California and
13   Washington on the same trip?
14       **A.   And New York, yes.**
15   Q.   What other places in the U.S. did you
16   visit on that trip?
17       **A.   That's what I remember.**
18   Q.   Washington, New York, and California?
19       **A.   Yes.**
20   Q.   Which cities in California did you visit?
21       **A.   LA.**

---

Page 160

1    Q.   Was this before the trip to France or
2    after?
3        **A.   After.**
4    Q.   Did anyone from your family come with you
5    on this trip to the United States?
6        **A.   Yes.**
7    Q.   Who?
8        **A.   My mother.**
9    Q.   Anyone else from your family on that trip?
10       **A.   I don't think so.**
11   Q.   Who paid for that trip to the
12   United States?
13       **A.   I don't know.**
14   Q.   Have you ever told anyone that it was on
15   that trip that you first began to use marijuana?
16       **A.   Right after that.**
17   Q.   It was after that trip?
18       **A.   Right after that trip.**
19   Q.   So you went on that trip and then you
20   returned to Israel and that's when you began using
21   marijuana?

---

Page 161

1        **A.   Yes.**
2    Q.   Did something happen on that trip that
3    caused you to start using marijuana?
4            MR. STEINER:  Objection.
5            THE WITNESS:  A girl.
6    BY MR. HILL:
7    Q.   What was the girl's name?
8        **A.   Atara.**
9    Q.   You met Atara on this trip?
10       **A.   Yes.**
11   Q.   How did meeting Atara cause you to use
12   marijuana?
13       **A.   We became boyfriend and girlfriend.  She**
14   **was using and she showed me that world.**
15   Q.   So you continued to see her for a period
16   of time after you went back to Israel?
17       **A.   Yes.**
18   Q.   She was the one that introduced you to
19   using marijuana?
20       **A.   Yes.**
21           MR. STEINER:  Objection.

---

LEOR THALER DEPOSITION          February 6, 2013          Shatsky v. Syrian

Page 162

1  BY MR. HILL:
2     Q.  Was she the same girlfriend that caused
3  you to burn yourself with cigarettes?
4     **A.  No.**
5     Q.  That was a later girlfriend?
6     **A.  Later girlfriend.**
7     Q.  Did you ever tell anyone that you used
8  MDMA and acid twice a week for two years?
9     **A.  Not for two years, no.  I used four times**
10 **MDMA and two times LSD two to three weeks.**
11    Q.  So there was a period of time over the
12 course of two to three weeks when you were using
13 both acid and MDMA repeatedly, right?
14    **A.  LSD.**
15    Q.  There was a period of time over a two to
16 three week period where you were using both MDMA and
17 LSD repeatedly in that same time period, right?
18    **A.  Yes.**
19    Q.  When was that, approximately?
20    **A.  Two and a half, three years ago.**
21    Q.  Was that right before you began to get the

Page 163

1  psychological treatment at that time you are
2  currently using?
3           MR. STEINER:  Objection.
4           THE WITNESS:  More intense.
5  BY MR. HILL:
6     Q.  So you were already seeing Eyal at the
7  time of that particular episode?
8     **A.  No.**
9     Q.  It was after you had that heavy usage of
10 LSD and MDMA that you began to see Eyal?
11          MR. STEINER:  Objection to the
12 categorization.
13          THE WITNESS:  Yes.
14 BY MR. HILL:
15    Q.  Have you used either LSD or MDMA since
16 that episode?
17    **A.  Yes.**
18          MR. STEINER:  Objection.
19 BY MR. HILL:
20    Q.  You just haven't used it that frequently
21 in that short of a timeframe, right?

Page 164

1     **A.  Yes.**
2     Q.  Has anyone ever told you whether you have
3  suffered brain damage as a result of your drug use?
4           MR. STEINER:  Objection.
5           THE WITNESS:  No.
6  BY MR. HILL:
7     Q.  Did you ever tell anyone that you usually
8  left a job because of a dispute over money?
9     **A.  Yes.**
10    Q.  Who did you tell that to?
11    **A.  I don't remember.**
12    Q.  Is that true?
13    **A.  Yes.**
14    Q.  Many of the jobs you've ended because you
15 would have a disagreement with your employer about
16 money?
17    **A.  Yes.**
18    Q.  Did you ever tell anyone that these
19 disagreements sometimes became verbally and even
20 physically violent?
21    **A.  Only once.**

Page 165

1     Q.  On what occasion did you have a verbal or
2  physical disagreement with an employer?
3     **A.  It happened only once.**
4     Q.  When was that?
5     **A.  A year ago, year and a half ago.**
6     Q.  What employer did you have that verbal or
7  physical disagreement with?
8     **A.  Working in a coffee shop in Tel Aviv.**
9     Q.  What happened?
10    **A.  He owed me --**
11          MR. STEINER:  Objection.
12          THE WITNESS:  He owed me something
13 like 600 shekels that he didn't want to pay me so I
14 stood on my -- what I deserved to get.
15 BY MR. HILL:
16    Q.  You insisted on getting the money?
17    **A.  Yes.**
18          MR. STEINER:  Objection.
19 BY MR. HILL:
20    Q.  You exchanged words?
21    **A.  Yes.**

LEOR THALER DEPOSITION        February 6, 2013        Shatsky v. Syrian

Page 166

1    Q.  Did you exchange blows?
2    A.  No.
3    Q.  Have you ever been in a physical
4    altercation with an employer?
5    A.  No.
6    Q.  Ever been in a physical altercation with
7    anyone at work?
8    A.  No.
9        MR. STEINER:  Would you mind if I
10   stopped for two minutes?
11       MR. HILL:  If you need to take a
12   break.
13       MR. STEINER:  Okay.
14   BY MR. HILL:
15   Q.  Has anyone ever recommended that you take
16   medication to alleviate your diarrhea?
17   A.  No.
18       MR. STEINER:  Objection.
19   BY MR. HILL:
20   Q.  You, in fact, have not taken any
21   medication to attempt to alleviate that condition,

Page 167

1    right?
2    A.  Not that I know.
3    Q.  Do you remember being examined in
4    connection with that condition at someplace called
5    Maccabee Health Services?
6    A.  I don't know what it's called but I got it
7    checked out.
8    Q.  That was last year, right?
9    A.  Yes.
10   Q.  But you don't remember the doctor
11   recommending medication to you?
12   A.  He died.
13   Q.  The doctor died?
14   A.  Two weeks after.
15   Q.  What doctor was that?
16   A.  I don't know.
17   Q.  The doctor --
18   A.  I don't remember his name.  I went to two
19   doctors.  One died, then I went to a different one.
20   Q.  Was the trip to the United States paid for
21   by One Family?

Page 168

1    A.  No, I don't think so.
2    Q.  Did it have an organization that sponsored
3    it?
4    A.  From what I remember, it wasn't an
5    organization.  It was a family.
6    Q.  Approximately how many people were on that
7    trip with you?
8    A.  20.
9    Q.  You believe that the expenses for that
10   were paid by a family that arranged for it?
11   A.  Yes.
12   Q.  Do you know the family's name?
13   A.  No.
14   Q.  Was anyone else who was injured in the
15   same event as you present on that trip to the
16   United States?
17   A.  No.
18   Q.  Did you or your mother give any public
19   speeches on that trip to the United States?
20   A.  I don't think so, no.
21   Q.  What did your mom do on this trip to

Page 169

1    California, Washington, and New York?
2        MR. STEINER:  Objection.
3        THE WITNESS:  She came with me.
4    BY MR. HILL:
5    Q.  Was the purpose of this trip similar to
6    the other ones you described where it was sort of a
7    vacation and having fun?
8        MR. STEINER:  Objection.
9        THE WITNESS:  Similar.
10       MR. HILL:  Thank you.
11       I don't have any questions for, further
12   questions for you at this time subject to our
13   outstanding request for additional documents.
14       MR. STEINER:  I have one question.
15   We reserve our right to review and sign the
16   transcript.
17   CROSS EXAMINATION:
18   BY MR. STEINER:
19   Q.  Leor, Mr. Hill, the lawyer for the PLO and
20   the Palestinian Authority, asked you a question and
21   you answered that question something like this case

Page 170

1  is about the injuries, physical and psychological, I
2  received and what happened to me because my sister
3  and my best friend died.
4      Do you remember being asked that question
5  and giving an answer like that?
6      **A.  Yes.**
7      Q.  Can you explain to me what effect on you
8  the death of Rachel has caused, how you feel about
9  that today?
10      **A.  Of course.  In the beginning it didn't**
11  **bother me.  We weren't good friends.  We didn't like**
12  **each other.**
13      **With time, growing up without a sister**
14  **became a big issue, very sensitive for me.**
15      **I do miss her.  I want her to be here.  It's**
16  **a big shame that she is not here.**
17      **Mentally it did a lot of, lot of, lot of**
18  **issues basically, makes me regret all the stuff I**
19  **said about her, all the stuff I did to her.**
20  **Mentally it changed everything.**
21      MR. STEINER:  Thank you.

Page 171

1  RE-DIRECT EXAMINATION:
2  BY MR. HILL:
3      Q.  You mentioned that you had regrets about
4  stuff you said to Rachel.
5      What is it you are thinking of that you
6  regret saying to her now?
7      **A.  Cursing her, also after the attack, it**
8  **didn't bother me that she died, giving pain to my**
9  **mother, telling her all kind of stuff like she cares**
10  **more about her dead daughter than her living sons,**
11  **stuff I said that hurt my mother mostly.  I miss my**
12  **sister at the end of everything.**
13      Q.  Anything else that you are thinking of
14  that you said that you regret saying in connection
15  with Rachel other than what you just told me?
16      **A.  A lot of stuff but nothing that pops to my**
17  **mind right now.**
18      Q.  You said you also regret stuff you did
19  relating to Rachel.  What do you mean by that?
20      **A.  Hitting her, fighting with her, not**
21  **getting along together, being a nasty teenager to my**

Page 172

1  **sister.**
2      Q.  You mentioned that you had told your
3  mother that you felt like she cared more about her
4  dead daughter than her living sons, is that right?
5      **A.  Yes.**
6      Q.  When did you say that to her?
7      **A.  Plenty of times.**
8      Q.  At the time you said that did you believe
9  it to be true?
10      **A.  Yes.**
11      MR. HILL:  I don't have any further
12  questions.
13      MR. STEINER:  Nothing else.
14      (Deposition adjourned at 11:39 a.m.)
15
16
17
18
19
20
21

Page 173

1          Reporter's Certificate
2
3      I, the undersigned, Certified Court Reporter,
4  do hereby certify that the foregoing transcript of
5  testimony was taken by me in stenotype and
6  thereafter reduced to print under my direction,
7  that said transcript is a full, true and
8  substantially accurate record of the proceedings,
9  to the best of my ability.
10      I do further certify that I am neither counsel
11  for, related to, nor employed by any of the parties
12  to the action in which this deposition was taken;
13  and, further, that I am not a relative or employee
14  of any attorney or counsel employed by the parties
15  hereto, nor financially or otherwise interested
16  in the outcome of the action.
17
18          /s/ Michael Feuer
19      _____
20          Certified Realtime Reporter
21

**LEOR THALER DEPOSITION**          **February 6, 2013**          **Shatsky v. Syrian**

Page 174

1          Certificate of Deponent
2     I hereby certify that I have read and
3 examined the foregoing transcript, and the same
4 is a true and accurate record of the testimony
5 given by me.
6     Any additions or corrections that I feel
7 are necessary I will attach on a separate sheet
8 of paper to the original transcript.
9
10     _____
11          Signature of witness
12     I hereby certify that the individual
13 representing him/herself to be the above named
14 individual, appeared before me this _____
15 day of _____ and executed the above
16 certificate in my presence.
17
18
19
20          _____
21          Notary Public

Page 175

1
2          Errata Page of Deponent
3 Please note any errors on this sheet. The
4 reasons may be general, such as "to correct
5 stenographic error" or "to clarify the record."
6 When completed, send this page to the attorney
7 who took your deposition, NOT the court reporter.
8 Page   Line   Correction   Reason For Change
9
10
11
12
13
14
15
16
17
18
19
20
21

**A**

**Abilify** 8:4,5 97:10
**ability** 7:17 173:9
**able** 7:13 10:16 81:4
  104:13 129:9 133:16
  144:20
**abuse** 60:2 71:1 147:15
**abused** 59:14,19
**access** 133:19 139:9
**accompany** 124:16
**account** 133:17 140:6
**accounts** 139:10,14,19
  140:2 142:6
**accurate** 173:8 174:4
**acid** 41:7 42:11 46:10
  46:13 162:8,13
**acronym** 76:5 109:7
**acted** 155:15
**action** 173:12,16
**activities** 93:17
**ADD** 76:7
**addicted** 158:12
**additional** 94:8 169:13
**additions** 174:6
**address** 10:10 11:5,9
  138:21
**addresses** 139:3,7
**addressing** 126:6
**ADHD** 76:9,11,17
**adjourned** 172:14
**advance** 113:7 114:6
**advisement** 80:5
  137:14,21 142:11
**affect** 86:8,17
**Africa** 111:19 123:1,12
  123:15 124:7,11
  125:3,11,20
**African** 124:4
**ago** 19:16 26:7 28:12
  45:2,6,7,13 46:14,16
  56:16 67:19 70:1
  87:16 92:1 100:6
  109:16 114:18 115:5
  118:12 120:2 133:1
  143:8 153:16 155:11
  155:11 162:20 165:5
  165:5
**agree** 142:8
**agreed** 5:4,8
**agreeing** 51:19 81:7
**ahead** 7:2,9 53:16
**aid** 90:1,3
**air** 91:7
**al** 1:5,7 2:10
**alleviate** 166:16,21
**allowed** 17:16
**altercation** 50:11
  166:4,6

**ambulance** 84:7,10
  101:13,21 102:3,6,10
**America** 13:15
**American** 12:13,19
**amount** 89:15 134:7
  136:5
**Angela** 78:5,7
**angry** 56:13 152:12
  157:9,10
**answer** 7:2,3,7,9 9:18
  170:5
**answered** 103:9,10
  113:1,4 124:8 169:21
**answers** 6:12
**anticipate** 94:2 95:14
  95:17 105:13
**antipsychotic** 8:8
**apart** 19:1 74:2 77:9
  101:5 108:13 110:10
  110:17 125:19 145:3
  154:9
**apartment** 11:6,7
**appear** 85:12 137:5
**appearance** 33:7 38:12
  64:9
**Appearances** 2:1
**appeared** 174:14
**Approve** 90:17
**approximately** 20:4,20
  28:9 36:6 42:10 44:9
  45:5,9,12,18 48:13
  51:4 55:6 67:20
  69:21 71:12 89:15
  92:13 112:2 114:17
  118:11 143:8 150:9
  159:6 162:19 168:6
**Arab** 1:7 107:21 108:4
  108:7,10,14 153:19
**area** 79:10
**arguing** 152:3
**arguments** 149:6
  151:21
**Ariel** 31:16 32:17 34:6
  39:5,8,9,14,16
**arm** 86:12,14,15 92:6
  92:8,9,18,18 93:7,9
  93:10 94:11,16
**armored** 14:15
**arranged** 168:10
**arrangement** 24:1
**arrest** 31:12 32:16
  34:6 36:7,21 37:2
  38:21 39:5,9,18
**arrested** 30:18 31:4,6
  31:14 34:1,7,10,13
  35:20 36:4 37:12
  39:14,16 40:1
**arrests** 38:7 39:8 40:2

**arrived** 83:14
**arriving** 84:12
**asked** 77:6 103:8
  139:16 169:20 170:4
**asking** 32:4 35:8 36:20
  59:4,5 104:15,20
  105:16 115:16,18
  137:16 143:12 144:9
**ass** 93:10
**assaulting** 58:7
**associated** 79:15,20
**association** 113:9
**assume** 84:18 105:13
  138:11
**Atara** 161:8,9,11
**attach** 174:7
**attack** 14:19 17:3
  87:21 88:3 97:21
  99:3 100:5 107:17
  109:10 110:15 111:1
  111:7 119:5 133:8,9
  142:20 143:2,11,14
  153:21 154:1 155:19
  156:1,7 157:15 171:7
**attacked** 154:10
**attacker** 109:12
**attacks** 116:5,5 118:21
  120:13
**attempt** 166:21
**attempted** 107:10
**attend** 15:11,12,19
  16:1,5 83:3
**attended** 14:7 17:6
**attending** 15:11 51:8
**attention** 76:2 93:7
**attorney** 173:14 175:6
**audience** 133:3 116:7
  126:6
**Authority** 3:5 108:18
  108:21 109:4,7
  110:13,21 147:9
  169:20
**Aviv** 18:18,19 21:13
  71:19 165:8
**awake** 82:12,17 83:13
  83:21 84:4 99:9,15
  99:18 100:5,11,18
  101:1 102:10 103:6
**aware** 77:18 97:17
  98:12,17 99:8,14
  101:7 103:13,16
  104:9,15 108:3,9,14
  108:20 109:3 110:12
  110:20 111:6
**a.m** 1:13 5:2 43:8,8
  56:9,9 79:12,12
  146:20,20 172:14

**B**

**back** 17:15,16 25:6,10
  25:12,14,17 27:5,6
  28:6 39:5 63:16 83:1
  156:17 161:16
**background** 14:1
**badly** 99:4
**Bait** 11:10
**Baltimore** 12:5,6,8
  151:4,20
**bandaid** 63:13
**banged** 92:16
**Bank** 108:7,10,14
**bar** 21:21 29:7,14
**bartender** 19:13,14,15
  21:6,10,11,15,18
  28:14 29:5
**bartending** 26:4,5,8
**based** 131:14 134:15
  135:3 142:9
**basically** 58:6 73:16
  155:20 170:18
**basis** 96:17
**bathroom** 10:14
**beach** 28:17,18 93:20
  119:20
**Beer** 47:11,15
**began** 160:15,20
  162:21 163:10
**beginning** 70:1 128:20
  170:10
**behavioral** 16:15 53:6
  53:8
**Beit** 16:4
**believe** 9:11,21 41:9,14
  41:19 42:1,4,7,11
  43:20 45:21 49:12
  53:5 54:20 56:20,21
  57:4 58:17,20 59:8
  61:12 62:7,20 63:4,7
  66:9 67:1 68:9 74:4
  79:13,19 82:12,16,20
  83:16 85:14 90:3
  94:6,9 97:14 98:3
  106:18 111:14
  123:13,21 130:17,21
  132:7 134:4 135:16
  137:10,17 140:8
  144:16 145:8 151:7
  155:21 156:1,6,19
  168:9 172:8
**believed** 45:14 109:12
  155:14 156:16
**believing** 155:7 156:10
**Berkman** 2:3
**best** 67:2 77:2 82:19
  91:14 99:17 100:7,20
  104:8 106:7 170:3

173:9
**better** 43:3 87:4,9
  90:20 91:16
**big** 102:19 170:14,16
**bipolar** 74:12,14
**birth** 6:7
**bit** 77:15 96:13
**Bituach** 96:7
**bi-weekly** 96:17
**black** 20:3
**blacked** 82:14,20 84:2
**bladder** 85:6,7 88:9
**blame** 57:3
**blast** 81:1,2,5,10,12,16
  81:18 82:1,4,17,21
  83:2,14 97:19 98:14
  98:19 99:16 102:15
  103:6,18
**blew** 109:10
**blows** 150:4,5 166:1
**Bnei** 14:2 17:15 50:16
**boarding** 16:1,9,12,19
  17:1,6
**body** 85:5,10,20 93:8
  102:19,20 116:17
  157:2,20 158:1,10
**bomb** 99:3
**bombing** 76:18 97:15
  100:11 101:1,7
  105:10 107:1 108:5
  108:10,15 109:1,5
  116:4 118:2 128:3,15
  128:19 129:1,10,14
  130:1,5,12,18 131:5
  131:10 132:8,12,15
  144:10,17,18,21
  145:8 147:3 154:7,9
**born** 11:20
**bother** 170:11 171:8
**bothered** 144:13
**box** 142:17
**boyfriend** 161:13
**brain** 164:3
**break** 10:4 42:19 43:6
  56:4,7 77:14 79:9
  146:16 166:12
**Brian** 2:20
**broadcast** 127:5,10
**Broadway** 2:14
**broken** 102:18
**Brooklyn** 2:5 11:21
  12:1,4
**brother** 13:7 27:16
  57:16,19 60:14 62:3
  62:5 63:4 120:19,20
  124:20,21 128:9,12
**builders** 19:12
**building** 19:11,18,19

19:20,21
**bulletproof** 15:1,3,7
  15:16
**bullets** 14:13,14
**burn** 162:3
**burns** 85:10 102:20
**burst** 85:9
**bus** 14:5,11,13,15,18
  14:19 15:1,4,7,16
**business** 20:13 28:2,3
  28:5

———————
**C**
**calculate** 104:10,16
  107:5
**calculation** 104:21
  107:11
**California** 159:4,7,12
  159:18,20 169:1
**called** 1:12 5:16 14:2
  15:13 49:10 76:21
  93:7 167:4,6
**Calm** 73:3
**calming** 116:17
**camera** 85:13
**Cape** 123:20
**care** 75:6 95:13
**cared** 172:3
**career** 107:2
**cares** 171:9
**cars** 26:17
**case** 169:21
**categorization** 163:12
**catering** 19:12 20:8,13
  20:21
**cause** 151:10 161:11
**caused** 81:5 88:10,17
  144:17 151:4,8 161:3
  162:2 170:8
**causing** 80:13
**certain** 89:18 144:5
**certificate** 173:1 174:1
  174:16
**certified** 10:19 173:3
  173:20
**certify** 173:4,10 174:2
  174:12
**Change** 175:8
**changed** 135:5,12
  170:20
**Chani** 99:20,21 100:4
  100:8,12,13,17,21
  101:5
**channel** 127:7
**characterization** 9:16
  101:11
**characterized** 59:13
**Charles** 3:1

**Chay** 20:14,18
**Chayil** 14:2 17:15
  50:16
**Check** 136:13
**checked** 167:7
**Chevalier** 1:13 2:18
**children** 13:11 58:14
**choose** 55:18 56:11
**cigarette** 10:13
**cigarettes** 157:1
  158:18 162:3
**cities** 20:15 21:20 22:8
  23:12 118:15 123:19
  124:1 159:20
**citizen** 13:14
**city** 19:18 20:15,18
  21:20 22:8 23:10
  31:10,14,16 39:14
  47:14 64:19 111:20
  114:19
**claim** 134:11
**claimed** 56:5 134:12
  134:14
**claiming** 105:2 106:5,7
  106:12
**claims** 144:5
**clarify** 175:5
**clean** 33:14 48:10,13
  48:16 65:11
**clear** 106:11
**clearly** 85:19
**clerk** 5:9
**closed** 21:14 33:4
  133:15
**coast** 159:10
**coffee** 30:4,5 165:8
**Colorado** 23:16,21
  24:3,16,21 25:8,10
  25:12
**Columbia** 1:2
**come** 11:2 104:21
  107:11 123:9 152:19
  156:1 158:21 160:4
**comes** 71:3
**coming** 29:1 30:10
**commenced** 5:1
**commencing** 1:13
**communicate** 57:6
**communication** 55:15
  57:18
**communications** 147:2
**companies** 20:12
  27:12
**companions** 120:12
**company** 20:8,10
  26:15,18 27:10 28:2
  129:3,6
**complete** 18:2,7 48:8

**completed** 175:6
**computer** 141:3,4,8,11
  141:12,13,18,21
  142:6
**computers** 129:17
  140:19
**conclusion** 101:15
**condition** 8:18 9:19
  87:3 102:6,8 166:21
  167:4
**conducted** 141:2 142:5
  142:11
**connection** 32:16
  113:20 146:14 167:4
  171:14
**conscious** 82:9 84:2
  97:18 98:13,18 99:9
  101:8 102:14 103:17
**consciousness** 82:3
  83:17 84:1 98:15
**consist** 47:18
**constant** 91:13
**constructor** 19:21
**contact** 55:4,9,12
  57:15
**continue** 55:4 57:6
  95:14,17,21
**continued** 133:21
  161:15
**continuing** 65:13
**continuous** 57:15,18
**continuously** 9:6 69:6
  82:16
**control** 53:10,12 80:3
  137:8,17,18
**convicted** 145:10,12
  145:14,21 146:2,8,14
**correct** 12:11 40:2,3
  51:15 52:1 66:11
  80:10,11 81:2 83:11
  106:14 116:8 126:7
  133:5 144:7 175:4
**Correction** 175:8
**corrections** 174:6
**counsel** 1:12 5:5,16
  173:10,14
**counseling** 53:9
**countries** 13:13 43:3
**country** 13:13 43:1
  151:17
**course** 6:15,20 7:5
  10:3 19:13 21:6,9
  33:7 99:4,5 102:20
  102:21 151:17
  162:12 170:10
**court** 1:2 5:10 6:14
  32:8,12,21 38:8,12
  38:16,18 64:5,6,9,14

67:16 68:7 79:17
  146:10 173:3 175:7
**covered** 94:19 95:4,7
**crime** 145:10,12,15
  146:6,14
**crisis** 151:5,8
**critical** 102:8
**CROSS** 169:17
**Cross-Examination**
  4:8
**current** 11:5 49:2 97:4
**currently** 8:3 13:19
  18:5,16 19:1 94:12
  94:15 95:12 96:2
  97:14 131:20 163:2
**Cursing** 171:7
**custody** 80:3 137:8

———————
**D**
**Dahub** 123:20
**daily** 86:8,17 93:11
**damage** 164:3
**date** 6:7
**dates** 22:11 67:1
**daughter** 171:10 172:4
**David** 2:8
**day** 6:15,20 7:5 10:4
  43:19 75:6 81:13,16
  81:19 82:1 85:1,4
  125:18 174:15
**days** 15:8 55:2
**DC** 1:13 3:4
**dead** 23:4 26:2 119:16
  171:10 172:4
**death** 97:20 98:20
  111:11 170:8
**decide** 56:17
**decided** 152:13
**decision** 51:8 55:14
  151:4,20 152:4,6
**defendants** 139:15
**defiant** 75:20
**deficit** 76:2
**definition** 82:9
**degree** 85:10
**degrees** 85:11
**Deponent** 174:1 175:2
**deposed** 6:9
**deposited** 133:18
**deposition** 1:10 137:12
  172:14 173:12 175:7
**describe** 14:11 26:16
  85:3 148:11
**described** 11:21 38:13
  60:3 72:11 74:3
  79:16,21 110:17
  121:4 122:6,15
  125:19 128:4 145:4

148:2 169:6
**describing** 121:18
  154:6
**deserved** 165:14
**details** 88:6 89:20
**determine** 141:3,11,14
  142:6
**diagnosed** 74:7 77:18
  78:7,10,15,20 79:4,7
**diagnoses** 52:17 74:10
**diarrhea** 87:2,12,15,20
  88:14,17 166:16
**died** 104:12 167:12,13
  167:19 170:3 171:8
**different** 9:8 11:13
  15:20 38:12 43:1
  72:18 74:12 116:4,5
  117:18 118:21 121:9
  122:4 151:16,17
  167:19
**difficulty** 151:10
**diploma** 18:3,17
**Direct** 4:6 5:19
**directed** 58:12 60:5
  61:2,21 148:12
**directing** 60:8
**direction** 173:6
**disability** 134:13,15,19
  135:11 136:20
**disabled** 135:1,8
**disagreement** 164:15
  165:2,7
**disagreements** 164:19
**discipline** 50:19 51:1
**discontinue** 73:10
**discovery** 137:7,11
  141:4,15
**discussed** 64:10 146:9
**disorder** 74:13,17
  75:13,16,20 76:2
**dispose** 143:6
**dispute** 164:8
**dissatisfaction** 145:7
**District** 1:2,2
**divorce** 54:19 57:7,12
  57:16,19 147:14,14
  149:2
**divorced** 54:16 55:1,3
  57:1 132:3
**doctor** 74:11 87:14,17
  91:20 92:2 136:13,15
  136:21 167:10,13,15
  167:17
**doctors** 75:9,12 136:18
  167:19
**documents** 139:14,21
  140:2 141:3,7,11,14
  141:18,21 142:1,7,14

169:13
**doing** 7:10 18:13 19:1
  20:1 23:3 24:8 26:1
  26:2,11 27:8 53:2
  70:9 129:18 153:4
**donations** 115:11
**Dr** 71:18 72:7,14 74:14
  79:17 95:18 96:20
**Drive** 26:17
**driver** 26:13,14
**drug** 8:8 33:3,6,12
  41:5 42:21 43:2
  46:18,20 49:3 65:8
  65:17 66:5,8,10,20
  71:1 164:3
**drugs** 32:6 33:16 35:10
  35:14 37:14 38:5
  40:10,15,18 41:3
  42:14,21 43:12,14,18
  44:12 48:18,21 65:13
  66:13,17 67:3,6
  73:19 97:6 145:13
  146:1,9
**drum** 91:8
**duly** 5:17
**D.C** 159:9

_____
            **E**
**ear** 85:9 86:5 91:3,10
  94:11
**eardrum** 85:9 91:1,3,6
  91:9,13
**earlier** 12:11 38:13
  49:5 64:10 65:16
  72:11 95:12 98:3
  146:10 147:13 150:3
**earn** 104:18 105:3,17
**earned** 104:10,17
  105:4,21 107:5 132:9
**earnings** 107:12
**earring** 157:19
**ears** 89:5 90:7,12
  94:13
**ecstasy** 41:7 42:5
  45:11
**education** 18:21
**educational** 13:21
**effect** 73:13 131:9
  170:7
**effects** 73:12 143:21
  144:16 145:3
**efforts** 104:9,16
**eight** 151:15
**Eighth** 16:6
**Eilat** 22:1 117:5
  119:14 120:6 121:6
  121:10 122:15
**either** 163:15

**elbow** 85:18
**eleventh** 19:4,7,9
**elicited** 142:10
**Emanuel** 19:21
**employed** 13:19 27:1
  173:11,14
**employee** 173:13
**employer** 164:15
  165:2,6 166:4
**ended** 26:8 164:14
**engage** 93:18
**engagement** 122:3
**engaging** 93:17
**England** 13:15 111:19
  114:15,19 115:21
  116:7 117:5 118:10
  118:16 119:2,6,8
  120:5 121:7,8,11,14
  121:17 122:3,7,10,15
  122:19 123:5 125:20
**English** 8:19 10:8,10
  10:16,21 13:16 48:2
  127:13
**enrolled** 18:10
**episode** 54:18 163:7,16
**episodes** 9:13,15
**erection** 73:17
**erections** 144:14
**Errata** 175:2
**error** 175:5
**errors** 175:3
**Esq** 2:2,8,13,19,20,21
  3:1
**et** 1:4,7
**evaluate** 136:15
**evaluated** 136:17
  138:2
**evaluation** 52:15 137:6
  138:8
**event** 168:15
**events** 111:15,18 126:1
  126:12,16,19 128:7
  128:10 138:16 140:9
**evidence** 97:17 98:12
  98:17 99:8 103:6,16
  108:3,9,14,20 109:3
  110:20 111:6
**exactly** 8:6,7 16:13
  66:12 102:7
**examination** 4:6,10
  5:16,19 169:17 171:1
**EXAMINATIONS**
  4:1
**examined** 5:17 167:3
  174:3
**exception** 90:10 154:4
**excessive** 58:21 59:2
**exchange** 150:4 166:1

**exchanged** 150:4
  165:20
**Excuse** 31:11
**executed** 174:15
**exercising** 92:15
**exit** 155:17,18
**expect** 18:7 96:14
  135:17 136:8,11
**expecting** 27:5
**expelled** 17:10
**expenses** 95:3,6 97:13
  113:14 168:9
**experienced** 97:18
  98:13,18 101:8
  102:14 103:17
**explain** 44:5 48:1
  170:7
**explosion** 80:9,13,17
  82:13
**expressed** 104:2
**extra** 96:16
**Eyal** 68:13,18 69:4
  70:5 71:6,11 79:17
  95:18 96:6,9,13,14
  163:6,10
**Eyal's** 68:14,16
**eye** 50:3,6
**eyebrow** 86:3
**e-mail** 138:21 139:2,7
  139:13,20 140:2
  142:6
**e-mails** 140:3,5,8,12
  140:15

_____
            **F**
**face** 81:3 86:2 93:6,9
  102:17
**faced** 155:16
**facility** 47:9
**facing** 81:1
**fact** 7:20 33:6,16 66:13
  131:17 140:1 141:10
  142:7 154:1 166:20
**familiar** 43:2
**family** 27:15 60:9 61:3
  61:7 62:1 77:17 78:9
  113:13 115:9,10,12
  115:17,20 116:7,10
  116:15,19 117:2,19
  118:10 119:1,13
  120:17 121:19 122:6
  122:16 124:12,16
  151:5,8,11 160:4,9
  167:21 168:5,10
**family's** 168:12
**far** 29:2 101:16,18
  102:13 103:14
  113:18

**father** 55:4,9,12,15,19
  56:12,15 58:8,12,17
  58:21 59:13 60:6,8
  60:13,18 78:14 128:6
  130:4,11,16 131:7
  132:4 147:14,17
  148:2,12 149:14,16
  152:3
**father's** 56:21
**fault** 57:1
**February** 1:9 17:4
  76:18 80:9 86:8,17
  94:4 97:15,20 105:5
  106:1,13 107:1,6,17
  108:5,15 111:12
  126:1,12,16,20
  127:19 128:3,15,18
  130:5 133:9 138:16
  140:9 142:15 143:11
  143:14 147:3 154:4
**feel** 54:21 92:2 158:15
  170:8 174:6
**feelings** 56:2 70:18
  156:8
**fees** 114:3
**felt** 68:21 102:20 172:3
  173:18
**Feuer** 6:14 7:11
  173:18
**fight** 30:11 49:13
  50:20 51:7,11,14
  52:1 149:16,17,20
  150:16 154:16 155:4
**fighting** 171:20
**fights** 30:17 49:6,9,11
  49:15 63:18 150:13
  150:21 151:1 154:12
  154:13,21
**file** 33:4 137:19 142:17
  146:3
**filed** 107:16 140:10
**filing** 5:9
**financially** 173:15
**find** 136:11
**finish** 17:8
**finished** 66:20
**finishes** 7:1
**fired** 28:7,15,20 29:4
  29:13,21 30:3,9
**first** 19:11 25:4 28:11
  29:17 31:3 34:12
  35:20 40:10,15 46:13
  52:3 63:21 160:15
**fist** 62:15,21
**fists** 62:18 63:5,7
**five** 12:7 44:1,9 45:1,2
  45:5 49:14,16 103:9
**flew** 83:1 115:8
**Florida** 22:10,12 23:10

23:13,16 24:12,21
  25:4,10 112:7 130:9
**folks** 120:12
**follow** 80:5 101:16
  137:15
**following** 33:7
**follows** 5:18
**forearm** 85:18
**foregoing** 173:4 174:3
**forever** 135:15
**forgot** 15:13
**fought** 150:18,19
**found** 146:5
**four** 12:2 125:7 162:9
**France** 117:5,6,8,10
  120:3,5 122:14 160:1
**frequently** 52:20 69:11
  69:18 71:20 92:10
  150:19 163:20
**Friedman** 99:21 100:4
**friend** 106:7 170:3
**friends** 99:17 170:11
**full** 5:21 7:14 96:11
  173:7
**fun** 117:9 118:14 120:9
  169:7
**further** 5:8 49:2
  169:11 172:11
  173:10,13
**future** 94:2,8,10 95:15
  96:15 105:14 107:11
  134:4 135:17
**F.B** 3:1

_____
            **G**
**gall** 85:6,7 88:9
**garages** 26:17
**general** 70:17 175:4
**generally** 85:3
**Ger** 74:18,19,21 79:18
**getting** 54:16 55:1
  73:17 87:9 133:2
  149:13,19 165:16
  171:21
**Ginette** 13:1
**Ginot** 11:16,17 12:9,10
  15:6 34:10,13 35:21
  37:2 38:7,21 39:20
  40:2
**girl** 161:5
**girlfriend** 157:11,12
  161:13 162:2,5,6
**girl's** 161:7
**give** 6:12 7:9,14 70:16
  76:4 112:11 115:16
  168:18
**given** 40:6 56:5 174:5
**giving** 170:5 171:8

Gmail 139:11
go 6:10 7:2,8 13:21
  14:1,5 16:12 25:12
  27:5,6 32:8 36:16
  37:16 38:8 39:5
  47:10 51:11 53:16
  68:7,12,18,20 69:1
  71:7 74:19,21 106:19
  116:16 117:4,15
  125:14,17 135:16
  136:8,14,21 146:3,10
  146:17
going 10:11,21 15:15
  49:17 52:20 54:2,5
  69:14 71:10 79:10
  93:20 101:15 116:3
  116:11,13 133:2
  134:6,9 135:16,18
  136:9 151:16 153:20
  153:20,21 155:19,21
  156:6,18
good 116:2 170:11
gotten 30:11 91:15,15
  154:12
government 12:19
  132:18 133:11
  134:11,19,21 137:19
  147:3,6 156:11,20
grade 15:21 16:6 19:4
  19:7,10
graduate 17:21 18:8
grandmother 77:21
  78:2,6
Green 14:8
Grill 20:14,18
ground 6:10
group 48:3
growing 170:13
guilty 146:6
guy 49:20
guys 77:6

H
Habad 11:10
Hagai 16:4
half 9:5 13:7 18:9
  44:10,11 45:7,13
  46:14 57:16 67:19
  92:11 99:3 114:18
  115:5 118:12 155:11
  162:20 165:5
hand 62:15 92:17
happen 6:11 156:18
  161:2
happened 33:1 150:10
  154:7 165:3,9 170:2
happens 6:16,21 92:13
  92:15,16

happy 10:4
hard 7:11 130:21
  151:17
harm 144:9 157:14
hash 40:17,19 41:15
  44:16,18 67:7
HaSharon 11:11,14
  22:2 30:6 64:20
Hassan 100:3,10
head 102:19
healing 116:3
health 47:13 135:8
  167:5
hear 61:4 90:4 91:14
  98:1 109:15 110:16
heard 39:12 78:14,19
  79:3,6 98:7 100:12
  109:14 110:4
hearing 86:9 89:1,4,5
  89:6,9,13,16 90:1,3
  90:15,20 91:10,13,21
  92:3 98:5 99:10
  102:16
heavy 163:9
Hebrew 13:18 127:13
Heesin 11:6
help 54:6 65:1,3,10
  67:9 73:8 87:18
  116:10
helped 9:12 10:1 70:11
  83:6 116:1,1,7,11,15
  121:20
helping 65:4
hereto 173:15
Herzliya 28:19
Hibey 2:19
high 14:1 15:10,11,12
  17:21 18:3,8 19:1,3,6
  19:9 51:8
Hill 2:20 4:6,10 5:20
  9:17 10:7,17 29:12
  30:15 31:2,13,20
  32:3,7,11,15,20 33:5
  33:11,15,20 34:5,11
  34:16,20 35:3,7,11
  35:15,19 36:3,10,15
  36:19 37:7,11,15,19
  38:2,6,11,17 39:4,12
  39:13,21 40:7,9,14
  41:1,8 42:18 43:5,10
  44:15 49:8 50:1,5,10
  50:14,18 51:18 54:9
  54:14 56:3,10 57:5
  58:4,10,16,19 59:3,7
  59:12,17 60:1,12,17
  61:1,6,11,20 62:4,11
  62:17 63:3 65:21
  67:14 76:6 77:13,16

78:1,13,18 79:9,13
80:7,21 82:7,11
83:20 86:1 88:21
90:11 93:15 94:7
95:2,11 99:7,13
101:19 103:4,12
105:9,20 106:10,21
107:9,15 109:11
115:15 122:2 126:10
137:5,16 138:1,7,10
138:14 140:18 141:9
141:19 142:4,13
143:18 144:1,15
145:20 146:16,21
147:19 148:15 149:5
149:10 150:2,8
151:19 152:11,18
154:5,15 155:3 156:5
157:18 158:9,14
161:6 162:1 163:5,14
163:19 164:6 165:15
165:19 166:11,14,19
169:4,10,19 171:2
172:11
Hillel 81:21
him/herself 174:13
history 56:6
hit 62:18,21 63:4,7,16
hitting 63:11 171:20
Hod 11:10,14 22:1
  30:6
home 17:17 58:1,7
  129:14 142:14 151:1
horrible 103:1
hospital 49:17,19
  51:11 74:18,19,21
  75:4,10 79:18 83:11
  83:14 84:13,16 88:13
  88:18 99:4
hospitalized 51:13
hotel 112:19
hotels 125:11
Hotmail 139:11
hour 21:2 70:7
hours 75:6
house 53:13,20,21
  149:7 152:8,13
hundreds 41:12,17
hurt 61:17 62:14
  153:20 171:11
hurtful 147:21 148:16
hurting 149:1

I
idea 20:6 22:13 78:8
  104:6 129:20 130:3
  136:1 152:2
identify 80:16

identity 110:19
illegal 40:18 41:3,5
  42:14,21 43:11,17
  44:12 46:18
illness 74:8 77:19 78:6
  78:10,15,20 79:4,7
imagining 153:13,17
impair 7:17
impotent 73:15
improve 90:15,18
  91:10 92:3,4
improving 87:7
include 101:17
included 144:14
increased 134:2
incurred 95:6
INDEX 4:1
indicate 102:13
indicated 99:15
indicates 101:8
individual 174:12,14
infection 85:7 88:2,5
  88:10,12,17
information 109:18
  110:8,10,13,18 115:7
initiated 63:18
injured 99:4 105:4
  106:1 107:6,12
  108:11 109:1,5
  110:15 111:1,8
  117:18 118:1,2 119:4
  119:5 120:13 150:12
  168:14
injuries 51:14 52:1
  56:5 83:3 85:4 86:7
  86:16 94:4,9 95:7
  102:17 106:13
  111:11 116:4 132:15
  134:16 135:3 144:6
  170:1
injury 50:2 86:4 106:5
  106:5,6 135:8 143:13
  150:15
inpatient 75:4
inside 85:6,8 102:19
insisted 165:16
institute 47:13,14
insurance 94:20 95:4,8
  136:15,18 137:1
intense 163:4
intensive 75:2
interested 173:15
interrupt 7:8
interview 37:20 127:3
  127:5,16
interviewed 31:21
  34:21 36:11 39:6
  126:11 127:12

intestines 88:8
introduced 161:18
involve 147:20
involved 121:17
  156:10
Isaac 27:17,19 28:4
  57:16 79:6 128:12
  132:11 151:1
Israel 13:15 25:6,12,17
  26:1 28:6 69:9 94:18
  116:5 119:19 145:17
  145:18 151:4,7,21
  152:4,6,10 160:20
  161:16
Israeli 31:8,15 94:19
  95:4 133:11 134:19
  134:21 147:5
issue 86:13 170:14
issues 57:13 70:13
  96:12 170:18

J
J 2:2,21
Jacksonville 23:16,18
  24:14
jail 31:17 146:3
January 45:17 46:1
jaw 102:18
Jerusalem 22:1
job 19:11 20:3 26:8,16
  27:3 28:7,13 29:18
  106:16 128:18 164:8
jobs 24:20 164:14
Johannesburg 123:20
journal 13:18
judge 146:5
July 6:8 47:2,7 133:2,2
  134:11,14 135:7
  136:13,15 138:3
jurisdiction 145:14
jury 105:16 146:5

K
Karnei 15:14,15,18,21
  80:9
Kedumim 14:4
keep 93:20
kept 143:10
Keren 81:12 103:16
Kfar 18:20 22:2 32:14
  32:21 33:7 38:19
kid 109:9,13 148:18
  151:16,18
Kids 150:1
killed 13:8 103:20
  104:7,11,17,19
kind 20:1 26:14 27:21
  28:2 40:15 53:14,18

116:11,13,17 171:9
**kinds** 48:1
**kiosks** 23:7
**Kiryat** 16:8
**knock** 61:15
**know** 6:9,17 7:6,7 8:6
8:19 10:4,7 12:17
14:21 16:13 17:8
37:6 43:1 48:1 68:14
73:1,4 76:3 78:9
83:5 87:9,20 88:6,10
88:12,15 89:18,20
90:19 95:1,10,20
98:4,6,9,9 100:2
103:5 104:14,20
107:10,19,21 108:6,7
108:12,13,16,17,19
111:3,5,9 112:4,6
113:18,19 114:2,5,7
121:3,12 125:9
126:15,21 127:7,14
127:15,17 128:6,9,11
128:12,14 129:13,18
130:6,11 131:17
132:2,6,10,11,13
134:7,8 136:2,3
139:20 140:3 141:12
145:2 160:13 167:2,6
167:16 168:12
**known** 6:4 110:14
**Kronenberg** 71:17,18
72:7,14 74:14 79:17
95:18 96:20
**Kupa** 30:8,9

**L**

**LA** 159:21
**language** 151:17
**languages** 13:16
**Lapid** 127:2,13,16
**Las** 24:6,18,21 25:15
**late** 28:21 29:1
**Lately** 69:13 87:4
**Law** 2:3
**lawsuit** 105:2,16
139:16 141:5 143:13
144:3
**lawsuits** 107:16 140:9
**lawyer** 42:17 169:19
**lawyers** 108:12,13
**leave** 19:3,6
**led** 16:19 53:9
**left** 12:3 19:4,9 48:11
56:13 81:3 85:7 92:9
149:7 164:8
**legs** 93:10
**Lemictal** 8:4,16
**Leor** 1:11 4:4 5:14 6:1

169:19
**Leor.Thaler@Gmai...**
139:6
**Leor_Thaler@Hot...**
139:1
**lessons** 47:20
**let's** 6:10 10:18 79:9
146:16
**Leumi** 96:7
**levels** 91:13
**Liberation** 3:6 111:4
**life** 65:7 105:3,18
106:8 132:8 143:13
143:17 144:10 145:8
**Line** 14:8 175:8
**little** 77:15 96:13 115:7
**live** 11:12 12:1 24:11
24:16,18
**lived** 11:7,13,17 12:10
15:5,6 16:10,13 29:2
151:1
**living** 11:18 86:8,18
93:12 94:18 104:4,7
130:7,9 171:10 172:4
**Livingston** 2:4
**LLC** 2:3
**located** 14:3,7 16:7
18:19 21:12 26:20
30:5 47:14 129:7
137:9
**Lola** 30:8,9
**London** 118:17
**long** 8:13 9:3 11:7 12:1
12:6 15:3,5,6 19:16
24:11,16,18 44:8
47:16 48:13 55:6,11
64:12 69:4,14 70:5
94:18 95:20 96:1
98:7 100:6 109:16
118:4 119:8 120:10
123:12 125:17
**look** 155:14,14 156:17
156:17
**looked** 88:16 139:18
140:1 141:21
**looking** 80:19 81:3
153:19 155:15,18,19
155:20
**lose** 82:3 84:2 92:17
**losing** 106:6,6
**loss** 89:5,6,19
**lost** 53:10,11 83:17
84:1 89:13,16,18
98:15 106:12
**lot** 170:17,17,17
171:16
**lowest** 119:19
**LSD** 41:6,20 44:21

162:10,14,17 163:10
163:15

**M**

**Maccabee** 167:5
**maintain** 140:15
**maintained** 140:12
**making** 39:9 106:8
144:5
**mall** 23:19 24:9
**malls** 23:6,8 27:9
**March** 74:20 75:1
**marijuana** 40:17,19
41:10 43:15,16,21
44:12,18 67:7 160:15
160:21 161:3,12,19
**Mark** 2:21
**married** 13:9
**Marseille** 117:12,13
**match** 149:14
**material** 137:18
139:19
**materials** 139:15
**matter** 5:1
**McAleer** 3:1
**MDMA** 41:7 42:8
45:15,16,21 162:8,10
162:13,16 163:10,15
**mean** 44:5 48:15 53:11
106:4 130:15 153:11
171:19
**measured** 89:12
**media** 109:20 126:12
127:19 128:2
**medical** 51:21 63:10
82:8 94:3,8 95:3,6
**medication** 7:16,20
8:14 9:4,9,9 70:3
72:8 97:13 144:17,21
145:4 166:16,21
167:11
**medications** 8:2 9:7,11
10:1 72:10,13,16
**Meetamay** 20:14,18
**meeting** 161:11
**meetings** 48:5 116:12
116:12,16 122:16
**Melbourne** 23:11,13
24:11
**member** 60:9
**members** 27:15 62:1
119:1 120:17
**memento** 142:21
**mementos** 142:20
**mental** 74:8 77:18 78:6
78:10,15,20 79:4,7
86:19 106:5 135:8
**Mentally** 170:17,20

**mentioned** 19:17 20:7
21:5 22:5 29:20
38:18 45:4,8,11
46:10 49:5 72:7 86:4
86:20 88:2 89:1 92:5
93:4,6 114:14 116:6
116:15 118:9 119:13
122:21 138:2 139:3
149:11 150:3 171:3
172:2
**met** 161:9
**Michael** 13:1 78:15
173:18
**Michal** 76:16
**middle** 6:2
**Miller** 1:13 2:18
**mind** 71:4 166:9
171:17
**minutes** 70:7 83:19
166:10
**misbehaved** 58:13
**mixed** 146:2
**mom** 114:5 168:21
**money** 96:12,12 97:3
104:18 105:3,17,17
106:16 107:5 113:20
115:16 129:18 130:1
130:12 131:12 132:4
132:8,11,14,17,20
133:13,16,17,19
143:12 144:5,9 164:8
164:16 165:16
**Montgomery** 2:10
**month** 24:19 44:10,11
47:17 53:4 69:16,17
70:1 71:21,21 72:3,4
72:5,6 97:1,12
114:18 115:5 118:12
133:5,10 134:1
**months** 11:8 24:13,15
24:17 26:7,12 44:3
45:1,2,5 46:16 48:14
48:20 64:15 69:16
71:10 72:1,6 91:7
97:10 133:1 143:10
**mood** 8:20
**moods** 10:1
**morning** 38:13
**mother** 11:18 57:7
60:19 61:9,13 78:19
78:21 79:1 112:12,13
113:17 114:2 124:20
125:2,10 126:15,19
127:12,18 128:2,16
129:13,21 132:4
152:4 160:8 168:18
171:9,11 172:3
**mother's** 78:3 127:16

**Mountains** 24:5
**move** 12:3,8 17:16
22:3 151:4,15,20
152:4,6
**moved** 12:9,11 25:6,10
25:17 112:7
**moving** 151:7 152:12
**mushrooms** 41:6 42:2
45:8

**N**

**nails** 85:5,5
**name** 5:21 13:2 26:18
28:16,17 30:7 47:12
52:6 64:16 68:14
71:16 75:9 78:4 83:5
100:2 115:3 129:3
161:7 167:18 168:12
**named** 174:13
**names** 6:2,5 12:21
20:12 23:2 41:2
72:19 73:5 84:21
107:20 108:2 110:7
**nasty** 171:21
**National** 94:19 95:4
136:14,18 137:1
**nature** 16:18 50:2 53:8
56:5 58:11 62:12
75:16 85:4 86:13,21
88:5 89:4,19
**necessary** 174:7
**neck** 86:3 93:9
**need** 10:4 11:1 55:21
90:3 92:2 94:2,10
166:11
**needed** 63:13 68:21
140:14 144:21
147:18 150:12
**needs** 96:1
**negative** 33:12
**neither** 173:10
**never** 9:19 49:11 51:13
51:21 63:13 134:10
138:18 141:7,17
145:2 146:14 154:10
**new** 2:15 79:10 91:7,9
91:12 136:3,12
159:14,18 169:1
**night** 75:7 98:1,4
**nine** 45:19 151:16,18
**Norman** 2:13
**Notary** 174:21
**note** 175:3
**notes** 113:6 146:18
**notice** 1:12
**number** 12:14
**numerous** 62:20 63:2
**NW** 1:13 3:2

**NY** 2:5,15

**O**

**objection** 6:21 9:14
14:9 30:13,21 31:12
31:19 32:1,5,9,13,18
33:2,9,13,18 34:2,8
34:14,18 35:1,5,9,13
35:17 36:1,8,13,17
37:4,10,13,17,21
38:4,9,14 39:2,7,19
40:4,6,7,11,20 41:4
42:15 44:14 49:7,21
50:4,9,12,17 51:16
54:7,12 57:2 58:2,9
58:15 59:1,9,15,20
60:11,15,20 61:8,18
62:2,9,16 63:1 65:19
67:11 77:20 78:12,16
80:18 82:6,7 83:18
85:15 88:19 90:9
93:13 94:5,21 95:9
98:21 99:11 101:10
103:3,8 105:6,19
106:9,17 107:7,13
109:6 115:13 121:21
126:8 140:16 141:6
141:16 142:2 143:15
144:11 145:19
147:16 148:13 149:3
149:8,21 150:6
151:14 152:9,14
154:3,14 155:2 156:4
157:17 158:4,11
161:4,21 163:3,11,18
164:4 165:11,18
166:18 169:2,8
**objections** 40:5
**observe** 81:4
**observed** 100:18
**Obviously** 105:10
126:4
**occasion** 29:17 30:3
33:21 36:12 39:6
42:21 43:17 45:9,12
46:15 51:5 64:3
114:9 115:21 124:6
165:1
**Occasionally** 46:8
**occasions** 28:9 30:20
34:7 40:1 41:9,12,14
41:17,19 42:1,4,7,10
43:20 45:5,15,19
46:11 49:12,16 51:10
58:5 61:12 62:7,20
63:5,8 111:14 112:14
117:1 123:14 125:21
126:5,18 127:18

128:1 149:11 150:9
154:18,20 157:4
**ODD** 76:21 77:3,11
**Office** 2:3
**officers** 39:9
**Okay** 6:19 7:4 29:11
166:13
**old** 16:21 22:16 25:20
34:12 36:6 37:8 51:4
52:7 109:10,13
110:11 112:5 151:16
151:18 159:6
**once** 32:10 42:6 49:18
53:1 69:9,20,21
71:21,21 72:3,5,6
92:11 96:10,11
112:16 117:5 124:3
164:21 165:3
**ones** 38:15 169:6
**opened** 50:3,6 146:3
**opinions** 104:3
**oppositional** 75:20
**order** 64:5,14 67:16
79:17
**ordered** 64:6
**organization** 3:6 21:8
21:11 22:19 52:9
111:4 113:10,12
115:8 168:2,5
**organizations** 20:16
22:21
**original** 136:20 174:8
**outcome** 173:16
**outstanding** 169:13
**owed** 165:10,12

**P**

**PA** 110:14
**Packaging** 28:1
**page** 4:2 175:2,6,8
**paid** 12:18 20:5,21
96:7 113:14 122:7
143:12 144:6,9
160:11 167:20
168:10
**pain** 97:18 98:13,18
99:5 101:8 102:14
103:17 158:13,16
171:8
**Palestine** 3:6 111:3
**Palestinian** 3:5 108:17
108:21 109:4,7,9,13
110:1,12,13,21 147:8
169:20
**paper** 174:8
**paramedics** 83:8
**paranoia** 153:7,12
**paranoid** 153:14 154:6

**parents** 12:21 17:16
54:15,21 55:3 56:21
57:1 58:14 132:3
147:13 152:1
**part** 121:17 122:12
156:10
**particular** 163:7
**parties** 5:5 173:11,14
**partly** 85:9
**pattern** 44:2
**pay** 96:14 105:17
113:17 118:6 119:10
121:1 124:14 165:13
**paying** 96:2,5,8,10,11
96:13 97:3,6,9,14
**payment** 136:5,8
**people** 85:1 110:6,7
115:16 116:3 117:18
118:21 126:4 153:21
154:21 155:19,21
156:6 168:6
**percent** 135:1,5
**percentage** 134:12,15
134:18 135:11 136:3
136:6,9,12
**performance** 73:21
**period** 46:5 48:10 55:9
55:11 57:7,9 66:1,20
69:12 72:2 75:5
82:13 131:6 133:4
161:15 162:11,15,16
162:17
**periods** 9:7
**person** 52:6,13,21
64:16 80:12,16 81:4
81:9 83:5 110:3,11
110:19
**personality** 74:13,17
75:13,16
**persons** 80:12,17 83:6
**Petach** 11:6 20:18 22:1
26:21 68:19
**Phillip** 6:3
**physical** 94:3,9 95:7
106:6 134:15 135:3
143:1 149:17,20
150:21 165:2,7 166:3
166:6 170:1
**physically** 164:20
**pick** 154:16
**picked** 154:20
**piercings** 157:20 158:2
158:6,10
**pills** 72:18,19 73:4
144:13
**place** 11:13 19:13 20:2
39:18 40:2 43:1
47:12 50:11 80:14

81:5 82:13 83:2
112:18 114:21 115:1
118:18 119:19 130:2
131:5 145:1
**places** 21:17 74:12
125:10 159:15
**plaintiff** 144:3
**plaintiffs** 2:6,11,16
**planning** 69:8
**plans** 49:2 94:12,15
107:2
**please** 5:21 6:17,21 7:2
9:18 41:2 80:5
137:15 175:3
**Plenty** 62:10 172:7
**PLO** 111:6 147:11
169:19
**plus** 86:9
**point** 10:3 17:17 56:14
83:16 84:4,15 156:19
**police** 31:7,8,15,21
34:9,17,21 36:11,16
37:16,20 39:9,16
49:10
**pops** 171:16
**positive** 33:12 66:11
**possession** 80:3 137:8
137:13 145:16,21
146:9
**prepare** 113:6
**prepared** 114:5
**prescribe** 72:10
**prescribed** 8:10,21
70:3 72:8,14,17
**presence** 114:16
**present** 80:8 168:15
**press** 126:12,16,19
127:19 128:2,7,10,13
**pretty** 130:21
**prevent** 9:12 89:6 93:1
93:11,16
**prevented** 73:17
**preventing** 89:9
**previously** 79:21
136:17
**price** 96:11
**principally** 67:6
**print** 173:6
**printing** 28:3,5
**prior** 11:9 15:11,12,18
17:3 34:6 43:16 45:6
45:19 46:3 56:5
69:17 134:14 147:14
149:2
**privately** 126:5
**privilege** 42:19
**probably** 7:6 19:4
40:13 56:16 63:6

74:20 127:8 130:19
148:10 150:7 159:8
**problem** 10:16 88:13
**problems** 16:15,18
53:6,9 86:9,10,21
87:1 89:2,4 91:21
145:5
**proceedings** 173:8
**produced** 80:3 137:9
138:12
**products** 23:4,5 26:3
**profession** 68:16
**program** 18:10 48:8
48:11
**provoked** 54:2
**psychiatric** 74:3 79:15
95:13 97:4 134:10,12
**psychiatrist** 8:11 9:1
48:6 52:4 54:3,6
64:2,4,7,13,21 65:6
65:10,14 66:4,7,19
67:3,15,17 68:4,6,10
71:5,7,9,16 74:4
**psychological** 56:6
74:2 79:15 95:13
97:4 163:1 170:1
**psychologist** 48:5 52:3
54:3,5 59:21 64:1,4,7
64:13 67:18 68:4,7
68:10,17 71:6 153:10
**psychologists** 74:5
**psychotic** 9:12,15,19
**public** 168:18 174:21
**publicly** 111:10,15
126:1,3
**punish** 147:18
**purpose** 8:7 169:5
**pursuant** 1:12
**pushed** 61:9,13
**pushing** 61:17 149:13
**put** 84:6 91:7 141:17
142:18 157:1 158:18

**Q**

**question** 6:16 7:2,3,6,7
29:19 42:18,20 58:18
61:5 68:5 99:1
103:11 105:8 110:16
143:16,21 169:14,20
169:21 170:4
**questions** 6:12 31:12
35:6 77:6 113:2,3
124:8 169:11,12
172:12

**R**

**Rachel** 13:8 20:14,18
81:15 97:18 150:4,16

150:19 170:8 171:4
171:15,19
**Ramat** 64:20
**ran** 17:13
**ranges** 89:19
**rating** 136:21 138:5
**read** 110:4,18 174:2
**reading** 5:6
**really** 16:20 55:2 67:12
155:21 175:8
**Realtime** 173:20
**reason** 7:13 29:6 56:20
155:21 175:8
**reasonable** 142:5,10
**reasons** 55:20 175:4
**recall** 20:4,20 29:18
31:3 46:3,18 52:4
60:8,13,18 64:1,3
73:5 74:16 75:15
76:17 111:20 124:3
125:12 126:6,18
127:20 148:19 149:1
149:13,19 155:7
**receive** 50:19 51:1
52:15,17 113:20
132:18,19 133:21
**received** 51:14 58:20
74:10 79:14,19 91:9
111:12 114:2 132:14
132:17 134:18 138:5
140:8 144:7 170:2
**receiving** 133:4,10,13
**recess** 10:14 43:7 56:8
79:11 146:19
**recollect** 29:3 67:17
76:10 77:10 84:6,9
84:12,21 89:15 101:6
111:17 114:8 128:21
**recollecting** 68:3
**recollection** 67:2 77:2
82:20 100:7,20
**recommended** 87:11
89:21 90:6 92:20
166:15
**recommending** 167:11
**record** 10:11 40:8
85:16 122:18 138:10
173:8 174:4 175:5
**recording** 127:9,15
**records** 79:14,20 80:2
**recover** 116:2
**Redirect** 4:10
**reduced** 134:5,6,9
135:17,21 136:2
173:6
**reevaluated** 138:11
**referred** 146:8
**referring** 60:2 137:6
**reflect** 85:16

**regard** 155:12
**Regardless** 141:20
**regret** 170:18 171:6,14
171:18
**regrets** 171:3
**Regular** 87:3
**regularly** 46:6
**regulating** 43:2
**rehab** 46:21 47:1,9,10
47:18 79:20
**relate** 53:6 142:15
**related** 31:12 88:13
97:15 110:11 136:5
143:2,13 145:8
173:11
**relating** 171:19
**relative** 173:13
**relevant** 56:6
**remained** 91:13
**remarks** 112:11 113:7
114:5 122:18
**remember** 8:7 16:20
23:2,17 24:3 28:15
29:6,8,9,13,14 30:7
32:12 35:18 45:18
47:12 51:3 52:5,6,9
52:12,16,19 53:3,15
54:13 55:2 57:14
60:16 64:16,19 65:4
66:6,7 67:1,13 68:15
72:21 74:6 75:9
83:13 98:11 100:9,15
101:2,3 102:7,11
107:20 108:2 109:17
109:21 110:7 112:2
112:17,18,20,21
114:11,20 115:3
117:7,10,16 123:4,17
123:19 124:5 125:9
128:17 129:3,6
133:12,13 143:7
148:10,14,16,21
150:21 151:6 152:3
153:4 159:4,11,17
164:11 167:3,10,18
168:4 170:4
**removed** 153:1
**removing** 40:5
**rental** 26:15,18
**repaired** 86:5
**repeatedly** 162:13,17
**rephrase** 6:17 98:16
143:21
**report** 109:20
**reporter** 6:14 173:3,20
175:7
**Reporter's** 173:1
**representing** 174:13

**Republic** 1:7 108:1,4
**request** 137:7,14 141:5
142:4,12 169:13
**requests** 137:11
141:15
**require** 38:8 72:17
**required** 68:7 69:1
**requirements** 18:8,13
**reserve** 169:15
**reside** 12:6
**resist** 7:10
**respective** 5:5
**Respiradal** 72:20 73:1
73:8 97:11
**response** 138:9
**responsible** 80:13,17
**responsive** 137:7
138:12 139:15 141:4
141:14 142:7
**restaurants** 155:16
**result** 49:9 51:2 52:17
63:11 64:13 79:16
90:15 94:3 106:12
107:17 130:12 144:6
144:10 150:13,16
164:3
**resulted** 49:16
**return** 69:9
**returned** 160:20
**review** 169:15
**RE-DIRECT** 171:1
**Richard** 2:19
**right** 11:4 26:6 29:21
34:7 48:16,18 65:18
66:5,21 67:4,7 68:4
71:4 81:5,11 84:1
85:18,18 90:13 94:13
94:16 96:9 100:14
103:21 104:1 105:11
105:14 116:16
119:16 121:20 122:7
133:6 134:16 135:6,9
141:15 142:1 144:3
154:7,10 156:2
160:16,18 162:13,17
162:21 163:21 167:1
167:8 169:15 171:17
172:4
**ripped** 85:9 102:18
**Road** 2:9
**Robert** 2:2
**Rochon** 2:21
**Rocky** 24:5
**rolled** 85:17
**Ronit** 81:18
**roof** 53:19,20 54:10
152:8,16,17,20 153:2
153:2

**rules** 6:10 43:2
**run** 17:14,19

_____
**S**
_____
**s** 173:18
**Saba** 18:20 22:2 32:14
32:21 33:8 38:19
**safari** 125:14
**sales** 27:8
**salts** 23:8
**sandbags** 20:2
**saved** 143:1,2
**saw** 52:7 64:17 66:4
68:6 77:4,7 87:14
91:20 99:12,14
**saying** 10:12 21:3
67:21 98:10 115:18
121:16 130:20 140:5
147:20 148:16,20
171:6,14
**says** 74:11
**scar** 85:19
**scarring** 85:13,14
93:16
**scars** 85:20 86:2 93:4,8
93:11
**scene** 83:3,21
**Schoen** 2:8
**school** 14:1,3,5,7,16,21
15:4,7,7,10,11,12,12
15:15,18,20 16:1,5,7
16:9,10,10,12,16,19
17:1,6,8,10,19,21
18:3,8,15,16 19:1,3,6
19:9 50:13,15,20
51:8 76:12,13,15
112:20
**schools** 15:19 125:13
**Scott** 1:4
**scream** 98:7,8 99:10
**screaming** 97:21 98:1
98:10 101:6
**Sea** 23:4 26:2 119:16
**search** 137:10 141:2
142:5,10
**searched** 80:2 139:13
141:10,13
**second** 29:3,5 36:6,21
46:15 85:10 93:10
**secretary** 129:2,10
**security** 12:13
**see** 52:3,12,20 54:2,5
64:6,12 68:12,18,20
69:1,4,14,21 71:18
77:5 80:12 81:9,12
81:15,18,21 85:21
92:2 95:17 96:19
97:1 98:4 136:14,21

139:14,19 161:15
163:10
**seeing** 64:3 65:14 66:7
66:19 67:3,15,17
69:6,18,19 71:8 72:2
72:3 77:9 163:6
**seen** 69:11 71:5,20
74:4 127:9
**Seffi** 71:17 74:11 75:2
96:6
**sell** 23:5
**selling** 23:4,8 26:2
**sells** 35:14
**send** 33:3 175:6
**sending** 132:4
**sensation** 92:6,10,20
93:1
**sensitive** 148:18
170:14
**sent** 16:14,19 113:16
116:19 117:2 119:14
**separate** 174:7
**series** 27:12 155:13
**Services** 167:5
**session** 96:6
**sessions** 48:3 68:8 70:6
**seven** 26:7,11
**sex** 143:13,17 144:10
145:8
**sexual** 73:14,21 145:5
**Shabtai** 1:4
**Shalvata** 52:11,21
**shame** 170:16
**Shatsky** 1:4 81:12
103:17
**sheet** 174:7 175:3
**shekels** 21:2 96:16,17
96:19 97:10,11 133:5
133:10 134:1 165:13
**Sheva** 47:11,15
**shipping** 28:1
**Shira** 99:20 100:10,13
100:15
**Shlomo** 26:19 27:1
**Shmona** 16:8
**Shomron** 11:16,17
12:9,10 15:6,14,16
15:18,21 34:10,13
35:21 37:3 38:7,21
80:9
**shop** 30:4,5 165:8
**short** 55:5 70:16
163:21
**Shortly** 133:9
**show** 120:9 156:16
**showed** 161:14
**shrapnel** 85:5,6 102:18
102:19

siblings 13:4 132:5
side 73:12,13 80:20
  144:16 145:3
sign 169:15
Signature 174:11
signing 5:6
similar 124:9 169:5,9
sir 46:17 49:13 52:4
  55:21 56:11 106:4
sister 13:8 81:15 97:18
  98:13,18 100:5,11,18
  100:21 101:6,20
  102:14 103:20 106:6
  106:6 149:20 170:2
  170:13 171:12 172:1
sister's 98:6 102:6
  111:11
site 19:11,18,19,20
sitting 85:17 155:16,16
six 44:3
sleeve 85:17
smoke 44:6
smoked 43:21 44:6
smoking 44:8
social 12:13
soliciting 115:11
someplace 167:4
sons 171:10 172:4
sort 14:11 23:8 68:9
  121:13 125:10
  146:11 148:19
  149:16 169:6
sorts 153:17
Soul 47:13
source 81:2 109:17
  132:15 151:21
South 111:19 123:1,12
  123:15 124:4,7,11
  125:3,11,20
spank 58:14 60:6
spanked 58:13 149:12
spanking 58:20 60:3
  60:13
speak 10:21 13:17
  55:18 56:11 112:13
  112:16 113:1 114:19
  114:21 123:14 125:2
  125:8,10
speaking 7:1 56:14,17
  111:17 113:7,21
  114:6 121:18 122:3
  124:3 125:20 126:19
  131:6
speaks 10:8
speech 114:3,12
speeches 168:19
spend 70:5 75:7
spies 155:13

spoke 111:21 112:3,19
  115:21 122:9 123:17
  123:21 124:7 125:5
  127:18 128:2
spoken 111:10,15
  114:14 122:21 126:1
  126:4,15 128:6,10,13
  131:9 147:5,8,11
sponsored 121:19
  122:16 124:12 168:2
spy 155:8 156:2,11,14
  156:20
stabilize 10:1
stabilizer 8:20
Standing 31:11 41:4
start 40:10,15 56:17
  56:19 71:8 133:7
  161:3
started 18:4 19:4,12
  19:14 48:20 66:5,17
  68:8 71:10 133:10
  144:18,19 154:13
  155:5
state 159:10
states 19:15 22:6,9,19
  23:1,13 24:21 25:2
  27:9 123:10 145:17
  147:2 158:21 160:5
  160:12 167:20
  168:16,19
station 34:17 36:16
  37:16
stay 65:11
Stein 142:4
Steiner 2:13 4:8 6:20
  9:14 10:7,13,21 14:9
  29:11 30:13,21 31:11
  31:19 32:1,5,9,13,18
  33:2,9,13,18 34:2,8
  34:14,18 35:1,5,9,13
  35:17 36:1,8,13,17
  37:4,10,13,17,21
  38:4,9,14 39:2,7,19
  40:4,11,20 41:4
  42:15,20 43:9 44:14
  49:7,21 50:4,9,12,17
  51:16 54:7,12 57:2
  58:2,9,15,18 59:1,5,9
  59:15,20 60:11,15,20
  61:4,8,18 62:2,9,16
  63:1 65:19 67:11
  76:4 77:20 78:12,16
  79:13 80:4,18 82:6,8
  83:18 85:15 88:19
  90:9 93:7,13 94:5,21
  95:9 98:21 99:11
  101:10 103:3,8 105:6
  105:19 106:9,17

107:7,13 109:6
115:13 121:21 126:8
137:10,20 138:7,9,11
140:16 141:6,16
142:2,8 143:15,20
144:11 145:19
147:16 148:13 149:3
149:8,21 150:6
151:14 152:9,14
154:3,14 155:2 156:4
157:17 158:4,11
161:4,21 163:3,11,18
164:4 165:11,18
166:9,13,18 169:2,8
169:14,18 170:21
172:13
stenographic 175:5
stenotype 173:5
steps 47:20
stints 26:2
stipulated 5:4,8
Stipulations 5:3
stomach 86:9,20,21
  88:8 93:10
stood 165:14
stop 28:4 51:8 73:11
  73:19
stopped 33:16 55:8
  57:9 66:16 166:10
stories 115:19
straightaway 83:1
Street 1:13 2:4 3:2
streets 153:19
strength 92:18
striking 60:18
struck 50:6
studies 18:2
stuff 53:13,14 116:18
  170:18,19 171:4,9,11
  171:16,18
subject 126:6 169:12
substantially 173:8
sued 107:19,21 108:7
  108:17 111:3
suffered 164:3
suffering 97:19 98:14
  98:18 99:6 101:9,14
  102:15 103:18
suggest 109:6
suicide 109:10
suite 2:4,9,14 3:3
Sunday 43:13,16 44:17
supposed 73:2,6 136:9
sure 39:12 124:2 129:2
  129:12
surgery 84:15,19
  90:10,12,16,20,21
  91:2,4,5,12

surgically 86:5
sustained 52:1 85:4
  86:7,17 94:4 106:13
switched 9:8 29:10
sworn 5:17
synagogue 112:19
  115:2,6 121:18 122:9
synagogues 125:11
Syrian 1:7 107:21
  108:4

_____

**T**

take 7:11 14:5 21:8
  39:18 42:19 43:6
  46:8 50:11 56:3,7
  72:13 77:13 79:9
  80:4 137:14,20
  142:11 144:21
  146:16 166:11,15
taken 1:13 6:13 21:5
  31:17 34:17 43:7
  56:8 79:11 130:1
  145:1 146:19 166:20
  173:5,12
talk 42:16 43:6 56:4
  65:8 70:8 100:4
talked 39:1 70:13
  95:12 100:10 102:2
  147:13
talking 7:12 56:19
  57:10 63:21 65:5
  144:12 154:4
taxes 12:18
tear 152:13
tearing 152:7
teenager 171:21
teenagers 150:1
Tel 18:18,19 21:13
  71:19 165:8
tell 5:21 7:17 8:2 11:2
  19:10 20:12 41:2
  55:21 72:19 76:20
  87:17 100:7,20 102:9
  110:1 130:15 140:14
  148:5 153:9 155:12
  156:13 162:7 164:7
  164:10,18
telling 76:10 77:10
  171:9
tells 7:1
temptation 7:8
ten 42:9 45:15 49:14
  49:16 63:5 140:3,5
tending 21:20
term 16:10
terminated 29:18
terror 120:13,16 159:1
test 33:4 66:14,16 77:7

77:10
tested 65:17
testified 5:18 101:11
  101:13 143:20
  152:16
testimony 7:14 9:15
  39:8,11 40:5,6 82:19
  137:12 142:9 152:15
  173:5 174:4
testing 33:6 52:15 66:5
  66:8,11 146:10
tests 33:12 66:10,21
Texas 111:19,20 112:3
  112:10,16 113:7,9,15
  114:6,12 122:18
  123:7 124:9 125:20
Thaler 1:11 4:4 5:14
  6:1,9 13:3 43:11
  79:16 80:8 137:6
  147:1
Thank 43:9 169:10
  170:21
theory 142:9
therapy 48:3 70:8
  116:13,16,17
thing 23:8 24:8 30:10
  37:1 73:7,20 118:14
  120:9 143:1 146:11
  156:17
things 7:11 71:3
  137:16 142:18
  147:20 148:16,19
  153:13,17
think 8:9 19:21 22:15
  41:12 43:3 45:6 56:4
  59:10,18 65:16 67:5
  77:1 102:12 107:4
  110:3,4 113:13 117:1
  125:5,21 128:1
  129:12,21 131:1,2,12
  133:15,20 134:9
  141:20 143:9 146:2
  146:17 150:10,18
  152:15,16 155:4
  160:10 168:1,20
thinking 30:16 127:1
  153:21 171:5,13
third 15:21 25:14 30:4
  37:2 38:10,21
thought 29:20 155:12
  156:13
thoughts 131:13
  153:15 154:6 156:8
  156:10
thousand 133:1
three 24:15,17 25:1,3
  28:10,12 29:21 31:1
  34:10 40:1 41:21

45:5 48:14,20 117:3
122:14 123:21 125:7
162:10,12,16,20
**threw** 143:9 152:16
153:2
**throwing** 53:13,21
54:10,18 152:20
**Thursday** 27:4
**Tichon** 18:18
**Tikva** 11:6 20:19 22:1
26:21 68:19
**tiles** 53:17,18,21 54:11
54:18 152:7,13,15,16
152:19,21 153:1
**time** 7:12 9:7 11:18
25:14 28:11,21 29:3
29:5 30:10 31:3 34:4
34:12 35:20 37:8
42:3,13 44:16,19,21
45:15 46:5,13 48:10
54:15 55:11 56:19
63:21 65:17 67:7,17
68:2,6 69:12 72:2
75:5 81:1 82:3,13,21
83:13,16 87:14 91:20
97:19,20 98:9,14,14
98:19,19 99:9 100:6
107:1 109:16 117:15
128:15 130:4,7 131:5
131:18 133:4 135:5
143:11 161:16
162:11,15,17 163:1,7
169:12 170:13 172:8
**timeframe** 163:21
**times** 9:8 28:10 29:21
31:1 34:10 41:11,21
42:9,12 44:1,9 103:9
111:16 117:3 123:16
125:5 157:12 158:1
162:9,10 172:7
**tingling** 86:15 92:5,17
92:20 93:1
**today** 6:11 7:14,21
10:20 12:11 69:5
72:11 86:18 89:10
157:19 170:9
**Tolchin** 2:2
**told** 30:2 46:17 59:18
65:16 74:16 75:12,19
76:1,7,17 77:3 98:3
99:19 100:8,13,17,21
101:5 102:5,7,13
103:7,13 110:3,8,19
116:6 131:3 134:21
135:19 151:3 153:6
160:14 164:2 171:15
172:2
**top** 86:3

**topics** 70:17
**tore** 152:15
**total** 158:5
**totally** 85:10
**touch** 133:16
**town** 24:3 39:10
123:20
**towns** 118:15
**transcript** 5:6,9
169:16 173:4,7 174:3
174:8
**translation** 59:6
**translator** 10:19
**transported** 83:10
**Trattner** 81:18,21
**travel** 14:12 112:10
113:9 120:15 123:12
**traveled** 118:10
**traveling** 14:18 20:17
84:9 116:3 117:17
118:20
**treat** 8:5,18 73:2
**treated** 51:14 64:1
75:10 85:1
**treatment** 46:20 47:18
49:3 51:21 63:11
68:9 74:3 75:3 79:16
87:5,11 90:6 92:19
94:3,8,13,16 95:20
96:9,15 97:4,14
150:12 163:1
**treatments** 94:19 96:3
116:13
**tried** 104:21 120:9
**trip** 25:1,4 113:14,18
117:2,6,8,19 118:2,4
118:7,13,20 119:2,5
119:8,11 120:1,3,8
120:18 121:1,8,13,17
121:17 122:4,6,12
123:5,7,15 124:4,11
124:14,17 125:2,6,8
159:13,16 160:1,5,9
160:11,15,17,18,19
161:2,9 167:20 168:7
168:15,19,21 169:5
**trips** 25:3 116:2,14,16
116:20 117:4 121:4
121:19 122:14
**true** 164:12 172:9
173:7 174:4
**truth** 7:18
**truthful** 7:14
**try** 6:17 7:10 11:2 92:3
104:9,16
**trying** 103:5
**turned** 133:14,18
**TV** 110:5,6 127:3

**twelve** 17:2 47:20 52:5
52:7 55:13,15,19
56:12 64:2
**twice** 45:7 69:13,15,18
71:21 72:5 92:13
157:5 162:8
**two** 18:9 20:16 24:13
28:12 30:2 34:7
42:12 45:7 46:10
67:19 69:16,17 70:1
72:1,6,10,16,18,20
73:4 74:12 97:10
99:17 107:18 155:11
155:11 158:6 162:8,9
162:10,10,12,15,20
166:10 167:14,18
**type** 112:18 114:21
121:4
**typical** 44:2
**typically** 44:18 63:18
95:3
**T-shirt** 143:5,6

**U**

**unable** 80:16
**unconscious** 84:18
**undersigned** 173:3
**understand** 6:11,16,18
7:17 11:2 29:19
48:15 62:13 68:5
75:21 83:10 84:15
99:1,2,3 103:2 105:7
144:2
**understanding** 82:10
94:20 146:13
**understood** 156:15
**unemployed** 26:9
**United** 22:6,9,19 23:1
23:13 24:21 27:9
123:10 145:17 147:2
158:21 160:5,12
167:20 168:16,19
**usage** 46:20 163:9
**use** 32:6 35:10 41:5
42:21,21 43:3,11,14
43:16 45:6 46:18
65:8,13 109:7 160:15
161:11 164:3
**usually** 164:7
**U.S** 1:2 26:3 159:15

**V**

**v** 1:6
**vacation** 169:7
**Vegas** 23:17 24:6,18
24:21 25:15
**verbal** 148:3,6,7,8,11
149:6 165:1,6

**verbally** 147:15
164:19
**version** 70:16
**victims** 120:16 159:1
**video** 85:13
**videotape** 10:9,20
**views** 104:2
**violence** 57:21 58:11
60:5,9 61:2,21 62:12
148:3,7,12
**violent** 62:8 164:20
**visible** 85:19
**visit** 69:8 118:15
159:16,20
**visited** 123:19 159:12
**visits** 52:18 53:2 64:21
65:10 67:10 68:3
**voice** 98:6

**W**

**wages** 106:12,15
**wait** 6:21
**waived** 5:7,10
**walking** 153:18
**want** 37:5 39:5 106:11
144:6 146:17 165:13
170:15
**wanted** 75:2 158:15
**warehouse** 27:20
**Washington** 1:13 3:4
159:5,7,9,10,13,18
169:1
**wasn't** 38:15 104:12
168:4
**watching** 155:13
156:16
**way** 10:18 67:9 86:7
93:12 99:6 107:4
116:10 143:19
151:13
**ways** 86:16
**wearing** 143:5 157:19
**week** 43:21 44:9 53:1
69:13,15,18,20,21
118:5 119:9 120:11
123:13 162:8,16
**weekly** 96:17
**weeks** 162:10,12
167:14
**went** 14:2,15,21 15:10
16:21 24:6 25:1 28:6
32:12,21 49:19 52:12
75:6 99:5,5 102:16
102:21 106:19
117:10 120:5 122:7
160:19 161:16
167:18,19
**weren't** 69:1 115:18

170:11
**west** 159:10
**we'll** 10:4 11:2 56:7
137:14 142:11
**we're** 7:11 10:11 96:10
106:5,7
**we've** 79:19
**witness** 1:12 4:2 5:7
10:8,10,15 30:14
31:1 32:2,6,10,14,19
33:3,10,14,19 34:3,9
34:15,19 35:2,6,10
35:14,18 36:2,9,14
36:18 37:5,14,18
38:1,5,10,15 39:3,20
40:12,21 41:6 42:16
50:13 51:17 54:8,13
57:3,21 58:3 59:2,10
59:16,21 60:16,21
61:9,19 62:3,10 63:2
65:20 67:12 77:15,21
78:17 80:19 82:9
83:19 85:17,20 88:20
93:14 94:6 95:1,10
99:2,12 103:10 105:7
106:18 107:8,14
109:9 115:14 122:1
126:9 137:13 140:17
141:7,17 142:3,6
143:16 144:12
147:17 148:14 149:4
149:9 150:1,7 151:15
152:10 158:5,12
161:5 163:4,13 164:5
165:12 169:3,9
174:11
**witnessed** 100:13
**word** 11:1,3 59:6
**words** 10:15 148:9
149:1 165:20
**work** 19:8 20:1,5,10,15
20:21 21:17 22:5,8
22:18,21 23:12 27:5
27:19,21 28:21 29:1
30:12,14 92:11,17
104:13 105:11 112:8
123:9 129:14 130:16
130:17 131:17 132:1
166:7
**worked** 19:10,11,14,15
19:17 20:7,13 21:15
22:10 23:18 24:4
25:4,8,15 27:14,20
129:4
**working** 18:5,17 19:5
19:12,14,18 22:11
23:7,10,19,21 24:8
24:12 26:13 27:9

Case 1:18-cv-12355-MKV-DCF   Document 136-63   Filed 10/05/21   Page 56 of 56

28:4 29:13 89:7,8
93:2 104:12,19 105:3
105:13,18 128:16,21
129:10 130:4 131:20
132:8 156:11,20
165:8
**world** 161:14
**worse** 91:15,19 144:19
**wouldn't** 9:20
**writing** 80:6 137:15
142:12
**written** 138:15,18

### X
**x** 1:3,8

### Y
**Yair** 127:2
**year** 8:15 9:5 17:7,9
18:9 22:14 33:4,7,17
45:13 46:14 47:3,5,6
55:7,8 56:16 67:19
67:21 87:16 92:11,13
109:13 117:15 121:9
145:21 151:16,18
156:15 165:5,5 167:8
**years** 12:2,7 18:9
25:20 28:12 45:7
52:7 55:13,16,19
56:12 67:19 92:1
109:10 110:11 112:5
120:2 139:12 143:8
151:15 153:16
155:11,11 162:8,9,20
**yesterday** 77:4,7,9
**Yitzhak** 13:7
**York** 2:15 159:14,18
169:1

### Z
**Zelda** 2:9
**Zvi** 13:7 57:19 60:14
62:6,8 63:10,16,19
79:3 120:21 121:3,6
125:1,8 128:9 132:7
150:3,18

### 1
**1:02cv02280** 1:6
**10:08** 79:12
**10:18** 79:12
**100-6** 2:9
**1000** 133:5,10 134:1
**10279** 2:15
**11:11** 146:20
**11:20** 146:20
**11:39** 172:14
**111** 2:4

**11201** 2:5
**12th** 6:8
**15** 11:6
**15th** 1:13 3:2
**16** 17:4 34:15 80:9
86:8,17 97:20 103:20
104:19 105:5 106:13
107:1 109:9,13
110:11 112:4,5 126:1
126:12,16,20 127:19
128:3,15,18 138:16
142:15 143:11 154:4
**169** 4:8
**17** 31:5 34:15 36:9
40:12,16 51:6 112:4
112:5 157:7 158:5
159:8
**171** 4:10
**18** 11:8 22:17 25:19,21
37:9 64:8 67:16 68:2
133:14,15,16,18
157:7
**19** 25:19
**1928** 2:4
**1987** 6:8

### 2
**2** 127:8
**20** 21:1 168:8
**2000** 137:4
**20005-5701** 1:14 3:4
**2001** 71:12
**2002** 17:4 76:18 80:9
86:8,17 94:4 97:15
97:20 105:5 106:1,13
107:2,6,17 108:5,15
111:12 126:2,13,16
126:20 127:19 128:3
128:16,19 130:5
133:9 138:16 139:2
140:9 142:15 143:12
143:14 147:3
**2005** 22:15
**2010** 67:21
**2011** 68:1,2,8,12 70:1
71:5,13,14
**2012** 47:7,8 74:20 75:1
138:3,8
**2013** 1:9 136:15
138:11
**21** 25:21 45:10
**233** 2:14
**25** 21:1
**2500** 133:2 134:2
**27** 135:2,5
**2800** 2:9

### 3

**30** 21:19
**36106** 2:10

### 4
**450** 96:6,19
**48** 135:15,17 138:5

### 5
**5** 4:6
**50** 63:8 70:7 97:11

### 6
**6** 1:9 11:6,10 22:15
**6th** 26:19 27:1
**60** 97:11
**600** 97:10 165:13
**655** 1:13 3:2

### 7
**70** 96:16,17

### 9
**9:07** 1:13 5:2
**9:36** 43:8
**9:38** 43:8
**9:49** 56:9
**9:50** 56:9
**900** 2:14 3:3