# LOWELL DECL. EX. 51

# [FILED UNDER SEAL/REDACTED]