# LOWELL DECL. EX. 52

# [FILED UNDER SEAL/REDACTED]