# LOWELL DECL. EX. 53

# [FILED UNDER SEAL/REDACTED]