# LOWELL DECL. EX. 54

# [FILED UNDER SEAL/REDACTED]