# LOWELL DECL. EX. 55

# [FILED UNDER SEAL/REDACTED]