# LOWELL DECL. EX. 56

# [FILED UNDER SEAL/REDACTED]