# LOWELL DECL. EX. 57

# [FILED UNDER SEAL/REDACTED]