# LOWELL DECL. EX. 58

# [FILED UNDER SEAL/REDACTED]