# LOWELL DECL. EX. 59

# [FILED UNDER SEAL/REDACTED]