# LOWELL DECL. EX. 60

# [FILED UNDER SEAL/REDACTED]