# LOWELL DECL. EX. 61

# [FILED UNDER SEAL/REDACTED]