# LOWELL DECL. EX. 62

# [FILED UNDER SEAL/REDACTED]