# LOWELL DECL. EX. 63

# [FILED UNDER SEAL/REDACTED]