# LOWELL DECL. EX. 64

# [FILED UNDER SEAL/REDACTED]