# LOWELL DECL. EX. 65

# [FILED UNDER SEAL/REDACTED]