# LOWELL DECL. EX. 66

# [FILED UNDER SEAL/REDACTED]