# LOWELL DECL. EX. 67

# [FILED UNDER SEAL/REDACTED]