# LOWELL DECL. EX. 69

Case 1:02-cv-12146-NRB Document 380-26 Filed 10/20/15 Page 2 of 18

# Exhibit 43

Page 1

```
                In the U.S. District Court
                    District of Columbia

-------------------------------x
                               :
Shabtai Scott Shatsky, et      :
al                             :
                               :
                 v.            :NO. 1:02cv02280
                               :
The Syrian Arab Republic,      :
et al                          :
                               :
-------------------------------x

                February 5, 2013

DEPOSITION OF:

                Steven Braun,

a witness, called by counsel pursuant to notice,
commencing at 9:14 a.m., which was taken at Miller
and Chevalier, 655  15th Street, NW, Washington, DC
20005-5701
```

**STEVEN BRAUN DEPOSITION**  February 5, 2013  Shatsky v. Syrian

Page 34

1   **A. I don't remember.**
2   Q. Did you work for them in 2008?
3   **A. Possibly. I don't remember the exact**
4   **dates. I don't want to give you wrong information.**
5   Q. Give me your best guess.
6       MR. STEINER: Don't guess.
7   Objection. You don't want him to guess.
8       MR. HILL: I'd like his best estimate
9   that he worked for this company.
10 BY MR. HILL:
11   Q. What's your best estimate of the year you
12 worked for this company?
13   **A. 2006, 2007.**
14   Q. How long did you work for Telecon?
15   **A. I think six or eight months.**
16   Q. Why did you leave that position?
17   **A. They couldn't pay me any more.**
18   Q. The business was failing?
19   **A. The business wasn't doing well when I**
20 **joined the company.**
21   Q. What was your next employment after

Page 35

1 Telecon?
2   **A. Konika Minolta.**
3   Q. What's the business of that company?
4   **A. Sell black and white and color digital**
5 **copiers.**
6   Q. What was your position for Konika Minolta?
7   **A. Product marketing manager.**
8   Q. How long did you hold that position?
9   **A. I think two and a half years.**
10   Q. Approximately what years did you work for
11 Konika Minolta?
12   **A. I think 2007, 2008. I'm not 100 percent**
13 **positive.**
14   Q. Why did you leave Konika Minolta?
15   **A. I was let go.**
16   Q. Were you told why you were being let go?
17   **A. They let go a number of people, including**
18 **myself. I wasn't told specifically. I thought I**
19 **was doing a very good job. They were just trying to**
20 **cut expenses.**
21   Q. Did anyone at Konika Minolta tell you why

Page 36

1 you were being let go?
2   **A. No.**
3   Q. Did anyone tell you it was because of your
4 job performance?
5   **A. No.**
6   Q. What was your next employment after Konika
7 Minolta?
8   **A. Comfort Living.**
9   Q. What's the business of Comfort Living?
10   **A. Importing memory foam mattresses, sleeping**
11 **pillows and medical cushions.**
12   Q. What was your position?
13   **A. I was owner, partner.**
14   Q. What was the name of your partner?
15   **A. Judah Wilbur.**
16   Q. Do you know where Mr. Wilbur resides
17 today?
18   **A. Karnei Shomron.**
19   Q. Are you still in business with Mr. Wilbur
20 today?
21   **A. No.**

Page 37

1   Q. When did your business with him end?
2   **A. The end of 2010.**
3   Q. How did your partnership with Mr. Wilbur
4 terminate?
5   **A. I wasn't getting along with him and I**
6 **offered to buy his share of the business. He**
7 **refused so I suggested he buy my share of the**
8 **business.**
9   Q. Did he agree to buy you out?
10   **A. Yes.**
11   Q. When did he buy you out of that business?
12   **A. End of 2010.**
13   Q. Approximately how much money did you
14 receive for that buy-out?
15   **A. 55,000 shekels.**
16   Q. Have you worked since that business ended,
17 since your involvement in that business ended?
18   **A. Not regularly.**
19   Q. Tell me what work you've done since the
20 buyout of the business.
21   **A. Worked as a guard at building sites,**

Page 38

1 people doing renovations on their homes, delivering
2 flowers, doing internet research, sourcing products
3 for companies in China.
4    Q.  Have you been an employee of any company
5 for any of the jobs you've just described?
6    A.  No.
7    Q.  So this has been independent contracting,
8 so to speak?
9    A.  So to speak.
10   Q.  Are you currently working anywhere?
11   A.  No.
12   Q.  Are you currently looking for work?
13   A.  Yes.
14   Q.  How long have you been actively looking
15 for work?
16   A.  Two years.
17   Q.  You are looking for a full time position
18 but doing these things in the interim, is that fair
19 to say?
20   A.  That is fair to say.
21   Q.  We're here today because you were injured

Page 39

1 in a bombing that took place on February 16, 2002.
2      I want to ask you some questions about what
3 happened that day and about your health as a result
4 of that.
5    A.  Okay.
6    Q.  Prior to that date, February 16, 2002, had
7 you ever had any mental illness of any kind?
8    A.  No.
9    Q.  Had you ever been depressed prior to that
10 date?
11   A.  No.
12   Q.  Had you ever seen any mental health
13 professional prior to February 16, 2002?
14   A.  No.
15   Q.  Prior to February 16, 2002 did you have
16 any health issues?
17   A.  No.
18   Q.  Did you have any hypertension prior to
19 that date?
20   A.  Not that I was aware of.
21   Q.  You had not been diagnosed as having high

Page 40

1 blood pressure prior to that date?
2    A.  No.
3    Q.  Had you ever been diagnosed as having high
4 cholesterol prior to that date?
5    A.  No.
6    Q.  Were you on any regular medications as of
7 February 16, 2002?
8    A.  No.
9    Q.  On February 16, 2002 did you see the
10 person or persons who caused the explosion that day?
11   A.  No.
12   Q.  It's fair to say you are unable to
13 identify the person or persons who caused the
14 explosion, is that correct?
15         MR. STEINER:  Objection.
16         THE WITNESS:  I don't know what you
17 mean by "identify."
18 BY MR. HILL:
19   Q.  You can't say "this is the person that did
20 it because I saw him on the scene that day,"
21 correct?

Page 41

1    A.  Correct.
2    Q.  Did you lose consciousness at the time of
3 that explosion?
4    A.  No.
5    Q.  Can you describe for me what injuries you
6 sustained in the explosion?
7    A.  I'll describe what I was doing leading up
8 to the terrorist suicide bomber.
9    Q.  You are welcome to answer however you
10 want.
11      All I'm asking for is the nature of your
12 injuries.  If you'll tell me where you were struck
13 and how you were injured, that's what the pending
14 question is.
15   A.  I was standing almost in front of the
16 jewelry store in the mall in Karnei Shomron.  All of
17 a sudden I heard the explosion.
18      I saw blue, white flashing of light.  I was
19 pushed back from the force of the blast two or three
20 steps and then I felt tremendous pain in my leg,
21 excruciating pain.

**STEVEN BRAUN DEPOSITION**     February 5, 2013     Shatsky v. Syrian

Page 42

1     I looked down on my leg because I didn't
2  know exactly -- I was in shock and I saw a lot of
3  blood and guts on my pants leg.  I thought it was my
4  blood and guts.
5     Again, I was in a lot of pain so I took my
6  pants off to see if my leg was hanging from a
7  thread.  I had no idea because I was in a lot of
8  pain.
9     Then I realized it's not my blood and guts,
10 it's probably the blood and guts of the suicide
11 bomber and possibly other people that were murdered
12 or injured in the attack, the terrorist attack.
13    I saw that my leg around over here in my
14 thigh was badly bruised.  It was bleeding a little
15 bit.  I had some lacerations.
16       MR. STEINER:  Indicating proximal
17 femur right side.
18 BY MR. HILL:
19    Q.  Have you finished your answer?
20    A.  And then later on -- I'm just skipping now
21 because I'm answering your question -- later on I

Page 43

1  was taken to the hospital, the emergency room, and
2  the doctors examined my ears to see if I had damage
3  in my eardrums.
4     Apparently I didn't because I had a lot of
5  wax in my ears and then they told me to take my
6  pants off, they wanted to examine both my legs.
7     I said it's just this leg.  They said we
8  have to examine it.  I didn't really want to take my
9  pants off.  They said take your pants off or we'll
10 take your pants off.
11    I took my pants off and my other leg was
12 injured also, also bruised, lacerations and
13 shrapnel.
14    They also X-rayed me to see if I had any
15 internal damage from the blast.  That was my
16 physical, the extent of my physical injury.
17    Q.  Initially on the scene you realized you
18 were wounded in your right leg, is that correct?
19    A.  Correct.
20    Q.  Then at the hospital you realized you had
21 also been wounded in your left leg?

Page 44

1     A.  Both legs, yes.
2     Q.  Apart from your legs had you received any
3  other injuries as a result of the blast?
4        MR. STEINER:  Objection.
5        THE WITNESS:  Those were the physical
6  injuries.
7  BY MR. HILL:
8     Q.  You weren't physically injured in your
9  head, arms, upper torso?
10    A.  As far as I know, no.
11    Q.  On your legs the injuries were, I believe
12 you were indicating your right thigh, is that
13 correct?
14    A.  Right.
15    Q.  Did you receive any injuries below the
16 knees on either leg?
17    A.  Not that I'm aware of.
18    Q.  Do you have any injuries to your hips or
19 to your buttocks as a result of the blast?
20    A.  No.
21    Q.  You mentioned that you had some shrapnel

Page 45

1  in your leg, is that correct?
2     A.  Correct.
3     Q.  Which leg did you have the shrapnel?
4     A.  Like some glass, stuff like that.
5     Q.  What do you mean by "blast stuff"?
6     A.  Glass.
7     Q.  You had some glass in both legs, is that
8  correct?
9     A.  As far as I know.  They cleaned it out.
10    Q.  Do you still have any shrapnel or glass in
11 your body today?
12    A.  No, not that aware of.
13    Q.  Did you have any in your body after you
14 left the hospital that night?
15    A.  As far as I know, no.
16    Q.  You were eventually transported to the
17 hospital that day?
18    A.  That night, by ambulance.
19    Q.  Which hospital did you go to?
20    A.  Tel HaShomer.
21    Q.  Do you know the name of the doctor or

Case 1:02-cv-02280-RJD Document 380-26-8 Filed 01/20/06/21 Page 6 of 18
Case 1:18-cv-12355-MKV-DCF Document 136-8 Filed 10/06/21 Page 7 of 17

**STEVEN BRAUN DEPOSITION**  February 5, 2013  Shatsky v. Syrian

Page 46

1 doctors who attended you?
2 **A. No idea.**
3 Q. Did you stay in the hospital overnight?
4 **A. They wanted me to. I really didn't want**
5 **to. I wanted to go home, be with my wife and**
6 **family.**
7 **I just thought that would be better for me.**
8 **At the beginning they insisted, they wanted to keep**
9 **me overnight for observation. In the end they said**
10 **I could go home.**
11 Q. So you did eventually go home that night?
12 **A. Correct.**
13 Q. Were you able to walk when you left the
14 hospital that night?
15 **A. I think so. I don't remember. I don't**
16 **know if I went by wheelchair or walked.**
17 Q. Did you use a wheelchair at home?
18 **A. No.**
19 Q. I understand you were also able to give
20 first aid to some of the people at the scene, is
21 that correct?

Page 47

1 **A. Yes.**
2 Q. You are a plaintiff in the lawsuit. I
3 want to ask you about whether you saw any of the
4 other plaintiffs after the blast that night. Do you
5 believe you saw Keren Shatsky that day after the
6 blast?
7 **A. I'd like to explain what I saw relating to**
8 **your question.**
9 Q. Mr. Braun, the way this works is I get to
10 ask the questions and you give the answers. Your
11 lawyer will have a chance to ask questions later if
12 he chooses to do so. I don't want to keep you here
13 any longer than necessary. Just respond to my
14 questions.
15      MR. STEINER: Just answer the
16 question.
17      You don't have to give an explanation
18 of what you are answering. Just answer.
19      MR. HILL: Let me pose a question.
20 BY MR. HILL:
21 Q. Do you believe you saw Keren Shatsky after

Page 48

1 the blast that night?
2 **A. I'm not sure. The reason being after the**
3 **blast it blew out all the lights so it became very**
4 **dark, difficult to see anything.**
5 **When it happened, I got a grip on myself and**
6 **realized it was a bomb that went off, everybody that**
7 **was in the food court was just lying there. I**
8 **thought they were all dead at the beginning.**
9 **I couldn't recognize anybody because there**
10 **was residue of the explosion, of the blast.**
11 **Everybody's faces and their skin, everything was**
12 **like grayish black.**
13 **Even people that I went up to, it took me a**
14 **while to realize who they were because I just didn't**
15 **recognize them because of the blast.**
16 **Did I specifically realize I saw Keren**
17 **Shatsky, no. Maybe I did but I didn't realize it**
18 **was her.**
19 Q. You may have seen her that night but you
20 did not recognize her as being Keren Shatsky at the
21 time, is that correct?

Page 49

1 **A. Correct.**
2 Q. Do you believe you saw Rachel Thaler after
3 the blast?
4 **A. The same response.**
5 Q. You may have seen Rachel Thaler after the
6 blast but you did not recognize her as Rachel Thaler
7 at the time?
8 **A. Yes.**
9 Q. Do you believe you saw Leor Thaler after
10 the blast?
11 **A. The same response.**
12 Q. You may have seen Leor Thaler that night
13 but you did not recognize him as such?
14 **A. Correct.**
15      MR. STEINER: Objection.
16      THE WITNESS: Yes.
17      MR. HILL: What's the objection?
18      MR. STEINER: It's your
19 characterization of what he said. His explanation
20 of why is sort of different. You are generalizing
21 it in your characterization and asking him if that's

Page 54

1  is that correct?
2  **A. Correct.**
3  Q. Do you know the name of any of the
4  emergency personnel that arrived?
5  **A. Yes.**
6  Q. Tell me the names of the people that you
7  knew that were there that night responding to the
8  bombing.
9  **A. Rafi Georgie, Yonaton Braun, Yossi Klavin,**
10 **Amos Sarid. There were a lot more.**
11 Q. Those are the names that you currently
12 recollect?
13 **A. Correct.**
14 Q. Is Yonaton Braun your son?
15 **A. Yes.**
16 Q. Was he -- what kind of a job did he have
17 at the time?
18 **A. He was a high school student that trained**
19 **to be a paramedic with MADA.**
20 Q. Did any of these individuals treat you on
21 the scene?

Page 55

1  **A. My son did.**
2  Q. What did your son do to treat you?
3  **A. He cut the pants by my leg to examine the**
4  **injury and told me I have to go to the hospital.**
5  Q. Do you recollect your son saying anything
6  to you at that time other than you needed to go to
7  the hospital?
8  **A. I'm sure something but I don't recollect**
9  **what else he said.**
10 Q. After your son treated you did you, in
11 fact, go to the hospital?
12 **A. I was transported by ambulance to the**
13 **hospital.**
14 Q. What is your best estimate of how long
15 between the time of the blast and the time you left
16 the scene in the ambulance, how much time elapsed?
17 **A. 45 minutes, an hour.**
18 Q. Were other injured people evacuated prior
19 to that time?
20 **A. Yes.**
21 Q. How long do you think it took for the

Page 56

1  ambulances or other medical personnel to arrive
2  after the bombing?
3  **A. Almost no time.**
4  Q. Are you aware of any evidence that Keren
5  Shatsky was experiencing any conscious pain or
6  suffering between the time of the blast and the time
7  of her death?
8      MR. STEINER: Objection.
9      THE WITNESS: I have no idea.
10 BY MR. HILL:
11 Q. Are you aware of any such evidence?
12     MR. STEINER: Objection.
13     THE WITNESS: I'm not aware.
14 BY MR. HILL:
15 Q. You are not aware of any evidence that
16 Keren Shatsky experienced any conscious pain and
17 suffering between the time of the blast and the time
18 of her death, is that correct?
19     MR. STEINER: Objection.
20     THE WITNESS: You asked me if I saw
21 her. I don't know if --

Page 57

1      MR. STEINER: Just answer.
2      THE WITNESS: I have no idea.
3  BY MR. HILL:
4  Q. Did you hear anything that indicated that
5  she was experiencing conscious pain and suffering
6  that night?
7  **A. I have no idea.**
8  Q. I'm just trying to make sure for the
9  record that I've exhausted your recollection.
10    I apologize that I need to ask you these
11 questions.
12 **A. I understand.**
13 Q. Are you aware of any evidence that Rachel
14 Thaler experienced any conscious pain and suffering
15 at the scene that night?
16 **A. I'm not aware but she didn't die right**
17 **away. Could very well be that she did.**
18 Q. You are not aware of any evidence that she
19 was conscious after the blast, correct?
20     MR. STEINER: Objection.
21 **A. Correct.**

Page 58

1 Q. You described earlier the injuries that
2 you sustained to your legs.
3    How long approximately did it take you to
4 heal from those injuries?
5 **A. I think six to eight weeks.**
6 Q. Since that six to eight week period has
7 concluded have you had any difficulty as a result of
8 the physical injuries to your legs?
9 **A. Well, I believe that because of the**
10 **traumatic experience that I had, I had a stroke**
11 **about two and a half years ago because of high blood**
12 **pressure which I didn't realize I had and I believe**
13 **that it was related to those injuries, physical and**
14 **psychological.**
15 Q. Do you believe that the shrapnel and glass
16 that were put into your legs by the bombing, that
17 those are somehow related to your later stroke?
18    MR. STEINER: Objection.
19    THE WITNESS: I believe that the
20 experience, the unpleasant experience I had of being
21 at the scene of a terrorist bombing attack led to me

Page 59

1 having high blood pressure and then leading to a
2 stroke because of the high blood pressure.
3 BY MR. HILL:
4 Q. You believe the whole experience led to
5 high blood pressure which led to a stroke, correct?
6 **A. Yes.**
7 Q. You are not saying the fact that metal or
8 glass was in your legs caused the stroke, right?
9    MR. STEINER: Objection.
10    THE WITNESS: I'm not saying that
11 specifically.
12 BY MR. HILL:
13 Q. I understand. Do the physical injuries to
14 your legs impair your daily activities in any way?
15 **A. No.**
16 Q. They don't prohibit you from walking or
17 running or anything like that, correct?
18 **A. Correct.**
19    MR. HILL: Let's go off the record
20 for five minutes.
21    (Whereupon, a recess was taken from

Page 60

1 10:06 a.m. to 10:18 a.m.)
2 BY MR. HILL:
3 Q. Mr. Braun, do you believe that you have a
4 mental illness as a result of the attack on
5 February 16, 2002?
6    MR. STEINER: Objection.
7    THE WITNESS: No.
8 BY MR. HILL:
9 Q. Have you had any psychiatric or
10 psychological counseling or other treatment since
11 the attack of February 16, 2002?
12 **A. Yes.**
13 Q. Can you describe that treatment for me?
14 **A. I went to group therapy, people that were**
15 **either involved or lived in the community that**
16 **thought they needed, you know, to speak with a**
17 **psychologist.**
18 Q. How many occasions did you attend the
19 group therapy sessions?
20 **A. Two or three times.**
21 Q. How soon after the events of February 16,

Page 61

1 2002 did you attend those sessions?
2 **A. Soon after. I don't recall. I don't**
3 **recall exactly but it was sooner than later.**
4 Q. You said you went on two or three
5 occasions. Who was facilitating this group therapy?
6 **A. The person's name?**
7 Q. Yes.
8 **A. Miriam Shapiro.**
9 Q. Did Ms. Shapiro facilitate all of the
10 sessions you attended?
11 **A. I think so.**
12 Q. Do you know the names of the other people
13 that were in the group?
14 **A. Just one person that I recall.**
15 Q. Who is that?
16 **A. The owner of the pizza store in the mall.**
17 Q. What is his or her name?
18 **A. Amnon. I don't know his last name.**
19 Q. Were there only men or was it men and
20 women?
21 **A. I believe men and women.**

Case 1:18-cv-12355-MKV-DCF Document 80-36 Filed 11/09/21 Page 9 of 17
Case 1:02-cv-02280-RJL Document 303-2 Filed 01/29/15 Page 9 of 18

**STEVEN BRAUN DEPOSITION**  February 5, 2013  Shatsky v. Syrian

Page 66

1 what I remember.
2  Q. Apart from the pain medication and the
3 antibiotics, have you taken any other medication as
4 a result of the February 16 bombing?
5  **A. The only medication I take now is**
6 **for -- because of the stroke, I had high blood**
7 **pressure medication.**
8  Q. What's the name of the high blood pressure
9 medication you take?
10  **A. Tritace, Tritace Comp and Normiten and**
11 **aspirin.**
12  Q. What condition do you understand the
13 Tritace Comp to treat?
14  **A. High blood pressure.**
15  Q. How about Normiten?
16  **A. It's a beta blocker.**
17  Q. Why do you take that?
18  **A. For my high blood pressure that I was**
19 **diagnosed with after I had my stroke.**
20  Q. The aspirin is also for the high blood
21 pressure?

Page 67

1  **A. It's to thin out my blood.**
2  Q. When did you have the stroke?
3  **A. June two and a half years ago.**
4  Q. It would have been June of 2010, is that
5 right?
6  **A. I guess so. Sounds right.**
7  Q. Do you have any permanent impairment as a
8 result of the stroke?
9  **A. No. Sometimes I feel I might be shaky**
10 **with my walking but on the whole, you know.**
11  Q. Is it fair to say that the stroke is not
12 impairing any of your daily activities?
13     MR. STEINER: Objection.
14     THE WITNESS: I'm functioning.
15 BY MR. HILL:
16  Q. Sometimes when people have a stroke they
17 have difficulty walking or a deformity on their face
18 or trouble speaking. You don't have any of those
19 symptoms, do you?
20     MR. STEINER: Objection.
21     THE WITNESS: Like I said, on the

Page 68

1 whole I'm recovered but I personally notice that
2 occasionally I might trip but on the whole I walk
3 fine.
4 BY MR. HILL:
5  Q. Have you ever fallen on one of these
6 occasions when you've noticed that you were
7 tripping?
8  **A. Almost falling.**
9  Q. You've never actually fallen and injured
10 yourself in one of these episodes?
11  **A. No.**
12  Q. Did you go to the hospital when you had
13 the stroke?
14  **A. Yes.**
15  Q. What hospital did you go to?
16  **A. Meir.**
17     MR. HILL: Mr. Steiner, if the
18 plaintiff is claiming the stroke is related to the
19 bombing in this case I believe we would be entitled
20 to receive the records of that treatment.
21     I don't believe they've been produced

Page 69

1 and I would, therefore, request to the extent the
2 treatment of the stroke, if it is, in fact, a claim
3 that plaintiff is making in the case, that those
4 records be produced.
5     MR. STEINER: We'll take it under
6 advisement and ask that you follow up in writing.
7     It seems based on the testimony he's
8 giving that he does attribute the stroke to the
9 incident.
10 BY MR. HILL:
11  Q. Are you under any other treatment related
12 to the stroke?
13  **A. No.**
14  Q. Did you have any rehabilitation or therapy
15 following the stroke?
16  **A. At the hospital I saw a physical**
17 **therapist, occupational therapist and they told me**
18 **they didn't think I needed to continue with the**
19 **occupational therapist or physical therapist after I**
20 **leave the hospital because every day I was**
21 **improving. They gave me some exercises to do on my**

Case 1:18-cv-12355-MKV-JDC Document 130-26 Filed 01/29/25 Page 11 of 18
Case 1:02-cv-02280-RJL Document 301-8 Filed 10/29/15 Page 11 of 17

**STEVEN BRAUN DEPOSITION**  February 5, 2013  Shatsky v. Syrian

Page 70

1 own.
2 Q. How long were you in the hospital?
3 A. I think around a week. I don't recall
4 exactly.
5 Q. Do you believe that your current course of
6 treatment has done everything possible to prevent a
7 recurrence of the stroke?
8 A. Well, my blood pressure is under control
9 now because of the medication.
10 Q. Had you ever had high blood pressure prior
11 to February 16, 2002?
12 A. No.
13 Q. Were you under regular medical treatment
14 prior to that date?
15 A. Just go to the doctor once in a while if I
16 wasn't feeling well or something, nothing regular.
17 Q. Who was your doctor that you would see
18 prior to February 16, 2002?
19 A. My family doctor was Dr. Barry Cannon.
20 Q. Do you still see Dr. Cannon?
21 A. Yes.

Page 71

1 Q. Is he located in Karnei Shomron?
2 A. Yes.
3 MR. HILL: Mr. Steiner, since the
4 plaintiff has claimed that he developed high blood
5 pressure as a result of the attack it appears to me
6 that his medical treatment by Dr. Cannon would be
7 relevant both for the period prior to the attack and
8 subsequently.
9 I do not believe those records have
10 been produced and I request, to the extent they are
11 within Mr. Braun's possession, custody or control --
12 MR. STEINER: Take it under
13 advisement, ask you to put it in writing.
14 BY MR. HILL:
15 Q. Do you believe you have any other health
16 issues that were related to the explosion on
17 February 16, 2002?
18 A. Not physical. Possibly psychological.
19 Q. What do you mean by psychological issues
20 related to the attack?
21 A. When one in a participant not of their

Page 72

1 choice in a terrorist suicide bombing, it's not a
2 pleasant experience. It's not a pleasant
3 experience, what happened to me physically.
4 It wasn't a pleasant experience. I thought
5 everybody in the food court was killed because I
6 didn't see anybody moving or screaming or yelling
7 for help immediately afterwards. Psychological
8 scars, you know.
9 Q. You mentioned that there was a period
10 after the explosion where no one was moving or
11 screaming, is that correct?
12 A. Right.
13 Q. How long of a period was that?
14 A. I don't know.
15 Q. What's your best estimate?
16 A. A minute, two minutes.
17 Q. Have you sought any mental health
18 treatment as a result of this incident?
19 A. No.
20 Q. Is there anything that prevents you from
21 seeing a psychologist or psychiatrist?

Page 73

1 A. Nothing is preventing me.
2 Q. If you were to go see a psychologist or
3 psychiatrist would that be covered by the insurance
4 in Israel?
5 A. Maybe provided by the HMO, not by Bituach
6 Leumi.
7 Q. You believe your health insurance would
8 cover psychological treatment if you wanted to take
9 it?
10 A. I'm guessing yes but I don't know
11 100 percent.
12 Q. Do you anticipate any future medical
13 expenses as a result of the bombing on February 6,
14 2002, for yourself?
15 A. Not that I'm aware of.
16 Q. Has anyone in your family been mentally
17 ill?
18 A. No.
19 Q. Are you claiming to have lost income as a
20 result of the bombing on February 16, 2002?
21 A. I think it's related. I was unemployed at

Page 74

1 the time.
2     I'm sure I wasn't functioning at my best
3 when I went for an interview, for instance.
4     Q. What do you mean you weren't functioning
5 at your best when you went for an interview? What
6 do you mean by that?
7     A. I wasn't my typical self before the
8 bombing as I was after the bombing.
9     Again, I don't know specifics but it could
10 be I wasn't concentrating, could be I didn't respond
11 as well as I would have liked, you know, questions
12 that were asked of me in an interview, for example,
13 so it could be.
14     Q. The bombing took place on February 16,
15 2002. How long had you been unemployed as of that
16 date?
17     A. I don't recall.
18     Q. Several months?
19     A. I'm sure at least.
20     Q. It was several months after that date that
21 you got your next job, right?

Page 75

1     A. Yes.
2     Q. Did you have job interviews between the
3 date of the bombing and the job for which you were
4 eventually hired?
5     A. I remember that I had an interview the day
6 after the bombing which I canceled. After that I
7 don't specifically recall. I do recall that I
8 rescheduled an interview.
9     Q. Did you eventually have the interview that
10 was scheduled for February 17, 2002?
11     A. Yes.
12     Q. What company was that with?
13     A. I don't remember the name.
14     Q. Did you get that job?
15     A. No.
16     Q. Do you know what you would have made had
17 you got that job?
18     A. No.
19     Q. Do you have an idea of ballpark or
20 estimate of what you would have made at that job?
21     A. Base salary and commission. I don't know.

Page 76

1     Q. You say base salary and commission. What
2 was the approximate base salary?
3     A. I didn't get that far.
4     Q. Apart from that interview that had to be
5 rescheduled as a result of the bombing did you have
6 any other interviews between that one and the one
7 that eventually led to your next job?
8     A. I'm sure I did but again I don't
9 specifically remember.
10     I remember this one specifically because it
11 was scheduled the day after the bombing so it sticks
12 in my mind.
13     Q. Do you have any idea how much the other
14 jobs you were interviewing in that timeframe would
15 have paid had you been hired?
16     A. Could be 8000 shekels for base salary plus
17 commission, percent of the sale.
18     Q. Are you thinking of a particular job you
19 interviewed in that timeframe that had that sort of
20 salary structure?
21     A. I'm not thinking of a specific company.

Page 77

1 Generally that was the type of jobs I was applying
2 for.
3     Q. What was the target wage you were looking
4 for?
5     A. Something to that effect.
6     Q. When you eventually were hired after the
7 bombing how much were you paid?
8     A. I think 14,000 shekels a month.
9     Q. Remind me which job that was.
10     A. I'm thinking now. I don't know exactly.
11 Telecon.
12     Q. The job you ended up getting at Telecon
13 was better than the sort of job you were looking for
14 in this timeframe in terms of pay?
15     A. In regards to base salary, yes. The
16 commission, it wasn't as good because the product
17 wasn't really ready to be sold so I didn't make any
18 commission because I wasn't able to. The base
19 salary was higher and the commission, there was no
20 commission.
21     Q. Did you ever earn commission at the

Page 78

1 Telecon job?
2 **A. No.**
3 Q. That was just a salaried position?
4 **A. Supposed to be a salary, base salary and**
5 **commission job.**
6 Q. But it never got to commission because the
7 company didn't succeed?
8 **A. Basically. I left because he wasn't able**
9 **to pay my salary any more.**
10 Q. What were you making at the job you held
11 prior to the bombing?
12 **A. I don't remember exactly. Maybe 12,000**
13 **shekels plus commission.**
14 Q. Which job was that?
15 **A. I think it was SayTek. One second. Wait.**
16 **SayTek was after the bombing. It was probably**
17 **Reshet Kesher.**
18 Q. Was that 12,000 a month plus commission?
19 **A. 10 or 12,000 a month plus commission.**
20 Q. Is there any way to come up with a number
21 for how much less you believe you earned as a result

Page 79

1 of the bombing?
2 **A. I don't know.**
3 Q. Has anyone ever attempted to calculate
4 what your lost earnings are?
5 **A. Not that I'm aware of. Maybe the lawyers**
6 **have a formula but nothing they discussed with me.**
7 Q. Do you have any documents that show what
8 you were making prior to the bombing?
9 **A. I might have or they might have been**
10 **thrown out already.**
11 **Legally I don't have to keep them so I don't**
12 **know that I have them.**
13 MR. HILL: I'm not sure that it's
14 right that you didn't have to keep them but --
15 MR. STEINER: Objection.
16 BY MR. HILL:
17 Q. Do you have any documents --
18 MR. STEINER: Don't take legal advice
19 from him.
20 MR. HILL: I'm just noting my
21 disagreement with the witness' statement for the

Page 80

1 record.
2 THE WITNESS: According to Israeli
3 law I didn't have to keep them.
4 MR. STEINER: Never mind.
5 BY MR. HILL:
6 Q. Do you have any documents showing what
7 you've made since the date of the bombing?
8 **A. Some.**
9 MR. HILL: To the extent that the
10 witness is claiming lost wages obviously his wage
11 history prior to and after the bombing would be
12 relevant and I don't think any of those documents
13 have been produced. To the extent you are pressing
14 a claim for lost income you need to produce those
15 documents.
16 MR. STEINER: I will take it under
17 advisement. I ask you to follow up in writing,
18 please.
19 BY MR. HILL:
20 Q. Mr. Braun, how many lawsuits have you
21 filed as a result of this bombing?

Page 81

1 **A. I believe two.**
2 Q. Do you know who you have sued?
3 **A. The Arab Bank and the PLO.**
4 Q. Why did you sue the Arab Bank?
5 **A. My lawyers believe that they were directly**
6 **involved in funding terrorist activities.**
7 Q. Are you aware of any evidence that the
8 Arab Bank had something to do with the bombing in
9 which you were injured?
10 **A. Not specifically aware. I'm letting the**
11 **lawyers handle it.**
12 Q. Are you generally aware of some evidence
13 that the Arab Bank had something to do with the
14 injuries you sustained on February 16, 2002?
15 **A. I'm not specifically aware. I'm letting**
16 **my lawyers handle it.**
17 Q. I appreciate the answer. You are saying
18 not specifically.
19 I'm trying to find out if you know anything
20 at all about any evidence that the Arab Bank had
21 something to do with your injury.

Page 82

1  Do you, in fact, know of any evidence that
2  the Arab Bank is somehow responsible for your
3  injuries?
4  **A. I don't personally know.**
5  Q. Sitting here today you cannot tell me of
6  any evidence that the Arab Bank is responsible for
7  your injuries on February 16, 2002?
8  MR. STEINER: If your answer requires
9  that you reveal the contents of any communications
10  that you had with attorneys, that's what made you
11  aware of any evidence, then I would ask you not to
12  reveal it.
13  THE WITNESS: I'm letting my lawyers
14  handle it.
15  If that's what they believe, that's
16  fine with me.
17  BY MR. HILL:
18  Q. I don't mean to get into what your lawyers
19  believe.
20  I'm just trying to find out you, Mr. Braun,
21  you don't have any evidence that the Arab Bank had

Page 83

1  something to do with the attack on February 16, is
2  that correct?
3  **A. Not personally.**
4  Q. Are you aware of any evidence that the PLO
5  had something to do with the attack on February 16,
6  2002?
7  **A. The PLO is a terrorist organization. The**
8  **PLO, you can read the newspapers or watch**
9  **television. They commit terrorist attacks all the**
10  **time.**
11  **They honor their martyrs that do terrorist**
12  **suicide bombings, they pay stipends to their**
13  **families, they name streets after terrorists, they**
14  **have parades for them when they are released from**
15  **Israeli jails for whatever reason.**
16  **The Palestinian Authority policemen have**
17  **been caught in the acts of committing terrorist**
18  **attacks.**
19  Q. Have you finished your answer?
20  **A. For now.**
21  Q. Are you aware that the PLO had something

Page 84

1  to do with the specific attack in which you were
2  injured, any evidence that the PLO had something to
3  do with that specific attack?
4  MR. STEINER: Objection.
5  THE WITNESS: I don't have personal
6  knowledge. I'm having my lawyers handle it.
7  BY MR. HILL:
8  Q. You mentioned that the PLO commits
9  terrorist attacks all the time, in your view. Are
10  you aware of any evidence that the PLO had something
11  to do with this specific attack in which you were
12  injured?
13  **A. I don't have specific personal knowledge**
14  **of that. I'm having my lawyers handle it.**
15  Q. I understand your lawyers are handling it
16  but sitting here today you cannot point to any
17  evidence that the PLO had something to do with the
18  attack in which you were injured, is that correct?
19  MR. STEINER: Objection.
20  THE WITNESS: I'm not personally
21  aware of it.

Page 85

1  BY MR. HILL:
2  Q. You mentioned that the PLO honors martyrs.
3  Are you aware of any evidence of the PLO honoring
4  the person or persons that were responsible for the
5  attack in which you were injured?
6  **A. I'm not aware of it specifically.**
7  Q. You mentioned that the PLO pays stipends
8  to the families of martyrs.
9  Are you aware of any evidence that the PLO
10  has paid a stipend to the family or families of the
11  person --
12  **A. I'm not aware of it but I'm sure it could**
13  **be checked out.**
14  Q. You are not aware of any such evidence?
15  **A. I'm not aware.**
16  Q. You mentioned that the PLO named streets
17  after terrorists. Are you aware of any evidence
18  that the PLO has named a street after the person or
19  persons responsible for the attack in which you were
20  injured?
21  **A. I'm not personally aware.**

Case 1:18-cv-12355-MKV-DCF Document 130-26 Filed 01/29/21 Page 15 of 18
Case 1:02-cv-02280-RJD Document 316-8 Filed 01/26/12 Page 4 of 7

**STEVEN BRAUN DEPOSITION**  February 5, 2013  Shatsky v. Syrian

Page 86

1 Q. You mentioned that the PLO has parades
2 when people are released from prison.
3     Are you aware of any evidence that a parade
4 has been held for someone who was involved in the
5 attack on you?
6 **A. I'm not personally aware.**
7 Q. Are you aware of whether anyone has been
8 arrested in connection with the attack in which you
9 were injured?
10 **A. I recall reading something or hearing on**
11 **the news that a person was caught or killed but I**
12 **don't know the specifics.**
13 Q. Do you know the name of the person who was
14 allegedly caught or killed in connection with the
15 attack on you?
16 **A. No.**
17 Q. Do you know anything else about the
18 capture or killing -- do you know anything about the
19 person that was allegedly involved in the attack on
20 you being caught or killed other than what you read
21 in the newspaper?

Page 87

1 **A. He's from the city of Kalkilya.**
2 Q. Do you anything else about him other than
3 they came from Kalkilya?
4 **A. No.**
5 Q. Do you know whether he was, in fact,
6 captured or killed?
7 **A. I don't recall.**
8 Q. Do you know approximately when you heard
9 the person allegedly involved in the attack on you
10 had been captured?
11 **A. I think within a year, within the year of**
12 **the attack.**
13 Q. Your recollection is that you heard about
14 this capture or killing by reading the newspaper, is
15 that right?
16 **A. The internet. I don't specifically**
17 **recall.**
18 Q. You believe you received it from some
19 media source?
20 **A. Yes.**
21 Q. You said something about PA policemen

Page 88

1 being caught in the act of committing terrorist
2 attacks. Are you aware of any --
3 **A. I'm not aware.**
4 Q. Have you now told me about all the
5 evidence you are aware of that the PLO may have had
6 something to do with the attack in which you were
7 injured?
8 **A. I gave you what I happened to think of now**
9 **when you asked the question.**
10 Q. Can you think of any other evidence that
11 the PLO had something to do with the attack in which
12 you were injured?
13 **A. The PLO commits terrorist attacks in**
14 **general in Israel, throughout Israel.**
15     **It doesn't matter if it's in my community**
16 **over the Green Line, inside the Green Line in a city**
17 **like Tel Aviv or Jerusalem. It's documented in the**
18 **media.**
19 Q. Any other evidence you can think of that
20 the PLO may have had something to do with the attack
21 in which you were injured?

Page 89

1 **A. Not that I can think of at this moment.**
2 Q. You mentioned you believe the PLO commits
3 terrorist attacks in other locations. Is that based
4 on anything other than what you've read or watched
5 in the media?
6 **A. I think it's enough that I watched or read**
7 **in the media.**
8 Q. I'm just trying to make sure you are not
9 aware of any evidence other than stuff that you've
10 seen on TV or read on the internet or in a newspaper
11 indicating that the PLO --
12 **A. I didn't personally see PLO members**
13 **committing terrorist attacks, if that's your**
14 **question.**
15 Q. Have you ever spoken to anyone from the
16 PLO where they told you they were involved in
17 terrorism?
18 **A. No. Most people I would think who are**
19 **involved in terrorism, you know, don't come up to**
20 **people like me telling me that they are involved in**
21 **terrorism.**

Case 1:02-cv-02280-RJL Document 136-8 Filed 01/29/06 Page 16 of 18
Case 1:18-cv-12355-MKV-DCF Document 180-26 Filed 01/29/25 Page 16 of 17

**STEVEN BRAUN DEPOSITION**  February 5, 2013  Shatsky v. Syrian

Page 90

1  Q. Have you ever spoken to anyone from the
2  PLO at all?
3  A. I've spoken to Arabs. I don't know if
4  they are a member of the PLO or not.
5  Q. Has any Arab ever told you that the PLO
6  was involved in terrorism?
7  A. No.
8  I want to take a break and go to the
9  bathroom.
10  MR. HILL: Sure.
11  (Whereupon, a recess was taken from
12  10:49 a.m. to 10:54 a.m.)
13  BY MR. HILL:
14  Q. Mr. Braun, apart from what you've read in
15  the newspapers or seen in other media are you aware
16  of any other evidence that the PLO is involved in
17  terrorism?
18  MR. STEINER: Objection.
19  THE WITNESS: Other than the media,
20  no.
21  BY MR. HILL:

Page 91

1  Q. Are you aware of any evidence that the
2  Palestinian Authority had something to do with the
3  bombing in which you were injured on February 16,
4  2002?
5  MR. STEINER: Objection.
6  THE WITNESS: Other than what I read
7  in the media, the PLO is basically the Palestinian
8  Authority, so what I said about the PLO goes for the
9  Palestinian Authority.
10  Their policemen I do believe are
11  terrorists. There's documented proof in the media,
12  but other than that I'm not aware of anything.
13  BY MR. HILL:
14  Q. You mentioned that it's your view that PA
15  employees are terrorists.
16  Are you aware of any evidence that a PA
17  employee had something to do with the bombing in
18  which you were injured?
19  A. Not specifically.
20  Q. You mentioned your belief that PA
21  policemen are terrorists.

Page 92

1  Are you aware of any evidence that any PA
2  policemen had something to do with the bombing in
3  which you were injured?
4  A. Not specifically.
5  Q. Are you generally aware of evidence that
6  PA employees or policemen are terrorists?
7  A. Yes.
8  Q. That is something you've read in the news
9  media?
10  A. Or seen on television or the internet.
11  Q. Apart from what you've seen in some form
12  of media, be it newspapers, TV, internet, is it fair
13  to say you are not aware of any evidence other than
14  those media sources that PA policemen or employees
15  are terrorists, is that correct?
16  A. I'm not a policeman. They don't confide
17  in me what they know or don't know about the PLO. I
18  know what everybody else can find out from the
19  media.
20  Q. You are not aware of any evidence apart
21  from stuff that you've seen in the media that PA

Page 93

1  employees or policemen are involved in terrorism,
2  correct?
3  A. Correct.
4  Q. You mentioned that you've seen documented
5  proof in the media. Are you thinking of something
6  in particular?
7  A. There's many, many, many instances. I'm
8  not talking about isolated cases. Whether it's a
9  shooting or a bombing or something else, I'm not
10  thinking of specific occasions because there's
11  millions of cases.
12  Q. Have you seen any media coverage
13  indicating that the PA had something to do with the
14  specific bombing in which you were injured?
15  A. I don't recall.
16  Q. Sitting here today you cannot point me to
17  any media account indicating a PA connection to the
18  bombing in which you were injured, correct?
19  A. No, but you can check on the internet
20  yourself. It's accessible to everybody.
21  Q. I'm just trying to make sure that you are

Case 1:02-cv-02280-RJD Document 36-8 Filed 01/29/06 Page 17 of 18
Case 1:18-mc-02355-KRJD Document 30-2 Filed 01/29/20 Page 17 of 18

**STEVEN BRAUN DEPOSITION**    February 5, 2013    Shatsky v. Syrian

Page 94

1  not aware --
2  **A. I'm not specifically aware in this**
3  **particular case.**
4  Q. I know you know what I'm going to ask.
5  Let me get a clean question out.
6      Sitting here today you are not aware of any
7  media account indicating that the Palestinian
8  Authority had something to do with the bombing in
9  which you were injured, correct?
10 **A. I'm not personally aware. It doesn't mean**
11 **they weren't involved.**
12 Q. Sitting here today you cannot tell me of a
13 media account that implicates the PA in the bombing
14 in which you were injured, correct?
15     MR. STEINER: Objection.
16     THE WITNESS: I didn't specifically
17 check. I'm not aware of it.
18 BY MR. HILL:
19 Q. Are you aware of any evidence that the
20 Syrian Arab Republic had something to do with the
21 bombing in which you were injured?

Page 95

1  **A. I'm not personally aware.**
2  Q. Do you know if you've sued the Syrian Arab
3  Republic in connection with that bombing?
4  **A. I don't recall. I'm leaving it to my**
5  **lawyers.**
6  Q. Did you authorize a lawsuit against Syria?
7  **A. I do not remember.**
8  Q. You say you are leaving it to your
9  lawyers. Who are your lawyers?
10 **A. Nitzana Darshon Leitner.**
11 Q. Apart from Ms. Leitner are you aware of
12 any other lawyers that you have?
13 **A. Mr. Steiner.**
14 Q. Apart from Mr. Steiner and Ms. Leitner,
15 can you tell me the name of any other lawyer that's
16 represented in connection with --
17     MR. STEINER: Mr. Steiner is counsel
18 just for purposes of these depositions.
19     THE WITNESS: I know that there were
20 other lawyers working on the case.
21     I don't know specifically all the names

Page 96

1  of the people.
2  BY MR. HILL:
3  Q. Can you tell me any names of any lawyer
4  that's represented you in these cases other than
5  Mr. Steiner and Ms. Leitner?
6  **A. Somebody named David Strachman, I believe**
7  **another name is Tolchin and I don't recall any other**
8  **names.**
9  Q. Does Mr. Strachman still represent you?
10 **A. I don't think so.**
11 Q. Does Mr. Tolchin still represent you?
12 **A. I don't recall.**
13 Q. Have you ever spoken publicly about the
14 events of February 16, 2002?
15 **A. I don't believe so.**
16 Q. Have you ever given any interviews to any
17 press or media outlet in connection with the
18 February 16 bombing?
19 **A. I don't think so.**
20 Q. Have you ever spoken to anyone at the
21 New York Post about this case?

Page 97

1  **A. No.**
2  Q. Have you spoken to anyone at any newspaper
3  about this case?
4  **A. As far as I know, no.**
5  Q. Have you ever issued any press releases in
6  connection with this lawsuit?
7  **A. No.**
8     (Pause)
9  BY MR. HILL:
10 Q. Mr. Braun, while we were off the record we
11 were discussing a photograph that Mr. Steiner I
12 believe has on his iPad.
13    We'll get a copy of this and we will mark it
14 as exhibit nine for the purposes of the deposition
15 but since we can't get a hard copy at the moment let
16 me ask you some questions about this.
17    Have you seen this photograph before?
18 **A. I've seen the original before.**
19 Q. Do you possess the original of this
20 photograph?
21 **A. Yes.**

Page 118

1  MR. STEINER: Objection.
2  THE WITNESS: Some jail outside of
3  Haifa.
4  BY MR. HILL:
5  Q. How long were you in jail?
6  **A. 36 hours.**
7  Q. Were you released on bail or something?
8  MR. STEINER: How long?
9  THE WITNESS: 36 hours.
10 BY MR. HILL:
11 Q. You were released on bail or something
12 like that?
13 **A. Something like that. Personal**
14 **recognizance or something like that.**
15 Q. Apart from this have you had any other
16 run-ins with the law?
17 **A. No.**
18 MR. HILL: I don't have any questions
19 for Mr. Braun at this time, subject to our
20 document --
21 MR. STEINER: Did you have a copy of

Page 119

1  nine by any chance or we'll make that later?
2  MR. HILL: I don't have it yet.
3  We'll add it to the record.
4  MR. STEINER: I ask for a copy of
5  exhibit nine and we reserve our right to review and
6  sign the transcript.
7  (Deposition adjourned at 11:20 a.m.)

Page 120

1  Reporter's Certificate
2
3  I, the undersigned, Certified Court Reporter,
4  do hereby certify that the foregoing transcript of
5  testimony was taken by me in stenotype and
6  thereafter reduced to print under my direction,
7  that said transcript is a full, true and
8  substantially accurate record of the proceedings,
9  to the best of my ability.
10 I do further certify that I am neither counsel
11 for, related to, nor employed by any of the parties
12 to the action in which this deposition was taken;
13 and, further, that I am not a relative or employee
14 of any attorney or counsel employed by the parties
15 hereto, nor financially or otherwise interested
16 in the outcome of the action.
17
18  /s/ Michael Feuer
19  _____
20  Certified Realtime Reporter

Page 121

1  Certificate of Deponent
2  I hereby certify that I have read and
3  examined the foregoing transcript, and the same
4  is a true and accurate record of the testimony
5  given by me.
6  Any additions or corrections that I feel
7  are necessary I will attach on a separate sheet
8  of paper to the original transcript.
9
10 _____
11  Signature of witness
12 I hereby certify that the individual
13 representing him/herself to be the above named
14 individual, appeared before me this _____
15 day of _____ and executed the above
16 certificate in my presence.
17
18
19
20 _____
21  Notary Public