# LOWELL DECL. EX. 70

Exhibit 42

56 *TSVP (57)*

**[Emblem of the State of Israel]**

**The Tel Aviv - Jaffa District Court**

| Civil Case 1137-05 Goldman et al. v. the Palestinian Authority and/or the Palestinian Council et al. | December 22, 2010 |

[Handwritten notation] *The Stages Plan*

A:    The Stages Plan, its formal cancellation was not on the agenda, but the decisions of the Fatah, the PLO and the Palestinian Authority since November 1988 completely contradict the Stages Plan.

## Decision

The fee of the witness has been set at NIS 3,000 plus VAT as required by law.

**Handed down and announced on this day, the 15th of Tevet, 5771, December 22, 2010, in the presence of the parties that are in attendance.**

<div align="right">[Signature]</div>

<div align="right">**Dalia Ganot, Judge**</div>

**Defense witness No. 2 Mr. Mohamed Mustafa Jabarini, after having been duly warned and responding through the interpreter into the Arabic language, Ms. Alrian Nawal, to the questions of Counsel for the Plaintiffs**:

I do not speak Hebrew, I understand a little bit.

Q:    You are referring to the legal framework of the PLO. Is it correct that the Palestinian Authority is accountable to the PLO?

Interpreter:

I am requesting that the interpreting be terminated.

## Decision

At the request of the interpreter, her interpretation will be stopped and the interpretation will be performed by Mr. Rabia Salameh, who has been brought by Counsel for the Defendants.

[Stamp] SHATSKY-007132-T

57 *TSVP (p. 56)*

**[Emblem of the State of Israel]**

**The Tel Aviv - Jaffa District Court**

**Civil Case 1137-05 Goldman et al. v. the Palestinian**         December 22, 2010
**Authority and/or the Palestinian Council**
**et al.**

In response to the question of the Court, Mr. Salameh answered that he has served as an interpreter for the Courts in the Jerusalem District, and also works in translation on a private basis.

**Handed down and announced on this day, the 15th of Tevet, 5771, December 22, 2010, in the presence of the parties that are in attendance.**

<div align="right">

[Signature]

**Dalia Ganot, Judge**

</div>

[Handwritten notation] *Subordination to the PLO*

**Examination, continued:**

Q:     Does the Palestinian Authority answer to the PLO?

A:     Indeed it does.

Q:     Is this the reason that most of the correspondences of the Chairman, the Palestinian Authority is under the address in the word[s] Palestine Liberation Organization (Appendix C of your Expert Opinion)?

A:     Yes. Usually it says the Palestine Liberation Organization, and in the line below [it says] the Palestinian National Authority.

**Comment of the Court:**

Documents written in Arabic that have not been translated into Hebrew have been attached to the Expert Opinion, and Adv. Arnon has undertaken to provide a translation into Hebrew within 14 days of today.

**Examination, continued:**

<div align="right">

[Stamp] SHATSKY-007133-T

</div>

Q:      I refer to page 3 of your Expert Opinion, after Section B there are comments on the Oslo
        Accords, but what is missing…

**In response to the question of the Court**:

Q:      Your Expert Opinion is written in Hebrew. Was the original written in Arabic and
        translated; and if so who translated it and how did you confirm the translation?

[Stamp] SHATSKY-007133-T [continued]

58 *STVP (59)*

[Emblem of the State of Israel]

**The Tel Aviv - Jaffa District Court**

**Civil Case 1137-05 Goldman et al. v. the Palestinian**　　　　　　　　　　December 22, 2010
**Authority and/or the Palestinian Council**
**et al.**

A:　　　I wrote the Expert Opinion in Arabic, I submitted it to two lawyers, Gawad Bulus and Osama Saadi of the Arnon law firm; they translated it from Arabic to Hebrew; after that they read the translation out loud to me and I confirmed and signed it.

**Examination, continued**:

Q:　　　I refer to page 3 of your Expert Opinion; after Section B there are comments on the Oslo Accords. Was there not a letter with respect to a commitment to abandon terrorism on September 3, 1993?

A:　　　With respect to that which you are talking about, this is a letter of the Chairman at the time, Yasser Arafat to the Prime Minister of Israel at the time, the late Yitzhak Rabin, in which Yasser Arafat announced that concerning the organization's recognition of the State of Israel and applying to negotiations for ending the Israeli Palestinian conflict…

The answer to the question: there was a commitment to abandon terrorism.

Q:　　　Did this commitment also bind the PLO?

A:　　　Yes.

Q:　　　Did the Stages Plan of the PLO exist before the Oslo Accord, as well?

A:　　　No.　　　　　　　　　　[Handwritten notation] *Subordination*

Q:　　　Was there a direction of the Chairman at the time to all terrorist organizations to cease terrorism?

A:　　　Certainly. Because he is the Chairman of the Palestinian Liberation Organization and he also speaks on its behalf, before he makes a decision, he applies to the executive committee of the Palestinian Liberation Organization in order to obtain its approval, because we are talking about the period in which the Palestinian Authority did not yet exist.　　　　　　　　　[Stamp] SHATSKY-007134-T

**In response to the question of the Court**:

Q:    In what manner was this direction given, orally or in writing?

A:    I am clarifying the mechanism in which the decision was made and the instructions were given. We are talking about organizations that belong to the Palestinian Liberation Organization, that is the first thing, I am saying this because there are additional organizations that do not belong to the PLO and are not subject to its decisions.

Q:    How did they convey this direction?

A:    With respect to the organizations that belong to the PLO, it was done through the meetings/conferences of the executive committee of the PLO and its decisions were considered to be binding decisions, for which purpose minutes of the executive committee are kept. With respect to organizations that do not belong to the PLO, directions are conveyed through

[Stamp] SHATSKY-007134-T [continued]

5

59 *TSVP (58)*

[Emblem of the State of Israel]

**The Tel Aviv - Jaffa District Court**

Civil Case 1137-05 Goldman et al. v. the Palestinian                    December 22, 2010
Authority and/or the Palestinian Council
et al.

the media, because the directions that are received by the executive committee are addressed to the public at large, including all of the people and all of the organizations that do not belong to the PLO.

**Examination, continued**:

Q:    Were there Palestinian organizations that continued to make use of terrorism and which ones were they?

A:    Yes, certainly. There were organizations that objected on principle to the Palestinian Liberation Organization; they object to the PLO and do not consider it to be the representative of the Palestinian people. For example: the Hamas and the Islamic Jihad; both of them were against Oslo and against the agreements that were executed between the Authority and the State of Israel, and during the years after the agreement, they took actions in order to obstruct the process.

Q:    Were these organizations outlawed in the Palestinian Authority?

A:    The Palestinian Authority declares activities to be unlawful, and any party that engages in such activities is by itself in violation of the law.

**In response to the questions of the Court**:

Q:    Were these organizations outlawed in the Palestinian Authority?

A:    The armed militias and the armed organizations that are related to these organizations are the ones that were declared to be operating outside of the framework of the law.

Q:    Which organizations have been declared, by whom and in what manner?

A:    For example: the military organization of the Hamas movement, which is in effect the Azadin Al Qassam Brigades, which is an organization that plans and carries out these activities, was outlawed, as set forth,

[Stamp] SHATSKY-007135-T

6

by the Palestinian Authority and the Chairman of the Authority; these were directives that were given to the government and to the Palestinian security apparatuses, in order to conduct surveillance of the activities of these organizations, for the purpose of preventing any activity that they may carry out, arrest its people and in addition seize/confiscate their arms, explosives and money.

**<u>Comment of the Court</u>**:

The Court repeats the questions of Adv. Roth, because the witness is not answering the questions that he has been asked pertinently and clearly.

[Stamp] SHATSKY-007135-T [continued]

7

60 *TSVP (61)*

**[Emblem of the State of Israel]**

**The Tel Aviv - Jaffa District Court**

**Civil Case 1137-05 Goldman et al. v. the Palestinian**          December 22, 2010
**Authority and/or the Palestinian Council**
**et al.**

**Examination, continued**:

Q:     There were attacks nonetheless, at least since 1994 until 2004, 10 years?

A:     Yes.

Q:     Is it correct that the State of Israel has submitted extradition requests for terrorists who were involved in these attacks, are you aware of that?

A:     I do not know. To the best of my knowledge and subject to the agreement, and I change the word subject to, after the comment of Adv. Arnon, subject to this agreement okay, there is no condition that compels the Authority to extradite people to the State of Israel. But the Authority is committed to prosecute people who are proved to be guilty.

Q:     Our expert witness contends that there is a rotating door policy in place in which you arrest them and quickly release them.

A:     That is not correct at all. Those people who are proved to be guilty and who were supposed to stay in the prisons did stay in the prisons; if you want to hear an example, some of the detainees who were held by the Preventive Security stayed in prison until the last moment despite the invasions, despite the conditions that the Palestinian security forces faced, and they stayed inside the prisons, as I said, until the Israeli forces arrived and took them from the Palestinian prisons. This is also self explanatory evidence that whoever should have stayed in prison did stay in prison. And this is…

This is my viewpoint, they stayed inside the prisons until the Israeli forces invaded and took them by themselves.

Q:     How do you explain that the murderers of Rechavam Ze'evi were sheltered in the Mukataa?

[Stamp] SHATSKY-007136-T

8

A:      No, they were not sheltered in the Mukataa, they were detained in the Mukataa; the Mukataa is a large facility that has the base of the Palestinian Intelligence, and they were detained in the prison belonging to the General Intelligence, and this prison is inside the Mukataa facility.

Q:      In one of the documents that you yourself brought, Appendix E (it says in Arabic), according to the translation that they made for me, and I quote: "The Palestinian Authority demonstrated negligence in taking all possible measures to prevent the execution of attacks of this kind and in bringing their perpetrators to justice; negligence in the form of helping to create an atmosphere in which the criminals escaped punishment for these crimes".

**Comment of the Court**:

The Court asked to check with Adv. Roth what "kind" of attacks were being discussed in the document, and to which period it relates, and Adv. Roth answered that the document had not been translated for him and it was not his duty to have the document translated.

[Stamp] SHATSKY-007136-T [continued]

9

61 *TSVP 60*

**[Emblem of the State of Israel]**

**The Tel Aviv - Jaffa District Court**

Civil Case 1137-05 Goldman et al. v. the Palestinian                                    December 22, 2010
Authority and/or the Palestinian Council
et al.

**Examination, continued**:

Q:      Was the content in the document that you attached, Appendix E, correct or not? (The document is shown to the witness).

A:      As far as I can see, whatever was said in this specific part is incorrect.

Q:      Is it true that at the beginning of the Intifada [uprising] in the 2000s, all of the terrorists of the Palestinian terrorist organizations who were then being held were released from prison?

A:      That is not true at all. On the contrary, the Palestinian Authority was able to arrest and prosecute people who were involved in illegal activity. For example: Nalal Yasin, who killed an Israeli soldier in Qalqilya and that was on the day that the Intifada events occurred on September 29, 2000, and despite the atmosphere of incitement and the stormy atmosphere, the arrest was performed and he was brought before a military court and charged with intentional murder and causing damage to Palestinian interests and was sentenced to life imprisonment and another 15 years. He was detained from September 29, 2000 to April 2, 2002, at which time the Israeli army invaded and surrounded the base of the Preventive Security in Bitunia, which is near Ramallah, and from there he was arrested by the Israeli agencies.

Q:      That may be the exception that does not prove the rule, which is to release prisoners?

A:      The rule is to arrest and remand in custody whoever should be in custody, and the example that I cited supports this.

Q:      Is it true that the people wanted by Israel for terrorist activity against civilians of Israel were never prosecuted for murdering Israelis, in the Palestinian Authority?

A:      That is not true, part of their indictment is causing the death of Israelis, and that is according to the concrete case and the details of each case on its merits.

[Stamp] SHATSKY-007137-T

Q:      Are you familiar with Section 378 of the Palestinian Penal Code?

A:      I do not remember, I do not know what you are taking about.

Q:      Is it true that the State of Israel and its forces took away all of the documents that were in the Mukataa and kept by the Preventive Security?

A:      With respect to the Preventive Security, after the facility was bombarded and destroyed, it was reduced to soil. Everything was destroyed and burned out. And with respect to the Mukataa, I have no information and what I do know is that Chairman Arafat stayed in his office and the documents stayed in his office, because nobody entered there.

Q:      Did you see the Expert Opinion on behalf of the Prosecutors?

A:      Yes, of Dahoah.

Q:      Did you see that they relied on photocopies of some of the confiscated documents that had been taken from the Mukataa?

A:      As documents, I saw.

[Handwritten notation] *Confirmation of confiscated documents*

[Stamp] SHATSKY-007137-T [continued]

11

62 *TSVP (63)*

**[Emblem of the State of Israel]**

**The Tel Aviv - Jaffa District Court**

Civil Case 1137-05 Goldman et al. v. the Palestinian                    December 22, 2010
Authority and/or the Palestinian Council
et al.

Q:      Were they falsified?

A:      I do not know. I did not deal with them personally in order to know whether they were
        authentic or not.

Q:      Do you know that the PLO was declared in the criminal law of the State of Israel as a
        criminal organization?

A:      I do not know, I have never heard about it, it is also strange that I am hearing it.

Q:      Were Palestinian terrorist organizations that did not belong to the PLO provided war
        materiel at the beginning of the Al Aqsa Intifada; did the Palestinian Authority provide
        Palestinian terrorist organizations that did not belong to the PLO, such as the Popular
        Front and the Hamas, war materiel?

A:      Not at all; that is not true.

Q:      Were you already in your job in 1996?

A:      Yes.

Q:      When the engineer Yahya Ayash was murdered by IDF operations, is it true that the
        Chairman participated in the funeral?

A:      I have no information with respect to that subject.

Q:      Do you know whether sums of money were transferred to terrorists who were involved in
        terrorism and to the terrorist organizations of the Refusal Front?

A:      I have no idea and I think not.

[Stamp] SHATSKY-007138-T

Q:      In your Expert Opinion you talk about condemnations of terrorism, but there are many cases of testimonies of giving encouragement to terrorism by the leadership of the PLO in that period?

A:      Not at all; there was no encouragement.

**Reexamination**:

I have no desire to conduct an examination, in view of the comments of the Court.

## Decision

The fee of the witness has been set at NIS 750 with the addition of Value Added Tax, as required by law.

[Stamp] SHATSKY-007138-T [continued]

Original

Case 1:18-cv-12355-MKV-DCF Document 136-83 Filed 10/05/21 Page 17 of 23
Case 1:02-cv-02280-RJL Document 254-8 Filed 11/12/15 Page 16 of 22

56



נספח (57)

<div dir="rtl">

בית המשפט המחוזי בתל אביב - יפו

ת"א 05-1137 גולדמן ואח' נ' הרשות            22 דצמבר 2010
הפלשתינית ו/או המועצה הפלשתינית
ואח'

ת:   1  <u>תוכנית השלבים</u>, הביטול הפורמלי שלה לא היה על הפרק, אבל החלטות פאתח, אש"ף
     2  והרשות הפלשתינית  מאז נובמבר 88, עומדות בסתירה גמורה לתוכנית השלבים.

     3
     4
     5                        <u>החלטה</u>

     6
     7            שכר העד בסך 3,000 ₪ בתוספת מע"מ כחוק.

     8
     9
    10            ניתנה והודעה היום ט"ו טבת תשע"א, 22/12/2010 במעמד הנוכחים.
    11
    12
    13

                    דליה גנות, שופטת

    14
    15
    16  <u>עד הגנה מס' 2 מר מוחמד מוסטפא גבריני לאחר שהוזהר כחוק ומשיב באמצעות המתורגמנית</u>
    17  <u>לשפה הערבית גב' אלריאן נאוואל לשאלות ב"כ התובעים:</u>

    18      אני לא מדבר עברית, אני מבין קצת.
    19  ש:   אתה מתייחס למסגרת חוקית של אש"ף, זה נכון שהרשות הפלשתינית חייבת דיווח
    20      לאש"ף?

    21
    22      המתורגמנית:
    23      אני מבקשת לחדול מהתרגום.

    24
    25
    26                        <u>החלטה</u>

    27
    28  על פי בקשתה של המתורגמנית, ייפסק תרגומה, והתרגום יבוצע באמצעות מר רביע סלאמה שהובא
    29  על ידי ב"כ הנתבעים.
    30

</div>

SHATSKY-007132

57





בית המשפט המחוזי בתל אביב - יפו

ת"א 05-1137 גולדמן ואח' נ' הרשות          22 דצמבר 2010
הפלשתינית ו/או המועצה הפלשתינית
ואח'

1   במענה לשאלת בית המשפט הבהיר מה סלמה, כי הוא משמש כמתורגמן מטעם בתי המשפט במחוז

2   ירושלים, ועוסק גם בתרגום באופן פרטי.

3
4
5
6   ניתנה והודעה היום ט"ו טבת תשע"א, 22/12/2010 במעמד הנוכחים.
7
8

_____
דליה גנות, שופטת

9
10                                        המשך חקירה:
11
12              ש:  האם הרשות הפלשתינית כפופה לאש"פ?
13              ת:  אכן כן.
14              ש:  זאת הסיבה שמרבית ההתכתבויות של האסיר, הרשות הפלשתינית היא תחת הכותבת
15                  במילה ארגון שחרור פלשתין (נספח ג' לחוות דעתך)?
16              ת:  כן. בדרך"כ כתוב ארגון השחרור הפלשתיני, ובשורה שמתחתיה הרשות הלאומית
17                  הפלשתינית.
18
19                                        הערת בית המשפט:
20              לחוות דעתו של המומחה צורפו מסמכים כתובים בשפה הערבית, שלא תורגמו לעברית, ועורך הדין
21              ארנון התחייב להמציא תרגום לשפה העברית בתוך 14 ימים מהיום.
22
23                                        המשך החקירה:
24              ש:  מפנה לעמ' 3 לחוות דעתך, לאחר סעיף ב' יש התייחסות להסכמי אוסלו, אבל חסר...
25
26                                        לשאלת בית המשפט:
27              ש:  חוות דעתך כתובה בעברית. האם המקור נכתב בערבית ותורגם, ואם כן מי תרגם ואיך
28                  אישרת את התרגום?

SHATSKY-007133

58

T3VP(לט)



בית המשפט המחוזי בתל אביב - יפו

22 דצמבר 2010

ת"א 05- 1137 גולדמן ואח' נ' הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח'

| | |
|---|---|
| ת: | כתבתי את חוות הדעת בשפה הערבית, הגשתי אותה בפני שני עורכי הדין גואעד בולוס | 1 |
| | ואוסמאה אסעדי ממשרד עו"ד ארנון, הם תרגמו אותה מערבית לעברית, לאחר מכן הם | 2 |
| | הקריאו את התרגום בפניי, ואני אישרתי אותו וחתמתי עליו. | 3 |
| | | 4 |
| | **המשך חקירה:** | 5 |
| ש: | מפנה לעמ' 3 לחוות דעתך, לאחר סעיף ב' יש התייחסות להסכמי אוסלו. האם ב- 3.9.93 | 6 |
| | לא היה מכתב לגבי התחייבות לנטוש את הטרור? | 7 |
| ת: | באשר למה שאתה מדבר, מדובר במכתב של יו"ר דאז, יאסר ערפאת לראש ממשלת ישראל | 8 |
| | דאז המנוח יצחק רבין, שבו מודיע יאסר ערפאת שבאשר להכרת הארגון במדינת ישראל, | 9 |
| | ופניה למו"מ למען סיום הסכסוך הישראלי פלשתיני... | 10 |
| | התשובה לשאלה: היתה התחייבות לנטוש את הטרור. | 11 |
| ש: | האם ההתחייבות הזאת חייבה גם כן את אש"פ? | 12 |
| ת: | כן. | 13 |
| ש: | האם היה גם קיים לפני הסכם אוסלו תוכנית השלבים של אש"פ? | 14 |
| ת: | לא. | 15 |
| ש: | האם היתה הנחיה מטעם היו"ר דאז לכל ארגוני הטרור לחדול מטרור? | 16 |
| ת: | בוודאי. מכיון ש**הוא יו"ר ארגון השחבור הפלשתיני** והוא מדבר בשמו, ובטרם הוא מקבל | 17 |
| | כל החלטה, הוא פונה לועד המבצע של ארגון שחרור הפלשתיני על מנת לקבל את  אישורו | 18 |
| | וזאת מכיון שאנחנו מדברים בתקופה שהרשות הפלשתינית עוד לא היתה קיימת. | 19 |
| | | 20 |
| | **לשאלת בית המשפט:** | 21 |
| ש: | באיזה אופן ניתנה ההנחיה הזאת, בעל פה או בכתב? | 22 |
| ת: | אני מבהיר את המנגנון בו התקבלה החלטה וניתנו ההוראות. | 23 |
| | אנחנו מדברים על הארגונים השייכים לארגון השחרור הפלשתיני, זה דבר ראשון, אני אומר | 24 |
| | זאת מכיון שישנם ארגונים נוספים שאינם שייכים לארגון אש"פ ושאינם כפופים להחלטות | 25 |
| | שלו. | 26 |
| ש: | איך העברית את ההנחיה הזאת? | 27 |
| ת: | באשר לארגונים השייכים לאש"פ, זה נעשה באמצעות הפגישות/כנסים של הועד המבצע של | 28 |
| | אש"פ וההחלטות שלה הינן בבחינת החלטות מחייבות ולשם כך גם נרשמים פרוטוקולים | 29 |
| | של הועדה, באשר לארגונים שאינם שייכים לאש"פ, העברת ההנחיות מתבצעת באמצעות | 30 |

SHATSKY-007134

59





**בית המשפט המחוזי בתל אביב - יפו**

| | |
|---|---|
| **22 דצמבר 2010** | **ת"א 05-1137 גולדמן ואח' נ' הרשות הפלשתינית ו/או המועצה הפלשתינית ואח'** |

1     המדיה/התקשורת, מכיוון שההנחיות המתקבלות על ידי הועד המבצע, מופנות לציבור

2     בכללותו לרבות כל האנשים ולרבות הארגונים שאינם שייכים לאש"פ.

3

4     <u>המשך חקירה:</u>

5     ש: האם היו ארגונים פלשתינאים שהמשיכו לעשות שימוש בטרור ומיהם?

6     ת: כן בוודאי, היו ארגונים שעמדו מנגד מבחינה עקרונית של ארגון השחרור הפלשתיני, הם

7     בכלל מתנגדים לאש"פ ואינם רואים בה כמייצגת את העם הפלשתיני. לדוגמא: החמאס

8     והג'האד האיסלמי, שניהם היו נגד אוסלו ונגד ההסכמים שנכרתו בין הרשות לבין מדינת

9     ישראל, ובמהלך השנים שלאחר ההסכם, הם נקטו פעולות על מנת להכשיל את התהליך.

10     ש: האם הארגונים האלה הוצאו אל מחוץ לחוק ברשות הפלשתינית?

11     ת: הרשות הפלשתינית מכריזה על פעילויות שהינן מחוץ למסגרת החוק, וכל גורם שנוקט

12     בפעילויות מעין אלה, הוא בעצמו מפר את החוק.

13

14     <u>לשאלות בית המשפט:</u>

15     ש: האם הארגונים הללו הוצאו אל מחוץ לחוק ברשות הפלשתינאית?

16     ת: המליציות החמוזיינות והארגונים החמוזיינים הקשורים בארגונים האלה, הם אלה שהוכרזו

17     שהינם פועלים מחוץ למסגרת החוק.

18     ש: איזה ארגונים הוכרזו, על ידי מי ובאיזה אופן?

19     ת: לדוגמא: הארגון הצבאי של תנועת החמאס, שהוא למעשה גדודי אזידין אל קסאם, שהוא

20     ארגון המתכנן והמבצע את הפעילויות האלה, הוא הוכרז כאמור כמחוץ לחוק על ידי

21     הרשות הפלשתינית ויו"ר הרשות, המדובר בהנחיות שניתנות לממשלה ולמנגנוני הבטחון

22     הפלשתינאים, על מנת לבצע מעקב אחר הפעילויות של הארגונים האלה, וזאת על מנת לסכל

23     כל פעילות שהם עלולים לבצע, לעצור את אנשיה ובנוסף, תפיסת/החרמת נשקים, חומרי

24     נפץ וכספים שלהם.

25

26     <u>הערת בית המשפט:</u>

27     בית המשפט חוזר על שאלותיו של עו"ד רוט, משום שהעד אינו עונה באופן ענייני וברור לשאלות

28     שנשאל.

29

30

31

SHATSKY-007135



60



בית המשפט המחוזי בתל אביב - יפו

ת"א 05-1137 גולדמן ואח' נ' הרשות    22 דצמבר 2010
הפלשתינית ו/או המועצה הפלשתינית
ואח'

**המשך חקירה:**

| | |
|---|---|
| 1 | ש: היו בכל זאת פיגועים, לפחות משנת 94 עד 2004, 10 שנים? |
| 2 | |
| 3 | ת: כן. |
| 4 | ש: האם נכון, שמדינת ישראל הגישה בקשות הסגרה של המחבלים שהיו מעורבים בפיגועים |
| 5 | אלה, האם ידוע לך על כך? |
| 6 | ת: לא יודע. לפי מיטב ידיעתי ובכפוף להסכם, ואני משנה את המילה בכפוף לאחר הערת עו"ד |
| 7 | ארנון, בכפוף להסכם זה בסדר, אין תנאי המחייב את הרשות להסגיר אנשים למדינת |
| 8 | ישראל. אלא שהרשות מחויבת להעמיד לדין אנשים שהוכח שהם אשמים. |
| 9 | ש: יש טענה על ידי המומחה שלנו, שקיימת מדיניות של דלת מסתובבת שעצרתם אותם |
| 10 | ושחררתם אותם מהר? |
| 11 | ת: זה לא נכון בכלל. אותם אנשים שהוכח שהם אשמים היו אמורים להשאר בבתי הכלא, |
| 12 | אכן נשארו בבתי הכלא, אם תרצה לשמוע דוגמא, חלק מהעצורים שהיו בחזקת הבטחון |
| 13 | המסכל, נשארו בכלא עד הרגע האחרון למרות הפלישות, ולמרות הקשיים שעמדו בפני |
| 14 | כוחות הבטחון הפלשתינים והם נשארו בתוך בתי הכלא כאמור, עד שהגיעו הכוחות |
| 15 | הישראליים ולקחו אותם מתוך בתי הכלא הפלשתינאים. זו גם ראיה בעד עצמה על כך שמי |
| 16 | שצריך להשאר בכלא אכן נשאר בכלא, וזאת... |
| 17 | זה מנקודת המבט שלי, הם נשארו בתוך בתי הכלא ועד שהכוחות הישראליים פלשו ולקחו |
| 18 | אותם בעצמם. |
| 19 | ש: איך אתה מסביר שהרוצחים של השר רחבעם זאבי קיבלו מקלט במוקעטה? |
| 20 | ת: לא, הם לא קיבלו מקלט במוקעטה, המוקטעה זה מתקן גדול |
| 21 | שיש בתוכו המשכן של המודיעין הפלשתיני, והם היו עצורים בבית הכלא השייך למודיעין |
| 22 | הכללי שבית הכלא הזה נמצא בתוך המתקן המוקעטה. |
| 23 | ש: באחד מהמסמכים שאתה בעצמך הבאת, נספח ח' (כתוב בערבית), לפי התרגום שעשו לי |
| 24 | ואני מצטט "הרשות הפלשתינאית התרשלה בנקיטת כל האמצעים האפשריים במניעת |
| 25 | ביצוע התקפות מסוג זה ובהבאת האחראים עליהם לדין ובהתרשלות של סיוע ליצירת |
| 26 | אווירה בה הפושעים חמקו מן העונש בשל פשעם אלה". |
| 27 | |
| 28 | **הערת בית המשפט:** |
| 29 | בית המשפט ביקש לברר עם עו"ד רוט על איזה "סוג" התקפות מדובר במסמך, ולאיזה תקופה הוא |
| 30 | מתייחס ועו"ד רוט ענה שלא תרגמו לו את כל המסמך, ואין זו חובתו לתרגם את המסמך. |
| 31 | |

61



*TSVP 60*



**בית המשפט המחוזי בתל אביב - יפו**

22 דצמבר 2010

ת"א 05-1137 גולדמן ואח' נ' הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח'

| | |
|---|---|
| 1 | **המשך החקירה:** |
| 2 | ש : האם האמור במסמך שאתה צרפת, נספח ח', הינו נכון או לא? (המסמך מוצג לעד). |
| 3 | ת : לפי ראות עיני, מה שנאמר בחלק הספציפי הזה, לא נכון. |
| 4 | ש : האם זה נכון שברשאית האינתיפאדה בשנות ה- 2000 שוחררו מהכלא כל המחבלים של |
| 5 | ארגוני הטרור הפלשתינאים, שהוחזקו שם באותו רגע? |
| 6 | ת : זה לא נכון בכלל. נהפוך הוא, הרשות הפלשתינית הצליחה לעצור אנשים שהיו מעורבים |
| 7 | בפעילות בלתי חוקית ואף להעמידם לדין. לדוגמא : נאלל יאסין שהרג חייל ישראלי |
| 8 | בקלקיליה וזה היה באותו יום שהתרחשו ארועי האינתיפאדה ב- 29.9.00, ולמרות האוזירה |
| 9 | של ההסתה והאוזירה המתלהמת בוצע המעצר והובא בפני בית משפט צבאי והנאשם ברצח |
| 10 | בכוונה וגרימת נזק לאינטרסים הפלשתיניים והושת עליו עונש של מאסר עולם ועד 15 |
| 11 | שנים. והוא היה עצור מ- 29.9.00 עד 2.4.02, כשאז הצבא הישראלי ביצע פלישה וכיתר את |
| 12 | המשכן של הבטחון המסכל בביתוניה שזה בסמוך לרמאללה, ומשם הוא נעצר על ידי |
| 13 | הגורמים הישראליים. |
| 14 | ש : אולי זה היוצא מן הכלל שלא יקדש את הכלל, שהוא לשחרר אסירים? |
| 15 | ת : הכלל הוא לעצור ולהמשיך להחזיק במעצר את מי שצריך להיות במעצר, והדוגמא שהבאתי |
| 16 | מחזקת את האמור. |
| 17 | ש : זה נכון שהמבוקשים על ידי ישראל, על פעילות טרור נגד אזרחי ישראל, מעולם לא הועמדו |
| 18 | לדין על רצח ישראלים, ברשות הפלשתינאית? |
| 19 | ת : זה לא נכון, חלק מכתבי האישום שלהם  הינו גרימת מוות לישראלים, וזה לפי המקרה |
| 20 | הקונקרטי והפרטים של כל מקרה לגופו. |
| 21 | ש : האם אתה מכיר את סעיף 378 של הקובץ העונשי הפלשתינאי? |
| 22 | ת : אני לא זוכר, אני לא יודע על מה אתה מדבר. |
| 23 | ש : האם זה נכון שמדינת ישראל וכוחותיה הפקיעו את כל המסמכים שהיו במוקעטה ובידי |
| 24 | הבטחון המסכל? |
| 25 | ת : באשר לבטחון המסכל, לאחר שהמתקום הופגז והושמד, היה מדובר בעפר. הכל היה הרוס |
| 26 | ושרוף. ובקשר למוקעטה – אין לי שום מידע, ומה שידוע לי שיו"ר ערפאת נשאר במשרדו |
| 27 | והמסמכים נשארו במשרדו, מכיון שאף אחד לא נכנס לשם. |
| 28 | ש : האם ראית את חוות הדעת מטעם התובעים? |
| 29 | ת : כן, של דוחת. |
| 30 | ש : האם ראית שהסתמכו על צילומי חלק ממסמכי השלל שהופקעו מהמוקעטה? |
| 31 | ת : כמסמכים, אני ראיתי. |

*האסמכים?*
*שמוצ...*
*של ...*

SHATSKY-007137

Case 1:18-cv-12355-MKV-DCF Document 536-83 Filed 10/05/21 Page 23 of 23
Case 1:02-cv-02280-RJL Document 254-6 Filed 12/15/11 Page 22 of 23

62

TSVP(63)



**בית המשפט המחוזי בתל אביב - יפו**

22 דצמבר 2010

ת"א 05-1137 גולדמן ואח' נ' הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח'

| | | |
|---|---|---|
| 1 | ש: | האם הם מזוייפים? |
| 2 | ת: | אני לא יודע. אני לא עסקתי בהם באופן אישי על מנת לדעת אם הם אותנטיים או אם לאו. |
| 3 | ש: | האם אתה יודע שאש"פ הוכרז בדין הפלילי של מדינת ישראל כארגון טרוריסטי? |
| 4 | ת: | לא יודע, מעולם לא שמעתי, זה אף מוזר שאני שומע את זה. |
| 5 | ש: | האם הומצאו לארגוני טרור פלשתינאיים שהם לא שייכים לאש"פ אמצעי לחימה בתחילת |
| 6 | | האינתיפאדה אל אקצה, האם הרשות הפלשתינית מסרה לארגוני טרור פלשתינאים שהם |
| 7 | | לא שייכים לאש"פ, כמו החזית העממית והחמאס, אמצעי לחימה? |
| 8 | ת: | בכלל לא, זה לא נכון. |
| 9 | ש: | האם היית כבר בתפקיד בשנת 96'? |
| 10 | ת: | כן. |
| 11 | ש: | כשהמהנדס יחיא עייש נרצח על ידי פעולות צה"ל, האם נכון שהיו"ר השתתף בהלוויה? |
| 12 | ת: | אין לי שום מידע לגבי הנושא הזה. |
| 13 | ש: | האם אתה יודע אם סכומי כסף הועברו לטרוריסטים שהיו מעורבים בטרור, ולארגוני |
| 14 | | המחבלים של חזית הסירוב? |
| 15 | ת: | אני בכלל לא יודע ואני סבור שלא. |
| 16 | ש: | בחוות דעתך אתה מדבר על גינויים לטרור, אבל יש הרבה מקרים של עדויות של מתן עידוד |
| 17 | | לטרור על ידי הנהגת אש"פ באותה תקופה? |
| 18 | ת: | בכלל לא, לא היה שום עידוד. |
| 19 | | |
| 20 | | **חקירה חוזרת:** |
| 21 | | אין לי חשק לחקור, לאור הערות בית המשפט. |
| 22 | | |
| 23 | | |
| 24 | | **החלטה** |
| 25 | | |
| 26 | | שכר העד בסך 750 ₪ + מע"מ כחוק. |
| 27 | | |
| 28 | | |

SHATSKY-007138