# LOWELL DECL. EX. 71

# [FILED UNDER SEAL/REDACTED]