# LOWELL DECL. EX. 73

Exhibit 15

Case 1:02-cv-02280-RJL Document 253-15 Filed 11/12/13 Page 2 of 6

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

[Stamp] Authentic Copy

[Stamp] Judea and Samaria Appellate Court * The Military Courts Unit

*August 23, 1990*

*To: Head of Investigations Department*

*From: Master Sergeant Elias Hawa*

*Re: Transport and Indication Report*

*After I took the statement of Raed Musa Ibrahim Nazal, Identity No. 944700574, a prisoner at Jenin Prison, Cell 5, I asked him whether he was prepared to reconstruct and show how he committed the murder of the deceased, Jamil Musa Hamad Manatzra, and the above mentioned individual consented to do so after having been warned that he was not obligated to do so.*

*At 9:00 a.m., the above mentioned prisoner led us to Cell 5 I Block A through the prison yard through the doors of the prison to Cell 5. In the cell, the prisoner showed to me and to a forensic identification man who joined me the bed of the murder victim and the way in which he was transferred to his bed (of the murderer). The above mentioned individual sat next to me on the bed, pulled his shirt and transferred it to the other bed in the right corner next to the door, showed us the way that he was tied up with strings and was photographed. I must state that prison guard Riad Kabishi* [illegible] *also participated in the reconstruction. The prisoner Raed demonstrated how he tied up the murder victim and how he beat him and where he showed the tying of his hands with blue cords made of woolen threads that he had prepared from scraps of a shirt that he made in a toilet seat next to the toilet block, the prisoner Raed Nazal demonstrated the blows inflicted on this prisoner, indicating that he hit him in the groin, testes, lower abdomen, chest, thorax, neck, head, face and twisted his neck, the prisoner also demonstrated with his hands and legs how he assaulted the victim.*

*During the reconstruction, the prisoner Raed Nazal stated that he started at about 11:30 p.m. and ended at about 2:30 a.m., showered afterward and laid down in the bed of the victim until half past four in the morning and only then did he report it.*

*The reconstruction ended at 9:30 a.m.*

*I read out to the detainee the content of the construction and translated it into Arabic, and he refuses to sign, alleging that he does not sign at all.*

[Signature] [illegible]

[STAMP] SHATSKY-002952-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

[Stamp] Authentic Copy
[Stamp] Judea and Samaria Appellate Court * The Military Courts Unit
*9179/93* [illegible] [Signature]

The Crime Scene Laboratory
Branch: *Samaria*
Tel.: ____________
Date: *August 23, 1990*

*Samaria Subdistrict / Commander of Jenin Station*

Initial Crime Scene Visit Report

Date of the incident *August 22-23, 1990* time *11:00 p.m. – 2:30 a.m.* Date of the visit *August 23, 1990* Time *8:15 a.m.*
Description of the circumstances of the incident *The suspect and the victim were imprisoned in a common cell at Jenin Prison, at about 11:30 p.m. to about 2:30 a.m., the suspect beat the victim to death.*
Place of the incident: *Jenin prison*
Details of the casualty/~~ies~~ *Jamil Manatzra*
Details of the suspect/~~s~~ *Raed Musa Ibrahim Nazal*
The attending investigator ______________ Identification technician ______________

Preliminary actions that were performed at the scene *The body was removed from the cell by the prison guards and was transferred to another place.*
Actions that were performed by the laboratory *The body was found in a room in the prison yard, with signs of violence on the area of the penis and groin, subcutaneous hematomas, signs of strong grabbing around the waist, subcutaneous hematomas in the area of the chest, superficial lesions in the area of the neck and face, the back of the neck is free. The neck may be broken. Signs of tying on the wrists and ankles, on the dorsum of the right hand there are signs of a struggle of the victim on the wall next to the place at which he was tied, the right hand of the victim has blood drops. The scene was documented – in addition a reconstruction was carried out with the suspect*
General comments *At about 11:30 p.m. the suspect approached the bed of the victim, tied up his hands and legs to the legs of the bed, blocked his mouth with a sock and according to him questioned him about being a collaborator and during the questioning the suspect beat the victim with his elbows in the area of the groin, his intimate parts, in the area of the lower abdomen and in the chest area. He also punched him in the head and twisted his head forcibly. At a certain stage he saw that the victim no longer responded, tried to resuscitate him but in vain.*

A summary report will be sent to the Investigations Branch officer at the end of the processing of the laboratory file.

Exhibits – see itemization on the other side of the page.

[STAMP] SHATSKY-002953-T

# Original

Case 1:02-cv-02280-RJL Document 253-15 Filed 11/12/13 Page 5 of 6

בית המשפט לערעורים * יחידת בתי המשפט הצבאיים *
העתק
נאמן למקור

23/8/90

אל: [illegible]
לכב': [illegible] אליהו חזן

הנדון: [illegible]

הנני שמסרתי את עדותו של ראיד מוחמד אבראהים נצאר ת.ז. 944700574 אסיר בכלא [illegible] 5 [illegible]
[illegible] איך ביצע את רצח [illegible]
[illegible] כן [illegible]

[illegible]

[illegible] 30 [illegible]

[illegible]

[illegible] 23:30 [illegible]

[illegible] 30:30.

[illegible]

SHATSKY-002952

הודעת העבירה

סניף: שומרון

סל':

תאריך: 23/8/90

בית המשפט לערעורים באיו"ש * יחידת בתי המשפט הצבאיים *
העתק נאמן למקור

# דו"ח ביקור ראשוני בזירת העבירה

תאריך המקרה 22-23/8/90 שעה 23:00-02:00 תאריך הביקור 23/8/90 שעה 08:15

תאור נסיבות המקרה: החשוד והקורבן היו נשואים [illegible] בכפר ג'נין בשעה 23:00 ועד השעה 02:00 [illegible] היכה החשוד את הקורבן למוות.

מקום המקרה: [illegible] ג'נין

פרטי הנפגע/ים: ג'מילה [illegible]

פרטי החשוד/ים: [illegible] מוסא [illegible]

החוקר המטפל ______ טכנאי זהוי ______

פעולות מקדימות שבוצעו בזירה: הגופה הוצאה מהבית ע"י ההורים והועברה למקום אחר.

פעולות שנעשו ע"י המעבדה: הגופה נמצאה בחדר [illegible], סימני אלימות באזור [illegible] [illegible] כתמי דם [illegible], סימני [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] של הקורבן [illegible] [illegible] של הקורבן [illegible] דם.
[illegible] [illegible] שהוא עם החשוד.

הערות כלליות: בשעה 23:00 [illegible] החשוד [illegible] של הקורבן, קשר את ידיו ורגליו [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] החשוד את הקורבן [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] שהקורבן [illegible] עוד [illegible] להחזיר לנשימה.

דו"ח מסכם ישלח לקצין אח"ק בסיום הטיפול בתיק המעבדה.

מוצגים - ראה פירוט מעבר לדף.

SHATSKY-002953