# LOWELL DECL. EX. 74

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

**Order for Photography / Stamping Works**

To: The photography unit / identification lab *Samaria*. * Case / incident No. *Incident 1 – dated August 23, 1990*

From: *Jenin investigations.*
Please perform the photography / stamping works as follows: -

| Identity No. | Last name | First name | Name of father |
|---|---|---|---|
| Name of mother | Year of birth | Address | Zip code |

2. Description of the offense(s): -

| Date of the offense | Place of commission of the offense | Section of the law |
|---|---|---|

*Color*
* Details of the offense(s)/ or any other subject:
*Photograph of murder scene inside Jenin Prison.*
*The murder victim – Jamil Manatzra – photograph of body.*
*The murderer – Raed Musa Ibrahim Nazal – the above mentioned individual admitted to and reconstructed the murder. (the reconstructing prison guard – Riad Kabishi).*

3. The number of photographs requested:-

| Photographs | Prints | Magnifications | Size |
|---|---|---|---|

4. Stamping:-

| Number of stampings | 3004 | B/ 3001 | Other |
|---|---|---|---|

Date of order Signature of ordering party ______________________
Number Rank Name

**For use by photographer / technician**
**Work log number** *262/90* Photographed ☒ Stamped ☐
Date: *August 23, 1990* Signature of photographer / technician: *Efi Lotan* [Signature]
Number Rank Name

I have received * the documents / the exhibits / the negatives / the photographs
Date ____________________ Signature of recipient ______________________
Number Rank Name

* Delete that which is not applicable
M 3051 D.M. Jerusalem 2000 x 100 (8.86) 86/51905

[STAMP] SHATSKY-003272-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

**Details of the Examiner/Photographer**

| Number | Rank | First Name | Last Name | Date of Photograph |
|---|---|---|---|---|
| *45959* | *Master Sgt.* | *Efi* | *Lotan* | *August 23, 1990* |
| Location of photograph | | | | |

| File No. *Incident 1 dated August 23, 1990* |
|---|
| Laboratory Log No. *262/90* |

## Table of Photographs

Photo No.

| *1* |
|---|

*Photograph of the cadaver of Jamil Manatzra, inside Jenin prison. The cadaver was photographed in a room in the prison after having been taken out of the cell. Signs of internal hematomas can be seen in the chest and abdomen areas. Marks from tying up are visible in the area of the waist and abdomen.*



Photo No.

| *2* |
|---|

*Photograph of the back, signs of livor mortis as a result of lying supine, mark from being tied up on the left waist, see arrow 1.*




[STAMP] SHATSKY-003273-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

| *2* |
|---|
| *Photograph of the back, signs of livor mortis as a result of lying supine, mark from being tied up on the left waist, see arrow 1.* |



Photo No.

| *3* |
|---|
| *Photograph of marks from being tied up in the waist area.* |



**The "table of photographs" constitutes an integral part of the examiner's report** from form M-4104
Israel Police M-4191 D.M.R-H 83/39021 (6.84) 45.000 Signature: [Signature]

[STAMP] SHATSKY-003274-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

*(2)* *Continued*

| Number | Rank | First Name | Last Name | Date of Photograph | File No. |
|---|---|---|---|---|---|
| Location of photograph | | | | | Laboratory Log No. |

## **Table of Photographs**

| Photo No. |
|---|
| *4* |
| *Marks from tying up and hematomas in the abdomen area.* |

| Photo No. |
|---|
| *5* |
| *Photograph of marks from a struggle in the right hand → 1*<br>*Photograph of marks from being tied up → 2.* |

[STAMP] SHATSKY-003275-T

Case 1:02-cv-02280-RJL Document 253-16 Filed 11/12/13 Page 5 of 11

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

| *5* | |
|---|---|
| *Photograph of marks from a struggle in the right hand → 1*<br>*Photograph of marks from being tied up → 2.* |  |

Photo No.

| *6* | |
|---|---|
| *Photograph of the face and head of the murder victim.* |  |

**The "table of photographs" constitutes an integral part of the examiner's report** from form M-4104

Israel Police M-4191 D.M.R-H 83/39021 (6.84) 45.000 Signature: [Signature]

[STAMP] SHATSKY-003276-T

# Original

Case 1:02-cv-02280-RJL Document 253-16 Filed 11/12/13 Page 7 of 11



# הזמנה לעבודות צילום / הטבעה

מס' התיק/האירוע

אל: מעבדת הצילום / יחידת זהוי

מאת:

נא לבצע את עבודות הצילום / הטבעה דלקמן: —

1. * עציר/חשוד: —

| מס' הזהות | שם המשפחה | השם הפרטי | שם האב |
|---|---|---|---|
| שם האם | שנת הלידה | המען | מיקוד |

2. תיאור העבירה(ות): —

| תאריך העבירה | מקום ביצוע העבירה | סעיף החוק |
|---|---|---|
| | | |

° פרטי העבירה(ות)/או כל נושא אחר:

3. כמות הצילומים המבוקשת: —

| צילומים | הדפסות | הגדלות | בגודל |
|---|---|---|---|
| | | | |

4. הטבעה: —

| מספר הטבעות | 3004 | ב/3001 | אחר |
|---|---|---|---|
| | | | |

תאריך ההזמנה ........ חתימת המזמין ........

השם ........ הדרגה ........ המספר ........

**לשימוש הצלם / הטכנאי**

מספר יומן העבודה 262/90

הוטבע ☐ צולם ☒

התאריך: 23/8/90 חתימת הצלם / הטכנאי

השם ........ הדרגה ........ המספר ........

קיבלתי את * המיסמכים / המוצגים / הניגטיבים / הצילומים.

התאריך ........ חתימת המקבל ........

השם ........ הדרגה ........ המספר ........

* למחוק את הבלתי מתאים.

3051 מ

86/51905 (8.86) 2000×100 ד.מ.י"ם

מס' התיק

מס' יומן המעבדה 262/90

SHATSKY-003272

Case 1:02-cv-02280-RJL Document 253-16 Filed 11/12/13 Page 8 of 11



רטי הבוחן/הצלם

| המספר | הדרגה | השם הפרטי | שם המשפחה | תאריך הצילום |
|---|---|---|---|---|
| 45959 | | | | 23/8/90 |

מקום הצילום

מס' התיק

מס' יומן המעבדה 262/90

לוח תצלומים

תצלום מס' 1

תצלום מס' 2


תצלום מס'
3
"לוח התצלומים" מהווה חלק בלתי נפרד מדו"ח הבוחן
מטופס מ"ר 4104
משטרת ישראל מ"ר 4191
ד.מ. ר-ה 83/39021 (6.84) 45.000
החתימה



2

פרטי הבוחן/הצלם

| המספר | הדרגה | השם הפרטי | שם המשפחה | תאריך הצילום |
|---|---|---|---|---|
| | | | | |

מקום הצילום

מס' התיק

מס' יומן המעבדה

# לוח תצלומים

תצלום מס' 4

סימני שריטה ושטפי דם באזור הבטן

תצלום מס' 5

צילום סימני מאבק רגל יד ימין 1 ←

צילום סימני כריתה ← 2

Case 1:02-cv-02280-RJL Document 253-16 Filed 11/12/13 Page 11 of 11

