# LOWELL DECL. EX. 75

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

# Ministry of Health
## The Institution of Forensic Medicine

Based on the external examination / autopsy (delete that which is not applicable), the findings according to the photographs below are an integral part of Report No. **1087/576/90**
Consistent with the report on the deceased **Jamil Musa Hama Manatzra**

Picture Number 1
**The upper body from the front left**



Picture Number 2
**The middle body from the front left**



Picture Number 3

[STAMP] SHATSKY-003277-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

# Ministry of Health
## The Institution of Forensic Medicine

Based on the external examination / autopsy (delete that which is not applicable), the findings according to the photographs below are an integral part of Report No. **1087/576/90**
Consistent with the report on the deceased **Jamil Musa Hama Manatzra**

Picture Number 1
**The abdomen and pelvis from the front right.**



Picture Number 2
**The abdomen and pelvis from the left.**



Picture Number 3
**Right hand.**   [

[STAMP] SHATSKY-003278-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com



Picture Number 2
**The abdomen and pelvis from the left.**



Picture Number 3
**Right hand.**



[STAMP] SHATSKY-003279-T

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

# Ministry of Health
## The Institution of Forensic Medicine

Based on the external examination / autopsy (delete that which is not applicable), the findings according to the photographs below are an integral part of Report No. **1087/576/90**
Consistent with the report on the deceased **Jamil Musa Hama Manatzra**

Picture Number 1
**Head and neck from the front left.**



Picture Number 2
**Neck and left shoulder.**



Picture Number 3
**Thorax and abdomen, from the front right.**

[STAMP] SHATSKY-003280-T

Original

משרד הבריאות
המכון לרפואה משפטית

על סמך הבדיקה החיצונית/הנתיחה (מחק את המיותר) והממצאים לפפי והתמונות מטה הם חלק בלתי נפרד מדוייח מספר ‎1087/576/90‎

מתאים לדוייח המנוח / ה ‎גמיל מוסא חמד מנאצרה‎

תמונה מספר 1 :



פלג גוף עליון
אש מקדימה ומצד שמאל.

תמונה מספר 2 :



פלג גוף אמצעי
מקדימה ומצד שמאל.

תמונה מספר 3 :

SHATSKY-003277

משרד הבריאות
המכון לרפואה משפטית

על סמך הבדיקה החיצונית/ הנתיחה (מחק את המיותר) הממצאים לפפי התמונות מטה הם  חלק
בלתי נפרד מדוייח מספר   1087/576/90

מתאים לדוייח המנות / ה    גמיל מוסא חמד מנאצרה



תמונה מספר 1 :

ןן ואגן מקדימה

מצד ימין.



תמונה מספר 2 :

טן ואגן מצד שמאל.

תמונה מספר 3 :

ף יד ימין.

SHATSKY-003278



תמונה מספר 2 :

בטן ואגן מצד שמאל.

תמונה מספר 3 :

כף יד ימין.

SHATSKY-003279

משרד הבריאות
המכון לרפואה משפטית

על סמך הבדיקה החיצונית/ הנתיחה (מחק את המיותר) הממצאים לפפי התמונות מטה הם   חלק
בלתי נפרד מדו"ח מספר   1087/576/90
מתאים לדו"ח המנוח / ה   גמיל מוקא חמד מנאצרה

תמונה מספר 1 :

ראש וצואר מקדימה
ומצד שמאל.

תמונה מספר 2 :

ווארוכתף שמאל.

תמונה מספר 3

ית חזה ובטן
דיקה נמצד ימין

SHATSKY-003280