# LOWELL DECL. EX. 77

Exhibit 125

[www.pflp.ps/news.php?id=2236. Site accessed on July 25, 2012]

SHATSKY-002808-T





 *Shahid* [martyr] Raed Nazal, a Man of Convictions and of Overflowing Revolutionary Faith

**Author's name:** Rasem Ubeidat

**Date of publication:** 13 May 2012

**Views:** 185

SHATSKY-002809-T

The *shahid* [Martyr] Raed Nazal was educated in the school of the great deceased, the international, pan-Arab, national leader, the philosopher of the revolution, George Habash, and of the comrades who shared his path and his party, the *shahid* [martyr] leader Abu Ali Mustafa, the prisoner leader Ahmad Sa'adat, and other such great leaders, who trained leaders, cadres and rank-and-file members to adhere to the interests of their party and people. These are field leaders, who are leading the ranks into battle, and who believe that a true leader is not someone who covers himself with titles, ranks and medals. These are all things that get lost in the thick of battle, [as someone] struggles for the sake of those he is affiliated with, and for the sake of his convictions, views and principles.

The *Shahid* [martyr] Raed Nazal was a man of positions and principles. He erased from his dictionary the word "impossible", and was always on the go, never resting, never getting tired, never too proud to take upon himself a task in favor of the party or the organization, no matter big or small. He was never impatient, nor rushing into a fight. He was a family man, and a warrior who knew the way to the occupation's jails, its interrogation centers and its prison cells. That is why he entered the struggle early on, and was arrested as a young child at the age of 13. Later on, he continued the course of his struggle and glory in and out of prison. While in prison, he set an example as a comrade and a leader, not only to his comrades, but to all prisoners.

He was strong-willed, stubborn, and uncompromising. He never hesitated for a minute before killing those who betrayed their homeland and party. He paid the price of this trait without making personal calculations or calculations of profit and loss. He always thought of the interest of the party and the homeland. While in prison, he refined his expertise and experience, and deepened his awareness. He did not leave prison before he joined the activity and struggle, and

[www.pflp.ps/news.php?id=2236. Site accessed on July 25, 2012]

**SHATSKY-002809-T (continued)**

implemented them in all their forms (secret activity, as well as open, organizational, popular, struggle and military activities).

We will not be exaggerating if we say that the comrade, leader, *shahid* [martyr], is one of the most prominent PFLP leaders and warriors, who have returned to it its prestige, its presence, its role, and its popularity in the region of Qalqilya and in the northern [West Bank]. He also broadened the scope of its struggle and military activities during the Second Intifada. He became a symbol and model in the leadership of the Shahid Abu Ali Mustafa Brigades and cells, while at the same time the occupation and its intelligence agencies included him in their most-wanted list.

They tried to assassinate him many times, and searched for him and his comrades day and night, raiding, inspecting, observing and following. At the end, they managed to kill him after a fierce battle on 26 April 2002. Their long-range missiles hit the comrade, leader and *shahid* [martyr] after a legendary steadfast battle. The comrade gained the respect of the party's leaders, cadres and rank-and-file, as well as the respect of our people. His *istishhad* [act of martyrdom] was a great loss to the PFLP and to the homeland.

This is what comrade leader Sa'adat wrote about him:

**SHATSKY-002810-T**

The *shuhada* [martyrs] write in our history books letters and words soaked with blood, and lines weaved from their torn body parts.

The Palestinian leaders, including my own self, should seek inspiration from the glorious deeds of the righteous *shuhada* [martyrs] in every thought and crossroad. We should grow stronger and more devoted to the [Palestinian] cause and position, and whenever one of us is overcome with weakness or doubt, we can find in their positions that which can benefit us, light our path, and lead us to an inevitable victory.

Why did I choose these words to describe my comrade Raed Nazal? I chose these words because the present stage, especially following the aggressive assault of the American cowboys and their British followers against the region – through the Iraqi gate - bears with it a great need to renounce the culture of defeat and present it with strong resistance. Those who promote this culture make sobbing statements in the name of reality and rationality, and are taking cover until the storm passes. Our ears have already grown accustomed to such statements. Therefore, we must turn to the honorable phrases made by an artist, a cultured man, an innovative warrior and a *shahid* [martyr], so that one of these wailers who follow the culture of defeat will not insult them.

[www.pflp.ps/news.php?id=2236. Site accessed on July 25, 2012]

**SHATSKY-002810-T (continued)**

Look at the life of my comrade, the *shahid* [martyr], the leader Raed Nazal, and you will find your answer. His life incorporates theory with action in the melting pot of "the cause and the position"!!

The examples the *shahid* [martyr] field leader Raed Nazal "Abu-Asir" used to give, were easy and straightforward, and needed no explanation or probing their depth with complicated, philosophical or educated introductions. He befriended you in less than a minute, and when your meeting ended you already wished you could see him again. When he was a child, he had strong features of adulthood, and when he turned into an adult, he had strong features of childhood – innocence and straightforwardness. I do not exaggerate when I say that even his bluntness came as a result of adorable spontaneity and did not cause any anger. His appearance and soft voice, his echoing laughter and restrained cry – left their mark. In short, in his behavior he expressed his humanity and its irreplaceable wealth.

Comrade Raed was a marvelous legendary figure, who set an example of affiliation and continuous struggle since he was a young boy. Since the age of 13 and until the day he died, the slogan of continuous struggle did not leave him – both in words and actions. When he was in prison, and after his release, he was always carrying the weapon of struggle and personal development. He applied his famous slogan: "I will never become a slave of the period, nor will I accept in public this humiliating position, because I only live once, and I wish to live an honorable life."

Original





Wednesday, July 25, 2012

http://www.pflp.ps/news.php?id=2236

SHATSKY-002809



