**LOWELL DECL. EX. 80**

Exhibit 43

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

*TSVP (62)*                                                   63

[Emblem of State of Israel]
### The District Court in Tel Aviv Yaffo

**Civil File 1137-05 Goldman *et al.* v. the Palestinian**                **December 22, 2010**
**Authority and/or the Palestinian Council**
***et al.***

Further to the statements of Adv. Arnon, I shall ask to clarify that the examination of Adv. Arnon greatly exceeded the norm and examination style of reexaminations, and in effect became a set of improvements to the expert opinion that was filed.

-

**Handed down on this day, 15 Tevet 5771, December 22, 2010, in the presence of the attending parties.**

_____
[Signature]
**Dalia Ganot, Judge**

**Defense witness No. 3, Mr. Yousef Ahmad Jubran, after having been duly warned, responds in the examination via the interpreter Rabia Salameh to the questions of Counsel for the Plaintiffs:**

I do not speak Hebrew.

Q.      Do you have a letterhead of the Ministry for Social Affairs here?

A.      What is the letterhead? I am a pensioner (the Court explained to me what a letterhead is), I do not have it, I have been retired for 5 years.

Q.      Is it true that this Ministry has internal laws that arrange the issue of payments to prisoners?

A.      Yes. For martyrs, for the injured and disabled, these are rules that regulate those payments.

Q.      Are there regulations also, in addition to the laws?

A.      There were bills that were supposed to be submitted to the Legislative Council, but the council was shut down. To the best of my knowledge, Section 22 of the Authority Basic Law states that financial aid is to be given to families of the martyrs, prisoners, injured and damaged, as social support.

1

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

Q.      The eligible families that you mention in Section 6 means also for martyrs of the Hamas and of refusal organizations?

A.      Yes. Because these are families that have lost their breadwinner, and this is social support, ignoring the acts that the breadwinner who has died committed.

Q.      This is also a kind of support for people who are involved in hostile actions and who have not died who are in Israeli prisons, is it true that they receive an allowance too?

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

*TSVP (63)*                                   64
[Emblem of State of Israel
**The District Court in Tel Aviv Yaffo**

**Civil File 1137-05 Goldman *et al.* v. the Palestinian**          December 22, 2010
**Authority and/or the Palestinian Council**
*et al.*

A.      This aid is transferred via the Ministry for Prisoners and Released Prisoners Affairs, i.e. prisoners who are in prisons and those who have been released over time. It is emphasized that this support is not from us but from the Ministry for Prisoners and Released Prisoners.

**To the question of the Court:**

Q.      Who budgets it?

A.      The Palestinian Authority.

**Examination, continued:**

Q.      Is this support also extended to all prisoners belonging to all Palestinian terrorist organizations?

A.      To all factions, i.e. aid from the Ministry for Prisoners and Released Prisoners, not from us.

Q.      Is it true that there are also money funds that reach Palestinian prisoners from Saudi Arabia, the Arab League, Iran and all sorts of other Arab sources?

A.      I am not aware of such financing, the financing is from the public treasury of the Authority.

Q.      Are there no Palestinian prisoners imprisoned in Israel who get an allowance in addition to the allowance that you talked about?

A.      I do not know, it is not my field of specialty.

Q.      Did the department that you headed not give those allowances to Palestinian Arab prisoners imprisoned in Israel who were not involved in terrorism too?

3

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

A.     Yes. It is from the Ministry of Welfare.

**To the question of the Court:**

Q.     Which gives to Palestinian prisoners who have not been involved in terrorism?

A.     Yes.

**Examination, continued:**

Q.     Therefore there is special care for each type of prisoners, those involved in terrorism and another department deals with inmates who are related to general offenses?

A.     Yes. The ministry of prisoners… when I said yes, I meant yes, I understand the question, and I mean that the ministry … it is empathized that our ministry, which is the ministry dealing with martyrs and injured and other social cases.

4

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

*TSVP (64)*                                                     65
[Emblem of State of Israel]
**The District Court in Tel Aviv Yaffo**
**Civil File 1137-05 Goldman *et al.* v. the Palestinian**                    December 22, 2010
**Authority and/or the Palestinian Council**
***et al.***

I have understood the question. The Ministry of Prisoners… we have two ministries, the Ministry of Prisoners and Released Prisoners, which specializes in security prisoners and also released prisoners of course; in addition we also have the Ministry of Social Welfare that deals with the affairs of the poor and social cases, including the institute that deals with martyrs and injured, and it also gives them social support, among other things.

Q.      Is it true that apart from the lump sum that you mention, there are other benefits?

A.      it is in accordance with the specific social case with regard to the social difficulty of the family, according to the need of the family.

Q.      I intended to ask, special benefits not for families but for security prisoners, these are security prisoners who are in Israeli prison and get additional gratuities from the Palestinian Authority.

A.      They receive the canteen allowance of the prisoners, which is not my field of occupation.

Q.      What does the expression "prisoners of freedom" mean for you in the ministry, do you have such a term?

A.      This refers to released prisoners, prisoners who have been released from the prisons. But you are focusing on a matter that is not my field of occupation or expertise, which I know to a really small extent, I know in general about the field of occupation of prisoner affairs, but that is not my field of occupation and I know what it is in general.

Q.      Do you know that freedom prisoners enjoy status within your ministry after their release?

A.      The prisoners are the field of occupation of the Ministry of Prisoners and not the field of occupation of our ministry. We have no connection with prisoners who have been released.

Q.      But the department that appears of the martyrs inside their government ministry is in the same place, in the same building, is that true or not?

A.      No. The ministry of prisoners and the Ministry of Social Welfare are separate. Not in the same building.

5

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

Q.      I refer you to a letter, Appendix 3, page 3 of the file of exhibits of the Plaintiffs. Look at the document. Do you recognize the document?

A.      (Looks at the document), yes.

Q.      Do you recognize the signature on the document?

A.      Yes. That is my signature.

Q.      The third row of the logo, is it the department of martyrs.

A.      Yes. I am pointing at the third row from the bottom on the right of the logo.


[Handwritten in the margin]  Confirmation of signature

6

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

*TSVP (67)*                                        66

[Emblem of State of Israel]
**The District Court in Tel Aviv Yaffo**

**Civil File 1137-05 Goldman *et al.* v. the Palestinian**                **December 22, 2010**
**Authority and/or the Palestinian Council**
***et al.***

Q.      Is it true that this Ministry transfers from time to time to the State of Israel a list of names with amounts to transfer to prisoners who are incarcerated in Israel?

A.      No, not at all. I wish to give a clarification on the matter of the title, the word that appears here is "Ussar", and in Arabic that is families, which is not "Assra", which is prisoners. There is a difference between "Ussar" and "Assra".

**To the questions of the court:**

Q.      Why are the two words not written in English?

A.      There are initials. I shall say the English version. "Martyrs families injured committee and families" the letter C means care.

**Examination, continued:**

Q.      Is this document not forged?

A.      No.

Q.      The families get this amount once or several times?

A.      Once, and that is according to the social status, and if it needs more… it is according to need.

Q.      Does every Palestinian prison incarcerated in Israel have a file in your office?

A.      No, I have already said that prisoners are under the expertise of the Ministry of Prisoners.

Q.      How long does it take after somebody becomes a martyr for his family to get the allowance?

7

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

A.   It depends on the family's application, at the request of the family. But it's usually a month or two or three, sometimes it is a week.

Q.   Do you agree that it is mostly two months?

A.   No, maybe I said before that a week and that is according to their need.

Q.   Is it true that the particular allowance in the reference that I showed you, is it true that this was not transferred to the Palestinian Territories but outside of the Palestinian Territories, to a foreign country?

A.   (Examines the document) We have offices in all the neighboring countries. In Jordan, in Damascus, Lebanon and Egypt. This specific deposit was transferred to Jordan, (exhibit 3 of the exhibits file of the Plaintiffs, page 3), because his family is in Jordan.

Q.   I put it to you that the family that appears in reference 3 in our exhibits file is a family of the suicide bomber of the Dolphinarium.

A.   (Examines the document), after that we learned that this was true.

8

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

*TSVP (68)*                                        67

[Emblem of State of Israel]
**The District Court in Tel Aviv Yaffo**

**Civil File 1137-05 Goldman *et al.* v. the Palestinian**               December 22, 2010
**Authority and/or the Palestinian Council**
***et al.***

**To the question of the Court:**

Q.       What is it after that?

A.       When his family applied to our office in Amman, the family asked for assistance and claimed that he was murdered and therefore they gave this social assistance.

Q.       How did you learn that he participated in the attack at the Dolphinarium?

A.       The family said it in Amman, they got information from the family and according to that.


**Examination, continued:**

Q.       In similar cases other than this suicide bomber, when it is abroad, the transfer takes 3 months?

A.       What do you mean by 3 months?

Q.       Until the transfer of the money?

A.       It is according to the time at which the family contacts our offices.

Q.       If the application reaches your offices in Jordan, how long does it take for the file to be transferred to them in Ramallah?

A.       The file is not transferred to us, it stays there.


**To the question of the Court:**

Q.       Who processes the payment, the branch in Ramallah or in Amman?

A.       The branch in Ramallah.

Q.       Without a file?

9

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

A.     The file is already there, they inform us, and they also transfer to us the number of the bank details, and then we do the transfer.

**Examination, continued:**

Q.     Do you know whether other money grants were transferred to this family?

A.     No, no, I do not know.

Q.     In your internal administration are there index cards or another document that list in a consolidated manner the payments of this family, in the period of July 1, 2001 or thereabouts, that is: on the day of the attack? Was there an index card in real time?

A.     Yes.

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

68
[Emblem of State of Israel]
**The District Court in Tel Aviv Yaffo**

**Civil File 1137-05 Goldman *et al.* v. the Palestinian**                    **December 22, 2010**
**Authority and/or the Palestinian Council**
***et al.***

**To the question of the Court:**

Q.      Can this index card be seen today?

A.      No, I cannot show it, because I am retired.

Q.      Does such a document exist today?

A.      Yes.

**Reexamination:**

Q.      You used the term martyrs, what do you mean?

A.      Martyrs are people who have been killed or injured during the struggle inside Israel or outside of Israel. For example, whoever died in the civil war in Lebanon are considered as martyrs. In addition whoever died during the Israeli invasion of Lebanon are also considered as martyrs. In addition to that, the events that were in September 1970 in Jordan and also all those who fell in the Intifada are considered martyrs, in the Gaza War and in addition the revolution that was in Gaza and the fighting that was between the Fatah and the Hamas, all the fallen are considered as martyrs too.

**In answer to the question of the Court:**

Q.      Who else is considered as a martyr?

Q.      Any person who has died because of, due to the struggle between the factions, between the Fatah and the Hamas, for example.

Q.      Suicide bombers who are killed in a bombing are considered as martyrs?

A.      They are considered as martyrs, irrespective of the act. Because they fell during the struggle, the fighting, the conflict.

11

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

Q.    Why did you not include them when you cited the examples of who martyrs are?

A.    I was not directly asked about that.


**Decision**


Witness fee of NIS 750.

12

SHATSKY-007753-59

*Translated from the Hebrew*
*Rina Ne'eman Hebrew Language Services, Inc.*
www.legaltrans.com

69

[Emblem of State of Israel]
**The District Court in Tel Aviv Yaffo**

**Civil File 1137-05 Goldman *et al.* v. the Palestinian**                    **December 22, 2010**
**Authority and/or the Palestinian Council**
***et al.***

End of hearing of the evidence of the defense and the testimony of Mr. Raed Taha Mahmoud Amiara on December 29, 2010 11:00 a.m.

For the removal of doubt, at the request of Adv. Arnon, the meeting of the Court that is set for December 27, 2010 – is cancelled.

Counsel for the Defendants will make sure that the witness appears in order not to defer the hearing once again.

-

**Handed down and announced on this day, 15 Tevet 5771, December 22, 2010, in the presence of the attending parties.**


    [Signature]
**Dalia Ganot, Judge**

13

SHATSKY-007753-59

Original

63



T6VP(62)

בית המשפט המחוזי בתל אביב - יפו

ת"א 05- 1137 גולדמן ואח' נ' הרשות                          22 דצמבר 2010
הפלשתינית ו/או המועצה הפלשתינית
ואח'

1   בהמשך לדברי עו"ד ארנון, אבקש להבהיר, כי חקירתו של עו"ד ארנון חרגה בהרבה מהמקובל
2   ומסגנון החקירה בחקירה חוזרת, ולמעשה הפכה למקצה שיפורים של חוות הדעת שהוגשה.
3
4                                                    —
5
6   ניתנה והודעה היום ט"ז טבת תשע"א, 22/12/2010 במעמד הנוכחים.
7
8
9

דליה גנות, שופטת

10
11
12  עד הגנה מס' 3 מר יוסף אחמד ג'ובראן לאחר שהוזהר כחוק ומשיב בחקירה באמצעות
13  המתורגמן רביע סלאמה לשאלות ב"כ התובעים:

14  אני לא מדבר עברית.
15  ש:   האם יש לך פירמה של המשרד לעניינים סוציאליים כאן?
16  ת:   מה זה נייר הפירמה? אני פנסיונר. (תוסבר לי על ידי בית המשפט מה זה נייר פירמה), זה לא
17       ברשותי, אני כבר יצאתי לפנסיה מזה 5 שנים.
18  ש:   האם זה נכון שיש חוקים פנימיים למשרד הזה, שמסדירים את נושא התשלומים לאסירים?
19  ת:   כן. לשחידים ולפצועים ולנכים, המדובר בכללים המסדירים את אותם תשלומים.
20  ש:   יש גם תקנות, חוץ מחוקים?
21  ת:   היו הצעות חוק שחיו אמורות להיות מוגשות למועצה המחוקקת, ואולם, המועצה
22       הושבתה. לפי מיטב זכרוני, סעיף 22 לחוק יסוד הרשות שלפיו ניתנ יינתן כספי למשפחות
23       של השחידים, האסירים, הפצועים והנזוקים וזאת בתור סיוע סוציאלי.
24  ש:   המשפחות הזכאיות שאתה מזכיר בסעיף 6, פירוש הדבר גם לגבי שחידים של החמאס ושל
25       ארגוני חיזבולה?
26  ת:   כן. מכיוון שמדובר במשפחות שאיבדו את המפרנס שלהם, והמדובר בסיוע מבחינה
27       סוציאלית וזאת בהתעלם מהמעשים שעשה אותו מפרנס שנפטר.
28  ש:   גם סוג של סיוע לאנשים שמעורבים בפעולות איבה ולא מתו ושנמצאים בבתי כלא
29       ישראלים, האם זה נכון שגם הם מקבלים  הקצבה?

64



TSVP(65)

**בית המשפט המחוזי בתל אביב - יפו**

22 דצמבר 2010

ת"א 05-1137 גולדמן ואח' נ' הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח'

| | |
|---|---|
| ת: | הסיוע הזה מועבר באמצעות המשרד לענייני האסירים והמשוחררים היינו, האסירים |
| 1 | הנמצאים בבית הכלא והמשוחררים ששוחררו במרכז מוטב יודגש כי הסיוע הזה לא |
| 2 | מטעמנו, אלא מטעם המשרד לענייני אסירים ומשוחררים. |
| 3 | |

**לשאלת בית המשפט:**

| | |
|---|---|
| ש: | מי מתקצב אותו? |
| ת: | הרשות הפלשתינית. |

**המשך חקירה:**

| | |
|---|---|
| ש: | גם הסיוע הזה מוענק לכל האסירים השייכים לכל ארגוני הטרור הפלשתיניאם? |
| ת: | לכל הפלגים, כאמור סיוע מטעם משרד האסירים והמשוחררים, לא מטעמינו. |
| ש: | זה נכון שיש גם קרנות כסף המגיעים לאסירים פלשתיניאם מערב הסעודית, הליגה |
| | הערבית, מאיירן ועוד כל מיני מקורות ערבים נוספים? |
| ת: | לא ידוע לי על מימון שכזה, המימון הינו מהמאוצר הציבורי של הרשות. |
| ש: | האם אין אסירים פלשתיניאם הכלואים בישראלי שמקבלים הקצבה נוספת על החקצבה |
| | עליה דיברת? |
| ת: | אני לא יודע, זה לא תחום התמחותי. |
| ש: | האם המחלקה שבה עמדת בראשה, גם נתנה אותם הקצבות לאסירים ערבים פלשתיניאם |
| | הכלואים בישראל, שלא היו מעורבים בטרור? |
| ת: | כן. זה מטעם המשרד לרווחה. |

**לשאלת בית המשפט:**

| | |
|---|---|
| ש: | שנותן לאסירים פלשתיניאם שלא היו מעורבים בטרור? |
| ת: | כן. |

**המשך חקירה:**

| | |
|---|---|
| ש: | לכן יש טיפול מיוחד לכל סוג אסירים, מעורבים בטרור ומחלקה אחרת מטפלת בכלואים |
| | שקשורים לעבירות כלליות? |
| ת: | כן. המשרד של האסירים .... כשאמרתי כן, הכוונה שכן, אני מבין את השאלה, והכוונה |
| | שהמשרד... יודגש שהמשרד שלנו שהוא המשרד המטפל בשהידים ובפצועים ועוד מקרים |
| | סוציאליים. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31

SHATSKY-007754

65



TS VP (64)

בית המשפט המחוזי בתל אביב - יפו

22 דצמבר 2010

ת״א 05-1137 גולדמן ואח׳ נ׳ הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח׳

| | |
|---|---|
| 1 | אני הבנתי את השאלה. המשרד של האסירים... יש לנו שני משרדים, המשרד של האסירים |
| 2 | והמשוחררים, המתמחה באסירים בטחוניים וגם משוחררים כמובן, בנוסף יש לנו גם את |
| 3 | משרד הרווחה הסוציאלית שעוסק בעניני עניים ומקרים סוציאליים, בין היתר המוסד |
| 4 | שעוסק בשחידים ובפצועים, והוא גם נותן לחם גם סיוע סוציאלי בין היתר. |
| 5 | ש: זה נכון שפרט למענק שאתה מזכיר, יש גם הטבות נוספות? |
| 6 | ת: זה בהתאם למקרה הסוציאלי הספציפי מבחינת הקושי הסוציאלי של המשפחה, לפי הצורך |
| 7 | של המשפחה. |
| 8 | ש: התכוונתי לשאול, הטבות מיוחדות לא למשפחות אלא לאסירים בטחוניים, מדובר |
| 9 | באסירים בטחוניים הנמצאים בכלא הישראלי וזוכים למענקים נוספים מהרשות |
| 10 | הפלשתינית. |
| 11 | ת: הם מקבלים את הקנטינה של האסירים, וזה לא תחום העיסוק שלי. |
| 12 | ש: מה אומר הביטוי אצלכם במשרד כשאומרים ״אסירי החופש״, האם יש מושג כזה אצלכם? |
| 13 | ת: הכוונה לאסירים המשוחררים, האסירים ששוחררו מבתי הכלא. אבל אתה מתמקד בעניין |
| 14 | שהוא לא תחום העיסוק שלי והתמחות שלי, שאני מכיר אותו ממש ממש בקטנה, אני יודע בכלל על |
| 15 | תחום העיסוק בענייני אסירים, אבל זה לא תחום העיסוק שלי ואני יודע את זה באופן |
| 16 | כללי. |
| 17 | ש: אתה יודע שאסירי החופש אחרי שחרורם מקבלים מעמד בתוך המשרד שלכם? |
| 18 | ת: האסירים הינם תחום עיסוקו של משרד האסירים ולא תחום עיסוק של המשרד שלנו. אין |
| 19 | לנו קשר עם אסירים ששוחררו. |
| 20 | ש: אבל המחלקה שמופיעה בתוך היחידות בתוך המשרד הממשלתי שלהם, היא נמצאת באותו |
| 21 | מקום, באותו בניין, זה נכון או לא? |
| 22 | ת: לא. המשרד של האסירים נמצא לחוד ובהמשרד הרווחה הסוציאלית נמצא לחוד. לא באותו |
| 23 | בניין. |
| 24 | ש: אני מפנה אותך למכתב, נספח 3 עמ׳ 3 לתיק המוצגים של התובעים, תעיין במסמך. האם |
| 25 | אתה מזהה את המסמך? |
| 26 | ת: (מעיין במסמך), כן. |
| 27 | ש: האם אתה מזהה את החתימה על המסמך? |
| 28 | ת: כן. זו חתימתי. |
| 29 | ש: האם השורה השלישית של הלוגו, מדובר על מחלקת השחידים? |
| 30 | ת: כן. אני מצביע על שורה שלישית מלמטה מימין ללוגו. |



66

TSVP [67]

**בית המשפט המחוזי בתל אביב - יפו**

ת"א 05-1137 גולדמן ואח' נ' הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח'

22 דצמבר 2010

1 ש: האם נכון שהמשרד הזה מעביר מידי פעם, למדינת ישראל, רשימה שמית עם סכומים
2 להעביר לאסירים שכלואים בישראל?
3 ת: לא, בכלל לא. אבקש לתת הבהרה בעניין הכותרת, מופיעה כאן המילה "אוסארי" ובעברית
4 זה משפחות, שזה לא "אסרא" שזה אסירים. יש הבדל בין "אסרא" ל"אסארי".

5

6 **לשאלות בית המשפט:**

7 ש: למה באנגלית לא כתובות שני המילים?
8 ת: יש ראשי תיבות. אני אגיד את הנוסח באנגלית. "מרטירס פמליס אנג'ורד קומטי אנד
9 פמליס". האות C - הכוונה לטיפול.

10

11 **המשך חקירה:**

12 ש: המסמך הזה לא מזוייף?
13 ת: לא.

14 ש: המשפחות מקבלות פעם אחת או כמה פעמים את הסכום הזה?
15 ת: פעם אחת, זוה לפי המצב הסוציאלי, ואם היא זקוקה ליותר... זה לפי הצורך.
16 ש: האם לכל אסיר פלשתינאי כלוא בישראל יש תיק אצלך במשרד?
17 ת: לא, אני כבר אמרתי שהאסירים הינם במומחיותו של משרד האסירים.
18 ש: תוך כמה זמן אחרי שמשפחה נהיה שהיד, המשפחה שלו מקבלת את הקצבה?
19 ת: זה לפי הפניה של המשפחה, לפי הבקשה של המשפחה. אבל זה בדר"כ חודש, חודשיים או
20 שלושה, לעיתים זה שבוע.
21 ש: אתה מסכים איתי שהרוב זה חודשיים?
22 ת: לא, אולי אמרתי לפני כן שבוע זוה לפי הצורך שלהם.
23 ש: האם זה נכון שהקצבה המסויימת באסמכתא שהראיתי לך, האם נכון שזה לא הועבר
24 לשטחים הפלשתינאים אלא מחוץ לשטחים הפלשתינאים, למדינה זרה?
25 ת: (מעיין במסמך), יש לנו משרדים בכל המדינות השכנות. בירדן, בדמשק, לבנון ומצרים.
26 הפקדה הספציפית הזאת הועברה לירדן, (מוצג 3 לתיק המוצגים של התובעים, עמ' 3),
27 מכיוון שהמשפחה שלו נמצאת בירדן.
28 ש: אני אומר לך שהמשפחה שמופיע באסמכתא 3 בתוך תיק המוצגים שלנו, מדובר במשפחה
29 של המחבל במתאבד בדולפינריום?
30 ת: (מעיין במסמך), לאחר מכן נודע לנו שזה נכון.

31

SHATSKY-007756

67

TS ✓ P (66)



בית המשפט המחוזי בתל אביב - יפו

ת"א 05-1137 גולדמן ואח' נ' הרשות          22 דצמבר 2010
הפלשתינית ו/או המועצה הפלשתינית
ואח'

<u>לשאלת בית המשפט :</u>

1
2    ש :   מה זה לאחר מכן?
3    ת :   כשהמשפחה שלו פנתה למשרד שלנו בעמאן, המשפחה ביקשה סיוע וטוענת שהוא נרצח ולכן
4          נתנו את הסיוע הסוציאלי הזה.
5    ש :   איך נודע לכם שהשתתף בפיגוע בדולפינריום?
6    ת :   המשפחה סיפרה את זה בעמאן, הם קיבלו מידע מהמשפחה ולפי זה . .
7

<u>המשך חקירה :</u>

8
9    ש :   במקרים דומים שלא מדובר במתאבד הזה, כשזה בחו"ל החברה לוקחת 3 חודשים?
10   ת :   מה זאת אומרת 3 חודשים?
11   ש :   עד להעברת הכספים?
12   ת :   זה לפי <u>מועד הפנייה</u> של המשפחה למשרדים שלנו.
13   ש :   אם פנייה מגיעה למשרדיהם בירדן, אחרי כמה זמן התיק הועבר אליהם ברמאללה?
14   ת :   התיק לא מועבר אלינו, הוא נשאר שם.
15

<u>לשאלות בית המשפט :</u>

16
17   ש :   מי מטפל בתשלום, הסניף ברמאללה או בעמאן?
18   ת :   הסניף של רמאללה.
19   ש :   בלי תיק? .
20   ת :   התיק הרי נמצא כבר שם, והם מיידעים אותנו, הם גם מעבירים לנו את מספר פרטי הבנק,
21          ואז אנחנו מעבירים.
22

<u>המשך חקירה :</u>

23
24   ש :   האם ידוע לך אם למשפחה הזאת הועברו מענקים כספיים נוספים?
25   ת :   לא, לא, אני לא יודע.
26   ש :   האם במנהל הפנימי שלכם, יש כרטסת או מסמך אחר שמרכז את כל התשלומים של
27          המשפחה הזאת, בתקופה של 1.7.01 או בסמוך לכך, קרי : ביום הפיגוע? האם בזמן אמת
28          <u>היתה כרטסת?</u>
29   ת :   כן.
30
31

SHATSKY-007757

68



בית המשפט המחוזי בתל אביב - יפו

ת"א 05-1137 גולדמן ואח' נ' הרשות
הפלשתינית ו/או המועצה הפלשתינית
ואח'

22 דצמבר 2010

**לשאלת בית המשפט:**

1
2    ש :   היום אפשר לראות את הכרטסת הזאת?
3    ת :   לא, אני לא יכול להציג את זה, הרי אני בפנסיה.
4    ש :   האם קיים היום מסמך כזה?
5    ת :   כן.
6

**חקירה חוזרת:**

7
8    ש :   השתמשת במונח שהידים, למה הכוונה?
9    ת :   שהידים הם אנשים שנהרגו או שנפגעו במהלך המאבק בתוך ישראל או מחוץ לישראל.
10         למשל: כל מי שנפגע במלחמת האזרחים בלבנון, הם נחשבים לשהידים. כמו כן, כל מי
11         שנפטר במהלך הפלישה הישראלית ללבנון, הם גם נחשבים לשהידים. בנוסף לכך,
12         הארועים שהיו בספטמבר שנת 70 בירדן, וגם כל מי שנפלו במהלך האינתיפאדה נחשבים
13         שהידים, במלחמת עזה, ובנוסף המהפכה שהיתה בעזה והלחימה שהיתה בין פתח
14         לחמאס, כל הנופלים נחשבים לשהידים גם.
15

**במענה לשאלת בית המשפט:**

16
17    ש :   מי עוד נחשב לשהיד?
18    ת :   כל אדם שנפטר בגלל, בשל המאבק בין הפלגים, בין פתח לחמאס למשל.
19    ש :   מתאבדים שנהרגים בפיגוע נחשבים לשהידים?
20    ת :   הם נחשבים כן לשהידים, וזאת בהתעלם מהמעשה. מכיון שנפלו במהלך המאבק, הלחימה,
21         הסכסוך.
22    ש :   למה לא כללת אותם כשהבאת את הדוגמאות, מי זה שהידים?
23    ת :   אני לא נשאלתי על כך באופן ישיר.
24
25
26    **החלטה**
27
28    שכר העד בסך 750 ₪.

69



**בית המשפט המחוזי בתל אביב - יפו**

ת"א 05-1137 גולדמן ואח' נ' הרשות                    22 דצמבר 2010
הפלשתינית ו/או המועצה הפלשתינית
ואח'

1
2
3    סיום שמיעת ראיות ההגנה ועדותו של מר ראאד טהא מחמוד עמיארה תתקיים ביום 29.12.10 שעה
4    11:00.
5
6    למען הסר ספק, ועל פי בקשתו של עו"ד ארנון, ישיבת בית המשפט הקבועה ליום 27.12.10 —
7    מבוטלת.
8
9    ב"כ הנתבעים יודא התייצבות העד  על מנת שלא לדחות את הדיון פעם נוספת.
10
11
12
13                                                     ---
14
15    **ניתנה והודעה היום ט"ז טבת תשע"א, 22/12/2010 במעמד הנוכחים.**
16
17

         _____
              דליה גנות, שופטת

18

SHATSKY-007759