# LOWELL DECL. EX. 81

Exhibit 68

SHATSKY-007967-T / P1-3819



### About the Ministry

### Courses of Action and Strategies of the Ministry of Detainees and Ex-Detainees Affairs

Introduction:

The number of the Palestinian who suffered the bitterness of imprisonment since 1967 until now is estimated to be around 800,000 citizens. These have formed a body and a vast frame that came to be known as "the National Movement of Prisoners", which includes all those who were held in Israeli prisons, even those who were only detained one day.

The National Movement of Prisoners in the occupation prisons has fought hundreds of heroic battles from behind the bars. In addition, [it expressed] thousands of courageous and legendary positions. It sacrificed dozens of *shuhada* [martyrs], [who died] behind the bars, and produced from within its narrow corridors and dark cells thousands of leaders and cadres, as well as tens of thousands of politicians filled with the love of the land, the homeland and the cause.

During the cabinet meeting on 7 Aug 1998, the late President Yasser Arafat decided to establish the Ministry of Detainees and Ex-Detainees Affairs. The warrior brother Hisham Abd al-Razeq, then a member of the Legislative Council representing the northern Gaza Strip, was appointed as the minister and was later followed by the warrior brother Sufyan Abu Zeydah. During the term of President Mahmud Abbas, with the succession of governments, Wasfi Qabha was appointed minister [of Detainees and Ex-Detainees Affairs] and was followed by Ashraf al-Ajrami. Since 2009, Issa Qaraq'i has been the Minister of Detainees' and Ex-Detainees' Affairs. We have to note here that all the warrior brothers who held this position were themselves prisoners and spent many years in the occupation prisons, gaining the experience and the knowledge necessary for handling the prisons' administration and its policies toward the prisoners, and for becoming more aware of the justice of this national and humanitarian issue.

The ministry, with by all its staff and departments, worked hard since the moment it was established and throughout the past years to achieve the goals it was established for. The ministry has two headquarters, one in the southern governorates - and more specifically in the city of Gaza - and the other in the city of Ramallah, in the northern governorates. In order to facilitate the communication with the public, the ministry opened 14 more branches in the different governorates of the homeland.

**The ministry's activities focus on the following strategic axes:**

**SHATSKY-007967-T / P1-3819 (continued)**

<u>**First of all:** improving the daily conditions in which the prisoners are held until they are released and liberated.</u>

The ministry has shown a real concern and willingness to act for the release of all prisoners and detainees from the Israeli prisons and detention centers with no exception.

**SHATSKY-007968-T / P1-3820**

The Palestinian National Authority and the Ministry of Detainees and Ex-Detainees Affairs in the State of Palestine succeeded in releasing thousands of prisoners and detainees through the negotiations that took place in the past years. This created an important precedent, in that it provided an opportunity to clean the Israeli prisons and free the prisoners and let then return to their families safe and sound.

But the growing number of Israeli arrests, that take place on a daily basis, has caused the situation to revert to its previous state. The Israeli prisons became packed with Palestinian warriors, who belong to different groups and layers of the people (former ministers, parliament members, political leaders, writers, old people, women and children). Their sentences vary between administrative [detentions], years in prison, and life in prison. This is what makes us emphasize in every occasion the fact that the issue of prisoners is on top of the Palestinian government priorities. We do what we can in order to liberate them from the oppression of the prison and the jailors, an d to grant them freedom and the right to return to their families safe and sound. Until then, the ministry is doing what it can in order to improve their living conditions inside the Israeli prisons and detention centers. The ministry negotiates with the Israeli side in order to guarantee the implementation of the international laws and standards regarding prisoners and in particular the Geneva Convention. It is also providing the prisoners with all forms of help and support, as well as the provision of their basic needs.

Covering education expenses:

The Ministry helped the prisoners pursue academic education by helping them join universities and by covering the financial expenses. The Israel Prison Service did not allow them to join any university but the Hebrew University, [in which they can study] by correspondence. Despite this, many prisoners graduated and obtained various university degrees.

The Canteen:

The Ministry of Detainees is still committed to paying a monthly canteen stipend to all Palestinian and Arab prisoners with no exception so that they could buy their basic needs from the prison's canteen. The ministry's monthly budget for the canteen alone is around 2.5 million shekels.

<u>**Secondly**</u>: <u>Caring for the prisoners' families financially, medically and socially</u>

**SHATSKY-007968-T / P1-3820 (continued)**

This is done by improving the level of the medical, psychological, social and financial services that the prisoners' families are provided with. This is achieved by cooperating with the relevant institutions. University education is secured to the prisoners and their children, and scholarships are granted to the prisoners and their families in cooperation with the Ministry of Education.

**The Ministry pays a monthly stipend from the Palestinian National Authority to the families of all prisoners held in Israeli prisons.** These stipends are paid to all prisoners without exception and with no discrimination, as all of them are considered soldiers of the homeland. Single prisoners receive 1000 Shekels, and the wives of the married prisoners receive 300 Shekels, in addition to 50 Shekels for every child under 18 years of age. The stipend is paid according to a special salary scale and according to the period of time spent in prison.

Health insurance:

Due to the different living standards in the different regions of Palestine, an extra sum of 300 shekels is paid to prisoners from Jerusalem and to the inside prisoners [Israeli-Arab prisoners], and an extra 100 shekels is paid to their wives. All the prisoners' families are provided with health insurance.

Stipends for veteran prisoners:

The government of Dr. Salam Fayyad issued an extra grant of $5,000 for the families of all prisoners who have served more than twenty years, as a sign of respect and in order to ease their suffering.

**SHATSKY-007969-T / P1-3821**

Stipends for the children of Palestinian female prisoners inside Israeli prisons:

In May this year, the Ministry of Detainees and Ex-Detainees Affairs announced that it has decided to pay a monthly stipend for two years (the nursing duration) to the children of female prisoners born in the prison.

*Hajj* [pilgrimage to Mecca] journey grant to the families of the prisoners:

[The ministry] has also succeeded during the past years in providing 50 grants to cover the expenses of the Hajj journey for first-degree relatives of the prisoners. Those who have spent longer periods in prison have better chances [to win the grant].

Social care - through visits of the Minister and the Ministry's staff to the families of veteran prisoners: A remarkable activity of the ministry was observed during the term in office of minister Al-Ajrami. The ministry held welcome [ceremonies in honor of] the released prisoners and their families. It also conducted field visits to all the governorates, and met with families of veteran prisoners, listened to their problems, demands, concerns, and helped them as much as possible according to the available resources.

**SHATSKY-007969-T / P1-3821 (continued)**

**Thirdly**: Taking care of the Palestinians released prisoners, rehabilitating them and reintegrating them into the Palestinian society

The ministry pays special attention to released prisoners and to their rehabilitation through a rehabilitation program. The program provides many services, such as university education; vocational training; health insurance; various computer courses; maintenance courses for office machines, radio, television, and satellite dishes; photography and TV filming courses, etc.

Moreover, it provides thousands of job opportunities to unemployed released prisoners, who spent less than five years [in prison]. Those who spent five years or more (in case of male prisoners) and three years or more (in case of female prisoners) are paid a monthly stipend of 1,400 Shekels at minimum and 2000 Shekels at maximum, according to the period of time they spent in prison. In cooperation with the Palestinian Ministry of Health, the ministry also provides released prisoners with exemptions from the fees of medical treatment in Palestine and abroad. It has also covered the expenses of dozens of medical operations for released prisoners.

**Fourthly**: Paying attention to the prisoners in the media and highlighting their cause in international and local meetings

[This is achieved] by highlighting the prisoners' cause as a national cause that needs to be addressed through the different media outlets and by considering the prisoners' file as one of the main files and national constants in any negotiations that take place.

The ministry also provides the prisoners' cause with local, Arab and international support by highlighting it and presenting it in the television, radio and newspapers as a major, elaborate issue in any political solution.

This is also done in local, Arab and international conferences, in meetings with Arab and foreign ambassadors and representatives and by issuing media reports, comprehensive statistics, publications and posters depicting the magnitude of their suffering. Special occasions pertaining to prisoners, such as the Day of Palestinian and Arab Prisoners and the International Day Against Torture, are celebrated with the participation of the relevant organizations. The history of the [National] Movement of Prisoners is documented, its legacy and *shuhada* [martyrs] are documented, and its numerous literary works are republished.

**Fifthly**: Providing [the prisoners] with legal services and technical consultations

As soon as a Palestinian citizen is arrested, the ministry provides him with legal aid, and a lawyer of the ministry is assigned to take care of his case from A to Z.

**SHATSKY-007970-T / P1-3822**

Veteran prisoners are provided with legal aid and are paid visits on a regular basis, also in cooperation with the relevant organizations.

The ministry works now on activating the prisoners' law that has been endorsed by the Legislative Council in its session on 22 Dec 2004 and by President of the Palestinian National Authority on 27 Dec 2004. The law was published in the Palestinian Records on 24 Apr 2005 in the 54th issue. This will constitute a strong and effective support for the prisoners, for protecting their rights and for the process of rehabilitating them.

**The Ministry of Detainees issues a report about the services it provides to the prisoners in the Israeli prisons and to the released prisoners.**

Since 1995, the Ministry of Detainees and Ex-Detainees Affairs has operated the prisoners' rehabilitation program, in order to achieve its goals that basically aim at improving the living conditions of the prisoners in the Israeli prisons, defending them in of Israeli courts, and rehabilitating them after their release, in an attempt to reintegrate them into the Palestinian society. [The integration process is carried out] through participation in as many social and economic activities as possible, and by turning them into productive and effective forces that assume a role in the sustainable development process.

As a result of this vision and philosophy, the following services were chosen for the purpose of achieving the goal and philosophy of the rehabilitation program of detainees and ex-detainees – the program targets ex-detainees in particular:

1. Vocational training: Includes all fields of vocational training at all levels and stages. The program completely covers the fees of the courses that the ex-detainees are assigned to, including transport expenses and any equipment necessary for completing the training.

2. University education: The Ministry of Detainees and Ex-Detainees Affairs provides scholarships to ex-detainees who wish to join academic studies. The program covers 50% of the registration fees in accordance with our policy that takes into consideration the demands of the market. Therefore, the percentage of fees coverage is determined according to the field of study and its importance.

3. Loans: The program provides a loan service to ex-detainees, who are interested in creating new projects, or to those who wish to find job opportunities by creating or expanding existing projects. The program provides a [loan with] a nominal interest and facilitations during the process of granting the loan and the paying back.

4. Psychological counseling: The program, through its Psychological Counseling Department, provides counseling to detainees, who suffer psychological pressures as a result their imprisonment. It also helps them get treatment in coordination with organizations working in this field.

5. Medical insurance: the program provides a free medical insurance for one year through agreements signed with the Ministry of Health and the Department of Health Insurance.

**SHATSKY-007970-T / P1-3822  (continued)**

6. Career counselling: This service is provided through coordination with the institutions of the public and private sectors, as well as civil society organizations. The aim is to employ trained ex-detainees in relevant fields.

**SHATSKY-007971-T / P1-3823**

The above mentioned services are provided by the various departments of the ministry and in accordance with conditions determined by these departments.

The services that the ministry is provides to the prisoners in Israeli prisons:

1. Lawyer visits: the Legal Affairs Department organizes routine visits to all Israeli detention centers and prisons. Not a single day passes without a visit from the ministry's lawyers. The lawyers inspect the conditions in which the prisoners are held. The ministry's lawyers paid more than 90 visits to the prisoners.

2. Legal proceedings in Israeli courts: the lawyers of the ministry conduct legal proceedings in defense of Palestinian prisoners in Israeli courts. This guarantees for the Palestinian prisoners the right to self-defense as many of them cannot afford to hire a private lawyer. Moreover, the ministry assigns well-paid private Israeli lawyers to defend prisoners, who are held in exceptional conditions, such as those held in solitary confinement from which the ministry managed to get a lot of them out.

3. Monthly stipends: the Ministry of Detainees and Ex-Detainees Affairs pays a monthly stipend to all security prisoners in the Israeli prisons, including the Jerusalem and the 1948-occupied territories prisoners [Israeli-Arab prisoners] and the Arab prisoners, who came to be known as the "Reconnaissance Prisoners". The value of the stipend varies according to the sentence length, the marital status and the number of children.

4. The canteen: the ministry pays monthly stipends to cover the daily needs of the prisoners inside the Israeli prisons, which are bought in the canteen. The prisoners buy their food and supplies, as the quality of food they are provided with is bad. Therefore they are compelled to buy food and cleaning materials to clean their rooms and tents.

5. Fines: the fines that the Israeli courts impose on Palestinian prisoners during military trials overburden their families, and [in case these fines are not paid] the release of the prisoners is delayed by months or even years. The ministry pays these fines with a maximum of $1000 for each fine ticket.

6. University tuition: some Palestinian prisoners in the Israeli prisons, due to their lengthy sentences, seek academic opportunities in Israeli universities that are the only universities they are allowed to join. The ministry pays the fees for the university courses to their families so that they can pay to pursue their studies and achieve their ambitions.

SHATSKY-007972-T / P1-3824

7. Health insurance: Many prisoners suffer from incurable diseases such as cancer, acute liver failure and other diseases that require special care and that are difficult to treat. The Israel Prison Service practices a deliberate medical malpractice.

8. Media: The ministry acts to expose the malpractices that Israel commits against the prisoners, as well as the practices of the occupation that pay no attention to any humanitarian or international laws.

The financial support provided by the ministry can be summarized as follows:

- 13 million shekels - the monthly salaries the ministry is paying to detainees in Israeli prisons.
- 3.700.000 shekels – the monthly salaries the ministry paid to ex-detainees (old dues) in the past ten months.
- 132,569,113 shekels – the monthly salaries the ministry paid to detainees in Israeli prisons during the past ten months.
- 2,600,000 shekels – the monthly amount the ministry is delivering to the prisoners inside the Israeli jails to cover purchases from the canteen.
- 26,000,000 shekels – the total amount paid to the canteen by the ministry in the last ten months.
- 396,526 shekels - paid by the ministry to local universities as tuition fees during the last ten months.
- 44 visits to the prisoners by the ministry during March 2008.
- 59 visits to the prisoners by the ministry during April 2008.
- 1,000 shekels are paid by the ministry on a monthly basis to all prisoners since the moment they are arrested.
- 1,300 shekels are paid by the ministry on a monthly basis to all the single prisoners who spent 5-10 years and are still in prison.
- 2,000 shekels are paid by the ministry monthly on a monthly basis to all the single prisoners who spent 10-15 years and are still in prison.
- 2,500 shekels are paid by the ministry on a monthly basis to all the single prisoners who spent 15-17 years and are still in prison.
- 40,700 dollars were paid by the ministry to ex-detainees as fees for the vocational training that they received during the last ten months.
- 3,000 shekels are paid by the ministry on a monthly basis to all the single prisoners who spent 17-20 years and are still in prison.
- 3,500 shekels are paid by the ministry on a monthly basis to all the single prisoners who spent 20-25 years and are still in prison.
- 4,000 shekels are paid by the ministry on a monthly basis to all the single prisoners who spent more than 25 years and are still in prison.

**SHATSKY-007973-T / P1-3825**

- 300 shekels are paid by the ministry on a monthly basis to prisoners who have wives, in addition to their salaries.
- 50 shekels are paid by the ministry of a monthly basis for each child of a prisoner who is still in prison, in addition to his monthly stipend.

In coordination with the Ministry of Finance, a loan system was established:

- 1,400 shekels paid are by the ministry on a monthly basis to each prisoner who spent more than 5 years in jail.
- 1,500 shekels are paid by the ministry on a monthly basis to each prisoner who spent more than 6 years in jail.
- 1,600 shekels are paid by the ministry on a monthly basis to each prisoner who spent more than 7 years in jail.
- 1,700 shekels are paid by the ministry on a monthly basis to each prisoner who spent more than 8 years in jail.
- 1,800 shekels are paid by the ministry on a monthly basis to each prisoner who spent more than 9 years in jail.
- 1,900 shekels are paid by the ministry on a monthly basis to each prisoner who spent more than 10 years in jail.
- 2,000 shekels are paid by the ministry on a monthly basis to each prisoner who spent 11 years and more in jail.

Original

Monday, August 12, 2013



# عن الوزارة

**تعريف :**

**محاور العمل واستراتيجية وزارة شؤون الاسرى والمحررين**

مقدمة :

يقدر عدد الفلسطينيين الذين ذاقوا مرارة الأسر منذ العام 1967 ولغاية اليوم ، بحوالي ( 800) ألف مواطن، وهؤلاء بمجموعهم شكلوا جسدا واطارا واسعا اصطلح على تسميته ب " الحركة الوطنية الأسيرة " انضوى تحت لوائه كل من اعتقل في السجون والمعتقلات الإسرائيلية حتى ولو ليوم واحد .

خاضت الحركة الوطنية الاسيرة في سجون الاحتلال مسيرتها عبر مئات المعارك البطولية خلف القضبان ، مضافا اليها آلاف المواقف الجريئة والأسطورية ، حيث قدمت عشرات الشهداء خلف قضبان الأسر ، وخرجّت من بين ثناياها وغرفها المعتمة آلاف القادة والكوادر وعشرات الآلاف من السياسيين والمعبئين بحب الارض والوطن والقضية ..

ففي جلسة مجلس الوزراء بتاريخ 7/8/1998 اتخذ الرئيس الراحل ياسرعرفات رحمه الله ، قرارا بإنشاء وزارة شؤون الأسرى والمحررين وتم تعيين الأخ المناضل النائب هشام عبد الرازق عضو المجلس التشريعي آنذاك والمنتخب عن محافظة شمال غزة ، وزيراً لها وخلفه بعد ذلك الأخ المناضل سفيان أبو زايدة، وفي عهد الرئيس محمود عباس ومع توالي الحكومات اصبح وصفي قبها وزيرا للأسرى وتلاه اشرف العجرمي، ومنذ العام 2009 يشغل هذا المنصب عيسى قراقع وزيرا لوزارة شؤون الاسرى والمحررين، وهنا لا بد من الإشارة إلى أن كافة الأخوة المناضلين الذي شغلوا هذا المنصب هم أسرى سابقين قضوا في سجون الإحتلال سنوات طويلة مما أكسبهم الخبرة والدراية في كيفية التعامل مع ادارة السجون وسياساتها تجاه أسرانا، بالإضافة إلى كونهم أكثر إحساسا بعدالة هذه القضية الوطنية والإنسانية.

عكف الوزارة بكل طاقمها ودوائرها المختلفة منذ اللحظة الأولى وعلى مدار السنوات الماضية على الإنطلاق صوب الأهداف التي أنشئت من أجلها، وللوزارة مقرين رئيسيين الأول في المحافظات الجنوبية وتحديداً في مدينة غزة ، والثاني في مدينة رام الله في المحافظات الشمالية ولتسهيل الإتصال بالجمهور افتتحت الوزارة لها 14 فرعاً آخر موزعين في محافظات الوطن المختلفة .

ويتركز عمل الوزارة ونشاطها على محاور استراتيجية رئيسة :

**أولا : تحسين الظروف الاعتقالية اليومية للاسرى لحين اطلاق سراحهم وتحررهم ..**

ابدت الوزارة اهتماما واستعدادا واضحين في السعي للإفراج عن كافة الأسرى والمعتقلين جميعاً وبدون استثناء من السجون والمعتقلات الإسرائيلية ، حيث استطاعت السلطة الوطنية

http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1: 3819

SHATSKY-007967

Monday, August 12, 2013

الفلسطينية ووزارة الأسرى في دولة فلسطين اطلاق سراح الآلاف من الأسرى والمعتقلين من خلال المفاوضات التي جرت في اعوام سابقة .. ما شكل سابقة هامة في امكانية تبييض السجون الاسرائيلية وتحرر المعتقلين وعودتهم الى اهاليهم سالمين معافين .

الا ان تزايد الاعتقالات اليومية الاسرائيلية سرعان ما عادت بالامور الى سابق عهدها ، اذ اكتظت السجون بالمناضلين الفلسطينيين من مختلف فئات الشعب ومستوياته (وزراء سابقيين ونواب وقادة سياسيين وكتاب ومسنيين ونساء وأطفال) إختلفت أحكامهم بين الاداري وسنوات ومؤبدات، وهذا ما يدفعنا دائما للتأكيد في جميع المناسبات أن قضية الاسرى تقف على سلم أولويات الحكومة الفلسطينية ،  سعيا تجاه تحريرهم من ظلم السجن والسجان ونيل حريتهم وعودتهم الى اهلهم سالمين معافين ولحين تحقيق ذلك تسعى الوزارة الى تحسين شروط حياتهم داخل السجون والمعتقلات الإسرائيلية سواء بالتباحث مع الجانب الإسرائيلي لضمان تطبيق القوانين والمعايير الدولية المتعلقة بالأسرى وخاصة اتفاقيات جنيف ، أو في تقديم كل اشكال الدعم والعون والمساندة لهم وتوفير احتياجاتهم الأساسية.

تغطية مصاريف التعليم :

كما عمدت الوزارة على تأمين مواصلة التعليم الأكاديمي للأسرى وذلك من خلال المساعدة في الإلتحاق بالجامعات وتغطية نفقاتها المادية علما أن ادارة السجون الاسرائيلية  لم تسمح سوى بالإلتحاق بالجامعة العبرية عبر الدراسة بالمراسلة ، ورغم ذلك فان هناك الكثير من الأسرى ممن أنهوا دراستهم وحصلوا على شهادات جامعية مختلفة .

الكانتينا :

ولا تزال وزارة الاسرى ملتزمة بصرف مبلغ مالي شهري للكنتينة لكل الأسرى الفلسطينيين والعرب بدون إستثناء وذلك كي يتمكنوا من توفير إحتياجاتهم الأساسية وشرائها من كنتينة   السجن ( مقصف السجن ) ، ويقدر ما تصرفه الوزارة شهرياً قرابة ( 2.5 مليون شيكل ) للكانتينا فقط .

**ثانياً : الاهتمام بذوي الاسرى ماديا وصحيا واجتماعيا:**

وذلك عبر تحسين مستوى الخدمات الصحية والنفسية والاجتماعية والمالية لذوي الاسرى بالتعاون مع المؤسسات ذات الصلة وتأمين التعليم الجامعي للأسرى وأبنائهم وتوفير المنح الدراسية للأسرى وذويهم بالتعاون مع وزارة التربية والتعليم ..

**وتقوم الوزارة بتسليم أسرة كل اسير في المعتقلات الاسرائيلية راتب شهري** من السلطة الوطنية الفلسطينية ، وهذه الرواتب تصرف لجميع الأسرى بدون  إستثناء أو تمييز ، بإعتبارهم جنوداً في هذا   الوطن حيث يصرف للأسير الأعزب ( 1000 شيكل ) ، وإذا كان متزوجاً يصرف للزوجة  300 شيكل بالإضافة إلى ( 50 شيكل ) لكل ابن أقل من 18 عاماً ، ويصرف الراتب وفقاً لسلم رواتب خاص بالأسرى وحسب الفترة التي يمضيها الأسير .

تامين صحي :

ونظراً لإختلاف مستوى المعيشة في مناطق فلسطين فإنه يصرف زيادة مبلغ ( 300 شيكل ) للأسير من القدس ومن فلسطيني الداخل ، و( 100 شيكل ) للزوجة ... كما ويتم توفير تأمين صحي لأسرة كل أسير .

منح مالية للاسرى القدامى :

وقد اصدرت حكومة د. سلام فياض منحة مالية بلغت ( 5000 $ ) إضافية لكل اسرة أسير

http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1: 3820

SHATSKY-007968

Monday, August 12, 2013

أمضى أكثر من عشرين عاماً ، كتكريم لهم وللتخفيف من معاناتهم .
راتب لابناء الاسيرات فيداخل السجون الاسرائيلية :
وفي آيار من العام الحالي أعلنت وزارة شؤون الأسرى والمحررين , أنها قررت صرف راتب شهري لأبناء الأسيرات اللواتي أنجبن داخل المعتقل لمدة عامين وهي فترة الحضانة .
منح رحلة الحج لاهالي الاسرى :
كما واستطاعت ايضاً وخلال الأعوام الماضية من توفير 50 منحة للحج الى بيت الله الحرام سنوياً لأهالي الأسرى في السجون من الدرجة الأولى والأولوية لذوي من أمضوا فترات أطول .
اهتمام اجتماعي .. عبر زيارة الوزير وطاقم من الوزارة لذوي الاسرى القدامى :
برز في فترة الوزير العجرمي نشاط ملحوظ للوزارة تمثل في استقبال الأسرى المحررين وذوي الأسرى ، وزيارات ميدانية لكافة المحافظات والإلتقاء باهالي الاسرى القدامى والإستماع لمشاكلهم ومطالبهم وهمومهم والعمل على مساعدتهم قدر الإمكان وحسب الإمكانات المتاحة .

**ثالثاً : الاهتمام بالاسرى المحررين وتاهيلهم ودمجهم في المجتمع الفلسطيني ..**

تولي الوزارة اهتماما بالغا بالأسرى المحررين واعادة تأهيلهم من خلال برنامج تأهيل الأسرى المحررين الذي يقدم خدمات عديدة كالتعليم الجامعي ، والتأهيل المهني ، والتأمين الصحي والدورات المختلفة في الكمبيوتر والحاسوب ، دورات صيانة للأجهزة المكتبية والراديو والتلفزيون والستلايت ، دورات تصوير فوتوغرافي وتليفزيوني ، دورات صحافة واعلام...إلخ بالإضافة الى توفير الالاف من فرص العمل على بند البطالة للأسرى المحررين العاطلين عن العمل والذين أمضوا أقل من خمس سنوات ، أما من أمضوا خمس سنوات فأكثر من الذكور ، وثلاث سنوات فأكثر من الإناث ، فيصرف لهم راتب شهري بحد أدنى ( 1400 شيكل ) وسقفه الأعلى ( 2000 شيكل) وما يحدده هي الفترة التي أمضاها الأسير المحرر في الأسر ، كما وتقدم الوزارة المساعدات المالية للأسرى فور تحررهم حسب الفترة التي أمضاها الأسير ، كما وتمنح الأسير المحرر إعفاءات من رسوم العلاج في فلسطين او في الخارج وبالتنسيق مع وزارة الصحة الفلسطينية ، كما وأجرت عشرات العمليات المختلفة لأسرى محررين .

**رابعاً : الاهتمام بالاسرى اعلاميا وابراز قضيتهم في المحافل الدولية والمحلية**

وذلك بإبراز قضية الاسرى كقضية وطنية بحاجة لتفعيلها عبر وسائل الاعلام المختلفة واعتبار ملف الاسرى احد الملفات الاساسية والثوابت الوطنية في اية مفاوضات جارية .
كما تعمل الوزارة على منح قضية الأسرى الدعم والإسناد المحلي والعربي والدولي من خلال تسليط الضوء عليها عبر جعلها قضية مركزية ومفصلية في اي حل سياسي لدى وسائل الإعلام المرئية والمسموعة والمقروءة ومن خلال المؤتمرات المحلية والعربية والدولية والإلتقاء بالسفراء والممثلين العرب والأجانب واصدار التقارير الاعلامية والإحصائية الشاملة واصدار النشرات والبوسترات التي تعكس حجم معاناتهم ، وإحياء المناسبات الخاصة بالأسرى كيوم الأسيرالفلسطيني والعربي ، واليوم العالمي لمناهضة التعذيب ..إلخ وبإشراك المؤسسات ذات الصلة كذلك القيام بتوثيق تاريخ الحركة الأسيرة وتراثها وشهدائها وحمايته من الإندثار ، وأيضاً العمل على إعادة نشر إنتاجاتها الأدبية المتعددة .

**خامساً : الاهتمام بتقديم الخدمات القانونية والاستشارات الفنية**

منذ اللحظات الأولى لإعتقال المواطن الفلسطيني تقدم الوزارة المساعدة القانونية له وتوكل أحد محاميي الوزارة لمتابعة ملفه ومتابعة قضيته من الألف الى الياء، كما وتقدم مساعداتها القانونية

SHATSKY-007969

Monday, August 12, 2013

للمعتقلين القدامى وزيارتهم باستمرار ، وبالتنسيق والتعاون أيضاً مع المؤسسات المعنية الأخرى .
تعمل الوزارة حاليا على تفعيل القانون الخاص بالاسرى والمقر من قبل المجلس التشريعي بجلسته المنعقدة بتاريخ 22/12/2004م ، ومن رئيس السلطة الوطنية الفلسطينية بتاريخ 27/12/2004م ، ونشره في الوقائع الفلسطينية في العدد الرابع والخمسون بتاريخ 23/4/2005 ، ما يشكل دعما قويا وفاعلا لتعويض المعتقلين وحماية حقوقهم وتأهيلهم .

## وزارةالاسرى تصدر تقريرا حول خدماتها للاسرى في السجون الاسرائيلية والاسرى المحررين منها

تعمل وزارة شؤون الاسرى والمحررين منذ عام 1995 وعبر برنامج تأهيل الأسرى المحررين على تحقيق اهدفها التي تتمثل بشكل أساسي بتحسين الاوضاع المعيشية للاسرى في السجون الاسرائيلية والدفاع عنهم امام المحاكم الاسرائيلية والعمل بعد تحررهم على إعادة تأهيلهم بهدف دمجهم في المجتمع الفلسطيني عبر اكبر كم من المشاركات في النشاطات الاجتماعية والاقتصادية وتحويلهم إلى قوى منتجة وفعالة تضطلع بدورها في عملية التنمية الشاملة.
وضمن هذه الرؤيا و الفلسفة تم تحديد الخدمات التالية لتحقيق هدف وفلسفة برنامج تأهيل الاسرى والمحررين في وزارة الاسرى الذي يعمل على تقديم خدمات للاسرى المحررين بشكل خاص :
1) التدريب المهني : ويشمل كافة مجالات التأهيل المهني لكافة مستوياته ومراحله. حيث يقوم البرنامج بتغطية رسوم الدورات التي يرشح لها الاسرى المحررون بشكل كامل بما فيها المواصلات والمعدات اللازمة لاتمام التدريب . .
2) التعليم الجامعي:تقدم وزارة شؤون الاسرى والمحررين منح دراسية للأسرى المحررين الراغبين في التأهيل الأكاديمي ,حيث يغطي البرنامج ما نسبته 50% من رسوم التسجيل وضمن شروط سياستنا الجديدة في عملية توجيه الخدمة باتجاه سوق العمل بحيث يتم تحديد نسبة مختلفة للتغطية باختلاف الاختصاص واهميته .
3)القروض : يقدم البرنامج خدمة قروض المشاريع للأسرى المحررين الراغبين في خلق فرص عمل ذاتية من خلال إنشاء أو تعزيز مشروع اقتصادي بفائدة رمزية وتسهيلات في عملية المنح والسداد .
4) خدمة الإرشاد النفسي : حيث يقدم البرنامج من خلال دائرة الإرشاد النفسي في مساعدة أو إرشاد الأسرى الذين يعانون من ضغوط نفسية نتيجة الاعتقال ويساعدهم في تلقي العلاج من خلال التنسيق مع مؤسسات عاملة في هذا المجال.
5)خدمة التأمين الصحي :حيث يقدم البرنامج التأمين الصحي المجاني لمدة عام واحد من خلال الاتفاقيات الموقعة مع وزارة الصحة ودائرة التأمين الصحي.
6)خدمة الإرشاد والمساعدة في الحصول على عمل:تقدم هذه الخدمة من خلال التنسيق مع مؤسسات القطاع الخاص والعام ومؤسسات المجتمع المدني لتوظيف الاسرى المحررين الذين تم تأهيلهم ضمن الاختصاص المطلوب .
تقدم الخدمات المذكورة أعلاه من خلال دوائر الوزارة المختلفة في إطار محدد وضمن

http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1: 3822

SHATSKY-007970

Monday, August 12, 2013

محددات وشروط واحراءات خاصة بتلك الدوائر .
اما حول ما تقدمه الوزارة من خدمات للاسرى في السجون الاسرائيلية فهو يتلخص بالتالي :

1- زيارات المحامين : تقوم ادارة الشؤون القانونية بتنظيم زيارات دورية لكافة مراكز توقيف المعتقلات والسجون الاسرائيلية اذ يكاد لا يخلو يوم من توجه محامي الوزارة لزيارة الاسرى لتفقد اوضاعهم الحياتية والمعيشية اذ وصلت زيارات محامي الوزارة للأسرى مايزيد عن تسعين زيارة .

2- المرافعات القانونية امام المحاكم الاسرائيلية : يقوم طاقم محامي الوزارة بالمرافعات القانونية والقضائية دفاعا عن الاسرى الفلسطينيين امام المحاكم الاسرائيلية بحيث ينال الاسرى الفلسطينيون حقهم في الدفاع عن انفسهم بشكل قانوني امام عجز الكثير من الاسرى عن توكيل محامين خاصين بهم .. فضلا عن توكيل الوزارة لمحامين اسرائيليين خاصين بمبالغ مجزية للدفاع عن الاسرى الذين يعانون من ظروف اعتقالية صعبة للغاية كالموجودين في زنازين العزل الانفرادي والذين نجحت الوزارة في اخراج الكثيرين منه ..

3- الرواتب الشهرية : تقوم وزارة شؤون الاسرى والمحررين بدفع راتب شهري لكل اسير امني في السجون الاسرائيلية بما فيهم اسرى القدس واسرى الارض المحتله عام 48 والاسرى العرب الذين اصطلح على تسميتهم بأسرى الدوريات ، وتتفاوت قيمة الدفوعات حسب مدة الاحكام والحالة الاجتماعية وعدد الاولاد .

3- الكانتينا : كذلك تقوم الوزارة بدفع مخصصات مالية لإحتياجات معيشية يومية للأسرى في داخل السجون الاسرائيلية التي اصطلح على تسميتها بالكنتينا حيث يقوم الاسرى بشراء احتياجاتهم الغذائية والتموينية بحكم سوء الاوضاع الغذائية في السجون ما يضطرهم لشراء الطعام وبعض الاحتياجات التي تعمل على نظافة غرفهم وخيامهم .

4- الغرامات : اما بالنسبة للغرامات التي تفرضها المحاكم الاسرائيلية على الاسرى الفلسطينيين اثناء المحاكمات العسكرية والتي تثقل كاهل ذويهم الذين يعجزون عن دفعها ما يؤخر خروج الاسرى لمزيد من الاشهر والسنوات ، فتقوم الوزارة بدفع تلك الغرامات بحد اقصى قدره 1000 دولار لكل شيك غرامة.

5- اقساط جامعية : تعمد مجموعة من الاسرى في السجون الاسرائيلية بحكم طول مدة محكومياتها .. الى الحصول على تحصيل اكاديمي وعلمي من الجامعات الاسرائيلية الجهة الوحيدة المسموح للاسير بالتعامل معها .. وبناء على ذلك تقوم الوزارة بدفع الاقساط الجامعية عنهم لذويهم لدفعها لتلك الجامعات لاكمال دراستهم وتحقيق طموحهم .

6- التأمين الصحي .. يعاني الكثير من الاسرى من امراض مستعصية .. كالسرطان وفشل الكبد الوبائي وكثير من الامراض الاخرى .. التي تحتاج رعاية خاصة ويصعب علاجها .. وازاء ما تمارسه مصلحة السجون الاسرائيلية من اهمال طبي متعمد .

http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1: 3823

SHATSKY-007971

Monday, August 12, 2013

7- اعلاميا .. اما على الصعيد الاعلامي فقد جهدت وزارة الاسرى على فضح الممارسات الاسرائيلية بحق الاسرى .. وتعرية صورة الممارسات الاحتلالية التي لا تحمل وزنا لاي قانون انساني او دولي ..

اما ما تقدمه الوزارة ماديا .. فهو يتلخص بـ الفقرات التالية :

- 13مليون شيكل مجموع الرواتب الشهرية التي تدفعها الوزارة بشكل دوري للمعتقلين في السجون الاسرائيلية.
- 3.700.000 شيكل مجموع الرواتب التي دفعت للأسرى المحررين (مستحقات قديمة ) خلال فترة العشرة شهور السابقة.
- 132.569.113 مليون شيكل إجمالي الرواتب الشهرية التي دفعتها الوزارة عن عشر أشهر سابقة للاسرى في داخل السجون الاسرائيلية .
- 2.600.000 مليون شيكل قيمة ما تدفعه الوزارة كمخصصات كنتينا للمعتقلين في داخل السجون الاسرائيلية بشكل شهري .
- 26مليون شيكل مجموع ما دفعته الوزارة من الكنتينه خلال عشرة أشهر سابقة .
- 396526 الف شيكل قيمة ما دفعته الوزارة للجامعات المحلية عن الاسرى المحررين كاقساط جامعية خلال اشهر عشرة ماضية .
- 44 زيارة قامت بها الوزارة للاسرى في السجون الاسرائيلية خلال شهر اذار من العام 2008 .
- 59 زيارة قامت بها الوزارة للاسرى في السجون الاسرائيلية خلال شهر نيسان من العام 2008 .
- 1000 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل اسير منذ لحظة اعتقاله .
- 1300 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل اسير اعزب امضى خمس اعوام واقل من 10 اعوام وما زال داخل السجن.
- 2000 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل اسير اعزب امضى 10 اعوام واقل من خمسة عشرة عاما وما زال داخل السجن.
- 2500 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل اسير اعزب امضى 15 عاما واقل من 17 عام وما زال داخل السجن .
- 40700 دولار مجموع ما دفعته الوزارة للاسرى المحررين عن خدمة التدريب المهني المقدمة لهم خلال عشرة اشهر سابقة .
- 3000 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل اسير اعزب امضى 17 عام واقل من 20 عام وما زال داخل السجن.
- 3500 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل اسير اعزب امضى 20 عام واقل من 25 عام وما زال داخل السجن .
- 4000 شيكل قيمة ما تدفعه الوزارة بشكل شهري لكل لأسير اعزب امضى اكثر من 25 عام وما زال داخل السجن .

http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1 : 3824

SHATSKY-007972

Monday, August 12, 2013

- 300 شيكل شهريا قيمة ما تدفعه الوزارة للاسير في داخل السجن عن زوجته اضافة الى راتبه.
- 50 شيكل شهريا قيمة ما تدفعه الوزارة عن كل طفل للاسير الذي ما زال في داخل السجن اضافة الى راتبه الشهري .

كذلك وبالتنسيق مع وزارة المالية فقد تم وضع نظام سلف للاسرى حسب النظام التالي :

- 1400 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثر من 5 اعوام .
- 1500 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثرمن 6 اعوام .
- 1600 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثر من 7 اعوام .
- 1700 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثرمن 8 اعوام .
- 1800 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثرمن 9 اعوام .
- 1900 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثرمن 10 اعوام .
- 2000 شيكل بشكل شهري قيمة ما تدفعه الوزارة لكل اسير محرر امضى اكثرمن 11 عام فما فوق .

تعليقك على الموضوع

الإسم: *
البريد الإلكتروني: *
العنوان: *
هاتف/جوال: *
عنوان المشاركة: *

http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1: 3825

SHATSKY-007973

Monday, August 12, 2013



http://www.freedom.ps/showRep.php?tbl=aboutus&id=1

P 1: 3826

SHATSKY-007974