# LOWELL DECL. EX. 82

# [FILED UNDER SEAL/REDACTED]