# LOWELL DECL. EX. 83

# [FILED UNDER SEAL/REDACTED]