# LOWELL DECL. EX. 84

# [FILED UNDER SEAL/REDACTED]