# LOWELL DECL. EX. 85

# [FILED UNDER SEAL/REDACTED]