# LOWELL DECL. EX. 86

# [FILED UNDER SEAL/REDACTED]