# LOWELL DECL. EX. 87

# [FILED UNDER SEAL/REDACTED]