# LOWELL DECL. EX. 88

Exhibit 51

| 107th Congress<br>2nd Session | JOINT COMMITTEE PRINT | |
| --- | --- | --- |

# COUNTRY REPORTS ON HUMAN RIGHTS PRACTICES FOR 2001

## VOLUME II

### R E P O R T

SUBMITTED TO THE

## COMMITTEE ON INTERNATIONAL RELATIONS
## U.S. HOUSE OF REPRESENTATIVES

AND THE

## COMMITTEE ON FOREIGN RELATIONS
## U.S. SENATE

BY THE

## DEPARTMENT OF STATE

IN ACCORDANCE WITH SECTIONS 116(d) AND 502B(b) OF THE
FOREIGN ASSISTANCE ACT OF 1961, AS AMENDED



APRIL 2002

Printed for the use of the Committees on International Relations of the
U.S. House of Representatives and Foreign Relations of the U.S. Senate,
respectively

U.S. GOVERNMENT PRINTING OFFICE
78-290PDF                    WASHINGTON : 2002

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512-1800; DC area (202) 512-1800
Fax: (202) 512-2250   Mail: Stop SSOP, Washington, DC 20402-0001

S 382-5
HSHATSKY-008468

# COMMITTEE ON INTERNATIONAL RELATIONS

HENRY J. HYDE, Illinois, *Chairman*

BENJAMIN A. GILMAN, New York
JAMES A. LEACH, Iowa
DOUG BEREUTER, Nebraska
CHRISTOPHER H. SMITH, New Jersey
DAN BURTON, Indiana
ELTON GALLEGLY, California
ILEANA ROS-LEHTINEN, Florida
CASS BALLENGER, North Carolina
DANA ROHRABACHER, California
EDWARD R. ROYCE, California
PETER T. KING, New York
STEVE CHABOT, Ohio
AMO HOUGHTON, New York
JOHN M. McHUGH, New York
JOHN COOKSEY, Louisiana
THOMAS G. TANCREDO, Colorado
RON PAUL, Texas
NICK SMITH, Michigan
JOSEPH R. PITTS, Pennsylvania
DARRELL E. ISSA, California
ERIC CANTOR, Virginia
JEFF FLAKE, Arizona
BRIAN D. KERNS, Indiana
JO ANN DAVIS, Virginia
MARK GREEN, Wisconsin

TOM LANTOS, California
HOWARD L. BERMAN, California
GARY L. ACKERMAN, New York
ENI F.H. FALEOMAVAEGA, American Samoa
DONALD M. PAYNE, New Jersey
ROBERT MENENDEZ, New Jersey
SHERROD BROWN, Ohio
CYNTHIA A. McKINNEY, Georgia
EARL F. HILLIARD, Alabama
BRAD SHERMAN, California
ROBERT WEXLER, Florida
JIM DAVIS, Florida
ELIOT L. ENGEL, New York
WILLIAM D. DELAHUNT, Massachusetts
GREGORY W. MEEKS, New York
BARBARA LEE, California
JOSEPH CROWLEY, New York
JOSEPH M. HOEFFEL, Pennsylvania
EARL BLUMENAUER, Oregon
SHELLEY BERKLEY, Nevada
GRACE NAPOLITANO, California
ADAM B. SCHIFF, California
DIANE E. WATSON, California

THOMAS E. MOONEY, SR., *Staff Director/General Counsel*
ROBERT R. KING, *Democratic Staff Director*
KRISTIN GILLEY, *Senior Professional Staff Member*

---

# COMMITTEE ON FOREIGN RELATIONS

JOSEPH R. BIDEN, JR., Delaware, *Chairman*

PAUL S. SARBANES, Maryland
CHRISTOPHER J. DODD, Connecticut
JOHN F. KERRY, Massachusetts
RUSSELL D. FEINGOLD, Wisconsin
PAUL D. WELLSTONE, Minnesota
BARBARA BOXER, California
ROBERT G. TORRICELLI, New Jersey
BILL NELSON, Florida
JOHN D. ROCKEFELLER IV, West Virginia

JESSE HELMS, North Carolina
RICHARD G. LUGAR, Indiana
CHUCK HAGEL, Nebraska
GORDON H. SMITH, Oregon
BILL FRIST, Tennessee
LINCOLN D. CHAFEE, Rhode Island
GEORGE ALLEN, Virginia
SAM BROWNBACK, Kansas
MICHAEL B. ENZI, Wyoming

ANTONY BLINKEN, *Staff Director*
PATRICIA A. McNERNEY, *Republican Staff Director*

(ii)

# CONTENTS

|  | Page |
|---|---|
| FOREWORD | vii |
| LETTER OF TRANSMITTAL | ix |
| PREFACE | xi |
| OVERVIEW AND ACKNOWLEDGMENTS | xiii |
| INTRODUCTION | xvii |

VOLUME I

AFRICA:

| | |
|---|---|
| Angola | 1 |
| Benin | 23 |
| Botswana | 33 |
| Burkina Faso | 44 |
| Burundi | 56 |
| Cameroon | 72 |
| Cape Verde | 99 |
| Central African Republic | 106 |
| Chad | 122 |
| Comoros | 135 |
| Congo, Democratic Republic of the | 143 |
| Congo, Republic of | 170 |
| Cote d'Ivoire | 180 |
| Djibouti | 211 |
| Equatorial Guinea | 222 |
| Eritrea | 236 |
| Ethiopia | 250 |
| Gabon | 278 |
| Gambia, The | 288 |
| Ghana | 303 |
| Guinea | 332 |
| Guinea-Bissau | 349 |
| Kenya | 357 |
| Lesotho | 385 |
| Liberia | 393 |
| Madagascar | 408 |
| Malawi | 416 |
| Mali | 427 |
| Mauritania | 436 |
| Mauritius | 452 |
| Mozambique | 462 |
| Namibia | 482 |
| Niger | 497 |
| Nigeria | 507 |
| Rwanda | 535 |
| Sao Tome and Principe | 550 |
| Senegal | 554 |
| Seychelles | 565 |
| Sierra Leone | 572 |
| Somalia | 586 |
| South Africa | 599 |
| Sudan | 630 |
| Swaziland | 657 |

(iii)

SHATSKY-008470

iv

Page

AFRICA—CONTINUED
Tanzania ............................................................. 668
Togo ................................................................. 690
Uganda .............................................................. 706
Zambia .............................................................. 734
Zimbabwe ........................................................... 748

EAST ASIA AND THE PACIFIC:
Australia ............................................................ 783
Brunei ............................................................... 797
Burma ............................................................... 804
Cambodia ........................................................... 831
China (includes Hong Kong and Macau) ........................... 845
China (Taiwan only) ................................................ 924
East Timor .......................................................... 936
Fiji .................................................................. 948
Indonesia ........................................................... 960
Japan ............................................................... 1003
Kiribati ............................................................. 1019
Korea, Democratic People's Republic of ........................... 1022
Korea, Republic of ................................................. 1036
Laos ................................................................ 1049
Malaysia ............................................................ 1061
Marshall Islands .................................................... 1095
Micronesia, Federated States of .................................... 1099
Mongolia ............................................................ 1103
Nauru ............................................................... 1112
New Zealand ........................................................ 1115
Palau ............................................................... 1122
Papua New Guinea .................................................. 1126
Philippines .......................................................... 1132
Samoa ............................................................... 1153
Singapore ........................................................... 1159
Solomon Islands ..................................................... 1175
Thailand ............................................................ 1183
Tonga ............................................................... 1199
Tuvalu .............................................................. 1203
Vanuatu ............................................................. 1206
Vietnam ............................................................. 1211

EUROPE AND EURASIA:
Albania ............................................................. 1235
Andorra ............................................................. 1249
Armenia ............................................................. 1253
Austria .............................................................. 1270
Azerbaijan .......................................................... 1281
Belarus ............................................................. 1295
Belgium ............................................................. 1320
Bosnia and Herzegovina ............................................ 1330
Bulgaria ............................................................. 1354
Croatia .............................................................. 1375
Cyprus .............................................................. 1393
Czech Republic ..................................................... 1405
Denmark ............................................................ 1422
Estonia .............................................................. 1427
Finland .............................................................. 1435
France ............................................................... 1439
Georgia ............................................................. 1448
Germany ............................................................ 1467
Greece .............................................................. 1480
Hungary ............................................................. 1497
Iceland .............................................................. 1511
Ireland .............................................................. 1519
Italy ................................................................ 1527
Kazakhstan .......................................................... 1538
Kyrgyz Republic .................................................... 1562
Latvia ............................................................... 1579
Liechtenstein ........................................................ 1588

v

|  | Page |
|---|---|
| EUROPE AND EURASIA—CONTINUED | |
| Lithuania | 1593 |
| Luxembourg | 1606 |
| Macedonia, Former Yugoslav Republic of | 1610 |
| Malta | 1627 |
| Moldova | 1632 |
| Monaco | 1648 |
| Netherlands, The | 1652 |
| Norway | 1660 |
| Poland | 1666 |
| Portugal | 1684 |
| Romania | 1692 |
| Russia | 1710 |
| San Marino | 1760 |
| Slovak Republic | 1763 |
| Slovenia | 1778 |
| Spain | 1784 |
| Sweden | 1794 |
| Switzerland | 1801 |
| Tajikistan | 1815 |
| Turkey | 1831 |
| Turkmenistan | 1864 |
| Ukraine | 1877 |
| United Kingdom | 1904 |
| Uzbekistan | 1921 |
| Federal Republic of Yugoslavia | 1943 |

VOLUME II

| NEAR EAST AND NORTH AFRICA: | |
|---|---|
| Algeria | 1987 |
| Bahrain | 2004 |
| Egypt | 2016 |
| Iran | 2039 |
| Iraq | 2063 |
| Israel and the occupied territories | 2081 |
| Jordan | 2133 |
| Kuwait | 2153 |
| Lebanon | 2172 |
| Libya | 2191 |
| Morocco | 2199 |
| Western Sahara | 2226 |
| Oman | 2231 |
| Qatar | 2240 |
| Saudi Arabia | 2249 |
| Syria | 2265 |
| Tunisia | 2281 |
| United Arab Emirates | 2303 |
| Yemen | 2318 |
| SOUTH ASIA: | |
| Afghanistan | 2345 |
| Bangladesh | 2367 |
| Bhutan | 2398 |
| India | 2408 |
| Maldives | 2458 |
| Nepal | 2465 |
| Pakistan | 2485 |
| Sri Lanka | 2534 |
| WESTERN HEMISPHERE: | |
| Antigua and Barbuda | 2559 |
| Argentina | 2564 |
| Bahamas | 2584 |
| Barbados | 2590 |
| Belize | 2596 |
| Bolivia | 2605 |
| Brazil | 2621 |

vi

|  |  | Page |
|---|---|---|
| WESTERN HEMISPHERE—CONTINUED |  |  |
| Canada | | 2657 |
| Chile | | 2666 |
| Colombia | | 2680 |
| Costa Rica | | 2728 |
| Cuba | | 2738 |
| Dominica | | 2760 |
| Dominican Republic | | 2765 |
| Ecuador | | 2783 |
| El Salvador | | 2796 |
| Grenada | | 2812 |
| Guatemala | | 2816 |
| Guyana | | 2856 |
| Haiti | | 2868 |
| Honduras | | 2887 |
| Jamaica | | 2907 |
| Mexico | | 2917 |
| Nicaragua | | 2955 |
| Panama | | 2974 |
| Paraguay | | 2990 |
| Peru | | 3002 |
| St. Kitts and Nevis | | 3027 |
| Saint Lucia | | 3032 |
| Saint Vincent and the Grenadines | | 3037 |
| Suriname | | 3043 |
| Trinidad and Tobago | | 3051 |
| Uruguay | | 3058 |
| Venezuela | | 3066 |
| APPENDIXES: |  |  |
| A. Notes on Preparation of the Reports | | 3091 |
| B. Reporting on Worker Rights | | 3094 |
| C. Selected International Human Rights Conventions | | 3906 |
| D. Description of Conventions in Appendix C | | 3101 |
| E. FY 2001 Selected U.S. Assistance Programs—Actual Obligations | | 3102 |
| F. 57th Session of the U.N. Human Rights Commission Voting Record | | 3114 |
| G. 57th Session of the U.N. Human Rights Commission Voting Table | | 3118 |
| H. United Nations Universal Declaration of Human Rights | | 3120 |

SHATSKY-008473

# FOREWORD

The country reports on human rights practices contained herein were prepared by the Department of State in accordance with sections 116(d) and 502B(b) of the Foreign Assistance Act of 1961, as amended. They also fulfill the legislative requirements of section 505(c) of the Trade Act of 1974, as amended.

The reports cover the human rights practices of all nations that are members of the United Nations and a few that are not. They are printed to assist Members of Congress in the consideration of legislation, particularly foreign assistance legislation.

HENRY J. HYDE,
*Chairman, Committee on International Relations.*

JESSE HELMS,
*Chairman, Committee on Foreign Relations.*

(vii)

SHATSKY-008474

SHATSKY-008475

# LETTER OF TRANSMITTAL

U.S. DEPARTMENT OF STATE,
*Washington, DC, March 4, 2002.*

Hon. HENRY J. HYDE,
*Chairman, Committee on International Relations.*

DEAR MR. CHAIRMAN: On behalf of Secretary Powell, we are pleased to transmit to you the *Country Reports on Human Rights Practices for 2001,* prepared in compliance with sections 116(d)(1) and 502B(b) of the Foreign Assistance Act of 1961, as amended, and section 505(c) of the Trade Act of 1974, as amended.

We hope this report is helpful. Please let us know if we can provide any further information.

Sincerely,

PAUL V. KELLY,
*Assistant Secretary, Legislative Affairs.*

Enclosure.

(ix)

SHATSKY-008476

# PREFACE

---

### HUMAN RIGHTS REPORTS

As we defend our security after the tragic events of September 11, we have placed the preservation of human rights and democracy at the foundation of our efforts. We also have recommitted ourselves to recognizing and eliminating the conditions in which terrorism is bred and where freedom lies dormant.

Our commitment to human rights is not new. The United States took the lead in furthering the realization of universal human rights worldwide in the last half of the 20th century. The Department of State's *Country Reports on Human Rights Practices* are a tangible manifestation of our deep and abiding belief in and commitment to the universality of human rights. They also remind those of us who believe in human freedom and the rule of law of the challenges that lie before us at the beginning of this century.

The *Reports* are an immense project involving scores of Department offices and hundreds of staff and diplomats posted around the world. The initial mandate, which was to report only on countries receiving U.S. foreign assistance, since has broadened to include all members of the United Nations. It is now commonplace that all countries, having agreed to universal standards of human rights, accept international scrutiny of their accomplishments and further needs in the field.

The *Reports* provide, to the best of our ability, a comprehensive and accurate picture of human rights conditions throughout the world. They offer a basis from which we can continue to further our goals of promoting the rights and dignity of all peoples and assisting in the development of free, pluralistic societies. The international coalition against terrorism, forged in the aftermath of the sad events of last September, have given us the opportunity to expand our human rights dialog with all countries.

It is thus with great pleasure that I transmit the Department of State's *Country Reports on Human Rights Practices for 2001* to the United States Congress.

COLIN L. POWELL,<br>
*Secretary of State.*

(xi)

SHATSKY-008478



# OVERVIEW AND ACKNOWLEDGMENTS

## HUMAN RIGHTS REPORTS

### Why the Reports Are Prepared

This report is submitted to the Congress by the Department of State in compliance with Sections 116(d) and 502(b) of the Foreign Assistance Act of 1961 (FAA), as amended, and Section 504 of the Trade Assistance Act of 1974, as amended. The law provides that the Secretary of State shall transmit to the Speaker of the House of Representatives and the Committee on Foreign Relations of the Senate, by February 25 "a full and complete report regarding the status of internationally recognized human rights, within the meaning of subsection (A) in countries that receive assistance under this part, and (B) in all other foreign countries which are members of the United Nations and which are not otherwise the subject of a human rights report under this Act." We have also included reports on several countries that do not fall into the categories established by these statutes and that thus are not covered by the congressional requirement.

The responsibility of the United States to speak out on behalf of international human rights standards was formalized in the early 1970's. In 1976 Congress enacted legislation creating a Coordinator of Human Rights in the Department of State, a position later upgraded to Assistant Secretary. In 1994 the Congress created a position of Senior Advisor for Women's Rights. Congress has also written into law formal requirements that U.S. foreign and trade policy take into account countries' human rights and worker rights performance and that country reports be submitted to the Congress on an annual basis. The first reports, in 1977, covered only the 82 countries receiving U.S. aid; this year 195 reports are submitted.

### How the Reports Are Prepared

In August 1993, the Secretary of State moved to strengthen further the human rights efforts of our embassies. All sections in each embassy were asked to contribute information and to corroborate reports of human rights violations, and new efforts were made to link mission programming to the advancement of human rights and democracy. In 1994 the Bureau of Human Rights and Humanitarian Affairs was reorganized and renamed as the Bureau of Democracy, Human Rights, and Labor, reflecting both a broader sweep and a more focused approach to the interlocking issues of human rights, worker rights, and democracy. The 2001 human rights reports reflect a year of dedicated effort by hundreds of State

(xiii)

SHATSKY-008480

Case 1:18-cv-02255-MKV-DCF Document 236-101 Filed 10/05/21 Page 16 of 28
Case 1:02-cv-02280-RJL Document 256 Filed 11/13/13 Page 16 of 27

xiv

Department, Foreign Service, and other U.S. Government employees.

Our embassies, which prepared the initial drafts of the reports, gathered information throughout the year from a variety of sources across the political spectrum, including government officials, jurists, armed forces sources, journalists, human rights monitors, academics, and labor activists. This information-gathering can be hazardous, and U.S. Foreign Service Officers regularly go to great lengths, under trying and sometimes dangerous conditions, to investigate reports of human rights abuse, monitor elections, and come to the aid of individuals at risk, such as political dissidents and human rights defenders whose rights are threatened by their governments.

After the embassies completed their drafts, the texts were sent to Washington for careful review by the Bureau of Democracy, Human Rights, and Labor, in cooperation with other State Department offices. As they worked to corroborate, analyze, and edit the reports, the Department officers drew on their own sources of information. These included reports provided by U.S. and other human rights groups, foreign government officials, representatives from the United Nations and other international and regional organizations and institutions, experts from academia, and the media. Officers also consulted with experts on worker rights issues, refugee issues, military and police topics, women's issues, and legal matters. The guiding principle was to ensure that all relevant information was assessed as objectively, thoroughly, and fairly as possible.

The reports in this volume will be used as a resource for shaping policy, conducting diplomacy, and making assistance, training, and other resource allocations. They also will serve as a basis for the U.S. Government's cooperation with private groups to promote the observance of internationally recognized human rights.

The *Country Reports on Human Rights Practices* cover internationally recognized individual, civil, political, and worker rights, as set forth in the Universal Declaration of Human Rights. These rights include freedom from torture or other cruel, inhuman, or degrading treatment or punishment; from prolonged detention without charges; from disappearance or clandestine detention; and from other flagrant violations of the right to life, liberty, and the security of the person.

Universal human rights seek to incorporate respect for human dignity into the processes of government and law. All persons have the inalienable right to change their government by peaceful means and to enjoy basic freedoms, such as freedom of expression, association, assembly, movement, and religion, without discrimination on the basis of race, religion, national origin, or sex. The right to join a free trade union is a necessary condition of a free society and economy. Thus the reports assess key internationally recognized worker rights, including the right of association; the right to organize and bargain collectively; prohibition of forced or compulsory labor; the status of child labor practices and the minimum age for employment of children; and acceptable work conditions.

Within the Bureau of Democracy, Human Rights, and Labor, the editorial staff of the Country Reports Team consists of: Editor in Chief—William E. Dilday; Acting Editor in Chief (during Mr.

SHATSKY-008481

xv

Dilday's absence) and Managing Editor—Jeannette P. Dubrow; Senior Advisors—Michael E. Parmly, John S. Carpenter, Monica V. Kladakis; Senior Editors—Sara M. Allinder, Susan Kovalik Tully, Diana D. Perry-Elby, Rachel D. Settlage; Editors—Stefanie R. Altman, Cynthia R. Bunton, Jason G. Burwen, Lisa M. Chandonnet, Frank B. Crump, Daniel L. Dolan, Claire E. Ehmann, Stanley R. Ifshin, David T. Jones, Jehan S. Jones, Sucheta Misra, Gregory P. Moody, Sandra J. Murphy, Donald E. Parker, Jennifer M. Pekkinen, Gary V. Price, Rebecca A. Schwalbach, Kimber L. Shearer, Jolynn M. Shoemaker, James C. Todd, William J. Tomlyanovich, Nicole Trudeau, Stephen W. Worrel, Jennifer L. Young; Assistant Editors—Ralph D. Anske, Eric M. Barboriak, Kelly W. Bryant, Deborah J. Cahalen, Melanne A. Civic, Patricia A. Davis, Douglas B. Dearborn, Robert A. Doughten, Stephen M. Epstein, Sara B. Farinelli, Thomas F. Farr, Carol G. Finerty, Joan E. Garner, Thomas J. Grubisha, Alethea B. Gordon, Nancy M. Hewett, Jerome L. Hoganson, Victor Huser, Alden H. Irons, Herman Keizer, Joanna Levison, Paul J. Martin, Janet L. Mayland, Susan O'Sullivan, Richard J. Patard, Gianni F. Paz, Maria B. Pica, Sandra M. Polaski, Lange Schermerhorn, Daniel J. Schuman, John J. Sheerin, Christopher Sibilla, Lynn M. Sicade, Wendy B. Silverman, Margot A. Sullivan, Mary T. Sullivan, Danika Walters, George M. White, Gerri L. Williams, Lauren E. Yost, Robert B. Zuehlke; Editorial Assistants—David M. Abramson, Charles W. Evans, Timothy A. Gambacorta, Jean M. Geran, Tatianna C. Gfoeller-Volkoff, Lloyd D. Grieger, Lisa N. Kaplan, Nancy D. Kingsbury, Angelica R. Landauro, Susan J. Pappy, Julie L. Peterson, Marco G. Prouty, Valerie A. Vanosdale, Daniel O. Wright; Technical Editor—Larry L. Arthur; Technical Support—Linda C. Hayes, Tanika N. Willis, Joanne E. Scandola, Celine A. Neves, Daniel J. Bowen, Mitchell R. Brown.



SHATSKY-008483

# INTRODUCTION TO THE COUNTRY REPORTS ON HUMAN RIGHTS PRACTICES FOR THE YEAR 2001

## I. HUMAN RIGHTS AND NATIONAL SECURITY

For the United States, indeed for the whole world, 2001 was a year in which the importance of universal human rights was brought sharply into focus by global terrorism. On September 11, 2001, the world changed. As President Bush declared in his State of the Union Address, "In a single instant, we realized that this will be a decisive decade in the history of liberty, that we've been called to a unique role in human events. Rarely has the world faced a choice more clear or consequential. . . . We choose freedom and the dignity of every life." This choice reflects both U.S. values and the universality of human rights that steadily have gained international acceptance over the past 50 years.

As the United States and our international partners commit resources to the fight against terrorism, we do so for all those who respect and yearn for human rights and democracy. Our fight against terrorism is part of a larger fight for democracy. In the words of President Bush, "America will lead by defending liberty and justice because they are right and true and unchanging for all people everywhere. No nation owns these aspirations, and no nation is exempt from them. We have no intention of imposing our culture. But America will always stand firm for the non-negotiable demands of human dignity: The rule of law, limits on the power of the state, respect for women, private property, free speech, equal justice and religious tolerance." This world of democracy, opportunity, and stability is a world in which terrorism cannot thrive.

While the battle only has begun, we already have achieved significant objectives. Afghan citizens have been released from the brutal and oppressive rule of the Taliban. Afghan women, who suffered violence and repression, are now beginning to resume their roles in society. Indeed Afghanistan is a triumph for human rights in 2001.

There is, however, much more work still to be done. The *Country Reports on Human Rights Practices for 2001* captures a world still reeling and reacting to the events of last September. Yet the Reports' central mission remains the same—to give voice to those who have been denied the freedoms and rights provided for in the Universal Declaration on Human Rights. The Reports confirm that the battle of ideas between those who suppress democracy and human rights and those who would see them flourish remains far from over. Only through the promotion and protection of human rights

(xvii)

SHATSKY-008484

xviii

and fundamental freedoms can the international community be secure from the scourge of terrorism.

## II. THE YEAR IN REVIEW: DEVELOPMENTS IN HUMAN RIGHTS, DEMOCRACY, AND LABOR

The attacks on the World Trade Center and the Pentagon and the subsequent launch of the international war on terrorism were the defining events of 2001. Assembling a disparate group of nations into an international coalition, the United States led the way into a campaign to defend peace, security, and freedom. In addition to bringing the world together in a common cause, this effort has provided an opportunity to expand the dialog on human rights and fundamental freedoms with a broad spectrum of countries.

*Institutional Changes:* Perhaps nowhere was institutional change more significant than in Afghanistan, where 5 years of repressive Taliban rule came to an end. While all Afghans suffered under the cruel and arbitrary rule of the Taliban, women were particularly affected since they were denied their rights and civil liberties and effectively relegated to a state of nonexistence in society. By year's end, members of the international community were committing themselves to the rebuilding of Afghanistan, including the formation of a broad-based, pluralistic Government. Among the new ministers appointed to the interim Government were two women. In addition three women were appointed to the "loya jirga," a consultative council of elders.

In Peru presidential and legislative elections generally met international standards for free and fair elections and demonstrated momentum toward democratic reform in the region. Both transitional President Valentin Paniagua, who took the reins following President Fujimori's departure, and President Alejandro Toledo took significant steps during the year to address past abuses, combat corruption, and establish the Truth and Reconciliation Commission to investigate human rights abuses that occurred under the Fujimori Administration.

The Organization of American States adopted a landmark Inter-American Democratic Charter, which clearly states that "the peoples of the Americas have a right to democracy and that their governments have an obligation to promote and defend it." The date of the charter's adoption was, significantly, September 11, just hours after the terrorist attacks.

In the Middle East, a number of countries initiated steps toward increased democratic practices and pluralism in public life. For example, in Bahrain the Amir annulled the State Security Act, which permitted arbitrary arrest, prolonged detention, and forced exile, and conducted a national referendum in which male and female voters endorsed a plan to restore constitutional rule. The Government also released all political prisoners, took steps to encourage the development of nongovernmental organizations (NGO's) and engender an environment supportive of open political discourse, and registered the Bahrain Human Rights Society, the country's first human rights organization. Events in Qatar and Oman also provided encouragement in 2001.

*Political Rights:* Open and transparent elections and the peaceful transfer of power marked the coming of age of several democrat-

SHATSKY-008485

xix

ically elected governments. Thailand held the first elections for its House of Representatives under the 1997 Constitution, following the election in 2000 of Senate members, who previously were appointed by the King. East Timor continued on its path toward independence with its first election since the 1999 independence referendum. The people of East Timor voted for a Constituent Assembly that then began talks on how the new state would be structured. In Kosovo well-organized elections attracted participation by all ethnic communities. Bangladesh further consolidated its democracy by successfully holding its third parliamentary election on October 1. The election marked the third democratic exchange of power between national Governments since 1991.

In contrast harassment, intimidation, violence, death threats, and fraud marred elections and the political process in several countries. Belarusian leader Aleksandr Lukashenko extended his term of office in September through a process that failed to meet commitments for democratic elections made by the Government to the Organization for Security and Cooperation in Europe. Allegations of irregularities in the election process in Madagascar caused massive demonstrations in that country.

The lead-up to 2002 elections in Zimbabwe was marred by a campaign of violence and intimidation of the opposition, a breakdown in the rule of law, and the undermining of democratic institutions, such as the judiciary and independent media, which put the fairness and transparency of the elections in serious doubt. In the preparation for Cambodian elections in 2002, the number of apparently politically motivated killings rose sharply. Reports of vote buying already had surfaced several months before the elections.

The Cuban Government continued to deny its citizens basic civil and political rights. Political expression remained prohibited, and the Cuban Government continued to imprison people for political reasons, including for simply criticizing the Government. The Government continued to refuse to allow international organizations to inspect prisons.

In Turkmenistan the Government continued to deny its citizens many fundamental political rights. Political parties and independent NGO's were not allowed.

*Internal and Other Conflicts:* While persistent strife in many countries continued to challenge efforts to protect the rights of the individual, there were indications in some countries that efforts to secure greater peace and stability were bearing fruit. The U.N. Observer Mission to the Democratic Republic of the Congo began to move forward with its plans for assisting in the voluntary disarmament and demobilization of nonsignatory armed groups in the Congo, as called for in the Lusaka Cease Fire Agreement. Burundi negotiated an intermediate administrative structure and inaugurated a Transitional Government on November 1. International facilitators were able to defuse internal conflict in Macedonia when they mediated the negotiation of a peace agreement that guaranteed ethnic Albanians more rights.

Palestinian terrorist groups, including some members of the security forces and Fatah's Tanzim, killed 208 Israeli soldiers and civilians in the violence that began in September 2000. Violence intensified in Israel, the West Bank, and Gaza. Terrorist attacks on

XX

Israeli civilians increased, including numerous suicide bombings and shootings. Israeli security forces sometimes used excessive force in contravention of their own rules of engagement, killing 501 Palestinians and injuring thousands in response to terrorist attacks, violent demonstrations, and other clashes in Israel, the West Bank, and Gaza.

The fear of spillover from the antiterrorist campaign in Afghanistan and a perceived opportunity to legitimize measures against Muslim Uighur activists under the antiterrorism umbrella led to an intensification of a crackdown in the Xinjiang Autonomous Region of China late in the year. Chinese Government officials asserted that some persons engaged in legitimate political or religious activities were, in fact, involved in terrorist activities or had ties to al-Qaida. Russian forces in Chechnya continued to root out separatist fighters during the year. These sweeps often were accompanied by credible reports of disappearances, extrajudicial killing, extortion, torture, and arbitrary detention.

In Colombia longstanding and widespread internal conflict and rampant violence—both criminal and political—persisted. An estimated 3,000 to 3,500 Colombians died during the year as a result of the conflict, which involved state forces, paramilitary groups, and guerrillas. The Government continued to work to end collaboration between security forces and paramilitary groups, who were responsible for the majority of the killings. Guerrilla groups continued to kidnap large numbers of citizens for ransom. Journalists, judicial employees, human rights workers, and trade unionists were among those targeted by various groups. In addition the population of internally displaced persons continued to increase.

*Integrity of the Person:* Arbitrary detention, torture, and extrajudicial killings remained common tools of political and religious repression. Public security forces all too frequently tortured detainees in China, Indonesia, Kenya, Burma, Uzbekistan, Mexico, and many other countries. In Turkey torture remained a serious problem, although the number of reported cases declined. In Burma arbitrary detention remained a constant threat to civil liberty. Although Burma released approximately 200 political prisoners during the year, hundreds more remained in prison. Similarly, while Uzbekistan released approximately 800 prisoners accused of crimes against the Constitution, thousands more remained in prison.

The protections of due process and of timely and fair public trials continued to be unavailable in many countries. In Russia a series of so-called espionage cases during the year raised concerns regarding the lack of due process and the influence of the Federal Security Service in court cases. In Zimbabwe the Government undermined the independence of the judiciary by pressuring justices to resign and replacing them with those deemed to be more sympathetic to the ruling party's policies.

The Mexican National Commission on Human Rights released a report on disappearances dating to the 1970's. Of the 532 disappearances documented in the report, 275 allegedly involved public authorities. President Fox took an important first step towards addressing these past abuses by appointing a special prosecutor to investigate the cases outlined in the report.

SHATSKY-008487

Case 1:18-cv-02355-MKV-RGF   Document 236-101   Filed 11/13/13   Page 23 of 28
Case 1:02-cv-02280-RJL   Document 256   Filed 11/13/13   Page 23 of 27

xxi

The Lukashenko regime in Belarus undertook no serious measures to determine who was responsible for politically motivated disappearances dating from 1999. Credible eports emerged of a regime "death squad" operating out of the Ministry of the Interior that was responsible for the disappearances of prominent opposition figures and an independent journalist. An individual accused of ordering the disappearances was placed in charge of the investigations. Allegations made by investigators, who subsequently sought asylum abroad, indicated that the regime was blocking a thorough investigation.

Although prison conditions remained harsh in Kazakhstan, the Government took some measures to improve conditions and the treatment of prisoners.

*Press Freedom:* Governments losing popular support again targeted journalists and the independent media. In Zimbabwe President Mugabe expelled foreign journalists and proposed measures to rein in the free press at home. The Government of Liberia continued to repress and intimidate the free media. Similar incidents of politically motivated attacks on the free press occurred in the post-Soviet states and Russia, where there was apparent government manipulation of the legal system to gain control over the independent nationwide television broadcaster NTV. When NTV was taken over by the state-controlled gas company, Gazprom, TV–6 became Russia's last independent station. Late in the year, TV–6 also came under fire from shareholder Lukoil-Garant, a company partly owned by the Russian Government. The absence of a prompt and transparent investigation into the 2000 killing of Ukrainian independent journalist Heorhiy Gongadze remained of great concern to observers.

Azerbaijan began a new crackdown on the independent media during midyear, intimidating and imprisoning journalists for remarks critical of government officials. However, late in the year, the President called for an end to the harassment of journalists, and after many years of attempting to obtain licenses, several television stations throughout the country were granted licenses at year's end. In Kazakhstan the Parliament passed a media law that, among other things, holds local media outlets criminally responsible for content when reprinting articles published in the foreign media, limits the retransmission of foreign broadcasting, and places restrictions on the Internet. While the Government of Kyrgyzstan did reregister 16 media outlets after months of bureaucratic delay, it continued to pressure the independent media by using lawsuits and other harassing tactics. An independent media was virtually nonexistent in Turkmenistan.

*Religious Freedom:* Religious freedom remained elusive in many parts of the world. Based on the Department's *Annual Report on International Religious Freedom 2001* (issued in October and covering the period July 2000 through June 2001), Burma, China, Iran, Iraq, North Korea, and Sudan were designated "countries of particular concern" by the Secretary of State. The Chinese Government's respect for freedom of religion and of conscience worsened. Various sources reported that thousands of adherents of the Falun Gong spiritual movement were arrested, detained, and imprisoned, and that 200 or more had died in detention since 1999. Some un-

SHATSKY-008488

xxii

registered religious groups were subjected to increased restrictions, intimidation, harassment, and detention. Many leaders of unregistered religious groups remained in prison. In Tibet the Government promptly and forcibly suppressed any activities perceived as advocating Tibetan independence or separatism. In practice Tibetan Buddhists were prohibited from expressing their reverence for the Dalai Lama as a religious leader.

Incidents of arbitrary detention of Vietnamese citizens for the peaceful expression of political and religious views continued. Leaders of unregistered religious organizations suffered special harassment, detention, and imprisonment. In October a Catholic priest, Father Nguyen Van Ly, was sentenced to 15 years in prison, apparently for calling for respect for religious freedom and human rights. Unified Buddhist Church of Vietnam leaders Thich Huyen Quang (the Supreme Patriarch) and Thich Quang Do continued to be held under house arrest.

Obtaining reliable information about the situation in North Korea remained difficult given the regime's rigid control of information. However, reports continued to surface of executions of Christian believers. The Government's human rights record remained poor, and it continued to commit numerous serious abuses. The regime continued to crack down on unauthorized religious groups and tightly control official groups.

In Uzbekistan security forces continued to arrest and detain persons arbitrarily on false charges, particularly Muslims suspected of extremist sympathies. The Government continued to view those who practiced an unauthorized version of Islam as enemies of the State and indiscriminately treated them as potential terrorists. Although some unauthorized versions of Islam advocate the overthrow of secular governments—in some cases by violent means—the Government often arrested those who do not advocate violence and are only guilty of possessing pamphlets from these groups.

In Sudan the Government's insistence on Shari'a law made religious freedom a critical issue in the peace process. The Government continued to restrict the activities of non-Muslims, including Christians and followers of traditional indigenous religions, as well as some Islamic groups. Reports of forced conversions to Islam of orphans, abductees, and army recruits remained a matter of concern.

Although the Government of Saudi Arabia has stated publicly that it will protect the right of non-Muslims to worship privately, the distinction between public and private worship remained unclear. This lack of clarity, combined with instances of arbitrary enforcement, has meant that most non-Muslims worship clandestinely. When discovered some worshippers have been detained and deported.

*Women:* The plight of Afghan women, who suffered under one of the most repressive regimes in the world, further raised awareness about the continued oppression of women throughout the world and prompted a radio address by First Lady Laura Bush on the Taliban's brutality toward women and children. The President signed the Afghan Women and Children Relief Act of 2001 in December, and the State Department's Democracy, Human Rights and Labor Bureau published *The Taliban's War Against Women*, describing some of the abuses. Soon after the Taliban regime fell,

SHATSKY-008489

xxiii

Afghan women began to reassert their rights to basic human dignities. Some enthusiastically took on leadership roles in the Afghan Interim Authority or the loya jirga; others returned to work in different areas. As women returned to work, and young women and girls prepared to return to school, it became clear that women were eager to return to active participation in Afghan society.

There was other notable progress in human rights for women. In February the International Criminal Tribunal for the Former Yugoslavia issued a landmark verdict that found that the enslavement of women and girls in the Bosnian town of Foca for the purpose of continuous rape rose to the level of crimes against humanity. Sixteen women and girls testified that they had been held as slaves and raped multiple times.

In April the Inter-American Commission on Human Rights issued its first report on the issue of violence against women, observing that Brazil had violated the rights of a female petitioner because the country had failed to act and had tolerated the violence inflicted. The Commission recommended that the perpetrator be prosecuted, the victim compensated, and that the Government continue and expand its reform process to end the problem of state tolerance of domestic violence against women.

In Yemen the Government and a national women's association began a dialog to consider changes to laws that discriminate against women. The women's group provided the Government with legal and religious justifications for the changes. The Government also created a Minister of State for Human Rights and appointed a woman to the position, marking the first time that a woman has held a ministerial position in Yemen. In Turkey substantial reform of the country's Civil Code strengthened gender equality in civil matters. NGO's actively participated in the process and contributed meaningfully to the results.

Despite this progress, so-called honor killings and dowry deaths continued to be major problems in certain parts of the Middle East and South Asia. In many parts of Africa, female genital mutilation continued to damage the physical and psychological health of women and girls and to hinder the economic development of the continent. Millions of women are subjected to this practice each year. In March the State Department released a *Report on Female Genital Mutilation.*

The international community strongly protested a Nigerian court's decision to sentence a woman to be stoned to death for adultery. The sentence was under appeal at year's end. The incidence of violence, including domestic violence, discriminatory marriage and family laws, as well as unequal access to education, employment, and health care were still significant problems for women in many parts of the world.

*Children:* By the end of the year, 80 nations, including the United States, had signed the Optional Protocol to the Convention on the Rights of the Child on the involvement of children in armed conflict. Still, the rights of children in areas of conflict and in impoverished countries continued to be a major concern. Wars deprived many children of food, shelter, medical care, and mental well-being. Children displaced by conflict were deprived of their education. In many areas of the globe, street children faced similar

SHATSKY-008490

xxiv

problems. In addition these children remained especially vulnerable to sexual exploitation and abuse by some police and local officials. Many have become addicted to drugs. Some young boys in wealthy Persian Gulf states are exposed to great danger when used as jockeys in camel races.

Children made up the largest proportion of internally displaced populations in many countries racked by internal conflicts such as Afghanistan, Angola, and Liberia. In Sri Lanka, Rwanda, Burundi, and Sudan many children were forcibly recruited to engage in combat; however, in the Democratic Republic of the Congo and Sierra Leone, the Governments began demobilizing child soldiers as part of the process of conflict resolution in those countries.

Governments continued to ratify International Labor Organization (ILO) Convention 182 on the Worst Forms of Child Labor faster than any convention in the ILO's history. By year's end, 133 nations had deposited instruments of ratification. The Convention was adopted by the United States in 1999 and ratified in 2000. Among the countries that have yet to ratify the convention, Sudan continued to use forced child labor.

*Worker Rights:* Trade union leaders continued to be targeted for killing and threats in Colombia, where 171 trade union leaders were killed, more than in the rest of the world combined. The United Nations reported that 73 percent of these trade union killings were committed by paramilitary groups. In Burma forced labor remained a widespread problem, although under international pressure the Government promulgated new regulations to curb the practice. China experienced increased labor unrest as frustrated factory workers seized factories—and at times managers—demanding back wages and fair play from management. A new law on trade unions directed the official All-China Federation of Trade Unions to shift its attention to collective bargaining and to represent workers' interests to management.

Russia promulgated a new Labor Code that appeared to weaken the role of independent unions and leave all unions vulnerable to management domination. In Guatemala several killings of trade union leaders remained unsolved, and workers attempting to organize a union were physically intimidated. However, the Government of Guatemala enacted Labor Code reforms that brought the country a step closer to compliance with international standards.

In Vietnam apparel factories experimented with a voluntary private code of labor standards designed to improve working conditions and certify the results to buyers in the United States and Europe.

*Trafficking in Persons:* The abhorrent practice of trafficking of more than 700,000 men, women, and children each year affected almost every country and remained one of the most serious human rights problems facing the world.

Women and children from Eastern Europe, the former Soviet Union, and Southeast Asia have become the primary targets of transnational criminal elements, including traffickers. Abducted by force or ensnared through misrepresentation, fraud, or coercion, trafficking victims are transported throughout the world, where they are forced to work in substandard conditions in factories, as domestic or farm laborers, or are exploited sexually. The abduc-

SHATSKY-008491

XXV

tions of men, women, and children from minority southern tribes in Sudan for forced labor and ransom remained a matter of grave concern.

A number of governments took steps to combat trafficking in persons, although much remains to be done. In South Korea, for example, over 50 district Public Prosecutor's Offices designated special prosecutors for trafficking and have been operating joint crackdown teams for trafficking-related crimes. Several countries in southeastern Europe have focused efforts to deal with the problem, despite significant resource constraints. For example, Albania created and passed a comprehensive National Strategy on Anti-Trafficking, which charts its course for dealing with trafficking, and Romania enacted a law that prohibits trafficking in persons. The Economic Community of West African States adopted a Political Declaration and Action Plan with achievable goals and objectives. The Philippines also drew up an action plan to combat this growing transnational crime and violation of human rights.

Signaling the U.S. Government's commitment, the State Department released its first *Trafficking in Persons Report* in July and formally opened the Office to Monitor and Combat Trafficking in Persons in November. By the end of the year, there were over 100 signatories to the U.N. Protocol to Prevent, Suppress, and Punish Trafficking in Persons, especially Women and Children, and 80 signatories to the Optional Protocol to the Convention on the Rights of the Child on the sale of children, child prostitution, and child pornography. Both agreements offer multilateral frameworks for addressing these horrific practices.

*Corporate Social Responsibility:* Partnerships among governments, business, labor unions, and civil society to promote human rights and address corporate responsibility grew during the year and gained new adherents. The U.N. Global Compact combined the resources of the private sector, working in conjunction with labor, civil society, and governments, toward corporate responsibility in the area of human rights. Multilateral financial institutions began to address more consistently the issues surrounding corporate responsibility.

During the year, positive examples of partnerships between the private and public sectors emerged. Chevron-Texaco, Conoco, Freeport MacMoRan, BP, Shell, and Rio Tinto together with human rights and corporate responsibility groups and the U.S. and British Governments worked to integrate and implement the Voluntary Principles on Security and Human Rights. The Government of the Netherlands joined this effort in December. Responding to media and other reports of forced child labor in West African cocoa plantations, companies and associations in the chocolate industry lent support to government and NGO initiatives to address child trafficking and child labor. Other efforts to improve labor conditions and worker rights also continued as various industries worked with NGO's and governments to implement voluntary codes of conduct and factory monitoring systems.

### III. HUMAN RIGHTS IN THE 21ST CENTURY

The pervasiveness of global terrorism became shockingly apparent with the events of September 11. The events strengthened the

xxvi

argument made by the United States and our international part-
ners that we were engaged in a struggle to defend our freedoms
and values. Moreover along with the need to defend ourselves came
the growing awareness that terrorism has been gaining adherents
for some time in countries where human rights are denied and civil
liberties are repressed. The citizens in many of these countries also
lack economic opportunity.

Extending the benefits of globalization, therefore, has added a
new dimension to the challenge that we face in defending our val-
ues. The benefits of taking part in the global economy—the ex-
change of goods and technology, the creation of jobs and an edu-
cated workforce—are apparent. Stable, democratic governments
offer the clearest path to the economic growth and prosperity that
nations and their people seek. Ending corruption, assuring the ob-
servance of the rule of law, and providing fair judicial recourse are
central to economic development and contribute to good corporate
governance.

The U.S. Government's steadfast commitment to human rights
and democracy was left unshaken by September 11. Indeed these
events further strengthened our resolve to help ensure these rights
for people everywhere. We will continue to press for human rights,
democratic processes, and civil liberties in all countries using the
range of tools available to us. We will continue to monitor and re-
port accurately and comprehensively on human rights around the
globe. We will continue to work to integrate human rights con-
cerns—such as religious freedom, press freedom, good governance,
worker rights, respect for women, and combating trafficking in per-
sons—into our foreign policy and programs. And we will accelerate
our programming work to assist other countries in improving
human rights infrastructure and policies.

To accomplish these goals and achieve sustainable results, we
will need partners. The emergence of a vibrant, global civil society
over the past three decades has contributed to our efforts, as have
our traditional partners—governments. The private sector also has
an important role to play. They appreciate, as we do, that countries
that respect democracy and human rights are stable and secure,
and thus good investment environments. As the events of the past
year illustrate, the protection and promotion of human rights can
no longer be considered the purview of governments and NGO's
alone. A partnership of governments, NGO's, and the private sector
will be necessary to win the fight to ensure the observance of uni-
versal human rights in the 21st century.

LORNE W. CRANER,
*Assistant Secretary of State,*
*Bureau of Democracy, Human Rights and Labor.*

SHATSKY-008493