# LOWELL DECL. EX. 92

This document serves as a placeholder for the following video file:

**Arafat ran Intifada - Mazan**

Served with Plaintiffs' Opposition to Motion for Summary Judgment, filed October 4, 2021