# LOWELL DECL. EX. 93

Exhibit 73

| Al-Hayat Local | Al-Hayat al-Jadida |
|---|---|

**He Called the Arab Street to Join the Intifada, So that Sharon Will not Isolate the Palestinians**

## Al-Barghouthi: The Key of the Intifada is not in My Hand, and Abu Ammar will Never Order to Stop It

London - interviewer: Kamal Qubeisi

Certain events sometimes entail curious inspirations. A strong connection exists between stones and Marwan al-Barghouthi, secretary of the Fatah movement in the West Bank, who is also the motive force behind the Intifada that was launched five months now. This connection was formed when he first saw the light of day 42 years ago, in a small village named Kubar, which counts no more than 4,000 people - most of whom live outside the village, which is located almost 14 km north of Ramallah. On the year he was born, his father turned from a poor farmer with no home to live in with his wife and seven children into a quarry worker, who worked with stones every day, until he passed away several years ago. The son of this quarry worker is the man who leads today the revolution of the stone-throwers against the Israelis. He finds such pleasure in this, that he lets you know that he feels it, even when you just speak with him openly, a heart-to-heart conversation over the phone. During this conversation he spoke of such particularities of which no one else would probably consent to speak, but Al-Barghouthi is different, for he is spontaneous and sincere about everything, and is not surprised by annoying questions, so much that when he was speaking about the Intifada and its details, for example, he responded thus: "You ask me where we get the stones from? They are found abundantly in Palestine, and when the youth cannot find any in times of crisis, we get the stones for them, so they find them before their eyes in the streets, the alleys, the squares and other places that witness tension".

\* How do you get them?

**- With trucks or wooden wagons. In general, we do not get into these details – whatever can be obtained is always helpful, since the goal is not to hurt… Throwing stones at Israelis is an expression of rejection.**

\* True, but they do have an intention to hurt you with live and rubber bullets in most cases.

**- And with deadly gases, too. But stones are useless against them, for they are protected with all kinds of measures. This action is an expression, but we also try to hurt them as much as possible.**

\* Why do you not use catapults or any other kind of stone-hurling devices in general, like the Romans and others?

**SHATSKY 8101-T - 8102-T**

- **It is difficult in practice, since the manner of the stoning requires to attack and retreat, and a catapult is very heavy.**

\* Will the method of expressing rejection never develop from stones to weapons, for example?

- **The armed struggle is part of the Intifada now, and it is no longer dependent on stones alone; since its beginning, 66 of them were killed and 614 others were wounded, and this is a good result.**

\* It is said that it will expand in Sharon's term, and that the results may improve.

- **We will try to break him in the issue of security itself, because Sharon is campaigning on the slogan of security.**

\* How?

- **We will not go into details; that's enough**.

**I Forget Their Pain When I Remember Our Tragedy**

Marwan al-Barghouthi does not conceal the fact that he feels sorrow when he sees in the papers and on TV screens an Israeli mother lamenting over her dead son, and he says: "I feel for anyone in pain, but I forget their pain when I remember our pain and tragedy… It is a battle we rush into for our state and our land, and in battles there is pain for those who fight and for their families". He says that he was not born into the current Intifada circumstances, for the first time he had been arrested by the Israelis was when he was 17 years old: "I was active then in the demonstrations against them. They arrested me when I was a fully-grown young man, and they hit me and humiliated me. Traces of a strike I cannot forget are still carved on my forehead to this day", he says. They also arrested him for 4.5 years in 1978 for being a member of Fatah. During his imprisonment he completed his studies and graduated from high-school, and later he studied history and political science in Birzeit University, which is located only 4 km from his village, Kubar, but it took him 10 years to graduate from the university.

\* Why? Were you that lazy?

- **On the contrary, I was a motivated student with good grades, but I was arrested for 6 months in 1985, and was sentenced to house arrest and summoned for interrogations. In addition, I was deported by decree of the commander of the Central Command at the time, Ehud Barak, so I went to Amman. Thus, I lost much time. Even so, I was energetic in my studies and learned English and Hebrew. In 1989, I was elected as member of the Revolutionary Council of Fatah movement, and was the youngest member to be elected for this position.**

**SHATSKY 8101-T - 8102-T (continued)**

\* What is the thing that hurt your feelings the most regarding the Palestinians in the Intifada?

**- The sights of some of the martyrs, whom I escorted to the hospitals or in whose commemoration I have participated, remain in my mind and memory all the time. This makes you feel the Occupation and its meaning for the Palestinians – for them it is blood, killing, banishment and cruelty. I will never forget this for as long as I live.**

\* Nothing else?

**- There is another thing that also hurts my feelings. I used to believe that the Arabs in particular, despite some internal difficulties they have, might be the most compassionate towards the Palestinians. It is true that we feel the support of the Arab street and the Arabic media, but we wonder why do the Arabs - on the official level – turn a blind eye toward butchers like Barak and Sharon, who are eager to torture us?**

\* Do you also call the Arab street to join the Intifada?

**- I said it once, and I will say it again: this Intifada is crossing borders.**

\* Do you call it [the Arab street] to join the Intifada or not? Answer clearly.

**- I call it to make a move in the popular level, which will help us against the coming Sharon, so that at least he will not isolate us.**

\* How much longer will the Intifada continue?

**- Until the land will be liberated and the state will be announced.**

\* When will the state be announced in your opinion?

**- In no more than 3 years.**

\* What is it going to be like?

**- The Palestinians did not fight in order to have a suppressive state. They want it to be democratic, and I believe that that's the way it will be.**

\* Three months ago, an Israeli journalist quoted a Palestinian security source – according to his claim - who said that President Arafat asked you to ignore any command issued by him to freeze or reduce the Intifada, and that he told you: "If you receive a command from me to stop, do not follow it… ignore it and continue, and pressure…" – Is this true?

**- Absolutely not. It never happened, so forget it.**

\* We notice that when you are speaking with newspapers and TV stations, you evade answering a disconcerting question.

**SHATSKY 8101-T - 8102-T (continued)**

- **Which question?**

\* If President Arafat will order to stop the Intifada, what will be your response?

- **Abu Ammar will never order a catastrophe, because stopping it will be a catastrophe for the Palestinians, and Abu Ammar will never issue an order that will not be in their benefit. In any case, the key of the Intifada is not in my hand.**

\* Where is it?

- **It is in the street. By the way, the Intifada came to President Arafat as a blessing from heaven.**

\* If it is a blessing, why did you not start it earlier?

- **The Intifada is different from war, which requires a decision. The Intifada is the result of a collection of the people's feelings, which manifested spontaneously, and no one can make a decision to start it or stop it.**

\* Let us speak about your children. Do they take part in the Intifada?

- **The oldest one does. His name is Al-Qassam and he is 15 years old, and by now he had already been hit by 3 or 4 rubber bullets in several places in his body.**

\* And the others?

- **My daughter Raba cannot participate, for she is still a child after all - she is almost 13 years old. My third son, Sharaf, is two years younger than her. The fourth one is still little. His name is Arab, and he is less than 10 years old.**

\* You named your oldest son al-Qassam. Is it after Izz al-Din al-Qassam, as a good omen?

- **That's right.**

\* Three months ago, the queen of Sweden has criticized you for exposing children to danger by allowing them to throw stones.

- **She does not know what she is talking about. Her words express the West's ignorance of the Arab communities' structure and composition in general, and that of the Palestinian community in particular. We have also issued directions to keep children under 16 years old away from participating, but the situation here witnesses a comprehensive Intifada, and sometimes we cannot control it.**

SHATSKY 8101-T - 8102-T (continued)

* Does your wife, Fadya, participate too?



Marwan Barghuthi

- **She is a lawyer, and she also takes care of the children and the house. This is difficult for her.**

* Is there no maid to help her?

- **Sometimes a neighbor comes to help, but we do not have a maid.**

* In that case, no doubt you are helping with the house chores, such as cooking or cleaning.

- **In the past I used to get my sons to the bath in order to help them, but now they do not need me anymore. As for cooking and cleaning, sometimes our relatives - all of them from my wife's family - come to help as much as they can.**

* Is your house rented or is it your personal property?

- **Rented. We are poor and needy people. Do not go further into it.**

* How much rent do you pay for it?

- **About 550 Dollars.**

* Why do you not buy it?

- **I am thinking about buying it, or to buy another similar 3-bedroom apartment, but I need money, since I did not yet save what is required.**

* You are a member of the Legislative Council, and your salary is over 2,000 Dollars. They say that the Council has given each of its members an excellent car - a 1997 Audi – isn't this enough to be able to save some money, especially when your wife is working? By the way, what is your wife's monthly salary, and does she own a car?

- **She drives a 1996 Golf and also earns 2,000 Dollars, but she started working only a year ago, so we haven't had time to save and accumulate what is required.**

* Don't you have property?

- **I have a small piece of land, left to me by my father, and it does not serve for any purpose.**

* An income of 4,000 Dollars a month within the territory of the Palestinian Authority is good, for prices are low there, and you can save most of your income.

- **On the contrary, prices are high here, and we pay for our necessities the same prices as in Israel, since our consumable goods come from there.**

* What are your personal expenses?

SHATSKY 8103-T - 8104-T

- **I do not smoke ever since I quit 4 years ago, and I also do not drink. My only expense is gas for the car, and it costs me plenty. Thus we deduct 600 Dollars a month, and the rest I give to my wife. She gets her salary and takes care of the house expenses.**

\* She even buys your clothes?

- **I hate shopping, so she buys everything.**

\* They say that your mother has turned 70 and that she lives with your brother and sister. Do you not help them?

- **I help with their expenses with more than 300 Dollars a month and I sent her to the *Hajj* [Muslim pilgrimage to Mecca] twice. My brothers and I shared the costs, especially my brother Hisham, who works in Saudi Arabia.**

\* What does your brother do in Saudi Arabia?

- **He lives in the city Al-Khubar and works at a stationery company.**

\* Did he not help you with anything?

- **He helped me several times, especially with the costs of my marriage, even though his situation isn't as well as one could possibly wish.**

\* No doubt your marriage cost you plenty.

- **Hey, we are poor, so do not think further. The marriage did not cost me more than 3,000 Dollars, which my brother paid.**

\* Will you return him the money?

- **It was no loan, it was a wedding gift.**

\* Don't your brothers or your children fear the consequences you might meet on account of the Intifada? Don't they advise you to abandon what you are doing, which puts you in danger?

- **My mother is stubborn and she has strong nerves. Therefore, she encourages me. The children are still too young. However, my brothers worry, especially the one who lives in Saudi Arabia, and he came twice to the [West] Bank - he was anxious and he started warning me.**

\* Do you know that the Israelis wish to catch and kill you?

- **I know and I am cautious.**

\* Do you have bodyguards?

- **Sometimes one of them accompanies me, or [illegible] two guards at most.**

SHATSKY 8103-T - 8104-T (continued)

\* And the [Palestinian] Authority? Does it not provide you with information [illegible] those who are after you, or something to protect you?

- **Nothing, nothing at all.**

\* And Abu Ammar?

- **He admonishes me every time I see him, and last time [illegible] me: "Be on your guard, pay attention, Marwan.**

\* Does the Lebanese Hezbollah have a cell [illegible] like the Israelis say?

- **We have general cooperation with them, and I do not [illegible] if they had a cell here. In any case, they always fulfill their duty. [Illegible] salute them and always evaluate their positions [illegible].**

To those who do not know, Marwan al-Barghouti has a masters' degree in international relations, for a study he submitted [illegible] years ago about the French-Palestinian relations, and a year later [illegible] taught history and political [illegible] as a lecturer in Al-Quds University. He says that his time [illegible] prevents him from practicing any hobbies, for [illegible] forced to constantly be in touch [illegible] all of the areas and their committees. He had [illegible] in conferences recently [illegible] Fatah movement, as he participated in organizing [illegible] regional conference, with 120 thousand members [illegible] the West Bank. When Al-Barghouti returned with the people who returned in 1994 from Tunisia - where he used to operate along with Khalil [illegible] (Abu Jihad) before he was assassinated by the Israelis - he was elected as the secretary of Fatah movement in the West Bank. Two years later, he was elected as a member of the Legislative Council, and since then he accompanied [illegible] the stages of the Palestinian-Israeli negotiations… Later, he found himself [illegible] the revolution of stones.

                                                 **From Al-Sharq al-Awsat**

**SHATSKY 8103-T - 8104-T (continued)**

Original

# الحياة الجديدة — الحياة المحلية

## دعا الشارع العربي الى الانتفاض حتى لا يستفرد شارون بـ...

# البرغوثي: مفتاح الانتفاضة ليس بجيبي وابو عما...

**لندن: أجرى الحوار كمال قبيسي**

للأحداث موجبات غريبة أحيانا، فبين الحجر ومروان البرغوثي، أمين سر حركة فتح بالضفة الغربية، والمحرك العملي كل يوم للانتفاضة المستمرة منذ ٥ أشهر، علاقة وثيقة بدأت منذ أبصر النور قبل ٤٢ سنة في قرية صغيرة اسمها كوبر، لا يزيد المتحدرون منها على ٤ آلاف نسمة، يعيش معظمهم خارجها، وبالكاد تبعد ١٤ كيلومترا الى الشمال من رام الله، لأنه في العام الذي أبصر فيه النور، تحول والده من فلاح فقير، وبلا بيت يسكن فيه مع زوجته وأولاده السبعة، الى عامل كسارات يتعامل مع الحجارة، ومقالعها كل يوم، حتى وفاته قبل سنوات. ابن عامل الكسارات الصخرية والحجرية، هو الذي يقود اليوم ثورة رماة الحجارة على الاسرائيليين، ويجد في ذلك متعة يشعرك مروان البرغوثي بأنه يحس بها، ولو حتى من حديث معه صريح، ومن القلب الى القلب عبر الهاتف، تطرق فيه لخصوصيات قد لا يرضى أن يتحدث عنها سواه. الآن ان البرغوثي من طينة مختلفة بعض الشيء، فهو عفوي وصريح في كل شيء، ولا يستغرب أسئلة يضيق لها الصدر، حتى حين يتحدث عن الانتفاضة وتفاصيلها، كأن يجيب مثلا: «تسألني من أين نأتي بالحجارة؟ إنها متوافرة بكثرة في فلسطين يا رجل. وحين لا يجدها الشباب وقت الحشرة، نأتيهم بها فيجدونها أمامهم على الطرقات والزواريب والساحات والأماكن التي تشهد توترات».

* كيف تأتون بها؟
- بالشاحنات، أو بالعربيات الخشبية. اجمالا، لا نتطرق الى هذه التفاصيل، فما يأتون به ينفع دائما، لأن الغاية ليست الايذاء. رمي الحجر على الاسرائيليين هو تعبير عن الرفض.

* صحيح، ولكنهم يتعمدون ايذاءكم بالرصاص الحي والمطاطي في معظم الأحيان.
- وبالغازات القاتلة أيضا. ولكن الحجر لا ينفع معهم، فهم محميون بكل الوسائل. العملية تعبير، لكننا نحاول ايذائهم قدر الامكان أيضا.

* لماذا لا تستخدمون المنجنيق، أو رشاشات الحجر بالجملة، كما في زمن الرومان وسواهم؟
- ميدانيا هذا أصعب، لأن طبيعة الرجم تفرض الكر والفر، والمنجنيق ثقيل الوزن.

* ألن يتطور أسلوب التعبير عن الرفض من الحجارة الى السلاح مثلا؟
- الكفاح المسلح جزء من الانتفاضة الآن، وهي لم تعد وقفا على الحجر وحده. وفي بدايتها قتل منهم ٦٦ وجرح ٦١٤ آخرين، وهذه نتيجة جيدة.

* يقال انها ستستمر في عهد شارون والنتيجة قد تتحسن.
- سنحاول كسر وقف موضوع الأمن.

* مـاذا لـو كـنت كـسرت الى هذه الدرجة؟

- بالعكس. كنت طالبا نشطا وعلاماتي جيدة. لكنني اعتقلت ٦ أشهر سنة ١٩٨٥ وفرضت علي الاقامة الجبرية، وكنت مطلوبا للتحقيقات. وبالاضافة الى ذلك أبعدوني عن البلاد بقرار من قائد المنطقة الوسطى آنذاك، إيهود باراك، فذهبت الى عمان، وضاع علي وقت كثير. مع ذلك كنت نشطا في دروسي، فتعلمت الانجليزية والعبرية، وانتخبت في ١٩٨٩ عضوا بالمجلس الثوري لحركة فتح. كنت أصغر عضو ينتخبونه لهذا المنصب.

* ما الذي جرح مشاعرك أكثر من سواه بالنسبة للفلسطينيين في الانتفاضة؟
- مشاهد بعض الشهداء، ممن رافقتهم الى المستشفيات أو شاركت في تأبينهم في المقابر، تظل في ذاكرتي وبالي طوال الوقت. هذا يشعرك بالاحتلال ومعناه للفلسطينيين، فهو لهم دماء وقتل وتشريد وقساوة.. لن أنسى ذلك ما حييت.

* هذا فقط؟
- هناك شيء آخر يؤلم الشعور أيضا، فقد كنت أعتقد أن العرب تحديدا، ورغم بعض متاعبهم في الداخل، يمكنهم أن يكونوا أكثر رحمة بالفلسطينيين. صحيح أننا نشعر بتأييد الشارع العربي وأجهزة الاعلام العربية، الا أننا نتساءل لماذا يترك العرب على المستوى الرسمي جزارا كبارا كباراك أو شارون يمعن في التكيل بنا؟

* أتدعو الشارع العربي الى الانتفاضة أيضا؟
- قلت مرة إن هذه الانتفاضة عابرة للحدود، وأكررها.

* تدعوه للانتفاضة أم لا؟ قلها بصراحة.
- أدعوه الى تحرك شعبي يساندنا ضد القادم شارون، لكي لا يستفرد بنا على الأقل.

* الى متى ستكون الانتفاضة؟
- حتى تحرير الأرض واعلان الدولة.

* متى اعلان الدولة برأيك؟
- لن يتأخر أكثر من ٥ سنوات.

* كيف ستكون؟
- الفلسطينيون لم يقاتلوا لتصبح عندهم دولة قمعية. يريدوننا ديمقراطية، وأعتقد أننا سنكون كذلك.

منذ ٣ أشهر كتب صحفي أمني اسرائيلي نقلا عن مصدر أمني فلسطيني على حد زعمه، أن الرئيس عرفات طلب منك أن تتجاهل أي أمر يصدر عنه بتجميد أو تقليص الانتفاضة، وأنه كان يقول لك: «اذا وصلك أمر مني بالتوقف، فلا تفعل.. تجاهله واستمر، واضغط». فهل هذا صحيح؟

- غير صحيح بالمرة، ولم يحدث اطلاقا، فانس الموضوع.

* نلاحظك تهرب حين تتحدث الى صحف وتلفزيونات من الاجابة عن سؤال محرج.

- أي سؤال؟

* اذا أمر الرئيس عرفات بوقف الانتفاضة، فماذا سيكون ردك؟

- أبو عمار لن يأمر بكارثة، لأن ايقافها كارثة للفلسطينيين، وأبو عمار لن يصدر أمرا في غير مصلحتهم، ومفتاح الانتفاضة ليس في جيبي على أي حال.

* أين هو؟
- انه في الشارع. وعلى فكرة، فان الانتفاضة جاءت للرئيس عرفات نعمة من السماء.

* اذا كانت نعمة، فلماذا لم تبدأ بها من قبل؟

- الانتفاضة شيء مختلف عن الحرب، التي تحتاج لقرار. الانتفاضة نتاج تجمع لمشاعر شعبية تنعكس فيها البدء بقرار يتخذه أو ايقافها.

* نتحدث عن أولادك، هل يشاركون في الانتفاضة؟

- كبيرهم يشارك، وهو القسام، عمره ١٥ سنة، وقد تلقى ٣ أو ٤ رصاصات مطاطية في أنحاء عدة من جسمه حتى الآن.

* الآخرون؟
- ... ربى لا تستطيع، فهي طفلة في النهاية، بالكاد عمرها ١٣ سنة. وأصغر منها بسنتين هو ابني الثالث. شرف. أما الرابع فصغير، واسمه عرب، لا يزيد عمره عن ١٠ سنوات.

* أطلقت اسم القسام على ابنك البكر، تيمنا بعز الدين القسام؟

- صحيح.

* منذ ٣ أشهر انتقدتكم ملكة السويد لتعريضكم الأطفال للخطر، بالسماح لهم برمي الحجارة.

- انها لا تعرف ما تقول، وكلامها يعبر عن جهل الغرب ببيئة وتركيب التجمعات العربية عموما، والفلسطينية خصوصا. نحن أيضا

SHATSKY-008102



SHATSKY 008104