**LOWELL DECL. EX. 97**

Exhibit 131

# State of Palestine

**General Security** 04/27/2010

**Organization and Administration Dept.** 10:37:47

Date of Joining: 12/01/1997

The [illegible] Number: 58541     **Full Evaluation Report**     **Service ended**

Name: Mohannad Sa'id Munib Abu Halawah     Marital Status: Single + 0

Rank: Sergeant     Date of Rank: 03/05/2002

Unit: Martyrs' Families and Injured Care Establishment     Personal File No.: 55234

Comments:     Date of Birth: 07/10/1979

I.D.: 905031159     Name of Mother: Khairiya     Military No.: 161068624

Induction Order No.: 13263/1     Date of Induction Order: 12/16/1997     Assigned to:

## Promotions

| From | | To | | Order | Date | |
|---|---|---|---|---|---|---|
| From Volunteer rank | 12/01/1997 | to | Private 05/01/1998 | by Order 5135/1 | 05/02/1998 | |
| From Private | 05/01/1998 | to | Private 09/01/1998 | by Order 5836/8 | 05/30/2000 | [Illegible] |
| From Private | 09/01/1998 | to | Corporal 09/01/2001 | by Order 8333/3 | 09/01/2001 | [Illegible] |
| From Corporal | 09/01/2001 | to | Sergeant 03/05/2002 | by Order 2541/3 | 03/16/2002 | [Illegible] |

## Revocation of Record

## Transfers

Transferred on 03/06/2002 from the presidential Security \ Northern Governorates to the Headquarters \ al-Shuhada \ [illegible] Governorates by Order 2542/13     03/16/2002     Due to his martyrdom after his car was bombarded.

Transferred on 07/01/2009 from the Headquarters \ al-Shuhada \ [illegible] Governorates to the Martyrs' Families and Injured Care Establishment and the Injured by Order 2742/7     04/19/2009     according to the Brother President's Orders.

SHATSKY-009124
06!000004 T

**Termination of Service**

Terminated on 03/06/2002 Due to Martyr after his car was bombarded by Order 2542/13 03/16/2002

[Illegible] Due to by Order

[Illegible]

**Non-Commissioned Officers Miscellaneous**

**Officers Miscellaneous**

**Punishments**

On 05/30/2000 by Order 5836/8    05/30/2000    Due to [illegible] 4 months, and from 2/23/2000 for participation in a robbery

[Organization and Administration Dept. Stamp]

Khaled

**06:000004 T - continued**

SHATSKY-009125

دولة فلسطين
الأمن العام
هيئة التنظيم والادارة

2010/04/27
10:17:47

منهي خدماته    بيان التدقيق الشامل

| | |
|---|---|
| تاريخ الملف: 1997/12/01 | |
| الرقم المالي: 58541 | |
| الاسم: مهند سعيد منيب ابوحلاوه | اعزب+0 |
| الرتبة: رقيب | تاريخ الرتبة: 2002/03/05 |
| الوحدة: مؤسسه رعاية اسر الشهداء والجرحى | رقم الخدمة: 55234 |
| | تاريخ التجنيد: 1979/07/10 |
| رقم الهوية: 905031159 | الرقم العسكري: 161068624 |
| رقم الملف: 13263/1 | نوع: خيرية |
| | تاريخ الميلاد: 1997/12/16 |

الترقيات

| | | | | |
|---|---|---|---|---|
| غير راتب مقطوع | 1997/12/01 الى جندي | 1998/05/01 | بالأمر 5135/1 | 1998/05/02 |
| الى جندي | 1998/05/01 الى جندي | 1998/09/01 | بالأمر 5836/8 | 2000/05/30 | حسم |
| الى جندي | 1998/09/01 الى عريف | 2001/09/01 | بالأمر 8333/3 | 2001/09/01 | ترقية |
| الى عريف | 2001/09/01 الى رقيب | 2002/03/05 | بالأمر 2541/3 | 2002/03/16 | استشهد بقصف سيارته |

ترقين القيد

النقل

نقل في 2002.03.06  من امن الرئاسة / محافظات الشمال  الى المقر العام / الشهداء / محافظات الشمال  بالأمر 2542/13   2002/03/16
سبب:  استشهد بقصف سيارته

نقل في 2009/07/01  من المقر العام / الشهداء / محافظات  الى مؤسسه رعاية اسر الشهداء والجرحى بالأمر 2742/7   2009/04/19
سبب:  تعليمات الاخ الرئيس

انهاء خدمات

| منهي بتاريخ | 2002/03/06 | سبب: شهيد بقصف سيارته | بالأمر 2542/13 | 2002/03/16 |
|---|---|---|---|---|
| المبلغ المؤدى | | | بالأمر | |

التسريح

متروكات ضابط صف

ملحوظات ضباط: *

عقوبات

ح  2000/05/30  بالأمر 5836/8  2000/05/30  سبب:  حبس 4 أشهر ومن 2000/2/23 لاشتراكه في سرقة

خالد

CONFIDENTIAL

06:000004
SHATSKY-009126