# LOWELL DECL. EX. 98

This document serves as a placeholder for the following video file:

**Dahlan PA security fought Israel - hid Hamas**

Served with Plaintiffs' Opposition to Motion for Summary Judgment, filed October 4, 2021