# LOWELL DECL. EX. 99

This document serves as a placeholder for the following video file:

**PA forces did most terror attacks**

Served with Plaintiffs' Opposition to Motion for Summary Judgment, filed October 4, 2021