# LOWELL DECL. EX. 100

This document serves as a placeholder for the following video file:

**Sermon kill Jews everywhere Oct 13-00**

Served with Plaintiffs' Opposition to Motion for Summary Judgment, filed October 4, 2021