# LOWELL DECL. EX. 101

# Exhibit 150

| T.C. in | T.C. out | Translation |
|---|---|---|
| 00:20 | 00:32 | The speech of the warrior, author, and poet Dr. Mutawakkil Taha, representative of the Palestine Liberation Organization and ambassador of the State of Palestine in Libya. We invite him, thankfully. |
|  |  | [A biographic slideshow about Mutawakkil Taha]. |
|  |  | [Mutawakkil Taha begins his speech:] |
| 01:09 | 01:22 | Stop it! Stop it! Stop it! Stop it! Stop it! In the name of Allah, the Most Gracious, the Most Merciful. The ones who deserve being talked about are not us. |
| 01:26 | 01:54 | Thanks are due to Allah, and may His peace and blessings be upon Allah's messenger. On behalf of the embassy of the State of Palestine, I welcome you and have the honor to give you the greetings of the Palestinian leadership, led by brother, President, symbol of legitimacy - brother Abu Mazen. [Applause] |
| 01:59 | 04:17 | This is a day for Palestine and the *shuhada* [martyrs]. [It is] for the constants, and for Al-Aqsa, which is the short name for Palestine. Before I start my speech, I regret the fact that the factions of the [Palestine] Liberation Organization could not reach an agreement regarding the organization of this event. The small, partisan disagreements have displaced Palestine. On the other hand, I thank the brothers in Fatah for organizing this occasion. I wanted this celebration to be organized through close coordination between the Palestinian factions because national unity is a steady ground that we can stand on and practice what we should do until we achieve our goals. Anyway, I thank the Fatah movement and thank you for coming to your home - the Palestinian Cultural Center. The first whom we mention in such bright events are the *shuhada* [martyrs]. The *shahid* [martyr], father, who has remained with us - Yasser Arafat, [applause] |
| 04:25 | End of Part I | who rejected the dictates of the master of oppression - America. He also rejected the dictates of Zionist Sparta in Camp David. When they threatened him, he invited them to participate in his funeral. They besieged him, but he besieged them back and strengthened the Palestinian constants and maintained them as a roof that shades Palestine, that shades Jerusalem, that shades Haifa and Jaffa and Gaza. This is the *shahid* [martyr] whom the overthrown [president] Mubarak insults and inappropriately projects his impurity on. Yasser Arafat is the ram of Palestine that sacrificed himself for its sake, but he is recreated now in the wombs of all Palestinian women in the *Dakhil* [literally: the inside. Meaning the West Bank and the Gaza Strip] and in the *Kharij* [literally: the outside. Meaning the Diaspora]. [Applause] We also recall the memory of the great *shahid* [martyr] Abu Ali Moustafa, who returned, not in order to lift a white flag but to sharpen his heart and the hearts of |

SHATSKY-009276-T; P1-3842

his comrades and land in order to resist the occupation. They targeted him while he was in his office with a missile capable of destroying a whole building because he was bigger than buildings.

[Applause]

We also recall the memory of the *shahid* [martyr] leader Sheikh Ahmed Yassin and *shahid* Al-Rantissi, and *shahid* Thabet Thabet and an endless line of *shuhada* [martyrs] whose blood has not coagulate until now on the land of Palestine. Celebrating the Intifada means recalling their memory and understanding the reason why these people fell as *shuhada* [martyrs] and returned to their creator well-pleased and well-pleasing.

The Intifada in its essence means clinging to the national Palestinian constants and the unnegotiable historic rights of the Palestinian people. Celebrating the Intifada and the anniversary of the Intifada means that we all unanimously confirm our commitment to all our constants: Jerusalem, the return, the state and the independence - without ignoring a single constant.

Our celebration of the Intifada means that we do not forget or ignore more than half of the Palestinian people, who live in [refugee] camps, clinging to the constants despite the difficulties. These camps and their inhabitants turned oppression and exile into revolution. That revolution is what prepared for the Intifada of '87 and the Intifada of 2000. We do not forget that the Palestinian history is full of amazing Intifadas. We may say that the Intifada of '87 was the first Intifada, but there were Intifadas that the Palestinians ignited since the year '17 - since the ominous Balfour Declaration.

These Intifadas took various forms: sometimes they were in the form of demonstrations or jihadist groups. They were strong at some points, and weak at others. This means that the Intifadas are consecutive episodes that have been going on since the beginning of the existential Palestinian – Zionist conflict and [will continue] until the Palestinians obtain their rights.

This history witnesses a conflict between two forces: the force of oppression, robbery, omission, exiling, and elimination, which uses all means of oppressing, murdering, burning, exiling, [erecting] racist walls, [and building] settlements by this hybrid state - and between the Palestinian people, who proved the theory of survival, confrontation, resistance and existence through its revolutions, through realizing its identity, and through creating clear characteristics of its national Palestinian identity.

We do not forget any faction or any Palestinian, who succeeded in contributing in one area or another. The Palestinians who stand up now, with all the blood, all the struggle, all the heroism, bravery, and wisdom behind them, do not deserve to be in the current state of division and internal conflict, because the only side that

SHATSKY-009276; P1-3842 (continued)

|  |  | benefits from this is the occupation. Therefore, on behalf of the blood of the *shuhada* [martyrs] and on behalf of all Palestinians wherever they are, we call |
|---|---|---|
| **[Part II starts here]** | | |
| 00:00 | 01:39 | upon those who have not yet listened well to the [calls for] national unity. [Applause]<br>[We call upon them] to answer with no delay the call of the Palestinian national unity, for we shall never have a cause without it.<br>The Oslo [Accords], which fell as a roof on top of the Palestinians' heads in the homeland, would not have been signed were it not for a complicated, long and ambiguous political process – the dissolution of the Soviet Union, the Second Gulf War, and Madrid. These three strong earthquakes necessarily resulted in Oslo that some have considered as a compulsory path and I think that the circumstances surrounding the Palestinian revolution in the *Kharij* [literally: the outside. Meaning the Diaspora] – after the departure from Beirut and especially at the beginning of the 1990s, led to this direction and pushed the Palestinian people into Oslo. This was after all Arabs went to Madrid. This is not a justification, of course, but it explains how matters ended up the way they did. |
| 01:40 | 04:35 | In the context of Oslo, some questions arise. Why does Israel accept Oslo? And why did the [Palestine] Liberation Organization accept Oslo? In short, Israel wanted for the whole Palestinian phenomenon to be on the Israeli table – all the Palestinian phenomenon, all the Palestinian resistance, all the Palestinian factions – Israel wants them on the table, under its microscope.<br>This means that it wants to contain the entire Palestinian phenomenon. Moreover, there are around 4 million in the [West] Bank and the [Gaza] Strip that Israel wanted to free itself from their social, educational and medical burden, but at the same time it wants to continue controlling the checkpoints, Jerusalem, the water, the sky; it wishes to continue building settlements, and keep the refugees out, so why should it not accept Oslo?<br>Besides, Oslo would enable it to get into the essence, the depth and the components of the Palestinian people. The Oslo [Accords] were formulated using a language described as "positive ambiguity", which means that they are ambiguous in a positive way. That way, each side can read these texts, which have no definite meaning, the way it wishes. Of course, on the ground the Israeli side is stronger from a military perspective and can force its interpretation of Oslo. In addition, Israel could say to the Arabs: "the relevant people has made peace with us" – they use the Palestinians as a bridge for normalization with the Arabs and with the Muslims.<br>There is another reason: Israel realized that it could gather the young Palestinian people - who fought against it and resisted it in the first Intifada – and place them in |

SHATSKY-009276; P1-3842

| | | |
|---|---|---|
| | | security apparatuses, provide for them and make them protect it instead of protecting its own self.<br>But what had really happened? When the Intifada broke out in 2000 and 2001, we found out that 70% of the *shuhada* [martyrs] and of those who carried out resistance attacks against the occupation were members of the Palestinian security apparatuses.<br>[Applause]<br>Even if they are the ones who have established these apparatuses, the apparatuses will remain national and will continue to resist the occupation. They will remain the fence and the fortress of the Palestinian sense, of the Palestinian spirit and of the Palestinian interest.<br>[applause] |
| 04:36 | 09:25 | Most of the detainees and prisoners are of our members. When we were in prison during the first Intifada, I assure you – and this is known to all - more than 80% of the cadres of the security apparatuses were with us in prison. They were the pioneers of the first Intifada and they will not betray Palestine. They will remain with Palestine even if Israel wants to push them in the opposite direction. Their compass points to Jerusalem, points to the Palestinian constant rights.<br>And why did the [Palestine] Liberation Organization accept the Oslo [Accords]? It accepted them because there was a realization, though partial, of the right of return. To be honest, since the Oslo [Accords] in '93 more than 400,000-500,000 Palestinians have returned to their land. It is a partial, conditioned return, based on an agreement and not a mass return.<br>Besides, the Palestinians would be able to confront and resist Israel right from the gates of Jerusalem and not from 4,000 or 3,000 km away, and would directly resist the occupation.<br>In addition, they would have the opportunity to control the educational curricula and the Palestinian life and create new generations who are more aware of the Palestinian cause.<br>I think that what characterizes the Al-Aqsa Intifada are three reasons, or three characteristics. The first characteristic that distinguished it from the first Intifada is the existence of the Palestinian National Authority. There was no Authority during the first Intifada. Then were the popular organizations and associations, the Palestinian civil society, the associations, the leadership of the factions – all factions - and especially the factions of the [Palestine] Liberation Organization. Before '87 there was no Hamas. There were Fatah, the Popular Front, Struggle, Democracy, [the Palestinian] People's Party, the Palestinian Front, Arab Liberation – all these existed. These were the ones who led the first Intifada.<br>The second Intifada was characterized by the existence of the National Authority. |

SHATSKY-009276; P1-3842

|  |  | Moreover, the weapons of the first Intifada were stones, slingshots, and of course the determination that can never be suppressed. In the second Intifada weapons were available to many Palestinians. Internationally, what distinguished the second Intifada were the events of New York and Washington in September 11, 2001. These events heavily shadowed the Palestinian issue later. In short, the Intifada – the Al-Aqsa Intifada was the answer to the deception of Oslo because Israel did not stop its settlement activities. It was supposed to stop its settlement activities in '93. It did not stop its settlement activities. It did not stop killing, arresting, burning, massacring, and all its black terms and fascist measures. The Al-Aqsa Intifada came as an answer to the deception of Israel: you did not want peace, you continue the war in different ways against our existence, entity and Palestinian presence. It was an answer, aiming to stop the strengthening of the settlements, because settlements swallow the land and will not leave us a space in which we can live – our state. |
|---|---|---|
| 09:25 | 16:39 | Naturally, the Palestinian people realized that Israel, which is continuing its activities, has given us empty symbols that would not allow us to reach the necessary conditions for establishing our state.<br>There was also a voice in the core of the Intifada that called against our mistake – the Palestinian people's mistake. 90% of the Intifada was against the occupation and 10% against the corruption and internal division within the Palestinian people.<br>Of course, each one of the two sides joined the Intifada. Unfortunately, the Palestinian people – we do not have enough time to explain, we entered the Intifada almost unprepared and it was mainly the responsibility of the factions because they did not maintain the authority of the Intifada or the authority of the people.<br>This means that there should have been a Palestinian force. It could have been the National Authority, the factions or through coordination between them in order to have monopoly over enforcement, legislation and ruling.<br>But [a situation in which] each faction enforced, legislated and ruled the way it wished created division, disunity, and chasm within the Palestinian people. Israel slipped through it in order to expand these chasms and seized the opportunity when Palestinian weapons participated in this confrontation and said to the world: "my weapons are facing their weapons", meaning that it was a war between two sides. It used its heavy weaponry and practically violated the security-political agreement that was signed in Oslo. It invaded the entire West Bank.<br>I think that the Intifada in its spirit and significance will not subside. It will continue. Here we warn that what the fascists do – the occupation and its settlers in Jerusalem, in the Jerusalemite *Al-Haram* [Temple Mount], in the Al-Aqsa Mosque, will not lead to a mere Intifada this time. The land will crack if Al-Aqsa cracks. [Applause]<br>I hereby call, not only upon my people – this generous people, the Libyan people, |

SHATSKY-009276; P1-3842

the people of February, the people of the great Omar al-Mukhtar – I call upon all our nation, a billion-and-a-half Arabs and Muslims.

Why do you keep silent while Al-Aqsa faces what it faces now? The Israeli soldiers profane the place that prophet Mohamed, may Allah's blessings and peace be upon him, traveled to and ascended from into heaven. Where are the Muslims? Where are the Arabs? Where are you? You are a billion-and-a-half, so why do you keep silent while Al-Aqsa is profaned?

Do not worry, the Palestinian people will remain, all its children and women, its old men, its naked flesh, and open chest – it will continue facing the occupation and defending Al-Aqsa. They will sacrifice their bones to stop the occupation in order to defend *Al-Buraq* [the Wailing Wall], Al-Aqsa and the mosque.

Those who defend their futile memories and accuse the leadership of our Palestinian people – we remind them that in 2002, while Abu Ammar was besieged by the occupation, they did not allow him to deliver a speech at the Arab Summit in Beirut.

[Applause]

The one who resisted was Yasser Arafat, the one who protected the land was Yasser Arafat, the one who defended Al-Aqsa was Yasser Arafat and the people of Yasser Arafat including Hamas, Fatah, the Front, the party and all the factions without distinction.

The Palestinian leadership that follows the steps of Yasser Arafat, realizes very well that history will award this people, half of which is outside Palestine – they shall return to their homeland very soon and we shall meet, Allah willing, very soon in Jerusalem. This anniversary shall be the incense burnt in the hearts of those people whose hearts were warm and their tears bitter but their heartbeats were the objective correlative of the beats of Jerusalem, the prayers in Al-Aqsa and the bells of the Church of the Holy Sepulchre.

[Applause]

Long live Palestine, and no to the factions that fight because of Palestine. There is no existence, even in this embassy, for any faction that turns its back to the [Palestine] Liberation Organization and to oneness and unity. Thank you! We will have a homeland very soon. Goodbye!

SHATSKY-009276; P1-3842