# LOWELL DECL. EX. 102

This document serves as a placeholder for the following video file:

**Madi - Kill Jews Allah will make Muslims masters over Jews Aug 3-01**

Served with Plaintiffs' Opposition to Motion for Summary Judgment, filed October 4, 2021