**LOWELL DECL. EX. 103**

Exhibit 72

Al-Hayat al-Jadida 9

## In the Fifty Third Anniversary of the *Nakba*:
## Victory and Conquest are Coming; Security and Relief are Coming, too.
## Verily, with every Difficulty there is Relief.

By: Sheikh Mohamed Mohamed Abdel Hadi Lafi

All praise is due to Allah, and Allah's blessings and peace be upon His [illegible].

The fifty third anniversary of the *Nakba* [Literally: "the catastrophe". Reference to the events that befell the Palestinians in 1948] of the Palestinian people that occurred on May 15 and befell them, their children and their land, comes at a time of great turmoil in the world, and while the Palestinians go through the hardest period in their history.

Things are even worse because the world is silent on all levels: the western, the eastern, the Arab and the Muslim. They look at TV screens, where they see babies, pious old people, women in their homes, and pupils in their schools, as missiles shred their bodies. Add to this the uprooting of trees, the destruction of buildings and crops, the killing of cattle, the destruction of mosques, and the terrorizing of peaceful worshippers. In spite of all these scenes, the world is entertained by such crimes and by the aggression against the unarmed Palestinian people. The policy of expulsion and abuse is still going on against them.

They are helpless, powerless and cannot repel the attacks of these murderers - the murderers of prophets and messengers. Under these circumstances, many people have submitted to the will of the enemies. They hear what the media say about the neighboring regimes that practice a policy of silencing against those who want to support the Palestinian people even by mere words of condemnation against the activities of the oppressive enemy.

This painful, sad situation is known to all and nobody can ignore the situation of the Muslim and Arab world. However, those who believe in Allah's promise are optimistic about a bright tomorrow. They believe that Allah's victory will be achieved, and that security will prevail throughout the homeland and be maintained by justice. Whatever the circumstances are and whatever the factors and reasons that lead to despair are, they shall not control the hearts of the believers. Believers cannot despair because despair contradicts the spirit of belief. It is a manifestation of disbelief and of going astray. Allah says: "He said: And who despairs of the mercy of his Lord, but such as go astray?" Al-Hijr 56. Allah almighty also says: "And never give up hope of Allah's soothing mercy: truly no one despairs of Allah's soothing mercy, except those who have no faith." Yusuf 87.

The violence and fierce attacks of the disbelieving nations against the Muslims, and their conspiracy against the land of Palestine, are inevitable, but they only serve to show us the way

SHATSKY-008111-T

**SHATSKY-008111-T (continued)**

to victory and conquest. Allah's way of achieving victory for His creatures is a constant way. If we read the Quranic verses that speak of the conflict between good and evil, we see that they indicate the truth of this constant universal fact. We only need to constantly believe and be loyal to Allah. Allah almighty says: "Many were the ways of life that have passed away before you: travel through the earth, and see what the end of those who rejected truth was. Here is a plain statement to men, a guidance and instruction to those who fear Allah." Al-Imran 137-138.

The Messenger of Allah, may Allah's blessings and peace be upon him, suffered a lot, and all the evil forces attacked him at the time. Muslims greatly suffered fear and panic, and despair has almost taken control over their hearts. This was especially true when some people wanted them to go astray, and used hypocrites as propaganda mouthpieces for spreading rumors and lies during the Battle of the Trench that Allah has immortalized when He said: "Behold! They came on you from above you and from below you, and behold, the eyes became dim and the hearts gaped up to the throats, and ye imagined various (vain) thoughts about Allah. In that situation were the believers tried: they were shaken as by a tremendous shaking. And behold! The hypocrites and those in whose hearts is a disease (even) say: "(Allah) and His Messenger promised us nothing but delusion!" Al-Ahzab 10-12.

**SHATSKY-008112-T**

In spite of the troubles and the great scourge that Muslims suffered, the fear that possessed them, and the terror that controlled [illegible] they were afraid to relieve themselves. In spite of those circumstances, the Prophet, may Allah's blessings and peace be upon him, gave them Allah's pledge. He remained calm and his heart was sure of the victory over the Persians and the Romans, the two greatest empires. He was sure that the treasures of the Khosrau and the Caesar would be taken as spoils by the Muslims.

The difficult and tiresome circumstances that we suffer by the hands of the raging forces of evil are not easier than the circumstances that Allah's messenger, may Allah's blessings and peace be upon him, and his companions suffered. In spite of the terrible, vicious attack of the enemies against Islam and Muslims, against our unarmed Palestinian people and against Jerusalem - relief, security and victory are coming. We should believe in the inevitability of victory because this is a part of our set of beliefs. The decisive battle with the Jews is certainly coming.  Allah almighty says: "When the first of the warnings came to pass, We sent against you Our servants given to terrible warfare: They entered the very in most parts of your homes; and it was a warning (completely) fulfilled." Isra' 5.

The conflict with the Jews will continue because the prophet, may Allah's blessings and peace be upon him, prophesied that. Everything that he prophesied came true because he did not say what he desired - He was taught by Allah almighty.

**SHATSKY-008112-T (continued)**

The land of Palestine, the land of *Bayt al-Maqdis* [Jerusalem] is the place where the Islamic Caliphate shall begin. It is the center of the light that shall envelop earth. Imam Ahmad mentioned in his *Musnad* [a book in which Ahmad Ibn Hanbal collected Hadiths] that the prophet, may Allah's blessings and peace be upon him, said: "There is a group of people in my nation that still cling to their religion, overcome their enemy and cannot be harmed by those who oppose them except for some troubles that they suffer. [They remain like this] until they receive the command of Allah." They said: "Oh Allah's Messenger, where are they? He said: In and around *Bayt al-Maqdis* [Jerusalem]".

The decisive battle in which Muslims shall win is certainly coming. The prophet, may Allah's blessings and peace be upon him, talked about it in several Hadiths that the scholars considered authentic. The Day of Judgment shall not come to pass until the believers defeat the descendants of monkeys and pigs and annihilate them. Muslim, Abu Dawood and Ahmed mentioned that Abu Hurairah heard the Prophet, may Allah's blessings and peace be upon him, saying: "The Day of Judgment shall not come to pass until the Muslims fight against the Jews. The Muslims shall kill the Jews and the Jews shall hide behind stones and trees. The stones and trees shall say: Oh Muslim, oh servant of Allah, there is a Jew behind me, come and kill him. Except for the *gharqad* [Goji tree], which is one of the trees of the Jews."

We, as Muslims and believers, believe in the book of our Lord and in the tradition of our Prophet Mohamed, may Allah's blessings and peace be upon him. We firmly and strongly believe in what the Lord of all creatures has promised and in what Mohamed, the noblest of all creatures, may Allah's blessings and peace be upon him, has promised.

Relief and victory are certainly coming, and conquest and security shall prevail all over our homeland sooner or later. The news that Allah mentions in the Quran are a condolence that helps us stay in this land, and not despair because of what the enemies do, even if they use all kinds of torture; fire at us from the air, sea or land; abuse us through the media, the economy and politics; or apply a policy of starvation, torture and expulsion.

Allah almighty says: "Here is a plain statement to men, a guidance and instruction to those who fear Allah. So lose not heart, nor fall into despair: For ye must gain mastery if ye are true in Faith. If a wound hath touched you, be sure a similar wound hath touched the others. Such days (of varying fortunes) We give to men and men by turns: that Allah may know those that believe, and that He may take to Himself from your ranks Martyr-witnesses (to Truth). And Allah loveth not those that do wrong. Allah's object also is to purge those that are true in Faith and to deprive of blessing those that resist Faith. Did ye think that ye would enter Heaven without Allah testing those of you who fought hard (In His Cause) and remained steadfast?" Al-Imran 138-142.

Victory shall come and security shall prevail but this requires patience and going back to Allah. Allah almighty says: "If ye will aid (the cause of) Allah, He will aid you, and plant

**SHATSKY-008112-T (continued)**

your feet firmly." Mohamed 7. He also says: "…With Allah is the Decision, in the past and in the Future: on that day shall the believers rejoice - With the help of Allah. He helps whom He will, and He is exalted in might, most merciful. (It is) the promise of Allah. Never does Allah depart from His promise: but most men understand not. They know but the outer (things) in the life of this world: but of the End of things they are heedless." Al-Rum 4-7.

**Allah is the one who grants success.**

**Head of the Preaching and Guidance Department at the Ministry of Muslim Endowments - Gaza**

# Original

## الحياة الدينية

### الحلقة الثامنة عشرة

## ورسالته في الاسلام

## في الذكرى الثالثة والخمسين للنكبة
## النصر والفوز قادم والأمن
## والفرج آت وان مع العسر يسرا

بقلم الشيخ/ محمد عبد الهادي لافي *

الحمد لله رب العالمين، والصلاة والسلام على أشرف المرسلين، وبعد: فاليوم الذكرى الثالثة والخمسين لنكبة الشعب الفلسطيني في نفسه وولده وأرضه الواقعة في الخامس عشر من شهر أيار تأتي والعالم مضطرب والشعب الفلسطيني يمر في ظروف عصيبة لم تمر عليه ظروف أعسر من هذه الظروف، وخاصة في ظروف الصمت العالمي على كافة المستويات الغربي والشرقي والعربي والإسلامي، وهم ينظرون على شاشات التلفاز لمشاهدة الأطفال الرضع، والشيوخ الركع والنساء في بيوتهن، والتلاميذ في مدارسهم والصواريخ تفتت أجسادهم فضلا عن اقتلاع الأشجار وتسوية العمارات وإفساد الحرث والنسل، وهدم المساجد وترويع المصلين الآمنين، كل هذه المشاهد والعالم يتفكه بهذه الجرائم والتعديات على الشعب الفلسطيني الأعزل، وسياسة التهجير والتنكيل عليهم قائمة، ولا حول ولا قوة لهم تدفع عنهم أذى أولئك القتلة قتلة الأنبياء والرسل، وفي ظل هذه الظروف استسلم الكثير لإرادة الأعداء، وهم يسمعون ما تنقله إليهم وسائل الإعلام عن الأنظمة المجاورة وهي تقوم بتنفيذ سياسة تكميم الأفواه لكل من يفكر بنصرة الشعب الفلسطيني ولو بكلمة شجب أو استنكار على أعمال العدو الغاشم.

فهذا الواقع المؤلم والمحزن لا يخفى على أحد، ولا يستطيع أحد أن يتجاهل ظروف العالم الإسلامي والعربي، إلا أن العبد المؤمن بالله متفائل بغد مشرق، ومعتقد بأن نصر الله سيتحقق، وأن الأمن على ربوع هذا الوطن سيسود وسيحفظ بالعدالة، فمهما كانت الظروف ومهما كانت العوامل والأسباب التي تؤدي إلى اليأس والقنوط فلن تسيطر على القلوب المؤمنة، فلا يأس ولا قنوط مع الإيمان، لأن اليأس والقنوط يتنافيان مع روح الإيمان ودلالة على الكفر والضلال فالله تعالى حذرنا من مغبتهما حيث يقول تعالى " قال ومن يقنط من رحمة ربه إلا الضالون" الحجر ٥٦، ويقول عز وجل " ولا تيأسوا من روح الله إنه لا ييأس من روح الله إلا القوم الكافرون" يوسف ٨٧.

فالشدة وتكالب الأمم الضالة على المسلمين وتآمرهم على أرض فلسطين أمر حتمي ودلالة إلى طريق الفوز والنصر، وسنة الله في خلقه لتحقيق النصر سنة ثابتة إذا ما تلونا الآيات القرآنية التي تتحدث عن الصراع بين الحق والباطل فإنها تدلل على صدق هذه الحقيقة الكونية الثابتة ولكن تحتاج إلى ثبات ويقين وإخلاص لله الواحد القهار فالله سبحانه يقول: " قد خلت من قبلكم سنن فسيروا في الأرض فانظروا كيف كان عاقبة المكذبين. هذا بيان للناس وهدى وموعظة للمتقين" آل عمران ١٣٧ – ١٣٨.

ولقد حدث مع رسول الله صلى الله عليه وسلم الكثير من الشدائد وتكالبت عليه قوى الشر آنذاك وبلغ بالمسلمين ما بلغ من الخوف والفزع، وأوشك اليأس أن يحل بقلوبهم وخاصة عندما اتخذ المضللون من المنافقين أبواق الدعاية ونشر الإشاعات والأباطيل، وذلك في غزوة الخندق التي خلدها القرآن الكريم بقوله : " إذا جاءوكم من فوقكم ومن أسفل منكم وإذا زاغت الأبصار وبلغت القلوب الحناجر وتظنون بالله الظنونا" هنالك ابتلي المؤمنون وزلزلوا زلزالا شديدا" وإذ يقول المنافقون والذين في قلوبهم مرض ما وعدنا الله ورسوله إلا غرورا" الأحزاب ١٠-١٢.

وعلى الرغم مما حل بالمسلمين من ضيق، وعظم عليهم البلاء، وبلغ

---

والمتقن تنتج عنه حياة طيبة ومجتمع طيب وبالتالي دولة عادلة تحكم بين الناس بالعدل والقسطاس، وإذا انحرف الناس وعملوا سيئا وأهمل كل واجب وغش وكذب انقلبت الحياة إلى سيئة واستشرى فيها الشر وتفجرت فيها الفتن والظلم. قال الله تعالى «فإما يأتينكم مني هدى فمن تبع هداي فلا يضل ولا يشقى ومن أعرض عن ذكري فإن له معيشة ضنكا ونحشره يوم القيامة أعمى قال رب لم حشرتني أعمى وقد كنت بصيرا قال كذلك أتتك آياتنا فنسيتها وكذلك اليوم تنسى» ١٢٣ – ١٢٦ طه.

فاتباع هدى الله يدفع المؤمن لعمل الصالحات وفيه الحياة الهانئة السعيدة. والانحراف عن هدى الله يدفع إلى المزيد من الانحراف وبهذا تسوء الحياة وتضيق وعمل الإنسان هو السبب في الصلاح إذا أصلح وفي الفساد إذا فسد ومسؤوليته أمام الله كبيرة. ومئات الآيات في كتاب الله تدعو للعمل والعمل الصالح النافع للنفس البشرية لمن يعمل وللناس. قال تعالى «إن خير من استأجرت القوي الأمين» ٢٦ القصص.

### مكانة العامل والعمل
### في الهدي النبوي الشريف

وكما أن القرآن يحث على العمل والعمل الخالص والصالح والنافع فإن الهدي النبوي الشريف أيضا يدعو للعمل والعمل الصالح والنافع لعامله وللناس قال صلى الله عليه وسلم «لئن يحمل أحدكم فأسا وحبلا ويحتطب به ويبيع خير من أن يسأل الناس أعطوه أو منعوه؟؟؟»

وقال صلى الله عليه وسلم «إن من الذنوب ذنوب لا يغفرها صوم ولا صلاة وإنما يغفرها السعي في طلب الرزق» وقال صلى الله عليه وسلم «من أمسى كالا من عمل يده أمسى مغفورا له».

جاء رجل إلى النبي صلى الله عليه وسلم وقال: يا رسول الله اعطني من بيت مال المسلمين ما انفقه علي وعلى أهلي. فرأى فيه الرسول صلى الله عليه وسلم قوة وقدرة على العمل والكسب. فقال له: هل عندك من متاع قال: نعم وأحضر شيئا من متاع بيته وأخذه النبي صلى الله عليه وسلم وراح يدلل عليه في السوق حتى باعه واشترى له حبلا وفأسا ووضع فيه فأسا بيده وقال للرجل خذ الفأس والحبل واذهب إلى جبل كذا.. واحتطب وبع وأنفق على نفسك وأهلك ولا ترجعني قبل خمسة عشر يوما، ونهب الرجل وصار يحتطب ويبيع وينفق

---

حاجته ويحفظ الباقي، وبعد خمسة عشر يوما ذهب إلى النبي صلى الله عليه وسلم وقال يا رسول الله انفقت على نفسي وأهلي حاجتنا وفضل معي هذا المال فبعثت لتضعه في بيت مال المسلمين فرده عليه وقال انفقه على نفسك وأهلك فإن مال المسلمين غني عنك؟؟ ولو أن الرسول صلى الله عليه وسلم أعطاه مالا من بيت المال لكان عونا له على الكسل والربضة وترك العمل ولكنه يسر العمل لهذا المواطن ودله وأرشده إليه، وهذا واجب الحكومات نحو شعوبهم.

ويقول صلى الله عليه وسلم «كفى المرء إثما أن يضيع من يقوت»، أي أن يقعد عن العمل ويترك أهله جياعا لا يجدون ما يقتاتون. وحتى قال صلى الله عليه وسلم من «أحيا أرضا مواتا فهي له». أي حث على العمل أكثر من هذا ويقول صلى الله عليه وسلم «من غرس غرسا أو زرع زرعا فلا يأكل منه طير أو إنسان أو حيوان حلالا أو حراما إلا كان به أجر».

### العامل شريك صاحب العمل

وقد بين صلى الله عليه وسلم أن العامل شريك صاحب العمل وقسيمه قال صلى الله عليه وسلم «إخوانكم حولكم» أي قسماؤكم وشركاؤكم. فمن كان أخاه تحت يده - أي أجيرا عنده - فليطعمه مما يطعم وليلبسه مما يلبس ولا يشق عليه إذا كلفه». وقال صلى الله عليه وسلم «اعطوا الأجير أجره قبل أن يجف عرقه..». وهذا يبين ما للعامل من مكانة حتى يجعله صلى الله عليه وسلم مع صاحب العمل بمثابة الشريك والقسيم. حتى يقول صلى الله عليه وسلم «اعطوا الأجير أجره قبل أن يجف عرقه» فاين في كل أنظمة الأرض شرقا وغربا ما يحفظ حق العامل مثلما حفظه الإسلام؟

وعليه فالعامل مكرم في كل مراحل حياته. وليس ليوم واحد في العام وهو طيبة العام مظلوم وحقوقه ضائعة ويتعامل معه صاحب العمل كخصم وليس كأخ له وشريك وقسيم، ولكنه التقليد الأعمى للغرب والبعد عن هدي الإسلام والتهافت على فتات أنظمة الأوروبيين وصارت أيام حياتنا أعيادا وذكريات والظلم شائع في الناس في كل الميادين. وسنبقى في حياة سيئة ضيقة حتى نرجع إلى الله ونلتزم هدي الإسلام وبهذا تعم العدالة ولا يبقى في الناس مظلوم.

* مفتي محافظة أريحا

---

كريمة مجموعة المجتمع السليم علاقا من العمل الإيمان الصادق نرك وألا كان نفاقا دل أن يكون خيرا من الفوائد العمل الصالح سنة الله في ذلك للأصلاح ومن ذلك العمل الصالح ناس حاكمهم ة لا تضامى. قال بنصره وبالمؤمنين ثقت ما في الأرض بهم ولكن الله الف ٦٣ الأنفال.

لص يبعد عوامل يزرع فيه الأمن ون على الخير ومن ضاعته أو بناء غش غش في الدواء الا بصحة الناس بصمت بيوت على تحت تنقلات المارة أفسدا فتسمعوا .. ويفهم كل عاقل أن عملوا الصالحات- هرا تذليفا مخلصا له عليه وسلم «من نله عليه منا» فالغش محرم سلمين.

وسلم «من عمل نئي وهو مؤمن ولنجزينهم أجرهم ون» ٩٧ النحل.

ب كتاب الله كثير ع الحياة التي يمكن خلال عمله فمن ن في عمله على سواء منه ما كان من العبد وبين الله المعاملات مع الناس بعيدا عن الكذب عتداء على حقوق مله صلوات الله يحب من أحدكم ان ذ يجوز للإنسان به أن حسن القيام به فهذا الإضرار ب الآخرين وأهلك ولا الصالح النظيف

## شرعي للعمليات الانتحارية
## فرجحلاواسعا

SHATSKY-008111

