# LOWELL DECL. EX. 104

Exhibit 146

| # | T.C. in | T.C. out | www.youtube.com/watch?v=Xw-3NyicqGU |
|---|---------|----------|-------------------------------------|
|   | 0:04    | 0:07     | (Caption on the Palestinian flag) The warrior leader Marwan Barghouti Abu al-Qassam during the second Intifada. |
|   | 0:08    | 01:32    | First of all, allow me to pay my obeisance and tribute to the *shuhada* [martyrs] who fell today in Jenin, in the Balata [Refugee] Camp, in the Jenin [Refugee] Camp and in various regions of the Palestinian land. A greeting to the fighting, warring arms, to those glorious forces, who represent the Palestinian glory in these camps and everywhere else, to the arms of the heroes of the Al-Aqsa Martyrs Brigades, and to all the *muqawimin* [those who take part in the Palestinian resistance] and *mujahedin* [holy warriors] who defended [their land], while sacrificing their souls and their limited resources in the face of American Apache helicopters, Israeli tanks and heavy machine guns. They faced [these weapons] and are still bravely facing them today. I want to say clearly that this proves that Sharon, the murderer, has reached a dead-end road. His quiver is empty but of few bullets that he uses one after the other while sinking in the mud of a resistance and the mud of a catastrophic failure. The rulers of Tel-Aviv have lost their minds as a result of the courageous and heroic attacks that the Al-Aqsa Martyrs Brigades have launched against the occupation army and the settlers of the occupation army, but these raids and this bombarding will not discourage the Al-Aqsa Martyrs Brigades or our warrior people from carrying on with the Intifada and the resistance. |
|   | 01:32   | 01:43    | [Interviewer:] But, I mean, the Al-Aqsa Martyrs Brigades say that all Israeli settlements have become a target for Palestinian attacks. Do you support this? |

6- 365 / SHATSKY-007734-T

| | | |
|---|---|---|
| 01:44 | 02:56 | Yes, that is true. I think that the occupation army and all its elements and components, including the settlers and the settlements, are targets for the attacks of the Intifada and the resistance, including the Al-Aqsa Martyrs Brigades. |
| | | I think that this reflects a catastrophic failure of Sharon's policy. He failed in reaching our heroes and our *muqawimin* [those who take part in the Palestinian resistance] in the Palestinian [refugee] camps and cities. |
| | | This will turn into a fire that burns the murderous occupiers. I would like also to remind you that the national and Islamic forces have called upon our people to launch tomorrow a day of challenge, a day for supporting the resistance, a day for supporting our people, a day for announcing solidarity with the Intifada and its continuation against the occupation. |
| | | [They also called to] organize demonstrations after Friday prayers inside the homeland and in the Diaspora. We wish that Arab citizens, in whose conscience we trust, support us in all Arab capital cities, and speak loudly against this treacherous aggression that targets the people of Palestine and consequently targets all Arabs. |
| 02:56 | 03:15 | [Interviewer:] But armed struggle and resistance… don't you think that it contradicts with the current security meetings with the Israelis? And also the proposed peace initiatives? There are Palestinian delegations that travelled to discuss them too. |
| 03:17 | 04:00 | Sir, we say clearly that our choice is the Intifada and the resistance until the departure of the occupation. We look at any initiative in this region if it guarantees an end to the occupation, if it guarantees total withdrawal, and if it guarantees the holy right of the Palestinian refugees to return to their homes and houses from which they were expelled. |
| | | This is our criterion, this is our measure and this is our |

|  |  |  | position regarding any initiative and any issue. Regarding the security meetings or the illusion that it is possible to have negotiations with the government of terrorism in Tel-Aviv - we think that this is an illusion that must stop because this is a government that should be fought against, not negotiated with. |
|---|---|---|---|
|  | 04:00 |  | [Interviewer:] Marwan Barghouti, the secretary general of the Fatah Movement in the West Bank, thank you very much. |

6- 365 / SHATSKY-007734-T