# LOWELL DECL. EX. 105

Exhibit 74

Al-Hayat al-Jadida 5

## Thousands Participate in a Symbolic Funeral in Tulkarm for *Shahid* [Martyr] Mahmoud Marmash, who Carried Out the Netanya Attack



Mother of *shahid* [martyr] Mahmoud Marmash, who carried out the Netanya attack, holding a picture of her son (AFP)

Tulkarm, Al-Hayat al-Jadida, Murad Yasin. More than five thousand citizens participated in a mass rally that started after yesterday's afternoon prayer. The participants marched through the streets of Tulkarm carrying a symbolic coffin of *shahid* [martyr] Mahmoud Ahmed Marmash (20 years old), who died in a bombing attack he carried out in front of a mall in the center of Netanya. As a result of the attack, at least six Israelis were killed and approximately 135 were injured. The *shahid* [martyr] carried out the operation after he had given his mother a plate of sweets yesterday morning, which was out of the ordinary for him.

The rally participants gathered in front of the house of *shahid*'s [martyr] family and condemned the massacres that the occupation forces commit against our people. They emphasized that the revolution will continue until the land and the people will be freed from the occupation's impurity. Loud voices calling for avenging the blood of the *shuhada* [martyrs] were heard promising that the blood of *shuhada* [martyrs] will not be in vain. Several speeches were delivered during the rally. The speakers all promised the blood of the *shuhada* [martyrs] that they will continue the path of struggle and revolution until the land and people will be liberated from the oppression of occupation. The speech of the national and political forces mourned the hero *shahid* [martyr] Marmash and all the *shuhada* [martyrs] of the Al-Aqsa battle. It emphasized that the operation that the hero Marmash carried out clearly proves the intention of our people to continue the resistance until the occupation is banished. It also stressed that the blood of the *shuhada* [martyrs] will not be in vain, condemning the barbaric crimes that the occupation commits, while the countries that claim to be sponsors of the peace [process] keep shamelessly silent. The Hamas Movement mourned *shahid* [martyr] Marmash, stressing that the celebration of *shahada* [martyrdom] proves that our people insists on resisting all the Israeli tanks and aircraft that fire at innocent children, youths and old men, ignoring all international laws and customs. The statement, which was recited during the rally, read: "Congratulations to the people of Tulkarm for this hero, who embraced the land and kissed it in order to liberate it from the occupation's impurity". It stressed that the way of the *shuhada* [martyrs] will continue until all the holy places are liberated.

The Fatah movement called for avenging the blood of the *shuhada* [martyrs], saying that Sharon's government must not escape responsibility for the war crimes and massacres that it commits. The movement called for escalating the Intifada until it achieves its goals. The family of the *shahid* [martyr] delivered a speech in which it called for avenging the blood of all the *shuhada* [martyrs], who were killed in cold blood by Zionists, who love to kill innocent children and young men for no fault of their own. They expressed their appreciation of the popular passion to protect Al-Aqsa. They paid tribute of respect to all the *shuhada* [martyrs] and the injured people, who saturated the soil of the homeland with their pure blood.

The Islamic movement stressed in its speech the importance of continuing the rallies and the confrontations against the occupation soldiers, and standing up to the herds of settlers and turning their lives on the roads and inside the settlements into a living hell. It is worth mentioning that *shahid* [martyr] Marmash is the youngest member of a family that consists of eleven members (four males, six females and a father who had passed away).

The mother of *shahid* [martyr] Marmash said that her son gave her a box of sweets before he carried out his operation, adding that he had told her that he would be away on a mission with his friends for two days. It is worth mentioning that the *shahid* [martyr] left a will, saying that the occupation thought that terror can make our Palestinian people kneel, but it did not realize the nature of the religion of Islam, which is capable of lifting the oppression from which our brave Palestinian people suffer.

SHATSKY-006694-T

Original

الحياة الجديدة

088

19/5/01 Al-Hayat J, May 19, 2001

بمشاركة الآلاف

# جنازة رمزية في طولكرم للشهيد مرمش منفذ عملية نتانيا

088



والدة الشهيد محمود مرمش منفذ عملية نتانيا تحمل صورة ولدها. و.ا.ف.ب.

طولكرم – الحياة الجديدة – مراد ياسين – شارك أكثر من خمسة آلاف مواطن في مسيرة جماهيرية انطلقت عقب صلاة العصر أمس وطافت شوارع طولكرم حمل خلالها المشاركون نعشا رمزيا للشهيد محمود أحمد مرمش ٢٠ عاما الذي قضى في عملية تفجيرية نفذها أمام مجمع تجاري في وسط نتانيا وأدت الى مقتل ستة اسرائيليين على الأقل وإصابة حوالي ١٣٥ آخرين، وكان الشهيد نفذ عمليته بعد أن قدم لوالدته طبقا من الحلوى على غير عادته صباح أمس.

وتجمع المشاركون في المسيرة أمام منزل عائلة الشهيد ونددوا بالمجازر التي ترتكبها قوات الاحتلال ضد أبناء شعبنا مؤكدين أن الثورة ستستمر حتى يتم تحرير الأرض والإنسان من دنس الاحتلال فيما تعالت الصيحات المطالبة بالانتقام لدماء الشهداء والمتوعدة بأن دمهم لن يذهب هدرا وألقيت خلال المسيرة العديد من الكلمات التي عاهدت كل دماء الشهداء على الاستمرار في درب النضال والثورة حتى يتم تحرير الأرض والإنسان من نير الاحتلال، ونعت كلمة القوى الوطنية والسياسية الشهيد البطل مرمش وكافة شهداء معركة الأقصى مؤكدة أن العملية التي نفذها البطل مرمش دليل واضح على نية شعبنا الاستمرار في المقاومة حتى دحر الاحتلال وأن دماء الشهداء لن تذهب هدرا ومنددة بجرائم الاحتلال الهمجية في ظل صمت مريب من قبل الدول التي تدعي بأنها راعية للسلام. ونعت حركة حماس الشهيد مرمش مؤكدة أن عرس الشهادة لدليل على تصميم شعبنا وإرادته الصلبة في مقاومة كل الدبابات والطائرات الاسرائيلية التي قصفت الأطفال والشبان والشيوخ العزل ضاربة بعرض الحائط كل القوانين والأعراف الدولية، وقال البيان الذي تلا عبر مكبرات الصوت هنيئا لأهالي طولكرم بهذا البطل الذي عانق الأرض، وقبلها لتطهر التربة من دنس الاحتلال وأكد أن مسيرة الشهداء ستستمر حتى يتم تحرير كل الأماكن

المقدسة ودعت حركة فتح الى الثأر لدماء الشهداء وقالت إنه لا يجوز السماح لحكومة شارون بالإفلات من المسؤولية عن جرائم الحرب والمجازر التي ترتكب ودعت الحركة الى تصعيد الانتفاضة حتى تحقيق أهدافها فيما ألقى ذوو الشهيد كلمة دعوا خلالها الى الثأر لدماء كل الشهداء الذين قتلوا بدم بارد من قبل صهاينة عشقوا قتل الأطفال والشبان الأبرياء دون أي ذنب يقترفون وثمنوا خلالها الهبة الجماهيرية للدفاع عن الأقصى ووجهوا تحية إجلال وإكبار الى جميع الشهداء الأبرار الذين رووا بدمائهم الزكية أرض الوطن وأكدت الحركة الإسلامية في كلمتها على أهمية مواصلة المسيرات والهجمات

مع جنود الاحتلال والتصدي لقطعان المستوطنين وتحويل حياتهم على الطرق والى المستوطنات الى جحيم. ويذكر أن الشهيد مرمش هو الأصغر سنا من بين أفراد عائلته التي تتكون من ١١ فردا أربعة ذكور وست بنات، ووالد متوف، وقالت والدة الشهيد مرمش أن ابنها قام بتقديم علبة حلوى إليها قبل تنفيذ عمليته مؤكدة أنه قال لها إنه سيغيب لمدة يومين برفقة أصدقائه لعمل ما. ويذكر أن الشهيد ترك وصية أكد خلالها أن الاحتلال ظن أن الإرهاب قادر على تركيع شعبنا الفلسطيني ولكنه لم يعلم طبيعة الدين الإسلامي القادر على رفع الظلم عن شعبنا الفلسطيني الأبي.

SHATSKY-006694