**LOWELL DECL. EX. 106**

Exhibit 75

### *Shahida* [Female Martyr] Dalal Mughrabi… Memories that Renew the Pledge to Continue the Struggle

Gaza - Al-Hayat al-Jadida - Nufuz al-Bakri: Every *shahid* [martyr] has a story, which is followed by more stories and lessons to be learnt. One of the stories that are still well remembered, especially by women and youths, is the story of the *istishhad* [death as a martyr] of *fida'iya* [one who sacrifices herself] Dalal Mughrabi. On this day [11 March] in 1978, she and a group of *fida'iyin* [people who sacrifice themselves] arrived from the sea to the northern part of the coast of Tel-Aviv. Despite the strict security measures, Dalal and her small group were able to kill and injure many Israelis. The heads of the Israeli security forces and the government were struck with madness. This was evident when Ehud Barak, the Israeli Chief of General Staff at the time, stuck the stock of his rifle into the body of *shahida* [female martyr] Mughrabi and mutilated the private parts of her body, indicating the size of fear, panic and rage that the Palestinians cause the Israelis, even after their *istishhad* [death as a martyr].

Despite the fact that many years have passed since the *istishhad* [death as a martyr] of *fida'iya* [one who sacrifices herself] Mughrabi, we feel as if her heroic operation took place only yesterday.

Recently, the heroine Wafa Idris succeeded in carrying out a bombing operation in Jerusalem. She was them followed by *shahida* [female martyr] Darin Abu Aysha. These operations add to a series of operations that *shahida* Mughrabi has begun. They attest, for the peoples of the world, to the Palestinian woman's capability of successfully practicing *Al-amal al-fida'i* [self-sacrificing attack], which aim is to protect the [Palestinian] cause, the homeland, the honor of the land and dignity.

The *Shahida* [female martyr] is physically absent, but her warrior soul continues to live within the consciousness of women, who aspire to imitate the struggle activities performed by *shahida* Dalal and the other *shuhada [martyrs]*, in response to the escalation of the hostile, oppressive attacks of Sharon's government against our people.

In this context, Umm Samed, a [female] citizen, says that her only wish is to carry out a *fida'i* [that involves self-sacrifice] operation that will continue the heroic operations performed by women. She sighed, and wondered why women are not recruited. Are they not men's partners? Are they not expected to participate in all demands of life, including – if possible – the military aspects?

For her part, citizen Kifah called upon all women to follow the warrior path in all its forms. She explained that this can be achieved through a profound nationalistic education of children, maintaining heritage and identity, and instilling in all family members the spirit of belonging and warrior activities.

SHATSKY-006691-T

A girl called Wafa said that she lost her childhood upon hearing stories about *shuhada* [martyrs] and *fida'i* [that involves self-sacrifice] operations, but that she was mainly moved by the story about the *istishhad* [death as a martyr] of Dalal Mughrabi.

When we look at the bloody reality in the Palestinian territories nowadays, we realize that we need tens, and even hundreds, of people ready to take the path that *shahida* [female martyr] Dalal and the other *shuhada* [martyrs] have taken. The reason is that Shron's government is still planning and seeking to escalate the murder and assassination of all that is Palestinian.

Therefore, we must all learn from the lessons of the *shuhada* [martyrs], maintain their achievements, and continue their path, in order to achieve their aspirations, on which behalf they sacrificed themselves. This should culminate in banishing the occupation and establishing an independent Palestinian state that fulfills all aspirations and [honors the] sacrifices.

SHATSKY-006691-T

Original

# الشهيدة دلال المغربي .. ذكريات تجدد العهد نحو استمرار النضال

غزة - الحياة الجديدة - نفوذ البكري - لكل شهيد قصة يتلوها المزيد من القصص والعبر وأكثر قصص الشهداء التي مازالت عالقة في الأذهان خاصة بين صفوف النساء والشباب قصة استشهاد الفدائية دلال المغربي التي قامت في مثل هذا اليوم من العام ٧٨ مع مجموعة من الفدائيين بركوب البحر والوصول الى ساحل شمال تل ابيب ورغم الإجراءات الأمنية المشددة تمكنت دلال مع مجموعتها الصغيرة من إسقاط أعداد كبيرة من الجرحى والقتلى في صفوف الإسرائيليين، وأصيب رؤساء الأجهزة الأمنية والحكومة الإسرائيلية «بالجنون» وظهر هذا واضحا عندما قام رئيس أركان الحكومة الإسرائيلية آنذاك إيهود باراك بغرس حربة بدقيقتين في جسد الشهيدة المغربي إضافة الى عمليات تنكيل في الأماكن الحساسة من جسدها الأمر الذي يدل على حجم الخوف والفزع والغيظ من الفلسطينيين حتى بعد استشهادهن.

ورغم مرور السنين على ذكرى استشهاد الفدائية المغربي إلا أننا ننشر حاليا وكان عمليتها البطولية قد وقعت بالأمس فبالأمس القريب تمكنت البطلة وفاء إدريس من القيام بعملية تفجيرية في القدس وبعدها الشهيدة دارين أبو عيشة لتضاف هذه العمليات الى سلسلة من العمليات التي بدأتها الشهيدة المغربي ولتمثل عنوانا لكافة شعوب العالم أن المرأة الفلسطينية قادرة على ممارسة العمل الفدائي بنجاح من أجل حماية القضية والوطن وشرف الأرض والكرامة.

وإذا كانت الشهيدة قد غابت بجسدها إلا أن روحها النضالية مازالت عالقة في أذهان جميع النساء اللواتي يتمنين بمثل هذا العمل النضالي الذي قامت به الشهيدة دلال وبقية الشهداء خاصة في الوقت الحالي الذي تصعد فيه حكومة شارون هجماتها العدوانية والقمعية ضد أبناء شعبنا.

وفي هذا الصدد تقول المواطنة أم صائد أن أمنيتها الوحيدة هي القيام بعملية فدائية لتضاف الى العمليات البطولية التي قامت بها النساء وتنهدت وتساءلت لماذا لا يتم تجنيد النساء أليست المرأة شريكة للرجل ويقع على عاتقها المشاركة في كافة متطلبات الحياة حتى العسكرية منها في حال توفر المناخ المناسب لذلك.

ومن جانبها دعت المواطنة كفاح النساء الى اتباع الأسلوب النضالي بأشكاله المختلفة موضحة أن هذا يأتيها من خلال التربية الوطنية القوية للأبناء والحفاظ على التراث والهوية وزرع روح الانتماء والعمل النضالي بين كافة أفراد الأسرة.

وقالت الفتاة وفاء انها فقدت طفولتها وهي تسمع عن قصص الشهداء والعمليات الفدائية ولكن أكثر القصص التي تأثرت بها قصة استشهاد دلال المغربي.

وفي نظرة للواقع الدموي الذي تشهده الأراضي الفلسطينية في الأيام الحالية نجد أنفسنا بحاجة الى العشرات أن لم يكن المئات ممن سلكوا درب الشهيدة دلال مع بقية الشهداء من الرجال لأن حكومة شارون مازالت تصعد وتخطط وتسعى للتصعيد في عمليات القتل والاغتيال لكل ما هو فلسطيني الأمر الذي يتطلب من الجميع الاستفادة من دروس الشهداء والمحافظة على إنجازاتهم ومواصلة دربهم لتحقيق طموحاته وفق تضحياتهم التي قدموها لنا وصولا الى دحر الاحتلال وإقامة الدولة الفلسطينية المستقلة التي تلبي كافة الطموحات والتضحيات.

## عرض فيلم الطير الأخضر في رام الله اليوم

رام الله - الحياة الجديدة - ينظم مسرح وسينماتك القصبة في رام الله بالتعاون مع وزارة الثقافة اليوم عند الساعة الرابعة والنصف مساء العرض الأول للفيلم الفلسطيني «الطير الأخضر» للمخرجة «ليانة بدر»، وقد وجهت مديرية إعلام المرأة والطفل بوزارة الإعلام وسكرتاريا الخطة الوطنية للطفل الفلسطيني الدعوة للجمهور لحضور الفيلم الذي يجسد أحلام أطفال فلسطين في ظل الحصار الاحتلالي.



HJ,
March 11, 2002

شرطيان يتفقدان مقر الرئاسة في نابلس بعد تعرضه لتدمير احتلالي همجي أمس. «أ. ف. ب»

SHATSKY-006691