**LOWELL DECL. EX. 107**

Exhibit 76

Editorial of "The Intifada"

## Unheeded Calls

Many calls are published nowadays as paid advertisements. The content of these statements varies; some stress positions favoring struggle and calling for reforms and for preparing to mobilize the public's potentials to actively participate in the process of confrontation and in leading the Palestinian people towards freedom and independence.

Others address the miscalculated military reactions, which use unsuitable tactics and methods while facing the crimes that the murderer Sharon commits on a daily basis. It is known that Sharon does not need any excuses to carry on his aggression, but he uses those attacks that target civilians for winning the support of the Israeli and international public opinion against the legitimate national struggle and the brave resistance that realizes the importance of achieving harmony between the goals and consequences of the struggle in a clear, indisputable way.

The wave of calls of the second type - especially those that try to gather support from some figures without distinguishing between the good and bad among them – was, at first, apologetic toward the aggressive insolence of Sharon. They proved to be a useless, dividing means for mobilizing individuals, as Sharon's government ignores these calls with its arrogance and tendency to create an atmosphere that intensifies hatred and revenge.

Some of those who signed these calls are leaders and activists of the Intifada. They imposed some changes to the text that is sponsored and paid for by the European Union, which has recently added the Fatah movement and the Popular Front to the list of terror. In this way, the European Union practices double standards and fulfils the American and Zionist desires.

While we wish to see the implementation of the European position that published the Berlin Declaration in 1991, supporting the establishment of an independent Palestinian state even if Israel does not recognize it, we now see that it takes care for its own interests by supporting Palestinian statements of an apologetic nature. All forces and national and Islamic figures should send statements to the European Union, asking it to adopt a position that shall maintain its interests in our Arab and Islamic world, and in the Middle East.

SHATSKY-006709-T

The holy Intifada, which understands the importance of affectively resisting the occupation army and the herds of settlers, implores those ready for *istishhad* [death as a martyr] because they believe that it is for the benefit of their people and homeland, not to use goals and methods from which Sharon the murderer can benefit and which can make the Israeli society support the crimes that Sharon commits against our people.

Our warrior morals, which are based on our spiritual and *istishhadi* [of death as a martyr] values do not allow us to take revenge on unarmed civilians, leaving killers and rapists wreaking havoc and getting stronger and more arrogant. Our people pays dearly because some people do not bother to make a sound connection between the *istishhad* [death as a martyr] and its goals and consequences.

Those who carry out suicide operations while seeking *shahada* [death as a martyr] and hoping to reach Paradise, are different from those who do this as a reaction to the crimes that Sharon commits. In addition, there are those who are pushed into committing suicide as a result of the frustration and depression. In order to maintain the international [support] of his aggression, Sharon has turned their reality into a factory that produces suicide bombers.

The *istishhad* [death as a martyr] from which the land and people of the homeland can benefit is that which can accumulate positive results, and which is not a mere act of revenge or account settling between some individuals or factions. A true *istishhadi* [a person killed as a result of an act of martyrdom] refuses to be an egoist seeking the salvation of his soul or guaranteeing a place in Paradise for himself without thinking of the numerous innocent family members and relatives, who will suffer severely from the grudges that the Zionists bear.

We stress again that *istishhad* [death as a martyr] at the right time and place is a source of strength, pride and honor that our people believes in. A political goal is that which is guaranteed by sacrifices and military practices. Since the outbreak of our revolution, *istishhad* [death as a martyr] has been an inseparable part of our belief in the inevitability of victory because it indicated, and still indicates, the constant willingness to sacrifice our souls and all our dear possessions for the sake of Allah, the homeland and the people.

**It is an Intifada until victory.**

SHATSKY-006710-T

Original

ومن أرادوا أن يصير كل شيء
في بلادنا مُباح
وهم يقاتلون فكرة الاصلاح
بـقـوّة الـسـلاح
صخر ابو نزار



 لاستقلال والعودة

al-Hayat - J. Jun 23, 2002

**كلمة الانتفاضة**



سلامية

ـاضة

## نداء بلا آذان

تتكاثر هذه الايام صيغ النداءات المنشورة كاعلانات مدفوعة الاجر من هنا او هناك. وتتقاطع مضامين هذة البيانات بين تأكيد للمواقف الكفاحية والدعوة للاصلاح والاستعداد لتحشيد الطاقات الجماهيرية للمشاركة الفعالة في عملية المواجهة والنهوض بالشعب الفلسطيني نحو الحرية والاستقلال، وبين الوقوف عند بعض ردود الفعل العسكري غير المحسوبة باستخدام الاليات والاساليب غير المناسبة ضد الجرائم التي يرتكبها السفاح شارون كل يوم. ومن المعروف ان شارون ليس بحاجة الى ذرائع للاستمرار بعدوانه، ولكنه يوظف تلك العمليات التي تستهدف المدنيين لاستقطاب الرأي العام الاسرائيلي والدولي ضد الكفاح الوطني المشروع والمقاومة الباسلة التي تدرك اهمية انسجام الاهداف والنتائج للنضال بشكل واضح غير قابل للانتقاد.

ان موجة النداءات التي هي من النوع الثاني، وخاصة ما يحاول استقطاب توقيعات لشخصيات يختلط فيها الحابل بالنابل. فقد كانت صيغتها الاولية تحمل مضموناً اعتذارياً في مواجهة الوقاحة الشارونية العدوانية. وقد ظهرت كوسيلة استقطاب فردي وغير وحدوي وغير مجدي في ظل حكومة شارون الذي يصم الاذان بغطرسته وقدرته على خلق الاجواء التي تؤجج الحقد والانتقام. لقد كان بعض الموقعين على النداءات من قادة ونشطاء الانتفاضة. وهم الذين رفضوا بعض التعديلات على النص الذي يتعهد ويدفع تكاليف اعلانه الاتحاد الاوروبي الذي اضاف مؤخراً حركة فتح والجبهة الشعبية الى قائمة الارهاب. وهكذا يقوم الاتحاد الاوروبي بلعبة مزدوجة خضوعاً للرغبة الامريكية والصهيونية. ونحن اذ نتطلع الى تفعيل الموقف الاوروبي الذي أصدر بيان برلين عام ١٩٩٩ ليؤكد تأييده لاقامة الدولة الفلسطينية المستقلة حتى لو لم تعترف بذلك اسرائيل، نراه اليوم يحافظ على مصالحه من خلال تبني بيانات ذات طابع اعتذاري فلسطيني، في الوقت الذي يجب ان تتوجه البيانات الى الاتحاد الاوروبي من جانب القوى والشخصيات الوطنية والاسلامية لاتخاذ من تلك الخطوة من خلالها على مصالحه في عالمنا العربي والاسلامي وفي منطقة الشرق الاوسط.

شعبنا وتعزيز حرية التعبير والغاء ملف الاعتقال السياسي والاعتقال على خلفية مقاومة الاحتلال. بالتالي فاننا في القوى الوطنية والاسلامية نقف بكل حزم ضد عمليات (الاصلاح) المشروطة بخدمة اهداف الاحتلال الاسرائيلي والادارة الامريكية ومشروعهما بادامة الاحتلال وتحويل السلطة الفلسطينية الى حامية للاحتلال ومستوطنيه.

ان القوى والوطنية والاسلامية تدعو الى الافراج الفوري عن الرفيق احمد سعدات والاخ فؤاد الشوبكي وباقي المعتقلين السياسيين لدى السلطة وكما تدعو الى المضي قدماً للاصلاح اجهزة السلطة بما يخدم تعزيز صمود شعبنا في مواجهة الاحتلال. كما تدعو القوى الوطنية والاسلامية السلطة الوطنية الفلسطينية وكافة والقوى والفعاليات الى تكثيف جهودها الى اطلاق اسرى الحرية المعتقلين في السجون الاسرائيلية.

**يا جماهير شعبنا الابي،**

ان القوى الوطنية والاسلامية تدعوكم الى اعتبار يوم الجمعة الموافق ٢٠٠٢/٦/٢٨ يوماً للقدس والتواصل معها ويوماً لحرية جميع الاسرى والمعتقلين في سجون العدو وتأكيداً لتمسكنا بحقوقنا المشروعة وثباتنا في وطننا. بحيث يتم التعبير عن هذا الصمود وفقاً للظروف الخاصة في كل محافظة وموقع.

عاشت الانتفاضة والمقاومة الباسلة
المجد والخلود للشهداء الاماجد
الشفاء للجرحى والحرية للاسرى
وانها لانتفاضة مستمرة حتى النصر

SHATSKY-006709