# LOWELL DECL. EX. 108

Exhibit 78

### Honoring the *Shuhada* [martyrs] of Qalqilya in the Second Anniversary of the *Istishhad* [Death as a Martyr] of a Leader in the Abu Ali Mustafa Brigades



Popular Front Activists in a Military Parade in Qalqilya, yesterday

Al-Hayat al-Jadida – Mazen al-Baghdadi

The Popular Front organized yesterday evening a rally and speeches in honor of the *shuhada* [martyrs] of the Qalqilya Governorate in the Al-Shahid Raed Nazal Square in the city center. The rally was held during the second anniversary of the *istishhad* [death as a martyr] of Raed Musa Nazal "Abu al-Asir", a member of the Popular Front's Central Committee and the leader of the Abu Ali Mustafa Brigades in the governorate.

The rally opened with the national anthem and continued with reciting the *Al-Fatiha* [the first chapter in the Quran] in honor of the souls of the *shuhada* [martyrs]. Then the crowd stood a moment of silence in honor of the souls of the *shuhada*.

Ahmed Sa'adat delivered a speech by telephone, in which he greeted the steadfastness of the residents of the governorate. He spoke of the *shuhada* [martyrs] and the prisoners, promising them to continue walking in their path until the goals of our people will be achieved: freedom, independence, and the establishment of the Palestinian state with holy Jerusalem as its capital. He then praised the Iraqi resistance, which confirms daily that the fact that the US can occupy Iraq does not mean it can subdue it.

Sa'adat then denounced the on-going Zionist massacres against our people – massacres which are supported by America, adding that they crossed all the red lines. He condemned the US letter of guarantees to Sharon, which came as a natural outcome of the unlimited American support to Israel. Sa'adat said that the dangerous phase our people is going through, requires from all the national and Islamic forces a clear rejection. They should all stop taking their chance with the American point of view, which leads our people to nothing but surrender. He added that we have to continue the Intifada and the resistance, as opposed to Sharon's plan and all other hostile plans.

Sa'adat called to reform the national political program relating to the conflict management vis-à-vis our people's enemies. He also called to reform our political message toward the Arab countries, and ask the upcoming Arab summit to provide support to Iraq and Palestine.

He also called for an urgent rebuilding of the national leadership, in manner that will make it into the representative of our society and an authority of our struggle. He then called to rebuild the institutions of our people on clear, scientific bases, and to mobilize all the sectors

SHATSKY-006682-T

of our people to fight the apartheid separation wall and its consequences. In addition, he said that the [Palestine] Liberation Organization must issue a clear political statement, rejecting the American sponsorship of the peace process and securing the international protection for our people.

On his part, Kamal Jibril, a member of the central committee of the [Palestinian] People's Party, delivered a speech on behalf of the national and Islamic forces. He renewed the promise to the *shuhada* [martyrs] and the commitment to the national cause. He said: "We are celebrating an anniversary so dear to our hearts, which is the anniversary of the *istishhad* [death as a martyr] of Comrade Nazzal, leader of the Abu Ali Mustafa Brigades. This anniversary should be an occasion for strengthening the struggle and unity, based on a clear national program that aims at arousing the energies and wills of our people so that they resist the plans of Bush and Sharon, and all [other] hostile plans.

Thereafter, Abdel Rahman Nazzal delivered his speech. Nazal is bother of the *shahid* [martyr], who was killed along with *shahid* Mohamed Kamil Nazal and *shahid* Mohamed Odeh Nazal approximately a week ago by Israeli special units. He stressed that the families of the *shuhada* [martyrs] of the Fatah movement insist that [illegible] their brothers in the Popular Front [illegible] the promise and the oath that [illegible] go [illegible] strengthening the national unity [illegible] Zionist [illegible] against our people [illegible] official [illegible] the suffering of our people [illegible] the American [illegible] with Israel.

Some songs and national plays were presented during the ceremony [illegible] military parade by a group of [illegible] Ali Mustafa. [Illegible] were awarded for the [illegible] *shuhada* [martyrs] as an appreciation of their sacrifices.

SHATSKY-006682-T

# Original

# يم شهداء قلقيلية في الذكرى السنوية الثا
## استشهاد مسؤول كتائب ابو علي مصطفى



نشطاء من الجبهة الشعبية في استعراض عسكري بقلقيلية امس.

مازن بغدادي - ... مساء امس مهرجانا ... لشهداء المحافظة ... السنوية الثانية لاستشهاد ... للجبهة الشعبية وقائد ... علي مصطفى في المحافظة «ابو الاسير» وذلك في ساحة ... وسط المدينة.

... السلام الوطني وقراءة ... الشهداء ثم الوقوف دقيقة ... شهداء.

... كلمة عبر الهاتف حيا ... المحافظة مستذكرا ... معاهدا اياهم بالاستمرار ... تحقيق اهداف شعبنا في ... واقامة الدولة الفلسطينية ... القدس الشريف مشيدا ... التي تؤكد يوميا على ان ... احتلال العراق لا يعني انها

... استمرار المجازر الصهيونية ... امة اميركيا والتي تجاوزت ... حمراء منددا برسالة ... لشارون والتي كانت ... الدعم الاميركي اللامحدود ... ان خطورة المرحلة ... تتطلب من قواه الوطنية ... واضحا وترك المراهنة ... الذي لا يقود شعبنا الا ... اضاف انه يجب علينا ... والمقاومة بديلا لخطة ... المخططات المعادية.

... اعادة صياغة البرنامج ... لادارة الصراع مع اعداء ... صياغة خطابنا السياسي ... ومطالبة القمة العربية القادمة بتوفير الدعم للعراق وفلسطين كما طالب بالتسريع لبناء القيادة الوطنية كصياغة جماعية ومرجعية لنضاله واعداة بناء كافة مؤسسات شعبنا على اسس علمية واضحة وتفعيل كافة قطاعات شعبنا لمواجهة جدار الفصل العنصري وآثاره اضافة الى ضرورة الاعلان السياسي الواضح من منظمة التحرير لرفض المرجعية الاميركية للعملية السلمية وتامين الحماية الدولية لشعبنا.

بدوره جدد عضو اللجنة المركزية لحزب الشعب كمال جبريل في كلمته باسم القوى الوطنية والاسلامية العهد للشهداء والانتماء للقضية الوطنية وقال اننا نحتفل بذكرى عزيزة على قلوبنا ذكرى استشهاد الرفيق نزال قائد كتائب الشهيد ابو علي مصطفى فلتكن هذه المناسبة ذكرى لتعزيز الكفاح والوحدة على اسس برنامج وطني واضح لاستنهاض طاقات وهمم شعبنا لمقاومة مخططات بوش وشارون وكافة المخططات المعادية.

ثم القى عبد الرحمن نزال شقيق الشهيد الذي قضى مع الشهيد محمد كامل نزال والشهيد محمد عودة نزال على ايدي الوحدات الخاصة الاسرائيلية قبل حوالي اسبوع كلمة اكد فيها اصرار ذوي شهداء حركة فتح ... اخوانهم في الجبهة الشعبية ... العهد والقسم على ان لا يذهب ... الى تعزيز الوحدة الوطنية ... الصهيونية ضد شعبنا وال... الرسمي تجاه معاناة شع... الاميركي مع اسرائيل.

وتخللت الحفل فقرات فنية ... ومسرحيات وطنية هادفة وما ... عرض عسكري لمجموعة من ك... علي مصطفى كما تم توزيع ... الشهداء تكريما لتضحياتهم.
SHATSKY-006682