# LOWELL DECL. EX. 109

Exhibit 79

**Qalqilya - Al-Hayat al-Jadida – Mazen Baghdadi**: The soccer fives league, which was organized by the Popular Front for the Liberation of Palestine in the Qalqilya Governorate on the tenth anniversary of the *istishhad* [death as a martyr] of the national leader Raed Nazal, was concluded on Thursday.

The ceremony was held in the soccer field of Al-Murabitin School in the city center. It commenced with the national anthem, followed by a moment of silence for the souls of the *shuhada* [martyrs] and the recitation of *Al-Fatiha* [the first chapter of the Quran, usually recited in honor of the soul of the deceased].

The ceremony was attended by representatives of the national forces, soccer association member Mu'ayyad Shraim, the international referee and former member of the soccer association Shaker Jabarah, representatives of the policemen who were responsible for maintaining security during the league, and a crowd of sportspeople and spectators.

Eight teams participated in the league that was held between 04/18/2012 and 04/26/2012. The teams were named after the *shuhada* [martyrs] Ibrahim al-Fayed, Fathi al-Shiqaqi, Sa'id al-Hotari, Raed Nazal, Tawfiq Jaber Abu Sharar, Mu'awiya al-Hajj Hassan, Shukri Dawood and Ibrahim Titan.

The league was split into two groups and took the split league format. The teams of *Shahid* [martyr] Ibrahim Titan, *Shahid* Sa'id al-Hotari, *shahid* Mu'awiya al-Hajj Hassan, and *Shahid* Ibrahim al-Fayed qualified for the semi-finals. The team of *Shahid* [martyr] Ibrahim al-Fayed won the final match. The team was crowned as the League's Hero, and received the cup.

The following prizes were distributed by Hassan Sabri, owner of the Sports 2000 shop:

Mahmoud Abu Salah of the *Shahid* [martyr] Shukri Dawood team won the top scorer prize, Sabri al-Nis of the *Shahid* Ibrahim Titan won the best player prize, and Hammoudeh Nazal of the *Shahid* Ibrahim al-Fayed team won the best goalkeeper prize.

Prizes were also awarded to the organizing committee, to the police, to the medical team, and to the Islamic Club. A prize was awarded to a member of the organizing committee, Abdullah Hanini, and to the referees Mu'ayyad Shraim and Lu'ai Nassar.

At the end, Shaher al-Ra'i delivered a speech on behalf of the Popular Front, thanking all those who contributed to the success of the league. He gave special thanks to the education directorate, to the administration of Al-Murabitin School, to the governorate's police, and to the Islamic Club. He congratulated them for reaching the highest level of professional players. He also thanked the Sports 2000 shop for donating the prizes for the championship.

Case 1:02-cv-02280-RJL Document 259-5 Filed 11/13/13 Page 3 of 5

He said that the organization of this league on the tenth anniversary of the *istishhad* [death as a martyr] of leader Raed Nazal serves to commemorate the *shuhada* [martyrs], who are more honorable than all of us. He praised the leader *shahid* [martyr] Raed Nazal, who fell while holding his head up, refusing to submit or to accept the shame of the miserable period of time and what it entails. He remained a loyal soldier of his people, although he spent half his life in cells [words cut off].

Case 1:02-cv-02280-RJL Document 259-5 Filed 11/13/13 Page 4 of 5

# Original

**قلقيلية – الحياة الجديدة – مازن بغدادي** - اختتمت يوم الخميس فعاليات الدوري الخماسي لكرة القدم الذي نظمته الجبهة الشعبية لتحرير فلسطين في محافظة قلقيلية لمناسبة حلول الذكرى العاشرة لاستشهاد القائد الوطني رائد نزال.

وابتدأ الاحتفال الذي جرى على ارض ملعب مدرسة المرابطين وسط المدينة بالسلام الوطني ثم الوقوف دقيقة حداد على ارواح الشهداء مع قراءة الفاتحة.

وحضر الحفل ممثلو القوى الوطنية وعضو اتحاد كرة القدم مؤيد شريم والحكم الدولي وعضو اتحاد كرة القدم السابق شاكر جبارة وممثلين عن الشرطة الذي اشرفوا على امن الدوري وحشد من الرياضيين والجمهور.

وكان شارك في الدوري الذي استمر من تاريخ 2012/4/18 وحتى 2012/4/26 ثمانية فرق حملت اسماء الشهداء (ابراهيم الفايد، فتحي الشقاقي، سعيد الحوتري، رائد نزال، توفيق جابر ابو شرار، معاوية الحاج حسن وشكري داود وابراهيم تيتان ).

وكان نظام الدوري بنظام المجموعتين (الدوري المجزء )حيث انتقل الى نصف النهائي كل من فريق الشهيد ابراهيم تيتان والشهيد سعيد الحوتري والشهيد معاوية الحاج حسن والشهيد ابراهيم الفايد اما في المباراة النهائية فقد فاز فريق الشهيد ابراهيم الفايد

لصاحبها حسن صبري على النحو التالي:

جائزة افضل هداف للاعب محمود ابو صالح من فريق الشهيد شكري داود وجائزة افضل لاعب للاعب صبري النيص من فريق الشهيد ابراهيم تيتان وجائزة افضل حارس مرمى للاعب حمودة نزال من فريق الشهيد ابراهيم الفايد.

كما تم توزيع الجوائز على اللجنة المنظمة وجائزة للشرطة ولطاقم الاسعاف وجائزة للنادي الاسلامي وجائزة لعضو اللجنة المنظمة عبد الله حنيني للمحكمين مؤيد شريم ولؤي نصار.

وفي الختام القى شاهر الراعي كلمة الجبهة الشعبية شكر فيها كل من ساهم في انجاح الدوري خاصة مديرية التربية والتعليم وادارة مدرسة المرابطين وشرطة المحافظة والنادي الاسلامي مهنئا اياهم بالوصول الى مصاف المحترفين وحصولهم على الوصيف وكذلك شكر محلات سبورت 2000 لتبرعهم بجوائز البطولة.

وقال ان اقامتنا هذا الدوري لمناسبة الذكرى العاشرة لاستشهاد القائد رائد نزال ما هي الا احياء لذكرى الشهداء الذين هم اكرم منا جميعا مشيدا بالشهيد القائد رائد نزال الذي قضى رافعا رأسه رافضا الخضوع وذل المرحلة البائسة بكل مكوناتها وبقي جنديا وفيا لشعبه وقضيته رغم قضائه نصف عمره في زنازين

SHATSKY-006683