**LOWELL DECL. EX. 110b**

Original



SHATSKY-006842

| | المشرف العام |
|---|---|
| | اللواء / غازي الجبالي |

**المستشارون**

- الأستاذ/ سليم الزعنون
- الأستاذ/ زياد عبد الفتاح
- الدكتور/ كمال الأسطل
- الأستاذ / مازن سيسالم
- العميد/ محمود عصفور
- العميد / زياد عريف
- العميد / مازن عز الدين
- العميد / عبد المعطي السبعاوي
- العميد / طلال أبو زيد
- العقيد/ يعقوب رحمي

**رئيس التحرير**

عقيد / دكتور
عبد الرحمن المزين

## الفهرس

| | الصفحة |
|---|---|
| 1- نص كلمة فخامة الرئيس ياسر عرفات في مؤتمر القمة الإسلامية – الدوحة | 2 |
| 2- كلمة العدد (كلمة معالي الدكتور أحمد بن محمد السالم) | 6 |
| 3- التحقيق الجنائي – بقلم اللواء/ غازي الجبالي | 8 |
| 4- السوابق القضائية (الحلقة السادسة) – بقلم الأستاذ/ مازن سيسالم | 9 |
| 5- الدور الديني والإعلامي .... (الحلقة الثانية) – بقلم الاستاذ/د.أحمد عمر هاشم | 14 |
| 6- الامن الوطني ودور وسائل الاعلام في ترسيخه(الحلقة الثالثة) – إعداد/ أ.د. حمود البدر | 16 |
| 7- اتجاهات الجريمة في دول العالم (الحلقة الثانية) – إعداد/ أ.د. محسن أحمد | 19 |
| 8- الطابور الخامس ... إلى أين !؟ – بقلم الأستاذ المحامي/ فاروق أبو الرب | 21 |
| 9- مسألة القانون الجنائي الدولي (الحلقة الثالثة) – إعداد الدكتور/حنا عيسى | 22 |
| 10- صور السلوك الانساني المجرم (الحلقة الثالثة) – بقلم اللواء/د. محمد فتحي عيد | 25 |
| 11- الشهداء هم بناة الدولة الفلسطينية –بقلم العميد/ مازن عز الدين | 27 |
| 12- قراءة أمنية في خيارات وبدائل استراتيجية الشر الإسرائيلي –بقلم العميد/ د. كامل عيسى | 29 |
| 13- معاينة مسرح الجريمة – بقلم العميد/ د. محمد محمد عنب | 31 |
| 14- حقوق الإنسان ... وانتفاضة الأقصى – بقلم المقدم/زهير الخالدي | 34 |
| 15- أمن وحماية الشخصيات (الحلقة الرابعة) – إعداد المقدم/ عبد الواحد خلف | 38 |
| 16- العوامل الاقتصادية وأثرها على السلوك الإجرامي – بقلم الأخ/عبد الخالق الفرا | 40 |
| 17- شرطي المرور .... (الحلقة الثالثة) بقلم المفوض السياسي/ حسن الكحلوت | 41 |
| 18- تشريح الجثة – إعداد النقيب/ حسام الكحلوت | 42 |
| 19- الضغط – إعداد الدكتور/ عاطف حلس | 43 |
| 20- علم البصمات وإثبات الشخصية (الحلقة الرابعة)- إعداد الملازم أول/ محمد الحلو | 45 |
| 21- من ذاكرة التاريخ – إعداد العقيد/ د. عبد الرحمن المزين | 47 |

مصورو الرئيس / محمد الرواس – عمر الرشيدي – حسين حسين
مصورو المركز الإعلامي /سامح فارس – معين عمر – يوسف عكيلة
التدقيق اللغوي / ملازم / عثمان زايد
تمت الطباعة بمطابع مركز رشاد الشوا الثقافي- بلدية غزة هاتف : ٢٨٢٨٢٦٥

## مجلة الشرطة

مجلة شهرية متخصصة في العلوم الشرطية والقانونية

تصدر عن قيادة الشرطة الفلسطينية

العـدد ٣٨ – نوفمبــر ٢٠٠٠ م

العنـوان : القيادة العامة للشرطة – غزة – هاتف : ٢٨٦٦٦٠٠-٢٨٦٣٤٠٠ داخلـي – ٤٢٨

SHATSKY-006843

## الشرطة

# الشهداء هم بناه الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف

### بقلم العميد/ مازن عز الدين
#### المفوض العام للتوجيه الوطني

انتفاضة شهداء الأقصى ... انتفاضة الاستقلال ... هذا الحدث الفلسطيني الهام الذي لعب دوراً بارزاً واستراتيجياً في تحريك الجماهير العربية والإسلامية والأنظمة العربية لتأخذ دورها الحضاري والريادي في الصراع العربي - الاسرائيلي، فهذه الانتفاضة المباركة حركت مشاعر وأحاسيس المجتمع الدولي وكل الدول العظمى التي تربطها مصالح حيوية بمنطقة الشرق الأوسط .. هذا الحدث التاريخي سيبقى محفوراً في وجدان كل طفل وشاب وامرأة فلسطينية لأنه نسج بدماء الشهداء وآلام الجرحى.

### الانتفاضة ستستمر :

لقد أصبحت الانتفاضة الفلسطينية المباركة جزءاً أساسياً وهاماً واستراتيجياً من التركيبة الاجتماعية لمجتمعنا الفلسطيني، كما أصبحت جزءاً رئيساً من الممارسة اليومية لأطفالنا وشبابنا الذين يسعون من خلال انتفاضتهم المباركة بالوسائل السلمية إلى رسم مستقبل الشعب الفلسطيني بأكمله لذلك ستستمر الانتفاضة المقدسة بالحجارة الطاهرة حتى تحقق أهدافها الاستراتيجية في إقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف وعودة جميع اللاجئين وفقاً لقرارات الشرعية الدولية وفي مقدمتها القراران ١٨١، ١٩٤.

إن الانتفاضة المقدسة بتواصلها واستمرارها تشكل تحدياً للكيان الاسرائيلي، ولن تستطيع أي قوة في العالم أن توقفها لأنها جاءت نتيجة للظلم والقهر والاضطهاد الذي يمارسه الجانب الاسرائيلي على الشعب الفلسطيني وعدم التزامه باتفاقيات السلام الموقعة بين الجانبين لذلك نؤكد دائماً على أهمية استمرار الانتفاضة وتواصل فعالياتها بأساليب جديدة وتكتيك جديد يقلل حجم الخسائر البشرية بين أبناء شعبنا الفلسطيني، ويقود إلى تحقيق مكاسب سياسية على المستوى الدولي.

### دعم بمستوى الحدث الفلسطيني :

لقد وحدت الانتفاضة المباركة الأمة العربية بأكملها من المحيط إلى الخليج، فالقمة العربية عقدت بالقاهرة نتيجة للانتفاضة بعد غياب استمر عشر سنوات بسبب حرب الخليج الثانية ... حيث جاءت هذه القمة بفعل التحركات الجماهيرية في العواصم العربية لدعم انتفاضة الأقصى ودعم الثوابت الفلسطينية الاستراتيجية وفي مقدمتها حق الشعب الفلسطيني في إقامة دولته الفلسطينية المستقلة وعاصمتها القدس الشريف.

إن القمة العربية التي عقدت في القاهرة بين ٢١-٢٢ أكتوبر ٢٠٠٠ عليها التزامات واضحة يجب الوفاء بها لدعم صمود ونضال الشعب الفلسطيني في مواجهة المؤسسة العسكرية الاسرائيلية، ويجب أن يكون هذا الدعم بشكل سريع ومتواصل ويتناسب مع مستوى الحدث الفلسطيني وأن القيادة الفلسطينية ستقوم بدو عملي وفعال لبلورة القرارات التي اتخذتها القمة العربية إلى حقيقة واقعية على الأرض من خلال وضع

SHATSKY-006844

# الشرطة

آليات واضحة تخدم الجانب التفاوضي الفلسطيني لاستثمار التضحيات الفلسطينية الغالية بصورة إيجابية وفعالة.

إن شعبنا الفلسطيني العظيم قدم عبر انتفاضة المباركة دفاعاً عن الأرض والمقدسات مئات الشهداء من الأطفال والشباب وآلاف الجرحى الذين أصيب جزء كبير منهم بعاهات مستديمة .. هذه التضحيات تفرض على الأمة العربية أن تكون بمستوى الحدث الفلسطيني وبحجم التضحيات الفلسطينية العظيمة وهنا لن نقول للشعوب العربية والاسلامية : افعلوا ما فعلتموه في المدمرة الأمريكية كول أو في السفارة البريطانية في صنعاء، لن نقول: أضربوا المصالح الأمريكية في العالم، ولكن نقول لابد من اتخاذ موقف واضح وصريح من الممارسات الاسرائيلية العنصرية ضد أطفالنا والمدعومة من الإدارة الأمريكية.

## المصالح الاستراتيجية :

إن المجتمع الدولي وكل الدول المحبة للسلام وفي مقدمتها الولايات المتحدة الأمريكية واليابان وروسيا والصين والاتحاد الأوروبي مطالبين بممارسة ضغوط حقيقية على إسرائيل حفاظاً على مصالحهم الاستراتيجية في المنطقة قبل أن ينفجر الوضع بصورة يصعب السيطرة عليها أو احتواؤها . لذلك اتخذت الإدارة الأمريكية سلسلة من الخطوات حفاظاً على سفاراتها حيث وضعت قواتها في المنطقة في حالة استنفار قصوى، كل هذه الاجراءات جاءت بفعل انتفاضة الأقصى المباركة والغضب الجماهيري الكبير في كل العواصم العربية نتيجة للانحياز السافر للولايات المتحدة لحليفتها إسرائيل وعدم لعبها دور الراعي النزيه في عملية السلام.

إن الدول الاوروبية والامريكية التي لها مصالح إستراتيجية في المنطقة مطالبة بضرورة التحرك الفوري والعاجل لوقف الممارسات الإسرائيلية ضد الشعب الفلسطيني وبدون ذلك فإن مصالحهم الحيوية سوف تمس بصورة مباشرة وهذا سينعكس بشكل سلبي على شعوبهم ومجتمعاتهم حيث كان للجاليات العربية والاسلامية في هذه الدول دور بارز في الضغط على حكومات تلك الدول من خلال خروجها بمسيرات سلمية مؤثرة حتى تضغط الدول الأجنبية بصورة إيجابية وفعالة على إسرائيل وتقول كلمة حق وعدل بالنسبة لشعبنا الفلسطيني الذي بات يعاني من آخر نموذج للاحتلال في العالم.

## حرب حقيقية :

إن الانتفاضة الفلسطينية تعتبر حرباً حقيقية من الجانب الاسرائيلي لأنه يستخدم الطائرة والدبابة والصاروخ وكل الأسلحة الفتاكة والمحرمة دولياً في حين تعتبر انتفاضة سلمية من الجانب الفلسطيني لأنه استخدم الحجارة المقدسة لذلك على الدول المحبة للسلام أن توجه أصبع الاتهام لباراك ولمؤسسته العسكرية لأنه عدواني يشن حرباً حقيقة على الشعب الفلسطيني، وهنا نقول إن دماء الشهداء لن تذهب هدراً فبفعل تراكم الدم الفلسطيني نجحنا في نسج وثيقة الاستقلال عام ١٩٨٨ كما نجحنا في تثبيت فلسطين حقيقة واقعية على الخارطة السياسية والجغرافية، وبفعل تراكم الدم الفلسطيني سنعلن إقامة دولتنا الفلسطينية المستقلة على جميع الأراضي التي احتلت عام ١٩٦٧م.

إن الشعب الفلسطيني من أكثر شعوب العالم الذي دفع استحقاق الاستقلال فقدم الشهداء والجرحى والمعتقلين والمعاقين، لأن

الشهداء هم بناة الدولة الفلسطينية وبدونهم لن ننجح في تحقيق أهدافنا الوطنية وفي مقدمتها إقامة الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف، ورغم ذلك مازال يتطلع لسلام عادل وشامل يساهم في استعادة حقوقه المغتصبة بعيداً عن إراقة الدماء وقتل الأبرياء من الأطفال.

## دور المؤسسات :

لقد كان للعديد من المؤسسات الفلسطينية دور ريادي وحضاري في انتفاضة الأقصى المباركة فوزارة الصحة الفلسطينية بكل العاملين بها من أطباء وممرضين ورجال إسعاف كان لها دوراً بارزاً ومميزاً في تقديم كل الامكانيات المتوفرة لديها لانقاذ الجرحى وبذلك أثبتت هذه الوزارة بامكانياتها المتواضعة أن فلسطين دولة عظيمة لديها القدرة على التفاعل بشكل إيجابي مع كل الأحداث.

وقد نجحت قناة فلسطين الفضائية وتليفزيون فلسطين والاذاعة الفلسطينية والمراسلين في رسم صورة مشرقة للشعب الفلسطيني على كل فضائيات العالم وبذلك تمكنوا من توصيل رسالة واضحة للعالم مفادها أن المؤسسة العسكرية الإسرائيلية مؤسسة إرهابية وعنصرية وفاشية ونازية لانها تقتل الأطفال وهنا نسجل بكل فخر واعتزاز نجاح الصحفي طلال أبو رحمة في تقديم الموناليزا الفلسطينية لكل دول العالم من خلال تصويره للشهيد الطفل محمد الدرة الذي قتل بدم بارد وهو في أحضان والده. تحية لشهدائنا الأبرار الذين رووا بدمائهم ثرى فلسطين المقدس مع تمنياتنا بالشفاء العاجل لجرحانا البواسل وإنها لانتفاضة مستمرة حتى قيام الدولة الفلسطينية وعاصمتها القدس الشريف.

* * * *

مجلة الشرطة - نوفمبر 2000 - العدد 38 - صفحة 28

SHATSKY-006845



## قراءة أمنية في خيارات وبدائل استراتيجية الشر الإسرائيلية (الأوهام والحقائق)

بقلم عميد /
د. كامل عيسى
مدير عام مديرية الأمن السياسي

- تساقط خيارات إستراتيجية الشر الإسرائيلية واحداً بعد الآخر أمام وحدة وصلابة وصمود الشعب الفلسطيني المنتفض، سيظل السمة الرئيسية في هذه المرحلة، للأسباب التالية :

**أولاً** : عدم قدرتها أي "إسرائيل" على إعادة احتلالها الشامل لمناطق السلطة الوطنية الفلسطينية لأسباب تتعلق بحجم الخسائر التي ستدفعها على الصعيدين الأمني والعسكري، السياسي والاقتصادي.

**ثانياً** : عجزها التام عن الاستمرار في التعايش مع الحالة الراهنة في أجواء الانتفاضة الفلسطينية المشتعلة وحيث تقود نتائج التراكمات في الخسائر الإسرائيلية إلى ما يشبه الهزيمة بالنقاط وفي كافة المجالات، وهي هزيمة ستجد ترجماتها لاحقاً في تسليم إسرائيل بشروط الحل العادل للقضية الفلسطينية.

**ثالثاً** : وباعتبار أن إسرائيل لا تستطيع القفز على مأزقها باحتلال شامل للمناطق، ولا تقوى طويلاً على التعايش مع الاشتعال المستمر للانتفاضة الفلسطينية فإنها تبحث في سلة خياراتها الفاشلة عن بدائل أخرى تتلخص في الآتي :

أ- التوصل إلى تسوية تؤدي إلى وقف الانتفاضة من جهة، واستمرار سيادة الاحتلال الظالم المفروض على الشعب الفلسطيني من جهة أخرى، وهو بديل غير عملي ولم يعد يمتلك الأسباب والمسببات المبررة لنجاحه.

ب- احداث فتنة على الصعيد الداخلي الفلسطيني تؤدي في النهاية إلى حرب أهلية فلسطينية عبر لعبة الاغتيالات وصناعة البدائل.

**وعملياً** : فإن هذا البديل يحمل في طياته أخطاراً إستراتيجية خطيرة على الكيان الصهيوني نفسه وباعتبار أن برميل البارود الفلسطيني الذي تحاول إسرائيل تفجيره ستمتد ألسنة لهيبه وحممه إلى العمق الإسرائيلي في كل الأحوال وفي جميع الحالات المفروضة كانعكاس لوقائع الصدام المحتمل.

**وللأهمية** : فإن الاستخدام المتصاعد لآلة الحرب الإسرائيلية ضد المنتفضين الفلسطينيين يحمل في داخله محاولة بائسة ويفرض استرداد كرامة ومعنويات "جيش الدفاع الإسرائيلي" المنهارة في وحل هزيمته في جنوب لبنان من جانب وعلى أمل تحسين فرص البقاء لحكومة الجنرال "أيهود باراك" المهتزة من جانب آخر.

**وطالما** : أن إسرائيل لم تنجب حاكماً بشجاعة الجنرال الفرنسي "ديغول" قادراً على إنقاذها من كينونتها المعقدة ومصالحتها مع الواقع المحيط عبر إخراج جيشها وقطعان مستوطنيها من الأراضي العربية المحتلة في الجولان وجنوب لبنان والضفة الغربية والقدس الشرقية وقطاع غزة فإن على العالم المتحضر وتحديداً على الولايات المتحدة الأمريكية والاتحاد الأوروبي تقع المسؤولية الأخلاقية بالدرجة الأولى لتصحيح مسار البوصلة الإسرائيلية قبل فوات وقبل ضياع فرصة السلام التي لن تتكرر لإسرائيل مرة ثانية في عصر التحولات الكبرى والذي دخله الشعب الفلسطيني بتجديد عنفوانه عبر انتفاضة الأقصى المجيدة.

**ويقيناً** : فإن القيادة الوطنية الفلسطينية وعلى رأسها وفي المقدمة منها دائماً وأبداً الأخ الرئيس القائد العام أبوعمار، حفظه الله تبدي أشد الحرص والرغبة المخلصة في الحفاظ على دماء أبناء الشعب الفلسطيني

مجلة الشرطة - نوفمبر 2000 - العدد 38 - صفحة 29

SHATSKY-006846

وتعمل جاهدة على وقف أعمال التنكيل الفاشية التي يمارسها جنود وضباط الجيش الإسرائيلي، إلاّ أنها تجد صعوبة فائقة في العودة إلى تكريس وقائع الاحتلال المقنع لمعظم المناطق في الضفة الغربية والقدس الشرقية وقطاع غزة بحسب رغبة الجانب الإسرائيلي وحتى يتم استكمال مفاوضات الحل النهائي.

ولهذا : لابد حتماً وفي الإطار الممكن إيجاد الحلول الناجعة والسريعة لجلاء وانسحاب قوات الاحتلال من الأراضي الفلسطينية، واعتبار ذلك مقدمة لحسن النوايا من الجانب الإسرائيلي على طريق إعلان تجسيد الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف، وحيث أنه لايكفي سماع الدعوات الإسرائيلية الخجولة عن ضرورة النظر في ترتيبات أوسلو الأمنية وعلى صعيد الجغرافيا السياسية للمناطق، وإلا فلا فائدة ولامعنى لحديث السيد "شمعون بيريس" عن الاحتمال القوي لسيطرة المتطرفين في الجانبين على الحياة السياسية وأغراق المنطقة في دوامة جديدة من الحرب الإقليمية والصراعات الداخلية. فالبديل عن الدعوات للعودة للأوضاع الشاذة السابقة هو التقدم المخلص نحو تنفيذ قراري مجلس الأمن الدولي ٢٤٢، ٣٣٨ وإنجاز اتفاقية للسلام الشامل بين الطرفين الإسرائيلي والفلسطيني.

\* \* \* \* \* \*

---

**Palestinian National Authority**
**W. Bani Zaid Municipality**

السلطة الوطنية الفلسطينية
بلدية بني زيد الغربية

أشارة : ب ب ز/م.ش/ ٦٣٩
التاريخ : ٢٠٠٠/١١/٦م

الأخ / اللواء غازي الجبالي المحترم،،،
تحية انتفاضة الأقصى المباركة ،،
تحية الاستقلال والدولة،،

إن صمود وتضحيات شعبنا المقدام لهي مفخرة للتاريخ المعاصر بل على امتداد التاريخ كله ذلك لأن الكلمات مهما بلغت من القوة والفصاحة تعجز عن وصف الملحمة البطولية التي يخوضها الحجر الفلسطيني في مواجهة أعتى قوى البطش والطغيان، ولكن هذا الحجر الذي تمسكه يد الطفل الفلسطيني الغضة متسلحة بقوة الإيمان بالله وبعدالة قضيتنا، سوف يحقق لنا النصر المبين بإذن الله ولسوف ترتفع رايات دولتنا الفلسطينية وعاصمتها القدس الشريف في القريب العاجل، ذلك وعد الله ولن يخلف الله وعده.

ولايسعنا ونحن نرى قوات البطش الإسرائيلية تضرب مقراتكم لتنال من صمودكم وصمود شعبنا البطل إلا أن نقول لكم إن هذه الضربات هي وسام شرف سوف يسجله التاريخ لجهاز شرطتنا العتيد، فهنيئاً لكم بجهازكم وهنيئاً للشعب بكم ومعا وسويا حتى تحقيق دولتنا الفلسطينية المستقلة وعاصمتها القدس الشريف إن شاء الله بقيادة الأخ الرئيس أبو عمار.

أخوكم
عبد الكريم جاسر الريماوي
رئيس بلدية بني زيد الغربية

---

مجلة الشرطة - نوفمبر 2000 - العدد 38 - صفحة 30

SHATSKY-006847

═══ الشرطة ═══



## قراءة أمنية في خيارات وبدائل استراتيجية الشر الإسرائيلية (الأوهام والحقائق)

بقلم عميد /
د. كامل عيسى
مدير عام مديرية الأمن السياسي

- تساقط خيارات إستراتيجية الشر الإسرائيلية واحداً بعد الآخر أمام وحدة وصلابة وصمود الشعب الفلسطيني المنتفض، سيظل السمة الرئيسية في هذه المرحلة، للأسباب التالية:

**أولاً:** عدم قدرتها أي "إسرائيل" على إعادة احتلالها الشامل لمناطق السلطة الوطنية الفلسطينية لأسباب تتعلق بحجم الخسائر التي ستدفعها على الصعيدين الأمني والعسكري، السياسي والاقتصادي.

**ثانياً:** عجزها التام عن الاستمرار في التعايش مع الحالة الراهنة في أجواء الانتفاضة الفلسطينية المشتعلة وحيث تقود نتائج التراكمات في الخسائر الإسرائيلية إلى ما يشبه الهزيمة بالنقاط وفي كافة المجالات، وهي هزيمة ستجد ترجماتها لاحقاً في تسليم إسرائيل بشروط الحل العادل للقضية الفلسطينية.

**ثالثاً:** وباعتبار أن إسرائيل لا تستطيع القفز على مأزقها باحتلال شامل للمناطق، ولا تقوى طويلاً على التعايش مع الاشتعال المستمر للانتفاضة الفلسطينية فإنها تبحث في سلة خياراتها الفاشلة عن بدائل أخرى تتلخص في الآتي:

أ- التوصل إلى تسوية تؤدي إلى وقف الانتفاضة من جهة، واستمرار سيادة الاحتلال الظالم المفروض على الشعب الفلسطيني من جهة أخرى، وهو بديل غير عملي ولم يعد يمتلك الأسباب والمسببات المبررة لنجاحه.

ب- احداث فتنة على الصعيد الداخلي الفلسطيني تؤدي في النهاية إلى حرب أهلية فلسطينية عبر لعبة الاغتيالات وصناعة البدائل.

**وعملياً:** فإن هذا البديل يحمل في طياته أخطاراً إستراتيجية خطيرة على الكيان الصهيوني نفسه وباعتبار أن برميل البارود الفلسطيني الذي تحاول إسرائيل تفجيره ستمتد ألسنة لهيبه وحممه إلى العمق الإسرائيلي في كل الأحوال وفي جميع الحالات المفروضة كانعكاس لوقائع الصدام المحتمل.

**وللأهمية:** فإن الاستخدام المتصاعد لآلة الحرب الإسرائيلية ضد المنتفضين الفلسطينيين يحمل في داخله محاولة بائسة ويفرض استرداد كرامة ومعنويات "جيش الدفاع الإسرائيلي" المنهارة في وحل هزيمته في جنوب لبنان من جانب وعلى أمل تحسين فرص البقاء لحكومة الجنرال "أيهود باراك" المهتزة من جانب آخر.

**وطالما:** أن إسرائيل لم تنجب حاكماً بشجاعة الجنرال الفرنسي "ديغول" قادراً على إنقاذها من كينونتها المعقدة ومصالحتها مع الواقع المحيط عبر إخراج جيشها وقطعان مستوطنيها من الأراضي العربية المحتلة في الجولان وجنوب لبنان والضفة الغربية والقدس الشرقية وقطاع غزة فإن على العالم المتحضر وتحديداً على الولايات المتحدة الأمريكية والاتحاد الأوروبي تقع المسؤولية الأخلاقية بالدرجة الأولى لتصحيح مسار البوصلة الإسرائيلية قبل فوات وقبل ضياع فرصة السلام التي لن تتكرر لإسرائيل مرة ثانية في عصر التحولات الكبرى والذي دخله الشعب الفلسطيني بتجديد عنفوانه عبر انتفاضة الأقصى المجيدة.

**ويقيناً:** فإن القيادة الوطنية الفلسطينية وعلى رأسها وفي المقدمة منها دائماً وأبداً الأخ الرئيس القائد العام أبو عمار، حفظه الله تبدي أشد الحرص والرغبة المخلصة في الحفاظ على دماء أبناء الشعب الفلسطيني

SHATSKY-006848

الشرطة

وتعمل جاهدة على وقف أعمال التنكيل الفاشية التي يمارسها جنود وضباط الجيش الإسرائيلي، إلاّ أنها تجد صعوبة فائقة في العودة إلى تكريس وقائع الاحتلال المقنع لمعظم المناطق في الضفة الغربية والقدس الشرقية وقطاع غزة بحسب رغبة الجانب الإسرائيلي وحتى يتم استكمال مفاوضات الحل النهائي.

ولهذا : لابد حتماً وفي الإطار الممكن إيجاد الحلول الناجعة والسريعة لجلاء وانسحاب قوات الاحتلال من الأراضي الفلسطينية، واعتبار ذلك مقدمة لحسن النوايا من الجانب الإسرائيلي على طريق إعلان تجسيد الدولة الفلسطينية المستقلة وعاصمتها القدس الشريف، وحيث أنه لا يكفي سماع الدعوات الإسرائيلية الخجولة عن ضرورة النظر في ترتيبات أوسلو الأمنية وعلى صعيد الجغرافيا السياسية للمناطق، وإلا فلا فائدة ولا معنى لحديث السيد " شمعون بيريس" عن الاحتمال القوي لسيطرة المتطرفين في الجانبين على الحياة السياسية وأغراق المنطقة في دوامة جديدة من الحرب الإقليمية والصراعات الداخلية. فالبديل عن الدعوات للعودة للأوضاع الشاذة السابقة هو التقدم المخلص نحو تنفيذ قراري مجلس الأمن الدولي ٢٤٢، ٣٣٨ وإنجاز اتفاقية للسلام الشامل بين الطرفين الإسرائيلي والفلسطيني.

* * * * * *

---

**Palestinian National Authority**
**W. Bani Zaid Municipality**

السلطة الوطنية الفلسطينية
بلدية بني زيد الغربية

أشارة : ب ب ز/م.ش/ ٦٣٩
التاريخ : ٢٠٠٠/١١/٦م

الأخ/ اللواء غازي الجبالي المحترم،،،
تحية انتفاضة الأقصى المباركة ،،
تحية الاستقلال والدولة،،

إن صمود وتضحيات شعبنا المقدام لهي مفخرة للتاريخ المعاصر بل على امتداد التاريخ كله ذلك لأن الكلمات مهما بلغت من القوة والفصاحة تعجز عن وصف الملحمة البطولية التي يخوضها الحجر الفلسطيني في مواجهة أعتى قوى البطش والطغيان، ولكن هذا الحجر الذي تمسكه يد الطفل الفلسطيني الغضة متسلحة بقوة الإيمان بالله وبعدالة قضيتنا، سوف يحقق لنا النصر المبين بإذن الله ولسوف ترتفع رايات دولتنا الفلسطينية وعاصمتها القدس الشريف في القريب العاجل، ذلك وعد الله ولن يخلف الله وعده.

ولا يسعنا ونحن نرى قوات البطش الاسرائيلية تضرب مقراتكم لتنال من صمودكم وصمود شعبنا البطل إلا أن نقول لكم إن هذه الضربات هي وسام شرف سوف يسجله التاريخ لجهاز شرطتنا العتيد، فهنيئاً لكم بجهازكم وهنيئاً للشعب بكم ومعا وسويا حتى تحقيق دولتنا الفلسطينية المستقلة وعاصمتها القدس الشريف إن شاء الله بقيادة الأخ الرئيس أبو عمار.

أخوكم
عبد الكريم جاسر الريماوي
رئيس بلدية بني زيد الغربية

مجلة الشرطة - نوفمبر 2000 - العدد 38 - صفحة 30



# حقوق الإنسان ... وانتفاضة الأقصى

بقلم المقدم/
زهير الخالدي

يتأكد يوماً تلو الآخر الحقد الصهيوني الأعمى تجاه شعبنا الفلسطيني وقضيته العادلة، وتتضح أكثر للملأ الأطماع الصهيونية التوسعية السرطانية في الأرض العربية والفلسطينية على حد سواء، وأن الشعار المرفوع على واجهة الكنيست الصهيوني في أرضنا المحتلة "أرضك يا إسرائيل من الفرات إلى النيل" مازال معشعشاً في كل ذرة من كيانهم المصطنع ويطمحون الى تحقيقه.

وبالرغم من اتفاقيات السلام التي أبرمت بين م.ت.ف" وإسرائيل" والمبنية على أساس مبدأ "الأرض مقابل السلام" وقرارات الشرعية الدولية والأمم المتحدة، إضافة الى كل اللقاءات والاجتماعات والمفاوضات على مدار سبع سنين خلت، لم تدخر فيها السلطة الوطنية الفلسطينية جهداً تفاوضياً إلاّ ومارسته، ولم تترك باباً واحداً إلاّ وطرقته، ومع ذلك فإن أسلوب العربدة والضرب بعرض الحائط كل الاتفاقيات والتفاهمات وقرارات الشرعية الدولية والقانون الانساني الدولي مازالت هي السمة السائدة والمسيطرة على العقلية الحاكمة في تل أبيب، وأن مجرم الحرب باراك وزمرته مازالت شهيتهم مفتوحة للولوغ في الدم الفلسطيني المقدس. إن هذا الجنرال القاتل والارهابي حتى النخاع والذي يدعى بكل صلف ووقاحة أنه خليفة "إسحق رابين" في صنع السلام فشل خلال عام ونصف من توليه السلطة في خلع بزته العسكرية وقابل اليد التي مدت له لصنع السلام بالرصاص والصواريخ وقذائف المدفعية والقيام بأبشع الممارسات اللاإنسانية واللاأخلاقية من الاعتداءات على الأطفال والنساء وقتلهم بدم بارد الى قصف وتدمير المباني السكنية والمنشآت، إلى إطلاق النار على سيارات الإسعاف وعدم احترام الشارة، وإطلاق النار على الصحفيين والتمثيل بجثث الشهداء وإلى آخر هذه الممارسات التي يندى لها جبين الانسانية، وتمثل في التاريخ المعاصر ظاهرة غير مسبوقة على مدار عقود خلت. إن انتفاضة الأقصى المباركة والتي أتت

كرد فعل طبيعي على الممارسات الاسرائيلية اللاإنسانية بحق شعبنا الفلسطيني على أرضه، حرقت كل الجسور الواهية التي تمخضت عن العملية السلمية، وعمقت الهوة والفجوة بين شعب يسعى لنيل استقلاله الوطني وإقامة دولته المستقلة وبين عدو تنصل من كل التزاماته ويوغل في فاشيته وحقده ضد أبناء شعبنا وسلطتنا الوطنية.

وبالعودة الى عنوان المقال والمتعلق بحقوق الإنسان، فإن نظرة الى القانون الانساني الدولي وحقوق الانسان تفضح كل الممارسات الاسرائيلية بحق أبناء شعبنا الفلسطيني، وتشير بما لايدع مجالاً للشك الى استهتار اسرائيل وعدم احترامها كل العهود والمواثيق والبروتوكولات الدولية المتعلقة بحقوق الانسان.

وبالاشارة الى "المؤتمر الدبلوماسي" الذي عقد اجتماعاته في جنيف في الفترة من عام ١٩٧٤ الى عام ١٩٧٧، اعتمد هذا المؤتمر الدبلوماسي - وهو المعني بإعادة تأكيد القانون الانساني الدولي وتطويره - بروتوكولين إضافيين ألحقا باتفاقيات جنيف لسنة ١٩٤٩م.

والذي يتناول البروتوكول الأول "حماية ضحايا المنازعات الدولية" بينما البروتوكول الثاني يتعلق "بضحايا المنازعات المسلحة الداخلية".

إن البروتوكول الأول (المنازعات الدولية)

## الشرطة

بطرد القواعد الخاصة بالدور الذي تنهض به الدول الحامية التي يعينها كل طرف من أطراف النزاع للاشراف على تطبيق الاتفاقيات والبروتوكولين ويتضمن أحكاماً لتحسين حالة الجرحى والمرضى والغرقى ويقضي بجمع وتقديم المعلومات عن المفقودين والقتلى "وكذلك يحظر البروتوكول الأول" استخدام أساليب ووسائل القتال التي من شأنها أن تسبب إصابات زائدة ومعاناة لاداعي لها وأن تلحق بالبيئة أضراراً جسيمة واسعة الانتشار وطويلة المدى "وينص البروتوكول الأول على "حماية المدنيين وحماية من يقع منهم في قبضة العدو، ويوجب على طرفي النزاع أن يميزا دائماً بين المدنيين والمقاتلين وهو يحظر على وجه التحديد تجويع المدنيين والاعتداء على البيئة الطبيعية:

ويتضمن البروتوكول أيضاً " تدابير خاصة لحماية النساء والأطفال، كما ينص على معاملة الصحفيين الموفدين في مهام خاصة بوصفهم مدنيين كما يمنح معاملة متميزة بصورة خاصة لأفراد الخدمات الطبية سواء كانوا من المدنيين أو من الدينيين ولنقل معداتهم وإمداداتهم"

وبالإضافة إلى ذلك فإن كلاً من البروتوكولين المذكورين آنفاً " يحظران حظراً تاماً أعمال القتل والتعذيب والتشويه والعقوبات البدنية كما يتضمنان أحكاماً تتعلق برعاية المرضى والجرحى والغرقى وبحماية المدنيين من أعمال العنف أو التهديد بها، وكذلك من التجويع كأسلوب من أساليب القتال، ومن الترحيل القسري، ويحظران أيضاً القيام بأعمال عدائية ضد الآثار التاريخية أو الأعمال الفنية أو أماكن العبادة أو استخدامها لدعم أغراض عسكرية"

بالاضافة لذلك جاء المؤتمر الدولي لحقوق الانسان الذي عقد في طهران في عام 1968 (السنة الدولية لحقوق الانسان) فأعلن "أن المبادىء الانسانية يجب أن تسود في أوقات المنازعات المسلحة".

"واتفق المؤتمر على ضرورة وضع قواعد جديدة لتأكيد حماية أفضل للمدنيين وأسرى الحرب والمقاتلين، وكذلك على وجوب حظر بعض الممارسات العسكرية وأساليب القتال باعتبارها بالغة التجرد من الانسانية".

وفي سلسلة من القرارات التي اتخذتها الجمعية العامة للأمم المتحدة في سنوات متلاحقة فقد أكدت على مايلي:

ففي عام 1970 قامت الجمعية العامة بمايلي :

اتفقت على أن حقوق الانسان الأساسية المقبولة في القانون الدولي المنصوص عليها في الصكوك الدولية تظل مطبقة في حالات النزاع المسلح " "وأكدت أن المشتركين في حركات المقاومة الوطنية والمناضلين في سبيل الحرية يجب أن يعاملوا في حالة القبض عليهم معاملة أسرى حرب " "وأدانت قصف السكان المدنيين بالقنابل وكذلك استخدام الأسلحة الكيميائية والبكتريولوجية" وشددت الجمعية العامة على عدم جواز القيام بعمليات عسكرية ضد المساكن والملاجئ والمناطق المخصصة للمستشفيات وغيرها من المرافق التي يستخدمها السكان المدنيون" ، "وكذلك شددت على عدم جواز القيام بعمليات انتقامية ضد السكان المدنيين أو ترحيلهم بالإكراه أو الاعتداء بأي شكل آخر على سلامتهم" ، "وأعلنت أيضاً أن تقديم الاغاثة الدولية للسكان المدنيين أمر يتفق مع ميثاق الأمم المتحدة والإعلان العالمي لحقوق الإنسان وغيره من الصكوك الدولية لحقوق الإنسان.

**وقد حددت الجمعية العامة في عام 1973 الوضع القانوني للمقاتلين الذين يناضلون ضد الأنظمة الاستعمارية والعنصرية من أجل إعمال حق تقرير المصير، والمبادئ المتفق عليها هي:**

* "إن هذا النوع من النضال هو نضال مشروع يتفق كل الاتفاق مع مبادئ القانون الدولي".

* "إن كل محاولة لقمع النضال ضد الأنظمة الاستعمارية العنصرية تعتبر أمراً يتعارض مع ميثاق الأمم المتحدة، والإعلان العالمي لحقوق الإنسان وإعلان منح الاستقلال للبلدان والشعوب المستعمرة، ويتعارض كذلك مع مبادئ القانون الدولي

SHATSKY-006851

## الشرطة

المتصلة بالعلاقات الودية والتعاون بين الدول، وهذه المحاولات تشكل تهديداً للسلم والأمن الدوليين.

**كذلك فقد أصدرت الجمعية العامة في عام ١٩٧٤ الإعلان المتعلق بحماية النساء والأطفال أثناء حالات الطوارئ والنزاعات المسلحة**، وينص الإعلان على أن: "جميع الأعمال التي يرتكبها المتقاتلون أثناء العمليات العسكرية أو في الأقاليم المحتلة والتي تؤلف أشكالاً من القمع والمعاملة القاسية واللاإنسانية للنساء والأطفال، بما في ذلك الحبس، والتعذيب، وإطلاق الرصاص، والاعتقال بالجملة، والعقاب الجماعي، وتدمير المساكن والطرد قسراً، تعتبر أعمالاً إجرامية".

مما تقدم يتضح أن كافة الممارسات الاسرائيلية العنصرية ضد أبناء شعبنا الفلسطيني المكافح لنيل استقلاله الوطني من خلال انتفاضته المباركة في وجه المحتلين، تتعارض تعارضاً كلياً مع مبادئ القانون الانساني الدولي وحقوق الانسان. فمن أعمال الإبادة الجماعية والترحيل القسري، وتدمير المباني والمنشآت والمقابر ودور العبادة ومعاهد العلم والجامعات والمدارس، وإبادة وإتلاف المزروعات ومصادرة الأراضي وتوسيع المستوطنات، وقتل النساء والأطفال واستخدام كافة أنواع الأسلحة والمدافع والصواريخ، وإطلاق

النار والقذائف على سيارات الإسعاف وقتل وجرح الأطباء والمسعفين وسائقي سيارات الاسعاف والاعتداء بالأسلحة وقتل وجرح الصحفيين الفلسطينيين والأجانب، والاعتداء على مندوبي الأمم المتحدة وليس بآخرها إطلاق النار في الخليل على موكب السيدة ماري روبنسون المفوضة السامية لحقوق الانسان في الأمم المتحدة الى المنظر البشع في قتل مدنيين فلسطينيين في سيارتهما أثناء مرورهما بالقرب من أحد الحواجز على طريق صلاح الدين في غزة وذلك بإطلاق النار الكثيف عليهما من الرشاشات الثقيلة ومنع سيارات الإسعاف من نقلهما وتركهما حتى لفظا أنفاسهما الأخيرة ومن ثم القيام بسحبهما من السيارة "بالروبوت" وتفجير سيارتهما بعد ذلك لطمس آثار جريمتهم النكراء، الى اتباع سياسة الاغلاق ومنع التجول وإغلاق المعابر البرية والجوية ومحاصرة البحر بالزوارق الحربية وسياسة التجويع والحصار التمويني والطبي، إن كل تلك الأعمال والممارسات الرعناء لن تثني شعبنا المرابط الصابر المناضل عن الاستمرار في انتفاضته ونضاله المشروع لنيل حقوقه كاملة، ويضع المجتمع الدولي برمته وشعوب العالم في أنحاء المعمورة أمام مسؤوليتهم تجاه توفير الحماية الدولية لشعبنا الفلسطيني من تلك الأعمال والممارسات اللاإنسانية والقمعية وحمايتهم من الإبادة على أيدي من لفظتهم الانسانية

من قاموسها الآدمي.

وليس أدل على ذلك مما أكدته السيدة ماري روبنسون المفوضة السامية لحقوق الانسان عندما قالت بعد زيارتها لقطاع غزة في اليومين المنصرمين إنها ستستخدم كل ما لديها من صلاحيات وقوة معنوية لتوفير الحماية للشعب الفلسطيني وقالت "إن ما رأيته بأم عيني يؤكد الضرورة والحاجة الملحة لتوفير الحماية الدولية للشعب الفلسطيني مؤكدة أنها بدأت فعلاً إجراءات عملية من أجل زيارة المقررين الخاصين للأمم المتحدة للتحقيق فيما يرتكب من مخالفات جسيمة وجرائم بحق الشعب الفلسطيني.

أما آن الأوان للضمير العالمي أن يستيقظ من سباته العميق ليضع حداً للعربدة الاسرائيلية بحق الشعب الفلسطيني؟؟ ويحاكم قيادات وجنرالات تل أبيب كمجرمي حرب؟؟

إن انتفاضتنا الوطنية مشروعة وإن الدماء التي تنزف يومياً من جراحنا ستشكل البساط الأحمر الذي يفرش الطريق للسير قدماً نحو إقامة دولتنا الوطنية الفلسطينية على ترابنا الوطني الطاهر وعاصمتها القدس الشريف.

| المراجع : |

* صحف ووقائع حقوق الانسان.
* الصحيفة رقم ١٣ "القانون الانساني الدولي وحقوق الانسان".

SHATSKY-006852

الشرطة



PALESTINE LIBERATION ORGANIZATION
Palestinian National Authority
Office of the Presidet

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مكتب الرئيس

الأخ غازي الجبالي
مدير الشرطة

تحية طيبة وبعد ،،

أشكركم على تهانيكم الأخوية الصادقة، بمناسبة حلول شهر رمضان المبارك، الذي يحل علينا هذا العام وشعبنا الفلسطيني يواصل انتفاضته المجيدة، انتفاضة الأقصى المبارك للشهر الثالث على التوالي، مقدماً القوافل من الشهداء، ومضحياً بالغالي والنفيس من أجل تحقيق تطلعاته المشروعة، بإنهاء الاحتلال الإسرائيلي لأرضنا ومقدساتنا، وإقامة الدولة الفلسطينية المستقلة، وعاصمتها القدس الشريف.

أحييكم وأبارك فيكم روح الوفاء والالتزام الوطني الثابت، وأثمن عالياً حرصكم المتفاني لحماية وحدتنا الوطنية وتعزيزها، وترسيخ قواعدها وأركانها ، باعتبارها الضمانة الأساسية لمواجهة الصعاب والتحديات وتحقيق النصر المبين.

ومعاً وسوياً ويداً بيد لحماية مقدساتنا، ولنبني دولتنا الفلسطينية المستقلة، وعاصمتها القدس الشريف.

غزة في : 2000/12/4م.

ياسر عرفات
رئيس دولة فلسطين
رئيس اللجنة التنفيذية لمنظمة التحرير الفلسطينية
رئيس السلطة الوطنية الفلسطينية

مجلة الشرطة – نوفمبر 2000 – العدد 38 – صفحة 37

SHATSKY-006853