# LOWELL DECL. EX. 114

Exhibit 77

| Al-Hayat Culture | Al-Hayat al-Jadida  8 |
|---|---|

## A *Shahid*'s [martyr's] Letter to his Mother
### A poem by Abdel Badi Iraq

(1)
My beloved mother,
Oh nectar of love, spring of tenderness,
Oh, how sweet it is to call the name of your mother. Oh mother, you are my breath, the pulse of my heart and of the gardens,
What did you do, my love?
The news must have reached you.
Have you made our household burst into tears?
Have our neighbors and relatives come from all directions,
And did you slap your cheek in spite of the pride, did your heart break?
I wonder, have your laments mingled with motherhood and blood, making you angry with me?
Or did the mercy of Allah almighty prevail, making you pleased with me?
I am your son, who is vowed to al-Aqsa. I,
I am the one who was educated by you to be pious and good.
I learnt the love of the land from my Grandfather, who fulfilled the promise with al-Qassam.
He sang to the face of Jerusalem, kissed it and elevated it to the sun
From the night of rust.
I am the son of multiple *shuhada* [martyrs], who planted their sacrifice
in the different parts of the homeland.
Their steps have not ceased for seventy years or more.
Our determination on our hills has never weakened and our singing has never stopped.
Do you remember that morning?
The body of my father has been torn into pieces. They brought it wrapped in a cloak.
He watered the orange trees the day after at dawn?!
I still remember how they dropped it in front of the house as a broken spear.
They shouted and threatened and were like wooden peacocks.
I saw their hearts in their eyes: evil, oppression and scorn.
And Khamis, whom they killed in the vineyard.
Or the day that they burnt the harvest in the fields, destroyed the water well, my uncle
Abdullah, the neighbors' daughter, the muezzin, Markus the pastor,
The baby girl, and the little pupils.

(2)
Do not grieve, mother, the tears will break my heart.
You are the one who taught me that life should be with the great men and with the public.

| SHATSKY-008142 T- |
|---|

**SHATSKY-008142-T (continued)**

Death is for men better than humiliation and submission.
I had seen Jerusalem shouting for those who are near it and for those who are far away,
The sighs echoed in her organs, and were blotted out by sorrows at night
In which monsters
Conspired against her happy face
The shameful, lost hands started shearing my glorious history,
So I swore, mother, to burn the tyrants for their crime with a fire that never ceases
Nor relents.
I recruited all the suppression, all the violence, and all the sorrow that have settled in the depths of
My heart,
I have gathered the victims, the bereaved, the naked, the pain of all the years,
I swore to bring happiness to the dear people in Jenin, in Bethlehem, in Hebron, in Rafah,
On the mountains of fire [Nablus], in Gaza, in Jerusalem and in all other places, Diasporas and prisons,
Those who race to jihad in order to bring the dawn of happiness.
Today, my beloved mother, is the hour of revenge.
I will fulfill my proud promise and drink the cup of death.

(3)
I packed my body with determination, with hopes and with bombs.
I faced Allah and the fighting homeland.
The belt made me fly, implored me and urged me to hasten.
I calmed it down, saying: Be patient, we have not arrived yet.
And then when the bells of embrace rang,
I released it, I released it as a lava and burnt the old legends and the myth.
I released my body, all my pains, and all my suppression at the flocks of monsters.
Those who drink our blood.
Those who destroy our homes.
Those who burn our plants.
Those who use aircrafts to unleash their hatred against us.
Those who kill human love and plant skulls.
I released it.
Oh, my mother, I unlocked the chains and shackles.
And I felt as though I was rising and rising, like a lamp that was lit with precious olive oil.
And then I was sending a lover's kiss above the mosques and churches,
Houses and roads.
Flocks of pigeons flew above the porches,
And Al-Aqsa smiled and assured me that we shall never fall asleep.

(4)

**SHATSKY-008142-T (continued)**

Dawn is close, my mother, and it shall rise from the guns, from the shining spears,
From the vein.
It will be ignited by the bleeding wound wrapped in stained love
And songs.
The pains of anger will be resurrected.
The waves of yearning will return.
They will caress it, embrace it and it will embrace them back.
They came to the big night as drops of dew, adorned, perfumed.
They decorated the place
And walked the groom to it.
It is the land's wedding, mother. Come on, sound a cry of joy. I am the groom.
Do not be angry, oh owner of that affectionate heart. Hide the sorrow of the proud people
And the tears.
And when the long night falls and the moonlight is gone,
My little sister curves herself at your hands and falls asleep, and tears fall down,
Then remember me, hug her, kiss her, and ask her to forgive me.
She wanted a present. I promised her, but I …
It is alright. One day she will understand what is going on and her wounds will heal.
Was she not named *Kifah* [Literally: struggle] on the day she was born?
I longed to kiss your cheeks and not to leave before I get
Your beautiful smile and prayers.
But I was afraid that my heart would show in my eyes
And reveal the hidden secret.
Have mercy on me, mother, forgive me, give me your blessings
And accept my greetings.

Cairo: 01/25/2003

Original

Hayat-J. Feb. 27, 2003

الحياة الثقافية — الحياة الجديدة

# رسالة شهيد الى أمه

شعر: عبد البديع عراق

(١)

أمي الحبيبة
يا رحيق الحب، يا نبع الحنان
آه ما أحلى نداء الأم، يا أمي، ونفسي، نبض قلبي والجنان
ماذا فعلت حبيبتي؟
لا بد قد وصل الخبر
تراك اشعلت البكاء بدارنا
تجمعت جاراتنا والأهل من كل الأماكن والجهات
لطمت خدك رغم كل الفخر، والقلب انفطر؟
هل يا ترى جدح النواح مع الأمومة والدما وغضبت مني؟!
أم رحمة الله العظيم تقدمت، ورضيت عني؟!
أنا ابنك المنذور للأقصى، أنا،
أنا من تربى في الهداية والصلاح على يديك
رضعت حب الأرض من جدي مع القسام قد وفى، وكفى
ثائرا
يشدو لوجه القدس، يلثمه، ويرفعه لعين الشمس من ليل
صدى
وأنا ابن أفواج من الشهداء قد غرسوا ربوع الارض من نبت
غدا
وتتابعت خطواتهم سبعين عاما او يزيد
ما كلت العزمات يوما في روابنا ولا قطع النشيد
هل تذكرين صباح ذاك اليوم؟
جثة والدي قد مزقت، جاؤوا بها ملفوفة بعباءته؟!
وغدا مع الاشراق يسقى البرتقال؟!
ما زلت أذكر كيف النقوها أمام البيت كالرمح المحطم
وتنمروا وتوعدوا مثل الضواويس الخشب
اني رأيت قلوبهم بعيونهم: شر وظلم واحتقار
وخميس من قتلوه في حقل العنب
أو يوم احراق الغلال على البيادر، نسف بئر الماء، عبد الله خالي
وابنة الجيران، والشيخ المؤذن، مرقص راعي الكنيسة،
والرضيعة، والتلاميذ الصغار.

(٢)

لا تحزني — أماه — اني سوف تلسعني الدموع
أنت التي علمتني أن الحياة مع العوالي والجموع

والموت افضل للرجال من المذلة والخنوع
ولقد رأيت القدس تصرخ في القريب وفي البعيد
تترددت الآهات في قسماتها، تغتالها الحسرات، في ليل
تآمرت
الوحوش على محياها السعيد
وتنمرت ايدي المذلة والضياع تجز تاريخي المجيد
فحلفت يا أماه ان اصلي الطغاة جزاء جرمهم بنار لا تكف ولا
تلين،
وحشدت كل القهر، كل البطش، والحزن المعشش في شغاف
القلب
جمعت الضحايا، والثكالى، والعرايا، كل آلام السنين
اقسمت أن يهنأ الأحبة في جنين، وبيت لحم والخليل وفي رفح
وعلى جبال النار او في غزة، في القدس في كل المواقع والمنافي
والسجون
السابقون الى الجهاد ليطلعوا الفجر، المحنى بالفرح
واليوم يا أمي الحبيبة جاء موعد الانتقام
سأبر بالعهد الأبي واحتسي كأس الحمام

(٣)

حزّمت جسمي بالعزيمة، والأماني، والقناديل
وطلبت وجه الله والوطن المقاتل
كان «الحزام» يطير بي، فيشدني، ويحثني
وأنا أهدهده، ان اصبر، لم نصل..
حتى اذا دقت نواقيس العناق
اطلقته، اطلقته حمما حرقت به الأساطير القديمة والخرافة
اطلقت جسمي، كل آلامي، وقهري صوب أسراب الوحوش
من يشربون دماءنا
من يهدمون بيوتنا
من يحرقون زروعنا
من يحشدون الحقد طوفانا بقصد الطائرات
من يقتلون الحب في الانسان كي تعلو الجماجم
اطلقته

(٤)

اطلقت — يا أماه — قيدي والسلاسل
ووجدتني اعلو، واعلو مثل قنديل اضيء بزيت زيتون حبيب
ورأيتني ارسلت قبلة عاشق فوق المساجد والكنائس
والمنازل والدروب
طارت على الشرفات اسراب الحمام
وتبسم الاقصى، ولوّح لي بانا لن ننام

(٥)

الفجر يا أماه اوشك ان يطل من البنادق والحراب اللامعات
من الوريد
سيشب من نزف الجراح مزنرا بالحب والعشق المخضب
والنشيد
ستقرم آلام الغضب
وتعود دفقات الجنين
تحنو عليه، تضمه، ويضمها
جاءت لليلة الكبيرة كالندى، فتزينت، وتعطرت، ونصبت له
الزينات
وانطلقت تزف له الشهيد
والعرس عرس الأرض يا أماه هيا زغردي. وأنا العريس
لا تغضبي يا حبة القلب الحنون، خبئي حزن الأباة مع
الدموع
فاذا اتى الليل الطويل وغاب اشعاع القمر
وتكورت اختي الصغيرة في يديك، تنام، والدمع أنهمر
فتذكريني. واحضنيها. قبليها. واطلبي منها السماح
كانت تريد هدية. ووعدتها. لكنني..
لا بأس — يوما — سوف تفهم كل ما يجري وتلثم الجراح
فهي التي قد سميت في يوم مولدها: كفاح
كم كنت ارجو ان اقبل وجنتيك ولا اغادر قبل ان احظى
ببسمتك الجميلة والدعاء
لكن خشيت على فؤادي ان يطل من الجفون
ويبوح بالسر الدفين
رحماك يا أماه، عذراء، سامحيني، بالرضى
وتقبلي مني السلام

القاهرة
٢٠٠٣/١/٢٥

SHATSKY-008142