# LOWELL DECL. EX. 115

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | mitchell.berger@squirepb.com; gassan.baloul@squirepb.com |
| **Cc:** | Arguello, Sofia; Kolansky, David A.; Langford, Joy; M Haller; Stephen M. Sinaiko; Ronald F. Wick |
| **Subject:** | Shatsky, et al. v. The Palestine Liberation Org., Case No. 18 Civ. 12355 (SDNY) |
| **Date:** | Friday, April 16, 2021 11:15:15 AM |
| **Attachments:** | image001.jpg |

Messrs. Berger and Baloul,

As we have in the past in other matters, we are representing Plaintiffs in the above-captioned litigation.  We write to advise you that Plaintiffs may use the testimony of Messrs. Nimrod Guez, Arieh Dan Spitzen, Matthew Levitt, and Ronni Shaked at trial and/or summary judgment in this action to present evidence for liability and/or admissibility purposes.  Plaintiffs Efrat Trattner, Hadassa Diner, and Yael Hillman will provide testimony and evidence in this action regarding their own injuries resulting from the February 16, 2002 bombing.

Please let us know if you have any objections to the above.

Best regards,

Abbe


### Abbe David Lowell

**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com

