# LOWELL DECL. EX. 117

*CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.*

*PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.*

**From:** Stephen M. Sinaiko
**Sent:** Friday, February 12, 2021 2:58 PM
**To:** mitchell.berger@squirepb.com; gassan.baloul@squirepb.com
**Cc:** Ronald F. Wick
**Subject:** Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al., Case No. 18 Civ. 12355 (MKV) (S.D.N.Y.)

Dear Mitch and Gassan,

To avoid any surprise to Defendants, we write to advise you that Plaintiffs may use expert witnesses at trial and/or summary judgment in this action to present evidence under Fed. R. Evid. 702, 703, and/or 705, including without limitation the following: Efraim Karsh; Nick Kaufman; Matthew Levitt; Itamar Marcus; Daniel Reisner; Ronni Shaked; Boaz Shnoor; and Arieh Dan Spitzen.

Defendants were served with these experts' written reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) in *Shatsky v. PLO,* Case No. 02-cv-2280 (RJL) (D.D.C.) ("*Shatsky I*"). As we understand these voluminous materials to be in Defendants' possession based on their production in *Shatsky I*, we do not believe it is necessary to produce them a second time here. However, to the extent Defendants are unable to access any of the previously produced reports, please let us know, and we will provide you with duplicate copies. Plaintiffs reserve the right to supplement these disclosures.

If Defendants intend to use expert witnesses at summary judgment or trial in this action, we expect that Defendants will make the disclosures required by the applicable rules as to any experts whose opinions they intend to offer.

Separately, and again to avoid any possible surprise to Defendants, we advise you that, at summary judgment and trial in this action, Plaintiffs may rely on evidence in addition to the evidence that the *Shatsky I* court considered in ruling on the parties' summary judgment motions in that case.

Kind regards.

Steve

Stephen M Sinaiko

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 9756

ssinaiko@cohengresser.com  |  view bio
www.cohengresser.com

New York  |  Paris  |  Washington DC  |  London    

*CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.*

*PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.*

Steve