# LOWELL DECL. EX. 118

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | Berger, Mitchell; Baloul, Gassan A. |
| **Cc:** | Arguello, Sofia; Kolansky, David A.; Langford, Joy; M Haller; Stephen M. Sinaiko; Ronald F. Wick |
| **Subject:** | RE: Shatsky, et al. v. The Palestine Liberation Org., Case No. 18 Civ. 12355 (SDNY) |
| **Date:** | Friday, April 23, 2021 4:49:07 PM |
| **Attachments:** | Feb 12, 2021 Correspondence re Experts.pdf |
| | 2020-10-16_Doc 52-1_Declaration of Arieh Dan Spitzen with Exhibit.pdf |
| | 2020-09-15_Doc 50-1_Declaration of Itzhak Ilan with Exhibit.pdf |
| | image001.jpg |

Dear Mitch,

As our colleagues at Cohen & Gresser previously disclosed to you via email on February 12, 2021 (see attached), plaintiffs are planning on using Messrs. Spitzen, Levitt and Shaked to present evidence under Fed. R. Evid. 702, 703, and/or 705 at summary judgment and/or trial.  The expected testimony of these individuals falls squarely within the scope of their reports in *Shatsky I*.  Plaintiffs previously offered to re-produce the *Shatsky I* reports in this case if you were unable to access any of the previously produced reports, but received no answer.  We repeat that offer here.

Mr. Spitzen will also be providing foundational testimony supporting the independent admissibility of the ISA Report referenced in the First Amended and Supplemental Complaint and of other items of evidence (similar to that provided by him in the attached declaration submitted in the *Shatsky v. Syria* matter).

Mr. Guez's declaration will also provide foundational testimony supporting the independent admissibility of the ISA Report.  Mr. Guez's declaration will be similar to the attached declaration on this topic provided by the late Itzhak Ilan in the *Shatsky v. Syria* action.  Please advise whether you would like to receive a copy of Mr. Guez's declaration in advance of summary judgment briefing.

As to the new Plaintiffs, Efrat Trattner, Hadassa Diner and Yael Hillman, these individuals will not be testifying as to liability in this action.  We disagree with your claim that "their claims are entirely derivative of those of other Plaintiffs," but will address that point at the appropriate juncture.

Please now let us know if you have any objections to the above.

Best regards,

Abbe

**Abbe David Lowell**

**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-3305
F: +1 212-294-4700

VCard | Email | winston.com



---

**From:** Berger, Mitchell <mitchell.berger@squirepb.com>
**Sent:** Monday, April 19, 2021 5:30 PM
**To:** Lowell, Abbe <ADLowell@winston.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>
**Cc:** Arguello, Sofia <SArguello@winston.com>; Kolansky, David A. <DKolansky@winston.com>;
Langford, Joy <joy.langford@nortonrosefulbright.com>; M Haller <hallermm@gmail.com>; Stephen
M. Sinaiko <SSinaiko@cohengresser.com>; Ronald F. Wick <RWick@cohengresser.com>
**Subject:** RE: Shatsky, et al. v. The Palestine Liberation Org., Case No. 18 Civ. 12355 (SDNY)

Dear Abbe,

We have yet not seen your appearance entered in this action, but we assume your
April 16 email speaks authoritatively for Plaintiffs.

Given the scant information provided in your email, Defendants necessarily object
to Plaintiffs' proposed use, on summary judgment or at trial, of unspecified and
undisclosed testimony from Arieh Dan Spitzen, Matthew Levitt, Ronni Shaked,
and/or Nimrod Guez. Your email leaves many important questions unanswered.
Is the proposed testimony of Messrs. Spitzen, Levitt, and Shaked the same as
that proffered in their expert reports in the predecessor (*Shatsky I*) lawsuit, which
Judge Leon excluded? If it is different, have they prepared expert reports, and
will Plaintiffs disclose those reports now to Defendants? On what subjects do
Plaintiffs propose to proffer expert testimony from Mr. Guez, is there an expert
report from him, and will Plaintiffs disclose his report now to Defendants?
Pending receipt of your answers to these questions, Defendants object to, and
reserve all rights to move to strike, proposed testimony from these four
individuals.

As to the new Plaintiffs—Efrat Trattner, Hadassa Diner, and Yael Hillman—
please let us know if these individuals purport to have information relevant to
liability and, if so, what that information is. Pending receipt of your answer, and
assuming that they do not have information relevant to liability, Defendants
object to, and reserve all rights to move to strike their proposed testimony
concerning their alleged damages, should that ever become necessary, because
their claims are entirely derivative of those of other Plaintiffs.

Regards,

Mitch

**Mitchell R. Berger**
Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037

T  +1 202 457 5601
F  +1 202 457 6315

mitchell.berger@squirepb.com  |  squirepattonboggs.com

---

**From:** Lowell, Abbe <ADLowell@winston.com>
**Sent:** Friday, April 16, 2021 11:15 AM
**To:** Berger, Mitchell <mitchell.berger@squirepb.com>; Baloul, Gassan A.
<gassan.baloul@squirepb.com>
**Cc:** Arguello, Sofia <SArguello@winston.com>; Kolansky, David A. <DKolansky@winston.com>;
Langford, Joy <joy.langford@nortonrosefulbright.com>; M Haller <hallermm@gmail.com>; Stephen
M. Sinaiko <SSinaiko@cohengresser.com>; Ronald F. Wick <RWick@cohengresser.com>
**Subject:** [EXT] Shatsky, et al. v. The Palestine Liberation Org., Case No. 18 Civ. 12355 (SDNY)

Messrs. Berger and Baloul,

As we have in the past in other matters, we are representing Plaintiffs in the above-captioned
litigation.  We write to advise you that Plaintiffs may use the testimony of Messrs. Nimrod Guez,
Arieh Dan Spitzen, Matthew Levitt, and Ronni Shaked at trial and/or summary judgment in this
action to present evidence for liability and/or admissibility purposes.  Plaintiffs Efrat Trattner,
Hadassa Diner, and Yael Hillman will provide testimony and evidence in this action regarding their
own injuries resulting from the February 16, 2002 bombing.

Please let us know if you have any objections to the above.

Best regards,

Abbe

**Abbe David Lowell**
**Partner**
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

---------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
---------------------------------------------------------------------