AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Shatsky | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18 Civ. 12355 (MKV) |
| PLO | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

intervenor United States.

Date: 10/25/2021

/s/ Benjamin H. Torrance
*Attorney's signature*

Benjamin H. Torrance
*Printed name and bar number*
86 Chambers St.
New York, NY 10007

*Address*

benjamin.torrance@usdoj.gov
*E-mail address*

(212) 637-2703
*Telephone number*

(212) 637-2702
*FAX number*