UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

SHABTAI SCOTT SHATSKY et al.,

            Plaintiffs,

      v.

PALESTINE LIBERATION ORGANIZATION et al.,

            Defendants.

———————————————————— x

                    18 Civ. 12355 (MKV)

### United States of America's Notice of Intervention to Defend the Constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019

        Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), 28 U.S.C. § 2403, the United States hereby intervenes in the above-captioned case for the limited purpose of defending the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019, 18 U.S.C. § 2334(e).

Dated:     New York, New York
            October 25, 2021

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

          By:  *s/ Benjamin H. Torrance*
                    BENJAMIN H. TORRANCE
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York  10007
                    Telephone:  (212) 637-2703
                    E-mail:  benjamin.torrance@usdoj.gov