IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority"), <br><br> Defendants. | Case No. 18-cv-12355 (MKV) (DCF) <br><br> **REDACTED** |

**DECLARATION OF JOSEPH S. ALONZO
FILED IN FURTHER SUPPORT OF THE MOTION TO DISMISS BY THE PALESTINE
LIBERATION ORGANIZATION AND THE PALESTINIAN AUTHORITY**

Joseph S. Alonzo declares as follows:

1. I am an attorney admitted to practice before this Court and a partner at Squire Patton Boggs (US) LLP, counsel to Defendants The Palestine Liberation Organization and The Palestinian Authority (together, "Defendants"). I submit this declaration in further support of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of CNN's September 22, 2020 article covering a news conference held in New York by China's ambassador to the United Nations, available at https://edition.cnn.com/world/live-news/coronavirus-pandemic-09-22-20-intl/h_cf4382e6dc7d8c3a9949ca178161dfc1 (last visited Oct. 25, 2021).

3. Attached as Exhibit 2 to this declaration is a true and correct copy of an article posted by NBC News on January 25, 2021, containing excerpts from its interview with Iran's ambassador to the United Nations, available at https://www.nbcnews.com/politics/national-security/iran-s-un-ambassador-says-iran-waiting-president-biden-make-n1255608 (last visited Oct. 25, 2021).

4. Attached as Exhibit 3 to this declaration is a true and correct copy of a webpage containing a video posted by CNN on November 23, 2020, broadcasting its interview with Morocco's ambassador to the United Nations, available at https://www.cnn.com/videos/world/2020/11/23/connect-the-world-omar-hilale-western-sahara.cnn (last visited Oct. 25, 2021).

5. Attached as Exhibit 4 to this declaration is a true and correct copy of an article posted by the Inter Press Service on March 6, 2020, containing excerpts from its interview with Sri Lanka's ambassador to the United Nations, available at http://www.ipsnews.net/2020/03/qa-learning-diplomacy-flipping-burgers-mcdonalds/ (last visited Oct. 25, 2021).

6. Attached as Exhibit 5 to this declaration is a true and correct copy of a webpage containing a video posted to YouTube by SABC News on March 29, 2021, broadcasting Reuters's interview with Ethiopia's ambassador to the United Nations, available at https://www.youtube.com/watch?v=qIbZIpzUoXk (last visited Oct. 25, 2021).

7. Attached as Exhibit 6 to this declaration is a true and correct copy of a webpage containing a video posted to YouTube by TRT World on November 27, 2019, broadcasting its interview with Pakistan's ambassador to the United Nations, available at https://www.youtube.com/watch?v=dwO3MZ1GlM0 (last visited Oct. 25, 2021).

8. Attached as Exhibit 7 to this declaration is a true and correct copy of a webpage containing a podcast episode posted by CGTN America on September 10, 2020, broadcasting its interview with Saudi Arabia's ambassador to the United Nations, available at https://america.cgtn.com/2020/09/10/un-general-assembly-interview-with-saudi-ambassador-to-un (last visited Oct. 25, 2021).

9. Attached as Exhibit 8 to this declaration is a true and correct copy of an article posted by PassBlue on January 6, 2021, containing excerpts of its interview with Tunisia's ambassador to the United Nations, available at https://www.passblue.com/2021/01/06/tunisia-delicately-straddling-the-politics-of-north-africa-and-the-mideast/ (last visited Oct. 25, 2021).

10. Attached as Exhibit 9 to this declaration is a true and correct copy of a webpage containing a video posted by MSNBC on May 30, 2019, broadcasting its interview with Israel's ambassador to the United Nations, available at https://www.msnbc.com/ali-velshi/watch/israeli-amb-to-un-on-new-vote-political-chaos-in-israel-60583493582 (last visited Oct. 25, 2021).

11. Attached as Exhibit 10 to this declaration is a true and correct copy of a YouTube webpage containing a video posted by the Korea Economic Institute of America on October 30, 2020, broadcasting its interview with South Korea's ambassador to the United Nations, available at https://www.youtube.com/watch?v=wAlYw0PPQbk (last visited Oct. 25, 2021).

12. Attached as Exhibit 11 to this declaration is a true and correct copy of a transcript posted by the Council on Foreign Relations on March 21, 2016, reflecting a discussion it hosted in which the United Kingdom's ambassador to the United Nations participated, available at https://www.cfr.org/event/conversation-europes-ambassadors (last visited Oct. 25, 2021).

13. Attached as Exhibit 12 to this declaration is a true and correct copy of a PDF file published by the Stimson Institute in June 2021 containing information on a series of discussion

sessions attended by civil society organizations and members of various UN delegations, available at https://www.stimson.org/wp-content/uploads/2021/06/Compendium_Fulfilling-the-UN75-Declaration-Promise-4-June-final-1.pdf (last visited Oct. 25, 2021).

14. Attached as Exhibit 13 to this declaration is a true and correct copy of a September 23, 2021 online invitation by the International Law Association publicizing its October 22, 2021 event featuring Canada, Liechtenstein, and Mexico's ambassadors to the United Nations as speakers, available at https://webcache.googleusercontent.com/search?q=cache:GL4944Ck9-gJ:https://www.ila-americanbranch.org/event/when-vetos-enable-atrocity-crimes-what-if-the-security-council-were-not-blocked-from-acting-when-faced-with-atrocity-crimes/+&cd=1&hl=en&ct=clnk&gl=us (last visited Oct. 25, 2021).

15. Attached as Exhibit 14 to this declaration is a true and correct copy of an online publication by the International Peace Institute summarizing a panel discussion it held on February 23, 2021, in which Germany's ambassador to the United Nations participated, available at https://www.ipinst.org/2021/02/a-new-era-for-un-peace-operations-transitions  (last visited Oct. 25, 2021).

16. Attached as Exhibit 15 to this declaration is a true and correct copy of a YouTube webpage containing a video posted on March 4, 2021, broadcasting an event held by the Israel Summit in which Israel's ambassador to the United Nations participated, available at https://www.youtube.com/watch?v=sGNu8MXLIjE (last visited Oct. 25, 2021).

17. Attached as Exhibit 16 to this declaration is a true and correct copy of an online publication by NYU Africa House featuring information on its March 2, 2020 event, in which the African Union's ambassador to the United Nations participated, available at

https://www.nyuafricahouse.org/events-index/save-the-date-the-future-of-africa-a-conversation-with-he-ambassador-fatima-kyari-mohammed (last visited Oct. 25, 2021).

18. Attached as Exhibit 17 to this declaration is a true and correct copy of an online publication by Princeton University summarizing a discussion panel it hosted in which members of Mali, Ivory Coast, and Romania's United Nations delegations participated, available at https://fit.princeton.edu/node/4156 (last visited Oct. 25, 2021).

19. Attached as Exhibit 18 to this declaration is a true and correct copy of a webpage containing a video and transcript posted on February 18, 2021 by the African Leadership Group, reflecting the remarks made by Senegal's ambassador to the United Nations at a graduation event it hosted, available at https://usalg.org/senegals-u-n-ambassador-lauds-alg-public-speaking-graduates/ (last visited Oct. 25, 2021).

20. Attached as Exhibit 19 to this declaration is a true and correct copy of a February 28, 2020 article by the Daily Princetonian regarding a Princeton University event in which Liechtenstein's ambassador to the United Nations participated, available at https://www.dailyprincetonian.com/article/2020/02/princeton-christian-wenaweser-un-liechtenstein-ambassador-trump-indifferent (last visited Oct. 25, 2021).

21. Attached as Exhibit 20 to this declaration is a true and correct copy of a YouTube webpage containing a video posted on March 7, 2021, broadcasting an event held by the Oxford Union Society in which the European Union's ambassador to the United Nations participated, available at https://www.youtube.com/watch?v=iWDv-mfdNmA (last visited Oct. 25, 2021).

22. Attached as Exhibits 21 and 22 to this declaration are true and correct copies of excerpts from the July 27, 2021, and July 28, 2021 deposition transcripts of Defendants' 30(b)(6) witness Abdel Jabbar Salem, respectively. Salem testified that [Redacted]

Redacted

_____, *see* Salem Dep. 200:24-201:16 (July 28, 2021), and

(2) _____ Redacted _____

_____ *see* Salem Dep. 49:4-21 (July 27, 2021).

23. Attached as Exhibit 23 to this declaration is a true and correct copy of excerpts from the July 29, 2021 deposition transcript of Defendants' 30(b)(6) witness Farid Ghannam. Ghannam testified that _____ Redacted _____ _____ *See* Ghannam Dep. 63:5-20 (July 29, 2021). He also testified that _____ Redacted _____ ___" *id.* at 72:3-10, and that _____ Redacted _____ _____ *Id.* at 67:5-24.

24. Attached as Exhibit 24 to this declaration is a true and correct copy of the UN Committee on the Exercise of the Inalienable Rights of the Palestinian People ("CEIRPP") Programme of Work for 2020, UN Doc. A/AC.183/2020/1 (Feb. 7, 2020), available at https://www.un.org/unispal/document/palestinian-rights-committee-programme-of-work-for-2020-a-ac-183-2020-1/. In its Programme of Work, the CEIRPP stated that the activities of the Committee include "[u]tilizing intergovernmental processes and engagement with permanent missions in New York and around the world, as well as international conferences and events involving Member States, civil society organizations and regional organizations," and that by doing so, "the Committee will continue to mobilize the international community to stay steadfast in its support for the inalienable rights of the Palestinian people." Ex. 24, ¶ 6. The CEIRPP has further stated that "[i]n recognition of the important contribution of Palestinian, Israeli and other civil society organizations, strengthening cooperation with civil society is an overarching

objective for the Committee.  Through its engagement with civil society, the Committee seeks to mobilize international solidarity and support for the Palestinian people and to encourage civil society partners to work with their national Governments, parliamentarians and other institutions to promote Palestinian rights and a just and peaceful solution to the conflict." *Id.*, ¶ 23.

    I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
October 27, 2021

                                                                                    _____
                                                                                    Joseph S. Alonzo (JA-1378)
                                                                                    1211 Avenue of the Americas, 26th Floor
                                                                                    New York, New York 10036
                                                                                    Telephone: (212) 872-9800
                                                                                    Facsimile:  (212) 872-9815

                                                                                    *Attorney for Defendants Palestine Liberation*
                                                                                    *Organization and Palestinian Authority*