# Exhibit 1

CNN | World                                                                 ● LIVE TV

# September 22 coronavirus news

By Helen Regan, Adam Renton, Tara John, Ed Upright, Meg Wagner, Mike Hayes and Melissa Macaya, CNN

Updated 12:01 a.m. ET, September 23, 2020

## What you need to know

- The US has surpassed 200,000 coronavirus deaths, accounting for around a fifth of all Covid-19-related fatalities recorded worldwide.

- The CDC abruptly reverted to its previous guidance about how coronavirus is transmitted, after saying on Friday that the virus can spread through the air.

- Many European governments have imposed strict local measures and begun weighing further lockdowns in a bid to halt a second wave of the pandemic.

- Pubs, bars, restaurants and other hospitality venues in England will have to close by 10 p.m. local time each night to tackle the surge in cases in the country.

*Our live coverage of the coronavirus pandemic has moved here.*



**All** | Hotspots | Politics | Schools | Vaccines

46 Posts                          ↑ 3 New Updates                          SORT BY  Latest ⌄

10:58 p.m. ET, September 22, 2020

# China's UN ambassador calls the US coronavirus response "a complete failure"

From CNN's Laura Dolan



Chinese Ambassador to the United Nations Zhang Jun arrives for the 75th session of the United Nations General Assembly on Tuesday in New York. Mary Altaffer/AP

China's ambassador to the United Nations hit out at the United States on Tuesday, calling the country's handling of the coronavirus pandemic "a complete failure."

> In a news conference held at the Chinese Mission in New York, Zhang Jun said: "If we do have to hold anyone accountable, it should be the United States held accountable for losing so many lives with their irresponsible behavior."

He also defended his own country's response to the crisis, which he says is now under control after "great effort and enormous sacrifice."

The news conference was held solely in response to US President Donald Trump's attack on China at the UN General Assembly (UNGA) Tuesday.

During his pre-recorded address to the UNGA, Trump said the United Nations must hold China accountable for their actions. He accused the country of spreading the virus and falsely declaring that there was no evidence of human-to-human transmission.

Zhang called Trump's accusations lies.

> "Let me make it very clear that lies are lies -- even though lies can be repeated 1,000 times, they remain lies," said Zhang, adding that attempts to shift blame would not help the US solve its own problems. "It's really time for some US politicians to wake up from their self-created illusions or fictions instead of going further along the wrong direction. They may wish to be great, but to be great you have to behave like a leader," Zhang said.

The ambassador also criticized the US' health care system, saying: "This is the country with the most advanced medical system with the most advanced medical technology but still they have ranked #1 in confirmed cases and lost lives."

Ambassador Zhang said China will exercise its right of reply in accordance with the rules of the General Assembly, which means a China delegate will address the session at some point this week to officially respond to Trump's speech.

**Read more about the UN General Assembly:**


RELATED
**Leaders spar at UN General Assembly amid global crisis**



9:42 p.m. ET, September 22, 2020

## 40,000 new coronavirus cases per day is "unacceptable," Fauci says

From CNN Health's Andrea Kane