# Exhibit 3

10/12/21, 2:51 PM
Case 1:18-cv-12355-MKV-DCF  Document 144-3  Filed 10/27/21  Page 2 of 7
Hilale: 'Polisario is resorting to propaganda' - CNN Video

 World  LIVE TV 



# Hilale: 'Polisario is resorting to propaganda'

Ambassador Omar Hilale, Morocco's Permanent Representative to the U.N. tells Becky Anderson that Morocco is committed to the cease-fire in the Western Sahara, but that they are ready to defend themselves. Source: CNN


Hilale: 'Polisario is resorting to propaganda'


12:28
Part 1: The biggest stories of 2016


5:33
Part 2: The biggest stories of 2016


4:27
Part 3: The biggest stories of 2016


Hilale: 'Polisario is resorting to propaganda'

PAID CONTENT

 World 


Discover which credit cards we're calling...
Sponsored: NerdWallet


The best face mask for air travel in 2021
Sponsored: Sonovia


How to order DoorDash without...
Sponsored: Capital One Shopping

RECOMMENDED    1/5

Shop Amazon's early Black Friday deals, and get a jump on holiday shopping

Read More

 World    

**We Can Guess Your Education Level In 12 Questions**
Sponsored: Bon Voyaged

**Urologist: Try This If You Have An Enlarged Prostate (Watch)**
Sponsored: Prostate Ultra

**[Gallery] If Someone Puts A Plastic Bottle On Your Tire, It Means...**
Sponsored: Definition

**Greatest High School Basketball Teams of All Time**
Sponsored: Stadium Talk

  

Underscored
**Editors' picks: 28 things our editors...**

World Videos
**Massive crowds in Warsaw rally over...**

Politics
**Some very good polling news for...**

   

Underscored
**The best hydrating serums and moisturizers for...**

Underscored
**How — and how often — to wash towels, according to experts**

Underscored
**Why I'm skipping the iPhone 13 and keeping my iPhone...**

Underscored
**'Dolphin skin' is trending: Here's what we know and how...**

  

**Read This Before You Renew...**
Sponsored: Capital One Shopping

**New Electric Cars in 2021 - Must See**
Sponsored: Electric Cars | Sponsored Listings

**Most Affordable Camper Vans**
Sponsored: Camper Vans Warehouse

 World  LIVE TV  

**[Photos] Welcome Signs That Would Make Us Run The Other Way**
Sponsored: Dad Patrol

**[Pics] Put Vinegar On Bread And Leave It In Your Garage, Here's Why**
Sponsored: Livestly

**[Gallery] If Someone Puts A Plastic Bottle On Your Tire, It Means Trouble**
Sponsored: ItsTheVibe

**Dr. Kellyann: "Weight Loss After 55 Comes Down to This"**
Sponsored: drkellyannwellness.com



CNN Underscored

Underscored
**Everything you need to keep calm this**

CNN
**Spanish archbishop apologizes for**



World Videos
**Biden's balancing act amid tensions**

CNN Underscored

Underscored
**Everyone should own a good leather jacket: Here are 28 we love**

CNN Underscored

Underscored
**Dress your furry friend up for Halloween with these 22 adorable pet costumes**

CNN Underscored

Underscored
**18 women's work bags that are both stylish and practical, according to stylists**

CNN Underscored

Underscored
**How to color your hair at home, according to experts**

 World                                                                       ● LIVE TV  

---

**Nobody Has Scored 14/15 On This Classic Movie Quiz**
Sponsored: Bon Voyaged

**The Top 3 'Super Ager' Habits And First Thing You Can...**
Sponsored: innerskinresearch.com

**Thinning Hair? Do This At Home And Watch What...**
Sponsored: Kintsugi Hair

**President Trump - .999 Pure Silver 1 Oz Round**
Sponsored: Money Metals Exchange

**Put A Red Cup Under Toilet Seat At Night, See Why**
Sponsored: The Delite

**How Much Does It Cost To Hire A 24-Hour Live-In Carer in Washington? The Price Might Surprise...**
Sponsored: Assisted Living | Search Ads

**Washington, District Of Columbia: Are You Aware Of This?**
Sponsored: InsuranceQuotes.com

---

Search CNN...

US

World

Politics

Business

Opinion

Health

Entertainment

Tech

Style

 World                                                                  ● LIVE TV  

Sports

Videos

Audio

Coupons

Weather

More

 World

**FOLLOW CNN**

  

Terms of Use    Privacy Policy    Do Not Sell My Personal Information    AdChoices    About Us    CNN Store    Newsletters

Transcripts    License Footage    CNN Newsource    Sitemap

© 2021 Cable News Network.   A Warner Media Company.   All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.