# Exhibit 5

10/11/21, 6:29 PM
Ethiopia's Ambassador to the United Nations slams reports of human rights violation in Tigray - YouTube
Case 1:18-cv-12355-MKV-DCF Document 144-5 Filed 10/27/21 Page 2 of 4

SKIP NAVIGATION

    SIGN IN



SABC is funded in whole or in part by the South African government. Wikipedia

#SABCNews #Coronavirus #COVID19News

# Ethiopia's Ambassador to the United Nations slams reports of human rights violation in Tigray

1,584 views • Mar 29, 2021    👍 12   👎 15   SHARE   SAVE



**SABC News**
1.39M subscribers

 SUBSCRIBE

Ethiopia's Ambassador to the United Nations says his country has a zero-tolerance policy for sexual crimes and anyone found responsible for the despicable acts will be held accountable to the fullest extent of the law. He was speaking to the Reuters news agency after a detailed humanitarian briefing at the UN revealed that more than 500 rape cases had been reported to five clinics in the country's Tigray region warning that the actual numbers were likely much higher. Staff from Médecins Sans Frontières last week reported seeing Ethiopian soldiers shoot dead four male civilians after ordering them off a bus near the regional capital Mekelle.

For more news, visit sabcnews.com and also #SABCNews #Coronavirus #COVID19News on Social Media.

SHOW LESS

SKIP NAVIGATION

     

SKIP NAVIGATION



76th Session (English) | #UNGA
United Nations
128K views • 2 weeks ago



Islam Unveiled (Religion Documentary) | Real Stories
Real Stories
1.7M views • 4 years ago



MEC Arrest I Mandla Msibi charged with two counts of murder, one of attempted murder
SABC News
1.3K views • 4 hours ago
New



This Harvard Professor Explains the Secret to Aging in Reverse | David Sinclair on Health Theory
Tom Bilyeu
4M views • 2 years ago



Louis Farrakhan and the Nation of Islam - Siraj Wahhaj
Islam On Demand
653K views • 5 years ago



Akala | Full Address and Q&A | Oxford Union
OxfordUnion
2.5M views • 5 years ago



Don't Talk to the Police
Regent University School of Law
14M views • 9 years ago



Congo: A journey to the heart of Africa - Full documentary - BBC Africa
BBC News Africa
9.8M views • 2 years ago



Noxolo Grootboom reads out Akhumzi's obituary
eNCA
317K views • 3 years ago

The Valedictorian Speech that will change your life
Noel Sherma

SKIP NAVIGATION









SKIP NAVIGATION

SIGN IN



### Life Lessons From 100-Year-Olds

LifeHunters
23M views • 4 years ago

13:30



### Understanding Lower Back Pain & Sciatica - McKenzie Institute® , Dr. Yoav Suprun

The McKenzie Institute, USA
1.5M views • 5 years ago

43:28



### Steve Harvey Breaks Down After Seeing His Mama's House

Steve TV Show
73M views • 6 years ago

7:33



### Denzel Washington's Speech Will Leave You SPEECHLESS - One of the Most Eye Opening Speeches Ever

MotivationHub
11M views • 3 years ago

11:47

### Denzel Washington's Life Advice Will Leave You Speechless (MUST WATCH)

Motivation Madness
9.1M views • 11 months ago

### 5 Major Reasons Religion Is the No.1 Cause of Poverty in Africa | Rev Walter Mwambazi | TEDxLusaka

TEDx Talks
607K views • 1 year ago

### CIC @Julius_S_Malema unpacking the EFF 2021 Local Government Elections Manifesto

Economic Freedom Fighters
26K views • 5 days ago
New

### What it's like to be a Muslim in America | Dalia Mogahed

TED
4.5M views • 5 years ago

### Comedians in Cars Getting Coffee: "Just Tell Him You're The President" (Season 7, Episode 1)

blacktreetv
42M views • 5 years ago