# Exhibit 6

10/7/21, 9:56 AM
One on One: Exclusive interview with Munir Akram, Permanent Representative of Pakistan to the UN - YouTube

Case 1:18-cv-12355-MKV-DCF Document 144-6 Filed 10/27/21 Page 2 of 6

SKIP NAVIGATION

 YouTube

   SIGN IN



TRT is a Turkish public broadcast service. Wikipedia

# One on One: Exclusive interview with Munir Akram, Permanent Representative of Pakistan to the UN

8,336 views • Nov 27, 2019      👍 317   👎 29   SHARE   SAVE   ...

 **TRT World**
1.42M subscribers

SUBSCRIBE

We made an interview with Munir Akram, Permanent Representative of Pakistan to the UN on the Kashmir tension.

Subscribe: http://trt.world/subscribe
Livestream: http://trt.world/ytlive
Facebook: http://trt.world/facebook
Twitter: http://trt.world/twitter
Instagram: http://trt.world/instagram
Visit our website: http://trt.world

SHOW LESS

SKIP NAVIGATION

     




### A Conversation With Javad Zarif
Council on Foreign Relations
71K views • Streamed 5 years ago


### Statement by H.E. Ambassador Munir Akram, President of ECOSOC at UN75 Commemoratiion
Join UN75
1.1K views • 1 year ago


### Special Address by Imran Khan, Prime Minister of Pakistan | DAVOS 2020
World Economic Forum
245K views • 1 year ago


### IN India - 1st Right of Reply
United Nations
1.6M views • 2 years ago


### Inside the mind of a master procrastinator | Tim Urban
TED
44M views • 5 years ago


### How I Hacked The US Government Aged 16 | Minutes With | @LADbible TV
LADbible TV
1.9M views • 4 months ago


### How China Lost Patience with Its Loudest Billionaire
Bloomberg Quicktake
3M views • 3 months ago


### Tucker: What you're seeing is Washington's new religion
Fox News
1.5M views • 2 days ago
New


### First exclusive interview with India's new envoy to China
CGTN
14K views • 2 years ago

SKIP NAVIGATION

    



VICE News
5.1M views • 3 years ago

International Relations: An Introduction
LSE
1M views • 6 years ago



Life Lessons From 100-Year-Olds
LifeHunters
23M views • 4 years ago



Pronounced Dead for 20 Minutes - What He Saw and How it Changed His Life Forever
Prioritize Your Life
14M views • 1 year ago



Someone Dead Ruined My Life… Again.
CGP Grey
3M views • 3 weeks ago



Great Barrier Reef's record coral cover isn't the story scientists 'want to talk about'
Sky News Australia
32K views • 1 day ago
New



The Map of Particle Physics | The Standard Model Explained
DoS - Domain of Science
480K views • 5 months ago



A Day In The Life Of Sundar Pichai (Google's CEO)
Simply Tech
2.3M views • 1 month ago



Dr. Pervez Hoodbhoy | Interview | Leader Tv
Leader TV
26K views • 1 year ago



1959 High School Student Exchange. Ethiopia, India, Norway, UK. Topics:

SKIP NAVIGATION

      



27:06

### The Power of Perception | Sheherzade Peerzada | TEDxUCP
TEDx Talks
4.5K views • 1 year ago

### The Pandora Papers: How the world of offshore finance is still flourishing | Four Corners
ABC News In-depth
888K views • 3 days ago
New

### 'Bill Gates is continuing the work of Monsanto', Vandana Shiva tells FRANCE 24
FRANCE 24 English
2M views • 1 year ago

### Peter McCullough, MD testifies to Texas Senate HHS Committee
Association of American Physicians and Surgeons
4.4M views • 6 months ago

### Munir Akram (Pakistan) on Priorities during his ECOSOC Presidency - Press Conference (16 Nov 2020)
United Nations
2.5K views • 10 months ago

### Stuntmen React To Bad & Great Hollywood Sword Fights 2
Corridor Crew
1.3M views • 2 months ago

### Pilgrimage: A 21st Century Journey Through Mecca and Medina | 360 VR Video | The New York Times
The New York Times
1.9M views • 5 years ago
360°

### Turkey's Border Security: Interview with Ibrahim Kalin
TRT World
21K views • 1 year ago

### Wiring a web for global good | Gordon Brown
TED
232K views • 12 years ago

SKIP NAVIGATION

SKIP NAVIGATION

     SIGN IN

documentary)
DW Documentary
7M views • 2 years ago

Mom speaks out on FBI school probe: DOJ 'has declared a war on parents'
Fox News
275K views • 1 day ago
New

Ambassador to UN Munir Akram talks about Kashmir issue | 3 August 2020 | 92NewsHD
92 News HD
3.3K views • 1 year ago

Seeding Change: The Power of Conscious Commerce
YouTube Movies
2021 • Documentary
Free with Ads

WATCH LIVE: Pakistani Prime Minister Imran Khan speaks at 2021 U.N. General Assembly
PBS NewsHour
261K views • Streamed 1 week ago

Watch video Which the Arabs cried over Saddam Hussein
أرشيف العراق - Archives Iraq
14M views • 3 years ago

Ex Pak Diplomat Abdul Basit ने Kashmir, PoK, Imran Khan और Bajwa पर कबूला सच | Exclusive
TV9 Bharatvarsh
1.5M views • 2 years ago

Islam, the Quran, and the Five Pillars All Without a Flamewar: Crash Course World History #13
CrashCourse
10M views • 9 years ago

Chris Hedges and Cornel West in Conversation - Wages of Rebellion | The New School
The New School
751K views • 5 years ago

Complete Year 2020 Current Affairs PDF || 100 Most Important Current affairs 2020 PDF || Best 100 CA

SKIP NAVIGATION