# Exhibit 7



WATCH LIVE   SOCIAL:      CHINA  AMERICA  AFRICA

**HAPPENING NOW**  Watch the livestream of CGTN newscasts  WATCH LIVE NOW

WATCH LIVE   DIGITAL ORIGINALS   PODCASTS   THE HEAT   WORLD TODAY   GLOBAL BUSINESS

CHINA 24   AMERICAS NOW   FULL FRAME   BIG STORY   ABOUT US

# UN General Assembly: Interview with Saudi Ambassador to UN

The Heat Podcast

Published September 10, 2020 at 7:43 PM



Podcast: **Play in new window** | **Download** (Duration: 15:11 — 13.9MB) | **Embed**

The United Nations is celebrating its 75th anniversary this year. The UN charter was signed in 1945 to establish international rules for a world shattered by the Second World War. Since that time, the UN has navigated tumultuous events including wars, invasions, nuclear proliferation and climate change.

This year's UN General Assembly in New York will be held in the shadow of a rampaging pandemic that has killed more than 900-thousand people around the world.

As part of our programming celebrating 75 years of the UN, we're focusing on some of the biggest challenges the world faces. In this episode, Anand Naidoo interviews Saudi Arabia's ambassador to the United Nations, Abdallah Al Mouallimi on the Israeli-Palestinian crisis, Saudi's role in Yemen, its ties with Iran, the Israel-United Arab Emirates agreement and much more.

Privacy & Cookies Policy

     

## Related



**The Heat: United Nations at 75**
September 16, 2020



**The Heat: Yemen's war**
February 10, 2021



**The Heat: Iran arms embargo**
July 4, 2020

## EXPLORE MORE

**CHINA**  **AMERICA**  **AFRICA**

**LANGUAGES:**

**ESPAÑOL** | **FRANÇAIS** | **العربية** | **РУССКИЙ**

CGTN TV Schedule    Careers    Contact    Privacy Policy    Terms and Condition

© 2020 CGTN America. Beijing ICP prepared NO.16065310-3

Privacy & Cookies Policy