# Exhibit 9

**BREAKING:** Gabby Petito's cause of death was strangulation, coroner determines

# MSNBC

COLUMNISTS  PODCASTS  RACHEL MADDOW  MORNING JOE  DEADLINE: WH  THE BEAT  THE REIDOUT



TAP TO UNMUTE

UP NEXT

Rep. Mark Takano: I regard everything in these bills like my children
07:06

Rep. Davids: When women are included in the policy making, the outcomes are better
07:33

TX school forced Mexican-American students to repeat the 1st grade three times in the 1950s
03:47

Hispanic Heritage Month: How a law could impact how educators in TX teach history and race
05:22

Rep. Chu on Sen. Collins's reported abortion bill: I'm not sure what

ALI VELSHI

## Israeli Amb. to UN on new vote, political chaos in Israel

Ali Velshi talks with Israeli Ambassador to the United Nations Danny Danon about Israeli Prime Minister Benjamin Netanyahu's failure to form a new coalition government, and what it could mean for U.S. peace efforts in the region.

SHARE THIS

May 30, 2019

# MSNBC HIGHLIGHTS

PLAY ALL



MTP DAILY ▶

**Biden to meet with Xi Jinping amid escalating tensions between Taiwan and China**



MTP DAILY ▶

**Jon Gruden 'collateral damage' from investigation into Washington Football Team**



MTP DAILY ▶

**Cornell Belcher: Republicans 'are winning' the battle on messaging for spending bill**



MTP DAILY ▶

**Rep. Yarmuth not seeking reelection in 2022**



**Biden poll numbers tied to beating the pandemic, according to strategists**



**Trump boasted of crowd size during January 6 attack, according to new book**

Taboola Feed



SPONSORED / ETORO
**Wat als je een jaar geleden $1.000 in Netflix had geinvesteerd?**

SPONSORED / FORGE OF EMPIRES
**Het meest verslavende spel van het jaar. Geen installatie.**



SPONSORED / ETORO
**Wat als je een jaar geleden $1.000 in Bitcoin had…**

SPONSORED / DUURZAAMHEIDSVERGE…
**Wat kosten zonnepanelen vandaag?**

SPONSORED / ONYCOMED
**De nieuwe truc tegen schimmelnagel is gevonden…**

SPONSORED / FORGE OF EMPIRES - …
**If You Need to Kill Time on Your Computer, this City-…**

SPONSORED / TOP NL

**Deze datingsites verbinden elke dag miljoenen mensen**

SPONSORED / DUURZAAMHEIDSVERGELIJKER

**Prijs zonnepanelen lager dan ooit door bodemprijzen**

SPONSORED / BINO TT5

**Met deze monoculair kunt u alles van kilometers afstan…**

SPONSORED / HOLZKERN

**Dit is Holzkern! Benieuwd naar een kijkje achter de…**

SPONSORED / FISHER INVESTMENTS …

**77 Pensioentips voor investeerders van in de 60**

SPONSORED / EXPERT MARKET

**Woon je Amsterdam? Dan kom je in aanmerking voor…**

SPONSORED / TIPS EN WEETJES

**De ex-vriendin van koning Willem-Alexander? Die ziet er nu zó uit!**

SPONSORED / BEGRAFENISONDERNEMER | ZOEK ADVERTENTIES

**Begrafenisondernemers zijn woedend omdat mensen dit ontdekt hebben.**



ABOUT

CONTACT

HELP

CAREERS

MSNBC STORE

AD CHOICES

PRIVACY POLICY

DO NOT SELL MY PERSONAL INFORMATION

CA NOTICE

TERMS OF SERVICE

MSNBC SITEMAP

CLOSED CAPTIONING

ADVERTISE

© 2021 NBC UNIVERSAL

NEWS   MSNBC   TODAY