# Exhibit 10

10/7/21, 9:57 AM
Case 1:18-cv-12355-MKV-DCF  Document 144-10  Filed 10/27/21  Page 2 of 6
A Conversation with Ambassador Cho Hyun, Permanent Representative of the Republic of Korea to the UN - YouTube

SKIP NAVIGATION



   SIGN IN



# A Conversation with Ambassador Cho Hyun, Permanent Representative of the Republic of Korea to the UN

257 views • Oct 30, 2020

 8    1   SHARE   SAVE

 **Korea Economic Institute of America**
1.12K subscribers

SUBSCRIBE

Join Ambassador Cho Hyun and KEI President Kathleen Stephens for a conversation about Korea and the United Nations, reflecting on the UN's important history and continuing role in divided Korea, including the challenges of nuclear proliferation and humanitarian need, current prospects and priorities for multilateral diplomacy, and for South Korea and other middle powers in a period of global crisis and uncertainty.

Ambassador Cho Hyun is the 26th Permanent Representative of the Republic of Korea to the United Nations. A career diplomat, Ambassador Cho's previous senior assignments include First Vice Minister of Foreign Affairs (2018-2019), Ambassador to the Republic of India (2015-2017), Ambassador to the Republic of Austria and Permanent Representative to the International Organizations in Vienna (2011-2014), and Deputy Minister for Multilateral and Global Affairs (2009-2011). Ambassador Cho's book on Korea-India relations, entitled "한국대사의 인도리포트" ( Korean Ambassador's Report on India) was published in Korea earlier this year. This event will be livestreamed on Zoom with an interactive Q&A session.

SKIP NAVIGATION

10/7/21, 9:57 AM                A Conversation with Ambassador Cho Hyun, Permanent Representative of the Republic of Korea to the UN - YouTube

Case 1:18-cv-12355-MKV-DCF   Document 144-10   Filed 10/27/21   Page 3 of 6

     SIGN IN

Permanent Representative of the Republic of Korea to the United Nations

With:

Ambassador (ret.) Kathleen Stephens
President & CEO
Korea Economic Institute of America

Music Credit: Purple Planet

SHOW LESS



**Sino–South Korean Relations at 30: Conversation with Dr. Chung Jae Ho**
Korea Economic Institute of America
118 views • Streamed 1 week ago
New
44:41



**A Discussion with Seth Berkman, Author of A Team of Their Own | 11/01/19**
Korea Economic Institute of America
198 views • 1 year ago
1:19:57



**Samantha Power, U.S. Permanent Representative to the United Nations: Presentation at Yale**
YaleUniversity
3.7K views • 6 years ago
1:19:20



**Dr. A.K. Abdul Momen - Ambassador and Permanent Representative of Bangladesh to the UN**
Peace Islands Institute
5.8K views • 8 years ago
44:38



**Despite his Alzheimer's, Tony Bennett prepares to perform with Lady Gaga**
60 Minutes ✓
887K views • 2 days ago
New
13:24



**When Is the Right Moment for an End of War Declaration?**
Korea Economic Institute of America
70 views • 1 month ago
31:24



**Takeaways from a Time of Increased Friction: South Korea-Japan Security Cooperation from 2015-2021**
Korea Economic Institute of America

10/7/21, 9:57 AM    A Conversation with Ambassador Cho Hyun, Permanent Representative of the Republic of Korea to the UN - YouTube

Case 1:18-cv-12355-MKV-DCF   Document 144-10   Filed 10/27/21   Page 4 of 6

SKIP NAVIGATION

 YouTube


1:23:37

September 16, 2019 | The Quiet Rising: Abdul India and South Korea on the World Stage
Korea Economic Institute of America
6.4K views • 6 years ago


1:17:15

A Talk with Kyung-wha Kang, Assistant Secretary-General, Humanitarian Affairs, UN
The Korea Society
111K views • 7 years ago


9:34

Behind the scenes of the UN General Assembly
United Nations
413K views • 5 years ago


28:10

Fiona Hill discusses her new memoir "There is Nothing for You Here" (Full Stream 10/6)
Washington Post Live
1.7K views • Streamed 23 hours ago
New


13:30

Life Lessons From 100-Year-Olds
LifeHunters
23M views • 4 years ago


23:50

5 Years Living Off Grid Building A Sustainable Smallholding
Kris Harbour Natural Building
2.6M views • 1 month ago


19:35

Pronounced Dead for 20 Minutes - What He Saw and How it Changed His Life Forever
Prioritize Your Life
14M views • 1 year ago


58:48

Rick Stein and the Japanese Ambassador | BBC Documentary
BBC Documentary
304K views • 1 year ago


9:58

Interview with A.K. Abdul Momen Permanent Representative of Bangladesh to the UN Part 1
South-South News
6.7K views • 10 years ago

Global Roundtable - GFDD and Dr. A. K. Abdul Momen (Permanent

SKIP NAVIGATION

10/7/21, 9:57 AM  A Conversation with Ambassador Cho Hyun, Permanent Representative of the Republic of Korea to the UN - YouTube

Case 1:18-cv-12355-MKV-DCF   Document 144-10   Filed 10/27/21   Page 5 of 6

SKIP NAVIGATION

    SIGN IN

**34:52**

11K views • 10 years ago



**7:52**

### The Story Behind China's 600-Metre Abandoned Skyscraper

The B1M
2.5M views • 3 months ago



**17:00**

### U.N. Ambassador Nikki Haley Interview

AIPAC
59K views • 4 years ago



**1:06:43**

### Eyes to The Sky: Privacy, Property, Innovation, and Commerce in The Age Of The Drone

The Federalist Society
6.7K views • 2 weeks ago

### Navigating Troubled Waters (Session 2): Transforming Key Regional Relationships

Korea Economic Institute of America
73 views • 4 months ago

### An Interview With EU Ambassador to South Korea Maria Castillo-Fernandez

Asia Society
547 views • 6 months ago

### Teodoro Lopez Locsin (Permanent Representative of the Republic of the Philippines to the UN)

Academy for Cultural Diplomacy
20K views • 3 years ago

### China's Plan For Technology Dominance With Richard Turrin!!!

The Geopolitics In Conflict Show
30K views • 6 days ago

New

### Peter McCullough, MD testifies to Texas Senate HHS Committee

Association of American Physicians and Surgeons
4.4M views • 6 months ago

### Facebook Whistleblower Frances Haugen: The 60 Minutes Interview

60 Minutes
4M views • 3 days ago

New

SKIP NAVIGATION

10/7/21, 9:57 AM
Case 1:18-cv-12355-MKV-DCF Document 144-10 Filed 10/27/21 Page 6 of 6
A Conversation with Ambassador Choonghee Hahn, Alt. Representative of the Republic of Korea to the UN - YouTube

SKIP NAVIGATION








UChannel
3.7K views • 12 years ago

### How To Open Navy Federal Business Account To Get $25k Credit Card For Bad Credit No Income 2021?
3WayFunding
213K views • 3 months ago

### The Fig Tree Prophecy (Animated)
RockIslandBooks
490K views • 4 months ago

### Seeding Change: The Power of Conscious Commerce
YouTube Movies
2021 • Documentary

Free with Ads

### 'Just Read It, Read It Yourself!': Ted Cruz Uses Nominee's Document To Discredit Her
Forbes Breaking News
2.1M views • 6 days ago
New

### Watch Live: Google CEO Testifies Before House Judiciary Committee | NBC News
NBC News
2.3M views • Streamed 2 years ago

### Arizona Audit report presentation, Cyber Ninjas share their results of election audit
azcentral.com and The Arizona Republic
1.3M views • Streamed 1 week ago

### Tucker: What you're seeing is Washington's new religion
Fox News
1.5M views • 2 days ago
New

### CEO who gave all his employees minimum $70,000 paycheck thriving six years later
CBS Mornings
3.4M views • 3 weeks ago

### Why Tesla Solar Hasn't Worked Out The Way Elon Musk Promised
CNBC