# Exhibit 13

INTERNATIONAL LAW ASSOCIATION
AMERICAN BRANCH • EST. 1922

# When Vetoes Enable Atrocity Crimes: What if the Security Council Were Not Blocked From Acting When Faced With Atrocity Crimes?

September 23, 2021




## When Vetoes Enable Atrocity Crimes: What if the Security Council Were Not Blocked From Acting When Faced With Atrocity Crimes?

by 124

REGISTER FOR EVENT

### Date And Time

2021-10-22 @ 12:00 PM to 01:15 PM

### Location

Online Event

When situations that threaten international peace and security involve genocide, war crimes, and crimes against humanity, a Security Council that is habitually deadlocked by permanent member vetoes actually creates a permissive environment for the commission of these atrocity crimes. The very broadly supported voluntary veto restraint initiatives clearly indicate that the vast majority of States are dissatisfied with this situation. There are also compelling arguments to suggest that there are limits under international law for the use of the veto in these circumstances.

Join this panel discussion to hear about important voluntary veto restraint initiatives, a new proposal by Liechtenstein, existing legal limits to the veto, as well engage in a broader discussion of benefits that would accrue to the international community (and to the victims of future atrocity crimes) if the Security Council were not systematically blocked from acting by individual permanent members when international peace and security is threatened by situations involving atrocity crimes.

To be held Friday, October 22, 2021, 12:00-1:15 pm EST, remotely.

**Here is the RSVP link**.

**Moderator**: Andras Vamos-Goldman, formerly Founder and Executive Director Justice Rapid Response; formerly, political coordinator and legal

**Share With Friends**






adviser, Canadian Mission to the United Nations

**Panelists:**

- Ambassador Bob Rae, Permanent Representative, Mission of Canada to the United Nations
- Ambassador Christian Wenaweser, Permanent Representative, Mission of Liechtenstein to the United Nations
- Ambassador Juan Ramón de la Fuente, Permanent Representative, Mission of Mexico to the United Nations (invited)
- Professor Jennifer Trahan, NYU Center for Global Affairs; winner, 2020 ABILA Book of the Year Award for "Existing Legal Limits to Security Council Veto Power in the Face of Atrocity Crimes" (2020 Cambridge U Press)

Sponsored by NYU's Center for Global Affairs and the American Branch of the International Law Association International Criminal Court Committee and the Committee on the United Nations