# Exhibit 14





# A New Era for UN Peace Operations Transitions

February 23, 2021

On Tuesday, February 23rd, IPI together with the Permanent Mission of Germany to the UN cohosted a virtual policy forum entitled "A New Era for UN Peace Operations Transitions."

The panel discussion reflected on the evolving policy and practices related to the transition of UN peace operations. It also highlighted IPI's body of research on transitions at the conclusion of a multi-year IPI project on the topic. In particular, the discussions focused on the

**Event Video**



political and policy trends surrounding
transition processes, while offering
speakers an opportunity to focus on recent and upcoming transition
processes (e.g., with the UN presences in Guinea-Bissau, Sudan, and the
Democratic Republic of the Congo).

Photos 

 **(https://www.ipinst.org/wp-content/uploads/2021/02/Walking_a_Tightrope_Sudan.pdf)**

UN mission transitions highlight the temporary nature of peace operations, and they aim to support countries in shifting away from periods of armed violence toward sustained peace and development. Recent transition processes underscore how these efforts are both highly political and operational, requiring flexible and close cooperation with host governments, national actors, and international partners alike. In light of the political pressures placed on UN peace operations, reconfigurations and drawdowns have at times occurred amid incomplete political settlements, persistent threats to civilians, and significant social and economic disparities.

This virtual policy forum addressed the contemporary dynamics shaping current and future UN transitions and reconfigurations. It reflected on lessons observed from previous transitions and highlight how the UN's approach to transition processes has evolved. The policy forum also considered the research produced by IPI's **project (https://www.ipinst.org/program/peace-operations-and-sustaining-peace/peacekeeping-transitions)** on peace operations transitions since 2018, including a **new publication (https://www.ipinst.org/2021/02/walking-a-tightrope-transition-from-unamid-to-unitams)** on the UN transition in Sudan.

Opening Remarks:
Mr. Jake Sherman, IPI Senior Director of Programs
Ambassador Christoph Heusgen, Permanent Representative of Germany to the UN

Speakers:
Mr. Daniel Forti, IPI Senior Policy Analyst
Ms. Rania Dagash-Kamara, Chief, Policy and Best Practices Service, UN Department of Peace Operations
Ms. Rachel Scott, Senior Policy and Partnerships Advisor, UN Development Programme
Ms. Siria Maniam, Senior Transition Adviser, UN Organization Stabilization Mission in the Democratic Republic of the Congo (MONUSCO)

Moderator:
Mr. Jake Sherman, IPI Senior Director of Programs

Tags:   PEACE OPERATIONS TRANSITIONS