# Exhibit 15

SKIP NAVIGATION

   

SIGN IN



### Israeli 17th Ambassador to the UN Danny Danon addresses The Israel Summit 2021

2,962 views • Mar 4, 2021

 LIKE     DISLIKE     SHARE    SAVE    ...



**The Israel Summit**
344 subscribers

SUBSCRIBE

Israel's 17th Permanent Representative to the United Nations Danny Danon speaks at the second day of The Israel Summit 2021, a virtual, international conference educating university students and people of all backgrounds on Israel's broad contributions to global society.

To learn more about The Israel Summit, visit theisraelsummit.org or find us @theisraelsummit on all social media platforms.

Instagram: https://www.instagram.com/theisraelsu...
Facebook: https://www.facebook.com/TheIsraelSum...

SHOW LESS



**Ambassador Danny Danon Reflects on the United Nations at 75**
B'nai B'rith Int'l
299 views • 1 year ago

5:00

SKIP NAVIGATION

Case 1:18-cv-12355-MKV-DCF   Document 144-15   Filed 10/27/21   Page 3 of 6

SKIP NAVIGATION

    





987K views • 3 days ago
New



### CEO of the International Fellowship of Christian and Jews Yael Eckstein speaks at The Israel Summit

The Israel Summit
4.4K views • 7 months ago



### 5 Years Living Off Grid Building A Sustainable Smallholding

Kris Harbour Natural Building
2.6M views • 1 month ago



### Antisemitism Discussion

YU CJF
25 views • 6 months ago



### National Anthem of Israel - Beautiful Version (English Subtitles)

Danel Shvetz
7.6M views • 5 years ago



### Chief Medical Officer of Moderna Tal Zaks addresses The Israel Summit 2021

The Israel Summit
448 views • 7 months ago



### Great Barrier Reef's record coral cover isn't the story scientists 'want to talk about'

Sky News Australia
32K views • 1 day ago
New



### This Ultra Modern Tiny House Will Blow Your Mind

Living Big In A Tiny House
45M views • 2 years ago



### Despite his Alzheimer's, Tony Bennett prepares to perform with Lady Gaga

60 Minutes
887K views • 2 days ago
New

### Eyes to The Sky: Privacy, Property, Innovation, and Commerce in The Age Of The Drone

SKIP NAVIGATION

SKIP NAVIGATION

          SIGN IN


### Behind the scenes of the UN General Assembly
United Nations
413K views • 5 years ago
9:34


### Ein Gedi Reserve - An Oasis in the Desert
Israel
28K views • 5 years ago
1:50


### Denzel Washington's Life Advice Will Leave You SPEECHLESS |LISTEN THIS EVERYDAY AND CHANGE YOUR LIFE
Grow Successful
12M views • 2 years ago
10:18


### To Worship You I Live [Live]
Israel & New Breed - Topic
186K views • 4 years ago
6:48


### Humans Right Activist Natan Sharansky addresses The Israel Summit 2021
The Israel Summit
2.9K views • 7 months ago
14:35


### Seeding Change: The Power of Conscious Commerce
YouTube Movies
2021 • Documentary
Free with Ads
51:30


### Life Lessons From 100-Year-Olds
LifeHunters
23M views • 4 years ago
13:30


### A Conversation with EPA Administrator Wheeler: New Rule on Guidance Procedures and More
The Federalist Society
20K views • 1 year ago
57:07


### Wiring a web for global good | Gordon Brown
TED
232K views • 12 years ago
16:44

SKIP NAVIGATION

SKIP NAVIGATION

    

SIGN IN

**Opening Discussion: Republishing The Antitrust Paradox [Antitrust Paradox Conference]**
The Federalist Society
5.8K views • 6 days ago
New

**Undo - POP PONGKOOL X WONDERFRAME (JOOX 100x100 SEASON 2)「Official MV」**
OfficialWhiteMusic
168M views • 10 months ago

**It Can Be Done Live: The Future of Our Seas**
The Federalist Society
234K views • 1 year ago

**Israeli National Anthem - "Hatikvah" (HE/EN)**
BlueMarbleNations
8.4M views • 9 years ago

**The Ultimate JERUSALEM FOOD TOUR + Attractions - Palestinian Food and Israeli Food in Old Jerusalem!**
Mark Wiens
11M views • 4 years ago

**October 4th, 2021 Virtual University Status Update**
The University of Arizona
2.3K views • Streamed 2 days ago
New

**Tucker: What you're seeing is Washington's new religion**
Fox News
1.5M views • 2 days ago
New

**The Rhythm of Rest | Rhythms | Pastor Daniel Groves | Hope City**
Hope City
127K views • 3 weeks ago

**Israel Palestine Conflict क्या है ?- पूरा इतिहास जानिये -UPSC/IAS/PSC**
Study IQ education
2.9M views • 4 years ago

SKIP NAVIGATION

SKIP NAVIGATION

    

SIGN IN

Antitrust Populism and the Conservative Movement
The Federalist Society
18K views • 11 months ago

How To Open Navy Federal Business Account To Get $25k Credit Card For Bad Credit No Income 2021?
3WayFunding
213K views • 3 months ago

Ingraham: God help any Republican who assists the left with this
Fox News
339K views • 1 day ago
New

The Price of Privacy: A Debate over Corporate Surveillance
The Federalist Society
56K views • 1 year ago

Former CIA Officer Will Teach You How to Spot a Lie | Digiday
Digiday
13M views • 5 years ago

Biden exposed as clueless by John Kerry, 'The Five' reacts
Fox News
563K views • 15 hours ago
New

Lindsey Graham Shouted Down After Encouraging Vaccines
MSNBC
140K views • 23 hours ago
New

From Refugee to Global Ambassador | Ger Duany | TEDxPlaceDesNations
TEDx Talks
70K views • 5 years ago

CEO who gave all his employees minimum $70,000 paycheck thriving six years later
CBS Mornings
3.4M views • 3 weeks ago

Watch Live: Google CEO Testifies Before House Judiciary Committee | NBC