# Exhibit 16



| ABOUT US | PROGRAMS | RESEARCH | MEDIA | EVENTS |
|---|---|---|---|---|
| PEOPLE | ART COLLECTION | PROJECTS | VIDEOS | UPCOMING |
| PARTNERS | RESIDENCY | PUBLICATIONS | NEWSLETTERS | PAST |
| CONTACT | FELLOWSHIPS | | | |

# The Future of Africa: A Conversation with H.E. Ambassador Fatima Kyari Mohammed

Monday, March 2, 2020
5:00 PM – 6:30 PM

14A Washington Mews, New York, NY, 10003, United States (map)

# The Future of Africa: A Conversation with H.E. Ambassador Fatima Kyari Mohammed



©Haby Gadio: Courtesy of NYU Africa House

## Overview:

With the adoption of the African Continental Free Trade Area (AfCFTA), the African Union must address a host of transnational matters, ranging from trade to climate change to security and stability.

Africa House was delighted to support the NYU United Nations Initiative as they hosted **H.E. Ambassador Fatima Kyari Mohammed,** the African Union Ambassador to the United Nations for a timely conversation about the role of the African Union in the UN and in the continent, and discuss the future of a diverse, dynamic and growing Africa.




*Flyer for the event, entitled "Silencing the Guns: Creating Conducive Conditions for Africa's Development."*

**Date:** Monday, March 2, 2020

**Time:** 5:00 pm – 6:30 pm

**Venue:** 14A Washington Mews, NY 10003

*This event was open to the public!*

## About The NYU United Nations Initiative:

The United Nations Initiative is a student-run organization at NYU, made up of students who are passionate about international relations and global politics. The organization was created in the Fall of 2015 with the aim of serving as an official campus liaison to the United Nations. They are part of NYU's Model United Nations, one of NYU's largest and most prestigious organizations, comprised of over 300 members from a wide range of educational and cultural backgrounds. They host influential global leaders, including Ambassadors, Heads of State, and representatives from various UN Bodies in the hopes of lessening the gap between the youth and political change and understanding.

© 2019 Africa House

**ACCESSIBILITY**

NYU Africa House
44 Washington Mews
New York, NY 10003
USA

africa.house@nyu.edu