# Exhibit 20

    

SKIP NAVIGATION

SIGN IN



# Ambassador Olof Skoog | Full Address and Q&A | Oxford Union Web Series

2,661 views • Mar 7, 2021

👍 45    👎 19    SHARE    SAVE



**OxfordUnion** ✓
1.4M subscribers

SUBSCRIBE

SUBSCRIBE for more speakers ► http://is.gd/OxfordUnion
Oxford Union on Facebook: https://www.facebook.com/theoxfordunion
Oxford Union on Twitter: @OxfordUnion
Website: http://www.oxford-union.org/

Olof Skoog is a Swedish diplomat, currently serving as the European Union's Ambassador to the United Nations. He has previously served as Swedish Ambassador to many countries, including Colombia, Venezuela, and Ecuador. Skoog was President of the United Nations Security Council between the months of January 2017 and July 2018, and from 2015 to 2019 served as the Permanent Representative for Sweden to the UN.

ABOUT THE OXFORD UNION SOCIETY: The Oxford Union is the world's most prestigious debating society, with an unparalleled reputation for bringing international guests and speakers to Oxford. Since 1823, the Union has been promoting debate and discussion not just in Oxford University, but across the globe.

SHOW LESS

SKIP NAVIGATION

    

SKIP NAVIGATION



Get healthy with a science-based plan that controls hunger and makes weight loss easier.

Ad · nutrisystem.com

VISIT SITE



Lord Anthony Giddens MAE | Full Address and Q&A | Oxford Union Web Series
OxfordUnion
1.8K views • 1 month ago



Marco Pierre White | Full Address and Q&A | Oxford Union
OxfordUnion
2.8M views • 5 years ago



Yanis Varoufakis | The Euro Has Never Been More Problematic | Oxford Union
OxfordUnion
591K views • 2 years ago



Raymond Arroyo: The collapsing presidency of Joe Biden
Fox News
433K views • 2 days ago
New



Ana Vidović - FULL CONCERT - CLASSICAL GUITAR - Live from St. Mark's, SF - Omni Foundation
Omni Foundation
3.2M views • 6 months ago



Life Lessons From 100-Year-Olds
LifeHunters
23M views • 4 years ago



'Just Read It, Read It Yourself!': Ted Cruz Uses Nominee's Document To Discredit Her
Forbes Breaking News
2.4M views • 1 week ago



The God Debate II: Harris vs. Craig
University of Notre Dame
9.2M views • 10 years ago

SKIP NAVIGATION

SKIP NAVIGATION

     



1:09:08

Michael Sandel - Are There Things Money Shouldn't Be Able To Buy?

OxfordUnion
1.8M views • 6 years ago



11:21

The history of English (combined)

OpenLearn from The Open University
2.4M views • 9 years ago

Mark Cuban | Full Q&A | Oxford Union

OxfordUnion
537K views • 4 years ago

Bangladesh Panel Discussion | Full Discussion and Q&A | Oxford Union

OxfordUnion
16M views • 5 years ago

Jordan Peterson Destroys Q&A | 25 February 2019

abcqanda
8.9M views • Streamed 2 years ago

How COVID Kills Some People But Not Others - Doctor Explaining COVID

Doctor Mike Hansen
5.8M views • 1 year ago

The Insane Engineering of the 787

Real Engineering
1.2M views • 1 week ago

Stephen Spoils Juicy Details From Grisham's Book, And Pence Whitewashes Jan. 6th Riot

The Late Show with Stephen Colbert
1.6M views • 5 days ago
New

Jordan Peterson | Full Address and Q&A | Oxford Union

OxfordUnion
8.3M views • 3 years ago

Mahathir Bin Mohamad | Full Address and Q&A | Oxford Union