# Exhibit 24



United Nations

A/AC.183/2020/1

# General Assembly

Distr.: General
7 February 2020

Original: English

---

**Committee on the Exercise of the Inalienable Rights
of the Palestinian People**

## Programme of work for 2020

## I.  Mandate of the Committee

1.    The mandates of the Committee on the Exercise of the Inalienable Rights of the Palestinian People and the Division for Palestinian Rights of the Secretariat for 2020 are contained in General Assembly resolutions 74/10 and 74/12, respectively.

2.    In its resolution 74/10, entitled "Committee on the Exercise of the Inalienable Rights of the Palestinian People", the General Assembly, noting with deep regret the passage of 52 years since the onset of the Israeli occupation and over 72 years since the adoption of resolution 181 (II) and the Nakba without tangible progress towards a peaceful solution, requested the Committee to: (a) continue to exert all efforts to promote the realization of the inalienable rights of the Palestinian people, including their right to self-determination; (b) support the achievement without delay of an end to the Israeli occupation that began in 1967 and of the two-State solution on the basis of the pre-1967 borders; (c) mobilize international support for and assistance to the Palestinian people; (d) keep under review the situation relating to the question of Palestine and to report and make suggestions to the General Assembly, the Security Council and the Secretary-General; and (e) continue to extend its cooperation and support to Palestinian and other civil society organizations and to continue to involve additional civil society organizations and parliamentarians in its work in order to mobilize international solidarity and support for the Palestinian people, particularly during the current critical period of political instability and humanitarian hardship.

3.    In its resolution 74/12, entitled "Division for Palestinian Rights of the Secretariat", the General Assembly requested that the Division continue to provide substantive support to the Committee and, under its guidance, undertake activities in support of the mandate of the Committee, including to: (a) monitor developments relevant to the question of Palestine; (b) organize international meetings and activities in support of the Committee's mandate with the participation of all sectors of the international community; (c) ensure, within existing resources, the continued participation of eminent persons and internationally renowned experts in these meetings and activities; (d) develop and expand the "Question of Palestine" website and the documents collection of the United Nations Information System on the Question of Palestine; (e) prepare and widely disseminate the publications pertaining to the question of Palestine listed in paragraph 81 of the 2018 annual report of the

20-01848 (E)    110220



Please recycle



Committee (A/73/35); (f) develop and enhance the annual training programme for staff of the Palestinian Government in contribution to Palestinian capacity-building efforts; (g) organize the annual observance of the International Day of Solidarity with the Palestinian People, including an annual exhibit or cultural event in cooperation with the Permanent Observer Mission of the State of Palestine to the United Nations; and (h) liaise and cooperate with civil society and parliamentarians, including through the Working Group of the Committee.

## II. Activities of the Committee and the Division for Palestinian Rights

4.     During 2020, on the basis of the renewal of the mandates of the Committee and the Division by the General Assembly in its resolutions 74/10 and 74/12, respectively, and the conclusions and recommendations listed in paragraphs 86–104 of the annual report of the Committee to the General Assembly (A/74/35), the Committee and the Division will focus on the activities detailed in subsections A–D below.

## A. Mobilization of the diplomatic community

5.     Throughout 2020, the Committee will focus its activities on diplomatic efforts and initiatives to support the achievement without delay of an end to the Israeli occupation that began in 1967 and of the two-State solution on the basis of the pre-1967 lines.

6.     Utilizing intergovernmental processes and engagement with permanent missions in New York and around the world, as well as international conferences and events involving Member States, civil society organizations and regional organizations, the Committee will continue to mobilize the international community to stay steadfast in its support for the inalienable rights of the Palestinian people.

**Action at United Nations Headquarters**

7.     The Committee, through its regular and special meetings, will continue to raise awareness of the situation relating to the question of Palestine. In the context of critical developments in the Occupied Palestinian Territory, including East Jerusalem, it will mobilize and take appropriate international action, including in the General Assembly and the Security Council. The Committee will also hold periodic briefings and events throughout 2020 at United Nations Headquarters in New York, in close consultation with United Nations entities, to inform Member States about the political, economic and social impact, including on women and girls, of the ongoing occupation.

8.     The Bureau of the Committee will continue to hold monthly meetings, in addition to consultations, with the permanent missions of Member and observer States, regional groups, Governments and intergovernmental organizations at Headquarters and abroad to encourage their active involvement in its programme of work, as well as to encourage a positive shift in their voting patterns in the United Nations intergovernmental bodies, such as the General Assembly. The exchanges are also intended to promote an enhanced understanding of the mandate and objectives of the Committee. Furthermore, with the support of the Government of India, the Bureau will undertake a visit to India in March 2020. It will also undertake a visit to the State of Palestine, when feasible and as early as possible, to hold meetings with key interlocutors to inform them about the role and mandate of the Committee and discuss ways in which the Committee could help in bringing about a peaceful resolution of the question of Palestine.

**International Day of Solidarity with the Palestinian People**

9.    In accordance with General Assembly resolution 32/40 B, the Committee will hold a special meeting and organize, in cooperation with the Permanent Observer Mission of the State of Palestine, a cultural event and/or an exhibit in observance of the International Day of Solidarity with the Palestinian People. Pursuant to Assembly resolution 74/12, in 2020, the special meeting of the Committee to mark the International Day of Solidarity with the Palestinian People will be held on 1 December 2020.

**Advocacy at regional and intergovernmental meetings**

10.    The Committee will continue to participate in relevant intergovernmental and other conferences and meetings, as necessary, including with regional and subregional organizations. The Committee considers such participation to be an important aspect of its work to promote international support for the inalienable rights of the Palestinian people.

11.    Pursuant to General Assembly resolution 74/10, the Committee invites all of its members, observer States and accredited organizations to plan national and regional activities on the issue of Palestinian rights and the question of Palestine, with a focus on efforts to convey solidarity with and support for the Palestinian people and support for international efforts to bring an end to the Israeli occupation without delay.

## B.  Raising awareness of the question of Palestine

12.    Through its activities, the Committee intends to continue to raise international awareness of the political, human rights and humanitarian developments on the ground, including those that constitute obstacles to meaningful negotiations and undermine the prospects for realizing a just solution. This will include highlighting the illegality of Israeli settlement activities in the West Bank, including East Jerusalem, and the legal obligation of third parties not to support or contribute to such breaches of international law by Israel. In this regard, the Committee will continue to prioritize the question of Jerusalem. The Committee will also seek to mobilize the broadest possible international support for the efforts of the State of Palestine to pursue and achieve the Sustainable Development Goals.

13.    The Committee will continue to facilitate up-to-date briefings by experts and exchanges of ideas on specific issues, including the situation of Palestinian women, at Committee meetings at Headquarters, during side events, international conferences and visits of Committee delegations and through publications and its website. It will also strive to organize events on the margins of the annual sessions of the Commission on the Status of Women.

14.    In so doing, the Committee will continue to explore additional formats other than international conferences, as appropriate, such as round tables, speaking tours and delegation visits. It will endeavour to organize its events in cooperation with interested intergovernmental organizations, such as the Organization of Islamic Cooperation and the League of Arab States, subregional organizations and national Governments, with due regard to cost-sharing arrangements. It will strive to achieve gender and geographical balance among invited experts and will encourage the active participation of Governments from all regional groups. The Committee, through its Bureau, will regularly assess the outcomes of the international meetings and conferences and will disseminate the practical recommendations emanating from conferences and meetings to the United Nations membership at large and systematically evaluate them, with a view to taking follow-up action, as appropriate.

The Bureau will reach out to other members and observers of the Committee and encourage them to join Committee delegations attending various events.

**Conferences and events in 2020**

15.   In 2020, the Committee intends to organize a number of events, including the following:

(a)   An international conference on the question of Palestine, on the theme "South-East Asian support for the rights of the Palestinian people", in Kuala Lumpur on 28 and 29 February 2020;

(b)   A United Nations forum on the question of Palestine at United Nations Headquarters on 2 April 2020;

(c)   Strategic communications workshop or workshops for officials of the State of Palestine (dates and location to be confirmed);

(d)   An international conference on the question of Palestine, on the theme "Palestinian women as agents for change: realizing Palestinian inalienable rights for an equal future" (dates and location to be confirmed);

(e)   An international conference on the question of Jerusalem in the third quarter of 2020 (location to be confirmed).

**Publications programme**

16.   The Committee considers the publications programme of the Division to be an important information and outreach activity, which contributes to raising awareness of various aspects of the question of Palestine, the role and efforts of the United Nations and the work of the Committee among the Member States of the General Assembly and broadly at the international level. The Division is requested to continue to monitor and disseminate information on developments relevant to the question of Palestine and to discharge its mandate by issuing, electronically and/or in print, the following publications:

(a)   Periodic or weekly reports on civil society initiatives related to the question of Palestine in its weekly bulletin *NGO Action News*;

(b)   A monthly bulletin on action by the United Nations system and intergovernmental organizations relevant to the question of Palestine;

(c)   An annual compilation of resolutions and decisions of the General Assembly, the Security Council and the Economic and Social Council relating to the question of Palestine;

(d)   An annual compilation of United Nations reports relevant to the question of Palestine;

(e)   Reports on international meetings and events held under the auspices of the Committee;

(f)   Committee newsletter on recent and upcoming activities;

(g)   Ad hoc studies and updates of existing studies on various aspects of the question of Palestine;

(h)   Information materials on the activities of the Committee, including through social media and on the "Question of Palestine" website.

17.   The Committee will ask the Division for Palestinian Rights to review the existing publications and make proposals on an ongoing basis for updating them.

**United Nations Information System on the Question of Palestine**

18.    The Committee requests the Division for Palestinian Rights to continue its work on the further development, expansion and updating of the "Question of Palestine" website, including the web-based United Nations Information System on the Question of Palestine. The Division will continue to ensure that the collection of United Nations and related documents in the System is comprehensive and up to date and that the visual appearance of the website, as well as accessibility of information and usability on mobile devices, is improved. The next stage of its redesign, to enhance the user interface to improve the user experience, is expected to be completed in 2020. The Division will continue to compile feedback from end users to guide this exercise. The Committee calls upon the Secretariat offices involved to extend their full support to the Division in this regard.

19.    To raise awareness about the situation on the ground and ensure an effective flow of information between the United Nations and civil society, the Division will continue, on behalf of the Committee, to develop its presence on social media platforms, including Facebook, Twitter and YouTube.

## C.    Cooperation with intergovernmental organizations, non-governmental organizations and United Nations system entities

20.    During 2020, the Committee will continue to invite prominent personalities and representatives of United Nations system entities and civil society organizations to its meetings at United Nations Headquarters to further enrich the substantive content and format of its deliberations.

**Intergovernmental organizations**

21.    The Committee will continue to cooperate on issues relevant to its mandate with the African Union, the Association of Southeast Asian Nations, the Caribbean Community, the European Union, the Organization of Islamic Cooperation, the League of Arab States and the Movement of Non-Aligned Countries. The Committee will also reach out to other organizations and regional groups at the United Nations. Representatives of such groups and organizations will be invited to support and participate in the Committee's programme of international meetings and conferences.

22.    The Committee will continue to invite civil society organizations, including youth and women's groups and refugee representatives, to relevant international meetings and conferences to enhance dialogue, increase their engagement for a just solution to the conflict, and strengthen solidarity with the Palestinian people.

**Non-governmental organizations**

23.    In recognition of the important contribution of Palestinian, Israeli and other civil society organizations, strengthening cooperation with civil society is an overarching objective for the Committee. Through its engagement with civil society, the Committee seeks to mobilize international solidarity and support for the Palestinian people and to encourage civil society partners to work with their national Governments, parliamentarians and other institutions to promote Palestinian rights and a just and peaceful solution to the conflict.

24.    In 2020, the Committee intends to organize activities, including the following, in cooperation with Palestinian, Israeli and other civil society organizations worldwide:

(a)    Meetings and consultations with civil society organizations in conjunction with or on the margins of international meetings and conferences held under the auspices of the Committee;

(b)    Participation of representatives of the Committee and the Division for Palestinian Rights, as the secretariat of the Committee, in relevant events on the question of Palestine organized by civil society organizations worldwide;

(c)    Periodic open briefings by representatives of Palestinian, Israeli and international civil society on the situation on the ground and their work in support of a peaceful solution, held at United Nations Headquarters, including on the margins of major United Nations events.

### Parliaments and inter-parliamentary organizations

25.    The Committee firmly believes that national parliaments and interparliamentary organizations play an important role in shaping public opinion, formulating policy guidelines and influencing government positions and actions upholding international legitimacy in support of a comprehensive, just and lasting settlement of the question of Palestine. To that end, the Committee will continue to involve parliamentarians and representatives of interparliamentary organizations in international conferences, meetings organized under its auspices and delegation visits and will work to organize joint events with interested interparliamentary organizations.

### United Nations system entities

26.    The Committee will continue to support organizations and entities of the United Nations system in their work aimed at assisting and developing the institutional capacity of the Palestinian people, in various fields, and the advancement of a comprehensive, just and lasting settlement of the question of Palestine.

## D.   Capacity-building programme for staff of the Government of the State of Palestine

27.    The Committee considers that, in the light of the importance and usefulness of its capacity-building programme for staff of the Government of the State of Palestine, as mandated by the General Assembly, it should continue to develop the programme, inter alia, with a view to supporting the Government of the State of Palestine in its efforts to establish more efficient, accountable and transparent institutions and to implement the 2030 Agenda for Sustainable Development.

28.    The Committee intends to adjust and enhance the capacity-building programme in the context of the framework of South-South and triangular cooperation and in line with the priorities of the State of Palestine as identified in the capacity-building needs assessment mission undertaken by the Division to the State of Palestine in 2018 and 2019. Building the capacity of Palestinian civil servants in the area of strategic communications and diplomatic protocol will be a top priority in 2020.

29.    The Committee continues to believe that, in selecting candidates for its capacity-building and training programme, special consideration should be given to the relevance of the job functions of the candidates to the proposed training, and to promoting broad participation across institutions of the State of Palestine, including those in Gaza. In line with past practice, the programme will be coordinated with other United Nations entities to avoid overlap and oversaturation and will be committed to achieving gender balance. Training sessions should be held not only at United Nations Headquarters but also at other locations, including in the State of Palestine, to enhance participation and optimize the use of available funding. Building

the capacity of Palestinian officials to report under the human rights instruments to which the State of Palestine has acceded will be another priority.

30.    The Committee notes the lengthy delays in obtaining United States of America visas for participants in the annual capacity-building programme for Palestinian officials at United Nations Headquarters. In this regard, the Committee solicits the cooperation of the Government of the United States for future programmes, bearing in mind the host country agreement, and requests the Division for Palestinian Rights to continue the programme during 2020.

## III.   Continuing review and assessment

31.    The Committee will continue to review and assess its programme of work in the light of the situation on the ground and forthcoming political developments and will make adjustments, as necessary. It will actively apply lessons learned and follow best practices.

32.    In 2019, the Division conducted an assessment of the New York segment of the capacity-building programme to evaluate its impact and optimize the use of resources in the future. Results of the assessment revealed that the capacity-building programme had had a 55 per cent success rate since its inception in 1996, as measured by the relevance of the participants' job functions to the subject matter of the training. The Committee requests the Division to strictly adhere to established candidate selection guidelines to ensure a higher success rate. The Division will continue to assess the impact of the capacity-building programme and make proposals to revitalize the programme.

33.    Mindful of budgetary constraints, the Committee will endeavour to organize its events in partnership with interested United Nations entities, intergovernmental organizations and national Governments, giving preference to cost-sharing arrangements. It will invite the Division for Palestinian Rights to streamline documentation, including through the practice of using paper-smart approaches, at Headquarters and other locations, where applicable. The Committee will mobilize social media and bloggers to promote global coverage and interaction of its activities and events in a cost-effective way. It will strive to achieve gender and geographical balance among invited experts and will encourage the active participation of Governments from all regional groups. The Committee, through its Bureau, will regularly assess the outcomes of its activities and events, boost media exposure, attendance and interaction and, where required, decide on steps to be taken to enhance the contributions of those activities to the mandated goals of the Committee.

———————