# Exhibit A

# Exhibit 1:

# Redacted

Dr. Riyad Mansour
July 08, 2021

```
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
                       -  -  -
SHABTAI SCOTT SHATSKY,    ) Case No. 18-Civ. 12355
individually and as       )
personal representative   )
of the Estate of Keren    ) VIRTUAL VIDEOTAPED
Shatsky, J ANNE           ) DEPOSITION OF DR. RIYAD
SHATSKY, individually     ) MANSOUR
and as personal           )
representative of the     )
Estate of Keren           )
Shatsky, TZIPPORA         )
SHATSKY SCHWARZ, YOSEPH   )
SHATSKY, SARA SHATSKY     )
TZIMMERMAN, MIRIAM        )
SHATSKY, DAVID RAPHAEL    )
SHATSKY, GINETTE LANDO    )
THALER, individually      )
and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

        Plaintiffs,


        against
```

Dr. Riyad Mansour
July 08, 2021

1    THE PALESTINE
     LIBERATION ORGANIZATION
2    and THE PALESTINIAN
     AUTHORITY (a/k/a "The
3    Palestinian Interim
     Self-Government
4    Authority" and/or "The
     Palestinian National
5    Authority"),

6

             Defendants.

7

8

9

10                                  -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Dr. Riyad Mansour
July 08, 2021

1           VIRTUAL VIDEOTAPED DEPOSITION OF DR.

2     RIYAD MANSOUR, a witness herein, called by the

3     Plaintiffs, for examination, taken pursuant to

4     the Federal Rules of Civil Procedure, by and

5     before Karen A. Nickel, a Certified Realtime

6     Reporter and a notary public in and for the

7     Commonwealth of Pennsylvania, held remotely

8     with all parties appearing from their

9     respective locations, on Thursday, July 8,

10    2021, at 9:30 a.m.

11    COUNSEL PRESENT:

12
      For the Plaintiffs:
13    Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
      Cohen & Gresser, LLP
14    2001 Pennsylvania Avenue, NW
      Suite 300
15    Washington, DC 20006

16    Stephen M. Sinaiko, Esq.
      Cohen & Gresser, LLP
17    800 Third Avenue
      New York, NY 10022

18
      For the Defendants:
19    Mitchell R. Berger, Esq.
      Joseph Alonzo, Esq.
20    Salim Kaddoura, Esq.
      Squire Patton Boggs
21    2550 M Street NW
      Washington, DC 20037

22
      Also Present:  Cosette Vincent
23                   Eszter Vincze

24

25

Dr. Riyad Mansour
July 08, 2021

1
- - -
I N D E X

2
WITNESS                                    PAGE

3
Dr. Mansour

4
        By Mr. Wick                         6

5

6
E X H I B I T S

7

8
NUMBER          DESCRIPTION              PAGE

9
Exhibit 1     Notice of Deposition      20
Exhibit 2     Personnel of the Permanent
10            Observer Mission           20
Exhibit 3     Calendar Entries           31
11
Exhibit 4     Privilege Log              39
Exhibit 5     Facebook Page              50
12
Exhibit 6     Video                      84
Exhibit 7     ADC Appearance             91
13
Exhibit 8     Beit Sahour Convention     94
Exhibit 9     Seton Hall Appearance      98
14
Exhibit 10    Bridgewater Appearance    106
Exhibit 11    Morning Joe Interview     111
15
Exhibit 12    Al Jazeera Interview      113
Exhibit 13    Diplomatic Corp Law       134
16
Exhibit 14    Responses and Objections  167
Exhibit 15    List of Organizations     186

17

18

19

20

21

22

23

24

25

Dr. Riyad Mansour
July 08, 2021

```
 1              P R O C E E D I N G S
 2                  THE VIDEOGRAPHER:   Good
 3     morning, everyone.  We are now on the record.
 4     Participants should be aware that this
 5     proceeding is being recorded and, as such, all
 6     conversations held will be recorded unless
 7     there is a request and agreement to go off the
 8     record.
 9              This is the remote video-recorded
10     deposition of Riyad Mansour.  Today is
11     Thursday, July 8, 2021.  The time is now 13:32
12     UTC time.
13              We are here in the matter of Shatsky
14     versus PLO.  My name is Corey Wainaina, remote
15     video technician on behalf of US Legal Support
16     located at 90 Broad Street, New York, New York.
17              I am not related to any party in
18     this action, nor am I financially interested in
19     the outcome.  At this time, will the reporter,
20     Karen Nickel, on behalf of US Legal Support,
21     please enter the statement for remote
22     proceedings into the record?
23                  THE REPORTER:  The attorneys
24     participating in this deposition acknowledge
25     that I am not physically present in the
```

Dr. Riyad Mansour
July 08, 2021

1    deposition room and that I will be reporting

2    this deposition remotely.

3            They further acknowledge that, in

4    lieu of an oath administered in person, the

5    witness will verbally declare his testimony in

6    this matter is under penalty of perjury.

7            The parties and their counsel

8    consent to this arrangement and waive any

9    objections to this manner of reporting.  Please

10   indicate your agreement by stating your name

11   and your agreement on the record.

12            MR. WICK:  This is Ron Wick,

13   Cohen and Gresser, for the Plaintiffs, and the

14   Plaintiffs agree.

15            MR. BERGER:  This is Mitchell

16   Berger for the Defendants, we agree.

17          DR. RIYAD MANSOUR, a witness herein,

18   having been first duly sworn, was examined and

19   testified as follows:

20                    EXAMINATION

21   BY MR. WICK:

22        Q.    Good morning, Dr. Mansour.

23        A.    Hi.

24        Q.    I thank you for coming today.

25        A.    Welcome.

Dr. Riyad Mansour
July 08, 2021

1          Q.    My name is Ron Wick.  I represent

2    Plaintiffs in this lawsuit.  And let me just

3    ask you off the bat, have you had your

4    deposition taken before?

5          A.    Yes.

6          Q.    Okay.  So you are somewhat familiar

7    with the process but let's just -- I'm going to

8    ask you some questions, of course, but before I

9    do that, I want to go over the process with you

10   so that we are all on the same page.  Is that

11   all right?

12         A.    Okay.

13         Q.    The court reporter will be

14   transcribing everything we say today, so to

15   make sure that the record is accurate, and

16   especially since this deposition is taking

17   place by a video conference, it is important

18   that we not speak over each other, so that only

19   one person speaks at a time.

20               I would ask that you please wait

21   until I finish my questions before you start to

22   answer them, and I will do my very best to wait

23   until you finish your answer before I ask

24   another question.

25               Fair enough?

A. I will do my best. Thank you.
Q. Okay. It is also important that you respond to my questions verbally. For example, if you shake or nod your head, the court reporter cannot transcribe that answer.
A. I understand.
Q. If you don't understand a question, please let me know, I will try to rephrase it for you. If you do answer a question, I will assume that you understood. Okay?
A. Okay.
Q. Your counsel, Mr. Berger, undoubtedly will object to some of my questions. Unless your counsel instructs you not to answer the question, you should go ahead and answer my question even though there was an objection. Is that understood?
A. Yes.
Q. We will be taking periodic breaks through the deposition. If at any point you need a break, please let me or Mr. Berger know. I will do my best to accommodate your request.
The only thing I ask of you is that, if a question is pending, I would ask you answer that question first before we take a

Dr. Riyad Mansour
July 08, 2021

1    break.  All right?

2         A.    I understand.

3         Q.    Are you taking any medication today

4    that would prevent you from answering my

5    questions fully and accurately?

6         A.    No.

7         Q.    Is there any other reason that you

8    can think of as to why you would not be able to

9    answer my questions today fully and accurately?

10        A.    No.

11        Q.    Just a few terms I want to go over

12   that I will be using during the course of the

13   deposition and I want to make sure that we are

14   all on the same page.

15             I will be referring, from time to

16   time, to the PA, and by that I mean the

17   Palestinian Authority; is that okay?

18        A.    Okay.

19        Q.    And I will use the term PLO to refer

20   to the Palestine Liberation Organization;

21   understood?

22        A.    Yes.

23        Q.    And I may use the shorthand term

24   Observer Mission, by which I mean the Permanent

25   Observer Mission of the State of Palestine to

Dr. Riyad Mansour
July 08, 2021

1    the United Nations; is that all right?

2         A.    It is okay.

3         Q.    Okay.  If we could go to the first

4    tab.  I'm going to show you a document,

5    Mr. Mansour.

6         A.    Okay.

7                   THE VIDEOGRAPHER:   Counsel,

8    would you like to see the document and the

9    witness for the video record?

10                   MR. WICK:  Yes, please.

11                   THE VIDEOGRAPHER:   Okay.

12   BY MR. WICK:

13        Q.    Dr. Mansour, I'm showing you a copy

14   of a Notice that the Plaintiffs in this action,

15   my clients, sent to your counsel regarding your

16   deposition today.  Have you seen a copy of this

17   Notice?

18        A.    No.

19        Q.    I'm sorry?

20        A.    No.

21        Q.    You have not seen a copy?

22        A.    Except now in front of me.

23        Q.    Okay.  How did you learn that you

24   were being asked to testify at a deposition

25   today?

Dr. Riyad Mansour
July 08, 2021

```
1          A.    By my lawyer.

2          Q.    I don't want you to tell me anything

3    that you talked about in that regard with your

4    lawyer.  Is it your understanding that you are

5    testifying today pursuant to this Notice of

6    Deposition?

7          A.    Yes.

8          Q.    Did you do anything to prepare for

9    your deposition?

10         A.    Yes.

11         Q.    What did you do?

12         A.    Met with my lawyer.

13         Q.    And was anybody else present when

14   you met with your lawyer?

15         A.    No.

16         Q.    Did you meet with anybody other than

17   your lawyer to prepare for your deposition?

18         A.    No.

19         Q.    And did you review any documents in

20   preparing for your deposition?

21         A.    I believe that I have seen

22   documents, I understood from my lawyer, that

23   have been provided to you, basically, about my

24   schedule.

25         Q.    So you reviewed the calendar
```

Dr. Riyad Mansour
July 08, 2021

1    documents that were provided to us?

2         A.    Yes.

3         Q.    Do you -- to the best of your

4    recollection, did you review any other

5    documents in preparation for your deposition

6    today?

7         A.    No.

8         Q.    And when you said you met with your

9    lawyer to prepare for your deposition, are you

10   referring to Mr. Berger?

11        A.    Yes.

12        Q.    Did you meet with any other lawyers?

13        A.    Early in the process, yes, but the

14   -- for this deposition is with Mitch.

15        Q.    By "early in the process," do you

16   mean at the beginning of the lawsuit?

17        A.    No.  When we were approached to make

18   deposition.

19        Q.    And, approximately, how long ago was

20   that?

21        A.    A month, month and a half ago.

22        Q.    And at that time, who did you meet

23   with?

24        A.    I think Mitch can -- I don't

25   remember the names, Mitch can remember them.

Dr. Riyad Mansour
July 08, 2021

1      One, Baloul, I think, I believe, his last name.

2      The other one I don't remember.

3              Q.     Mr. Baloul?

4              A.     Yes.

5              Q.     And there was another attorney as

6      well?

7              A.     Yes.

8              Q.     Was it Mr. Alonzo?

9              A.     I don't remember the name.

10             Q.     Fair enough.  And when you reviewed

11     your calendar entries that were provided to us

12     in preparing for your deposition, did those

13     documents refresh your memory at all as to any

14     events?

15             A.     Yes.

16             Q.     Specifically, did they refresh your

17     memory as to the events in question on the

18     calendar?

19             A.     Calendar is very basic as to

20     hundreds of meetings.  So it refreshed my

21     memory as to which meeting, with whom, so that

22     I remember, you know, these sort of -- to

23     refresh my memory about these things, yes.

24             Q.     And did you bring any documents with

25     you to the deposition today?

Dr. Riyad Mansour
July 08, 2021

```
 1        A.    No.  Other than the two documents

 2   that I have here.

 3        Q.    What are the two documents that you

 4   have there?

 5        A.    These two documents.  This one, this

 6   one.

 7        Q.    Okay.  It appears to me that you are

 8   showing me the copy of your calendar entries

 9   and a copy of the Defendants' revised privilege

10   log?

11        A.    Yes.

12        Q.    Is that correct?

13        A.    Yes.

14        Q.    Okay.  I would like to just step

15   back for just a moment and do a quick

16   housekeeping measure.  I understand that

17   Ms. Nickel is in Pennsylvania.  Dr. Mansour,

18   where are you today?

19        A.    In my office in New York, 115 East

20   65th Street, New York, New York.

21        Q.    So you are in the Observer Mission

22   building?

23        A.    Yes.

24                MR. WICK:  I just want to be

25   clear that we are all in agreement, per Rule 29
```

Dr. Riyad Mansour
July 08, 2021

1    of the Federal Rules of Civil Procedure, that

2    Ms. Nickel is an appropriate officer before

3    whom today's deposition can be taken.

4              Are we in agreement on that,

5    Mr. Berger?

6              MR. BERGER:  Yes.  So

7    stipulated.

8              MR. WICK:  Thank you.

9    BY MR. WICK:

10       Q.   Dr. Mansour, you indicated earlier

11   that you had had your deposition taken before.

12   On how many occasions have you had your

13   deposition taken previously?

14       A.   I remember one about 20 some years

15   ago.

16       Q.   And do you recall what that case was

17   about?

18       A.   Yes.  It was a case of Palestinian-

19   American businessman, and the case, I believe

20   he -- a case of undocumented alien --

21              THE COURT REPORTER:  I'm

22   having a little bit of trouble hearing the

23   witness.  He's cutting out a little bit and I

24   did not hear the end.

25              THE WITNESS:  Can you hear me

Dr. Riyad Mansour
July 08, 2021

1    now?

2                    THE COURT REPORTER:  Yes.

3                    THE WITNESS:  I said that,

4    yes, I appeared in a case about 20 years ago in

5    Orlando, Florida, a case of a Palestinian-

6    American businessman accused of employing

7    undocumented aliens in his business.

8    BY MR. WICK:

9         Q.   Were you a party to that case, a

10   Plaintiff or Defendant?

11        A.   I was not a party, but I was

12   organizing the legal counsel for that

13   Defendant.

14        Q.   I'm sorry, I didn't understand your

15   answer.  Could you please repeat that?

16        A.   I said I was organizing a legal

17   counsel in the defense of the Defendant.

18        Q.   You were organizing legal counsel in

19   the defense?

20        A.   Yes.

21        Q.   Why was that?

22        A.   Because he was a friend and part

23   owner of the company that I worked for.

24        Q.   And which company was that?

25                    MR. BERGER:  This is focused

Dr. Riyad Mansour
July 08, 2021

1    on jurisdictional predicates, and I don't see

2    what his prior deposition testimony has to do

3    with anything.

4              MR. WICK:  I think this is

5    basic background questioning, Mitch.  I don't

6    plan to spend a lot of time on it.

7              MR. BERGER:  You can answer.

8              THE WITNESS:  It is Interim

9    Investment Commercial Company in Orlando,

10   Florida.

11   BY MR. WICK:

12        Q.    Interim investment company?

13        A.    Yes.

14        Q.    Okay.  And have you previously

15   testified in court?

16        A.    Yes, I testified during the

17   course -- the prosecutor wanted me to testify,

18   and I did.

19        Q.    And that was in the same case where

20   you gave your deposition?

21        A.    It wasn't a deposition.  I don't

22   know if there is a difference between

23   deposition and testifying, but I did that in

24   that case.

25        Q.    Okay.  Were you in a courtroom?

Dr. Riyad Mansour
July 08, 2021

1        A.    Yes.

2        Q.    Okay.  Other than that occasion

3   where you testified in the case involving

4   interim investment --

5        A.    I don't recall.

6        Q.    Have you ever -- do you recall ever

7   testifying under oath?

8        A.    I don't recall.

9        Q.    Fair enough.  Dr. Mansour, are you a

10  U.S. citizen?

11       A.    Yes.

12       Q.    Are you a naturalized U.S. citizen?

13       A.    Yes.

14       Q.    And where do you currently live?

15       A.    ███████████████████████████

16  ██████

17  █████████████████████████

18  ████████████

19       A.    ████

20       Q.    ████████████████████████████

21  █████████████████████████████

22  ████████████

23       A.    ██████████████████████

24  ████

25       Q.    Understood.  ████████████████

Dr. Riyad Mansour
July 08, 2021



1 ████████████████████████████████

2 █████████████████████

3      A.   ███

4      Q.   ████████████████████

5      A.   ████████

6      Q.   █████████

7      A.   ██████████████████████

8 ████████████

9      Q.   ██████████████████████

10 ████████████████████

11      A.   ███.

12      Q.   ██████████████████████

13 ████

14      A.   ███

15      Q.   █████████████

16      A.   ████████████████

17 ████████████████████

18 ██████

19      Q.   Does she work for the Observer

20 Mission?

21      A.   Yes.

22      Q.   I'm going to spell the name.  Is it

23 first name A-L-M-A-Z, last name

24 J-O-U-D-E-E-T-A?

25      A.   If you have it in a document, I

Dr. Riyad Mansour
July 08, 2021

1    think you are correct.

2                    (Deposition Exhibit Nos. 1 and

3    2 were marked for identification.)

4    BY MR. WICK:

5        Q.    Dr. Mansour, I'm showing you Exhibit

6    2, which is a list provided by your counsel of

7    what we understand to be personnel of the

8    Observer Mission since January 4, 2020.  And I

9    would ask you to look at that document and ███

10   ████████████████████████████████████████

11   █████████████████████████████████████

12   ██████████████████████

13        A.    ██████████████████

14        Q.    ███████████████

15        A.    ██████

16        Q.    ██████████████

17   ███████████████████████████████████████████

18   ███

19              ███████████████████████████

20   ████████████████████████████████████████████

21   ███

22        A.    ██████

23        Q.    ██████████████████████████

24              ██████████████████████████

25   █████████████████████████████████

Dr. Riyad Mansour
July 08, 2021



1

2    A.

3    Q.

4

5    A.

6    Q.

7

8

9    A.

10   Q.

11

12

13   A.

14

15   Q.

16   A.

17   Q.

18   A.

19   Q.    Okay.  And who pays Ms. Joudeeta?

20   A.    The Mission.

21   Q.    The Observer Mission?

22   A.    Yes.

23   Q.

24

25

Dr. Riyad Mansour
July 08, 2021



| | | |
|---|---|---|
| 1 | A. | ▇▇▇ |
| 2 | Q. | ▇▇▇▇▇▇▇▇ |
| 3 | ▇▇▇▇ | |
| 4 | A. | ▇▇▇▇▇▇▇ |
| 5 | ▇▇▇▇▇▇ | |
| 6 | Q. | Understood. ▇▇▇▇▇ |
| 7 | ▇▇▇▇ | |
| 8 | A. | ▇▇▇▇▇▇▇ |
| 9 | ▇▇▇▇▇ | |
| 10 | Q. | ▇▇▇▇▇▇▇▇ |
| 11 | ▇ | |
| 12 | A. | ▇▇▇ |
| 13 | Q. | ▇▇▇▇▇▇▇▇ |
| 14 | ▇▇▇▇ | |
| 15 | A. | ▇▇▇▇▇▇▇ |
| 16 | ▇▇▇▇▇▇▇ | |
| 17 | Q. | ▇▇▇▇▇▇ |
| 18 | ▇▇▇▇▇▇ | |
| 19 | A. | ▇ |
| 20 | Q. | ▇▇▇▇▇ |
| 21 | A. | ▇ |
| 22 | Q. | ▇▇▇▇▇ |
| 23 | ▇▇▇▇▇▇▇▇ | |
| 24 | ▇ | |
| 25 | A. | ▇ |

Dr. Riyad Mansour
July 08, 2021



Dr. Riyad Mansour
July 08, 2021



Dr. Riyad Mansour
July 08, 2021

```
 1     ████████

 2        Q.    ████████████████████████

 3     ██████████████████████████████████

 4     █████████████████████████████

 5     ████████

 6        A.    ████████████████████████

 7     ███

 8        Q.    ██████████████████████████

 9     ██████████████████████████████

10     ███████████████████

11        A.    ████

12        Q.    ██████████████████████████

13     ████████████████████████████

14        A.    ██████████████████████████

15     ██████████████████████████████

16     ██████████████████████████████

17     ███████████████████████████████

18     ███████████████████████████████

19     ████████████

20        Q.    ██████████████████████████

21     ████████

22        A.    ████

23        Q.    Who owns the Observer Mission

24     building?

25        A.    The Mission.
```

Dr. Riyad Mansour
July 08, 2021

```
 1          Q.     And who pays the expenses for the
 2     building?
 3          A.     The Mission.
 4          Q.     And where does the Mission obtain
 5     the funding to pay for the building?
 6          A.     From the State of Palestine.
 7          Q.     And by the "State of Palestine," are
 8     you referring to the PA?
 9          A.     The State of Palestine, I am
10     referring to the State of Palestine.  This is
11     the Observer Mission of the State of Palestine
12     of the UN, and I am Ambassador Observer of --
13                      THE COURT REPORTER:  I'm
14     sorry, the witness is cutting out again.
15                      THE WITNESS:  I said I am the
16     Ambassador Observer of the State of Palestine
17     for the United Nations.
18     BY MR. WICK:
19          Q.     What is your relationship between
20     the State of Palestine and the PA?
21          A.     PA was formed by Palestine
22     Liberation Organization.  Palestine Liberation
23     Organization is political party that is part of
24     the State of Palestine.
25          Q.     I think that I and perhaps the
```

Dr. Riyad Mansour
July 08, 2021

1   reporter may have missed the first part of your

2   answer regarding the Palestinian Authority.  So

3   I'm going to ask the question again because you

4   are cutting out in your response from time to

5   time.

6           What is the relationship between the

7   Palestinian Authority and the State of

8   Palestine?

9       A.    Palestinian National Authority,

10  referred to it as the PA, was established by

11  the Palestine Liberation Organization as a

12  result of the Oslo agreement.  Palestine

13  Liberation Organization is the umbrella from --

14  encompassing all political parties in

15  Palestine, those who are in the PLO, and the

16  State of Palestine is encompassing all these

17  things, including those who are not in the PLO.

18  It is like any other country.

19      Q.    ███████████████████████████████

20  ████████████████████████

21      A.    ███████████████

22      Q.    ████████████████████████████

23      A.    ████

24      Q.    ████████████████████████████████

25  ███████████████████████████████

Dr. Riyad Mansour
July 08, 2021

1      ███████████████

2           A.    ████████████████████████

3      ██████████████████████████████████████████

4           Q.    ████████████████████████

5      ████████

6           A.    ██████████████████████████

7      ████

8           Q.    █████████████████████

9      █████████████████████████

10          A.    ██████

11          Q.    Do you have any other residences in

12     the United States?

13          A.    I have a personal house in Orlando,

14     Florida.

15          Q.    And does the Observer Mission pay

16     any expenses for your house in Florida?

17          A.    No.

18          Q.    Does the PLO pay any expenses for

19     your house in Florida?

20          A.    No.

21          Q.    Does the PA pay any expenses for

22     your house in Florida?

23          A.    No.

24          Q.    Have you resided at any other

25     properties in the United States since January

Dr. Riyad Mansour
July 08, 2021

1    4, 2020?

2        A.    What do you mean by "resided"?

3        Q.    Lived.

4        A.    Visited, yes.

5        Q.    But there are no other -- but there

6    are no other homes where you have lived during

7    that time period?

8        A.    No other home that I lived.

9    Visited, yes.

10       Q.    By "visited," you mean visiting as a

11   guest in somebody else's home?

12       A.    Yes.

13       Q.    I'm not asking about that.  That's

14   fine.

15                  ███████████████████

16   ████████████████████████████████████████████

17   ██████████████████████████████████

18   ███████

19       A.    █████████████████████████

20   ██████

21       Q.    ████████████████████

22             ███████████████████

23   █████████████████████████████

24   ███████████████████, ██████████████████

25   ███████████████████████

Dr. Riyad Mansour
July 08, 2021

```
1        A.        ███████████████████████████

2   ████████████████████████████████

3                THE COURT REPORTER:  I'm

4   sorry, of your what?

5                THE WITNESS:  ██████████████

6   ████████████████████████████████████████

7   ████████████████████████████████████████

8   ██████

9   BY MR. WICK:

10       Q.        ██████████████████████████

11  █████████████████████

12       A.        ██████████████████████████

13  ██████████████████████████████████

14  ████████████████████████████████████████

15  ████████████████████████████████████

16  ████████████████████████████████████████

17  ███████████████████████████████████

18  ███████████████████████████

19       Q.    Does the Observer Mission provide

20  you with a car?

21       A.        ██████████████████████████

22       Q.        ██████████████████████████

23  ████████████████

24       A.        ████████████████████████

25  ████████████████████████████████████████
```

Dr. Riyad Mansour
July 08, 2021

1    ████████████████████████████████████████████

2    ████████████████████████████████████████

3    ████████████████.

4         Q.    ██████████████████████████████████

5    ███████████████

6         A.    ██████

7         █████████████████████████████████

█████████████████████████████████████████████████

██████████████

10        Q.    Bear with me here just a moment,

11   please.

12              Let's go to Tab 3.  I'm going to

13   show you a document, Dr. Mansour, that I would

14   like to have marked as Exhibit 3.

15              (Deposition Exhibit No. 3 was

16   marked for identification.)

17   BY MR. WICK:

18        Q.    This document is numbered

19   Shatsky-JD00545, it's six pages, through

20   Shatsky-JD00550.

21        Dr. Mansour, is this the document

22   that you showed me earlier that you have with

23   you reflecting your calendar entries?

24        A.    I believe so, yes.

25        Q.    And to the best of your knowledge,

Dr. Riyad Mansour
July 08, 2021

1              MR. BERGER:  Ron, I really

2     don't know what you mean by "the general

3     nature."  You have asked a question about

4     whether something is a staff meeting.  That is

5     perfectly acceptable to us.  If you are asking

6     about what the topics were that were discussed

7     at the staff meeting, that is covered by

8     functional immunity.

9     BY MR. WICK:

10         Q.    I'm going move down to the, about

11    two-thirds of the way down that first page,

12    there is an entry dated February 2, 2020 and

13    the subject line is interactions with civil

14    society organization Beit Hanina Cultural

15    Center Brooklyn on UN topics.  Do you see that

16    entry?

17         A.    Yes.

18         Q.    Where did that event take place?

19         A.    In Brooklyn.

20         Q.    I apologize if I am mispronouncing

21    this.  What is the Beit Hanina Cultural Center?

22         A.    Civil society organization.

23         Q.    What do you mean by a civil society

24    organization?

25         A.    It is a civil society organization

Dr. Riyad Mansour
July 08, 2021

1      of the community, Palestinian-Americans, who

2      were originally from Beit Hanina, which is a

3      neighborhood in Jerusalem, who are residing in

4      Brooklyn.

5           Q.    And what is the purpose of the

6      organization?

7           A.    I don't really know.  You have to

8      ask, you know, the organizers of this

9      organization.  They are better qualified --

10          Q.    To your knowledge, does the Beit

11     Hanina Cultural Center have any connection to

12     the United Nations?

13          A.    So the work of the United Nations,

14     many people might not know that it is not only

15     diplomats, it is diplomats' involvement of

16     civil society organization, involvement of the

17     media, involvement of the missions, involvement

18     of parliamentarians, involvement of so many

19     sectors of different societies, because the way

20     the UN operates, it invites so many different

21     representations of different societies and

22     countries that participate in the decision

23     making process.

24               So, therefore, there are hundreds,

25     maybe more than hundreds, civil society

Dr. Riyad Mansour
July 08, 2021

1    organizations that are accredited to the United

2    Nations or --

3                        THE COURT REPORTER:   Excuse

4    me, please.

5                  The videographer, is there some way

6    of correcting the audio between the witness and

7    Mr. Berger because I'm having trouble with the

8    witness cutting out and then Mr. Berger, when

9    he speaks, there is a lot of echoing on my end.

10                       THE VIDEOGRAPHER:   We are now

11   off the record.  The time is 14:31 UTC time.

12                       (Discussion held off the

13   record.)

14                       THE VIDEOGRAPHER:   We are

15   back on the record.  The time is 14:36 UTC

16   time.

17   BY MR. WICK:

18       Q.   Dr. Mansour, before we had to go off

19   the record, you were in the middle of an answer

20   to my question.  I had asked you whether the

21   Beit Hanina Cultural Center had any connection

22   to the United Nations and you were explaining

23   that the United Nations involves multiple

24   organizations.

25                  Is there anything more that you

Dr. Riyad Mansour
July 08, 2021

1    wanted to say?

2         A.    No.   Just, basically, I was saying

3    the nature of work at the United Nations, it is

4    so encompassing and exclusive that it allows

5    for participation in the decisionmaking process

6    to so many different players; representatives

7    of countries, representatives of multicultural

8    organizations, civil society organizations,

9    media, parliamentarians, all components of

10   society because the agenda of the UN, it

11   involves humanity in so many different ways.

12             I will give an example.  For

13   example, when we debate climate change, that is

14   not only the domain of diplomats, it is civil

15   society admissions, activists, private sectors,

16   all of them, they have a stake on this issue.

17             And the UN and the Secretary General

18   and the General Assembly invite all those to

19   contribute to that collective effort of all of

20   us of how we view these issues and what we

21   legislate.

22             So, therefore, everybody has

23   something to contribute.  So in this example,

24   this civil society organization, the

25   Palestinian-Americans, they feel that they have

Dr. Riyad Mansour
July 08, 2021

1    a role to influence those who are dealing with

2    the question of Palestine at the UN with

3    whatever they have in their mind.

4         Q.    Does the Beit Hanina Cultural Center

5    have any accreditation from the United Nations?

6         A.    As far as I know, I don't really

7    know.  They may, they may not.  I will just

8    give an example.  There are hundreds who are

9    accredited civil society organizations.  Some

10   of them are Palestinian, some of them are

11   Palestinian-American.  Many of them are

12   Jewish-American organization or Israeli

13   organization.

14         Some of them, they go through the

15   scrutiny of the Social and Economic Council to

16   approve them as accredited civil society

17   organization, who may be on the Exercise of the

18   Inalienable Rights has its own mechanism of

19   accrediting civil society organization, and

20   there are hundreds of them that are accredited

21   by that group.  I am just giving you an example

22   how things are at the United Nations, not only

23   diplomats operating in a vacuum.  We operate

24   within the dynamics of what is happening, all

25   of us.

Dr. Riyad Mansour
July 08, 2021

1          Q.    I understand that.  To be clear, you

2     don't know whether the Beit Hanina Cultural

3     Center is accredited by the United Nations;

4     correct?

5          A.    I don't know.

6          Q.    And what does it mean for a civil

7     society organization to be accredited by the

8     United Nations?

9          A.    To be invited --

10               THE COURT REPORTER:  I'm

11     sorry, I did not hear the ending.

12               THE WITNESS:  To be

13     accredited, to be invited to events.  For

14     example, if you are an accredited women

15     organization, there are so many conferences and

16     events related to the rights of women.  So then

17     if you are accredited, you will be invited, you

18     will listen to debates, you can contribute to

19     debates, you can lobby for certain kind of

20     resolutions and you are allowed to vote on

21     these things, as an example.

22               MR. WICK:  Let me put up Tab

23     16, please.  I am going to ask that this

24     document be marked as next in order, I believe

25     Exhibit 5.

Dr. Riyad Mansour
July 08, 2021

```
1    Nations, you will see big signs on the wall of

2    the United Nations for the public to see how

3    plastic is bad and eliminate plastic from use.

4         Q.    So if you speak to an organization

5    at a non-public event about the use of

6    plastics, you would consider that part of your

7    organization's functional immunity?

8         A.    If they invite me on my capacity as

9    Permanent Observer, Ambassador of the State of

10   Palestine, and in my capacity as a previous

11   chair of the Group of 77 and China, speak about

12   plastic and its negative effect on our

13   environment, that is within my exclusive domain

14   in exercising my authority as observership

15   activities as the Observer of the --

16        Q.    Let's go to the next page, please.

17   On the next page, there is, about a third of

18   the way down, there's an entry dated March 26,

19   2021, interactions with civil society

20   organization ████████████ on UN topics.

21             Do you see that?

22        A.    March 20 what?

23        Q.    6.

24        A.    26.  Yes.

25        Q.    And where did that event take place?
```

Dr. Riyad Mansour
July 08, 2021

1       A.    It was virtual for ███████████████
2  ████████████████

3       Q.   ████████████████████████
4  ████████████████████████

5       A.   ███████

6       Q.   What was the name of ████████████
7  ██████

8       A.   ██████████████████████████████ █
9  ████████████████████████████████████████████
10 ████████████████████████████████.

11      Q.   What was the nature of the group?

12      A.   ████████████████████████████████
13 ████████████████████████████

14      Q.   Okay.  And does ███████████████

15 have any connection to the United Nations?

16      A.    No, it doesn't.  But I can, again,

17 tell you that faith-based organizations, almost

18 all churches in the United States and

19 worldwide, have Observers at the United

20 Nations.  There is a building across the street

21 from the United Nations where there are so many

22 representatives from these different churches,

23 they represent them in the works of the General

24 Assembly, and they are a key player in so many

25 global issues in the agenda of the UN.

Dr. Riyad Mansour
July 08, 2021

1              So, therefore, faith-based

2     organizations are mainly churches, are very

3     active and heavily involved in the affairs of

4     the United Nations.

5              And as you may know, the state of

6     the Vatican, as an Observer state seat in the

7     General Assembly, as us, Observer Mission of

8     the State of Palestine.

9        Q.    A few lines down the page, there is

10    an entry on April 16, interaction with civil

11    society organization Boston College on UN

12    topics.

13             Do you see that?

14       A.    Yes.

15       Q.    And was that also a virtual event?

16       A.    Actually, that did not take place.

17       Q.    It did not take place?

18       A.    No.

19       Q.    It was canceled?

20       A.    This is the wrong thing on my

21    agenda.  I should have picked up that.  But

22    there was another college, it should be on the

23    agenda, I think South -- South something --

24    Bridgewater.  So that this is -- my secretary

25    made a mistake.  It just said Boston College.

Dr. Riyad Mansour
July 08, 2021

```
 1     that and I want to put that on the record,

 2     which is the very cover page of the calendar

 3     says that it is subject to claims of functional

 4     immunity and jurisdictional immunity.  We put

 5     it in the public calendar because it's listed

 6     as a public event in the UN's public calendar.

 7                    MR. WICK:   Thank you,

 8     Mr. Berger.

 9     BY MR. WICK:

10          Q.    Let's go to the next page.  There is

11     an entry, not quite halfway down, October 22,

12     2020, titled Zoom meeting with ADC.  Do you see

13     that?

14          A.    Yes.

15          Q.    And do you know what that entry is

16     for?

17          A.    Yes.

18          Q.    What was that event?

19          A.    It was an event with ADC, which is

20     an accredited organization to the United

21     Nations, the Anti-Discrimination Committee,

22     about, you know, our work at the UN and

23     discussions with those who participated from

24     their side on this event.  They invited me in

25     my official capacity as the Ambassador of the
```

Dr. Riyad Mansour
July 08, 2021

```
 1    State of Palestine, Permanent Observer to the

 2    State of Palestine to the United Nations.

 3         Q.    We are going to show you a video

 4    that we will have marked as Exhibit 7, please.

 5                    (Deposition Exhibit No. 7 was

 6    marked for identification.)

 7                    (Video playing.)

 8    BY MR. WICK:

 9         Q.    Dr. Mansour, do you recognize that

10    as a video of the ADC meeting described in your

11    October 22, 2020 calendar entry?

12         A.    Yes.

13         Q.    And where were you when you appeared

14    at --

15         A.    ██████████████

16         Q.    ████████████████████████

17    ██████

18         A.    Yes.

19         Q.    We can go back to the calendar.

20    What was the purpose of your appearance at the

21    ADC event, Dr. Mansour?

22         A.    ████████████████████████

23    ████████████████████████

24    ████████████████████████

25    ████████████████████████
```

Dr. Riyad Mansour
July 08, 2021



```
 1
 2
 3        Q.
 4
 5        A.
 6
 7
 8
 9
10
11
12
13        Q.    I'm going to ask the question again
14   because I don't think that I got a clear
15   answer.
16
17
18
19        A.
20
21
22
23
24
25        Q.
```

Dr. Riyad Mansour
July 08, 2021

1  ████████████████████████████████

2  ████████████████████████████████

3  ████████████████████████████████

4  ██████

5       A.    ████████████████████████

6  ████████████████████████████████

7  ██████████████████

8       Q.    And that was members of the ADC;

9  correct?

10      A.    I assume so.  I don't know if they

11 are members or what.

12      Q.    There is another entry on November

13 14, 2020, speak at the first convention of Beit

14 Sahour?

15      A.    Sahour.  Beit Sahour.

16      Q.    Beit Sahour.

17      A.    Yes.

18      Q.    And what was that event?

19      A.    This is another civil society

20 organization for Palestinian-Americans.  I

21 believe it's in Michigan.  And then they were

22 organizing themselves, building an

23 organization, and they invited me, in my

24 capacity as the Ambassador of the State of

25 Palestine to the United Nations, to say a few

Dr. Riyad Mansour
July 08, 2021

```
 1     words of congratulating them on the occasion of

 2     their convention, and I shared with them what

 3     we do at the United Nations.

 4          Q.    And we have another video to show

 5     you, which we would like to mark as Exhibit 8.

 6                    (Deposition Exhibit No. 8 was

 7     marked for identification.)

 8                    (Video playing.)

 9     BY MR. WICK:

10          Q.    Dr. Mansour, do you recognize that

11     as a video of the speech described on your

12     November 14, 2020 calendar entry?

13          A.    Yes.

14          Q.    And you gave that speech virtually;

15     correct?

16          A.    That is correct.

17          Q.    ██████████████████████████████████

18     ███████

19          A.    ██████████████████████

20          Q.    ███████████████████████████████

21          A.    That is correct.

22                    MR. BERGER:  May I please ask

23     for clarification of the record, which is,

24     you're showing very short clips of maybe eight

25     or ten seconds.  When you're asking if he
```

Dr. Riyad Mansour
July 08, 2021

1    ████████████████████████████████

2    ████████████████████████████████

3    ██████████████████████████████

4    ███████████

5        Q.   ████████████████████████

6    ██████████████████████████████████

7    ███████████████████████

8        A.   ████████████████████████

9    █████████████████████████████████

10   ██████

11       Q.    There is an entry on November 19,

12   2020 titled Seton Hall University virtual talk.

13   What does that entry signify?

14       A.    Yes.  What date is that?  November.

15   Again, I was invited and it was done virtually

16   through Speche, if I am not mistaken, it might

17   be the political science department or

18   something to do with international law, Seton

19   Hall University.

20            Again, academia and universities are

21   key components of the work of the United

22   Nations.  I talk about Model UN on part of it

23   and the other part, what they teach, they

24   teach, you know, concrete issues.

25            I was a teacher and I used to teach

Dr. Riyad Mansour
July 08, 2021

1    issues related to the agenda of the UN, and

2    they wanted to know what we do at the United

3    Nations in trying to find a peaceful solution

4    to this conflict.

5             I obliged them and I spoke on that

6    subject related to my work at the UN.

7         Q.    All right.  We would like to show

8    you another video which we will mark Exhibit 9,

9    an excerpt from a video.

10             (Deposition Exhibit No. 9 was

11   marked for identification.)

12             (Video playing.)

13   BY MR. WICK:

14        Q.    Dr. Mansour, do you recognize that

15   excerpt as an excerpt from a video of the talk

16   described in your November 19, 2020 calendar

17   entry?

18        A.    I do.

19        Q.    Was that a talk given to university

20   students or college students in the United

21   States?

22        A.    Yes.

23        Q.    ████████████████████████████████████

24   ████

25        A.    ████████████████████████████████████

Dr. Riyad Mansour
July 08, 2021

1 ████████████████████████████████

2      Q.   ███████████████████████████

3 ██████████████████████████████████████

4 ███████████████████████████

5      A.   ███████████████████████████

6 ████████████████████████████████████

7 ████████████████████████████████████

8 ███████████████████████████████

9 ██████████████████████████████████

10 ████████████

11      Q.   The next entry is November 23, 2020

12 -- not the next entry -- well, it is the next

13 entry.  It states, bureau meeting.  Do you see

14 that entry?

15      A.   Yes.

16      Q.   Do you know what that means?

17      A.   Yes.

18      Q.   What is the bureau being referred

19 to?

20      A.    It is the Bureau of Committee on the

21 Exercise of the Inalienable Rights of the

22 Palestinian People, it is a General Assembly

23 committee.

24      Q.   Last item on the page, December 10,

25 2020, titled, all I want for Christmas is a

Dr. Riyad Mansour
July 08, 2021

1   Bridgewater State event?

2          A.   I don't know if it was on that day.

3   I remember, for that university, dates changed

4   more than one time, and it could be that

5   function on April 6, not on that date

6   previously.

7          Q.   Okay.  I would like to show you a

8   video that we would like to have marked as

9   Exhibit 10.

10                  (Deposition Exhibit No. 10 was

11   marked for identification.)

12                  (Video playing.)

13   BY MR. WICK:

14          Q.   Dr. Mansour, do you recognize that

15   as an excerpt from a video of, or a speech to

16   Bridgewater State University as reflected in

17   your calendar entry?

18          A.   Yes.

19          Q.   This is the April 6, 2021 entry that

20   we have been discussing, Palestinian affairs

21   and the Biden administration?

22          A.   I believe so.

23          Q.   And you were speaking to U.S.

24   college students in that speech; correct?

25          A.   And professors.

Dr. Riyad Mansour
July 08, 2021

```
 1        Q.    And professors.  And where were you

 2   when you gave the presentation?

 3        A.    ████████████████████████████████

 4   ████████████████████████████

 5        Q.    ████████████████████████████████

 6   ██████████████████████████████████

 7        A.    ████████████████████████

 8   ████████████████████████████

 9   ██████████████████████████████████

10   ██████████████████████████████████

11   ██████████████████████████████████

12   ████████████████████

13        █████████████████████████████

14   ██████████████████████████████████

15   ████████████████████████████████

16   ██████████████████████████████████

17   ██████████████

18        Q.    █████████████████████████████

19   ████████████████████████████████████

20   █████████████████████

21        A.    █████████████████████████████

22   ██████████████████████████████████

23   ██████████████████████████████████

24   ████████████████████████████████

25   █████████████████████
```

Dr. Riyad Mansour
July 08, 2021

1    ████████████████

2                    THE COURT REPORTER:  I'm

3    sorry, Doctor, you cut out again at the end.

4                    THE WITNESS:  ████████████

5    ██████████████████████████████████████████

6    ████████████████████████

7    BY MR. WICK:

8         Q.    On -- the next item I would like to

9    ask about is May, the very bottom, May 6, 2021,

10   informal active dialogues with the candidates.

11   And if we scroll to the next page, you will see

12   an identical entry for May 7, 2021.

13               Do you see those two entries?

14        A.    Yes.

15        Q.    What was that event?

16        A.    You know, another aspect of the work

17   of the United Nations.  Many countries run for

18   offices.  For example, every year we have five

19   countries running for seats in the Security

20   Council.  So the candidates, they lobby

21   countries or groups so that they can get their

22   votes and to win a seat in the Security

23   Council.

24               Also, we have elections for judges

25   of international corporate justice.  Countries

Dr. Riyad Mansour
July 08, 2021



1

2

3

4

5

6

7

8

9

10

11

12

13

14       Q.    Did you ask any questions of the

15  candidates?

16       A.

17

18

19

20

21

22       Q.    There is an entry on May 19, 2021

23  titled, interview with Morning Joe on MSNBC.

24  You were interviewed that day, you were

25  interviewed live on the Morning Joe program;

Dr. Riyad Mansour
July 08, 2021

```
 1    correct?

 2         A.    That is correct.

 3         Q.    As you might guess, we are going to

 4    show you an interview, or a video, excuse me,

 5    that we would like to mark as Exhibit 11.  We

 6    will show you an excerpt from the interview.

 7                    (Deposition Exhibit No. 11 was

 8    marked for identification.)

 9                    (Video playing.)

10    BY MR. WICK:

11         Q.    Dr. Mansour, do you recognize that

12    as an excerpt of a -- of your interview with

13    the Morning Joe program notated on your

14    calendar for May 19, 2021?

15         A.    I do.

16         Q.    And where were you when you gave

17    that interview?

18         A.    ███████████████████████████████

19    ██████████████████████████████████████

20    ████████

21         Q.    ██████████████████████████████

22    ████████

23         A.    ██████████

24         Q.    And you were speaking in that

25    interview to the American public; correct?
```

Dr. Riyad Mansour
July 08, 2021



1        A.     I was speaking to Joe and the lady

2    who is the co-anchor woman and through them, I

3    guess, to their audience.

4        Q.    ████████████████████████████

5    ████████████████████████████████

6    █████████████████

7        A.    ███████████████████████████████

8    █████████████████████████████

9    ████████████████████████████████

10   ███████████████████████████████████

11   ███████████████████████████████████

12   ██████████

13         ████████████████████████████████

14   ████████████████████████

15   ███████████████████████████████████

16   ██████████████████████████████

17   ██████████████████████████████

18   ███████████████████████████████████

19   ████████████████████████████

20   ████████████████████████████████████

21   ████████████████████████████████████

22   ████████████████████████████

23   ██████████████████████████████

24   █████████████████████████████████████

25   █████████████████

Dr. Riyad Mansour
July 08, 2021

```
1          Q.    Next, May 22, 2021, there is an

2     entry for Al Jazeera interview.  Do you see

3     that?

4          A.    May what, 20?

5          Q.    May 22, 2021?

6          A.    I see it.

7          Q.    Does that entry reflect you were

8     interviewed by Al Jazeera on that date?

9          A.    Yes.

10          Q.    I want to show you a video marked as

11     Exhibit 12.

12                    (Deposition Exhibit No. 12 was

13     marked for identification.)

14     BY MR. WICK:

15          Q.    Do you recognize Exhibit 12 as an

16     excerpt from a video of your interview with Al

17     Jazeera that's reflected in your calendar on

18     May 22, 2021?

19          A.    That is correct.

20          Q.    ████████████████████████████████

21     ████████████████

22          A.    ██████████████████

23          Q.    ████████████████████

24          A.    ████████████████████████████████

25     ██████████████████████████
```

Dr. Riyad Mansour
July 08, 2021

1       Q.    ████████████████████████

2    ██████████

3       A.    ████████

4       Q.    ████████████████████

5    ████████████████████████

6    ████████████

7       A.    ████████████████████████

8    ████████████████████████████

9    ████████████████████████████

10   ████████████████████████████

11   ████████████████████████

12   ██████████████████████████████

13   ██████████████████████████████

14   ██████████

15       Q.    Then on May 25, 2021, there is an

16   entry, virtual farewell meeting with ICC

17   prosecutor.

18             Do you see that?

19       A.    Yes.

20       Q.    What was that event?

21       A.    We are -- it is an event to say

22   goodbye to Madam Bensouda, who is the

23   prosecutor of the ICC, she finished and, you

24   know, members of the ICC and we are a state

25   party member and, in fact, we sit on the Bureau

Dr. Riyad Mansour
July 08, 2021

1     1:40?

2                    MR. BERGER:  Very good.

3     Thanks.

4                    THE VIDEOGRAPHER:   We are now

5     off the record.  The time is 1641 UTC time.

6                    (At 12:41 p.m., a lunch recess

7     was taken.)

8                    THE VIDEOGRAPHER:   We are

9     back on the record.  The time is 1743 UTC time.

10    BY MR. WICK:

11         Q.    Good afternoon, Dr. Mansour.  I want

12    to go back to the Observer Mission building.

13    You indicated the Observer Mission owns that

14    building.  To be clear, the Observer Mission

15    has owned that building at all times since

16    January 4, 2020; is that correct?

17         A.    I am sorry, can you repeat the

18    question, please?

19         Q.    Yes.  The question is, has the

20    Observer Mission owned the Observer Mission

21    building at all times since January 4th of

22    2020?

23         A.    That is correct.

24         Q.    I'm going to return to Exhibit 2

25    from very early in the deposition.  As I

Dr. Riyad Mansour
July 08, 2021

```
 1              C E R T I F I C A T E

 2                    -  -  -

 3              I, DR. RIYAD MANSOUR, do

 4    hereby certify that I have read the foregoing

 5    transcript and it is a true and correct copy of

 6    my deposition, except for the changes, if any,

 7    made by me on the attached Deposition

 8    Correction Sheet.

 9

10

11

12              _____

13              _____
                Date

14

15

16

17

18

19

20

21

22

23

24

25
```

Dr. Riyad Mansour
July 08, 2021

1  ERRATA SHEET         REASON FOR
   PAGE     LINE      CHANGE/CORRECTION

2  _____  _____  _____

3  _____  _____  _____

4  _____  _____  _____

5  _____  _____  _____

6  _____  _____  _____

7  _____  _____  _____

8  _____  _____  _____

9  _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23  _____  _____  _____

24

25

Dr. Riyad Mansour
July 08, 2021

1    COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
2    COUNTY OF ALLEGHENY                    )

3                         CERTIFICATE

4        I, Karen A. Nickel, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
5    certify that the witness, DR. RIYAD MANSOUR,
     was by me first duly sworn to testify the
6    truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
7    at the time and place stated herein; and that
     the said deposition was recorded
8    stenographically by me and then reduced to
     typewriting under my direction, and constitutes
9    a true record of the testimony given by said
     witness.

10

         I further certify that I am not a
11   relative, employee or attorney of any of the
     parties, or a relative or employee of either
12   counsel, and that I am in no way interested
     directly or indirectly in this action.

13

         IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office this 12th
     day of July 2021.

15

16   _____
                         Karen A. Nickel, Notary Public
17                       Registered Professional Reporter
                         Certified Realtime Reporter

18

19

20

21

22

23

24

25