Exhibit B

# Exhibit 2:
# Redacted

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, J ANNE SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ, YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN, MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY, GINETTE LANDO THALER, individually and as personal representative of the Estate of Rachel Thaler, LEOR THALER, ZVI THALER, ISAAC THALER, HILLEL TRATTNER, RONIT TRATTNER, ARON S. TRATTNER, SHELLEY TRATTNER, EFRAT TRATTNER, HADASSA DINER, YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, ZVI FRIEDMAN, and BELLA FRIEDMAN, | Case No. 18-Civ. 12355 CONFIDENTIAL VIRTUAL VIDEOTAPED DEPOSITION OF NADIA GHANNAM |
| Plaintiffs, | |
| against | |

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1                                    )
          THE PALESTINE               )
 2        LIBERATION ORGANIZATION     )
          and THE PALESTINIAN         )
 3        AUTHORITY (a/k/a "The       )
          Palestinian Interim         )
 4        Self-Government             )
          Authority" and/or "The      )
 5        Palestinian National        )
          Authority"),                )
 6                                    )
                                      )
 7              Defendants.           )

 8

 9

10

11                              -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF NADIA

 2     GHANNAM, witness herein, called by the

 3     Plaintiffs, for examination, taken pursuant to

 4     the Federal Rules of Civil Procedure, by and

 5     before Karen A. Nickel, a Certified Realtime

 6     Reporter and a notary public in and for the

 7     Commonwealth of Pennsylvania, held remotely

 8     with all parties appearing from their

 9     respective locations, on Friday, July 23, 2021,

10     at 9:30 a.m.

11     COUNSEL PRESENT:

12
       For the Plaintiffs:
13     Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
       Cohen & Gresser, LLP
14     2001 Pennsylvania Avenue, NW
       Suite 300
15     Washington, DC 20006

16     Stephen M. Sinaiko, Esq.
       Cohen & Gresser, LLP
17     800 Third Avenue
       New York, NY 10022
18
       For the Defendants:
19     Mitchell R. Berger, Esq.
       Joseph Alonzo, Esq.
20     Salim Kaddoura, Esq.
       Squire Patton Boggs
21     2550 M Street NW
       Washington, DC 20037
22
       Also Present:  Cosette Vincent
23                    Eszter Vincze

24

25
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1                    -  -  -
                     I N D E X
 2
        WITNESS                            PAGE
 3
        Nadia Ghannam
 4
             By Mr. Sinaiko                  6
 5

 6
                     E X H I B I T S
 7

 8      NUMBER          DESCRIPTION           PAGE

 9      Exhibit 1      Notice of Deposition     19
        Exhibit 2      LinkedIn Profile         29
10      Exhibit 3      Mission Personnel List   60
        Exhibit 4      Planner                  71
11      Exhibit 5      Privilege Log            81
        Exhibit 6      Tweet                   155
12      Exhibit 7      Tweet                   158
        Exhibit 8      Tweet                   162
13      Exhibit 9      Tweet                   167
        Exhibit 10     Tweet                   168
14      Exhibit 11     Tweet                   170
        Exhibit 12     Tweet                   173
15      Exhibit 13     Tweet                   174
        Exhibit 14     Tweet                   176
16      Exhibit 15     Tweet                   179
        Exhibit 16     Tweet                   182
17      Exhibit 17     Tweet                   184
        Exhibit 18     Tweet                   187
18      Exhibit 19     Tweet                   194
        Exhibit 20     Tweet                   195
19      Exhibit 21     Tweet                   197
        Exhibit 22     Tweet                   199
20      Exhibit 23     Tweet                   200

21

22

23

24

25
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1                P R O C E E D I N G S

2                      THE VIDEOGRAPHER:   Good

3      morning, everyone.  We are now on the record.

4      Participants should be aware that this

5      proceeding is being recorded and, as such, all

6      conversations held will be recorded unless

7      there is a request and agreement to go off the

8      record.

9                      This is the remote video-recorded

10     deposition of Nadia Ghannam.  Today is Friday,

11     July 23, 2021.  The time is now 13:31 UTC time.

12                     We are here in the matter of Shatsky

13     versus PLO.  My name is Corey Wainaina, remote

14     video technician on behalf of US Legal Support

15     located at 90 Broad Street, New York, New York.

16     I am not related to any party in this action,

17     nor am I financially interested in the outcome.

18                     At this time, will the reporter,

19     Karen Nickel, on behalf of US Legal Support,

20     please enter the statement for remote

21     proceedings into the record.

22                          THE REPORTER:  The attorneys

23     participating in this deposition acknowledge

24     that I am not physically present in the

25     deposition room and that I will be reporting
```

1    this deposition remotely.

2              They further acknowledge that, in

3    lieu of an oath administered in person, the

4    witness will verbally declare her testimony in

5    this matter is under penalty of perjury.

6              The parties and their counsel

7    consent to this arrangement and waive any

8    objections to this manner of reporting.  Please

9    indicate your agreement by stating your name

10   and your agreement on the record.

11             MR. SINAIKO:  My name is Steve

12   Sinaiko.  I'm with Cohen & Gresser, LLP, in New

13   York City.  I'm here on behalf of the

14   Plaintiffs today, and on behalf of the

15   Plaintiffs, I agree.

16             MR. BERGER:  This is Mitchell

17   Berger from Squire Patton Boggs, Washington,

18   D.C., on behalf of the Defendants, and we

19   agree.

20             NADIA GHANNAM, a witness herein,

21   having been first duly sworn, was examined and

22   testified as follows:

23                       EXAMINATION

24   BY MR. SINAIKO:

25        Q.    Before we get started, I think there

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    is a little bit of difficulty hearing

2    Ms. Ghannam when she speaks.  There is a little

3    bit of a delay, I think.

4         A.    Can you hear me now?

5         Q.    Better.  Still, the video and the

6    audio aren't synced.  I guess that's not such a

7    big deal.  Do you want to try one more time?

8         A.    Can you hear me now?

9         Q.    It's okay.  All right.

10              MR. SINAIKO:  Before we get

11   started, I have one housekeeping matter that I

12   would like to just take up with Mr. Berger.

13              Mr. Berger, I take you and Ms.

14   Ghannam are in your office in Washington, D.C.

15   now; is that correct?

16              MR. BERGER:  That is correct.

17              MR. SINAIKO:  Okay.  And you

18   understand that our court reporter for today,

19   Ms. Nickel, is in Pittsburgh, Pennsylvania;

20   correct?

21              MR. BERGER:  I do.  I didn't

22   realize I would get to be examined.  This is

23   wonderful.

24              MR. SINAIKO:  I'm just -- I'm

25   just confirming that we all understand what the

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    facts are.  I'm not trying to examine -- I

2    mean, yeah, I guess maybe I am a little bit.

3    That's fine.  It's what I do.

4             So I just want to ask that the

5    Defendants confirm, pursuant to Rule 30(b)(4)

6    of the Federal Rules of Civil Procedure, that

7    today's deposition can be taken by video

8    conference as we are proceeding.

9             MR. BERGER:  On behalf of

10   Defendants, we so agree.

11            MR. SINAIKO:  And pursuant to

12   Rule 29 of the Federal Rules of Civil

13   Procedure, do the parties also stipulate that,

14   although Ms. Ghannam and you are in Washington,

15   D.C. and Ms. Nickel is located in Pennsylvania,

16   obviously not the same state, that Ms. Nickel

17   is an appropriate officer before whom this

18   deposition can be taken?

19            MR. BERGER:  Yeah, on behalf

20   of Defendants, we so agree.

21            MR. SINAIKO:  Great.  So

22   everybody has so stipulated and we can get

23   started.

24   BY MR. SINAIKO:

25        Q.   Good morning, Ms. Ghannam.

1        A.    Good morning.

2        Q.    Thank you for being here today.  As

3   I said a moment ago, my name is Steve Sinaiko.

4   I am with the law firm of Cohen & Gresser, LLP,

5   in New York City, and I represent the

6   Plaintiffs in this lawsuit.

7              Have you ever had your deposition

8   taken before?

9        A.    No.

10       Q.    Okay.  So what I would like to do at

11  the outset is just go over a couple of basic

12  ground rules so that everybody is on the same

13  page about how things are going to unfold

14  today.  Would that be all right?

15       A.    Yes.

16       Q.    Okay.  You remember that a moment

17  ago you took an oath to tell the truth?

18       A.    Yes.

19       Q.    And I'm going to be asking you a

20  series of questions today.  Obviously, you have

21  taken an oath so your answers to those

22  questions are under penalty of perjury; do you

23  understand?

24       A.    Yes.

25       Q.    Okay.  And there is a court reporter

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1      here, Ms. Nickel.  She is going to be

2      transcribing everything that we say today.  So

3      to make sure that the record is accurate, and

4      especially since the deposition is taking place

5      remotely by video conference in light of the

6      COVID-19 pandemic, it is important that you and

7      I not speak over each other and that only one

8      person speak at a time.  So I would ask that

9      you wait until I finish my questions before you

10     start answering them and, for my part, I will

11     try to wait until you finish your answers

12     before I put another question.

13                Is that okay?

14        A.    Yes.

15        Q.    Okay.  Another important point here

16     is it's necessary for you to respond to my

17     questions verbally rather than with nods of the

18     head or gestures or otherwise because only

19     verbal responses can be transcribed.

20                Is that all right?

21        A.    Yes.

22        Q.    Okay.  And if you don't understand

23     one of the questions that I ask you, let me

24     know, and I will try to rephrase or clarify.

25     But understand that the Court is going to

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    assume and the lawyers in the room are going to

2    assume that you have heard and understood every

3    question that I ask you today to which you

4    respond.

5              Do you understand?

6        A.    Yes.

7        Q.    Okay.  There may come moments during

8    the proceeding today when your lawyer,

9    Mr. Berger, objects to one of my questions, but

10   unless Mr. Berger instructs you not to answer a

11   question, you should go ahead and answer the

12   question notwithstanding any objections.

13             Do you understand?

14       A.    Yes.

15       Q.    Okay.  I may take periodic breaks

16   during the deposition, and if you need a break,

17   let me know and I will do my best to

18   accommodate.  But I would ask that, if a

19   question is pending, that you answer the

20   question before we take a break.

21             And I understand, Mr. Berger, you

22   know, that questions are privileged, you know,

23   we can -- you can go off the record if there is

24   a question of privilege that you want to

25   discuss with Ms. Ghannam.  But apart from that,

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
1     to the Palestinian Authority and the Palestine

2     Liberation Organization.

3               Do you understand?

4          A.    Yes.

5          Q.    Okay.  And I will, from time to

6     time, refer to the Palestinian Authority as the

7     PA, so if I refer to the PA, that means the

8     Palestinian Authority; is that all right?

9          A.    Yes.

10         Q.    I will also be referring to the

11    Palestine Liberation Organization from time to

12    time as PLO.  So if you hear a question that

13    has PLO, will you understand that that's a

14    reference to the Palestine Liberation

15    Organization?

16         A.    Yes.

17         Q.    Okay.  And at times in questions I

18    will refer to the Observer Mission, and by that

19    I mean the Permanent Observer Mission of the

20    State of Palestine to the United Nations, which

21    is a little bit of a mouthful, but will you

22    understand that?

23         A.    Yes.

24               MR. SINAIKO:  Okay.  Cosette,

25    can we put up tab No. 1, please?
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1                  (Deposition Exhibit No. 1 was

 2       marked for identification.)

 3       BY MR. SINAIKO:

 4            Q.    Ms. Ghannam, are you able to see Tab

 5       No. 1 on the screen in front of you?

 6            A.    No.

 7                       MR. SINAIKO:  Okay.  Can we

 8       arrange for Ms. Ghannam to see the document

 9       that's on the screen?

10                       MR. BERGER:  I have it on my

11       laptop.  Let me show it to her.

12                       MR. SINAIKO:  That would be

13       great.

14                       MR. BERGER:  This is the

15       Notice of Deposition.

16                       THE WITNESS:  Okay.

17       BY MR. SINAIKO:

18            Q.    Are you able to see the document

19       that Cosette just put up?

20            A.    Yes.

21                       MR. SINAIKO:  Okay.  Karen,

22       can we mark that as Deposition Exhibit No. 1?

23                       THE COURT REPORTER:  Yes.

24       BY MR. SINAIKO:

25            Q.    And have you seen this document
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
1     before today?

2          A.    Yes.

3          Q.    And what do you understand this

4     document to be?

5          A.    That I would be making a deposition

6     today.

7          Q.    Right.  I will just represent to you

8     that this is the Notice of Deposition that the

9     Plaintiffs issued to the Defendants in this

10    case and ask you whether it's your

11    understanding that you're here testifying today

12    pursuant to this notice?

13         A.    Yes.

14         Q.    All right.  And let me ask you

15    further whether you did anything in advance of

16    today to prepare for your deposition today.

17         A.    I just met with my attorney.

18         Q.    Okay.  And did you do anything other

19    than meeting with your attorney?

20         A.    No.

21         Q.    Did you look at any documents in

22    anticipation of your testimony here today?

23         A.    Yes.

24         Q.    And when did you -- well, let me ask

25    you -- withdrawn.
```

1              Let me ask you what documents you

2    looked at in anticipation of your testimony

3    here today.

4        A.   This particular notice and a few

5    documents that were presented to me by my

6    attorney.  I don't recall what they are exactly

7    called, but paperwork that was given to me by

8    my attorney.

9        Q.   Okay.  Maybe you could describe to

10   me, even if you don't know what they are

11   called, describe to me the nature of the

12   documents that your attorney showed to you?

13              MR. BERGER:  I'm going to

14   object and instruct the witness not to answer

15   the question on the grounds of attorney-client

16   privilege the way you have it.  Your first

17   question about if she recalls any documents

18   that she reviewed is fine with me.

19              MR. SINAIKO:  And she can't

20   describe the documents to me?

21              MR. BERGER:  Can you describe

22   to him what documents, if any, you reviewed to

23   prepare for your deposition beyond what you

24   have already given him?

25              THE WITNESS:  There was a

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    paper with the names of the employees at the

2    Mission at the United Nations, and something

3    that I signed regarding my place of employment.

4    What I recall.

5    BY MR. SINAIKO:

6         Q.    Did you look at any transcripts of

7    other depositions in this case?

8         A.    Oh, yes, I did.

9         Q.    And which transcripts did you look

10   at?

11        A.    I looked partially at Ambassador

12   Mansour's transcript prior to my fall, and that

13   was the end of that.  And I literally looked at

14   only a few pages of it.

15        Q.    And those are documents that your

16   lawyers showed you?

17              MR. BERGER:  Object to the

18   form of the question.  Calls for

19   attorney-client information.  Instruct the

20   witness not to answer.

21              MR. SINAIKO:  On what basis?

22   Where she got the documents is not -- that's a

23   fact.  That's not privileged.  If I ask her

24   what documents you showed her, that's not a

25   privileged question.  She can answer that.

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1            MR. BERGER:  It is.

2            MR. SINAIKO:  I don't

3      understand, Mitch.  Why are you doing this?

4      This is obstructing.

5            MR. BERGER:  It is not

6      obstructing.  It's preserving attorney-client

7      privilege.  If you want to agree that her

8      answer to that question won't be argued as a

9      waiver of attorney-client privilege, I'll let

10      her answer.

11            MR. SINAIKO:  Fine.  We're not

12      going to argue that it's a waiver of

13      attorney-client privilege, but it's not

14      privileged at all.  That's our view.  But fine,

15      we won't argue that it's a waiver.

16            MR. BERGER:  You can answer.

17            MR. SINAIKO:  Wait.  Let's get

18      the question back so that the witness has it.

19      Can you read it back, Karen?

20            (Reporter read back previous

21      question.)

22            THE WITNESS:  Yes.

23      BY MR. SINAIKO:

24      Q.    Okay.  Apart from these documents

25      you signed related to your employment and the

1    paper with the names of employees and the

2    transcript of Dr. Mansour's deposition, did you

3    look at any other documents in anticipation of

4    your testimony here today?

5         A.    Just my calendar.

6         Q.    Okay.  Anything other than the

7    calendar, plus the other three documents I just

8    mentioned?

9         A.    No.

10        Q.    Okay.  And you mentioned a moment

11   ago that, in addition to looking at these

12   documents, you met with your lawyer.  Who did

13   you meet with exactly?

14        A.    Mitch.

15        Q.    Mr. Berger?

16        A.    Mr. Berger, yes.

17        Q.    Anyone other than Mr. Berger?

18        A.    No.

19        Q.    Okay.  And on how many occasions did

20   you meet with Mr. Berger?

21        A.    We met twice.  Twice, I believe.

22        Q.    And when was the first time you met

23   with Mr. Berger in anticipation of your

24   deposition here today?

25        A.    I don't remember the date.  I don't

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    know.

2         Q.    I mean ballpark, can you say how

3    long ago it was, roughly?

4         A.    Two days -- maybe a week ago.

5         Q.    Okay.  And when was the second time?

6         A.    This is Friday -- Monday.

7         Q.    Monday of this week?

8         A.    Yeah.

9         Q.    Okey-doke.  And the first meeting,

10   the one that happened earlier in time, what was

11   the duration of that meeting?

12        A.    I can give you an approximate, maybe

13   two to three hours.

14        Q.    And the meeting on Monday, what was

15   the duration of that one?

16        A.    Maybe two hours.

17        Q.    Okay.

18        A.    Along those lines.

19        Q.    And just for clarity, the only

20   person in attendance at those meetings was

21   Mr. Berger, just Mr. Berger and you; correct?

22        A.    Yes.

23        Q.    And in anticipation of your

24   deposition today -- let me withdraw that.

25             In advance of your deposition today,

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1    apart from counsel, did you speak to anybody
 2    about your deposition?
 3         A.    Just my husband.
 4         Q.    Did you speak with any of your
 5    colleagues at the Observer Mission relating to
 6    your deposition in advance of today?
 7         A.    No.  I spoke to no one else.
 8         Q.    So you didn't talk to Dr. Mansour
 9    about your deposition in advance of today?
10         A.    I haven't heard from Dr. Mansour in
11    quite a while.  No.
12         Q.    And you didn't speak with Ambassador
13    Abdelhady-Nasser in advance of today about your
14    deposition?
15         A.    We just texted each other.  I texted
16    her yesterday morning saying good luck.  And
17    then she did the same last night.  And I did
18    text her late at night last night telling her
19    about the fall and ████████████████████████
██    ███████████████████████████████████████████
██    ████████████████████████████████████████████████
22    ███████████████████████████████████████
██    ██████████████████████████████████████
██    █████████████████████████   █████████████
██    ██████████████████████████████████
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1    ████████████████████████████████████████
 2    █        ████████       That was the extent of it, and she
 3    just wished me luck.
 4         Q.    Okay.  And apart from these
 5    communications you just described for me, have
 6    you communicated with anybody else?
 7         A.    Just my husband.
 8         Q.    Concerning your deposition.  Just
 9    your husband.  Okay.
10         A.    Yeah.
11         Q.    Okay.  Did you bring any documents
12    with you today to your deposition?
13         A.    No.
14         Q.    Okay.
15         A.    No.
16         Q.    And in advance of today, have you
17    ever testified at a trial?
18         A.    No.
19         Q.    Have you ever testified at any sort
20    of proceeding, like an arbitration?
21         A.    No.
22         Q.    Okay.  Are you a citizen of the
23    United States, Ms. Ghannam?
24         A.    Yes.
25         Q.    Are you a natural born citizen of
```

1    the United States?

2         A.    I'm sorry, am I what?

3         Q.    A natural born citizen of the United

4    States.

5         A.    Yes.  I was born in the States.

6         Q.    And where do you currently reside?

7         A.    I live in Riverdale, New York.  It's

8    a community in the Bronx.

9         Q.    Excellent.  And have you resided at

10   the same place in Riverdale at all times on and

11   after January 4, 2020?

12

16

20

22

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1

9        Q.    Understood.  So there is a place in

10   New York where you have been staying, you know,

11   for stretches of time since the COVID pandemic

12   took hold?

13       A.    Correct.  My home.

14       Q.    Okay.  So apart from the place in

15   Washington where you have been staying from

16   time to time during the COVID pandemic and your

17   home in Riverdale, have there been any other

18   places where you have spent time, you know, on

19   and after January 4 of 2020?

20       A.    No.

21                 MR. SINAIKO:  Okay.  Why don't

22   we take down Exhibit 1, Cosette, and put up Tab

23   No. 2.

24                 (Deposition Exhibit No. 2 was

25   marked for identification.)

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    BY MR. SINAIKO:

2         Q.    Ms. Ghannam, can you see the

3    document that we have put up on the screen?

4         A.    Yes.

5                   MR. SINAIKO:  Okay.  And

6    Karen, can you mark this as Deposition Exhibit

7    No. 2, please.

8                   THE COURT REPORTER:  Yes.

9    BY MR. SINAIKO:

10        Q.    Ms. Ghannam, you have seen this

11   document before; correct?

12        A.    When I first opened the account

13   years ago, yes.

14        Q.    Okay.  And what do you recognize

15   this document to be?

16        A.    This was my first LinkedIn account.

17        Q.    I got it.  And let me ask, you know,

18   let me ask, or let me give you just a -- one

19   other sort of point about ground rules.  I'm

20   going to be showing you documents, and because

21   we are doing the deposition remotely,

22   typically, we will show you the documents on a

23   screen like this, but if you ever want to see

24   other parts of a document or you want the pages

25   turned so that you can look at different parts,

1    just let us know and Cosette, who is helping us

2    here, she'll do -- you know, she'll turn the

3    pages in whatever way you want -- I mean, just

4    because I want to be sure that you have the

5    opportunity to look at the documents that we

6    put in front of you during the deposition in

7    any way that you feel you need to.

8              Is that okay?

9         A.    Yes.

10             MR. BERGER:  And I'm sure

11   you'll call her attention to any specific part

12   that you want her to look at.

13             MR. SINAIKO:  Of course.  I

14   mean, I just don't want her to feel that she is

15   unable to look at any parts of these documents

16   she wants to.  You know, she should just ask

17   and that's fine.

18   BY MR. SINAIKO:

19        Q.    Okey-doke.  So you said a moment ago

20   that you recognized this to be your LinkedIn

21   profile?

22        A.    My first LinkedIn profile.  There

23   should be probably two virtually somewhere.

24        Q.    So there are other -- there are

25   other LinkedIn profiles for you?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          A.    There is another one, yes.

2                    MR. SINAIKO:  Okay.  Cosette,

3     can we turn to the second page of this

4     document?  Okay.

5     BY MR. SINAIKO:

6          Q.    Do you see, on the page, on Page 2

7     of your first LinkedIn profile, that there is a

8     section that's called education?

9          A.    Yes.

10         Q.    Okay.  And you see the first entry

11    there is George Mason University?

12         A.    Yes.

13         Q.    And do you see that it says,

14    Bachelor of Arts underneath that, Bachelor of

15    Arts, BA, International Studies and History?

16         A.    Yes.

17         Q.    Did you, in fact, receive a Bachelor

18    of Arts in International Studies and History

19    from George Mason University?

20         A.    Yes.

21         Q.    And when did you receive that

22    degree?

23         A.    I was Class of '99.

24         Q.    Class of '99.  And let's look at the

25    next entry below.  You see it says, the Johns

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    Hopkins University?

2         A.    Yes.

3         Q.    And underneath that, it says, Master

4    of Arts, MA, Public and Media Relations and

5    Political Communications?

6         A.    That is correct.

7         Q.    And is it, in fact, the case, that

8    you received an MA in Public and Media

9    Relations and Political Communications from the

10   Johns Hopkins University?

11        A.    That is correct.

12        Q.    When did you receive that degree?

13        A.    I don't remember what year it was

14   in.  That was a little complicated.

15        Q.    Okay.

16        A.    I took some time off during that.

17   ██████████████████████████    So I ended up

18   doing that program part-time, but I don't

19   remember what year I actually physically

20   graduated in.

21        Q.    Understood.  But at some point

22   subsequent to 1999, you received the degree

23   from Johns Hopkins?

24        A.    Oh, yes.

25        Q.    Okay.  And apart from the degree you

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    received from George Mason University and the

2    degree you received from Johns Hopkins

3    University, do you hold any other academic

4    degrees?

5         A.    No.

6         Q.    Do you hold any professional

7    certifications?

8         A.    When I worked in banking, I used to

9    get all sorts of certifications in banking and

10   finance, but I don't recall.  That was so long

11   ago.

12        Q.    Okay.

13        A.    But I remember I used to go down

14   south and take a lot of courses.

15        Q.    Do you hold any professional

16   licenses as you sit here today?

17        A.    No.

18        Q.    Okay.  To your knowledge, have you

19   ever held a professional license?

20        A.    No.

21        Q.    All right.  Looking up above the

22   education section on Page 2 of this document,

23   we have marked as our second Deposition

24   Exhibit, and I know it's your older or your

25   initial LinkedIn profile, I see there are two

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1     references, one to First Virginia Bank and one

2     to BB&T?

3              A.    Uh-huh, yes.

4              Q.    And looking at those entries, can

5     you tell me, you know, were those the first two

6     jobs you had after college?

7              A.    After college, yes.

8              Q.    Okay.  So it's accurate, then, that

9     after you graduated from George Mason

10    University, you were in banking from 1999

11    through 2007?

12             A.    Yes.

13             Q.    Okay.  And above that, on Page 2 of

14    this LinkedIn profile, you see there is an

15    entry that says, television host?

16             A.    Yes.

17             Q.    Can you tell us what that refers to?

18             A.    I was a co-host on a TV show on ART

19    network.

20             Q.    And what is ART network?

21             A.    Arab Radio & Television.

22             Q.    And you did that from June of 2004

23    to April of 2007; correct?

24             A.    That's what's written, yes.

25             Q.    By the way, this LinkedIn profile

1    that we're looking at, this is something that

2    you wrote; correct?

3         A.    Yes.

4         Q.    And when you wrote it, you intended

5    for it to be accurate; correct?

6         A.    Yes.

7         Q.    Okay.  I notice there is a gap on

8    the -- there is a gap in the LinkedIn profile

9    between April of 2007 and June of, it looks

10   like June of 2008 up above in the entry for

11   Palestinian Diplomatic Missions to the United

12   Nations; do you see that?

13        A.    Yes.

14        Q.    And what did you do during that

15   time?

16                    MR. BERGER:  It doesn't say

17   United Nations.

18                    THE WITNESS:  Not United

19   Nations.

20   BY MR. SINAIKO:

21        Q.    I'm so sorry.  I apologize.  I

22   misread that.  It says, Palestinian Diplomatic

23   Mission to the United States.

24        A.    Yes.  So I took a sabbatical from

25   work ███████████████████████████████

1   ████████████    ███████████████

██  █████████████████████████████████

██  █████████████████████████████████

██  ███████████████████████████████████

██  ███████████████  I didn't work.

6        Q.    I understand.  So your next job,

7   after being a television host at ART, was

8   working as director of public relations and

9   outreach at the Palestinian Diplomatic Mission

10  to the United States?

11       A.    Yes.

12       Q.    Okay.  And how long did you hold

13  that position?

14       A.    I don't remember when I left.  Maybe

15  -- I got married in 2015.  I believe I left in

16  2016, so you can do the math.  I'm not sure.

17            I'm a very visual person.  That's

18  just the way I work and function.  So with

19  numbers, it's hard for me.  I have to, like,

20  see them in front of me.

21            But I just know I got married in

22  2015 and then I got pregnant in 2016.  I had my

23  son in the Washington area, and then I moved

24  down to New York.

25            So I left -- I believe it was

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1      October 2016.

2             Q.    And what did you do after that?

3             A.    No, no.  Wait a second.  '17.  ████

4      was born in 2017.  Excuse me.  That's what I

5      mean, how you have to see things.

6                   I terminated my position.  I quit at

7      the Mission in Washington.  And I applied for

8      new employment at the Diplomatic Mission to the

9      United Nations.

10            Q.    Okay.  And do you recall when you

11     started at the Diplomatic Mission to the United

12     Nations?

13            A.    I do, oddly.  It's one date I

14     remember.  I believe my first day was November

15     16 -- it was a Monday -- ████████████████

       ████.  And it was 2000 and -- say 2017.

17            Q.    So in November of 2017, you began

18     work at the Palestine -- at the Observer

19     Mission?

20            A.    Yes.  I became -- I started a new

21     job at the UN Observer Mission, correct.

22            Q.    Okay.  And did you have the same

23     title when you moved to the Observer Mission

24     that you previously had at the Palestinian

25     Diplomatic Mission to the United States?

1      Q.    Okay.  And so do you, typically,

2    record the names of the participants of

3    meetings in your planner when you regard that

4    information as important?

5      A.    If Ambassador Mansour is speaking,

6    yes, I do.

7      Q.    What about Ambassador

8    Abdelhady-Nasser?

9      A.    Yes.

10      Q.    What about other people from the

11    Observer Mission, would you record that?

12      A.    Yes.  Anyone that would be speaking.

13    But, typically, no one else speaks other than

14    those two.  It's rare.

15      Q.    Okay.  By the way, you mentioned a

16    moment ago you might have been tweeting during

17    this meeting that we've been talking about from

18    October 7.  You know, how frequently would you

19    say you tweet on the Observer Mission's Twitter

20    account?

21      A.    Very frequently.

22      Q.    Do you think that's a daily

23    occurrence?

24                MR. BERGER:  This is after

25    January 4, 2020?

```
 1                    MR. SINAIKO:  You know, let me

 2      put the question with that limitation in it

 3      just so we have a clear record.

 4      BY MR. SINAIKO:

 5          Q.    On and after January 4, 2020, how

 6      frequently would you say that you have posted

 7      tweets on the Observer Mission's Twitter

 8      account?

 9          A.    I would say very frequently, but it

10      would depend on how busy my workload is.

11          Q.    Okay.

12          A.    Sometimes more than others.  And

13      also depending on what's happening in the

14      world.

15          Q.    Okay.  Again, during the period, you

16      know, on and after January 4, 2020, how many

17      times a day would you say on average you post

18      tweets to that account, that is, the Observer

19      Mission account?

20          A.    If I had to take a guess, on

21      average, on average, once.

22          Q.    Okay.

23          A.    On average.

24          Q.    Okay.  That's fine.  Let's go to

25      Page 2053.  And Ms. Ghannam, if you can just
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1              THE COURT REPORTER:  I'm

2       sorry, I did not hear the answer.  It got cut

3       out.



Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    ████████████████████████████

█    █████████████████████████████

█    █████████████████████

█         ██      ████████████

█         ██      ██████████████████

█    ███████████████████████

█         ██      ███

8         Q.    Now, taking just the Facebook

9    account for a moment, are you familiar with --

10   well, right.  Are you familiar with the privacy

11   restrictions that can be placed on Facebook

12   accounts?

13        A.    Somewhat.

14        Q.    Are you aware that it's possible to

15   restrict a Facebook account so that the general

16   public cannot see everything that's posted in

17   an account?

18        A.    Yes.  Yes.

19        Q.    Are there any such restrictions on

20   the Facebook account that the Observer Mission

21   operates?

22        A.    No.

23        Q.    So it's the case, then, that any

24   member of the public can see anything that is

25   posted on that account; correct?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          A.    Correct.

2          Q.    Anywhere in the world?

3          A.    Yes.

4          Q.    So anyone, any person in the United

5    States with access to the Internet and a

6    Facebook account would be able to see those

7    posts; correct?

8          A.    Yes.  I have never changed the

9    privacy setting since I started working there.

10         Q.    Okay.  Now, this -- you probably

11   know this better than I do because you are the

12   media affairs person; is it possible to create

13   similar restrictions with respect to a Twitter

14   account?

15         A.    That is a good question.  I don't

16   think so.

17         Q.    Okay.  So, to your knowledge --

18         A.    No.

19         Q.    To your knowledge, any person with

20   access to Twitter can see anything that the

21   Observer Mission posts on its Twitter account?

22         A.    Yes.

23         Q.    Okay.  So as far as you know, the

24   information that you post to the Observer

25   Mission's Twitter account goes to the public at

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1      large; correct?

2              A.      Yes.

3              Q.      Would it be fair to say that you

4      regard it as important that the Observer

5      Mission's Facebook and Twitter account postings

6      get the broadest possible distribution?

7              A.      Yes.

8              Q.      And the Twitter and Facebook account

9      postings that you make to the accounts that are

10     maintained by the Observer Mission, are those

11     accounts -- are those postings ever in a

12     language other than English?

13             A.      Yes.

14             Q.      How frequently are there postings

15     that are not in the English language?

16             A.      Very, very, very infrequently.

17             Q.      Very infrequently?

18             A.      Correct.

19             Q.      So would you say that in excess of

20     90 percent of the postings on the Observer

21     Mission's Facebook and Twitter accounts are in

22     the English language?

23             A.      If not more, yes.

24             Q.      Okay.  And, again, this will be a

25     question I'm asking you because you probably

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021



Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1     ████████████████████████████████████

     ████████████████████████████████████

3           Q.    I didn't mean to interrupt.  I'm so

4     sorry.  I think I might have cut you off

5     inadvertently.

6           A.    That's okay.

7           Q.    Your Twitter posts -- not your

8     Twitter posts, the Twitter posts that go on the

9     Observer Mission's Twitter and Facebook feeds,

10    those are the messaging of the Observer Mission

11    and not of the United Nations and not of any

12    other -- any Member State or any other member

13    organization; correct?

14          A.    That is correct.

15          Q.    Okay.  When you post to -- well, let

16    me ask this.  On and after January 4, 2020, I

17    think we have established that you are the only

18    person who has posted to the Observer Mission's

19    Twitter and Facebook accounts; correct?

20          A.    Correct.

21          Q.    And on and after January 4, 2020,

22    have you made posts to those two social media

23    accounts, that is, the Facebook account and the

24    Twitter account, from the Observer Mission

25    building at 115 East 65th Street in Manhattan?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1           A.      Since January 4?

2           Q.      Since January 4 of 2020, that is

3      correct.

4           A.      Yes, I have.

5           Q.      And how many times would you say,

6      just ballpark, on and after January 4, 2020,

7      you have posted to the Twitter account or the

8      Facebook account of the Observer Mission from

9      the Observer Mission building at 115 East 65th

10     Street in Manhattan?

11          A.      To take a guess, February, Twitter,

12     maybe 60 times.  Facebook, maybe 15 times.

13     Maybe a dozen times.

14          Q.      And the reason that that number is

15     in the range you just mentioned is because of

16     the pandemic; correct?

17          A.      That is correct.

18          Q.      And subsequent to, on or subsequent

19     to January 4, 2020, how many times would you

20     say you have posted or you have made a post to

21     the Observer Mission's Facebook account?

22          A.      After January 4 -- excuse me, 2020?

23          Q.      On and after January 4 of 2020.

24          A.      Facebook?  God, I mean, I don't

25     know.  I just don't know.  That's just a very

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
1      specific question.  I don't know.  Maybe once a

2      week.  Do the math.  I don't know.  Once a week

3      since January 2020, on average.

4           Q.    So you use Facebook -- oh, sorry.

5      Didn't mean to interrupt.

6           A.    It's okay.  I can't do the math in

7      my head for you.  I don't know.

8           Q.    Would it be fair to say that you

9      post to the Observer Mission's Facebook account

10     less than you post to the Observer Mission's

11     Twitter account?

12          A.    Yes.

13          Q.    Okay.  On and after January 4 of

14     2020, how many times would you say that you

15     have posted to the Observer Mission's Twitter

16     account from the building at 115 East 65th

17     Street?

18          A.    From the building, like I said,

19     probably around 60 times.  I'm just averaging

20     once a day.

21          Q.    Okay.  And putting aside -- you

22     know, putting aside from the building, you

23     know, from the building at 115 East 65th

24     Street, how many times would you say, in total,

25     you have posted to the Observer Mission's
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    Twitter account on or after January 4, 2020?

2         A.    I couldn't even count.  Wouldn't

3    even be able to give you a ballpark.  A lot.

4         Q.    But it's a large number; right?

5         A.    Yes.

6         Q.    And are you aware, I don't know,

7    I'll ask, are you aware of the location of the

8    servers where the Facebook and Twitter accounts

9    maintained by the Observer Mission reside, you

10   know, the Twitter and Facebook --

11        A.    Servers?

12        Q.    Yeah.

13        A.    No.

14        Q.    Okay.  Have you ever posted -- well,

15   withdrawn.

16             On and after January 4, 2020, have

17   you ever posted to the Observer Mission's

18   Facebook account other than from within the

19   territory of the United States?

20        A.    I have only posted in the United

21   States.

22        Q.    Okay.  And with respect to the

23   Observer Mission Twitter account, on and after

24   January 4, 2020, have you ever posted to the

25   Twitter account other than from the -- you

1    know, within the territory of the United

2    States?

3         A.    I have only posted in the United

4    States.

5         Q.    Okay.  On and after January 4, 2020,

6    have you left the territory of the United

7    States?

8         A.    No.

9         Q.    Okay.  And on and after -- I think I

10   know the answer to this already because we may

11   have covered it, and I apologize if I'm asking

12   again, I'm just trying to keep all the

13   questions together in the transcript.  On and

14   after January 4, 2020, has anybody other than

15   you made a post to either the Observer Mission

16   Facebook account or the Observer Mission

17   Twitter account?

18        A.    No.

19                   MR. SINAIKO:  Okay.  So I

20   would ask Cosette to put up on the screen for

21   our next exhibit, which I think is going to be

22   No. 6, all right, I would ask Cosette to put up

23   Tab 19.

24                   (Deposition Exhibit No. 6 was

25   marked for identification.)

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    BY MR. SINAIKO:

2         Q.    Ms. Ghannam, do you see the

3    document?  We're marking this as Exhibit 6.  Is

4    it 6?  It is 6.  We are marking as Exhibit 6

5    the document that I just put up on the screen.

6    Can you see it in front of you?

7         A.    Yes.

8         Q.    And do you recognize that to be a

9    tweet that you posted to the Observer Mission's

10   Twitter account?

11        A.    Yes, I would have written it.  But

12   I'm just reading it.

13        Q.    Oh, sure.  Take your time.  If you

14   want to read the -- any document you want to

15   read, feel free, just let us know that you want

16   to read it and we'll turn the pages.  You

17   should do whatever you think you need to.

18        A.    It's okay.  I just want to read the

19   tweet real quickly.  Okay, yes.

20        Q.    And let me ask a question.  And

21   again, I apologize if this question betrays a

22   little bit of lack of knowledge on my part.

23             But was this a retweet of a tweet

24   that had originally been posted by the PLO's

25   Department of Public Diplomacy and Policy?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1            A.    Yes.

2                    MR. SINAIKO:  And Cosette, can

3      we just turn the page here?

4      BY MR. SINAIKO:

5            Q.    This document that is now on the

6      screen in front of you, it's another page of

7      Exhibit 6, is this the tweet that was reposted?

8            A.    No.

9            Q.    Okay.  Is this the document that was

10     attached to the tweet that was reposted?

11           A.    Not that I recall.

12           Q.    Okay.  Let's back it up here.  Just

13     back up one page.

14                  You see what the original -- the

15     original PLO Department of Public Diplomacy and

16     Policy tweet says?

17           A.    Yes.

18           Q.    Okay.  Do you see it makes reference

19     to an official position?

20           A.    Yes.

21           Q.    And the document that we -- or the

22     page that we showed you a moment ago, is that a

23     copy of the official position that the PLO

24     Department of Public Diplomacy and Policy

25     released along with this tweet?
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1           A.    It looks like it was down to me.

2     There is nothing written in it other than

3     something in Arabic and it was just one word.

4           Q.    Oh.  Let's go to the next page.  I

5     think there was probably some text at the

6     bottom that you were having difficulty seeing.

7           A.    Oh, I can't -- there's no way I can

8     read that.

9           Q.    Let's zoom in a little bit.  There

10    we go.  Is that better?

11          A.    Yes, it's better.  I mean, I'm not

12    going to read all of it.  It's going to waste

13    everyone's time.  Okay.  What is the question?

14          Q.    So the question is, is that the

15    position statement that was attached to the PLO

16    Department of Public Diplomacy -- I'm sorry,

17    Public Diplomacy and Policy that was attached

18    to the tweet that the Observer Mission

19    retweeted?

20          A.    It appears so, if it is attached to

21    it.

22                MR. SINAIKO:  Let's go to Tab

23    20, and we will mark that as Exhibit 7.

24                (Deposition Exhibit No. 7 was

25    marked for identification.)

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1    BY MR. SINAIKO:

 2         Q.    And do you recognize this to be

 3    another tweet that was posted to the Observer

 4    Mission's Twitter feed?

 5         A.    I retweeted it, but yes.

 6         Q.    Well, I mean, I guess it's a

 7    question.  Do you recognize this to be a tweet

 8    that you posted to the Observer Mission's

 9    Twitter account?

10         A.    Yes.

11         Q.    Okay.

12         A.    Yes.

13         Q.    And you see that this document has

14    the hashtag LandsDay?

15         A.    Yes.

16         ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

22         Q.    In general, though -- well,

23    withdrawn.

24               And in this tweet, you are actually

25    retweeting -- well, withdrawn.  Let me try this
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1       question one more time.

2                   This is actually a retweet of a

3       tweet that was posted by another organization

4       within the Palestine Liberation Organization;

5       correct?

6           A.    Yes, the Negotiation Affairs

7       Department, yes.



Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021



1 ████████████████████████████████

█████████████████████████████

3   ████████████████████████████████

████████████████████████████████████

████████████████████████████████

██████████████████████ correct?

7      ██████████████████████

████████████████████████████

█████████████████

████████████████████████████

██████████████████

███████████████████████████████████

13  ████████████████████████████

████████████████████████

███████████████████████████

███████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████████

████████████████

23      Q.    Understood.

24            MR. SINAIKO:  Okay.  Let's go

25      to our next tab.  This is going to be Tab 22.

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1     like to go off the record?

2                        MR. SINAIKO:  Well, we need to

3     get the audio working.  I mean, whatever we

4     have to do.  If we have to go off the record to

5     get the audio working, then fine.

6                        THE VIDEOGRAPHER:   Okay.  We

7     are now off the record.  The time is 17:24 UTC

8     time.

9                        (Discussion held off the

10    record.)

11                       THE VIDEOGRAPHER:   We are

12    back on the record.  The time is 17:26 UTC

13    time.

14    BY MR. SINAIKO:

15         Q.    Ms. Ghannam, we are back on the

16    record.  Can you see that I have put Exhibit 6,

17    Deposition Exhibit 6 back on the screen in

18    front of you?

19         A.    Yes, I can see it.

20         Q.    And this is the retweet that we were

21    talking about a moment ago; correct?

22         A.    Correct.

23         Q.    Okay.  And if you look at the bottom

24    of the tweet, you will see that it says, 1:59

25    p.m., February 4, 2020.  Do you see that?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          A.    Yes.

2          Q.    Would you agree that this was a

3    tweet that was posted at 1:59 p.m. on the 4th

4    of February 2020?

5          A.    Yes.

6          Q.    Okay.  And would you agree that this

7    is a tweet that you posted from the UN --

8    withdrawn.

9                Would you agree that this is a post

10   that -- to Twitter that you made from the

11   Observer Mission building at 115 East 65th

12   Street in Manhattan at the date and time noted

13   on the tweet?

14         A.    Most likely, yes, unless I wasn't

15   tweeting from my lunch break because it's close

16   to 2:00.

17         Q.    But you would say most likely, just

18   to be clear, you would say most likely --

19         A.    Yes.

20         Q.    -- you tweeted that from inside the

21   Observer Mission building at 115 East 65th

22   Street in Manhattan?

23         A.    Most likely, yes.

24         Q.    Let's go back to tab, I think we

25   said Tab 21, and we're marking that as Exhibit

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
1     8.

2                    MR. SINAIKO:  Karen, did you

3     get that?

4                    THE COURT REPORTER:  Yes.

5     Exhibit 8, yes.

6                    MR. SINAIKO:  Yeah.  Let's put

7     up Tab 21.  That will be Exhibit 8.

8     BY MR. SINAIKO:

9          Q.    All right.  And Ms. Ghannam, do you

10    see Exhibit 8 in front of you?

11         A.    Yes.

12         Q.    Do we agree that this is another

13    tweet that you posted to the Observer Mission's

14    Twitter account?

15         A.    Yes.

16         Q.    Do we agree that this is a tweet

17    that you posted at 9:00 a.m., on April 12,

18    2020, as stated at the bottom of the tweet?

19         A.    Yes.

20         Q.    And this is actually a retweet; is

21    that right?

22         A.    Yes.

23         Q.    And you were retweeting on behalf of

24    the Observer Mission, to the Observer Mission's

25    Twitter account, a tweet that had originally
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      been posted by the PLO Department of Public

2      Diplomacy and Policy; correct?

3            A.    Correct.  Yes.

4            Q.    And this is another communication by

5      the PLO relating to annexation of land in the

6      West Bank; is that correct?

7                      MR. BERGER:  Object to the

8      form of the question.

9      BY MR. SINAIKO:

10           Q.    You may answer.

11           A.    It appears so.  I can't read all of

12     it, but I believe it was a statement put out by

13     Dr. Ashrawi regarding annexation.

14

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1                    MR. SINAIKO:  Let's go to Tab

 2        22, which we are going to mark as Exhibit 9.

 3                    (Deposition Exhibit No. 9 was

 4        marked for identification.)

 5        BY MR. SINAIKO:

 6            Q.    And Ms. Ghannam, do you have Exhibit

 7        9 in front of you?

 8            A.    I do.

 9            Q.    And do you recognize this to be a

10        retweet that you made to the Observer Mission's

11        Twitter account on April 28, 2020, at 6:30

12        p.m.?

13            A.    Yes.

14            Q.    Okay.  And do you recognize this

15        also to be a retweet?

16            A.    Yes.

17            Q.    And what is it a retweet of?

18            A.    It was posted by the Institute of

19        Middle East Understanding on, once again,

20        illegal settlements on Palestinian land that

21        the United Nations opposes, and there's several

22        resolutions that oppose it and it is deemed

23        illegal.

24        ████████████████████████████████████
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

 1     ███████████████████████████████████

       ████████████████████████████████

       ██████████████████████████

       ████████████████████████████████████

       █████████████████████████████████

       █████████████████████████████████

       ██████████████████

       ██████████████████████████

       ████████████████████

10                    MR. SINAIKO:  Okay.  Let's go

11     to Tab 23, and I think we are on Exhibit 10.

12                    (Deposition Exhibit No. 10 was

13     marked for identification.)

14     BY MR. SINAIKO:

15          Q.    Ms. Ghannam, can you see Deposition

16     Exhibit 10 on the screen in front of you?

17          A.    Not yet.

18          Q.    I think we may be having another

19     technical problem.  It looks like the video is

20     frozen.  Can you hear me?

21          A.    I can hear you, yes.

22          Q.    Can you see Exhibit 10 on the screen

23     in front of you?

24          A.    No.

25                    MR. SINAIKO:  Okay.  We

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    definitely are having a technical problem

2    because I, in my Zoom, I can see Exhibit 10 on

3    the screen in front of me, but I think Ms.

4    Ghannam is unable to see it.  And we need to

5    resolve that.

6                    MR. BERGER:  Let me see if I

7    can show her on my laptop, if that will solve

8    the problem.

9                    THE WITNESS:  Yes, I can see

10   this.

11                   MR. SINAIKO:  Great.

12   Actually, mine is working again.  Okay.

13   BY MR. SINAIKO:

14        Q.    Do you recognize this to be a tweet

15   that you posted to the Observer Mission's

16   Twitter account?

17        A.    Yes.

18        Q.    And when did you make this Twitter

19   post?

20        A.    It looks like May 11 at 3:03 p.m.

21        Q.    Do you know where you were -- I

22   mean, do you know where you were physically

23   located at the time you made this Twitter post?

24        A.    May 11th, I was in Washington.

25        Q.    Okay.  And the purpose of this

1   ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

4                         MR. SINAIKO:  Let's go to Tab

5   40.  That will be Exhibit 11.

6                         (Deposition Exhibit No. 11 was

7   marked for identification.)

8   BY MR. SINAIKO:

9        Q.    Ms. Ghannam, can you see Deposition

10  Exhibit 11 in front of you?

11       A.    Yes.

12       Q.    And can you tell me what you

13  recognize that document to be, if anything?

14       A.    Yes.  I believe it speaks to the

15  illegal annexation policy by the occupying

16  Tala (phonetic).

17       Q.    Okay.  And, more generally, you

18  recognize this to be a Twitter post on the

19  Observer Mission's Twitter feed; correct?

20       A.    That is correct.

21       Q.    And it's actually another retweet;

22  is that right?

23       A.    That is correct.

24       Q.    And what is it a retweet of?

25       A.    It discusses 18 Senate Democrats, I

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      tagged them, expressing their concern regarding

2      unilateral annexation of Palestinian territory.

3            Q.    And who made the original post?

4            A.    It looks like -- oh, the original

5      post, excuse me, the PLO Department of Public

6      Diplomacy and Policy.

7            Q.    Right.  And that's an entity that is

8      part of one of the Defendants in this case;

9      correct?

10           A.    I -- Public Diplomacy and Policy is

11     an extension of the type of work that the PLO

12     does, I suppose.  I don't know whether or not

13     they are Defendants in this case or not, to be

14     quite frank with you.  I just know from a media

15     standpoint, without --

16           Q.    Let me put the question again.

17                 Do you understand that the PLO

18     Department of Public Diplomacy and Policy is

19     part of the Palestine Liberation Organization,

20     one of the Defendants in this case?

21                      MR. BERGER:  Objection, calls

22     for a legal conclusion, but you can answer

23     again.

24                      THE WITNESS:  They are part of

25     the PLO, yes.

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1      BY MR. SINAIKO:

 2          Q.    Okay.  And you posted this -- well,

 3      withdrawn.

 4              Is it correct that you retweeted, on

 5      the Observer Mission's Twitter account, the

 6      original Twitter posts from the PLO Department

 7      of Public Diplomacy and Policy to call

 8      attention to the fact that members of the

 9      United States Congress had expressed concerns

10      about annexation?

11              ███████████████████████████

   █████████████████████████████████████████

   █████████████████████████████████████████

   █████████████████████████████████████████████

   ████████████████████████████████████████

   ██████████████████████████████████████████

   ████████████████████████████

   █████████████████████████████████████

   ██████████████████████████████████████

   ██████████████

21                  MR. SINAIKO:  All right.

22      Let's go to Tab 41.  I think this is going to

23      be 12.  So let's mark the next document that

24      pops up as Exhibit 12.

25                  (Deposition Exhibit No. 12 was
```

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1      marked for identification.)

 2      BY MR. SINAIKO:

 3          Q.    And Ms. Ghannam, can you see Exhibit

 4      12 in front of you?

 5          A.    Yes.

 6          Q.    And what do you recognize that to

 7      be?

 8          A.    A tweet, it looks -- just a tweet

 9      regarding, it's watch now, which looks like

10      it's a video.

11          Q.    Right.  So this is a Twitter post

12      that you put on the Observer Mission's Twitter

13      feed on July 29 of 2020; correct?

14          A.    Correct.

15      ████████████████████████████████████████████

        ████████████████████████████████████████████████

        ███████████████████████████████████████████

        █████████████████████████

19          Q.    And the video was prepared by the

20      PLO Department of Public Diplomacy and Policy;

21      correct?

22          A.    It was prepared by them ██████████

        ████████████████████████████████████

        ██████████████████████████████████████████

        ███████████████████████████████████
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1       ████████████████████████

2              Q.    Right.  So the question was, this

3       was -- the question was, this is a video that

4       was prepared by the PLO Department of Public

5       Diplomacy and Policy; correct?

6              A.    Correct.

7                         MR. SINAIKO:  Okay.  Let's

8       mark -- let's put up Tab 24, which we will mark

9       as Exhibit 13.

10                        (Deposition Exhibit No. 13 was

11      marked for identification.)

12      BY MR. SINAIKO:

13             Q.    Ms. Ghannam, do you have Exhibit 13

14      in front of you?

15             A.    I do see it, yes.

16             Q.    And what do you recognize this

17      document to be?

18             A.    It's something written against the

19      illegal use of administrative detention,

20      Palestinian prisoners.

21             Q.    So let me just ask the question in a

22      little bit more focused way.  Do you recognize

23      this to be a tweet that you posted to the

24      Observer Mission's Twitter feed?

25             A.    Yes.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          Q.    And when did you make this post to

2     the Observer Mission's Twitter feed?

3          A.    It looks like October 6, 2020, at

4     1:00 p.m.

5          Q.    And this was also a retweet; is that

6     right?

7          A.    Yes.

8          Q.    And it was a retweet of a tweet

9     originally posted by the PLO Department of

10    Public Diplomacy and Policy; correct?

11         A.    Yes.

12         Q.    Okay.  And the topic of this -- the

13    topic of this tweet was administrative

14    detention; is that right?

15         A.    Yes.  Illegal administrative

16    detention, correct.

17    ██████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

25         Q.    Understood.

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1                    MR. SINAIKO:  So let's go to

 2      Tab 25, which we will mark as Exhibit 14.

 3                    (Deposition Exhibit No. 14 was

 4      marked for identification.)

 5      BY MR. SINAIKO:

 6           Q.    Ms. Ghannam, can you see Exhibit 14

 7      in front of you?

 8           A.    Most of it.  Your face and my face

 9      block off the right side of it.

10           Q.    Let's fix it so that you can see --

11      I want to do whatever -- can you see it better

12      now?

13           A.    That works.

14           Q.    All righty.  So can you see the

15      document now?

16           A.    Yes.

17           Q.    And can you tell me whether that's a

18      tweet that you posted to the Observer Mission's

19      Twitter feed?

20           A.    Yes.

21           Q.    And when did you make this posting

22      to the Observer Mission's Twitter feed?

23           A.    November 28, 2020, at 2:27 p.m.

24           Q.    By any chance, do you know where you

25      were located physically when you made that
```

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    posting?

2         A.    Thanksgiving, that first year, after

3    COVID -- I believe we were in Washington.

4         Q.    But you weren't in the Observer

5    Mission building?

6         A.    No.

7         Q.    Okay.  And the purpose of -- would

8    it be fair to say that the purpose of this

9    tweet was to call public attention to a letter

10   that Dr. Mansour wrote to a UN official?

11   ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████

     █████████████████████████████

15        Q.    Let's go to the attachment because

16   that's part of the exhibit.

17        A.    Okay.

18        Q.    Let me just ask the question again.

19   Do you see that the document referenced in the

20   Twitter post is a letter that --

21        A.    A letter by --

22        Q.    I'm sorry?

23        A.    You would have to scroll all the way

24   to the bottom to see who it was written by.

25        Q.    Certainly.  Let's do that so you get

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      to see it.

2      ████████████████████████████ █

████████████████████████████████████████

████████████████████████████████████

███████████████████

6          Q.    Let's go down to the bottom of the

7      letter for just a moment.  You will see that it

8      appears to be signed by Dr. Khalil El-Halabi.

9      Do you see that?

10         A.    Yes.

11         Q.    Do you understand this to be a

12     letter that Dr. Khalil El-Halabi wrote to a UN

13     official or to -- or perhaps to, you know,

14     Ambassador Mansour?

15         A.    It could be -- it could have been

16     that he was quoted in the letter.  I didn't

17     write the letter.  I just posted it.

18     ████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

22     ██████████

███████████████████

24             MR. SINAIKO:  Let's go to Tab

25     26, which we will mark as Exhibit 15.

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

```
 1                    (Deposition Exhibit No. 15 was
 2      marked for identification.)
 3      BY MR. SINAIKO:
 4           Q.    Ms. Ghannam, do you have Exhibit 15
 5      in front of you?
 6           A.    I do.
 7           Q.    Do you recognize this to be another
 8      post that you put on the Observer Mission's
 9      Twitter feed?
10           A.    Yes.
11           Q.    And when did you put this post on
12      the Observer Mission's Twitter feed?
13           A.    January 11, 2021 at 9:16 a.m.
14           Q.    And it says, on the top of the first
15      line, statement by PMOFA.  Do you see that?
16           A.    Yes.
17           Q.    What is PMOFA?
18           A.    The Palestinian Ministry of Foreign
19      Affairs.
20           Q.    So this was a tweet by which the
21      Observer Mission was disseminating a message
22      created by the Ministry of Foreign Affairs;
23      correct?
24           A.    This is correct.
25           Q.    And the Ministry of Foreign Affairs,
```

1      that is -- or the statement by the Ministry of

2      Foreign Affairs, pardon me, is that the

3      document attached at the bottom of the tweet?

4           A.    Yes.  I believe -- I believe it's

5      actually a media brief drafted by NAD, the

6      Negotiation Affairs Department.

7           Q.    And it's the PLO -- that's the

8      Palestine Liberation Organization Negotiation

9      Affairs Department; correct?

10          A.    Yes.

11          Q.    And is that part of the Ministry of

12     Foreign Affairs?

13          A.    No.

14          Q.    What is the connection between the

15     Negotiation Affairs Department and the Ministry

16     of Foreign Affairs, if any?

17          A.    I don't know the exact legal

18     connection between the two.  My specialty is

19     not in that realm of work.

20     ██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021



Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    ██████████████████████████████████████

██████████████████████████

3    BY MR. SINAIKO:

4          ██████ ████████████████████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

8              ████████████

9                    MR. SINAIKO:  Okay.  Let's go

10   to Tab 27.  That will be Exhibit 16.

11                    (Deposition Exhibit No. 16 was

12   marked for identification.)

13   BY MR. SINAIKO:

14        Q.    And Ms. Ghannam, can you see Exhibit

15   16?  I think the video might be frozen again so

16   I'm not sure you can see it.

17        A.    Not yet.

18                    MR. SINAIKO:  Let's give it a

19   moment and if it doesn't -- if it doesn't pop

20   up, Mitch, maybe we can show her the document

21   on your laptop.

22                    MR. BERGER:  It's popping up.

23                    THE WITNESS:  Okay.  Yes, I

24   remember this.

25   BY MR. SINAIKO:

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

```
 1              Q.    Maybe you can start by telling us,

 2      in a high level way, whether this is yet

 3      another tweet that you posted to the Observer

 4      Mission's Twitter account?

 5              A.    Yes, I did.

 6              Q.    Okay.  And this was done on February

 7      14, 2021; correct?

 8              A.    Correct.

 9              Q.    Okay.  And what exactly was this

10      Twitter, tweet -- let me withdraw that.

11                    What exactly was this tweet

12      disseminating?

13              A.    Why was it disseminated; is that

14      your question?

15              Q.    I was asking what was being

16      disseminated through this tweet.

17              A.    Oh.  It was stories of the

18      illegality of the Israeli citizenship law which

19      forces citizens to stay away from each other

20      because of the illegal occupation.

21              Q.    █████████████████████████████

        █████████████████████████████████████████

        █████████████████████████ --

24              A.    ███████████████████ --

25              ██████████████████████████████████
```

1  ████████████████████████████████

2  ██████████████████████████████

███████████████████████████████████████

████████████████  ?

5      ██████████

6                    MR. SINAIKO:  Okay.  Let's go

7  to Tab 28, which we will mark as Exhibit 17.

8                    (Deposition Exhibit No. 17 was

9  marked for identification.)

10  BY MR. SINAIKO:

11      Q.    All right.  Ms. Ghannam, are you

12  able to see Exhibit 17?

13      A.    Not yet.

14      Q.    Okay.  Would you let me know when it

15  pops up?

16      A.    Okay.

17      Q.    This is so much easier in person, I

18  have to tell you.

19                    MR. BERGER:  I've got it on my

20  laptop, so let me show it to you.  Can you see

21  it from here?  There you go.  It's on the big

22  screen now.

23                    THE WITNESS:  Okay.

24  BY MR. SINAIKO:

25      Q.    Do you recognize this to be another

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    tweet that you posted to the Observer Mission's

2    Twitter account?

3         A.    Yes.

4         Q.    And it's a tweet that you posted on

5    May 11; correct?

6         A.    Yes.

7         Q.    And this is a tweet -- what was the

8    nature of this tweet?  Maybe you can tell us

9    that.  I'll try to ask it in a more open-ended

10   way.

11        A.    Sure.  So a Mark Ruffalo, which many

12   of you know is a celebrity, used his platform

13   to expose the illegality of the potential

14   expulsion of 1500 Palestinians from occupied

15   Jerusalem.

16        Q.    And in this tweet, the Observer

17   Mission thanked Mr. Ruffalo for making his

18   post; is that correct?

19        A.    Yes, I did.

20        Q.    Okay.  Let's go to the next page of

21   this one.  Is that Mr. Ruffalo's post that you

22   were forwarding?

23        A.    I believe I was retweeting it, yes.

24        Q.    Okay.  And you see that

25   Mr. Ruffalo's post, in turn, attached a

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    document?

2         A.    Although.   Would you mind going back

3    for a second, because I think --

4         Q.    Not at all.

5         A.    -- I might have just retweeted.

6    Okay.  I'm sorry, go ahead.  Uh-huh.

7         Q.    Do you see that Mr. Ruffalo's tweet

8    that the Observer Mission retweeted to its own

9    Twitter account, in turn, attached the

10   document?

11        A.    I may not have noticed it at the

12   time.  I don't recall right now.  There was a

13   lot going on during this time period.

14        Q.    Understood.  But you see that there

15   is a document attached to Mr. Ruffalo's tweet;

16   correct?

17        A.    I do see that.

18        Q.    And do you understand what that

19   document is?

20        A.    You'd have to open it for me to look

21   at it.  I don't recall.

22        Q.    Let's go to the next page.

23        A.    Okay.

24        Q.    Do you understand what that might

25   be?

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

 1          A.    No.

 2          Q.    Do you want to -- do you need --

 3    maybe we should show her the rest of the pages

 4    of it.

 5          A.    Assuming it's some sort of petition.

 6          Q.    Okay.  Right.  So Mr. Ruffalo's

 7    tweet -- well, Mr. Ruffalo's tweet attached a

 8    petition that members of the public could sign

 9    relating to this topic; correct?

10          A.    It appears so.

11    ██████████████████████████████████████████████

      ████████████████████████████████████████████

      ██████████████████████████████████████████████;

14      ██████████████

15            ████████████████

16                    MR. SINAIKO:  Okay.  Let's go

17    to Tab 29, which will be Exhibit 18.

18                    (Deposition Exhibit No. 18 was

19    marked for identification.)

20    BY MR. SINAIKO:

21          Q.    Okay.  We're going to be on Tab 29.

22    That will be Exhibit 18.

23                    Mr. Ghannam, if you can just let me

24    know when you are able to see that.

25                    MR. BERGER:  I'll show it to

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      her on my laptop.

2                        MR. SINAIKO:  I've got to say,

3      I can't wait until we're able to do these

4      things in person again.  This is just

5      incredibly painful.

6                        MR. BERGER:  She's got it on

7      my laptop for now, until it pops up on the big

8      screen.

9      BY MR. SINAIKO:

10          Q.    So Ms. Ghannam, can you see

11     Deposition Exhibit 18 now?

12          A.    Yes.

13          Q.    And this is another tweet that you

14     posted to the Observer Mission's Twitter

15     account; is that correct?

16          A.    Yes.

17          Q.    And you made that post on May 15,

18     2021; is that correct?

19          A.    Yes.

20          Q.    There, now you can see it on the big

21     screen.  Once your video pops up, I know you

22     can see it.

23                So you've got it on the screen in

24     front of you now?

25          A.    Yes.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          Q.    Was this -- I see that this one,

2     this tweet actually has the SaveSheikhJarrah

3     hashtag; do you see that?

4          A.    Yes.

5     

9

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████?

7    ████████████████████████████████████

8    ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████.

15              All of this falls within my

16       framework at the UN because all of these issues

17       and everything that you have asked me thus far

18       are things that the UN discusses regularly as

19       illegal and against the UN charter and the UN

20       framework.

21          Q.    I notice -- I notice, Ms. Ghannam,

22       that the first line of this tweet references

23       @POTUS.  Do you see that?

24          A.    Yes, the President of the United

25       States.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1        Q.      And ███████████████████

████████████████████████████████████████

██████████████?

4        A.      ████████████████████████████

████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

███████████████

17       ██████████████████████████████████

████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████?

23       ██████████████████████████████

████████████████████████████████████

████████████████████████████████████

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021



1       █████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████
8           ███████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████████████████
██████████?
12                    MR. BERGER:  Objection, asked
13       and answered.  You may answer again.
14       BY MR. SINAIKO:
15           Q.    You may answer.
16           ████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1       ████████████████████████████████████

████████████████████████████████████

3       ████████████████████████████████████

████████████████████████████████████

████████████████████████████████ ; ████████

████████████

7                       MR. BERGER:  Objection.  It's

8       not only asked and answered, but the reason why

9       you keep coming back is that it's

10      argumentative.  So I object to the

11      argumentative questioning of this witness.

12                      MR. SINAIKO:  She can answer

13      the question.

14                      MR. BERGER:  Do you have

15      anything to add to your previous answer?

16                      ████████████████.

17                      MR. SINAIKO:  She can answer

18      the question that I ask, not the questions that

19      you ask, Mr. Berger.

20                      MR. BERGER:  You've asked this

21      question three times.  It's argumentative,

22      asked and answered.  You may answer it again.

23                      MR. SINAIKO:  I would like the

24      question read back please, Karen.

25                      (Reporter read back from the

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1     ███████████

██████████████████████████████████████████

3                    MR. SINAIKO:  Let's mark as

4     our next exhibit Tab 30.  I think this will be

5     Exhibit 19.

6                    (Deposition Exhibit No. 19 was

7     marked for identification.)

8     BY MR. SINAIKO:

9          Q.    Ms. Ghannam, can you see Exhibit 19

10    in front of you?

11         A.    Yes.

12         Q.    Okay.  And you recognize -- what do

13    you recognize this to be, if anything?

14         A.    I recognize this very well.  It was

15    a mother and a child who were stuck under the

16    rubble of their house after it being illegally

17    shelled and begging for help so that they were

18    not to die.

19         Q.    This was a Twitter post that was put

20    on -- that you put on the Observer Mission's

21    Twitter feed; correct?

22         A.    Absolutely correct.

23         Q.    And the topic was the one that you

24    just mentioned; correct?

25         A.    Yes.

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1

████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████████████

██████████████████████; █████████

█████████████████████

7                    MR. SINAIKO:  Okay.  Let's go

8       to Tab 31, which we will mark as Exhibit 20.

9                    (Deposition Exhibit No. 20 was

10      marked for identification.)

11      BY MR. SINAIKO:

12          Q.    Do you see Deposition Exhibit 20 on

13      the screen?

14          A.    No.  Yes, now I do.

15          Q.    And do you recognize that to be

16      another tweet that you posted to the Observer

17      Mission's Twitter account on May 17, 2021?

18          A.    Yes.

19          Q.    Okay.  And do you see that this

20      Twitter post makes reference to AOC?

21          A.    Yes.

22          Q.    Who is that?

23          A.    Alexandria Ortez -- I always forget

24      her name.  The representative from New York.

25          Q.    Right.  Alexandria Ocasio-Cortez; is

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      that right?

2           A.    Yes.

3           Q.    And what about Bush?

4           A.    Yes.  Cori Bush.

5           Q.    And what about --

6           A.    John Oliver.

7           Q.    Uh-huh, who else?

8           A.    Ali Velshi, and then Reid, I forget

9      his first name, yes.

10          Q.    And what information was this

11     Twitter post conveying?



Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1 ████████████████████

████████████████████████████████████

████████████████████████████

4             MR. SINAIKO:  Okay.  Let's put

5    up Tab 32 and let's mark that as our next

6    exhibit, which will be Exhibit 21.

7                 (Deposition Exhibit No. 21 was

8    marked for identification.)

9    BY MR. SINAIKO:

10        Q.    Ms. Ghannam, can you see Exhibit 21?

11        A.    Not yet.

12             MR. BERGER:  Every time I show

13    her my laptop, it pops on the video.

14             MR. SINAIKO:  It's like

15    clockwork.

16                 (Off-the-record discussion

17    held.)

18    BY MR. SINAIKO:

19        Q.    Okay.  Can you see the document now,

20    Exhibit 21?

21        A.    Yes.

22        Q.    And that's another posting that you

23    made to the Observer Mission's Twitter account?

24        A.    Yes.

25        Q.    And that was a retweet?

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1          A.    Yes.

2          Q.    It was a retweet of a tweet that

3    originally was put up by Senator Warren;

4    correct?

5          A.    Yes.

6          Q.    And do you think you retweeted

7    Senator Warren's tweet the same day that

8    Senator Warren put it up on her own feed?

9          A.    I can't tell you.

10   ███████████████████████████████████████

███████████████████████████████████████████

12   ██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████?

16   ██████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████

23                     MR. SINAIKO:  Okay.  Let's go

24   to Tab 33, which we will mark as Exhibit 22.

25                     (Deposition Exhibit No. 22 was

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1      marked for identification.)

2                          MR. SINAIKO:  And Mitch, if

3      you could just put the laptop in front of her

4      now so that this works more promptly this time.

5                          MR. BERGER:  Yeah.  I don't

6      have it yet.  See, it worked instantly.

7                          MR. SINAIKO:  Like magic.

8      BY MR. SINAIKO:

9          Q.    Anyway, Ms. Ghannam, do you see

10     Exhibit 22 in front of you?

11         A.    I do.

12         Q.    And do you recognize that to be a

13     tweet that you posted to the Observer Mission's

14     Twitter feed on May 24th of this year?

15         A.    Yes.

16         Q.    And the purpose of this --

17         A.    Yes, I recognize it.

18     ████████████████████████████████████

   ██████████████████████████████

   ██████████████████████████████████████

   ████████████████████████████████████?

22     ███████████████████████████████████

23     ████████████████████████████████████

   ██████████████████████████████████

   ███████████████████████████████████████

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1     ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

6                         MR. SINAIKO:  Okay.  And let's

7     mark, as Exhibit 23, a Twitter post dated July

8     9 of 2021.  That will be Tab 34, Cosette.

9                         (Deposition Exhibit No. 23 was

10    marked for identification.)

11    BY MR. SINAIKO:

12         Q.    Okay.  And Ms. Ghannam, do you

13    recognize -- can you see Deposition Exhibit 23

14    in front of you now?

15         A.    Yes.

16         Q.    And do you recognize that to be a

17    posting that you made to the Observer Mission's

18    Twitter feed earlier this month?

19         A.    Yes, I retweeted it.

20         Q.    Right.  And this is a retweet from

21    the PLO's Negotiation Affairs Division; is that

22    right?

23         A.    Department, yes.

24         Q.    Sorry.  I got the title -- I

25    misspoke.  It's the Negotiation Affairs

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1       Department?

2              A.     That's okay.  Yes.

3                   ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████; ████████████████

████████████████████

8                   █████████████████████████████████████████

████████████████████

10              Q.     ███████████

11              A.     ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████.

15              Q.     ██████████████████

16              A.     ████████████████████████████

████████████████████████████.

18                          MR. SINAIKO:  Excellent.  We

19       can take that one down.  If it's okay -- if

20       it's okay with everybody, I like to just go off

21       the record for five minutes.

22                          MR. BERGER:  Yeah.

23                          MR. SINAIKO:  Good enough.

24       Thanks.

25                          THE VIDEOGRAPHER:   We are now

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1                    C E R T I F I C A T E

2                         -  -  -

3                  I, NADIA GHANNAM, do hereby

4        certify that I have read the foregoing

5        transcript and it is a true and correct copy of

6        my deposition, except for the changes, if any,

7        made by me on the attached Deposition

8        Correction Sheet.

9

10

11

12              _____

13              _____
                Date

14

15

16

17

18

19

20

21

22

23

24

25

Nadia Ghannam  Confidential Pursuant to Protective Order
July 23, 2021

1    ERRATA SHEET
     PAGE     LINE                    REASON FOR
2                                CHANGE/CORRECTION
     _____   _____    _____
3
     _____   _____    _____
4
     _____   _____    _____
5
     _____   _____    _____
6
     _____   _____    _____
7
     _____   _____    _____
8
     _____   _____    _____
9
     _____   _____    _____
10
     _____   _____    _____
11
     _____   _____    _____
12
     _____   _____    _____
13
     _____   _____    _____
14
     _____   _____    _____
15
     _____   _____    _____
16
     _____   _____    _____
17
     _____   _____    _____
18
     _____   _____    _____
19
     _____   _____    _____
20
     _____   _____    _____
21
     _____   _____    _____
22
     _____   _____    _____
23
     _____   _____    _____
24

25

Nadia Ghannam   Confidential Pursuant to Protective Order
July 23, 2021

1    COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
2    COUNTY OF ALLEGHENY                   )

3                       CERTIFICATE

4        I, Karen A. Nickel, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
5    certify that the witness, NADIA GHANNAM, was by
     me first duly sworn to testify the truth, the
6    whole truth, and nothing but the truth; that
     the foregoing deposition was taken at the time
7    and place stated herein; and that the said
     deposition was recorded stenographically by me
8    and then reduced to typewriting under my
     direction, and constitutes a true record of the
9    testimony given by said witness.

10       I further certify that I am not a
     relative, employee or attorney of any of the
11   parties, or a relative or employee of either
     counsel, and that I am in no way interested
12   directly or indirectly in this action.

13       IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office this 27th
14   day of July 2021.

15

16                     _____
                       Karen A. Nickel, Notary Public
                       Registered Professional Reporter
17                     Certified Realtime Reporter

18

19

20

21

22

23

24

25