# Exhibit C

# Exhibit 264: Redacted

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, | ) Case No. 18-Civ. 12355 |
| individually and as | ) |
| personal representative | ) |
| of the Estate of Keren | ) VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE | ) DEPOSITION OF FEDA |
| SHATSKY, individually | ) ABDELHADY-NASSER |
| and as personal | ) |
| representative of the | ) |
| Estate of Keren | ) |
| Shatsky, TZIPPORA | ) |
| SHATSKY SCHWARZ, YOSEPH | ) |
| SHATSKY, SARA SHATSKY | ) |
| TZIMMERMAN, MIRIAM | ) |
| SHATSKY, DAVID RAPHAEL | ) |
| SHATSKY, GINETTE LANDO | ) |
| THALER, individually | ) |

and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

Plaintiffs,

against

Feda Abdelhady-Nasser
July 22, 2021

1

2    THE PALESTINE
     LIBERATION ORGANIZATION
3    and THE PALESTINIAN
     AUTHORITY (a/k/a "The
4    Palestinian Interim
     Self-Government
5    Authority" and/or "The
     Palestinian National
6    Authority"),

7
              Defendants.
8

9

10

11                              -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Feda Abdelhady-Nasser
July 22, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF FEDA

 2       ABDELHADY-NASSER, witness herein, called by the

 3       Plaintiffs, for examination, taken pursuant to

 4       the Federal Rules of Civil Procedure, by and

 5       before Karen A. Nickel, a Certified Realtime

 6       Reporter and a notary public in and for the

 7       Commonwealth of Pennsylvania, held remotely

 8       with all parties appearing from their

 9       respective locations, on Thursday, July 22,

10       2021, at 9:30 a.m.

11       COUNSEL PRESENT:

12
         For the Plaintiffs:
13       Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
         Cohen & Gresser, LLP
14       2001 Pennsylvania Avenue, NW
         Suite 300
15       Washington, DC 20006

16       Stephen M. Sinaiko, Esq.
         Cohen & Gresser, LLP
17       800 Third Avenue
         New York, NY 10022

18
         For the Defendants:
19       Mitchell R. Berger, Esq.
         Joseph Alonzo, Esq.
20       Salim Kaddoura, Esq.
         Squire Patton Boggs
21       2550 M Street NW
         Washington, DC 20037

22
         Also Present:  Cosette Vincent
23                       Eszter Vincze

24

25
```

Feda Abdelhady-Nasser
July 22, 2021

1                          -  -  -
                      I N D E X
2
       WITNESS                              PAGE
3
       Feda Abdelhady-Nasser
4
            By Mr. Sinaiko                    7
5

6
                    E X H I B I T S
7

8     NUMBER           DESCRIPTION           PAGE

9     Exhibit 1      Notice of Deposition     13
      Exhibit 2      LinkedIn Profile         22
10    Exhibit 3      Mission Personnel List   30
      Exhibit 4      Calendar Entries         44
11    Exhibit 5      Calendar Entries         53
      Exhibit 6      Calendar Entries         63
12    Exhibit 7      Interview               190

13

14

15

16

17

18

19

20

21

22

23

24

25

Feda Abdelhady-Nasser
July 22, 2021

```
 1              P R O C E E D I N G S

 2                    THE VIDEOGRAPHER:   Good

 3      morning, everyone.  We are now on the record.

 4      Participants should be aware that this

 5      proceeding is being recorded and, as such, all

 6      conversations held will be recorded unless

 7      there is a request and agreement to go off the

 8      record.

 9                   This is the remote video-recorded

10      deposition of Feda Abdelhady-Nasser.  Today is

11      Thursday, July 22, 2021.  The time is now 13:33

12      UTC.

13                   We are here in the matter of Shatsky

14      versus PLO.  My name is Corey Wainaina, remote

15      video technician on behalf of US Legal Support

16      located at 90 Broad Street, New York, New York.

17      I am not related to any party in this action,

18      nor am I financially interested in the outcome.

19                   At this time, will the reporter,

20      Karen Nickel, on behalf of US Legal Support,

21      please enter the statement for remote

22      proceedings into the record.

23                        THE REPORTER:  The attorneys

24      participating in this deposition acknowledge

25      that I am not physically present in the
```

Feda Abdelhady-Nasser
July 22, 2021

1      deposition room and that I will be reporting

2      this deposition remotely.

3              They further acknowledge that, in

4      lieu of an oath administered in person, the

5      witness will verbally declare her testimony in

6      this matter is under penalty of perjury.

7              The parties and their counsel

8      consent to this arrangement and waive any

9      objections to this manner of reporting.  Please

10     indicate your agreement by stating your name

11     and your agreement on the record.

12             MR. SINAIKO:  Steve Sinaiko, on

13     behalf of the Plaintiffs, from Cohen & Gresser

14     in New York City, we agree.

15             MR. BERGER:  Mitchell Berger,

16     Squire Patton Boggs, Washington, D.C., on

17     behalf of Defendants, we agree.

18             (Discussion held off the

19     record.)

20             THE VIDEOGRAPHER:  We are

21     back on the record.  The time is 13:36 UTC

22     time.

23             FEDA ABDELHADY-NASSER, a witness

24     herein, having been first duly sworn, was

25     examined and testified as follows:

Feda Abdelhady-Nasser
July 22, 2021

```
 1                    EXAMINATION
 2      BY MR. SINAIKO:
 3           Q.    Good morning, Ms. Abdelhady-Nasser.
 4           A.    Good morning.
 5                    MR. BERGER:  Excuse me, Steve.
 6      It would be appropriate and courteous for you
 7      to refer to the witness as Ambassador.
 8                    MR. SINAIKO:  Okay.  Before we
 9      get started, I have one housekeeping measure
10      for us to go over.
11                    Since we are here remotely due to
12      the COVID-19 pandemic, we would ask that the
13      Defendant confirm that, pursuant to Rule
14      30(b)(4) of the Federal Rules of Civil
15      Procedure, today's deposition may be taken by
16      video conference.
17                    THE WITNESS:  Yeah.
18                    MR. BERGER:  Yeah, we confirm
19      that.
20                    MR. SINAIKO:  Good.  And
21      pursuant to Rule 29 of the Federal Rules of
22      Civil Procedure, I also want to confirm that
23      the parties are stipulating that Ms. Nickel is
24      an appropriate officer before whom to take the
25      deposition even though she, I believe, is in
```

Feda Abdelhady-Nasser
July 22, 2021

1      Pittsburgh, and I'm not actually sure where the

2      witness is but I'm pretty sure that she is not

3      in Pennsylvania.

4                  Can we agree, pursuant to Rule 29,

5      that Ms. Nickel is an appropriate officer

6      before whom the deposition may be taken?

7                  MR. BERGER:  Yes, so

8      stipulated.

9                  MR. SINAIKO:  Great.  Okay.

10     BY MR. SINAIKO:

11         Q.    Good morning.  Thank you for being

12     here today.  My name is Steve Sinaiko.  I am

13     with the law firm of Cohen & Gresser, LLP, in

14     New York City, and I represent the Plaintiffs

15     in this lawsuit.

16                 Have you had your deposition taken

17     previously?

18         A.    No, I have not.

19         Q.    Okay.  Let me go over a couple of

20     ground rules for the process so that things go

21     smoothly and we are all on the same page.

22                 Will that be okay?

23         A.    Yes.  That's fine.

24         Q.    I'm going to be asking you a series

25     of questions today, and your responses to those

Feda Abdelhady-Nasser
July 22, 2021

```
 1    questions will be sworn under oath and under

 2    penalty of perjury.

 3              Do you understand?

 4         A.   Yes.

 5         Q.   The court reporter is going to be

 6    transcribing everything we say today, so to

 7    make sure that we have an accurate and clear

 8    record, and especially because the deposition

 9    is taking place by video conference in light of

10    the COVID-19 pandemic, it is important that we

11    not speak over each other and that only one

12    person speaks at a time.

13              So I would ask that you wait until I

14    finish my questions before you start answering

15    them.  And I, for my part, will try to wait

16    until you finish your answers before I ask

17    another question.

18              Will that be all right?

19         A.   Yes.

20         Q.   It's also important for you to

21    respond to my questions verbally rather than by

22    nodding your head or moving your hand or

23    whatever, rather than by a non-verbal response,

24    because only verbal responses can be

25    transcribed.
```

Feda Abdelhady-Nasser
July 22, 2021

1           Do you understand?

2      A.    Understood.

3      Q.    Okay.  If you don't understand a

4  question that I have asked you during our time

5  today, just let me know and I will try to

6  rephrase the question or otherwise help to move

7  past whatever misunderstanding might exist.

8           However, the Court will assume, and

9  all of the lawyers in the room will assume,

10  that you heard and understood every question

11  that you respond to.

12           Do you understand?

13      A.    Yeah.

14      Q.    At times, Mr. Berger, your lawyer,

15  may object to one of my questions, but unless

16  he instructs you not to answer a question, you

17  should go ahead and answer my question even

18  though there was an objection.

19           Do you understand?

20      A.    Yes.

21      Q.    From time to time, I will probably

22  take breaks during the deposition.  If you need

23  a break, just let your attorney know or let me

24  know and I will do my best to accommodate your

25  request.  But I do ask that if a question is

Feda Abdelhady-Nasser
July 22, 2021

1     pending, if I've asked you a question and you

2     have not yet answered it, that you answer my

3     question before we take a break.

4                  Is that okay?

5          A.    Yes.

6                       MR. BERGER:  That may be okay

7     with the witness but, of course, consistent

8     with the local rules, if we have an issue of

9     privilege, we are entitled to take a break and

10    discuss whether there is an appropriate

11    privilege objection.

12                      MR. SINAIKO:  Of course.

13    That's the only exception.

14    BY MR. SINAIKO:

15         Q.    Okay.  Within the last 72 hours,

16    have you ingested any substance that would

17    impair your ability to understand and respond

18    to questions?

19         A.    No.

20         Q.    Are you currently under the

21    influence of any such substance?

22         A.    No.

23         Q.    Is there any reason that you can

24    think of, as we sit here now, that you would

25    not be able to give your -- let me withdraw

Feda Abdelhady-Nasser
July 22, 2021

1     that.

2              Is there any reason, as you sit here

3     today, you can think of as to why you would not

4     be able to give your best testimony today?

5          A.    No.

6          Q.    Now, as we go through the questions,

7     I will be referring at times to the Defendants.

8     When I refer to the Defendants, that is

9     intended by me, and I hope will be understood

10    by you, to encompass both the Palestinian

11    Authority and the Palestine Liberation

12    Organization.

13              Do you understand?

14         A.    Yes.

15         Q.    And at times, I may refer to the

16    Palestinian Authority as just the PA.  Will

17    that be all right?

18         A.    Yes.

19         Q.    Thank you.

20              And at times, I will refer to the

21    Palestine Liberation Organization as PLO.  Will

22    that be all right?

23         A.    Yes.

24         Q.    And then, there will be times when I

25    refer to the Permanent Observer Mission of the

Feda Abdelhady-Nasser
July 22, 2021

```
 1     State of Palestine to the United Nations, and I
 2     will just refer to that as the Observer
 3     Mission.  Will that be okay?
 4          A.    Yes.
 5          Q.    Just to save time.  It's a mouthful.
 6                Okay.  Can we put up Tab No. 1,
 7     please.  I would ask the court reporter to mark
 8     this as Exhibit 1.
 9                     (Deposition Exhibit No. 1 was
10     marked for identification.)
11                     THE VIDEOGRAPHER:   Mr.
12     Sinaiko, for the video record, do you want to
13     see the witness and the document or just the
14     witness?
15                     MR. SINAIKO:  I would like to
16     see the witness and the document.  That will be
17     fine.
18                     THE VIDEOGRAPHER:   Okay.
19     Thank you.
20     BY MR. SINAIKO:
21          Q.    Ambassador Abdelhady-Nasser, have
22     you seen this document previously?
23          A.    Yes.
24          Q.    And what -- when did you see this
25     document?
```

Feda Abdelhady-Nasser
July 22, 2021

1          A.    My lawyer showed it to me yesterday.

2          Q.    Okay.  And was that the first time

3     you saw it?

4          A.    Yes.

5          Q.    What do you understand this document

6     to be?

7                     MR. BERGER:  If you have an

8     understanding.

9                     THE WITNESS:  I understand

10    that this is the basis of the deposition or

11    requiring my deposition.

12    BY MR. SINAIKO:

13         Q.    All right.  You understand that this

14    is a notice for your deposition today; correct?

15         A.    Correct.

16         Q.    And do you understand -- is it your

17    understanding that you are testifying today

18    pursuant to this notice?

19         A.    Yes.

20         Q.    And let me ask you, did you do

21    anything, in advance of today, to prepare for

22    your deposition?

23         A.    I met with my lawyer.

24         Q.    Apart from meeting with your lawyer,

25    did you do anything else to prepare for your

Feda Abdelhady-Nasser
July 22, 2021

1    deposition today?

2        A.    I reviewed my calendar of

3    activities.

4        Q.    And did you review any documents

5    other than your calendar of activities?

6        A.    I reviewed the deposition of my

7    Senior Ambassador Mansour.

8        Q.    So you looked at the transcript of

9    Dr. Mansour's testimony; is that correct?

10       A.    Correct.

11       Q.    And did you look at any documents,

12   apart from your calendar and the transcript of

13   Dr. Mansour's deposition, in advance of your

14   testimony today?

15       A.    No.

16       Q.    Apart from looking at the documents

17   we just described and meeting with your lawyer,

18   did you do anything else to prepare for your

19   deposition today?

20       A.    I tried to go to sleep early.

21       Q.    Probably a good idea.  Anything

22   apart from that?

23       A.    It didn't work.  No.

24       Q.    Okay.  And in advance of your -- in

25   advance of your deposition today, did you have

Feda Abdelhady-Nasser
July 22, 2021

```
 1    any conversations with Mr. Mansour --
 2    withdrawn.
 3              In advance of your deposition today,
 4    did you have any conversations with Dr. Mansour
 5    about your testimony that you would be giving
 6    today?
 7         A.   Only that I would have to give a
 8    deposition on July 22nd.
 9         Q.   And when did you say that to
10    Dr. Mansour?
11         A.   When I was informed by one of my
12    lawyers, Joseph Alonzo, that my deposition was
13    set for the 22d of July, so that I could inform
14    him that I would not be on duty that day.
15         Q.   All right.  And apart from telling
16    Dr. Mansour that you would be testifying here
17    today on -- you know, today, July 22nd, did you
18    say anything else to Dr. Mansour or did
19    Dr. Mansour say anything else to you during
20    this conversation concerning your deposition or
21    his?
22         A.   No.  He just wished me luck.
23         Q.   Fair enough.  Okey-doke.
24              Now, you said some time ago that, in
25    addition to looking at documents, in addition
```

Feda Abdelhady-Nasser
July 22, 2021

1    to speaking with -- speaking, albeit briefly,

2    with Dr. Mansour, you also met with your

3    lawyer.  When you say you met with your lawyer,

4    who are you referring to?

5         A.    I am referring to Mitch Berger and a

6    phone call with Joseph Alonzo, or two phone

7    calls with Joseph Alonzo, for arranging times

8    for the deposition.

9         Q.    So with respect to Mr. Alonzo, did

10   you have any substantive conversations with him

11   concerning your deposition apart from a

12   conversation for scheduling?

13        A.    He was with me in the last session

14   with Mr. Berger.

15        Q.    Got it.  Okay.  And when was the

16   first time you had a substantive conversation,

17   and I'm not -- I don't want to get into the

18   substance of the conversations, I just want to

19   know when was the first time you had a

20   substantive conversation with Mr. Berger and/or

21   Mr. Alonzo about your testimony here today?

22        A.    About two weeks ago.

23        Q.    And how many times would you say,

24   over the last two weeks, you met with Mr.

25   Berger or Mr. Alonzo to discuss your testimony

Feda Abdelhady-Nasser
July 22, 2021

1    here today?

2         A.    Including the first meeting, three

3    times.

4         Q.    Three times?

5         A.    Including today.

6         Q.    Oh, got it.  Okay.

7         A.    Four times including today.

8         Q.    Okay.  So there were three meetings

9    over the last two weeks to discuss your

10   testimony here today; correct?

11        A.    Uh-huh.  Yes.

12        Q.    And the first meeting you say

13   happened, approximately, two weeks ago?

14        A.    Yes.

15        Q.    Do you have the date of that

16   meeting?

17        A.    I have it in my calendar.  I don't

18   know the exact date right now.

19        Q.    And what was the duration of that

20   meeting?

21        A.    It was about two hours.

22        Q.    And were -- and both Mr. Berger and

23   Mr. Alonzo participated in that meeting?

24        A.    No.  Just Mr. Berger.

25        Q.    And during this two-hour meeting

Feda Abdelhady-Nasser
July 22, 2021

1    with Mr. Berger about two weeks ago, did

2    Mr. Berger show you any documents?

3          A.    No.  We just reviewed my calendar.

4          Q.    Okay.  So did you have the calendar

5    in front of you while you were there?

6          A.    I had a printed version of my

7    calendar with me.

8          Q.    Were there any other documents that

9    you reviewed with Mr. Berger during this

10   initial meeting about two weeks ago?

11         A.    No.

12         Q.    And after this initial meeting about

13   two weeks ago with Mr. Berger, when was the

14   next time you met with one or both of

15   Mr. Berger and Mr. Alonzo to discuss your

16   deposition today?

17         A.    On Tuesday, July the 20th.

18         Q.    And on Tuesday, July the 20th, how

19   long -- did you meet with them or was that a

20   telephone call?

21         A.    It was a virtual meeting with

22   Mr. Berger.

23         Q.    Mr. Berger only?

24         A.    Yes.

25         Q.    And during that meeting, did

Feda Abdelhady-Nasser
July 22, 2021

1      Mr. Berger show you any documents?

2          A.     No.  We discussed the same documents

3      that we had previously discussed, that I had

4      electronic versions of.

5          Q.     Just your calendar?

6          A.     Correct.

7          Q.     And that's the calendar that was

8      produced in discovery, you understand that to

9      be the case?

10         A.     Yes.

11         Q.     And after this meeting on the 20th,

12     when was the next time -- I guess the next time

13     would have been yesterday; is that right?

14         A.     Correct.

15         Q.     And who participated in that

16     meeting?

17         A.     Mr. Berger and Mr. Alonzo.

18         Q.     What was the duration of that

19     meeting?

20         A.     About an hour.

21         Q.     And the meeting on Tuesday, what was

22     the duration of that one?

23         A.     About two and a half hours.

24         Q.     Got it.  And the meeting, during the

25     meeting yesterday, or the virtual meeting

Feda Abdelhady-Nasser
July 22, 2021

1     yesterday with Mr. Berger and Mr. Alonzo, did

2     you review any documents with them?

3          A.     The Notice of Deposition and the

4     calendars.

5          Q.     Okay.  And no other documents; those

6     are the only ones?

7          A.     Yes.  That is correct.

8          Q.     Ambassador Abdelhady-Nasser, have

9     you ever testified, before today, in any

10    deposition or court proceeding of any kind?

11         A.     No, I have not.

12         Q.     Are you a citizen of the United

13    States?

14         A.     Yes, I am.

15         Q.     Are you a natural born citizen?

16         A.     Yes, I am.

17         Q.     And where do you currently reside?

18         A.     I reside in New Jersey.

19         Q.     And the residence that you currently

20    have in New Jersey, has that been your

21    residence at all times on and after January 4th

22    of 2020?

23         A.     Yes, it has.

24         Q.     Have you had any other residences,

25    apart from the one in New Jersey, at any time

Feda Abdelhady-Nasser
July 22, 2021

```
 1    on or after January 4th of 2020?

 2         A.    I have visited other residences.

 3         Q.    But not -- places where you resided,

 4    that's all I'm talking about.

 5         A.    Yeah.  I live in New Jersey, in

 6    Ridgefield, New Jersey.

 7         Q.    Okey-doke.  Convenient.

 8               MR. SINAIKO:  If we could take down

 9    this document and put up Tab 4, which I would

10    like to mark as Exhibit 2.

11                    (Deposition Exhibit No. 2 was

12    marked for identification.)

13    BY MR. SINAIKO:

14         Q.    Now, by the way, if at any time,

15    Ambassador Abdelhady-Nasser, you would like to

16    look at any other part of this document or any

17    document that we show you, just ask and I can

18    arrange for Cosette to turn the pages in

19    whatever way would be helpful to you.  Is that

20    all right?

21         A.    Yes.

22         Q.    Great.  This document that we just

23    put in front of you and marked as Deposition

24    Exhibit No. 2, do you recognize that?

25         A.    Yes, I do.
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1          Q.    What do you recognize that document
 2    to be?
 3          A.    It is my LinkedIn profile.
 4          Q.    And turning to the second page of
 5    the document, it says here that you received a
 6    Bachelor's degree from New York University, in
 7    1992, in political science and international
 8    relations.
 9                Is that correct?
10          A.    Yes, that is correct.
11          Q.    And above that, it says that you
12    received a Master of Arts degree from Rutgers
13    University in 2000 in the area of educational
14    leadership and administration; is that correct?
15          A.    Yes.  That is correct.
16          Q.    And --
17                MR. BERGER:  Just for a clear
18    record, Steve, the actual question you asked is
19    whether that's on the page.  I assume you want
20    to confirm --
21                MR. SINAIKO:  I was just
22    getting to that.  Sorry for talking over you,
23    Mitch.  I do understand that and I was actually
24    going to come right back to it.
25                MR. BERGER:  I apologize.
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1                    MR. SINAIKO:  No apologies

 2     needed.  I appreciate the assistance.

 3     BY MR. SINAIKO:

 4          Q.    Now that we have established what's

 5     on the page, are those two entries on your

 6     LinkedIn profile accurate?  Did you receive the

 7     degree from New York University and the degree

 8     from Rutgers that are reflected on Page 2 of

 9     your LinkedIn profile?

10          A.    Yes, I did.

11                    MR. SINAIKO:  Excellent.  All

12     right.  Cosette, could we go back to Page 1,

13     please?

14     BY MR. SINAIKO:

15          Q.    Looking at Page 1, do you see there

16     is an entry there that says experience?

17          A.    Uh-huh.  Yes.

18          Q.    Underneath that, it says,

19     Ambassador, Deputy Permanent Observer of the

20     State of Palestine to the United Nations.

21                 Do you see that?

22          A.    Yes.

23          Q.    Underneath that it says, May 2013.

24     Do you see that?

25          A.    Yes.
```

Feda Abdelhady-Nasser
July 22, 2021

1          Q.    Is it accurate that you currently

2     hold the title Ambassador, Deputy Permanent

3     Observer of the State of Palestine to the

4     United Nations?

5          A.    Yes, that is correct.

6          Q.    And is it accurate that you have

7     held that position at all times since May 2013?

8          A.    Yes, that is correct.

9          Q.    And who appointed you to that

10    position?

11         A.    I was promoted to that position by

12    Ambassador Mansour, and it was approved by the

13    President.

14         Q.    When you say "the President," you

15    mean Mr. Abbas?

16         A.    Yes.  President Mahmoud Abbas.

17         Q.    Okay.  Now, on or after January 4 of

18    2020, have you worked for any organization,

19    other than the Permanent Observer Mission of

20    Palestine to the United Nations?

21         A.    No, I have not.

22         Q.    Have you been involved with or have

23    you held -- have you been involved in any other

24    business entity, other than the Permanent

25    Observer Mission of Palestine to the United

Feda Abdelhady-Nasser
July 22, 2021

```
 1          A.    I think her name was Mary Louise

 2     Kelly.

 3          Q.    And was that the -- is that the --

 4     let me withdraw and try again.

 5                Was that the only time you have been

 6     interviewed by a member of the media during

 7     2021?

 8          A.    That is correct.

 9                MR. SINAIKO:  Bring up Tab 20,

10     please.  I would like to mark this as our next

11     exhibit.  I think it will be Exhibit 7.

12                THE COURT REPORTER:  I must

13     have missed 6, then.

14                MR. SINAIKO:  Exhibit 6 was

15     the updated privilege log, I think.

16                (Deposition Exhibit No. 7 was

17     marked for identification.)

18     BY MR. SINAIKO:

19          Q.    So this is -- I will just, for the

20     record, I'll just mention what it is.  We are

21     going to mark as Exhibit 7, document titled

22     Palestinian Official Discusses How the UN Can

23     Help End Violence in Israel and Gaza.

24                Do you see that, Ambassador

25     Abdelhady-Nasser?
```

Feda Abdelhady-Nasser
July 22, 2021

1        A.     Yes, I do.

2        Q.     Do you see that that's dated May 19,

3    2021?

4        A.     Yes, I do.

5        Q.     And, again, if you would like to

6    turn the pages of the thing, I would be happy

7    to do it.  Just let us know and Cosette can do

8    that for you.

9               I would like to know whether you

10   agree that this is a transcript of the

11   interview you gave to Mary Louise Kelly, on NPR

12   Radio, on May 19, 2021.

13               MR. BERGER:  Let's see the

14   other pages, please.

15               MR. SINAIKO:  Certainly.  As I

16   said, she is welcome to look at the pages, as

17   many of them as she likes for as long as she

18   likes.  I mean, there aren't that many.

19               THE WITNESS:  Okay.

20   BY MR. SINAIKO:

21       Q.     So are we in agreement that that's

22   an accurate transcription of your interview, on

23   May 19, 2021, with Mary Louise Kelly of

24   National Public Radio?

25       A.     Yes, it appears to be so.

Foda Abdelhady-Nasser
July 22, 2021

```
1              Q.    And at the time you participated in

2     this interview, where were you located?

3              A.    I was at home.

4              Q.    And you were participating in this

5     interview because Ambassador Mansour was

6     unavailable; correct?

7              A.    Correct.

8              Q.    Do you recall why Ambassador Mansour

9     was unavailable?

10             A.    He had another engagement that

11    afternoon.

12             Q.    Here in New York; correct?

13             A.    Correct.

14             Q.    And you participated in this

15    interview in your capacity as Deputy Permanent

16    Observer at the Observer Mission; correct?

17             A.    Correct.

18             Q.    ████████████████████████████

19    ████████████████████████████████████████

20    ██████████████████

21             A.    ████████████████████████████

22    ████████████████████████████████

23    ██████████████████████

24             Q.    ██████████████████████████████

25    ████████████████████████████
```

Feda Abdelhady-Nasser
July 22, 2021

1   COMMONWEALTH OF PENNSYLVANIA          )
                                         ) SS
2   COUNTY OF ALLEGHENY                   )

3                    CERTIFICATE

4        I, Karen A. Nickel, a notary public in and
    for the Commonwealth of Pennsylvania, do hereby
5   certify that the witness, FEDA
    ABDELHADY-NASSER, was by me first duly sworn to
6   testify the truth, the whole truth, and nothing
    but the truth; that the foregoing deposition
7   was taken at the time and place stated herein;
    and that the said deposition was recorded
8   stenographically by me and then reduced to
    typewriting under my direction, and constitutes
9   a true record of the testimony given by said
    witness.

10

11       I further certify that I am not a
    relative, employee or attorney of any of the
    parties, or a relative or employee of either
12  counsel, and that I am in no way interested
    directly or indirectly in this action.

13

14       IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office this 25th
    day of July 2021.

15

16  _____
                        Karen A. Nickel, Notary Public
17                      Registered Professional Reporter
                        Certified Realtime Reporter

18

19

20

21

22

23

24

25