# Exhibit D

# Exhibit 265: Redacted



Confidential

Shatsky-JD00545



Confidential

Shatsky-JD00546



Confidential

Shatsky-JD00547



Confidential

Shatsky-JD00548

Confidential

Shatsky-JD00549



Confidential

Shatsky-JD00550