# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, ) | Case No. 18-Civ. 12355 |
| individually and as ) | |
| personal representative ) | |
| of the Estate of Keren ) | VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE ) | DEPOSITION OF FEDA |
| SHATSKY, individually ) | ABDELHADY-NASSER |
| and as personal ) | |
| representative of the ) | |
| Estate of Keren ) | |
| Shatsky, TZIPPORA ) | |
| SHATSKY SCHWARZ, YOSEPH ) | |
| SHATSKY, SARA SHATSKY ) | |
| TZIMMERMAN, MIRIAM ) | |
| SHATSKY, DAVID RAPHAEL ) | |
| SHATSKY, GINETTE LANDO ) | |
| THALER, individually ) | |

and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,


        Plaintiffs,


        against

1

2    THE PALESTINE
     LIBERATION ORGANIZATION
3    and THE PALESTINIAN
     AUTHORITY (a/k/a "The
4    Palestinian Interim
     Self-Government
5    Authority" and/or "The
     Palestinian National
6    Authority"),

7
                 Defendants.
8

9

10

11                              -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF FEDA

 2       ABDELHADY-NASSER, witness herein, called by the

 3       Plaintiffs, for examination, taken pursuant to

 4       the Federal Rules of Civil Procedure, by and

 5       before Karen A. Nickel, a Certified Realtime

 6       Reporter and a notary public in and for the

 7       Commonwealth of Pennsylvania, held remotely

 8       with all parties appearing from their

 9       respective locations, on Thursday, July 22,

10       2021, at 9:30 a.m.

11       COUNSEL PRESENT:

12

         For the Plaintiffs:
13       Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
         Cohen & Gresser, LLP
14       2001 Pennsylvania Avenue, NW
         Suite 300
15       Washington, DC 20006

16       Stephen M. Sinaiko, Esq.
         Cohen & Gresser, LLP
17       800 Third Avenue
         New York, NY 10022

18
         For the Defendants:
19       Mitchell R. Berger, Esq.
         Joseph Alonzo, Esq.
20       Salim Kaddoura, Esq.
         Squire Patton Boggs
21       2550 M Street NW
         Washington, DC 20037

22
         Also Present:  Cosette Vincent
23                       Eszter Vincze

24

25
```

1                             - - -
                            I N D E X

2      WITNESS                                    PAGE

3      Feda Abdelhady-Nasser

4           By Mr. Sinaiko                          7

5

6                       E X H I B I T S

7

8      NUMBER           DESCRIPTION              PAGE

9      Exhibit 1        Notice of Deposition      13
       Exhibit 2        LinkedIn Profile          22
10     Exhibit 3        Mission Personnel List    30
       Exhibit 4        Calendar Entries          44
11     Exhibit 5        Calendar Entries          53
       Exhibit 6        Calendar Entries          63
12     Exhibit 7        Interview                190

13

14

15

16

17

18

19

20

21

22

23

24

25

# THESE PAGES HAVE BEEN INTENTIONALLY OMITTED

1      Q.    Got it.

2      A.    And, actually, some of the times --

3   some of the things seem to have been

4   duplicated.  And it was probably when I did

5   that.

6      Q.    When you say "some of the things

7   seem to have been duplicated," what do you mean

8   by that?

9      A.    I mean that there seems to be the

10  same meeting twice successively.

11     Q.    Can you point to any examples of

12  that on the page in front of you?

13     A.    I would say, for example -- not on

14  the page in front of me, no, but I have seen it

15  in the document at one point.  I don't remember

16  where it was.  But what it was was that a

17  meeting began and ended, and where it began was

18  listed as a meeting and where it ended was

19  listed as the same meeting again.  But it was

20  actually one meeting.

21     Q.    Got it.  So if we come across those,

22  you know, maybe we'll recognize those and we'll

23  try to call them out.

24           Going back to the text that we were

25  looking at a moment ago, it says, there again,

1    this is for February 5 at 2200 hours or

2    probably 1000 hours, interaction with civil

3    society organizations on UN topics.

4            Do you see that?

5    A.    Yes.

6    Q.    What do you understand a civil

7    society organization to be?

8    A.    Civil society encompasses all

9    dimensions of the international community

10   beyond the governmental, as far as I understand

11   it.  It includes non-governmental

12   organizations, NGOs, academia, journalists,

13   cultural institutions and others.

14   Q.    But they are organizations; is that

15   correct?

16   A.    Civil society can be an individual

17   working in their capacity as, for example, a

18   scholar or a professor, or it can be an

19   organization.  It can be individuals or

20   organizations.

21   Q.    And when in time did you develop

22   your understanding of the meaning of the term

23   "civil society organization" that you just

24   described for me?

25   A.    Early on in my work.  That was my

1    understanding of civil society and what my

2    engagement with civil society would encompass.

3         Q.    By the way, the private lunch, on

4    the third line of this page that I recognize

5    was later deleted, did that lunch -- did that

6    event occur at the building at 165 East -- or

7    115 East 65th Street?

8         A.    No, it did not.

9         Q.    Can you think of any example of any

10   human being or organization that would not fall

11   within the rubric of a civil society

12   organization?

13                    MR. BERGER:  Objection,

14   argumentative.

15   BY MR. SINAIKO:

16        Q.    You may answer.

17        A.    If it is related to my work at the

18   United Nations, if the individual or

19   organization is approaching me in connection

20   with my work as a representative of the State

21   of Palestine at the United Nations, then to me,

22   it is a legitimate civil society request.  That

23   is how I see it.

24                    If a student, for example, is doing

25   research on Palestine at the United Nations and

1      wants to understand about the history of the

2      Palestine question and the General Assembly and

3      approaches me, to me, that is a member of civil

4      society that I should be responsive to.

5           Q.    So any person or organization who

6      approaches you to ask about, you know, a

7      subject related to your work as Deputy

8      Permanent Observer, that person or organization

9      falls within the category of civil society

10     organization; correct?

11          A.    Correct.  In my view, if they are --

12     obviously, they have to have some kind of

13     affiliation, a student with a university, a

14     professor, someone working with an

15     organization.  It's not usually someone off the

16     street that would ask me about my work as the

17     Deputy Permanent Observer.

18                But if I was approached, either by a

19     phone call or a letter or an E-mail or in an

20     event, about my work at the UN, then I would

21     consider that to be a legitimate civil society

22     interaction.

23          Q.    Going to the second part of this

24     text that we were looking at a moment ago, it

25     says, UN topics.

1              Do you see that?

2         A.    Yes.

3         Q.    What do you understand UN topics to

4    mean?

5         A.    Issues regarding Palestine at the

6    UN.

7         Q.    Anything other than that?

8         A.    I wouldn't be discussing anything

9    other than that.  That is my expertise.  That

10   is my purview.

11        Q.    Okay.  So to the extent that -- to

12   the extent that this document that we have

13   marked as Exhibit 5 references UN topics, it is

14   just this question of Palestine that you

15   referred to a moment ago; is that correct?

16        A.    Yes, that is correct.

17        Q.    To come back to a question I asked a

18   moment ago, which I'm not sure I got a complete

19   answer to, can you give me an example of

20   anybody that you would speak to, in your

21   capacity as Deputy Permanent Observer, who

22   would not fall within the category of civil

23   society organizations?

24        A.    I cannot think of anyone that I

25   would speak to, in my capacity as the Deputy

1     Permanent Observer of the State of Palestine,

2     that would not fall into civil society, again,

3     if they had a formal affiliation with a school

4     or with an NGO or with an IGO or a humanitarian

5     or human rights organization.

6                    MR. BERGER:  Now that the

7     witness has finished answering the question,

8     may I ask for clarification, whether you mean

9     to put aside, Steve, those who are representing

10    other Member States of the United Nations?

11                   MR. SINAIKO:  Of course.  I

12    mean, yeah, I thought that was implicit in the

13    question, but if you want, I can ask the

14    question again with that qualifier in it.

15    BY MR. SINAIKO:

16         Q.    Maybe it would be better if I just

17    asked Ambassador Abdelhady-Nasser whether she

18    understood that to be excluded from my

19    question.

20         A.    Yes, I did.

21                   MR. SINAIKO:  Let's mark as

22    our next exhibit, I think this will be Exhibit

23    6, a document that is at Tab 17 A in our book.

24                   (Deposition Exhibit No. 6 was

25    marked for identification.)

1    BY MR. SINAIKO:

2         Q.    Ambassador Abdelhady-Nasser, I would

3    ask you whether you have seen this document

4    before today?

5         A.    Yes, I have.

6         Q.    Do you recognize this document?

7         A.    Yes, I do.

8         Q.    And when was the first time you saw

9    this document?

10         A.    I guess about two weeks ago.

11         Q.    Two weeks ago.  And do you tie that

12    document to your initial meeting with

13    Mr. Berger about two weeks ago?

14         A.    Yes.

15         Q.    And what do you recognize this

16    document to be?

17         A.    This is my calendar of engagements,

18    work assignments, as reflected in the grid.

19         Q.    Let me ask the question a little

20    differently.  Do you understand Exhibit 7 -- I

21    guess we're on Exhibit 6, do you understand

22    that to be a different version of Exhibit 5

23    that we were looking at a moment ago?

24         A.    I believe it's the same thing, only

25    it identifies who I was meeting with.

1      Q.    And do you know -- do you know when

2    in time that document was prepared?

3      A.    I don't know the exact timeline.

4      Q.    Okay.  Did you have a role in

5    preparing the document that has been marked as

6    Exhibit 6 and is on the screen in front of you

7    now?

8      A.    I gave them my calendar.

9      Q.    Apart from that, did you have any

10    role in preparing this document?

11      A.    I did not type this document, no.

12      Q.    Did you provide any of the

13    descriptive information, apart from delivering

14    your -- withdrawn.  Let me put the question

15    again.

16           Apart from supplying your -- the

17    Excel spreadsheet, into which you had

18    downloaded your Google calendar, to your

19    lawyers, did you have any role in preparing the

20    text that's in the subject column of this

21    document?

22      A.    The text reflects what I sent to my

23    lawyers; the name of the diplomat that I met

24    with, the person that I met with.

25      Q.    Did you review this document before

1       it was delivered to the Plaintiff?

2              A.    Yes, I did.

3              Q.    And did you find any inaccuracies in

4       it when you reviewed the document?

5              A.    No, I did not.

6              Q.    All right.  I would like you to

7       focus for a moment on the first line of the

8       first page of this document.  You see there it

9       says, internal Palestine UN Mission business?

10             A.    Yes.

11             Q.    Was that text in the calendar that

12      you supplied to Mr. Berger and his colleague?

13             A.    No.

14             Q.    And do you know whether this

15      reflects an event?

16             A.    It would reflect either a staff

17      meeting or some other interaction with my

18      colleagues at the Mission.

19             Q.    And do you know where the event took

20      place?

21             A.    At the Mission.

22             Q.    Do you know who was in attendance at

23      this meeting?

24             A.    It would be my colleagues at the

25      staff.  It was the beginning of the year, so

1    everyone would have returned from holidays,

2    from the New Year, and it was probably the

3    staff meeting to launch the year.

4        Q.    And what -- do you know -- can you

5    tell me what topics were discussed during this

6    meeting?

7                    MR. BERGER:  Objection,

8    instruct the witness not to answer on the basis

9    of functional immunity.

10   BY MR. SINAIKO:

11       Q.    And Dr. Abdelhady-Nasser, are you

12   going to follow your counsel's instruction?

13       A.    Yes, I am.

14       Q.    One last question about that first

15   entry.  Was there anybody at this meeting that

16   is described in the first line of Exhibit 6 --

17   it was a meeting; is that correct?

18       A.    Yes.

19       Q.    Was anybody other than Observer

20   Mission staff in attendance at that meeting?

21       A.    No.

22       Q.    Go to the next line.  It says,

23   personal note about UN Mission business?

24       A.    Yes.

25       Q.    Does this reflect that there was a

1     personal note in your calendar?

2         A.    Yes.

3         Q.    And under what circumstances would

4     you put a personal note in your calendar?

5         A.    I often put in reminders to myself

6     about readings that I have to do or documents

7     that I have to prepare, if it's a speech I need

8     to write or a memorandum, I remind myself to

9     answer E-mails or to follow up on various

10    issues.

11         So the personal notes in my calendar

12    are usually about tasks that I am individually

13    responsible for or taking care of or need to

14    follow up on.

15         Q.    And without telling me the subject

16    of the task, can you tell me the type of task

17    that is reflected by this entry, the second

18    line on Exhibit 6?

19         A.    It would be any number of those

20    things.  It could be, again, a letter that I

21    was writing or a report that I was finishing,

22    because the year had concluded and we would

23    have to do reports to reflect on the previous

24    year.

25         Q.    Right.  I guess my question is, as

1    the person whose calendar is reflected here,

2    can you tell me what type of -- you know,

3    again, without telling me what the topic was,

4    because I know Mr. Berger will object to that,

5    and maybe I'll ask, maybe I won't, but for the

6    moment, can you tell me the type of personal

7    note that this was?

8         A.    I believe I was writing a

9    recommendation letter.

10        Q.    And this recommendation letter was,

11   in some fashion, related to the business of the

12   Observer Mission?

13        A.    Yes, it was.  It was about an

14   intern.

15        Q.    All right.  Go to an entry that's on

16   the first page here, February, and I'm just

17   going to give you the timestamp that's on the

18   document, although I recognize that the

19   timestamps are probably not accurate, but it's

20   a good way for us to work our way through.

21             I am looking at an entry that says,

22   February 5, 2020 at 2200.  Do you see that one?

23        A.    Yes, I do.

24        Q.    And that says, interaction with

25   civil society organization, Professor Grob, on

1    UN topic; do you see that?

2         A.    Yes, I do.

3         Q.    What does that entry reflect?

4         A.    It reflects a meeting that I had

5    with Professor Grob, who is a civil society

6    individual.  He is not an organization.  He is

7    a professor affiliated with Fairleigh Dickinson

8    University who often reaches out to me to

9    discuss the trajectory of the Palestine

10   question at the UN and to propose ideas and

11   initiatives to consider undertaking at the UN.

12        Q.    Professor Grob, that's Leonard Grob;

13   correct?

14        A.    Correct.

15        Q.    Okay.  And how is it that you

16   conclude that he is appropriately classed as a

17   civil society organization?

18        A.    Because Professor Grob is a

19   professor.  He works in an academic

20   institution.  And --

21        Q.    So if --

22        A.    -- he partners with another

23   professor and they often deal with

24   Israel/Palestine.  But their focus has often --

25   has been in their engagements with me on the UN

```
 1      angle and how to engage the UN angle for

 2      Israeli/Palestinian peace.

 3           Q.   And would it be fair to say that you

 4      regard Professor Grob as a civil society

 5      organization on account of his interest in

 6      issues related to the UN and Palestine?

 7                     MR. BERGER:  I'm going to

 8      object to the form of the question.  You have

 9      twice misstated, after she told you she doesn't

10      regard him as an organization but as an

11      individual.

12                     If you want to ask the question, go

13      right ahead.

14                     MR. SINAIKO:  I'm just reading

15      from your document, but the witness can answer

16      the question and I would ask the court reporter

17      to repeat it first.

18                     (Reporter read back previous

19      question.)

20                     THE WITNESS:  I regard

21      Professor Grob as an active individual in civil

22      society based on his interest and work on

23      Israel/Palestine.

24      BY MR. SINAIKO:

25           Q.   Professor Grob doesn't have any
```

1    direct connection to the United Nations so far

2    as you know; correct?

3         A.    I know that Professor Grob meets

4    with a lot of UN diplomats, including from

5    other countries, but, specifically, P5

6    countries, permanent members of the Security

7    Council and other Arab countries in the Middle

8    East, particularly Egypt, Jordan and others.

9         Q.    He doesn't hold any title with the

10   United Nations; correct?

11        A.    Fairleigh Dickinson University has a

12   relationship with the United Nations, as do

13   other universities.

14        Q.    Professor Grob, he doesn't have any

15   title with the United Nations; does he?

16        A.    No, he does not.

17        Q.    He is not an employee of the United

18   Nations; is he?

19        A.    No, he is not.

20        Q.    He doesn't have any other formal

21   connection to the United Nations of which you

22   are aware; correct?

23        A.    I am not aware of any other formal

24   connection to the United Nations.

25        Q.    I would direct your attention,

```
1        Ambassador Abdelhady-Nasser, to the third line.

2            A.    Uh-huh.

3            Q.    Do you see there it says,

4        interaction with Rana Hajjaj of civil society

5        organization Al-Quds Bard College, on UN topic?

6            A.    Yes.

7            Q.    What is Al-Quds Bard College?

8            A.    Bard College is an academic

9        institution here in New York and they have a

10       branch of the college in Jerusalem called

11       Al-Quds Bard College.

12           Q.    Is that affiliated with Al-Quds

13       University?

14           A.    No.  I believe they are separate.

15           Q.    And who is Rana Hajjaj?

16           A.    She is a director at Bard College

17       that oversees partnerships for Al-Quds Bard

18       College.

19           Q.    And how does Al-Quds Bard College

20       qualify as a civil society organization?

21           A.    It is a university.

22           Q.    So all universities, in your view,

23       qualify as civil society organizations?

24           A.    They are part of the civil society

25       environment or scope, this huge sphere of civil
```

1        society that, again, from my understanding,

2        includes academia, academia in toto, in its

3        entirety, university professors, students,

4        cultural centers, global centers in a

5        university, for example.

6             Q.    In your view, would it be fair to

7        say that any university -- I'm sorry.  There

8        was an echo in the line.  I will put the

9        question again.

10                  Would it be fair to say that, in

11       your view, any university, college or other

12       academic institution qualifies as a civil

13       society organization?

14            A.    That is my understanding.

15            Q.    And what was the nature of the event

16       that is reflected on this line on Exhibit 6?

17            A.    The one with Rana Hajjaj?

18            Q.    Correct.

19            A.    She had asked me to discuss -- well,

20       she was presenting her program and seeking

21       possible partnerships through the UN Global

22       Education Initiative.

23            Q.    What is her program?

24            A.    She supervises the Al-Quds Bard

25       College program which offers academic courses

1    to Palestinian students in the West Bank.

2        Q.    What type of partnership was she

3    seeking?

4        A.    With UN institutions.  The UN

5    Division For Palestinian Rights partners with

6    certain colleges and universities for capacity

7    building, for training, for other things, and,

8    often, academics and others participate in

9    events that are organized by the Committee on

10   the Exercise of the Inalienable Rights of

11   Palestinian People, and the UN Division For

12   Palestine Rights is a secretary arm of that

13   committee, so she was seeking an introduction.

14       Q.    She was seeking an introduction.

15   Was she seeking to form a partnership with the

16   Observer Mission?

17       A.    No.  Because we do not partner -- we

18   cannot partner with universities.

19       Q.    Why is that?

20       A.    Because our work is focused on the

21   UN as diplomats.  We don't enter into

22   partnerships with universities or other civil

23   society organizations.  But often, civil

24   society individuals will contact us to, if they

25   are interested in working on Palestine or

1          Israel/Palestine as sort of an entry point to

2          the UN on this issue.

3                Q.    Let's go down to the line that's at

4          February 20, 2020 at 1730 hours.  Do you see

5          that one?

6                A.    1730?

7                Q.    Yes, ma'am.

8                A.    South Africa?

9                Q.    That's right.  Can you explain to me

10         what the event was that's reflected there?

11               A.    That was the meeting with the

12         political coordinator of the Permanent Mission

13         of South Africa to the United Nations.

14               Q.    Understood.  And who were the

15         participants in that event?

16               A.    It was myself and the political

17         coordinator.

18               Q.    Where did that event take place?

19               A.    At the United Nations.

20               Q.    Let's go down to the very -- the

21         very next entry.  It says, interactions with

22         CEIRPP bureau meeting.  Can you tell me what

23         that event was?

24               A.    The CEIRPP is the UN Committee on

25         the Exercise of the Inalienable Rights of the

1      Palestinian People.  There is a small bureau

2      composed of various countries chaired by

3      Senegal.  Palestine is a part of that bureau,

4      so that was a meeting of the bureau of that

5      committee.

6           Q.    And why is this meeting -- why is

7      this meeting on this list as opposed to the

8      main calendar that we looked at a few minutes

9      ago, if you know?

10          A.    I don't know.

11          Q.    Did you have any input into

12     determining which entries from your calendar

13     would be placed on this list versus which

14     entries would be placed on the main calendar

15     that we looked at a few minutes ago?

16          A.    I think that, in general, closed

17     meetings that were not public meetings on UN

18     premises in the General Assembly or in the

19     Security Council or in one of the committees

20     were placed on this list.  And so the bureau

21     meeting would be a closed meeting.

22               There wouldn't be anybody in

23     attendance, except the Ambassadors or Deputy

24     Ambassadors of the bureau, which is just a few

25     handful of countries, and those bureau meetings

1    are not a matter of public record.

2         Q.    Go down to the entry that's on

3    February 28, 2020 at 1600.  Do you see that

4    one?

5         A.    Yes.

6         Q.    That one says, interaction with

7    civil society organization Fairleigh Dickinson

8    University on UN topics.  Do you see that?

9         A.    Yes.

10        Q.    Was that a meeting that was attended

11   by anyone affiliated with the UN, other than

12   yourself?

13        A.    No, just myself.

14        Q.    And I think -- can you tell us what

15   the nature was of the event that's reflected in

16   this on entry on the calendar?

17        A.    It was a meeting with the global

18   education department at Fairleigh Dickinson

19   University, and it was about their Model UN

20   program.

21        Q.    What aspects of their Model UN

22   program did this meeting concern?

23        A.    About the possibility of my speaking

24   to the Model UN program on Palestine's work at

25   the UN.

1    Q.    And did you, in fact, ever do that?

2    A.    No, I did not, because the pandemic

3    happened.  So I met with them, introductions

4    were made, and then two weeks later, everything

5    came to a full stop.

6    Q.    Understood.  And when you say --

7    when you say UN topics in this entry, you're

8    talking about -- you're talking about the

9    request that you appear and speak to or

10    participate in the Model United Nations at

11    Fairleigh Dickinson University?

12    A.    Yes.  It included the request for me

13    to speak at the Model UN and also discussion

14    about the status of the Palestine question at

15    the UN, because it was the director of the

16    Global Education and Affairs Department.

17    Q.    Where did this event take place?

18    A.    At Fairleigh Dickinson University.

19    Q.    This was an in-person meeting?

20    A.    Yes, it was.

21    Q.    And apart from the representative of

22    Fairleigh Dickinson and yourself, was anybody

23    else in attendance?

24    A.    No.

25    Q.    Was Professor Grob at the meeting?

1         A.    No, he was not.  But I did mention

2    that I knew Professor Grob.  I thought it was a

3    very small world.

4         Q.    Let's move a few more pages into the

5    document and go to the entry on September 22,

6    2020 at 1700.  Let me know, Ambassador

7    Abdelhady-Nasser, when you have that line in

8    front of you.

9         A.    I see it.

10        Q.    And you see that it says,

11   interaction with Arab Group and Judge Emmanuel

12   -- I'm going to get this wrong -- Ugirashebuja?

13        A.    Yes.

14        Q.    So can you tell me what this -- can

15   you tell me what this entry reflects?

16        A.    It was a meeting of the Arab Group

17   at the UN, and it was a request by Judge

18   Emmanuel to present his candidacy to the Arab

19   group.

20             So when certain judges or diplomats

21   or others are seeking appointments or election

22   at the UN, they lobby groups.  They lobby the

23   Arab group, they lobby the African group, they

24   lobby the eastern European group.

25             And so I was in attendance in this

1    Arab Group meeting and he came to present his

2    candidacy.

3         Q.    And what is the Arab Group?  Sorry

4    for not knowing.  What is the Arab Group?

5         A.    The Arab Group is the constellation

6    of 22 Arab countries, including the State of

7    Palestine.  It is currently 21 because Syria is

8    suspended from the Arab Group at the moment.

9         Q.    So what was Judge Emmanuel looking

10   to be appointed or elected?

11        A.    I don't actually recall if it was

12   for the ICJ or the -- I believe it was for the

13   ICJ, but I'm not sure, actually.

14        Q.    And by ICJ, you mean the

15   International Court of Justice?

16        A.    Correct.

17        Q.    Let's go back to March 9, 2020, at

18   14:00.  Okay.  This is the third line up from

19   the bottom of the page.  Do you see that,

20   Ambassador?

21        A.    Yes, I do.

22        Q.    And do you see it says, interaction

23   with civil society organization, Palestine

24   Institute for Public Diplomacy on UN topics?

25        A.    Yes, I do.

1      Q.    And what is the Palestine Institute

2   for Public Diplomacy?

3      A.    It is a non-governmental

4   organization based in Ramallah.

5      Q.    It is not part of the United

6   Nations; correct?

7      A.    No, it is not.

8      Q.    And was this -- I guess we're

9   getting right up to the line here.  Was this an

10   in-person event or was this a virtual event of

11   some sort?

12      A.    It was a phone call.

13      Q.    And who were the participants in the

14   phone call?

15      A.    Myself and someone from the PIPD.

16      Q.    Okay.  And when you say this was a

17   -- when you say that this is an event that

18   concerned UN topics, what do you mean?

19      A.    The individual from the PIPD was

20   calling to ask me about initiatives that we

21   would be undertaking at the UN in the coming

22   year, including the annual exhibit at the

23   United Nations on the International Day of

24   Solidarity with the Palestinian people.

25      Q.    Okay.  Let's go to March 17, 2020 at

1      1900.  The first one on this page, actually.

2      Do you see that one, Ambassador

3      Abdelhady-Nasser?

4           A.    I see it.

5           Q.    Who is Michael Lynk?

6           A.    Michael Lynk is the UN Special

7      Rapporteur on the human rights situation in the

8      occupied Palestinian territory.

9           Q.    And Ardi Imseis?

10          A.    Ardi Imseis is a professor and a

11     lawyer based in Canada.  He liaises with the UN

12     Division For Palestinian Rights on legal

13     issues.  He is often presented at the seminars

14     and he is also part of the Commission of

15     Inquiry of the United Nations on Yemen.

16          Q.    And a -- does Professor Imseis have

17     any formal role at the United Nations

18     currently?

19          A.    Yes, he does.  He is part of the UN

20     Commission of Inquiry on Yemen.  It's a high

21     level panel of experts.

22          Q.    Where did this event take place?

23          A.    On the phone.

24          Q.    And where were you when you took

25     this phone call?

1          A.    At home.

2          Q.    Going down two lines, on March 17,

3    at 1800.

4          A.    Yes.

5          Q.    It says, interaction with civil

6    society organization Professor Boon on UN

7    topics.  Do you see that?

8          A.    Yes.

9          Q.    What was the nature of this event?

10         A.    Professor Boon was a professor at

11   Seton Hall University that had E-mailed me to

12   request to speak with her students at Seton

13   Hall Law School about Security Council

14   resolutions on Palestine, and that was a phone

15   call that we had.  In light of the lockdown,

16   she wanted to figure out how we could still

17   have that interaction with her students.

18         Q.    Did the interaction with Professor

19   Boon's students ever occur?

20         A.    Yes, it did.

21         Q.    When was that?

22         A.    That occurred at the end of March.

23         Q.    And is that on your calendar here?

24         A.    Yes, it is.

25         Q.    Which entry is that on your

```
1    calendar?

2         A.    It's March 30, 2020.

3         Q.    At 1600?

4         A.    Yes, correct.

5         Q.    So during this -- this entry here,

6    interaction with civil society org -- oh, I

7    see.  I'm so sorry.  Now I see it.  That was

8    actually the next thing on my list, in any

9    event.

10              So interaction with civil society

11   organization Seton Hall on UN topics, that

12   entry, am I correct, reflects your conversation

13   with Professor Boon's students?

14        A.    Yes, correct.

15        Q.    And what were the topics that you

16   discussed with Professor Boon's students?

17        A.    The focus was on Security Council

18   resolutions, particularly Security Council

19   Resolution 2334 of 2016, and the Palestine

20   question, in general, at the UN.

21        Q.    Where were you physically located

22   during this interaction with civil society

23   organization Seton Hall on UN topics, that took

24   place on March 30th at 1600?

25        A.    I was at home.
```

1          Q.    And what was the purpose of your

2     conversation with Professor Boon's students on

3     March 30, 2000?

4                    MR. BERGER:  Objection, asked

5     and answered, but you may answer again.

6                    THE WITNESS:  I was responding

7     to a request by Professor Boon to speak to her

8     students on the specific topic, based on my

9     expertise as an Ambassador and a Deputy

10    Permanent Observer of the State of Palestine to

11    the United Nations.

12                    Often professors seek that kind of

13    input, that kind of expertise to be shared with

14    their students, to give them a sense of real

15    life diplomacy or even some background

16    information that they wouldn't otherwise have

17    been able to read in the newspaper or some

18    other coverage of events at the UN.

19    BY MR. SINAIKO:

20         Q.    Would it be fair to say that you

21    participated in that event in your capacity as

22    Deputy Permanent Observer?

23         A.    Yes.  Absolutely.

24         Q.    And would it be fair to say that

25    during that -- well, withdrawn.

1              Would it be fair to say that one of

2    the purposes of your discussion with Professor

3    Boon's students or your presentation to

4    Professor Boon's students was to put forward

5    the Palestinian view?

6         A.    Yes.  Everything that I do, in my

7    capacity as the Ambassador Deputy Permanent

8    Observer of the State of Palestine, I represent

9    the perspective, the view, the cause of the

10   Palestinian people.

11        Q.    Would it be fair to say that during

12   the conversation you had or the presentation

13   you made to Professor Boon's students at Seton

14   Hall, that you were advocating for the cause of

15   the Palestinian people to Professor Boon's

16   students?

17              MR. BERGER:  Objection to the

18   form of the question.  Asked and answered and

19   argumentative.  But you may answer again.

20              MR. SINAIKO:  Could the court

21   reporter read the question back for the

22   witness, please?

23              (Reporter read back from the

24   record.)

25              THE WITNESS:  When I speak at

1     the United Nations or with any civil society

2     organization, I speak in support of the rights

3     of the Palestinian people as per international

4     law, including humanitarian and human rights

5     law.

6              I do so within the framework of

7     international law and of UN resolutions

8     because, despite the fact that I have been

9     doing this now for 29 years to no avail, I

10    still believe that international law and UN

11    resolutions are the way to the realization of

12    the inalienable rights of the Palestinian

13    people.

14             So when I speak, again, at the UN or

15    with any civil society organization, I do so

16    with conviction that this is the path to

17    justice and peace.

18    BY MR. SINAIKO:

19        Q.    And your purpose in speaking to

20    Professor Boon's students was to persuade them

21    of your point of view; correct?

22        A.    No, it was not.  It was to present a

23    reflection of my work at the UN on behalf of

24    the State of Palestine and the Palestinian

25    people, to give them an understanding of what

1      we do and why we do it, why do we seek General

2      Assembly resolutions on the Palestine question,

3      why do we engage at the Security Council.  In

4      specific, Professor Boon asked me to address

5      the Security Council dimension of the Palestine

6      question at the UN.

7                 So it was to explain how we engage

8      as diplomats and why we engage in the UN

9      context.

10     Q.    By the way, this event or -- this

11     event that's covered by the entry on your

12     calendar that we're looking at now, this March

13     30, 1600 event, do you know whether this event

14     was open to anybody other than Professor Boon's

15     students?

16                In other words -- let me leave the

17     question as is.  Do you know whether the event

18     was open to anybody other than the students in

19     Professor Boon's class?

20     A.    I was told by Professor Boon that it

21     was only herself and her students, and that

22     those that are represented on the screen were

23     all of her students in that specific --

24     Q.    So it was done by Zoom, is that

25     right, or something equivalent to the Zoom?

```
 1            A.    I think it was MS Teams.  To be

 2     quite honest, I mean, I couldn't even get my

 3     picture up.  So I had my -- it was like my

 4     initials.  It was the beginning of using all of

 5     this technology.

 6            Q.    Right.  I appreciate that.

 7            A.    Yeah.

 8            Q.    Okay.  Let's go down to May 11, 2020

 9     at 2030 hours.

10            A.    Uh-huh.

11            Q.    It says, interaction with civil

12     society organization, Professors Grob and

13     Segal, on UN topics?

14            A.    Yes.

15            Q.    I think you had mentioned before

16     that Professor Segal had a cohort who sometimes

17     engages in, you know, in these issues with him?

18            A.    Yes.  Professor Grob's partner is

19     Professor Segal.  They are like a team.

20            Q.    So Professor Grob, in this entry, is

21     the same guy we talked about before at

22     Fairleigh Dickinson University; correct?

23            A.    Correct.

24            Q.    And who is Professor Segal, by the

25     way?
```

1          A.    Professor Jerome Segal.

2          Q.    Well, Professor Grob, I think we

3     have been introduced to, but Professor Segal,

4     where does he teach?

5          A.    I don't actually know his university

6     affiliation.  I know that he is an author, he

7     writes columns.  I believe he is somewhere in

8     Baltimore.

9          Q.    Is he a professor at all?

10         A.    He signs his E-mails Professor

11    Jerome Segal, so I am assuming it's legitimate.

12         Q.    He calls himself Professor?

13         A.    He is, I am assuming he is a

14    professor because he calls himself Professor

15    Segal.

16         Q.    Understood.  Okay.  And you regard

17    Professor Segal as a civil society

18    organization?

19         A.    Yes, I do.

20         Q.    On account of his interests in these

21    Palestine issues that are -- that you also work

22    on before the United Nations?

23         A.    Yes, correct.  He often, as I said,

24    writes columns and journalistic pieces on

25    Palestine at the UN.  I know that he is an

1    author of certain books, or he is currently

2    authoring a book.

3         Q.    And do you recall the nature of this

4    interaction that's reflected on this calendar

5    at May 11 at 2030 hours?

6         A.    Yes.

7         Q.    What was the nature of it?

8         A.    Professors Grob and Segal were

9    presenting an idea to me that would be launched

10   in the UN General Assembly.

11        Q.    Go to June 22, 2020 and,

12   specifically, 1900 hours.

13        A.    Uh-huh.

14        Q.    There is an entry there that says,

15   interaction with Anita at division?

16        A.    Yes.

17        Q.    Can you tell me the nature of that

18   event, the event that is reflected in that

19   calendar entry?

20        A.    It was a phone call with Anita

21   Mathur, who was the secretary of the UN

22   Division For Palestinian Rights.  It was a

23   farewell phone call.

24        Q.    So Anita is or was, at the time, a

25   departing official at the United Nations?

1          A.     Correct.  Well, she was leaving the

2     UN Division For Palestinian Rights to go to

3     another UN department.

4          Q.     Understood.  Okay.  Let's go to the

5     bottom of the page, third line up from the

6     bottom, interaction with Michael O'Toole of

7     Ireland.  Do you see that one?

8          A.     Yes.

9          Q.     Who is Michael O'Toole?

10          A.     Michael O'Toole was with the UN

11     Mission of Ireland, Permanent Mission of

12     Ireland to the United Nations.

13          Q.     And what was the nature of this

14     event?

15          A.     Michael was a first secretary.  He

16     had the -- among his files that he was

17     responsible for was Palestine/Israel, and this

18     was a farewell lunch.

19          Q.     That's obviously not in person at

20     that time; right?

21                    (Discussion held off the

22     record.)

23                    THE COURT REPORTER:  Excuse

24     me.  You both cut out and I didn't hear after

25     "that is obviously not in person at that time."

```
 1                    MR. SINAIKO:  I can repeat
 2      that for you, Karen.  I said, obviously, at
 3      that time, it was not an in-person event, and
 4      then Ambassador Abdelhady-Nasser responded, but
 5      I don't want to repeat her response.  I'll just
 6      let her give it again.
 7                    THE WITNESS:  I said that it
 8      was an in-person event because it was outdoors
 9      in July.
10      BY MR. SINAIKO:
11          Q.   Go to the very next entry.  It says,
12      interaction on UN topics for Indonesia Ph.D.
13      dissertation.
14          A.   Yes.
15          Q.   Can you tell us what event is
16      reflected in that entry?
17          A.   This was a discussion with a
18      student, an Indonesian student, who was the
19      daughter of an Indonesian diplomat to the UN,
20      who was doing research on Palestine.
21          Q.   And this person, this daughter was
22      not herself affiliated with the UN in any way;
23      correct?
24          A.   No, she was not.  She was doing her
25      dissertation, and her parent, who was a
```

1    diplomat, connected her with me to discuss

2    Palestine at the UN.

3        Q.    And what topics did you discuss with

4    her around Palestine and the UN?

5        A.    We discussed everything from UN

6    General Assembly Resolution 181 all the way to

7    the present day.

8        Q.    And you have had those conversations

9    in your official capacity as Deputy Permanent

10   Observer?

11       A.    Yes, I did.  She was tapping into my

12   expertise.

13       Q.    And was one of your purposes in

14   having that conversation to advocate for the

15   cause of the Palestinian people?

16       A.    That one, no, because I was simply

17   answering her questions as to Palestine at the

18   UN.  So she asked me the questions, and I would

19   answer.  And it was strictly about her

20   research.

21       Q.    And do you remember the name of this

22   student?

23       A.    I do not.

24       Q.    Would you put the name of the

25   student in your calendar?

1        A.    I don't actually recall.  I don't

2    think so.  I think it was an extremely long

3    name, and the reminder to myself in the

4    calendar was just to remind myself that I was

5    speaking with the Ph.D. student.

6        Q.    Understood.  Did anybody participate

7    in this conversation other than you and the

8    student?

9        A.    No.  It was just myself and the

10   student.  And it was a phone call on WhatsApp.

11       Q.    Would it be fair to say that you

12   regard any discussion of your work at the

13   Observer Mission as involving a UN topic?

14       A.    Yes.

15       Q.    Would it be fair to say that you

16   regard any conversation relating to the

17   question of Palestine, as you put it, as

18   involving a UN topic?

19       A.    Yes.  Every dimension of the

20   Palestine question is covered at the UN.  It

21   is, actually, and this is something that is

22   often noted by UN diplomats, the

23   longest-standing agenda item at the United

24   Nations.

25       Q.    Let's go to August 3, 1500.  Do you

1     see that one is in the middle of the page?

2          A.    Yes.

3          Q.    Do you see that that says,

4     interaction with Brian Flynn of Ireland?

5          A.    Yes.

6          Q.    What does that entry reflect, what

7     events does that entry reflect?

8          A.    Brian Flynn is the Deputy Permanent

9     Representative of the Irish Mission to the UN.

10         Q.    And what does this calendar entry

11    reflect?

12         A.    It was a virtual meeting that we had

13    following Ireland's election to the Security

14    Council.

15         Q.    Got it.  And let's go to the very

16    next line.  You see it says, interaction with

17    Ileana of Romania?

18         A.    Uh-huh.

19         Q.    What does that entry reflect?

20         A.    Ileana is the Deputy Permanent

21    Representative of Romania to the UN, and that

22    was a lunch.

23         Q.    Is Ileana her first or last name?

24         A.    It is her first name.

25         Q.    Go to April -- I'm sorry, August 5th

1    at 1700, same page.

2         A.    Yes.

3         Q.    It says, interaction with Georg of

4    Liechtenstein?

5         A.    Yes.

6         Q.    What does that entry reflect?

7         A.    Georg is the Deputy Permanent

8    Representative of Liechtenstein to the UN.

9         Q.    And what does the entry reflect,

10   what sort of event?

11        A.    It was a phone call from Georg to

12   myself about work at the UN General Assembly.

13   There was a draft resolution that Liechtenstein

14   was seeking support for.

15        Q.    Let's go to September 16th at 2000

16   hours.

17        A.    Yes.

18        Q.    Here it says, interaction with civil

19   society organization Greg Khalil on UN topics.

20   Do you see that?

21        A.    Yes.

22        Q.    Tell me what that entry reflects.

23        A.    That reflects a phone call with Greg

24   Khalil, who is a former colleague who is now

25   teaching a course at Columbia University and is

1      a co-founder of the Telos Group.

2          Q.    And what is -- you say that Greg

3      Khalil was a former colleague.  What do you

4      mean by that?

5          A.    He used to work for the NSU, the

6      Negotiation Support Unit, of the PLO.

7          Q.    Got it.  And you regard -- you

8      regard him -- well, withdrawn.

9               When you say "the PLO," you mean the

10     Palestine Liberation Organization, one of the

11     Defendants in this case; correct?

12         A.    Correct.

13         Q.    And what is this unit that he worked

14     with at the Palestine Liberation Organization?

15         A.    Many years ago he worked for the

16     Negotiation Support Unit, and in 2004, when we

17     went to the International Court of Justice,

18     that is when I met Greg and we became friends.

19         Q.    What is the Negotiation Support Unit

20     or what was it?

21         A.    It was a unit that provided

22     technical support on negotiations to the

23     Palestinian leadership.  It's based in

24     Ramallah.

25         Q.    And Mr. Khalil now teaches at

1    Columbia, I think you said?

2         A.    He teaches one course at Columbia,

3    but his main work is with the Telos Group.

4         Q.    What is the Telos Group?

5         A.    It is a faith-based organization

6    that seeks to promote reconciliation between

7    Palestinians and Israelis using faith as a

8    source of good, not confrontation.

9         Q.    And this event that's reflected in

10   this line on your calendar, interaction with

11   civil society organization Greg Khalil on UN

12   topics, can you tell me what this -- what this

13   event concerned?

14        A.    It was a phone call between Greg and

15   myself.  We were, basically, catching up.  And

16   he was telling me about his work and I was

17   telling him about my work at the UN.  And he

18   actually commented that I was running around in

19   circles because what I told him we were doing

20   at the UN was the same thing I said ten years

21   ago.

22        Q.    And how does Mr. Khalil qualify as a

23   civil society organization?

24        A.    He is the co-founder of Telos, which

25   is a faith-based organization that engages in

1    civil society work to promote reconciliation

2    and peacemaking.

3         Q.    Let's go to October 19, 2020, at

4    1930.  And I think this is the fourth line down

5    on the page.  Do you see that, Ambassador

6    Abdelhady-Nasser?

7         A.    Yes, I do.

8         Q.    You see that it says, interaction

9    with civil society organization NRC on UN

10   topics?

11        A.    Yes.

12        Q.    What is NRC?

13        A.    The Norwegian Refugee Council.

14        Q.    What does this entry in your

15   calendar reflect?

16        A.    It was a phone call with Itay

17   Epshtain of the Norwegian Refugee Council, and

18   he was discussing a report that the NRC had

19   recently presented to the UN.

20        Q.    What was that report?

21        A.    It was about the humanitarian

22   situation in the occupied Palestinian

23   territory.

24        Q.    Right.  And what is the, to the

25   extent you know, the purpose of this Norwegian

1    refugee committee?

2          A.    The Norwegian Refugee Council

3    provides humanitarian support in many countries

4    around the world, including in Palestine, and

5    Itay was, I guess you could say, doing outreach

6    prior to the convening of the Fourth Committee

7    of the UN General Assembly, to which these

8    reports are very relevant because two of the

9    agenda items in the Fourth Committee concern

10   Palestine, and, particularly, the UNRWA agenda

11   item, U-N-R-W-A, which is the UN agency

12   responsible for Palestine refugees, and NRC

13   engages with UNRWA.

14         Q.    Let's go to a couple of lines down

15   the page, October 27th at 1400?

16         A.    Yes.

17         Q.    Ambassador Abdelhady-Nasser, do you

18   see that it says there, interaction with Greta,

19   UNRWA rep?

20         A.    Yes.

21         Q.    Who is Greta?

22         A.    Greta Gunnarsdottir is the UNRWA

23   representative here in New York to the UN.

24         Q.    She is an official at the United

25   Nations?

1          A.    She is an official of the United

2     Nations.  She represents the United Nations

3     Relief and Works Agency for Palestine refugees.

4          Q.    Let's go to November 3, 2020 at

5     1500.  Do you see that one?  It says, internal

6     Palestine UN Mission business?

7          A.    Yes.

8          Q.    Do you know what that entry

9     reflects?

10          A.    It reflected a meeting with one of

11     my colleagues in preparation for draft

12     resolutions that we were submitting to the

13     General Assembly, in specific, to the Fourth

14     Committee.

15          Q.    Can we, for one moment, go back?  I

16     think this is Exhibit 6.  Can we go back to

17     Exhibit 5 for a moment?

18                    THE VIDEOGRAPHER:  Would you

19     like to go off the record, Mr. Sinaiko?

20                    MR. SINAIKO:  No need.  I

21     think we can get back to that exhibit quickly.

22     And if we could just go to the same date,

23     November 3 at 1500.

24     BY MR. SINAIKO:

25          Q.    Do you see, for the same day, there

1      is a different -- there's actually a different

2      entry.  Do you see that, the same date and

3      time, November 3, 2020 at 1500?

4           A.    Yes, I see that.

5           Q.    It says, interaction with civil

6      society organizations on UN topics; right?

7           A.    That's what it says.

8           Q.    Right.  And so I guess what I'm

9      wondering is which one of those -- I assume

10     that those entries are intended to refer to the

11     same event because they're at the same time and

12     on the same date and they are the only ones on

13     that date and time.

14          A.    I think -- I believe that the entry

15     that says, internal Palestine Mission business,

16     is the correct entry.  That is not --

17          Q.    Okay.  Understood.  I was just

18     trying to clarify the discrepancy between the

19     two documents.

20               So this one here, so whatever

21     happened on November 3, 2020 at 1500 in your

22     calendar, that was not interaction with civil

23     society organizations on UN topics?

24          A.    No, it was not.

25          Q.    Is that right?

```
1              A.    You are correct.

2              Q.    It was an error.  That's fine.

3       Okay.

4                     MR. SINAIKO:  Could we go back

5       to the Exhibit 6 now?  Thanks, Cosette.

6                     Okay.  And let's go to December 2nd

7       of 2020.  And I'm looking at 2000 hours.

8       BY MR. SINAIKO:

9              Q.    It says, interaction with Division

10      For Palestinian Rights?

11             A.    Yes.

12             Q.    Tell me what the nature of the event

13      was that this entry refers to.

14             A.    It was a meeting with the UN

15      Division For Palestinian Rights.

16             Q.    What is the Division For Palestinian

17      Rights?  Sorry for not knowing.

18             A.    It is the UN Secretary Support Unit

19      for the UN Committee on the Exercise of the

20      Inalienable Rights of the Palestinian People,

21      and it's a General Assembly mandated

22      department.

23             Q.    Got it.  Go to the -- 2100.

24             A.    I'm sorry, what was the date?

25             Q.    September 8th of 2020.
```

1        A.     Uh-huh.

2        Q.     2100.  I mean, I recognize these are

3    just the times that are on the list.  They are

4    not --

5        A.     Yes.

6        Q.     You know, I assume that it wasn't at

7    9:00 at night, and it doesn't much matter.

8               Do you see, it says, interaction

9    with Peter Mulrean, former UNRWA representative

10   in New York?

11       A.     Right.

12       Q.     And who is Mr. Mulrean?

13       A.     Peter Mulrean was formally the UNRWA

14   representative in New York, and it was a phone

15   call to discuss the status of UNRWA at the time

16   in -- as of December of 2020, but it was also a

17   friendly phone call because Peter had retired.

18       Q.     Got it.  And can you tell me more

19   specifically what you discussed with

20   Mr. Mulrean?

21       A.     We discussed the status of UNRWA.

22       Q.     When you say "the status of UNRWA,"

23   what do you mean?

24       A.     UNRWA was experiencing financial

25   difficulties towards the end of 2020, and

1    Peter, as a representative of UNRWA prior to

2    his retirement, was very much involved in

3    seeking international support to UNRWA,

4    including humanitarian funding support.

5         Q.    And by the fall or by, I guess, the

6    date, December 8th of 2020, was it the case

7    that personnel from the Observer Mission were

8    back in the building, at least on an occasional

9    basis?

10         A.    At least, yes, on an occasional

11    basis.

12         Q.    Do you know where you were when you

13    had this conversation with Mr. Mulrean on

14    December 8th of 2020?

15         A.    I was at home.

16         Q.    And going back for a moment to the

17    discussion that you had with Professor Boon's

18    students at Seton Hall, that we discussed a few

19    minutes ago, where were you physically located

20    when you had that conversation?

21         A.    I was at home.

22         Q.    All right.  Let's go to the next

23    page.  Looking at January 27, 2021, 1630

24    hours --

25         A.    Uh-huh.

```
 1            Q.    There it is.  Okay.  Do you see that

 2     says, interaction with DPR?

 3            A.    Yes.

 4            Q.    What was the nature of the event

 5     reflected in this entry in the calendar?

 6            A.    So, actually, that is one of the

 7     examples of the duplications.  I think that

 8     when I exported my calendar to Excel,

 9     interaction with DPR is the same thing as the

10     interaction relating to division mapping

11     project meeting.

12                  DPR refers, in this case, to the

13     Division For Palestinian Rights.  The entry

14     above it was Division.

15                  The way that this happened is that I

16     put in the entry, which is much more

17     descriptive, interaction relating to division

18     mapping project meeting, in my calendar.  When

19     the division sent me an invite to MS Teams and

20     I clicked accept, then it comes alongside that

21     and they called it, you know, DPR.

22                  That is their handle.  And so there

23     are two entries at the same time.  But it is

24     only --

25            Q.    Got it.
```

1          A.    -- because I accepted the

2     invitation.

3          Q.    Understood.  And what is the

4     division mapping project?

5          A.    It is a project that the UN Division

6     for Palestinian Rights is undertaking to map

7     the voting patterns of UN Member States on the

8     Palestine question.

9          Q.    And what does DPR stand for?  Oh,

10    that's Division of Palestinian Rights?

11         A.    Correct.

12         Q.    I was just reacting to the entry

13    immediately below which also uses that, but I

14    think I know what DPR refers to in that second

15    entry.  Maybe you can just tell us what it is.

16         A.    It is, typically, used to refer to

17    any Deputy Permanent Representative at the UN.

18         Q.    And in the case of your entry on

19    January 28, 2021, for 1800, that DPR of Japan

20    refers to the Deputy Permanent Representative

21    of Japan to the United Nations?

22         A.    Correct.

23         Q.    Okey-dokey.  Go to February 25th of

24    2021, at 1930.  And you see this one says,

25    interaction with Muna Amara, student working on

```
 1     Master's thesis on the Palestine question at
 2     the UN Security Council?
 3          A.    Correct.
 4          Q.    What does this entry reflect?
 5          A.    It reflects a phone conversation
 6     that I had with a student, after she conveyed a
 7     request to the Palestine Mission to speak with
 8     one of the diplomats to better inform her
 9     thesis on the Palestine question and,
10     particularly, at the Security Council because
11     she was researching the comparison between
12     resolutions adopted under Chapter 6 or Chapter
13     7 of the charter.
14          Q.    And where were you physically
15     located when you had this conversation with
16     Muna?
17          A.    I was at home.
18          Q.    Let's go to March 1 of 2021, at
19     1900.  Do you see that?  It says, interaction
20     with US UNSC?
21          A.    Uh-huh.
22          Q.    What does that entry reflect?
23          A.    That is with the -- that was a
24     meeting with the U.S. -- the U.S. Mission team
25     to the UN Security Council.
```

```
 1              Q.    And let's go to March 4, at 2020 --
 2      March 4, 2021, at 2200.
 3              A.    Uh-huh.
 4              Q.    Do you see that says, interaction
 5      with APG DPR?
 6              A.    Yes.
 7              Q.    Can you tell me what that entry
 8      reflects?
 9              A.    That is the -- APG refers to the
10      Asia-Pacific Group at the United Nations, and
11      it is the DPR group of the Asia-Pacific
12      countries.
13              Q.    What is the DPR group of the
14      Asia-Pacific countries?
15              A.    It is the Deputy Permanent
16      Representatives of each of the Asia-Pacific
17      countries.
18              Q.    Got it.  Okay.  Thank you.  Let's go
19      to March 19, 2021 at 1300.
20              A.    Uh-huh.
21              Q.    Do you see that entry -- that entry
22      reads, interaction relating to "meeting on
23      Afghan women"?
24              A.    Correct.
25              Q.    Can you tell me what that entry
```

1    reflects?

2         A.    That was a UN meeting on the

3    situation of Afghan women.  March is when the

4    UN Commission on the Status of Women is

5    convened every year.  The Afghan Ambassador had

6    asked if I could be present.  And Afghanistan

7    is a Vice Chair of the UN Committee on the

8    Exercise of the Inalienable Rights of the

9    Palestinian People.  I attended their event in

10   solidarity.  It was a virtual event.  I was a

11   passive participant.  I did not speak.

12        Q.    Now, let's go to March 19 at 1700,

13   which is actually the penultimate entry on this

14   page.

15        A.    Uh-huh.  Yes.

16        Q.    Do you see, that says, interaction

17   with Itay of Norwegian Refugee Council civil

18   society organization on UN topics.  Do you see?

19        A.    Correct, yes, I see it.

20        Q.    Can you tell us what that entry

21   reflects?

22        A.    Itay Epshtain, again, of the

23   Norwegian Refugee Council, had reached out to

24   me regarding the submission of a new NRC report

25   to the human rights -- to the UN Human Rights

1     Council, and he was actually physically present

2     in New York at that time and had been meeting

3     with various UN Missions about the NRC report

4     on the humanitarian situation in the occupied

5     Palestinian territory.  But I did not meet with

6     him in person.  We met virtually by Zoom.

7          Q.    And where were you physically

8     located when you did that?

9          A.    I was at home.  I had not yet been

10    vaccinated.

11         Q.    Okay.  Let's go to the very next

12    entry on the page.  It says, interaction with

13    PAL DPR.  That one is another one where it

14    looks like the two entries have the same date

15    and timestamp.  I wonder if that might not be

16    another instance of a double entry?

17         A.    I think that is one of them.  So

18    that is the Division for Palestinian Rights

19    again, and I think that that was a meeting that

20    should have been canceled in my calendar,

21    because it had been postponed to a later date

22    because I would not have been able to double

23    book.

24         Q.    What is PAL DPR?

25         A.    The Division for Palestinian Rights.

```
 1              Q.    Got it.  Okay.  Let's go to March

 2        30, 2021 at 1700.  Do you see this one says,

 3        interaction with Yale University civil society

 4        organization on UN topics?

 5              A.    Yes.

 6              Q.    And what is the civil society

 7        organization to which this entry refers?

 8              A.    It was a Yale University student

 9        paper, one of the journalists for their student

10        paper that wanted to talk about the medical

11        situation in Palestine, UN support to Palestine

12        in the context of COVID-19 and vaccines, the

13        access to vaccines.

14              Q.    Do you know -- do you understand

15        that the person -- let me just back up a little

16        bit.

17                    What was the nature of the event

18        that's reflected in this entry?

19              A.    It was a phone call.  That was the

20        event.

21              Q.    Phone call between yourself and a

22        student journalist?

23              A.    Yes.  She had sent an E-mail to the

24        Palestine Mission, to our general Mission

25        E-mail.  It was forwarded to me by a secretary
```

```
1      who said, can you speak to her to answer her
2      questions, and I did.
3           Q.   And do you know what publication
4      this student journalist worked for?
5           A.   It was a Yale University newsletter
6      or paper.
7           Q.   Got it.  And did you speak with the
8      student -- well, strike that.
9                Do you recall the name of the
10     student journalist you spoke with?
11          A.   I recall her first name was Ruqaiya.
12          Q.   I'm sorry?
13          A.   Ruqaiya.  Her first name was
14     Ruqaiya.
15          Q.   Can you spell that?
16          A.   It was R-U-Q-A-I-Y-A.
17               MR. BERGER:  Just like it
18     sounds.
19               MR. SINAIKO:  Sure.  I tried,
20     but I'm not that good.
21     BY MR. SINAIKO:
22          Q.   When you spoke with this student
23     journalist, you were acting in your official
24     capacity as Deputy Permanent Observer; correct?
25          A.   Yes, I was.  As I said, she reached
```

1    out to the Palestine Mission to speak with a

2    representative of the Mission to the UN to gain

3    further knowledge on the subject.

4         Q.    Was this student looking for a

5    particular type of comment from you?

6         A.    She asked me several questions about

7    the COVID-19 situation in Palestine and about

8    access to vaccines and the kind of assistance

9    and support that Palestine was receiving in

10   accessing vaccines, including through the UN

11   COVAX facility.

12        Q.    Do you know whether your comments to

13   the student journalist actually made their way

14   into a publication of any kind?

15        A.    I'm not sure.  I don't know.

16        Q.    You don't know one way or the other;

17   correct?

18        A.    I mean, I'm assuming she may have

19   used it for -- to inform her article.

20        Q.    But you don't know?

21        A.    I don't know.

22        Q.    One way or the other, you don't

23   know?

24        A.    No, I don't know.  I have not seen a

25   piece that had been produced.  It may have

1   been, but I have not read it.

2       Q.   And was one of your purposes in

3   speaking to the student journalist to advocate

4   for the Palestinian cause?

5       A.   In my capacity as the Ambassador,

6   Deputy Permanent Observer of the State of

7   Palestine, I always speak in support of the

8   Palestinian people and in support of the cause.

9            And so I would always speak

10  favorably in regards to Palestinian rights,

11  including their right in the midst of a global

12  pandemic, to access vaccines and medical

13  assistance.

14      Q.   Let's go to April 20, 2021 at 1500

15  hours.  Do you see this one?  Can you read that

16  entry for me?

17      A.   Yes.  Interaction with civil society

18  organization Wayne Hills High School on UN

19  topics.

20      Q.   And what is Wayne Hills High School,

21  to your knowledge?

22      A.   It is a high school in Wayne, New

23  Jersey.

24      Q.   And you regard Wayne Hills High

25  School as a civil society organization?

1         A.    I do.  Schools are part of larger

2    civil society, many schools participate in

3    Model UNs.  In a non-pandemic year, we might

4    get multiple requests by schools whose Model UN

5    team is assigned to represent Palestine, again,

6    a very big topic at the UN, and so the schools

7    often reach out to have Palestinian diplomats

8    inform their students so they can better model

9    our delegation at the UN conferences or

10   simulations that they participate in.

11        Q.    So any high school, any college, any

12   educational institution qualifies as a civil

13   society organization in your view?

14                   MR. BERGER:  So that's at

15   least the sixth time you have asked that

16   question.  So I will object that it has been

17   asked and answered and it's still

18   argumentative.

19   BY MR. SINAIKO:

20        Q.    You can answer.

21                   MR. BERGER:  You may answer.

22                   MR. SINAIKO:  Can the court

23   reporter read the question back, please?

24                   (Reporter read back from the

25   record.)

```
 1                    THE WITNESS:  Yes, in my view,

 2        schools, universities, colleges, qualify as

 3        civil society because they are non-governmental

 4        institutions, entities, that are engaged in

 5        organized functions such as education, training

 6        and otherwise.

 7        BY MR. SINAIKO:

 8            Q.    And can you provide a description of

 9        the event that is reflected in this interaction

10        with civil society organization Wayne Hills

11        High School on UN topics entry in your

12        calendar?

13            A.    Yes.  So the professor, the teacher,

14        asked me to speak to his history class because

15        they had been studying the Middle East, they

16        had been studying Israel/Palestine.  He was --

17        I don't know if the Israeli representative

18        spoke before me to the students or after, but

19        he wanted to present both sides of the story to

20        his high school students to inform them.

21                    And he wanted them to understand

22        about the diplomatic process at the UN on this

23        issue.

24            Q.    Were there any participants -- well,

25        do you remember the name of the teacher?
```

1        A.     The teacher's name was Chris, either
2    Ness or van Ness.
3        Q.     And the teacher's students, were
4    they participants in this call as well?
5        A.     Yes, they were.  They were on the
6    Zoom.
7        Q.     And where were you physically
8    located when you participated in this Zoom
9    call?
10        A.     I was still at home.  I had not yet
11    been vaccinated.
12        Q.     And you mentioned a moment ago that
13    either before or after you spoke to this class,
14    a representative of Israel also spoke to them;
15    correct?
16        A.     I was informed by the teacher that
17    this is their -- this is how they do things,
18    that they like to present both sides.
19        Q.     Understood.  So your position in
20    speaking with these students, then, was to
21    present the Palestinian side; correct?
22        A.     It was to present Palestine's
23    diplomatic work at the UN.  That is what I can
24    speak to.  That is what I have been doing for
25    29 years.

```
 1            Q.    Understood.  It was to present the

 2      Palestinian side of the story; correct?

 3            A.    It was to present the efforts of

 4      Palestine at the UN in the context of an

 5      ongoing search for the achievement of

 6      Palestinian rights, justice and a peaceful

 7      solution to the Israeli/Palestinian conflict.

 8                  And as a diplomat, it is always my

 9      objective to present the peaceful diplomatic

10      search for a solution to the

11      Israeli/Palestinian conflict as the best way to

12      resolve the conflict.

13            Q.    And you made that presentation to a

14      group of high school students; correct?

15            A.    Correct.

16            Q.    Let's go to April 26, 2021 at 1400.

17      That's just a few stops down the page.

18            A.    Yes.

19            Q.    Do you see that one?  It says,

20      interaction with civil society organization HRW

21      on UN topics.

22            A.    Yes.

23            Q.    What is HRW?

24            A.    It is Human Rights Watch.

25            Q.    What is Human Rights Watch?
```

1      A.   It is a global human rights

2   organization, non-governmental organization.

3      Q.   And what is the nature of the event

4   that is reflected in this entry from your

5   calendar?

6      A.   Human Rights Watch was going to

7   present or launch a new report that they had

8   done that concerned Israel/Palestine, and the

9   representative of Human Rights Watch to the UN,

10   Louis Charbonneau, with two of his colleagues,

11   were -- had reached out to the Mission to

12   discuss the report and the possibility of

13   presenting the report at the UN, including in

14   an event that would be hosted by the UN

15   Committee on the Exercise of the Inalienable

16   Rights of the Palestinian People.

17      Q.   And do you know whether this report

18   was, in fact, presented at the United Nations?

19      A.   It was presented by a discussion in

20   which one of the authors of the Human Rights

21   Watch report participated in an event that was

22   hosted by the UN, yes.

23      Q.   And what was the content of this

24   report, if you know?

25      A.   It was called A Threshold Crossed,

1        and it concerned the determination by Human

2        Rights Watch that Israel has crossed the line

3        and it practices apartheid.

4              Q.    And what was the purpose of your

5        discussion on April 26, 2021 with Human Rights

6        Watch concerning this report?

7              A.    They reached out to us to inform us

8        about the impending launch of the report and to

9        explore the possibility of presenting the

10       report within the UN context.

11             Q.    What aspect of that were they

12       looking to discuss with you?

13             A.    Well, Palestine is a member of the

14       UN Committee on the Exercise of the Inalienable

15       Rights of the Palestinian People as well as the

16       bureau, and often, virtual events are held

17       where civil society organizations present to

18       the committee, present reports, their work.

19                   It can be international civil

20       society organizations like Human Rights Watch,

21       like Amnesty International, it can be Israeli

22       human rights organizations like B'Tselem, Yesh

23       Din.  It can be Palestinian human rights

24       organizations like Al-Haq or others.

25                   So they were exploring the

1    possibility of making a presentation of their

2    report to the committee.

3         Q.   And what were they -- I mean, what,

4    if anything, were they looking for from you in

5    that regard?

6              MR. BERGER:  Objection, calls

7    for speculation.

8    BY MR. SINAIKO:

9         Q.   So far as you understand.

10        A.   They were presenting to us the

11   substance of the report so that we could make a

12   recommendation to the committee and the bureau

13   as to whether this would be appropriate to

14   present in the UN context.

15        Q.   Okay.  Let's go back to Exhibit 4.

16   We can put it on the screen.  I don't know,

17   Ambassador Abdelhady-Nasser, do you have a

18   physical copy of the document in front of you

19   now?

20        A.   I do.

21        Q.   Oh, good.  We can -- I mean, if it's

22   more convenient, we can just work from the

23   physical copy.  That's fine.  We don't have to

24   take up screen space with it.  So long as you

25   have Exhibit 4 in front of you.

1        A.    I do.

2        Q.    Then we can -- Okey-doke.  Let's go

3   to February 12, 2020 at 2115.  Do you see that

4   entry there?

5        A.    Yes, I do.

6        Q.    Can you read that to us?

7        A.    Women's Foreign Policy Group.

8        Q.    What is the Women's Foreign Policy

9   Group?

10       A.    It is an NGO that discusses foreign

11  policy from a woman's perspective.

12       Q.    And that NGO is not in any way

13  affiliated with the United Nations; correct?

14       A.    I believe it is accredited to the

15  United Nations.

16       Q.    And what was the nature of the event

17  that's reflected in this entry on your

18  calendar?

19       A.    I don't exactly remember the topic

20  of discussion.  I receive regular invitations

21  from the Women's Foreign Policy Group to come

22  and hear speakers make presentations.  I'm,

23  typically, just a participant, a passive

24  participant.

25       Q.    In this instance, did you attend the

```
1    event?
2         A.    I believe that I did, yes.
3         Q.    And were you a speaker at this
4    event?
5         A.    No, I was not.  I was listening to a
6    presentation.  It couldn't have been that
7    interesting because I can't remember it.
8         Q.    Let's go down to the bottom of the
9    Page, August -- April 29 at 13:00.  Do you see
10   that one says, dialogue entitled COVID-19,
11   strengthening the international system amid
12   global crisis response and recovery?
13        A.    I'm sorry, could you repeat the date
14   to me, please?
15        Q.    Certainly.  It's April 29, 2020 at
16   1300 --
17        A.    Okay.  Yes.
18        Q.    So you see that that one is titled,
19   dialogue entitled "COVID-19, Strengthening the
20   International System Amid Global Crisis
21   Response and Recovery"?
22        A.    Yes.
23        Q.    What is the nature of the event
24   that's reflected in that calendar entry?
25        A.    So UN Missions often host what they
```

1        call side events, and they are, typically,

2        informative meetings where experts are brought

3        to discuss any range of subjects, and that was

4        the prevalent theme at the time.

5               So we may have received an

6        invitation from a UN Mission to attend this

7        side event, which was virtual.  And often, we

8        attend just as part of the UN community.  We

9        are not participating actually in the dialogue.

10       We are an attendee being informed.

11           Q.    And in this instance, do you know

12       whether you were an attendee being informed?

13           A.    I certainly was.  I knew nothing

14       about pandemic response or recovery as of April

15       2020.  We were living the pandemic.

16           Q.    We all were.

17           A.    Yeah.

18           Q.    Okay.  You didn't speak at this

19       event?

20           A.    No, I did not.

21           Q.    Let's go to the entry on May 5, 2020

22       at 1845 hours.  I'm just reading the timestamp

23       that's in the margin.  I'm not saying that

24       that's right.  I think, actually, we know that

25       that's not right but it doesn't matter.

```
 1            A.    Uh-huh.

 2            Q.    Phone call with Nabil Abi-Saab; do

 3     you see that?

 4            A.    Yes, I do.

 5            Q.    Who is Nabil Abi-Saab?

 6            A.    Nabil is a reporter for a Lebanese

 7     paper who is based in the UN press pool.

 8            Q.    Got it.  And can you tell me the

 9     nature of the conversation -- well, strike --

10     yeah, the nature of the conversation that you

11     had with Mr. Nabil Abi-Saab that's reflected in

12     this calendar entry?

13            A.    Nabil was reaching out to me to get

14     an update, background information on our

15     interactions at the UN at that time, because he

16     had been absent for two months and he wanted me

17     to get him back up to speed.

18            Q.    Do you recall the topics on which he

19     wanted you to get him back up to speed?

20            A.     It was about our interactions with

21     UN Security Council members on the threat of

22     annexation.

23            Q.    And during this conversation, do you

24     recall what information you provided to

25     Mr. Abi-Saab?
```

**THESE PAGES HAVE BEEN
INTENTIONALLY OMITTED**

1    representative of Palestine at the UN to speak

2    with one of their reporters about the efforts

3    at the UN to engage Security Council in the

4    context of a ceasefire.

5         Q.    And who is Carol, if you know?

6         A.    She was the outreach coordinator of

7    NPR that contacted the Mission to seek an

8    interview.

9         Q.    And do you remember, were they

10   seeking an interview with you?

11        A.    They were seeking an interview with

12   Ambassador Mansour.

13        Q.    And did Ambassador Mansour

14   participate in an interview in response to this

15   call?

16        A.    He was unable to participate, to

17   fulfill their interview request, and he passed

18   it on to me.

19        Q.    Understood.  So you participated in

20   an interview with a reporter from NPR; correct?

21        A.    Correct.

22        Q.    How was that interview conducted?

23        A.    It was conducted on the phone.

24        Q.    And do you know the name of the

25   reporter who interviewed you?

```
 1          A.    I think her name was Mary Louise
 2    Kelly.
 3          Q.    And was that the -- is that the --
 4    let me withdraw and try again.
 5                Was that the only time you have been
 6    interviewed by a member of the media during
 7    2021?
 8          A.    That is correct.
 9                MR. SINAIKO:  Bring up Tab 20,
10    please.  I would like to mark this as our next
11    exhibit.  I think it will be Exhibit 7.
12                THE COURT REPORTER:  I must
13    have missed 6, then.
14                MR. SINAIKO:  Exhibit 6 was
15    the updated privilege log, I think.
16                (Deposition Exhibit No. 7 was
17    marked for identification.)
18    BY MR. SINAIKO:
19          Q.    So this is -- I will just, for the
20    record, I'll just mention what it is.  We are
21    going to mark as Exhibit 7, document titled
22    Palestinian Official Discusses How the UN Can
23    Help End Violence in Israel and Gaza.
24                Do you see that, Ambassador
25    Abdelhady-Nasser?
```

```
 1          A.    Yes, I do.

 2          Q.    Do you see that that's dated May 19,

 3     2021?

 4          A.    Yes, I do.

 5          Q.    And, again, if you would like to

 6     turn the pages of the thing, I would be happy

 7     to do it.  Just let us know and Cosette can do

 8     that for you.

 9               I would like to know whether you

10     agree that this is a transcript of the

11     interview you gave to Mary Louise Kelly, on NPR

12     Radio, on May 19, 2021.

13                    MR. BERGER:  Let's see the

14     other pages, please.

15                    MR. SINAIKO:  Certainly.  As I

16     said, she is welcome to look at the pages, as

17     many of them as she likes for as long as she

18     likes.  I mean, there aren't that many.

19                    THE WITNESS:  Okay.

20     BY MR. SINAIKO:

21          Q.    So are we in agreement that that's

22     an accurate transcription of your interview, on

23     May 19, 2021, with Mary Louise Kelly of

24     National Public Radio?

25          A.    Yes, it appears to be so.
```

# THESE PAGES HAVE BEEN INTENTIONALLY OMITTED