# EXHIBIT 6



**H.E. Amb. Abdelhady-Nasser 2020**
**Calendar entries: Non-public events subject to functional immunity and jurisdictional immunity**

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Internal Palestine UN Mission business | 01/07/2020 | 17:00 a | 01/07/2020 | 01.00 |
| Personal note about UN Mission business | 01/07/2020 | 18:00 a | 01/07/2020 | 01.00 |
| Interaction with DPR of EU | 01/09/2020 | 22:30 a | 01/09/2020 | 00.50 |
| Interaction with PR of Russia | 01/13/2020 | 16:30 a | 01/13/2020 | 01.00 |
| Interaction with India Counsellor Amaranth | 01/13/2020 | 17:30 a | 01/13/2020 | 01.00 |
| Interaction with PR of China | 01/14/2020 | 15:00 a | 01/14/2020 | 00.50 |
| Interaction with PR of Estonia | 01/14/2020 | 16:30 a | 01/14/2020 | 00.50 |
| Interaction with G77 | 01/15/2020 | 17:30 a | 01/15/2020 | 02.00 |
| Interaction with DPR of Cyrus | 01/15/2020 | 19:00 a | 01/15/2020 | 00.75 |
| Interaction with UN delegates at reception to celebrate the New Year with the French traditional king's cake | 01/18/2020 | 00:00 a | 01/18/2020 | 01.50 |
| Interaction with UN Division for Palestinian Rights | 01/20/2020 | 20:00 a | 01/20/2020 | 01.50 |
| Interaction with PR of UK | 01/22/2020 | 16:00 a | 01/22/2020 | 00.50 |
| Interaction with PGA | 01/29/2020 | 14:00 a | 01/29/2020 | 01.00 |
| Interaction with DPR of Russia | 01/30/2020 | 17:00 a | 01/30/2020 | 00.50 |
| Interaction with NAM | 01/30/2020 | 17:30 a | 01/30/2020 | 01.00 |
| Interaction with UNRWA Gaza | 01/30/2020 | 20:00 a | 01/30/2020 | 02.00 |
| Interaction with PR of Russian Federation | 01/31/2020 | 13:30 a | 01/31/2020 | 01.00 |
| Interaction with PR of China | 02/03/2020 | 17:30 a | 02/03/2020 | 01.00 |
| Interaction with PR of France | 02/03/2020 | 20:15 a | 02/03/2020 | 01.00 |
| Interaction with UN delegates at lunch meeting with Ireland | 02/04/2020 | 16:00 a | 02/04/2020 | 01.00 |
| Interaction with PR of Belgium | 02/04/2020 | 20:00 a | 02/04/2020 | 02.00 |
| Interaction with OIC | 02/04/2020 | 21:45 a | 02/04/2020 | 01.00 |
| Interaction with PGA CDC | 02/05/2020 | 15:30 a | 02/05/2020 | 01.50 |
| Interaction with PR of Estonia | 02/05/2020 | 17:15 a | 02/05/2020 | 01.00 |
| Interaction with Louise Blais, Canada DPR | 02/05/2020 | 17:30 a | 02/05/2020 | 01.00 |
| Interaction with SG | 02/05/2020 | 20:00 a | 02/05/2020 | 02.00 |
| Interaction with PR of Germany | 02/05/2020 | 21:30 a | 02/05/2020 | 00.25 |
| Interaction with civil society organization, Professor Grob, on UN topics | 02/05/2020 | 22:00 a | 02/05/2020 | 01.00 |
| Interaction with NAM SC Caucus | 02/06/2020 | 16:00 a | 02/06/2020 | 01.00 |
| Interaction with PR of UK | 02/07/2020 | 14:15 a | 02/07/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with NAM SC Caucus | 02/07/2020 | 20:30 a | 02/07/2020 | 01.00 |
| Interaction with UN delegates at Ireland Event - Trusteeship Council | 02/11/2020 | 15:00 a | 02/11/2020 | 03.00 |
| Interaction with Rana Hajjaj of civil society organization Al Quds Bard College on UN topics | 02/11/2020 | 20:00 a | 02/11/2020 | 02.00 |
| Internal Palestine UN Mission business | 02/13/2020 | 18:00 a | 02/13/2020 | 01.50 |
| Interaction with DPR of Romania | 02/14/2020 | 18:00 a | 02/14/2020 | 01.00 |
| Interaction with DPR of Latvia | 02/17/2020 | 15:45 a | 02/17/2020 | 00.50 |
| Internal Palestine UN Mission business | 02/17/2020 | 16:30 a | 02/17/2020 | 00.50 |
| Internal Palestine UN Mission business | 02/17/2020 | 17:30 a | 02/17/2020 | 01.00 |
| Interaction with DPR of Viet Nam | 02/17/2020 | 21:00 a | 02/17/2020 | 01.00 |
| Interaction with NAM SC Caucus | 02/19/2020 | 18:00 a | 02/19/2020 | 01.50 |
| Interaction with PC South Africa | 02/20/2020 | 17:30 a | 02/20/2020 | 01.00 |
| Interaction with CEIRPP Bureau Meeting | 02/20/2020 | 19:00 a | 02/20/2020 | 00.75 |
| Interaction with UN delegates at Mission of Bangladesh event | 02/20/2020 | 20:00 a | 02/20/2020 | 02.00 |
| Interaction with PR of France | 02/24/2020 | 15:00 a | 02/24/2020 | 03.00 |
| Interaction with UN delegates at farewell luncheon in honor of Christian Guillermet-Fernandez, DPR of Costa Rica | 02/24/2020 | 23:00 a | 02/25/2020 | 01.00 |
| Interaction with DPR of EU | 02/25/2020 | 18:15 a | 02/25/2020 | 01.50 |
| Interaction with DPR of Turkey | 02/25/2020 | 19:15 a | 02/25/2020 | 01.00 |
| Interaction with DPR of Niger | 02/26/2020 | 20:00 a | 02/26/2020 | 03.00 |
| Interaction with UN delegates at Belgium End of Presidency Reception | 02/27/2020 | 19:00 a | 02/27/2020 | 01.50 |
| Interaction with civil society organization, Fairleigh Dickinson University, on UN topics | 02/28/2020 | 16:00 a | 02/28/2020 | 01.00 |
| Interaction with UN delegates at Chinese SC Presidency briefing | 02/29/2020 | 23:00 a | 03/01/2020 | 01.50 |
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory | 03/02/2020 | 17:00 a | 03/02/2020 | 01.00 |
| Interaction with Arab Group | 03/04/2020 | 16:00 a | 03/04/2020 | 02.00 |
| Interaction with UNRWA Gaza Director | 03/05/2020 | 15:00 a | 03/05/2020 | 03.00 |
| Interaction with Anna Hammargren, Ambassador for Sweden for the Middle East | 03/06/2020 | 14:30 a | 03/06/2020 | 00.50 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 03/09/2020 | 13:00 a | 03/09/2020 | 00.50 |
| Interaction with civil society organization, Palestine Institute for Public Diplomacy, on UN topics | 03/09/2020 | 14:00 a | 03/09/2020 | 02.00 |
| Personal note about UN Mission business | 03/10/2020 | 21:00 a | 03/10/2020 | 01.00 |
| Cancelled Event | 03/10/2020 | 22:00 a | 03/10/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 03/17/2020 | 19:00 a | 03/17/2020 | 02.00 |
| Internal Palestine UN Mission business | 03/25/2020 | 15:00 a | 03/25/2020 | 01.00 |
| Interaction with UNRWA Gaza | 03/26/2020 | 16:00 a | 03/26/2020 | 00.50 |
| Interaction with civil society organization, Professor Boon, on UN topics | 03/27/2020 | 18:00 a | 03/27/2020 | 01.00 |
| Personal note about UN Mission business | | | | |
| Interaction with civil society organization, Seton Hall, on UN topics | 03/30/2020 | 16:00 a | 03/30/2020 | 01.00 |
| Personal note about UN Mission business | 03/30/2020 | 18:30 a | 03/30/2020 | 01.50 |
| Personal note about UN Mission business | 03/31/2020 | 14:30 a | 03/31/2020 | 02.00 |
| Personal note about UN Mission business | 03/31/2020 | 19:00 a | 03/31/2020 | 02.00 |
| Interaction with DPRs of Jordan and Egypt | 04/01/2020 | 13:00 a | 04/01/2020 | 00.50 |
| Interaction with Basak, DPR of Turkey | 04/01/2020 | 14:00 a | 04/01/2020 | 02.00 |
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 04/01/2020 | 16:00 a | 04/01/2020 | 01.00 |
| Interaction with civil society organization, Professor Grob, on UN topics | 04/01/2020 | 19:00 a | 04/01/2020 | 01.00 |
| Personal note about UN Mission business | 04/02/2020 | 14:00 a | 04/02/2020 | 00.50 |
| Personal note about UN Mission business | 04/02/2020 | 15:00 a | 04/02/2020 | 01.00 |
| Personal note about UN Mission business | 04/08/2020 | 14:00 a | 04/08/2020 | 00.50 |
| Interaction with Arab Group | 04/08/2020 | 15:00 a | 04/08/2020 | 00.50 |
| Internal Palestine UN Mission business | 04/09/2020 | 17:30 a | 04/09/2020 | 01.50 |
| Personal note about UN Mission business | 04/09/2020 | 19:00 a | 04/09/2020 | 02.00 |
| Personal note about UN Mission business | 04/10/2020 | 16:00 a | 04/10/2020 | 00.50 |
| Personal note about UN Mission business | 04/10/2020 | 19:00 a | 04/10/2020 | 01.00 |
| Interaction with Arab Group | 04/10/2020 | 20:00 a | 04/10/2020 | 00.50 |
| Interaction with UN delegates at Bureau test meeting for briefing | 04/13/2020 | 13:00 a | 04/13/2020 | 01.00 |
| Personal note about UN Mission business | 04/13/2020 | 15:00 a | 04/13/2020 | 02.00 |
| Personal note about UN Mission business | 04/13/2020 | 19:00 a | 04/13/2020 | 01.00 |
| Personal note about UN Mission business | 04/14/2020 | 14:00 a | 04/14/2020 | 01.00 |
| Personal note about UN Mission business | 04/14/2020 | 16:00 a | 04/14/2020 | 01.00 |
| Personal note about UN Mission business | 04/15/2020 | 14:00 a | 04/15/2020 | 01.00 |
| Personal note about UN Mission business | 04/15/2020 | 15:00 a | 04/15/2020 | 02.00 |
| Personal note about UN Mission business | 04/15/2020 | 18:00 a | 04/15/2020 | 01.00 |

CONFIDENTIAL

| Description | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Personal note about UN Mission business | 04/15/2020 | 20:00 a | 04/15/2020 | 01.00 |
| Personal note about UN Mission business | 04/16/2020 | 14:00 a | 04/16/2020 | 03.00 |
| Personal note about UN Mission business | 04/16/2020 | 18:00 a | 04/16/2020 | 01.00 |
| Personal note about UN Mission business | 04/17/2020 | 14:00 a | 04/17/2020 | 01.00 |
| Personal note about UN Mission business | 04/17/2020 | 15:00 a | 04/17/2020 | 01.00 |
| Internal Palestine UN Mission business | 04/17/2020 | 16:00 a | 04/17/2020 | 01.00 |
| Personal note about UN Mission business | 04/20/2020 | 19:00 a | 04/20/2020 | 02.00 |
| Interaction with Arab Group and Irish FM | 04/22/2020 | 11:00 a | 04/22/2020 | 04.00 |
| Personal note about UN Mission business | 04/23/2020 | 14:00 a | 04/23/2020 | 03.00 |
| Personal note about UN Mission business | 04/24/2020 | 11:00 a | 04/24/2020 | 04.00 |
| Personal note about UN Mission business | 04/27/2020 | 13:30 a | 04/27/2020 | 01.00 |
| Personal note about UN Mission business | 04/27/2020 | 15:00 a | 04/27/2020 | 01.50 |
| Personal note about UN Mission business | 04/27/2020 | 17:00 a | 04/27/2020 | 02.50 |
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 04/28/2020 | 14:00 a | 04/28/2020 | 01.00 |
| Interaction with UNRWA Gaza | 04/29/2020 | 16:00 a | 04/29/2020 | 01.00 |
| Personal note about UN Mission business | 04/30/2020 | 14:00 a | 04/30/2020 | 02.00 |
| Internal Palestine UN Mission business | 05/01/2020 | 14:30 a | 05/01/2020 | 01.00 |
| Interaction with CEIRPP Bureau Meeting | 05/02/2020 | 14:00 a | 05/02/2020 | 01.00 |
| Personal note about UN Mission business | 05/03/2020 | 22:00 a | 05/03/2020 | 01.50 |
| Personal note about UN Mission business | 05/05/2020 | 17:00 a | 05/05/2020 | 01.00 |
| Interaction with UNRWA for UNRWA Annual Report to UN Secretary-General | 05/05/2020 | 18:45 a | 05/05/2020 | 00.50 |
| Interaction with Arab Troika and President of Security Council | 05/05/2020 | 20:00 a | 05/05/2020 | 01.00 |
| Interaction with Arab Troika and PGA | 05/06/2020 | 15:00 a | 05/06/2020 | 02.00 |
| Interaction with Arab Delegation and EU Ambassador | 05/07/2020 | 16:00 a | 05/07/2020 | 00.50 |
| Internal Palestine UN Mission business | 05/07/2020 | 17:30 a | 05/07/2020 | 00.50 |
| Personal note about UN Mission business | 05/08/2020 | 18:00 a | 05/08/2020 | 01.00 |
| Internal Palestine UN Mission business | 05/11/2020 | 14:00 a | 05/11/2020 | 02.00 |
| Interaction with civil society organization, Professors Grob and Segal, on UN topics | 05/11/2020 | 20:30 a | 05/11/2020 | 00.50 |
| Personal note about UN Mission business | 05/12/2020 | 14:00 a | 05/12/2020 | 01.00 |
| Cancelled Event | 05/12/2020 | 15:00 a | 05/12/2020 | 01.50 |
| Interaction with UN delegates at UK event on International Cooperation for a Cure to COVID-19 | 05/12/2020 | 16:30 a | 05/12/2020 | 00.50 |

CONFIDENTIAL

| Description | Date | Time | Date | Hours |
|---|---|---|---|---|
| Personal note about UN Mission business | 05/12/2020 | 18:00 a | 05/12/2020 | 01.00 |
| Personal note about UN Mission business | 05/12/2020 | 19:00 a | 05/12/2020 | 01.00 |
| Interaction with DPR of Liechtenstein | 05/13/2020 | 14:00 a | 05/13/2020 | 01.00 |
| Interaction with DPR of Turkey | 05/13/2020 | 17:00 a | 05/13/2020 | 01.00 |
| Interaction with CEIRPP | 05/13/2020 | 19:00 a | 05/13/2020 | 00.50 |
| Interaction with Arab Delegation and Russian Ambassador | 05/13/2020 | 21:30 a | 05/13/2020 | 00.50 |
| Interaction with OIC | 05/14/2020 | 14:30 a | 05/14/2020 | 00.50 |
| Personal note about UN Mission business | 05/14/2020 | 15:00 a | 05/14/2020 | 01.00 |
| Interaction with Arab Delegation and US Ambassador | 05/14/2020 | 16:00 a | 05/14/2020 | 01.00 |
| Interaction with UN delegates at virtual briefing on the OIOS investigations and UNRWA's management initiatives | 05/15/2020 | 15:00 a | 05/15/2020 | 02.00 |
| Interaction with UN delegates at virtual briefing on the OIOS investigations and UNRWA's management initiatives | 05/18/2020 | 18:30 a | 05/18/2020 | 01.50 |
| Interaction with OIC and FM Ireland | 05/19/2020 | 14:00 a | 05/19/2020 | 01.50 |
| Personal note about UN Mission business | 05/19/2020 | 15:00 a | 05/19/2020 | 01.00 |
| Interaction with Arab Group | 05/19/2020 | 18:30 a | 05/19/2020 | 02.00 |
| Interaction with Arab Group and NAM SC Caucus | 05/21/2020 | 16:00 a | 05/21/2020 | 02.00 |
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 05/22/2020 | 17:00 a | 05/22/2020 | 01.00 |
| Internal Palestine UN Mission business | 05/26/2020 | 18:30 a | 05/26/2020 | 01.00 |
| Internal Palestine UN Mission business | 06/01/2020 | 16:00 a | 06/01/2020 | 01.00 |
| Personal note about UN Mission business | 06/01/2020 | 16:00 a | 06/01/2020 | 01.00 |
| Interaction with Adi Khair of Jordan | 06/01/2020 | 19:00 a | 06/01/2020 | 01.50 |
| Personal note about UN Mission business | 06/02/2020 | 15:00 a | 06/02/2020 | 00.50 |
| Interaction with UN delegates at Arab meeting with France PR | 06/03/2020 | 16:00 a | 06/03/2020 | 01.00 |
| Interaction with UN delegates at Arab meeting with Germany PR | 06/04/2020 | 12:00 a | 06/04/2020 | 01.50 |
| Interaction with UN delegates at Arab meeting with Belgium PR | 06/04/2020 | 14:00 a | 06/04/2020 | 02.00 |
| Interaction with UN delegates at Arab meeting with China PR | 06/08/2020 | 20:30 a | 06/08/2020 | 01.00 |
| Interaction with UN delegates at Arab meeting with UK PR | 06/09/2020 | 20:00 a | 06/09/2020 | 01.00 |
| Interaction with Working Group on UNRWA Financing | 06/10/2020 | 16:00 a | 06/10/2020 | 01.50 |
| Interaction with UN delegates at Ireland Security Council event | 06/12/2020 | 17:00 a | 06/12/2020 | 01.00 |
| Interaction with OIC | 06/13/2020 | 17:00 a | 06/13/2020 | 02.00 |
| Personal note about UN Mission business | 06/16/2020 | 18:00 a | 06/16/2020 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Personal note about UN Mission business | 06/16/2020 | 22:00 a | 06/16/2020 | 01.00 |
| Personal note about UN Mission business | 06/17/2020 | 16:00 a | 06/17/2020 | 01.00 |
| Personal note about UN Mission business | 06/17/2020 | 21:00 a | 06/17/2020 | 00.50 |
| Interaction with UNRWA Gaza | 06/18/2020 | 14:00 a | 06/18/2020 | 02.00 |
| Personal note about UN Mission business | 06/18/2020 | 17:30 a | 06/18/2020 | 00.50 |
| Personal note about UN Mission business | 06/18/2020 | 19:00 a | 06/18/2020 | 00.50 |
| Interaction with NAM COB | 06/18/2020 | 19:30 a | 06/18/2020 | 01.00 |
| Personal note about UN Mission business | 06/19/2020 | 14:00 a | 06/19/2020 | 01.00 |
| Interaction with Ambassador Jerobeam of PGA office | 06/22/2020 | 14:00 a | 06/22/2020 | 01.00 |
| Interaction with Tania Felicio from UN Department of Political and Peacebuilding Affairs | 06/22/2020 | 15:00 a | 06/22/2020 | 02.00 |
| Interaction with Anita of Division | 06/22/2020 | 19:00 a | 06/22/2020 | 02.00 |
| Personal note about UN Mission business | 06/24/2020 | 13:00 a | 06/24/2020 | 03.50 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 06/24/2020 | 20:30 a | 06/24/2020 | 00.50 |
| Interaction with Arab Group | 06/25/2020 | 16:30 a | 06/25/2020 | 00.50 |
| Interaction with UN officials at briefing on the Global Compact on Refugees | 06/26/2020 | 16:30 a | 06/26/2020 | 00.50 |
| Personal note about UN Mission business | 06/26/2020 | 17:00 a | 06/26/2020 | 00.50 |
| Personal note about UN Mission business | 06/29/2020 | 14:00 a | 06/29/2020 | 03.00 |
| Personal note about UN Mission business | 06/29/2020 | 15:00 a | 06/29/2020 | 02.50 |
| Internal Palestine UN Mission business | 07/01/2020 | 16:00 a | 07/01/2020 | 01.00 |
| Personal note about UN Mission business | 07/02/2020 | 13:00 a | 07/02/2020 | 01.00 |
| Personal note about UN Mission business | 07/03/2020 | 16:30 a | 07/03/2020 | 01.00 |
| Personal note about UN Mission business | 07/03/2020 | 18:00 a | 07/03/2020 | 02.00 |
| Internal Palestine UN Mission business | 07/05/2020 | 18:00 a | 07/05/2020 | 03.00 |
| Interaction with UN delegates and officials at Circle of Women Ambassadors with UNDSG | 07/06/2020 | 19:00 a | 07/06/2020 | 02.00 |
| Interaction with Ministry, Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 07/07/2020 | 17:30 a | 07/07/2020 | 01.50 |
| Interaction with Michael O'Toole of Ireland | 07/10/2020 | 19:45 a | 07/10/2020 | 00.75 |
| Interaction on UN topics for Indonesia PhD dissertation | 07/11/2020 | 14:00 a | 07/11/2020 | 01.00 |
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 07/20/2020 | 14:00 a | 07/20/2020 | 01.50 |

| Description | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Interaction with Tania Felicio of UN Department of Political and Peacebuilding Affairs | 07/21/2020 | 14:00 a | 07/21/2020 | 03.00 |
| Internal Palestine UN Mission business | 07/22/2020 | 18:30 a | 07/22/2020 | 01.00 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi and Division for Palestinian Rights | 07/23/2020 | 14:00 a | 07/23/2020 | 01.00 |
| Interaction with UN delegates at welcome reception for Swiss Ambassador Pascale | 07/27/2020 | 15:00 a | 07/27/2020 | 01.00 |
| Interaction with civil society organization, Professor Leonard Grob, on UN topics | 07/27/2020 | 19:00 a | 07/27/2020 | 01.00 |
| Interaction with NAM COB | 07/28/2020 | 14:00 a | 07/28/2020 | 01.50 |
| Personal note about UN Mission business | 07/29/2020 | 14:00 a | 07/29/2020 | 01.00 |
| Interaction with UNRWA Gaza | 07/29/2020 | 16:30 a | 07/29/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 14:00 a | 07/30/2020 | 02.00 |
| Personal note about UN Mission business | 07/30/2020 | 17:00 a | 07/30/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 17:15 a | 07/30/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 18:30 a | 07/30/2020 | 01.00 |
| Personal note about UN Mission business | 07/30/2020 | 19:00 a | 07/30/2020 | 02.00 |
| Personal note about UN Mission business | 07/30/2020 | 20:00 a | 07/30/2020 | 01.00 |
| Interaction with Brian Flynn of Ireland | 08/03/2020 | 15:00 a | 08/03/2020 | 01.00 |
| Interaction with Ileana of Romania | 08/03/2020 | 17:00 a | 08/03/2020 | 01.00 |
| Personal note about UN Mission business | 08/03/2020 | 18:30 a | 08/03/2020 | 00.50 |
| Interaction with OIC | 08/04/2020 | 14:00 a | 08/04/2020 | 01.00 |
| Personal note about UN Mission business | 08/04/2020 | 15:00 a | 08/04/2020 | 01.00 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi and Shaher, DPR of the OIC to the UN | 08/05/2020 | 14:30 a | 08/05/2020 | 00.50 |
| Interaction with Georg of Liechtenstein | 08/05/2020 | 17:00 a | 08/05/2020 | 01.50 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 08/05/2020 | 19:00 a | 08/05/2020 | 01.00 |
| Personal note about UN Mission business | 08/06/2020 | 14:00 a | 08/06/2020 | 01.00 |
| Personal note about UN Mission business | 08/06/2020 | 15:00 a | 08/06/2020 | 01.00 |
| Interaction with UN delegates at zoom farewell for Diedre from Jamaica | 08/06/2020 | 16:00 a | 08/06/2020 | 00.50 |
| Interaction with UN delegates at SC informal briefing by Indonesia on Palestinian Children | 08/06/2020 | 16:00 a | 08/06/2020 | 02.00 |
| Internal Palestine UN Mission business | 08/07/2020 | 14:30 a | 08/07/2020 | 01.00 |
| Personal note about UN Mission business | 08/10/2020 | 15:00 a | 08/10/2020 | 01.00 |
| Interaction with Silvio Gonzato, DPR of EU | 08/13/2020 | 15:00 a | 08/13/2020 | 02.00 |

CONFIDENTIAL

| Description | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 08/13/2020 | 18:00 a | 08/13/2020 | 02.00 |
| Interaction with UNRWA | 08/27/2020 | 17:30 a | 08/27/2020 | 01.50 |
| Interaction with UNRWA Director of Operations in Gaza Matthias Schmale | 09/02/2020 | 16:15 a | 09/02/2020 | 01.00 |
| Personal note about UN Mission business | 09/11/2020 | 13:00 a | 09/11/2020 | 01.00 |
| Personal note about UN Mission business | 09/11/2020 | 14:00 a | 09/11/2020 | 01.00 |
| Interaction with DGACM and Division for Palestinian Rights | 09/15/2020 | 14:00 a | 09/15/2020 | 03.00 |
| Interaction with UN officials at meeting on Solidarity Day | 09/16/2020 | 15:00 a | 09/16/2020 | 01.00 |
| Interaction with civil society organization, Greg Khalil, on UN topics | 09/16/2020 | 20:00 a | 09/16/2020 | 01.50 |
| Interaction with Bilge DPR Turkey | 09/17/2020 | 19:00 a | 09/17/2020 | 01.00 |
| Interaction with Irish Mission GA Team | 09/18/2020 | 15:00 a | 09/18/2020 | 01.00 |
| Interaction with UNRWA NY Rep | 09/22/2020 | 14:00 a | 09/22/2020 | 03.00 |
| Interaction with Tania Felicio from UN Department of Political and Peacebuilding Affairs | 09/22/2020 | 16:00 a | 09/22/2020 | 00.75 |
| Interaction with Arab Group and Judge Emmanuel Ugirashebuja | 09/22/2020 | 17:00 a | 09/22/2020 | 06.00 |
| Interaction with Romania DPR Illeana | 09/24/2020 | 17:30 a | 09/24/2020 | 01.50 |
| Internal Palestine UN Mission business | 09/25/2020 | 14:00 a | 09/25/2020 | 02.00 |
| Personal note about UN Mission business | 09/25/2020 | 15:00 a | 09/25/2020 | 01.00 |
| Interaction with NAM SC Caucus | 09/25/2020 | 17:00 a | 09/25/2020 | 01.00 |
| Personal note about UN Mission business | 09/25/2020 | 19:00 a | 09/25/2020 | 02.00 |
| Personal note about UN Mission business | 09/29/2020 | 19:00 a | 09/29/2020 | 02.00 |
| Interaction with UN delegates and officials at UNRWA Lebanon Field Briefing | 09/29/2020 | 20:00 a | 09/29/2020 | 02.00 |
| Internal Palestine UN Mission business | 10/01/2020 | 18:00 a | 10/01/2020 | 01.00 |
| Internal Palestine UN Mission business | 10/02/2020 | 16:00 a | 10/02/2020 | 02.00 |
| Internal Palestine UN Mission business | 10/06/2020 | 14:00 a | 10/06/2020 | 01.00 |
| Internal Palestine UN Mission business | 10/06/2020 | 18:00 a | 10/06/2020 | 02.00 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 10/07/2020 | 17:00 a | 10/07/2020 | 03.00 |
| Personal note about UN Mission business | 10/08/2020 | 14:00 a | 10/08/2020 | 01.50 |
| Interaction with civil society organization, Professor Grob, on UN topics | 10/08/2020 | 14:00 a | 10/08/2020 | 03.00 |
| Personal note about UN Mission business | 10/08/2020 | 17:00 a | 10/08/2020 | 01.00 |
| Personal note about UN Mission business | 10/12/2020 | 16:15 a | 10/12/2020 | 00.50 |
| Internal Palestine UN Mission business | 10/13/2020 | 14:00 a | 10/13/2020 | 01.00 |
| Interaction with UN Assistant Secretary-General for Human Rights Ilze Brands Kehris | 10/13/2020 | 15:00 a | 10/13/2020 | 01.50 |

CONFIDENTIAL

| Description | Date | Time | Date | Hours |
|---|---|---|---|---|
| Interaction with UNRWA Gaza | 10/13/2020 | 16:30 a | 10/13/2020 | 00.50 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 10/15/2020 | 15:00 a | 10/15/2020 | 00.50 |
| Personal note about UN Mission business | 10/15/2020 | 19:00 a | 10/15/2020 | 03.00 |
| Interaction with civil society organization, NRC, on UN topics | 10/19/2020 | 19:30 a | 10/19/2020 | 00.50 |
| Personal note about UN Mission business | 10/19/2020 | 19:30 a | 10/19/2020 | 00.50 |
| Interaction with DPR of Singapore | 10/20/2020 | 13:00 a | 10/20/2020 | 01.00 |
| Personal note about UN Mission business | 10/22/2020 | 19:00 a | 10/22/2020 | 03.00 |
| Internal Palestine UN Mission business | 10/23/2020 | 14:00 a | 10/23/2020 | 01.50 |
| Interaction with Switzerland SC Reception | 10/23/2020 | 17:15 a | 10/23/2020 | 01.00 |
| Interaction with Greta UNRWA Rep | 10/27/2020 | 14:00 a | 10/27/2020 | 01.50 |
| Personal note about UN Mission business | 10/28/2020 | 15:00 a | 10/28/2020 | 01.00 |
| Personal note about UN Mission business | 10/28/2020 | 19:00 a | 10/28/2020 | 03.00 |
| Personal note about UN Mission business | 10/29/2020 | 22:00 a | 10/29/2020 | 01.00 |
| Internal Palestine UN Mission business | 11/03/2020 | 15:00 a | 11/03/2020 | 03.00 |
| Personal note about UN Mission business | 11/03/2020 | 18:00 a | 11/03/2020 | 01.00 |
| Personal note about UN Mission business | 11/04/2020 | 15:00 a | 11/04/2020 | 03.00 |
| Interaction with Norwegian Security Council Team | 11/04/2020 | 16:00 a | 11/04/2020 | 01.00 |
| Personal note about UN Mission business | 11/04/2020 | 20:00 a | 11/04/2020 | 03.00 |
| Interaction with UN officials at meeting on Exhibit Booklet | 11/06/2020 | 20:00 a | 11/06/2020 | 03.00 |
| Interaction with APG Small Group Lunch at Singapore Mission | 11/11/2020 | 19:00 a | 11/11/2020 | 01.00 |
| Personal note about UN Mission business | 11/13/2020 | 16:00 a | 11/13/2020 | 00.50 |
| Interaction with Saada PGA Office | 11/16/2020 | 15:00 a | 11/16/2020 | 01.00 |
| Interaction with UN delegates at virtual farewell reception for US DPR Cherith | 11/17/2020 | 15:00 a | 11/17/2020 | 01.00 |
| Personal note about UN Mission business | 11/18/2020 | 15:00 a | 11/18/2020 | 03.00 |
| Interaction with Romania DPR | 11/18/2020 | 17:00 a | 11/18/2020 | 01.50 |
| Interaction with PGA Peace and Security Adviser Saada | 11/18/2020 | 18:15 a | 11/18/2020 | 01.50 |
| Personal note about UN Mission business | 11/19/2020 | 18:00 a | 11/19/2020 | 01.00 |
| Internal Palestine UN Mission business | 11/19/2020 | 20:00 a | 11/19/2020 | 02.00 |
| Interaction with NAM COB | 11/20/2020 | 17:30 a | 11/20/2020 | 01.00 |
| Personal note about UN Mission business | 11/24/2020 | 20:30 a | 11/24/2020 | 01.00 |
| Interaction with France DPR | 11/30/2020 | 20:00 a | 11/30/2020 | 02.50 |
| Interaction with UNRWA Gaza | 12/01/2020 | 15:00 a | 12/01/2020 | 03.00 |
| Interaction with Arab Group | 12/01/2020 | 18:30 a | 12/01/2020 | 01.00 |
| Interaction with NAM and Russia | 12/01/2020 | 22:00 a | 12/02/2020 | 02.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Personal note about UN Mission business | 12/02/2020 | 16:00 a | 12/02/2020 | 01.00 |
| Interaction with Division for Palestinian Rights | 12/02/2020 | 20:00 a | 12/02/2020 | 03.00 |
| Interaction with Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 12/03/2020 | 14:00 a | 12/04/2020 | 12.00 |
| Personal note about UN Mission business | 12/03/2020 | 15:00 a | 12/03/2020 | 01.00 |
| Personal note about UN Mission business | 12/07/2020 | 09:00 a | 12/07/2020 | 01.00 |
| Personal note about UN Mission business | 12/07/2020 | 17:00 a | 12/07/2020 | 01.00 |
| Personal note about UN Mission business | 12/07/2020 | 22:00 a | 12/07/2020 | 01.00 |
| Interaction with Peter Mulrean, former UNRWA Representative in New York | 12/08/2020 | 21:00 a | 12/08/2020 | 01.00 |
| Interaction with Tania Felicio of the UN Department of Political and Peacebuilding Affairs | 12/09/2020 | 15:30 a | 12/09/2020 | 02.50 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi and Patrice of DPR | 12/10/2020 | 16:00 a | 12/10/2020 | 02.00 |
| Interaction with Ireland SC Team | 12/10/2020 | 20:00 a | 12/10/2020 | 02.50 |
| Interaction with Working Group on Financing UNRWA | 12/11/2020 | 14:30 a | 12/11/2020 | 01.00 |
| Personal note about UN Mission business | 12/14/2020 | 18:00 a | 12/14/2020 | 01.50 |
| Interaction with UN delegates and officials at Venezuela meeting on defending the Charter | 12/15/2020 | 15:00 a | 12/15/2020 | 03.00 |
| Interaction with Jonas - DPR of Iceland | 12/15/2020 | 18:00 a | 12/15/2020 | 01.00 |
| Interaction with civil society organization, Professors Grob and Segal, on UN topics | 12/16/2020 | 15:00 a | 12/16/2020 | 01.00 |
| Interaction with DPR of China | 12/16/2020 | 16:00 a | 12/16/2020 | 01.00 |
| Interaction with India Security Council Team | 12/16/2020 | 16:00 a | 12/16/2020 | 01.00 |
| Internal Palestine UN Mission business | 12/16/2020 | 20:00 a | 12/16/2020 | 01.00 |

CONFIDENTIAL

## H.E. Amb. Abdelhady-Nasser 2021
### Calendar entries: Non-public events subject to functional immunity and jurisdictional immunity

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Interaction with Tunisia Delegation | 01/08/2021 | 21:15 a | 01/08/2021 | 01.00 |
| Interaction with UN Special Coordinator for the Middle East Process Tor Wennesland | 01/11/2021 | 16:30 a | 01/11/2021 | 01.00 |
| Interaction with UN Deputy Special Coordinator and Resident Humanitarian Coordinator in Palestine Lynn Hastings | 01/12/2021 | 20:00 a | 01/12/2021 | 01.00 |
| Interaction with Brian Cahalane, Political Coordinator of the Irish Mission to the UN | 01/14/2021 | 15:00 a | 01/14/2021 | 01.00 |
| Internal Palestine UN Mission business | 01/14/2021 | 17:00 a | 01/14/2021 | 01.50 |
| Interaction with NAM Security Council Caucus | 01/15/2021 | 17:00 a | 01/15/2021 | 01.00 |
| Personal note about UN Mission business | 01/18/2021 | 17:00 a | 01/18/2021 | 01.00 |
| Interaction with Ireland Mission | 01/19/2021 | 21:30 a | 01/19/2021 | 01.00 |
| Personal note about UN Mission business | 01/20/2021 | 19:00 a | 01/20/2021 | 01.00 |
| Personal note about UN Mission business | 01/20/2021 | 20:00 a | 01/20/2021 | 01.00 |
| Interaction relating to Division Mapping Project Meeting | 01/27/2021 | 16:30 a | 01/27/2021 | 01.00 |
| Interaction with DPR | 01/27/2021 | 16:30 a | 01/27/2021 | 01.00 |
| Interaction with DPR of Japan | 01/28/2021 | 18:00 a | 01/28/2021 | 01.50 |
| Interaction with UNRWA | 01/28/2021 | 20:00 a | 01/28/2021 | 01.00 |
| Interaction with NAM CoB | 01/29/2021 | 20:00 a | 01/29/2021 | 02.00 |
| Personal note about UN Mission business | 02/01/2021 | 15:00 a | 02/01/2021 | 02.00 |
| Internal Palestine UN Mission business | 02/01/2021 | 17:00 a | 02/01/2021 | 01.00 |
| Personal note about UN Mission business | 02/02/2021 | 15:00 a | 02/02/2021 | 02.00 |
| Internal Palestine UN Mission business | 02/02/2021 | 18:00 a | 02/02/2021 | 01.00 |
| Interaction with Meena Syed, Counsellor at Norway Mission to UN | 02/02/2021 | 20:00 a | 02/02/2021 | 01.00 |
| Interaction with Jim Kelly, DPR of Ireland | 02/03/2021 | 16:00 a | 02/03/2021 | 01.00 |
| Personal note about UN Mission business | 02/03/2021 | 17:30 a | 02/03/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/04/2021 | 21:00 a | 02/04/2021 | 01.00 |
| Interaction with UNRWA | 02/05/2021 | 14:00 a | 02/05/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/05/2021 | 16:00 a | 02/05/2021 | 01.00 |
| Interaction with civil society organization, Professor Grob, on UN topics | 02/11/2021 | 16:00 a | 02/11/2021 | 01.00 |
| Interaction with the Secretary-General | 02/11/2021 | 18:45 a | 02/11/2021 | 01.00 |
| Interaction with Arab Group | 02/12/2021 | 16:00 a | 02/12/2021 | 01.00 |
| Interaction with Saada of PGA Office | 02/16/2021 | 18:00 a | 02/16/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/19/2021 | 15:00 a | 02/19/2021 | 01.00 |

CONFIDENTIAL

| Description | Date | Time | Date | Hours |
|---|---|---|---|---|
| Internal Palestine UN Mission business | 02/19/2021 | 20:00 a | 02/19/2021 | 01.00 |
| Interaction with DPR of Ireland | 02/22/2021 | 14:30 a | 02/22/2021 | 01.00 |
| Interaction with Arab Delegation and Russian Federation Delegation | 02/22/2021 | 15:30 a | 02/22/2021 | 01.00 |
| Personal note about UN Mission business | 02/22/2021 | 17:00 a | 02/22/2021 | 01.00 |
| Interaction with Jongin Bae, DPR of Republic of Korea | 02/22/2021 | 21:30 a | 02/22/2021 | 01.00 |
| Interaction with UNRWA | 02/23/2021 | 18:00 a | 02/23/2021 | 00.50 |
| Interaction with Secretary of the UN Division for Palestinian Rights Patrice Chiwota | 02/23/2021 | 20:00 a | 02/23/2021 | 01.00 |
| Interaction with Arab Delegation and EU Delegation | 02/23/2021 | 21:30 a | 02/23/2021 | 01.00 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi and Division | 02/24/2021 | 19:30 a | 02/24/2021 | 01.00 |
| Internal Palestine UN Mission business | 02/24/2021 | 21:00 a | 02/24/2021 | 01.00 |
| Interaction with Muna Amara, student working on master's thesis on the Palestine question at the UN Security Council | 02/25/2021 | 19:30 a | 02/25/2021 | 01.00 |
| Interaction with NAM | 02/26/2021 | 20:00 a | 02/26/2021 | 03.00 |
| Personal note about UN Mission business | 03/01/2021 | 16:00 a | 03/01/2021 | 01.00 |
| Personal note about UN Mission business | 03/01/2021 | 17:00 a | 03/01/2021 | 01.00 |
| Interaction with US UNSC | 03/01/2021 | 19:00 a | 03/01/2021 | 01.00 |
| Interaction with OIC | 03/03/2021 | 20:00 a | 03/03/2021 | 01.50 |
| Personal note about UN Mission business | 03/04/2021 | 15:00 a | 03/04/2021 | 01.00 |
| Personal note about UN Mission business | 03/04/2021 | 16:00 a | 03/04/2021 | 02.00 |
| Interaction with APG DPR | 03/04/2021 | 22:00 a | 03/04/2021 | 01.00 |
| Personal note about UN Mission business | 03/09/2021 | 15:00 a | 03/09/2021 | 01.00 |
| Personal note about UN Mission business | 03/09/2021 | 19:00 a | 03/09/2021 | 01.00 |
| Internal Palestine UN Mission business | 03/09/2021 | 20:30 a | 03/09/2021 | 01.00 |
| Interaction with Denmark Delegation and Canada Delegation | 03/10/2021 | 23:00 a | 03/11/2021 | 02.00 |
| Interaction with UNRWA Director of Operations in Gaza Matthias Schmale | 03/15/2021 | 13:00 a | 03/15/2021 | 01.00 |
| Interaction with Arab Troika and US Ambassador | 03/18/2021 | 18:15 a | 03/18/2021 | 01.00 |
| Interaction with Arab Troika and China Ambassador | 03/18/2021 | 19:45 a | 03/18/2021 | 01.00 |
| Interaction with Louise Blaise, DPR of Canada | 03/18/2021 | 20:00 a | 03/18/2021 | 01.00 |
| Interaction relating to "Meeting on Afghan Women" | 03/19/2021 | 13:00 a | 03/19/2021 | 01.00 |
| Interaction with Arab Troika and France Ambassador | 03/19/2021 | 14:00 a | 03/19/2021 | 01.00 |
| Interaction with Itay of Norwegian Refugee Council civil society organization on UN topics | 03/19/2021 | 17:00 a | 03/19/2021 | 01.00 |
| Interaction with PAL DPR | 03/19/2021 | 17:00 a | 03/19/2021 | 01.00 |

| | | | | |
|---|---|---|---|---|
| Interaction with Arab Troika and UK Ambassador | 03/19/2021 | 20:30 a | 03/19/2021 | 01.00 |
| Interaction with Tania Felicio of the UN Department of Political and Peacebuilding Affairs | 03/22/2021 | 16:00 a | 03/22/2021 | 01.00 |
| Interaction with Ireland Mission | 03/23/2021 | 15:00 a | 03/23/2021 | 01.00 |
| Interaction with Arab Delegation and US Delegation | 03/23/2021 | 19:30 a | 03/23/2021 | 01.00 |
| Interaction with Arab Troika Group and Thomas Greenfield | 03/23/2021 | 19:30 a | 03/23/2021 | 00.75 |
| Interaction with Linda Thomas-Greenfield, PR of United States | 03/23/2021 | 20:45 a | 03/23/2021 | 01.00 |
| Interaction with Yale University civil society organization on UN topics | 03/30/2021 | 17:00 a | 03/30/2021 | 01.00 |
| Interaction with Brian Cahalane, Political Coordinator of the Irish Mission to the UN | 03/30/2021 | 19:00 a | 03/30/2021 | 01.00 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 03/31/2021 | 15:00 a | 03/31/2021 | 01.00 |
| Interaction relating to Georgia Independence Day Event | 03/31/2021 | 16:00 a | 03/31/2021 | 01.00 |
| Interaction with UNRWA | 03/31/2021 | 18:00 a | 03/31/2021 | 01.00 |
| Interaction with NAM | 03/31/2021 | 19:00 a | 03/31/2021 | 02.00 |
| Internal Palestine UN Mission business | 04/01/2021 | 14:00 a | 04/01/2021 | 01.00 |
| Interaction with Professor Michael Lynk, UN Special Rapporteur on the situation of human rights in the Occupied Palestinian Territory, and Professor Ardi Imseis, Canadian Legal Scholar and Liaison with the UN Division for Palestinian Rights | 04/01/2021 | 17:00 a | 04/01/2021 | 01.00 |
| Internal Palestine UN Mission business | 04/06/2021 | 15:00 a | 04/06/2021 | 01.00 |
| Personal note about UN Mission business | 04/06/2021 | 22:00 a | 04/07/2021 | 02.00 |
| Personal note about UN Mission business | 04/07/2021 | 16:30 a | 04/07/2021 | 01.00 |
| Personal note about UN Mission business | 04/07/2021 | 22:00 a | 04/08/2021 | 02.00 |
| Interaction with Arab Group | 04/08/2021 | 15:00 a | 04/08/2021 | 02.00 |
| Internal Palestine UN Mission business | 04/08/2021 | 15:30 a | 04/08/2021 | 01.00 |
| Personal note about UN Mission business | 04/08/2021 | 22:00 a | 04/09/2021 | 02.00 |
| Canceled Event | 04/09/2021 | 00:00 a | 04/09/2021 | 01.50 |
| Personal note about UN Mission business | 04/09/2021 | 14:00 a | 04/09/2021 | 01.00 |
| Interaction with DPR of United States | 04/09/2021 | 17:15 a | 04/09/2021 | 02.00 |
| Personal note about UN Mission business | 04/12/2021 | 14:00 a | 04/12/2021 | 01.00 |
| Personal note about UN Mission business | 04/12/2021 | 15:00 a | 04/12/2021 | 01.00 |
| Personal note about UN Mission business | 04/12/2021 | 17:00 a | 04/12/2021 | 01.00 |
| Personal note about UN Mission business | 04/14/2021 | 15:00 a | 04/14/2021 | 01.00 |
| Personal note about UN Mission business | 04/14/2021 | 18:30 a | 04/14/2021 | 01.00 |
| Personal note about UN Mission business | 04/15/2021 | 17:30 a | 04/15/2021 | 01.00 |
| Personal note about UN Mission business | 04/15/2021 | 18:30 a | 04/15/2021 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Personal note about UN Mission business | 04/15/2021 | 19:30 a | 04/15/2021 | 01.50 |
| Personal note about UN Mission business | 04/16/2021 | 18:00 a | 04/16/2021 | 01.00 |
| Personal note about UN Mission business | 04/19/2021 | 17:00 a | 04/19/2021 | 01.50 |
| Interaction with Silvio Gonzato, DPR of EU | 04/19/2021 | 19:30 a | 04/19/2021 | 01.00 |
| Personal note about UN Mission business | 04/20/2021 | 13:20 a | 04/20/2021 | 01.00 |
| Interaction with civil society organization, Wayne Hills High School, on UN topics | 04/20/2021 | 15:00 a | 04/20/2021 | 01.00 |
| Personal note about UN Mission business | 04/20/2021 | 16:30 a | 04/20/2021 | 01.00 |
| Interaction with DPR of Ireland | 04/21/2021 | 00:00 a | 04/21/2021 | 01.00 |
| Internal Palestine UN Mission business | 04/22/2021 | 19:00 a | 04/22/2021 | 01.00 |
| Interaction with civil society organization, HRW, on UN topics | 04/26/2021 | 14:00 a | 04/26/2021 | 00.50 |
| Interaction with UNSC Presidency Viet Nam | 04/26/2021 | 21:15 a | 04/26/2021 | 01.00 |
| Interaction with Arab Group | 04/29/2021 | 19:00 a | 04/29/2021 | 01.50 |
| Interaction with Muna Amara, student working on master's thesis on the Palestine question at the UN Security Council | 04/30/2021 | 15:00 a | 04/30/2021 | 01.00 |
| Interaction with NAM | 04/30/2021 | 19:00 a | 04/30/2021 | 02.00 |
| Internal Palestine UN Mission business | 05/05/2021 | 16:00 a | 05/05/2021 | 01.00 |
| Personal note about UN Mission business | 05/06/2021 | 19:00 a | 05/06/2021 | 01.00 |
| Personal note about UN Mission business | 05/06/2021 | 20:00 a | 05/06/2021 | 01.00 |
| Interaction with Director of the UN Division for Palestinian Rights Elio Tamburi | 05/06/2021 | 21:00 a | 05/06/2021 | 01.00 |
| Interaction with DPR of Ireland | 05/07/2021 | 17:00 a | 05/07/2021 | 01.00 |
| Interaction with civil society organization, Mick Dumper, on UN topics | 05/11/2021 | 14:00 a | 05/11/2021 | 01.00 |
| Interaction with OIC | 05/11/2021 | 16:00 a | 05/11/2021 | 01.00 |
| Interaction with Arab Group | 05/11/2021 | 20:00 a | 05/11/2021 | 01.00 |
| Interaction with Chef de Cabinet and the Troika Arab Group | 05/12/2021 | 21:00 a | 05/12/2021 | 00.75 |
| Interaction with China Delegation | 05/12/2021 | 21:30 a | 05/12/2021 | 01.00 |
| Interaction with UNRWA Director of Operations in Gaza Matthias Schmale | 05/13/2021 | 13:00 a | 05/13/2021 | 01.00 |
| Interaction with Arab Group | 05/16/2021 | 20:00 a | 05/16/2021 | 01.00 |
| Interaction with NAM CoB | 05/17/2021 | 17:30 a | 05/17/2021 | 01.00 |
| Interaction with UNRWA | 05/19/2021 | 12:00 a | 05/19/2021 | 01.00 |
| Interaction with UNSG | 05/19/2021 | 15:00 a | 05/19/2021 | 00.50 |
| Interaction with President of the General Assembly | 05/20/2021 | 12:30 a | 05/20/2021 | 00.25 |
| Interaction with MOFA of Indonesia | 05/20/2021 | 13:20 a | 05/20/2021 | 00.25 |
| Interaction with the PSC | 05/20/2021 | 15:20 a | 05/20/2021 | 00.33 |
| Interaction with Deputy Commissioner-General of UNRWA Leni Stenseth | 05/20/2021 | 16:00 a | 05/20/2021 | 01.00 |

CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| Interaction with MOFA of Indonesia | 05/20/2021 | 16:00 a | 05/20/2021 | 00.50 |
| Interaction with UNRWA | 05/20/2021 | 20:30 a | 05/20/2021 | 01.00 |
| Interaction with UNSG | 05/20/2021 | 21:00 a | 05/20/2021 | 00.33 |
| Personal note about UN Mission business | 05/21/2021 | 14:00 a | 05/21/2021 | 01.00 |
| Personal note about UN Mission business | 05/25/2021 | 18:30 a | 05/25/2021 | 01.00 |
| Internal Palestine UN Mission business | 05/26/2021 | 13:30 a | 05/26/2021 | 01.00 |
| Personal note about UN Mission business | 05/26/2021 | 15:00 a | 05/26/2021 | 01.00 |
| Personal note about UN Mission business | 05/26/2021 | 17:00 a | 05/26/2021 | 01.00 |
| Interaction with Ireland Delegation | 05/26/2021 | 20:00 a | 05/26/2021 | 01.00 |
| Interaction with UNRWA | 05/27/2021 | 12:00 a | 05/27/2021 | 02.00 |
| Interaction with CEIRPP Bureau | 05/27/2021 | 19:00 a | 05/27/2021 | 02.00 |
| Interaction with UNRWA | 06/02/2021 | 16:00 a | 06/02/2021 | 01.00 |
| Interaction with Arab DPR | 06/02/2021 | 17:15 a | 06/02/2021 | 01.75 |
| Interaction with Kuwait Delegation | 06/06/2021 | 17:15 a | 06/06/2021 | 01.50 |
| Interaction with Kuwait Delegation | 06/09/2021 | 17:15 a | 06/09/2021 | 01.50 |
| Personal note about UN Mission business | 06/22/2021 | 15:00 a | 06/22/2021 | 01.00 |

CONFIDENTIAL