# LOWELL DECL. EX. 4

Exhibit 154

## Translator's Notes for Translation of Bates 31–47

Where flow and accurate English equivalency necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material was supplied between italicized brackets.

The printed, but not handwritten, portions of Bates 40 and 41 were translated by a different translator. That translator's product is not included here, but the translation of these pages' handwritten content (aided by transcription) is herewith provided.

Bates 32, 33, 34, 35, 37, 40, 41, 43, and 45 were translated with the aid of transcriptions supplied for the handwritten portions of those pages.

---

Ministry of Finance
Palestine

Licensed Operator: 000000000

Page 1                        Statement of Account                    June 12, 2012   1:25 p

January 1, 2001 – December 31, 2001    Regular Advance Payments / Name of the Beneficiary

01-2999 Mohamed Mahmoud Mohamed Zayd

| Date of the Instrument | Vendor of the Note | Debtor | Creditor | Balance (NIS) | Value | Balance (NIS) |
|---|---|---|---|---|---|---|
| 01/01 | **Revolving Balance** | | | 0.00 | | |
| 10/09 **Disbursement** 19782  01 | 04281 **Rental of Front Headquarters, Qalqilya** | 23,760.00 | 23,760.00 | 0.00 | | |
| | **Total** | 23,760.00 | 23,760.00 | | | |

*End*                  *Copyright  1989   Bisan Corp. Ltd., Ramallah*

**07:000031-T**

*[Page partially filled with extremely faint text bearing seven hand-entered hatch-marks and what appear to be two illegible signatures.  Content is likely a printout of a bank statement containing both numbers and letters/words.  Two words are legible: One that may be translated as* "apartment," "half," or "gap;" *and the other that may be translated as* "value."*]*

\

*[Page on which no text is visible, except for seven hand-entered hatch-marks and two illegible entries that appear to be signatures.]*

07:000033-T

**Ministry of Finance**
**Control and Internal Audit Department**
**Pre-Audit Schedule**

Honorable Mr. Director General of the Treasury *[One or more illegible words, with some text covered by apparent post-it note]*

Date: August 16, 2001

Responsibility Center/Ministry:  The Front   *[one or more truncated words]*

Monetary Item:  Rent

To Mr.:  'Atufa Wakil, Ministry of Finance

I am returning to you the enclosed Voucher No. 4248, presented by way of authorizing a disbursement  in the amount of  *[truncated numbers/words]*  to the order of the receiving beneficiary, Mohamed Mahmoud Mohamed Zayd .

> *[Apparent Post-It Note]*   Honorable Brother 'Abdallah *[possible additional, but truncated, word(s)]*:
> Mr. *[truncated word(s)]*'s directive has been renewed, the check and *[truncated word(s)]* instrument have been cancelled, and a new check has been drawn in the amount of *[illegible word]* 4,000 *[truncated word]*.
>
> *[illegible word and letters]*
>
> *[illegible signature]*
>
> October 8, 2001

My remarks about this are set forth in the following.  Kindly correct, and return this Schedule along with your response.

Attachment of the review of the rental disbursement is requested (directive of *[truncated word(s)]*)

Mr. Taysir Quba'a                    Rental of Qalqilya headquarters

August 10, 2001

Auditor/Section Chief:  Wasim *[illegible name(s)]*   Deputy Director:          Department Director: *[illegible signature]*

Signature: August 16, 2001            Signature:                Signature:  *[illegible signature]*

**Findings of the Concerned Authority:**

Honorable Brother Rami,
The original directive is attached,
along with the correspondence and preparation
of the disbursement instrument  and
*[illegible word]*, in accordance with the
directive.  Please execute.
Respectfully,
Walid Al-Faqih
October 7, 2001

*[Partially illegible stamp of the Palestinian National Authority, Ministry of Finance, dated August 18, 2001]*

The sister is from the
*[letter-graphic symbol of]* the Popular Front
for the Liberation of
Palestine.  Please
execute.
                    October 7, 2001

* In the event that the space provided for each response field above is insufficient, attach an additional page, and make reference [to the supplemental-page response] on each relevant field [appearing] on this Schedule.

* This memorandum constitutes a non-severable portion of the correspondence to which it is attached, and should be kept together with it.

**07:000034**

In the name of God, the Merciful and the Compassionate

**Palestinian National Authority**

**Ministry of Finance**

**Payment Department**

| Emblem of the |
| Palestinian |
| National Authority |

---

Voucher for Disbursement of Checks Numbered:        Date:        /        /2001

Name of Beneficiary:  Mohamed Mahmoud Mohamed Zayd     His Address:

Responsibility Center:  Popular Front for the Liberation of Palestine

Explanation:        Rental of Headquarters of the Popular Front for the Liberation of Palestine / Qalqilya
                         from   June 1,  2001  - May 31, 2002

Code:                                                         Disbursement Voucher:

4121200                                              Rentals

---

Total Payment Amount:    4,000. -                Jordanian Dinars   ~~Shekels~~

Tax Discount Percentage:    /  %                 Jordanian Dinars   ~~Shekels~~

Other Discounts:             /  %                 Jordanian Dinars   ~~Shekels~~

Net Payment:             4,000. -                Jordanian Dinars   ~~Shekels~~

---

Name of Processor:   Walid Al-Faqih          Signature: *[illegible signature]*        Date:  October 7, 2001

Name of Approver:             Signature:                     Date:   2001

Name of Auditor:  Mohamed *[illegible name]*   Signature: *[illegible signature]*   Date:  October 8, 2001
                                                          October 8, 2001

---

Drawee Bank:    [Bank of] Jordan              Account No.:  ████ 58/1/3

Check No.:  1000428      Dated:  October 7, 2001    Delivery Date:  October 9, 2001

Name of Recipient:  Thaer 'Adnan Sa'id Da'ud        I.D. No.:

Signature:  Thaer Da'ud

---

Telephone:  02-2984917/8

Fax:  02-2958922

P.O. Box 795 Ramallah

**CONFIDENTIAL**                                        07:000035-T

In the Name of God, the Merciful and the Compassionate

Palestinian National Authority
Ministry of Finance
Payment Department

| Emblem of the Palestinian National Authority |
| --- |

---

Voucher for Disbursement of Checks Numbered:          Date:        /        /

Name of Beneficiary:  Mohamed Mahmoud Mohamed Zayd     His Address:

Responsibility Center:  Popular Front for the Liberation of Palestine

Explanation:          Rental of Headquarters of the Popular Front for the Liberation of Palestine /Qalqilya
                              From   June 1, 2001 - May 31, 2002

Code:                                               Disbursement Voucher:

4121200                                         Rentals
                              *[illegible word or abbreviation, penned diagonally]*

---

Total Payment Amount:   4,560. -              Jordanian Dinars   ~~Shekels~~

Tax Credit Percentage:        %              Jordanian Dinars   ~~Shekels~~
          *[Two vertical handwritten lines overlie this block]*
Other Discounts:            %              Jordanian Dinars   ~~Shekels~~

Net Payment:            4,560. -              Jordanian Dinars   ~~Shekels~~

---

Name of Processor:   Walid Al-Faqih          Signature: *[illegible signature]*       Date: August 7, 2001

Name of Approver:                          Signature:                          Date:   2001
          *[Two vertical handwritten lines overlie this block]*
Name of Auditor:                          Signature:                          Date:   2001

---

Drawee Bank:     [Bank of] Jordan          Account No.:  ███ 58/1/3

Check No.:  10004248                      Dated:  August 7, 2001

Name of Recipient:                          I.D. No.:

Signature:                                  Date of Delivery:

---

Telephone:  02-22404917/8

Fax:  02-22400922

P.O. Box 795 Ramallah

**CONFIDENTIAL**                          07:000036-T

*[Check superimposed on document bearing Palestinian National Authority, Ministry of Finance, Payment Department letterhead:]*

| [Bank of Jordan insignia] | Bank of Jordan PLC<br>821 - Ramallah Branch | *[Stamp:* A/C: ███ 58/1/3<br>Ministry of Finance<br>ID.: 000000000<br>Tel.: *]*<br>*[Stamp:* Disburse to first payee, only;<br>Ministry of Finance*]* |
|---|---|---|

Pay to the Order of:  Mohamed Mahmoud Mohamed Zayd

Jordanian Dinars:  Four thousand Jordanian Dinars, only, and no more      J.D.  4,000. –

Signature:  *[illegible]*      Date:  July 10, 2001      Bank of Jordan *[Bank of Jordan insignia]*

| Check No. | Branch No. | Account No. |
|---|---|---|
| 10004281 | 37  82100 | ███5813 |

Palestinian National Authority
Ministry of Finance
Payment Department

| *[Right portion of line obscured by superimposed check]*      Date:   /   /2001 |
|---|
| Name of Beneficiary:  Mohamed Mahmoud Mohamed Zayd     His Address: _____ |
| Responsibility Center:  Popular Front for the Liberation of Palestine |
| Explanation:      Rental of Headquarters of the Popular Front for the Liberation of Palestine / Qalqilya<br>From  June 1, 2001 - May 31, 2002 |
| Code:                                        Disbursement Voucher: |
| 4121200                                  Rentals |
| Total Payment Amount:    4,000. -         Jordanian Dinars  ~~Shekels~~ |
| *[Remainder of Voucher, except for numbers appearing to the right, below, is obscured by I.D. Card superimposed on the Voucher.]*                          2<br>                          2<br>                          2<br>                          0/8 |

*[I.D. Card containing two leaves is superimposed over lower portion of voucher appearing immediately above. Translation of I.D. Card follows:]*

Telephone:  02-2984917/8

Fax:  02-2958922

P.O. Box 795 Ramallah

**CONFIDENTIAL**                    **07:000037-T**

Palestinian Authority          I.D. Card

I.D. No.: ███532  5              *[photo of*
                                 *cardholder]*

Personal Name:  Thaer

Father's Name:  'Adnan

Grandfather's Name:  Sa'id

Family Name:  Da'ud

Mother's Name:  Layla

Date of Birth: ███, 1977        *[Stamp of the Palestinian*
                                 *National Authority]*

Place [of Birth]:  Qalqilya

Gender:  Male              Religion:  Muslim

Registered in:  Tulkarem

---

Palestinian Authority              Addendum to I.D. Card

                                   I.D. No.: ███532  5

Family Name:  Da'ud

Personal Name:  Thaer

Address:

   <u>Qalqilya</u>
      Town

Marital Status:  Single        Spouse's I.D. No.:   Single

Spouse's Name:

Spouse's I.D. No. :

Spouse's Name:

Previous Family Name:

Previous Personal Name:

---

Telephone:  02-2984917/8

Fax:  02-2958922

P.O. Box 795 Ramallah

**CONFIDENTIAL**                          07:000037-T

In the Name of God, the Merciful and the Compassionate

## Palestinian National Authority

Ministry of Finance

Property Tax Department

| Emblem of the Palestinian National Authority |
| --- |

---

## Certificate of Release from Property Tax Obligation

Property Tax Department:  Qalqilya

File Number:    __Area__       __Plot__         (Qalqilya Properties)
                7584         10

Date:       June 26, 2001

Mr. /~~Ms.~~:    Mohamed Mahmoud Mohamed Zayd

| *[Partially illegible stamp of the Palestinian National Authority]* |
| --- |

I. D. Number: ████1731

Address:     Qalqilya

[Mr. Zayd] has worked out an agreement with our Department regarding property taxes.

This Certificate shall remain in effect until December 31, 2001, only.

Respectfully

Supervisor:   *[illegible signature]*

| *[Partially illegible stamp of a Palestinian National Authority agency bearing the words "Properties and Buildings" in its title, overlain with illegible signature]* |
| --- |

| Remarks: This Certificate may not be [used] in place of a Certificate of Release from Income Tax Obligation |
| --- |

Receipt No.:  84670

Date:  January 16, 2001

Copy:  [To] Operator's File

**CONFIDENTIAL**                    07:000038-T

In the Name of God, the Merciful and the Compassionate

# Palestinian National Authority

Ministry of Finance

Income Tax General Directorate

| Emblem of the Palestinian National Authority |

---

Issuance Date: July 1, 2001                                                     47284

Income Tax Department:  Qalqilya

## Certificate of Income-Tax-By-Source Discount

To Honorable Mr./Ms.:  Popular Front for the Liberation of Palestine

Greetings,

1 -  The Income Tax General Directorate qualifies Mr./Ms.: Mohamed Zayd, I.D. No./Licensed Operator No.: ███1731, at address:  Qalqilya, to receive a discounting of the valuation of his transactions with you to an income-tax-by-source percentage [rate] of 00%,  [or,] in words: zero per cent.

2 -  This Certificate shall be in effect in accordance with the following terms, [which shall apply] severally and jointly:

- Until:  August 1, 2001 (first of the month of Ab, of the year two thousand one)
- [Starting] from Invoice No.:  _____
- Transaction value up to:  *4560* Dinars ~~New Shekels~~, [or,] in words: four thousand five hundred sixty Dinars *[Palestinian National Authority stamp]*
- Nature of transactions to which this Certificate applies:  _____

3 -  <u>Other terms that the payer must observe when conducting dealings with this Certificate</u>:

A – This Certificate shall be effective starting on the date of its issuance.

B -  The original of this Certificate, bearing the special stamp and signature of the

**CONFIDENTIAL**                                                     **07:000039-T**

Income Tax Department, must be relied on at the time of payment, and it [the original Certificate] should be kept safe, [to cover] for [those] instance[s] in which the Certificate has been issued to one party, only.

C - In the event the Certificate is issued "to whom it may concern," an authenticated copy of it, [obtained] from the Income Tax Department, may be relied upon, subject to presentation of the original [if requested], and to safekeeping of the authenticated copy.

D – This Certificate shall be effective in transactions taking place within the borders of the regions of the Palestinian National Authority.

E – This Certificate shall also be effective in the event the payer is Israeli, and as against transactions taking place within the borders of the regions of the Palestinian National Authority.

F - The [tax-collecting] party with respect to whom income tax by source has been discounted shall be entitled to acquire a certificate, from the payer, [reflecting] the sums from which discounts were taken, on a monthly and/or annual basis.

G – The payer shall have up to the seventh day of every month to submit a report conforming to the Income Tax Department's particular forms, that contains details of the recipients of the payments and of the taxes that were discounted during the prior month, and [s/he must] pay the discounted value of the taxes at the same time.

H - The word "transaction" means any sales, business agreement, service, or transfer operation, and any other similar activities.


Income Tax General Directorate

Name and Signature of the Responsible Official

| |
|---|
| Director, Income Taxation<br>Qalqilya    *[Emblem of the Palestinian*<br><br>*[illegible signature*    *National*<br>*and date]*    *Authority]* |

Telephone:  2985881/2/3/4
Fax:  972 2 2980484
P.O. Box 795 -  Ramallah

**CONFIDENTIAL**                                    07:000039-T

*[The print content, but not handwritten content, of Bates pp. 40 and 41 was translated by a different translator, and must be supplied from a separate electronic file (See accompanying Translator's Note).  <u>What follows is a translation of only the handwritten portions of these pages</u>:]*

*[Handwritten in the lower right portion of **Bates 40**]:*

Honorable Mr. Director General of the Treasury,

1 – The cost is approved for disbursement in accordance with proper procedures.

2 -  Please execute in accordance with regular practice.

July 10, 2001

Honorable Mr. Walid,

Execute what is necessary, in accordance with proper procedures.

July 10, 2001

*[illegible initials and date]*

---

*[Handwritten in the lower central and left portions of **Bates 41**]:*

*[several illegible lines of wording]*

October 4, 2001

The cost is approved for disbursement in accordance with proper procedures.

October 6, 2001

**07:000040-T and 07:000041-T**

Date: July 6, 2001


To the Honorable Brother Sami al-Ramlawi, may Allah protect him.
Director-General of the Finance Ministry.


Greetings of Building the Homeland:

With reference to the authorization of the brother, President of the State of Palestine, ordering the continuation of the payment of the rent for the office of the Popular Front in the Qalqilya Governorate, which we are continuing to operate –

Please kindly pay the amount of the rent to the owner, Mr. Mohammed Mahmoud Mohammed Zeyd, for the years 2001-2002, pursuant to the authorized contract.


Please accept the utmost respect,

Your brother,

Tayseer Qubaa [signature]


[Likely translation of partially illegible handwritten note:]

*Hon. Director-General of the Finance Ministry – is the expense authorized … To pay according to the directives … for your attention … According to the arrangement… June 7, 2001.*

[Illegible stamp]

[Likely translation of partially illegible handwritten note:]

*Mr. Walid Alidi … for execution … July 10, 2001*

07:000040-T

Number:

Date:  January 30, 2000

His Excellency Brother Yasser Arafat, may Allah protect him
President of the State of Palestine


Blessing of the Homeland and of building: -

Subject: <u>Transfer of the Sum of Four Thousand (4,000) Jordanian Dinars</u>

I would kindly request that you transfer the sum of four thousand Jordanian Dinars, rent for the headquarters of the Popular Front in the city of Qalqilya, in light of the financial situation that the Popular Front is experiencing, of which you are well aware.


Please accept the utmost respect and appreciation.

[Illegible stamp and
illegible handwritten
notation]


Your brother,
[Signature]
Tayseer Qubaa
Deputy Head of the Palestine National Council


[Handwritten signature and date:]          [Handwritten note and date:]

*Yasser Arafat*
*July 4, 2001*

*The expense was approved for payment according to procedures*
*July 6, 2001*


* In the event that the field assigned is insufficient for the text thereof, an additional page shall be added and every item shall be stated in its field.

* This memorandum is an inseparable part of the correspondence to which it is attached, and shall be preserved with it.

07-000041-T

# Rental and Leasing Agreement

**City:** Qalqilya   **Neighborhood:** Ra'isi [Main] Street, across from *[illegible word]*  P**lot No.:** 10  **Area No.:** 7584

**Category and Description of the Rented Property:** Building consisting of two stories, with exterior yard on the East

**Lessor's Name, Surname, and Residence Location:** Mohamed Mahmoud Mohamed Zayd / Qalqilya

**Lessee's Name, Surname, and Residence Location:** Office of the Popular Front for the Liberation of Palestine / General Office

**Rent Amount:** Four thousand five hundred sixty Dinars, only, and no more
(4560 Jordanian Dinars)

**Rent Payment Method:** Annually, to be paid in advance at the start of each year

**Rental Period:** Full Year

**Rental Start Date:** June 1, 2000        **Rental End Date:** May 30, 2001

**Extent of Spaces Rented:** Entire space

**Present Condition of Rental Premises:** Good construction

**How Rental Premises Will Be Used:** General office for the Popular Front for the Liberation of Palestine Party

**Rental-Premise Appurtenances Provided to Lessee:** Devoid of furnishings / [but] has kitchen

> *[illegible stamp that includes the handwritten date August 5, 2001 and an illegible signature]*

Audited and Approved

*[illegible signature]*   August 2, 2001

## General Terms

1 -  Lessee pledges to vacate the rental premises at the expiration of the rental period, and to return its key and deliver it [the rental premises] back to the Lessor in fully the same condition as it was in, originally, at the time [the rental] was [initially] assumed.  If this does not occur,  rent shall be deemed to double, starting from the expiration date of the agreement, and the Lessee shall become obligated  to pay [this double-rent] as damages and losses for each of the days that elapses until  the day on which the key is returned, and it [rental premises] has been delivered back.

2 – The Lessee shall not be permitted to lease the rental premises, or any portion thereof, to another person without obtaining written consent from the Lessor.

3 – Basic and necessary repairs that need to be carried out for the rental premises during the rental period, such as repair of the roofs, *[illegible word],* and the building, and the stopping of leaks, shall be the responsibility of the Lessor, whereas expenses for decorating, *[illegible word],* whitewashing, painting, and [measures] required by the Department of Health shall be the responsibility of the Lessee.

4 -  The Lessee shall not be permitted to alter the partitions of the rental premises without written advice and agreement on the part of the Lessor.

**CONFIDENTIAL**                    07:000042-T

5 – If the Lessee wishes to renew the lease, he shall be obligated to set this forth in writing, for the Lessor, one month prior to conclusion of the preceding rental period.  If both agree to the same new terms, signing of a new agreement shall be required, and the Lessor shall not be entitled to lease the premises to any [other] party of his choosing without [meeting the] prerequisite of  Lessee notification and  input.

6 – If the Lessee is late in paying the rent amount set forth above, then all installments shall become due, and the Lessor shall have the option of bringing a lawsuit seeking [either] the full amount [of the rental agreement sum], or rescission of the rental with a claim for the Lessee's [payment of] all damages and losses that he [Lessor] has suffered.

7 -  The guarantor whose signature is written below is acting on behalf of the Lessee, and is the guarantor of funds, and of performance of all the provisions of the agreement.

8 -  During the period of rental, the repair and restoration of any broken glass, door locks, or windows, and of anything destroyed through use of door bolts, water pumps, or the like, shall fall to the Lessee, and it [Lessee] shall leave the rental premises, and return them,  at the conclusion of the agreement , in their original condition.

9 – [Ministry of] Finance taxes shall be the responsibility of the Lessor, whereas [Ministry of] Education taxes shall be the responsibility of the Lessee.

## Special Terms

1)  Water and energy utility costs shall be borne by the Lessee.  2) Waste collection and incineration taxes shall be the responsibility of the Lessee.  3) *[illegible word crossed out]* The Lessee is concerned about the storage closet below the staircase, and also about the roof.

Bearing signatures to the [terms] set forth above,  this agreement's writing takes the form of two copies, signed with our acceptance and approval of the totality of the General and Special Terms set forth above.

| Witness | Witness | Lessee | Lessor |
|---------|---------|--------|--------|
| Nidhal Hamayal | Saber Da'ud | General Office of the Popular Front Shahir 'Ali Al-Ra'i | Mohamed Mahmoud Mohamed Zayd *[letter-graphic symbol of the Popular Front for the Liberation Of Palestine]* |

*[Partially illegible seal of the Popular Front for the Liberation of Palestine, containing the word "Guarantor," and overlain with the letter-graphic symbol of the same organization]*

**CONFIDENTIAL**                    **07:000042-T**

Emblem of the
Palestinian
National Authority

**Palestinian National Authority**
Ministry of Finance
Property Tax Department

### * Copy of Registration Extract *

Buildings and Land Taxation / City of Qalqilya        From the Assessments Registry In Effect From the Year 1987 to the Present

Land Taxation / For the Village of . . . . . . . . From Distribution District / Taxpayer Registry In Effect From the Year ......to the Year…..

| Quarter | Position | Area No. | Plot No. | Field Meters | Field Dunams | Category Land | Category Building | Owner's Name | Lot Apportionment | Registry | Page | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Qalqilya | Hara Nazal Zayd | 7584 | 10 | - | - | Bldg | Consisting of | Mohamed Mahmoud Mohamed Zayd | 64/32 | 29 | 40 | |
| | | | | | | 1-Ground floor | 3 rooms, kitchen, lavatory, | Ibrahim Mahmoud Mohamed Zayd | 32 | 29 | 40 | |
| | | | | | | | and *[illegible word]* | | | | | |
| | | | | | | 2- First floor | 3 rooms, kitchen, lavatory | | | | | |
| | | | | | | Third floor | guest house | | | | | |
| | | | | Remarks: | | *[illegible hand-* | *written line]* | | | | | |

*[Three adhesive stamps, one bearing the image of an historic mosque, and two bearing the Emblem of the Palestinian National Authority, with ink stamp of the Palestinian National Authority overlying them, appear on lower right portion of chart]*

This Registration [Extract] was provided pursuant to a request from Mr. Mohamed Mahmoud Mohamed Zayd / Qalqilya, dated June 22, 2000   I.D.: Passport No.: ▮▮▮▮ .

Done:  June 22, 2000

Name of Employee:     Mohamed Salim Kamil Sabah       Name of Office Director:  Mohamed Taysir Hanun

His Signature: *[Illegible signature]*          Signature and Official Stamp:   [*Stamp:* Palestinian National Authority, Director of the Property Tax Office – Qalqilya *[with illegible signature overlying it]*]

### 07:000043-T     CONFIDENTIAL

<u>Rotating Irrevocable Power of Attorney for Attachment of Third-Party Rights</u>

I, the signatory below, Ibrahim Mahmoud Mohamed Zayd of Qalqilya, bearer of I.D. Number ███6170, affirm and acknowledge that I have made a complete, final, and undivided sale of all the community lots encompassing 4,000 lots out of the original 35,225 lots in Plot Number 5 of Area 7573 of the Qalyilya properties known as  Bakhla Al A'ma, the total area of which is 35 dunams and 225 square meters, to my brother Mohamed Mahmoud Mohamed Zayd of Qalqilya, the Buyer, who bears I.D. Number ███1732.  I have also sold him all the community lots encompassing all that is included in the real estate parcel located on Qalqilya land that consists of an edifice composed of a ground floor and a first floor, bordered on the East by the public street and the property of Al-Hajj Abdel Barham; on the North, by the property of Al-Hajj Abdel Barham; on the West, by [the property of] Wadi' Hasanayn Da'ud ;  and on the South, by the property of Ahmad Abu Hiblah.  [I further affirm and acknowledge that]  I have collected the full price from the aforementioned Buyer, Mohamed, and that I have appointed, [to act] on my behalf, and in my stead, Rotating Power-of-Attorney-holder attorney Ahmad Mahmoud Ibrahim Shar'ab of Tulkarem, bearer of I.D. Number ███7521, so that he may commence real estate transactions, and so that he may carry out [the matters] that concern me in relation to the community lots on the two real estate parcels referenced above, which are registered at the Qalqilya Financial [Registry] under Plot Number 5 of Area Number 7573, and Plot Number 10 of Area 7584.  I have also granted him the authority to sign sales agreements in the presence of the land-recording official, and to sign all official documents pertaining to the two real estate parcels described above, and also empowered and authorized the Rotating Power-of-Attorney-holder to represent me before the various types and levels of official government agencies and courts, with priority, urgency, and exclusivity, in [matters] relating to the sale of the two real estate parcels described above.  I have granted him the authority to transfer and relinquish all the community lots described above, through [the offices] of all official government agencies, to my aforementioned brother Mohamed, the Buyer, such that I no longer have any connection to the two real estate parcels described above, and in order for the Buyer's right to attach to these.  I affirm and acknowledge that I have collected the full price from the Buyer, and that there is nothing more that he owes me for attachment of his Buyer's right in the two real estate parcels, [under operation of] the Rotating Irrevocable Power of Attorney covering attachment of the rights of the Buyer; and [further affirm and acknowledge] that I shall not be permitted to cancel it [the Power of Attorney], either in advance, or subsequently, through [paper] deed.  I request from the honorable and respected Notary of Jenin that he certify this Power of Attorney in accordance with proper procedures.



| I witness accordingly | I witness accordingly | Holder of Power of Attorney/Seller |
|---|---|---|
| *[illegible words]* | *[illegible words]* | Ibrahim Mahmoud Mohamed Zayd |

*Stamp of the Notary of Jenin*    86/1066 – 81*[illegible word]*
27   61

*[illegible name or words]*

**CONFIDENTIAL**                    07:000044-T

<table>
<tr><td>

*[Qalqilya Notary stamp over which the following is handwritten:]*

7

2001

484

</td></tr>
</table>

In the Name of God, the Merciful and the Compassionate

Special Power of Attorney

I, the signatory below, Mohamed Mahmoud Mohamed Zayd of Qalqilya, bearer of I.D. Number ██████1731, affirm and acknowledge that I am appointing, [to act] in my stead, and on my personal behalf, Ms. Marguerite Mohamed Mahmoud Al-Ra'i of Qalqilya, bearer of I.D. Number ███ 1105, so that she may substitute for me in collecting rent [due] on a building located on Plot Number 10 of Area Number 7584, which consists of a structure of two stories and an exterior Eastern yard, [and which has been] rented out as the office of the Popular Front for the Liberation of Palestine (general office); [and so that she may] transact business with any requisite official and unofficial department, whenever necessary; sign, on my behalf, a new rental agreement; and pursue matters until full rental payments have been collected, [all under operation of] a Special Power of Attorney giving full effect to her opinions, her statements, and her actions with respect to the aforementioned [grantor of the Power of Attorney].  I request from the honorable Qalqilya Notary that he certify this Power of Attorney in accordance with proper procedures.

| Witness | Witness | Grantor of Power of Attorney |
|---|---|---|
| 'Asim 'Izzan Maher Nazal | Husni 'Ali Musa *[illegible last name]* | Mohamed Mahmoud Mohamed Zayd |

On the 21st day of the Month of Rabi' Al-Thani, in the Year 1422 (A.H.), (the 2nd of the Month of Tammuz, in the Year 2001 (A.D.)):  The signature recorded at the bottom of this Special Power of Attorney instrument is the signature of the aforementioned grantor.  He signed it in my presence, after I affirmed and acknowledged its contents, word for word.  This was [done] in the presence of two known witnesses, Mssrs. 1 – 'Asim 'Izzan Maher Nazal/Qalqilya, and 2 – Husni 'Ali Musa *[illegible last name]* /Qalqilya.

Accordingly, and pursuant to *[illegible word]*, his [grantor's] signature has been certified by me, Jamal 'Arar, Qalqilya Notary, and registered in the relevant registry, in accordance with proper procedures.

*[illegible stamp]*

*[illegible words and signature]* **108079S**

*[Two stamps containing the word "Qalqilya" and illegible text]*

Qalqilya Notary
Jamal 'Arar

*[illegible stamp]*

[illegible letters]  July 2, 2001

**CONFIDENTIAL**                    07:000045-T

In the Name of God, the Merciful and the Compassionate

Palestinian National Authority
Ministry of Finance
Treasury Directorate – Payments Department

| Emblem of the<br>Palestinian<br>National Authority |
| --- |

---

No.:  *[illegible]*

| *[Redacted or otherwise fully-<br>blacked-out seal or emblem]* |
| --- |

Date:  July 19, 2001

From:  Walid Al-Faqih

To:  Brother Mohamed Al-Bayd / Director General of the Treasury, May God Preserve Him

Subject:  Rental of Popular Front office / Qalqilya

The eligible period is from June 1, 2001 – May 31, 2002.

Lessor – Mohamed Mahmoud Mohamed Zayd

Annual Rental Amount – (*4, 560*)   *[Penned diagonally:]* <u>Honorable Brother Mohamed Al-Sha'ir</u>
                                                                        Kindly study and prioritize *[illegible word(s)]*
                                                                        *[illegible initials]*  July 26, 2001

Best greetings, etc.:

I would like your instructions for approval of the attached rental agreement.

1 – The Legal Advisor                              2 – Administrative Affairs

3 – Disbursement approval                      4 – Approval by *[two illegible words]*

After completion of procedures, I would like a re-processing of the payments.


With respect and appreciation

Signature:  Walid Al-Faqih

*[Three short lines of illegible handwritten words and/or numbers;
The first includes the word "sayyid"; and the second contains the
name "Ziyad"]*


Telephone:  2985881/2/3/4

Fax:  2985880

P.O. Box 795 Ramallah

**07:000046-T**

**Bank of Jordan**   [Stamp:]   A/C ███ 58/1/3 (JOD)
Ministry of Finance
ID: 000000000
TEL:
[Stamp: Disburse to first payee
only; Ministry of Finance]

[Bank Insignia]

821 - Ramallah Branch

**Pay to the Order of**   Mohamed Mahmoud Mohamed Zayd

**J.D.** 4,560. -   **Jordanian Dinars**   Four thousand five hundred sixty Jordanian Dinars, only, and no more

**Signature** *[illegible]*   **Date** August 7, 2001   **Bank of Jordan** [Bank Insignia]

| Check No. | Branch No. | Account No. |
|-----------|------------|-------------|
| 10004248 | 37 82100 | ████ 5813 |

**CONFIDENTIAL**                    07:000047-T

Original

Ministry Of Finance
Palestine

وزارة  المـــاليــة

مشتــغل  مــرخـــص :  000000000

12/06/12   1:25p

كشف حسـاب

01/12/31 – 01/01/01   سلف دائمة/ اسم المستفيد
01-2999   محمد محمود محمد زيد

| تاريخ المستند | بائع البيان | مدين | دائن | الوصيد NIS | القيمة | الوصيد NIS |
|---|---|---|---|---|---|---|
| 01/01 | | | | رصيد مدور | | 0.00 |
| 01/09 صــــوف 19782  01 | 04281ايجارمقر الجبهة قلقيليـ | 23,760.00 | 23,760.00 | 0.00 | | |
| | المجموع | 23,760.00 | 23,760.00 | | | |

انتهى

Copyright 1989, Bisan Corp. Ltd, Ramallah



07:000033

وزارة المالية

**مديرية الرقابة والتدقيق الداخلي**

لائحة تدقيق مسبق

التاريخ: ١٦/ ٨ /١٥م٢

مركز المسؤولية/ الوزارة : (كيمو؟

الى السيد ............................................ البند المالي : .................

اعيد اليكم في طية المستند رقم ٤٢٤٨ المقدم لاجازة صرف مبلغ ..............

لأمر المستفيد المورد محمد محمود محمد نزير

مبيناً فيما يلي ملاحظاتي عليه ، رجاء التصويب واعادة هذه اللائحة مشفوعة بجوابكم .

المدقق/ رئيس القسم : ...........................

التوقيع : ............ ٢٠١٦.٨ ............

مطالعات الجهة المعنية :

نائب المدير : ..............

التوقيع : ...................

مدير الدائرة : ................

التوقيع : ...................

07:000034

\* في حالة عدم كفاية الحقل المخصص لكل ...، ترفق ورقة اضافية ويشار على هذه اللائحة كل في حقله الخاص .

\* هذه المذكرة جزء لا يتجزأ من المعاملة المرفقة بها وتحفظ معها .

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry Of Finance
Payment Department



السلطة الوطنية الفلسطينية
وزارة المالية
دائرة المدفوعات

سند صرف شيكات رقم .......................... التاريخ / / 2001

اسم المستفيد: محمد محمود محمد زيد .......... عنوانه ..........

مركز المسؤولية: .......... بند الصرف ٢٦١١٠١ ...........

الكود .......... ٥٥٠/٢١٢/٤

.......... بيانات ..........

المبلغ الإجمالي للدفع .......... ٩,٠٠٠ ٠٠ .......... دينار/ أردني شيكل

خصم ضريبي بنسبة .......... % .......... دينار/ أردني شيكل

خصومات أخرى .......... % .......... دينار/ أردني شيكل

الصافي للدفع .......... ٩,٠٠٠ ٠٠ .......... دينار/ أردني شيكل

اسم المجهز .......... التوقيع .......... التاريخ ١٠/١ ٢٠٠٧

اسم المعتمد .......... التوقيع .......... التاريخ / /٢٠٠٧

اسم المدقق .......... التوقيع .......... التاريخ ٨/١٠/٢٠٠٧

مسحوب على بنك .......... رقم احساب ٥٨/١/١٣

رقم الشيك ٩٢٨/٥٠٠ تاريخه .......... تاريخ التسليم ٩/١٠/ 2001

اسم المستلم .......... رقم الهوية ..........

التوقيع ..........

Tel : 02-2984917/8
Fax : 02-2958922
P.O. Box 795 Ramallah

تلفون : 02-2984917/8
فاكس : 02-2958922
ص ب : 795 رام الله

CONFIDENTIAL

بسم الله الرحمن الرحيم

| | |
|---|---|
| Palestinian National Authority | السلطة الوطنية الفلسطينية |
| Ministry Of Finance | وزارة المالية |
| Payment Department | دائرة المدفوعات |



سند صرف شيكات رقم .......... التاريخ: / /

اسم المستفيد: محمد محمود محمد زيد    عنوانه:

مركز المسؤولية: مؤسسة ... لتعزيز ... البيئة / إعلام ...

الكود:          بنك الصرف

بي/جارات                    4/2/200

| | |
|---|---|
| المبلغ الإجمالي للدفع | ٩,٥٦٠ دينار اردني فقط |
| خصم ضريبي بنسبة ٠% | دينار اردني فقط |
| خصومات أخرى ٠% | دينار اردني فقط |
| الصافي للدفع | ٩,٥٦٠ دينار اردني فقط |

اسم المجهز: وليد لعتيبه    التوقيع    التاريخ: ٧ / ٨ / ٢٠٠٧

اسم المعتمد    التوقيع    التاريخ: / ٢٠٠٧

اسم المدقق    التوقيع    التاريخ: / ٢٠٠٧

مسحوب على بنك الأردن    رقم الحساب [____]58/1/3

رقم الشيك ٤٢٠٨/١٠٠٠ تاريخه ٧ / ٨ / ٢٠٠٧

اسم المستلم    رقم الهوية

التوقيع    تاريخ التسليم

07:000036

Tel : 02-2404917/8
Fax : 02-2400922
P.O. Box 795 Ramallah

تلفون : 02-2404917/8
فاكس : 02-2400922
ص . ب : 795 رام الله

CONFIDENTIAL



CONFIDENTIAL

07:000037

بسم الله الرحمن الرحيم

**Palestinian National Authority**
Ministry of Finance
Property Tax Department



السلطة الوطنية الفلسطينية
وزارة المالية
دائرة ضريبة الاملاك

## شهادة بخصوص براءة ذمة بضريبة الأملاك

دائرة ضريبة الأملاك : *[بخط اليد]*

رقم الملف : *[بخط اليد]* ( ادارة فلسطين )

التاريخ : *[بخط اليد]* / ٦ / *[بخط اليد]*

سيد / *[بخط اليد]*

رقم الهوية : ١ █ █ █ ٧ ١

العنـوان : *[بخط اليد]*

توصل الى اتفاق مع دائرتنا بخصوص ضريبة الأملاك

هذه الشهادة سارية المفعول لغاية تاريخ ٢٩ / ١٢ / ٢٠٠٨ فقط

مع الاحترام

| ملاحظة : |
| هذه الشهادة ليست بديل لشهادة |
| براءة ذمة في ضريبة الدخل |

المسـؤول : *[توقيع وختم]*

رقم الوصل : *[بخط اليد]*

التاريخ : *[بخط اليد]*

نسخة : ملف المشتغل

CONFIDENTIAL

07:000038

بسم الله الرحمن الرحيم



| **Palestinian National Authority** | السلطة الوطنية الفلسطينية |
|---|---|
| *Ministry of Finance* | وزارة المالية |
| Income Tax General Directorate | مديرية ضريبة الدخـل |

**47284**

تاريخ الاصدار : ٢٠٠٧/٣٠/٠١

دائرة ضريبة دخل : طـلقـيلي

<u>شهادة خصم ضريبة دخل بالمصدر</u>

الى حضرة السيد / السادة : الجهة المشترية لتحرير فلسطين

بعد التحية ،

1- تصادق مديرية ضريبة الدخل للسيد/ السادة : محمـ شبـ **هوية رقم و / أو مشتغل**

**مرخص رقم :** ▮▮▮▮ /١٧٣١   **العنوان :** طـلقـيلي   **باستلام قيمة الصفقات المعقودة معكم**

مع خصم ضريبة دخل بالمصدر بنسبة ٠٠٠ % بالكلمات : صفر باى باى

2- هذا الشهادة سارية المفعول وفق الشروط التالية منفردة أو مجتمعة :

☐ لغاية تاريخ ٢٠٠١/٠٨/٠١ الزولى منه شهر اب لعام الفيه وواحد

☐ عن فاتورة رقم :

☐ قيمة صفقات لغاية ٤٥٦٠ شيقل بالكلمات دينا اربعة الاف وخمسمائة وستون كلمة

☐ طبيعة الصفقات التي تسري عليها هذه الشهادة :

3- **شروط أخرى يجب على الدافع اخذها بالاعتبار عند التعامل مع هذه الشهادة :**

أ - هذه الشهادة سارية المفعول اعتبارا من تاريخ اصدارها .

ب - يجب الإستناد عند الدفع على النسخة الأصلية لهذه الشهادة التي تحمل ختم وتوقيع دائرة ضريبة الدخل المختصة والاحتفاظ بها وذلك في حالة صدور الشهادة لجهة واحدة فقط .

ج - في حالة ان الشهادة صادرة لمن يهمه الأمر يكون الاستناد الى صورة مصدقة من دائرة ضريبة الدخل وبشرط إبراز الأصل والاحتفاظ بالصورة المصدقة .

د - هذه الشهادة سارية المفعول على صفقات تمت داخل حدود مناطق السلطة الوطنية الفلسطينية .

هـ - هذه الشهادة سارية المفعول أيضاً في حالة أن الدافع إسرائيلي ومقابل صفقات تمت داخل حدود مناطق السلطة الوطنية الفلسطينية .

و - من حق المكلف الذي خصمت عليه ضريبة دخل بالمصدر الحصول على شهادة من الدافع بالمبالغ التي خصمت منه بشكل شهري و/ أو أسبوعي .

ز - يجب أن يقوم الدافع حتى السابع من كل شهر بتقديم كشف بموجب النموذج الخاص لدائرة ضريبة الدخل يحتوي تفاصيل مستلمي الدفعات والضريبة التي تم خصمها في الشهر السابق وأن يقوم بدفع قيمة الضريبة التي خصمت في نفس الميعاد .

ح - تعني كلمة صفقة أية عملية بيع أو مقاولة أو خدمة أو نقل وأية أعمال أخرى مشابهة .

مديرية ضريبة الدخـل
اسم وتوقيع الموظف المسؤول
مدير ضريبة الدخل

| Tel. : 2985881/2/3/4 | تلفون : ٢٩٨٥٨٨١/٢/٣/٤ |
|---|---|
| Fax : 972 2 2980484 | فاكس : ٢٩٨٠٤٨٤ ٢ ٩٧٢ |
| P. O. Box : 795 - Ramallah | ص . ب . ٧٩٥ - رام الله |

التاريخ   ٦ / ٧ / ٢٠٠٢

حضرة الأخ سامي الرملاوي حفظة الله .

المدير العام لوزارة المالية .

تحية بناء الوطن وبعد :

إشارة إلى موافقة الأخ رئيس دولة فلسطين القاضي باستمرار دفع

إيجار مكتب الجبهة الشعبية في محافظة قلقيلية والذي مازلنا

نشغله .

يرجى التفضل بدفع بدل الإيجار لمالكة السيد محمد محمود

محمد زيد عن العام ٢٠٠١ - ٢٠٠٢ بموجب العقد المبرم .

وتفضلوا بقبول فائق الاحترام

أخوكم

تيسير قبعة

07:000040

الرقم

التاريخ

سيادة الأخ ياسر عرفات حفظه الله

رئيس دولة فلسطين

تحية الوطن والبناء : ـ

الموضوع : صرف مبلغ أربعة آلاف دينار أردني "٤٠٠٠"

أرجو التكرم بصرف مبلغ أربعة آلاف دينار إيجار لمقر الجبهة الشعبية في مدينة قلقيلية ، نظرا للظروف المالية التي تعيشها الجبهة الشعبية والتي تعرفونها جيدا .

وتفضلوا بقبول فائق الاحترام والتقدير

أخوكم

تيسير قبعة

نائب رئيس المجلس الوطني الفلسطيني

07:000041

* في حالة عدم كفاية الحقل المخصص لكل من أعلاه ـ ترفق ورقة اضافية ويشار على هذه اللائحة كل في حقله الخاص .

* هذه المذكرة جزء لا يتجزأ من المعاملة المرفقة بها وتحفظ معها .

# عقد ايجار واستئجار

البلدة ـ صلاحية ـ المحلة اللائعة بالعمرية بضاهر بشار ـ غرفة السيمة ـ ١٥٨٤

جنس الملك المأجور واوصافه ـ بناء عمومي طابقين من ساحة خارجية الشرقية

اسم المؤجر وشهرته ومحل اقامته ـ حمود محمد ذياب بطليحة

اسم المستأجر وشهرته ومحل اقامته ـ بكني البيوم الشعبية لتعزية سليمان عبد جلال أبولي

بدل الايجار ـ اربعمائة وخمسمائة دينار بقاط لاعمر (٤٥٠٠) دينار

كيفية دفع بدل الايجار ـ سنوي تدفع في بداية كل سنة سلفاً

مدة الايجار ـ سنة كاملة

تاريخ بدئي الايجار من ١/٦/ ٢٠٠٥  تاريخ نهاية الايجار ٣١/٥/٢٠٠٥

مقدار الحصص المؤجرة ـ جميع كامل

الهيئة الحاضرة للمأجور ـ بناء جيد

كيفية استعمال المأجور ـ مكتب عام لمؤتمر الجمعية ـ جمعية الخيرية للعينة

توابع المأجور التي سلمت للمستأجر ـ خالي عمارات مع مجود مياه

## « الشروط العمومية » « ١٢ »

١ ـ يتعهد المستأجر باخلاء المأجور عند انقضاء مدة الايجار ورد مفتاحه وتسليمه الى المؤجر عامراً بحسب هيئته الاصلية كما تسلمه واذا لم يجر ذلك فمن انقضاء يوم المقاولة تتغير الاجرة مضاعفة وبصير المستأجر ملزم بدفع عن كل يوم من الايام التي تمر الى يوم رد المفتاح وتسليمه كمطل وضرر .

٢ ـ لا يجوز للمستأجر أن يؤجر المحل المأجور له او جزء منه لشخص آخر بدون اخذ اذن خطي من المؤجر .

٣ ـ ان التعميرات الاساسية والضرورية التي يلزم اجراؤها للمأجور في مدة الايجار كتعمير الاسطحة والكرميد والبناء ومنع الدلف عائدة على المؤجر اما مصاريف الزينة والقوطبي والطراشة والدهان وما تتطلبه دائرة الصحة فهي عائده على المستأجر .

٤ ـ لايجوز للمستأجر ان يغير تقسيمات المحل المأجور بدون رأي وموافقة المؤجر خطياً .

٥ ـ اذا اراد المستأجر تجديد الايجار يلزم عليه ان يخبر المؤجر بذلك خطياً قبل شهر من ختام مدة ايجار السابق فاذا اتفقا على ذات الشروط يجدد يقتضي امضاء المقاولة الجديدة واذا يحقق المؤجر ان يؤجر المحل لمن شاء بدون مراجعة المستأجر واخطاره .

٦ ـ اذا تاخر المستأجر من دفع بدل الايجار كما هو محرر اعلاه فتستحق جميع الاقساط والمؤجر غير مقيداً باقامة دعوى بطلب المبلغ بتمامه او بطلب فسخ الايجار مع مطالبة المستأجر بكافة الضرر والخسارة التي لحقته .

٧ ـ ان الكفيل المحرر امضاؤه ذيلاً هو قائم مقام المستأجر وكفيل على المال وضامن لاجراء كافة احكام المقاولة .

٨ ـ في مدة ايجار ما يتكسر من زجاجه واغلاق أبواب وشبابيكه وما يخرب بالاستعمال من سكاكر ابواب وطلبية ماء او خلاف ذلك بصير تسليمه وتجديده من طرف المستأجر وعليه ان يترك المأجور ويسلمه في ختام المقاولة حسب هيئته الاصلية .

٩ ـ ضريبة المالية على المؤجر اما ضريبة المارف على المستأجر .

## « الشروط الخصوصية »

١ ـ تعهد اشتراكات المياه والكهرباء على المستأجر ٢ ـ تم ربط اشتراكات والمصارف على المستأجر
٣ ـ يسمح للمستأجر بغير معنى بالمخزن الذي تحت الدرج وكذلك السطح

توقيعاً لما هو محرر اعلاه صار تحرير هذه المقاولة من نسختين وامضيت رضانا وموافقتنا على عموم هذه الشروط العمومية والخصوصية كما هو محرر اعلاه .

مؤجر ـ محمد محمود محمد زيد           شاهد               شاهد

مستأجر ـ شاكر علي الرائب              نضال حمادي



Palestinian National Authority
Ministry Of Finance
Property Tax  Department

السلطة الوطنية الفلسطينية
وزارة المالية
دائرة ضريبة الأملاك

* صـورة أخـراج قيـد *

CONFIDENTIAL

07:000043

وكالة دورية غير قابلها للعزل لتعلق حق الغير بها

إننا الموقع أمضائي أدناه « إبراهيم محمود محمد زيد » من قلقيليه حامل الهوية رقم . ▆▆▆

أقر واعترف بأنني قد بعت بيعا باتا وقانونيا لا جعة فيه كامل حصصي المشاعية البالغة أربعة الأسهم من أصل خمسة وثلاثين ألفا وما ثنتين وخمس وعشرين حصة في قطعة الأرض رقم ٥ من الحوض ٧٥٧٣ من أراضي قلقيليه والمسمى « بطة الأنس » والبالغ مساحتها ٣٥ دونما و ٢٢٥ متر مربع الى المشتري » شقيقي محمد محمود محمد زيد » من قلقيليه حامل هوية رقم ▆▆▆ ٣٣٩ وكذلك بعته جميع حصصي المشاعية بالغة ما بلغت بالعقار الكائن ضمن أراضي قلقيليه وهي عبارة عن دار مؤلفة من الطابق أرضي وما يبق أول محدوده من الشرق الشارع العام وملك الحاج عبد برهم ومن الشمال ملك الحاج عبد برهم ومن الغرب وديع حسنين داود ومن الجنوب ملك احمد أبو حبله وانني قبضت كامل الثمن من المشتري محمد المذكور ، كما وأنني وكلت وأقمت مقام نفسي وعوضا عني الوكيل الدوري » المحامي احمد محمود ابراهيم شرعب » من ماولكرم حامل الهوية رقم ٧٥٢١ لكي يقوم بفتح الملفات العقارية ولكي يقوم بافراغ ما يخصني من حصصي المشاعية بالعقارين المذكورين أعلاه والمسجلين لدى مالية قلقيليه تحت رقم القطعة ٥ من الحوض رقم ٧٥٧٣ والقطعة رقم (١٥) من الحوض ٧٥٨ كما وكلته بالتوقيع على عقود البيع أمام مأمور تسجيل الأراضي والتوقيع على كافة الأوراق الرسمية التي تتعلق بالعقارين الموصوفين أعلاه كما وانني فوضت ووكلت الوكيل الدوري في تمثيلي أمام جميع الدوائر الرسمية والمحاكم باختلاف أنواعها ودرجاتها بداية وصلحا واستثناف وذلك فيما يتعلق في بيع العقارين الموصوفين أعلاه ووكلته بالتنازل والاقرار لجميع حصصي المشاعية الموصوف أعلاه لدى جميع الدوائر الرسمية الى المشتري شقيقي محمد المذكور ولم يعد لي أية علاقة بالعقارين الموصوفين أعلاه لتعلق حق المشتري بهما وأقر وأعترف بأنني قبضت كامل الثمن من المشتري ولم يعد لي بذمته أي شيء لتعلق حق المشتري بالعقارين وكالة دورية غير قابلة للعزل لتعلق حق المشتري بها فلا يجوز لي الرجوع عنها لا من قبلي ولا من تبل ورثتي من بعدي والطلب من حضرة

كاتب عدل المحترم التصديق على هذا الوكالة حسب الأصول .

signatures
الموكل / البائع
إبراهيم محمود محمد زيد

بســم الله الرحمن الرحيم
================================

وكــالــه خـاصـــه
======================

انا الموقع ادناه محمد محمود محمد زيد من قلقيليـــــه وحامل هويه رقم ( ١٧٣١ ▮▮▮ ) اقـر وأعترف

باننـي اوكل واقيم مقام نفسـي وعوضا عن شخصـي السـيده/ مرجريت محمود محمود الرافعي من قلعيليـه

وحاملـه هويه رقم ( ١١٠٥ ▮▮▮ ) وذلك لتنوب منابـي في قبض ايجار بناء قائم على القطعه رقم ( ١٠ )

من حوض رقم ( ٧٥٨٤ ) والمكون من بناء من طابقين مع ساحه خارجيـه شرقيـه مؤجر لمكتب الجبهه

الشعبيـه لتحرير فلسـطين ( مكتب عام )وفي مراجعـه اي دائـره رسميه وغير رسميه تلزم اذا لزم

الامر ،وفي التوقيع بدل مني على عقد الايجار  جديد ،وفي متابعـه الامـر حتى قبض اثمان الايجار

كاملـه ، وكالـه خاصـه مفوضه لرايها وقولها وفعلها بالخصوص المذكور اعلاه ما طلب من حضره

السـيد كاتب عدل قلعيليـه التصديق على هذه الوكالـه حسب الاصول .

الموكـــل                     شاهد                شاهد
========                   ========            ========
احمد محمد رحمـ... رم     ...              خالد عبدالرحمن ك... ١١٠

في اليوم الحادي عشر من شهر جمادي الثاني  سنه ١٤٢٢هـ الموافق رشاني ٣  من شـ...تمبر ...   سنه٢٠٠١م

ان الامضاء الموقعـه بذيل هذا السـند الوكالـه الخاصـه هي امضاء الموكل المذكور اعلاه وقعه

امامي بعد ان اقر واعترف بمضمونـه حرفيا وذلك بحضور الشـاهدين المعرفين بـه وهما السـيدان :-

١- عاصم عز...نا... ناصر نزال/ قلقيليـ...              ٢- ش...ـع... الذ... الرافعي قلقيليـ...

لذلك وبناء عل...يـه جرى التصديق على توقيعـه من قبلي انا جمال عمـران

كاتب عدل قلقيليـــــه وشجيل ها لسـجل الخاص حسب الاصول .

كاتب عدل قلقيليـــه
...ار
جمال ...
قلعيلية



CONFIDENTIAL

بسم الله الرحمن الرحيم

Palestine National Authority
Ministry Of Finance
Tresury - Pagment Dept.

السلطة الوطنية الفلسطينية
وزارة المالية
مديرية الخزينة – دائرة المدفوعات

الرقم No. ............     التاريخ: ١٩/\١\ح\٠٠ح Date:

من: وليد الفقيه
الى: الاخ محمود السيد / مدير عام الخزينة حفظه الله ع
الموضوع: ايجار مقر جمع لجنتي / دلتين

الفترة المستحقه من ١/١/٢٠٠١ح - ٣١/١٢/٢٠٠١ح
الموضح: جمعوجوه جديد
مقيه الريال السنوي (٦٥٠٠ ...)





مع الاحترام والتقدير

التوقيع: ............

Tel: 2985881/2/3/4
Fax: 2985880
P.O.Box: 795 Ramallah

تلفون: 2985881/2/3/4
فاكس: 2985880
ص.ب: 795 رام الله

07:000046



CONFIDENTIAL

Palestine Liberation Organization

Ms F & PCE

منظمة التحرير الفلسطينية

- مؤسسة رعاية اسر الشهداء والجرحى

كشف حساب مالي

| البند | 2006 | شهر 1 | شهر 2 | شهر 3 | شهر 4 | شهر 5 | شهر 6 | شهر 7 | شهر 8 | شهر 9 | شهر 10 | شهر 11 | شهر 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 500 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| | 2008 | 520 | 500 | 520 | 500 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 |
| | 2009 | 870 | 1120 | 1120 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 | 820 |
| | 2010 | 870 | 820 | 820 | 820 | 820 | 820 | 820 | 830 | 830 | 830 | 830 | |
| | 2011 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1400 | 1400 | 1400 | 1400 | | |

0103196

صادق عاند محمود عبد الرحيم

عاند محمود عبداك عبدالرحيم

الشخص:

بداية الاعتماد: 01/03/2002

نهاية الاعتماد: 01/01/3000

المبالغ المصروفة: 44040

المبالغ غير المصروفة: 0

14/06/2012

CONFIDENTIAL

07:000048

Palestinian National Authority

السلطة الوطنية الفلسطينية

مؤسسة رعاية أسر الشهداء

14 06 2012 تاريخ الطباعة

CONFIDENTIAL

البيانات الشخصية

المنطقة المشتملة  ٤٤٤٣٢١٢٧

تاريخ الميلاد  ٢١/٤/١٩٨٣

الجنسية  فلسطينية

نوع الوثيقة  هوية فلسطينية

الجنس  ذكر

الاسم الرباعي  صادق عاهد محمود عبد الطيف

الوزارة

الرقم المركزي  ١٠٢٣٩٦

طبيعة القصة  لا يوجد قصة

الرقم المركزي  ١٠٢٣٩٦

| الرقم المركزي | طبيعة القصة | عدد الزوجات | زوجة كثير | عدد الاولاد | الرقم | نوع القرار |
|---|---|---|---|---|---|---|

اسم الشهيد

نوع الشهادة  شهيد

نوع الاصابة  غير محددة

الشعبة  غير محددة

العمر

الرقم  ٤/٤/٢٠١٣

07-000049

| الرقم المركزي | الاسم | رقم الهوية | سبب الاعادة |
|---|---|---|---|
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٩٠٠٢٤٣٨٩٦ |  |
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٩٠٠٢٤٣٨٩٦ |  |
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٩٠٠٢٤٣٨٩٦ |  |
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٩٠٠٢٤٣٨٩٦ |  |

| الرقم المركزي | الاسم | رقم الهوية | سبب الاعادة |
|---|---|---|---|
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٤٤٤٣٢١٢٧ |  |
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٤٤٤٣٢١٢٧ |  |
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٤٤٤٣٢١٢٧ |  |
| ٩١٤... | عاهد محمود عبد الله عبد اللطيف | ٤٤٤٣٢١٢٧ |  |

السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء

٠٥/٢٠١٢

٩٢٢٢١١٢١٧

خالد محمود عبد الله الحافظ

Palestinian National Authority

تاريخ الطباعة
14/06/2012

CONFIDENTIAL

07:000050