# LOWELL DECL. EX. 5

Exhibit 155

## Translator's Notes for Translation of Bates 55-62:

Though the source material was formatted in columns, table format was used, in the translation, in order to facilitate readability in English, and in order to preserve page-to-page matching of source to translation content.

In some of the source entries appearing under "Administration Office," as many as 1.5 words were truncated for the entries ultimately translated as "General HQ/Northern Governorates" (truncated word: shamal or shamali/Northern), and Martyrs and Prisoners-West Bank (truncated word(s): dhiffa or dhiffa gharbiya/ Bank or West Bank).  Since there was enough text present to confirm "shamal" or "shamali" (Northern), and since "dhiffa" is commonly used by itself, without "gharbiya," to denote the West Bank (and most of the word "dhiffa" was universally present), the truncated terms could reliably be translated, respectively, as "Northern" and "West Bank."

In the column captioned "Social Initials" that recurs throughout these pages, the abbreviations "A/0," "M/0," and "M" appear repeatedly.  "A/0" is the abbreviation for "a'zab (single)/no children," and as "M" is the abbreviation for "mutazawij (married)," "M/0" is intended to represent a married individual who has no children.

---

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Emblem of the
Palestinian
National
Authority

Date: September 5, 2012

---

**Personal Annual Report**
**2000**

Financial Number: ███          Name: Raed Musa Ibrahim Nazal          I.D. Number: ███0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | First Division, West Bank | Jericho Command | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 2 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 3 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 4 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 5 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 6 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 7 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 8 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 9 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 10 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | Deposits |
| 11 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| 12 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 | |
| | Total | | | | | | | 22587.48 | |

**CONFIDENTIAL**

07:000055-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

| Emblem of the Palestinian National Authority |

Date: September 5, 2012

---

## Personal Annual Report
### 2001

Financial Number: ▉         Name:  Raed Musa Ibrahim Nazal         I.D. Number: ▉0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | A/0 | | 234.725 | 39.06 | 1882.29 |
| 2 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 3 | First Division, West Bank | General HQ/Northern Governorates | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 4 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 5 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 6 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 7 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 8 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 9 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 10 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 11 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 12 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| | Total | | | | | | | 23486.95 |

## CONFIDENTIAL

07:000056-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Emblem of the
Palestinian
National
Authority

Date: September 5, 2012

---

**Personal Annual Report**
**2002**

Financial Number: ▮▮▮  Name: Raed Musa Ibrahim Nazal  I.D. Number: ▮▮0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/0 | | 244.725 | 40.56 | 1964.06 |
| 2 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/ | | 244.725 | 40.56 | 1934.05 |
| 3 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/ | | 244.725 | 40.56 | 1934.05 |
| 4 | First Division, West Bank | National Security, Qalqilya | Captain+0 | M/ | | 244.725 | 40.56 | 1934.05 |
| 5 | First Division, West Bank | National Security, Qalqilya | Major+0 | M/ | | 291.525 | 49.747 | 2275.88 |
| 6 | First Division, West Bank | National Security, Qalqilya | Major+0 | M/ | | 285.125 | 48.72 | 2224.19 |
| 7 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 8 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 9 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 10 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 11 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 12 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| | Total | | | | | | | 24277.80 |

**CONFIDENTIAL**

07:000057-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

Emblem of the
Palestinian
National
Authority

Date: September 5, 2012

## Personal Annual Report
### 2003

Financial Number: ▮▮▮     Name: Raed Musa Ibrahim Nazal     I.D. Number: ▮▮▮0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 2 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 3 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 4 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 5 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/ | | 211.6 | 1 | 2001.92 |
| 6 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 7 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 8 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 9 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 10 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 11 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 12 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| | Total | | | | | | | 25325.88 |

## CONFIDENTIAL

07:000058-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

| Emblem of the Palestinian National Authority |

Date: September 5, 2012

---

**Personal Annual Report**
**2004**

Financial Number: ███          Name:  Raed Musa Ibrahim Nazal          I.D. Number: ███0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 2 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | | 211.6 | 1 | 2188.04 |
| 3 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 4 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 5 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 6 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 7 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 8 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 9 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 10 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 11 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 12 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |

Total          26256.48

**CONFIDENTIAL**

07:000059-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

| Emblem of the Palestinian National Authority |

Date: September 5, 2012

---

## Personal Annual Report
## 2005

Financial Number: ▮         Name:  Raed Musa Ibrahim Nazal         I.D. Number: ▮0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|-------|----------|----------------------|------|-----------------|------|--------------|------------|-------------|
| 1 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 2 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 3 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 4 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 5 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 6 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 7 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 8 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 9 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 10 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 11 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 12 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| | Total | | | | | | | 26256.48 |

## CONFIDENTIAL

07:000060-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

| Emblem of the Palestinian National Authority |
|:---:|

Date: September 5, 2012

---

**Personal Annual Report**
**2006**

Financial Number: ███    Name: Raed Musa Ibrahim Nazal    I.D. Number: ███0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 2 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 3 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 4 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 5 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 6 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 7 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 8 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 9 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 10 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 11 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 12 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |

Total    26256.48

**CONFIDENTIAL**

07:000061-T

Palestinian National Authority
Ministry of Interior and National Security
Central Financial Administration

| Emblem of the Palestinian National Authority |
|:---:|

Date: September 5, 2012

## Personal Annual Report
### 2007

Financial Number: ██████     Name: Raed Musa Ibrahim Nazal     I.D. Number: ████0574

| Month | Division | Administration Office | Rank | Social Initials | Bank | Entitlements | Deductions | Net Shekels |
|---|---|---|---|---|---|---|---|---|
| 1 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 2 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 3 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 4 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 5 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 6 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 7 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 8 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 9 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 10 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 11 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |
| 12 | Martyrs and Prisoners | Martyrs and Prisoners - West Bank | Major+0 | M/0 | Martyrs | 211.6 | 1 | 2188.04 |

Total                                                                                26256.48

## CONFIDENTIAL

07:000062-T

Original



التاريخ : 2012/09/05

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الادارة المالية المركزية

## كشف سنوي شخصي

### 2000

رقم الهوية : 0574■■■

الاســــم : رائد موسى ابراهيم نزال

الرقم المالي : ■■■

| شهر | القطاع | الادارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القاطع الاول/ الضفة | القيادة اريحا؟ | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 2 | القاطع الاول/ الضفة | المقر العام/محافظات الشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 3 | القاطع الاول/ الضفة | المقر العام/محافظات لشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 4 | لقاطع الاول/ الضفة | المقر العام/محافظات لشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 5 | القاطع الاول/ الضفة | المقر العام/محافظات الشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 6 | القاطع الاول/ الضفة | المقر العام/محافظات الشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 7 | لقاطع الاول/ الضفة | المقر العام/محافظات الشم | 0 + نقيب | أ/0 | | 234.725 | 39.06 | 1882.29 |
| 8 | القاطع الاول/ الضفة | المقر العام/محافظات لشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 9 | القاطع الاول/ الضفة | المقر العام/محافظات لشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 10 | القاطع الاول/ الضفة | المقر العام/محافظات الشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 11 | القاطع الاول/ الضفة | المقر العام/محافظات لشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |
| 12 | لقاطع الاول/ الضفة | المقر العام/محافظات الشم | 0 + نقيب | أ/ 0 | | 234.725 | 39.06 | 1882.29 |

الاجمـــــــــالي                                                                                       22587.48

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الادارة المالية المركزية

التاريخ : 2012/09/05

## كشف سنوي شخصي

## 2001

الرقم المالي : ███    الاســـم : رائد موسى ابراهيم نزال    رقم الهوية : 0574 ███

| شهر | القطاع | الإدارة | الرتبة | ح. اجتماعية | الهيئة | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | القاطع الاول/ الصفة | المقر العام/محافظات الشم | نقيب + 0 | أ /0 | | 234.725 | 39.06 | 1882.29 |
| 2 | القاطع الاول/ الصفة | المقر العام/محافظات الشم | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 3 | القاطع الاول/ الصفة | المقر العام/محافظات الشم | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 4 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 5 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 6 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 7 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 8 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 9 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 10 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 11 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |
| 12 | القاطع الاول/ الصفة | امن وطني فلسطينية* | نقيب + 0 | م/0 | | 244.725 | 40.56 | 1964.06 |

الاجـــــــمــالي    23486.95

CONFIDENTIAL

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الادارة المالية المركزية

التاريخ : 2012/09/05

**كشف سنوي شخصي**

**2002**

الرقم المالي : ⬛⬛⬛                الاســــم : رائد موسى ابراهيم نزال                رقم الهوية : 0574⬛⬛⬛

| شهر | القطاع | الادارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي مبين |
|---|---|---|---|---|---|---|---|---|
| 1 | القطاع الاول/ الضفة | امن وطني فلقبلية* | نقيب + 0 | م/ 0 | | 244.725 | 40.56 | 1964.06 |
| 2 | القطاع الاول/ الضفة | امن وطني فلقبلية* | نقيب + 0 | م/ | | 244.725 | 40.56 | 1934.05 |
| 3 | القطاع الاول/ الضفة | امن وطني فلقبلية* | نقيب + 0 | م/ | | 244.725 | 40.56 | 1934.05 |
| 4 | القطاع الاول/ الضفة | امن وطني فلقبلية* | نقيب + 0 | م/ | | 244.725 | 40.56 | 1934.05 |
| 5 | القطاع الاول/ الضفة | امن وطني فلقبلية* | رائد + 0 | م/ | | 291.525 | 49.747 | 2275.88 |
| 6 | القطاع الاول/ الضفة | امن وطني فلقبلية* | رائد + 0 | م/ | | 285.125 | 48.72 | 2224.19 |
| 7 | الشهــــداء و الأسرى لشهداء و الأسرى - الضف | | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 8 | الشهــــداء و الأسرى لشهداء و الأسرى - لضف | | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 9 | الشهــــداء و الأسرى لشهداء و الأسرى - لضف | | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 10 | الشهــــداء و الاسرى لشهداء و الأسرى - الضف | | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 11 | الشهــــداء و الاسرى لشهداء و الأسرى - الضف | | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 12 | الشهــــداء و الأسرى لشهداء و الأسرى - الضف | | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| الإجمـــــــالي | | | | | | | | 24277.80 |



السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2012/09/05

**كشف سنوي شخصي**

**2003**

الرقم المالي : ⬛

الاســــم : راند موسى ابراهيم نزال

رقم الهوية : 0574 ⬛

| شهر | القطاع / الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|
| 1 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 2 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 3 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 4 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 5 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ | | 211.6 | 1 | 2001.92 |
| 6 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| 7 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| 8 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| 9 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| 10 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| 11 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| 12 | الشهـــداء و الأسرى لشهداء و الأسرى - الضف | رائد + 0 | م/ 0 | | 211.6 | 1 | 2188.04 |
| الاجمـــــالي | | | | | | | 25325.88 |

التاريخ : 2012/09/05

المملكة الوطنية الفلسطينية

وزارة الداخلية والامن الوطني

الادارة المالية المركزية

## كشف سنوي شخصي

### 2004

رقم الهوية : 0574 █████          الاســـــم : راند موسى ابراهيم نزال          الرقم المالي : █████

| شهر | القطع | الادارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | | | 211.6 | 1 | 2188.04 |
| 2 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | | | 211.6 | 1 | 2188.04 |
| 3 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | لشهداء | 211.6 | 1 | 2188.04 |
| 4 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 5 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 6 | لشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 7 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 8 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 9 | لشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 10 | لشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 11 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | الشهداء | 211.6 | 1 | 2188.04 |
| 12 | الشهــــداء و الأسرى لشهداء و الأسرى - الصف | راند + 0 | 0 م/ | لشهداء | 211.6 | 1 | 2188.04 |
| الاجـــــــــمالي | | | | | | | | 26256.48 |



السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة المالية المركزية

**كشف سنوي شخصي**

**2005**

الاســـم : راند موسى ابراهيم نزال

رقم الهوية : 0574

الرقم المالي :

| صافي شيكل | استقطاعات | استحقاقات | البنك | ح . إجتماعية | الرتبة | الإدارة | القطاع | شهر |
|---|---|---|---|---|---|---|---|---|
| 2188.04 | 1 | 211.6 | لشهداء | م/ 0 | رائد + 0 | الشهـــــداء و الأسرى لشهداء و الأسرى - الضفـ | | 1 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 2 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 3 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 4 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 5 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 6 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 7 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - لضفـ | | 8 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 9 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - لضفـ | | 10 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 11 |
| 2188.04 | 1 | 211.6 | الشهداء | م/ 0 | رائد + 0 | لشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | | 12 |
| 26256.48 | | | | | | الإجـــــمالي | | |



التاريخ :  2012/09/05

السلطة الوطنية الفلسطينية
وزارة الداخلية والامن الوطني
الإدارة المالية المركزية

كشف سنوي شخصي

**2006**

رقم الهوية : 0574

الاســـم : رائد موسى ابراهيم نزال

الرقم المالي :

| شهر | القطاع | الإدارة | الرتبة | ح . اجتماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 2 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 3 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 4 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 5 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 6 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 7 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 8 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | لشهداء | 211.6 | 1 | 2188.04 |
| 9 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 10 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 11 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 12 | الشهـــداء و الأسرى | لشهداء و الأسرى - الصف | راتب + 0 | م/ 0 | لشهداء | 211.6 | 1 | 2188.04 |

الاجمـــــــالي

26256.48

**CONFIDENTIAL**

07:000061



السلطة الوطنية الفلسطينية
وزارة الداخلية والأمن الوطني
الإدارة المالية المركزية

التاريخ : 2012/09/05

**كشف سنوي شخصي**

**2007**

الرقم المالي : ⬛          الاســـم : راند موسى ابراهيم نزال          رقم الهوية : 0574⬛

| شهر | القطاع | الإدارة | الرتبة | ح . اجماعية | البنك | استحقاقات | استقطاعات | صافي شيكل |
|---|---|---|---|---|---|---|---|---|
| 1 | | الشهـــداء و الأسرى لشهداء و الأسرى -الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 2 | | الشهـــداء و الأسرى لشهداء و الأسرى -الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 3 | | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 4 | | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | راند + 0 | د/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 5 | | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 6 | | الشهـــداء و الأسرى لشهداء و الأسرى - لصفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 7 | | الشهـــداء و الأسرى لشهداء و الأسرى -الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 8 | | الشهـــداء و الأسرى لشهداء و الأسرى - لصفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 9 | | الشهـــداء و الأسرى لشهداء و الأسرى - لصفـ | راند + 0 | م/ 0 | لشهداء | 211.6 | 1 | 2188.04 |
| 10 | | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 11 | | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |
| 12 | | الشهـــداء و الأسرى لشهداء و الأسرى - الضفـ | راند + 0 | م/ 0 | الشهداء | 211.6 | 1 | 2188.04 |

لاجمـــــالى          26256.48