# LOWELL DECL. EX. 6

Exhibit 158

## Translator's Notes for Translation of Bates 178-209

Where flow and accurate English equivalency necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material was supplied between italicized brackets.

The organization name translated on p. 07:000202 as "Martyrs' Families and Injured Care Establishment" would, more literally, be translated, "Foundation for the Care of the Families of Martyrs and Wounded."

The former, and less literal, wording has been used in order to reflect the presence, here, of the English-letter acronym "M's F.& I.C.E." alongside the Arabic wording used for the organization, and the translation provided here offers a word-for-word English match to that acronym (M's F. & I.C. E./Martyrs' Families and Injured Care Establishment).

Bates 189-191 were translated by a different translator.  That translator's product is not included herewith.

Bates 183, 192, 193, 194, 196, 197, 198, 199, and 201 were translated with the aid of transcriptions supplied for the handwritten material contained on those pages.

In the Name of God, the Merciful and the Compassionate

8534

Q.    February *[illegible number]* 2002                    Document 26

Subject:  Security Report

Brother Raed Musa Ibrahim Nazal              Telephone No. - █████████

Age:                          32 years

Residence:                    Main Street, near the Shanti Guest House

Job:                          Cheese *[translation unconfirmed]* vendor

Academic Qualification:       High School

Social Status:                Married

Political Affiliation:        The Popular Front

General Remarks:

- The aforementioned individual pursued his intermediate school studies at schools in Qalqilya.

- The aforementioned individual was arrested for security offenses, and spent a period of 13 years in Israeli prisons.

- He was released through [a program of] releases, after negotiations between the [Palestinian National] Authority and Israel.

- The aforementioned individual is married to a young woman from Jerusalem, and she is still active for the Front.

- The aforementioned individual's wife has completed law [studies] at Bir Zeit University.

- The aforementioned individual's wife is named Fatima Da'na.  She is originally from Hebron, and she has lived, within her family, in Al Azariyah

- The aforementioned individual is very active at the military level, and he is considered to be [part of] a military wing.

- The aforementioned individual is a military official in National Security, holding the rank of Captain.

- The telephone number of his brother Yusuf is █████████.

- The aforementioned individual is suspected of neither security nor public morals offenses.

**Redacted**                    **CONFIDENTIAL**                    **07:000178-T**

**Palestinian National Authority**      [in handwriting:] 8534

Palestinian Public Security
General Intelligence
West Bank Governorates Directorate
Governorate:  Qalqilya

| Emblem of the General Intelligence division of Palestinian Public Security |
| :---: |

No.:  M. Q. 281/99
Date:  September 9, 1999

Brother Director of General Intelligence/Northern Provinces, May God Preserve you,

Greetings of the homeland, etc.      *[in handwriting:]*   Files of the aforementioned parties

Subject: - [Prisoner] Releases

     Israeli authorities have released four prisoners from the Governorate of Qalqilya, including the first batch of prisoners freed pursuant to the Sharm Al-Sheikh Agreement.  They are:

1 – Name: - Khaled Hassan Abdel Qader Nazal      I.D. No.: - ████6724

Date of Birth:   ████ 1963      Town: - Qalqilya

Affiliation:     Fatah

- The aforementioned individual was sentenced to two life terms in prison, commencing in 1991.

2 - Name: - Husam Ibrahim Abdel Rahman Nazal      I.D. No.: - ████0642

Date of Birth:   ████ 1965      Town:  Qalqilya

Affiliation:     Popular Front

- The aforementioned individual was sentenced to two life terms in prison, commending in 1981.

3 - Name: - Raed Musa Ibrahim Nazal      I.D. No.: - ████0574

Date of Birth:   ████ 1969      Town:  Qalqilya

Affiliation:     Popular Front

- The aforementioned individual was sentenced to a prison term of 20 years, commencing in 1985, added to a sentence of two life terms in prison.

4 - Name: - Saed Farid Dhib Al-Masri      I.D. No.: - ████8314

Date of Birth: - ████ 1974      Town:  Hajjah

Affiliation:     Fatah

- The aforementioned individual was sentenced to a life term in prison, commencing in 1992.

     [Provided], with pleasure, for your information
                *[in handwriting:]*      3
                                 2

Director of General Intelligence
  Governorate of Qalqilya
  *[illegible signature]*

                **CONFIDENTIAL**      07:000179-T

In the Name of God, the Merciful and the Compassionate

|  |  |
|---|---|
|  | Date of Incident:  September 22, 2000 |
| 8534 | Date on Which Information Was Acquired:  September 24, 2000 |
|  | Date on Which Report Was Written: September 24, 2000 |

Raed Musa Nazal File
        Q

Brother Director, May God Preserve You,
Greetings of the [Homeland's] Establishment, etc.


Subject:    The Attack

        The attack on Popular Front for the Liberation of Palestine branch Central Committee member brother Raed Musa Nazal (Madhi) was conducted by his cousins Dhib, Saleh, and Muhammad Madhi, and others whom I could not recognize.  This was on Friday, September 22, 2000.  As the aforementioned individual was heading to his butcher shop, located at the central vegetable market near the Market Mosque, a car ambushed him near the Al-Baz Electrical stores (near his home), [with the help of a] second car, on Main Street, at the intersection of the Market Mosque.  The two cars bore down upon him, and confined him to the area located across from the business shops of Abu 'Awda, at which point one of the two cars struck him.  He fell to the ground, and lost the gun that he had been carrying at his waist.  The car continued striking him, [as he remained] between the front [of the car] and the sliding door of the Bin Al-Salem stores, to such a degree that the front of the car was damaged, and the hands and chest *[ribs]* of the aforementioned individual were broken.  He is now resting in his home.  By way of background to this incident, I know that his father has gotten rid of his Kaffiyeh, and has not returned to the movement except on Saturday, in order to take revenge.  His brother Yusuf has been given a grace period of 10 days, for the taking of revenge.

**CONFIDENTIAL**              **07:000180-T**

Regarding the Popular Front's reaction, Shahir, Yusuf, and Al-Ra'i arrived at the location at the time of the incident, but when they saw that the attackers were Raed's cousins, they didn't intervene, even though they were armed.  I know, from an official of the Popular Front in the Governorate, that a Front member came to his house on the prior night at exactly 12:00, to inform him of the presence of armed men gathered in front of Raed Nazal's home, and that this official went over to them, and advised them to leave the place, and to take their weapons and cars with them, since the Front here in Qalqilya would handle the problem.  In fact, this occurred, and they departed.

**CONFIDENTIAL**                **07:000180-T**

These, so far as I know, are Raed's [now-] released colleagues who spent years with him in Israeli prisons.  They are members of the Popular Front, which had the right to [keep] various benign *[ceremonial/ornamental]* Ottoman weapons.

I also know, from family sources (Nazal's) that there are initiatives [under way] to contain the incident, and not to exacerbate it or move in the direction of a crisis between the Popular Front and the attackers from the family.  There have been several communications among some major social personalities, including Anwar Al-Afrah, who is currently located in Ramallah, Ahmad Sa'adat, an official of the Popular Front, and Tayy Nidhal Hamayal, an official of the Front in the Qalqilya Governorate, in addition to various branches of the Nazal family, about meeting tonight.

<u>Background of the Problem</u>

Word has it that Raed Nazal's sister is married to Dhib, his cousin, and that she complained to her brother Raed, after he got out of prison, that he *[Dhib]* was beating her, and using drugs in the house; and that while she is patient for the sake of her children, she is unable to bear any more.  So her brother Raed said to her that she should stay in the family house, and not return to her husband.  A dispute ensued between his son (Musa Madhi) and the husband of his sister, which [dispute then] extended to his father.  Raed then requested that he speak to him directly, within a few days, and then Dhib and some others resolved to carry out the attack on Raed that [ultimately] took place.

<u>The Popular Front's Stance</u>

Grief and disapproval for the incident of the attack on its *[the Popular Front's]* freedom-fighting comrade Raed Musa Nazal  have been conveyed publicly in today's edition (September 24, 2000) of the newspaper Al Hayat.  In it *[the newspaper]*, the security apparatus is calling for punishment of the attackers.  For this reason, there is currently some questioning about the background circumstances and personal bio of Dhib Madhi, with the objective of one of his girlfriends becoming a justification for an attack on him by the Popular Front, particularly if Dhib, during the Intifada, claimed that Marguerite Al-Ra'i had been arrested while stealing cigarettes from his shop located in the greengrocer market.

For your information.  Follow-up on the situation is still ongoing.

Respectfully

**Redacted**                                              **CONFIDENTIAL     07:000181-T**

In the Name of God, the Merciful and the Compassionate

Date of the Incident:  September 24, 2000

Time:  (Night-time)

Date on Which Information Was Acquired:  September 25, 2000

Book  *[illegible]*

Time:  8:45

a.m.

Date on Which Report Was Written:  September 25, 2000

Time:  9:00 a.m.

Brother Director, May God Preserve You

Greetings of the [Homeland's] Establishment, etc.

Subject:   Follow-up on the Attack on Raed Nazal

By way of concluding on this matter: I learned, this morning, that the following [individuals] made their way to the home of Musa Nazal, Raed's father, and to the home of Dhib Nazal, the two parties to the dispute:

1 – Anwar Al-Afrah

2 – 'Uthman Da'ud

3 – Kufiya  'Awda

4 – Kamal Jibril

After they made their way to the home of Raed Madhi, they listened to his requests, which were reduced to the following:

1-   End the marriage between his daughter and Dhib

2 – [Apply] the rule of law to [bring an] end to the problem involving the attack

In another aspect [effort], the *[illegible; probable reference to group of individuals listed above]* headed to the home of brother Taysir Quba'a, and they listened to him regarding the stance of the Popular Front on the incident.  It *[the group]* learned that the stance was good, and was united with [that of] brother Nidhal Hamayal's committee.  In turn, they all then proceeded to the attacking parties, who agreed to end the dispute.  There were two, among these, who were detained for [their] responsibility for the incident, and these were Al-Hajj Rizq Madhi and his younger brother.

For your information. The matter is subject to continuing follow-up.
Respectfully

**Redacted**                                                  **CONFIDENTIAL**          **07:000182-T**

*[translation partially from transcription]*

In the Name of God, the Merciful and the Compassionate

Brother Director, May God Preserve You,

Greetings of the [Homeland's] Establishment, etc.:

Subject:  Follow-up on the Attack

I have learned, just now, from a trustworthy source, that the Al Khayr family is heading, tonight, to the home of Musa Nazal Madhi, in order to calm feelings.  This comes after the Popular Front advised this measure.  The delegation includes a variety of the most prominent social and political personalities.

For your information; Follow-up is ongoing

Respectfully

September 24, 2000

Attached is the Popular Front's statement of "Condemnation and Disapproval" that was published in the newspaper Al-Hayat Al-Jadida, on Sunday, September 24, 2000, in Edition 1833 of the sixth year [of publication], on the second page.

<u>Save</u>

**CONFIDENTIAL**                    **07:000183-T**

*[A notice posted in a newspaper, surrounded by other notices, and appearing in vertical formation, with these other notices, alongside columnar articles that provide organizational updates]*

9/23

## Condemnation and Disapproval

The Popular Front for the Liberation of Palestine condemns the cowardly attack to which the [freedom-] fighting freed prisoner

### Raed Musa Nazal

has been subjected.  We, the Popular Front, affirm that these practices are inconsistent with the customs and traditions of the sons of our people, and we demand of the Palestinian National Authority and its security apparatuses an accounting of every individual whose involvement in this cowardly attack may be proven.

07:000184-T

CONFIDENTIAL

In the Name of God, the Merciful and Compassionate

Region:  *[illegible or incomplete]*
Date:  9/24

**Subject:**  Report pertaining to the altercation between the sons of Madhi Nazal and their cousins

**Details:**  Last Friday, September 22, 2000, at 7:00 a.m., Raed Musa Madhi Nazal, a member of the Popular Front and a freed prisoner, was subjected to an attack by his cousins Rizq Madhi and his brothers, against the backdrop of a problem between Rizq and his wife Wasfiya Musa Madhi, Raed's sister.

The reason for the attack relates back to Thursday, when Rizq came to his uncle Musa Madhi's home in order to take his wife Wasfiya back.  She was furious, according to her family, and a quarrel ensued between Rizq and his uncle Musa.  Subsequently, Raed closed in on Rizq, and threw him out of the place the next day, i.e., on Friday.  As Raed departed from the family home, at 7:00 a.m., Rizq and his brothers were waiting for him, at which time they attacked him by means of two cars that were with them, and this led to Raed suffering the breaking of his hands, as he was being struck by the car.  Raed fled to the Ra'i family home, near this place.  Please be advised that a sister of Raed is married to Ahmad Ra'i.

During the attack on Raed, a gun fell, and it remained on the ground.  This fact prevented the catastrophe [that would have ensued] had Raed used his weapon.

When Raed fled from the Ra'i family, Ra'i sons Ahmad and Shahir called the police, and brought a doctor in to treat Raed.  Rizq Madhi and his brother Saleh were then arrested.

According to the account of Raed's family, Rizq's wife has been accusing, and complaining of continuous problems with Rizq, *[illegible]* that he is taking drugs, and beating her and his children.  According to sources in Rizq's family, he does not want there to be any disruption regarding his wife, or a division in relations with the Ra'i daughters, who are activists in the Popular Front.

On Sunday, the Popular Front posted a condemnation and disapproval of the incident involving the attack on Raed in the newspaper Al Hayat.  The condemnation is attached to the second page of this report.

07:00185-T

**CONFIDENTIAL**

*[Text obscured by page fold]*  a meeting was convened at 8:00 p.m. at the home of Taysir Al-Quba'a, which Nidhal Hamayal, Shahir Al-Ra'i, Tawfiq 'Awda, Anwar Al-Afrah, and 'Uthman Da'ud attended, for the purpose of resolving the dispute.  It was agreed that a committee would be formed to study the situation, composed of Tawfiq 'Awda, 'Uthman Da'ud, and Anwar Al-Afrah, in coordination with Taysir Quba'a, for [the purpose of] working on resolution of the dispute.  According to my information, the family of Raed Al-Madhi is currently requesting the divorce of their daughter from Rizq Madhi, and that the law be [applied to] impose sanctions against those who attacked their brother.

Afterwards, a meeting was convened at the home of Taysir Al-Quba'a, for many administrative officers of the Popular Front.  There, Taysir Al-Quba'a stated to them [the administrative officers] that what happened was a family problem among the Madhi sons, and he asked them to work towards neutrality in the matter at this point in time, and not to talk about the matter.

Remark:  Follow-up on the matter is ongoing.

For your information

The statement that the Popular Front published today in the newspaper Al-Hayat, regarding the matter:

*[Photocopy of the text of the statement; no content visible due to redaction/black-out]*

**CONFIDENTIAL          07:000186-T**

In the Name of God, the Merciful and Compassionate

*[A sequence of truncated/illegible numbers]*

8534                                        Region:  First

File/ Raed Musa Madhi Nazal

Q.

Date:  December 10, 1999

**Subject:**  Follow-up on the Popular Front

**Details:**  Last week, a meeting of the Popular Front was convened in the city and in the Governorate, last week *[sic]*, at the office of the Popular Front, for the purpose of electing a new Conference for the Front in the Governorate.

The elections proceeded, and freed [prisoner] Raed Musa Madhi received the highest [number of] votes.  Consequently, he became the General Secretary in the Governorate, for the Popular Front.

Fifty-four members registered to the Popular Front in the Governorate participated in the balloting, and the elections proceeded, as I stated, in the Popular Front's office.

I shall supply you with a detailed report on the proceedings of the meeting in the event information is acquired.

*[illegible signature]*

*Brother *[space left open for name]* has been contacted so that the date of the meeting may be specified.

Information                                        Message

December 11, 1999

**CONFIDENTIAL**            **07:000187-T**

In the Name of God, the Merciful and Compassionate

<u>8534</u>  August 14, 2000

Region:  First

Q.

**Subject:**  Suspension of Restriction

I learned, this morning, that the restriction on comrade Raed Musa Madhi Nazal has been suspended pursuant to a recall [order] from brother Commander of the Region Abu Usama.  After his recall [order], yesterday, he *[the Commander]* informed him *[Raed Madhi Nazal]* of this.

Please be advised that Raed Madhi had been in detention in the context of problems that occurred in the city, recently, among people of the city and the attackers, and that the aforementioned individual intends to get married next week, on August 19, 2000.

**Redacted**                    **CONFIDENTIAL**                    **07:000188-T**

[Bates 189, 190, and 191 translated by another translator]

*[translation primarily from transcription]*

In the Name of God, the Merciful and the Compassionate

February 7, 2002

Security Investigation                                      Security Investigations

Name:  Raed Musa Ibrahim Nazal (Madhi)          1)  Ahmad Al-Ra'i and wife

Age:  35 years                                             2)  re: Wasef, Yusuf, and their wives

Affiliation:  Popular Front                                3)  Wife of Raed Al-Madhi

Social Status:  Married                                    4)  Name of his married sister in Ramallah, and
                                                                addresses

Academic Qualification:  Intermediate School                        February 7, 2002

Employment:  Employed

Residence:  Near Al-Baz  Electrical (in the market)

Remarks: -

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* studied at Qalqilya schools, and has been an activist against the occupation since boyhood.

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* was imprisoned  by the Israeli occupation during the first Intifada, on security charges, and he was sentenced to a term of several years. During the period of his imprisonment, he was charged with killing agents inside the prison, for which he was sentenced to several long terms.  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* left prison pursuant to a deal reached with the [Palestinian] Authority, and he got out in approximately 1999.  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* was discharged to National Security.  He attained the rank of Captain.  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* opened a meat sales shop in the market, and it was not successful. The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* is a powerful hardliner in the Popular Front.  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* has a brother whose name is Yusuf, who is also in the Popular Front, though not active there.  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* has several sisters in the Popular Front.  He has a sister who lives in Ramallah, who is an activist in the Popular Front, and *[illegible word]* the wife of Ahmad Al-Ra'i, who belongs to the Popular Front.  Raed Madhi is currently armed, and with him are several armed youth from the Popular Front.  Raed is married to a young woman who is also from the Ramallah Governorate.

Respectfully

**REDACTED**              **CONFIDENTIAL**              **07:000192-T**

*[translation primarily from transcription]*

\*  The aforementioned individual*[Raed Musa Ibrahim Nazal (Madhi)]*  is always carrying a Kalashnikov.

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* has been active in all the recent events, particularly in the shooting, and in another instance, a few days ago, on the evening of February 4, 2002, when he was shooting his Kalashnikov in the 'Abra *[or 'Abda]* area.

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]*  is the supervisor of the armed [members] of the P.F. *[Popular Front]*,  who possess two lots of M16s, one of Uzis, and one lot of Kalashnikovs.  Raed always has, with him, a Helwan pistol.

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* has a relationship with Samer Hashim, his partner who is currently in detention by the occupation in connection with his being in possession of a bomb.

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* has a relationship with Tahsin Al-'Adl, and there are many notes on the latter *[Al-'Adl]*, and we have a file on him.

\*  The aforementioned individual *[Raed Musa Ibrahim Nazal (Madhi)]* is always behind the recent incidents and activities of the P.F. *[Popular Front]*, and he is conspicuous.

*[illegible words or signature]*

**Redacted**

**CONFIDENTIAL**                    **07:000193-T**

*[translation primarily from transcription]*

*[illegible word or words]* married to a young woman from Yuriq *[or Yawriq]*, in the Nablus district, and he and his wife are activists of the Popular [Front].  He is a former prisoner.  Regarding Raed, he is married to a young woman called Fatima Da'na, from Al-Ayzaria, and who is originally from Hebron.  She has a baccalaureate degree in law.  Raed got to know her during the Popular Front conference in Ramallah, approximately two and a half years ago.  She is a prominent activist in the Popular Front in Qalqilya, and she has been observed with Manal and Marguerite Ra'i, Rijan Shahir, Maher Ra'i, a Popular [Front] activist, and Raed's sister Nuha, at all the Popular Front activities.  She usually participates as a monitor at Popular Front celebrations or observances, in addition to her activities at the Jafra Women's Center.  The aforementioned individual *[Fatima Da'na]* has a blue Jerusalem ID [card].

With regard to Raed, he is known to you as a prisoner who was freed about three years ago, and who spent a period of approximately 14 years [in prison] for his activities in the Popular Front.  He and Husam Al-Shaykh Hamid Nazal, with Raed *[sic]*, were at Preventive Security in Qalqilya, as part of a single group.  The two of them *[Raed and Husam]* got out of prison together.

The aforementioned Raed is considered to be among the military Popular front activists in the city, and part of the group that includes Yusuf, Shahir, and Maher Ra'i; Tahsin 'Adl; Anas Shantal;  Samer Baghdadi, who was arrested a while ago, in Habla; and Nur Taytana, an associate of Taysir Quba'a.  The aforementioned Raed was on staff at National Security, with the rank of Captain, after he got out of prison.  Raed was imprisoned, Raed was imprisoned *[sic]* two years ago by the [Palestinian] Authority after he became entangled in problems with the youths of Gaza and the Nur Al-Din group, and the abovementioned individual  *[Raed Musa Ibrahim Nazal (Madhi)]*  is known to be reckless and foolish.

The aforementioned individual's *[Raed Musa Ibrahim Nazal (Madhi)'s]* father works as a milk and dairy vendor and cattle merchant, and Raed lives in his father's home, near the Old Mosque.


**Redacted**


**CONFIDENTIAL**          **07:000194-T**

In the Name of God, the Merciful and the Compassionate

Subject:  Security Investigation

*[illegible word or words]:*  Raed Madhi Nazal / Raed Musa Nazal Madhi

xx   The aforementioned Raed has several brothers and sisters, and they are as follows:

**Sisters:**

1 – Wasfiya:      She is 45 years old, was married, in Qalqilya, to Al-Hajj Rizq Madhi, and is a housewife.

2 – Shirin:        She is 22 years old.  She graduated recently from Bir Zeit University, and currently
                          works at the Jafra Women's Center, which belongs to the Popular Front in Qalqilya,
                          and which is located on 7th Street, above Abu Jabara's Sweets Shop.  She is a
                          protégé of the Popular Front.

3 -  Maha:         She was married, in Ramallah, to a person from the Jaradat family who is originally from
                          Hebron. The aforementioned individual *[Maha]*'s husband is in detention.  The
                          aforementioned individual *[Maha]* has been married for approximately nine years, and
                          she lives in Ramallah.  She and her husband are protégés of the Popular Front.

4 -  Suha:         She was married in the Hebron region, in Sa'ir, and she currently lives with her husband
                          in Ramallah.  Her husband is from the Jaradat family, as well.  She and her husband are
                          protégés of the Popular Front.

5 -  Nuha:         She is the mother of Ibrahim, and she lives in Qalqilya.   She is married to Ahmad Ra'i
                          Abu Ibrahim.  She is an activist for the Popular Front.  She lives east of the Sinai
                          Secondary School.  She also works at the Jafra Women's Center, which belongs to the
                          Popular Front, and her husband is a well known administrative officer of the Popular
                          Front.

-------------------------------------------------------------

**Brothers:**

1 -  Yusuf:        He is approximately 42 years old.  He works as the owner of a cattle barracks, and works
                          in the cattle and dairy trade.  He was previously an activist for the Popular Front, and was
                          jailed previously on several occasions.  Currrently, the aforementioned individual *[Yusuf]*
                          is still a protégé of the Popular Front, though not clearly active.  He lives on Jaljuliyah
                          Street, in the Abu Shamra building, and he is married to Nadia Mansur, the sister of Raed
                          Mansur, who is an activist for the Popular Front.

2 -  Wasef:        He is *[truncated number]* years old.  *[Remainder of line truncated.]*

**CONFIDENTIAL  07:000195-T**

*[translation primarily from transcription]*

In the Name of God, the Merciful and the Compassionate

2819                                                                                    8534

Subject:  Security Investigation                    Region:  First

Name:  <u>Raed Yusuf Madhi Nazal</u>                Date:  September 10, 1999

Age:  35 years

File of the Aforementioned Individual

Affiliation:  Popular Front

Social Status:  Single

Residence:  Qalqilya / Interior of the Old Mosque

Employment:  Unemployed

Description of Education:  Completion of secondary school


*  The aforementioned individual *[Raed Yusuf Madhi Nazal]* was arrested in 1985 on charges of being affiliated with a cell belonging to the Popular Front for the Liberation of Palestine, and he was sentenced to a term of 18 years.

*  While the aforementioned individual *[Raed Yusuf Madhi Nazal]* was in prison, he was close to Shaykh Hamid, and [this] was during the last period of imprisonment in Ashkelon.

*  The aforementioned individual's *[Raed Yusuf Madhi Nazal's]* father works in the cattle and *[illegible word]* trade, and in milk sales.  His home is located in the interior of the Old Mosque, on Seventh Street.

*  The aforementioned individual *[Raed Yusuf Madhi Nazal]* has a brother named Yusuf who is a Popular Front member, and he has a cow pasture in the Tila Nufal area.  He lives in the Abu Shamra building located south of the city, near Al Wad Street.

*  The aforementioned individual *[Raed Yusuf Madhi Nazal]* was released from prison as a result of the Sharm Al-Sheikh Agreement.


**Redacted**                              **CONFIDENTIAL**                          **07:000196-T**

*[translation primarily from transcription]*

In the Name of God, the Merciful and the Compassionate

File of the Aforementioned Individual

Subject:  Release of Prisoners

Raed Musa Madhi Nazal was also released after the signing of the Wye Accord.

Name:  Raed Musa Madhi Nazal

Age:  31 years

Residence: Next to the Tawfiq Al-'Awda stores at the greengrocer market

Employment:  Unemployed

Academic Qualification:  High School diploma in prison

Social Status:  Single

Organizational Affiliation:  Popular Front

General Remarks:

The aforementioned individual *[Raed Musa Madhi Nazal]* was arrested in 1985, as part of the previously mentioned cell, with Husam Al-Shaykh Hamid.

He was sentenced to five years of instructional imprisonment.

The aforementioned individual *[Raed Musa Madhi Nazal]* stayed at the Jenin prison for a period, and at the Central Nablus prison for a period; and in 1990, he was transferred to Jenin prison. There, he executed an agent in Section J, when there were six months left to his prison term.

The aforementioned individual's *[Raed Musa Madhi Nazal's]* file

**CONFIDENTIAL**                    **07:000197-T**

*[translation primarily from transcription]*

*[illegible numbers or letters]*

In the Name of God, the Merciful and the Compassionate

Message to the Center          September 9, 1999

Subject:  [Prisoners] freed [pursuant to] the Wye II Accord (Sharm Al-Sheikh)

Today, three prisoners from the city of Qalqilya were released, and they are:

1 -   Khalid Husayn Abdel Qader Al-Nazal

      I.D. Number:  ████6724                    Sent on September 9, 1999

      Date of Birth:  ████ 1963                 Files of the aforementioned individuals

      Affiliation:  Fatah Movement

      He had been sentenced to two life terms, and has been in prison since 1991.

2 -   Husam Ibrahim Abdel Raman Al-Nazal

      I.D. Number:  ████0642

      Date of Birth:  ████ 1965

      Affiliation:  Popular Front

      He had been sentenced to two life times, starting in 1981.

3 -   <u>Raed Musa Ibrahim Al-Nazal</u>          Qalqilya

      I.D. Number:  ████0574

      Date of Birth:  ████ 1969

      Affiliation:  Popular Front

      He was imprisoned for a period of 20 years.  Was imprisoned in 1985, and two life terms were added to his sentence.

      *[Additional line truncated and partially missing]*

07:000198-T

**CONFIDENTIAL**

*[translation primarily from transcription]*

In the Name of God, the Merciful and the Compassionate

File of the aforementioned individual        May 23, 2000

<u>8534</u>

Greetings of the Homeland, etc.:          Subject:  <u>Raed Madhi / Popular Front – Qalqilya</u>

I have learned that the day before yesterday, before Noon, the individual referenced above

headed to Ramallah.                                  <u>8534</u>

\*   This was so that he could participate in the funeral procession and burial of the remains of a

martyr.

Respectfully

*[illegible initials]*

**CONFIDENTIAL**                          **07:000199-T**

8534

| I.D. No./ ████ 057  4 | | Personal Photo |
|---|---|---|
| **Name/** Raed | **Father's Name/** Musa | |
| **Grandfather's Name/** Ibrahim | **Surname/** Nazal | |
| **Name commonly used/** Raed Madhi | **Mother's Name/** | |
| **Date of Birth/** ████ 1969 | **Place of Birth/** | |
| **Height/** | **Build/** | **Complexion/** |
| **Color of Eyes/** | **Hair Color/** | **Distinguishing Features/** |
| **Social Status/** Single | **Wife's Name/** | **No. of Children/** |
| **Education Level/** Intermediate School | **Profession/** raising cattle | |
| **Governorate/** Qalqilya | **Region/** Qalqilya | |
| **Residential Address/** across from the Shanti Guest House | **Workplace Address/** Qalqilya, at his home | |
| **File Name/** Popular Front | **Charge/** | **Arrested (Y/N)** |
| **Original Nationality/** | **Type of Passport/** | **Passport No./** |

Remarks: -

- The aforementioned individual studied at the Murabitin Intermediate School.

- The aforementioned individual was jailed, in 1985, together with a military group of the Popular Front and Husam Al-Shaykh Hamid Nazal, and he was sentenced to a term of five years.  Prior to the end of his sentence, and according to witnesses, he executed one of the [other] prisoners, and was sentenced to a term of life in prison.

- The aforementioned was an activist of the Popular Front prior to and during his imprisonment.

- The brothers of aforementioned individual are Yusuf and Wasef, who belong to the Popular Front.

- The aforementioned individual has two sisters, and one is the wife of Ahmad Al-Ra'i – Popular Front.

- The aforementioned individual, [while] in jail, was attracting young people to the Popular Front.

**CONFIDENTIAL**                                     07:000200-T

*[translation primarily from transcription]*

In the Name of God, the Merciful and the Compassionate

July 30, 1998

Subject:  Security Investigation

Name:  Raed Musa Madhi

Age:  31 years

Residence:  Seventh Street – next to the Shanti Guest House

Employment:  Currently imprisoned

Academic Qualification:  Intermediate School

Social Status:  Single

Organizational Affiliation:  Popular Front

Moral Aspect:  Good

Security Aspect:  Good

General Remarks:

*  The aforementioned individual *[Raed Musa Madhi]* was working very actively before he and a number of [other] young men, including Husam Al-Shaykh Hamid Nazal, were arrested as [members] of a local military group.

*  The aforementioned individual *[Raed Musa Madhi]* was sentenced to five years.  In 1990, [when he was] in Jenin prison, Section J,  and there remained only six more months on his [prison] term,  he executed an agent.   He was [then] sentenced to a life term.

*  The aforementioned individual *[Raed Musa Madhi]* is a tenacious adherent to Front ideology, and so when he was in prison, he would attract young men to the cause of the Front.

*  All members of the family are affiliated with the Popular Front – Yusuf, Wasef, Raed, and his *[Raed Musa Madhi's]* two sisters.

Respectfully

**Redacted**                              **CONFIDENTIAL**                              **07:000201-T**

In the Name of God, the Merciful and the Compassionate

**Palestinian National Authority**  *[photo of unidentified person pinned to upper left corner of page]*

Ministry of Social Affairs

Martyrs' Families and Injured Care Establishment  *[represented, in English lettering, by the abbreviation* "M's F. & I.C.E."*]*

> Emblem of the
> Palestinian
> National
> Authority

---

In the name of God, the Merciful and the Compassionate

*[in handwriting:]*  Send *[illegible word or letter]* Ramallah

December 26

*[illegible handwritten initials or signature]*


## Social Investigative Report

Case:  Al-Aqsa Intifada Martyr


Name:           Raed Musa Ibrahim Nazal

                                                              103680
Local Number:    758    Central Number: *[illegible number crossed out by official]*

Governorate:    ~~Qalqilya~~ *[crossed out by official]* Ramallah/Beitounia

Date:           May 20, 2002


**CONFIDENTIAL**

**07:000202-T**

Ramallah – Tel/Fax:  02-2986268

**First:  Personal Information:**  *[In handwriting:]* 472/3

103680

| | | | |
|---|---|---|---|
| Local Number: | 758 | Central Number: | *[illegible numbers crossed out by official]* |
| Case Name: | Raed Musa Ibrahim Nazal | Nom de Guerre: | |
| Nationality: | Palestinian | I.D. Number: | ████ 0574 |

4-Part Name of
Beneficiary:          Fatima Mohamed Da'ud Da'na          I.D. Number:     ████ 4983
(Wife, Father, Mother, Brother, Sister)

Mother's Full Name: Fawziya Rashid 'Isa Halal          Mother's I.D. Number:     Deceased

Wife's Name:          Fatima Mohamed Da'ud Da'na          Wife's I.D. Number:     ████ 4983

Date and Place of Birth:     ████ 1969 / Qalqilya          Town of Origin: Qalqilya

Religion:          Islam          Gender: Male          Social Status:     Married

Previous Employment:     National Security          Current Employment:

Academic Qualifications:     University student

Date and Number of Approval Letter:

Date of Foundation Approval:

-------------------------------------------------------------------------------------------------------

**Second:  Administrative Information:**

Military Rank:          Major; Lieutenant Colonel          Organizational Rank:

 Letter of Rank Approval: _____ Number: _____          Date:

Developments with the Previous Allocation: _____ Current: _____ Modifications: _____

Organizational Affiliation:  Popular Front          Detachment:

Date of Joining the Revolution: _____ Organizationally: _____ Militarily: __ _____ Full-Time Basis: _____

Courses Completed:

Date and Location of Incident:     April 26, 2002 / Qalqilya

How the Incident Occurred:     Liquidation *[killing]* during the raid on the city of Qalqilya, due to the martyr
being a member of the Popular Front

**Synopsis of His Personal Biography:**

The martyr was sentenced to a term of 99 years.  He spent 15 years [in prison], and was released on September  9, 1999.  *[Two illegible words]* got out of prison, he was blessed with a son. He remained in the struggle *[one or two illegible words]* until his death, when he was martyred.

Family Residence:  Owned: Owned _____ Rented: _____          Shared:

Monthly Rent: _____     *[in handwriting:]*  Cairo-Amman [Bank], ████

Full Address:     Qalqilya

*[illegible numbers crossed out by official]*
Closest Telephone:     ████ / ████ / ████ - Fatima

07:000203-T

**CONFIDENTIAL**

**<u>Third:  List of Family Members</u>:  \*Married – Single**

1 –    [If the martyr was] Married:  Wives and minor children should be recorded first, followed by adult children, followed by parents and siblings.

2 –    [If the martyr was] Single:  Parents and minor siblings should be recorded first, followed by adult siblings.

| Entry No. | Name | Relation-ship To the Case | Date of Birth | Academic Qualifica-tion | Profession | Social Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Fatima Mohamed Da'ud Da'na | Wife | 1978 | University student | Attorney | Widow | Qalqilya |
| 2 | Amir Raed | Son | 2001 | Child | Child | Child | " [Qalqilya] |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

-Number of Dependents:          2

- [If] Married:  Wives and minor children:  Wife and son

- [If] Single:  Parents and minor siblings:

Remarks Regarding the List of Family Members: .................................................................

......................................................................................................................................

**CONFIDENTIAL**                                                07:000204-T

*[in handwriting:] [several words truncated]* / Raed Musa Nazal

## Recommendation of the Section:

We recommend that his [allowance] approval be from the Al-Aqsa Intifada Martyrs [Fund].

The martyr is a son of the Popular Front, and he was wanted by occupation forces.  He was liquidated *[killed]* during a raid on the city, on April 26, 2002.

……….….**Date:**….….June 15, 2002………

…………………..**Signature***:……[illegible]*……………………………………..

## Foundation Director's Decision:

………………………………………………………………………………………………………………

...................................................**Date:**…………………………………**Signature:**……………….

## Account of the Allocation:

| Basic | Wife | Children | Father | Mother | Minor Brothers | Total, in Dinars |
|---|---|---|---|---|---|---|
| ……………………………………………………………………………………………………………… | | | | | | |
| ……………………………………………………………………………………………………………… | | | | | | |
| **Other Increments:**…………………………………………………………………………………… | | | | | | |
| **Total, in Dinars:**…………………………………………………………………………………… | | | | | | |
| **Total, in Shekels:**………………………………………………………………………………… | | | | | | |

## Approval of the General Manager:

He shall be considered a martyr of the Al-Aqsa Martyrs; Confirmed on May 1, 2002, without allocations, while National Security conducts a careful examination.

## Remarks Regarding the Inquest:

………………**Date:** June 15, 2002…………**Signature:** *[illegible signature]*…………………………………

………………………………………………………………………………………………………………

## Remarks of the Computer [Section]:

………………**Date:**…………………………**Signature:** …………………………………………………

………………………………………………………………………………………………………

**CONFIDENTIAL**                                         **07:000205-T**

State of Palestine
Public Security
Organization and Administration Board

> National Emblem
> of the Pales-
> tinian Authority

---

**Accession Date:  October 1, 1999**          **Comprehensive Audit Statement      Settling  His Services**

---

Name:  Raed Musal Ibrahim Nazal                    Social Status:  Single

Rank:  3/2                                          Date of Rank:  April 26, 2002

Unit:  Foundation for the Care of Families          Personal Number:  █████
of the Martyrs and Wounded

Remarks: Acquired pursuant to instructions          Date of Birth:  June 1, 1969
by the Commander in Chief

I.D. Number:  ████0574          Mother:  Fawziya          Military Number:  ████2621

Acquisition Order No.:  10764/1      Acquisition Order Date:  October 13, 1999          Detached to:

---

**Promotions:**

From Private:      October 1, 1999  to 6/2          November 11, 1999 by Order 11354/3  October 25, 1999

From 6/2:          November 1, 1999 to 3/2          April 26, 2002 by Order 3679/3  April 28, 2002,  due to
                                                    his becoming a martyr

---

**Restrictive Lettering**

**Transfer[s]**

Transfer on April 27, 2002 from General Headquarters/Northern Provinces to General Headquarters/Martyrs/N.
Provinces by Order 3680/13,  April 28, 2002, for the purpose of continued disbursal of his salary for the benefit of
his family

Transfer on July 1, 2009 from General Headquarters /Martyrs/ Provinces to Foundation for the Care of Families of
the Martyrs and Wounded by Order 2742/7,  April 19, 2009,  pursuant to instructions from Brother President

---

**Termination of Services**

Stopped on April 27, 2002 due to his becoming a martyr          By order 3680/13,  April 28, 2002

Cancellation of Stoppage on:              due to:          By order:_____

**Remittance of Deposit:**

**Disbursement:**

**Noncommissioned Officer Miscellany:**

**Officer Miscellany:**

**Penalties:**

**Suspicion of Security Issues:**

**CONFIDENTIAL     07: 000206-T**

| Palestinian National Authority<br>Ministry of Detainees Affairs | [Emblem of the Palestinian<br>National Authority] |
|---|---|

**Personal Data** _____

**File Number:** 442204   **I.D. Number:** ███0574   **Gender:** Male   **Date:** September 24, 1999

 **Name:** Raed Musa Ibrahim Nazal                                **Telephone:** ███

**Disbursement Center:** 23 Qalqilya       **Address:** ████████████████ Qalqilya *[letter Sh]*

**Marital Status:** Single               **Number of Wives:** 0        **Number of Sons:** 0


**Financial Data** _____

**Name:** Musa Ibrahim Musa Nazal      **I.D.** ███0517   Father    **Address:** Father

**Agent's Name:**                      **I.D.:**                   **Address:**

**Bank:** 1     Cairo-Amman          Branch: 808        ██████

**Allocation:** 700        **Arrears:** 0       **Start of Credit:** 0     **End:** September 9, 1999


**Imprisonment Data** _____

**Date of Imprisonment:** January 19, 1986  **Detention Status:** Sentenced  **Sentence:** Day 0/ Month 0/ Year 99

**Employment:** 1  Not specified   **Date of Release:** 0   **Actual Date of Release:** September 9, 1999

**Organization:** 999 Not Specified **Prison:** 1 Not specified  **Investigation Number:** 990902

_____

**CONFIDENTIAL**                 **07:00207-T**

| Year | Month | Allocation | Arrears | Indemnity | Reference | Name of Beneficiary | I.D. No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|-----------|-----------|---------------------|----------|------|--------|-------------|
| 1999 | 9 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 8 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 7 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 6 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 5 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 4 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 3 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 2 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1999 | 1 | 700 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Cairo Amman | 808 | ▮ |
| 1998 | 12 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Min.Affairs | Social |
| 1998 | 11 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 10 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 9 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 8 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 7 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 6 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 5 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |
| 1998 | 4 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ▮0517 | Not specified | Social | Min. Affairs |

**CONFIDENTIAL**          **07:00207-T**

| Year | Month | Allocation | Arrears | Indemnity | Reference | Name of Beneficiary | I.D. No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|-----------|-----------|---------------------|----------|------|--------|-------------|
| 1998 | 3 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1998 | 2 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1998 | 1 | 500 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 12 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |

**CONFIDENTIAL**          **07:00207-T**

| Palestinian National Authority | [Emblem of the Palestinian |
| Ministry of Detainees Affairs | National Authority] |

| Year | Month | Allocation | Arrears | Indemnity | Reference | Name of Beneficiary | I.D. No. | Bank | Branch | Account No. |
|------|-------|-----------|---------|-----------|-----------|---------------------|----------|------|--------|-------------|
| 1997 | 11 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 10 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 9 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 8 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 7 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 6 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 5 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 4 | 300 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| 1997 | 3 | 900 | 0 | 0 | 0 | Musa Ibrahim Musa Nazal | ███0517 | Not specified | Social | Min. Affairs |
| | | **15900** | **0** | **0** | **0** | | | | | |

**CONFIDENTIAL**          **07:00208-T**

| Palestinian National Authority<br>Ministry of Detainees Affairs | [Emblem of the Palestinian<br>National Authority] |
|---|---|

**Personal Data** _____

**File Number:** 551086     **I.D. Number:** 0     **Gender:** Male     **Date:** September 12, 1999

 **Name:** Raed Musa Ibrahim Nazal                                **Telephone:**

**Disbursement Center:** 23  Qalqilya      **Address:** Qalqilya

**Marital Status:** Single          **Number of Wives:** 0          **Number of Sons:** 0

**Financial Data** _____

**Name:** Raed Musa Ibrahim Nazal      **I.D.** ███0574          **Address:**

**Agent's Name:**               **I.D.:**   0               **Address:**

**Bank:** 999  Not specified          **Branch:**

**Allocation:**     9400          **Arrears:** 0          **Start of Credit:** 0     **End:** August 1, 1999

**Imprisonment Data**_____

**Date of Imprisonment:** 0      **Detention Status:** Freed    **Sentence:** Day 0/ Month 0/ Year  99

**Employment:** 1   Not specified    **Date of Release:** 0      **Actual Date of Release:** 0

**Organization:** 999  Not specified  **Prison:** 1  Not specified  **Investigation Number:** 990811

_____

| Year | Month | Allocation | Arrears | Indemnity | Reference | Name of Beneficiary | I.D. No. | Bank | Branch | Acct. No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1999 | 8 | 9400 | 0 | 0 | 0 | Raed Musa Ibrahim Nazal | ███0574 | Not specified | | |
| | | **9400** | **0** | **0** | **0** | | | | | |

*[No Confidentiality Level Noted]*          **07:000209-T**

Original

السلطة الوطنية الفلسطينية

No ٨٥٣٤

رئاسة العامة الفلسطيني

المخابرات العامة

مديرية محافظات الضفة

الرقم: ........../ص.ع/١١٨/ص

التاريخ: ٩/٩/٩٩

محافظة: <u>قلقيلية</u>

ملفات مذكوربة

الاخ مدير المخابرات العامة / المحافظات الشمالية   حفظه الله

تحية الوطن. وبعد ،،،

الموضوع :- افراجات

افرجت السلطات الاسرائيلية عن اربعة معتقلين من محافظة قلقيلية ضمن الدفعـــة الاولى مـــن

الاسرى المحررين حسب اتفاق شرم الشيخ وهم :-

١-الاسم :- <u>خالد حسن عبدالقادر نزال</u>   رقم الهوية :- ٥٧٢٤

تاريخ الميلاد :- ١٩٦٣   البلد :- قلقيلية

الانتماء :- فتح

• المذكور كان محكوم مؤبدين منذ عام ١٩٩١ .

٢-الاسم :- <u>حسام ابراهيم عبدالرحمن نزال</u>   رقم الهوية :- ٠٦٤٢

تاريخ الميلاد :- ١٩٦٥   البلد :- قلقيلية

الانتماء :- جبهة شعبية

*المذكور كان محكوما مؤبدين منذ عام ١٩٨١ .

٣-الاسم :- <u>رائد موسى ابراهيم نزال</u>   رقم الهوية :- ٥٧٤

تاريخ الميلاد :- ١٩٦٩   البلد :- قلقيلية

الانتماء :- جبهة شعبية

• المذكور كان محكوما لمدة ٢٠ سنة منذ عام ١٩٨٥ واضيف لحكمه مؤبدين .

٤-الاسم :- <u>سائد فزيد ذيب المصري</u>   رقم الهوية :- ٨٣١٤

تاريخ الميلاد :- ١٩٧٤   البلد :- حجة

الانتماء :- فتح

• المذكور كان محكوما مؤبد منذ عام ١٩٩٢ .

مدير المخابرات العامة
محافظة قلقيليه

للعلم واطلاعكم ..لطفا

**CONFIDENTIAL**

07:000179

بسم الله الرحمن الرحيم

٨٥٧٤

تاريخ الحدث : ٤٤/٩/١ س...
تاريخ الطرح على المعلوم : ٤٤/٩/١ س...
تاريخ كتابة التقرير : ٤٤/٩/١ س...

ملفة الأخ موسى نزال

قر

دولة الأمير حفظه الله

تحية المنادلة وبعد

الموضوع : إستشهاد

تم دلالتهداء على عضو اللجنة المركزية للمزعبة للحركة الشهيد لمؤيد رقيم الأخ الؤ موسى نزال
(ماضي) من قبل أبناء عمومته ذبيع وجمال ومحمد حابي وأكبرسه له العلم من عمومتهم ، وذلك
يوم جمعة الواقع ٤٤/٩/١ حيث أثناء توجه المذكور الى ملحمته الواقعة في سوق لختار المركزي
قرب مسجد السوق حيث كمنت له سيارة قرب محلة الباز الحمراء (بالقرب من منزله) وسيارة أخرى
على الشارع الرئيسي على مفترق مسجد السوق وانقضت عليه السيارة وأجبزته في الملتقى للواقف
مقابل محلات أبوخوجة التجارية حيث جهزته إحدى هذه السيارة من وقع على الأرض ومقتر مسرع الذي كان
يحمله على حزمه ما استرقت السيارة بضربه ببعض ومقدمها وبإطار محلات به السلاح لرجم
ام مقدمة السيارة لقتوره وما بالمذكور كسرت أنبريه وجهازه وهمو الآن يرقد في منزله
وعلى حملهيتم هذا حادثة ام أبناء تخلص سكونيته ولم يرجع للمنزل اليوم السبب الدفوز
بالثار وأخوته يوسف اعطي موله عنده أيان نشر

لتأكدة معنى الجرم الشهيد ، مقد حضر ومنذ الحادث سنهوم ووصف لواقع الكامن وعندما
شاهدوا ام المعتديم ابناء عمومة الؤ لم يتركلوا بالرغم من أنهم سلتين ، وعلمت
سه تتمول كجم الشهيد في الجامع أن اهر اعضاء كجم جهر الليل جاءهم لمنزله في مآل السعودية
مره ليبلغه بوجود حملهيم متجمعين أمام منزل الؤ نزال فذهبي اليهم لهذا المسول
والبلغهم أن يغادروا مع السلحة وسلاحهم الكامن وانه كجم حية في تنفيذ ستقبل
دمفهر ثم ذلك وغادروا

هؤلاء لما علمت بهم زملاء والده من الحربية الذين قضوا معه سنوات في السجن والرئيسيه
وهم من اعضاء الجيم السياسية ، وكانت بجوازطهم أسلم رؤساء مختلفهم .

وعلمت العين من مصادر عائليه ( تزال ) بأنه هناك تحركات لتطويق ما حدث وعدم تفاقمه وتحوله
الى انترك بين الجيم السياسية وبعضهم من اعاله ، وتمت عدة اتصالات مع بعض الشخصيات الوطنية
واجتماعي للجماعة العليا منعوا أنور لطرح الوجود جداً نا ما له واحد سعادات مسؤولين
الجيم السياسية وتم نقد عمال مسؤول الجيم في مناقش مختلطة اتجاهات له عائله نزال مختلفتن
نزوحها .

## خلفية عائلية :

تذكر بأنه أخت لطرح نزال متزوجه من فريبي ابن عم واشتكت لاخوان دائر لعدم خروجه
من السجن بأنه لعدمي عليه ، وأنه يعاني لهذا ضغط المنزل وهي جبارته من اخته اولادها ولهذا
لدتضيح الحق اكثر ، فتكد لها أخت لطرح الا تظل في نزل لعائلة والرجوع لزوجها ، واجرمت
مشادة بين أبيها (هكس ماضي ) وبين (نوح اخته) الذي تطاول على والده مما دعا والده لاخراج
اكلمه في خروج شبى أيام ، مما دعا المدعو ذيب واخيهم لانه يعبدوا على ابر الجمع لمنشاته .

## موقف الجيم السياسية :

تم نشر حكم واستشهاد لحادثة لاعتداء على رئيسهم المجر بالماضي روؤك نزال من
صحيفة بكية لصادرة لهذا السن ٢٢/٩/.. سم  وقدموا منع الاجراه لرئيسهم معاشيا لبعدهم .
وبذلك يتم السؤال حوالها عن خلفيات وسوة حياة فريبه ماني لكي لكون اخرى لحملة مورا
لاعتداء عليه من قبل الجيم السياسية وجهتهم ابر المدعو ذيب. ادعى في لاتفاصهم ابر لعبوة
ما يزعم الناس فيهما عملت وهمها بر وركان رسدكانص المواطن في سوق الجناد .

للعلم ولموضوع شيد بلماتهم
باختا

**Redacted**

07:000181

**CONFIDENTIAL**

بسم الله الرحمن الرحيم

تاريخ البحث ٤٤/١٨ ... س
السعة ( ليلة )
تاريخ وصول المعلومة : ٩/٢٥ ...
الساعة ٨,٤٥ صباحاً
تاريخ المباشرة ٩/٢٥
الساعة التاسعة صباحاً

حضرة المدير مهنتظم الله

تحية طيبة وبعد ~

الموضوع : متابعة الاعتداء على أبو نزال

استكمالاً طبقاً لموضوع ... علمت أجمع اليوم بأنه تم الهجوم من قبل المستوطنين على منزل محمد نزال والد أبو والد منزل خديجة نزال وهم الجرافات المعروفة ؛

١- أنور الخطيب
٢- عثمان داوود
٣- توفيق عوده
٤- كمال جبريل

وبعد ان توجهوا الى منزل أبو ... واستقوا الى مطالبه التي اخبرتهم في النقاط :

١- إنهاء الزواج بين ابنته والموسو ذبيح
٢- سيادة القانون للبنوء بالشكل والعنوان

سمجرية ثانية توجهت بجاههم الى منزل الرخ منير محمد واستقوا اليه جدول موقف الهجمة ساعادة وقد علمت أنر الموقف كان مهيئاً وقد انضم للجنة الرخ نضال حبايل والمرحوم ذهوا جميعاً للمرؤ لجبرتو الذي واقع على انه اخلوف ولله يبجر منها انشائه موجودان على ذمة الحدث وهما الحاج ورمير ماضي والمرحوم الروبغر .

Redacted
CONFIDENTIAL
07:000182

للعلم والموضوع لابو نزال مدير المتابعة
ماجن



Redacted

CONFIDENTIAL

07:000183

## الشباب والمجتمع

### تهنئة بسلامة العودة

غزة نبر البلح الحاج محمد نمراز ابو هادي وولداه المهندس هاني ورامي يتقدمون من عمهم

**عمر محمد نمران ابو راند**

بأجمل التهاني بمناسبة واجر التبريكات لمناسبة عودته الى ارض الوطن سالما وسيمضي اكثر من ٢٥ عاما عاملا وسهلا بك يا ابا راند وبين اهلك ومحبيك والحمد لله على السلامة

### تهنئة بالطيب يوسف محمود خليفة

يتقدم إكرام أبو اسرة وبأصدق التهاني والتبريكات من الصديق والزميل الدكتور محمود خليفة وسلامة حرمه لمناسبة المولود الجديد

**«الطيب يوسف»**

جعله الله من ابناء السلامة واقر به عيون والديه والف مبروك

### شكر وتقدير للدكتور خميس النجار

آل مكاوي في الوطن والخارج يتقدمون بوافر الشكر والتقدير الى

**الدكتور خميس النجار**

لرعايته الدائمة واهتمامه المتواصل بابنهم طيلة فترة علاجهم أدامه الله وودعه في جلبة ابناء شعبه وومأيده في ظل قيادة الرئيس ياسر عرفات آل مكاوي

### شجب واستنكار

تستنكر الجبهة الشعبية لتحرير فلسطين الاعتداء الجبان الذي تعرض له المناضل الأسير المحرر

**رائد موسى نزال**

وتؤكد الجبهة الشعبية ان هذه الممارسات خارجة عن عادات وتقاليد ابناء شعبنا وتطالب السلطة الفلسطينية واجهزتها الأمنية محاسبة كل من يثبت تورطه بهذا الاعتداء الجبان

### اعلان تصفية شركة

نابلس - تعلن شركة ديكور نابلس للمفروشات الأوروبية العادية العامة والمسجلة لدى مراقب الشركات تحت الرقم ٥٦٢١١٨٧٢٢ عن تصفية الشركة مع التزام الشركاء بأية التزامات تجاه الغير



### جامعة القدس المفتوحة

### اعلان ضمان كافتيريا

---

## ريز الحياة الديمقراطية

### ...ائية وتعزيزها بالكوادر

### مشروع قانون أصول المحاكمات المدنية والتجارية

### ...امة لمناقشة نظام الاقتراع

### ...ات مجلسها في شباط المقبل

---

07:000184

CONFIDENTI

### ...واحة السلام

بسم الله الرحيم

[نص مكتوب بخط اليد باللغة العربية - يصعب قراءته بوضوح]

07:000185

CONFIDENTIAL

عقد اجتماع السادة الثامنة مساء... في منزل السيد... لقبله حضره
... مايل + شاجر الرامي بالامانة الى بوضيته عودة + انور الدامي
... دادد من اجل حل الخلاف رتد اتفقر على تشكيل لجنة لدراسة الوضع
حولته من توضيه عودة + عثمان دادد + انور الدامي بالسليم مع مير
منيي للعمل على حل الخلاف وحسبه ما تمت ان... من عائلة... في ذلك
المعتقدين على انهم .
بعد ذلك عقد اجتماع في منزل سير... للعديد من كوادر الحركة لعقه
حيث قال الم سير... با... ما حدث هو شكله عائلية بين
اولاد د ماهن وبلاي من... العمل على الحياد خا... حنزه اعرضله .
ملاحظه :- الموضوع مير للشافعه .

Redacted                 للعلم

البند الذي اصدرته الجرو السفه اللوا... جريدة لكما خ...
حول الموضوع .



CONFIDENTIAL

07:000186

الموضوع : - متابعة الجرح الشعبي

التاريخ : عقد الأسبوع الماضي اجتماع للجرح الشعبي في المدينة والمحافظ

الأسبوع الماضي في مكتبة الجرح الشعبي من اجل انتخاب

حوث جديد للجرح في المحافظة .

وقد جرت الانتخابات وقد قام باعداد الاصوات المحررة والدكتور موسى حامل

حيث اهمي الامينة العامة في المحافظة للجرح الشعبي

وقد شاركت في الانتخابي ٤٥ عضو سجل للجرح الشعبي في المنطقة

حيرت الربا بينهم كما ذكرت في مكتبة الجرح الشعبي .

وسوف ازودكم بتقرير مفصل حول مجريات الاجتماع في حال الحصول

على معلومات .

**Redacted**

قد تم الاتصال بالأخ          من أجل تحديد تاريخ الاجتماع

المعلومات

٥ ٨ ٢ ٢ (١١

بسم الله الرحمن الرحيم

٢-٠/٨/١٢

الموضوع - إرفاق قيد --     المنطقة الاولى

لقد علمت صباح اليوم باحذ المفيق رائد هو سماه منه نزال قد رفض قيد له بناءا على استثمار من قائد المنطقة أبي اسامة وبعدها استدعيت يوم أمس البعض بوالدى --

علما بأن رائد مأمورية كان متستقلا على خلفية المشاكل الاخيرة وقمت بلم المدينة مؤخرا --- تربية أبناء المدينة والعزيز --- وهذا الكلام سيتم الكذاع بتاريخ ٢٨/٨/٠-٢ الاسبوع القادم

**Redacted**

**CONFIDENTIAL**

07:000188

بناءً على طلب الشيخ ابو غادي
تلفونياً

الرقم :- قنل/١١١/ع ٠٠٠

التاريخ :- ٨/ع/ع ٠٠٠

**السلطة الوطنية الفلسطينية**



رئيس السلطة الفلسطينية
المخابرات العامة
مدينة محافظات الضفة
محافظة قلقيلية

الاخ مدير المخابرات العامة / المحافظات الشمالية  حفظه الله

تحية الوطن وبعد ،،،

بناءً على الاتصال الهاتفي من الاخ ابو فادي بخصوص بحث امني عن " رائد موسى

ابراهيم نزال ( ماضي ) نفيدكم بما يلي :-

الاسم :- رائد موسى ابراهيم نزال ( ماضي )          العمر :- 35

الانتماء :- الجبهة الشعبية                          المهنة :- موظف حكومي /امن وطني

الحالة الاجتماعية :- متزوج                          المؤهل العلمي :- اعدادي

العنوان :- قلقيلية

*المذكور درس في مدراس قلقيلية وكان نشيط منذ صغره ضد قوات الاحتلال .

*المذكور سجن لدى قوات الاحتلال قبل الانتفاضة الاولى على خلفية امنية وحكم عليه

عدة سنوات .وخلال فترة اعتقاله اقم بقتل عملاء داخل السجن حيث حكم عليه لفترات

طويلة *المذكور خرج من السجن عام 1999 بعد ان امضى 14 عام .

*المذكور عضو لجنة مركزية في الجبهة الشعبية في المؤتمر العام  للجبهة .

*عمل المذكور مرافق للشهيد ابو علي مصطفى .

*المذكور مسؤول الجناح العسكري للجبهة الشعبية /قلقيلية .وهو شخص متهور .

*المذكور يعمل برتبة نقيب في الامن الوطني .( ولكن المذكور مفروز على الجبهة الشعبية .)

ومسلح

*المذكور له نشاط مميز في الاحداث الاخيرة في المدينة .حيث وضع حراسة ليلية على منزله

من قبل الجبهة اثناء عملية اقتحام مدينة قلقيلية .

07:000189

**CONFIDENTIAL**

*المذكور مطلوب لقوات الاحتلال .

*المذكور تم اعتقاله من قبل اللجنة الامنية في محافظة قلقيلية قبل عامين وذلك لمشاركته في مشكلة عامة .حيث تم حجزه لدى الشرطة في قلقيلية .

*المذكور متزوج من فتاة تدعى " فاطمة دعنا من العيزرية واصلها من الخليل / وتحمل بكالوريوس حقوق ، وهي نشيطة في الجبهة الشعبية ، حيث تعرف عليها رائد في المؤتمر العام للجبهة قبل عامين .حيث تعمل المذكورة في مركز جفرا النسوي للكمبيوتر / قلقيلية التابع للجبهة الشعبية .وغالبا ما تكون عريفة احتفالات الجبهة .وهي تحمل هوية القدس .

*والد المذكور يعمل بائع حليب والبان وتاجر ابقار .

= اشقاء المذكور :-

1- يوسف / 42 عام / جبهة شعبية / متزوج / توجيهي /سجين سابق لدى الاحتلال ( عدة مرات ) حاليا ليس له نشاط في الجبهة الشعبية / يعمل مع والده في بيع الالبان / يسكن في مدينة قلقيلية .

2- واصف / 40 عام / جبهة شعبية / متزوج من فتاة من بورين / نابلس / يعمل في رام الله مندوب مبيعات .واصف وزوجته من نشطاء الجبهة الشعبية ، ويسكن في رام الله .خريج جامعة بير زيت عام 1985 .

3- وصفية /45 عام / اربة بيت / جبهة شعبية بلا نشاط / متزوجة من ابن عمها رزق ماضي ، وزوجها يعمل في تربية الابقار وبيع الالبان ،وتسكن في مدينة قلقيلية ، ابنائها ينتمون الجبهة الشعبية .

4- شرين / 22 عام / جبهة شعبية /عزباء / خريجة جامعة بير زيت حديثا / تعمل حاليا في مركز جفرا النسوي للكمبيوتر / قلقيلية .

5- مها / جبهة شعبية / متزوجة من شخص من الخليل من عائلة جرادات ويسكنون في رام الله وكلاهما ينتمون للجبهة الشعبية ، وزوجها حاليا معتقل لدى السلطة .

6- سهى / متزوجة في منطقة الخليل / سعير / وتسكن حاليا مع زوجها في رام الله وزوجها من عائلة جرادات ، هي وزوجها منتمون للجبهة الشعبية .

07:000190

**CONFIDENTIAL**

صن

7- هي / من نشيطات الجبهة الشعبية / __38__ عام /يكالوريوس / متزوجة من احمد الراعي /
أحد مسؤولي الجبهة الشعبية / قلقيلية وسجين سابق لدى الاحتلال ( عدة مرات )
ويسكنون في مدينة قلقيلية .

للعلم واجراءاتكم .. لطفاً

مدير مخابرات محافظة قلقيلية



**CONFIDENTIAL**

07:000191

بسم الله الرحمن الرحيم

٢٠٠٤/٤/١٧

بحوث أمنية .

١) أحمد المالح ونزوجة

٥) مد واصف ، يوسف ونزوجاته

٣) نزوجة ﷺ والد الملك .

٤) أكبر مشقة المتوقع أن يتم الم
وبنادسم

سيدي أبي

الاشرف براهيم زالك (ساضه)

٢٥ سنة

الحالة الاجتماعية : متزوج

الوصف العام : اعتيادي

العمل : موظف

مكان : بالقرب مسكن ( د ) ( السوم )

ملاحظات :

الدكتور درس في مدارس تلقيديه ، تماه نشيم صفر صرف ضد الاحتلال
عند مسناته ، وخلال فترة مجنده اتهم بقتل عالم ... شهرة احسية ، وكان
لقت مسؤوليه ، الدكتور طرح سنة الدكتور ... ١٩٩٩ الدكتور تم تعريفه في الأدب العلمي ، ومهل رئيس نقيب ، الدكتور فتح
الدكتور لدياج ، سمكنت ايضاً في الجبهة الشعبية لانتا لها له ، الدكتور له عده اخوت
رفيمة احمد الرأى ، والانناء جبهة شعبية ، دشيهم في الجبهة الشعبية ، ولة
مع عده سنا ، مد الجبهة الشعبية ، اند شامى سلح حاليا.

مع أكد منذري بعفا ، مع مع الله الله

مع الاحترام

* المذكور دائماً يحيى السلاح .
* المذكور كان له شأن في في الأحداث الأخيرة وتواجده في اطلاق النار ونأخذ منه منذ 3 أيام وذلك بتاريخ ٢٤/١/٢ ت صاد أصبح هام
* المذكور صاحب المشرف على الحاجين بحيث حيث كانوا تلقوا السلاح .
دوا مدخنة و تطلق عليه الرصاص دائماً مع رائد و رشدا علواني
* المذكور له علاقة مع سام هاشم الصقيل صالحاً لدى الاحتلال
* المذكور له علاقة مع قسيم العدل والأخير عليه سلطة كبيرة وله ملف لدينا
* المذكور دائماً صاحب الأحداث الأخيرة وثناط صحبة وكله بنظام

**Redacted**

**CONFIDENTIAL**

07:000193

يتعاملن سنة بح من منتاة من بدرس وكهاد ثلابسها وهو وزدحته
من نشاط الشعبي وهو مجين سابعه .

اما بخصوص راث مرف متزوج من منتاة قدمى ثاميه د عنا من
العينسريب والاهل من الخليل و هم الذكورة يجا لورسى دعوهم
متد عرف عبرع راث انشاد مومت الجبرج الشعبي فا بدا إلى
بجل حوالي عاما دنصف وهب منشهلا بارزة فا الجبرج الشعبي
فا تلبله و نشاهدهى مدال + مرجوست رابي مزهارت شاهرد
ماهرابي من نشعار الشعبي + زف سيفنقد د الشي على معايات
بالحرج الشعبي و تشيدرك عادة مرينه حفل او مناسبات
والذكورة معها هوب القدس بزهقاي .

وبخصوصهم دانت مزو مهروف لديكم لهابيد محمر منذ حوالي
7 سنوات داما فا السبنذ مدة ٤ سنه لنشاطله فا الجبرج الشعبي
ومكانصوا د دصام السمرحماد مزال د دادشا الامه الوقاى فا علدلبه
بهننه محموعه داحدة ومزجا صذا السهد معها .
الذكر برائد بعير مزه نشعار الشعبي العسكر ى فا المدينه منشر محموعه
بوسنا + شاهرد ماهر رابي + محسيها مدل د فا انشى مشنعل + سام
بعنادى الذ بي المنزل فا مدة فا حلبه + فور شبا ندمزافنه منبر ضعنه
و الذكور رائد كانه على حلار الاذمه الوطلى برنجه فعنبب بعد انه
حنبا هذا السجن وسبلردانه كنذ رائد فا عاما لدى السلطله بعذ ثه
فور طا فا محاكل م سبابه منذ هو دمجومه من الدبن .
و الذكر مهروف انه متهور مبهطا .

والذكر بجلا باع حلبت واللبانذ دتاجر ابقار دبحرنه رائد فا
منزل دالدة هزب المسجد العنم .

١-

٢-

٣-

٤-

٥-

الاستشهاء

١-

٢-

07:000195

CONFIDENTIAL



CONFIDENTIAL

07:000197



07:000198

CONFIDENTIAL

CONFIDENTIAL

07:000199

٨٥٢٤

| | | | رقم الهوية/ ١ﺍ ٥٧ ٥ |
|---|---|---|---|
| صوره شخصيه | اسم الأب/ حوسى | | الاسم/ رائك |
| | اللقب/ نزال | | اسم الجد/ ابراهيم |
| | اسم الأم/ | | الاسم المعتاد/ رائك حامي |
| | مكان الميلاد/ | | تاريخ الميلاد/ |
| | البنيه/ | | الطول/ |
| اللون/ | لون الشعر/ | | لون العيون/ |
| ع، فارقه/ | اسم الزوجه/ | | الحالة الاجتماعية/ ١ عزيب |
| عدد الأولاد/ | المهنة/ تربيب الامقار | | التحصيل العلمي/ ١ ابتدائي |
| | المنطقة/ خلقلت | | المحافظة/ قلقيلي |
| | عنوان العمل/ خلقلت في بيت | | عنوان السكن/ مقابل ديوان الرشيد |
| | التهمه/ | | اسم الملف/ جبره سميع |
| هل اعتقل/ | نوع الجواز/ | | الجنسية الأصلية/ |
| رقم الجواز/ | | | ملاحظات:- |

- المذكور درس في جديد ....... المراطين الادبيه
- المذكور .......... سنة ١٩٨٥ ضمن حركة المربيين ......
- ...........
- ...........
- ...........
- ...........
- ...........

CONFIDENTIAL

07:000200

بسم الله الرحمن الرحيم

١٩٩٨/٧/٢

الموضوع ـ بحث أمني ـ

الاسم ـ رائد موسى ماضي

العمر ـ ...

السكن ـ شارع السبع ـ جانب ديوان ال...

العمل ـ موجود حاليا ...

المؤهل العلمي ـ اعدادي

الحالة الاجتماعية ـ أعزب

انتماء التنظيمي ـ ...

الاساس الاخلاقي ـ جيد

الاساس الأمني ـ جيد

* المذكور كان يعمل بشكل نشيط جدا قبل اعتقال ...
مجموعة عسكرية حليمي من عدد من الشباب وما ...
سلم الشيخ حامد نزال ...

* المذكور حكم عليه في سنوات حيث قام ...
جنينة صحية باعدام عمل حيث لم يبقى من المدة
المذكور الا ...

* المذكور متشبث في افكار الجبهة حيث كان لها ...
الشباب ...

* جميع افراد العائلة انتماء ... ... + والده

الأخ ...

**Redacted**

**CONFIDENTIAL**

07:000201



Inian National Authority
stry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم

بحث اجتماعي

الحالة : شهيد انتفاضة الاقصى

الاسم : رائد حسين ابراهيم نزال
الرقم المركزي : ١٥٩٤٨        الرقم المحلي : ١٠٢٦٨٠
المحافظة : سلفيت ديراستيا / بيتونيا
التاريخ : ٢٠٠٠/٥/٥

**CONFIDENTIAL**

أولاً : معلومات ذاتية :

الرقم المركزي : ــــــــ         الرقم المحلي : ــــــــ ٧٥٨

الاسم الحركي : ــــــــ         اسم الحالة : ــــــ رائد موسى ابراهيم نزال

رقم الهوية : ـــ ٥٧٤ ـــ         الجنسية : ـــــ فلسطيني

رقم الهوية : ـــ ٩٨٢ـــ         اسم المستفيد رباعي : ـــ فاطمة محمد راود دعنا
(الزوجة ، الأب ، الأم ، الأخ ، الأخت )

رقم هوية الأم : ــ محفوظ         اسم الأم كامل : ـــ نور رشيد عيسى هلال

رقم هوية الزوجة :٩٨٢٤٩ ـــ         اسم الزوجة : ـــ فاطمة محمد راود دعنا

البلد الأصلي : ـــ قلقيلية         تاريخ ومكان الميلاد : ـــ ٩٥٩١ / قلقيلية

الحالة الاجتماعية : ـــ متزوج         الجنس : ـــ ذكر         الديانة : ـــ اكسلام

العمل الحالي : ـــ         العمل السابق : ـــ الاجهزة الوطن

المؤهل العلمي : ـــ طالب جامعة

تاريخ ورقم كتاب الاعتماد : ـــــــ

تاريخ الاعتماد بالمؤسسة : ـــــــ

ثانياً : معلومات ادارية :

الرتبة التنظيمية : ـــــــ         الرتبة العسكرية : ـــ رائد         قائد

تاريخ : ـــــ         رقم : ـــــ         كتاب إعتماد الرتبة : ـــــــ

التعديلات : ـــــ         الحالي : ـــــ         تطورات المخصص السابق : ـــــــ

القطاع : ـــــ         التنظيم التابع له : ـــ الجهاد الجيش

تفرغاً : ـــ         عسكريا : ـــ         تنظيما : ـــ         تاريخ الالتحاق بالثورة : ـــــــ

الدورات التي اجتازها : ـــــــ

تاريخ ومكان الحادث : ـــ دورية امنــ قلقيلية

كيفية حدوث الحادث : ـــ يصيحوا نادط عيط لبس جلست كدنا يمنعوا ح
الى شحة

موجز سيرته الذاتية :

بلغ من عمره ٢٩ سنة كان هايا وأزبته ٩٠٨١٩ نريد كب
منزلا عسكريا كرد دخل الضابط يص الكنانة ائية
اكيفواس سود

مشترك : ـــــ         سكن الاسرة : ملك : ـــ ملك         ايجار : ـــــ

الإيجار الشهري : ـــ         العاهرة عازن

العنوان الكامل : ـــ قلقلت

اقرب تلفون جـ

07:000203

CONFIDENTIAL

ثالثاً : الجدول الأسري :   * متزوج - أعزب

٦- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | سلسل |
|---|---|---|---|---|---|---|---|
| تلقيلات | ارمله | صاحبه | لوالبه جامع | ٧٨ | زوجه | ناجيه محمد داود دينا | ١ |
| طبطل | طبطل | طبطل | طبطل | ١ب٠ت | ابنه | اسير رائد | ٢ |
|  |  |  |  |  |  |  | ٣ |
|  |  |  |  |  | • |  | ٤ |
|  |  |  |  |  |  |  | ٥ |
|  |  |  |  |  |  |  | ٦ |
|  |  |  |  |  |  |  | ٧ |
|  |  |  |  |  |  |  | ٨ |
|  |  |  |  |  |  |  | ٩ |
|  |  |  |  |  |  |  | ١٠ |
|  |  |  |  |  |  |  | ١١ |
|  |  |  |  |  |  |  | ١٢ |
|  |  |  |  |  |  |  | ١٣ |
|  |  |  |  |  |  |  | ١٤ |
|  |  |  |  |  |  |  | ١٥ |
|  |  |  |  |  |  |  | ١٦ |
|  |  |  |  |  |  |  | ١٧ |
|  |  |  |  |  |  |  | ١٨ |
|  |  |  |  |  |  |  | ١٩ |
|  |  |  |  |  |  |  | ٢٠ |
|  |  |  |  |  |  |  | ٢١ |

عدد المعالين : ............................. ٣

– المتزوج : الزوجات والابناء القصر : .زوجه.........ابنه....

– الاعزب : الوالدين والاخوة القصر : ...............................

ملاحظات على الجدول الاسري : ...............................

**CONFIDENTIAL**

07:000204

رئيس دائرة موسى غزال

**توصية القسم:**

نوصى اعتماده من سبئراء انقاض ١٣ وقص
ـ الشهيد ابن الجبهة الشعبية وكان مطلوب للقوات بشكل لذا لم يصمت
اثناء اجتياح لمنزله بتاريخ ١٩٦٤/١/٦

التوقيع ... التاريخ : ٢٠٠٤/١/٤٥ ...

**قرار مدير المؤسسة :**

( )

نقوقيع : ـ التاريخ :

**حساب المخصص :**

| المجموع بالدينار | صورة قصير | أم | أب | أولاد | روجة | اساسى |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات اخرى :

المجموع بالدينار :

المجموع بالشيكل :

**اعتماد المدير الـ ؟ :**

لذلك ... ستخلد الارض بسك بتاريخ ١٥ ٢٠٠٤/١ كالسلسلة سيدتوسى
سيخا يؤمن به الاصر الرامن

**ملاحظات التدقيق :**

التاريخ ٢٠٠٤/٦/٥ التوقيع

**ملاحظات المحاسب الآلي :**

التوقيع      التاريخ

CONFIDENTIAL

07:000205



دولـــــة فلســـــطين
الامن العام
هيئة التنظيم والادارة

| | | | |
|---|---|---|---|
| تاريخ الالتحاق | 1999/10/01 | بيان التدقيق الشامل | منهي خدماته |

**الاســـــــم:** رائد موسى ابراهيم نزال
**الرتبــــة:** 3/2 — **م.اجتماعية:** اعزب+٠ — **تاريخ الرتبة:** 2002/04/26
**الوحـــــدة:** مؤسسه رعاية اسر الشهداء والجرحى — **رقم الذاتية:**
**ملاحظـات ١:** اخذ بناء على تعليمات القائد العام — **تاريخ الميلاد:** 1969/06/01
**رقم الهوية:** 0574 — **الام:** فوزيه — **الرقم العسكري:** 2621
**رقم امر الالتحاق:** 10764/1 — **تاريخ امر الالتحاق:** 1999/10/13 — **مفرز الى:**

**الترقيـــــات**

من جندي: 1999/10/01 الى 6/2 — 1999/11/01 بالامر 11354/3 — 1999/10/25
من 6/2: 1999/11/01 الى 3/2 — 2002/04/26 بالامر 3679/3 — 2002/04/28 لاستشهاده

**ترقين القيد**

**النقـــــل**
نقل في 2002/04/27 من المقر العام / الشهداء / محافظات الشمال الى المقر العام / الشهداء / محافظات الشـ بالامر 3680/13 — 2002/04/28
بسبب يستمر صرف راتبه لصالح اسرته
نقل في 2009/07/01 من المقر العام / الشهداء / محافظات ا الى مؤسسه رعاية اسر الشهداء والجرحى بالامر 2742/7 — 2009/04/19
بسبب تعليمات الاخ الرئيس

**انهاء خدمات**
المنهي بتاريخ 2002/04/27 بسبب شهيد بالامر 3680/13 — 2002/04/28
الغاء الانهاء في بسبب بالامر

**إحالة للاستيداع**
**العـــــرف**
**متفرقات عن ضباط**
**متفرقات ضباط**
**عقوبـــــات**
**شبعة املية**

**CONFIDENTIAL**   07:000206



| Palestinian National Authority<br>Ministry of Detainees Affairs | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |
|---|---|

**البيانات الشخصية**

| | | | | | |
|---|---|---|---|---|---|
| رقم الملف | 442204 | | رقم الهوية | ▓574 | |
| الاسم | رائد | موسى | | | |
| مركز صرف | 23 | قلقيلية | العنوان | ابراهيم | نزال | تلفون | | تاريخ | 24/09/1999 | الجنس | ذكر |
| حالة زواجية | أعزب | | عدد الزوجات | 0 | عدد الابناء | 3 |

**البيانات المالية**

| | | | | | |
|---|---|---|---|---|---|
| اسم | موسى ابراهيم موسى نزال | | الهوية | ▓517 | | العنوان | | الوالد |
| اسم الوكيل | | | الهوية | 0 | | العنوان | | الوالد |
| البنك | 1 | القاهرة عمان | الفرع | 808 | | | |
| المخصص | 700 | | المتأخرات | 0 | بداية الاعتماد | 0 | نهاية | 09/09/1999 |

**بيانات الأسر**

| | | | | |
|---|---|---|---|---|
| تاريخ الأسر | 19/01/1986 | الحالة الاعتقالية | محكوم | الحكم يوم | 0 | شهر | 0 | سنة | 99 |
| العمل | 1 | غير محدد | تاريخ تحرر | 0 | تاريخ تحرر فعلي | 09/09/1999 |
| التنظيم | 999 | غير محدد | السجن | 1 | غير محدد | رقم كشف | 990902 |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 9 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 8 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 7 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 6 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 5 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 4 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 3 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 2 | 1999 |
| ▓ | 808 | القاهرة عمان | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 700 | 1 | 1999 |
| اجتماعية | و.شؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 12 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 11 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 10 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 9 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 8 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 7 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 6 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 5 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 4 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 3 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 2 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 500 | 1 | 1998 |
| اجتماعية | و.الشؤون | غير محدد | ▓517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 12 | 1997 |

07:000207

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 11 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 10 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 9 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 8 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 7 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 6 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 5 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 300 | 4 | 1997 |
| و.الشؤون | اجتماعية | غير محدد | 0517 | موسى ابراهيم موسى نزال | 0 | 0 | 0 | 900 | 3 | 1997 |
| | | | | | **0** | **0** | **0** | **15900** | | |

**CONFIDENTIAL**

07:000208

**Palestinian National Authority**
**Ministry of Detainees Affairs**



السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين

**البيانات الشخصية**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/09/1999 | **تاريخ** | ذكر | **الجنس** | 0 | **رقم الهوية** | | **551086** | **رقم الملف** |
| | **تلفون** | | | نزال | ابراهيم | موسى | راند | **الاسم** |
| | | كلقيلية | **العنوان** | | | كلقيلية | 23 | **مركز صرف** |
| 0 | **عدد الابناء** | 0 | **عدد الزوجات** | | | | آعزب | **حالة زواجية** |

**البيانات المالية**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **العنوان** | 0574 | **الهوية** | | راندموسى ابراهيم نزال | | **اسم** |
| | **العنوان** | 0 | **الهوية** | | | | **اسم الوكيل** |
| | | | **الفرع** | | غيرمحدد | 999 | **البنك** |
| 01/08/1999 | **نهاية** | 0 بداية الاعتماد | | 0 **المتأخرات** | | 9400 | **المخصص** |

**بيانات الأسر**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0 **سنة** | 0 **شهر** | 0 **الحكم يوم** | محرر | **الحالة الاعتقالية** | | | 0 | **تاريخ الأسر** |
| 0 | **تاريخ تحرر فعلي** | 0 | | **تاريخ تحرر** | | غيرمحدد | 1 | **العمل** |
| 990811 | **رقم كشف** | غيرمحدد | 1 | **السجن** | | غيرمحدد | 999 | **التنظيم** |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 574 | | | 0 | 0 | 9400 | 8 | 1999 |
| | | | | | | 0 | 0 | 0 | 9400 | |