# LOWELL DECL. EX. 7

**Translator's Notes for Translation of Bates 07:1081-T - 07:1082-T**

The organization name translated on these pages as "Martyrs' Families and Injured Care Establishment" would, more literally, be translated, "Foundation for the Care of the Families of Martyrs."

The former, and less literal, wording has been used in order to reflect the prevalence, in similar source documents, of the English-letter acronym "M's F.& I.C.E." alongside the Arabic wording used for foundations or funds that distribute monetary awards to the surviving family members of individuals who die or are injured in the course of conducting activities described, by these foundations or funds, as acts of martyrdom.

The wording used in the translation, here, provides a word-for-word English match to that common acronym (M's F. & I.C. E./Martyrs' Families and Injured Care Establishment), even though the acronym is not present in this translation's source text.

_____

|  |
|---|
| Emblem of the Palestinian National Authority |

**Palestinian National Authority**

**Martyrs' Families and Injured Care Establishment**

Date of Printing: May 2, 2013

---

**Personal Data**

**I.D. Card:** ▇1217  **Four-Part Name:** Sadeq Ahed Mahmoud Abdel Hafez  **Type of Document:** Palestinian I.D.

**Date of Birth:** ▇, 1983  **Ministry:** Qalqilya  **Gender:** Male

**Steps:**

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for Families of Martyrs | Unspecified | Unspecified | January 1, 2012 | |

**Increments and Deductions:**

| Code | Start Date | End Date | Value | Percentage or Amount | Reference | I.D. Number | Name of Beneficiary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Case Data:**

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Type of Award |
|---|---|---|---|---|---|
| Martyr | January 1, 2012 | | | Unspecified | |

**Beneficiaries' Data:**

| I.D. Number | Name | Start Date | End Date | Percentage/Value | Percentage Value | Number of Wives | Second Wife | Number of Children | Nature of Apportionment | Central Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ▇3896 | Ahed Mahmoud Abdallah Abdel Hafez | January 1, 2012 | | Percentage | 100 | 0 | 0 | 0 | No apportionment | 103196 |

| I.D. Number | Name | Start Date | End Date | Bank | Branch | Account Number | Central Number |
|---|---|---|---|---|---|---|---|
| ▇3896 | Ahed Mahmoud Abdallah Abdel Hafez | January 1, 2012 | | Bank of Palestine LTD | Bank of Palestine LTD/Qalqilya | ▇ | 103196 |

**CONFIDENTIAL**  07:001081-T

**Discontinuation Data:**

| Reason for Discontinuation | Start Date | End Date | Reason for Resumption |
|---|---|---|---|

**Stipend Data at the Bank:**

| Month | I.D. Number | Name | Stipend |
|---|---|---|---|
| November 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| December 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| January 1, 2013 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| February 1, 2013 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| October 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| January 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| February 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| March 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| April 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| May 1, 2012 | ███3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |

**Palestinian National Authority**

**Martyrs' Families and Injured Care Establishment**

Emblem of the Palestinian National Authority

Date of Printing: May 2, 2013

| | | | |
|---|---|---|---|
| June 1, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| July 1, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| August 1, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |
| September 1, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 |

**Accounting Stipend Data:**

| Month | I.D. Number | Name | Stipend | Differentials | Installment Payment | Reconciliation | Bank |
|---|---|---|---|---|---|---|---|
| January, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| January, 2013 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| February, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| February, 2013 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| March, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| March, 2013 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| April, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| May, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| June, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| July, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| August, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| September, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| October, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| November, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| December, 2012 | 3896 | Ahed Mahmoud Abdallah Abdel Hafez | 1400 | 0 | 0 | 0 | 1400 |
| | | | 21,000 | 0 | 0 | 0 | 21,000 |

**CONFIDENTIAL**     07:001082-T

Palestinian National Authority



السلطة الوطنية الفلسطينية

مؤسسة رعاية أسر الشهداء

02/05/2013   تاريخ الطباعة

## البيانــات الشخصيــة

| | | | | | |
|---|---|---|---|---|---|
| البطاقة الشخصية | ۱۲۱۷ | الاســم الرباعي | صادق عاهد محمود عبد الحافظ | نوع الوثيقة | هوية فلسطينية |
| تاريخ الميــلاد | ۱۹۸۳ | الــوزارة | قلقيلية | الجنس | ذكر |

### الدرجـــات

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | ٠١/٠١/٢٠١٢ | |

### العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|

### بيانــات الحالة

| نوع الحــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | ٠١/٠١/٢٠١٢ | | · | | غير محدد |

### بيانــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| ۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ٠١/٠١/٢٠١٢ | | نسبة | ۱۰۰ | · | · | · | لا يوجد قسمة | ۱۰۳۱۹٦ |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| ۳۸۹٦ | عاهد محمود عبد الله عبد ال | ٠١/٠١/٢٠١٢ | | بنك فلسطين المحدود | بنك فلسطين المحدود / قلقيلية | | ۱۰۳۱۹٦ |

### بيانــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|

### بيانــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| ١/١١/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/١٢/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠١/٢٠١٣ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٢/٢٠١٣ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/١٠/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠١/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٢/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٣/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٤/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٥/٢٠١٢ | ۹۰۰٦۹۳۸۹٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |

| | | | | |
|---|---|---|---|---|
| Palestinian National Authority | | | | السلطة الوطنية الفلسطينية |
| | | | | مؤسسة رعاية أسر الشهداء |
| 02/05/2013 | تاريخ الطباعة | | | |

| | | | | | |
|---|---|---|---|---|---|
| ١٤٠٠ | | | | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١/٠٦/٢٠١٢ |
| ١٤٠٠ | | | | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١/٠٧/٢٠١٢ |
| ١٤٠٠ | | | | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١/٠٨/٢٠١٢ |
| ١٤٠٠ | | | | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١/٠٩/٢٠١٢ |

بيانـــــــات الراتب الاحتساب

| البنك | تسوية | التقسيط | الفروقات | الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|---|---|---|---|
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠١/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠١/٢٠١٣ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٢/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٢/٢٠١٣ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٣/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٣/٢٠١٣ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٤/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٥/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٦/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٧/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٨/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ٠٩/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١٠/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١١/٢٠١٢ |
| ١٤٠٠ | ٠ | ٠ | ٠ | ١٤٠٠ | عاهد محمود عبد الله عبد الحافظ | ٣٨٩٦ | ١٢/٢٠١٢ |
| ٢١٠٠٠ | ٠ | ٠ | ٠ | ٢١٠٠٠ | | | |

CONFIDENTIAL