# LOWELL DECL. EX. 11

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
Case No. 18-Civ. 12355
-------------------------------------x
SHABTAI SCOTT SHATSKY, individually
and as personal representative of the
Estate of Keren Shatsky, J ANNE
SHATSKY, individually and as personal
representative of the Estate of Keren
Shatsky, TZIPPORA SHATSKY SCHWARZ,
YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN,
MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY,
GINETTE LANDO THALER, individually and
as personal representative of the
Estate of Rachel Thaler, LEOR THALER,
ZVI THALER, ISAAC THALER, HILLEL
TRATTNER, RONIT TRATTNER, ARON S.
TRATTNER, SHELLEY TRATTNER, EFRAT
TRATTNER, HADASSA DINER, YAEL
HILLMAN, STEVEN BRAUN, CHANA
FRIEDMAN, ILAN FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL FRIEDMAN, ZVI
FRIEDMAN, and BELLA FRIEDMAN,

                    Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINE AUTHORITY(a/k/a "The
Palestinian Interim Self-Government
Authority" and/or "The Palestinian
National Authority"),
                    Defendants.
-------------------------------------x

        Videotaped Deposition of 30(b)(6)

Witness, FARID GHANNAM, (with all parties

participating remotely), on Thursday,

July 29, 2021, commencing at 7:33 a.m.,

before Roberta Caiola, a Professional Court

Reporter and a Notary Public.

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1    A P P E A R A N C E S:

 2
      For the Plaintiffs:
 3    ESZTER VINCZE, ESQ.
      MELISSA MAXMAN, ESQ.
 4    RONALD F. WICK, ESQ.
      (Admitted Pro Hac Vice)
 5    COHEN & GRESSER, LLP
      2001 Pennsylvania Avenue, NW
 6    Suite 300
      Washington, DC 20006
 7    mmaxman@cohengresser.com
      evince@cohengresser.com
 8

 9    STEPHEN M. SINAIKO, ESQ.
      COHEN & GRESSER, LLP
10    800 Third Avenue
      New York, NY 10022
11

12    For the Defendants:
      MITCHELL R. BERGER, ESQ.
13    GASSAN A. BALOUL, ESQ.
      JOSEPH ALONZO, ESQ.
14    SALIM KADDOURA, ESQ.
      SQUIRE PATTON BOGGS
15    2550 M Street NW
      Washington, DC 20037
16    gassan.baloul@squirepb.com
      mitchell.berger@squirepb.com
17    joseph.alonzo@squirepb.com

18
      Also Present:
19    Mordechai Haller
      Simek Shropshire, Paralegal
20    Cohen & Gresser
      Arabic-Hadeer Al Amiri, The Interpreter
21    Corey Wainaina, The Videographer

22

23

24

25
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                        INDEX

2     EXAMINATION OF FARID GHANNAM                  PAGE

3     FARID GHANNAM    BY MS. VINCZE                  7

4

5                    E X H I B I T S

6     EXHIBITS              DESCRIPTION             PAGE

7     Exhibit 1  30(b)(6) Notice dated June 16,    24

8                 2021

9     Exhibit 2  Document Bates stamped            45

10                Shatsky-JD00012 through

11                Shatsky-JD00249

12    Exhibit 3  Document Bates stamped            61

13                Shatsky-JD00113 through

14                Shatsky-JD00117

15    Exhibit 4  Document Bates stamped            74

16                Shatsky-JD00977 through

17                Shatsky-JD00990

18

19

20

21

22

23

24

25

Farid Ghannam 30(b)(6)
July 29, 2021

```
 1                Farid Ghannam

 2          THE VIDEOGRAPHER:  Good

 3      morning, everyone.  We are now on the

 4      record.  Participants should be aware

 5      that this proceeding is being

 6      recorded and, as such, all

 7      conversations held will be recorded,

 8      unless there is a request and

 9      agreement to go off the record.

10          This is the remote video

11      recorded deposition of Farid Ghannam.

12      Today is Thursday, July 29, 2021.

13      The time is now 11:32 UTC time.  We

14      are here in the matter of Shatsky

15      versus PLO.

16          My name is Corey Wainaina,

17      remote video technician on behalf of

18      U.S. Legal Support, located at 90

19      Broad Street, New York, New York.  I

20      am not related to any party in this

21      action, nor am I financially

22      interested in the outcome.  At this

23      time, will the reporter, Roberta

24      Caiola, on behalf of U.S. Legal

25      Support, please enter the statement
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                 Farid Ghannam

 2          for remote proceedings into the

 3          record.

 4                 THE COURT REPORTER:  The

 5          attorneys participating in this

 6          deposition acknowledge that I am not

 7          physically present in the deposition

 8          room and that I will be reporting

 9          this deposition remotely.

10                 They further acknowledge that,

11          in lieu of an oath administered in

12          person, I will administer the oath

13          remotely, pursuant to executive order

14          number 202.7 issued by Governor Cuomo

15          on March 19, 2020.

16                 The parties and their counsel

17          consent to this arrangement and waive

18          any objections to this manner of

19          reporting.  Please indicate your

20          agreement by stating your name and

21          your agreement on the record.

22                 MS. VINCZE:  Eszter Vincze for

23          Cohen & Gresser.  We represent

24          plaintiffs.  We agree.

25                 MR. BERGER:  This is Mitchell
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2           Berger, Squire Patton Boggs on behalf

 3           of defendants, and we agree.

 4     ARABIC-HADEER AL AMIRI, called as the

 5     official interpreter, having been duly

 6     sworn (by Roberta Caiola) to translate

 7     questions from English to Arabic and

 8     answers from Arabic to English, translated

 9     as follows:

10     FARID GHANNAM, called as a witness, having

11     been duly sworn (through the interpreter)

12     by a Notary Public of the State of New

13     York, testified as follows:

14                    MS. VINCZE:  Before we begin

15           with Mr. Ghannam, just one

16           housekeeping measure.  Since we are

17           here remotely during the COVID-19

18           pandemic, we would ask that

19           defendants confirm that, pursuant to

20           Rule 30(b)(4) of the Federal Rules of

21           Civil Procedure, that today's

22           deposition may be taken by video

23           conference as we're proceeding.

24                    Pursuant to Rule 29, the

25           parties also stipulate that
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1              Farid Ghannam

 2        Ms. Caiola is an appropriate officer

 3        before whom this deposition may be

 4        taken, even though the witness is in

 5        Jordan and Ms. Caiola is located in

 6        New York.  Do we agree?

 7              MR. BERGER:  This is Mitchell

 8        Berger on behalf of defendants.  We

 9        agree.

10              MS. VINCZE:  Thank you.

11   EXAMINATION

12   BY MS. VINCZE:

13        Q.    Good morning, Mr. Ghannam.

14   Thank you for coming here today.  My name

15   is Eszter Vincze.  I'm here representing

16   plaintiffs in this case and I will be

17   asking you some questions today and

18   tomorrow.  Before I do so -- pardon?

19              (Pause in proceedings.)

20              -- I just want to go through

21   some ground rules so that you know what to

22   expect today.

23              Please state your name and

24   address for the record.

25        A.    My name is Farid Ahmed Abed
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    Hafez Ghannam.  I live in Palestine,

 3    Ramallah.

 4          Q.    What is your occupation and

 5    title?

 6          A.    My occupation is the Deputy of

 7    the Minister of Finance, and my title is

 8    A1.

 9          Q.    Have you ever had your

10    deposition taken before?

11          A.    No.

12          Q.    So I'm going to go over the

13    process with you, so that we're all on the

14    same page.  Is that all right?

15          A.    Yes.

16          Q.    Do you understand that you are

17    testifying under oath?

18          A.    Yes.

19          Q.    The court reporter will be

20    transcribing everything we say today.  To

21    make sure that the record is accurate, and

22    especially since this deposition is taking

23    place via remotely, in light of the

24    COVID-19 pandemic, it is important that we

25    do not speak over each other, so that only
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                 Farid Ghannam

 2    one person speaks at a time.

 3              Please wait until I finish my

 4    questions before you start answering them,

 5    and I will wait until you finish your

 6    answer before I ask another question.  Is

 7    that understood?

 8         A.    Yes.

 9         Q.    It is also important for you to

10    respond to questions verbally.  For

11    example, nodding your head can't be

12    transcribed.

13         A.    Yes.

14         Q.    If you do not understand a

15    question, please let me know.  I will try

16    to rephrase it for you.  But, if you answer

17    a question, I will assume that you

18    understood my question.  Okay?

19         A.    Yes.

20         Q.    Thank you.  Now, your counsel

21    may object to my questions, but unless your

22    counsel instructs you not to answer a

23    question, you should go ahead and answer my

24    question, even though there was an

25    objection.  Is that understood?
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                     Farid Ghannam

 2          A.     Yes.

 3          Q.     I may take periodic breaks

 4    during the deposition.  If you need a

 5    break, please let me or your attorney know,

 6    and I will do my best to accommodate your

 7    request.  However, if a question is

 8    pending, I ask that you answer the question

 9    first before we take a break.  All right?

10                 MR. BERGER:  By counsel, before

11            he answers that, and consistent with

12            the local rules, he's going to say

13            yes for that, save for the exception

14            of any break we need to take to

15            confer over potential questions of

16            privilege before he answers.  You may

17            answer.

18          Q.     Do you remember the question,

19    Mr. Ghannam?

20          A.     Yes.

21          Q.     And, did you understand what I

22    had to say about breaks?

23          A.     Yes.

24          Q.     We're going to show you a lot

25    of documents today.  If at any time you
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam

 2   need to see more of the document than is on

 3   the screen, then please let me know and we

 4   will try to accommodate that.  Okay?

 5        A.    Yes.

 6        Q.    Mr. Ghannam, do you speak

 7   English?

 8        A.    I don't master English

 9   speaking.

10        Q.    Do you speak some degree of

11   English?

12        A.    I cannot speak or express

13   myself in the English language.

14        Q.    Do you understand English?

15        A.    I don't speak the English

16   language well.

17        Q.    Is there any reason you can't

18   testify truthfully today?

19        A.    There is no reasons.

20        Q.    Is there any reason you can

21   think of as to why you would not be able to

22   answer my questions today fully and

23   accurately?

24        A.    There is no reasons.

25        Q.    Now, when I ask you questions,
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2   I will be using shorthand for some terms.

3   For example, when I refer at times to

4   "defendants," I mean both the Palestinian

5   Authority and the Palestine Liberation

6   Organization.  Do you understand?

7        A.   Yes.

8        Q.   And I will be referring to the

9   Palestinian Authority as the PA sometimes.

10  Do you understand that?

11       A.   Yes.

12       Q.   And I will be referring to the

13  Palestinian Liberation Organization as the

14  PLO sometimes.  Do you understand that?

15       A.   Yes.

16       Q.   Thank you.  Let's briefly

17  review your educational background.  What

18  is your highest level of education?

19       A.   The highest level of education

20  that I obtained is a master's degree in

21  financial science and banking, and now I'm

22  studying the Ph.D.

23       Q.   And where did you receive that

24  master's degree?

25       A.   In the Islamic University in

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2      Gaza.
 3           Q.    Where are you studying for your
 4      Ph.D.?
 5           A.    Can you repeat the question?
 6                 THE INTERPRETER:  This is the
 7            interpreter.  I will repeat the
 8            question.
 9           Q.    Where are you studying for your
10      Ph.D.?
11           A.    I registered in Morocco, in
12      Mohamed Al Khamis Universiti.
13           Q.    Do you have any licenses, any
14      professional licenses?
15           A.    Yes.
16           Q.    What are those licenses?
17           A.    A license in the financial
18      sciences and banking.  Also, a license to
19      teach in the science, financial science in
20      the university.
21           Q.    And do you teach at the
22      financial -- at the university?
23           A.    I taught in Birzeit University
24      for four years, the financial science and
25      banking.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                     Farid Ghannam
 2              MR. BALOUL:  This is an
 3        objection to the translation.  It's
 4         not banking.  It's accounting.
 5              THE INTERPRETER:  Accounting.
 6        Q.    What courses did you teach?
 7        A.    It's general financing.
 8        Q.    Do you have a bachelor's
 9   degree?
10        A.    Yes.
11        Q.    Where is your bachelor's degree
12   from?
13        A.    From Alexandria University from
14   Egypt.
15        Q.    And when did you obtain that
16   bachelor's degree?
17        A.    1983.
18        Q.    And when did you begin your
19   master's program?
20        A.    I started studying for the
21   master's degree in 2002.
22        Q.    And when did you obtain your
23   master's degree?
24        A.    In 2006.
25        Q.    Do you have any professional
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2     certifications?

3          A.    Other than the certificate

4     concerning the financial sciences and

5     accounting, I don't have any other

6     certificates.

7          Q.    You have been designated to

8     testify on behalf of both the PA and the

9     PLO, correct?

10         A.    Yes.

11         Q.    Do you have a formal position

12    within the PA?

13         A.    Deputy of the Finance, Minister

14    of Finance.

15         Q.    Do you hold any other titles

16    within the PA?

17         A.    I'm a member in multiple

18    organizations in the Palestinian Authority.

19         Q.    What are those organizations?

20              THE INTERPRETER:  This is the

21         interpreter.  I'm going to ask the

22         respondent to say them one by one.

23         A.    The Alliance for Industrial

24    Cities.

25              (Court reporter clarification.)

```
                    Farid Ghannam  30(b)(6)
                         July 29, 2021
```

```
 1                      Farid Ghannam
 2                 THE INTERPRETER:  The Affairs
 3        of Industrial Cities.
 4        A.    The Affairs of the Water
 5   Authority.  The Employment Palestinian
 6   Authority.
 7        Q.    Is that -- are there any other
 8   organizations of which you are a member
 9   within the PA?
10                 THE INTERPRETER:  So this is
11        interpreter.
12                 (Clarifying.)
13        A.    The Finance Palestinian
14   Authority.
15        Q.    Are there any other
16   organizations, besides the ones that you
17   have listed within the PA, of which you are
18   a member?
19        A.    No.
20        Q.    What do you do for the Alliance
21   for the Affairs of Industrial Cities?
22        A.    I work as a member of the
23   regulatory committee in this institute.
24        Q.    And what do you do for the
25   Affairs of the Water Authority?
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam

 2        A.    The same function.  A member in

 3    the...

 4        Q.    A member in the what?

 5        A.    The same function.  A member in

 6    the organization's affair.

 7             MS. VINCZE:  This is a question

 8         for the interpreter.  Did he -- did

 9         he say -- can you repeat what he said

10         to me again, please?

11             THE INTERPRETER:  Yes, ma'am.

12         It's the same function.  It's a

13         member in the organization affairs.

14        Q.    What do you do in the

15    employment PA?

16        A.    I work as a member in the

17    organization's committee.

18        Q.    And what do you do for the

19    finance PA?

20        A.    I'm a member in the

21    organization's committee.

22        Q.    What is the Alliance of the

23    Affairs of Industrial Cities?

24        A.    I work in the industrial cities

25    as a member.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam
 2       Q.    Yes, but what is the
 3   organization?
 4       A.    This is a committee to
 5   encourage the industrial sector and put it
 6   in a position to have privilege, financial
 7   privileges.
 8       Q.    And what is the Water
 9   Authority?
10       A.    It organizes the function of
11   water in Palestine.
12       Q.    And what is the Employment
13   Authority?
14       A.    It regulates the Palestine
15   employment, whether inside or outside.
16       Q.    And what is the Finance
17   Authority?
18       A.    It's a substitute for the Satal
19   (phonetic) Palestinian Bank.
20       Q.    And how does that organization
21   relate to the Ministry of Finance?
22       A.    It has a strong relationship to
23   the Ministry of Finance.
24       Q.    Is it separate from the
25   Ministry of Finance?
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2        A.     The Finance Authority is the
 3   one that is separate from the Ministry of
 4   Finance.  The other organizations are
 5   within the other ministries, and it has a
 6   separate budget.
 7        Q.     As Deputy Minister of Finance
 8   who do you report to?
 9        A.     The Minister of Finance.
10        Q.     Who is that?
11        A.     Shukri Bishara.
12        Q.     Do you report to anybody else?
13        A.     For me, it's only the Minister
14   of Finance.
15        Q.     What responsibilities come with
16   your current position?
17        A.     To have the Minister of Finance
18   regulating the financial affairs.
19        Q.     For how long have you held this
20   position?
21        A.     Approximately four years.
22        Q.     And what did you do before you
23   began working in this position?
24        A.     The general director of the
25   Palestinian budget.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam

2        Q.    Was that also within the

3   Ministry of Finance?

4        A.    Yes.

5        Q.    And what did you do before you

6   were general director of the Palestinian

7   budget?

8        A.    The deputy of the general

9   director of the budget, financial budget.

10        Q.    And what did you do before you

11   began working in that position?

12        A.    Main accountant in the -- main

13   accountant in the general directorate.

14        Q.    The general directorate is

15   within the PA?

16        A.    Yes.

17        Q.    And what did you do before

18   that?

19        A.    I worked as a sub-accountant in

20   the general directorate and the budget,

21   financial budget.

22        Q.    And what did you do before

23   that?

24        A.    I was working as an accountant

25   in the U.S.A.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2        Q.     How long have you been working

 3   for the PA?

 4        A.     25 years.

 5        Q.     For those 25 years did you hold

 6   any title, other than the ones that you

 7   just listed for me as we were going through

 8   your past employment?

 9        A.     I didn't work in any positions,

10   other than the ones that I have mentioned

11   to you.

12        Q.     In your current position, are

13   there any particular aspects of the work of

14   the Ministry of Finance that are directly

15   within your purview?

16        A.     Within my purview what?

17        Q.     Are there any particular

18   subdivisions of the Ministry of Finance

19   that report to you, for example?

20        A.     As a deputy in the Ministry of

21   Finance, I follow up with all the

22   subdivisions of the Ministry of Finance.

23        Q.     As a deputy of the Ministry of

24   Finance, are you engaged in any particular

25   work that the Ministry of Finance does
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    internationally?
 3        A.    I follow up with the European
 4    Union, the Palestinian European Union
 5    financial affairs.
 6                THE INTERPRETER:  So just to
 7         clarify the second.  This is the
 8         interpreter.
 9             (Clarifying.)
10        A.    The international finance
11    committee.
12                MR. BALOUL:  Objection to the
13         translation.  It's the IMF.
14        Q.    Do I understand correctly that
15    you work with the European Union and the
16    IMF?
17        A.    I follow up with the -- the
18    financial -- the affairs of the Ministry of
19    Finance, with both of them.
20        Q.    And about how much of that
21    is -- following up with the financial
22    affairs of the European Union and the IMF,
23    about how much of that is the work that you
24    do for the Ministry of Finance compared to
25    the other work that you do for the Ministry
```

Farid Ghannam  30(b)(6)
July 29, 2021

1              Farid Ghannam

2    of Finance?

3          MR. BERGER:  Excuse me.  I'm

4       going to object to the excessive

5       background questioning.  This is a

6       30(b)(6), not a 30 (b)(1) deposition,

7       but you may answer.

8       A.    My main job is within the

9    Ministry of Finance.  These other

10   responsibilities require much less time

11   needed than needed in the Ministry of

12   Finance.

13      Q.    Do I understand correctly that

14   you once worked for USAID?

15      A.    Yes.

16      Q.    When did you work for USAID?

17      A.    In 1995, with the company Louis

18   Berger, as a contractor for the USAID.

19      Q.    Where were you stationed for

20   that work?

21      A.    In Gaza, Palestine.

22      Q.    Is it fair to say that you've

23   worked for USAID or the Palestinian

24   Authority at all times from 1995 to the

25   present?

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2       A.    Yes, I worked with the

3    Palestinian Authority from 1996 up until

4    now.

5       Q.    Do you hold any titles within

6    the PLO?

7             THE INTERPRETER:  So this is

8        the interpreter speaking.

9             (Clarifying.)

10      A.    Only to regulate the allowances

11   for the embassies outside with the PLO.

12      Q.    And for that work, do you have

13   a formal position within the PLO?

14      A.    No.

15      Q.    For that work, do you report to

16   somebody within the PLO?

17      A.    No.

18            MS. VINCZE:  Can I ask you to

19        please pull up tab 1 onto the screen.

20        We are marking this as our next

21        deposition exhibit.

22            (Exhibit 1, 30(b)(6) Notice

23        dated June 16, 2021, marked for

24        identification.)

25      Q.    Can you see the document,

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    Mr. Ghannam?

 3         A.    Yes, I do.

 4              MS. VINCZE:  This is Exhibit

 5         Number 1.  For the record, this is

 6         the 30(b)(6) Notice dated June 16,

 7         2021.

 8              MR. BERGER:  Do you have an

 9         Arabic translation?

10              MS. VINCZE:  No.

11         Q.    Do you recognize this document,

12    Mr. Ghannam?

13         A.    Yes.

14         Q.    What is it?

15         A.    This document was presented to

16    me, translated into Arabic by the

17    attorneys, concerning some synonyms, and I

18    read it.

19         Q.    When did you first see it?

20         A.    I saw this document about a

21    month ago.

22         Q.    And do I understand it

23    correctly that you were shown this document

24    by your attorneys?

25         A.    Yes.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2         Q.    Are you appearing today
 3    pursuant to this notice?
 4         A.    Yes.
 5         Q.    Are you aware that you are here
 6    to testify on behalf of the PA?
 7         A.    Yes.
 8         Q.    Who designated you to testify
 9    on behalf of the PA?
10         A.    The Minister of Finance.
11         Q.    Are you aware that you are also
12    here to testify on behalf of the PLO?
13         A.    Yes.
14         Q.    Who designated you to testify
15    on behalf of the PLO?
16         A.    The Minister of Finance.
17         Q.    Have you read the deposition
18    topics on pages 2 through 3?
19         A.    Yes.
20         Q.    Topic 1 asks for testimony
21    regarding any payments made by defendants,
22    directly or indirectly, after April 18,
23    2020 to any individual -- pardon me --
24    payments made by defendants directly --
25    withdraw the question.
```

Farid Ghannam 30(b)(6)
July 29, 2021

```
1                      Farid Ghannam

2                Topic 1 asks for testimony

3     regarding "any payments made by defendants,

4     directly or indirectly, after April 18,

5     2020 to any family member of any individual

6     following such individual's death while

7     committing any of the specified attacks,

8     including the reason for such payments."

9                Correct?

10         A.    Yes.

11         Q.    Are you the person most

12    knowledgeable about this topic with respect

13    to the PA?

14         A.    Yes.

15         Q.    Are you the person the most

16    knowledgeable about this topic with respect

17    to the PLO?

18         A.    Yes.

19         Q.    Do you have direct knowledge of

20    this topic?

21         A.    Yes.

22         Q.    How do you have direct

23    knowledge of this topic?

24         A.    All the payments that are made

25    to the families of the detainees and
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    martyrs, whether it's inside or outside,
 3    goes through the Minister of Finance.
 4              MR. BALOUL:  Objection to --
 5         this is Gassan Baloul.  Objection to
 6         the translation.  He did not say
 7         detainees.  He said all payments,
 8         period.  No detainees.
 9              THE INTERPRETER:  This is the
10         interpreter.  He said both.
11              (Cross-talk in Arabic.)
12              MR. BERGER:  Why don't we have
13         him repeat the answer, and maybe this
14         time he'll give us a little bit more.
15              MS. VINCZE:  Mr. Berger, I'm
16         going to repeat the question, and
17         then we will have the answer.  All
18         right?
19         Q.    Now, how do you have direct
20    knowledge of this topic?
21         A.    All the payments that is made
22    to the families of the wounded and martyrs,
23    whether inside or outside, goes through the
24    Ministry of Finance.
25              MS. VINCZE:  A quick question
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam

 2          for the interpreter.  All the

 3          payments made to the families of the

 4          wounded and the what?

 5               THE INTERPRETER:  The martyrs.

 6               MS. VINCZE:  Martyrs?

 7               THE INTERPRETER:  Yes.

 8               MS. VINCZE:  Thank you.

 9               (Court reporter clarification.)

10        Q.    Mr. Ghannam, how did you

11   prepare for today's deposition regarding

12   this topic?

13        A.    After being designated to

14   testify in this matter, I formed a group of

15   employees to try, within my accumulative

16   experience for a long time in the Ministry

17   of Finance, to gain and to let them obtain

18   the much possible detailed information

19   about this matter, as you requested.

20        Q.    Who was in that group of em --

21        A.    Can I continue?

22               MS. VINCZE:  I withdraw the

23          question.  Please continue,

24          Mr. Interpreter.

25        A.    I did call the deputy of the
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                      Farid Ghannam
 2     Families of Martyrs and Wounded Alliance --
 3     Affairs and we formed a team of work,
 4     including the legal person and the other
 5     representatives to form a working team to
 6     collect this information.
 7          Q.    Who is the deputy of the
 8     Families of Martyrs and Wounded Affairs?
 9          A.    Mr. Khaleb Jabern.
10                THE COURT REPORTER:  Can you
11          please spell that for me?
12                THE WITNESS:  K-h-a-l-e-b,
13          J-a-b-e-r-n.
14          Q.    Who was in that group of
15     employees?
16          A.    The group of employees in the
17     Ministry of Finance, Ms. Fida Abu-Ahmed,
18     the legal consultant and Mr. Tarek Umar, as
19     an accountant.  And Mr. Mohammad Hamasha as
20     a director of the IT for Saravese.  And the
21     other group in the Martyrs and Wounded
22     Affairs is Ms. Salim Nasser and Mr. Sula
23     Manatek (phonetic).  Salim -- Ms. Salim
24     Nasser and Mr. Sula Manatek.  Also, the
25     Wounded and Martyrs Affairs outside,
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam
 2    Ms. Abdul Hamdan.
 3        Q.    What are the positions of the
 4    people you have listed from the Martyrs and
 5    Wounded Affairs?
 6        A.    They are the people responsible
 7    for the files in the Martyrs and Wounded
 8    Affairs in Ramallah, and they also
 9    following up with all the files in the
10    western district and Gaza.
11              (Court Reporter clarification.)
12              THE INTERPRETER:  And the ones
13         who is following up with all the
14         files in the western district and
15         Gaza.
16              MR. BALOUL:  Excuse me.
17         Another objection to the translation.
18         West Bank and Gaza.
19        Q.    What is Ms. Nasser's position
20    within the Martyrs and Wounded Affairs?
21        A.    She is responsible for the
22    files.
23        Q.    Does she have a title?
24        A.    This is her title in the
25    organization, responsible for the files,
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2     and accountant.
 3          Q.    And what is Mr. Salaman's
 4     position within Martyrs and Wounded
 5     Affairs?
 6          A.    The same title for Ms. Salim.
 7               MS. VINCZE:  Pardon.  Can you
 8          repeat that, Mr. Interpreter?
 9               THE INTERPRETER:  Sure, madam.
10          The same title.
11          Q.    And is that -- is -- I'm going
12     to mispronounce this name.  Is the last
13     person you listed, did he have the same
14     title as well?
15          A.    Ms. Abdul Hamdan is an
16     accountant and also responsible for files.
17          Q.    And she is also an employee of
18     Martyrs and Wounded Affairs?
19          A.    Yes.
20          Q.    Other than Ms. Nasser, Mr. Slay
21     man, Ms. Hamdan and the deputy of the
22     Families of Martyrs and Wounded Affairs,
23     did you speak to anybody else from Martyrs
24     and Wounded Affairs in preparation for this
25     deposition?
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2         A.    No.

 3         Q.    And you also mentioned a legal

 4    consultant.  Did I hear that right?

 5         A.    Yes.

 6         Q.    Who does that legal consultant

 7    work for?

 8         A.    For the Ministry of Finance.

 9         Q.    How many times did you meet

10    with this group from the Ministry of

11    Finance, the legal consultant and the

12    ministry of -- sorry, pardon me -- and

13    Martyrs and Wounded Affairs?

14         A.    More than five times.

15         Q.    And what did you do at those

16    meetings?

17         A.    We were collecting these files

18    that you requested, and making sure that

19    the payment is still continuous with the

20    Ministry of Finance on and after April 18,

21    2020.

22         Q.    What did you discuss at these

23    meetings?

24         A.    We were collecting all the data

25    through the computer for all the lists that
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2     you requested, and making sure that there
 3     is no other files which is not included in
 4     the data that you requested.
 5          Q.    Did you discuss the contents of
 6     any of the files?
 7                    THE INTERPRETER:  I'm sorry,
 8          this is the interpreter.
 9                    (Clarifying.)
10          A.    We were able to look at all the
11     contents of these files and we found out
12     that it consists of two parts, financial
13     part, and the other portion is community
14     part.
15                    MR. BALOUL:  This is an
16          objection to the translation,
17          investigation report.  Social
18          investigation report.
19          Q.    Who spoke to the contents of
20     the social investigation report?
21                    THE INTERPRETER:  Sorry.
22          Continue, ma'am.  Sorry.
23                    MS. VINCZE:  I'll re-ask the
24          question.
25          Q.    Who spoke to the contents of
```

Farid Ghannam 30(b)(6)
July 29, 2021

1                    Farid Ghannam

2     the social investigation report?

3          A.    Who spoke for?

4                MS. VINCZE:  Is that the

5          complete translation?

6                THE INTERPRETER:  No, ma'am.

7          This is the interpreter.  It was a

8          question to verify your question.

9          Q.    My question is, who spoke about

10    the contents of the social investigation

11    report at those meetings?

12         A.    The deputy of the wounded and

13    martyrs affairs organization.

14         Q.    And what did he say?

15         A.    He spoke and said it consists

16    of three divisions; personal informations,

17    financial informations regarding the

18    families of the martyrs and wounded, and

19    social informations.

20         Q.    Did he explain how these

21    reports are prepared?

22         A.    When the death happens, the

23    family of the wounded or martyr visits the

24    organization and goes through the social

25    worker to do this report.

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2         Q.    And to clarify.  The

 3    explanation that you gave me, that is what

 4    this deputy explained to you in these

 5    meetings?

 6         A.    Yes.

 7         Q.    So do I understand correctly

 8    that you met with this group more than five

 9    times?

10         A.    Yes.

11         Q.    How long were those meetings?

12         A.    Each meeting lasted for

13    approximately three to four hours.

14         Q.    And the deputy minister who was

15    present in that meeting, was that Mr.

16    Jabern?

17         A.    Khaleb Jabern.

18         Q.    Did you review any documents

19    regarding this topic in preparation for

20    this deposition?

21         A.    Yes.

22         Q.    What documents did you review?

23         A.    I reviewed and looked at all

24    the documents that were presented to you.

25         Q.    Did any of these documents
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    refresh your recollection about facts or
 3    issues relating to this topic?
 4         A.    Can you repeat the question
 5    again, please?
 6         Q.    Did any of these documents that
 7    you reviewed refresh your recollection
 8    about facts or issues relating to this
 9    topic?
10              THE INTERPRETER:  I'm sorry,
11         just to clarify the question.
12              (Clarifying.)
13         A.    No.
14         Q.    Apart from meeting with this
15    group that you put together, did you meet
16    with anybody else in preparation for this
17    deposition?
18         A.    I met with a group of attorneys
19    representing the Ministry of Finance,
20    Mr. Gassan, Mr. Mitch and Salim.
21         Q.    And did you meet with anybody
22    else, other than these attorneys that you
23    have listed and the members of the group
24    that you have described?
25         A.    No.
```

Farid Ghannam  30(b)(6)
July 29, 2021

1           Farid Ghannam

2           MS. VINCZE:  Simek, can you

3       please scroll down to topic 3 of the

4       deposition notice.

5       Q.   Topic 3 asks for "testimony

6   with respect to each payment reflected on

7   the documents, number Shatsky-JD1 through

8   Shatsky-JD10 and Shatsky-JD12 through

9   Shatsky-JD534 that defendants produced in

10  jurisdictional discovery:  (a) whether the

11  payment was made in respect of a person who

12  was imprisoned for committing or who died

13  while committing an act of terrorism; (b)

14  if so, the date, location and nature of

15  such act of terrorism and whether such act

16  of terrorism injured or killed a National

17  of the United States; (c), whether the

18  recipient of the payment is a family member

19  and/or a designee of the person in respect

20  of who the payment was made; (d), the

21  reason for which the payment was made; and

22  (e), the source of the funds that were used

23  to make the payment."  Correct?

24      A.   Yes.

25      Q.   Are you the person the most

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1              Farid Ghannam
 2   knowledgeable about this topic with respect
 3   to the PA?
 4        A.    Yes.
 5        Q.    Are you the person the most
 6   knowledgeable about this topic with respect
 7   to the PLO?
 8        A.    Yes.
 9        Q.    Do you have direct knowledge of
10   this topic?
11        A.    Yes.
12        Q.    How do you have direct
13   knowledge of this topic?
14        A.    As I mentioned to you before,
15   the deputy of the Ministry of Finance and
16   the representatives of -- and the
17   overseeing all the departments in the
18   Ministry of Finance, and all the
19   information goes through that, and as the
20   payments are made through the Ministry of
21   Finance, I have a full knowledge of this
22   topic.
23        Q.    How did you prepare for today's
24   deposition regarding this topic?
25        A.    I requested consultation and
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam

2    discussions with the attorneys and from the

3    Wounded and Martyrs Affairs, and we had

4    these discussions regarding this topic.

5         Q.    Did you prepare for this topic

6    differently from how you prepared for topic

7    number 1?

8         A.    The same mechanism of

9    preparation.

10        Q.    What did you discuss with the

11   attorneys from Martyrs and Wounded Affairs?

12        A.    We discussed and we consulted

13   about the files and the laws that governs

14   the mechanisms worked with regarding the

15   topics in the Martyrs and Wounded Affairs.

16   And there were no attorneys from the

17   Martyrs and Wounded Affairs to discuss

18   what -- to discuss the topic, but it was

19   discussed with the group that was formed

20   from the Martyrs and Wounded.  Also with

21   our attorneys who were assigned.

22        Q.    To clarify.  When you say "our

23   attorneys," were these attorneys of the

24   Ministry of Finance?

25        A.    No, the group of attorneys
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    assigned from the Ministry of Finance, and,
 3    as I mentioned to you, it's Gassan,
 4    Mr. Gassan, Mitch and Salim.
 5         Q.    Did you speak to attorneys from
 6    the Ministry of Finance when Mr. Berger and
 7    Mr. Gassan and others from Squire Patton
 8    Boggs were not present?
 9              THE INTERPRETER:  This is the
10         interpreter speaking.  You are
11         breaking up.  Can you repeat the
12         question?
13         Q.    Did you speak to attorneys from
14    the Ministry of Finance about this topic
15    and in preparation for this topic when
16    Mr. Berger and Mr. Baloul and others from
17    Squire Patton Boggs were not present?
18         A.     Yes.  As I mentioned to you
19    before, within the group of team, the group
20    there for this was the legal consultant,
21    Ms. Fidak Abu Hmaid.
22              THE COURT REPORTER:  What is
23    the last name, please?
24              MR. BERGER:  Abu Hmaid.  It's
25         A-B-U, space, Hmaid, H-M-A-I-D.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2              And, Counsel, when you get to a

 3         convenient stopping point, we've been

 4         going about an hour and a half, we

 5         will appreciate a short break.

 6              MS. VINCZE:  I've got a couple

 7         of more questions, and then we can

 8         take our break.

 9              MR. BERGER:  Sounds good.

10         Q.   Mr. Ghannam, it was with this

11    group that you discussed the laws that

12    govern the mechanisms regarding these

13    topics and the Martyrs and Wounded Affairs?

14         A.   The affairs to govern the

15    matters of families of wounded and martyrs,

16    yes.

17         Q.   What laws?

18         A.   There is a law that was

19    produced and modified the previous law.  It

20    was produced in 2016, governing the taking

21    care of the families of the wounded and

22    martyrs.

23         Q.   Do you know the title of that

24    law?

25              THE INTERPRETER:  This is the
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam
2          interpreter.  I will repeat the
3          question.
4                 (Question repeated.)
5                 THE INTERPRETER:  This is the
6          interpreter.  The respondent didn't
7          hear me clearly, so I will repeat the
8          question.
9                 (Question repeated.)
10     A.     It's the law taking care of the
11   families of wounded and martyrs.
12                MS. VINCZE:  All right.  Let's
13          go off the record, please, and take a
14          five-minute break.
15                THE VIDEOGRAPHER:  We are now
16          off the record.  The time is 13:02
17          UTC time.
18                (A recess was taken.)
19                THE VIDEOGRAPHER:  We are back
20          on the record.  The time is 13:18 UTC
21          time.
22                MS. VINCZE:  Thank you.
23     Q.     Mr. Ghannam, earlier we were
24   speaking about how you're preparing to
25   speak on topic 3, is that right?
```

Farid Ghannam 30(b)(6)
July 29, 2021

1                    Farid Ghannam

2          A.     Yes.

3          Q.     And you mentioned that you met

4     with certain employees of the Ministry of

5     Finance?

6          A.     Yes.

7          Q.     Who did you meet with from the

8     Ministry of Finance?

9          A.     I met with Mohammad Hamasha,

10    the IT for the salaries in the Ministry of

11    Finance.  Ms. Fidak Abu Hmaid, the legal

12    consultant for the Ministry of Finance.

13    And Ms. Deltalik Omal, (phonetic), an

14    accountant in the Ministry of Finance.

15         Q.     Did you meet with anybody else

16    from the Ministry of Finance in preparation

17    for this deposition?

18         A.     No.

19         Q.     Subsequent to the date we

20    issued this notice, defendants produced

21    other documents reflecting payments made by

22    defendants directly or indirectly after

23    April 18, 2020 to family members of

24    individuals who died while committing

25    certain of the specified attacks.  I

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam

2    believe those documents have production

3    numbers JD559 through JD1101.

4            Are you similarly prepared to

5    answer questions about those later-produced

6    documents?

7        A.    Yes.

8            MS. VINCZE:  Simek, can you

9        please pull up tab 7 onto the screen.

10       We are marking this as our next

11       deposition exhibit.  I believe that

12       makes it Exhibit Number 2.  It's a

13       document we received from -- well,

14       hold on, here we go.  It's a document

15       we received from defendants with

16       production numbers JD12 through

17       JD249.

18           (Exhibit 2, Document Bates

19       stamped Shatsky-JD00012 through

20       Shatsky-JD00249, marked for

21       identification.)

22       Q.    Mr. Ghannam, can you see the

23   document?

24       A.    I'm waiting.

25           MS. VINCZE:  Simek, can you
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam
 2        please scroll down to the original,
 3        that is JD12, not the translation.
 4             MR. BERGER:  We don't have any
 5        document up on the screen.
 6             MS. VINCZE:  Do you have paper
 7        copies available?
 8             MR. BERGER:  We're trying to
 9        get them.
10             MS. VINCZE:  Okay.
11             MR. BERGER:  12 through 249.  I
12        don't think we have them organized by
13        that way, but you'll tell us.
14             MS. VINCZE:  Well, these are
15        the documents you produced to us,
16        production numbers JD12 through
17        JD249.
18             MR. BERGER:  Yeah, I heard you
19        the first time.  I'm telling you we
20        don't have our paper copies organized
21        that way.
22             MS. VINCZE:  Can you put these
23        documents in front of him?
24             MR. BERGER:  Okay, now it's up
25        on the screen.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                     Farid Ghannam
2        Q.    Mr. Ghannam, can you see the
3    document?
4              I can repeat the question.
5    Mr. Ghannam, can you see the document?
6        A.    Yes.
7        Q.    Do you recognize it?
8        A.    Yes.
9        Q.    What is it?
10       A.    This is a document prepared by
11   the affair -- by the Martyrs and Wounded
12   family affairs to represent the financial
13   component regarding Muslim -- regarding the
14   Bay Sala Hadine (phonetic) --
15             (Interpreter speaking in
16        Arabic.)
17             THE COURT REPORTER:  I'm sorry,
18        I didn't understand that last part.
19             THE INTERPRETER:  Regarding --
20        this is the interpreter.  This is a
21        name.  It is Sala Hadine Jadalahasan.
22        (Phonetic).
23       Q.    Mr. Ghannam, I'm going to
24   represent to you that this exhibit contains
25   the originals with production numbers JD12
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    through JD -- I believe it is 249.
 3             MS. VINCZE:  Mr. Berger, would
 4        you stipulate that these are business
 5        records admissible under Rule 8036 of
 6        Federal Rules of Evidence?
 7             MR. BERGER:  Yeah, I think we
 8        sent you a written stipulation to
 9        that effect about two weeks ago, and
10        never heard back from you.  But, yes.
11             MS. VINCZE:  But, yes?  Thank
12        you.
13             MR. BERGER:  Yes.
14             MS. VINCZE:  Okay.
15        Q.    Looking at this page, Mr.
16    Ghannam, this refers to the Martyrs and
17    Wounded Affairs Establishment, is that
18    right?
19        A.    Correct.
20        Q.    Is that the same Martyrs and
21    Wounded Affairs that you were working with
22    to prepare for this deposition?
23        A.    Yes.
24        Q.    What is the Martyrs and Wounded
25    Affairs Establishment?
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2        A.    It's an estab -- one of the
 3   establishments of the Palestinian
 4   Authorities that present support for the
 5   families of wounded and martyrs.  They
 6   present financial support for these
 7   families, and rehabilitation, to enable
 8   them to live a decent living and to prevent
 9   financial needs and to have a good living
10   condition in the community.
11        Q.    Who is the head of the martyrs,
12   families and injured -- pardon -- the
13   Martyrs and Wounded Affairs Establishment?
14        A.    The Minister Intissar al-Wazir.
15        Q.    Does she have any other titles
16   within the PA?
17        A.    No.
18        Q.    Does she have any other -- any
19   titles within the PLO?
20        A.    She was the head of the PLO
21   when it was outside.  And when the PLO came
22   inside, when the PA has been established in
23   1994, and she continued to be the head of
24   the PLO.
25        Q.    Does she still have that
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    position?

 3              MR. BALOUL:  Sorry, Counsel,

 4         this is another objection to the

 5         translation.  Not the head of the

 6         PLO.  The head of the ministry of --

 7              (Court reporter clarification.)

 8              MR. BALOUL:  The head of the

 9         ministry of the families of martyrs

10         and those injured.

11              MS. VINCZE:  The head of the?

12         I can't hear you.

13              MR. BALOUL:  The institute of

14         the -- for the families of the

15         martyrs and those injured.

16              MS. VINCZE:  Mr. Interpreter,

17         is that what Mr. Ghannam said?

18              THE INTERPRETER:  I thought --

19         this is interpreter speaking now.

20         Not on the other part.  The question

21         was does she hold any positions in

22         the PLO.  This was the question

23         pending.

24              MS. VINCZE:  That is correct.

25         And what was the answer that Mr.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2          Ghannam provided?

 3               THE INTERPRETER:  My

 4          understanding was he was referring to

 5          the PLO.  I'm more than happy to

 6          clarify that, if you want me.

 7               (Indiscernible male voice.)

 8               MS. VINCZE:  I will repeat the

 9          question.  No, no, Mr. -- first of

10          all, I can't hear who's speaking

11          right now, but I will re-ask the

12          question and then we will get the

13          answer that we get and take it from

14          there.

15      Q.    Mr. Ghannam, what -- withdrawn.

16               Mr. Ghannam, does Ms. Al-Wazir

17   hold any titles within the PLO?

18      A.    For the time being, she doesn't

19   hold any position in the PLO.

20      Q.    Did she hold a title in the PLO

21   previously?

22      A.    Yes.

23      Q.    What was that title?

24      A.    She was the head of the

25   establishment of the martyrs and wounded
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam

 2   that belongs to the PLO.

 3       Q.    And when did the establishment

 4   of the martyrs and wounded belong to the

 5   PLO?

 6       A.    It joined it in 1968.

 7       Q.    And until when was it part of

 8   the PLO?

 9       A.    Until 1999.

10       Q.    What happened in 1999?

11            MR. BERGER:  Go ahead, please.

12        I'll note my objection after you

13        translate.

14            (Interpreter translates.)

15            MR. BERGER:  Objection.

16        Outside the time frame for

17        jurisdictional discovery, but you may

18        answer.

19       A.    In 1999, the followers of the

20   martyrs and wounded were transferred from

21   outside the country to inside -- to become

22   inside the country, and it became part of

23   the social ministry, social affairs

24   ministry, and so it was headed by Minister

25   Intissar al-Wazir.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2        Q.    Is the social affairs ministry
 3   part of the PA?
 4        A.    It's part of the PA.
 5        Q.    And, if I understand correctly,
 6   it was part of the PA in 1999?
 7              MR. BERGER:  Objection.
 8          Outside the scope of the notice and
 9          outside the scope of jurisdictional
10          discovery, but you may answer if you
11          know.
12        A.    Yes, up until 1999, it was part
13   of the PLO.  From 1999, it became under the
14   PA, up until 2006, where it became
15   separated from the Ministry of Social
16   Affairs, to become a separate establishment
17   that has its own budget and affairs.
18        Q.    To clarify.  When you say it
19   became a separate establishment, does that
20   mean it's an establishment within the PA?
21              MR. BERGER:  Same objection.
22          You may answer if you know.
23        A.    It became an establishment
24   within the PA, but it's independent, and
25   it's independent within its financial
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    and -- affairs and, has a subdivision in
 3    the general budget.
 4         Q.    Since 2006, has the Martyrs and
 5    Wounded Affairs Establishment ever been --
 6    ever belonged to the PLO?
 7              MR. BERGER:  Objection.  The
 8         question is outside the scope of the
 9         notice and outside the scope of
10         jurisdictional discovery.  Counsel,
11         unless you can make a representation
12         about why a question related to 2006
13         is within the scope of the
14         jurisdictional discovery allowed by
15         the court, I am going to instruct the
16         witness not to answer in order to
17         enforce a limitation imposed by the
18         court on the scope of discovery.
19              MS. VINCZE:  Mr. Berger, it is
20         not outside the scope of the notice.
21         We are asking -- we are asking
22         questions about the reason for these
23         payments, and he is appearing on
24         behalf of both the PO and the --
25         sorry, the PA and the PLO.  There is
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2           no time limitation about questions

 3           into the reasons for payments made

 4           when those payments are made within

 5           the relevant time period.

 6                 MR. BERGER:  Your question is

 7           not about payments.  If that's your

 8           representation, then I instruct him

 9           not to answer because it's outside

10           the scope of jurisdictional discovery

11           and outside the scope of your notice.

12                 MS. VINCZE:  Mr. Berger, it

13           is -- the question goes to the reason

14           these payments were made, and he is

15           making these -- he is appearing and

16           giving answers on behalf of the PLO.

17           Now, I'm asking questions about the

18           reasons that these payments were

19           made, and that goes to reasons that

20           existed even before April 18, 2020.

21                 MR. BERGER:  If you want to ask

22           the question about since April 18,

23           2020, which is the jurisdictional

24           predicate that Judge Vyskocil made

25           clear on April 29, 2019 in her order
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                Farid Ghannam

 2        is the scope of jurisdictional

 3        discovery, you may ask the question

 4        that relates to April 18, 2020.  But

 5        your question begins, and I'm looking

 6        at the transcript, "since 2006."

 7        2006 is not April 18, 2020.

 8             MS. VINCZE:  Mr. Berger, I

 9        think our position on this is clear.

10        If you continue to believe that you

11        have a basis to instruct Mr. Ghannam

12        not to answer, then this may be a

13        dispute we need to take to Judge

14        Freeman.

15             MR. BERGER:  He can answer this

16        question.  But if you continue to ask

17        about things that are outside the

18        scope of discovery and outside the

19        scope of the notice, then, yes, we

20        will take it to the court.  You asked

21        about payments.  You have yet to ask

22        more than three questions relating to

23        payments on or after April 18, 2020,

24        and we are two-plus hours into this

25        deposition.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2                Answer this question, and then

 3         we'll take it after that.

 4        A.    What is the question again?

 5        Q.    I will ask it again.  Since

 6   2006, has the Martyrs and Wounded Affairs

 7   Establishment ever belonged to the PLO?

 8        A.    No.

 9        Q.    Who does Ms. al-Wazir report

10   to?

11        A.    Ms. al-Wazir was appointed to

12   head the establishment of the wounded and

13   martyrs, and the one who she is supposed

14   to, or appointed her is the minister's

15   committee, Palestinian Ministers Committee.

16        Q.    Since 2006, has the wounded and

17   martyrs affairs establishment always been

18   an independent entity with its own budget

19   item within the PA?

20            MR. BERGER:  Objection.

21         Instruct the witness not to answer.

22         Outside the scope of jurisdictional

23         discovery.

24            MS. VINCZE:  Mr. Berger, our

25         position on this is clear.  I
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2        think -- let's go off the record and
 3        let's discuss calling the judge.
 4              THE VIDEOGRAPHER:  We are now
 5        off the record.  The time is 13:46
 6        UTC time.
 7              (Off the record.)
 8              THE VIDEOGRAPHER:  We are back
 9        on the record.  The time is 13:53 UTC
10        time.
11        Q.    I will re-ask the question.
12   Since 2006, has the wounded and martyrs
13   affairs establishment always been its
14   independent entity with a budget item
15   within the PA?
16              MR. BERGER:  And I will
17        reassert my objection, that the
18        question is outside the scope of
19        jurisdictional discovery and outside
20        the scope of the notice, but I will
21        let the witness answer this question.
22        A.    Yes.
23        Q.    Who determines the size of the
24   Martyrs' Families and Injured Care
25   Establishment's operating budget?
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam
 2        A.    It's an establishment like any
 3   other establishment, it would be within the
 4   general budget.  The budget is discussed
 5   depending on the financial needs of this
 6   establishment and the document presented.
 7        Q.    Now, Mr. Ghannam, do I
 8   understand correctly that among the things
 9   the martyrs and -- martyrs' families and
10   wounded care establishment does, is that it
11   provides support to the families of the
12   wounded and martyrs?
13        A.    Yes.
14        Q.    What kinds of support?
15        A.    The kind of support that it
16   provides for the martyrs' families and
17   wounded, it's the financial support based
18   on the needs of the family that is
19   determined by the --
20              (Cross-talk in Arabic.)
21        A.    Also, it provides
22   rehabilitation and health programs for the
23   martyrs' families and wounded.
24        Q.    What is the basis for the
25   establishment's authority to provide those
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    kinds of support?

 3              MR. BERGER:  Objection,

 4         ambiguous.  You may answer if you

 5         understand the question.

 6         A.    This establishment works

 7    according to the law that governs the

 8    health -- taking care of the family --

 9    martyrs' families and wounded, and whatever

10    the laws say, the establishment works

11    according to that law.

12         Q.    Does that include the 2016 law

13    that you mentioned previously?

14         A.    Yes.

15         Q.    How is the work of the Martyrs'

16    Family and Injured Care Establishment

17    funded?

18         A.    From the general budget.

19         Q.    And what is the source of the

20    funds allocated to it from the general

21    budget?

22         A.    The general income that comes

23    from the taxes collected, directly and

24    indirectly, from the Palestinian

25    population.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam

 2             MS. VINCZE:  Can I ask you to

 3        please pull up tab 8.  We can mark

 4        this as our next deposition exhibit.

 5        It's a document -- let's page down to

 6        the original.  Thank you.

 7             (Exhibit 3, Document Bates

 8        stamped Shatsky-JD00113 through

 9        Shatsky-JD00117, marked for

10        identification.)

11             MS. VINCZE:  This is a document

12        we received from defendants with

13        production numbers JD113 through

14        JD117.  This is Exhibit 3, I believe.

15             Mr. -- go ahead.

16             (Interpreter interpreting.)

17        Q.   Mr. Ghannam, can you see this

18   document?

19        A.   Yes.

20        Q.   What is it?

21        A.   This is a document generated

22   from the martyrs and wounded family affairs

23   regarding the financial division that

24   belongs to the financial support for the

25   family of the martyr.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2        Q.    Under personal information, it

 3    says four-part name, Sadeq Ahed Mahmoud Abd

 4    Al-Hafez, right?

 5        A.    Yes.

 6        Q.    Who is Mr. Al-Hafez?

 7        A.    Who?

 8        Q.    Who is he?

 9              THE INTERPRETER:  I'm sorry.

10         This is the interpreter speaking now.

11          He's asking who is the name you are

12           referring to?

13        Q.    On the document, it says

14    four-part name, Sadeq Ahed Mahmoud Abd

15    Al-Hafez, correct?

16        A.    Yes.

17        Q.    Who is Mr. Sadeq Ahed Mahmoud

18    Abd Al-Hafez?

19        A.    According to the definition of

20    the establishment of the martyrs' families

21    and wounded, and according to the law of

22    the establishment of the martyrs' families

23    and wounded, he's a martyr.

24        Q.    What is a martyr?

25              THE INTERPRETER:  I'm sorry.
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                      Farid Ghannam

2              This is the interpreter.  I'm going

3                 to ask him to break it down, because

4                 it's complex matters.

5              A.    The martyr is a person who lost

6      his life, regardless of his age, according

7      to the definition law for the establishment

8      of the martyrs and wounded families.

9                      It's a person who lost his

10     life, regardless of the age, as a result of

11     direct acts of the occupation or distinct

12     occupation or upon sequences of the

13     occupation, or who has been held captive in

14     detention and lost his life while in

15     prison, or a person who loses his life a

16     year after being released from prison as a

17     result of being in prison, or a wounded

18     person who loses his life as a result of

19     these wounds within three years' period of

20     the time of being wounded.

21              Q.    Are all martyrs dead?

22              A.    Definitely.

23              Q.    Now, when I'm looking at this

24     document, there's a section called

25     "Categories."  Right?

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2          A.    Yes.

3          Q.    And beneath that, there is a

4    table, correct?

5          A.    Yes.

6          Q.    And one of the columns in that

7    table is titled "Scale."  Correct?

8          A.    Yes.

9          Q.    Beneath that, it says "New

10   Scale for the Families of Martyrs."  Right?

11         A.    Yes.

12         Q.    What is that?

13         A.    This division means it's the

14   allocations and the deductions that is

15   given to the family of the martyr, to the

16   people -- to the individuals and the

17   persons in need, according to the law that

18   governs the establishment of the wounded

19   and martyrs' families.

20         Q.    Who sets that scale?

21         A.    It's implementing the divisions

22   of the law that governs the establishment

23   of martyrs and families affairs that

24   determines the beneficiaries and the amount

25   paid for the people in need.

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam

 2        Q.     And who determines how that law

 3   will be implemented?

 4        A.     Division 5 and Division 10 of

 5   that law determines in details who's the

 6   beneficiaries and the amount of allocation

 7   and it's the division also that determines

 8   whether that person is married or single

 9   and the allocations paid for the children.

10   This is in Division 5 and Division 10.

11        Q.     Of which law?

12        A.     It's the law that governs

13   taking care of the families of martyrs and

14   wounded, law number -- for the year 2016.

15             (Court reporter clarification.)

16             MS. VINCZE:  This is for the

17          interpreter.  But he provided a

18          number before the year of the law,

19          didn't he?

20             THE INTERPRETER:  No, ma'am.

21          It's for year 2016.

22             MS. VINCZE:  For year 2016.

23        Q.     On this document it says "case

24   type, martyr."  Right?

25        A.     Yes.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
  1                    Farid Ghannam

  2        Q.     Does that mean that

  3   Mr. Al-Hafez has been determined to be a

  4   martyr?

  5        A.     Yes.

  6        Q.     And under that there is a

  7   section called "Beneficiaries' Data."

  8   Correct?

  9        A.     Yes.  Yes.

 10        Q.     And there is a name provided in

 11   that section, correct?

 12        A.     Yes.

 13        Q.     That name is Ahed Mahmoud Abd

 14   Al-Hafez, correct?

 15        A.     Yes.

 16        Q.     What does it mean that his name

 17   is there?

 18        A.     This means this person is the

 19   beneficiary person who's going to receive

 20   the payment that is determined by the law

 21   for the martyr's family.

 22              MS. VINCZE:  Simek, can we page

 23        down to 114.

 24        Q.     There's a section at the top of

 25   this page called "Discontinuation Data."
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam

2    Correct?

3         A.    Yes.

4         Q.    What does that mean?

5         A.    This -- these are information

6    about the beneficiary.  And in situations,

7    the beneficiary's details change depending

8    on the economic condition of the family,

9    and this is fully determined by the

10   establishment for the martyrs and wounded.

11        Q.    So what does it mean that the

12   reason for discontinuation here -- first of

13   all, reason for discontinuation here, I see

14   "last credit."  Is that right?

15        A.    This is what is mentioned in

16   the document.

17        Q.    What does that mean?

18        A.    This means that the information

19   of the beneficiary is updated by the

20   establishment of the martyrs and wounded on

21   a yearly basis, and this means that when

22   the beneficiary is capable of supporting

23   himself, this -- his portion is going to be

24   terminated.

25             MS. VINCZE:  Simek, can we go
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam

2          back to 113.

3          Q.    Now, I'm looking at the middle

4     of the page under the section called

5     "Beneficiary's Data" and we have two

6     columns, "percentage value" and

7     "percentage."  Do you see those two?

8          A.    Yes.

9          Q.    Thank you.  It says "percentage

10    100."  Right?

11         A.    Yes.

12         Q.    What does that mean?

13         A.    This means that the beneficiary

14    is eligible for 100 percent, according to

15    the laws that govern the establishment of

16    the martyrs and wounded.  What means that

17    this beneficiary is going to receive

18    100 percent of the payment according to the

19    economic needs for the family that is

20    determined by the establishment.

21                MS. VINCZE:  Can we go back to

22         JD114, please.

23         Q.    There's a table here -- there's

24    a section here that says "Stipend Data at

25    Bank:"  Correct?
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                      Farid Ghannam

2           A.    Yes.

3                 MS. VINCZE:  Simek, can you

4            please page down to JD117.

5           Q.    A lot of the information in

6     this table has been blacked out, correct?

7           A.    Yes.

8           Q.    What is the information that

9     has been blacked out?

10          A.    It's the information before

11    April 18, 2020, which is the cause for the

12    witnessing of the appearance today.

13          Q.    Is this banking information?

14          A.    This is information that does

15    not consent with the duration that is in

16    question.  That's it.

17          Q.    Looking at the rows that have

18    not been blacked out, I see there are

19    columns titled Month, ID No., Name,

20    Stipend.  What is the information in these

21    rows?

22          A.    It's -- we have four columns on

23    this document.  The first column is the

24    month, it's April of 2020, and then the ID

25    number, and then the name of the

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2      beneficiary, and then the amount of the
 3      salary received by the beneficiary that is
 4      determined according to the law, and this
 5      is on a monthly basis and the currency is
 6      in Shekel.
 7           Q.    What does it mean that it's
 8      Mr. Al-Hafez's name in the name column?
 9           A.    It means that he is the
10      beneficiary of this allocation.
11           Q.    And in the month column, we
12      have April 1, 2020 through April 1, 2021,
13      right?
14           A.    Yes, ma'am.
15           Q.    Is it fair to say this shows
16      that Mr. Al-Hafez has been receiving
17      monthly payments from April 2020 through
18      April 2021?
19           A.    Yes.
20           Q.    And to clarify.  This is
21      Mr. Ahed Mahmoud Abdallah Abd Al-Hafez and
22      not Mr. Sadeq Ahed Mahmoud Abd Al-Hafez,
23      who is dead?
24           A.    Yes.
25           Q.    And Mr. Ahed Mahmoud Abdallah
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    Abd Al-Hafez is receiving these payments as
 3    the beneficiary of Mr. Sadeq Ahed Mahmoud
 4    Abd Al-Hafez, correct?
 5         A.    Yes.
 6         Q.    And under stipend, it
 7    consistently shows 1400, correct?
 8         A.    One -- 1400 Shekel, correct.
 9         Q.    So it's fair to say that Mr. --
10               (Court reporter clarification.)
11         Q.    Is it fair to say that, as the
12    beneficiary, Mr. Ahed Mahmoud Abdallah Abd
13    Al-Hafez has received a monthly stipend of
14    1400 Shekels from April 2020 through
15    April 2021?
16         A.    He received a monthly
17    allocation of 1400 Shekels from April of
18    2020 up until April of 2021, on a monthly
19    basis.
20         Q.    And he received this monthly
21    allocation as a direct result of Sadeq Ahed
22    Mahmoud Abd Al-Hafez's martyrdom, is that
23    right?
24         A.    Not correct.
25         Q.    Why do you say it's not
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    correct?
 3         A.    He received it according to the
 4    law that governs the work of the
 5    establishment for martyrs and wounded to
 6    support the family, because the family is
 7    in need, and it's not because their son is
 8    a martyr.  This -- these amounts are for
 9    economical support for the families of the
10    martyred person.
11         Q.    Mr. Sadeq Ahed Mahmoud Abd
12    Al-Hafez was determined to be a martyr by
13    the Martyrs' Families and Injured Care
14    Establishment, correct?
15         A.    Yes.
16         Q.    And he was determined to be a
17    martyr because the Martyrs' Families and
18    Injured Care Establishment reviewed the
19    applicable regulations and laws and decided
20    that he qualified, correct?
21         A.    Yes.
22         Q.    That is why on JD113 it says
23    "Case Type Martyr," correct?
24         A.    Yes.
25         Q.    And if Mr. Sadeq Ahed Mahmoud
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam
2    Abd Al-Hafez had not been determined to be
3    a martyr, then his -- then Ahed Mahmoud
4    Abdallah Abd Al-Hafez would not be
5    receiving these payments, correct?
6          A.    According to the law of the
7    establishment of the martyrs and wounded
8    affairs, he has to be considered as a
9    martyr, and then, according to the law, it
10   has to be a financial need for the family,
11   and it's determined by the establishment
12   for martyrs and family and the wounded
13   family affairs that the family is in need,
14   and that, therefore, this allocation was
15   dispensed to the family to cover the
16   economic needs.
17         Q.    But, if Mr. Ahed Mahmoud
18   Abdallah Abd Al-Hafez was simply in need,
19   and his son had not been determined to be a
20   martyr, then he would not be receiving
21   these payments, correct?
22         A.    According to the law, yes.
23              MS. VINCZE:  Okay.  I would
24          like to take a quick break, so let's
25          go off the record and take our little
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2           five-minute break.

 3                (Recess taken.)

 4                THE VIDEOGRAPHER:  We are off

 5           the record.  The time is 14:34 UTC

 6           time.

 7                (A recess was taken.)

 8                THE VIDEOGRAPHER:  We are on

 9           the record.  The time is 14:47 UTC

10           time.

11                MS. VINCZE:  We would like to

12           designate this as Exhibit Number 4, I

13           believe.

14                (Exhibit 4, Document Bates

15           stamped Shatsky-JD00977 through

16           Shatsky-JD00990, marked for

17           identification.)

18           Q.    This is a document we have

19      received from defendants, production

20      numbers JD977 through JD9900 -- I'm sorry,

21      JD990.

22                Mr. Ghannam, do you recognize

23      this document?

24           A.    Yes.

25           Q.    And you can see it?
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2        A.    Yes.

3        Q.    What is it?

4        A.    This is a document produced

5    from the establishment for the wounded and

6    martyrs family affairs, and this document

7    is called social search.

8        Q.    Social search.

9              MR. BALOUL:  No, it's social

10         investigation.

11             MR. BERGER:  I think that's --

12         the translation is -- we think is

13         investigation, not search.

14             MS. VINCZE:  I see.

15       Q.    Mr. Ghannam, when you spoke

16   about preparing for the deposition today,

17   you mentioned looking at social

18   investigative reports, I believe.  Is that

19   right?

20       A.    Yes.

21       Q.    Is this the kind of document

22   you were referring to?

23       A.    Yes.

24       Q.    What is a social investigative

25   report?

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2        A.     This report is -- I will call

3    that is done by an investigator from the

4    establishment of the martyrs and wounded

5    affairs that investigates when a family

6    submits a request.  The investigation is

7    done to make sure that the family is in

8    need, and this is as a result of the loss

9    of one of their children.

10       Q.     When you say "when a family

11   submits a request," is that a written

12   request?

13       A.     The family goes to the

14   establishment for the wounded and martyrs

15   affairs and they meet with the social

16   worker.

17       Q.     Is the social worker the same

18   person who prepares the report?

19       A.     Yes.

20       Q.     How does the family know to go

21   to the social worker?

22       A.     When a martyr death happens in

23   a Palestinian family, the family goes to

24   the establishment of the martyrs and

25   wounded family affairs, and they are met by

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam
2     a social worker or social investigator to
3     make sure that the family is in need for
4     this allocation.
5          Q.    Let's turn to -- back to the
6     document.  It says "Case:  Martyr of
7     Al-Aqsa Intifada."  Correct?
8          A.    This is what is written in the
9     social investigation report.  It's written
10    as martyr of Al-Aqsa Intifada.
11               (Court reporter clarification.)
12         Q.    And that information was
13    provided by the employee of the Martyrs'
14    Families and Injured Care Establishment
15    that wrote this report, correct?
16         A.    Yes.
17         Q.    What does Al-Aqsa Intifada
18    mean?
19         A.    Al-Aqsa Intifada, it's a
20    population movement against the occupation.
21         Q.    And there is a date on this
22    document, correct?
23         A.    Yes.
24         Q.    March 3, 2002?
25         A.    Yes.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                Farid Ghannam
 2      Q.    What is the significance of
 3   that date?
 4      A.    This date indicates the date
 5   that the family visited or came to the
 6   establishment of martyrs and wounded.
 7      Q.    And it says "Governorate:
 8   Qalqilya."  Correct?
 9      A.    Yes.
10      Q.    What is the significance of
11   that?
12      A.    The importance of this is to
13   indicate whom did the investigation as the
14   division of the office and the government
15   of Qalqilya.
16      Q.    Looking at the upper left
17   corner of the document -- upper right
18   corner, pardon me.  It says -- it has the
19   Palestinian Authority's emblem on it,
20   correct?
21      A.    Yes.
22      Q.    So this report was issued when
23   the Martyrs' Families and Injured Care
24   Establishment was still part of the PA,
25   correct?
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2          A.    Yes, within the Palestinian

 3   Authority and the ministry of the social

 4   affairs.

 5          Q.    Let's turn to the next page,

 6   978.  The top of the page says "Part 1:

 7   Personal Information."  Correct?

 8          A.    Yes.

 9          Q.    And it says the case's name

10   Sadeq Ahed Mahmoud Abd Al-Hafez, correct?

11          A.    Yes.

12          Q.    Is that the same Sadeq Ahed

13   Mahmoud Abd Al-Hafez that we were

14   discussing before?

15          A.    Yes.

16          Q.    So that is the person who is

17   designated as a martyr in Exhibit 3?

18          A.    Yes.

19          Q.    And it says "Beneficiary's full

20   name, Ahed Mahmoud Abdallah Abd Al-Hafez."

21   Correct?

22          A.    Yes.

23          Q.    And beneath that name, in

24   parentheses, it says "wife, father, mother,

25   brother, sister."  Correct?
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2        A.    Yes.

3        Q.    And father is circled?

4        A.    Yes.

5        Q.    Does that mean Ahed Mahmoud

6   Abdallah Abd Al-Hafez is the father of

7   Sadeq Ahed Mahmoud Abd Al-Hafez?

8        A.    Yes.

9        Q.    Part 2 of the document reads

10  "Administrative Information."  Correct?

11       A.    Yes.

12       Q.    And one of the subsections of

13  this reads "Place and date of the

14  incident."  Correct?

15       A.    (Question translated - no

16  English answer provided).

17       Q.    What is the purpose of that

18  subsection?

19            THE COURT REPORTER:  I'm sorry.

20       What is the answer?  Was it

21       translated?

22            THE INTERPRETER:  Yes.  Yes.

23       The answer is yes.

24            MS. VINCZE:  I can repeat the

25       question.

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam
 2       Q.     And there is a subsection that
 3  reads "Place and date of the incident."
 4  Correct?
 5       A.     Yes.
 6       Q.     What is the purpose of that
 7  subsection?
 8       A.     This is documentation on the
 9  investigation report on the first page to
10  document the date and the location of the
11  incident.
12       Q.     What does the incident mean?
13       A.     The incident is documented as
14  it's seen in the social investigation
15  report, and it's written -- the details are
16  written in the administrative information
17  mentioned.
18       Q.     So, this is a pre-printed form
19  we are looking at that was prepared by the
20  Martyrs' Families and Injured Care
21  Establishment, correct?
22       A.     Yes.
23       Q.     And when the -- withdrawn.
24  What information did the Martyrs' Families
25  and Injured Care Establishment seek when it
```

Farid Ghannam  30(b)(6)
July 29, 2021

                       Farid Ghannam

 1

 2    asked after the incident?

 3        A.    The establishment for martyrs

 4    and wounded family affairs investigates,

 5    through the social investigator, the death

 6    and the incident, and this can be done

 7    either from the death certificate, if it's

 8    available and present, or a certificate

 9    from the hospital to prove the death, if

10    it's available.

11        Q.    And there is some handwritten

12    information in the subsection, correct?

13        A.    Yes.

14        Q.    It says "February 16, 2002

15    Karnei Shomron Settlement near Qalqilya."

16    Correct?

17        A.    Yes.

18        Q.    Why is that there?

19        A.    These information includes to

20    document the date and the location of the

21    incidents.

22             MS. VINCZE:  Can you repeat

23        that?

24             THE INTERPRETER:  This

25        information is present to document

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2          the location and the date of the

 3          incident.

 4      Q.    That's where and when Sadeq

 5  Ahed Mahmoud Abd Al-Hafez died, correct?

 6      A.    As it appears in the document,

 7  yes.

 8      Q.    Whose handwriting is that; who

 9  wrote that?

10      A.    The social investigator.

11      Q.    And how did the social

12  investigator determine that that was the

13  date and location of Mr. Sadeq Ahed Mahmoud

14  Abd Al-Hafez's death?

15      A.    From the death certificate for

16  the martyr death, as submitted by the

17  family of the martyr.

18      Q.    And there's a subsection called

19  "Details of the incident."  Correct?

20      A.    Yes.

21      Q.    After that, it reads "Martyrdom

22  Operation in Karnei Shomron Settlement."

23  Correct?

24      A.    Yes.

25      Q.    Who wrote that?
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
1                    Farid Ghannam

2         A.    The social investigator.

3         Q.    What is the Karnei Shomron

4    Settlement?

5         A.    It's one of the settlements in

6    the West Bank.

7         Q.    What does martyrdom operation

8    mean?

9         A.    As it's written in the

10   document, it's a martyrdom operation that

11   led to the death of a person.

12        Q.    How did the employee of the

13   Martyrs' Families and Injured Care

14   Establishment determine that this was a

15   martyrdom operation?

16              THE INTERPRETER:  I'm sorry,

17          this is the interpreter.  It was

18          fading out.  I'll ask him to repeat.

19              (Clarifying.)

20        A.    The social investigator who

21   works in the establishment documents the

22   martyr has happened, and he doesn't

23   investigate the causes of the martyrdom

24   through either the death certificate or the

25   hospital certificate that is provided by
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    that family.
 3         Q.    What is a martyrdom?
 4         A.    The martyrdom is a person who
 5    loses his life, regardless of the age, as a
 6    result of the occupation at, or the defense
 7    against occupation or the consequences of
 8    the occupation, up until the definition
 9    that I mentioned previously.
10              MR. BALOUL:  Objection to the
11         translation.  The witness started by
12         saying "pursuant to the law," and
13         then he said everything that he
14         translated.
15              MS. VINCZE:  I'm sorry, I can't
16         hear what you said, Mr. Baloul.
17              MR. BALOUL:  Is this better?
18              MS. VINCZE:  Yeah.
19              MR. BALOUL:  I said, objection
20         to the translation.  It was all
21         correct, but for the missing of the
22         word pursuant -- or the words
23         "pursuant to the law" at the
24         beginning.
25              MS. VINCZE:  Well, I -- I'm
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2            sorry, I'm going to re-ask the

 3            question, because I don't understand.

 4                 MR. BALOUL:  Okay.

 5            Q.    So, Mr. Ghannam, what is a

 6    martyrdom?

 7            A.    The definition of the

 8    martyrdom, pursuant to the law of the

 9    establishment of the martyrs and wounded

10    cares for the families, is a person who

11    loses his life, regardless of the age, as a

12    result of the direct act of the occupation

13    or resisting the occupation or consequences

14    of the occupation, until the end of the

15    definition that I mentioned previously

16    pursuant to the law.

17            Q.    Is every person who is killed

18    by the Israeli authorities a martyr?

19            A.    You say that is a martyrdom,

20    yes.

21            Q.    So if somebody was shoplifting

22    and he was shot by an Israeli solder, would

23    he be a martyr?

24                 MR. BERGER:  Objection to the

25            form of the question.  Calls for
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam
2          speculation.  But you may answer.
3          A.    The martyr, as I mentioned
4    previously, and pursuant to the law, is the
5    person who loses his life, regardless of
6    the age, as a result of the direct acts of
7    the occupation or resisting the occupation,
8    or as a consequence of the occupation.
9          Q.    Mr. Ghannam, I'm trying to
10   understand your answer.  If, for example,
11   somebody was shot while committing armed
12   robbery, would that person be a martyr
13   under the laws you reference?
14               MR. BERGER:  Object to the form
15         of the question.  Hypothetical.
16         Calls for speculation.
17         Q.    Mr. Ghannam, you may answer.
18         A.    I repeat again the definition
19   that I mentioned.  Pursuant to the law and
20   the establishment of the wounded and
21   martyrs affair, is a person who loses his
22   life, regardless of the age, as a result of
23   the direct acts of the occupation or
24   resisting the occupation or as a
25   consequence of the occupation.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                     Farid Ghannam
2          Q.    Mr. Ghannam, you are not
3     answering my question.  I'm going to ask
4     another one.
5                When the person who was filling
6     out this report wrote "martyrdom
7     operation," what did he mean?
8          A.    He meant that this person lost
9     his life, and, pursuant to the law, this
10    person was considered as a martyr.
11         Q.    What law?
12         A.    I didn't hear.
13               THE INTERPRETER:  I will repeat
14          the question.
15         A.    The law that governs the
16    establishment of martyrs and wounded family
17    affairs.
18         Q.    Do social investigators receive
19    any guidance from the Martyrs' Families and
20    Injured Care Establishment on how that law
21    is to be understood, when evaluating
22    submissions from families?
23         A.    The social investigator depends
24    on documents and information that he
25    receives from the family, and these
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    documents is either a death certificate or
 3    a certificate from the hospital, and these
 4    regulations are put to the law that governs
 5    the establishment of the martyrs and
 6    wounded family affairs.
 7         Q.    Do they receive any training on
 8    what to do with the documents and
 9    information they receive?
10         A.    Yes.  It's explained within the
11    law.
12               (Court reporter clarification.)
13         Q.    I don't understand.  What
14    training do they receive?
15         A.    He is an employee, the social
16    investigator is an employee who implements
17    the law that have the sections that
18    explains the way to act, based on the
19    divisions that govern the law and the work
20    for that social investigator.
21         Q.    Does he receive any training,
22    other than receiving printouts or other
23    electronic copies of the law that he is
24    supposed to implement?
25         A.    He only implements the law that
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                        Farid Ghannam

2     has sections to explain the mechanism of

3     war and how to implement the work that is

4     needed within the social investigation

5     mechanism.

6          Q.    Isn't it true that on this

7     document, martyrdom operation refers to an

8     act by which a person seeks to become a

9     martyr?

10         A.    This document explains that a

11    person died and was considered as a martyr,

12    according to the law, and it documents the

13    location and the date of the incident.

14         Q.    What about his death qualified

15    him to be a martyr?

16         A.    The qualification is the loss

17    of life, as the law indicated in the

18    definition of the martyrdom.

19         Q.    Okay.  Very well.  Let's turn

20    to page 979.

21              MR. BERGER:  Counsel, while

22         you're doing so, we're coming up on

23         the agreed end time, so if you can

24         wrap it up within some period of time

25         reasonably at 11:30, or shortly

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2           thereafter, we would appreciate it.

3                    MS. VINCZE:  Sure.

4           Q.    The top of the document reads

5     "Family Table."  Correct?

6           A.    Yes.

7           Q.    And then it provides the

8     information of seven people, correct?

9           A.    Yes.

10          Q.    On the bottom it says "Number

11    of dependents."  Correct?

12          A.    Yes.

13          Q.    And it says there are four

14    dependents?

15          A.    Yes.

16          Q.    Why are there four dependents

17    when there are seven people listed?

18          A.    According to the criteria

19    mentioned at the top of the page, it states

20    the person who is married will include the

21    wife and the minor children.  Does then the

22    second point states that the single

23    includes the parents and the sibling, minor

24    siblings, and this is, according to that

25    rule, the number of the beneficiaries at

Farid Ghannam   30(b)(6)
July 29, 2021

1                     Farid Ghannam

2     four.

3               (Court reporter clarification.)

4          Q.     One of the columns says

5     "Relationship to the case."  Right?

6          A.     Yes.

7          Q.     What is the information in that

8     column?

9          A.     Father, mother, brother,

10    sister, sister, sister.

11         Q.     What is the significance of

12    that column?

13         A.     This column indicates the

14    composition of the family within need that

15    is mentioned in the investigator -- social

16    investigator's report.

17         Q.     And that's after the

18    relationship to the martyr, correct?

19         A.     Yes.

20         Q.     Why is the relationship to the

21    martyr important?

22         A.     To indicate the relationship

23    between the martyr and the family members

24    of the martyr who needs the assistance, as

25    a result of the death of that martyr.

Farid Ghannam  30(b)(6)
July 29, 2021

1                     Farid Ghannam

2        Q.    But why does the Martyrs'

3   Families and Injured Care Establishment

4   care what the relationship is between these

5   people and the martyr?

6        A.    Because it looks into the need

7   of the family members of this family, as a

8   result of the loss of that person.

9        Q.    Are the payments made to the

10  family members?

11       A.    The payment is usually made to

12  the head of the household, and it's based

13  on the family member of -- family members

14  and the need.

15       Q.    Let's look at JD980.  There are

16  three signatures on this document, correct?

17       A.    Yes.

18       Q.    The first signature is under

19  "Recommendations of the Department."

20  Correct?

21       A.    Yes.

22       Q.    Why is that signature there?

23       A.    Definitely, to verify the

24  accuracy of the information that came in

25  the social investigation report.

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2       Q.    That includes verifying the

3   statement that -- the statement "Martyrdom

4   Operation in Karnei Shomron Settlement"?

5       A.    This verifies the accuracy of

6   what the social investigator has written

7   based on the social investigation, on the

8   information of the family that has a

9   martyr.

10      Q.    But that includes the statement

11  "Martyrdom Operation in Karnei Shomron

12  Settlement."  Correct?

13      A.    It document what has been --

14  the information that has been written in

15  the social investigator's report.

16      Q.    Another signature is under

17  "Decision of the Establishment's Director,"

18  correct?

19      A.    Yes.

20      Q.    What does that mean?

21      A.    This indicates that at the

22  verification of the information, that the

23  social investigator had written by the head

24  of the department, it is approved by the

25  general director to consider him as a

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam
2    martyr since the date of martyrdom.
3        Q.    What is the date of martyrdom?
4              THE INTERPRETER:  This is the
5          -- I will interpret what the
6          respondent has said, but the question
7          was misunderstood, because it said
8          definition again.
9        A.    So, again, as I mentioned
10   before, the definition of martyrdom is a
11   person who -- a person under the law is a
12   person who loses his life, regardless of
13   the age, as a result of a direct occupation
14   act or as a result of the continuing
15   occupation or as a consequence of the
16   occupation up until the end of the law, as
17   I mentioned previously, pursuant to the
18   law.  Up until the end of the definition,
19   sorry, as I mentioned previously, pursuant
20   to the law.
21       Q.    All right.  I'm going to ask my
22   question again, because that wasn't my
23   question.
24             My question was, what is the
25   date of martyrdom?
```

Farid Ghannam  30(b)(6)
July 29, 2021

1                    Farid Ghannam

2        A.    The date of martyrdom, as is

3    mentioned in the information written in the

4    investigation report, is February 16, 2002.

5              MS. VINCZE:  I have no more

6         questions for today.  Let's go off

7         the record, please.

8              THE VIDEOGRAPHER:  We are off

9         the record.  The time is 15:38 UTC

10        time.

11             MS. VINCZE:  We would like a

12        rough draft.

13             THE COURT REPORTER:

14        Mr. Berger, would you like a rough

15        draft?

16             MR. BERGER:  Yes, please.

17             (Off the record at 11:38 a.m.)

18

19    ---------------------------

20    FARID GHANNAM

21    Subscribed and sworn to before me

22    this      day of        , 2021

23

24    ------------------------------------

25    NOTARY PUBLIC

Farid Ghannam 30(b)(6)
July 29, 2021

1              REPORTER'S CERTIFICATION

2

3          I, ROBERTA CAIOLA, hereby certify

4    that FARID GHANNAM, the witness in the

5    foregoing deposition, was duly sworn to

6    testify to the truth and nothing but the

7    truth in the within-entitled cause; that

8    said deposition was taken at the time and

9    place herein named; that the deposition is

10   a true record of the witness's testimony as

11   reported by me, a shorthand reporter and a

12   disinterested person.

13         I further certify that I am not

14   interested in the outcome of the said

15   action, nor connected with, nor related to

16   any of the parties in said action, nor to

17   their respective counsel.

18         IN WITNESS WHEREOF, I have hereunto

19   set my hand on July 30, 2021.

20

21

22   _Roberta Caiola_

23   ----------------------------

24   ROBERTA CAIOLA

25

Farid Ghannam  30(b)(6)
July 29, 2021

1              ERRATA SHEET

2       I, FARID GHANNAM, do hereby certify that

3    I have read the foregoing transcript of my

4    testimony, and further certify that said

5    transcript is a true and accurate record of

6    my testimony (with the exception of the

7    following corrections listed below):

8    Page     Line              Correction

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   Signed under penalties of perjury

22   this        day of            , 2021.

23

24   ----------------------------

25   FARID GHANNAM

**Exhibits**

**EX 0001 Farid**
 **Ghannam 0729**
**21**
  3:7 24:22
  25:4,5
**EX 0002 Farid**
 **Ghannam 0729**
**21**
  3:9 45:12,18
**EX 0003 Farid**
 **Ghannam 0729**
**21**
  3:12 61:7,14
  79:17
**EX 0004 Farid**
 **Ghannam 0729**
**21**
  3:15 74:12,
  14

**(**

**(a)**
  38:10
**(b)**
  38:13
**(b)(1)**
  23:6
**(c)**
  38:17
**(d)**
  38:20
**(e)**
  38:22

**1**

**1**
  24:19,22
  25:5 26:20
  27:2 40:7
  70:12 79:6
**10**
  65:4,10

**100**
  68:10,14,18
**113**
  68:2
**114**
  66:23
**11:30**
  90:25
**11:32**
  4:13
**11:38**
  96:17
**12**
  46:11
**13:02**
  43:16
**13:18**
  43:20
**13:46**
  58:5
**13:53**
  58:9
**1400**
  71:7,8,14,17
**14:34**
  74:5
**14:47**
  74:9
**15:38**
  96:9
**16**
  24:23 25:6
  82:14 96:4
**18**
  26:22 27:4
  33:20 44:23
  55:20,22
  56:4,7,23
  69:11
**19**
  5:15
**1968**
  52:6
**1983**
  14:17
**1994**
  49:23

**1995**
  23:17,24
**1996**
  24:3
**1999**
  52:9,10,19
  53:6,12,13

**2**

**2**
  26:18 45:12,
  18 80:9
**2002**
  14:21 77:24
  82:14 96:4
**2006**
  14:24 53:14
  54:4,12
  56:6,7 57:6,
  16 58:12
**2016**
  42:20 60:12
  65:14,21,22
**2019**
  55:25
**202.7**
  5:14
**2020**
  5:15 26:23
  27:5 33:21
  44:23 55:20,
  23 56:4,7,23
  69:11,24
  70:12,17
  71:14,18
**2021**
  4:12 24:23
  25:7 70:12,
  18 71:15,18
  96:22
**249**
  46:11 48:2
**25**
  21:4,5
**29**
  4:12 6:24

  55:25

**3**

**3**
  26:18 38:3,5
  43:25 61:7,
  14 77:24
  79:17
**30**
  23:6
**30(b)(4)**
  6:20
**30(b)(6)**
  23:6 24:22
  25:6

**4**

**4**
  74:12,14

**5**

**5**
  65:4,10

**7**

**7**
  45:9

**8**

**8**
  61:3
**8036**
  48:5

**9**

**90**
  4:18
**978**
  79:6

Farid Ghannam  30(b)(6)
July 29, 2021

**979**
 90:20

---

**A**

---

**A-B-U**
 41:25
**a.m.**
 96:17
**A1**
 8:8
**Abd**
 62:3,14,18
 66:13 70:21,
 22 71:2,4,
 12,22 72:11
 73:2,4,18
 79:10,13,20
 80:6,7 83:5,
 14
**Abdallah**
 70:21,25
 71:12 73:4,
 18 79:20
 80:6
**Abdul**
 31:2 32:15
**Abed**
 7:25
**able**
 11:21 34:10
**Abu**
 41:21,24
 44:11
**Abu-ahmed**
 30:17
**accommodate**
 10:6 11:4
**accountant**
 20:12,13,24
 30:19 32:2,
 16 44:14
**accounting**
 14:4,5 15:5
**accumulative**
 29:15

**accuracy**
 93:24 94:5
**accurate**
 8:21
**accurately**
 11:23
**acknowledge**
 5:6,10
**act**
 38:13,15
 86:12 89:18
 90:8 95:14
**action**
 4:21
**acts**
 63:11 87:6,
 23
**address**
 7:24
**administer**
 5:12
**administered**
 5:11
**administrativ
e**
 80:10 81:16
**admissible**
 48:5
**affair**
 17:6 47:11
 87:21
**affairs**
 16:2,4,21,25
 17:13,23
 19:18 22:5,
 18,22 30:3,
 8,22,25
 31:5,8,20
 32:5,18,22,
 24 33:13
 35:13 40:3,
 11,15,17
 42:13,14
 47:12 48:17,
 21,25 49:13
 52:23 53:2,
 16,17 54:2,5

 57:6,17
 58:13 61:22
 64:23 73:8,
 13 75:6
 76:5,15,25
 79:4 82:4
 88:17 89:6
**age**
 63:6,10 85:5
 86:11 87:6,
 22 95:13
**ago**
 25:21 48:9
**agree**
 5:24 6:3
 7:6,9
**agreed**
 90:23
**agreement**
 4:9 5:20,21
**ahead**
 9:23 52:11
 61:15
**Ahed**
 62:3,14,17
 66:13 70:21,
 22,25 71:3,
 12,21 72:11,
 25 73:3,17
 79:10,12,20
 80:5,7 83:5,
 13
**Ahmed**
 7:25
**Al-aqsa**
 77:7,10,17,
 19
**Al-hafez**
 62:4,6,15,18
 66:3,14
 70:16,21,22
 71:2,4,13
 72:12 73:2,
 4,18 79:10,
 13,20 80:6,7
 83:5
**Al-hafez's**

 70:8 71:22
 83:14
**al-wazir**
 49:14 51:16
 52:25 57:9,
 11
**Alexandria**
 14:13
**Alliance**
 15:23 16:20
 17:22 30:2
**allocated**
 60:20
**allocation**
 65:6 70:10
 71:17,21
 73:14 77:4
**allocations**
 64:14 65:9
**allowances**
 24:10
**allowed**
 54:14
**ambiguous**
 60:4
**AMIRI**
 6:4
**amount**
 64:24 65:6
 70:2
**amounts**
 72:8
**and/or**
 38:19
**answer**
 9:6,16,22,23
 10:8,17
 11:22 23:7
 28:13,17
 45:5 50:25
 51:13 52:18
 53:10,22
 54:16 55:9
 56:12,15
 57:2,21
 58:21 60:4
 80:16,20,23

87:2,10,17

answering
9:4 88:3

answers
6:8 10:11,16
55:16

anybody
19:12 32:23
37:16,21
44:15

Apart
37:14

appearance
69:12

appearing
26:2 54:23
55:15

appears
83:6

applicable
72:19

appointed
57:11,14

appreciate
42:5 91:2

appropriate
7:2

approved
94:24

approximately
19:21 36:13

April
26:22 27:4
33:20 44:23
55:20,22,25
56:4,7,23
69:11,24
70:12,17,18
71:14,15,17,
18

Arabic
6:7,8 25:9,
16 28:11
47:16 59:20

ARABIC-HADEER
6:4

armed
87:11

arrangement
5:17

asked
56:20 82:2

asking
7:17 54:21
55:17 62:11

asks
26:20 27:2
38:5

aspects
21:13

assigned
40:21 41:2

assistance
92:24

assume
9:17

attacks
27:7 44:25

attorney
10:5

attorneys
5:5 25:17,24
37:18,22
40:2,11,16,
21,23,25
41:5,13

authorities
49:4 86:18

authority
12:5,9 15:18
16:5,6,14,25
18:9,13,17
19:2 23:24
24:3 59:25
79:3

Authority's
78:19

available
46:7 82:8,10

aware
4:4 26:5,11

**B**

bachelor's
14:8,11,16

back
43:19 48:10
58:8 68:2,21
77:5

background
12:17 23:5

Baloul
14:2 22:12
28:4,5 31:16
34:15 41:16
50:3,8,13
75:9 85:10,
16,17,19
86:4

Bank
18:19 31:18
68:25 84:6

banking
12:21 13:18,
25 14:4
69:13

based
59:17 89:18
93:12 94:7

basis
56:11 59:24
67:21 70:5
71:19

Bates
45:18 61:7
74:14

Bay
47:14

began
19:23 20:11

begin
6:14 14:18

beginning
85:24

begins
56:5

behalf
4:17,24 6:2
7:8 15:8
26:6,9,12,15
54:24 55:16

believe
45:2,11 48:2
56:10 61:14
74:13 75:18

belong
52:4

belonged
54:6 57:7

belongs
52:2 61:24

beneath
64:3,9 79:23

beneficiaries
64:24 65:6
91:25

Beneficiaries
'
66:7

beneficiary
66:19 67:6,
19,22 68:13,
17 70:2,3,10
71:3,12

beneficiary's
67:7 68:5
79:19

Berger
5:25 6:2
7:7,8 10:10
23:3,18 25:8
28:12,15
41:6,16,24
42:9 46:4,8,
11,18,24
48:3,7,13
52:11,15
53:7,21
54:7,19
55:6,12,21
56:8,15
57:20,24
58:16 60:3
75:11 86:24

87:14 90:21
96:14,16
**besides**
16:16
**best**
10:6
**better**
85:17
**Birzeit**
13:23
**Bishara**
19:11
**bit**
28:14
**blacked**
69:6,9,18
**Boggs**
6:2 41:8,17
**bottom**
91:10
**break**
10:5,9,14
42:5,8 43:14
63:3 73:24
74:2
**breaking**
41:11
**breaks**
10:3,22
**briefly**
12:16
**Broad**
4:19
**brother**
79:25 92:9
**budget**
19:6,25
20:7,9,20,21
53:17 54:3
57:18 58:14,
25 59:4
60:18,21
**business**
48:4

---
**C**
---

**Caiola**
4:24 6:6
7:2,5
**call**
29:25 76:2
**called**
6:4,10 63:24
66:7,25 68:4
75:7 83:18
**calling**
58:3
**Calls**
86:25 87:16
**capable**
67:22
**captive**
63:13
**care**
42:21 43:10
58:24 59:10
60:8,16
65:13 72:13,
18 77:14
78:23 81:20,
25 84:13
88:20 93:3,4
**cares**
86:10
**case**
7:16 65:23
72:23 77:6
92:5
**case's**
79:9
**Categories**
63:25
**certain**
44:4,25
**certificate**
15:3 82:7,8
83:15 84:24,
25 89:2,3
**certificates**
15:6

**certification
s**
15:2
**change**
67:7
**children**
65:9 76:9
91:21
**circled**
80:3
**cities**
15:24 16:3,
21 17:23,24
**Civil**
6:21
**clarification**
15:25 29:9
31:11 50:7
65:15 71:10
77:11 89:12
92:3
**clarify**
22:7 36:2
37:11 40:22
51:6 53:18
70:20
**Clarifying**
16:12 22:9
24:9 34:9
37:12 84:19
**clear**
55:25 56:9
57:25
**clearly**
43:7
**Cohen**
5:23
**collect**
30:6
**collected**
60:23
**collecting**
33:17,24
**column**
69:23 70:8,
11 92:8,12,
13

**columns**
64:6 68:6
69:19,22
92:4
**come**
19:15
**comes**
60:22
**committee**
16:23 17:17,
21 18:4
22:11 57:15
**committing**
27:7 38:12,
13 44:24
87:11
**community**
34:13 49:10
**company**
23:17
**compared**
22:24
**complete**
35:5
**complex**
63:4
**component**
47:13
**composition**
92:14
**computer**
33:25
**condition**
49:10 67:8
**confer**
10:15
**conference**
6:23
**confirm**
6:19
**consent**
5:17 69:15
**consequence**
87:8,25
95:15
**consequences**
85:7 86:13

Farid Ghannam  30(b)(6)
July 29, 2021

consider
  94:25
considered
  73:8 88:10
  90:11
consistent
  10:11
consistently
  71:7
consists
  34:12 35:15
consultant
  30:18 33:4,
  6,11 41:20
  44:12
consultation
  39:25
consulted
  40:12
contains
  47:24
contents
  34:5,11,19,
  25 35:10
continue
  29:21,23
  34:22 56:10,
  16
continued
  49:23
continuing
  95:14
continuous
  33:19
contractor
  23:18
convenient
  42:3
conversations
  4:7
copies
  46:7,20
  89:23
Corey
  4:16
corner
  78:17,18

correct
  15:9 27:9
  38:23 48:19
  50:24 62:15
  64:4,7 66:8,
  11,14 67:2
  68:25 69:6
  71:4,7,8,24
  72:2,14,20,
  23 73:5,21
  77:15,22
  78:8,20,25
  79:7,10,21,
  25 80:10,14
  81:4,21
  82:12,16
  83:5,19,23
  85:21 91:5,
  8,11 92:18
  93:16,20
  94:12,18
correctly
  22:14 23:13
  25:23 36:7
  53:5 59:8
counsel
  5:16 9:20,22
  10:10 42:2
  50:3 54:10
  90:21
country
  52:21,22
couple
  42:6
courses
  14:6
court
  5:4 8:19
  15:25 29:9
  30:10 31:11
  41:22 47:17
  50:7 54:15,
  18 56:20
  65:15 71:10
  77:11 80:19
  89:12 92:3
  96:13

cover
  73:15
COVID-19
  6:17 8:24
credit
  67:14
criteria
  91:18
cross-talk
  28:11 59:20
Cuomo
  5:14
currency
  70:5
current
  19:16 21:12

———————————

D

data
  33:24 34:4
  66:7,25
  68:5,24
date
  38:14 44:19
  77:21 78:3,4
  80:13 81:3,
  10 82:20
  83:2,13
  90:13 95:2,
  3,25 96:2
dated
  24:23 25:6
day
  96:22
dead
  63:21 70:23
death
  27:6 35:22
  76:22 82:5,
  7,9 83:14,
  15,16 84:11,
  24 89:2
  90:14 92:25
decent
  49:8

decided
  72:19
Decision
  94:17
deductions
  64:14
defendants
  6:3,19 7:8
  12:4 26:21,
  24 27:3 38:9
  44:20,22
  45:15 61:12
  74:19
defense
  85:6
Definitely
  63:22 93:23
definition
  62:19 63:7
  85:8 86:7,15
  87:18 90:18
  95:8,10,18
degree
  11:10 12:20,
  24 14:9,11,
  16,21,23
Deltalik
  44:13
department
  93:19 94:24
departments
  39:17
dependents
  91:11,14,16
depending
  59:5 67:7
depends
  88:23
deposition
  4:11 5:6,7,9
  6:22 7:3
  8:10,22 10:4
  23:6 24:21
  26:17 29:11
  32:25 36:20
  37:17 38:4
  39:24 44:17

45:11 48:22
56:25 61:4
75:16
**deputy**
8:6 15:13
19:7 20:8
21:20,23
29:25 30:7
32:21 35:12
36:4,14
39:15
**described**
37:24
**designate**
74:12
**designated**
15:7 26:8,14
29:13 79:17
**designee**
38:19
**detailed**
29:18
**details**
65:5 67:7
81:15 83:19
**detainees**
27:25 28:7,8
**detention**
63:14
**determine**
83:12 84:14
**determined**
59:19 66:3,
20 67:9
68:20 70:4
72:12,16
73:2,11,19
**determines**
58:23 64:24
65:2,5,7
**died**
38:12 44:24
83:5 90:11
**differently**
40:6
**direct**
27:19,22

28:19 39:9,
12 63:11
71:21 86:12
87:6,23
95:13
**directly**
21:14 26:22,
24 27:4
44:22 60:23
**director**
19:24 20:6,9
30:20 94:17,
25
**directorate**
20:13,14,20
**discontinuati
on**
66:25 67:12,
13
**discovery**
38:10 52:17
53:10 54:10,
14,18 55:10
56:3,18
57:23 58:19
**discuss**
33:22 34:5
40:10,17,18
58:3
**discussed**
40:12,19
42:11 59:4
**discussing**
79:14
**discussions**
40:2,4
**dispensed**
73:15
**dispute**
56:13
**distinct**
63:11
**district**
31:10,14
**division**
61:23 64:13
65:4,7,10

78:14
**divisions**
35:16 64:21
89:19
**document**
11:2 24:25
25:11,15,20,
23 45:13,14,
18,23 46:5
47:3,5,10
59:6 61:5,7,
11,18,21
62:13 63:24
65:23 67:16
69:23 74:14,
18,23 75:4,
6,21 77:6,22
78:17 80:9
81:10 82:20,
25 83:6
84:10 90:7,
10 91:4
93:16 94:13
**documentation**
81:8
**documented**
81:13
**documents**
10:25 36:18,
22,24,25
37:6 38:7
44:21 45:2,6
46:15,23
84:21 88:24
89:2,8 90:12
**doing**
90:22
**draft**
96:12,15
**duly**
6:5,11
**duration**
69:15

---

**E**

---

**earlier**

43:23
**economic**
67:8 68:19
73:16
**economical**
72:9
**education**
12:18,19
**educational**
12:17
**effect**
48:9
**Egypt**
14:14
**either**
82:7 84:24
89:2
**electronic**
89:23
**eligible**
68:14
**em**
29:20
**embassies**
24:11
**emblem**
78:19
**employee**
32:17 77:13
84:12 89:15,
16
**employees**
29:15 30:15,
16 44:4
**employment**
16:5 17:15
18:12,15
21:8
**enable**
49:7
**encourage**
18:5
**end**
86:14 90:23
95:16,18
**enforce**
54:17

engaged
  21:24
English
  6:7,8 11:7,
  8,11,13,14,
  15 80:16
enter
  4:25
entity
  57:18 58:14
estab
  49:2
established
  49:22
establishment
  48:17,25
  49:13 51:25
  52:3 53:16,
  19,20,23
  54:5 57:7,
  12,17 58:13
  59:2,3,6,10
  60:6,10,16
  62:20,22
  63:7 64:18,
  22 67:10,20
  68:15,20
  72:5,14,18
  73:7,11 75:5
  76:4,14,24
  77:14 78:6,
  24 81:21,25
  82:3 84:14,
  21 86:9
  87:20 88:16,
  20 89:5 93:3
establishment
's
  58:25 59:25
  94:17
establishment
s
  49:3
Eszter
  5:22 7:15
European
  22:3,4,15,22

evaluating
  88:21
everyone
  4:3
Evidence
  48:6
EXAMINATION
  7:11
exception
  10:13
excessive
  23:4
Excuse
  23:3 31:16
executive
  5:13
exhibit
  24:21,22
  25:4 45:11,
  12,18 47:24
  61:4,7,14
  74:12,14
  79:17
existed
  55:20
expect
  7:22
experience
  29:16
explain
  35:20 90:2
explained
  36:4 89:10
explains
  89:18 90:10
explanation
  36:3
express
  11:12

_____

F

_____

facts
  37:2,8
fading
  84:18

fair
  23:22 70:15
  71:9,11
families
  27:25 28:22
  29:3 30:2,8
  32:22 35:18
  42:15,21
  43:11 49:5,
  7,12 50:9,14
  58:24 59:9,
  11,16,23
  60:9 62:20,
  22 63:8
  64:10,19,23
  65:13 72:9,
  13,17 77:14
  78:23 81:20,
  24 84:13
  86:10 88:19,
  22 93:3
family
  27:5 35:23
  38:18 44:23
  47:12 59:18
  60:8,16
  61:22,25
  64:15 66:21
  67:8 68:19
  72:6 73:10,
  12,13,15
  75:6 76:5,7,
  10,13,20,23,
  25 77:3 78:5
  82:4 83:17
  85:2 88:16,
  25 89:6 91:5
  92:14,23
  93:7,10,13
  94:8
Farid
  4:1,11 5:1
  6:1,10 7:1,
  25 8:1 9:1
  10:1 11:1
  12:1 13:1
  14:1 15:1
  16:1 17:1

18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1 53:1
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1,20
father
  79:24 80:3,6
  92:9
February
  82:14 96:4
Federal
  6:20 48:6

Fida
  30:17
Fidak
  41:21 44:11
files
  31:7,9,14,
  22,25 32:16
  33:17 34:3,
  6,11 40:13
filling
  88:5
finance
  8:7 15:13,14
  16:13 17:19
  18:16,21,23,
  25 19:2,4,7,
  9,14,17 20:3
  21:14,18,21,
  22,24,25
  22:10,19,24
  23:2,9,12
  26:10,16
  28:3,24
  29:17 30:17
  33:8,11,20
  37:19 39:15,
  18,21 40:24
  41:2,6,14
  44:5,8,11,
  12,14,16
financial
  12:21 13:17,
  19,22,24
  15:4 18:6
  19:18 20:9,
  21 22:5,18,
  21 34:12
  35:17 47:12
  49:6,9 53:25
  59:5,17
  61:23,24
  73:10
financially
  4:21
financing
  14:7
finish
  9:3,5

first
  10:9 25:19
  46:19 51:9
  67:12 69:23
  81:9 93:18
five
  33:14 36:8
five-minute
  43:14 74:2
follow
  21:21 22:3,
  17
followers
  52:19
following
  22:21 27:6
  31:9,13
follows
  6:9,13
form
  30:5 81:18
  86:25 87:14
formal
  15:11 24:13
formed
  29:14 30:3
  40:19
found
  34:11
four
  13:24 19:21
  36:13 69:22
  91:13,16
  92:2
four-part
  62:3,14
frame
  52:16
Freeman
  56:14
front
  46:23
full
  39:21 79:19
fully
  11:22 67:9

function
  17:2,5,12
  18:10
funded
  60:17
funds
  38:22 60:20

G

gain
  29:17
Gassan
  28:5 37:20
  41:3,4,7
gave
  36:3
Gaza
  13:2 23:21
  31:10,15,18
general
  14:7 19:24
  20:6,8,13,
  14,20 54:3
  59:4 60:18,
  20,22 94:25
generated
  61:21
Ghannam
  4:1,11 5:1
  6:1,10,15
  7:1,13 8:1,2
  9:1 10:1,19
  11:1,6 12:1
  13:1 14:1
  15:1 16:1
  17:1 18:1
  19:1 20:1
  21:1 22:1
  23:1 24:1
  25:1,2,12
  26:1 27:1
  28:1 29:1,10
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1

38:1 39:1
40:1 41:1
42:1,10
43:1,23 44:1
45:1,22 46:1
47:1,2,5,23
48:1,16 49:1
50:1,17
51:1,2,15,16
52:1 53:1
54:1 55:1
56:1,11 57:1
58:1 59:1,7
60:1 61:1,17
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1
70:1 71:1
72:1 73:1
74:1,22
75:1,15 76:1
77:1 78:1
79:1 80:1
81:1 82:1
83:1 84:1
85:1 86:1,5
87:1,9,17
88:1,2 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1,20
give
  28:14
given
  64:15
giving
  55:16
goes
  28:3,23
  35:24 39:19
  55:13,19
  76:13,23
going
  8:12 10:12,
  24 15:21
  21:7 23:4

28:16 32:11
42:4 47:23
54:15 63:2
66:19 67:23
68:17 86:2
88:3 95:21
**good**
4:2 7:13
42:9 49:9
**govern**
42:12,14
68:15 89:19
**governing**
42:20
**government**
78:14
**Governor**
5:14
**Governorate**
78:7
**governs**
40:13 60:7
64:18,22
65:12 72:4
88:15 89:4
**Gresser**
5:23
**ground**
7:21
**group**
29:14,20
30:14,16,21
33:10 36:8
37:15,18,23
40:19,25
41:19 42:11
**guidance**
88:19

**H**

**H-M-A-I-D**
41:25
**Hadine**
47:14,21
**Hafez**
8:2

**half**
42:4
**Hamasha**
30:19 44:9
**Hamdan**
31:2 32:15,
21
**handwriting**
83:8
**handwritten**
82:11
**happened**
52:10 84:22
**happy**
51:5
**he'll**
28:14
**head**
9:11 49:11,
20,23 50:5,
6,8,11 51:24
57:12 93:12
94:23
**headed**
52:24
**health**
59:22 60:8
**hear**
33:4 43:7
50:12 51:10
85:16 88:12
**heard**
46:18 48:10
**held**
4:7 19:19
63:13
**highest**
12:18,19
**Hmaid**
41:21,24,25
44:11
**hold**
15:15 21:5
24:5 45:14
50:21 51:17,
19,20

**hospital**
82:9 84:25
89:3
**hour**
42:4
**hours**
36:13 56:24
**household**
93:12
**housekeeping**
6:16
**Hypothetical**
87:15

**I**

**ID**
69:19,24
**identificatio
n**
24:24 45:21
61:10 74:17
**IMF**
22:13,16,22
**implement**
89:24 90:3
**implemented**
65:3
**implementing**
64:21
**implements**
89:16,25
**importance**
78:12
**important**
8:24 9:9
92:21
**imposed**
54:17
**imprisoned**
38:12
**incident**
80:14 81:3,
11,12,13
82:2,6 83:3,
19 90:13

**incidents**
82:21
**include**
60:12 91:20
**included**
34:3
**includes**
82:19 91:23
94:2,10
**including**
27:8 30:4
**income**
60:22
**independent**
53:24,25
57:18 58:14
**indicate**
5:19 78:13
92:22
**indicated**
90:17
**indicates**
78:4 92:13
94:21
**indirectly**
26:22 27:4
44:22 60:24
**indiscernible**
51:7
**individual**
26:23 27:5
**individual's**
27:6
**individuals**
44:24 64:16
**industrial**
15:23 16:3,
21 17:23,24
18:5
**information**
29:18 30:6
39:19 62:2
67:5,18
69:5,8,10,
13,14,20
77:12 79:7
80:10 81:16,

24 82:12,19,
25 88:24
89:9 91:8
92:7 93:24
94:8,14,22
96:3
**informations**
35:16,17,19
**injured**
38:16 49:12
50:10,15
58:24 60:16
72:13,18
77:14 78:23
81:20,25
84:13 88:20
93:3
**inside**
18:15 28:2,
23 49:22
52:21,22
**institute**
16:23 50:13
**instruct**
54:15 55:8
56:11 57:21
**instructs**
9:22
**interested**
4:22
**international**
22:10
**internationally**
22:2
**interpret**
95:5
**interpreter**
6:5,11 13:6,
7 14:5
15:20,21
16:2,10,11
17:8,11
22:6,8 24:7,
8 28:9,10
29:2,5,7,24
31:12 32:8,9

34:7,8,21
35:6,7 37:10
41:9,10
42:25 43:2,
5,6 47:15,
19,20 50:16,
18,19 51:3
52:14 61:16
62:9,10,25
63:2 65:17,
20 80:22
82:24 84:16,
17 88:13
95:4
**interpreting**
61:16
**Intifada**
77:7,10,17,
19
**Intissar**
49:14 52:25
**investigate**
84:23
**investigates**
76:5 82:4
**investigation**
34:17,18,20
35:2,10
75:10,13
76:6 77:9
78:13 81:9,
14 90:4
93:25 94:7
96:4
**investigative**
75:18,24
**investigator**
76:3 77:2
82:5 83:10,
12 84:2,20
88:23 89:16,
20 92:15
94:6,23
**investigator's**
92:16 94:15
**investigators**
88:18

**Islamic**
12:25
**Israeli**
86:18,22
**issued**
5:14 44:20
78:22
**issues**
37:3,8
**item**
57:19 58:14

---

## J

**J-A-B-E-R-N**
30:13
**Jabern**
30:9 36:16,
17
**Jadalahasan**
47:21
**JD**
48:2
**JD1101**
45:3
**JD113**
61:13 72:22
**JD114**
68:22
**JD117**
61:14 69:4
**JD12**
45:16 46:3,
16 47:25
**JD249**
45:17 46:17
**JD559**
45:3
**JD977**
74:20
**JD980**
93:15
**JD990**
74:21
**JD9900**
74:20

**job**
23:8
**joined**
52:6
**Jordan**
7:5
**judge**
55:24 56:13
58:3
**July**
4:12
**June**
24:23 25:6
**jurisdictional**
38:10 52:17
53:9 54:10,
14 55:10,23
56:2 57:22
58:19

---

## K

**K-H-A-L-E-B**
30:12
**Karnei**
82:15 83:22
84:3 94:4,11
**Khaleb**
30:9 36:17
**Khamis**
13:12
**killed**
38:16 86:17
**kind**
59:15 75:21
**kinds**
59:14 60:2
**know**
7:21 9:15
10:5 11:3
42:23 53:11,
22 76:20
**knowledge**
27:19,23
28:20 39:9,
13,21

knowledgeable
  27:12,16
  39:2,6

---

### L

language
  11:13,16
lasted
  36:12
later-
produced
  45:5
law
  42:18,19,24
  43:10 60:7,
  11,12 62:21
  63:7 64:17,
  22 65:2,5,
  11,12,14,18
  66:20 70:4
  72:4 73:6,9,
  22 85:12,23
  86:8,16
  87:4,19
  88:9,11,15,
  20 89:4,11,
  17,19,23,25
  90:12,17
  95:11,16,18,
  20
laws
  40:13 42:11,
  17 60:10
  68:15 72:19
  87:13
led
  84:11
left
  78:16
legal
  4:18,24
  30:4,18
  33:3,6,11
  41:20 44:11
level
  12:18,19

Liberation
  12:5,13
license
  13:17,18
licenses
  13:13,14,16
lieu
  5:11
life
  63:6,10,14,
  15,18 85:5
  86:11 87:5,
  22 88:9
  90:17 95:12
light
  8:23
limitation
  54:17 55:2
listed
  16:17 21:7
  31:4 32:13
  37:23 91:17
lists
  33:25
little
  28:14 73:25
live
  8:2 49:8
living
  49:8,9
local
  10:12
located
  4:18 7:5
location
  38:14 81:10
  82:20 83:2,
  13 90:13
long
  19:19 21:2
  29:16 36:11
look
  34:10 93:15
looked
  36:23
looking
  48:15 56:5

  63:23 68:3
  69:17 75:17
  78:16 81:19
looks
  93:6
loses
  63:15,18
  85:5 86:11
  87:5,21
  95:12
loss
  76:8 90:16
  93:8
lost
  63:5,9,14
  88:8
lot
  10:24 69:5
Louis
  23:17

---

### M

madam
  32:9
made
  26:21,24
  27:3,24
  28:21 29:3
  38:11,20,21
  39:20 44:21
  55:3,4,14,
  19,24 93:9,
  11
Mahmoud
  62:3,14,17
  66:13 70:21,
  22,25 71:3,
  12,22 72:11,
  25 73:3,17
  79:10,13,20
  80:5,7 83:5,
  13
main
  20:12 23:8
make
  8:21 38:23

  54:11 76:7
  77:3
makes
  45:12
making
  33:18 34:2
  55:15
male
  51:7
man
  32:21
Manatek
  30:23,24
manner
  5:18
March
  5:15 77:24
mark
  61:3
marked
  24:23 45:20
  61:9 74:16
marking
  24:20 45:10
married
  65:8 91:20
martyr
  35:23 61:25
  62:23,24
  63:5 64:15
  65:24 66:4
  72:8,12,17,
  23 73:3,9,20
  76:22 77:6,
  10 79:17
  83:16,17
  84:22 86:18,
  23 87:3,12
  88:10 90:9,
  11,15 92:18,
  21,23,24,25
  93:5 94:9
  95:2
martyr's
  66:21
martyrdom
  71:22 83:21

84:7,10,15,
23 85:3,4
86:6,8,19
88:6 90:7,18
94:3,11
95:2,3,10,25
96:2
**martyred**
72:10
**martyrs**
28:2,22
29:5,6 30:2,
8,21,25
31:4,7,20
32:4,18,22,
23 33:13
35:13,18
40:3,11,15,
17,21 42:13,
15,22 43:11
47:11 48:16,
20,24 49:5,
11,13 50:9,
15 51:25
52:4,20 54:4
57:6,13,17
58:12 59:9,
12 61:22
63:8,21
64:10,23
65:13 67:10,
20 68:16
72:5 73:7,12
75:6 76:4,
14,24 78:6
82:3 86:9
87:21 88:16
89:5
**martyrs'**
58:24 59:9,
16,23 60:9,
15 62:20,22
64:19 72:13,
17 77:13
78:23 81:20,
24 84:13
88:19 93:2

**master**
11:8
**master's**
12:20,24
14:19,21,23
**matter**
4:14 29:14,
19
**matters**
42:15 63:4
**mean**
12:4 53:20
66:2,16
67:4,11,17
68:12 70:7
77:18 80:5
81:12 84:8
88:7 94:20
**means**
64:13 66:18
67:18,21
68:13,16
70:9
**meant**
88:8
**measure**
6:16
**mechanism**
40:8 90:2,5
**mechanisms**
40:14 42:12
**meet**
33:9 37:15,
21 44:7,15
76:15
**meeting**
36:12,15
37:14
**meetings**
33:16,23
35:11 36:5,
11
**member**
15:17 16:8,
18,22 17:2,
4,5,13,16,
20,25 27:5

38:18 93:13
**members**
37:23 44:23
92:23 93:7,
10,13
**mentioned**
21:10 33:3
39:14 41:3,
18 44:3
60:13 67:15
75:17 81:17
85:9 86:15
87:3,19
91:19 92:15
95:9,17,19
96:3
**met**
36:8 37:18
44:3,9 76:25
**middle**
68:3
**minister**
8:7 15:13
19:7,9,13,17
26:10,16
28:3 36:14
49:14 52:24
**minister's**
57:14
**Ministers**
57:15
**ministries**
19:5
**ministry**
18:21,23,25
19:3 20:3
21:14,18,20,
22,23,25
22:18,24,25
23:9,11
28:24 29:16
30:17 33:8,
10,12,20
37:19 39:15,
18,20 40:24
41:2,6,14
44:4,8,10,
12,14,16

50:6,9
52:23,24
53:2,15 79:3
**minor**
91:21,23
**mispronounce**
32:12
**missing**
85:21
**misunderstood**
95:7
**Mitch**
37:20 41:4
**Mitchell**
5:25 7:7
**modified**
42:19
**Mohamed**
13:12
**Mohammad**
30:19 44:9
**month**
25:21 69:19,
24 70:11
**monthly**
70:5,17
71:13,16,18,
20
**morning**
4:3 7:13
**Morocco**
13:11
**mother**
79:24 92:9
**movement**
77:20
**multiple**
15:17
**Muslim**
47:13

---

**N**

**name**
4:16 5:20
7:14,23,25

32:12 41:23
47:21 62:3,
11,14 66:10,
13,16 69:19,
25 70:8
79:9,20,23
**Nasser**
30:22,24
32:20
**Nasser's**
31:19
**National**
38:16
**nature**
38:14
**need**
10:4,14 11:2
56:13 64:17,
25 72:7
73:10,13,18
76:8 77:3
92:14 93:6,
14
**needed**
23:11 90:4
**needs**
49:9 59:5,18
68:19 73:16
92:24
**never**
48:10
**nodding**
9:11
**Notary**
6:12 96:25
**note**
52:12
**notice**
24:22 25:6
26:3 38:4
44:20 53:8
54:9,20
55:11 56:19
58:20
**number**
5:14 25:5
38:7 40:7

45:12 65:14,
18 69:25
74:12 91:10,
25
**numbers**
45:3,16
46:16 47:25
61:13 74:20

---

**O**

**oath**
5:11,12 8:17
**object**
9:21 23:4
87:14
**objection**
9:25 14:3
22:12 28:4,5
31:17 34:16
50:4 52:12,
15 53:7,21
54:7 57:20
58:17 60:3
85:10,19
86:24
**objections**
5:18
**obtain**
14:15,22
29:17
**obtained**
12:20
**occupation**
8:4,6 63:11,
12,13 77:20
85:6,7,8
86:12,13,14
87:7,8,23,
24,25 95:13,
15,16
**office**
78:14
**officer**
7:2
**official**
6:5

**Okay**
9:18 11:4
46:10,24
48:14 73:23
86:4 90:19
**Omal**
44:13
**once**
23:14
**one**
6:15 9:2
15:22 19:3
49:2 57:13
64:6 71:8
76:9 80:12
84:5 88:4
92:4
**ones**
16:16 21:6,
10 31:12
**operating**
58:25
**operation**
83:22 84:7,
10,15 88:7
90:7 94:4,11
**order**
5:13 54:16
55:25
**organization**
12:6,13
17:13 18:3,
20 31:25
35:13,24
**organization'
s**
17:6,17,21
**organizations**
15:18,19
16:8,16 19:4
**organized**
46:12,20
**organizes**
18:10
**original**
46:2 61:6

**originals**
47:25
**outcome**
4:22
**outside**
18:15 24:11
28:2,23
30:25 49:21
52:16,21
53:8,9 54:8,
9,20 55:9,11
56:17,18
57:22 58:18,
19
**overseeing**
39:17

---

**P**

**PA**
12:9 15:8,
12,16 16:9,
17 17:15,19
20:15 21:3
26:6,9 27:13
39:3 49:16,
22 53:3,4,6,
14,20,24
54:25 57:19
58:15 78:24
**page**
8:14 48:15
61:5 66:22,
25 68:4 69:4
79:5,6 81:9
90:20 91:19
**pages**
26:18
**paid**
64:25 65:9
**Palestine**
8:2 12:5
18:11,14
23:21
**Palestinian**
12:4,9,13
15:18 16:5,

13 18:19
19:25 20:6
22:4 23:23
24:3 49:3
57:15 60:24
76:23 78:19
79:2

**pandemic**
6:18 8:24

**paper**
46:6,20

**pardon**
7:18 26:23
32:7 33:12
49:12 78:18

**parentheses**
79:24

**parents**
91:23

**part**
34:13,14
47:18 50:20
52:7,22
53:3,4,6,12
78:24 79:6
80:9

**Participants**
4:4

**participating**
5:5

**particular**
21:13,17,24

**parties**
5:16 6:25

**parts**
34:12

**party**
4:20

**past**
21:8

**Patton**
6:2 41:7,17

**pause**
7:19

**payment**
33:19 38:6,
11,18,20,21,

23 66:20
68:18 93:11

**payments**
26:21,24
27:3,8,24
28:7,21 29:3
39:20 44:21
54:23 55:3,
4,7,14,18
56:21,23
70:17 71:2
73:5,21 93:9

**pending**
10:8 50:23

**people**
31:4,6
64:16,25
91:8,17 93:5

**percent**
68:14,18

**percentage**
68:6,7,9

**period**
28:8 55:5
63:19 90:24

**periodic**
10:3

**person**
5:12 9:2
27:11,15
30:4 32:13
38:11,19,25
39:5 63:5,9,
15,18 65:8
66:18,19
72:10 76:18
79:16 84:11
85:4 86:10,
17 87:5,12,
21 88:5,8,10
90:8,11
91:20 93:8
95:11,12

**personal**
35:16 62:2
79:7

**persons**
64:17

**Ph.d.**
12:22 13:4,
10

**phonetic**
18:19 30:23
44:13 47:14,
22

**physically**
5:7

**place**
8:23 80:13
81:3

**plaintiffs**
5:24 7:16

**please**
4:25 5:19
7:23 9:3,15
10:5 11:3
17:10 24:19
29:23 30:11
37:5 38:3
41:23 43:13
45:9 46:2
52:11 61:3
68:22 69:4
96:7,16

**PLO**
4:15 12:14
15:9 24:6,
11,13,16
26:12,15
27:17 39:7
49:19,20,21,
24 50:6,22
51:5,17,19,
20 52:2,5,8
53:13 54:6,
25 55:16
57:7

**PO**
54:24

**point**
42:3 91:22

**population**
60:25 77:20

**portion**
34:13 67:23

**position**
15:11 18:6
19:16,20,23
20:11 21:12
24:13 31:19
32:4 50:2
51:19 56:9
57:25

**positions**
21:9 31:3
50:21

**possible**
29:18

**potential**
10:15

**pre-printed**
81:18

**predicate**
55:24

**preparation**
32:24 36:19
37:16 40:9
41:15 44:16

**prepare**
29:11 39:23
40:5 48:22

**prepared**
35:21 40:6
45:4 47:10
81:19

**prepares**
76:18

**preparing**
43:24 75:16

**present**
5:7 23:25
36:15 41:8,
17 49:4,6
82:8,25

**presented**
25:15 36:24
59:6

**prevent**
49:8

**previous**
42:19

previously
  51:21 60:13
  85:9 86:15
  87:4 95:17,
  19
printouts
  89:22
prison
  63:15,16,17
privilege
  10:16 18:6
privileges
  18:7
Procedure
  6:21
proceeding
  4:5 6:23
proceedings
  5:2 7:19
process
  8:13
produced
  38:9 42:19,
  20 44:20
  46:15 75:4
production
  45:2,16
  46:16 47:25
  61:13 74:19
professional
  13:14 14:25
program
  14:19
programs
  59:22
prove
  82:9
provide
  59:25
provided
  51:2 65:17
  66:10 77:13
  80:16 84:25
provides
  59:11,16,21
  91:7

Public
  6:12 96:25
pull
  24:19 45:9
  61:3
purpose
  80:17 81:6
pursuant
  5:13 6:19,24
  26:3 85:12,
  22,23 86:8,
  16 87:4,19
  88:9 95:17,
  19
purview
  21:15,16
put
  18:5 37:15
  46:22 89:4

---

## Q

Qalqilya
  78:8,15
  82:15
qualification
  90:16
qualified
  72:20 90:14
question
  9:6,15,17,
  18,23,24
  10:7,8,18
  13:5,8 17:7
  26:25 28:16,
  25 29:23
  34:24 35:8,9
  37:4,11
  41:12 43:3,
  4,8,9 47:4
  50:20,22
  51:9,12
  54:8,12
  55:6,13,22
  56:3,5,16
  57:2,4
  58:11,18,21

60:5 69:16
  80:15,25
  86:3,25
  87:15 88:3,
  14 95:6,22,
  23,24
questioning
  23:5
questions
  6:7 7:17
  9:4,10,21
  10:15 11:22,
  25 42:7 45:5
  54:22 55:2,
  17 56:22
  96:6
quick
  28:25 73:24

---

## R

Ramallah
  8:3 31:8
re-ask
  34:23 51:11
  58:11 86:2
read
  25:18 26:17
reads
  80:9,13 81:3
  83:21 91:4
reason
  11:17,20
  27:8 38:21
  54:22 55:13
  67:12,13
reasons
  11:19,24
  55:3,18,19
reassert
  58:17
receive
  12:23 66:19
  68:17 88:18
  89:7,9,14,21
received
  45:13,15

61:12 70:3
  71:13,16,20
  72:3 74:19
receives
  88:25
receiving
  70:16 71:2
  73:5,20
  89:22
recess
  43:18 74:3,7
recipient
  38:18
recognize
  25:11 47:7
  74:22
recollection
  37:2,7
Recommendatio
ns
  93:19
record
  4:4,9 5:3,21
  7:24 8:21
  25:5 43:13,
  16,20 58:2,
  5,7,9 73:25
  74:5,9 96:7,
  9,17
recorded
  4:6,7,11
records
  48:5
refer
  12:3
reference
  87:13
referring
  12:8,12 51:4
  62:12 75:22
refers
  48:16 90:7
reflected
  38:6
reflecting
  44:21

Farid Ghannam   30(b)(6)
July 29, 2021

refresh
  37:2,7
regarding
  26:21 27:3
  29:11 35:17
  36:19 39:24
  40:4,14
  42:12 47:13,
  19 61:23
registered
  13:11
regulate
  24:10
regulates
  18:14
regulating
  19:18
regulations
  72:19 89:4
regulatory
  16:23
rehabilitatio
n
  49:7 59:22
relate
  18:21
related
  4:20 54:12
relates
  56:4
relating
  37:3,8 56:22
relationship
  18:22 92:5,
  18,20,22
  93:4
released
  63:16
relevant
  55:5
remember
  10:18
remote
  4:10,17 5:2
remotely
  5:9,13 6:17
  8:23

repeat
  13:5,7 17:9
  28:13,16
  32:8 37:4
  41:11 43:2,7
  47:4 51:8
  80:24 82:22
  84:18 87:18
  88:13
repeated
  43:4,9
rephrase
  9:16
report
  19:8,12
  21:19 24:15
  34:17,18,20
  35:2,11,25
  57:9 75:25
  76:2,18
  77:9,15
  78:22 81:9,
  15 88:6
  92:16 93:25
  94:15 96:4
reporter
  4:23 5:4
  8:19 15:25
  29:9 30:10
  31:11 41:22
  47:17 50:7
  65:15 71:10
  77:11 80:19
  89:12 92:3
  96:13
reporting
  5:8,19
reports
  35:21 75:18
represent
  5:23 47:12,
  24
representatio
n
  54:11 55:8
representativ
es
  30:5 39:16

representing
  7:15 37:19
request
  4:8 10:7
  76:6,11,12
requested
  29:19 33:18
  34:2,4 39:25
require
  23:10
resisting
  86:13 87:7,
  24
respect
  27:12,16
  38:6,11,19
  39:2,6
respond
  9:10
respondent
  15:22 43:6
  95:6
responsibilit
ies
  19:15 23:10
responsible
  31:6,21,25
  32:16
result
  63:10,17,18
  71:21 76:8
  85:6 86:12
  87:6,22
  92:25 93:8
  95:13,14
review
  12:17 36:18,
  22
reviewed
  36:23 37:7
  72:18
right
  8:14 10:9
  28:18 33:4
  43:12,25
  48:18 51:11
  62:4 63:25

  64:10 65:24
  67:14 68:10
  70:13 71:23
  75:19 78:17
  92:5 95:21
robbery
  87:12
Roberta
  4:23 6:6
room
  5:8
rough
  96:12,14
rows
  69:17,21
rule
  6:20,24 48:5
  91:25
rules
  6:20 7:21
  10:12 48:6

        S

Sadeq
  62:3,14,17
  70:22 71:3,
  21 72:11,25
  79:10,12
  80:7 83:4,13
Sala
  47:14,21
Salaman's
  32:3
salaries
  44:10
salary
  70:3
Salim
  30:22,23
  32:6 37:20
  41:4
Saravese
  30:20
Satal
  18:18

Farid Ghannam  30(b)(6)
July 29, 2021

save
  10:13
saying
  85:12
says
  62:3,13 64:9
  65:23 68:9,
  24 72:22
  77:6 78:7,18
  79:6,9,19,24
  82:14 91:10,
  13 92:4
scale
  64:7,10,20
science
  12:21 13:19,
  24
sciences
  13:18 15:4
scope
  53:8,9 54:8,
  9,13,18,20
  55:10,11
  56:2,18,19
  57:22 58:18,
  20
screen
  11:3 24:19
  45:9 46:5,25
scroll
  38:3 46:2
search
  75:7,8,13
second
  22:7 91:22
section
  63:24 66:7,
  11,24 68:4,
  24
sections
  89:17 90:2
sector
  18:5
see
  11:2 24:25
  25:19 45:22
  47:2,5 61:17

  67:13 68:7
  69:18 74:25
  75:14
seek
  81:25
seeks
  90:8
separate
  18:24 19:3,6
  53:16,19
separated
  53:15
sequences
  63:12
sets
  64:20
Settlement
  82:15 83:22
  84:4 94:4,12
settlements
  84:5
seven
  91:8,17
Shatsky
  4:14
Shatsky-
jd00012
  45:19
Shatsky-
jd00113
  61:8
Shatsky-
jd00117
  61:9
Shatsky-
jd00249
  45:20
Shatsky-
jd00977
  74:15
Shatsky-
jd00990
  74:16
Shatsky-jd1
  38:7
Shatsky-jd10
  38:8

Shatsky-jd12
  38:8
Shatsky-jd534
  38:9
Shekel
  70:6 71:8
Shekels
  71:14,17
Shomron
  82:15 83:22
  84:3 94:4,11
shoplifting
  86:21
short
  42:5
shorthand
  12:2
shortly
  90:25
shot
  86:22 87:11
show
  10:24
shown
  25:23
shows
  70:15 71:7
Shukri
  19:11
sibling
  91:23
siblings
  91:24
signature
  93:18,22
  94:16
signatures
  93:16
significance
  78:2,10
  92:11
Simek
  38:2 45:8,25
  66:22 67:25
  69:3
similarly
  45:4

simply
  73:18
single
  65:8 91:22
sister
  79:25 92:10
situations
  67:6
size
  58:23
Slay
  32:20
social
  34:17,20
  35:2,10,19,
  24 52:23
  53:2,15
  75:7,8,9,17,
  24 76:15,17,
  21 77:2,9
  79:3 81:14
  82:5 83:10,
  11 84:2,20
  88:18,23
  89:15,20
  90:4 92:15
  93:25 94:6,
  7,15,23
solder
  86:22
son
  72:7 73:19
Sounds
  42:9
source
  38:22 60:19
space
  41:25
speak
  8:25 11:6,
  10,12,15
  32:23 41:5,
  13 43:25
speaking
  11:9 24:8
  41:10 43:24
  47:15 50:19

51:10 62:10
**speaks**
  9:2
**specified**
  27:7 44:25
**speculation**
  87:2,16
**spell**
  30:11
**spoke**
  34:19,25
  35:3,9,15
  75:15
**Squire**
  6:2 41:7,17
**stamped**
  45:19 61:8
  74:15
**start**
  9:4
**started**
  14:20 85:11
**state**
  6:12 7:23
**statement**
  4:25 94:3,10
**states**
  38:17 91:19,
  22
**stating**
  5:20
**stationed**
  23:19
**stipend**
  68:24 69:20
  71:6,13
**stipulate**
  6:25 48:4
**stipulation**
  48:8
**stopping**
  42:3
**Street**
  4:19
**strong**
  18:22

**studying**
  12:22 13:3,9
  14:20
**sub-
accountant**
  20:19
**subdivision**
  54:2
**subdivisions**
  21:18,22
**submissions**
  88:22
**submits**
  76:6,11
**submitted**
  83:16
**Subscribed**
  96:21
**subsection**
  80:18 81:2,7
  82:12 83:18
**subsections**
  80:12
**Subsequent**
  44:19
**substitute**
  18:18
**Sula**
  30:22,24
**support**
  4:18,25
  49:4,6
  59:11,14,15,
  17 60:2
  61:24 72:6,9
**supporting**
  67:22
**supposed**
  57:13 89:24
**sure**
  8:21 32:9
  33:18 34:2
  76:7 77:3
  91:3
**sworn**
  6:6,11 96:21

**synonyms**
  25:17

---

**T**

---

**tab**
  24:19 45:9
  61:3
**table**
  64:4,7 68:23
  69:6 91:5
**take**
  10:3,9,14
  42:8 43:13
  51:13 56:13,
  20 57:3
  73:24,25
**taken**
  6:22 7:4
  8:10 43:18
  74:3,7
**taking**
  8:22 42:20
  43:10 60:8
  65:13
**Tarek**
  30:18
**taught**
  13:23
**taxes**
  60:23
**teach**
  13:19,21
  14:6
**team**
  30:3,5 41:19
**technician**
  4:17
**tell**
  46:13
**telling**
  46:19
**terminated**
  67:24
**terms**
  12:2

**terrorism**
  38:13,15,16
**testified**
  6:13
**testify**
  11:18 15:8
  26:6,8,12,14
  29:14
**testifying**
  8:17
**testimony**
  26:20 27:2
  38:5
**Thank**
  7:10,14 9:20
  12:16 29:8
  43:22 48:11
  61:6 68:9
**things**
  56:17 59:8
**think**
  11:21 46:12
  48:7 56:9
  58:2 75:11,
  12
**thought**
  50:18
**three**
  35:16 36:13
  56:22 63:19
  93:16
**Thursday**
  4:12
**time**
  4:13,23 9:2
  10:25 23:10
  28:14 29:16
  43:16,17,20,
  21 46:19
  51:18 52:16
  55:2,5 58:5,
  6,9,10 63:20
  74:5,6,9,10
  90:23,24
  96:9,10
**times**
  12:3 23:24

33:9,14 36:9

**title**
8:5,7 21:6
31:23,24
32:6,10,14
42:23 51:20,
23

**titled**
64:7 69:19

**titles**
15:15 24:5
49:15,19
51:17

**today**
4:12 7:14,
17,22 8:20
10:25 11:18,
22 26:2
69:12 75:16
96:6

**today's**
6:21 29:11
39:23

**tomorrow**
7:18

**top**
66:24 79:6
91:4,19

**topic**
26:20 27:2,
12,16,20,23
28:20 29:12
36:19 37:3,9
38:3,5 39:2,
6,10,13,22,
24 40:4,5,6,
18 41:14,15
43:25

**topics**
26:18 40:15
42:13

**training**
89:7,14,21

**transcribed**
9:12

**transcribing**
8:20

**transcript**
56:6

**transferred**
52:20

**translate**
6:6 52:13

**translated**
6:8 25:16
80:15,21
85:14

**translates**
52:14

**translation**
14:3 22:13
25:9 28:6
31:17 34:16
35:5 46:3
50:5 75:12
85:11,20

**true**
90:6

**truthfully**
11:18

**try**
9:15 11:4
29:15

**trying**
46:8 87:9

**turn**
77:5 79:5
90:19

**two**
34:12 48:9
68:5,7

**two-plus**
56:24

**type**
65:24 72:23

---

**U**

---

**U.S.**
4:18,24

**U.S.A.**
20:25

**Umar**
30:18

**understand**
8:16 9:14
10:21 11:14
12:6,10,14
22:14 23:13
25:22 36:7
47:18 53:5
59:8 60:5
86:3 87:10
89:13

**understanding**
51:4

**understood**
9:7,18,25
88:21

**Union**
22:4,15,22

**United**
38:17

**Universiti**
13:12

**university**
12:25 13:20,
22,23 14:13

**updated**
67:19

**upper**
78:16,17

**USAID**
23:14,16,18,
23

**UTC**
4:13 43:17,
20 58:6,9
74:5,9 96:9

---

**V**

---

**value**
68:6

**verbally**
9:10

**verification**
94:22

**verifies**
94:5

**verify**
35:8 93:23

**verifying**
94:2

**versus**
4:15

**video**
4:10,17 6:22

**VIDEOGRAPHER**
4:2 43:15,19
58:4,8 74:4,
8 96:8

**Vincze**
5:22 6:14
7:10,12,15
17:7 24:18
25:4,10
28:15,25
29:6,8,22
32:7 34:23
35:4 38:2
42:6 43:12,
22 45:8,25
46:6,10,14,
22 48:3,11,
14 50:11,16,
24 51:8
54:19 55:12
56:8 57:24
61:2,11
65:16,22
66:22 67:25
68:21 69:3
73:23 74:11
75:14 80:24
82:22 85:15,
18,25 91:3
96:5,11

**visited**
78:5

**visits**
35:23

**voice**
51:7

**Vyskocil**
55:24

**W**

Wainaina
  4:16
wait
  9:3,5
waiting
  45:24
waive
  5:17
want
  7:20 51:6
  55:21
war
  90:3
water
  16:4,25
  18:8,11
way
  46:13,21
  89:18
weeks
  48:9
West
  31:18 84:6
western
  31:10,14
wife
  79:24 91:21
withdraw
  26:25 29:22
withdrawn
  51:15 81:23
witness
  6:10 7:4
  30:12 54:16
  57:21 58:21
  85:11
witnessing
  69:12
word
  85:22
words
  85:22
work

16:22 17:16,
24 21:9,13,
25 22:15,23,
25 23:16,20
24:12,15
30:3 33:7
60:15 72:4
89:19 90:3
worked
  20:19 23:14,
  23 24:2
  40:14
worker
  35:25 76:16,
  17,21 77:2
working
  19:23 20:11,
  24 21:2 30:5
  48:21
works
  60:6,10
  84:21
wounded
  28:22 29:4
  30:2,8,21,25
  31:5,7,20
  32:4,18,22,
  24 33:13
  35:12,18,23
  40:3,11,15,
  17,20 42:13,
  15,21 43:11
  47:11 48:17,
  21,24 49:5,
  13 51:25
  52:4,20 54:5
  57:6,12,16
  58:12 59:10,
  12,17,23
  60:9 61:22
  62:21,23
  63:8,17,20
  64:18 65:14
  67:10,20
  68:16 72:5
  73:7,12 75:5
  76:4,14,25
  78:6 82:4

86:9 87:20
88:16 89:6
wounds
  63:19
wrap
  90:24
written
  48:8 76:11
  77:8,9
  81:15,16
  84:9 94:6,
  14,23 96:3
wrote
  77:15 83:9,
  25 88:6

**Y**

Yeah
  46:18 48:7
  85:18
year
  63:16 65:14,
  18,21,22
yearly
  67:21
years
  13:24 19:21
  21:4,5
years'
  63:19
York
  4:19 6:13
  7:6