# LOWELL DECL. EX. 12

Farid Ghannam Volume II
July 30, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| SHABTAI SCOTT SHATSKY,  ) | Case No. 18-Civ. 12355 |
| individually and as  ) | |
| personal representative  ) | |
| of the Estate of Keren  ) | VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE  ) | DEPOSITION OF FARID |
| SHATSKY, individually  ) | GHANNAM, VOLUME II |
| and as personal  ) | JULY 30, 2021 |
| representative of the  ) | |
| Estate of Keren  ) | |
| Shatsky, TZIPPORA  ) | |
| SHATSKY SCHWARZ, YOSEPH  ) | |
| SHATSKY, SARA SHATSKY  ) | |
| TZIMMERMAN, MIRIAM  ) | |
| SHATSKY, DAVID RAPHAEL  ) | |
| SHATSKY, GINETTE LANDO  ) | |
| THALER, individually  ) | |
| and as personal  ) | |
| representative of the  ) | |
| Estate of Rachel  ) | |
| Thaler, LEOR THALER,  ) | |
| ZVI THALER, ISAAC  ) | |
| THALER, HILLEL | |
| TRATTNER, RONIT | |
| TRATTNER, ARON S. | |
| TRATTNER, SHELLEY | |
| TRATTNER, EFRAT | |
| TRATTNER, HADASSA | |
| DINER, YAEL HILLMAN, | |
| STEVEN BRAUN, CHANA | |
| FRIEDMAN, ILAN | |
| FRIEDMAN, MIRIAM | |
| FRIEDMAN, YEHIEL | |
| FRIEDMAN, ZVI FRIEDMAN, | |
| and BELLA FRIEDMAN, | |

Plaintiffs,

against

Farid Ghannam Volume II
July 30, 2021

 1

 2      THE PALESTINE
        LIBERATION ORGANIZATION
 3      and THE PALESTINIAN
        AUTHORITY (a/k/a "The
 4      Palestinian Interim
        Self-Government
 5      Authority" and/or "The
        Palestinian National
 6      Authority"),

 7

                 Defendants.
 8

 9

10

11                              -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

1            VIRTUAL VIDEOTAPED DEPOSITION OF FARID

2       GHANNAM, VOLUME II, witness herein, called by

3       the Plaintiffs, for examination, taken pursuant

4       to the Federal Rules of Civil Procedure, by and

5       before Kathy D. Landock, a Certified Realtime

6       Reporter and a notary public in and for the

7       Commonwealth of Pennsylvania, held remotely

8       with all parties appearing from their

9       respective locations, on Friday, July 30, 2021,

10      at 1133 UTC time.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

1    COUNSEL PRESENT:

2

     For the Plaintiffs:
3              Melissa Maxman, Esq.
               Ronald F. Wick, Esq.
4              (Admitted Pro Hac Vice)
               COHEN & GRESSER, LLP
5              2001 Pennsylvania Avenue, NW
               Suite 300
6              Washington, DC 20006

7              Eszter Vincze, Esq.
               Stephen M. Sinaiko, Esq.
8              COHEN & GRESSER, LLP
               800 Third Avenue
9              New York, NY 10022

10

     For the Defendants:
11             Mitchell R. Berger, Esq.
               Joseph Alonzo, Esq.
12             Salim Kaddoura, Esq.
               Gassan A. Baloul, Esq.
13             SQUIRE PATTON BOGGS
               2550 M Street NW
14             Washington, DC 20037

15

16   ALSO PRESENT:

17             Corey Wainaina, Videographer
               Hadeer Al-Amiri, Interpreter
18             Simek Shropshire
               Mordechai Haller

19

20

21                      -  -  -

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

```
 1                    I N D E X

 2     WITNESS                              PAGE

 3     FARID GHANNAM

 4        By Ms. Vincze                     104

 5

 6                  E X H I B I T S

 7
       NUMBER          DESCRIPTION              PAGE
 8
       Exhibit 5       Production Numbers
 9                     JD 184 through JD 188     111

10     Exhibit 6       Production Numbers
                       JD 596 through JD 602     113
11
       Exhibit 7       Production Numbers
12                     JD 194 through JD 198     122

13     Exhibit 8       Production Number JD 614  124

14     Exhibit 9       Production Numbers
                       JD 689 through JD 698     129
15
       Exhibit 10      Production Numbers
16                     JD 225 through JD 228     130

17     Exhibit 11      Production Numbers
                       JD 83 through JD 85       144
18
       Exhibit 12      Production Numbers
19                     JD 896 through JD 913     147

20     Exhibit 13      The law that governs the
                       caring of families of the
21                     wounded and martyrs       160

22

23

24

25
```

Farid Ghannam Volume II
July 30, 2021

```
 1              P R O C E E D I N G S

 2                    -  -  -

 3              VIDEOGRAPHER:  Good morning

 4      everyone.  We are now on the record.

 5      Participants should be aware that this

 6      proceeding is being recorded, and as such all

 7      conversations held will be recorded unless

 8      there is a request and agreement to go off the

 9      record.

10              This is the remote video recorded

11      deposition of Farid Ghannam.  Today is Friday,

12      July 30, 2021.  The time is now 11:33 UTC time.

13      We are here in the matter of Shatsky vs. PLO.

14              My name is Corey Wainaina, remote

15      video technician on behalf of U.S. Legal

16      Support, located at 90 Broad Street, New York,

17      New York.  I am not related to any party in

18      this action, nor am I financially interested in

19      the outcome.

20              At this time will the reporter,

21      Kathy Landock, on behalf of U.S. Legal Support,

22      please enter the statement for remote

23      proceedings into the record.

24                    COURT REPORTER:  The attorneys

25      participating in this deposition acknowledge
```

Farid Ghannam Volume II
July 30, 2021

1    that I am not physically present in the

2    deposition room and that I will be reporting

3    this deposition remotely.

4            They further acknowledge that in

5    lieu of an oath administered in person, the

6    witness will verbally declare his testimony in

7    this matter is under penalty of perjury.

8            The parties and their counsel

9    consent to this agreement and waive any

10   objections to this manner of reporting.  Please

11   indicate your agreement by stating your name

12   and your agreement on the record.

13           MS. VINCZE:  This is Eszter

14   Vincze on behalf of Plaintiffs.  We agree.

15           MR. BERGER:  This is Mitchell

16   Berger of Squire, Patton, Boggs on behalf of

17   the Defendants, and we agree.

18                (The interpreter was duly

19   sworn.)

20           MS. VINCZE:  Before we begin,

21   just one housekeeping measure.  Since we are

22   here remotely during the COVID-19 pandemic, we

23   would ask that Defendants confirm that pursuant

24   to Rule 30(b)(4) of the Federal Rules of Civil

25   Procedures, today's deposition may be taken by

Farid Ghannam Volume II
July 30, 2021

1   video conference as we are proceeding.

2              Pursuant to Rule 29 the parties also

3   stipulate that Ms. Landock is an appropriate

4   officer before whom this deposition may be

5   taken, even though she is in Pennsylvania and

6   the witness is physically located in Jordan.

7              Do we agree?

8                   MR. BERGER:  I think that's

9   correct for me.  On behalf of the Defendants,

10  this is Mitchell Berger, we agree.

11                  MS. VINCZE:  So could you

12  please pull up Deposition Exhibit No. 4.  Tab

13  9, Exhibit No. 4.  Please page to 978.

14                   -  -  -

15                  FARID GHANNAM,

16  having been first duly sworn, was examined and

17  testified as follows:

18                   -  -  -

19             E X A M I N A T I O N

20  BY MS. VINCZE:

21      Q.    Mr. Ghannam, this document provides

22  February 16, 2002 and Karnei Shomron Settlement

23  near Qalqilya as the place and date of the

24  incident; correct?

25      A.    Yes.

Farid Ghannam Volume II
July 30, 2021

```
 1        Q.    And February 16, 2002, Karnei

 2   Shomron Settlement near Qalqilya was written by

 3   the social investigator working for the

 4   Martyrs' Families and Injured Care

 5   Establishment; correct?

 6        A.    Correct, he works for the

 7   Establishment of the Martyers and Wounded.

 8        Q.    February 16, 2002 is the date that

 9   Mr. Sadeq Ahed Mahmoud Abdel Hafez died;

10   correct?

11        A.    Correct.

12        Q.    Mr. Hafez died due to injuries

13   caused by an explosive device; correct?

14        A.    According to the report of the

15   social investigator, yes.

16        Q.    And you have no reason to believe

17   that the social investigator wasn't being

18   truthful; correct?

19        A.    Correct.

20        Q.    And the explosive device that killed

21   Mr. Sadeq Ahed Mahmoud Abdel Hafez is the one

22   that detonated himself; correct?

23        A.    As the social investigator

24   documented in his report regarding the date and

25   the place of the accident, it is a martyrdom
```

Farid Ghannam Volume II
July 30, 2021

```
1     incident near Karnei Shomron Settlement.

2          Q.    But what I am asking you is whether

3     the explosive device that killed Mr. Sadeq Ahed

4     Mahmoud Abdel Hafez is one that he detonated

5     himself.  And that is correct; right?

6          A.    According to the social

7     investigator's report prepared by the social

8     investigator, it stated that it's a martyrdom

9     act.

10         Q.    Mr. Ghannam, I am not asking you

11    what the document says for place and date of

12    the incident.  I am asking you if it is correct

13    that Mr. Sadeq Ahed Mahmoud Abdel Hafez was the

14    person that detonated the explosive device that

15    killed him.  And that has a yes or no answer.

16         A.    Yes.

17         Q.    And the explosive device that killed

18    Mr. Sadeq Ahed Mahmoud Abdel Hafez killed other

19    people, too; correct?

20         A.    According to the report of this

21    social investigator, yes.

22         Q.    You have no reason to believe that

23    the social investigator was being untruthful

24    when he said that; correct?

25         A.    Yes.
```

Farid Ghannam Volume II
July 30, 2021

1        Q.    When the social investigator

2    completed this report, he relied on this

3    information; correct?

4        A.    Yes.

5        Q.    Further, when the Martyrs' Families

6    and Injured Care Establishment designated

7    Mr. Sadeq Ahed Mahmoud Abdel Hafez, it also

8    relied on this information; correct?

9    Withdrawn.

10            When The Martyrs' Families and

11    Injured Care Establishment designated Mr. Sadeq

12    Ahed Mahmoud Abdel Hafez as a martyr, it also

13    relied on this information; correct?

14        A.    Yes.

15        Q.    That is why the confirmation --

16    pardon me.  Can we page to JD 981 -- pardon me,

17    980.

18            There is text on this page stating

19    he is to be confirmed as a martyr as of March

20    1, 2002 and be paid 600 shekels a month;

21    correct?

22        A.    Yes.

23        Q.    And the person who wrote that was

24    the Director General of the Martyrs' Families

25    and Injured Care Establishment; correct?

Farid Ghannam Volume II
July 30, 2021

 1      A.    The general director depended on the

 2   recommendation of the director of the

 3   department and allowed this statement.

 4      Q.    Did the Director General write the

 5   statement that he is to be confirmed as a

 6   martyr of the Al-Aqsa Martyrs as of March 1,

 7   2002 and be paid 600 shekels a month?

 8      A.    Yes.

 9      Q.    What is an Al-Aqsa martyr?

10      A.    Pursuant to the law from the

11   Establishment of the Martyrs and Wounded

12   Families Affairs defined a martyr as a person

13   who lost his life at a specialty age as a

14   result of the act of the occupation or as a

15   result of the act of defending the occupation

16   or as a military consequence of the occupation,

17   or the detainees who died in prison or who died

18   a year after the release from prison, or the

19   wounded who died within three years of his

20   injuries as a result of the injuries.

21      Q.    Have you completed your answer,

22   Mr. Ghannam?

23      A.    Yes.

24      Q.    Can you please pull up tab 12.  We

25   would designate this as Deposition Exhibit

Farid Ghannam Volume II
July 30, 2021

```
 1    No. 5.

 2                    (Deposition Exhibit No. 5 was

 3    marked for identification.)

 4    BY MS. VINCZE:

 5         Q.    This is a document received from

 6    Defendants bearing production numbers JD 184

 7    through JD 188.

 8                    Mr. Ghannam, can you see the

 9    document?

10         A.    Yes.

11         Q.    Do you recognize this document?

12         A.    Yes.

13         Q.    What is it?

14         A.    This is a document that is the

15    financial section used for the Establishment of

16    the Wounded and Marters' Families Affairs

17    regarding Abdel-Muti Mohammad Saleh Mohammad

18    Shabaneh.

19         Q.    The document states case type,

20    martyr; correct?

21         A.    Yes.

22         Q.    That means the Martyrs' Families and

23    Injured Care Establishment designated

24    Mr. Abdel-Muti Mohammad Saleh Mohammad Sabaneh

25    as a martyr; correct?
```

Farid Ghannam Volume II
July 30, 2021

```
 1        A.    Yes.

 2        Q.    Under beneficiaries data, it

 3   provides the name Rahma Mustafa Abd Al-Mun'im

 4   Shabaneh; correct?

 5        A.    Yes.

 6        Q.    If you could please page to JD 188.

 7              Mr. Ghannam, is it fair to say this

 8   shows that Rahma Mustafa Abd Al-Mun'im Shabaneh

 9   has received a monthly payment from April 2020

10   through April 1, 2021 as the beneficiary of

11   Abdel-Muti Mohammad Saleh Mohammad Shabaneh?

12        A.    Yes.

13        Q.    And she has received a monthly

14   stipend -- withdraw.

15              And she has received a monthly

16   payment of 1,400 shekels; correct?

17        A.    Yes.

18        Q.    And these are payments made to Rahma

19   Mustafa Abd Al-Mun'im Shabaneh because

20   Abdel-Muti Mohammad Saleh Mohammad Shabaneh has

21   been designated as a martyr; correct?

22        A.    Yes.

23        Q.    Could you please pull up tab 13.  We

24   would designate this as Deposition Exhibit

25   No. 6.
```

Farid Ghannam Volume II
July 30, 2021

```
 1                    (Deposition Exhibit No. 6 was

 2      marked for identification.)

 3      BY MS. VINCZE:

 4          Q.    This is a document we received from

 5      Defendants with production numbers 596 -- JD

 6      596 through JD 602.

 7                  Mr. Ghannam, can you see the

 8      document?

 9          A.    Yes.

10          Q.    What is it?

11          A.    It's a social investigation

12      regarding martyr.

13          Q.    This is a social investigative

14      report prepared for the case of Abdel-Muti

15      Mohammad Saleh Mohamad Shabaneh; correct?

16          A.    Yes.

17          Q.    That is the same person who we

18      discussed when we were speaking about Exhibit

19      No. 5; correct?

20          A.    Yes.

21          Q.    And it says Case:  Martyr of Al-Aqsa

22      Intifada; correct?

23          A.    Yes.

24          Q.    Let's turn to JD 597, please.  This

25      document has a section called beneficiary's
```

Farid Ghannam Volume II
July 30, 2021

1    full name; correct?

2          A.    Yes.

3          Q.    And the name provided is Rahma

4    Mustafa Abd Al-Mun'im Shabaneh; correct?

5          A.    Yes.

6          Q.    Beneath that it says mother's full

7    name; correct?

8          A.    Yes.

9          Q.    And the name provided is Rahma

10   Mustafa Abd Al-Mun'im Shabaneh; correct?

11         A.    Yes.

12         Q.    So Rahma Mustafa Abd Al-Mun'im

13   Shabaneh is the mother of Abdel-Muti Mohammad

14   Saleh Mohammad Shabaneh; correct?

15         A.    Yes.

16         Q.    And this is the same Rahma Mustafa

17   Abd Al-Mun'im Shabaneh who, according to --

18   withdrawn.

19               So Rahma Mustafa Abd Al-Mun'im

20   Shabaneh -- withdrawn.

21               This is the same Rahma Mustafa Abd

22   Al-Mun'im Shabaneh that has received payments

23   from April 2020 through April 2021 as the

24   beneficiary of Abdel-Muti Mohammad Saleh

25   Mohammad Shabaneh; correct?

Farid Ghannam Volume II
July 30, 2021

1          A.    Yes.

2          Q.    And further down the page it says

3     place and date of the incident; correct?

4          A.    Yes.

5          Q.    And the place and date of the

6     incident provided is July 11, 2003, Jeruselam

7     Mahne Yehuda Street; correct?

8          A.    It's June 11, 2003.

9          Q.    So the place and date of the

10    incident is June 11, 2003, Jerusalem Mahne

11    Yehuda Street; correct?

12         A.    Yes.

13         Q.    And that was written by the social

14    investigator employed by the Martyrs' Families

15    and Injured Care Establishment that wrote this

16    report; correct?

17         A.    Correct.

18         Q.    Beneath that it says details of the

19    incident; correct?

20         A.    Yes.

21         Q.    The details of the incident are

22    martyrdom operation in the City of Jerusalem,

23    Mahne Yehuda Street, which caused the death of

24    17 Israelis and injured nearly 100; correct?

25         A.    Yes.

Farid Ghannam Volume II
July 30, 2021

1          Q.    And that also was written by the

2     social investigator employed by the Martyrs'

3     Families and Injured Care Establishment that

4     wrote this report; correct?

5          A.    Yes.

6          Q.    Mr. Abdel-Muti Mohammad Saleh

7     Mohammad Shabaneh died in that martyr

8     operation; correct?

9          A.    Yes.

10          Q.    He died because he -- withdrawn.

11               He died due to injuries caused by

12     the detonation of an explosive device; correct?

13          A.    Correct.

14          Q.    And that explosive device was one

15     that he detonated himself; correct?

16          A.    According to the report of the

17     social investigator, yes.

18          Q.    And you have no reason to believe

19     that the social investigator wasn't being

20     truthful when he wrote that; correct?

21          A.    Yes.

22          Q.    And the explosive device that

23     Mr. Abdel-Muti Mohammad Saleh Mohammad Shabaneh

24     detonated killed others, too; correct?

25                    MR. BERGER:  Objection, asked

Farid Ghannam Volume II
July 30, 2021

```
 1    and answered.

 2    BY MS. VINCZE:

 3         Q.    Mr. Ghannam, you may respond.

 4         A.    According to what is written in the

 5    social investigator's report, yes.

 6         Q.    And you have no reason to believe

 7    that the social investigator wasn't being

 8    truthful when he wrote this report; correct?

 9                   MR. BERGER:  Objection, asked

10    and answered.  You may answer again.

11                   THE WITNESS:  Yes.

12    BY MS. VINCZE:

13         Q.    And the explosive device of

14    Mr. Abdel-Muti Mohammad Saleh Mohammad Shabaneh

15    also injured other people; correct?

16                   MR. BERGER:  Objection, asked

17    and answered.  You may answer again.

18                   THE WITNESS:  According to the

19    report of the social investigator, yes.

20    BY MS. VINCZE:

21         Q.    And you have no reason to believe

22    that when the social investigator wrote that

23    this martyrdom operation injured nearly 100 he

24    was not being truthful; correct?

25                   MR. BERGER:  Objection, asked
```

Farid Ghannam Volume II
July 30, 2021

 1    and answered.  You may answer again.

 2                     THE WITNESS:  Yes.

 3    BY MS. VINCZE:

 4         Q.   And it was the bombing of --

 5    withdrawn.

 6              And it was the details of the

 7    incident -- withdrawn.

 8              And it was this incident on June 11,

 9    2003 that caused Mr. Abdel-Muti Mohammad Saleh

10    Mohammad Shabaneh to be designated as a martyr;

11    correct?

12         A.   Yes.

13         Q.   Let's turn to JD 599.  There is a

14    section of this called recommendation of the

15    department; right?

16         A.   Yes.

17         Q.   It states he was martyred as a

18    result of a bomb attack in Jerusalem, Ishadi;

19    correct?

20         A.   Yes.

21         Q.   And it says to be confirmed as a

22    martyr of the Al-Aqsa Intifada; correct?

23         A.   Yes.

24         Q.   This is a recommendation that

25    because Mr. Abdel-Muti Mohammad Saleh Mohammad

Farid Ghannam Volume II
July 30, 2021

1    Shabaneh is designated as a martyr, his mother

2    received monthly payments; correct?

3         A.    It was social need, especially that

4    the house that the mother of the martyr was

5    living in was destroyed by the occupation -- by

6    the Israeli occupation forces.

7         Q.    But if Mr. Abdel-Muti Mohammad Saleh

8    Mohammad Shabaneh had not been designated a

9    martyr, then his mother would not be receiving

10   these payments; correct?

11        A.    Pursuant to the law, yes.

12              Ms. VINCZE:  This is for the

13   court reporter, I believe it's pursuant to the

14   law.

15              MR. BERGER:  I think it's

16   still missing a word.  Pursuant to the law,

17   yes.

18              (Discussion held off the

19   record.)

20   BY MS. VINCZE:

21        Q.    Mr. Ghannam, there is a section of

22   this called confirmation of the Director

23   General; correct?

24        A.    Yes.

25        Q.    That states confirmed as a martyr of

Farid Ghannam Volume II
July 30, 2021

1    the Al-Aqsa Intifada as of June 1, 2003;

2    correct?

3         A.    Yes.

4         Q.    And it says, will be paid some

5    blacked out text shekels a month; correct?

6         A.    Yes.

7         Q.    What text has been blacked out?

8         A.    This is an amount that was changed

9    or modified according to the living standard.

10   As I mentioned in the previous session that

11   there is some modification that happens

12   according to the change in the living standards

13   in Palestine.

14              MS. VINCZE:  Mr. Berger, does

15   Mr. Ghannam have unredacted documents

16   available?

17              MR. BERGER:  He has them

18   available if needed.

19              MS. VINCZE:  I believe they

20   are needed.

21              MR. BERGER:  Why are they

22   needed?  I think he is giving you answers as to

23   what is there.

24              MS. VINCZE:  No, he has not

25   told me what is there.  He has explained

Farid Ghannam Volume II
July 30, 2021

1    probably what might be there.

2                    MR. BERGER:  I'll make a

3    representation to you given the limited amount

4    of time we have that it is pre-April 2020

5    payment amounts.  And since payment information

6    is relevant only after April 18, 2020 it was

7    redacted.

8                    MS. VINCZE:  We will take this

9    up later because I'm not inclined to spend a

10   lot of time on it now, but I will note similar

11   information has not been redacted in other

12   documents.

13   BY MS. VINCZE:

14        Q.    Mr. Ghannam, it was the Director

15   General that wrote, confirmed as a martyr of

16   the Al-Aqsa Intifada as of June 1, 2003 and

17   will be paid some unknown amount shekels a

18   month; correct?

19        A.    Yes.

20        Q.    When he confirms Mr. Abdel-Muti

21   Mohammad Saleh Mohammad Shabaneh, he was

22   relying on the information contained in the

23   social investigative report; correct?

24        Q.    That includes the information

25   provided on JD 597; correct?

Farid Ghannam Volume II
July 30, 2021

```
 1          A.    Yes.

 2          Q.    There's no reason to believe that

 3     the information in this social investigative

 4     report is not accurate; correct?

 5          A.    Yes.

 6          Q.    Can you please pull up tab 10.  We

 7     would like to designate this as Deposition

 8     Exhibit No. 7.

 9                     (Deposition Exhibit No. 7 was

10     marked for identification.)

11     BY MS. VINCZE:

12          Q.    This is a document produced to us by

13     Defendants bearing production numbers JD 194

14     through JD 198.

15                Mr. Ghannam, can you see this

16     document?

17          A.    Yes.

18          Q.    What is it?

19          A.    This is a document produced from the

20     Establishment of the Wounded and Martyrs'

21     Families Affairs regarding the martyr, Ramiz

22     Fahmi Izz al-Din Aslam.  It's regarding the

23     financial information.

24          Q.    This document says case type,

25     martyr; correct?
```

Farid Ghannam Volume II
July 30, 2021

1        A.    Yes.

2        Q.    That means that Mr. Ramiz Fahmi Izz

3    al-Din Aslam has been designated as a martyr by

4    the Martyrs' Families and Injured Care

5    Establishment; correct?

6        A.    Correct, yes.

7        Q.    And there's a section called

8    beneficiary's data; correct?

9        A.    Yes.

10        Q.    And the name provided under that

11    section is Ghalia Zaki Abd Al-Hamid Abu Salim;

12    correct?

13        A.    Yes.

14        Q.    Let's please page to JD 198.

15    Mr. Ghannam, is it fair to say this shows that

16    Ghalia Zaki Abd Al-Hamid Abu Salim has been

17    receiving monthly payments from April 2020

18    through April 1, 2021?

19        A.    Yes.

20        Q.    And she has been receiving those

21    payments as the beneficiary of Ramiz Fahmi Izz

22    al-Din Aslam; correct?

23        A.    Yes.

24        Q.    These are monthly payments of 1,400

25    shekels; correct?

Farid Ghannam Volume II
July 30, 2021

 1          A.    Yes.

 2          Q.    She is receiving these payments

 3     because the Martyrs' Families and Injured Care

 4     Establishment has designated Ramiz Fahmi Izz

 5     al-Din Aslam as a martyr; correct?

 6          A.    Yes.

 7          Q.    Let's please pull up tab 11.

 8     Mr. Ghannam, can you see the document?

 9          A.    Yes.

10          Q.    What is it?  Withdrawn.

11                Do you recognize it?

12          A.    Yes.

13          Q.    What is it?

14          A.    This is a social investigation

15     document produced from the Establishment of the

16     Wounded and Martyrs Family Affairs regarding

17     the martyr Ramiz Fahmi Izz al-Din Aslam.

18          Q.    This is the same Ramiz Fahmi Izz

19     al-Din Aslam that we discussed previously with

20     respect to Exhibit No. 7; correct?

21          A.    Yes.

22          Q.    We would like to designate this as

23     Deposition Exhibit No. 8.

24                     (Deposition Exhibit No. 8 was

25     marked for identification.)

Farid Ghannam Volume II
July 30, 2021

```
 1    BY MS. VINCZE:

 2         Q.    Can you please page to JD 614.

 3    There's a section called beneficiary's full

 4    name; correct?

 5         A.    Yes.

 6         Q.    And the name provided is Ghalia Zaki

 7    Abd Al-Hamid Abu Salim; correct?

 8         A.    Yes.

 9         Q.    And beneath that there's a section

10    called mother's full name; correct?

11         A.    Yes.

12         Q.    And the name provided there is

13    Ghalia Zaki Abd Al-Hamid Abu Salim; correct?

14         A.    Yes.

15         Q.    So Ghalia Zaki Abd AlHamid Abu Salim

16    is the mother of Ramiz Fahmi Izz al-Din Aslam;

17    correct?

18         A.    Yes.

19         Q.    This is the same Ghalia Zaki Abd

20    Al-Hamid Abu Salim who has been receiving

21    monthly payments as the beneficiary of Ramiz

22    Fahmi Izz al-Din Aslam; correct?

23         A.    Yes.

24         Q.    And there is a section called place

25    and date of the incident; correct?
```

Farid Ghannam Volume II
July 30, 2021

1        A.    Yes.

2        Q.    The information provided there is

3    September 9, 2003, Jerusalem; correct?

4        A.    Yes.

5        Q.    That information was provided by the

6    investigator that completed this report for the

7    Martyrs' Families and Injured Care

8    Establishment; correct?

9        A.    Yes.

10       Q.    There's a section beneath that that

11   says details of the incident; correct?

12       A.    Yes.

13       Q.    The information provided there is,

14   the martyr used an explosive belt which he wore

15   wore on his body to perpetrate the martyrdom

16   attack on a coffee shop in the City of

17   Jerusalem.  The attack took place shortly

18   before midnight Tuesday, when the coffee shop

19   was filled with Zionists.  Seven Zionists were

20   killed and dozens were wounded as a result;

21   correct?

22       A.    Yes.

23       Q.    That information was also provided

24   by the social investigator that completed this

25   report on behalf of the Martyrs' Families and

Farid Ghannam Volume II
July 30, 2021

1       Injured Care Establishment; correct?

2             A.    Yes.

3             Q.    And you have no reason to doubt the

4       accuracy of that statement, do you?

5             A.    Yes.

6             Q.    When the Martyrs' Families and

7       Injured Care Establishment designated Ramiz

8       Fahmi -- pardon me.  Withdrawn.

9                   When the Martyrs' Families and

10      Injured Care Establishment designated Ramiz

11      Fahmi Izz al-Din Aslam as a martyr, it relied

12      upon the details provided in this statement;

13      correct?

14            A.    Correct.

15            Q.    Let's turn to JD 166.  There is a

16      section called recommendation of the

17      department; correct?

18            A.    Yes.

19            Q.    Beneath that it states a martyr of

20      the Al-Aqsa Intifada, single.  His parents are

21      alive.  Became a martyr as a result of his

22      martyrdom operation in Jerusalem, therefore we

23      recommend that you confirm his status as a

24      martyr of the Al-Aqsa Intifada in accordance

25      with the regulations; correct?

Farid Ghannam Volume II
July 30, 2021

 1          A.    Yes.

 2          Q.    The martyrdom operation referred to

 3     in this statement is the incident described on

 4     JD 614; correct?

 5          A.    Yes.

 6          Q.    And there is a section beneath that

 7     that provides confirmation of the Director

 8     General; correct?

 9          A.    Yes.

10          Q.    Beneath that section it states

11     confirmed as a martyr of the Al-Aqsa Intifada

12     as of September 1, 2003.  Will be paid 600

13     shekels a month; correct?

14          A.    Yes.

15          Q.    When confirming Mr. Ramiz Fahmi Izz

16     al-Din Aslam as a martyr, the Director General

17     relied on the information in the social

18     investigative report; correct?

19          A.    He depended on the information

20     present in the social investigator's report and

21     the recommendation from the director of the

22     department.

23          Q.    To clarify, is that the

24     recommendation on the top of this page?

25          A.    Yes.

Farid Ghannam Volume II
July 30, 2021

```
 1                    MS. VINCZE:  Let's go off the

 2      record and take a five-minute comfort break.

 3                    VIDEOGRAPHER:  We are now off

 4      the record.  The time is 12:40 UTC time.

 5                         -  -  -

 6                    (Whereupon, a short recess was

 7      taken off the record.)

 8                         -  -  -

 9                    VIDEOGRAPHER:  We are back on

10      the record.  The time is 12:55 UTC time.

11      BY MS. VINCZE:

12          Q.    Can I ask you to please pull up tab

13      16.  We would like to -- this is defense

14      exhibit -- pardon, I didn't mean to say that.

15                    This is Deposition Exhibit No. 9 I

16      believe.

17                    (Deposition Exhibit No. 9 was

18      marked for identification.)

19      BY MS. VINCZE:

20          Q.    This is a document we received from

21      Defendants.  It bears production numbers 689

22      through 698.

23                    Actually, can you please scroll up a

24      bit.  I think we've got the wrong document.

25                    Can you pull up tab 17, please.  Can
```

Farid Ghannam Volume II
July 30, 2021

1    you quickly scroll up to the translation.  Can

2    you scroll back down to the original.  So we

3    would like to designate this as Exhibit No. 10.

4    This is a document produced by Defendants

5    bearing production numbers JD 225 through JD

6    228.

7                    (Deposition Exhibit No. 10 was

8    marked for identification.)

9    BY MS. VINCZE:

10        Q.    Mr. Ghannam, can you see the

11   document?

12        A.    Yes.

13        Q.    Do you recognize the document?

14        A.    Yes.

15        Q.    What is it?

16        A.    This is a document used from the

17   Establishment of the Wounded and Martyrs'

18   Family Affairs regarding Abdel Rahman Idris

19   Muhammad al-Shaludi.  It concerns the financial

20   section.

21        Q.    The document states case type,

22   martyr; correct?

23        A.    Yes.

24        Q.    That means the Martyrs' Families and

25   Injured Care Establishment has designated Abdel

Farid Ghannam Volume II
July 30, 2021

```
 1    Rahman Idris Muhammad al-Shaludi as a martyr;

 2    correct?

 3         A.    Yes.

 4         Q.    And there's a section called

 5    beneficiary's data; correct?

 6         A.    Yes.

 7         Q.    And the name provided in that

 8    section is Idris Muhammad Yahya al-Shaludi;

 9    correct?

10         A.    Yes.

11         Q.    Can we please page down to JD 228.

12               Mr. Ghannam, is it fair to say this

13    shows that Idris Muhammad Yahya al-Shaludi has

14    been receiving monthly payments from April 2020

15    through April 2021?

16         A.    Yes.

17         Q.    These are payments he is receiving

18    as the beneficiary of Abdel Rahman Idris

19    Muhammad al-Shaludi; correct?

20         A.    Yes.

21         Q.    And these are payments wired to

22    Idris Muhammad Yahya al-Shaludi from funds

23    under the control of the Palestinian Authority;

24    correct?

25                        MR. BERGER:  Objection to the
```

Farid Ghannam Volume II
July 30, 2021

 1    form, lacks foundation.

 2    BY MS. VINCZE:

 3         Q.    You may answer, Mr. Ghannam.

 4         A.    Yes.

 5         Q.    So these are payments paid to Idris

 6    Muhammad Yahya al-Shaludi from funds under the

 7    control of the PA; correct?

 8         A.    Yes.

 9         Q.    These are paid using the banking

10    information provided on JD 225; correct?

11         A.    Yes.

12         Q.    Can you please pull up Exhibit

13    No. 10 -- sorry, Exhibit No. 9, which is the

14    document we accidently pulled up previously.

15              Mr. Ghannam, do you recognize this

16    document?

17         A.    Yes.

18         Q.    What is it?

19         A.    It's a document regarding social

20    investigation for Abdel Rahman Idris Muhammad

21    al-Shaludi produced from the Establishment of

22    the Wounded and Martyrs' Family Affairs.

23         Q.    At the top of this document it says

24    Palestine Liberation Organization, does it not?

25         A.    Yes.

Farid Ghannam Volume II
July 30, 2021

 1        Q.    That is because the social

 2    investigator working on this report was working

 3    for the Palestine Liberation Organization;

 4    correct?

 5        A.    He was working for the Establishment

 6    of the Wounded and Martyrs' family Affairs, and

 7    as I mentioned previously, the Establishment of

 8    the Wounded and Martyrs' Family Affairs was

 9    part of the institution of PLO.

10        Q.    Let's turn to -- withdrawn.

11              Let's turn to JD 690, please.  Under

12    case's name the name provided is Abdel Rahman

13    al-Shaludy; correct?

14        A.    Yes.

15        Q.    In the middle of the page there's a

16    section called administrative information;

17    correct?

18        A.    Yes.

19        Q.    And it provides a military rank of

20    combatant; correct?

21        A.    Yes.

22        Q.    That is because Mr. Abdel Rahman

23    al-Shaludy was a member of Al-Aqsa; correct?

24        A.    Can you repeat the question again,

25    please.

Farid Ghannam Volume II
July 30, 2021

1           Q.    That is because Mr. Abdel Rahman

2     Idris Muhammadal-Shaludy was a member of

3     Al-Aqsa; correct?

4           A.    Yes.

5           Q.    And beneath that there's a section

6     called place and date of the incident; correct?

7           A.    Yes.

8           Q.    The place and date provided is

9     October 22, 2014, French Hill; correct?

10          A.    Yes.

11          Q.    And beneath that section there's a

12    section called details of the incident;

13    correct?

14          A.    Correct.

15          Q.    And the details of the incident

16    provided are:  He became a martyr, may Allah

17    have mercy upon him, when he executed a

18    vehicular attack against a group of settlers in

19    the City of Jerusalem, French Hill.  The attack

20    claimed the lives of two settlers and injured

21    six others.  As a result, one of the settlers

22    opened fire immediately after he got out of his

23    car, and so he was martyred on the spot;

24    correct?

25          A.    Yes.

Farid Ghannam Volume II
July 30, 2021

1          Q.     That statement was written by the

2     social investigator working for the Martyrs'

3     Families and Injured Care Establishment that

4     wrote this report; correct?

5          A.     From the investigator that was for

6     the Establishment of the Wounded and Martyrs

7     Family Affairs, yes.

8          Q.     And you have no reason to doubt the

9     accuracy of that statement, do you?

10          A.     Yes.

11          Q.     Let's turn to JD 691.  This page

12     contains a family table; correct?

13          A.     Yes.

14          Q.     And in the first row of that table

15     it says Idris Muhammad Yahya al-Shaludi,

16     father; correct?

17          A.     Yes.

18          Q.     That is because Idris Muhammad Yahya

19     al-Shaludi is the father of Abdel Rahman Idris

20     Muhammad al-Shaludi; correct?

21          A.     Yes.

22          Q.     This is the same Idris Muhammad

23     Yahya al-Shaludi that has been receiving

24     monthly payments as the beneficiary of Abdel

25     Rahman Idris Muhammad al-Shaludi; correct?

Farid Ghannam Volume II
July 30, 2021

```
 1          A.    Yes.

 2          Q.    Because the Abdel Rahman Idris

 3    Muhammad al-Shaludi referred to in these

 4    documents is the same person as the Abdel

 5    Rahman Idris Muhammad al-Shaludi referred to in

 6    the exhibit we previously discussed; correct?

 7          A.    Yes.

 8          Q.    Let's turn to page 692.  The top of

 9    the page reads recommendation of the

10    department; correct?

11          A.    Yes.

12          Q.    Beneath that it states the case

13    should be confirmed according to the

14    recommendations and the necessary steps, as the

15    martyr's parents are alive; correct?

16          A.    Yes.

17          Q.    That was written by the social

18    investigator that filled out this report;

19    correct?

20          A.    Yes.

21          Q.    And the martyr that statement refers

22    to is Abdel Rahman Idris Muhammad al-Shaludi;

23    correct?

24          A.    Yes.

25          Q.    When determining that Abdel Rahman
```

Farid Ghannam Volume II
July 30, 2021

```
 1      Idris Muhammad al-Shaludi is a martyr, the

 2      social investigator relied on the details of

 3      the incident provided on page JD 690; correct?

 4           A.    Yes.

 5           Q.    Beneath that it states decision of

 6      the Establishment's director; correct?

 7           A.    Yes.

 8           Q.    And beneath that it states, I

 9      recommend that the case will be confirmed as a

10      martyr of Al-Aqsa Martyrs as of the date of his

11      martyrdom, and the president's honorary payment

12      will be added to his first allowance.

13                     INTERPRETER:  It's not on the

14      screen.

15           Q.    Can you please page down to 692.  I

16      withdraw the question.

17                     Beneath the decision of the

18      Establishment's director it states, I recommend

19      that the case will be confirmed as a martyr of

20      Al-Aqsa Martyrs as of the date of his

21      martyrdom, and the president's honorary payment

22      will be added to his first allowance.  The

23      beneficiary of the payment is his father, Idris

24      Muhammad Yahya al-Shaludi, ID No. ████7395, and

25      the number, and there's a redacted number.  Is
```

Farid Ghannam Volume II
July 30, 2021

1      that right?

2            A.    Yes.

3            Q.    The date of the martyrdom is October

4      22, 2014; correct?

5            A.    Yes.

6            Q.    Because that is the date of the

7      incident described in details of the incident;

8      correct?

9            A.    Yes.

10            Q.    The incidents that occurred that day

11      are what made Mr. Abdel Rahman Idris Muhammad

12      al-Shaludi a martyr for purposes of the

13      Martyrs' Families and Injured Care

14      Establishment; correct?

15            A.    That's according to the law of the

16      Establishment of the Wounded Martyrs' Family

17      Affairs, yes.

18            Q.    And the incidents as described in JD

19      690 are the ones considered by the Martyrs'

20      Families and Injured Care Establishment when it

21      determined that Mr. Abdel Rahman Idris Muhammad

22      al-Shaludi was a martyr under the law you

23      referenced; correct?

24            A.    Yes.

25            Q.    When was the determination made that

Farid Ghannam Volume II
July 30, 2021

```
1    Abdel Rahman Idris Muhammad al-Shaludi was a
2    martyr?
3        A.   Mr. Abdel Rahman Idris Muhammad
4    al-Shaludi was considered as a martyr according
5    to the report on November 1, 2015.
6        Q.   Wasn't that before the law was
7    passed that you referred to as the law
8    governing taking care of the Martyrs' Families
9    and Wounded in 2016?
10       A.   Yes, and it was the incident on
11   November 1, 2015.
12       Q.   I'm sorry, Mr. Ghannam, I just don't
13   understand.  I believe you referred to a law
14   dated 2016.  Is that right?
15       A.   Yes.
16       Q.   Further down this page there's a
17   section called confirmation of the Director
18   General; correct?
19       A.   Yes.
20       Q.   This reads, he is confirmed as a
21   martyr of the Al-Aqsa Intifada as of November
22   1, 2015, and will receive a martyr payment of
23   1,700 shekels a month according to the
24   regulations in addition to a president's
25   honorary payment of 6,000 shekels which will be
```

Farid Ghannam Volume II
July 30, 2021

1    added to first allowance; correct?

2        A.    Yes.

3        Q.    What is the president's honorary

4    payment?

5        A.    According to the financial rules and

6    regulations, that is used from the

7    Establishment of the Wounded and Martyrs Family

8    Affairs, one time sent from the General

9    Director as based after reading the information

10   and after following the rules pursuant to the

11   law for 2016, Section 3, that the Director

12   General can dispense a one-time incentive of

13   6,000 shekels -- a one-time allowance of 6,000

14   shekels pursuant to the law.

15                   MR. BALOUL:  We have an

16   objection to the translation.  It's not the

17   general director, it's the president.

18                   MS. VINCZE:  Is that right,

19   Mr. Interpreter?

20                   INTERPRETER:  That's correct,

21   it's the president.

22                   MR. BALOUL:  Another

23   objection.  The word incentive was not used.  I

24   know that this was a long answer, so we have to

25   do it one of two ways, interpreter.  One way we

Farid Ghannam Volume II
July 30, 2021

1    can have you say sentence by sentence and you

2    write it down all to translate it accurately,

3    because we're putting words that are simply

4    inaccurate.

5                    INTERPRETER:  If he wants to

6    read it sentence by sentence --

7                    MR. BALOUL:  We will do that.

8                    MS. VINCZE:  No, no, I will

9    reask the question, and then Mr. Ghannam will

10   respond, and we will slow down the translation.

11                   MR. BALOUL:  That works.

12   Proceed.

13   BY MS. VINCZE:

14       Q.    What is the president's honorary

15   payment?

16       A.    According to the -- the payment is

17   according to the rules and financial

18   regulations that is present and the law that

19   governs the Establishment of the Wounded and

20   Martyrs Family Affairs.

21                   A one-time honorary payment

22   dispensed from the president after documenting

23   the incident and the economic situation of the

24   family for one time only.

25                   And this payment is for the purpose

Farid Ghannam Volume II
July 30, 2021

1    of paying the expenses of the burial of the

2    martyr.

3         Q.    Is that the complete answer?

4         A.    Yes.

5         Q.    Only martyrs qualify for this

6    payment; correct?

7         A.    The family of the martyr, the family

8    of the martyr is the one who qualifies for this

9    payment pursuant to the law and before the

10   financial regulations.

11             Also this honorary payment is

12   dispensed to the employee who dies, and this

13   amount is around 5,000 shekels, it's dispensed

14   for one time only.

15        Q.    This was a payment of 6,000 shekels;

16   correct?

17        A.    Yes.

18        Q.    So this payment was made because

19   Mr. Abdel Rahman Idris Muhammad al-Shaludi was

20   designated as a martyr; correct?

21        A.    Pursuant to the law the payment was

22   made for him.

23        Q.    To clarify, the payment would not

24   have been made if he had not been designated a

25   martyr; correct?

Farid Ghannam Volume II
July 30, 2021

```
 1            A.    Yes.

 2            Q.    When you refer to the law, you refer

 3     to the law dated 2016?

 4            A.    Yes.

 5            Q.    But the date this payment was

 6     authorized was in February 2015, no?

 7     Withdrawn.

 8                  This payment was authorized in 2015;

 9     correct?

10            A.    As I mentioned previously in my

11     response, there was financial regulations that

12     govern the institution or the establishment

13     since it was established, and these divisions

14     were part -- then became part of the law, the

15     Palestinian law, as a division in that law.

16            Q.    Mr. Ghannam, I'm just trying to

17     understand your answer.  You're saying that

18     there were certain preexisting regulations that

19     were later put into this 2016 law?

20            A.    Yes.

21            Q.    Are these regulations anywhere in

22     writing?

23            A.    I spoke with the Establishment of

24     the Wounded and Martyrs Family Affairs about

25     these regulations.  They told me that it's
```

Farid Ghannam Volume II
July 30, 2021

```
 1    present and they're going to search for it,

 2    look for it, search for it and provide it for

 3    me when they find it, if they find it within

 4    their possession.

 5         Q.    Does that mean you've never seen

 6    them?

 7         A.    As I mentioned before, I spoke with

 8    them and they told me they will look for it.

 9    So I didn't see it, I just spoke with them

10    about it.

11              MS. VINCZE:  Mr. Berger, when

12    you do receive these documents, we would like

13    them produced.

14              MR. BERGER:  Once we see them

15    we'll be happy to review them and let you know

16    our position on that, but I can't see why we

17    wouldn't.

18    BY MS. VINCZE:

19         Q.    Can you please pull up tab 14.  I

20    would like to designate this as Exhibit No. 11.

21              (Deposition Exhibit No. 11 was

22    marked for identification.)

23    BY MS. VINCZE:

24         Q.    These are documents we received from

25    Defendants with Bates numbers -- pardon, with
```

Farid Ghannam Volume II
July 30, 2021

1     production numbers JD 83 through JD 85.

2              Mr. Ghannam, can you see the

3     document?

4          A.    Yes.

5          Q.    Do you recognize the document?

6          A.    Yes.

7          Q.    What is it?

8          A.    This document is produced from the

9     Establishment of the Martyrs and Wounded Family

10    Affairs regarding Izz al-Din Shuheil Ahmad

11    al-Masri, it concerns the financial section.

12         Q.    Now, this document states case type,

13    martyr; correct?

14         A.    Yes.

15         Q.    That means the Martyrs' Families and

16    Injured Care Establishment has designated Izz

17    al-Din Shuheil Ahmad al-Masri as a martyr;

18    correct?

19         A.    Yes.

20         Q.    There is a section beneath that that

21    reads beneficiary's data; correct?

22         A.    Yes.

23         Q.    And the name provided in that

24    section is Fatma Hamed Isma'il Masri; correct?

25         A.    Yes.

Farid Ghannam Volume II
July 30, 2021

1        Q.    Can you please page down to JD 87.

2              Mr. Ghannam, is it fair to say this

3    shows that Fatma Hamed Isma'il Masri has been

4    receiving payments on a monthly basis from

5    April 2020 through April 2021?

6        A.    Yes.

7        Q.    And she receives these payments as

8    the beneficiary of Izz al-Din Shuheil Ahmad

9    al-Masri; correct?

10       A.    Yes.

11       Q.    These payments are made from funds

12   under the control of the PA; correct?

13       A.    Yes.

14       Q.    Because all payments made to

15   qualifying beneficiaries of people designated

16   as martyrs are made from funds under the

17   control of the PA; correct?

18                  MR. BERGER:  Objection,

19   indefinite as to time.

20   BY MS. VINCZE:

21       Q.    You may answer, Mr. Ghannam.

22       A.    Yes.

23       Q.    Thank you.

24              To your understanding, does Fatma

25   Hamed Isma'il Masri continue to receive these

Farid Ghannam Volume II
July 30, 2021

```
 1    payments monthly as of today?

 2         A.    Yes.

 3         Q.    Can you please pull up tab 15.  We

 4    would like to designate this as Exhibit No. 12.

 5                    (Deposition Exhibit No. 12 was

 6    marked for identification.)

 7    BY MS. VINCZE:

 8         Q.    This is a document produced to us

 9    from Defendants bearing production numbers JD

10    896 through JD 913.

11                    Mr. Ghannam, can you see the

12    document?

13         A.    Yes.

14         Q.    Do you recognize it?

15         A.    Yes.

16         Q.    What is it?

17         A.    This is a document we use from the

18    Establishment of the Wounded and Martyrs'

19    Family Affairs regarding the renewal of the

20    financial information and the payment pursuant

21    to the law for the martyr Izz al-Din Shuheil

22    Ahmad al-Masri.

23         Q.    And that is the same Izz al-Din

24    Shuheil Ahmad al-Masri that we discussed when

25    we were speaking about Exhibit No. 11?
```

Farid Ghannam Volume II
July 30, 2021

1          A.    Yes.

2          Q.    At the top of the document it reads

3     Palestinian Liberation Organization; correct?

4          A.    Yes.

5          Q.    And the document is signed by the

6     General Director of Allowances; correct?

7          A.    Yes.

8          Q.    Is the General Director of

9     Allowances an employee of the PLO?

10                    MR. BERGER:  Objection,

11     indefinite as to time.  You may answer.

12                    THE WITNESS:  Yes.

13     BY MS. VINCZE:

14          Q.    The document is dated October 20,

15     2020, is it not?

16          A.    Correct.

17          Q.    So when the General Director of

18     Allowances signed it, he signed it in 2020,

19     didn't he?

20          A.    Yes.

21          Q.    It says, there's a section called

22     director's opinion; correct?

23          A.    Yes.

24          Q.    It states, I confirm the -- I can't

25     read the next word.  What does it say after

Farid Ghannam Volume II
July 30, 2021

1     director's opinion?

2           A.    It says I confirm the recommendation

3     and the payment is renewed for the beneficiary,

4     the mother of the martyr.  And she is the

5     beneficiary and she's still living, this is

6     according to the documents attached and

7     pursuant to the law of the establishment.

8           Q.    And there's a section below that

9     that states procedure of the Director General;

10    correct?

11          A.    Yes.

12          Q.    It states, renewal of the

13    confirmation of the payment in accordance with

14    regulations; correct?

15          A.    Yes.

16          Q.    So the General Director of

17    Allowances is involved in confirming that

18    payments continue to be made to the beneficiary

19    of Izz al-Din Shuheil Ahmad al-Masri; correct?

20          A.    Yes.

21          Q.    Can you please go to JD 904.

22    Actually, can we go to JD 903.

23                Mr. Ghannam, what is this document?

24          A.    It's a social investigation

25    conducted by the Establishment of the Wounded

Farid Ghannam Volume II
July 30, 2021

1    and Martyrs Family Affairs regarding the martyr

2    Izz al-Din Shuheil Ahmad al-Masri.

3        Q.    There is handwriting on this

4    document that says president's honorary payment

5    sent by fax August 3, 2018; correct?

6        A.    Yes.

7        Q.    That means Izz al-Din Shuheil Ahmad

8    al-Masri received the same honorary payment as

9    Mr. Al-Shaludi; correct?

10       A.    Yes.

11       Q.    The date of this report is August

12   15, 2001; right?

13       A.    Yes.

14       Q.    So that is the date the social

15   investigative report was made; correct?

16       A.    Yes.

17       Q.    Please go to JD 904.  There is a

18   section on this page starting personal

19   information; correct?

20       A.    Yes.

21       Q.    And there is a section that reads

22   mother's full name; correct?

23       A.    Yes.

24       Q.    And the name following that is Fatma

25   Hamed Isma'il Masri; correct?

Farid Ghannam Volume II
July 30, 2021

1           A.    Yes.

2           Q.    That means Fatma Hamed Isma'il Masri

3    is the mother of Izz al-Din Shuheil Ahmad

4    al-Masri; correct?

5           A.    Yes.

6           Q.    And this is the same Fatma Hamed

7    Isma'il Masri who has been receiving monthly

8    payments as the beneficiary of Izz al-Din

9    Shuheil Ahmad al-Masri since April 2020;

10   correct?

11          A.    Yes.

12          Q.    There's a section of this page

13   titled administrative information; correct?

14          A.    Yes.

15          Q.    And beneath that it says

16   organizational affiliation Hamas; correct?

17          A.    Yes.

18          Q.    That is because Izz al-Din Shuheil

19   Ahmad al-Masri is a member of Hamas; correct?

20          A.    According to the report, yes.

21          Q.    And you have no reason to doubt the

22   accuracy of that statement, do you?

23          A.    Yes.

24          Q.    It states place and date of the

25   incident, August 9, 2001, West Jerusalem Sbarro

Farid Ghannam Volume II
July 30, 2021

1    Restaurant; correct?

2         A.    Yes.

3         Q.    The person who wrote August 9, 2001,

4    West Jerusalem Sbarro Restaurant was the

5    employee of the Martyrs' Families and Wounded

6    Establishment that filled out this form;

7    correct?

8         A.    Yes.

9         Q.    And beneath that it says details of

10   the incident; right?

11        A.    Yes.

12        Q.    Following that it states, became a

13   martyr as a result of a martyrdom operation in

14   West Jerusalem on August 9, 2001; correct?

15        A.    Yes.

16        Q.    And the person who wrote that

17   statement was the social investigator that

18   filled out this form for the Martyrs' Families

19   and Injured Care Establishment; correct?

20        A.    Yes.

21        Q.    Izz al-Din Shuheil Ahmad al-Masri

22   died on August 9, 2001; correct?

23        A.    Yes.

24        Q.    And he died due to injuries caused

25   by an explosive device; correct?

Farid Ghannam Volume II
July 30, 2021

```
 1        A.    Yes.

 2        Q.    And the explosive device that caused

 3   his death was one that he detonated himself;

 4   correct?

 5        A.    According to the report, yes.

 6        Q.    Do you have any reason to doubt the

 7   accuracy of that statement?

 8        A.    No.

 9        Q.    When Izz al-Din Shuheil Ahmad

10   al-Masri detonated the explosive device on

11   August 9, 2001, he killed others, too; correct?

12        A.    According to the report, yes.

13        Q.    And you have no reason to think that

14   is inaccurate, do you?

15        A.    Yes.

16        Q.    The bombing that caused his death

17   and the death of the others is the incident

18   described in details of the incident on JD 904;

19   correct?

20        A.    Yes.

21        Q.    Let's turn to JD 907, please.  Thank

22   you.

23              At the top of this page it reads

24   recommendations of the department; correct?

25        A.    Yes.
```

Farid Ghannam Volume II
July 30, 2021

1       Q.     Beneath that it states single.  The

2   mother is alive.  The martyr has five siblings.

3   We recommend to confirm the above-named martyr

4   as a martyr of Al-Aqsa Intifada; correct?

5       A.     Both parents, not only the mother

6   are still living, yes.

7       Q.     And it also states we recommend to

8   confirm the above named martyr as a martyr of

9   Al-Aqsa Intifada; correct?

10      A.     Yes.

11      Q.     The person who wrote that statement

12  is the social investigator who filled out this

13  form on behalf of the Martyrs' Families and

14  Injured Care Establishment; correct?

15      A.     Yes.

16      Q.     And in determining that Izz al-Din

17  Shuheil Ahmad al-Masri is a martyr, that person

18  relied on the incidence described on JD 904;

19  correct?

20      A.     Yes.

21      Q.     Because it was the circumstances of

22  Izz al-Din Shuheil Ahmad al-Masri's death that

23  made him a martyr; correct?

24      A.     Yes.

25      Q.     And beneath that it reads decision

Farid Ghannam Volume II
July 30, 2021

```
 1    of the Establishment's director; correct?

 2         A.   Yes.

 3         Q.   And it states to be confirmed as a

 4    martyr of the Al-Aqsa Intifada as of August 1,

 5    2001?

 6         A.   Yes.

 7         Q.   That is because the Martyrs'

 8    Families and Injured Care Establishment

 9    considered the circumstances of the death of

10    Izz al-Din Shuheil Ahmad al-Masri to be part of

11    the Al-Aqsa Intifada; correct?

12         A.   Yes.

13         Q.   Let's go to JD 908, please.

14              There is a section of this that

15    reads confirmation of the Director General;

16    correct?

17         A.   Yes.

18         Q.   Beneath that reads, to be confirmed

19    as a martyr of the Al-Aqsa Martyrs as of August

20    1, 2001, to be paid, and then the number is

21    redacted; correct?

22         A.   Yes.

23         Q.   That is because Izz al-Din Shuheil

24    Ahmad al-Masri's mother qualified to receive

25    payments due to his designation as a martyr;
```

Farid Ghannam Volume II
July 30, 2021

1    correct?

2         A.    She was eligible for the payment

3    because the divisions of the law to consider

4    him as a martyr applied to her.

5         Q.    But the person that filled out this

6    document determined that Izz al-Din Shuheil

7    Ahmad al-Masri qualified as a martyr under that

8    law; correct?

9                   MR. BERGER:  Objection, asked

10   and answered.  You may answer again.

11                  THE WITNESS:  Pursuant to the

12   law and the social status, yes.

13   BY MS. VINCZE:

14        Q.    If Izz al-Din Shuheil Ahmad al-Masri

15   had not been determined to be a martyr by the

16   Martyrs' Families and Injured Care

17   Establishment, then his mother would not

18   qualify to receive payments under this program;

19   correct?

20                  MR. BERGER:  Objection,

21   hypothetical.  You may answer.

22                  THE WITNESS:  Pursuant to the

23   law and the social status of this family.

24                  MS. VINCZE:  Let's go off the

25   record and take a five-minute comfort break.

Farid Ghannam Volume II
July 30, 2021

```
 1                    VIDEOGRAPHER:  We are now off
 2      the record.  The time is 1411 UTC time.
 3                         -  -  -
 4                    (Whereupon, a short recess was
 5      taken off the record.)
 6                         -  -  -
 7                    VIDEOGRAPHER:  We are back on
 8      the record.  The time is 1431 UTC time.
 9      BY MS. VINCZE:
10           Q.    Mr. Ghannam, did I understand
11      correctly you were saying the social status of
12      Mr. Al-Masri's family was also taken into
13      consideration in determining whether his
14      beneficiary would be eligible for payments?
15           A.    Yes.  Yes, the social status of the
16      beneficiaries or the family -- the social
17      status of the family is the one who determines
18      whether the beneficiaries are eligible for the
19      payment or not according to Division 24 of the
20      law.
21           Q.    The beneficiary must also have a
22      family member that qualifies as a martyr
23      according to the Martyrs' Families and Injured
24      Care Establishment; correct?
25           A.    Yes.
```

Farid Ghannam Volume II
July 30, 2021

```
 1        Q.    By social status, do you mean
 2    financial condition?
 3        A.    Yes, the financial condition of the
 4    family.
 5        Q.    So if the family is affluent then
 6    the beneficiary will not qualify for these
 7    payments?
 8        A.    Yes, and as I mentioned, according
 9    to Division 24 of the law it states if the
10    beneficiary doesn't have people who are in
11    need, the payments will be discontinued in
12    total.
13        Q.    Are you aware of any instance in
14    which a martyr's family member was denied
15    benefits because the family was too wealthy?
16        A.    These cases are within the
17    Establishment for the Wounded and Martyrs
18    Family Affairs, and as long as they were
19    denied, these cases were denied, it would not
20    come to the Ministry of Finance to dispense the
21    allocations.
22        Q.    But you spoke to people from the
23    Martyrs' Families and Injured Care
24    Establishment in preparation for today's
25    deposition; correct?
```

Farid Ghannam Volume II
July 30, 2021

1      A.   Yes.

2      Q.   And you did not learn whether it has

3   ever been the case that a family was

4   disqualified due to wealth?

5      A.   I spoke with them and they explained

6   to me there are certain cases where the

7   beneficiaries were not eligible, and for that

8   reason the allocations were not dispensed for

9   the martyr's family.

10      Q.   Did they explain what level of

11   wealth disqualifies a beneficiary from

12   receiving these payments?

13      A.   The wealth that guarantees decent

14   living.

15      Q.   And are there any regulations that

16   speak to that?

17      A.   Has to be the capability of living a

18   decent life, and this is the main criteria or

19   standard as to having death of one of the

20   family members.

21      Q.   What about the law that you

22   mentioned earlier, the 2016 law, does that

23   speak to the level of wealth that disqualifies

24   a family from receiving payments?

25      A.   I mentioned before that Division 24

Farid Ghannam Volume II
July 30, 2021

1    of the law explains obviously that the family

2    has to be eligible or in need, and in Palestine

3    state there is a poverty line.  If the family

4    is living below the poverty line they are

5    eligible for the allocations.  And if the

6    family is living in the status where they are

7    above the poverty line, they are not eligible

8    for dispensing the allocation.

9         Q.    Can you pull up tab 20, please.

10   This is a document that we received I believe

11   this morning from Defendants.  We would

12   designate this as Exhibit No. 13.

13                    (Deposition Exhibit No. 13 was

14   marked for identification.)

15   BY MS. VINCZE:

16        Q.    Mr. Ghannam, do you see this

17   document?

18        A.    Yes.

19        Q.    Do you recognize this document?

20        A.    Yes.

21        Q.    What is it?

22        A.    This is law that governs the caring

23   of the families of the wounded and martyrs

24   inside the country, and it is worked on --

25   applied by the president on December 26 of

Farid Ghannam Volume II
July 30, 2021

```
 1    2016.

 2         Q.    Is this the law you referred to

 3    earlier?

 4         A.    Yes.

 5         Q.    And you referred to it throughout

 6    the deposition?

 7         A.    Yes.

 8         Q.    Can you please read me the text that

 9    is beneath the emblem of the Palestinian

10    Authority at the top of the document?

11         A.    The Minister's Committee.

12         Q.    What is beneath that?

13         A.    The law for taking care of the

14    families of the wounded and martyrs inside the

15    country.

16              MR. BALOUL:  This is Gassan

17    Baloul, I'm trying to help you here.  Your

18    question is clear.  The translation was

19    inaccurate.  You said the words under the

20    emblem; correct?

21              MS. VINCZE:  Yes.

22              MR. BALOUL:  The translation

23    was the word under State of Palestine.  So

24    that's the confusion.  If we could have the

25    interpreter say under the emblem and reask the
```

Farid Ghannam Volume II
July 30, 2021

1    question, you'll get your answer.

2                MS. VINCZE:  I'll reask the

3    question.

4    BY MS. VINCZE:

5         Q.    Mr. Ghannam, can you please read me

6    the words that are beneath the emblem at the

7    top of the page.

8         A.    Palestine State, Minister's

9    Committee, law governing taking care of the

10   families of the wounded and martyrs inside the

11   country for the year 2016.

12        Q.    Is the Minister's Committee a

13   reference to the Palestinian Authority?

14        A.    Yes.

15        Q.    What does it say after the text you

16   last read me?

17        A.    It's the governing law taking care

18   of the families of wounded and martyrs inside

19   the country for the year 2016.

20        Q.    What does it say beneath that?

21        A.    Below it says the president of

22   Palestine, the acting president of PLO.

23        Q.    Mr. Ghannam, is there a blank on the

24   line where 2016 appears?  There's a parentheses

25   and there's something, there's a blank there

Farid Ghannam Volume II
July 30, 2021

1      between the parentheses.

2            A.     Yes.

3            Q.     Why?

4            A.     When this law was submitted to the

5      president to implement it, it has to be

6      approved, and then after that a number will be

7      assigned to the law.

8            Q.     So no number has been assigned to

9      this law?

10           A.     Yes, later on after submitting it by

11     the president, a number will be added to this

12     law.

13           Q.     So the president has not approved

14     the law yet?

15           A.     Yes.  The president has signed on

16     the law on December 26, 2016.

17           Q.     But he has not formally approved it

18     yet?

19           A.     Implementing it is the approval of

20     the law.

21           Q.     It has not yet been implemented?

22                  MR. BERGER:  Objection,

23     misstates his testimony.  Maybe you can avoid a

24     double negative and reask the question.

25     BY MS. VINCZE:

Farid Ghannam Volume II
July 30, 2021

1      Q.    It hasn't been implemented, has it?

2      A.    Yes, it has been implemented.

3      Q.    When was it implemented?

4      A.    It was implemented on December 26,

5    2016, and it was approved since then.

6      Q.    And is that shown anywhere on this

7    document?

8      A.    Yes, it is.

9      Q.    Where?

10      A.    It is written this law will be

11    implemented, and then the signature of the

12    president, and the date is December 26, 2016.

13      Q.    Where is that -- go ahead.

14      A.    And this is the signature of the

15    president.

16      Q.    Is that on the final page of this

17    document?

18      A.    On the first page.

19      Q.    Have you at any time referred to any

20    other law in your deposition today?

21      A.    Yes.  The financial rules and

22    regulations that preceded this law.

23      Q.    What about yesterday, did you refer

24    to any other law yesterday?

25                    MR. BERGER:  Objection.  The

Farid Ghannam Volume II
July 30, 2021

1       transcript speaks for itself.

2       BY MS. VINCZE:

3           Q.    You may answer, Mr. Ghannam.

4           A.    No.

5           Q.    Can you please page to page 11 of

6       the PDF.  Thank you.

7                 Mr. Ghannam, can you please read

8       what appears to be Section 39?

9           A.    Yes, Section 39 states this law will

10      be presented with a decision, and the

11      implementing committee in the first round that

12      they sit to implement it, to approve it.

13                    MR. BALOUL:  Objection to the

14      translation.  I'm happy if you want me to, I

15      can translate it for you or the interpreter can

16      try again.

17                    MS. VINCZE:  Mr. Baloul, would

18      you translate this for us, please.

19                    MR. BALOUL:  Sure.  They're

20      referring to the legislative committee.  It's

21      supposed to be presented to the legislative

22      committee at the first session.

23                    MS. VINCZE:  Thank you.

24      BY MS. VINCZE:

25          Q.    What is the legislative committee?

Farid Ghannam Volume II
July 30, 2021

1         A.    The legislative committee is one of

2    the legislative entities that the members are

3    chosen by the public.

4         Q.    Is it a legislative body?

5         A.    It is the entity that approves all

6    the laws that is dispensed in Palestine.

7         Q.    To your knowledge, has the

8    legislative committee approved this law as of

9    this date?

10        A.    The legislative committee has not

11   held a session since 2008, and it gave the

12   authority to the president to within the

13   regulations, Palestinian regulations, to

14   discuss and approve the law.  And once the

15   committee has a session again, they will

16   discuss the laws that are present to approve

17   them.

18        Q.    Mr. Ghannam, you have -- pardon.

19   Withdraw the question.

20             Can you please take us to page 8 of

21   the PDF.  This appears to have a subsection 24?

22        A.    Yes.

23        Q.    Mr. Ghannam, is this the subsection

24   24 that you have referred to throughout your

25   deposition?

Farid Ghannam Volume II
July 30, 2021

1          A.    No, that's Section 23, which

2     precedes Section 24.

3          Q.    To clarify, you were referring to

4     Section 23 earlier?

5          A.    Yes.

6          Q.    Can you please read it for us.

7          A.    The section states if the martyr did

8     not have beneficiaries who are eligible

9     pursuant to the divisions of the law then the

10     allocations will be discontinued completely.

11          Q.    Can you read Section 24 as well,

12     please.

13          A.    Section 24 states that the wounded

14     is considered in the following circumstances:

15               1.  It has to be after treatment

16     from the wounds.

17               Section 2 states the disability

18     should be total and it's not less than 40

19     percent as a result of the injury.

20               3.  If he obtains or sustains full

21     disability not less than 40 percent as a result

22     of the following injuries:

23               A.  An eye injury that leads to the

24     extraction of the eye, or the complete loss of

25     sight in one of the eyes or both of them,

Farid Ghannam Volume II
July 30, 2021

1    granted that the permanent disability will be

2    not less than 30 percent.

3              B.  If the injury happens to the

4    kidney that leads to the extraction or the

5    dysfunction of one of the kidneys, granted that

6    the disability, the permanent disability will

7    be not less than 30 percent.

8              C.  If the injury happens to the

9    genital tract and prevents the person from

10   reproduction, from normal reproduction, granted

11   that the permanent disability should be not

12   less than 30 percent.

13             MS. VINCZE:  Let's take a

14   short break.  Let's go off the record and take

15   a short break, please.

16             VIDEOGRAPHER:  We are now off

17   the record.  The time is 1505 UTC time.

18                  -  -  -

19             (Whereupon, a short recess was

20   taken off the record.)

21                  -  -  -

22             VIDEOGRAPHER:  We are back on

23   the record.  The time is 1508 UTC time.

24             MS. VINCZE:  I have no more

25   questions at this time.  Mr. Berger, Plaintiffs

Farid Ghannam Volume II
July 30, 2021

1    in light of Mr. Ghannam's testimony request

2    Defendants produce all of the laws and

3    regulations Mr. Ghannam referred to during his

4    testimony today and yesterday, and we are

5    reserving our rights with respect to late

6    produced documents.

7                    MR. BERGER:  We will certainly

8    endeavor to produce all of the laws to you.  I

9    think I've been clear with your colleagues in

10   other depositions, we don't believe there are

11   any late produced documents, so therefore no

12   rights to reserve.  We don't need to use air

13   time for this now.  So the deposition is

14   concluded subject to those reservations on your

15   side and our side.

16                   VIDEOGRAPHER:  Going off the

17   record.  The time is 1509 UTC time.

18                   (At 1509 UTC time, the

19   deposition was concluded.  Signature was not

20   waived.)

21

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

1                        ERRATA SHEET

2                                          REASON FOR

3       PAGE LINE  CHANGE/CORRECTION CHANGE/CORRECTION

4       ____ _____  _____  _____

5       ____ _____  _____  _____

6       ____ _____  _____  _____

7       ____ _____  _____  _____

8       ____ _____  _____  _____

9       ____ _____  _____  _____

10      ____ _____  _____  _____

11      ____ _____  _____  _____

12      ____ _____  _____  _____

13      ____ _____  _____  _____

14      ____ _____  _____  _____

15      ____ _____  _____  _____

16      ____ _____  _____  _____

17      ____ _____  _____  _____

18      ____ _____  _____  _____

19      ____ _____  _____  _____

20      ____ _____  _____  _____

21      ____ _____  _____  _____

22      ____ _____  _____  _____

23      ____ _____  _____  _____

24      ____ _____  _____  _____

25      ____ _____  _____  _____

Farid Ghannam Volume II
July 30, 2021

```
 1              C E R T I F I C A T E

 2                    - - -

 3          I, FARID GHANNAM, do hereby certify

 4      that I have read the foregoing transcript and

 5      it is a true and correct copy of my deposition,

 6      except for the changes, if any, made by me on

 7      the attached Deposition Correction Sheet.

 8

 9

10                  FARID GHANNAM

11

12                  Date

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    COMMONWEALTH OF PENNSYLVANIA )
                                   ) SS
 2    COUNTY OF WASHINGTON         )

 3

 4                    CERTIFICATE

 5            I, Kathy D. Landock, a Notary Public
      in and for the Commonwealth of Pennsylvania, do
 6    hereby certify that the witness, FARID GHANNAM,
      was by me first duly sworn to testify the
 7    truth, the whole truth, and nothing but the
      truth; that the foregoing deposition was taken
 8    at the time and place stated herein; and that
      the said deposition was recorded
 9    stenographically by me and then reduced to
      typewriting under my direction, and constitutes
10    a true record of the testimony given by said
      witness, all to the best of my skill and
11    ability.

12            I further certify that I am not a
      relative, employee or attorney of any of the
13    parties, or a relative or employee of either
      counsel, and that I am in no way interested
14    directly or indirectly in this action.

15            IN WITNESS WHEREOF, I have hereunto
      set my hand and affixed my seal of office this
16    2nd day of August, 2021.

17                    Kathy D. Landock

18                    Kathy D. Landock, Notary Public
                      Certified Realtime Reporter
19

20    My Commission Expires:
      March 28, 2023
21

22

23

24

25
```

---

**Exhibits**

---

EX 0005 Farid
 Ghannam 0730
21
 103:8 110:25
 111:1,2
 113:18,19
EX 0006 Farid
 Ghannam 0730
21
 103:10
 112:24,25
 113:1
EX 0007 Farid
 Ghannam 0730
21
 103:11
 122:8,9
 124:20
EX 0008 Farid
 Ghannam 0730
21
 103:13
 124:23,24
EX 0009 Farid
 Ghannam 0730
21
 103:14
 129:15,17
 132:13
EX 0010 Farid
 Ghannam 0730
21
 103:15
 130:3,7
 132:12,13
EX 0011 Farid
 Ghannam 0730
21
 103:17
 144:20,21
 147:25
EX 0012 Farid
 Ghannam 0730
21
 103:18

147:4,5
EX 0013 Farid
 Ghannam 0730
21
 103:20
 160:12,13

---

**0**

---

███████7395
 137:24

---

**1**

---

1
 109:20 110:6
 112:10 120:1
 121:16
 123:18
 128:12
 139:5,11,22
 155:4,20
 167:15
1,400
 112:16
 123:24
1,700
 139:23
10
 122:6 130:3,
 7 132:13
100
 115:24
 117:23
11
 115:6,8,10
 118:8 124:7
 144:20,21
 147:25 165:5
11:33
 104:12
12
 110:24
 147:4,5
12:40
 129:4

12:55
 129:10
13
 112:23
 160:12,13
14
 144:19
1411
 157:2
1431
 157:8
15
 147:3 150:12
1505
 168:17
1508
 168:23
16
 106:22
 107:1,8
 129:13
166
 127:15
17
 115:24
 129:25
18
 121:6
184
 111:6
188
 111:7 112:6
194
 122:13
198
 122:14
 123:14

---

**2**

---

2
 167:17
20
 148:14 160:9
2001
 150:12

151:25
 152:3,14,22
 153:11
 155:5,20
2002
 106:22
 107:1,8
 109:20 110:7
2003
 115:6,8,10
 118:9 120:1
 121:16 126:3
 128:12
2008
 166:11
2014
 134:9 138:4
2015
 139:5,11,22
 143:6,8
2016
 139:9,14
 140:11
 143:3,19
 159:22 161:1
 162:11,19,24
 163:16
 164:5,12
2018
 150:5
2020
 112:9 114:23
 121:4,6
 123:17
 131:14 146:5
 148:15,18
 151:9
2021
 104:12
 112:10
 114:23
 123:18
 131:15 146:5
22
 134:9 138:4
225
 130:5 132:10

Farid Ghannam Volume II
July 30, 2021

**228**
  130:6 131:11
**23**
  167:1,4
**24**
  157:19 158:9
  159:25
  166:21,24
  167:2,11,13
**26**
  160:25
  163:16
  164:4,12
**29**
  106:2

---

**3**

---

**3**
  140:11 150:5
  167:20
**30**
  104:12
  168:2,7,12
**30(b)(4)**
  105:24
**39**
  165:8,9

---

**4**

---

**4**
  106:12,13
**40**
  167:18,21

---

**5**

---

**5**
  111:1,2
  113:19
**5,000**
  142:13
**596**
  113:5,6

**597**
  113:24
  121:25
**599**
  118:13

---

**6**

---

**6**
  112:25 113:1
**6,000**
  139:25
  140:13
  142:15
**600**
  109:20 110:7
  128:12
**602**
  113:6
**614**
  125:2 128:4
**689**
  129:21
**690**
  133:11 137:3
  138:19
**691**
  135:11
**692**
  136:8 137:15
**698**
  129:22

---

**7**

---

**7**
  122:8,9
  124:20

---

**8**

---

**8**
  124:23,24
  166:20
**83**
  145:1

**85**
  145:1
**87**
  146:1
**896**
  147:10

---

**9**

---

**9**
  106:13 126:3
  129:15,17
  132:13
  151:25
  152:3,14,22
  153:11
**90**
  104:16
**903**
  149:22
**904**
  149:21
  150:17
  153:18
  154:18
**907**
  153:21
**908**
  155:13
**913**
  147:10
**978**
  106:13
**980**
  109:17
**981**
  109:16

---

**A**

---

**Abd**
  112:3,8,19
  114:4,10,12,
  17,19,21
  123:11,16
  125:7,13,15,
  19

**Abdel**
  107:9,21
  108:4,13,18
  109:7,12
  130:18,25
  131:18
  132:20
  133:12,22
  134:1
  135:19,24
  136:2,4,22,
  25 138:11,21
  139:1,3
  142:19
**Abdel-muti**
  111:17,24
  112:11,20
  113:14
  114:13,24
  116:6,23
  117:14
  118:9,25
  119:7 121:20
**above**
  154:8 160:7
**above-named**
  154:3
**Abu**
  123:11,16
  125:7,13,15,
  20
**accident**
  107:25
**accidently**
  132:14
**accordance**
  127:24
  149:13
**accuracy**
  127:4 135:9
  151:22 153:7
**accurate**
  122:4
**accurately**
  141:2
**acknowledge**
  104:25 105:4

Farid Ghannam Volume II
July 30, 2021

| | | | |
|---|---|---|---|
| act | Ahed | al-masri | Allowances |
| 108:9 | 107:9,21 | 145:11,17 | 148:6,9,18 |
| 110:14,15 | 108:3,13,18 | 146:9 | 149:17 |
| acting | 109:7,12 | 147:22,24 | allowed |
| 162:22 | Ahmad | 149:19 | 110:3 |
| action | 145:10,17 | 150:2,8 | amount |
| 104:18 | 146:8 | 151:4,9,19 | 120:8 121:3, |
| added | 147:22,24 | 152:21 | 17 142:13 |
| 137:12,22 | 149:19 | 153:10 | amounts |
| 140:1 163:11 | 150:2,7 | 154:17 | 121:5 |
| addition | 151:3,9,19 | 155:10 | answer |
| 139:24 | 152:21 153:9 | 156:7,14 | 108:15 |
| administered | 154:17,22 | al-masri's | 110:21 |
| 105:5 | 155:10,24 | 154:22 | 117:10,17 |
| administrativ | 156:7,14 | 155:24 | 118:1 132:3 |
| e | Al-aqsa | 157:12 | 140:24 142:3 |
| 133:16 | 110:6,9 | Al-mun'im | 143:17 |
| 151:13 | 113:21 | 112:3,8,19 | 146:21 |
| Affairs | 118:22 120:1 | 114:4,10,12, | 148:11 |
| 110:12 | 121:16 | 17,19,22 | 156:10,21 |
| 111:16 | 127:20,24 | al-shaludi | 162:1 165:3 |
| 122:21 | 128:11 | 130:19 | answered |
| 124:16 | 133:23 134:3 | 131:1,8,13, | 117:1,10,17 |
| 130:18 | 137:10,20 | 19,22 132:6, | 118:1 156:10 |
| 132:22 | 139:21 | 21 135:15, | answers |
| 133:6,8 | 154:4,9 | 19,20,23,25 | 120:22 |
| 135:7 138:17 | 155:4,11,19 | 136:3,5,22 | appears |
| 140:8 141:20 | al-din | 137:1,24 | 162:24 165:8 |
| 143:24 | 122:22 | 138:12,22 | 166:21 |
| 145:10 | 123:3,22 | 139:1,4 | applied |
| 147:19 150:1 | 124:5,17,19 | 142:19 150:9 | 156:4 160:25 |
| 158:18 | 125:16,22 | al-shaludy | appropriate |
| affiliation | 127:11 | 133:13,23 | 106:3 |
| 151:16 | 128:16 | Alhamid | approval |
| affluent | 145:10,17 | 125:15 | 163:19 |
| 158:5 | 146:8 | alive | approve |
| age | 147:21,23 | 127:21 | 165:12 |
| 110:13 | 149:19 | 136:15 154:2 | 166:14,16 |
| agree | 150:2,7 | Allah | approved |
| 105:14,17 | 151:3,8,18 | 134:16 | 163:6,13,17 |
| 106:7,10 | 152:21 153:9 | allocation | 164:5 166:8 |
| agreement | 154:16,22 | 160:8 | approves |
| 104:8 105:9, | 155:10,23 | allocations | 166:5 |
| 11,12 | 156:6,14 | 158:21 159:8 | April |
| ahead | Al-hamid | 160:5 167:10 | 112:9,10 |
| 164:13 | 123:11,16 | allowance | 114:23 121:6 |
| | 125:7,13,20 | 137:12,22 | 123:17,18 |
| | | 140:1,13 | |

131:14,15
146:5 151:9

**around**
142:13

**asked**
116:25
117:9,16,25
156:9

**asking**
108:2,10,12

**Aslam**
122:22
123:3,22
124:5,17,19
125:16,22
127:11
128:16

**assigned**
163:7,8

**attached**
149:6

**attack**
118:18
126:16,17
134:18,19

**attorneys**
104:24

**August**
150:5,11
151:25
152:3,14,22
153:11
155:4,19

**authority**
131:23
161:10
162:13
166:12

**authorized**
143:6,8

**available**
120:16,18

**avoid**
163:23

**aware**
104:5 158:13

---

**B**

---

**back**
129:9 130:2
157:7 168:22

**Baloul**
140:15,22
141:7,11
161:16,17,22
165:13,17,19

**banking**
132:9

**based**
140:9

**basis**
146:4

**Bates**
144:25

**bearing**
111:6 122:13
130:5 147:9

**bears**
129:21

**begin**
105:20

**behalf**
104:15,21
105:14,16
106:9 126:25
154:13

**believe**
107:16
108:22
116:18
117:6,21
119:13
120:19 122:2
129:16
139:13
160:10

**below**
149:8 160:4
162:21

**belt**
126:14

**beneath**
114:6 115:18
125:9 126:10
127:19
128:6,10
134:5,11
136:12
137:5,8,17
145:20
151:15 152:9
154:1,25
155:18
161:9,12
162:6,20

**beneficiaries**
112:2 146:15
157:16,18
159:7 167:8

**beneficiary**
112:10
114:24
123:21
125:21
131:18
135:24
137:23 146:8
149:3,5,18
151:8
157:14,21
158:6,10
159:11

**beneficiary's**
113:25 123:8
125:3 131:5
145:21

**benefits**
158:15

**Berger**
105:15,16
106:8,10
116:25
117:9,16,25
119:15
120:14,17,21
121:2 131:25
144:11,14
146:18
148:10

**beneath**
156:9,20
163:22
164:25
168:25

**bit**
129:24

**blacked**
120:5,7

**blank**
162:23,25

**body**
126:15 166:4

**Boggs**
105:16

**bomb**
118:18

**bombing**
118:4 153:16

**break**
129:2 156:25
168:14,15

**Broad**
104:16

**burial**
142:1

---

**C**

---

**called**
113:25
118:14
119:22 123:7
125:3,10,24
127:16 131:4
133:16
134:6,12
139:17
148:21

**capability**
159:17

**car**
134:23

**care**
107:4 109:6,
11,25 111:23
115:15 116:3
123:4 124:3

Farid Ghannam Volume II
July 30, 2021

126:7 127:1,
7,10 130:25
135:3
138:13,20
139:8 145:16
152:19
154:14 155:8
156:16
157:24
158:23
161:13
162:9,17
caring
160:22
case
111:19
113:14,21
122:24
130:21
136:12
137:9,19
145:12 159:3
case's
133:12
cases
158:16,19
159:6
caused
107:13
115:23
116:11 118:9
152:24
153:2,16
certain
143:18 159:6
change
120:12
changed
120:8
chosen
166:3
circumstances
154:21 155:9
167:14
City
115:22
126:16

134:19
Civil
105:24
claimed
134:20
clarify
128:23
142:23 167:3
clear
161:18
coffee
126:16,18
combatant
133:20
come
158:20
comfort
129:2 156:25
committee
161:11
162:9,12
165:11,20,
22,25 166:1,
8,10,15
complete
142:3 167:24
completed
109:2 110:21
126:6,24
completely
167:10
concerns
130:19
145:11
condition
158:2,3
conducted
149:25
conference
106:1
confirm
105:23
127:23
148:24 149:2
154:3,8
confirmation
109:15

119:22 128:7
139:17
149:13
155:15
confirmed
109:19 110:5
118:21
119:25
121:15
128:11
136:13
137:9,19
139:20
155:3,18
confirming
128:15
149:17
confirms
121:20
confusion
161:24
consent
105:9
consequence
110:16
consider
156:3
consideration
157:13
considered
138:19 139:4
155:9 167:14
contained
121:22
contains
135:12
continue
146:25
149:18
control
131:23 132:7
146:12,17
conversations
104:7
Corey
104:14

correct
106:9,24
107:5,6,10,
11,13,18,19,
22 108:5,12,
19,24 109:3,
8,13,21,25
111:20,25
112:4,16,21
113:15,19,22
114:1,4,7,
10,14,25
115:3,7,11,
16,17,19,24
116:4,8,12,
13,15,20,24
117:8,15,24
118:11,19,22
119:2,10,23
120:2,5
121:18,23,25
122:4,25
123:5,6,8,
12,22,25
124:5,20
125:4,7,10,
13,17,22,25
126:3,8,11,
21 127:1,13,
14,17,25
128:4,8,13,
18 130:22
131:2,5,9,
19,24 132:7,
10 133:4,13,
17,20,23
134:3,6,9,
13,14,24
135:4,12,16,
20,25 136:6,
10,15,19,23
137:3,6
138:4,8,14,
23 139:18
140:1,20
142:6,16,20,
25 143:9
145:13,18,
21,24 146:9,

12,17 148:3,
6,16,22
149:10,14,19
150:5,9,15,
19,22,25
151:4,10,13,
16,19 152:1,
7,14,19,22,
25 153:4,11,
19,24 154:4,
9,14,19,23
155:1,11,16,
21 156:1,8,
19 157:24
158:25
161:20
correctly
157:11
counsel
105:8
country
160:24
161:15
162:11,19
court
104:24
119:13
COVID-19
105:22
criteria
159:18

    D

data
112:2 123:8
131:5 145:21
date
106:23
107:8,24
108:11
115:3,5,9
125:25
134:6,8
137:10,20
138:3,6
143:5

150:11,14
151:24
164:12 166:9
dated
139:14 143:3
148:14
day
138:10
death
115:23
153:3,16,17
154:22 155:9
159:19
December
160:25
163:16
164:4,12
decent
159:13,18
decision
137:5,17
154:25
165:10
declare
105:6
Defendants
105:17,23
106:9 111:6
113:5 122:13
129:21 130:4
144:25 147:9
160:11
defending
110:15
defense
129:13
defined
110:12
denied
158:14,19
department
110:3 118:15
127:17
128:22
136:10
153:24

depended
110:1 128:19
deposition
104:11,25
105:2,3,25
106:4,12
110:25 111:2
112:24 113:1
122:7,9
124:23,24
129:15,17
130:7 144:21
147:5 158:25
160:13 161:6
164:20
166:25
described
128:3 138:7,
18 153:18
154:18
designate
110:25
112:24 122:7
124:22 130:3
144:20 147:4
160:12
designated
109:6,11
111:23
112:21
118:10
119:1,8
123:3 124:4
127:7,10
130:25
142:20,24
145:16
146:15
designation
155:25
destroyed
119:5
details
115:18,21
118:6 126:11
127:12
134:12,15
137:2 138:7

152:9 153:18
detainees
110:17
determination
138:25
determined
138:21
156:6,15
determines
157:17
determining
136:25
154:16
157:13
detonated
107:22
108:4,14
116:15,24
153:3,10
detonation
116:12
device
107:13,20
108:3,14,17
116:12,14,22
117:13
152:25
153:2,10
died
107:9,12
110:17,19
116:7,10,11
152:22,24
dies
142:12
director
109:24
110:1,2,4
119:22
121:14
128:7,16,21
137:6,18
139:17
140:9,11,17
148:6,8,17
149:9,16
155:1,15

Farid Ghannam Volume II
July 30, 2021

director's
148:22 149:1
disability
167:17,21
168:1,6,11
discontinued
158:11
167:10
discuss
166:14,16
discussed
113:18
124:19 136:6
147:24
discussion
119:18
dispense
140:12
158:20
dispensed
141:22
142:12,13
159:8 166:6
dispensing
160:8
disqualified
159:4
disqualifies
159:11,23
division
143:15
157:19 158:9
159:25
divisions
143:13 156:3
167:9
document
106:21
108:11
111:5,9,11,
14,19 113:4,
8,25 122:12,
16,19,24
124:8,15
129:20,24
130:4,11,13,
16,21

132:14,16,
19,23 145:3,
5,8,12
147:8,12,17
148:2,5,14
149:23 150:4
156:6
160:10,17,19
161:10
164:7,17
documented
107:24
documenting
141:22
documents
120:15
121:12 136:4
144:12,24
149:6
double
163:24
doubt
127:3 135:8
151:21 153:6
dozens
126:20
due
107:12
116:11
152:24
155:25 159:4
duly
105:18
106:16
dysfunction
168:5

_____

E

earlier
159:22 161:3
167:4
economic
141:23
eligible
156:2
157:14,18

159:7 160:2,
5,7 167:8
emblem
161:9,20,25
162:6
employed
115:14 116:2
employee
142:12 148:9
152:5
enter
104:22
entities
166:2
entity
166:5
established
143:13
establishment
107:5,7
109:6,11,25
110:11
111:15,23
115:15 116:3
122:20 123:5
124:4,15
126:8 127:1,
7,10 130:17,
25 132:21
133:5,7
135:3,6
138:14,16,20
140:7 141:19
143:12,23
145:9,16
147:18
149:7,25
152:6,19
154:14 155:8
156:17
157:24
158:17,24
Establishment
's
137:6,18
155:1
Eszter
105:13

everyone
104:4
examined
106:16
executed
134:17
exhibit
106:12,13
110:25 111:2
112:24
113:1,18
122:8,9
124:20,23,24
129:14,15,17
130:3,7
132:12,13
136:6
144:20,21
147:4,5,25
160:12,13
expenses
142:1
explain
159:10
explained
120:25 159:5
explains
160:1
explosive
107:13,20
108:3,14,17
116:12,14,22
117:13
126:14
152:25
153:2,10
extraction
167:24 168:4
eye
167:23,24
eyes
167:25

_____

F

Fahmi
122:22

123:2,21
124:4,17,18
125:16,22
127:8,11
128:15
fair
  112:7 123:15
  131:12 146:2
families
  107:4 109:5,
  10,24 110:12
  111:16,22
  115:14 116:3
  122:21 123:4
  124:3 126:7,
  25 127:6,9
  130:24 135:3
  138:13,20
  139:8 145:15
  152:5,18
  154:13 155:8
  156:16
  157:23
  158:23
  160:23
  161:14
  162:10,18
family
  124:16
  130:18
  132:22
  133:6,8
  135:7,12
  138:16 140:7
  141:20,24
  142:7 143:24
  145:9 147:19
  150:1 156:23
  157:12,16,
  17,22 158:4,
  5,14,15,18
  159:3,9,20,
  24 160:1,3,6
Farid
  104:11
  106:15
father
  135:16,19

137:23
Fatma
  145:24
  146:3,24
  150:24
  151:2,6
fax
  150:5
February
  106:22
  107:1,8
  143:6
Federal
  105:24
filled
  126:19
  136:18
  152:6,18
  154:12 156:5
final
  164:16
Finance
  158:20
financial
  111:15
  122:23
  130:19 140:5
  141:17
  142:10
  143:11
  145:11
  147:20
  158:2,3
  164:21
financially
  104:18
find
  144:3
fire
  134:22
first
  106:16
  135:14
  137:12,22
  140:1 164:18
  165:11,22

five
  154:2
five-minute
  129:2 156:25
following
  140:10
  150:24
  152:12
  167:14,22
follows
  106:17
forces
  119:6
form
  132:1 152:6,
  18 154:13
formally
  163:17
foundation
  132:1
French
  134:9,19
Friday
  104:11
full
  114:1,6
  125:3,10
  150:22
  167:20
funds
  131:22 132:6
  146:11,16

G

Gassan
  161:16
gave
  166:11
general
  109:24
  110:1,4
  119:23
  121:15
  128:8,16
  139:18
  140:8,12,17

148:6,8,17
149:9,16
155:15
genital
  168:9
Ghalia
  123:11,16
  125:6,13,15,
  19
Ghannam
  104:11
  106:15,21
  108:10
  110:22 111:8
  112:7 113:7
  117:3 119:21
  120:15
  121:14
  122:15
  123:15 124:8
  130:10
  131:12
  132:3,15
  139:12 141:9
  143:16 145:2
  146:2,21
  147:11
  149:23
  157:10
  160:16
  162:5,23
  165:3,7
  166:18,23
given
  121:3
giving
  120:22
going
  144:1
Good
  104:3
govern
  143:12
governing
  139:8 162:9,
  17
governs
  141:19

160:22
granted
  168:1,5,10
group
  134:18
guarantees
  159:13

## H

Hafez
  107:9,12,21
  108:4,13,18
  109:7,12
Hamas
  151:16,19
Hamed
  145:24
  146:3,25
  150:25
  151:2,6
handwriting
  150:3
happy
  144:15
  165:14
held
  104:7 119:18
  166:11
help
  161:17
Hill
  134:9,19
honorary
  137:11,21
  139:25 140:3
  141:14,21
  142:11
  150:4,8
house
  119:4
housekeeping
  105:21
hypothetical
  156:21

## I

ID
  137:24
identificatio
n
  111:3 113:2
  122:10
  124:25
  129:18 130:8
  144:22 147:6
  160:14
Idris
  130:18
  131:1,8,13,
  18,22 132:5,
  20 134:2
  135:15,18,
  19,22,25
  136:2,5,22
  137:1,23
  138:11,21
  139:1,3
  142:19
immediately
  134:22
implement
  163:5 165:12
implemented
  163:21
  164:1,2,3,4,
  11
implementing
  163:19
  165:11
inaccurate
  141:4 153:14
  161:19
incentive
  140:12,23
incidence
  154:18
incident
  106:24
  108:1,12
  115:3,6,10,

19,21 118:7,
8 125:25
126:11 128:3
134:6,12,15
137:3 138:7
139:10
141:23
151:25
152:10
153:17,18
incidents
  138:10,18
inclined
  121:9
includes
  121:24
indefinite
  146:19
  148:11
indicate
  105:11
information
  109:3,8,13
  121:5,11,22,
  24 122:3,23
  126:2,5,13,
  23 128:17,19
  132:10
  133:16 140:9
  147:20
  150:19
  151:13
injured
  107:4 109:6,
  11,25 111:23
  115:15,24
  116:3
  117:15,23
  123:4 124:3
  126:7 127:1,
  7,10 130:25
  134:20 135:3
  138:13,20
  145:16
  152:19
  154:14 155:8
  156:16
  157:23

158:23
injuries
  107:12
  110:20
  116:11
  152:24
  167:22
injury
  167:19,23
  168:3,8
inside
  160:24
  161:14
  162:10,18
instance
  158:13
institution
  133:9 143:12
interested
  104:18
interpreter
  105:18
  137:13
  140:19,20,25
  141:5 161:25
  165:15
Intifada
  113:22
  118:22 120:1
  121:16
  127:20,24
  128:11
  139:21
  154:4,9
  155:4,11
investigation
  113:11
  124:14
  132:20
  149:24
investigative
  113:13
  121:23 122:3
  128:18
  150:15
investigator
  107:3,15,17,

Farid Ghannam Volume II
July 30, 2021

23 108:8,21,
23 109:1
115:14
116:2,17,19
117:7,19,22
126:6,24
133:2 135:2,
5 136:18
137:2 152:17
154:12
investigator'
s
  108:7 117:5
  128:20
involved
  149:17
Ishadi
  118:18
Isma'il
  145:24
  146:3,25
  150:25
  151:2,7
Israeli
  119:6
Israelis
  115:24
Izz
  122:22
  123:2,21
  124:4,17,18
  125:16,22
  127:11
  128:15
  145:10,16
  146:8
  147:21,23
  149:19
  150:2,7
  151:3,8,18
  152:21 153:9
  154:16,22
  155:10,23
  156:6,14

J

JD
  109:16
  111:6,7
  112:6 113:5,
  6,24 118:13
  121:25
  122:13,14
  123:14 125:2
  127:15 128:4
  130:5 131:11
  132:10
  133:11
  135:11 137:3
  138:18 145:1
  146:1 147:9,
  10 149:21,22
  150:17
  153:18,21
  154:18
  155:13
Jerusalem
  115:10,22
  118:18
  126:3,17
  127:22
  134:19
  151:25
  152:4,14
Jeruselam
  115:6
Jordan
  106:6
July
  104:12 115:6
June
  115:8,10
  118:8 120:1
  121:16

K

Karnei
  106:22 107:1
  108:1

Kathy
  104:21
kidney
  168:4
kidneys
  168:5
killed
  107:20
  108:3,15,17,
  18 116:24
  126:20
  153:11
know
  140:24
  144:15
knowledge
  166:7

L

lacks
  132:1
Landock
  104:21 106:3
law
  110:10
  119:11,14,16
  138:15,22
  139:6,7,13
  140:11,14
  141:18
  142:9,21
  143:2,3,14,
  15,19 147:21
  149:7 156:3,
  8,12,23
  157:20 158:9
  159:21,22
  160:1,22
  161:2,13
  162:9,17
  163:4,7,9,
  12,14,16,20
  164:10,20,
  22,24 165:9
  166:8,14
  167:9

laws
  166:6,16
leads
  167:23 168:4
learn
  159:2
Legal
  104:15,21
legislative
  165:20,21,25
  166:1,2,4,8,
  10
level
  159:10,23
Liberation
  132:24 133:3
  148:3
lieu
  105:5
life
  110:13
  159:18
limited
  121:3
line
  160:3,4,7
  162:24
lives
  134:20
living
  119:5 120:9,
  12 149:5
  154:6
  159:14,17
  160:4,6
located
  104:16 106:6
long
  140:24
  158:18
look
  144:2,8
loss
  167:24
lost
  110:13

Farid Ghannam Volume II
July 30, 2021

lot
  121:10

_____

M

_____

made
  112:18
  138:11,25
  142:18,22,24
  146:11,14,16
  149:18
  150:15
  154:23
Mahmoud
  107:9,21
  108:4,13,18
  109:7,12
Mahne
  115:7,10,23
main
  159:18
make
  121:2
manner
  105:10
March
  109:19 110:6
marked
  111:3 113:2
  122:10
  124:25
  129:18 130:8
  144:22 147:6
  160:14
Marters'
  111:16
Martyers
  107:7
martyr
  109:12,19
  110:6,9,12
  111:20,25
  112:21
  113:12,21
  116:7
  118:10,22
  119:1,4,9,25

121:15
122:21,25
123:3 124:5,
17 126:14
127:11,19,
21,24
128:11,16
130:22 131:1
134:16
136:21
137:1,10,19
138:12,22
139:2,4,21,
22 142:2,7,
8,20,25
145:13,17
147:21 149:4
150:1 152:13
154:2,3,4,8,
17,23 155:4,
19,25 156:4,
7,15 157:22
167:7
martyr's
  136:15
  158:14 159:9
martyrdom
  107:25 108:8
  115:22
  117:23
  126:15
  127:22 128:2
  137:11,21
  138:3 152:13
martyred
  118:17
  134:23
martyrs
  110:6,11
  124:16 135:6
  137:10,20
  140:7 141:20
  142:5 143:24
  145:9 146:16
  150:1 155:19
  158:17
  160:23
  161:14

  162:10,18
Martyrs'
  107:4 109:5,
  10,24 111:22
  115:14 116:2
  122:20 123:4
  124:3 126:7,
  25 127:6,9
  130:17,24
  132:22
  133:6,8
  135:2
  138:13,16,19
  139:8 145:15
  147:18
  152:5,18
  154:13 155:7
  156:16
  157:23
  158:23
Masri
  145:24
  146:3,25
  150:25
  151:2,7
matter
  104:13 105:7
mean
  129:14 144:5
  158:1
means
  111:22 123:2
  130:24
  145:15 150:7
  151:2
measure
  105:21
member
  133:23 134:2
  151:19
  157:22
  158:14
members
  159:20 166:2
mentioned
  120:10 133:7
  143:10 144:7
  158:8

  159:22,25
mercy
  134:17
middle
  133:15
midnight
  126:18
military
  110:16
  133:19
Minister's
  161:11
  162:8,12
Ministry
  158:20
missing
  119:16
misstates
  163:23
Mitchell
  105:15
  106:10
modification
  120:11
modified
  120:9
Mohamad
  113:15
Mohammad
  111:17,24
  112:11,20
  113:15
  114:13,14,
  24,25 116:6,
  7,23 117:14
  118:9,10,25
  119:7,8
  121:21
month
  109:20 110:7
  120:5 121:18
  128:13
  139:23
monthly
  112:9,13,15
  119:2
  123:17,24

125:21
131:14
135:24 146:4
147:1 151:7
**morning**
104:3 160:11
**mother**
114:13
119:1,4,9
125:16 149:4
151:3 154:2,
5 155:24
156:17
**mother's**
114:6 125:10
150:22
**Muhammad**
130:19
131:1,8,13,
19,22 132:6,
20 135:15,
18,20,22,25
136:3,5,22
137:1,24
138:11,21
139:1,3
142:19
**Muhammadal-**
**shaludy**
134:2
**Mustafa**
112:3,8,19
114:4,10,12,
16,19,21

**N**

**name**
104:14
105:11 112:3
114:1,3,7,9
123:10
125:4,6,10,
12 131:7
133:12
145:23
150:22,24

**named**
154:8
**necessary**
136:14
**need**
119:3 158:11
160:2
**needed**
120:18,20,22
**negative**
163:24
**never**
144:5
**normal**
168:10
**note**
121:10
**November**
139:5,11,21
**number**
137:25
155:20
163:6,8,11
**numbers**
111:6 113:5
122:13
129:21 130:5
144:25 145:1
147:9

**O**

**oath**
105:5
**objection**
116:25
117:9,16,25
131:25
140:16,23
146:18
148:10
156:9,20
163:22
164:25
165:13
**objections**
105:10

**obtains**
167:20
**obviously**
160:1
**occupation**
110:14,15,16
119:5,6
**occurred**
138:10
**October**
134:9 138:3
148:14
**officer**
106:4
**once**
144:14
166:14
**one**
105:21
107:21 108:4
116:14
134:21
140:8,25
141:24
142:8,14
153:3 157:17
159:19 166:1
167:25 168:5
**one-time**
140:12,13
141:21
**ones**
138:19
**opened**
134:22
**operation**
115:22 116:8
117:23
127:22 128:2
152:13
**opinion**
148:22 149:1
**Organization**
132:24 133:3
148:3

**organizationa**
**l**
151:16
**original**
130:2
**outcome**
104:19

**P**

**PA**
132:7
146:12,17
**page**
106:13
109:16,18
112:6 115:2
123:14 125:2
128:24
131:11
133:15
135:11
136:8,9
137:3,15
139:16 146:1
150:18
151:12
153:23 162:7
164:16,18
165:5 166:20
**paid**
109:20 110:7
120:4 121:17
128:12
132:5,9
155:20
**Palestine**
120:13
132:24 133:3
160:2 161:23
162:8,22
166:6
**Palestinian**
131:23
143:15 148:3
161:9 162:13
166:13

Farid Ghannam Volume II
July 30, 2021

pandemic
  105:22
pardon
  109:16 127:8
  129:14
  144:25
  166:18
parentheses
  162:24 163:1
parents
  127:20
  136:15 154:5
part
  133:9 143:14
  155:10
Participants
  104:5
participating
  104:25
parties
  105:8 106:2
party
  104:17
passed
  139:7
Patton
  105:16
paying
  142:1
payment
  112:9,16
  121:5
  137:11,21,23
  139:22,25
  140:4
  141:15,16,
  21,25 142:6,
  9,11,15,18,
  21,23 143:5,
  8 147:20
  149:3,13
  150:4,8
  156:2 157:19
payments
  112:18
  114:22
  119:2,10

123:17,21,24
124:2 125:21
131:14,17,21
132:5 135:24
146:4,7,11,
14 147:1
149:18 151:8
155:25
156:18
157:14
158:7,11
159:12,24
PDF
  165:6 166:21
penalty
  105:7
Pennsylvania
  106:5
people
  108:19
  117:15
  146:15
  158:10,22
percent
  167:19,21
  168:2,7,12
perjury
  105:7
permanent
  168:1,6,11
perpetrate
  126:15
person
  105:5 108:14
  109:23
  110:12
  113:17 136:4
  152:3,16
  154:11,17
  156:5 168:9
personal
  150:18
physically
  105:1 106:6
place
  106:23
  107:25

108:11
115:3,5,9
125:24
126:17
134:6,8
151:24
Plaintiffs
  105:14
  168:25
please
  104:22
  105:10
  106:12,13
  110:24
  112:6,23
  113:24 122:6
  123:14 124:7
  125:2
  129:12,23,25
  131:11
  132:12
  133:11,25
  137:15
  144:19 146:1
  147:3 149:21
  150:17
  153:21
  155:13 160:9
  161:8 162:5
  165:5,7,18
  166:20
  167:6,12
  168:15
PLO
  104:13 133:9
  148:9 162:22
position
  144:16
possession
  144:4
poverty
  160:3,4,7
pre-april
  121:4
preceded
  164:22
precedes
  167:2

preexisting
  143:18
preparation
  158:24
prepared
  108:7 113:14
present
  105:1 128:20
  141:18 144:1
  166:16
presented
  165:10,21
president
  140:17,21
  141:22
  160:25
  162:21,22
  163:5,11,13,
  15 164:12,15
  166:12
president's
  137:11,21
  139:24 140:3
  141:14 150:4
prevents
  168:9
previous
  120:10
previously
  124:19
  132:14 133:7
  136:6 143:10
prison
  110:17,18
probably
  121:1
procedure
  149:9
Procedures
  105:25
Proceed
  141:12
proceeding
  104:6 106:1
proceedings
  104:23

produced
  122:12,19
  124:15 130:4
  132:21
  144:13 145:8
  147:8
production
  111:6 113:5
  122:13
  129:21 130:5
  145:1 147:9
program
  156:18
provide
  144:2
provided
  114:3,9
  115:6 121:25
  123:10
  125:6,12
  126:2,5,13,
  23 127:12
  131:7 132:10
  133:12
  134:8,16
  137:3 145:23
provides
  106:21 112:3
  128:7 133:19
public
  166:3
pull
  106:12
  110:24
  112:23 122:6
  124:7
  129:12,25
  132:12
  144:19 147:3
  160:9
pulled
  132:14
purpose
  141:25
purposes
  138:12
pursuant

105:23 106:2
110:10
119:11,13,16
140:10,14
142:9,21
147:20 149:7
156:11,22
167:9
put
  143:19
putting
  141:3

_____

Q

Qalqilya
  106:23 107:2
qualified
  155:24 156:7
qualifies
  142:8 157:22
qualify
  142:5 156:18
  158:6
qualifying
  146:15
question
  133:24
  137:16 141:9
  161:18
  162:1,3
  163:24
  166:19
questions
  168:25
quickly
  130:1

_____

R

Rahma
  112:3,8,18
  114:3,9,12,
  16,19,21
Rahman
  130:18
  131:1,18

132:20
133:12,22
134:1
135:19,25
136:2,5,22,
25 138:11,21
139:1,3
142:19
Ramiz
  122:21
  123:2,21
  124:4,17,18
  125:16,21
  127:7,10
  128:15
rank
  133:19
read
  141:6 148:25
  161:8 162:5,
  16 165:7
  167:6,11
reading
  140:9
reads
  136:9 139:20
  145:21 148:2
  150:21
  153:23
  154:25
  155:15,18
reask
  141:9 161:25
  162:2 163:24
reason
  107:16
  108:22
  116:18
  117:6,21
  122:2 127:3
  135:8 151:21
  153:6,13
  159:8
receive
  139:22
  144:12
  146:25
  155:24

156:18
received
  111:5 112:9,
  13,15 113:4
  114:22 119:2
  129:20
  144:24 150:8
  160:10
receives
  146:7
receiving
  119:9
  123:17,20
  124:2 125:20
  131:14,17
  135:23 146:4
  151:7
  159:12,24
recess
  129:6 157:4
  168:19
recognize
  111:11
  124:11
  130:13
  132:15 145:5
  147:14
  160:19
recommend
  127:23
  137:9,18
  154:3,7
recommendatio
n
  110:2
  118:14,24
  127:16
  128:21,24
  136:9 149:2
recommendatio
ns
  136:14
  153:24
record
  104:4,9,23
  105:12
  119:19
  129:2,4,7,10

156:25
157:2,5,8
168:14,17,
20,23
**recorded**
104:6,7,10
**redacted**
121:7,11
137:25
155:21
**refer**
143:2 164:23
**reference**
162:13
**referenced**
138:23
**referred**
128:2 136:3,
5 139:7,13
161:2,5
164:19
166:24
**referring**
165:20 167:3
**refers**
136:21
**regarding**
107:24
111:17
113:12
122:21,22
124:16
130:18
132:19
145:10
147:19 150:1
**regulations**
127:25
139:24 140:6
141:18
142:10
143:11,18,
21,25 149:14
159:15
164:22
166:13
**related**

104:17
**release**
110:18
**relevant**
121:6
**relied**
109:2,8,13
127:11
128:17 137:2
154:18
**relying**
121:22
**remote**
104:10,14,22
**remotely**
105:3,22
**renewal**
147:19
149:12
**renewed**
149:3
**repeat**
133:24
**report**
107:14,24
108:7,20
109:2 113:14
115:16
116:4,16
117:5,8,19
121:23 122:4
126:6,25
128:18,20
133:2 135:4
136:18 139:5
150:11,15
151:20
153:5,12
**reporter**
104:20,24
119:13
**reporting**
105:2,10
**representatio
n**
121:3

**reproduction**
168:10
**request**
104:8
**respect**
124:20
**respond**
117:3 141:10
**response**
143:11
**Restaurant**
152:1,4
**result**
110:14,15,20
118:18
126:20
127:21
134:21
152:13
167:19,21
**review**
144:15
**right**
108:5 118:15
138:1 139:14
140:18
150:12
152:10
**room**
105:2
**round**
165:11
**row**
135:14
**Rule**
105:24 106:2
**rules**
105:24
140:5,10
141:17
164:21

---

**S**

---

**Sabaneh**
111:24

**Sadeq**
107:9,21
108:3,13,18
109:7,11
**Saleh**
111:17,24
112:11,20
113:15
114:14,24
116:6,23
117:14
118:9,25
119:7 121:21
**Salim**
123:11,16
125:7,13,15,
20
**saying**
143:17
157:11
**says**
108:11
113:21 114:6
115:2,18
118:21 120:4
122:24
126:11
132:23
135:15
148:21 149:2
150:4 151:15
152:9 162:21
**Sbarro**
151:25 152:4
**screen**
137:14
**scroll**
129:23
130:1,2
**search**
144:1,2
**section**
111:15
113:25
118:14
119:21
123:7,11
125:3,9,24

Farid Ghannam Volume II
July 30, 2021

126:10
127:16
128:6,10
130:20
131:4,8
133:16
134:5,11,12
139:17
140:11
145:11,20,24
148:21 149:8
150:18,21
151:12
155:14
165:8,9
167:1,2,4,7,
11,13,17
see
111:8 113:7
122:15 124:8
130:10
144:9,14,16
145:2 147:11
160:16
sentence
141:1,6
September
126:3 128:12
session
120:10
165:22
166:11,15
Settlement
106:22 107:2
108:1
settlers
134:18,20,21
Seven
126:19
Shabaneh
111:18
112:4,8,11,
19,20 113:15
114:4,10,13,
14,17,20,22,
25 116:7,23
117:14
118:10

119:1,8
121:21
Shatsky
104:13
shekels
109:20 110:7
112:16 120:5
121:17
123:25
128:13
139:23,25
140:13,14
142:13,15
Shomron
106:22 107:2
108:1
shop
126:16,18
short
129:6 157:4
168:14,15,19
shortly
126:17
shown
164:6
shows
112:8 123:15
131:13 146:3
Shuheil
145:10,17
146:8
147:21,24
149:19
150:2,7
151:3,9,18
152:21 153:9
154:17,22
155:10,23
156:6,14
siblings
154:2
sight
167:25
signature
164:11,14
signed
148:5,18

163:15
similar
121:10
simply
141:3
single
127:20 154:1
sit
165:12
situation
141:23
slow
141:10
social
107:3,15,17,
23 108:6,7,
21,23 109:1
113:11,13
115:13
116:2,17,19
117:5,7,19,
22 119:3
121:23 122:3
124:14
126:24
128:17,20
132:19 133:1
135:2 136:17
137:2 149:24
150:14
152:17
154:12
156:12,23
157:11,15,16
158:1
speak
159:16,23
speaking
113:18
147:25
speaks
165:1
specialty
110:13
spend
121:9

spoke
143:23
144:7,9
158:22 159:5
spot
134:23
Squire
105:16
standard
120:9 159:19
standards
120:12
starting
150:18
state
160:3 161:23
162:8
stated
108:8
statement
104:22
110:3,5
127:4,12
128:3 135:1,
9 136:21
151:22
152:17 153:7
154:11
states
111:19
118:17
119:25
127:19
128:10
130:21
136:12
137:5,8,18
145:12
148:24
149:9,12
151:24
152:12
154:1,7
155:3 158:9
165:9 167:7,
13,17
stating
105:11

109:18
status
  127:23
  156:12,23
  157:11,15,17
  158:1 160:6
steps
  136:14
stipend
  112:14
stipulate
  106:3
Street
  104:16
  115:7,11,23
submitted
  163:4
submitting
  163:10
subsection
  166:21,23
Support
  104:16,21
supposed
  165:21
Sure
  165:19
sustains
  167:20
sworn
  105:19
  106:16

T

tab
  106:12
  110:24
  112:23 122:6
  124:7
  129:12,25
  144:19 147:3
  160:9
table
  135:12,14
take
  121:8 129:2

156:25
166:20
168:13,14
taken
  105:25 106:5
  129:7 157:5,
  12 168:20
taking
  139:8 161:13
  162:9,17
technician
  104:15
testified
  106:17
testimony
  105:6 163:23
text
  109:18
  120:5,7
  161:8 162:15
Thank
  146:23
  153:21
  165:6,23
think
  106:8 119:15
  120:22
  129:24
  153:13
three
  110:19
time
  104:12,20
  121:4,10
  129:4,10
  140:8 141:24
  142:14
  146:19
  148:11
  157:2,8
  164:19
  168:17,23,25
titled
  151:13
today
  104:11 147:1
  164:20

today's
  105:25
  158:24
told
  120:25
  143:25 144:8
top
  128:24
  132:23 136:8
  148:2 153:23
  161:10 162:7
total
  158:12
  167:18
tract
  168:9
transcript
  165:1
translate
  141:2
  165:15,18
translation
  130:1 140:16
  141:10
  161:18,22
  165:14
treatment
  167:15
truthful
  107:18
  116:10
  117:8,24
try
  165:16
trying
  143:16
  161:17
Tuesday
  126:18
turn
  113:24
  118:13
  127:15
  133:10,11
  135:11 136:8
  153:21

two
  134:20
  140:25
type
  111:19
  122:24
  130:21
  145:12

U

U.S.
  104:15,21
understand
  139:13
  143:17
  157:10
understanding
  146:24
unknown
  121:17
unredacted
  120:15
untruthful
  108:23
UTC
  104:12
  129:4,10
  157:2,8
  168:17,23

V

vehicular
  134:18
verbally
  105:6
video
  104:10,15
  106:1
VIDEOGRAPHER
  104:3 129:3,
  9 157:1,7
  168:16,22
Vincze
  105:13,14,20
  106:11,20

Farid Ghannam Volume II
July 30, 2021

111:4 113:3
117:2,12,20
118:3
119:12,20
120:14,19,24
121:8,13
122:11 125:1
129:1,11,19
130:9 132:2
140:18
141:8,13
144:11,18,23
146:20 147:7
148:13
156:13,24
157:9 160:15
161:21
162:2,4
163:25
165:2,17,23,
24 168:13,24

**W**

Wainaina
  104:14
waive
  105:9
want
  165:14
way
  140:25
ways
  140:25
wealth
  159:4,11,13,
23
wealthy
  158:15
West
  151:25
  152:4,14
wired
  131:21
withdraw
  112:14
  137:16

166:19
withdrawn
  109:9
  114:18,20
  116:10
  118:5,7
  124:10 127:8
  133:10 143:7
witness
  105:6 106:6
  117:11,18
  118:2 148:12
  156:11,22
word
  119:16
  140:23
  148:25
  161:23
words
  141:3 161:19
  162:6
wore
  126:14,15
worked
  160:24
working
  107:3 133:2,
  5 135:2
works
  107:6 141:11
wounded
  107:7
  110:11,19
  111:16
  122:20
  124:16
  126:20
  130:17
  132:22
  133:6,8
  135:6 138:16
  139:9 140:7
  141:19
  143:24 145:9
  147:18
  149:25 152:5
  158:17
  160:23

161:14
  162:10,18
  167:13
wounds
  167:16
write
  110:4 141:2
writing
  143:22
written
  107:2 115:13
  116:1 117:4
  135:1 136:17
  164:10
wrong
  129:24
wrote
  109:23
  115:15
  116:4,20
  117:8,22
  121:15 135:4
  152:3,16
  154:11

**Y**

Yahya
  131:8,13,22
  132:6
  135:15,18,23
  137:24
year
  110:18
  162:11,19
years
  110:19
Yehuda
  115:7,11,23
yesterday
  164:23,24
York
  104:16,17

**Z**

Zaki
  123:11,16
  125:6,13,15,
  19
Zionists
  126:19