**LOWELL DECL. EX. 13**

Abdel Jabbar Salem
July 27, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

                        -   -   -
SHABTAI SCOTT SHATSKY,    ) Case No. 18-Civ. 12355
individually and as      )
personal representative  )
of the Estate of Keren   ) VIRTUAL VIDEOTAPED
Shatsky, J ANNE          ) DEPOSITION OF ABDEL
SHATSKY, individually    ) JABBAR SALEM
and as personal          )
representative of the    )
Estate of Keren          )
Shatsky, TZIPPORA        )
SHATSKY SCHWARZ, YOSEPH  )
SHATSKY, SARA SHATSKY    )
TZIMMERMAN, MIRIAM       )
SHATSKY, DAVID RAPHAEL   )
SHATSKY, GINETTE LANDO   )
THALER, individually     )
and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,


        Plaintiffs,


        against

Abdel Jabbar Salem
July 27, 2021

1

2    THE PALESTINE
     LIBERATION ORGANIZATION
3    and THE PALESTINIAN
     AUTHORITY (a/k/a "The
4    Palestinian Interim
     Self-Government
5    Authority" and/or "The
     Palestinian National
6    Authority"),

7

          Defendants.
8

9

10

11                          -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF ABDEL

 2     JABBAR SALEM, witness herein, called by the

 3     Plaintiffs, for examination, taken pursuant to

 4     the Federal Rules of Civil Procedure, by and

 5     before Karen A. Nickel, a Certified Realtime

 6     Reporter and a notary public in and for the

 7     Commonwealth of Pennsylvania, held remotely

 8     with all parties appearing from their

 9     respective locations, on Tuesday, July 27,

10     2021, at 7:30 a.m.

11     COUNSEL PRESENT:

12
       For the Plaintiffs:
13     Melissa H. Maxman, Esq.
       Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
14     Cohen & Gresser, LLP
       2001 Pennsylvania Avenue, NW
15     Suite 300
       Washington, DC 20006
16
       Stephen M. Sinaiko, Esq.
17     Cohen & Gresser, LLP
       800 Third Avenue
18     New York, NY 10022

19     For the Defendants:
       Mitchell R. Berger, Esq.
20     Joseph Alonzo, Esq.
       Squire Patton Boggs
21     2550 M Street NW
       Washington, DC 20037

22
       Also Present:  Elizabeth Bezverkha
23                     Eszter Vincze
                       Corey Wainaina, Videographer
24                     Hadeer Al Amiri, Interpreter
                       Safwan Al-Amin, Check
25                     Interpreter
```

Abdel Jabbar Salem
July 27, 2021

1                    I N D E X

2      WITNESS                              PAGE

3      Abdel Jabbar Salem

4           By Ms. Maxman                    6

5

6                  E X H I B I T S

7
       NUMBER          DESCRIPTION          PAGE
8
       Exhibit 1       Amended Notice of
9                      Deposition            20
       Exhibit 2       Prisoner Payments     28
10     Exhibit 3       E-mail                37
       Exhibit 4       Payment Records       51
11     Exhibit 5       Combined Exhibits     58

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

1                    P R O C E E D I N G S

2                    VIDEOGRAPHER:  Good morning,

3        everyone.  We are now on the record.

4        Participants should be aware that this

5        proceeding is being recorded and, as such, all

6        conversations held will be recorded unless

7        there is a request and agreement to go off the

8        record.

9                    This is the remote video-recorded

10       deposition of Abdel Jabbar Salem.  Today is

11       Tuesday, July 27, 2021.  The time is now 11:22

12       UTC time.  We are here in the matter of Shatsky

13       versus PLO.

14                    My name is Corey Wainaina, remote

15       video technician on behalf of US Legal Support

16       located at 90 Broad Street, New York, New York.

17       I am not related to any party in this action,

18       nor am I financially interested in the outcome.

19                    At this time, will the reporter,

20       Karen Nickel, on behalf of US Legal Support,

21       please enter the statement for remote

22       proceedings into the record.

23                    THE REPORTER:  The attorneys

24       participating in this deposition acknowledge

25       that I am not physically present in the

Abdel Jabbar Salem
July 27, 2021

1    deposition room and that I will be reporting

2    this deposition remotely.

3            They further acknowledge that, in

4    lieu of an oath administered in person, the

5    witness will verbally declare his testimony in

6    this matter is under penalty of perjury.

7            The parties and their counsel

8    consent to this arrangement and waive any

9    objections to this manner of reporting.  Please

10   indicate your agreement by stating your name

11   and your agreement on the record.

12               MS. MAXMAN:  Melissa Maxman, I

13   agree.

14               MR. BERGER:  This is Mitchell

15   Berger on behalf of the Defendants, and I

16   agree.

17               (The interpreter was duly

18   sworn.)

19       ABDEL JABBAR SALEM, a witness herein,

20   having been first duly sworn, was examined and

21   testified as follows:

22                   EXAMINATION

23   BY MS. MAXMAN:

24       Q.   Good morning, or good afternoon.  I

25   don't know what time it is where you are.

Abdel Jabbar Salem
July 27, 2021

1              Thank you for being here today.  My

2     name is Melissa Maxman.  I'm a partner at Cohen

3     & Gresser, and we represent the Plaintiffs in

4     this matter.

5              Could you please state your name and

6     address for the record.

7        A.    Good afternoon.  My name is Abdel

8     Jabbar Mohammad Salem.

9        Q.    And your address?

10       A.    My address is Ramallah, Palestine.

11       Q.    And how do you spell your name, sir?

12       A.    How do I spell my name?

13       Q.    Yes.

14       A.    A-B-D-E-L, J-A-B-B-A-R, S-A-L-E-M.

15       Q.    Thank you.  What is your occupation

16    and title?

17       A.    I work at -- I work in the financial

18    ministry.  I work as director of the salary and

19    financial in the Palestinian government in

20    Ramallah.

21       Q.    Director of salary and financial,

22    did I hear that correctly?

23       A.    The director of the salary, the

24    wages.

25       Q.    Okay.  Thank you.  Have you ever had

Abdel Jabbar Salem
July 27, 2021

 1    your deposition taken before?

 2         A.    No.

 3         Q.    I'm going to be asking you questions

 4    throughout today and tomorrow, and I would like

 5    to go over some ground rules first so that you

 6    understand the process.

 7         A.    Yes, ma'am.

 8         Q.    Do you understand that you are

 9    testifying here today under oath?

10         A.    Yes, correct.

11         Q.    And the court reporter will be

12    transcribing everything we say.  So to make

13    sure that the record is accurate, and

14    especially since this deposition is taking

15    place via video remotely because of the COVID

16    pandemic, it's important that we not speak over

17    each other and that only one person speaks at a

18    time.

19              So please wait until I finish my

20    question before you start answering, and I will

21    wait -- I will try to wait until you finish

22    your answer before I ask another question.

23              Is that understood?

24         A.    (Witness nodded head affirmatively.)

25         Q.    I couldn't hear you, I'm sorry.  I

Abdel Jabbar Salem
July 27, 2021

1    think it's the audio.  He said yes?

2         A.    Yes.

3         Q.    Thank you.  It is also important for

4    you to respond to the questions verbally

5    because, otherwise, the court reporter cannot

6    transcribe what you said.  She cannot

7    transcribe a head nod, yes or no.  Is that

8    understood?

9         A.    Understood.

10        Q.    Thank you.  If you don't understand

11   one of my questions, please say so.  I will try

12   to rephrase it for you if you don't understand

13   it.  But if you answer my question, I will

14   assume you understood my question; is that

15   understood?

16        A.    Understood.

17        Q.    Your counsel may object to my

18   questions.  Unless your counsel instructs you

19   not to answer a question, you should go ahead

20   and answer the question even though there is an

21   objection pending.

22             Do you understand that?

23        A.    Understood.

24        Q.    I may take periodic breaks during

25   the deposition.  If you need a break, please

Abdel Jabbar Salem
July 27, 2021

```
 1    let me know, me or your attorney know, and I

 2    will do my best to accommodate your request.

 3              However, if a question is pending, I

 4    ask that you answer the question first before

 5    we take a break.  All right?

 6         A.    Thank you.

 7                   MS. MAXMAN:  Because we are

 8    here remotely during the pandemic, we would ask

 9    that the Defendants confirm that pursuant to

10    Rule 30(b)(4) of the Federal Rules of Civil

11    Procedure, today's deposition may be taken by

12    video conference as we are proceeding, and,

13    pursuant to Rule 29, parties also stipulate

14    that Ms. Nickel is an appropriate officer

15    before whom this deposition may be taken even

16    though she is in Pennsylvania and the witness

17    is physically located in Jordan.

18              Do we agree, Mr. Berger?

19                   MR. BERGER:  Yes, we do agree.

20                   MS. MAXMAN:  Thank you.

21    BY MS. MAXMAN:

22         Q.    Is there any reason that you can

23    think of that you will not be able to answer my

24    questions today fully and accurately and

25    truthfully?
```

Abdel Jabbar Salem
July 27, 2021

```
 1          A.    No, there isn't.

 2          Q.    Just so you understand, we are going

 3    to be referring to the Defendants today as --

 4    the Palestinian Authority, I'm going to refer

 5    to as PA, and I will be referring to the

 6    Palestinian Liberation Organization as PLO.

 7                Do you understand that?

 8          A.    Yes.

 9          Q.    I'm going to start with your

10    personal background, with your educational

11    background.  What is your highest level of

12    education?

13          A.    I have a Bachelor degree in

14    accounting from An-Najah University.

15          Q.    Could you spell the name of your

16    University?

17          A.    I'm not that good in English.

18          Q.    Okay.  You testified that you are

19    the collector of salary wages.  Before your

20    position with -- let me back up.

21                Who is your employer today?

22          A.    Not the director, the director of --

23    yes.

24          Q.    Okay.  Thank you.  I misheard.

25    Thank you.
```

Abdel Jabbar Salem
July 27, 2021

1           Who is your employer today?

2      A.    My director is the Minister of

3  Finance.

4      Q.    That is the person to whom you

5  report?

6      A.    Correct.

7      Q.    Yes?

8           MR. BERGER:  Counsel, I think

9  we understood your question.  I think the

10  translation was who is your boss rather than

11  for what organization do you work.

12           MS. MAXMAN:  Okay.  Thank you.

13  BY MS. MAXMAN:

14      Q.    For what organization do you work

15  currently?

16      A.    The Ministry of Finance.

17      Q.    The Ministry of Finance of what

18  organization?

19      A.    The Palestinian Authority.

20      Q.    Okay.  And when you said you worked

21  for -- your boss was the Minister of Finance,

22  who is that person?

23      A.    Shukri Bishara.

24      Q.    Aside from director of salary, do

25  you have any other titles with the Palestinian

Abdel Jabbar Salem
July 27, 2021

1    Authority?

2          A.    No.

3          Q.    Do you hold any other titles within

4    the PLO?

5          A.    No.

6          Q.    And this Shukri Bishara -- forgive

7    me if I'm not pronouncing his name correctly --

8    is -- give me a second.

9                Your boss, does he hold any

10   positions with the PLO?

11         A.    No.  Only the Minister of Finance.

12         Q.    For the Palestinian Authority?

13         A.    Yes.

14         Q.    And who appointed the Minister of

15   Finance?

16         A.    I assume the Prime Minister.

17         Q.    The Prime Minister of the

18   Palestinian Authority?

19         A.    Yes, correct.

20         Q.    How long have you held your current

21   position?

22         A.    Ten years.

23         Q.    Have you had other positions within

24   the PA?

25         A.    Before ten years, I was working in

Abdel Jabbar Salem
July 27, 2021

1      the treasury in the same position, the finance

2      and the Ministry of Finance, and the payment

3      department.

4          Q.    And before that -- well, how long

5      were you in that position?

6          A.    From 1995 up until 2010.

7          Q.    And before 1995, what was your --

8      what was your employment?

9          A.    I was not working anywhere.  I was

10     just graduating from college.  And then I

11     joined the Ministry of Finance.

12         Q.    Okay.  So since college, you have

13     been employed by the Palestinian Authority --

14     I'm sorry, let me rephrase that.

15              Since 1995 when you graduated from

16     college, your only employer has been the

17     Palestinian Authority?

18         A.    Correct.

19         Q.    What are your current

20     responsibilities as director of salary for the

21     ministry of finance?

22         A.    I work as the general director of

23     the salaries, of the wages, in the Ministry of

24     Finance.  This includes preparing, collecting

25     and, up until the distribution of the salaries

Abdel Jabbar Salem
July 27, 2021

1    in the Palestinian Authority.

2         Q.    And are you the director of the

3    salaries for everyone who works for the

4    Palestinian Authority?

5         A.    Yes, correct.

6         Q.    How many people work for the

7    Palestinian Authority?

8         A.    It ranges from employees and semi

9    employees around 120,000 workers.

10        Q.    What do you mean by "semi

11   employees"?

12                  MR. BERGER:  I am going to

13   object to the question as being outside the

14   scope of this jurisdictional discovery

15   deposition.  We have been trying to give you

16   some leeway on background, but the Judge's

17   admonition is to stick to the predicates of the

18   jurisdictional statute.

19                  You may answer, but we're going to

20   see how this goes.

21                  THE WITNESS:  When I say semi

22   employment, I mean, this means some people who

23   work as a contract or temporary, that work for

24   a period of time.

25   BY MS. MAXMAN:

Abdel Jabbar Salem
July 27, 2021

1        Q.    Do you also oversee payments to

2    prisoners?

3        A.    I am responsible for overseeing the

4    distribution of the payment.  The collection

5    and these responsibilities are in the prison

6    affairs.

7        Q.    What are you collecting?

8        A.    Like, what do you mean by that?

9        Q.    You said -- I believe you said, I am

10   responsible for overseeing the distribution of

11   the payments and the collection.  And you said,

12   and these responsibilities are in the prison

13   affairs.

14           And my question is, what do you mean

15   by "collection"?

16       A.    I oversee the information, examine

17   the information that I receive from the

18   prisoners' affairs, because these are not

19   salaries.  These are incentives that are given.

20           So I examine them and oversee them.

21   And then it gets distributed.

22               MR. BERGER:  Excuse me.  We

23   object to the translation.  He did not use the

24   word "incentives" in his comment.  "Allocation"

25   would be the correct translation.

Abdel Jabbar Salem
July 27, 2021

1              MS. MAXMAN:  Mr. Berger, are

2      you using a check translator on your end?

3              MR. BERGER:  I have an Arabic-

4      proficient associate listening to the

5      translation.  He is serving as our check

6      translator.

7      BY MS. MAXMAN:

8          Q.   Okay.  So you're saying -- let me

9      ask the question again because I am now

10     completely confused.

11             My question is, what do you mean by

12     "collection"?

13         A.   By "collection," I mean the

14     information that we get as a CD, and we examine

15     them -- examine the allocations and the

16     department IT before handling it to prisoners'

17     affairs to avoid inequality.

18         Q.   You mean you get it on a compact

19     disk, a CD?

20             MR. BERGER:  We object to the

21     translation.  The witness did not use the word

22     "inequality."  He used the word "double

23     counting."

24             INTERPRETER:  Sorry.  This is

25     the interpreter.  This is "alaizdiwajia," which

Abdel Jabbar Salem
July 27, 2021

1    is not double counting.

2                    MR. BERGER:  Duplication is

3    our translation.

4                    MS. MAXMAN:  Can we go off the

5    record for a minute, please?

6                    MR. BERGER:  Certainly.

7                    THE VIDEOGRAPHER:   We are now

8    off the record.  The time is 11:50 UTC time.

9                    (Discussion held off the

10   record.)

11                   THE VIDEOGRAPHER:   We are

12   back on the record.  The time is 11:53 UTC

13   time.

14                   MS. MAXMAN:  Mr. Berger, can

15   you please identify the associate that is with

16   you that is serving as your check translator?

17                   MR. BERGER:  Yes, I did that

18   off the record.

19                   MS. MAXMAN:  We can't hear

20   you, sir.

21                   MR. BERGER:  Can you hear me

22   now?

23                   MS. MAXMAN:  Yes.

24                   MR. BERGER:  I did that with

25   the court reporter while you were off the

Abdel Jabbar Salem
July 27, 2021

1    record.  His first name is Safwan, S-A-F-W-A-N,

2    last name Al-Amin, A-L, dash, A-M-I-N.

3                   MS. MAXMAN:  Okay.  Thank you.

4                   MR. BERGER:  While we are

5    talking about check translation, and maybe this

6    will save you some time, but let me put it on

7    the record, which is that our translation of

8    the word you are asking about, "collection,"

9    was, in fact, more properly translated as

10   "preparation."

11                  MS. MAXMAN:  Okay.  We will

12   leave that for a moment and come back to it.

13   BY MS. MAXMAN:

14       Q.   Mr. Salem, you realize you have been

15   designated as the 30(b)(6) deponent about the

16   Palestinian Authority and the PLO today; do you

17   understand that?

18                  INTERPRETER:  I'm sorry, this

19   is the interpreter.  Can you repeat the

20   question?

21                  MS. MAXMAN:  Sure.

22   BY MS. MAXMAN:

23       Q.   Are you aware that you have been

24   designated as the corporate witness for both

25   the PA and the PLO today?

Abdel Jabbar Salem
July 27, 2021

```
 1          A.    Yes, I know that.

 2                MS. MAXMAN:  Can we please put

 3    up Tab 1 which, court reporter, I will be

 4    entering as Exhibit 1 for the record.  It is

 5    the 30(b)(6) deposition notice that is dated

 6    June 16, 2021, and I will ask that we scroll

 7    through the exhibit.

 8                (Deposition Exhibit No. 1 was

 9    marked for identification.)

10    BY MS. MAXMAN:

11          Q.    And my question for the witness is,

12    have you seen this document before?

13          A.    Yes.

14          Q.    And what -- when did you first see

15    it?

16          A.    When I met with the attorneys.

17          Q.    When was that?

18          A.    Approximately, a month ago.

19          Q.    And you are appearing today as a

20    witness pursuant to this notice; correct?

21          A.    Correct.

22          Q.    Who designated you, who decided that

23    you would be the designee to testify on behalf

24    of the Palestinian Authority?

25          A.    I received this from the Minister of
```

Abdel Jabbar Salem
July 27, 2021

1    Finance, being the director of the salaries.

2           Q.     And that is the gentleman who is

3    your boss that we discussed before?

4           A.     He is the minister.

5           Q.     So that's the same person; yes?

6           A.     Correct.

7           Q.     Thank you.  Is he also the person

8    who designated you to testify on behalf of the

9    PLO?

10          A.     The same thing.

11          Q.     Have you read through or had read to

12   you the deposition topics on Pages 2 and 3 of

13   this notice?

14          A.     Yes.

15          Q.     And are you the person most

16   knowledgeable about these topics with respect

17   to the Palestinian Authority?

18          A.     I may be.

19          Q.     Are there others with better

20   knowledge than you of these topics?

21          A.     I don't know.

22          Q.     Are you the person most

23   knowledgeable about these topics on behalf of

24   the PLO?

25          A.     I may be.

Abdel Jabbar Salem
July 27, 2021

1        Q.    Are there others with more

2    knowledge?

3        A.    I don't know.

4        Q.    Did you speak with others at the PA

5    or the PLO in order to educate yourself to be

6    able to talk about -- to be able to respond to

7    the questions in the Subpoena?

8        A.    No.  Just prepared the documents

9    that is needed for me, and I had an insight on

10   them.

11       Q.    An insight on them?

12       A.    I had reviewed them, yes.

13              MR. BERGER:  Excuse me, I need

14   to go off the record to confer with the witness

15   for a moment.

16              THE VIDEOGRAPHER:  We are now

17   off the record.  The time is 12:02 UTC time.

18              (Discussion held off the

19   record.)

20              THE VIDEOGRAPHER:  We are

21   back on the record.  The time is 12:03 UTC

22   time.

23              MR. BERGER:  This is Mitch

24   Berger.  For the record, while we were off the

25   record, I spoke with the witness about whether

Abdel Jabbar Salem
July 27, 2021

```
 1    he spoke, Ms. Maxman, as your question was,

 2    with others in order to educate himself to be

 3    able to respond to the questions.  And --

 4                   MS. MAXMAN:  Mr. Berger, I

 5    can't hear you.  I apologize.  Could you speak

 6    into the microphone.

 7                   MR. BERGER:  If I speak any

 8    more into the microphone, I'm going to be

 9    swallowing.  Can you hear me now?

10                   MS. MAXMAN:  I can, and I am

11    sorry if the audio is not adequate on both

12    ends.

13                   MR. BERGER:  Okay.  I said

14    while we were off the record, I spoke with the

15    witness in respect of Ms. Maxman's question as

16    to whether there were others at the PA or the

17    PLO with whom he spoke in order to educate

18    himself in order to be able to respond to the

19    questions in the Subpoena.

20                   I believe he has additional

21    information if you would like to reask the

22    question, or we can ask the witness to go ahead

23    and provide that additional information.

24    BY MS. MAXMAN:

25          Q.    Please go ahead and provide that
```

Abdel Jabbar Salem
July 27, 2021

1      additional information that your lawyer just

2      described.

3           A.    So to answer your question, yes, I

4      spoke with employees in the level of curtailing

5      these documents.  While we were curtailing

6      these documents, we had three employees who

7      were trying to collect information.  We spoke

8      with the legal department and with the

9      prisoners' affairs to -- in order to be able to

10     educate and collect these informations.

11          Q.    Can you name the people in the legal

12     department or the prisoner affairs with whom

13     you spoke?

14          A.    I spoke with the attorney Abdul

15     al-Hanani.  He is Deputy Assistant.  We

16     communicated to speakers, and I had employees

17     under me.  One of them is Imat Oulia, and the

18     second one is Mohammad Ozetas, who used to

19     inquire and collect the information that I

20     need.

21          Q.    Does the attorney that you

22     mentioned -- is he employed by the Palestinian

23     Authority?

24          A.    Yes, they are attorneys in the

25     prisoners' affairs.

Abdel Jabbar Salem
July 27, 2021

1        Q.    For the PA?

2        A.    The prisoners' affairs for both the

3    PA and the PLO.

4        Q.    And the employees that you talked to

5    who were not attorneys, are they employed by

6    the Palestinian Authority?

7        A.    Yes, they are employed by the PA and

8    some of them in the salary department.

9        Q.    Are any of them employed by the PLO?

10       A.    All the employees are probably

11   assigned or employed by the Minister of

12   Finance, not the Minister of Finance, but by

13   the Palestinian Authority.  Even the ones for

14   the PLO are employed by the Palestinian

15   Authority.

16       Q.    What did you do to prepare for this

17   deposition?

18       A.    Whenever I receive the list of names

19   that you are inquiring about, we had great

20   difficulty, and I prepared a team of course

21   because two of the names were just names

22   without identification numbers, or ID numbers,

23   and we had to communicate the census to try to

24   inquire about these names, and I communicated

25   also the prisoner affairs, and I was overseeing

Abdel Jabbar Salem
July 27, 2021

1      the information whenever I received such

2      information to collect them.

3              Q.    Did you meet with anyone regarding

4      this topic to prepare for the deposition?

5              A.    I met with the attorneys.

6              Q.    How many times did you meet with the

7      attorneys?

8              A.    I think four times.

9              Q.    For how long each time?

10             A.    Four hours, five hours, three hours,

11     around that time.

12             Q.    Okay.  What documents did you review

13     to prepare for this deposition?

14             A.    The documents that were submitted to

15     you after collecting them and taking them from

16     the prisoners' affairs, I had the time to look

17     at it, and we submitted it to you.

18             Q.    Is prisoners affair, is the

19     prisoners' affairs department part of the PLO?

20             A.    It was in the past, but now it

21     belongs to the Palestinian Authority.

22             Q.    When was that change made?

23             A.    Since 2018, 2019.

24             Q.    So you're saying prisoners' affairs

25     is now part of the PA?

Abdel Jabbar Salem
July 27, 2021

```
 1          A.    Yes, correct.

 2          Q.    Does the PA make the payments to the

 3     prisoners?

 4                    MR. BERGER:  Object to the

 5     form of the question.  Assumes facts not in

 6     evidence.

 7     BY MS. MAXMAN:

 8          Q.    You may answer.

 9          A.    I didn't understand your question.

10          Q.    Okay.  Does the PA make the payments

11     to the prisoners?

12                    MR. BERGER:  Same objection to

13     form.  You may answer.

14                    THE WITNESS:  The PA pays the

15     allocations for the families and the members of

16     the prisoners, and the PA make the payments,

17     all the payments, and part of these payments

18     goes towards the families of the prisoners.

19     BY MS. MAXMAN:

20          Q.    Where does the PA obtain the funds

21     to make these payments?

22          A.    It's the income that the PA receives

23     from the taxes, from the customs, from the

24     merchants, from the revenues.

25                    MS. MAXMAN:  I would like to
```

Abdel Jabbar Salem
July 27, 2021

```
1    put Tab 7 up on that screen instead of Tab 1.

2                    (Deposition Exhibit No. 2 was

3    marked for identification.)

4    BY MS. MAXMAN:

5         Q.    Now, for the record, while the tab

6    is being prepared, this is a multipage document

7    produced to us from the PA and the PLO and a

8    certified English translation of the document

9    that we had done.

10                   It's Bates Nos. JD 00250 to JD

11   00254.  And I'm going to ask, Elizabeth, can

12   you scroll through this.  You will see what

13   we're showing you is the translated version.

14                   Elizabeth, stop here.  Go back.

15                   MS. BEZVERKHA:  Is there a

16   specific page you would like open or --

17                   MS. MAXMAN:  I would like a

18   page that's not fully redacted so that we can

19   talk about -- so how about JD 0026.  Can you

20   find that one, Elizabeth?

21                   MS. BEZVERKHA:  Yes.

22   BY MS. MAXMAN:

23        Q.    Do you recognize this document,

24   Mr. Salem?

25        A.    I cannot.  Can you enlarge it?  Can
```

Abdel Jabbar Salem
July 27, 2021

```
 1      I see it on the paper that I have or --

 2           Q.    Certainly.

 3           A.    I saw it.

 4                      MR. BERGER:  Excuse me,

 5      counsel, the witness has paper copies of these

 6      documents which might facilitate your

 7      questioning.

 8                      MS. MAXMAN:  Thank you so

 9      much.

10                      MR. BERGER:  If you would like

11      him to look at them.

12                      MS. MAXMAN:  I would.  Thank

13      you.

14                      MR. BERGER:  Okay.  Very good.

15      I believe he has it in front of him now.

16                      MS. MAXMAN:  Okay.  And I'm

17      looking at Bates No. JD 0026?

18                      MR. BERGER:  That's what he

19      has in front of him in Arabic, which I believe

20      is what you have up on the screen.

21                      MS. MAXMAN:  Perfect.

22      BY MS. MAXMAN:

23           Q.    My question to the witness is, have

24      you seen this document before?

25           A.    Yes, at the time of preparing these
```

Abdel Jabbar Salem
July 27, 2021

1   documents.

2          Q.   And am I correct that these are

3   payment records for prisoners, that this is a

4   -- that this page, and all of the pages are

5   records of payments to prisoners?

6                    MR. BERGER:  Before he

7   answers, I'm going to object to the form of the

8   question, but you may answer.

9                    THE WITNESS:  Yes.  This is

10  allocation payments for this specific prisoner.

11  BY MS. MAXMAN:

12         Q.   And in this case, the specific

13  prisoner is Mohammed Attia Mahmoud Abu Wardeh?

14                   MR. BERGER:  We have an

15  objection to the antecedent translation.  I

16  believe he said to the families of the

17  prisoners.  That is our translation.  Ask the

18  translator if he missed that.

19                   INTERPRETER:  I'm sorry, can

20  you repeat that?

21                   MR. BERGER:  He mentioned,

22  according to our translation, families of

23  prisoners, which you omitted from your

24  translation.  We object to the translation on

25  that basis.

Abdel Jabbar Salem
July 27, 2021

```
 1                    INTERPRETER:  Okay.  So it's
 2      the payment for families of the prisoners.
 3      BY MS. MAXMAN:
 4           Q.    And in the case of the page we are
 5      looking at, these would be payments to the
 6      families of Mr. Abu Wardeh?
 7           A.    Yes, correct.
 8                    MS. MAXMAN:  Do you have
 9      before you in paper, and, Mr. Berger, I can ask
10      you this, does he have before him in paper all
11      of the Bates numbers I mentioned from JD 250 to
12      JD 534?
13                    MR. BERGER:  We have them
14      accessible, yes.
15                    MS. MAXMAN:  Okay, great.  I'm
16      going to be asking general questions about the
17      nature of these documents, and so I was just
18      trying to find a -- I was trying to find a page
19      that actually had writing on it rather than
20      just redactions.
21      BY MS. MAXMAN:
22           Q.    Am I correct, Mr. Salem, that these
23      records of payments are kept in the normal
24      course of business by the Palestinian
25      Authority?
```

Abdel Jabbar Salem
July 27, 2021

```
1          A.   Yes, of course.  It is kept in the

2     Ministry of Finance after making the payment on

3     the monthly basis.

4          Q.   And are they also kept in the normal

5     course of business by the PLO?

6          A.   These documents are prepared for in

7     the prisoners' affairs and it's sent to the

8     Ministry of Finance and kept in the Ministry of

9     Finance stored on a CD.

10         Q.   Is the prisoners' affairs department

11    part of the Palestinian Authority?

12         A.   I think so.

13         Q.   What is the Commission For Prisoners

14    and Ex-Prisoners?

15              MR. BERGER:  Excuse me,

16    counsel.  We understand your question but don't

17    believe the translation was of the question you

18    asked, which is what is the Commission For

19    Prisoners and Ex-Prisoners.

20              MS. MAXMAN:  That is the

21    question I asked.

22              MR. BERGER:  If we want to

23    retranslate the question, what we heard from

24    the translation was the word "payments" was put

25    into the translation.
```

Abdel Jabbar Salem
July 27, 2021

 1                    INTERPRETER:  I'm sorry, this

 2      is the interpreter.  I didn't say commissions.

 3                    MR. BERGER:  Right.  I think

 4      maybe there is a misunderstanding on the part

 5      of the translator whether these are commission

 6      payments -- look, we understand what you want

 7      to know, counsel.  We're happy to have him

 8      answer it.  You want to know what is the entity

 9      within the Palestinian government called the

10      Commission of Prisoners and Ex-Prisoners.  I'm

11      happy to have him answer that question.

12                    MS. MAXMAN:  Okay.  Just to be

13      clear, I have it as the Commission For

14      Prisoners and Ex-Prisoners, but if it's the

15      Commission of Prisoners and Ex-Prisoners, I

16      would be happy to --

17                    MR. BERGER:  I am happy to

18      stand corrected.

19                    INTERPRETER:  Sorry, can you

20      repeat the question?

21      BY MS. MAXMAN:

22          Q.    What is the Commission For Prisoners

23      and Ex-Prisoners?

24                    INTERPRETER:  This is

25      interpreter.  When you say commission --

Abdel Jabbar Salem
July 27, 2021

1              THE WITNESS:  It is the

2    prisoners' affairs department.

3    BY MS. MAXMAN:

4         Q.   Okay.  So that's the same prisoners'

5    affairs department that's part of the

6    Palestinian Authority that you have been

7    referring to earlier in this deposition?

8         A.   The finance for it is part of the

9    general finance from the Palestinian Authority

10   and does the allocation for the prisoners.

11        Q.   Let me clarify my question.  You

12   have previously been -- strike that.

13   Previously, you mentioned the prisoners'

14   affairs department within the PA.  Is that same

15   thing as the Commission For Prisoners and

16   Ex-Prisoners?

17        A.   Correct.

18        Q.   Thank you.  So going forward, I am

19   going to refer to the Commission For Prisoners

20   and Ex-Prisoners as the prisoners' affairs

21   department.  Can you --

22        A.   It is its name, the name is the

23   Commission For The Prisoners and Ex-Prisoners.

24        Q.   Okay.  But for shorthand, I'm going

25   to call it the prisoners' affairs -- I'm going

Abdel Jabbar Salem
July 27, 2021

1    to call it prisoners' affairs.

2         A.    Okay, prisoners' affairs.

3         Q.    Does prisoners' affairs make

4    payments to certain prisoners and ex-prisoners?

5         A.    Can you repeat the question?  I

6    didn't understand it.

7         Q.    What is -- strike that.

8               Does prisoners' affairs make

9    payments to certain prisoners and ex-prisoners?

10        A.    No.  It's prepared in the prisoners'

11   affairs, and it's distributed through the

12   Ministry of Finance.

13        Q.    Okay.  And that's your department?

14        A.    In the general department that is

15   examined in the IT department, and it's

16   distributed at the end of the month.

17        Q.    And it's distributed at the end of

18   the month by the Ministry of Finance?

19        A.    Yes, correct.

20               MS. MAXMAN:  I'm going to take

21   a five-minute break, just a comfort break, and

22   then we'll go to another topic.

23               MR. BERGER:  Sounds good to

24   us.  Thank you.

25               THE VIDEOGRAPHER:   We are now

Abdel Jabbar Salem
July 27, 2021

1    off the record.  The time is 12:34 UTC time.

2                    (Discussion held off the

3    record.)

4                    THE VIDEOGRAPHER:   We are

5    back on the record.  The time is 12:45 UTC

6    time.

7    BY MS. MAXMAN:

8         Q.   As of April 18, 2020, who was the

9    head of the prisoners' affairs?

10        A.    The PA.

11        Q.    I mean who is the individual who

12   heads --

13        A.    Qadri Abu Bakr.

14        Q.    Does Mr. Bakr have any other titles

15   within the PA?

16        A.    No.  He is the head of the director

17   of the prisoners' affairs.

18        Q.    Does he have any other titles within

19   the PLO?

20        A.    I don't think so.

21        Q.    Who decides the recipients -- strike

22   that.

23                Who decides what prisoners and

24   ex-prisoners are paid?

25                    MR. BERGER:  Objection.

Abdel Jabbar Salem
July 27, 2021

1    Counsel, can we have an agreement that your

2    question is as of and after April 18, 2020?

3                    MS. MAXMAN:  Yes.

4                    THE WITNESS:  It's the

5    prisoners' affairs within the Palestinian law.

6    BY MS. MAXMAN:

7         Q.    Within Palestinian law?

8         A.    The law for the prisoners' affairs

9    and ex-prisoners.

10        Q.    Are you referring --

11                   MS. MAXMAN:  Can we put up Tab

12   24, Elizabeth.

13                   (Deposition Exhibit No. 3 was

14   marked for identification.)

15                   MS. MAXMAN:  I'm going to

16   represent for the record that this is a copy of

17   an English translation of the Prisoners and

18   Ex-Prisoners Law No. 19 of 2004.  I do not have

19   a copy in -- wait.  Maybe I do have a copy in

20   Arabic.

21              Actually, Elizabeth, if you scroll

22   back to the end of this document, we do have

23   the law in Arabic.  Could you -- I'll tell when

24   you to stop.  Okay, great.  Okay.  That's

25   perfect.

Abdel Jabbar Salem
July 27, 2021

 1    BY MS. MAXMAN:

 2         Q.    And can the witness see this?

 3         A.    Not that much.

 4              MS. MAXMAN:  Can we enlarge it

 5    a little bit.

 6    BY MS. MAXMAN:

 7         Q.    Now do you see it?

 8         A.    Yes.

 9         Q.    Okay.  Is this the law that you were

10    referring to?

11              MR. BERGER:  I am going to

12    object that the question is outside the scope

13    of the 30(b)(6) notice and outside the scope of

14    the allowed jurisdictional discovery, but the

15    witness may answer to the extent of his

16    knowledge.

17              MS. MAXMAN:  I would like to

18    respond to the objection, Mr. Berger, by

19    stating, first of all, it is not outside of the

20    scope.

21              Second of all, the witness opened

22    the door by talking about it in answer to one

23    of my questions.

24              MR. BERGER:  My -- I'm sorry,

25    go ahead and translate, and then you can

Abdel Jabbar Salem
July 27, 2021

 1    translate my response.

 2              My response on that is that I don't

 3    agree with you about the scope of

 4    jurisdictional discovery.  It is, in any event,

 5    outside the scope of your own notice as you

 6    drew it, but I had told you that the witness

 7    may answer to the extent of his personal

 8    knowledge.

 9              MS. MAXMAN:  Going to whether

10    or not it is outside the scope of our

11    deposition notice, I would turn counsel's

12    attention to Deposition Topic 2, which I am

13    quoting, says "payments made by the Defendants,

14    directly or indirectly, after April 18, 2020,

15    to any of the individual or to any payee

16    designated by an individual following such

17    individual's imprisonment for committing any of

18    the specified attacks, including the reasons

19    for such payments."

20              If that's not within the scope, I

21    don't know what is.

22              MR. BERGER:  It's fine.  I

23    don't believe that that, as you recited it,

24    requires him to be a master of provisions of

25    Palestinian law, but I told him he may respond

Abdel Jabbar Salem
July 27, 2021

1    to the extent of his personal knowledge.

2                    MS. MAXMAN:  Okay.  I'll just

3    remind you that he is a corporate designee

4    witness on this topic, but thank you for

5    allowing me to --

6                    MR. BERGER:  He is a designee

7    on the topics as you drew them, and you didn't

8    -- and we would never have agreed to have him

9    testify generally about Palestinian law.  That

10   is not how you drew the 30(b)(6) documents.

11                   MS. MAXMAN:  I don't want to

12   waste any more of our valuable and limited

13   deposition time arguing about this because I --

14   thank you for allowing the witness to answer,

15   and I will move on.

16   BY MS. MAXMAN:

17        Q.    Mr. Salem, is this the law you were

18   referring to when you said -- when I asked you

19   the question, who decides who gets payments,

20   and you said, it's the law?

21        A.    The law is the law that applies to

22   the people and decided within the prisoners'

23   affairs department, and I'm not sure whether it

24   was amendment or renewed; I don't have any

25   knowledge about that.

Abdel Jabbar Salem
July 27, 2021

1        Q.    Okay.  And I'm not asking you about

2    the details of the law.  I'm just asking when

3    you said, in response to my question, who

4    decides which prisoners get payments, it was

5    the law, are you referring to this law that I

6    am showing you?

7        A.    I meant the law that is worked on in

8    the prisoners and ex-prisoners' affairs that is

9    used there.

10        Q.    Is this the law that is used by the

11    prisoners' affairs office?

12        A.    I don't know whether the law has

13    been amended or not or renewed, but this is

14    what is within Law No. 19 for the year 2004.

15    But I am not sure it's still the same or it has

16    been amended.

17        Q.    Okay.  Thank you.  As of April 18,

18    2020, through today, is there any formal

19    oversight of the activities of prisoners'

20    affairs?

21        A.    Nothing new happened in this matter.

22        Q.    Is there any authority that oversees

23    the activities of prisoners' affairs?

24        A.    There is the general legal affairs

25    that monitors the activities of the prisoners'

Abdel Jabbar Salem
July 27, 2021

1    affairs, and there is internal monitoring as

2    well.

3         Q.    And when you say "general legal

4    affairs," you mean general legal affairs within

5    the PA?

6         A.    Who would be the prisoners' affairs

7    staff.

8         Q.    The prisoners' affairs lawyers?

9         A.    Yes, and it is an important

10   department within the prisoners' affairs, and

11   they are the decision-making.

12        Q.    To whom does Mr. Qadri Abu Bakr

13   report?

14                  THE INTERPRETER:  This is the

15   interpreter, I will repeat the question.

16                  THE WITNESS:  I assume -- I

17   assume the Prime Minister because he has the

18   level of a minister.

19   BY MS. MAXMAN:

20        Q.    As of April 18, 2020 through the

21   present time, who or what determines the size

22   of the prisoners' affairs operating budget?

23        A.    The general budget for the PA based

24   on the needs for all the ministries.

25        Q.    Who sets that budget?

Abdel Jabbar Salem
July 27, 2021

1          A.     The Ministry of Finance in
2     collaboration with all the ministries.
3          Q.     As of April 18, 2020 through today,
4     what are the programs that the prisoners'
5     affairs -- that prisoners' affairs administers?
6          A.     What programs are you referring to?
7     I don't know about that.
8          Q.     Any programs administered by the
9     prisoners' affairs office.
10          A.     I don't know.  I don't know about
11     that.  And this is something that the
12     prisoners' affairs knows about.  I don't know
13     about this.
14          Q.     What does the prisoners' affairs
15     office do?
16          A.     It is composed of multiple
17     departments like any ministry or any
18     organization, starts from the minister and the
19     deputy minister, the general affairs, the legal
20     affairs department, which is -- which has a
21     main role, and the financial affairs.  It is
22     multiple levels where it organizes and performs
23     the affairs of this organization.
24          Q.     What purpose does the prisoners'
25     affairs office serve?

Abdel Jabbar Salem
July 27, 2021

```
 1                    MR. BERGER:  Objection.  This

 2       is outside the scope of both your notice and of

 3       jurisdictional discovery, but the witness may

 4       answer to the extent of his knowledge.

 5                    THE WITNESS:  The prisoners'

 6       affairs welcomes the relatives and the families

 7       of the prisoners, collect these documents, and

 8       inspect these documents, and they have branches

 9       in all the cities of the country.  And once

10       they welcome the families, inspect the papers,

11       and make sure they are accurate, they will

12       direct them and send them, organize and send

13       them to the Ministry of Finance.

14       BY MS. MAXMAN:

15          Q.    So the prisoner affairs office

16       determines whether certain prisoners are

17       entitled to monthly salaries?

18                    MR. BERGER:  Object to the

19       form of the question.

20                    We need a translation here.

21       Hang on.

22                    MS. MAXMAN:  Hadeer, are you

23       going to translate?  Hadeer, are you there?  We

24       better go off the record for a moment.

25                    THE VIDEOGRAPHER:   We are now
```

Abdel Jabbar Salem
July 27, 2021

1    off the record.  The time is 13:08 UTC time.

2                      (Discussion held off the

3    record.)

4                      THE VIDEOGRAPHER:  We are

5    back on the record.  The time is 13:10 UTC

6    time.

7    BY MS. MAXMAN:

8        Q.   Who determines whether an individual

9    prisoner is entitled to a monthly salary?

10                     MR. BERGER:  Object to the

11   form of the question.  You may answer.

12                     THE WITNESS:  The legal

13   department, after studying the papers, decides

14   whether the family of this prisoner is eligible

15   for the assistance or not.

16   BY MS. MAXMAN:

17       Q.   And by the legal department, you

18   mean the legal department of prisoners'

19   affairs?

20       A.   Yes, correct.

21       Q.   And when the prisoners' affairs

22   legal department determines that the family or

23   the designee of a prisoner is entitled to

24   payment, they -- what do they do to ensure that

25   payment is made?

Abdel Jabbar Salem
July 27, 2021

1          A.    After approving the payment, and

2     after seeing that it's eligible according to

3     the laws and regulations, they will include

4     this entitlement within the CD for the families

5     of the prisoners.

6          Q.    And then the Ministry of Finance

7     makes the payments?

8          A.    Yes.

9          Q.    Who determines what amount each

10    prisoner or prisoner's family receives?

11         A.    It's according to the scale of

12    salaries within the prisoners' affairs, and

13    what really determines the amount is the

14    duration, the actual duration of the presence

15    of the prisoner in prison.

16         Q.    Who sets the scale?

17         A.    The scale is within the main law of

18    the prisoners' affairs.

19         Q.    Are some prisoners also Palestinian

20    Authority officers in security forces?

21                   MR. BERGER:  Object to the

22    form of the question.  It's outside the scope

23    of the 30(b)(6) notice and of the scope of

24    jurisdictional discovery, but the witness may

25    answer to the extent of his personal knowledge.

Abdel Jabbar Salem
July 27, 2021

```
 1                    THE WITNESS:  As far as I
 2      know, the prisoners that are prisoned in Israel
 3      are valuable, from workers, from regular
 4      people, from officers, from all variants of the
 5      community.
 6      BY MS. MAXMAN:
 7           Q.    Are some of them PA officers?
 8                     MR. BERGER:  Same objection.
 9                 I also -- we also have an objection
10      to the translation.  Apparently, the witness
11      said various, not valuable.  It is a
12      transcription error, not a translation error.
13      My apologies.  I'm sure that will be caught
14      when the tape is reviewed to correct the
15      transcript.
16                     MS. MAXMAN:  I'm going to
17      repeat the question because --
18      BY MS. MAXMAN:
19           Q.    Are some of the prisoners employees
20      of the Palestinian Authority?
21                     MR. BERGER:  Object to the
22      form of the question.  It's outside the scope
23      of the notice, outside the scope of
24      jurisdictional discovery and indefinite as to
25      time.
```

Abdel Jabbar Salem
July 27, 2021

```
 1                    INTERPRETER:  This is the

 2     interpreter, I will ask the question.

 3                    THE WITNESS:  I don't have any

 4     knowledge about the prisoners because this is

 5     not within the scope of my duties.  I receive a

 6     CD with the names of the detainees, and I don't

 7     have information about the prison.

 8     BY MS. MAXMAN:

 9         Q.    What is the purpose of the payments

10     made by the prisoners' affairs to prisoners or

11     families of prisoners?

12                    INTERPRETER:  I'm sorry, do

13     you have an objection?

14                    MR. BERGER:  I'm going to

15     object to the question as being outside the

16     scope of the notice and of jurisdictional

17     discovery and indefinite as to time, but the

18     witness may answer to the extent of his

19     knowledge.

20                    THE WITNESS:  As far as my

21     knowledge, the purpose of the payment is to

22     secure a decent living for the sons, daughters,

23     families, relatives of the prisoner to make

24     sure they have the minimum living standards,

25     because there is no Social Security in
```

Abdel Jabbar Salem
July 27, 2021

 1    Palestine, and to prevent them from being

 2    homeless.

 3    BY MS. MAXMAN:

 4         Q.    Does every prisoner's family require

 5    -- does every prisoner's family -- is every

 6    prisoner's family entitled to payments, or do

 7    some prisoners -- are some prisoners not

 8    entitled?

 9                   MR. BERGER:  I'm sorry,

10    translate.

11                   (The question was translated.)

12                   MR. BERGER:  Same objection.

13    You may answer to the extent of your knowledge.

14                   THE WITNESS:  If the family of

15    all the relatives of the prisoner doesn't apply

16    for the entitlement, they will not get it.  And

17    if there is a duplication in the salary CD,

18    they will not get the allocation.  And if the

19    prisoner has an income that they receive, they

20    will not get -- the family will not get the

21    allocations.

22    BY MS. MAXMAN:

23         Q.    Assuming that a prisoner -- a

24    prisoner's family does apply for the salary,

25    and assuming that the prisoner has no other

Abdel Jabbar Salem
July 27, 2021

1   income, does every prisoner -- is every

2   prisoner entitled to payments?

3                    MR. BERGER:  Same objection.

4   You may answer to the extent of your knowledge.

5                    THE WITNESS:  As far as I

6   know, as far as my knowledge is, if the family

7   submits the documents and the documents are

8   inspected and it applies to the laws and the

9   regulations, the benefits or the allocations

10   will be dispensed to the family.

11          But a lot of wealthy families do not

12   apply for the allocations.

13   BY MS. MAXMAN:

14      Q.    Is every prisoner whose family

15   submits documents eligible for payment?

16                    MR. BERGER:  Okay.  Translate

17   then question, and then I'm going to object and

18   instruct the witness not to answer under

19   Federal Rule of Civil Procedure 30(c)(2).  This

20   questioning vastly exceeds limitations ordered

21   by the Court.  But go ahead and translate the

22   question.

23                    (The question was translated.)

24                    MR. BERGER:  Objection,

25   exceeds the scope of jurisdictional discovery,

Abdel Jabbar Salem
July 27, 2021

1    exceeds of the notice.  Under Federal Rule of

2    Civil Procedure 30(c)(2), I instruct him not to

3    answer.

4                    MS. MAXMAN:  Let's go off the

5    record for a minute.  We may need to call the

6    Judge.

7                    MR. BERGER:  Fine.

8                    THE VIDEOGRAPHER:   We are now

9    off the record.  The time is 13:25 UTC.

10                   (Discussion held off the

11   record.)

12                   (Deposition Exhibit No. 4 was

13   marked for identification.)

14                   THE VIDEOGRAPHER:   We are

15   back on the record.  The time is 13:29 UTC

16   time.

17                   MS. MAXMAN:  I have displayed

18   what is going to be entered into the record as

19   Exhibit 3, are we on, Madam Court Reporter?

20                   THE COURT REPORTER:  I believe

21   this will be 4.

22                   MS. MAXMAN:  Okay.  Thank you.

23   Which is a series of documents Bates numbered

24   JD 00259 through 266.  And, actually,

25   Elizabeth, I beg your pardon, can you move to

Abdel Jabbar Salem
July 27, 2021

1    the very last page of this exhibit, and then

2    enlarge it.

3    BY MS. MAXMAN:

4        Q.    My question to the witness is, do

5    you recognize this document?

6        A.    Let me see.  Yes, I have the

7    document in front of me.  I saw it.

8        Q.    Okay.  What is this document?

9        A.    This is the allocation of -- monthly

10   allocation.

11       Q.    Do you see at the top of the page it

12   says, prisoner salary statement?

13       A.    It is the allocation for the

14   prisoner, because it comes from the IT, and the

15   general department and the finance department.

16   It is not the salary.  It is the allocation for

17   the prisoner's family.

18       Q.    What does that mean?

19       A.    It's a document for the monthly

20   allocation for the prisoner's family by the

21   name of Norah.

22       Q.    You are saying the prisoner's name

23   is Norah?

24       A.    The prisoner is Mohammed Attia

25   Mahmoud Abu Wardeh, but Norah is one of his

Abdel Jabbar Salem
July 27, 2021

```
 1    family members that has authorization to

 2    receive the allocation.

 3         Q.    And am I correct that this is

 4    Prisoner No.  ████ ?

 5         A.    As far as I see, yes, correct.

 6         Q.    Is each prisoner assigned a number?

 7         A.    I think so.

 8         Q.    There is another number at the top

 9    of each page,  ████ 5359.  What does that mean?

10         A.    It's the ID number.

11         Q.    For the prisoner?

12         A.    Yes, correct.

13         Q.    Where did this document come from?

14                    THE INTERPRETER:  This is the

15    interpreter speaking.  The response to the

16    question is, it's the identification number for

17    each individual.

18               This is the interpreter.  When you

19    said "this document," you mean this document or

20    the identification number for the prisoner,

21    ma'am?

22                    MS. MAXMAN:  I mean the entire

23    document.

24                    THE WITNESS:  This document in

25    front of us is originated from the IT
```

Abdel Jabbar Salem
July 27, 2021

 1     department, from the Minister of Finance.

 2     BY MS. MAXMAN:

 3          Q.    And on that -- on Page 266 that we

 4     were looking at, does this detail payments made

 5     to Abu Wardeh's relative, Norah?

 6          A.    Correct.

 7          Q.    And the numbers down the right-hand

 8     side under where it says salary, what

 9     denomination of money is that?

10          A.    It is the monthly allocation for the

11     prisoner's family in Israeli shekel currency.

12          Q.    Are all of these documents kept in

13     Israeli shekels?

14          A.    Correct.  The currency that is used

15     in the salaries and the allocations is the

16     Israeli shekel.

17          Q.    Who is Mohammed Attia Mahmoud Abu

18     Wardeh?

19          A.    He is the prisoner.

20          Q.    Okay.  Now, if you go back -- if we

21     can scroll back, Elizabeth, through earlier

22     pages.

23               And my question is, all of these

24     rows have been redacted or blacked out.  Do you

25     see that?

Abdel Jabbar Salem
July 27, 2021

1          A.    Yes, I see it.

2          Q.    If these rows were not blacked out,

3     what would be there?

4                    MR. BERGER:  Objection.  The

5     witness may answer as to the type of

6     information found under those columns, but not

7     specific information found in those columns.

8                    MS. MAXMAN:  That's my

9     question.

10                    THE WITNESS:  It's the -- the

11    information that was hidden, it's the personal

12    information for the beneficiary, which is a

13    list of the information that was -- that the

14    accounting, the account number for the

15    beneficiary.

16    BY MS. MAXMAN:

17         Q.    That's true for all of these pages?

18         A.    The information which is hidden is

19    in regards to personal information.

20         Q.    Who is Norah Bernan Andin Jabry?

21         A.    Let me go back to see the

22    relationship.  Norah is the wife of the

23    prisoner Mohammed Abu Wardeh.

24         Q.    And the numbers next to her name --

25    ████4499, is that her identification time?

Abdel Jabbar Salem
July 27, 2021

```
 1          A.    Yes, this is the ID number for

 2    Norah.

 3          Q.    Okay.  And then can we scroll back

 4    to the last page again, Elizabeth.  Right

 5    there.

 6                There is a column entitled salary.

 7    Do you see that?

 8          A.    Yes.

 9          Q.    Whose salary is it?  Is it Abu

10    Wardeh's salary?

11          A.    This is the allocation for the

12    family of the prisoner Abu Wardeh.  This is the

13    allocation for his family.

14          Q.    And I think you said it's paid at

15    the end of every month?

16          A.    It's paid with the payment of the

17    salaries and the wages at the end of each

18    month.

19          Q.    And is it paid by wire transfer into

20    Norah's account?

21          A.    Yes.  The names in the CDs, the

22    allocation is wire transferred to the

23    beneficiary families of the prisoners in their

24    bank accounts.

25          Q.    And on the left-hand side -- I'm
```

Abdel Jabbar Salem
July 27, 2021

1    sorry -- on the far right, there appears to be
2    a month and a year.  Is that the month and the
3    year that each payment was made?
4         A.    Yes, correct.  This is a document
5    with the allocations starting with the month of
6    the year.
7         Q.    So am I understanding correctly that
8    this document shows Ms. Norah's monthly salary
9    as Mr. Abu Wardeh's beneficiary from April 2020
10   through May of 2021?
11        A.    This is correct.
12        Q.    As of today, July of 2021, does
13   Mr. Abu Wardeh continue to receive a salary
14   paid to Ms. Norah?
15        A.    I can see the payment up until May,
16   and I don't have any knowledge after that
17   because I don't have an insight on the salary
18   quarter -- and this is inspected at the end of
19   the month after bringing the documents for the
20   prisoners allocations.
21                  MS. MAXMAN:  I'm going take a
22   quick comfort break, or can we take a quick
23   comfort break.  And then, Elizabeth, I'm going
24   to go to Tab 9 next.
25                  MR. BERGER:  Five minutes.

Abdel Jabbar Salem
July 27, 2021

1              THE VIDEOGRAPHER:   We are now

2     off the record.  The time is 13:47 UTC time.

3                   (Discussion held off the

4     record.)

5                   THE VIDEOGRAPHER:   We are

6     back on the record.  The time is 13:58 UTC

7     time.

8                   MS. MAXMAN:  Welcome back,

9     everyone.  On the screen we have what I will

10    ask the court reporter to mark as Exhibit 5.

11                  (Deposition Exhibit No. 5 was

12    marked for identification.)

13    BY MS. MAXMAN:

14       Q.    For the record, it's Bates No.

15    Shatsky JD 01110 through JD 01142, and it

16    contains both the original which we are looking

17    at and the version that's translated into

18    English, which has the same Bates numbers with

19    a T at the end.

20             My first question to the witness is,

21    do you recognize this document?

22       A.    Yes.  Yes, I have seen this document

23    when I was preparing for the --

24       Q.    Preparing, I couldn't hear you, sir?

25       A.    While I was preparing the documents.

Abdel Jabbar Salem
July 27, 2021

1          Q.    Okay.  What is it?

2          A.    This is the document for the

3    prisoner Mohammed Attia Mahmoud Abu Wardeh that

4    is a person in the objective of the prisoners'

5    affairs.

6          Q.    Does it appear to be the same

7    prisoner that we were talking about with the

8    payment records that is Abu Wardeh?

9          A.    Yes, it's obvious that it's the same

10   prisoner.

11         Q.    Okay.  Let's take a look at this

12   cover sheet.  It says, Ministry of Detainees

13   and Ex-Detainees' Affairs.  Is that prisoners'

14   affairs, is that the same entity we have been

15   talking about?

16         A.    Yes, it's the same name.

17         Q.    And it says, general administration

18   for administrative and financial affairs.

19               Do you see that?

20         A.    That is correct.

21         Q.    Why is that administration listed?

22         A.    This is the added department, which

23   belongs to the Department of administrative and

24   financial that is part of the prisoners'

25   affairs.  This document will be added later on.

Abdel Jabbar Salem
July 27, 2021

```
 1          Q.     Why while it be added to later on?
 2          A.     It will be saved and updated and to
 3     have a copy and saved in the prisoners'
 4     affairs.
 5          Q.     But right now it's in administrative
 6     and financial affairs?
 7          A.     No.  It's still in the prisoners'
 8     affairs in a department called the
 9     administrative and financial department that is
10     part of the prisoners' affairs.
11          Q.     Okay.  So this is not the financial
12     department where you are employed?
13          A.     No.  This is in the financial
14     affairs, but we don't have it in the financial
15     department.
16          Q.     Just so I'm clear, you work for the
17     finance ministry?
18          A.     Yes -- yes, correct, I work in the
19     finance ministry, and I am responsible or I am
20     the director/manager for the salaries in the
21     Palestinian Authority.
22          Q.     But this document is a document from
23     prisoners' affairs but it's a subdepartment of
24     prisoners -- prisoners' affairs entitled
25     Administrative and Financial Affairs for
```

Abdel Jabbar Salem
July 27, 2021

```
 1    Prisoners' Affairs?

 2         A.    Yes, correct.

 3         Q.    What does the No. ███████ mean on this

 4    page?

 5         A.    I think this number belongs to the

 6    prisoners' affairs.  I think it's a number for

 7    arrangement of this document when it's added to

 8    be easy to find this document.

 9              MS. MAXMAN:  Okay.  Now,

10    Elizabeth, can you scroll down to the next

11    page.  And I am going to be addressing my next

12    questions to the next four pages.  So I don't

13    know how we want to handle that.

14              Mr. Berger, do you have a paper copy

15    of this?

16              MR. BERGER:  He has a paper

17    copy of what I believe is the entire prisoner's

18    file that contains the Bates numbers you're

19    talking about, in Arabic, though.

20              MS. MAXMAN:  Okay.  That's

21    fine.  I just want to make sure we're on the

22    same page, as it were.

23    BY MS. MAXMAN:

24         Q.    What are these documents being 111

25    through 1115?
```

Abdel Jabbar Salem
July 27, 2021

1        A.     This is a document produced by the

2    Red Cross that documents that the prisoner is

3    present and himself and present to dispense the

4    allocations for the family.

5        Q.     So this is a document from the Red

6    Cross proving that the prisoner is in prison?

7        A.     Yes, correct.

8        Q.     Okay.  On these documents it says --

9    do you see where it says ID No. ████535-9?

10       A.     Yes, correct.

11       Q.     Is that the same number -- well, we

12   have already determined that this is the same

13   person.  Never mind.

14              And this document says that Mr. Abu

15   Wardeh was arrested by the Israeli authorities

16   on February 2002; correct?  I beg your pardon,

17   it's on November 4, 2002.

18       A.     Yes, correct.  It's an Arabic

19   version, and the yellow portion of the document

20   says he was detained on the Day 4, Month 11,

21   2002.  And he is sentenced.

22       Q.     And he is sentenced to a life

23   sentence?

24       A.     Yes, as it's documented in this

25   document.

Abdel Jabbar Salem
July 27, 2021

1          Q.     Does the Palestinian Authority rely

2     on this document in its decision to make

3     payments to Mr. Abu Wardeh's designee?

4          A.     This is decided by the prisoners'

5     affairs, but it's a legal official document

6     that is counted upon it.

7          Q.     Okay.  So prisoners' affairs relies

8     on it?

9          A.     I think so.

10         Q.     And on Page 1111, there is a

11    signature and a date; do you see that?  Who

12    signed this?

13                    MR. BERGER:  I apologize.

14    There appear to be two sets of handwriting.  Is

15    there one in particular you are directing him

16    to?

17                    MS. MAXMAN:  I'm looking at

18    the one that is dated 10/14.

19                    THE WITNESS:  This is an

20    internal affairs that belongs to the prisoners'

21    affairs that I don't know about, but I think

22    it's one of the attorneys.

23    BY MS. MAXMAN:

24         Q.     Why would an attorney or an employee

25    of the prisoners' affairs be reviewing this

Abdel Jabbar Salem
July 27, 2021

1    document?

2         A.    So that the allocations can be

3    dispensed and to make sure that the detainee is

4    still in prison.

5         Q.    How did the prisoners' affairs

6    office obtain this document?

7         A.    This document is brought by the

8    family of the detainee through the Red Cross.

9         Q.    Now, looking at the next page, Page

10   1112 -- on Page 1112, the document that is

11   stamped certified update, it appears to be

12   August 23, 2016 at the bottom?

13        A.    Yes, as it appears on the screen.

14        Q.    Does the prisoners' affairs -- does

15   prisoners' affairs require regular updates in

16   order for payments to continue to be made?

17        A.    Yes, but I don't know whether it's

18   every year or every two years, but there is

19   always updates on the files when something new

20   happens.

21        Q.    And why is that?

22        A.    To make sure of the eligibility of

23   the prisoner's family for the prisoner to be

24   still in prison and to make sure they are still

25   eligible for the allocations.

Abdel Jabbar Salem
July 27, 2021

1          Q.    Are there other eligibility

2     requirements aside from still being in prison?

3          A.    Yes.  If the minors of the prisoner

4     reach the legal age, they will be excluded.  If

5     the daughter gets married, gets excluded.  If

6     one of the relatives of the family dies, they

7     will be excluded from the allocation.

8          Q.    What if the prisoner dies?

9          A.    If he dies inside the prison?

10          Q.    Uh-huh.

11          A.    The file will be transferred to the

12     Martyrs and Wounded.

13                    MR. BERGER:  For the benefit

14     of the court reporter, I believe that is

15     Martyrs and Wounded.

16     BY MS. MAXMAN:

17          Q.    The Martyrs and Wounded -- the

18     Martyrs and Wounded, is that a department?

19          A.    Department of what?

20          Q.    Is there a department of wounded and

21     martyrs?

22          A.    It is a separate affairs that is

23     concerned with the -- organization that is

24     concerned with the affairs of the Martyrs and

25     Wounded.

Abdel Jabbar Salem
July 27, 2021

1          Q.    And what department is the Martyrs

2     and Wounded under, is that the PLO?

3          A.    When it was established, it was

4     under PLO, but now it receives the budget or

5     the allocations for the families and prisoners

6     from the Ministry of Finance.

7          Q.    Which is the PA?

8          A.    I think so.

9          Q.    Well, the Ministry of Finance is

10    under the PA; correct?

11         A.    Yes, correct.

12         Q.    Okay.  And I think you testified

13    that the -- when it was established, Martyrs

14    and Wounded was under the PLO, but now it

15    receives the allocation from the ministries --

16    from Ministry of Finance, which would mean from

17    the PA?

18         A.    It was established long ago before

19    the establishment of the PA.

20         Q.    The Ministry of Finance was

21    established before the PA?

22                   INTERPRETER:  I'm sorry, this

23    is the interpreter.

24                   THE WITNESS:  I am speaking

25    about the martyrs and the wounded affairs, I am

Abdel Jabbar Salem
July 27, 2021

1    speaking about that, was established before the

2    PA establishment.

3    BY MS. MAXMAN:

4         Q.    And so that is why it used to be

5    under the PLO; correct?

6         A.    I think so.

7         Q.    When was it moved from the PLO to

8    the Ministry of Finance of the PA?

9                   MR. BERGER:  Objection go

10   ahead.

11                   (The question was translated.)

12                   MR. BERGER:  Hold on.

13   Objection, it's outside the scope of this

14   designation.  You will have two days on the

15   martyrs at the end of the week, but the witness

16   may answer to the extent of his personal

17   knowledge.

18                   THE WITNESS:  I don't have --

19   I don't have any knowledge about that.

20   BY MS. MAXMAN:

21        Q.    Why is this particular prisoner, Abu

22   Wardeh, eligible for payments?

23        A.    This is decided or determined by the

24   prisoners' affairs based on the rules and

25   regulations and the laws that is used to

Abdel Jabbar Salem
July 27, 2021

1    determine eligibility.  But I think that he is

2    eligible for the allocation based on that he is

3    still in prison, and it's decided by the

4    prisoners' affairs.

5         Q.    Just looking forward on 113 -- 1113

6    and 1114 and 1115, it appears that all three of

7    those also have certified updates.  Are those

8    the updates that are necessary on a periodic

9    basis to continue to get payments?

10        A.    I think so.  And this is one of the

11   requirements for the prisoners and

12   ex-prisoners' affairs to be updated and to be

13   used for continuous allocation payments.

14        Q.    I will turn your attention to Bates

15   No. 1117.  And in the middle of the page, it

16   appears to say that the authorized beneficiary

17   is Norah, his wife; am I correct?

18        A.    Yes.  Document 1117 shows that the

19   beneficiary to receive the allocation is Norah

20   Ibrahim Ben-Cam Abu Wardeh, and the

21   relationship is the wife.

22        Q.    And that is the same Norah that we

23   saw on the payment records is receiving the

24   payments; correct?

25        A.    Yes, correct.

Abdel Jabbar Salem
July 27, 2021

1          Q.    Go to 1118, please.  At the top of

2     the page is a section marked for official use.

3     What is that for; whose official use?

4          A.    This Document 1118 from the Ministry

5     of Detainees and Freed in Hebron, this document

6     is brought by the relatives of the detainee,

7     and it is received and checked by the director

8     of the Directorate to make sure the document

9     before transferring it to the -- to the

10    prisoners' affairs to dispense their location.

11         Q.    So the Ministry of Detainees and

12    Freed Detainees is different than the Ministry

13    of prisoners' affairs?

14         A.    This is office or district of

15    Hebron, and the detainees' affairs has offices

16    in all the cities.  And this is one of the

17    offices that belong to the detainees' or the

18    prisoners' affairs.

19         Q.    Okay.  I'm going to turn to JD 1120,

20    and if you're looking at it in paper, it's the

21    document that -- it's one document that goes JD

22    1120 through JD 1136.

23              My question is, do you recognize

24    this document?

25         A.    Yes, I have seen them.

Abdel Jabbar Salem
July 27, 2021

1        Q.    And what is it?

2        A.    I don't know.  My information say

3   either it's counts for -- against the detainee,

4   or it's a sentence document, but I don't speak

5   the Hebrew language.

6        Q.    Do you know why this document was

7   attached to the form, to the forms applying for

8   payment?

9        A.    This is not attached.  It is present

10  as part of the file that is kept in the

11  prisoners' affairs for the attorneys to inspect

12  this document to decide whether the detainee is

13  eligible or ineligible.

14       Q.    Well, turning back to 1118, do you

15  see where indictment is checked, the attached

16  document?  Do you see that?

17       A.    There is checkmark on the -- right

18  across document?

19       Q.    Yes.

20       A.    There is I think a cross on the

21  indictment, and there is a cross on the

22  beneficiary ID.

23       Q.    Okay.  And so does that -- does this

24  document, 1120 through 1136 is the indictment

25  or sentence, is this appears to be required by

Abdel Jabbar Salem
July 27, 2021

1    1118?

2         A.    This is determined by the regulation

3    that is used by the Detainees and Freed

4    Affairs.

5         Q.    Do you know why Abu Wardeh was

6    imprisoned?

7         A.    According to the document that I

8    have, there is nothing to indicate the reason.

9         Q.    Is it possible -- well, you

10   testified that this document, 1120 through

11   1136, is kept as part of the file so that the

12   attorneys at prisoners' affairs could inspect

13   the document to decide whether the detainee is

14   eligible or ineligible; correct?

15        A.    According to my knowledge, these

16   documents are inspected by the general

17   administration of the legal department to

18   determine whether, according to the

19   regulations, the benefits or the allocations

20   applies or doesn't apply.

21        Q.    I'm going to represent to you that

22   this document, 1120 through 1137, is, as you

23   said, an indictment of Abu Wardeh for the

24   offense of intentional causation of death of,

25   among other things, in February of 2002, it

Abdel Jabbar Salem
July 27, 2021

```
1      intended -- a death caused by a terror attack

2      in Israel as revenge for the killing of a

3      member of the IDF forces.

4               Is that a crime for which payments

5      are eligible according to the prisoners'

6      affairs and administrative finance rules?

7                        MR. BERGER:  Object to the

8      form, lacks foundation.  You may answer.

9                        THE WITNESS:  These

10     regulations are decided by the prisoners'

11     affairs and the attorneys who looks at these

12     indictments.  And these indictments are from

13     the Israeli point of view.  And I don't have a

14     knowledge about the rules and regulations of

15     the eligibility because these are decided by

16     the foreign prisoners and freed -- foreign

17     affairs, and they decide the eligibility based

18     on the rules and regulations that they work on,

19     and I don't have any knowledge about that.  And

20     I don't have -- we don't have the right to look

21     at this.

22                        MR. BERGER:  Hold on.  There

23     is some problem with the translation.  One

24     moment.  Let's go off the record one moment.

25                        MS. MAXMAN:  Okay.
```

Abdel Jabbar Salem
July 27, 2021

```
 1                      THE VIDEOGRAPHER:   We are now
 2      off the record.  The time is 14:41 UTC time.
 3                      (Discussion held off the
 4      record.)
 5                      THE VIDEOGRAPHER:   We are
 6      back on the record.  The time is 14:43 UTC
 7      time.
 8                      MR. BERGER:  This is
 9      Mr. Berger.  Our problem with the translation
10      is --
11                      MS. MAXMAN:  Mr. Berger,
12      you're going to have to talk into the
13      microphone.  You're going to have to talk into
14      the microphone.
15                      MR. BERGER:  Our problem with
16      the translation is, at least as it appears in
17      the realtime transcript, is it refers to
18      foreign prisoners and freed foreign affairs.
19      He didn't refer to foreign affairs.  He
20      referred to prisoner affairs.  So that's what
21      our confusion was about the translation.
22      BY MS. MAXMAN:
23          Q.    Mr. Salem, can you explain to me the
24      basis upon which Abu Wardeh, the reasons why
25      his imprisonment are eligible for payments from
```

Abdel Jabbar Salem
July 27, 2021

1     the Prisoners' Affairs and Ministry of Finance?

2          A.    The regulations are decided by the

3     prisoners' affairs and freed, and the attorneys

4     look at these regulation and decide whether the

5     prisoner is eligible for the allocation or not.

6     And I think it's based on whether it's safety

7     or political.

8                    MR. BERGER:  I don't think the

9     word is "safety."  I think he said "security."

10                   THE INTERPRETER:  Security.

11    BY MS. MAXMAN:

12         Q.    What is your understanding of how

13    prisoners' affairs made a determination that

14    Mr. Abu Wardeh's beneficiary is eligible to

15    receive the payments at issue here?  Why did

16    prisoner affairs make this decision?  What is

17    the basis for it?  Sorry.

18                   MR. BERGER:  Objection,

19    compound.  You may answer.

20                   THE WITNESS:  These

21    regulations are determined from the detainees

22    and freed affairs, and they based it upon the

23    rules and laws that are worked on or present.

24    And once we received the CD with the name of

25    the beneficiary in it, they dispense the

Abdel Jabbar Salem
July 27, 2021

1    allocation based on the decision of the --

2    based on the decision of the prisoners and

3    freed affairs.

4    BY MS. MAXMAN:

5         Q.    So is it your testimony that you

6    cannot tell me today a reason why Mr. Abu

7    Wardeh is eligible to receive payments?

8                    MR. BERGER:  Object to the

9    form of the question.  It exceeds the scope of

10   the notice.  But you may answer.

11                   THE COURT REPORTER:  I missed

12   the ending of the objection.  I couldn't hear

13   it.

14                   MR. BERGER:   I said object to

15   the form of the question.  It exceeds the scope

16   of the notice.  But you may answer.

17                   THE WITNESS:  As long as his

18   name was present in the CD for the allocation

19   from their point of view, his family is

20   eligible for the allocation.

21   BY MS. MAXMAN:

22        Q.    What facts support the determination

23   by the prisoners' affairs to make payments to

24   the family of Abu Wardeh, what facts?

25                   MR. BERGER:  Same objection.

Abdel Jabbar Salem
July 27, 2021

1    You may answer.

2                    THE WITNESS:  These

3    regulations are determined by the detainees and

4    freed affairs, and they determine the rules and

5    regulations, and the attorneys are the ones who

6    are going to inspect this document and

7    determine or decide whether the family is

8    eligible for the allocation or not.

9    BY MS. MAXMAN:

10       Q.   So, Mr. Salem, as the corporate

11   designee for both the PA and the PLO, it is

12   your testimony that you have no idea what the

13   facts are supporting the determination of

14   payments to Mr. Abu Wardeh?

15                   MR. BERGER:  Objection,

16   misstates his testimony.  You may answer.

17                   THE WITNESS:  The decision is

18   based on the regulation for, and the rules --

19   the rules and regulations from the prisoners

20   and freed affairs, the attorneys who look,

21   inspect these documents and make the decision

22   for the eligibility of the family to receive

23   the allocation or not.

24                   My knowledge, it would be political

25   or safety and --

Abdel Jabbar Salem
July 27, 2021

1             MR. BERGER:  Security.

2                 THE WITNESS:  Security and

3      they --

4                 THE COURT REPORTER:  I'm

5      sorry, I did not hear the word, or safety and

6      what?

7                 THE WITNESS:  Political or

8      security, and the prisoners' affairs and freed

9      is the ones who make the decision and mainly

10     the general benefit of the legal department who

11     makes this determination and decision.

12                MR. BERGER:  We also think the

13     translation is criteria, not regulations.

14     BY MS. MAXMAN:

15         Q.    So it's your testimony, Mr. Salem,

16     that the attorneys at the prisoners' affairs

17     department are the individuals who are

18     knowledgeable about how and why a determination

19     is made that Abu Wardeh's beneficiary is

20     eligible for payment; am I understanding you

21     correctly?

22         A.    Within the laws and the criteria

23     that are used to determine in the prisoners'

24     affairs.

25         Q.    So you did not talk to anybody from

Abdel Jabbar Salem
July 27, 2021

```
 1    prisoners' affairs about what the laws and

 2    criteria were in preparing for your deposition

 3    as a corporate designee on behalf of the PLO

 4    and the PA in this matter?

 5         A.    No, I spoke with the attorneys.

 6         Q.    Did you ask them what the criteria

 7    were under the laws for becoming eligible for

 8    payment?

 9         A.    Yes, I did.

10         Q.    What did they tell you?

11         A.    That the prisoner has to be detained

12    under either political or security, of course.

13         Q.    That the prisoner has to be detained

14    because of political or security reasons?

15         A.    Only on security and political basis

16    the allocations will be disbursed to his family

17    as long as he is still in prison.

18         Q.    So are you saying that if Mr. Abu

19    Wardeh was imprisoned for shoplifting, he would

20    not be eligible for a payment?

21         A.    According to my knowledge and

22    according to the criteria that is used, he is

23    not eligible for allocations if it was

24    shoplifting.

25         Q.    What types of crimes would be
```

Abdel Jabbar Salem
July 27, 2021

1    eligible for payment?  And please be specific

2    rather than -- strike that.

3                   What types of crimes are eligible

4    for payment that the PA and the PLO deem

5    political or security?

6                        MR. BERGER:  Objection,

7    outside the scope, but you may answer.

8                        THE WITNESS:  I didn't

9    understand what you mean by crimes.  Whomever

10   imprisoned on political obscurity are donned

11   eligible for allocations to his family

12   according to the criteria from the detainees

13   and freed affairs.

14   BY MS. MAXMAN:

15        Q.    Would you agree with me that murder

16   is a crime?

17                        MR. BERGER:  Objection,

18   outside the scope.  Hypothetical.  You may

19   answer.

20                        THE WITNESS:  It's not me who

21   determines whether it's a crime or not.  I

22   don't have knowledge.  The attorneys are the

23   ones who determines.

24   BY MS. MAXMAN:

25        Q.    So you don't think murder is a

Abdel Jabbar Salem
July 27, 2021

```
 1    crime?
 2                    MR. BERGER:  Objection,
 3    argumentative.  That's ridiculous.  I instruct
 4    you not to answer.
 5    BY MS. MAXMAN:
 6         Q.    What security offenses was Abu
 7    Wardeh imprisoned for so as to be eligible for
 8    political or -- political offenses and,
 9    therefore, eligible for payment?
10         A.    This was determined after
11    determining the file by the attorneys or
12    inspecting the file by the attorneys.  I don't
13    have knowledge about that.
14         Q.    So you did not ask the attorneys why
15    Mr. Abu Wardeh is eligible when you -- when you
16    talked to them to prepare for this deposition?
17                    MR. BERGER:  Objection,
18    outside the scope.  But you may answer.
19                    THE WITNESS:  I don't have
20    personal knowledge of each file, it's just they
21    collected these files, and I know that these
22    prisoners are eligible for the allocation based
23    on the criteria that is used to determine
24    eligibility.
25    BY MS. MAXMAN:
```

Abdel Jabbar Salem
July 27, 2021

```
1          Q.    Do you have -- did you speak with

2     the prison -- with the prisoners' affairs

3     office about any of the files that were turned

4     over to us in discovery, any of the political

5     prisoners; not one?

6          A.    In general, I asked about these

7     files and about the cases, and they told me

8     that these files were studied and inspected and

9     determined that they are eligible for the

10    allocation.  But I don't have a specific

11    information about a file itself.  I got general

12    information.

13                   MS. MAXMAN:  Mr. Berger, I

14    would ask you to look at the deposition topics

15    again.

16                   MR. BERGER:  I have.

17                   MS. MAXMAN:  And,

18    specifically, No. 2, the last clause, the

19    reasons for payments.

20                   MR. BERGER:  And he has given

21    you the reason.

22                   MS. MAXMAN:  What?

23                   MR. BERGER:  He has given you

24    the reason.

25                   MS. MAXMAN:  No, he hasn't.
```

Abdel Jabbar Salem
July 27, 2021

```
1                    MR. BERGER:  Yes, he has.

2                    MS. MAXMAN:  Specifically,

3       look at No. 3, whether the payment was made in

4       respect to a person who was committed -- in

5       prison by committing or died while committing

6       an act of terrorism and other detailed

7       information.  What your witness is telling me

8       is that he does not have that information.  He

9       only --

10                   MR. BERGER:  You haven't asked

11      him if this was an act of terrorism, and that

12      is what you are -- so you can't even point to

13      No. 3.  He has given you the reason on No. 2.

14      You just don't like the reason that he's given

15      you.

16                   MS. MAXMAN:  The reason he's

17      giving me is a platitude.  It's got no facts.

18      It's got no nothing there.  This witness is not

19      prepared.

20                   MR. BERGER:  That is not true

21      at all.  He gave you the reason --

22                   MS. MAXMAN:  You have not

23      provided a 30(b)6 witness that is adequately

24      prepared.

25                   MR. BERGER:  That is not true.
```

Abdel Jabbar Salem
July 27, 2021

1    You have the entirety of the files.  The reason

2    that is indicated is that the prisoners'

3    affairs commission made the determination that

4    the offenses charged matched the law and,

5    therefore, they approved payment.  That's the

6    reason.

7              What you want is something else, and

8    now you're jumping on reprieve because you

9    realize that No. 2 doesn't cover it, but you

10   haven't even asked this witness whether he

11   thinks the offense charged in this instance is

12   an act of terrorism.

13   BY MS. MAXMAN:

14        Q.   Mr. Salem, to your knowledge, is

15   Mr. Abu Wardeh imprisoned because of an act of

16   terrorism?

17        A.   According to my knowledge, I know

18   that Abu Wardeh was imprisoned and the criteria

19   for the prisoners' affairs applies to him, and

20   I know that he is in prison, but the specific

21   from the act, I don't know.  I know that he is

22   in prison since 2004, and I know that the

23   criteria for the prisoners' affairs applies to

24   him and it's security.  But this -- security

25   act.  But the specific details why, I don't

Abdel Jabbar Salem
July 27, 2021

1    know.

2                    MS. MAXMAN:  Can we go off the

3    record for a moment.

4                    THE VIDEOGRAPHER:   We are now

5    off the record.  The time is 15:07 UTC time.

6                    (Discussion held off the

7    record.)

8                    THE VIDEOGRAPHER:   We are

9    back on the record.  The time is 15:35 UTC

10   time.

11   BY MS. MAXMAN:

12        Q.    Mr. Salem, with respect to the

13   payments made to Abu Wardeh that we have been

14   talking about, was -- are any of the payments

15   to Mr. Abu Wardeh being made in respect of

16   someone, Abu Wardeh, who was imprisoned for

17   committing or who died while committing an act

18   of terrorism?

19        A.    These payments are allocations that

20   was paid to his family as of a result of him

21   being in prison.  And this classification is

22   according to the Israeli classifications that

23   the criteria or the standards being either

24   security or political.

25        Q.    Mr. Salem, I am going to ask you a

Abdel Jabbar Salem
July 27, 2021

1    question, and I ask that this question has

2    either a yes or no answer.  Can you --

3              Are any payments to Mr. Abu Wardeh

4    being made because he committed an act of

5    terrorism?  That's a yes or no question.

6         A.   No.

7         Q.   Is he in prison for having committed

8    an act of terrorism?

9         A.   No.

10        Q.   What act is he in prison for?

11             MR. BERGER:  Objection, asked

12   and answered.  You can answer.

13             THE WITNESS:  He -- I'm sorry,

14   just to clarify -- he entered prison either

15   because of a security or a political act.

16   BY MS. MAXMAN:

17        Q.   But not an act of terrorism?

18        A.   Of course not.

19        Q.   Were any of the payments in any of

20   the documents that you have turned over to us

21   to any of the prisoners or their designee made

22   because the person on whose payment is made --

23   on behalf of -- the person whose payments are

24   being made was imprisoned for committing an act

25   of terrorism?

Abdel Jabbar Salem
July 27, 2021

1          A.     No.

2          Q.     Okay.  How do you know?

3          A.     Because the act of terror is from

4     the Israeli point of view.  For us, we don't

5     consider it, acknowledge it.  It's either a

6     political or a security act.

7          Q.     Mr. Salem, you're willing to

8     characterize Mr. Abu Wardeh's acts as political

9     or security acts; correct?

10         A.     It is characterized by the legal

11    department and the prisoners' affairs.

12         Q.     So but you're saying that the legal

13    department and prisoners' affairs are unwilling

14    to characterize these acts as terrorism?

15         A.     We are -- we all don't characterize

16    the act as an act of terror.  It is categorized

17    according to the Israeli side and point of

18    view.

19         Q.     So if you are willing to

20    characterize it as one thing and unwilling to

21    characterize it as an act of terrorism, you

22    must know what it is; correct?

23                    MR. BERGER:  Objection,

24    argumentative.

25                    THE WITNESS:  The act of the

Abdel Jabbar Salem
July 27, 2021

1    family is either political or security, and for

2    that reason, it is eligible to dispense the

3    allocations for the family.

4    BY MS. MAXMAN:

5        Q.    What is the act?

6        A.    He had an act, I don't have the full

7    details of the act, but according to the

8    Israeli indictment, he had an act either

9    security or political.  For that reason, it was

10   eligible by the prisoners' affairs to be

11   eligible for dispensing the allocation.

12       Q.    So you would agree that the payments

13   were made to him by reason of his imprisonment

14   for the acts described in the indictment?

15       A.    I don't agree.  I don't agree.  He

16   was entitled to the allocation because he was

17   in prison and not because of the rest of the

18   indictments.

19       Q.    But if he were in prison for

20   shoplifting, you told me he would not be

21   eligible?

22       A.    Definitely no.

23       Q.    Why not?

24       A.    Because the criteria or the

25   standards say it has either to be on a security

Abdel Jabbar Salem
July 27, 2021

1    or a political.

2                    MS. MAXMAN:  All right.  Let's

3    go off the record.

4                    THE VIDEOGRAPHER:   We are off

5    the record.  The time is 15:46 UTC time.

6                    (Discussion held off the

7    record.)

8                    THE VIDEOGRAPHER:   We are

9    back on the record.  The time is 15:48 UTC

10   time.

11                   MS. MAXMAN:  Mr. Berger?

12                   MR. BERGER:  Yes.  On behalf

13   of Defendants, we designate this transcript as

14   confidential under Paragraph 6 of the

15   Protective Order in this case.

16                   MS. MAXMAN:  Do you have

17   anything further to add?

18                   MR. BERGER:  I have nothing

19   further.

20                   MS. MAXMAN:  Nor do I.

21                   THE VIDEOGRAPHER:   We are off

22   the record at 15:48 UTC time.  This concludes

23   today's deposition.  Thank you, everyone, and

24   take care.

25                   (Discussion held off the

Abdel Jabbar Salem
July 27, 2021

```
 1     record.)

 2                    (At 12:30 p.m., the following

 3     conference was had with the judge.)

 4                    MAGISTRATE JUDGE FREEMAN:

 5     It's Judge Freeman.  Do I have the parties on

 6     yet?

 7                    MR. WICK:  Good afternoon,

 8     Your Honor.  This is Ron Wick.  I'm here with

 9     my colleagues, Steve Sinaiko and Eszter Vincze

10     and Melissa Maxman.

11                    (Discussion held off the

12     record.)

13                    MR. ALONZO:  Joseph Alonzo.

14                    MAGISTRATE JUDGE FREEMAN:  For

15     the Defendants?

16                    MR. ALONZO:  Yes.

17                    MAGISTRATE JUDGE FREEMAN:  Who

18     else just joined?

19                    MR. BERGER:  This is Mitchell

20     Berger from Squire Patton Boggs for the

21     Defendants.

22                    (Discussion held off the

23     record.)

24                    MAGISTRATE JUDGE FREEMAN:  For

25     the record, this is the Shatsky versus PLO
```

Abdel Jabbar Salem
July 27, 2021

```
 1    case, 18-cv-12355, and I gather you are calling

 2    in from a deposition; is that right?

 3                       MR. BERGER:  That's correct,

 4    Your Honor.

 5                       MAGISTRATE JUDGE FREEMAN:

 6    Okay.  So what is going on?

 7                       MR. WICK:  It's actually a

 8    deposition of --

 9                       MAGISTRATE JUDGE FREEMAN:  I'm

10    sorry, who is speaking?

11                       MR. WICK:  I'm sorry.  This is

12    Ron Wick for the Plaintiffs, Your Honor.  It's

13    actually a deposition that was scheduled over

14    two half days spanning tomorrow morning, and so

15    we're at the midway point where today is over,

16    and the issue is the preparation of a Rule

17    30(b)(6) witness.

18                  The issue, as Your Honor may recall,

19    under the Promoting Security and Justice For

20    Victims of Terrorism Act is a provision that

21    the Palestinian Authority, or the Palestine

22    Liberation Organization consents to personal

23    jurisdiction if, after April 18th of 2020, it

24    has made any payment directly or indirectly to

25    any payee designated by any individual who,
```

Abdel Jabbar Salem
July 27, 2021

1    after being fairly tried or pleaded guilty, has

2    been imprisoned for committing any act of

3    terrorism that injured or killed a national of

4    the United States, if such payment is made by

5    reason of such imprisonment.

6              We served a 30(b)(6) notice on this

7    issue that includes a couple of topics that

8    relate to the reasons why such payments had

9    been made.  One of those topics is payments for

10   a tract of land which is the statute, payments

11   made by Defendants directly or indirectly after

12   April 18th of 2020 to any individual or to any

13   payee designated by any individual following

14   such individual's imprisonment for committing

15   any of some pre-defined attacks, including the

16   reason for such payments.

17             We also had a topic of, at least one

18   of the subtopics was whether a particular

19   payment was made in respect of a person who was

20   imprisoned for committing an act of terrorism.

21             The witness, who was designated by

22   both the PA and the PLO, is an individual from

23   the Palestinian Authority's Ministry of Finance

24   who is able to discuss ministry's payment

25   records to prisoners, but has no knowledge as

Abdel Jabbar Salem
July 27, 2021

1    to which crimes a particular prisoner was in

2    prison for or why a determination was made that

3    that prisoner was eligible to receive payments.

4    In terms of why the payments were made, all he

5    is able to tell us is that the Palestinian

6    Authority's prisoners' affairs department made

7    a determination at some long ago time based on

8    applicable law that the prisoner was in prison

9    for a political or security offense.

10              The witness has testified that none

11   of the prisoners were imprisoned for committing

12   acts of terrorism, but he has no basis for such

13   a statement because he has no knowledge of what

14   acts that they actually committed or were

15   imprisoned for.

16              We don't think we are entitled to

17   take that answer at face value.  We are

18   entitled to probe what acts the prisoner was in

19   prison for to determine the reasons why the

20   payments were made, and we are entitled to a

21   witness who is prepared on these topics.

22                   MAGISTRATE JUDGE FREEMAN:

23   Okay.  Let me hear from the other side.

24                   MR. BERGER:  Yes, Your Honor.

25   This is Mitchell Berger for Defendants.  I

Abdel Jabbar Salem
July 27, 2021

1    think it is important, first of all, to put

2    this in context in terms of what we are capable

3    of doing and what is necessary to do.  These

4    depositions are intended to prove the so-called

5    payment predicate of the PSJVTA, the relevant

6    statute.

7                   We have already served a verified

8    Interrogatory Answer that says the Defendants

9    do not contest that they have made one, at

10   least one payment that satisfies this

11   predicate.  So the deposition in its entirety

12   is cumulative and overkill.

13                  Putting that aside --

14                  MAGISTRATE JUDGE FREEMAN:  I'm

15   sorry, you have already admitted the predicate?

16                  MR. BERGER:  We have already

17   said we don't contest it.  In other words, we

18   are not going to put on evidence to the

19   contrary to contest the payment predicate.  We

20   have said we think that renders the 30(b)(6)

21   deposition on the payment predicate cumulative

22   and overkill, but they won't take --

23                  MAGISTRATE JUDGE FREEMAN:

24   Wait a minute.  I'm not sure I understand that.

25   Admitting something is one thing and not

Abdel Jabbar Salem
July 27, 2021

1    contesting it is something else.  If there

2    needs to be an evidentiary showing and the

3    Plaintiffs need to make the evidentiary showing

4    and then you won't contest it, that's fine.

5    But if they can't make the evidentiary showing,

6    the Court has its own obligation to assure

7    itself that it has jurisdiction.  It needs an

8    adequate jurisdictional basis.  And if the

9    showing that the Plaintiff has made is not

10   sufficient, the Court even sua sponte can say,

11   I don't have a basis for jurisdiction and the

12   Plaintiff has the burden to demonstrate it and

13   the Plaintiff has not demonstrated it.

14            So the Plaintiff needs to have

15   enough evidence, unless you admit the fact, and

16   then the admission itself is evidentiary.  But

17   if you don't admit the fact, you have to let

18   them get the evidence where they can establish

19   it; so on their showing alone, without your

20   coming in to say anything in opposition, they

21   will have enough to satisfy the Court that the

22   Court has jurisdiction.

23            MR. BERGER:  Your Honor, it's

24   a fair enough introduction to my remaining

25   points, and I would like to address them, which

Abdel Jabbar Salem
July 27, 2021

1    is the relevant topic of the 30(b)(6)

2    deposition, the payments made by the Defendant

3    on or after April 18, 2020 in respect of an

4    individual's imprisonment for committing any of

5    several specified attacks, including the

6    reasons for such payments.

7                The witness was prepared to and gave

8    the reason.  The reason is that lawyers at the

9    prisoners' commission evaluates the charges

10   made by the Israeli government and then makes a

11   decision as to whether the offense leading to

12   incarceration is qualifying under Palestinian

13   law.  That is the reason that the witness gave.

14   Palestinian law, in turn, is consistent with

15   that answer.

16               It says a prisoner is anyone who is

17   imprisoned by the occupation, due to his

18   participation in the struggle against the

19   occupation, so that's the reason.

20               Third point is, the witness has

21   denied -- I guess this goes to your point, Your

22   Honor, about proving this actual predicate and

23   why we can't, quote/unquote, admit them.  One

24   of the factual predicates is that the witness

25   is imprisoned for an act of terrorism.  That's

Abdel Jabbar Salem
July 27, 2021

 1      the statutory language.

 2                  Our client, for whom the witness is

 3      a designee, denies that is an act of terrorism.

 4      Plaintiffs dispute that.  That's their right to

 5      dispute it.  We don't have to admit it.

 6                  Fourth point, no contemporaneous --

 7                  MAGISTRATE JUDGE FREEMAN:

 8      Wait a minute.  You are not contesting the

 9      payments are made to someone in prison for a

10      terrorist act, but you are contesting that it

11      was a terrorist act?

12                  MR. BERGER:  We don't admit it

13      was a terrorist act, Your Honor, but we'd say

14      we are not going to contest it because we have

15      other reasons for challenging the statute.  We

16      admit that payments were made.  We will never

17      agree that they are payments for acts of

18      terrorism.

19                  I take Your Honor's point that there

20      is a difference between not contesting the

21      application of the predicate and admitting

22      them, and we don't admit these are acts of

23      terrorism.  And that is, indeed, what the

24      witness testified to.

25                  In any event, the Plaintiffs want to

Abdel Jabbar Salem
July 27, 2021

 1    look behind that answer.  What we've told them

 2    is that no contemporaneous record was made of

 3    the thinking process behind the decision of the

 4    Palestinian Prisoners Commission to decide

 5    that, when someone is imprisoned by the

 6    Israelis, that the charge for which they are

 7    imprisoned is a qualifying offense.  The

 8    documents are consistent with that.

 9            We produced documents, for example,

10    that show, and example of this is a document we

11    produced with Bates No. 1733, which is an

12    Israeli indictment that has a red stamp from

13    the prisoners commission that simply says,

14    check and verify, that's it.  And that is the

15    extent of which there is a contemporaneous

16    record.  These events go back almost 25 years.

17            Nonetheless, we spoke with the

18    lawyers at the prisoners commission who are

19    involved in this process on a regular basis,

20    and what they did is they explained to our

21    designee, as much as I am explaining to the

22    Court, what the process is, which is that

23    lawyers at the prisoners commission who are

24    proficient reading this indictment in Hebrew

25    and they then simply indicate that the offense

Abdel Jabbar Salem
July 27, 2021

1    charged is a qualifying offense.  There is

2    simply nothing more granular in the records.

3             We produced all the records of the

4    thinking process, and no one at the prisoners

5    commission has present knowledge of anything

6    more granular.  So I understand they want to

7    pursue it, but we are telling them they have

8    everything that there is.  It is not a question

9    of preparing the designee.  It is a question

10   that there is simply nobody who has any more

11   knowledge.

12             MAGISTRATE JUDGE FREEMAN:  Can

13   someone tell me specifically what the question

14   is or the questions are that the witness was

15   unable to answer, what questions that the

16   witness could not answer?

17             MR. WICK:  Yes, just a moment,

18   Your Honor.

19             MAGISTRATE JUDGE FREEMAN:  How

20   many questions were there that were posed on

21   the record that the witness was not able to

22   answer?  Was it a single question or was it a

23   series of questions?

24             MR. WICK:  It was a series of

25   questions.  We went at this a number of

Abdel Jabbar Salem
July 27, 2021

1    different ways.  The witness was asked, and we

2    focused on one particular individual, one

3    particular prisoner, what security offenses was

4    Abu Wardeh in prison for so as to be eligible

5    for political offenses and, therefore, eligible

6    for payment.

7                    MAGISTRATE JUDGE FREEMAN:

8    Hold on.  So what offenses was the person in

9    prison for.  All right.  And on Defendant's

10   side, you say there is no way to ascertain

11   that?

12                    MR. BERGER:  What we've said

13   is that, to the extent there is information on

14   that subject, it is included in the files that

15   we have already produced, which consists of two

16   things.

17                    To the extent they are available and

18   they are not uniformly available in the files,

19   it is an Israeli charging document the

20   Plaintiffs can read as easily we can, and there

21   is a red cross certificate or actual series of

22   certificates that say this person remains in

23   prison by the Israeli authorities having been

24   arrested, because it's incarceration rather

25   than the offense that leads to the prisoner

Abdel Jabbar Salem
July 27, 2021

1    payment.

2              So what we are saying is it's not

3    possible to then take those two pieces of paper

4    and say weigh that -- one of these stamps for

5    one of these decisions go back to 2002.  What

6    were the lawyers thinking --

7                    MAGISTRATE JUDGE FREEMAN:

8    We're starting with what is the offense the

9    person was incarcerated for, and the answer to

10   that question is it's in a document with a

11   certain Bates number that's been produced, that

12   is your client's only source of information, it

13   is equally ascertainable to the other side by

14   reading that document, you've pointed out that

15   document, and the answer is the information, as

16   far as I know, is based on this document and

17   that's all we are able to ascertain; is that

18   correct?

19                    MR. BERGER:  Correct, Your

20   Honor.

21                    MAGISTRATE JUDGE FREEMAN:

22   Okay.  And was that made clear at the

23   deposition in response to the question?  That

24   the answer is X coming from this document as

25   best as I am able to ascertain or the answer

Abdel Jabbar Salem
July 27, 2021

1    was, I can't answer the question?  What was the

2    answer?

3                       MR. BERGER:  The answer was

4    that --

5                       MAGISTRATE JUDGE FREEMAN:  Who

6    is speaking here?

7                       MR. BERGER:  Mitchell Berger

8    for Defendants, Your Honor.  We believe that

9    answer was given -- look, we are having

10   translation difficulties.  The questions are

11   being posed in English, answered in Arabic and

12   translated, and we only have a rough

13   transcript.  But more importantly, in meeting

14   and conferring with the Plaintiffs, we have

15   told them that we would so stipulate to the

16   extent there is any ambiguity in the witness'

17   answer.

18                       MAGISTRATE JUDGE FREEMAN:  So

19   Defendants are prepared to say that, with

20   respect to the reason why a particular person

21   was in custody, that that answer, the only

22   information you have on that answer is in a

23   particular document which has been produced and

24   you can point to that document; correct?

25                       MR. BERGER:  For Defendants,

Abdel Jabbar Salem
July 27, 2021

1    precisely correct, Your Honor.

2                        MAGISTRATE JUDGE FREEMAN:  So

3    on Plaintiff's side, with respect to the

4    particular question of what were the charges

5    that this person was being held for, if that is

6    the answer that we have no information on it

7    that we can review, that we can use to prepare

8    the witness, we have nothing other than what's

9    in this particular document which has been

10   produced and we are willing to stipulate that

11   that is the only information we have on it,

12   what is in that document, why is that not

13   sufficient as a response?

14                        MR. WICK:  It's not

15   sufficient, Your Honor, because what the

16   witness is answering is that he simply has no

17   knowledge of whether or not the prisoner is

18   even in prison for the crimes that are

19   described in that document.  He simply says, I

20   have not looked at the file.

21                        MAGISTRATE JUDGE FREEMAN:  I'm

22   sorry, I think I need the question and I need

23   the answer from the transcript so that I can

24   understand exactly what you asked and exactly

25   how the witness answered.  Because if the

Abdel Jabbar Salem
July 27, 2021

1    answer was, I cannot answer the question,

2    that's one thing.

3              If the answer is, the only

4    information that we have on that is from this

5    document, which says this, and we can't tell

6    you if that's correct or not correct, it is the

7    only information we have based on that

8    document, I believe that this is the answer,

9    but that's the limit of what we can find out

10   for you, then that seems to me to be

11   sufficient.  But I think it needs to be clear

12   that that's what the answer is.

13             MR. WICK:  Let me -- this is

14   Ron Wick.  I will read the question and answer.

15             The question again is what security

16   offenses was Abu Wardeh in prison for so as to

17   be eligible for political offenses and,

18   therefore, eligible for payment.

19             The answer was this was determined

20   after determining the file by the attorneys or

21   inspecting the file by the attorneys.  I don't

22   have knowledge about that.

23             There is a followup question.  So

24   you did not ask the attorneys why Mr. Abu

25   Wardeh is eligible when you talked to them to

Abdel Jabbar Salem
July 27, 2021

1    prepare for this deposition?  Following an

2    objection from Mr. Berger the witness answered,

3    I don't have personal knowledge of each file.

4    It is just they collected these files and I

5    know that these prisoners are eligible for the

6    allocation based on the criteria that is used

7    to determine eligibility.

8                    MAGISTRATE JUDGE FREEMAN:  I

9    don't hear anything in that answer saying that

10   the information we have on that with respect to

11   that person and perhaps others as well is in

12   this document and perhaps other similar

13   documents which are Bates numbered this and

14   this and have been produced in discovery.

15            I hear, I don't know.  I haven't

16   asked anybody.  I can't tell you.  Lawyers

17   figured it out.  Right?  If the answer is, as

18   counsel is saying, the information is in a

19   particular document, the document has been

20   produced, then that should be the answer as

21   opposed to, I don't know.

22                    MR. BERGER:  Your Honor, this

23   is Mitch Berger for the Defendants.  So of

24   course Mr. Wick is reading from a later part of

25   the file, rather, the transcript, after his

Abdel Jabbar Salem
July 27, 2021

1    colleague who is doing the questioning marked

2    the indictment as an exhibit.  According to my

3    notes, the indictment in issue is marked as

4    Exhibit -- it is included in Exhibit 5.

5                        MAGISTRATE JUDGE FREEMAN:  If

6    you go back on the record, right, and you get

7    clarity from the witness that not only his only

8    information, but after due diligence, his only

9    ability to learn information in preparation for

10   the deposition came from this particular

11   document, and there is no one else who would

12   know and there is no other source of

13   information, this is all there is, okay, then

14   you have what you have on the record and there

15   is not much we can do about it because that's

16   what the testimony is.

17                     But I think you need to get it

18   clarified on the record that there is no

19   attorney, there is no other person who is

20   available for him to inquire of in order to

21   prepare to answer that question.  The only

22   available information to him is this document

23   which has been provided; is that true?

24                        MR. BERGER:  Yes, Your Honor,

25   and we believe it to be true, so much so that

Abdel Jabbar Salem
July 27, 2021

1      we are prepared, as I say, to stipulate to that

2      formally to avoid being lost in translation

3      difficulty between the question in English and

4      the answer in Arabic and the translation of

5      phrases like due diligence.  So, Your Honor, we

6      take your point and so we were trying to

7      shortcut the process by saying he can ask the

8      witness again, but that is a stipulation we are

9      prepared to make.

10                  MR. WICK:  This is Ron Wick.

11     All we are trying to establish is that the

12     prisoner, it is Defendant's agreement that the

13     prisoner was in prison for the act described in

14     the indictment that's in their file.  And we

15     asked the witness about the indictment and

16     asked what is it, and his answer was, I don't

17     know.  My information says it's either counts

18     for against the detainee or a defense document,

19     but I don't speak the Hebrew language.

20                  We asked him later in the deposition

21     does he agree, so you would agree that the

22     payments were made to him by reason that this

23     imprisonment for the acts described in the

24     indictment.  The witness answered, I don't

25     agree, I don't agree.  He was entitled to the

Abdel Jabbar Salem
July 27, 2021

```
1    allocation because he was in prison and not

2    because of the rest of the indictment.  That's

3    all we're trying to establish.

4                    MR. BERGER:  This is Mitchell

5    Berger --

6                    MAGISTRATE JUDGE FREEMAN:

7    Wait a minute.  I don't know if the court

8    reporter got all of those things, but just wait

9    a minute.  There is more going on in that

10   questioning than, what are the charges for

11   which he is being held, okay.  There is much

12   more going on in that question about why

13   payments were made and because charges

14   qualified as something and so on and so forth.

15   Right?  Take it in pieces.  Break your question

16   down into pieces.

17                    If you establish first what were the

18   charges, you know, what is the Defendant's

19   understanding as to what the charges were for

20   which this person was being held.  The answer

21   should be, understanding of the charges were

22   the charging instrument.  You have it, we have

23   it.  If that folder is and there is no other

24   information about what the charges are, that's

25   the end of that.
```

Abdel Jabbar Salem
July 27, 2021

```
1              Then if you start asking questions
2      about why the payment was made, if you say you
3      want to confirm the payment was made because of
4      these charges and because these charges
5      qualify, now you're getting into another area
6      where, perhaps, the payments were made because
7      somebody said, oh yeah, yeah, it's fine, make
8      the payments, right, and the person didn't go
9      behind that and didn't ask more questions and
10     just took that at face value.
11             And then you're asking the further
12     question of, well, let's go behind that now
13     when you didn't do it before and let's see if
14     there really was a justification for it.  He
15     may not have that information.  He may have
16     just taken something at face value and had not
17     done any further digging himself or the
18     Defendant may not have done any further digging
19     itself.  And so it may not have further
20     information with which to prepare him as to the
21     results of digging if it was not at the time
22     done; right?
23             So you're making certain assumptions
24     about how the entity would know the background
25     of this more than it may, in fact, know; right?
```

Abdel Jabbar Salem
July 27, 2021

1     So you want to establish facts that fit within

2     a framework you -- I understand what the

3     statute says, but you want all of the pieces.

4     They may not have all of the pieces at the

5     ready for you.  You may have to make some

6     inferences or you may have to get a non-party

7     witness if they were relying on somebody else.

8     Take it in little pieces.  Break it down.

9                    MR. WICK:  That's fine, and

10    this is Ron Wick again, and we are happy to do

11    that, Your Honor.  The problem is when the

12    witness disclaims knowledge of what's in the

13    actual file that he's being asked about when

14    he's been designated to testify about it.

15                    MAGISTRATE JUDGE FREEMAN:

16    Well, I'm not sure -- okay, that is a problem.

17    If there is a document that's in the file of

18    the Defendant that has been produced by the

19    Defendant and he is asked questions about it,

20    what does it say, what does it mean, what is

21    your understanding of the purpose of this, what

22    was the Defendant's understanding of the

23    purpose of it and he says, I don't have any

24    idea what that document says, I can't even read

25    the language, that suggests insufficient

Abdel Jabbar Salem
July 27, 2021

1   preparation.  He should know what the documents

2   are.  He should know what the import of the

3   document is and he should know, you know, what

4   they're doing in the file, what the point of it

5   is and what was acted upon based upon those

6   documents and so on.

7           If he says, I can't even read this

8   document, I can't tell you what it says, that's

9   a problem.

10          MR. BERGER:  Your Honor, this

11  is Mitchell Berger.  I want to just respond to

12  the last part about preparation.  I don't think

13  the failure is in preparation.  I think the

14  failure is in the drafting of the notice.  The

15  question was, for which he was prepared, what

16  were the reasons for the payment, not what were

17  the underlying charges.  It was what were the

18  reason for the payment and he gave the reason

19  for the payment, which was the offenses charged

20  plus the fact that he was incarcerated plus

21  ongoing financial need of his family members

22  justified the payment.  That's the reason.

23          They now want to change the way they

24  prepared the topic for which we had prepared

25  the witness to say, oh, no, no, when we said

Abdel Jabbar Salem
July 27, 2021

1    reasons, you should have known what we meant.

2              But if there was a charging document

3    in the file, that you should replicate the

4    thinking process of the people who reviewed it.

5    I mean, look, we are happy to stipulate that

6    nobody can reconstruct the thinking process.

7    But respectfully, Topic No. 2 for which this

8    witness has been prepared does not call upon

9    him to do so.

10             MR. WICK:  Your Honor, I'm

11   sorry, but the --

12             MAGISTRATE JUDGE FREEMAN:

13   What is the topic that's listed in the 30(b)(6)

14   notice for which this line of questioning --

15             MR. BERGER:  This is Mitchell

16   Berger.  It's Topic No. 2, and I am quoting,

17   payments which are defined terms that are

18   capitalized P, payments made by Defendants,

19   directly or indirectly, after April 18, 2020,

20   to any individual, or to any payee designated

21   by any individual, following such individual's

22   imprisonment for committing any of the

23   specified attacks, a defined term, including

24   the reasons for such payments.

25             MAGISTRATE JUDGE FREEMAN:  All

Abdel Jabbar Salem
July 27, 2021

1       right.  So we are at least asking about what

2       the specified attacks were.

3                        MR. BERGER:  Right.  I

4       apologize, Your Honor.  Each of the records we

5       produced consists of a payment record showing

6       monthly payments after the statutory relevant

7       date plus an underlying prisoner file that

8       contains the application, the approval, the

9       submission of other documents, including where

10      available charging documents, and the

11      International Red Cross certificate, and then

12      what the witness has said is to the extent

13      there is any -- that the prisoners commission

14      of lawyers read the documents, they verify that

15      the charges qualify, they send it over to the

16      Ministry of Finance in a CD-ROM every month.

17      We then issue the payments.  That's the reason.

18                        What they want to do is they want to

19      say, no, no, we want to get into the thinking

20      process behind the approval decision which is

21      the reason.  The approval decision is the

22      reason why the payment is made.

23                        MR. WICK:  Your Honor, this is

24      Ron Wick.  I don't believe the word "reason"

25      can be looked at in a void when we are looking

Abdel Jabbar Salem
July 27, 2021

1    at the ultimate issue in the case, which is the

2    statute provides for jurisdiction if a payment

3    is made by reason of imprisonment for

4    committing any act of terrorism that injured or

5    killed a national of the United States, that

6    that's the ultimate issue here.  And Mr. Berger

7    has read one of the two topics that we are

8    talking about.

9            The other is with respect to each

10   payment reflected on the documents the

11   Defendants produced in jurisdictional

12   discovery; A, whether the payment was made in

13   respect of a person who was imprisoned for

14   committing or died while committing an act of

15   terrorism; B, if so, the date, the location and

16   nature of such act of terrorism and whether

17   such act of terrorism injured or killed a

18   national of the United States; C, whether the

19   recipient of the payment is a family member

20   and/or designee of the person in respect of who

21   the payment was made; D, the reason for which

22   the payment was made; and E, the source of the

23   funds that were used to make the payment.

24           Clearly we are getting at what it

25   was the Defendant -- the prisoner was charged

Abdel Jabbar Salem
July 27, 2021

1    with doing that made him eligible in the

2    Defendant's eyes for these payments.

3                    MAGISTRATE JUDGE FREEMAN:  Let

4    me ask Defendant's counsel --

5                    MR. WICK:  The problem with

6    that --

7                    MAGISTRATE JUDGE FREEMAN:  The

8    word "reason" seems to be in there.  Why did

9    you say that there was nothing in the 30(b)(6)

10   list of topics that included the reason?

11                   MR. BERGER:  Your Honor, I

12   read reasons as part of 2, and I'm happy to

13   address 3 for which the predicate is whether

14   the payment was made in respect of a person who

15   was imprisoned for committing an act of

16   terrorism.  So the question to the witness was,

17   was this an act of terrorism?  Answer, no.

18           B, if so, that's their predicate, we

19   didn't write it, if so, the date, location and

20   nature of such act of terrorism and whether

21   such act of terrorism injured or killed a

22   national of the United States.  Since we deny

23   the predicate, there is no ability or reason to

24   prepare -- and then it continues on to D, the

25   reason for which payment was made, again,

Abdel Jabbar Salem
July 27, 2021

 1    modified by, if so.

 2              So what we have done we have given

 3    him in those instances Topic 2 and Topic 3,

 4    both of which use the reason, the same reason,

 5    a lawyer at the Palestinian Prisoner Commission

 6    evaluated the information that was available,

 7    determined that the incarceration was for an

 8    offense that qualified under Palestinian law

 9    for engaging in resistance to the occupation

10    and, therefore, they approved it.

11              That's the reason in all instances,

12    and what they want is to go several layers

13    behind why did that prisoners commission lawyer

14    reach that decision, and the answer is if we

15    knew, we would tell you.  It's not available.

16              MR. WICK:  Your Honor, this is

17    Ron Wick.  The witness testified that the

18    payment was not made in respect of a person who

19    was in prison for committing an act of

20    terrorism and that he wasn't in prison for

21    committing an act of terrorism after testifying

22    that he wasn't familiar with the indictment and

23    didn't know what act he was in prison for.  He

24    had no basis for testifying it wasn't an act of

25    terrorism because he simply has no knowledge

Abdel Jabbar Salem
July 27, 2021

```
 1    and was not prepared to discuss what acts the

 2    prisoner was committing.

 3                    MAGISTRATE JUDGE FREEMAN:

 4    Hold on a second.  Someone dropped off the

 5    line.  Did I lose Mr. Berger?

 6                    MR. BERGER:  I'm sorry I

 7    dropped off.  This is Mitchell Berger.  I am

 8    back again.

 9                    Your Honor, there was an answer to

10    that and, again, they don't want it, which is

11    the Palestine Authority -- this is becoming a

12    calamical examination -- the Palestinian

13    Authority's general view is that when someone

14    is imprisoned by the Israelis, right, that the

15    Palestinians don't regard the Israeli charges

16    as acts of terrorism because of the political

17    differences between them.  The Plaintiffs are

18    free to prove whatever they want to about these

19    charges.  They want to call them acts of

20    terrorism under US law, but that's argument to

21    your question.  He's given the answer, which is

22    he doesn't regard it as acts of terrorism and

23    the followup question is --

24                    MAGISTRATE JUDGE FREEMAN:

25    Basically it doesn't matter what the charges
```

Abdel Jabbar Salem
July 27, 2021

1    are.  He would take the position that

2    regardless of what the charges are, they would

3    not be acts of terrorism.

4                    MR. BERGER:  Precisely, Your

5    Honor.

6                    MAGISTRATE JUDGE FREEMAN:

7    They could be a charge of deliberately setting

8    a bomb in a civilian location and telling

9    everybody, you know, you're all going to die

10   and I am trying to terrorize you, and they

11   would say not an act of terrorism because of

12   the political differences between the PLO and

13   Israel.  So, therefore, whatever it is, no

14   matter how characterized, no matter how

15   charged, the Palestinian Authority would take

16   the position it's just not an act of terrorism;

17   is that right?

18                    MR. BERGER:  I think that's a

19   fair summary, Your Honor.

20                    MR. WICK:  Your Honor, they

21   are entitled to characterize something as an

22   act of terrorism or not an act of terrorism

23   however they wish.  We are happy to take care

24   of that at the evidentiary phase.  We just want

25   to find out what act he was in prison for.

Abdel Jabbar Salem
July 27, 2021

1   That is all we are asking.

2                    MAGISTRATE JUDGE FREEMAN:  It

3   is not all that you have asked.  Clearly it is

4   not all that you have asked.  And it sounds

5   like the answer to that question of what were

6   you in prison for, what was the person for whom

7   a payment was made in prison for, it sounds

8   like you can get a clarified record or a

9   stipulation if you prefer that where the answer

10  to that question is, everything we know about

11  what the person was in prison for is on the

12  charging document, it has been produced, here

13  it is.  Okay, we have it, you have it.  You can

14  read it.  We can read it.

15                   If that's all you want to know what

16  the person is charged with, the answer is

17  provided.

18                   If what you want to know is was the

19  payment then made because it was an act -- in

20  connection with an act of terrorism, they are

21  going to say, whatever these charging documents

22  were, any and all of them, any and all people,

23  whatever they are, it doesn't matter, we

24  consider them not acts of terrorism, then they

25  consider them not acts of terrorism and you

Abdel Jabbar Salem
July 27, 2021

1    can't consider it otherwise.  If they made that

2    clear, they made that clear.

3              And if they say, we don't need

4    further information to make that determination

5    because it's a blanket determination, then so

6    be it, that's the testimony.  If you get that

7    clarified, that's what it is.

8              And if the question of why did

9    somebody outside, the lawyer outside recommend

10   that a payment be made or say it qualifies and

11   you should make the payment, if they just took

12   that as -- on its face, okay, then we'll make

13   the payment without inquiring further, then

14   that's the answer to that.

15             If you want to delve into why the

16   lawyer or whatever it was said it qualifies,

17   then you probably have to depose that lawyer.

18                  MR. WICK:  And we could depose

19   that lawyer, Your Honor.  I mean, this is a

20   30(b)(6) deposition, and we thought we were

21   going to get a witness who would be able to

22   testify as to why that decision was made and

23   why that payment was made.

24                  MAGISTRATE JUDGE FREEMAN:

25   Well, if the person has testified that the

Abdel Jabbar Salem
July 27, 2021

1    reason the decision was made is because

2    somebody, some lawyer person or people, said it

3    qualifies and that's it, and that's as far as

4    they go and because they said that they paid,

5    if that's the testimony, then the person is

6    answering the question that is within the scope

7    of the 30(b)(6).

8                   If the person says it was analyzed,

9    it was discussed, lots of people within the

10   organization considered it, I can't really tell

11   you what that consideration was, I can't really

12   tell you what the reasoning was, I didn't read

13   documents about it, I didn't ask questions

14   about it, then you have an unprepared witness.

15                  But if the answer is, we were told

16   it qualifies, we don't go beyond that, we then

17   just pay, then you have a qualified witness who

18   has prepared and has given you the answer.

19   Maybe a not very satisfying answer, but it

20   sounds like it's an answer.

21                  You've got to watch out for

22   questions that lump a whole bunch of things

23   together in one question because if some

24   predicate part of the question is not something

25   that the witness is going to buy into, your

Abdel Jabbar Salem
July 27, 2021

```
 1    whole question falls.  If the whole question

 2    assumes there is a potential act of terrorism

 3    in there and the witness will not buy into

 4    that, you're not going to get anything out of

 5    this question.

 6                   MR. WICK:  Understood, Your

 7    Honor, and although we did pursue that line of

 8    questioning at Mr. Berger's urging, we asked a

 9    number of questions about what the individual

10    was charged with, what's in the indictment, and

11    what we received from the designated 30(b)(6)

12    was, I don't know what acts he was charged

13    with, I don't know what's in the indictment.

14    All I know is --

15                   THE COURT:  Okay.  So.  Look,

16    it sounds from counsel like that that's not

17    what the reality is, and if that's so, then

18    defense counsel, you should make sure you get a

19    witness who can give accurate testimony.

20                   If the answer is, I do know what the

21    person was charged with, at least as best as I

22    am able to determine, it's what's within in

23    document.  I don't know anything beyond that,

24    though.  We don't know anything beyond that.

25    There is nowhere to look or discover beyond
```

Abdel Jabbar Salem
July 27, 2021

 1      that.  You have the document.  We have the

 2      document.

 3                    I mean, maybe what he was saying is,

 4      I don't know the truth or falsity of the

 5      document, but this is what I got, but you need

 6      to get a record clear on that point.  It sounds

 7      like it may not currently be clear on that

 8      point.  So go back and clarify it or do it by

 9      stip.

10                    We can't keep going around in

11      circles.  If you want to mark certain things

12      for a ruling, specific questions, specific

13      answers, a series of questions series of

14      answers, in light of everything you've said and

15      after a further attempt to clarify these things

16      tomorrow, come to me with the transcript and I

17      will make further rulings.  And if I think the

18      witness was not, in fact, adequately prepared,

19      I will make Defendants come back with another

20      witness or the same witness better prepared to

21      give answers to the questions.

22                    But I think there may be a problem

23      with how the questions are -- I think there may

24      be a problem on both sides a little bit; one,

25      how the questions are being framed, that you

Abdel Jabbar Salem
July 27, 2021

1       may be putting too much into a question, and

2       two, on the answers, what counsel is saying is

3       the truth and what you're willing to stipulate

4       to may not be exactly what the witness was

5       saying.

6              So I can take it from the lawyer but

7       the lawyer can't give testimony.  What the

8       lawyer says is not evidentiary.  The Plaintiffs

9       are entitled to get it from the witness, not

10      from the lawyer.  And they don't have to get a

11      stip.  They can try to get it from the witness.

12             So make sure your witness -- if what

13      you're saying is right and correct and true and

14      you have complete belief in it, make sure

15      you've got a witness who is saying it and

16      putting it on the transcript.

17             I have another question before we go

18      but we're going to have to cut this off, I

19      think.  How are you doing with the functional

20      immunity question?  I wanted to circle back

21      with you on it.  I did talk to Judge Vyskocil,

22      and she did indicate to me that if you make

23      your record, if things come up at a deposition

24      and they eventually need a ruling, she would

25      like me to address that following the

Abdel Jabbar Salem
July 27, 2021

1     depositions based on whatever record you make.

2              And so I may need briefing from you

3     on that subject if you want run into problems

4     with it, but I wanted to know how you were

5     doing.

6              MR. BERGER:  Your Honor, this

7     is Mitchell Berger for Defendants.  And I can

8     tell you that we have taken three of the four

9     depositions that fall into that category.  I

10    believe I issued a total of three instructions

11    during the course of depositions taken on July

12    8, July 22nd and July 23rd, and I think you

13    should infer from the fact that you haven't

14    heard from us on any of those dates that there

15    was no dispute over those instructions.

16              MAGISTRATE JUDGE FREEMAN:  I

17    was hopeful that you were doing all right from

18    it, but since I hadn't heard from you -- what I

19    figured was, after I spoke with Judge Vyskocil

20    that if you called in with a problem, I would

21    talk to you then about how we would go about

22    getting the issue resolved.  When you didn't

23    call in, I was hopeful that perhaps it would

24    not turn into something that would need my

25    further attention.

Abdel Jabbar Salem
July 27, 2021

1            But I figured since I have you now,

2     I would at least inquire.

3                MR. WICK:  This is Ron Wick,

4     Your Honor.  I think -- I would agree with

5     Mr. Berger.  I think -- I wouldn't say we've

6     had no disputes, but we sort of worked around

7     them and we are cautiously optimistic that we

8     are able to work through this.

9                MAGISTRATE JUDGE FREEMAN:

10    Fantastic.  Music to my ears.  Try to stay

11    cautiously optimistic or even more so.  And on

12    this issue about preparedness, my best guidance

13    is circle back over some ground tomorrow, take

14    it in very small pieces.

15            On Defendant's side, if you believe

16    the answers are as you gave me today, make sure

17    the witness is saying those things.  And if the

18    witness is saying something different, then

19    you're going to have to adjust your own

20    thinking about what the answers are.

21            And if down the road you have a

22    further dispute on this and you just feel that,

23    on Plaintiff's side, you're still not getting

24    what you think you are entitled to, make your

25    record and take your chances on both sides that

Abdel Jabbar Salem
July 27, 2021

1     I may require someone to come back.  Okay.  And

2     at least I'll have a record of question/answer,

3     question/answer, and I'll be able to see it in

4     its entirety and not just little segments.

5                    (Conference was adjourned.)

6                    (At 1:11 p.m., the deposition

7     was adjourned.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

1                C E R T I F I C A T E

2                     -  -  -

3                    I, ABDEL JABBAR SALEM, do

4     hereby certify that I have read the foregoing

5     transcript and it is a true and correct copy of

6     my deposition, except for the changes, if any,

7     made by me on the attached Deposition

8     Correction Sheet.

9

10

11

12         _____

13         _____
           Date

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

1    ERRATA SHEET                    REASON FOR
     PAGE      LINE              CHANGE/CORRECTION
2    _____    _____    _____

3    _____    _____    _____

4    _____    _____    _____

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23   _____    _____    _____

24

25

```
 1   COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
 2   COUNTY OF ALLEGHENY                    )

 3                      CERTIFICATE

 4       I, Karen A. Nickel, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, ABDEL JABBAR SALEM,
     was by me first duly sworn to testify the
 6   truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
 7   at the time and place stated herein; and that
     the said deposition was recorded
 8   stenographically by me and then reduced to
     typewriting under my direction, and constitutes
 9   a true record of the testimony given by said
     witness.

10

11       I further certify that I am not a
     relative, employee or attorney of any of the
12   parties, or a relative or employee of either
     counsel, and that I am in no way interested
13   directly or indirectly in this action.

14       IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office this 29th
15   day of July 2021.

16   _____
                     Karen A. Nickel, Notary Public
17                   Registered Professional Reporter
                     Certified Realtime Reporter
18

19

20

21

22

23

24

25
```

Abdel Jabbar Salem
July 27, 2021

---

| Exhibits |
| --- |

**EX 0001 Abdel**
  **Jabbar Salem**
  **072721**
  4:8 20:4,8
**EX 0002 Abdel**
  **Jabbar Salem**
  **072721**
  4:9 28:2
  81:18 82:13
  83:9 111:7,
  16
**EX 0003 Abdel**
  **Jabbar Salem**
  **072721**
  4:10 37:13
  51:19 82:3,
  13
**EX 0004 Abdel**
  **Jabbar Salem**
  **072721**
  4:10 51:12
**EX 0005 Abdel**
  **Jabbar Salem**
  **072721**
  4:11 58:10,
  11 105:4

---

| 0 |
| --- |

**00250**
  28:10
**00254**
  28:11
**00259**
  51:24
**0026**
  28:19 29:17
**01110**
  58:15
**01142**
  58:15

---

| 1 |
| --- |

**1**
  20:3,4,8
  28:1
**10/14**
  63:18
**11**
  62:20
**111**
  61:24
**1111**
  63:10
**1112**
  64:10
**1113**
  68:5
**1114**
  68:6
**1115**
  61:25 68:6
**1117**
  68:15,18
**1118**
  69:1,4 70:14
  71:1
**1120**
  69:19,22
  70:24 71:10,
  22
**113**
  68:5
**1136**
  69:22 70:24
  71:11
**1137**
  71:22
**11:22**
  5:11
**11:50**
  18:8
**11:53**
  18:12
**120,000**
  15:9

---

**12:02**
  22:17
**12:03**
  22:21
**12:30**
  89:2
**12:34**
  36:1
**12:45**
  36:5
**13:08**
  45:1
**13:10**
  45:5
**13:25**
  51:9
**13:29**
  51:15
**13:47**
  58:2
**13:58**
  58:6
**14:41**
  73:2
**14:43**
  73:6
**15:07**
  84:5
**15:35**
  84:9
**15:46**
  88:5
**15:48**
  88:9,22
**16**
  20:6
**1733**
  97:11
**18**
  36:8 37:2
  39:14 41:17
  42:20 43:3
  95:3 111:19
**18-cv-12355**
  90:1
**18th**

---

  90:23 91:12
**19**
  37:18 41:14
**1995**
  14:6,7,15

---

| 2 |
| --- |

**2**
  21:12 28:2
  39:12 81:18
  82:13 83:9
  111:7,16
  114:12 115:3
**2002**
  62:16,17,21
  71:25 100:5
**2004**
  37:18 41:14
  83:22
**2010**
  14:6
**2016**
  64:12
**2018**
  26:23
**2019**
  26:23
**2020**
  36:8 37:2
  39:14 41:18
  42:20 43:3
  57:9 90:23
  91:12 95:3
  111:19
**2021**
  5:11 20:6
  57:10,12
**23**
  64:12
**24**
  37:12
**25**
  97:16
**250**
  31:11

Abdel Jabbar Salem
July 27, 2021

**266**
51:24 54:3
**27**
5:11
**29**
10:13

---

**3**

---

**3**
21:12 37:13
51:19 82:3,
13 114:13
115:3
**30(b)(4)**
10:10
**30(b)(6)**
19:15 20:5
38:13 40:10
46:23 90:17
91:6 93:20
95:1 111:13
114:9 119:20
120:7 121:11
**30(b)6**
82:23
**30(c)(2)**
50:19 51:2
██████
61:3

---

**4**

---

**4**
51:12,21
62:17,20

---

**5**

---

**5**
58:10,11
105:4
**534**
31:12

---

**6**

---

**6**
88:14

---

**7**

---

**7**
28:1

---

**9**

---

**9**
57:24
**90**
5:16
████535-9
62:9
████5359
53:9
████4499
55:25
████
53:4

---

**A**

---

**A-B-D-E-L**
7:14
**A-L**
19:2
**A-M-I-N**
19:2
**Abdel**
5:10 6:19
7:7
**Abdul**
24:14
**ability**
105:9 114:23
**able**
10:23 22:6
23:3,18 24:9
91:24 92:5
98:21

100:17,25
119:21
121:22
**Abu**
30:13 31:6
36:13 42:12
52:25 54:5,
17 55:23
56:9,12
57:9,13
59:3,8 62:14
63:3 67:21
68:20 71:5,
23 73:24
74:14 75:6,
24 76:14
77:19 78:18
80:6,15
83:15,18
84:13,15,16
85:3 86:8
99:4 103:16,
24
**accessible**
31:14
**accommodate**
10:2
**account**
55:14 56:20
**accounting**
11:14 55:14
**accounts**
56:24
**accurate**
8:13 44:11
121:19
**accurately**
10:24
**acknowledge**
5:24 6:3
86:5
**across**
70:18
**act**
82:6,11
83:12,15,21,
25 84:17

85:4,8,10,
15,17,24
86:3,6,16,
21,25 87:5,
6,7,8 90:20
91:2,20
95:25 96:3,
10,11,13
106:13
113:4,14,16,
17 114:15,
17,20,21
115:19,21,
23,24
117:11,16,
22,25
118:19,20
121:2
**acted**
110:5
**action**
5:17
**activities**
41:19,23,25
**acts**
86:8,9,14
87:14 92:12,
14,18 96:17,
22 106:23
116:1,16,19,
22 117:3
118:24,25
121:12
**actual**
46:14 95:22
99:21 109:13
**add**
88:17
**added**
59:22,25
60:1 61:7
**additional**
23:20,23
24:1
**address**
7:6,9,10
94:25 114:13
123:25

Abdel Jabbar Salem
July 27, 2021

addressing
61:11
adequate
23:11 94:8
adequately
82:23 122:18
administered
6:4 43:8
administers
43:5
administratio
n
59:17,21
71:17
administrative
59:18,23
60:5,9,25
72:6
admission
94:16
admit
94:15,17
95:23 96:5,
12,16,22
admitted
93:15
admitting
93:25 96:21
admonition
15:17
affair
26:18
affairs
16:6,13,18
17:17 24:9,
12,25 25:2,
25 26:16,19,
24 32:7,10
34:2,5,14,
20,25 35:1,
2,3,8,11
36:9,17
37:5,8 40:23
41:8,11,20,
23,24 42:1,
4,6,8,10,22

43:5,9,12,
14,19,20,21,
23,25 44:6,
15 45:19,21
46:12,18
48:10 59:5,
13,14,18,25
60:4,6,8,10,
14,23,24,25
61:1,6 63:5,
7,20,21,25
64:5,14,15
65:22,24
66:25 67:24
68:4,12
69:10,13,15,
18 70:11
71:4,12
72:6,11,17
73:18,19,20
74:1,3,13,
16,22 75:3,
23 76:4,20
77:8,16,24
78:1 79:13
81:2 83:3,
19,23 86:11,
13 87:10
92:6
affirmatively
8:24
afternoon
6:24 7:7
89:7
age
65:4
ago
20:18 66:18
92:7
agree
6:13,16
10:18,19
39:3 79:15
87:12,15
96:17
106:21,25
agreed
40:8

agreement
5:7 6:10,11
37:1 106:12
ahead
9:19 23:22,
25 38:25
50:21 67:10
Al-amin
19:2
al-hanani
24:15
alaizdiwajia
17:25
allocation
16:24 30:10
34:10 49:18
52:9,10,13,
16,20 53:2
54:10 56:11,
13,22 65:7
66:15 68:2,
13,19 74:5
75:1,18,20
76:8,23
80:22 81:10
87:11,16
104:6 107:1
allocations
17:15 27:15
49:21 50:9,
12 54:15
57:5,20 62:4
64:2,25 66:5
71:19 78:16,
23 79:11
84:19 87:3
allowed
38:14
allowing
40:5,14
Alonzo
89:13,16
ambiguity
101:16
amended
41:13,16

amendment
40:24
amount
46:9,13
An-najah
11:14
analyzed
120:8
and/or
113:20
Andin
55:20
answer
8:22 9:13,
19,20 10:4,
23 15:19
24:3 27:8,13
30:8 33:8,11
38:15,22
39:7 40:14
44:4 45:11
46:25 48:18
49:13 50:4,
18 51:3 55:5
67:16 72:8
74:19 75:10,
16 76:1,16
79:7,19
80:4,18
85:2,12
92:17 93:8
95:15 97:1
98:15,16,22
100:9,15,24,
25 101:1,2,
3,9,17,21,22
102:6,23
103:1,3,8,
12,14,19
104:9,17,20
105:21
106:4,16
107:20
114:17
115:14
116:9,21
118:5,9,16
119:14

Abdel Jabbar Salem
July 27, 2021

| | | | |
|---|---|---|---|
| 120:15,18, 19,20 121:20 | appropriate 10:14 | 82:10 83:10 85:11 99:1 102:24 104:16 106:15,16,20 109:13,19 118:3,4 121:8 | attorney 10:1 24:14, 21 63:24 105:19 |
| answered 85:12 101:11 102:25 104:2 106:24 | approval 112:8,20,21 | | attorneys 5:23 20:16 24:24 25:5 26:5,7 63:22 70:11 71:12 72:11 74:3 76:5,20 77:16 78:5 79:22 80:11, 12,14 103:20,21,24 |
| | approved 83:5 115:10 | | |
| answering 8:20 102:16 120:6 | approving 46:1 | | |
| | Approximately 20:18 | asking 8:3 19:8 31:16 41:1,2 108:1,11 112:1 118:1 | |
| answers 30:7 122:13, 14,21 123:2 | April 36:8 37:2 39:14 41:17 42:20 43:3 57:9 90:23 91:12 95:3 111:19 | | |
| antecedent 30:15 | | assigned 25:11 53:6 | |
| anybody 77:25 104:16 | | assistance 45:15 | audio 9:1 23:11 |
| anyone 26:3 95:16 | Arabic 29:19 37:20, 23 61:19 62:18 101:11 106:4 | Assistant 24:15 | August 64:12 |
| apologies 47:13 | | associate 17:4 18:15 | authorities 62:15 99:23 |
| apologize 23:5 63:13 112:4 | Arabic- 17:3 | assume 9:14 13:16 42:16,17 | authority 11:4 12:19 13:1,12,18 14:13,17 15:1,4,7 19:16 20:24 21:17 24:23 25:6,13,15 26:21 31:25 32:11 34:6,9 41:22 46:20 47:20 60:21 63:1 90:21 116:11 117:15 |
| Apparently 47:10 | area 108:5 | assumes 27:5 121:2 | |
| appearing 20:19 | arguing 40:13 | assuming 49:23,25 | |
| appears 57:1 64:11, 13 68:6,16 70:25 73:16 | argument 116:20 | assumptions 108:23 | |
| | argumentative 80:3 86:24 | assure 94:6 | |
| applicable 92:8 | around 15:9 26:11 122:10 | attached 70:7,9,15 | |
| application 96:21 112:8 | | attack 72:1 | |
| applies 40:21 50:8 71:20 83:19, 23 | arrangement 6:8 61:7 | attacks 39:18 91:15 95:5 111:23 112:2 | Authority's 91:23 92:6 116:13 |
| | arrested 62:15 99:24 | | authorization 53:1 |
| apply 49:15,24 50:12 71:20 | ascertain 99:10 100:17,25 | attempt 122:15 | authorized 68:16 |
| applying 70:7 | ascertainable 100:13 | attention 39:12 68:14 | available 99:17,18 105:20,22 112:10 115:6,15 |
| appointed 13:14 | asked 32:18,21 40:18 81:6 | Attia 30:13 52:24 54:17 59:3 | |

Abdel Jabbar Salem
July 27, 2021

avoid
  17:17 106:2
aware
  5:4 19:23

———————————————

**B**

Bachelor
  11:13
back
  11:20 18:12
  19:12 22:21
  28:14 36:5
  37:22 45:5
  51:15 54:20,
  21 55:21
  56:3 58:6,8
  70:14 73:6
  84:9 88:9
  97:16 100:5
  105:6 116:8
  122:8,19
  123:20
background
  11:10,11
  15:16 108:24
Bakr
  36:13,14
  42:12
bank
  56:24
based
  42:23 67:24
  68:2 72:17
  74:6,22
  75:1,2 76:18
  80:22 92:7
  100:16 103:7
  104:6 110:5
Basically
  116:25
basis
  30:25 32:3
  68:9 73:24
  74:17 78:15
  92:12 94:8,
  11 97:19

115:24
Bates
  28:10 29:17
  31:11 51:23
  58:14,18
  61:18 68:14
  97:11 100:11
  104:13
beg
  51:25 62:16
behalf
  5:15,20 6:15
  20:23 21:8,
  23 78:3
  85:23 88:12
behind
  97:1,3
  108:9,12
  112:20
  115:13
belief
  123:14
believe
  16:9 23:20
  29:15,19
  30:16 32:17
  39:23 51:20
  61:17 65:14
  101:8 103:8
  105:25
  112:24
belong
  69:17
belongs
  26:21 59:23
  61:5 63:20
Ben-cam
  68:20
beneficiary
  55:12,15
  56:23 57:9
  68:16,19
  70:22 74:14,
  25 77:19
benefit
  65:13 77:10

benefits
  50:9 71:19
Berger
  6:14,15
  10:18,19
  12:8 15:12
  16:22 17:1,
  3,20 18:2,6,
  14,17,21,24
  19:4 22:13,
  23,24 23:4,
  7,13 27:4,12
  29:4,10,14,
  18 30:6,14,
  21 31:9,13
  32:15,22
  33:3,17
  35:23 36:25
  38:11,18,24
  39:22 40:6
  44:1,18
  45:10 46:21
  47:8,21
  48:14 49:9,
  12 50:3,16,
  24 51:7 55:4
  57:25 61:14,
  16 63:13
  65:13 67:9,
  12 72:7,22
  73:8,9,11,15
  74:8,18
  75:8,14,25
  76:15 77:1,
  12 79:6,17
  80:2,17
  81:13,16,20,
  23 82:1,10,
  20,25 85:11
  86:23 88:11,
  12,18 89:19,
  20 90:3
  92:24,25
  93:16 94:23
  96:12 99:12
  100:19
  101:3,7,25
  104:2,22,23
  105:24

107:4,5
  110:10,11
  111:15,16
  112:3 113:6
  114:11
  116:5,6,7
  117:4,18
Berger's
  121:8
Bernan
  55:20
best
  10:2 100:25
  121:21
better
  21:19 44:24
  122:20
BEZVERKHA
  28:15,21
Bishara
  12:23 13:6
bit
  38:5 122:24
blacked
  54:24 55:2
blanket
  119:5
Boggs
  89:20
bomb
  117:8
boss
  12:10,21
  13:9 21:3
bottom
  64:12
branches
  44:8
break
  9:25 10:5
  35:21 57:22,
  23 107:15
  109:8
breaks
  9:24
bringing
  57:19

Abdel Jabbar Salem
July 27, 2021

Broad
  5:16
brought
  64:7 69:6
budget
  42:22,23,25
  66:4
bunch
  120:22
burden
  94:12
business
  31:24 32:5
buy
  120:25 121:3

―――――――

C

calamical
  116:12
call
  34:25 35:1
  51:5 111:8
  116:19
called
  33:9 60:8
calling
  90:1
capable
  93:2
capitalized
  111:18
care
  88:24 117:23
case
  30:12 31:4
  88:15 90:1
  113:1
cases
  81:7
categorized
  86:16
caught
  47:13
causation
  71:24

caused
  72:1
CD
  17:14,19
  32:9 46:4
  48:6 49:17
  74:24 75:18
CD-ROM
  112:16
CDS
  56:21
census
  25:23
certain
  35:4,9 44:16
  100:11
  108:23
  122:11
Certainly
  18:6 29:2
certificate
  99:21 112:11
certificates
  99:22
certified
  28:8 64:11
  68:7
challenging
  96:15
change
  26:22 110:23
characterize
  86:8,14,15,
  20,21 117:21
characterized
  86:10 117:14
charge
  97:6 117:7
charged
  83:4,11 98:1
  110:19
  113:25
  117:15
  118:16
  121:10,12,21
charges
  95:9 102:4

107:10,13,
  18,19,21,24
  108:4 110:17
  112:15
  116:15,19,25
  117:2
charging
  99:19 107:22
  111:2 112:10
  118:12,21
check
  17:2,5 18:16
  19:5 97:14
checked
  69:7 70:15
checkmark
  70:17
circle
  123:20
circles
  122:11
cities
  44:9 69:16
Civil
  10:10 50:19
  51:2
civilian
  117:8
clarified
  105:18 118:8
  119:7
clarify
  34:11 85:14
  122:8,15
clarity
  105:7
classificatio
n
  84:21
classificatio
ns
  84:22
clause
  81:18
clear
  33:13 60:16
  100:22

103:11 119:2
  122:6,7
Clearly
  113:24 118:3
client
  96:2
client's
  100:12
Cohen
  7:2
collaboration
  43:2
colleague
  105:1
colleagues
  89:9
collect
  24:7,10,19
  26:2 44:7
collected
  80:21 104:4
collecting
  14:24 16:7
  26:15
collection
  16:4,11,15
  17:12,13
  19:8
collector
  11:19
college
  14:10,12,16
column
  56:6
columns
  55:6,7
come
  19:12 53:13
  122:16,19
  123:23
comes
  52:14
comfort
  35:21 57:22,
  23
comment
  16:24

Abdel Jabbar Salem
July 27, 2021

| | | | |
|---|---|---|---|
| commission | conference | continues | 57:7 77:21 |
| 32:13,18 | 10:12 89:3 | 114:24 | counsel |
| 33:5,10,13, | conferring | continuous | 6:7 9:17,18 |
| 15,22,25 | 101:14 | 68:13 | 12:8 29:5 |
| 34:15,19,23 | confidential | contract | 32:16 33:7 |
| 83:3 95:9 | 88:14 | 15:23 | 37:1 104:18 |
| 97:4,13,18, | confirm | contrary | 114:4 |
| 23 98:5 | 10:9 108:3 | 93:19 | 121:16,18 |
| 112:13 | confused | conversations | 123:2 |
| 115:5,13 | 17:10 | 5:6 | counsel's |
| commissions | confusion | copies | 39:11 |
| 33:2 | 73:21 | 29:5 | counted |
| committed | connection | copy | 63:6 |
| 82:4 85:4,7 | 118:20 | 37:16,19 | counting |
| 92:14 | consent | 60:3 61:14, | 17:23 18:1 |
| committing | 6:8 | 17 | country |
| 39:17 82:5 | consents | Corey | 44:9 |
| 84:17 85:24 | 90:22 | 5:14 | counts |
| 91:2,14,20 | consider | corporate | 70:3 106:17 |
| 92:11 95:4 | 86:5 118:24, | 19:24 40:3 | couple |
| 111:22 | 25 119:1 | 76:10 78:3 | 91:7 |
| 113:4,14 | consideration | correct | course |
| 114:15 | 120:11 | 8:10 12:6 | 25:20 31:24 |
| 115:19,21 | considered | 13:19 14:18 | 32:1,5 78:12 |
| 116:2 | 120:10 | 15:5 16:25 | 85:18 104:24 |
| communicate | consistent | 20:20,21 | court |
| 25:23 | 95:14 97:8 | 21:6 27:1 | 8:11 9:5 |
| communicated | consists | 30:2 31:7,22 | 18:25 20:3 |
| 24:16 25:24 | 99:15 112:5 | 34:17 35:19 | 50:21 51:19, |
| community | contains | 45:20 47:14 | 20 58:10 |
| 47:5 | 58:16 61:18 | 53:3,5,12 | 65:14 75:11 |
| compact | 112:8 | 54:6,14 | 77:4 94:6, |
| 17:18 | contemporaneo | 57:4,11 | 10,21,22 |
| complete | us | 59:20 60:18 | 97:22 107:7 |
| 123:14 | 96:6 97:2,15 | 61:2 62:7, | 121:15 |
| completely | contest | 10,16,18 | cover |
| 17:10 | 93:9,17,19 | 66:10,11 | 59:12 83:9 |
| composed | 94:4 96:14 | 67:5 68:17, | COVID |
| 43:16 | contesting | 24,25 71:14 | 8:15 |
| compound | 94:1 96:8, | 86:9,22 90:3 | crime |
| 74:19 | 10,20 | 100:18,19 | 72:4 79:16, |
| concerned | context | 101:24 102:1 | 21 80:1 |
| 65:23,24 | 93:2 | 103:6 123:13 | crimes |
| concludes | continue | corrected | 78:25 79:3,9 |
| 88:22 | 57:13 64:16 | 33:18 | 92:1 102:18 |
| confer | 68:9 | correctly | criteria |
| 22:14 | | 7:22 13:7 | 77:13,22 |

78:2,6,22
79:12 80:23
83:18,23
84:23 87:24
104:6
**cross**
62:2,6 64:8
70:20,21
99:21 112:11
**cumulative**
93:12,21
**currency**
54:11,14
**current**
13:20 14:19
**curtailing**
24:4,5
**custody**
101:21
**customs**
27:23
**cut**
123:18

——————

**D**

**dash**
19:2
**date**
63:11 112:7
113:15
114:19
**dated**
20:5 63:18
**daughter**
65:5
**daughters**
48:22
**Day**
62:20
**days**
67:14 90:14
**death**
71:24 72:1
**decent**
48:22

**decide**
70:12 71:13
72:17 74:4
76:7 97:4
**decided**
20:22 40:22
63:4 67:23
68:3 72:10,
15 74:2
**decides**
36:21,23
40:19 41:4
45:13
**decision**
63:2 74:16
75:1,2
76:17,21
77:9,11
95:11 97:3
112:20,21
115:14
119:22 120:1
**decision-
making**
42:11
**decisions**
100:5
**declare**
6:5
**deem**
79:4
**Defendant**
95:2 108:18
109:18,19
113:25
**Defendant's**
99:9 106:12
107:18
109:22
114:2,4
**Defendants**
6:15 10:9
11:3 39:13
88:13 89:15,
21 91:11
92:25 93:8
101:8,19,25
104:23

111:18
113:11
122:19
**defense**
106:18
121:18
**defined**
111:17,23
**Definitely**
87:22
**degree**
11:13
**deliberately**
117:7
**delve**
119:15
**demonstrate**
94:12
**demonstrated**
94:13
**denied**
95:21
**denies**
96:3
**denomination**
54:9
**deny**
114:22
**department**
14:3 17:16
24:8,12 25:8
26:19 32:10
34:2,5,14,21
35:13,14,15
40:23 42:10
43:20 45:13,
17,18,22
52:15 54:1
59:22,23
60:8,9,12,15
65:18,19,20
66:1 71:17
77:10,17
86:11,13
92:6
**departments**
43:17

**deponent**
19:15
**depose**
119:17,18
**deposition**
5:10,24 6:1,
2 8:1,14
9:25 10:11,
15 15:15
20:5,8 21:12
25:17 26:4,
13 28:2 34:7
37:13 39:11,
12 40:13
51:12 58:11
78:2 80:16
81:14 88:23
90:2,8,13
93:11,21
95:2 100:23
104:1 105:10
106:20
119:20
123:23
**depositions**
93:4
**deputy**
24:15 43:19
**described**
24:2 87:14
102:19
106:13,23
**designate**
88:13
**designated**
19:15,24
20:22 21:8
39:16 90:25
91:13,21
109:14
111:20
121:11
**designation**
67:14
**designee**
20:23 40:3,6
45:23 63:3
76:11 78:3

Abdel Jabbar Salem
July 27, 2021

85:21 96:3
97:21 98:9
113:20
**detail**
54:4
**detailed**
82:6
**details**
41:2 83:25
87:7
**detained**
62:20 78:11,
13
**detainee**
64:3,8 69:6
70:3,12
71:13 106:18
**detainees**
48:6 59:12
69:5,11,12
71:3 74:21
76:3 79:12
**detainees'**
69:15,17
**determination**
74:13 75:22
76:13 77:11,
18 83:3
92:2,7
119:4,5
**determine**
68:1 71:18
76:4,7 77:23
80:23 92:19
104:7 121:22
**determined**
62:12 67:23
71:2 74:21
76:3 80:10
81:9 103:19
115:7
**determines**
42:21 44:16
45:8,22
46:9,13
79:21,23

**determining**
80:11 103:20
**die**
117:9
**died**
82:5 84:17
113:14
**dies**
65:6,8,9
**difference**
96:20
**differences**
116:17
117:12
**different**
69:12 99:1
**difficulties**
101:10
**difficulty**
25:20 106:3
**digging**
108:17,18,21
**diligence**
105:8 106:5
**direct**
44:12
**directing**
63:15
**directly**
39:14 90:24
91:11 111:19
**director**
7:18,21,23
11:22 12:2,
24 14:20,22
15:2 21:1
36:16 69:7
**director/**
**manager**
60:20
**Directorate**
69:8
**disbursed**
78:16
**disclaims**
109:12

**discover**
121:25
**discovery**
15:14 38:14
39:4 44:3
46:24 47:24
48:17 50:25
81:4 104:14
113:12
**discuss**
91:24 116:1
**discussed**
21:3 120:9
**discussion**
18:9 22:18
36:2 45:2
51:10 58:3
73:3 84:6
88:6,25
89:11,22
**disk**
17:19
**dispense**
62:3 69:10
74:25 87:2
**dispensed**
50:10 64:3
**dispensing**
87:11
**displayed**
51:17
**dispute**
96:4,5
**distributed**
16:21 35:11,
16,17
**distribution**
14:25 16:4,
10
**district**
69:14
**document**
20:12 28:6,
8,23 29:24
37:22 52:5,
7,8,19
53:13,19,23,

24 57:4,8
58:21,22
59:2,25
60:22 61:7,8
62:1,5,14,
19,25 63:2,5
64:1,6,7,10
68:18 69:4,
5,8,21,24
70:4,6,12,
16,18,24
71:7,10,13,
22 76:6
97:10 99:19
100:10,14,
15,16,24
101:23,24
102:9,12,19
103:5,8
104:12,19
105:11,22
106:18
109:17,24
110:3,8
111:2 118:12
121:23
122:1,2,5
**documented**
62:24
**documents**
22:8 24:5,6
26:12,14
29:6 30:1
31:17 32:6
40:10 44:7,8
50:7,15
51:23 54:12
57:19 58:25
61:24 62:2,8
71:16 76:21
85:20 97:8,9
104:13
110:1,6
112:9,10,14
113:10
118:21
120:13

Abdel Jabbar Salem
July 27, 2021

doing
93:3 105:1
110:4 114:1
123:19
donned
79:10
door
38:22
double
17:22 18:1
drafting
110:14
drew
39:6 40:7,10
dropped
116:4,7
due
95:17 105:8
106:5
duly
6:17,20
duplication
18:2 49:17
duration
46:14
duties
48:5

E

earlier
34:7 54:21
easily
99:20
easy
61:8
educate
22:5 23:2,17
24:10
education
11:12
educational
11:10
either
70:3 78:12
84:23 85:2,

14 86:5
87:1,8,25
106:17
eligibility
64:22 65:1
68:1 72:15,
17 76:22
80:24 104:7
eligible
45:14 46:2
50:15 64:25
67:22 68:2
70:13 71:14
72:5 73:25
74:5,14
75:7,20 76:8
77:20 78:7,
20,23 79:1,
3,11 80:7,9,
15,22 81:9
87:2,10,11,
21 92:3
99:4,5
103:17,18,25
104:5 114:1
Elizabeth
28:11,14,20
37:12,21
51:25 54:21
56:4 57:23
61:10
employed
14:13 24:22
25:5,7,9,11,
14 60:12
employee
63:24
employees
15:8,9,11
24:4,6,16
25:4,10
47:19
employer
11:21 12:1
14:16
employment
14:8 15:22

end
17:2 35:16,
17 37:22
56:15,17
57:18 58:19
67:15 107:25
ending
75:12
ends
23:12
engaging
115:9
English
11:17 28:8
37:17 58:18
101:11 106:3
enlarge
28:25 38:4
52:2
ensure
45:24
enter
5:21
entered
51:18 85:14
entering
20:4
entire
53:22 61:17
entirety
83:1 93:11
entitled
44:17 45:9,
23 49:6,8
50:2 56:6
60:24 87:16
92:16,18,20
106:25
117:21 123:9
entitlement
46:4 49:16
entity
33:8 59:14
108:24
equally
100:13

error
47:12
establish
94:18 106:11
107:3,17
109:1
established
66:3,13,18,
21 67:1
establishment
66:19 67:2
Eszter
89:9
evaluated
115:6
evaluates
95:9
event
39:4 96:25
events
97:16
eventually
123:24
everybody
117:9
everyone
5:3 15:3
58:9 88:23
evidence
27:6 93:18
94:15,18
evidentiary
94:2,3,5,16
117:24 123:8
Ex-detainees'
59:13
ex-prisoners
32:14,19
33:10,14,15,
23 34:16,20,
23 35:4,9
36:24 37:9,
18
ex-prisoners'
41:8 68:12
exactly
102:24 123:4

Abdel Jabbar Salem
July 27, 2021

examination
  6:22 116:12
examine
  16:16,20
  17:14,15
examined
  6:20 35:15
exceeds
  50:20,25
  51:1 75:9,15
excluded
  65:4,5,7
Excuse
  16:22 22:13
  29:4 32:15
exhibit
  20:4,7,8
  28:2 37:13
  51:12,19
  52:1 58:10,
  11 105:2,4
explain
  73:23
explained
  97:20
explaining
  97:21
extent
  38:15 39:7
  40:1 44:4
  46:25 48:18
  49:13 50:4
  67:16 97:15
  99:13,17
  101:16
  112:12
eyes
  114:2

———————

F

face
  92:17
  108:10,16
  119:12
facilitate
  29:6

fact
  19:9 94:15,
  17 108:25
  110:20
  122:18
facts
  27:5 75:22,
  24 76:13
  82:17 109:1
factual
  95:24
failure
  110:13,14
fair
  94:24 117:19
fairly
  91:1
falls
  121:1
falsity
  122:4
familiar
  115:22
families
  27:15,18
  30:16,22
  31:2,6 44:6,
  10 46:4
  48:11,23
  50:11 56:23
  66:5
family
  45:14,22
  46:10 49:4,
  5,6,14,20,24
  50:6,10,14
  52:17,20
  53:1 54:11
  56:12,13
  62:4 64:8,23
  65:6 75:19,
  24 76:7,22
  78:16 79:11
  84:20 87:1,3
  110:21
  113:19
far

47:1 48:20
  50:5,6 53:5
  57:1 100:16
  120:3
February
  62:16 71:25
Federal
  10:10 50:19
  51:1
figured
  104:17
file
  61:18 65:11
  70:10 71:11
  80:11,12,20
  81:11 102:20
  103:20,21
  104:3,25
  106:14
  109:13,17
  110:4 111:3
  112:7
files
  64:19 80:21
  81:3,7,8
  83:1 99:14,
  18 104:4
finance
  12:3,16,17,
  21 13:11,15
  14:1,2,11,
  21,24 21:1
  25:12 32:2,
  8,9 34:8,9
  35:12,18
  43:1 44:13
  46:6 52:15
  54:1 60:17,
  19 66:6,9,
  16,20 67:8
  72:6 74:1
  91:23 112:16
financial
  7:17,19,21
  43:21 59:18,
  24 60:6,9,
  11,13,14,25
  110:21

financially
  5:18
find
  28:20 31:18
  61:8 103:9
  117:25
fine
  39:22 51:7
  61:21 94:4
  108:7 109:9
finish
  8:19,21
first
  6:20 8:5
  10:4 19:1
  20:14 38:19
  58:20 93:1
  107:17
fit
  109:1
five
  26:10 57:25
five-minute
  35:21
focused
  99:2
folder
  107:23
following
  39:16 89:2
  91:13 104:1
  111:21
  123:25
follows
  6:21
followup
  103:23
  116:23
forces
  46:20 72:3
foreign
  72:16 73:18,
  19
forgive
  13:6
form
  27:5,13 30:7

Abdel Jabbar Salem
July 27, 2021

44:19 45:11
46:22 47:22
70:7 72:8
75:9,15
**formal**
41:18
**formally**
106:2
**forms**
70:7
**forth**
107:14
**forward**
34:18 68:5
**found**
55:6,7
**foundation**
72:8
**four**
26:8,10
61:12
**Fourth**
96:6
**framed**
122:25
**framework**
109:2
**free**
116:18
**freed**
69:5,12 71:3
72:16 73:18
74:3,22 75:3
76:4,20 77:8
79:13
**Freeman**
89:4,5,14,
17,24 90:5,9
92:22 93:14,
23 96:7
98:12,19
99:7 100:7,
21 101:5,18
102:2,21
104:8 105:5
107:6 109:15
111:12,25

114:3,7
116:3,24
117:6 118:2
119:24
**front**
29:15,19
52:7 53:25
**full**
87:6
**fully**
10:24 28:18
**functional**
123:19
**funds**
27:20 113:23

---

**G**

---

**gather**
90:1
**gave**
82:21 95:7,
13 110:18
**general**
14:22 31:16
34:9 35:14
41:24 42:3,
4,23 43:19
52:15 59:17
71:16 77:10
81:6,11
116:13
**generally**
40:9
**gentleman**
21:2
**getting**
108:5 113:24
**give**
13:8 15:15
121:19
122:21 123:7
**given**
16:19 81:20,
23 82:13,14
101:9 115:2
116:21

120:18
**giving**
82:17
**goes**
15:20 27:18
69:21 95:21
**going**
8:3 11:2,4,9
15:12,19
23:8 28:11
30:7 31:16
34:18,19,24,
25 35:20
37:15 38:11
39:9 44:23
47:16 48:14
50:17 51:18
57:21,23
61:11 69:19
71:21 73:12,
13 76:6
84:25 90:6
93:18 96:14
107:9,12
117:9 118:21
119:21
120:25 121:4
122:10
123:18
**good**
5:2 6:24 7:7
11:17 29:14
35:23 89:7
**government**
7:19 33:9
95:10
**graduated**
14:15
**graduating**
14:10
**granular**
98:2,6
**great**
25:19 31:15
37:24
**Gresser**
7:3

**ground**
8:5
**guess**
95:21
**guilty**
91:1

---

**H**

---

**Hadeer**
44:22,23
**half**
90:14
**handle**
61:13
**handling**
17:16
**handwriting**
63:14
**Hang**
44:21
**happened**
41:21
**happy**
33:7,11,16,
17 109:10
111:5 114:12
117:23
**head**
8:24 9:7
36:9,16
**heads**
36:12
**hear**
7:22 8:25
18:19,21
23:5,9 58:24
75:12 77:5
92:23 104:9,
15
**heard**
32:23
**Hebrew**
70:5 97:24
106:19
**Hebron**
69:5,15

Abdel Jabbar Salem
July 27, 2021

held
  5:6 13:20
  18:9 22:18
  36:2 45:2
  51:10 58:3
  73:3 84:6
  88:6,25
  89:11,22
  102:5
  107:11,20
hidden
  55:11,18
highest
  11:11
hold
  13:3,9 67:12
  72:22 99:8
  116:4
homeless
  49:2
Honor
  89:8 90:4,
  12,18 92:24
  94:23 95:22
  96:13 98:18
  100:20 101:8
  102:1,15
  104:22
  105:24 106:5
  109:11
  110:10
  111:10
  112:4,23
  114:11
  115:16 116:9
  117:5,19,20
  119:19 121:7
Honor's
  96:19
hours
  26:10
Hypothetical
  79:18

_____

      I

_____

Ibrahim

68:20
ID
  25:22 53:10
  56:1 62:9
  70:22
idea
  76:12 109:24
identificatio
n
  20:9 25:22
  28:3 37:14
  51:13 53:16,
  20 55:25
  58:12
identify
  18:15
IDF
  72:3
Imat
  24:17
immunity
  123:20
import
  110:2
important
  8:16 9:3
  42:9 93:1
importantly
  101:13
imprisoned
  71:6 78:19
  79:10 80:7
  83:15,18
  84:16 85:24
  91:2,20
  92:11,15
  95:17,25
  97:5,7
  113:13
  114:15
  116:14
imprisonment
  39:17 73:25
  87:13 91:5,
  14 95:4
  106:23
  111:22 113:3

incarcerated
  100:9 110:20
incarceration
  95:12 99:24
  115:7
incentives
  16:19,24
include
  46:3
included
  99:14 105:4
  114:10
includes
  14:24 91:7
including
  39:18 91:15
  95:5 111:23
  112:9
income
  27:22 49:19
  50:1
indeed
  96:23
indefinite
  47:24 48:17
indicate
  6:10 71:8
  97:25 123:22
indicated
  83:2
indictment
  70:15,21,24
  71:23 87:8,
  14 97:12,24
  105:2,3
  106:14,15,24
  107:2 115:22
  121:10,13
indictments
  72:12 87:18
indirectly
  39:14 90:24
  91:11 111:19
individual
  36:11 39:15,
  16 45:8
  53:17 90:25

91:12,13,22
  99:2 111:20,
  21 121:9
individual's
  39:17 91:14
  95:4 111:21
individuals
  77:17
ineligible
  70:13 71:14
inequality
  17:17,22
inferences
  109:6
information
  16:16,17
  17:14 23:21,
  23 24:1,7,19
  26:1,2 48:7
  55:6,7,11,
  12,13,18,19
  70:2 81:11,
  12 82:7,8
  99:13
  100:12,15
  101:22
  102:6,11
  103:4,7
  104:10,18
  105:8,9,13,
  22 106:17
  107:24
  108:15,20
  115:6 119:4
informations
  24:10
injured
  91:3 113:4,
  17 114:21
inquire
  24:19 25:24
  105:20
inquiring
  25:19 119:13
inside
  65:9

Abdel Jabbar Salem
July 27, 2021

insight
22:9,11
57:17
inspect
44:8,10
70:11 71:12
76:6,21
inspected
50:8 57:18
71:16 81:8
inspecting
80:12 103:21
instance
83:11
instances
115:3,11
instruct
50:18 51:2
80:3
instructs
9:18
instrument
107:22
insufficient
109:25
intended
72:1 93:4
intentional
71:24
interested
5:18
internal
42:1 63:20
International
112:11
interpreter
6:17 17:24,
25 19:18,19
30:19 31:1
33:1,2,19,
24,25 42:14,
15 48:1,2,12
53:14,15,18
66:22,23
74:10
Interrogatory
93:8

introduction
94:24
involved
97:19
Israel
47:2 72:2
117:13
Israeli
54:11,13,16
62:15 72:13
84:22 86:4,
17 87:8
95:10 97:12
99:19,23
116:15
Israelis
97:6 116:14
issue
74:15 90:16,
18 91:7
105:3 112:17
113:1,6

———————

J

J-A-B-B-A-R
7:14
Jabbar
5:10 6:19
7:8
Jabry
55:20
JD
28:10,19
29:17 31:11,
12 51:24
58:15 69:19,
21,22
joined
14:11 89:18
Jordan
10:17
Joseph
89:13
judge
51:6 89:3,4,
5,14,17,24

90:5,9 92:22
93:14,23
96:7 98:12,
19 99:7
100:7,21
101:5,18
102:2,21
104:8 105:5
107:6 109:15
111:12,25
114:3,7
116:3,24
117:6 118:2
119:24
123:21
Judge's
15:16
July
5:11 57:12
jumping
83:8
June
20:6
jurisdiction
90:23 94:7,
11,22 113:2
jurisdictiona
l
15:14,18
38:14 39:4
44:3 46:24
47:24 48:16
50:25 94:8
113:11
Justice
90:19
justification
108:14
justified
110:22

———————

K

Karen
5:20
keep
122:10

kept
31:23 32:1,
4,8 54:12
70:10 71:11
killed
91:3 113:5,
17 114:21
killing
72:2
knew
115:15
know
6:25 10:1
20:1 21:21
22:3 33:7,8
39:21 41:12
43:7,10,12
47:2 50:6
61:13 63:21
64:17 70:2,6
71:5 80:21
83:17,20,21,
22 84:1
86:2,22
100:16
104:5,15,21
105:12
106:17
107:7,18
108:24,25
110:1,2,3
115:23 117:9
118:10,15,18
121:12,13,
14,20,23,24
122:4
knowledge
21:20 22:2
38:16 39:8
40:1,25 44:4
46:25 48:4,
19,21 49:13
50:4,6 57:16
67:17,19
71:15 72:14,
19 76:24
78:21 79:22
80:13,20

Abdel Jabbar Salem
July 27, 2021

83:14,17
91:25 92:13
98:5,11
102:17
103:22 104:3
109:12
115:25
**knowledgeable**
21:16,23
77:18
**known**
111:1

**L**

**lacks**
72:8
**land**
91:10
**language**
70:5 96:1
106:19
109:25
**law**
37:5,7,8,18,
23 38:9
39:25 40:9,
17,20,21
41:2,5,7,10,
12,14 46:17
83:4 92:8
95:13,14
115:8 116:20
**laws**
46:3 50:8
67:25 74:23
77:22 78:1,7
**lawyer**
24:1 115:5,
13 119:9,16,
17,19 120:2
123:6,7,8,10
**lawyers**
42:8 95:8
97:18,23
100:6 104:16
112:14

**layers**
115:12
**leading**
95:11
**leads**
99:25
**learn**
105:9
**leave**
19:12
**leeway**
15:16
**left-hand**
56:25
**legal**
5:15,20
24:8,11
41:24 42:3,4
43:19 45:12,
17,18,22
63:5 65:4
71:17 77:10
86:10,12
**level**
11:11 24:4
42:18
**levels**
43:22
**Liberation**
11:6 90:22
**lieu**
6:4
**life**
62:22
**light**
122:14
**limit**
103:9
**limitations**
50:20
**limited**
40:12
**line**
111:14 116:5
121:7
**list**
25:18 55:13

114:10
**listed**
59:21 111:13
**listening**
17:4
**little**
38:5 109:8
122:24
**living**
48:22,24
**located**
5:16 10:17
**location**
69:10 113:15
114:19 117:8
**long**
13:20 14:4
26:9 66:18
75:17 78:17
92:7
**look**
26:16 29:11
33:6 59:11
72:20 74:4
76:20 81:14
82:3 97:1
101:9 111:5
121:15,25
**looked**
102:20
112:25
**looking**
29:17 31:5
54:4 58:16
63:17 64:9
68:5 69:20
112:25
**looks**
72:11
**lose**
116:5
**lost**
106:2
**lot**
50:11
**lots**
120:9

**lump**
120:22

**M**

**Madam**
51:19
**made**
26:22 39:13
45:25 48:10
54:4 57:3
64:16 74:13
77:19 82:3
83:3 84:13,
15 85:4,21,
22,24 87:13
90:24 91:4,
9,11,19
92:2,4,6,20
93:9 94:9
95:2,10
96:9,16 97:2
100:22
106:22
107:13
108:2,3,6
111:18
112:22
113:3,12,21,
22 114:1,14,
25 115:18
118:7,19
119:1,2,10,
22,23 120:1
**MAGISTRATE**
89:4,14,17,
24 90:5,9
92:22 93:14,
23 96:7
98:12,19
99:7 100:7,
21 101:5,18
102:2,21
104:8 105:5
107:6 109:15
111:12,25
114:3,7
116:3,24

117:6 118:2
119:24
**Mahmoud**
30:13 52:25
54:17 59:3
**main**
43:21 46:17
**make**
8:12 27:2,
10,16,21
35:3,8 44:11
48:23 61:21
63:2 64:3,
22,24 69:8
74:16 75:23
76:21 77:9
94:3,5 106:9
108:7 109:5
113:23
119:4,11,12
121:18
122:17,19
123:12,14,22
**makes**
46:7 77:11
95:10
**making**
32:2 108:23
**manner**
6:9
**mark**
58:10 122:11
**marked**
20:9 28:3
37:14 51:13
58:12 69:2
105:1,3
**married**
65:5
**martyrs**
65:12,15,17,
18,21,24
66:1,13,25
67:15
**master**
39:24

**matched**
83:4
**matter**
5:12 6:6 7:4
41:21 78:4
116:25
117:14
118:23
**Maxman**
6:12,23 7:2
10:7,20,21
12:12,13
15:25 17:1,7
18:4,14,19,
23 19:3,11,
13,21,22
20:2,10
23:1,4,10,24
27:7,19,25
28:4,17,22
29:8,12,16,
21,22 30:11
31:3,8,15,21
32:20 33:12,
21 34:3
35:20 36:7
37:3,6,11,15
38:1,4,6,17
39:9 40:2,
11,16 42:19
44:14,22
45:7,16
47:6,16,18
48:8 49:3,22
50:13 51:4,
17,22 52:3
53:22 54:2
55:8,16
57:21 58:8,
13 61:9,20,
23 63:17,23
65:16 67:3,
20 72:25
73:11,22
74:11 75:4,
21 76:9
77:14 79:14,
24 80:5,25

81:13,17,22,
25 82:2,16,
22 83:13
84:2,11
85:16 87:4
88:2,11,16,
20 89:10
**Maxman's**
23:15
**mean**
15:10,22
16:8,14
17:11,13,18
36:11 42:4
45:18 52:18
53:9,19,22
61:3 66:16
79:9 109:20
111:5 119:19
122:3
**means**
15:22
**meant**
41:7 111:1
**meet**
26:3,6
**meeting**
101:13
**Melissa**
6:12 7:2
89:10
**member**
72:3 113:19
**members**
27:15 53:1
110:21
**mentioned**
24:22 30:21
31:11 34:13
**merchants**
27:24
**met**
20:16 26:5
**microphone**
23:6,8
73:13,14

**middle**
68:15
**midway**
90:15
**mind**
62:13
**minimum**
48:24
**minister**
12:2,21
13:11,14,16,
17 20:25
21:4 25:11,
12 42:17,18
43:18,19
54:1
**ministries**
42:24 43:2
66:15
**ministry**
7:18 12:16,
17 14:2,11,
21,23 32:2,8
35:12,18
43:1,17
44:13 46:6
59:12 60:17,
19 66:6,9,
16,20 67:8
69:4,11,12
74:1 91:23
112:16
**ministry's**
91:24
**minors**
65:3
**minute**
18:5 51:5
93:24 96:8
107:7,9
**minutes**
57:25
**misheard**
11:24
**missed**
30:18 75:11

Abdel Jabbar Salem
July 27, 2021

misstates
  76:16
misunderstand
ing
  33:4
Mitch
  22:23 104:23
Mitchell
  6:14 89:19
  92:25 101:7
  107:4 110:11
  111:15 116:7
modified
  115:1
Mohammad
  7:8 24:18
Mohammed
  30:13 52:24
  54:17 55:23
  59:3
moment
  19:12 22:15
  44:24 72:24
  84:3 98:17
money
  54:9
monitoring
  42:1
monitors
  41:25
month
  20:18 35:16,
  18 56:15,18
  57:2,5,19
  62:20 112:16
monthly
  32:3 44:17
  45:9 52:9,19
  54:10 57:8
  112:6
morning
  5:2 6:24
  90:14
move
  40:15 51:25
moved
  67:7

multipage
  28:6
multiple
  43:16,22
murder
  79:15,25

_____

**N**

name
  5:14 6:10
  7:2,5,7,11,
  12 11:15
  13:7 19:1,2
  24:11 34:22
  52:21,22
  55:24 59:16
  74:24 75:18
names
  25:18,21,24
  48:6 56:21
national
  91:3 113:5,
  18 114:22
nature
  31:17 113:16
  114:20
necessary
  68:8 93:3
need
  9:25 22:13
  24:20 44:20
  51:5 94:3
  102:22
  105:17
  110:21 119:3
  122:5 123:24
needed
  22:9
needs
  42:24 94:2,
  7,14 103:11
never
  40:8 62:13
  96:16
Nickel
  5:20 10:14

nod
  9:7
nodded
  8:24
non-party
  109:6
Nonetheless
  97:17
Norah
  52:21,23,25
  54:5 55:20,
  22 56:2
  57:14 68:17,
  19,22
Norah's
  56:20 57:8
normal
  31:23 32:4
Nos
  28:10
notes
  105:3
notice
  20:5,20
  21:13 38:13
  39:5,11 44:2
  46:23 47:23
  48:16 51:1
  75:10,16
  91:6 110:14
  111:14
November
  62:17
number
  53:6,8,10,
  16,20 55:14
  56:1 61:5,6
  62:11 98:25
  100:11 121:9
numbered
  51:23 104:13
numbers
  25:22 31:11
  54:7 55:24
  58:18 61:18

_____

**O**

oath
  6:4 8:9
object
  9:17 15:13
  16:23 17:20
  27:4 30:7,24
  38:12 44:18
  45:10 46:21
  47:21 48:15
  50:17 72:7
  75:8,14
objection
  9:21 27:12
  30:15 36:25
  38:18 44:1
  47:8,9 48:13
  49:12 50:3,
  24 55:4
  67:9,13
  74:18 75:12,
  25 76:15
  79:6,17
  80:2,17
  85:11 86:23
  104:2
objections
  6:9
objective
  59:4
obligation
  94:6
obscurity
  79:10
obtain
  27:20 64:6
obvious
  59:9
occupation
  7:15 95:17,
  19 115:9
offense
  71:24 83:11
  92:9 95:11
  97:7,25 98:1

Abdel Jabbar Salem
July 27, 2021

99:25 100:8
115:8
**offenses**
80:6,8 83:4
99:3,5,8
103:16,17
110:19
**office**
41:11 43:9,
15,25 44:15
64:6 69:14
81:3
**officer**
10:14
**officers**
46:20 47:4,7
**offices**
69:15,17
**official**
63:5 69:2,3
**okay**
7:25 11:18,
24 12:12,20
14:12 17:8
19:3,11
23:13 26:12
27:10 29:14,
16 31:1,15
33:12 34:4,
24 35:2,13
37:24 38:9
40:2 41:1,17
50:16 51:22
52:8 54:20
56:3 59:1,11
60:11 61:9,
20 62:8 63:7
66:12 69:19
70:23 72:25
86:2 90:6
92:23 100:22
105:13
107:11
109:16
118:13
119:12
121:15

**omitted**
30:23
**once**
44:9 74:24
**one**
8:17 9:11
24:17,18
28:20 38:22
52:25 63:15,
18,22 65:6
68:10 69:16,
21 72:23,24
81:5 86:20
91:9,17
93:9,10,25
95:23 98:4
99:2 100:4,5
103:2 105:11
113:7 120:23
122:24
**ones**
25:13 76:5
77:9 79:23
**ongoing**
110:21
**open**
28:16
**opened**
38:21
**operating**
42:22
**opposed**
104:21
**opposition**
94:20
**order**
22:5 23:2,
17,18 24:9
64:16 88:15
105:20
**ordered**
50:20
**organization**
11:6 12:11,
14,18 43:18,
23 65:23
90:22 120:10

**organize**
44:12
**organizes**
43:22
**original**
58:16
**originated**
53:25
**Oulia**
24:17
**outcome**
5:18
**outside**
15:13 38:12,
13,19 39:5,
10 44:2
46:22 47:22,
23 48:15
67:13 79:7,
18 80:18
119:9
**overkill**
93:12,22
**oversee**
16:1,16,20
**overseeing**
16:3,10
25:25
**oversees**
41:22
**oversight**
41:19
**Ozetas**
24:18

---

**P**

**p.m.**
89:2
**PA**
11:5 13:24
19:25 22:4
23:16 25:1,
3,7 26:25
27:2,10,14,
16,20,22
28:7 34:14

36:10,15
42:5,23 47:7
66:7,10,17,
19,21 67:2,8
76:11 78:4
79:4 91:22
**page**
28:16,18
30:4 31:4,18
52:1,11 53:9
54:3 56:4
61:4,11,22
63:10 64:9,
10 68:15
69:2
**pages**
21:12 30:4
54:22 55:17
61:12
**paid**
36:24 56:14,
16,19 57:14
84:20 120:4
**Palestine**
7:10 49:1
90:21 116:11
**Palestinian**
7:19 11:4,6
12:19,25
13:12,18
14:13,17
15:1,4,7
19:16 20:24
21:17 24:22
25:6,13,14
26:21 31:24
32:11 33:9
34:6,9 37:5,
7 39:25 40:9
46:19 47:20
60:21 63:1
90:21 91:23
92:5 95:12,
14 97:4
115:5,8
116:12
117:15

Abdel Jabbar Salem
July 27, 2021

| | | | |
|---|---|---|---|
| **Palestinians** | **Patton** | 68:9,13,24 | 99:8,22 |
| 116:15 | 89:20 | 72:4 73:25 | 100:9 101:20 |
| **pandemic** | **pay** | 74:15 75:7, | 102:5 104:11 |
| 8:16 10:8 | 120:17 | 23 76:14 | 105:19 |
| **paper** | **payee** | 81:19 84:13, | 107:20 108:8 |
| 29:1,5 31:9, | 39:15 90:25 | 14,19 85:3, | 113:13,20 |
| 10 61:14,16 | 91:13 111:20 | 19,23 87:12 | 114:14 |
| 69:20 100:3 | **payment** | 91:8,9,10,16 | 115:18 |
| **papers** | 14:2 16:4 | 92:3,4,20 | 118:6,11,16 |
| 44:10 45:13 | 30:3 31:2 | 95:2,6 96:9, | 119:25 |
| **Paragraph** | 32:2 45:24, | 16,17 106:22 | 120:2,5,8 |
| 88:14 | 25 46:1 | 107:13 | 121:21 |
| **pardon** | 48:21 50:15 | 108:6,8 | **personal** |
| 51:25 62:16 | 56:16 57:3, | 111:17,18,24 | 11:10 39:7 |
| **part** | 15 59:8 | 112:6,17 | 40:1 46:25 |
| 26:19,25 | 68:23 70:8 | 114:2 | 55:11,19 |
| 27:17 32:11 | 77:20 78:8, | **pays** | 67:16 80:20 |
| 33:4 34:5,8 | 20 79:1,4 | 27:14 | 90:22 104:3 |
| 59:24 60:10 | 80:9 82:3 | **penalty** | **phase** |
| 70:10 71:11 | 83:5 85:22 | 6:6 | 117:24 |
| 104:24 | 90:24 91:4, | **pending** | **phrases** |
| 110:12 | 19,24 93:5, | 9:21 10:3 | 106:5 |
| 114:12 | 10,19,21 | **Pennsylvania** | **physically** |
| 120:24 | 99:6 100:1 | 10:16 | 5:25 10:17 |
| **Participants** | 103:18 | **people** | **pieces** |
| 5:4 | 108:2,3 | 15:6,22 | 100:3 |
| **participating** | 110:16,18, | 24:11 40:22 | 107:15,16 |
| 5:24 | 19,22 112:5, | 47:4 111:4 | 109:3,4,8 |
| **participation** | 22 113:2,10, | 118:22 | **place** |
| 95:18 | 12,19,21,22, | 120:2,9 | 8:15 |
| **particular** | 23 114:14,25 | **perfect** | **Plaintiff** |
| 63:15 67:21 | 115:18 | 29:21 37:25 | 94:9,12,13, |
| 91:18 92:1 | 118:7,19 | **performs** | 14 |
| 99:2,3 | 119:10,11, | 43:22 | **Plaintiff's** |
| 101:20,23 | 13,23 | **period** | 102:3 |
| 102:4,9 | **payments** | 15:24 | **Plaintiffs** |
| 104:19 | 16:1,11 | **periodic** | 7:3 90:12 |
| 105:10 | 27:2,10,16, | 9:24 68:8 | 94:3 96:4,25 |
| **parties** | 17,21 30:5, | **perjury** | 99:20 101:14 |
| 6:7 10:13 | 10 31:5,23 | 6:6 | 116:17 123:8 |
| 89:5 | 32:24 33:6 | **person** | **platitude** |
| **partner** | 35:4,9 | 6:4 8:17 | 82:17 |
| 7:2 | 39:13,19 | 12:4,22 | **pleaded** |
| **party** | 40:19 41:4 | 21:5,7,15,22 | 91:1 |
| 5:17 | 46:7 48:9 | 59:4 62:13 | **please** |
| **past** | 49:6 50:2 | 82:4 85:22, | 5:21 6:9 7:5 |
| 26:20 | 54:4 63:3 | 23 91:19 | 8:19 9:11,25 |
| | 64:16 67:22 | | |

18:5,15 20:2
23:25 69:1
79:1

**PLO**
5:13 11:6
13:4,10
19:16,25
21:9,24 22:5
23:17 25:3,
9,14 26:19
28:7 32:5
36:19 66:2,
4,14 67:5,7
76:11 78:3
79:4 89:25
91:22 117:12

**point**
72:13 75:19
82:12 86:4,
17 90:15
95:20,21
96:6,19
101:24 106:6
110:4 122:6,
8

**pointed**
100:14

**points**
94:25

**political**
74:7 76:24
77:7 78:12,
14,15 79:5,
10 80:8 81:4
84:24 85:15
86:6,8 87:1,
9 88:1 92:9
99:5 103:17
116:16
117:12

**portion**
62:19

**posed**
98:20 101:11

**position**
11:20 13:21
14:1,5
117:1,16

**positions**
13:10,23

**possible**
71:9 100:3

**potential**
121:2

**pre-defined**
91:15

**precisely**
102:1 117:4

**predicate**
93:5,11,15,
19,21 95:22
96:21
114:13,18,23
120:24

**predicates**
15:17 95:24

**prefer**
118:9

**preparation**
19:10 90:16
105:9 110:1,
12,13

**prepare**
25:16 26:4,
13 80:16
102:7 104:1
105:21
108:20
114:24

**prepared**
22:8 25:20
28:6 32:6
35:10 82:19,
24 92:21
95:7 101:19
106:1,9
110:15,24
111:8 116:1
120:18
122:18,20

**preparing**
14:24 29:25
58:23,24,25
78:2 98:9

**presence**
46:14

**present**
5:25 42:21
62:3 70:9
74:23 75:18
98:5

**prevent**
49:1

**previously**
34:12,13

**Prime**
13:16,17
42:17

**prison**
16:5,12
46:15 48:7
62:6 64:4,24
65:2,9 68:3
78:17 81:2
82:5 83:20,
22 84:21
85:7,10,14
87:17,19
92:2,8,19
96:9 99:4,9,
23 102:18
103:16
106:13 107:1
115:19,20,23
117:25
118:6,7,11

**prisoned**
47:2

**prisoner**
24:12 25:25
30:10,13
44:15 45:9,
14,23 46:10,
15 48:23
49:15,19,23,
25 50:1,2,14
52:12,14,24
53:4,6,11,20
54:19 55:23
56:12 59:3,
7,10 62:2,6
64:23 65:3,8

**presence**

67:21 73:20
74:5,16
78:11,13
92:1,3,8,18
95:16 99:3,
25 102:17
106:12,13
112:7 113:25
115:5 116:2

**prisoner's**
46:10 49:4,
5,6,24
52:17,20,22
54:11 61:17
64:23

**prisoners**
16:2 26:18
27:3,11,16,
18 30:3,5,
17,23 31:2
32:13,19
33:10,14,15,
22 34:10,15,
19,23 35:4,9
36:23 37:17
41:4,8 44:7,
16 46:5,19
47:2,19
48:4,10,11
49:7 56:23
57:20 60:24
66:5 68:11
72:16 73:18
75:2 76:19
80:22 81:5
85:21 91:25
92:11 97:4,
13,18,23
98:4 104:5
112:13
115:13

**prisoners'**
16:18 17:16
24:9,25 25:2
26:16,19,24
32:7,10
34:2,4,13,
20,25 35:1,

2,3,8,10
36:9,17
37:5,8 40:22
41:11,19,23,
25 42:6,8,
10,22 43:4,
5,9,12,14,24
44:5 45:18,
21 46:12,18
48:10 59:4,
13,24 60:3,
7,10,23,24
61:1,6 63:4,
7,20,25
64:5,14,15
67:24 68:4
69:10,13,18
70:11 71:12
72:5,10
74:1,3,13
75:23 77:8,
16,23 78:1
81:2 83:2,
19,23 86:11,
13 87:10
92:6 95:9
**probably**
25:10 119:17
**probe**
92:18
**problem**
72:23 73:9,
15 109:11,16
110:9 114:5
122:22,24
**Procedure**
10:11 50:19
51:2
**proceeding**
5:5 10:12
**proceedings**
5:22
**process**
8:6 97:3,19,
22 98:4
106:7 111:4,
6 112:20

**produced**
28:7 62:1
97:9,11 98:3
99:15 100:11
101:23
102:10
104:14,20
109:18 112:5
113:11
118:12
**proficient**
17:4 97:24
**programs**
43:4,6,8
**Promoting**
90:19
**pronouncing**
13:7
**properly**
19:9
**Protective**
88:15
**prove**
93:4 116:18
**provide**
23:23,25
**provided**
82:23 105:23
118:17
**provides**
113:2
**proving**
62:6 95:22
**provision**
90:20
**provisions**
39:24
**PSJVTA**
93:5
**purpose**
43:24 48:9,
21 109:21,23
**pursuant**
10:9,13
20:20
**pursue**
98:7 121:7

**put**
19:6 20:2
28:1 32:24
37:11 93:1,
18
**putting**
93:13 123:1,
16

---

**Q**

**Qadri**
36:13 42:12
**qualified**
107:14 115:8
120:17
**qualifies**
119:10,16
120:3,16
**qualify**
108:5 112:15
**qualifying**
95:12 97:7
98:1
**quarter**
57:18
**question**
8:20,22
9:13,14,19,
20 10:3,4
12:9 15:13
16:14 17:9,
11 19:20
20:11 23:1,
15,22 24:3
27:5,9 29:23
30:8 32:16,
17,21,23
33:11,20
34:11 35:5
37:2 38:12
40:19 41:3
42:15 44:19
45:11 46:22
47:17,22
48:2,15
49:11 50:17,

22,23 52:4
53:16 54:23
55:9 58:20
67:11 69:23
75:9,15
85:1,5 98:8,
9,13,22
100:10,23
101:1 102:4,
22 103:1,14,
15,23 105:21
106:3
107:12,15
108:12
110:15
114:16
116:21,23
118:5,10
119:8 120:6,
23,24 121:1,
5 123:1,17,
20
**questioning**
29:7 50:20
105:1 107:10
111:14 121:8
**questions**
8:3 9:4,11,
18 10:24
22:7 23:3,19
31:16 38:23
61:12 98:14,
15,20,23,25
101:10
108:1,9
109:19
120:13,22
121:9
122:12,13,
21,23,25
**quick**
57:22
**quote/unquote**
95:23
**quoting**
39:13 111:16

Abdel Jabbar Salem
July 27, 2021

---

**R**

Ramallah
  7:10,20
ranges
  15:8
reach
  65:4 115:14
read
  21:11 99:20
  103:14
  109:24 110:7
  112:14 113:7
  114:12
  118:14
  120:12
reading
  97:24 100:14
  104:24
ready
  109:5
reality
  121:17
realize
  19:14 83:9
realtime
  73:17
reask
  23:21
reason
  10:22 71:8
  75:6 81:21,
  24 82:13,14,
  16,21 83:1,6
  87:2,9,13
  91:5,16
  95:8,13,19
  101:20
  106:22
  110:18,22
  112:17,21,
  22,24 113:3,
  21 114:8,10,
  23,25 115:4,
  11 120:1

reasoning
  120:12
reasons
  39:18 73:24
  78:14 81:19
  91:8 92:19
  95:6 96:15
  110:16
  111:1,24
  114:12
recall
  90:18
receive
  16:17 25:18
  48:5 49:19
  53:2 57:13
  68:19 74:15
  75:7 76:22
  92:3
received
  20:25 26:1
  69:7 74:24
  121:11
receives
  27:22 46:10
  66:4,15
receiving
  68:23
recipient
  113:19
recipients
  36:21
recited
  39:23
recognize
  28:23 52:5
  58:21 69:23
recommend
  119:9
reconstruct
  111:6
record
  5:3,8,22
  6:11 7:6
  8:13 18:5,8,
  10,12,18
  19:1,7 20:4

  22:14,17,19,
  21,24,25
  23:14 28:5
  36:1,3,5
  37:16 44:24
  45:1,3,5
  51:5,9,11,
  15,18 58:2,
  4,6,14 72:24
  73:2,4,6
  84:3,5,7,9
  88:3,5,7,9,
  22 89:1,12,
  23,25 97:2,
  16 98:21
  105:6,14,18
  112:5 118:8
  122:6 123:23
recorded
  5:5,6
records
  30:3,5 31:23
  59:8 68:23
  91:25 98:2,3
  112:4
red
  62:2,5 64:8
  97:12 99:21
  112:11
redacted
  28:18 54:24
redactions
  31:20
refer
  11:4 34:19
  73:19
referred
  73:20
referring
  11:3,5 34:7
  37:10 38:10
  40:18 41:5
  43:6
refers
  73:17
reflected
  113:10

regard
  116:15,22
regarding
  26:3
regular
  47:3 64:15
  97:19
regulation
  71:2 74:4
  76:18
regulations
  46:3 50:9
  67:25 71:19
  72:10,14,18
  74:2,21
  76:3,5,19
  77:13
relate
  91:8
related
  5:17
relationship
  55:22 68:21
relative
  54:5
relatives
  44:6 48:23
  49:15 65:6
  69:6
relevant
  93:5 95:1
  112:6
relies
  63:7
rely
  63:1
relying
  109:7
remaining
  94:24
remains
  99:22
remind
  40:3
remote
  5:9,14,21

Abdel Jabbar Salem
July 27, 2021

| | | | |
|---|---|---|---|
| **remotely**<br>  6:2 8:15<br>  10:8<br>**renders**<br>  93:20<br>**renewed**<br>  40:24 41:13<br>**repeat**<br>  19:19 30:20<br>  33:20 35:5<br>  42:15 47:17<br>**rephrase**<br>  9:12 14:14<br>**replicate**<br>  111:3<br>**report**<br>  12:5 42:13<br>**reporter**<br>  5:19,23 8:11<br>  9:5 18:25<br>  20:3 51:19,<br>  20 58:10<br>  65:14 75:11<br>  77:4 107:8<br>**reporting**<br>  6:1,9<br>**represent**<br>  7:3 37:16<br>  71:21<br>**reprieve**<br>  83:8<br>**request**<br>  5:7 10:2<br>**require**<br>  49:4 64:15<br>**required**<br>  70:25<br>**requirements**<br>  65:2 68:11<br>**requires**<br>  39:24<br>**resistance**<br>  115:9<br>**respect**<br>  21:16 23:15<br>  82:4 84:12,<br>  15 91:19 | **95:3 101:20**<br>**102:3 104:10**<br>**113:9,13,20**<br>**114:14**<br>**115:18**<br>**respectfully**<br>  111:7<br>**respond**<br>  9:4 22:6<br>  23:3,18<br>  38:18 39:25<br>  110:11<br>**response**<br>  39:1,2 41:3<br>  53:15 100:23<br>  102:13<br>**responsibilit**<br>**ies**<br>  14:20 16:5,<br>  12<br>**responsible**<br>  16:3,10<br>  60:19<br>**rest**<br>  87:17 107:2<br>**result**<br>  84:20<br>**results**<br>  108:21<br>**retranslate**<br>  32:23<br>**revenge**<br>  72:2<br>**revenues**<br>  27:24<br>**review**<br>  26:12 102:7<br>**reviewed**<br>  22:12 47:14<br>  111:4<br>**reviewing**<br>  63:25<br>**ridiculous**<br>  80:3<br>**right**<br>  10:5 33:3<br>  56:4 57:1 | **60:5 70:17**<br>**72:20 88:2**<br>**90:2 96:4**<br>**99:9 104:17**<br>**105:6 107:15**<br>**108:8,22,25**<br>**112:1,3**<br>**116:14**<br>**117:17**<br>**123:13**<br>**right-hand**<br>  54:7<br>**role**<br>  43:21<br>**Ron**<br>  89:8 90:12<br>  103:14<br>  106:10<br>  109:10<br>  112:24<br>  115:17<br>**room**<br>  6:1<br>**rough**<br>  101:12<br>**rows**<br>  54:24 55:2<br>**Rule**<br>  10:10,13<br>  50:19 51:1<br>  90:16<br>**rules**<br>  8:5 10:10<br>  67:24 72:6,<br>  14,18 74:23<br>  76:4,18,19<br>**ruling**<br>  122:12<br>  123:24<br>**rulings**<br>  122:17<br><br>———————<br>**S**<br>———————<br>**S-A-F-W-A-N**<br>  19:1 | **S-A-L-E-M**<br>  7:14<br>**safety**<br>  74:6,9 76:25<br>  77:5<br>**Safwan**<br>  19:1<br>**salaries**<br>  14:23,25<br>  15:3 16:19<br>  21:1 44:17<br>  46:12 54:15<br>  56:17 60:20<br>**salary**<br>  7:18,21,23<br>  11:19 12:24<br>  14:20 25:8<br>  45:9 49:17,<br>  24 52:12,16<br>  54:8 56:6,9,<br>  10 57:8,13,<br>  17<br>**Salem**<br>  5:10 6:19<br>  7:8 19:14<br>  28:24 31:22<br>  40:17 73:23<br>  76:10 77:15<br>  83:14 84:12,<br>  25 86:7<br>**satisfies**<br>  93:10<br>**satisfy**<br>  94:21<br>**satisfying**<br>  120:19<br>**save**<br>  19:6<br>**saved**<br>  60:2,3<br>**saying**<br>  17:8 26:24<br>  52:22 78:18<br>  86:12 100:2<br>  104:9,18<br>  106:7 122:3<br>  123:2,5,13, |

Abdel Jabbar Salem
July 27, 2021

15

**says**
39:13 52:12
54:8 59:12,
17 62:8,9,
14,20 93:8
95:16 97:13
102:19 103:5
106:17
109:3,23,24
110:7,8
120:8 123:8

**scale**
46:11,16,17

**scheduled**
90:13

**scope**
15:14 38:12,
13,20 39:3,
5,10,20 44:2
46:22,23
47:22,23
48:5,16
50:25 67:13
75:9,15
79:7,18
80:18 120:6

**screen**
28:1 29:20
58:9 64:13

**scroll**
20:6 28:12
37:21 54:21
56:3 61:10

**second**
13:8 24:18
38:21 116:4

**section**
69:2

**secure**
48:22

**security**
46:20 48:25
74:9,10
77:1,2,8
78:12,14,15
79:5 80:6
83:24 84:24

85:15 86:6,9
87:1,9,25
90:19 92:9
99:3 103:15

**see**
15:20 20:14
28:12 29:1
38:2,7 52:6,
11 53:5
54:25 55:1,
21 56:7
57:15 59:19
62:9 63:11
70:15,16
108:13

**seeing**
46:2

**semi**
15:8,10,21

**send**
44:12 112:15

**sentence**
62:23 70:4,
25

**sentenced**
62:21,22

**separate**
65:22

**series**
51:23 98:23,
24 99:21
122:13

**serve**
43:25

**served**
91:6 93:7

**serving**
17:5 18:16

**sets**
42:25 46:16
63:14

**setting**
117:7

**several**
95:5 115:12

**Shatsky**
5:12 58:15

89:25

**sheet**
59:12

**shekel**
54:11,16

**shekels**
54:13

**shoplifting**
78:19,24
87:20

**shortcut**
106:7

**shorthand**
34:24

**show**
97:10

**showing**
28:13 41:6
94:2,3,5,9,
19 112:5

**shows**
57:8 68:18

**Shukri**
12:23 13:6

**side**
54:8 56:25
86:17 92:23
99:10 100:13
102:3

**sides**
122:24

**signature**
63:11

**signed**
63:12

**similar**
104:12

**simply**
97:13,25
98:2,10
102:16,19
115:25

**Sinaiko**
89:9

**single**
98:22

**sir**
7:11 18:20
58:24

**size**
42:21

**so-called**
93:4

**Social**
48:25

**sons**
48:22

**sounds**
35:23 118:4,
7 120:20
121:16 122:6

**source**
100:12
105:12
113:22

**spanning**
90:14

**speak**
8:16 22:4
23:5,7 70:4
81:1 106:19

**speakers**
24:16

**speaking**
53:15 66:24
67:1 90:10
101:6

**speaks**
8:17

**specific**
28:16 30:10,
12 55:7 79:1
81:10 83:20,
25 122:12

**specifically**
81:18 82:2
98:13

**specified**
39:18 95:5
111:23 112:2

**spell**
7:11,12
11:15

Abdel Jabbar Salem
July 27, 2021

| | | | |
|---|---|---|---|
| **spoke**<br>  22:25 23:1,<br>  14,17 24:4,<br>  7,13,14 78:5<br>  97:17<br>**sponte**<br>  94:10<br>**Squire**<br>  89:20<br>**staff**<br>  42:7<br>**stamp**<br>  97:12<br>**stamped**<br>  64:11<br>**stamps**<br>  100:4<br>**stand**<br>  33:18<br>**standards**<br>  48:24 84:23<br>  87:25<br>**start**<br>  8:20 11:9<br>  108:1<br>**starting**<br>  57:5 100:8<br>**starts**<br>  43:18<br>**state**<br>  7:5<br>**statement**<br>  5:21 52:12<br>  92:13<br>**States**<br>  91:4 113:5,<br>  18 114:22<br>**stating**<br>  6:10 38:19<br>**statute**<br>  15:18 91:10<br>  93:6 96:15<br>  109:3 113:2<br>**statutory**<br>  96:1 112:6<br>**Steve**<br>  89:9 | **stick**<br>  15:17<br>**stip**<br>  122:9 123:11<br>**stipulate**<br>  10:13 101:15<br>  102:10 106:1<br>  111:5 123:3<br>**stipulation**<br>  106:8 118:9<br>**stop**<br>  28:14 37:24<br>**stored**<br>  32:9<br>**Street**<br>  5:16<br>**strike**<br>  34:12 35:7<br>  36:21 79:2<br>**struggle**<br>  95:18<br>**studied**<br>  81:8<br>**studying**<br>  45:13<br>**sua**<br>  94:10<br>**subdepartment**<br>  60:23<br>**subject**<br>  99:14<br>**submission**<br>  112:9<br>**submits**<br>  50:7,15<br>**submitted**<br>  26:14,17<br>**Subpoena**<br>  22:7 23:19<br>**subtopics**<br>  91:18<br>**sufficient**<br>  94:10<br>  102:13,15<br>  103:11<br>**suggests**<br>  109:25 | **summary**<br>  117:19<br>**support**<br>  5:15,20<br>  75:22<br>**supporting**<br>  76:13<br>**sure**<br>  8:13 19:21<br>  40:23 41:15<br>  44:11 47:13<br>  48:24 61:21<br>  64:3,22,24<br>  69:8 93:24<br>  109:16<br>  121:18<br>  123:12,14<br>**swallowing**<br>  23:9<br>**sworn**<br>  6:18,20<br><br>---<br><br>**T**<br><br>**tab**<br>  20:3 28:1,5<br>  37:11 57:24<br>**take**<br>  9:24 10:5<br>  35:20 57:21,<br>  22 59:11<br>  88:24 92:17<br>  93:22 96:19<br>  100:3 106:6<br>  107:15 109:8<br>  117:1,15,23<br>  123:6<br>**taken**<br>  8:1 10:11,15<br>  108:16<br>**taking**<br>  8:14 26:15<br>**talk**<br>  22:6 28:19<br>  73:12,13<br>  77:25 123:21 | **talked**<br>  25:4 80:16<br>  103:25<br>**talking**<br>  19:5 38:22<br>  59:7,15<br>  61:19 84:14<br>  113:8<br>**tape**<br>  47:14<br>**taxes**<br>  27:23<br>**team**<br>  25:20<br>**technician**<br>  5:15<br>**tell**<br>  37:23 75:6<br>  78:10 92:5<br>  98:13 103:5<br>  104:16 110:8<br>  115:15<br>  120:10,12<br>**telling**<br>  82:7 98:7<br>  117:8<br>**temporary**<br>  15:23<br>**ten**<br>  13:22,25<br>**term**<br>  111:23<br>**terms**<br>  92:4 93:2<br>  111:17<br>**terror**<br>  72:1 86:3,16<br>**terrorism**<br>  82:6,11<br>  83:12,16<br>  84:18 85:5,<br>  8,17,25<br>  86:14,21<br>  90:20 91:3,<br>  20 92:12<br>  95:25 96:3,<br>  18,23 113:4, |

Abdel Jabbar Salem
July 27, 2021

15,16,17
114:16,17,
20,21
115:20,21,25
116:16,20,22
117:3,11,16,
22 118:20,
24,25 121:2
terrorist
96:10,11,13
terrorize
117:10
testified
6:21 11:18
66:12 71:10
92:10 96:24
115:17
119:25
testify
20:23 21:8
40:9 109:14
119:22
testifying
8:9 115:21,
24
testimony
6:5 75:5
76:12,16
77:15 105:16
119:6 120:5
121:19 123:7
thank
7:1,15,25
9:3,10 10:6,
20 11:24,25
12:12 19:3
21:7 29:8,12
34:18 35:24
40:4,14
41:17 51:22
88:23
thing
21:10 34:15
86:20 93:25
103:2
things
71:25 99:16
107:8 120:22

122:11,15
123:23
think
9:1 10:23
12:8,9 26:8
32:12 33:3
36:20 53:7
56:14 61:5,6
63:9,21
66:8,12 67:6
68:1,10
70:20 74:6,
8,9 77:12
79:25 92:16
93:1,20
102:22
103:11
105:17
110:12,13
117:18
122:17,22,23
123:19
thinking
97:3 98:4
100:6 111:4,
6 112:19
thinks
83:11
Third
95:20
thought
119:20
three
24:6 26:10
68:6
time
5:11,12,19
6:25 8:18
15:24 18:8,
12,13 19:6
22:17,21,22
26:9,11,16
29:25 36:1,
5,6 40:13
42:21 45:1,
5,6 47:25
48:17 51:9,
15,16 55:25

58:2,6,7
73:2,6,7
84:5,9,10
88:5,9,10,22
92:7 108:21
times
26:6,8
title
7:16
titles
12:25 13:3
36:14,18
today
5:10 7:1
8:4,9 10:24
11:3,21 12:1
19:16,25
20:19 41:18
43:3 57:12
75:6 90:15
today's
10:11 88:23
told
39:6,25 81:7
87:20 97:1
101:15
120:15
tomorrow
8:4 90:14
122:16
top
52:11 53:8
69:1
topic
26:4 35:22
39:12 40:4
91:17 95:1
110:24
111:7,13,16
115:3
topics
21:12,16,20,
23 40:7
81:14 91:7,9
92:21 113:7
114:10
tract

91:10
transcribe
9:6,7
transcribing
8:12
transcript
47:15 73:17
88:13 101:13
102:23
104:25
122:16
123:16
transcription
47:12
transfer
56:19
transferred
56:22 65:11
transferring
69:9
translate
38:25 39:1
44:23 49:10
50:16,21
translated
19:9 28:13
49:11 50:23
58:17 67:11
101:12
translation
12:10 16:23,
25 17:5,21
18:3 19:5,7
28:8 30:15,
17,22,24
32:17,24,25
37:17 44:20
47:10,12
72:23 73:9,
16,21 77:13
101:10
106:2,4
translator
17:2,6 18:16
30:18 33:5
treasury
14:1

Abdel Jabbar Salem
July 27, 2021

true
  55:17 82:20,
  25 105:23,25
  123:13
truth
  122:4 123:3
truthfully
  10:25
try
  8:21 9:11
  25:23 123:11
trying
  15:15 24:7
  31:18 106:6,
  11 107:3
  117:10
Tuesday
  5:11
turn
  39:11 68:14
  69:19 95:14
turned
  81:3 85:20
turning
  70:14
two
  25:21 63:14
  64:18 67:14
  90:14 99:15
  100:3 113:7
  123:2
type
  55:5
types
  78:25 79:3

U

Uh-huh
  65:10
ultimate
  113:1,6
unable
  98:15
underlying
  110:17 112:7

understand
  8:6,8 9:10,
  12,22 11:2,7
  19:17 27:9
  32:16 33:6
  35:6 79:9
  93:24 98:6
  102:24 109:2
understanding
  57:7 74:12
  77:20
  107:19,21
  109:21,22
understood
  8:23 9:8,9,
  14,15,16,23
  12:9 121:6
uniformly
  99:18
United
  91:4 113:5,
  18 114:22
University
  11:14,16
unprepared
  120:14
unwilling
  86:13,20
update
  64:11
updated
  60:2 68:12
updates
  64:15,19
  68:7,8
urging
  121:8
UTC
  5:12 18:8,12
  22:17,21
  36:1,5 45:1,
  5 51:9,15
  58:2,6 73:2,
  6 84:5,9
  88:5,9,22

V

valuable
  40:12 47:3,
  11
value
  92:17
  108:10,16
variants
  47:4
various
  47:11
vastly
  50:20
verbally
  6:5 9:4
verified
  93:7
verify
  97:14 112:14
version
  28:13 58:17
  62:19
versus
  5:13 89:25
Victims
  90:20
video
  5:15 8:15
  10:12
video-
recorded
  5:9
VIDEOGRAPHER
  5:2 18:7,11
  22:16,20
  35:25 36:4
  44:25 45:4
  51:8,14
  58:1,5 73:1,
  5 84:4,8
  88:4,8,21
view
  72:13 75:19
  86:4,18
  116:13

Vincze
  89:9
void
  112:25
Vyskocil
  123:21

W

wages
  7:24 11:19
  14:23 56:17
Wainaina
  5:14
wait
  8:19,21
  37:19 93:24
  96:8 107:7,8
waive
  6:8
want
  32:22 33:6,8
  40:11 61:13,
  21 83:7
  96:25 98:6
  108:3 109:1,
  3 110:11,23
  112:18,19
  115:12
  116:10,18,19
  117:24
  118:15,18
  119:15
  122:11
wanted
  123:20
Wardeh
  30:13 31:6
  52:25 54:18
  55:23 56:12
  57:13 59:3,8
  62:15 67:22
  68:20 71:5,
  23 73:24
  75:7,24
  76:14 78:19
  80:7,15

Abdel Jabbar Salem
July 27, 2021

83:15,18
84:13,15,16
85:3 99:4
103:16,25
**Wardeh's**
54:5 56:10
57:9 63:3
74:14 77:19
86:8
**waste**
40:12
**watch**
120:21
**way**
99:10 110:23
**ways**
99:1
**wealthy**
50:11
**week**
67:15
**weigh**
100:4
**welcomes**
44:6
**went**
98:25
**Whomever**
79:9
**Wick**
89:7,8 90:7,
11,12 98:17,
24 102:14
103:13,14
104:24
106:10
109:9,10
111:10
112:23,24
114:5
115:16,17
117:20
119:18 121:6
**wife**
55:22 68:17,
21

**wire**
56:19,22
**witness**
6:5,19 8:24
10:16 15:21
17:21 19:24
20:11,20
22:14,25
23:15,22
27:14 29:5,
23 30:9 34:1
37:4 38:2,
15,21 39:6
40:4,14
42:16 44:3,5
45:12 46:24
47:1,10
48:3,18,20
49:14 50:5,
18 52:4
53:24 55:5,
10 58:20
63:19 66:24
67:15,18
72:9 74:20
75:17 76:2,
17 77:2,7
79:8,20
80:19 82:7,
18,23 83:10
85:13 86:25
90:17 91:21
92:10,21
95:7,13,20,
24 96:2,24
98:14,16,21
99:1 102:8,
16,25 104:2
105:7 106:8,
15,24 109:7,
12 110:25
111:8 112:12
114:16
115:17
119:21
120:14,17,25
121:3,19
122:18,20
123:4,9,11,

12,15
**witness'**
101:16
**word**
16:24 17:21,
22 19:8
32:24 74:9
77:5 112:24
114:8
**words**
93:17
**work**
7:17,18
12:11,14
14:22 15:6,
23 60:16,18
72:18
**worked**
12:20 41:7
74:23
**workers**
15:9 47:3
**working**
13:25 14:9
**works**
15:3
**wounded**
65:12,15,17,
18,20,25
66:2,14,25
**write**
114:19
**writing**
31:19

---

**Y**

---

**yeah**
108:7
**year**
41:14 57:2,
3,6 64:18
**years**
13:22,25
64:18 97:16
**yellow**
62:19

**York**
5:16