# LOWELL DECL. EX. 14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
SHABTAI SCOTT SHATSKY, individually and as
personal representative of the Estate of
Keren Shatsky, J. ANNE SHATSKY, individually
and as personal representative of the Estate
of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ,
YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN,
MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY,
GINNETTE LANDO THALER, individually and as
personal representative of the Estate of
Rachel Thaler, LEOR THALER, ZVI THALER,
ISAAC THALER, HILLEL TRATTNER, RONIT
TRATTNER, ARON S. TRATTNER, SHELLEY
TRATTNER, EFRAT TRATTNER, HADASSA DINER,
YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN,
ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN, and BELLA FRIEDMAN,

                    Plaintiffs,

          -against-

THE PALESTINIAN LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a
"The Palestinian Interim Self-Government
Authority" and/or "The Palestinian National
Authority"),

                    Defendants.
-------------------------------------------X
Case No. 18-Civ. 12355

                ** CONFIDENTIAL **

    CONTINUED REMOTE VIDEOTAPED DEPOSITION OF

                ABDEL JABBAR SALEM

            Wednesday, July 28, 2021


Reported by JEFFREY BENZ, CRR, RMR

JOB NO. 366126

Abdel Jabbar Salem Volume II
July 28, 2021

1

2

3

4

5                          July 28, 2021

6                          11:36 UTC

7

8

9        Videotaped Deposition of ABDEL JABBAR SALEM,

10  taken remotely, before Jeffrey Benz, a Certified

11  Realtime Reporter, Registered Merit Reporter and

12  Notary Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1
 2   A P P E A R A N C E S:
 3
 4       COHEN & GRESSER, LLP
 5       Attorneys for Plaintiffs
 6           2001 Pennsylvania Avenue, NW, Suite 300
 7           Washington, D.C.  20006
 8   BY:   MELISSA MAXMAN, ESQ.
           mmaxman@cohengresser.com
 9
           STEPHEN M. SINAIKO, ESQ.
10         ssinaiko@cohengresser.com
11         ESZTER VINCZE, ESQ.
           evincze@cohengresser.com
12
           RONALD F. WICK, ESQ. (admitted pro hac vice)
13         rwick@cohengresser.com
14
         SQUIRE PATTON BOGGS
15
         Attorneys for Defendants
16
             2550 M Street NW
17
             Washington, D.C.  20037
18
19   BY:   MITCHELL R. BERGER, ESQ.
           mitchell.berger@squirepb.com
20         JOSEPH ALONZO, ESQ.
           joseph.alonzo@squirepb.com
21
           GASSAN BALOUL, ESQ.
22         gassan.baloul@squirepb.com
23         SAFWAN AL-AMIN, ESQ.
           safwan.al-amin@squirepb.com
24
25
```

Abdel Jabbar Salem Volume II
July 28, 2021

1

2   A P P E A R A N C E S: (Ctd.)

3

4   ALSO PRESENT:

5       ELIZABETH V. BEZVERKHA, Cohen & Gresser

6       HADOOR AL AMIRI, Arabic Interpreter

7       COREY WAINAINA, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1

 2                           INDEX

 3   ABDEL JABBAR SALEM

 4        Examination by:                    Page

 5            MS. MAXMAN                      138

 6

 7                          EXHIBITS

 8   Number                 Description       Page

 9   Exhibit 6    Prisoner salary statement,  147
                  beginning with Bates
10                number JD 292-T

11   Exhibit 7    Prisoner File for Hussam    147
                  Abdul-Kader Ahmad Halabi,
12                Bates-numbered JD 1190-T
                  to 1214-T
13
     Exhibit 8    Prisoner salary statement   159
14                for Mohammed Abdel-Basset
                  Awda Haroub, Bates Number
15                363 through 364

16   Exhibit 9    File for Mohammed           159
                  Abdel-Basset Awda Haroub,
17                Bates Number JD 1348
                  through 1367
18
     Exhibit 10   Bates Numbers 524 through   171
19                525, allocation statements
                  and the prison records for
20                Yahia Muhamad Naif
                  Abdullah Hajj Hamad
21
     Exhibit 11   Bates Numbers 1782 through  171
22                1804, Bates Numbers 524
                  through 525, allocation
23                statements and the prison
                  records for Yahia Muhamad
24                Naif Abdullah Hajj Hamad

25
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1

 2    Number                    Description           Page

 3
      Exhibit 12    Bates Numbers 533 to 534,     176
 4                  prisoner file for Alaa
                    Raed Saleh Zughayer
 5
      Exhibit 13    Bates Numbers 1857 through    177
 6                  1886, Prisoner File for
                    Alaa Raed Saleh Zughayer
 7
      Exhibit 14    Bates Numbers 1880 to         177
 8                  1886, Prisoner File for
                    Alaa Raed Saleh Zughayer
 9

10    PREVIOUSLY MARKED:

11    Number                    Description           Page

12    Exhibit 3     Palestinian Law               185

13    Exhibit 4     Salary Statement for Abu      138
                    Warda
14

15

16

17

18

19

20

21

22

23

24

25
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                  Salem - Confidential

2          THE VIDEOGRAPHER:  Good morning,

3     everyone.  We are now on the record.

4     Participants should be aware that this

5     proceeding is being recorded; and as such,

6     all conversations held will be recorded

7     unless there is a request and agreement to

8     go off the record.

9          This is the remote video-recorded

10    deposition of Abdel Jabbar Salem.  Today is

11    Wednesday, July 28, 2021.

12          The time is now 11:36 UTC time.

13          We are here in the matter of Shatsky

14    versus PLO.  My name is Corey Wainaina,

15    remote video technician on behalf of U.S.

16    Legal Support, located at 90 Broad Street,

17    New York, New York.  I'm not related to any

18    party in this action, nor am I financially

19    interested in the outcome.

20          At this time will the reporter,

21    Jeff Benz, on behalf of U.S. Legal Support,

22    please enter the statement for remote

23    proceedings into the record.

24          THE COURT REPORTER:  The attorneys

25    participating in this deposition

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential
 2        acknowledge that I am not physically
 3        present in the deposition room and that I
 4        will be reporting this deposition remotely.
 5             They further acknowledge that, in lieu
 6        of an oath administered in person, I will
 7        administer the oath remotely.  The parties
 8        and their counsel consent to this
 9        arrangement and waive any objections to
10        this manner of reporting.  Please indicate
11        your agreement by stating your name and
12        your agreement on the record.
13             Counsel?
14             MS. MAXMAN:  Melissa Maxman on behalf
15        of plaintiffs.  I...
16             MR. BERGER:  Mitchell Berger on behalf
17        of defendants.  We agree.
18   HADEER AL AMIRI,
19         was duly sworn to translate from English
20        into Arabic and from Arabic into English.
21   ABDEL JABBAR SALEM,
22        called as a witness, having been first
23        duly sworn by Jeffrey Benz, a Notary
24        Public within and for the State of New
25        York, was examined and testified as
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2       follows:

3              THE COURT REPORTER:  You may proceed.

4              MS. MAXMAN:  Okay.  Thank you.

5    EXAMINATION BY MS. MAXMAN:

6       Q.   Good morning -- or afternoon,

7    Mr. Salem.  We are continuing the deposition

8    from yesterday.  I would like to remind you that

9    you, again, are under oath.

10      A.   Good afternoon.  Yes, you are right.

11      Q.   And is there any reason that you are

12   physically or mentally unable to testify

13   truthfully and accurately today?

14      A.   No, there is not.

15             MS. MAXMAN:  Okay.  Elizabeth, let's

16          turn to the last page of this exhibit, and

17          now I'm using what has been previously

18          marked as Exhibit 4.  No.  The very, very

19          last, JD 266.

20      Q.   And for the record, Mr. Salem, this is

21   the salary statement that we looked at yesterday

22   for Mr. Abu Warda.

23             Do you recall that?

24      A.   Yes.  Correct.  I remember that.

25      Q.   And I'll turn your attention to the

Abdel Jabbar Salem Volume II
July 28, 2021

                    Salem - Confidential

1

2     far left, the salary amounts paid monthly.

3              And my question to you is, the first

4     two entries are 7132.3 shekels, but then the

5     third is 7532.20.  And it returns to 7132 for

6     several months and then goes back up to 75.  My

7     question is, why does the salary change from

8     month to month?

9          A.   First of all, it's allocations, not

10    salaries.  And that is valuable that that may

11    change.  There is maybe a whole order on the

12    payment.  There may be a quote order.  There may

13    be one of the children who reached the age and

14    was executed from the allocation.  So there is

15    certain variables that determines the amount

16    paid.

17         Q.   I understand that the amount can

18    decrease if, for example, a child reaches the

19    age of majority.  But what would cause an amount

20    to increase by 400 shekels, as it does from

21    Month 5 of 2020 to Month 6 of 2020.

22              THE INTERPRETER:  I'm sorry, ma'am.

23         Can you repeat the last statement.

24         Q.   I think I said, why -- what would

25    cause an amount to increase by 400 shekels, as

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                    Salem - Confidential

 2    it does from Month 5 to Month 6, in 2020?

 3         A.   Yes.  There is two extra payments, or

 4    allocations, paid to the prisoner for buying

 5    clothes.  And this is paid, I think, twice a

 6    year.

 7         Q.   Why -- strike that.

 8              What is the difference between an

 9    allocation and a salary?

10         A.   The salary is paid for the government

11    employees, all workers, and the Palestinian

12    authorities.  It's regulated.  And it also

13    depends on variables.  It's continuous, while

14    allocations is paid for the family of the

15    prisoner.

16              And it may be -- or it also is

17    affected by variables, and it may be

18    discontinued, and paid if the prisoner is in

19    prison for less than five years, while the

20    salary is continuous.  And there is deductions

21    from the salaries for living expenses and

22    retirement.

23         Q.   As we discussed yesterday, Mr. Abu

24    Warda is in prison and, therefore, receives an

25    allocation; is that correct?
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                    Salem - Confidential

 2              THE INTERPRETER:  I'm sorry, ma'am.

 3         Can you repeat that.  You're breaking up.

 4         Q.   As we discussed yesterday, Mr. Abu

 5    Warda is in prison and, therefore, receives an

 6    allocation.  Correct?

 7         A.   His family receives the allocations

 8    because he's prison -- in prison.

 9         Q.   And you testified yesterday that he

10    was in prison because of a political or security

11    issue.  Is that correct?

12         A.   Yes.

13         Q.   What is the nature of Mr. Abu Warda's

14    political or security offense?

15         A.   Attached to the papers is the

16    indictment from the Israeli authorities, and let

17    me look at the papers to make sure it states

18    that it's either security or political.

19              This is the indictment list.  It's

20    from page 1120 up until 1142.

21              MS. MAXMAN:  And that's on Tab 9,

22         which is Exhibit 5, for the record.

23              THE COURT REPORTER:  Mr. Interpreter

24         may I ask for a clarification?

25              (Clarification sought.)
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                 Salem - Confidential

 2        Q.   Are you looking right now at the

 3    indictment?

 4        A.   Yes, I'm looking at it.

 5        Q.   Is it translated into a language that

 6    you can understand?

 7        A.   No.

 8        Q.   Are you now, today, aware of the

 9    contents of the indictment?

10             THE INTERPRETER:  I'm sorry.  Just to

11        clarify one thing.

12             (Interpreter spoke to the witness.)

13        A.   I cannot read the Hebrew language.

14             And it's not translated.  It's given

15    and it's studied, or inspected, by the attorneys

16    and used.  But I cannot understand the Hebrew

17    language.  It's studied or inspected by the

18    attorneys and the Prisoners Affairs.

19        Q.   Have you been informed by your

20    attorneys what is in this document?

21             THE INTERPRETER:  I'm sorry, ma'am.

22        Can you repeat that.

23        Q.   Have you been informed by your

24    attorneys about the contents of the indictment?

25        A.   Yes.  They told me that this is a list
```

Abdel Jabbar Salem Volume II
July 28, 2021

1              Salem - Confidential

2    of indictment regarding Prisoner Mohammed Abu

3    Warda.  And on that basis, it is taken in

4    consideration for the allocation.  And it's on a

5    political -- his crime is a political or

6    security background.  Giving a notice that they

7    don't keep a copy.

8         Q.   Is it your understanding, on behalf of

9    the Palestinian Authority, that Mr. Abu Warda is

10   in prison for the crimes described in the

11   indictment?

12        A.   Yes, correct, according to the list of

13   indictment from the Israeli military code.

14        Q.   And Mr. Abu Warda's beneficiary

15   receives an allocation because of his

16   imprisonment for crimes; is that correct?

17        A.   Because of the presence in prison and

18   the accusations that were accused from the

19   Israeli court.

20        Q.   That's the reason he is -- his family

21   is receiving the allocation?

22        A.   And, of course, because of the need of

23   the family, allocation -- of course, because of

24   the need of the family, the allocation are

25   dispensed because the family needs it and

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                Salem - Confidential

2    because there is no Social Security in

3    Palestine.  So the allocation is dispensed for

4    the family and the children of the prisoner.

5         Q.   Question:  For other needy families in

6    Palestine that have children who do not have

7    enough money to live comfortably, are there

8    allocations given if they do not have a family

9    member in prison -- in an Israeli prison for the

10   crimes for political or security crimes?

11             MR. BERGER:  Objection to the form.

12        It's outside the scope of the notice.

13             But the witness may answer to the

14        extent of his personal knowledge.

15        A.   Yes.  There is a program for Social

16   Security that concerns poor families who don't

17   have income.  They live in poverty, and it's

18   between 100,000 to 120,000 families.

19        Q.   You said there's no Social Security in

20   Palestine; is that correct?

21        A.   Yes.  It's not Social Security.  It's

22   public assistance that is dispensed for poor

23   families from the Ministry of Finance.  It's not

24   Social Security.  It's like a sort of public

25   assistance.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                    Salem - Confidential

 2         Q.    If Mr. Abu Warda were not in prison,

 3    would his family receive these allocations?

 4              MR. BERGER:  Object to the form of the

 5         question.  Hypothetical.

 6              But you may answer if you have a view.

 7         A.    This allocation is an allocation paid

 8    for his family because he's prisoned -- he's

 9    present in prison on a political or a security

10    background.

11              MS. MAXMAN:  Let's turn to --

12         Elizabeth, I need Tabs 12 and 13.

13         Q.    So for the record, Tab 12 is

14    Bates-numbered JD 292 through 293.

15              And Tab 13 is Bates-numbered JD 1190

16    through JD 1214.

17              Do you have paper copies of those,

18    Mr. Salem?

19         A.    Yes.

20         Q.    First, let's look at JD --

21              MR. BERGER:  He doesn't have the other

22         set.  Only has 292.

23              MS. MAXMAN:  Mr. Berger, if you're

24         speaking, I can't hear you.

25              MR. BERGER:  I said he only has the
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                   Salem - Confidential

 2         paper set of the first Bates range you gave

 3         him.  We're trying to get the second Bates

 4         range you gave him.  1190?

 5              MS. MAXMAN:  1190 to 1214.

 6              MR. BERGER:  I believe he now has

 7         that.

 8              MS. MAXMAN:  Okay.  Thank you.

 9         Q.   I'll direct your attention to, first,

10    292293.

11              Am I correct that this is the

12    allocation payment for Hussam Abdul-Kader Ahmad

13    Halabi?

14         A.   Yes, correct, according to the

15    attached documents.

16         Q.   Okay.  Now, turning your attention to

17    Bates number in Tab -- oh, I'm sorry.

18              MS. MAXMAN:  Mr. Court Reporter, I

19         would like to mark Tab 12 as Exhibit 6.

20         Sorry.  It's housekeeping.  And Tab 13 as

21         Exhibit 7.  I apologize.

22              (Prisoner salary statement, beginning

23         with Bates number JD 292-T, was marked

24         Salem Exhibit 6 for identification, as of

25         this date.)
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential

 2             (Prisoner File for Hussam Abdul-Kader

 3        Ahmad Halabi, Bates-numbered JD 1190-T to

 4        1214-T, was marked Salem Exhibit 7 for

 5        identification, as of this date.)

 6        Q.   So turning to Exhibit 7, I would

 7   direct your attention to Bates number JD 1191.

 8        A.   Yes, ma'am.  Yes.

 9        Q.   And am I correct that Mr. Halabi

10   received a life sentence?

11        A.   Correct, according to the document.

12   Correct.

13        Q.   Have you seen this document before,

14   sir?

15        A.   Yes.  I saw all the documents.

16        Q.   And am I correct that this is the

17   prisoner file for Mr. Halabi?

18        A.   Yes, correct.

19        Q.   Now I would like to turn your

20   attention to Bates number JD 1201.

21        A.   Yes.

22        Q.   As I read this statement, it appears

23   that Mr. Halabi is single, correct?

24        A.   Yes, correct.

25        Q.   And the beneficiary of his allocation
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2   is the prisoner himself, correct?
 3        A.   Yes, correct.
 4        Q.   So am I correct that this allocation
 5   to Mr. Halabi is not made for the benefit of
 6   family outside prison that needs money to live
 7   comfortably?
 8        A.   No.  No.
 9        Q.   Why not?
10        A.    No, because there is some prisoners
11   who has elderly parents who cannot go to the
12   bank to withdraw the money, and they give
13   authorization to withdraw the money and to use
14   it to live.  So there are certain prisoners who
15   have -- his parents are elderly or he has
16   brothers or sisters who he's...
17        Q.   But they're not indicated on the
18   statement.
19             THE INTERPRETER:  I'm sorry, ma'am.
20        Can you repeat that.
21        Q.   But they're not indicated on the
22   statement, correct?
23        A.   Yes, correct.  Because there are
24   certain times where their beneficiaries make
25   authorization to the prisoner himself, to the
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential
 2   attorneys, or the money got transferred directly
 3   to the account, and it's not necessary for the
 4   names to be present in the documents.  And,
 5   these allocations, goes to the beneficiaries.
 6   And the names are not stored in the prisoner's
 7   alliance.
 8              We have a -- (inaudible).
 9              Never mind.  Withdrawn.
10              MS. MAXMAN:  Mr. Berger, I can't hear
11        you.
12              MR. BERGER:  I said we had a question
13        about the translation, but it's been sorted
14        out.  Thank you.
15        Q.   Turning to Bates numbers -- turning to
16   Bates numbers 1205 through 1214.
17              Am I correct, you're looking at those
18   pages that are in Hebrew, correct?
19        A.   These pages or documents are in Hebrew
20   language.
21        Q.   And, therefore, am I correct to assume
22   that you cannot read them?
23        A.   Yes.  Correct.  I cannot read it.  I'm
24   only looking at the page number, 1205, 1206,
25   1207.
```

Abdel Jabbar Salem Volume II
July 28, 2021

1            Salem - Confidential

2       Q.   And, therefore, you do not know what

3   is in those pages, correct?

4       A.   I don't know.

5       Q.   Am I correct that you don't know --

6   you don't understand the substance of what is in

7   those pages?

8            MR. BERGER:  Can I please have a

9       clarification whether the "you" in that

10      question is him personally or in general,

11      somebody in the defendant on whose behalf

12      he's testifying.

13           MS. MAXMAN:  I mean -- I mean

14      Mr. Salem.

15           MR. BERGER:  Okay.

16      A.   It is supposed to be the indictment

17  list.  Most of the -- of the pages that are in

18  Hebrew language are supposed to be either

19  indictment list or the sentence that is present

20  from the Israeli courts.

21           Based on the assurance of the

22  attorneys from the Prisoners Affairs.

23      Q.   So we agree that you personally do not

24  have a full understanding of some of the pages

25  in this exhibit.  Correct?

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential

 2         A.    No, this is not right.

 3         Q.    Let me ask it this way.

 4               On what basis do you believe that

 5   Mr. Halabi is receiving payments to support

 6   other than himself?

 7         A.    There is authorization that say Halabi

 8   can receive the salaries.  Halabi was an

 9   employee, and then he was in prison.  And his

10   salary continued.  But we don't have a copy of

11   the authorization in the file.

12               But the person who submitted the

13   request is the brother of the prisoner.  His

14   name is Ghassan Abdul-Kader Ahmad Al-Halabi.

15         Q.    How do you know that?

16         A.    Document 1206.

17               MS. MAXMAN:  Can we put 1206 up on the

18         screen, Elizabeth?

19               MS. BEZVERKHA:  Yes.  Would you like

20         the original or the translation?

21               MS. MAXMAN:  Yes, the original,

22         please.

23               MS. BEZVERKHA:  Okay.

24               MR. BERGER:  Not 1206?

25         A.    01, 1201.  It's 1201.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential

 2              MS. MAXMAN:  Oh, 1201.  I'm sorry,

 3       Elizabeth.

 4       Q.    So I see, the --

 5       A.    The last paragraph shows the signature

 6  of the person who submitted the request.

 7       Q.    How do we know that that is his

 8  brother?

 9       A.    Because the prisoner's name is Hussam

10  Abdul-Kader Ahmad Al-Halabi, and this person is

11  Ghassan Abdul-Kader Ahmad Al-Halabi.

12       Q.    So could it be his son or his father?

13       A.    No.

14       Q.    How do you know that?

15       A.    The father's name, grandfather's name,

16  and the last name all match.  Hussam Abdul-Kader

17  Ahmad Al-Halabi, Ghassan Abdul-Kader Ahmad

18  Al-Halabi.

19       Q.    Are you -- sorry.

20       A.    All the three last names matched.  And

21  it is for that reason, it is his brother.

22       Q.    Are you saying that his brother is the

23  beneficiary of his allocation?

24       A.    No, this is not right.

25              It's just that his brother submitted
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                 Salem - Confidential

 2     the request for the allocations to continue,

 3     because the prisoner is in prison.  So the

 4     brother submitted the request for the allocation

 5     to continue.

 6          Q.   And he submitted a request for the

 7     allocation to go to the prisoner himself,

 8     correct?

 9          A.   The prisoner salary continued in

10     prison because he was employed, and his salaries

11     continued.  And his brother submitted the

12     request, continued either to the bank account,

13     the one with authorization or -- the one with

14     authorization all those directed to the bank

15     account.  The brother submitted the request to

16     renew the information for the allocations to be

17     continued to be dispensed to the same bank

18     account.

19               MR. BERGER:  Objection.  To the extent

20          information --

21               THE COURT REPORTER:  Mr. Berger, I

22          can't hear you.  I'm sorry.

23               MR. BERGER:  I said we have an

24          objection to the translation.  We believe

25          the last word was "salary" and not
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2         "allocation."

3         Q.   Can you show me in these documents

4    where you learn that Mr. Halabi was an employee?

5         A.   1200.

6              MS. MAXMAN:  Can we put that up on the

7         screen.

8              MS. BEZVERKHA:  Yes.  It's up.

9         Q.   Can you show me where it says that.  I

10   don't see it.

11        A.   That number 4 it says, "Military

12   employee."

13        Q.   Okay.  Is that for the Palestinian

14   Authority?

15        A.   According to the document, yes.

16        Q.   I see that now.  Thank you.

17             Is there any place on this document

18   that refers to his payment as a salary instead

19   of an allocation?

20        A.   According to the laws and according to

21   the laws that is acted upon, if the prisoner was

22   a military employee, or an employee, his

23   salaries that he used to gain before

24   imprisonment will continue.  His salaries will

25   continue in prison as if he was still working.

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                 Salem - Confidential
 2    Given the fact that his act should be based on
 3    either political or security background.
 4         Q.   And that -- the reason for his
 5    imprisonment is in the Israeli indictment, the
 6    Hebrew indictment.
 7         A.   I assume that.  And if it was not the
 8    case, they wouldn't accept or take the file into
 9    consideration.
10         Q.   And it says on page 1191 that he has a
11    life sentence.  You see that?
12         A.   Sentence for life.  Yes.  1191.
13         Q.   So he will receive the salary for
14    life.
15         A.   His family will receive the salary,
16    not the prisoner -- correct that.  This money is
17    transferred to the account.  But the
18    beneficiaries are his family.  And it's for
19    life.
20         Q.   But according to this, he's single and
21    doesn't have any children or wife.
22         A.   But he has parents, and he has
23    responsibility to support his family.  And if he
24    was out of prison, he would have had -- he would
25    have had a wife and children.
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2        Q.   How do you -- how do you know his

3    parents are alive?

4        A.   This definitely -- this will be making

5    sure of by the Prisoners Alliance.  And other

6    than that, the money would not have been

7    transferred to the account.

8             This is what the Prisoners Alliance

9    assured me.

10       Q.   When you say "Prisoners Alliance," do

11   you mean Prisoners Affairs?

12            THE INTERPRETER:  Sorry.  Prisoners

13       Affairs.

14       Q.   Is it your testimony that Prisoners

15   Affairs would not continue to pay the salary if

16   he did not have a family to support?

17       A.   Yes, definitely, and this is what they

18   assured me with.

19       Q.   So Mr. Halabi is receiving his salary

20   because he is imprisoned by the Israeli

21   government.  Correct?

22       A.   He was in prison, and he was working

23   as an employee.  And he was imprisoned because

24   of the Israel government.

25       Q.   And the reason that he is in prison is

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2   because of the crimes described in the Hebrew
 3   indictment.  Correct?
 4        A.   Yes, correct.
 5        Q.   And so just to be clear, he is
 6   receiving payment because he is in prison for
 7   the charges described in the indictment?
 8             MR. BERGER:  Objection.  Asked and
 9        answered.
10        Q.   You may answer, Mr. Salem.
11        A.   According to the Israeli allegations,
12   according to the indictments from the Israeli
13   part.
14        Q.   And that is why he is in prison,
15   because of the allegations in the indictment?
16        A.   Yes.  Correct.
17        Q.   And he is receiving payments because
18   he's in prison.
19             MR. BERGER:  (Inaudible.)
20             THE COURT REPORTER:  Mr. Berger, I
21        could not hear you.  I'm sorry.
22             MS. MAXMAN:  Mr. Berger, I couldn't
23        hear a word you said.
24             MR. BERGER:  I said, objection, asked
25        and answered, misstates his testimony.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                  Salem - Confidential

2              But you may answer again.

3       A.    He receives payment because he was a

4  government employee, and his payments continued

5  while he was in prison.  According to the

6  Palestinian law, if the prisoner was an employee

7  and receives payment, his payments will continue

8  in prison as long as he is on a political, for a

9  security act.

10             MS. MAXMAN:  Let's take a quick,

11        five-minute comfort break.

12             THE VIDEOGRAPHER:  We are now off the

13        record.  The time is 12:34 UTC.

14             (A recess was taken from 12:34 to

15        12:46.)

16             THE VIDEOGRAPHER:  We are back on the

17        record.  The time is 12:46 UTC time.

18       Q.    The next two exhibits I'm going to ask

19  you to look at, Mr. Salem, are Exhibits 8, which

20  is Bates Number 363 through 364, and then

21  Exhibit 9, which is Bates Number JD 1348 through

22  1367.

23             (Prisoner salary statement for

24        Mohammed Abdel-Basset Awda Haroub, Bates

25        Number 363 through 364, was marked Salem
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                   Salem - Confidential

 2           Exhibit 8 for identification, as of this

 3           date.)

 4                 (File for Mohammed Abdel-Basset Awda

 5           Haroub, Bates Number JD 1348 through 1367,

 6           was marked Salem Exhibit 9 for

 7           identification, as of this date.)

 8           Q.   Do you have those documents before

 9    you, sir?

10           A.   Yes.

11           Q.   So, first, I'll turn your -- both of

12    these documents involve a prisoner named

13    Mohammed Abdel-Basset Awda Haroub.

14                 Do you see that?

15           A.   Yes, correct.

16           Q.   And you've seen these before, correct?

17           A.   Yes.  I am the one who prepared them

18    in collaboration with the attorneys and the

19    assistants, yes.

20           Q.   And Exhibit 8 is -- which is the 363

21    and 364, this is the salary statement, or

22    allocation statement, for Mr. Haroub.  Correct?

23           A.   Correct.

24           Q.   And I'm going to ask you to turn to

25    page 364.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential

 2              This delineates statements from the

 3   fourth month of 2020 to the fifth month of 2021,

 4   correct?

 5        A.   Correct.

 6        Q.   And I'm going to turn your attention

 7   to -- it appears between November of 2020 and

 8   September of -- I'm sorry, November and December

 9   of 2020, Mr. Haroub received an increase in his

10   allocation.

11              Do you see that?

12              THE INTERPRETER:  Sure.  I'll repeat

13        the question.

14              (The interpreter spoke to the

15        witness.)

16        A.   Yes.  The payments increases and

17   decreases depending on variables.  This detainee

18   may have had some restrictions on his salaries

19   that were removed or he may have bank loans

20   which have been paid.  So it usually varies, but

21   usually it doesn't increase that much.

22        Q.   Am I correct, he's getting almost

23   double in 2021 what he got in 2020.  Is that

24   correct?

25        A.   One month was doubled only.  And,
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2    again, I assure you that these are variables
 3    that determined in the -- the Detainees Affairs.
 4         Q.   We don't know the reason why his pay
 5    was increased?
 6         A.   Definitely there is a reason.  But the
 7    reason is not documented in the file, but there
 8    should be a reason.  Either paying off payments
 9    or trying to solve payments which were not paid
10    for the detainee.
11              And after solving these things, they
12    don't keep them in the file.  They are stored on
13    the CD.
14         Q.   And the decision to increase a monthly
15    payment is made by Prisoners Affairs.  Correct?
16         A.   No.  The agreement in the payment is
17    based according to the law, and it depends on
18    the duration that the prisoner spends in prison.
19         Q.   Well, I'm going to turn your attention
20    to the second -- the Exhibit 9, 1348 to -67.
21         A.   It's 1348?
22         Q.   Yes.
23         A.   Yes.  This is 1348.
24         Q.   Forgive me.  I'm looking for one
25    thing, and I...
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential

 2              Well, let's turn to page 1362.

 3              The beneficiary for Mr. Haroub appears

 4    to be Ataf Jamil Mahmoud Haroub.

 5         A.   Yes, Ataf Jamil Mahmoud Haroub.

 6         Q.   And that appears to be his mother.  Is

 7    that correct?

 8         A.   Yes, correct.

 9         Q.   And do you see here -- I can't

10    remember.  You may not -- yeah.

11              On page 1356, which is in Hebrew, I'm

12    going to represent to you -- 1358.  I beg your

13    pardon.

14              I'm going to represent to you that

15    this says that his sentence is life

16    imprisonment.

17              My question to you -- my question to

18    you is, you testified earlier that the amount of

19    payment depends on the length of time someone is

20    imprisoned, but for someone who is -- who is --

21    okay.  On page 1350, in Arabic.

22              Why would a prisoner's payment almost

23    double from one year to the next, given that

24    he's always had a sentence of life imprisonment?

25         A.   What's your question?  Can you repeat
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2    the question.
 3         Q.   Yes.  If we go back to document Bates
 4    Number 364, before we turned to the other
 5    documents, we were talking about the fact that
 6    his payment went from 2,000 shekels a month in
 7    2020 to over 4,000 and then 3950 shekels a month
 8    in 2021.  And I think you said the amount
 9    depends on how long they're in prison for.
10              And my question is, why would somebody
11    who was sentenced to a life sentence have his
12    payments increase?
13         A.   The payment doesn't double from one
14    year to another.  It increases slightly.  But in
15    regards to this prisoner that you refer to,
16    there may be a settlement in his file by the
17    Detainees Affairs.  There may be payments that
18    was not paid, previously, that was paid.
19              And as I mentioned before, there is
20    two increment a year for clothes, for buying
21    clothes, that ranges from 500 to 1,000.  It may
22    be not regular in the same month.  But those two
23    increases, that happens each year for the
24    purpose of buying clothes.
25              MR. BERGER:  Okay.  We have an
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential
 2       objection to the translation.  The
 3       translator left out an important part of
 4       the witness's testimony.  Happy to have him
 5       give the answer again.  But I can make a
 6       representation on the record as to what was
 7       omitted.
 8              MS. MAXMAN:  I'm fine if you make the
 9       representation.
10              MR. BERGER:  The witness stated, in
11       addition to the other things that were
12       translated, the payment depends upon the
13       actual duration of imprisonment, not amount
14       of the sentence up front.
15       Q.   So the longer someone is in prison,
16  the more they are paid?
17              THE INTERPRETER:  This is the
18       interpreter.  Just to clarify that, I
19       didn't hear what you said, but I ask him
20       the question.
21       A.   Definitely no.
22       Q.   Do you know Mr. Haroub personally?
23       A.   Do I know him personally?
24       Q.   That's my question.
25       A.   I don't know him personally.
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2         Q.   Do you know Mr. Abu Warda personally?

3         A.   No, I don't know him.

4         Q.   Do you know Mr. Halabi, whom we talked

5    about just now?

6         A.   I don't know them.

7         Q.   Okay.  Turning back to Mr. Haroub,

8    would you agree with me, if you look at

9    page 364, that the payments for 2020 were all

10   under 3,000, and most of them were 2,000?

11        A.   Yes, as it appears in the document.

12        Q.   And you have no reason to believe that

13   this document is incorrect, correct?

14        A.   Definitely no.

15        Q.   And in 2021, his payments are mostly

16   3950, and one payment is even 4350.

17        A.   This is an evidence.  And after

18   verification, it is that there is a settlement

19   on his allocations.

20             MR. BERGER:  I think the word is

21        "setoff," not "settlement."

22        Q.   But nothing in this document tells you

23   that.

24        A.   There is no documentation that says

25   that, but this setoff happens when the salaries

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                   Salem - Confidential
 2   are paid.
 3            Sorry.  The allocations, not the
 4   salaries.
 5       Q.   Mr. Haroub receives the allocations
 6   because he's in prison, correct?
 7            MR. BERGER:  Objection.  Asked and
 8        answered.  Misstates his prior testimony.
 9            You may answer again.
10       A.   Haroub's mother received the
11   allocations because Mohammed Haroub is in
12   prison.
13       Q.   And I'll ask you to look through
14   Exhibit 9 at the Hebrew documents, which are
15   1365 through 1367.
16            I'm sorry.  And also 1351 through
17   1358.
18            And am I correct that these Hebrew
19   documents are the documents you've described
20   before, the indictment and the records of the
21   Israeli court?
22       A.   Yes, correct.
23       Q.   And these describe the reasons for
24   which the Israeli government imprisoned
25   Mr. Haroub?
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                 Salem - Confidential
 2        A.   As it's obvious, he was imprisoned
 3   either on a security or a political background.
 4   And it was certified and studied by the
 5   attorneys and it's written in Arabic, that --
 6        Q.   Okay.
 7        A.   -- it was on a security background
 8   from the Israeli court.
 9             MR. BALOUL:  Excuse me.  This is
10        Gassan Baloul.  We object to the
11        translation.  Would you like the witness to
12        repeat the answer, or would you like me to
13        make the representation?
14             MS. MAXMAN:  As you wish.
15             MR. BALOUL:  You tell me.
16             MS. MAXMAN:  Sure.  Why don't you give
17        us your translation.
18             MR. BALOUL:  Okay.  The witness said,
19        from his discussion with the lawyers at the
20        Prisoners Affairs, they confirmed that this
21        document is -- identifies an offense that's
22        either a security or a political offense.
23        And as the -- it's written in Arabic.  The
24        word "amne," means security.  Therefore,
25        he's assured himself that this is a -- an
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                   Salem - Confidential
2          offense that fits the description of the
3          law.
4          Q.   So your answer to my question is that
5    these documents do describe the reason that
6    Mr. Haroub is in prison.  For security reasons,
7    correct?
8          A.   Definitely is correct.
9          Q.   And Mr. Haroub is receiving payment
10   for being in prison for the reasons described in
11   Exhibit 9.  Correct?
12              MR. BERGER:  Again, we object to the
13         translation.  The word "reward" was not
14         used.
15              THE INTERPRETER:  I'm sorry.  Can you
16         repeat that again.
17              MR. BERGER:  I said, again, we object
18         to the translation.  The word "reward" was
19         not used.  It was a -- a payment, not
20         reward.
21              MR. BALOUL:  Payment.  The Arabic
22         translation translated "payment" into
23         "reward."
24              MS. MAXMAN:  I don't see that on the
25         transcript.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                    Salem - Confidential

2               THE INTERPRETER:  I didn't say

3        "reward."

4               MS. MAXMAN:  If you're in agreement

5        that "reward" was not used -- and I did not

6        hear the translator say the word "reward,"

7        so -- and it's not on the transcript.

8               THE INTERPRETER:  And just to

9        clarify --

10              MR. BERGER:  Your question did not.

11       We agree your question did not.  We are

12       objecting to the translation into Arabic of

13       your question.

14              MS. MAXMAN:  Oh.  I see.

15              Let me say the question again.

16       Q.   Does Mr. Haroub -- strike that.

17              Am I correct that Mr. Haroub is

18   receiving payments for being in prison for the

19   reasons described in Exhibit 9?

20              MR. BERGER:  Object to the form of the

21       question.  Misstates his prior testimony.

22       A.   No.

23       Q.   Okay.  We're in agreement that

24   Mr. Haroub's family, his mother, is receiving

25   payment, correct?
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                     Salem - Confidential

 2        A.    Correct.

 3        Q.    And we're in agreement that he is

 4   imprisoned for security reasons.

 5        A.    According to the Israeli indictment,

 6   yes.

 7        Q.    And those -- and that's described in

 8   these papers.

 9        A.    Yes, correct.

10        Q.    And he is receiving payments because

11   he's in prison.  By the government -- forgive

12   me.  Let me correct that.  I'm sorry.

13              His mother is receiving payment

14   because of his imprisonment.  Correct?

15              MR. BERGER:  Objection.

16              Go ahead.  Sorry.

17              Object to the form of the question.

18        Misstates his prior testimony.

19              You may answer again.

20        A.    The detainee's mother receives his

21   allocations because he's prison -- he's present

22   in prison.

23        Q.    Thank you.

24              MS. MAXMAN:  We're going to turn --

25        we're going to turn to the next exhibits,
```

Abdel Jabbar Salem Volume II
July 28, 2021

1              Salem - Confidential

2        which are Tabs 18 and 19, Elizabeth.

3              And those Bates numbers are -- is

4        there a question?

5              THE INTERPRETER:  Can you repeat the

6        pages again.

7              MS. MAXMAN:  Yeah.  Oh, sorry.  I was

8        about to.  Sorry.

9              So Bates Numbers 524 through 525,

10       Exhibit 10.

11             And Bates Numbers 1782 through 1804

12       will be Exhibit 11.

13             (Bates Numbers 524 through 525,

14       allocation statements and the prison

15       records for Yahia Muhamad Naif Abdullah

16       Hajj Hamad, were marked Salem Exhibit 10

17       for identification, as of this date.)

18             (Bates Numbers 1782 through 1804,

19       Bates Numbers 524 through 525, allocation

20       statements and the prison records for Yahia

21       Muhamad Naif Abdullah Hajj Hamad, were

22       marked Salem Exhibit 11 for identification,

23       as of this date.)

24       Q.   And I'm going to represent to you that

25     these are the allocation statements and the

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                    Salem - Confidential
2    prison records for Yahia Muhamad Naif Abdullah
3    Hajj Hamad.
4              You see those?
5         A.   Yes, correct.
6         Q.   I'm going to turn your attention to
7    page 525.
8         A.   Yes, ma'am.
9         Q.   Do you know Mr. Hamad personally, sir?
10        A.   No, I don't know him.
11        Q.   Am I correct that page 525 shows the
12   allocations to Mr. Hamad from April 2020 to May
13   of 2021?
14        A.   The allocations?
15        Q.   Yes.
16        A.   Yes, correct.
17        Q.   Have you seen this document before?
18        A.   Yes.  Correct.
19        Q.   And similarly to what we just saw with
20   Mr. Haroub, Mr. Hamad was paid $2,000 -- 2,000
21   shekels a month in -- for most of 2020, and then
22   his payments increased in 2021 to 3950 shekels.
23             You see that?
24        A.   It didn't increase.  It's allocation
25   setups, and there is a lot of variables that
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                    Salem - Confidential

 2      determines it.  And this is guided in the

 3      financial department in the Detainees Affairs.

 4      That may go up or down.

 5           Q.   How do you know that?

 6           A.   Because I deal with salaries and

 7      various factors that applies to the salaries.

 8      The same applies to allocations.  For example,

 9      if a child reaches the age of majority, he is

10      removed from the allocation.  If the mother

11      dies, her portion is taken away.

12                After speaking with the attorneys,

13      these types or inspection are done on a monthly

14      basis and sent to the Ministry of Finance to be

15      paid.  These factors or variables are -- this is

16      what affects the allocations.  And it may

17      increase or decrease.

18           Q.   You'll agree here it's only increased.

19           A.   I don't agree.

20           Q.   Oh.  I'm sorry.

21           A.   In December it increased, and in

22      January it decreased again.  And this indicates

23      it's not a normal increment.

24           Q.   But you'll agree with me that for

25      February, March, April, and May, of 2021, he
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2    received, or his family received, 3,950 shekels;

3    whereas, for most of 2020, he received 2,000.

4         A.   Yes, I agree with you, according to

5    the information in the documents, and these are

6    correct documents.

7         Q.   And looking at page 1787, Mr. Hamad

8    has received a life sentence.

9              Do you see that?

10             And on page 1788, his authorized

11   beneficiary is his mother.

12             Do you see that?

13        A.   Hiyam Jawbat Abdullah, correct.

14        Q.   And further in this document, there

15   are pages in Hebrew, which presumably outline

16   the indictment or the reasons for his

17   imprisonment.

18        A.   According to the issuance from the

19   attorneys in the Detainees Affair, they said his

20   imprisonment is based on the security

21   background, according to the indictment list by

22   the Israeli court.

23        Q.   Okay.  And so he's in prison; and,

24   therefore, he's receiving these allocations,

25   correct -- or his mother is receiving these

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential

 2    allocations.  Correct?

 3              MR. BERGER:  Object to the form of the

 4         question.  Misstates his testimony.  But

 5         you may answer.

 6         A.   Based on him being in prison,

 7    according to the list of indictment, the

 8    allocations are dispensed to his mother.

 9         Q.   Okay.  Thanks.

10              Something else?

11         A.   I'm sorry.

12              THE COURT REPORTER:  I'm sorry.  What

13         did you say?

14         A.   The reason, it's stated that there

15    is -- the financial needs for the family because

16    of the detainee being in prison.

17         Q.   Okay.  We can take one more comfort

18    break.  I'm almost done.

19              THE VIDEOGRAPHER:  Okay.  We are now

20         off the record.  The time is 13:29 UTC

21         time.

22              (A recess was taken from 13:29 to

23         13:44.)

24              THE VIDEOGRAPHER:  We are back on the

25         record.  The time is 13:44 UTC time.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1              Salem - Confidential
2              MS. MAXMAN:  Okay.  Thank you.  The
3       next exhibit that I'm going to be using
4       are, Elizabeth, Tab 20, 21, and 25.
5              Tab 20 is Bates-numbered 533 through
6       534.  Tab 21 is 1857 through 1878.  And
7       that's the original.  And then the
8       translation of the indictment,
9       unfortunately, that -- into English, is in
10      a separate exhibit.  It is in Tab 25.
11             Oh, let me correct that.  I'm sorry.
12      Tab 21 is 1857 through 1886.
13             And then the translation of pages --
14      of the -- two more pages -- shoot.
15             1880 through -87, is Tab 25.
16             -86.  Sorry.
17             And, Mr. Court Reporter, we are --
18      Bates Numbers 533 to 534 will be
19      Exhibit 12.  Yes.  Exhibit 12.
20             (Bates Numbers 533 to 534, Prisoner
21      File for Alaa Raed Saleh Zughayer, was
22      marked Salem Exhibit 12 for identification,
23      as of this date.)
24             MS. MAXMAN:  And Exhibit 13 will be
25      1865 -- I'm sorry, 1857 through 1886.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                    Salem - Confidential

2                 (Bates Numbers 1857 through 1886,

3           Prisoner File for Alaa Raed Saleh Zughayer,

4           was marked Salem Exhibit 13 for

5           identification, as of this date.)

6                 MS. MAXMAN:  And then Exhibit 14 will

7           be the translation of 1880 to 1886.

8                 (Bates Numbers 1880 to 1886, Prisoner

9           File for Alaa Raed Saleh Zughayer, was

10          marked Salem Exhibit 14 for identification,

11          as of this date.)

12          Q.   Can you -- do you have those in front

13     of you, Mr. Salem?

14          A.   Yes.  Correct.

15          Q.   Okay.  Great.

16               So, first, I'm going to turn you --

17     oh, and I'm going to represent to you that these

18     documents all have to do with a prisoner named

19     Alaa Raed Saleh Zughayer.

20          A.   Correct.

21          Q.   All right.  Turning your attention to

22     page 534 of Exhibit 12.

23               It appears that Mr. Zughayer is

24     receiving 2,000 shekels a month except for the

25     two months where he gets a clothing additional
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                   Salem - Confidential

 2     allowance.

 3               Have you seen this document before?

 4          A.   Yes.  Definitely, I had the time to

 5     look at these documents.  During the phase of

 6     preparation, I saw all the documents.

 7          Q.   Okay.  And turning to Exhibit 13, and

 8     to pages 1875 through 1878, I'm trying to see --

 9     this does not seem to designate a beneficiary.

10     Do you see something that -- do you see

11     something that I'm missing?

12               Oh, wait.  Sorry.  I found it.  On

13     page 1877, he's designated as his beneficiary

14     himself.

15          A.   The prisoner himself, yes.

16          Q.   Okay.  And there doesn't appear to

17     be -- strike that.

18               When a prisoner designates himself as

19     the recipient, how does -- how does the money

20     transfer take place?  Is it wired to his

21     account?

22          A.   All the allocations are sent through

23     the banks.

24          Q.   Okay.  Now, on page --

25               MS. MAXMAN:  I'm sorry.  Forgive me.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2         I'm having a problem reading the Bates
 3         numbers these -- on some of these papers.
 4         So just give me a minute.  We're going to
 5         have to pull them up online.  The printouts
 6         didn't give me the Bates.
 7      Q.    I'm looking at Bates Number 1861.
 8              And it appears that Mr. Zughayer is
 9    sentenced to -- sentence of 16 years, 5 months,
10    and 29 days.
11              Do you see that?
12      A.    Yes, correct.
13      Q.    Okay.  And do you see, further in, on
14    Bates number -- well, it's the last couple pages
15    of the exhibit.  Forgive me on the Bates
16    numbers.
17              But it's starting with page -- with
18    page 1852 through 1868.  There's a Hebrew --
19    what appears to be the indictment.
20      A.    Yes, correct.
21      Q.    Am I correct that Mr. Zughayer is in
22    prison for security or political reasons?
23              THE INTERPRETER:  I'm sorry.  Just to
24         clarify.
25              (Interpreter spoke to the witness.)
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                  Salem - Confidential

2        A.   Definitely.  The attorneys affirmed,

3   after reviewing the file and the list of

4   indictment presented from the court, that the

5   background for the imprisonment is either

6   political or security.

7        Q.   And because of his imprisonment, he's

8   receiving the allocations listed on page 534.

9   Correct?

10       A.   Because of his presence in prison and

11  also because this goes to his family.  Even

12  though it's under his name, the beneficiary is

13  his family, because of their needs.

14       Q.   How do you know that?

15       A.   I know because most of the Palestinian

16  families, when their sons are in prison and stay

17  in prison, most of them are in need.

18       Q.   But you don't know that for sure about

19  Mr. Zughayer, do you?

20       A.   I'm sure because the family goes and

21  submit the documents and the application to

22  dispense the allocations when their son is in

23  prison.  Otherwise, if they are not in need,

24  they don't go and submit the documents.

25            And most of the times, the Detainees

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2    Affairs make sure and certifies the needs,
 3    because they have branches and multiple
 4    locations.
 5         Q.   I don't see anywhere in Exhibit 13 the
 6    name of any family member that submitted this.
 7    Can you show me where you -- what you're
 8    referring to.
 9         A.   There is a -- this document, or
10    request, is a form that was formed by one of the
11    family members.  The name is not listed for the
12    person who filled it, but the directorate wrote
13    on it, "No objection."  And this form is not
14    filled unless a member of the family goes and
15    fills it.
16         Q.   How do you know that?
17         A.   This form is usually the first thing
18    to be filled in the directorate, and its sent to
19    the Detainees Affairs.  And usually this form is
20    filled either by a family member or a person who
21    knows them if the family member can't fill the
22    form.
23         Q.   Without his imprisonment, pursuant to
24    the indictment, no allocation would be paid to
25    him, correct?
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                   Salem - Confidential

2          A.   If he was not in prison and his family

3     is in need, there is another program of

4     assistance.  They dispense assistance through a

5     public assistance program.  So if he was not in

6     prison, they will get allocations or assistance.

7          Q.   But he, Mr. Zughayer -- I can't

8     pronounce his name -- Zughayer is indeed

9     receiving payments because he's in prison for

10    the reasons listed in the indictment.

11              MR. BERGER:  Objection.  Form,

12         misstates his testimony.  You may answer.

13         A.   Mr. Zughayer receives the allocations

14    because of him being in prison based on the

15    indictment list from the Israeli part.  And the

16    attorneys and the Detainees Affairs affirmed

17    that it's dispensed because the family is in

18    need.

19         Q.   On page 1865 -- which is in Hebrew,

20    unfortunately, so I know you can't read it --

21    I'm going to represent to you, from an English

22    translation that I have that's included for your

23    attorney's benefit on Exhibit 25 -- I'm sorry,

24    on Tab 25, which is Exhibit -- no, no.  Oh, I'm

25    sorry.

Abdel Jabbar Salem Volume II
July 28, 2021

1                   Salem - Confidential

2              In Tab 21, that's included on 1865T.

3              In his final remarks, the defendant

4    expressed regret for his actions, said that he

5    was sorry for them, and even added that he had

6    not understood the immensity of the actions in

7    which he had taken part.

8              Does that apology to the Israeli court

9    impact in any way the payments that he receives?

10             MR. BERGER:  Objection.  Lacks

11        foundation.

12             But you may answer.

13        A.   This apology, if it's present, which I

14   cannot see from the Israeli court, doesn't

15   affect the allocation, because the amount

16   depends on the actual number of years spent in

17   prison, the actual amount of years that the

18   detainee spends in prison.

19        Q.   So the Palestinian Authority's

20   Prisoners Affairs Department would not take into

21   account the fact that a prisoner that they are

22   paying expressed remorse for his actions.

23        A.   The Detainees Affairs and the

24   attorneys affirmed to me that the -- there is --

25   no statement, I don't see the statement.  And

```
 1                  Salem - Confidential

 2     they depend on deciding the allocation on the

 3     actual amount of years the detainee spend in

 4     prison.  He has to be in prison, and the family

 5     has to be in need.  And the background should be

 6     either political or on a security background.

 7                  And the allocation is given to the

 8     detainee's family.  Family receives the

 9     allocation and doesn't affect the prisoner,

10     other than him being in prison.

11         Q.   Well, this says -- these documents

12     that we just looked at said that the allocation

13     was paid to the prisoner.

14                  In fact -- and, in fact, there's no

15     reference to any family member in any of these

16     documents.

17         A.   The attorneys affirmed to me that the

18     family is sent in need -- and even though the

19     authorization is not present, the money or the

20     allocation goes to the family that is in need

21     to --

22         Q.   So you're -- go ahead.

23         A.   -- to withdraw with and use it,

24     whether directly or indirectly, even if the

25     authorization from the detainee is not present.
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                    Salem - Confidential

 2        Q.    Where did your attorney get this

 3   information?

 4        A.    The attorneys or the Detainees Affairs

 5   has offices in all cities of the country, and

 6   they have employees who inspect and make sure

 7   and -- of the information.

 8        Q.    I'm going to go back to Exhibit 3,

 9   that we marked yesterday.

10              And this is the law, the Palestinian

11   law, that we spoke about yesterday that governs

12   payments to prisoners.

13              Do you see that?

14        A.    This law.  Yes.  This is for the

15   detainees.

16        Q.    Is there anything, any provision in

17   this law, that conditions the availability of

18   allocations or salary in respect of a person

19   imprisoned in Israel for security or political

20   offenses on the neediness of the prisoner's

21   family members?

22              MR. BERGER:  Objection to form.  Calls

23        for a legal conclusion; and to the extent

24        it doesn't, the document speaks for itself.

25        Q.    You may answer.
```

Abdel Jabbar Salem Volume II
July 28, 2021

Salem - Confidential

1

2      A.   All the -- the purpose of the law for

3   detainees and freed is to help the families of

4   the detainees, on a security background.

5      Q.   How do you know that that's the

6   purpose of the law, if it's not written in the

7   document?

8      A.   This is the policy of the government,

9   to secure the living for the families of the

10  detainees who are detained on security

11  background, especially that there is a great

12  need from these families and to secure a decent

13  living for them.

14     Q.   Are you aware of any provision of

15  Palestinian law that documents this policy?

16     A.   So if you look at the -- if you see

17  the provision of the law, it states, "To secure

18  a decent living for the family and secure for

19  the detainee and the family a decent life."

20          And I cannot see the print because

21  it's very small.  If you can enlarge.  But all

22  the -- the purpose of all the provisions is to

23  secure decent living standards.

24          Yes.

25          (Witness continued speaking.)

Abdel Jabbar Salem Volume II
July 28, 2021

1                     Salem - Confidential

2          Q.   But --

3          A.   Yes.

4               MS. MAXMAN:   What did he say?

5          A.   If you look at it, one the provisions

6     said, "To try to provide the financial support

7     for the prisoner, the detainee, and his family."

8     If the detainee wants to further his education

9     in prison, he can, but special emphasis is on

10    family to help them and to secure a decent

11    living for them and to help them to live in

12    dignity and --

13              MR. BERGER:   Translation.

14         A.   And provision 2, it says the detainees

15    and the freed detainees are -- a portion which

16    cannot be separated from the consistency of the

17    Arabic Palestinian community.  And the

18    provisions of this law secures a decent living

19    for them and their families.

20         Q.   Does the Prisoners Affairs -- does

21    Prisoners Affairs collect financial information

22    from the families?

23         A.   As the attorneys indicated, yes, they

24    collect real and accurate information for the

25    need of these families, of the detainees'

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2    families.

3         Q.   Are any of the documents that you've

4    produced to us -- do any of the documents that

5    you've produced to us include any of the

6    financial information about the condition of the

7    families?

8         A.   The attorneys affirmed to me that this

9    is the way they make sure about it.  And the

10   family, when they submit an application for

11   allocations, they are in need of the financial

12   assistance or for the allocation because of

13   their son being in prison.

14             And, of course, the same documents

15   that you have we have, and we supplied you with

16   all the documents that we have.  And there is no

17   information that is not submitted and present in

18   the documents.  Everything was submitted.

19        Q.   Okay.  We have reviewed everything you

20   gave us.  And there is no documentation in

21   anything you gave us about the financial

22   condition of the families.

23             MR. BERGER:  Okay.  There's no

24        question pending.

25             MS. MAXMAN:  Okay.

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                    Salem - Confidential

 2        Q.   Can you point me to any of -- anything

 3   we've missed?  Is there any document that you've

 4   submitted to us that talks about the financial

 5   conditions of the families?

 6        A.   I don't have any documents in front of

 7   me that is not submitted to you.  You have all

 8   the documents that I have, and these information

 9   has been affirmed by the Detainees Affairs and

10   the attorneys.

11        Q.   Are you aware of --

12             MR. BERGER:  Before you ask the

13        next -- excuse me.  Before you take your --

14        ask your next question, we need to take a

15        short break.  The witness is getting very

16        tired.

17             MS. MAXMAN:  Okay.

18             MR. BERGER:  Five minutes?

19             MS. MAXMAN:  Fine.

20             THE VIDEOGRAPHER:  Okay.  We are now

21        off the record.  The time is 14:24 UTC

22        time.

23             (A recess was taken from 14:24 to

24        14:33.)

25             THE VIDEOGRAPHER:  We are back on the
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential

 2        record.  The time is 14:33 UTC time.

 3        Q.   Mr. Salem, I'm going to direct your

 4   attention to -- on Exhibit 13, pages 1875

 5   through 1878.

 6             Can you tell me what this document is?

 7        A.   This document is the information for

 8   the prisoner.

 9        Q.   And this is a four-page -- a four-page

10   document that is an official Palestinian

11   Authority document, correct?

12        A.   This is a form that is filled, in the

13   directories, in the subdirectories.

14        Q.   It's a preprinted form, correct?

15        A.   Yes, it's a printed form.

16        Q.   And it's created by the Palestinian

17   Authority, correct?

18        A.   The -- it's created by the Detainees

19   Affairs or the subdirectorates.

20        Q.   Of the Palestinian Authority?

21        A.   Yes, correct.

22        Q.   Okay.  And what is the purpose of this

23   form?  Why is this form created?

24        A.   The purpose of the creation of this

25   form is to submit it to the -- the purpose of
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2    this form is to be submitted to the Detainees

3    and Freed Affairs.  It includes individual

4    information about the detainee:  the name, the

5    identification number.  And included with this

6    form, definitely there is the Red Cross document

7    and any identification document from -- for the

8    detainee to be sent to the Detainees Affairs to

9    be inspected.

10        Q.   And if a prisoner is seeking

11   compensation of any type, whether continued

12   salary or allocation, he must fill out or have

13   someone fill out this form.

14        A.   The ones who is filling this form is

15   the family of the detainee, because they -- the

16   detainee is in prison.  And the family is the

17   ones who submits the information to receive the

18   allocation.

19        Q.   If this form is not submitted, would a

20   prisoner be -- or his family -- be entitled to

21   any compensation?

22        A.   If the family does not submit a

23   request to receive the allocations, the

24   allocations will not be dispensed.

25        Q.   And this is the form on which they

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2    must make the request, correct?
 3         A.   This form is included with the list of
 4    indictment, if it's present, or the certificate
 5    from the Red Cross.  And it will be submitted
 6    all to the Detainees Affairs.  And when it is
 7    submitted, this means that the family is in need
 8    of these allocations.
 9         Q.   And without this form -- if this form
10    is not submitted, no allocations will be made.
11              Am I correct?
12         A.   Definitely, yes.
13         Q.   Okay.  Let's look at this form.  On
14    page 1875, it asks for personal information on
15    the prisoner.
16              Do you see that?  Or ex-prisoner.
17         A.   Yes.  It's a prisoner.  It includes
18    information regarding -- regarding detainee.
19         Q.   Okay.  And let's -- and that includes,
20    for example, religion, marital status, refugee
21    status, education.
22         A.   Yes.
23         Q.   And then turning to the next page,
24    1876, it asks for more information about the
25    prisoner; am I right?
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2          A.   Yes, more information.
 3          Q.   And that includes information about
 4     his arrest and also if he has any illnesses?
 5          A.   Yes, correct.
 6          Q.   And then turning over to page 1877, it
 7     asks for information concerning the
 8     beneficiaries of the prisoner's allowance.
 9          A.   Correct.
10          Q.   And then on page 1878, it asks for his
11     employment or his advisor's information, and
12     then asks for documents to be attached.
13               You see that?
14          A.   Yes, I see it.
15          Q.   And those documents are -- include
16     that -- they ask for include the prisoner's ID,
17     the indictment, bank account card, children's
18     birth certificates, copies of education
19     certificates, and other things.  Additional
20     wife, or wives, verdict decision, marriage
21     certificate.
22          A.   Yes.  It's asking, yeah, for a lot of
23     documents and information.
24          Q.   And this information -- this document,
25     the personal information form, is the same or
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                   Salem - Confidential

2    similar to the ones that we've seen in the other

3    prisoners' files we've looked at over the last

4    two days; am I right?

5         A.   Most likely, it's similar.  It's a

6    list of personal information about the detainee

7    asking about the information, but the most

8    important document is the indictment.

9         Q.   And in this document that we've just

10   looked at, this does not ask for any financial

11   information about the prisoner's family; am I

12   correct?

13             MR. BERGER:  Objection to the form.

14        Misstates the document.

15             But you may answer.

16        A.   As long as the families of the

17   detainee goes and submits the form to the

18   Detainees Affairs office -- or their one of

19   their offices, this means that the family is in

20   it, even though it's not listed on this form.

21        Q.   But the Palestinian Authority form

22   never asks for documentation evidencing the

23   family's need.

24             MR. BERGER:  Same objection.

25        Misstates the document.
```

Abdel Jabbar Salem Volume II
July 28, 2021

                    Salem - Confidential

 1

 2              You may answer.

 3      A.    I affirmed you again.  As long as the

 4  family goes and submits the papers to the

 5  Detainees Affairs, they are in need of the

 6  allocation.  And the attorneys and the Detainees

 7  Affairs affirm to me that most of these families

 8  are in great need of this allocation.

 9              And for the second time, I mention to

10  you and affirm to you that these documents are

11  examined and inspected at the end of each month

12  to make sure that there is no duplication with

13  the salaries and that the family is in need.

14              And in addition, and also, we examine

15  it with the allocations for the public

16  assistance or community assistance.  If they

17  receive public assistance, the -- this

18  allocation will not be dispensed.

19      Q.    Are you aware of any instance in which

20  a family applied for allocations and was denied

21  because they did not have sufficient financial

22  need?

23      A.    There was tens of applications that

24  gets declined, from my information and the

25  information that was submitted to me from the

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                   Salem - Confidential
 2    Detainees Affairs.
 3              THE COURT REPORTER:  Mr. Interpreter,
 4         excuse me.  Was that "tens" of
 5         applications?  Or "tons" of applications?
 6         "Tens"?
 7              THE INTERPRETER:  Tens.  Tens.
 8              THE COURT REPORTER:  Thank you.
 9              THE INTERPRETER:  You're welcome.
10         Q.   So you are aware of applications that
11    are denied or declined because the family
12    doesn't have sufficient need.
13         A.   I know of cases that gets denied for
14    multiple reasons.  And the documents get
15    inspected in the general directorate and the IT
16    unit.  And if they find that the family receives
17    allocations or income from other places, or
18    public assistance, the -- the application gets
19    denied, from our part.
20         Q.   Are there records of these denials?
21         A.   This is dealt with in the Ministry of
22    Finance, and they freeze the payment unless
23    proven otherwise.
24         Q.   Do you have -- you're an employee at
25    the Ministry of Finance, correct?
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                 Salem - Confidential

 2        A.   I'm the general director of the

 3    salaries in the Ministry of Finance.

 4        Q.   Do you, yourself, have access to

 5    documents evidencing the denial or freeze of

 6    payments because a family has too much wealth?

 7        A.   I don't have document to freeze.  But

 8    I told you before that if there is documents to

 9    prove that there is double payment from other

10    governmental entity that they are receiving, the

11    allocations will stop.

12             And these documents that were

13    submitted to you has all the information that we

14    have and the Detainees Affairs has.

15             MR. BERGER:  I'm going to, by the way,

16        object.  We've been out -- we've been

17        outside the scope of any of the two

18        30(b)(6) topics for a while now, but we've

19        given you some leeway.  But you might want

20        to move back to one of your topics.

21             MS. MAXMAN:  I'm moving on.

22        Q.   I know that you are unable to read the

23    Hebrew indictment.

24             But I'm going to represent to you that

25    in this Exhibit 13, Mr. Zughayer pleaded guilty
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                     Salem - Confidential

2    to killing a -- shooting an Israeli and -- with

3    five bullets to his body and another to his head

4    and caused injury to the other car's occupants,

5    his father's wife and his two children.

6                   Is that considered a crime of

7    political or security nature?

8         A.   First of all, we have a list of

9    indictment that comes, and the attorneys

10   translate this list of indictment that is based

11   on the Israeli accusations to determine whether

12   this is on a security or a political background.

13        Q.   But Mr. Zughayer, in this case,

14   pleaded guilty.  He did not even -- he did not

15   oppose the charges.

16                   So he -- he accepted the Israeli

17   accusations.  He agreed with them.  Is that a

18   security -- and he apologized for them.

19                   Okay.

20                   MR. BERGER:  Is there a question

21        pending?

22                   MS. MAXMAN:  Yeah.  I'm about to ask

23        it.

24        Q.   Is the -- is pleading guilty to murder

25   a crime of a security or political nature?

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2              MR. BERGER:  This has been asked and
 3         answered several times.
 4              But you may answer it again.
 5              So I object to the form.
 6         A.    I'm sorry?
 7         Q.    You may answer.
 8         A.    I didn't understand the question
 9    fully.
10         Q.    Okay.  Mr. Zughayer pleaded guilty to
11    murder and apologized for it.  Is that
12    considered by the Prisoners Affairs Department a
13    crime of security or political nature?
14              MR. BERGER:  Objection to form as --
15         I'm sorry.  Go ahead.  Translate it.
16              (Interpreter interpreted the
17         question.)
18              MR. BERGER:  Hold on.  Object to the
19         form.  Asked and answered, on multiple
20         times.
21              You may answer it again.
22         A.    Ma'am, I don't know the circumstances
23    in which the detainee spoke or the detainee
24    apologized.  And I don't know the situation.
25    But the standards that was agreed on by the
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                    Salem - Confidential

2      Detainees Affairs, that it's either a political

3      or a security act.

4      DIR  Q.   In fact, all the prisoners' files we

5      looked at over the last two days involved the

6      murder of innocent people.  Are those considered

7      political or security acts?

8                    MR. BERGER:  Okay.  Now we're wasting

9          everybody's time.  That's argumentative.

10                   I instruct with the witness not to

11         answer.

12                   You may ask about specific offenses,

13         in keeping with Judge Freeman's guidance

14         yesterday.

15         A.   I won't answer the question.

16         Q.   You recall we talked, first, about

17     Mr. -- I'm sorry.  Got the wrong...

18                   You will recall yesterday and earlier

19     this morning we talked about Mr. Abu Warda.

20                   Do you recall that?

21         A.   Yes.

22         Q.   Mr. Abu Warda pleaded guilty to

23     recruiting suicide bombers to kill 24 innocent

24     people and injure another 36.  Is that a crime

25     that is political or security in nature?
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential

 2              MR. BERGER:  Object to the form of the

 3         question.  It's argumentative in terms of

 4         how the predicate was loaded up.

 5              But you may answer the question.

 6         A.   As I mentioned to you previously, the

 7    only standard, or criteria, we go by is the list

 8    of indictment that comes from the Israeli part,

 9    and this list of indictment will be inspected by

10    the Detainees Affairs.

11              And we don't know the circumstances

12    under which it -- the accusation happened.  And

13    after inspecting it, it will be classified

14    whether it is political or security.  And if it

15    is, the allocation will be dispensed as long as

16    the detainee is still in prison.

17         Q.   And so for Mr. Abu Warda and also

18    Mr. Zughayer, I take it -- we agree that

19    allocations were made.

20         A.   No.  I agree that the allocation was

21    dispensed for the families, as long as the

22    detainees are still in prison.

23         Q.   Okay.  But in Mr. Zughayer's -- in

24    Mr. Zughayer's case and in Mr. Abu Warda's case,

25    both allocations were made.
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2          A.    Again, I emphasize it was paid for the

3     families.

4          Q.    I'm not asking about who the

5     allocations were made to.  I'm asking, were the

6     allocations made?  It's a yes or no.

7          A.    Yes.  It was paid.  Yes.

8          Q.    Okay.  And they were -- both of those

9     were deemed security or political crimes.

10    Correct?

11         A.    The acts were classified either as

12    political or security, by the specialized

13    attorneys.

14         Q.    Therefore, these murders of

15    noncombatants are deemed political or security

16    by these specialized attorneys.  Correct?

17              MR. BERGER:  Objection.  Cumulative

18         and argumentative.  It's been asked and

19         answered many times.  You can argue with

20         the witness all you want to, but that's not

21         a real question.

22         Q.    You may answer.

23         A.    These are accusations by the Israeli

24    court that we don't agree with, and it is acts

25    that are classified as security or political.

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential
 2    Anti-occupation.
 3           MS. MAXMAN:  Okay.  I'm -- I think I'm
 4        almost done.  Can we just take a break so I
 5        can go through my notes, and I'll come
 6        back.
 7           MR. BERGER:  Yes.  So long as we're
 8        done by 6:30, to which we agreed, that's
 9        fine.  Take as long as you like.
10           MS. MAXMAN:  Okay.  Thank you.
11           THE VIDEOGRAPHER:  Okay.  We are now
12        off the record.  The time is 15:11 UTC
13        time.
14           (A recess was taken from 15:11 to
15        15:16.)
16           THE VIDEOGRAPHER:  We are back on the
17        record.  The time is 15:16, UTC time.
18        Q.   Mr. Salem, you testified earlier today
19    that one of the factors considered in the
20    Prisoners -- by the Prisoners Affairs Department
21    in determining whether a prisoner's family is
22    eligible for allocations is the financial needs
23    of the prisoner's family.  Correct?
24        A.   One of these reasons.
25        Q.   That it is one of the factors.  Yes.
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                     Salem - Confidential

2    And the answer to my question is "yes"?

3         A.   Yes.

4         Q.   To your knowledge, has this always

5    been the policy of the Prisoners Affairs

6    Department, to take the financial need of the

7    family into account?

8              MR. BERGER:  Object to the form of the

9         question.  Outside the relevant timeframe.

10        Q.   You may answer.

11        A.   This is one of the factors.  But the

12   first factor is for the detainee to be present

13   in the Israeli prison.  The second factor is for

14   the act to be either political or a security.

15   And the third factor is the financial need of

16   the family.

17        Q.   My question to you is, turning to that

18   third factor only, the financial need of the

19   family, has that always been the policy of the

20   Prisoners Affairs Department?

21             MR. BERGER:  Object to the form of the

22        question.  Not only is it outside the

23        relevant timeframe, but it exceeds the

24        limitation that Judge Vyskocil imposed that

25        anything that doesn't relate to the

Abdel Jabbar Salem Volume II
July 28, 2021

1              Salem - Confidential

2         predicates of the statute is off limits, as

3         she warned counsel on April 29, 2021.

4              You may answer this question again,

5         but that's the last time.

6         A.   I affirmed to you before, and I affirm

7    now, that this is one of the major or primary

8    factors that was mentioned to me by the

9    Detainees Affairs.  And for my information, that

10   one of the important factors in the

11   determination is the financial need for the

12   detainee's family.

13        Q.   Has that always been so?

14             MR. BERGER:  That's it.  We are --

15        counsel, can you make a representation how

16        this relates to the jurisdictional

17        predicates at that are the sole subject of

18        this deposition?  Because if you cannot

19        make such a representation, I'm going to

20        instruct the witness not to answer,

21        consistent with Judge Vyskocil's April 29,

22        2021, order.

23             MS. MAXMAN:  The reasons for the

24        payment are expressly listed as a 30(b)(6)

25        question in both numbers 2 and 3 of our

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential

 2        30(b)(6) notice.  And we explained this to

 3        Judge Freeman yesterday, and she had no

 4        problem with that.

 5             So I'm asking for the reasons for the

 6        payment.  The reasons for the payments are

 7        obviously relevant, even if these reasons

 8        predate April 18, 2020.  And the reason I'm

 9        asking is, I'm entitled to ask whether the

10        reasons are -- have been the same

11        throughout this witness's experience or

12        have they changed.

13             If I can get an answer to that

14        question, I'm done.  But he has not

15        answered whether or not this reason has

16        changed or has always been the same.

17             MR. BERGER:  That's an entirely

18        different question than the one you asked

19        before.  And I'm glad you added at the last

20        minute that the topic to which you're

21        referring expressly refers to reasons for

22        payments made after April 18, 2020.

23             Your question is and has been, "Has

24        that always been the case?"  I'm pretty

25        sure that "always" is not on and after
```

Abdel Jabbar Salem Volume II
July 28, 2021

1               Salem - Confidential

2        April 18, 2020.

3               But with that said, I'm going to let

4        the witness answer this question.

5               THE INTERPRETER:  This is the

6        interpreter.  Do you want me to read the

7        question again or ask --

8               MS. MAXMAN:  All right.  Here, I will

9        restate the question.

10       Q.   Has it always been the case that one

11  of the reasons -- one of the factors that the

12  Prisoners Affairs Department takes into account

13  is the family's financial need?

14              MR. BERGER:  Subject to my previously

15       stated objection, you may answer after it's

16       translated.

17       A.   The standards has not changed.  And

18  that's the family goes and submits this form to

19  one of the directorates.  They submit the form.

20              To receive the allocation, there is

21  the three main criteria that applies to dispense

22  the allocation.  And the purpose for the

23  allocation, as I informed you before, is to

24  secure a decent living for the families.

25              MS. MAXMAN:  That's all I have.  Thank

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2          you.

3               MR. BERGER:  Thank you.

4               We designate this deposition as

5          confidential, pursuant to paragraph 6 of

6          the protective order in this action.

7               THE VIDEOGRAPHER:  Okay.  Does

8          everyone agree to go off?

9               MR. BERGER:  We're complete.  Let's go

10         off the record.

11              THE VIDEOGRAPHER:  We are now off the

12         record.  The time is 15:25 UTC time.  This

13         concludes today's deposition.  Thank you,

14         everyone, and take care.

15              (Time noted: 15:25 UTC.)

16

17

18

19

20

21                        ------------------------

22                        ABDEL JABBAR SALEM

23              Subscribed and sworn to before me

24                   this    day of         2021.

25

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1

 2                 C E R T I F I C A T E

 3

 4   STATE OF NEW YORK     )
                           )  Ss.:
 5   COUNTY OF NEW YORK    )

 6             I JEFFREY BENZ, a Certified Realtime

 7        Reporter, Registered Merit Reporter and

 8        Notary Public within and for the State of

 9        New York, do hereby certify:

10             That ABDEL JABBAR SALEM, the witness

11        whose examination is hereinbefore set

12        forth, was duly sworn by me and that this

13        transcript of such examination is a true

14        record of the testimony given by such

15        witness.

16             I further certify that I am not

17        related to any of the parties to this

18        action by blood or marriage; and that I am

19        in no way interested in the outcome of this

20        matter.

21             IN WITNESS WHEREOF, I have hereunto

22        set my hand this 30th of July, 2021.

23        ---------------------------

24                 JEFFREY BENZ, CRR, RMR

25
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1    Errata Sheet

 2

 3    NAME OF CASE: SHABTAI SCOTT SHATSKY -against- PALESTINIAN LIBERATION ORGANIZATION

 4    DATE OF DEPOSITION: 07/28/2021

 5    NAME OF WITNESS: Abdel Jabbar Salem

 6    Reason Codes:

 7         1. To clarify the record.

 8         2. To conform to the facts.

 9         3. To correct transcription errors.

10    Page _____ Line _____ Reason _____

11    From _____ to _____

12    Page _____ Line _____ Reason _____

13    From _____ to _____

14    Page _____ Line _____ Reason _____

15    From _____ to _____

16    Page _____ Line _____ Reason _____

17    From _____ to _____

18    Page _____ Line _____ Reason _____

19    From _____ to _____

20    Page _____ Line _____ Reason _____

21    From _____ to _____

22    Page _____ Line _____ Reason _____

23    From _____ to _____

24

25                         _____
```

---

**Exhibits**

---

**EX 0006 Abdel
Jabbar Salem
072821**
 134:9
 146:19,24
**EX 0007 Abdel
Jabbar Salem
072821**
 134:11
 146:21
 147:4,6
**EX 0008 Abdel
Jabbar Salem
072821**
 134:13
 159:2,20
**EX 0009 Abdel
Jabbar Salem
072821**
 134:16
 158:21 159:6
 161:20
 166:14
 168:11
 169:19
**EX 0010 Abdel
Jabbar Salem
072821**
 134:18
 171:10,16
**EX 0011 Abdel
Jabbar Salem
072821**
 134:21
 171:12,22
**EX 0012 Abdel
Jabbar Salem
072821**
 135:3
 176:19,22
 177:22
**EX 0013 Abdel
Jabbar Salem
072821**
 135:5 176:24

 177:4 178:7
 181:5 190:4
 197:25
**EX 0014 Abdel
Jabbar Salem
072821**
 135:7 177:6,
 10

---

**$**

---

**$2,000**
 172:20

---

**-**

---

**-67**
 161:20
**-86**
 176:16
**-87**
 176:15

---

**0**

---

**01**
 151:25

---

**1**

---

**1,000**
 163:21
**10**
 171:10,16
**100,000**
 144:18
**11**
 171:12,22
**1120**
 141:20
**1142**
 141:20
**1190**
 145:15
 146:4,5

**1190-T**
 147:3
**1191**
 147:7
 155:10,12
**11:36**
 136:12
**12**
 145:12,13
 146:19
 176:19,22
 177:22
**120,000**
 144:18
**1200**
 154:5
**1201**
 147:20
 151:25 152:2
**1205**
 149:16,24
**1206**
 149:24
 151:16,17,24
**1207**
 149:25
**1214**
 145:16 146:5
 149:16
**1214-T**
 147:4
**12:34**
 158:13,14
**12:46**
 158:15,17
**13**
 145:12,15
 146:20
 176:24 177:4
 178:7 181:5
 190:4 197:25
**1348**
 158:21 159:5
 161:20,21,23
**1350**
 162:21

**1351**
 166:16
**1356**
 162:11
**1358**
 162:12
 166:17
**1362**
 162:2
**1365**
 166:15
**1367**
 158:22 159:5
 166:15
**13:29**
 175:20,22
**13:44**
 175:23,25
**14**
 177:6,10
**14:24**
 189:21,23
**14:33**
 189:24 190:2
**15:11**
 203:12,14
**15:16**
 203:15,17
**15:25**
 208:12,15
**16**
 179:9
**1782**
 171:11,18
**1787**
 174:7
**1788**
 174:10
**18**
 171:2 206:8,
 22 207:2
**1804**
 171:11,18
**1852**
 179:18
**1857**

---

176:6,12,25
177:2
**1861**
179:7
**1865**
176:25
182:19
**1865T**
183:2
**1868**
179:18
**1875**
178:8 190:4
192:14
**1876**
192:24
**1877**
178:13 193:6
**1878**
176:6 178:8
190:5 193:10
**1880**
176:15
177:7,8
**1886**
176:12,25
177:2,7,8
**19**
171:2

**2**

**2**
187:14
205:25
**2,000**
163:6 165:10
172:20 174:3
177:24
**20**
176:4,5
**2020**
139:21 140:2
160:3,7,9,23
163:7 165:9
172:12,21
174:3 206:8,

22 207:2
**2021**
136:11
160:3,23
163:8 165:15
172:13,22
173:25
205:3,22
208:24
**21**
176:4,6,12
183:2
**24**
200:23
**25**
176:4,10,15
182:23,24
**266**
138:19
**28**
136:11
**29**
179:10
205:3,21
**292**
145:14,22
**292-T**
146:23
**292293**
146:10
**293**
145:14

**3**

**3**
185:8 205:25
**3,000**
165:10
**3,950**
174:2
**30(b)(6)**
197:18
205:24 206:2
**36**
200:24

**363**
158:20,25
159:20
**364**
158:20,25
159:21,25
163:4 165:9
**3950**
163:7 165:16
172:22

**4**

**4**
138:18
154:11
**4,000**
163:7
**400**
139:20,25
**4350**
165:16

**5**

**5**
139:21 140:2
141:22 179:9
**500**
163:21
**524**
171:9,13,19
**525**
171:9,13,19
172:7,11
**533**
176:5,18,20
**534**
176:6,18,20
177:22 180:8

**6**

**6**
139:21 140:2
146:19,24

208:5
**6:30**
203:8

**7**

**7**
146:21
147:4,6
**7132**
139:5
**7132.3**
139:4
**75**
139:6
**7532.20**
139:5

**8**

**8**
158:19
159:2,20

**9**

**9**
141:21
158:21 159:6
161:20
166:14
168:11
169:19
**90**
136:16

**A**

**Abdel**
136:10
137:21
208:22
**Abdel-basset**
158:24
159:4,13

Abdel Jabbar Salem Volume II
July 28, 2021

Abdul-kader
146:12  147:2
151:14
152:10,11,
16,17
Abdullah
171:15,21
172:2  174:13
Abu
138:22
140:23
141:4,13
143:2,9,14
145:2  165:2
200:19,22
201:17,24
accept
155:8
accepted
198:16
access
197:4
account
149:3
153:12,15,18
155:17  156:7
178:21
183:21
193:17  204:7
207:12
accurate
187:24
accurately
138:13
accusation
201:12
accusations
143:18
198:11,17
202:23
accused
143:18
acknowledge
137:2,5
act
155:2  158:9
200:3  204:14

acted
154:21
action
136:18  208:6
actions
183:4,6,22
acts
200:7
202:11,24
actual
164:13
183:16,17
184:3
added
183:5  206:19
addition
164:11
195:14
additional
177:25
193:19
administer
137:7
administered
137:6
advisor's
193:11
Affair
174:19
Affairs
142:18
150:22
156:11,13,15
161:3,15
163:17
167:20  173:3
181:2,19
182:16
183:20,23
185:4
187:20,21
189:9  190:19
191:3,8
192:6  194:18
195:5,7
196:2  197:14
199:12  200:2

201:10
203:20
204:5,20
205:9  207:12
affect
183:15  184:9
affected
140:17
affects
173:16
affirm
195:7,10
205:6
affirmed
180:2  182:16
183:24
184:17  188:8
189:9  195:3
205:6
afternoon
138:6,10
age
139:13,19
173:9
agree
137:17
150:23  165:8
169:11
173:18,19,24
174:4
201:18,20
202:24  208:8
agreed
198:17
199:25  203:8
agreement
136:7
137:11,12
161:16
169:4,23
170:3
ahead
170:16
184:22
199:15
Ahmad
146:12  147:3

151:14
152:10,11,17
Al-halabi
151:14
152:10,11,
17,18
Alaa
176:21
177:3,9,19
alive
156:3
allegations
157:11,15
alliance
149:7  156:5,
8,10
allocation
139:14
140:9,25
141:6  143:4,
15,21,23,24
144:3  145:7
146:12
147:25  148:4
152:23
153:4,7
154:2,19
159:22
160:10
171:14,19,25
172:24
173:10
181:24
183:15
184:2,7,9,
12,20  188:12
191:12,18
195:6,8,18
201:15,20
207:20,22,23
allocations
139:9  140:4,
14  141:7
144:8  145:3
149:5  153:2,
16  165:19
166:3,5,11
170:21

Abdel Jabbar Salem Volume II
July 28, 2021

172:12,14
173:8,16
174:24
175:2,8
178:22
180:8,22
182:13
185:18
188:11
191:23,24
192:8,10
195:15,20
196:17
197:11
201:19,25
202:5,6
203:22
allowance
  178:2 193:8
AMIRI
  137:18
amne
  167:24
amount
  139:15,17,
  19,25 162:18
  163:8 164:13
  183:15,17
  184:3
amounts
  139:2
answer
  144:13 145:6
  157:10 158:2
  164:5 166:9
  167:12 168:4
  170:19 175:5
  182:12
  183:12
  185:25
  194:15 195:2
  199:4,7,21
  200:11,15
  201:5 202:22
  204:2,10
  205:4,20
  206:13
  207:4,15

answered
  157:9,25
  166:8 199:3,
  19 202:19
  206:15
Anti-
occupation
  203:2
apologize
  146:21
apologized
  198:18
  199:11,24
apology
  183:8,13
appears
  147:22 160:7
  162:3,6
  165:11
  177:23
  179:8,19
application
  180:21
  188:10
  196:18
applications
  195:23
  196:5,10
applied
  195:20
applies
  173:7,8
  207:21
April
  172:12
  173:25
  205:3,21
  206:8,22
  207:2
Arabic
  137:20
  162:21
  167:5,23
  168:21
  169:12
  187:17

argue
  202:19
argumentative
  200:9 201:3
  202:18
arrangement
  137:9
arrest
  193:4
asked
  157:8,24
  166:7 199:2,
  19 202:18
  206:18
asking
  193:22 194:7
  202:4,5
  206:5,9
asks
  192:14,24
  193:7,10,12
  194:22
assistance
  144:22,25
  182:4,5,6
  188:12
  195:16,17
  196:18
assistants
  159:19
assume
  149:21 155:7
assurance
  150:21
assure
  161:2
assured
  156:9,18
  167:25
Ataf
  162:4,5
attached
  141:15
  146:15
  193:12
attention
  138:25

146:9,16
147:7,20
160:6 161:19
172:6 177:21
190:4
attorney
  185:2
attorney's
  182:23
attorneys
  136:24
  142:15,18,
  20,24 149:2
  150:22
  159:18 167:5
  173:12
  174:19 180:2
  182:16
  183:24
  184:17 185:4
  187:23 188:8
  189:10 195:6
  198:9
  202:13,16
authorities
  140:12
  141:16
Authority
  143:9 154:14
  190:11,17,20
  194:21
Authority's
  183:19
authorization
  148:13,25
  151:7,11
  153:13,14
  184:19,25
authorized
  174:10
availability
  185:17
aware
  136:4 142:8
  186:14
  189:11
  195:19
  196:10

Abdel Jabbar Salem Volume II
July 28, 2021

**Awda**
158:24
159:4,13

---

**B**

**back**
139:6 158:16
163:3 165:7
175:24 185:8
189:25
197:20
203:6,16
**background**
143:6 145:10
155:3 167:3,
7 174:21
180:5 184:5,
6 186:4,11
198:12
**Baloul**
167:9,10,15,
18 168:21
**bank**
148:12
153:12,14,17
160:19
193:17
**banks**
178:23
**based**
150:21 155:2
161:17
174:20 175:6
182:14
198:10
**basis**
143:3 151:4
173:14
**bates**
146:2,3,17,
23 147:7,20
149:15,16
158:20,21,24
159:5 163:3
171:3,9,11,
13,18,19

**Bates-
numbered**
145:14,15
147:3 176:5
**beg**
162:12
**beginning**
146:22
**behalf**
136:15,21
137:14,16
143:8 150:11
**believe**
146:6 151:4
153:24
165:12
**beneficiaries**
148:24 149:5
155:18 193:8
**beneficiary**
143:14
147:25
152:23 162:3
174:11
178:9,13
180:12
**benefit**
148:5 182:23
**Benz**
136:21
137:23
**Berger**
137:16
144:11
145:4,21,23,
25 146:6
149:10,12
150:8,15
151:24
153:19,21,23
157:8,19,20,
22,24 163:25
164:10
165:20 166:7

168:12,17
169:10,20
170:15 175:3
182:11
183:10
185:22
187:13
188:23
189:12,18
194:13,24
197:15
198:20
199:2,14,18
200:8 201:2
202:17 203:7
204:8,21
205:14
206:17
207:14
208:3,9
**BEZVERKHA**
151:19,23
154:8
**birth**
193:18
**body**
198:3
**bombers**
200:23
**branches**
181:3
**break**
158:11
175:18
189:15 203:4
**breaking**
141:3
**Broad**
136:16
**brother**
151:13
152:8,21,22,
25 153:4,11,
15
**brothers**
148:16
**bullets**

198:3
**buying**
140:4
163:20,24

---

**C**

**called**
137:22
**Calls**
185:22
**car's**
198:4
**card**
193:17
**care**
208:14
**case**
155:8 198:13
201:24
206:24
207:10
**cases**
196:13
**caused**
198:4
**CD**
161:13
**certain**
139:15
148:14,24
**certificate**
192:4 193:21
**certificates**
193:18,19
**certified**
167:4
**certifies**
181:2
**change**
139:7,11
**changed**
206:12,16
207:17
**charges**
157:7 198:15

Abdel Jabbar Salem Volume II
July 28, 2021

child
  139:18  173:9
children
  139:13
  144:4,6
  155:21,25
  198:5
children's
  193:17
circumstances
  199:22
  201:11
cities
  185:5
clarification
  141:24,25
  150:9
clarify
  142:11
  164:18  169:9
  179:24
classified
  201:13
  202:11,25
clear
  157:5
clothes
  140:5
  163:20,21,24
clothing
  177:25
code
  143:13
collaboration
  159:18
collect
  187:21,24
come
  203:5
comes
  198:9  201:8
comfort
  158:11
  175:17
comfortably
  144:7  148:7

community
  187:17
  195:16
compensation
  191:11,21
complete
  208:9
concerns
  144:16
concludes
  208:13
conclusion
  185:23
condition
  188:6,22
conditions
  185:17  189:5
confidential
  136:1  137:1
  138:1  139:1
  140:1  141:1
  142:1  143:1
  144:1  145:1
  146:1  147:1
  148:1  149:1
  150:1  151:1
  152:1  153:1
  154:1  155:1
  156:1  157:1
  158:1  159:1
  160:1  161:1
  162:1  163:1
  164:1  165:1
  166:1  167:1
  168:1  169:1
  170:1  171:1
  172:1  173:1
  174:1  175:1
  176:1  177:1
  178:1  179:1
  180:1  181:1
  182:1  183:1
  184:1  185:1
  186:1  187:1
  188:1  189:1
  190:1  191:1
  192:1  193:1
  194:1  195:1

  196:1  197:1
  198:1  199:1
  200:1  201:1
  202:1  203:1
  204:1  205:1
  206:1  207:1
  208:1,5
confirmed
  167:20
consent
  137:8
consideration
  143:4  155:9
considered
  198:6  199:12
  200:6  203:19
consistency
  187:16
consistent
  205:21
contents
  142:9,24
continue
  153:2,5
  154:24,25
  156:15  158:7
continued
  151:10
  153:9,11,12,
  17  158:4
  186:25
  191:11
continuing
  138:7
continuous
  140:13,20
conversations
  136:6
copies
  145:17
  193:18
copy
  143:7  151:10
Corey
  136:14
correct
  138:24

140:25
141:6,11
143:12,16
144:20
146:11,14
147:9,11,12,
16,18,23,24
148:2,3,4,
22,23
149:17,18,
21,23  150:3,
5,25  153:8
155:16
156:21
157:3,4,16
159:15,16,
22,23  160:4,
5,22,24
161:15
162:7,8
165:13
166:6,18,22
168:7,8,11
169:17,25
170:2,9,12,
14  172:5,11,
16,18  174:6,
13,25  175:2
176:11
177:14,20
179:12,20,21
180:9  181:25
190:11,14,
17,21  192:2,
11  193:5,9
194:12
196:25
202:10,16
203:23
counsel
  137:8,13
  205:3,15
country
  185:5
couple
  179:14
course
  143:22,23

Abdel Jabbar Salem Volume II
July 28, 2021

188:14

court
  136:24  138:3
  141:23
  143:19
  146:18
  153:21
  157:20
  166:21  167:8
  174:22
  175:12
  176:17  180:4
  183:8,14
  196:3,8
  202:24
courts
  150:20
created
  190:16,18,23
creation
  190:24
crime
  143:5  198:6,
  25  199:13
  200:24
crimes
  143:10,16
  144:10  157:2
  202:9
criteria
  201:7  207:21
Cross
  191:6  192:5
Cumulative
  202:17

            D

date
  146:25  147:5
  159:3,7
  171:17,23
  176:23
  177:5,11
day
  208:24

days
  179:10  194:4
  200:5
deal
  173:6
dealt
  196:21
December
  160:8  173:21
decent
  186:12,18,
  19,23
  187:10,18
  207:24
deciding
  184:2
decision
  161:14
  193:20
declined
  195:24
  196:11
decrease
  139:18
  173:17
decreased
  173:22
decreases
  160:17
deductions
  140:20
deemed
  202:9,15
defendant
  150:11  183:3
defendants
  137:17
definitely
  156:4,17
  161:6  164:21
  165:14  168:8
  178:4  180:2
  191:6  192:12
delineates
  160:2
denial
  197:5

denials
  196:20
denied
  195:20
  196:11,13,19
department
  173:3  183:20
  199:12
  203:20
  204:6,20
  207:12
depend
  184:2
depending
  160:17
depends
  140:13
  161:17
  162:19  163:9
  164:12
  183:16
deposition
  136:10,25
  137:3,4
  138:7  205:18
  208:4,13
describe
  166:23  168:5
described
  143:10
  157:2,7
  166:19
  168:10
  169:19  170:7
description
  168:2
designate
  178:9  208:4
designated
  178:13
designates
  178:18
detained
  186:10
detainee
  160:17
  161:10

175:16
183:18
184:3,25
186:19
187:7,8
191:4,8,15,
16  192:18
194:6,17
199:23
201:16
204:12
detainee's
  170:20  184:8
  205:12
detainees
  161:3  163:17
  173:3  174:19
  180:25
  181:19
  182:16
  183:23
  185:4,15
  186:3,4,10
  187:14,15
  189:9  190:18
  191:2,8
  192:6  194:18
  195:5,6
  196:2  197:14
  200:2
  201:10,22
  205:9
detainees'
  187:25
determination
  205:11
determine
  198:11
determined
  161:3
determines
  139:15  173:2
determining
  203:21
dies
  173:11
difference
  140:8

Abdel Jabbar Salem Volume II
July 28, 2021

different
  206:18
dignity
  187:12
DIR
  200:4
direct
  146:9 147:7
  190:3
directed
  153:14
directly
  149:2 184:24
director
  197:2
directorate
  181:12,18
  196:15
directorates
  207:19
directories
  190:13
discontinued
  140:18
discussed
  140:23 141:4
discussion
  167:19
dispense
  180:22 182:4
  207:21
dispensed
  143:25
  144:3,22
  153:17 175:8
  182:17
  191:24
  195:18
  201:15,21
document
  142:20
  147:11,13
  151:16
  154:15,17
  163:3
  165:11,13,22
  167:21

172:17
174:14 178:3
181:9 185:24
186:7 189:3
190:6,7,10,
11 191:6,7
193:24
194:8,9,14,
25 197:7
documentation
  165:24
  188:20
  194:22
documented
  161:7
documents
  146:15
  147:15
  149:4,19
  154:3 159:8,
  12 163:5
  166:14,19
  168:5 174:5,
  6 177:18
  178:5,6
  180:21,24
  184:11,16
  186:15
  188:3,4,14,
  16,18 189:6,
  8 193:12,15,
  23 195:10
  196:14
  197:5,8,12
double
  160:23
  162:23
  163:13 197:9
doubled
  160:25
duly
  137:19,23
duplication
  195:12
duration
  161:18
  164:13

_____

E

_____

earlier
  162:18
  200:18
  203:18
education
  187:8 192:21
  193:18
either
  141:18
  150:18
  153:12 155:3
  161:8 167:3,
  22 180:5
  181:20 184:6
  200:2 202:11
  204:14
elderly
  148:11,15
eligible
  203:22
Elizabeth
  138:15
  145:12
  151:18 152:3
  171:2 176:4
emphasis
  187:9
emphasize
  202:2
employed
  153:10
employee
  151:9 154:4,
  12,22 156:23
  158:4,6
  196:24
employees
  140:11 185:6
employment
  193:11
end
  195:11
English
  137:19,20

176:9 182:21
enlarge
  186:21
enter
  136:22
entirely
  206:17
entitled
  191:20 206:9
entity
  197:10
entries
  139:4
everybody's
  200:9
everyone
  136:3 208:8,
  14
evidence
  165:17
evidencing
  194:22 197:5
ex-prisoner
  192:16
EXAMINATION
  138:5
examine
  195:14
examined
  137:25
  195:11
exceeds
  204:23
excuse
  167:9 189:13
  196:4
executed
  139:14
exhibit
  138:16,18
  141:22
  146:19,21,24
  147:4,6
  150:25
  158:21
  159:2,6,20
  161:20

166:14
168:11
169:19
171:10,12,
16,22 176:3,
10,19,22,24
177:4,6,10,
22 178:7
179:15 181:5
182:23,24
185:8 190:4
197:25
exhibits
158:18,19
170:25
expenses
140:21
experience
206:11
explained
206:2
expressed
183:4,22
expressly
205:24
206:21
extent
144:14
153:19
185:23
extra
140:3

—————————

        F

fact
155:2 163:5
183:21
184:14 200:4
factor
204:12,13,
15,18
factors
173:7,15
203:19,25
204:11
205:8,10

207:11
families
144:5,16,18,
23 180:16
186:3,9,12
187:19,22,25
188:2,7,22
189:5 194:16
195:7 201:21
202:3 207:24
family
140:14 141:7
143:20,23,
24,25 144:4,
8 145:3,8
148:6
155:15,18,23
156:16
169:24 174:2
175:15
180:11,13,20
181:6,11,14,
20,21 182:2,
17 184:4,8,
15,18,20
185:21
186:18,19
187:7,10
188:10
191:15,16,
20,22 192:7
194:11,19
195:4,13,20
196:11,16
197:6
203:21,23
204:7,16,19
205:12
207:18
family's
194:23
207:13
far
139:2
father
152:12
father's
152:15 198:5

February
173:25
fifth
160:3
file
147:2,17
151:11 155:8
159:4 161:7,
12 163:16
176:21
177:3,9
180:3
files
194:3 200:4
fill
181:21
191:12,13
filled
181:12,14,
18,20 190:12
filling
191:14
fills
181:15
final
183:3
Finance
144:23
173:14
196:22,25
197:3
financial
173:3 175:15
187:6,21
188:6,11,21
189:4 194:10
195:21
203:22
204:6,15,18
205:11
207:13
financially
136:18
find
196:16
fine
164:8 189:19

203:9
first
137:22
139:3,9
145:20
146:2,9
159:11
177:16
181:17 198:8
200:16
204:12
fits
168:2
five
140:19
189:18 198:3
five-minute
158:11
follows
138:2
forgive
161:24
170:11
178:25
179:15
form
144:11 145:4
169:20
170:17 175:3
181:10,13,
17,19,22
182:11
185:22
190:12,14,
15,23,25
191:2,6,13,
14,19,25
192:3,9,13
193:25
194:13,17,
20,21 199:5,
14,19 201:2
204:8,21
207:18,19
formed
181:10
found
178:12

Abdel Jabbar Salem Volume II
July 28, 2021

foundation
  183:11
four-page
  190:9
fourth
  160:3
freed
  186:3 187:15
  191:3
Freeman
  206:3
Freeman's
  200:13
freeze
  196:22
  197:5,7
front
  164:14
  177:12 189:6
full
  150:24
fully
  199:9

---

G

gain
  154:23
Gassan
  167:10
gave
  146:2,4
  188:20,21
general
  150:10
  196:15 197:2
get allocatio
ns
  182:6
getting
  160:22
  189:15
Ghassan
  151:14
  152:11,17
give
  148:12 164:5

167:16
179:4,6
given
  142:14 144:8
  155:2 162:23
  184:7 197:19
Giving
  143:6
glad
  206:19
goes
  139:6 149:5
  180:11,20
  181:14
  184:20
  194:17 195:4
  207:18
going
  158:18
  159:24 160:6
  161:19
  162:12,14
  170:24,25
  171:24 172:6
  176:3
  177:16,17
  179:4 182:21
  185:8 190:3
  197:15,24
  205:19 207:3
Good
  136:2 138:6,
  10
government
  140:10
  156:21,24
  158:4 166:24
  170:11 186:8
governmental
  197:10
governs
  185:11
grandfather's
  152:15
great
  177:15
  186:11 195:8

guidance
  200:13
guided
  173:2
guilty
  197:25
  198:14,24
  199:10
  200:22

---

H

HADEER
  137:18
Hajj
  171:16,21
  172:3
Halabi
  146:13
  147:3,9,17,
  23 148:5
  151:5,7,8
  154:4 156:19
  165:4
Hamad
  171:16,21
  172:3,9,12,
  20 174:7
happened
  201:12
Happy
  164:4
Haroub
  158:24
  159:5,13,22
  160:9 162:3,
  4,5 164:22
  165:7 166:5,
  11,25 168:6,
  9 169:16,17
  172:20
Haroub's
  166:10
  169:24
head
  198:3

hear
  145:24
  149:10
  153:22
  157:21,23
  164:19 169:6
Hebrew
  142:13,16
  149:18,19
  150:18 155:6
  157:2 162:11
  166:14,18
  174:15
  179:18
  182:19
  197:23
held
  136:6
help
  186:3
  187:10,11
Hiyam
  174:13
Hold
  199:18
housekeeping
  146:20
Hussam
  146:12 147:2
  152:9,16
Hypothetical
  145:5

---

I

ID
  193:16
identificatio
n
  146:24 147:5
  159:2,7
  171:17,22
  176:22
  177:5,10
  191:5,7
identifies
  167:21

illnesses
  193:4
immensity
  183:6
impact
  183:9
important
  164:3 194:8
  205:10
imposed
  204:24
imprisoned
  156:20,23
  162:20
  166:24 167:2
  170:4 185:19
imprisonment
  143:16
  154:24 155:5
  162:16,24
  164:13
  170:14
  174:17,20
  180:5,7
  181:23
inaudible
  149:8 157:19
include
  188:5
  193:15,16
included
  182:22 183:2
  191:5 192:3
includes
  191:3
  192:17,19
  193:3
income
  144:17
  196:17
incorrect
  165:13
increase
  139:20,25
  160:9,21
  161:14
  163:12

172:24
173:17
increased
  161:5 172:22
  173:18,21
increases
  160:16
  163:14,23
increment
  163:20
  173:23
indeed
  182:8
indicate
  137:10
indicated
  148:17,21
  187:23
indicates
  173:22
indictment
  141:16,19
  142:3,9,24
  143:2,11,13
  150:16,19
  155:5,6
  157:3,7,15
  166:20 170:5
  174:16,21
  175:7 176:8
  179:19 180:4
  181:24
  182:10,15
  192:4 193:17
  194:8 197:23
  198:9,10
  201:8,9
indictments
  157:12
indirectly
  184:24
individual
  191:3
information
  153:16,20
  174:5 185:3,
  7 187:21,24

188:6,17
189:8 190:7
191:4,17
192:14,18,24
193:2,3,7,
11,23,24,25
194:6,7,11
195:24,25
197:13 205:9
informed
  142:19,23
  207:23
injure
  200:24
injury
  198:4
innocent
  200:6,23
inspect
  185:6
inspected
  142:15,17
  191:9 195:11
  196:15 201:9
inspecting
  201:13
inspection
  173:13
instance
  195:19
instruct
  200:10
  205:20
interested
  136:19
interpreted
  199:16
interpreter
  139:22
  141:2,23
  142:10,12,21
  148:19
  156:12
  160:12,14
  164:17,18
  168:15
  169:2,8

171:5
179:23,25
196:3,7,9
199:16
207:5,6
involve
  159:12
involved
  200:5
Israel
  156:24
  185:19
Israeli
  141:16
  143:13,19
  144:9 150:20
  155:5 156:20
  157:11,12
  166:21,24
  167:8 170:5
  174:22
  182:15
  183:8,14
  198:2,11,16
  201:8 202:23
  204:13
issuance
  174:18
issue
  141:11

——————————

J

Jabbar
  136:10
  137:21
  208:22
Jamil
  162:4,5
January
  173:22
Jawbat
  174:13
JD
  138:19
  145:14,15,
  16,20 146:23

Abdel Jabbar Salem Volume II
July 28, 2021

147:3,7,20
158:21 159:5
**Jeff**
136:21
**Jeffrey**
137:23
**Judge**
200:13
204:24
205:21 206:3
**July**
136:11
**jurisdictional**
205:16

---

**K**

**keep**
143:7 161:12
**keeping**
200:13
**kill**
200:23
**killing**
198:2
**know**
150:2,4,5
151:15
152:7,14
156:2 161:4
164:22,23,25
165:2,3,4,6
172:9,10
173:5
180:14,15,18
181:16
182:20 186:5
196:13
197:22
199:22,24
201:11
**knowledge**
144:14 204:4

---

**L**

**Lacks**
183:10
**language**
142:5,13,17
149:20
150:18
**law**
158:6 161:17
168:3
185:10,11,
14,17 186:2,
6,15,17
187:18
**laws**
154:20,21
**lawyers**
167:19
**learn**
154:4
**leeway**
197:19
**left**
139:2 164:3
**legal**
136:16,21
185:23
**length**
162:19
**lieu**
137:5
**life**
147:10
155:11,12,
14,19
162:15,24
163:11 174:8
186:19
**limitation**
204:24
**limits**
205:2
**list**
141:19
142:25

143:12
150:17,19
174:21 175:7
180:3 182:15
192:3 194:6
198:8,10
201:7,9
**listed**
180:8 181:11
182:10
194:20
205:24
**live**
144:7,17
148:6,14
187:11
**living**
140:21
186:9,13,18,
23 187:11,18
207:24
**loaded**
201:4
**loans**
160:19
**located**
136:16
**locations**
181:4
**long**
158:8 163:9
194:16 195:3
201:15,21
203:7,9
**longer**
164:15
**look**
141:17
145:20
158:19 165:8
166:13 178:5
186:16 187:5
192:13
**looked**
138:21
184:12
194:3,10

200:5
**looking**
142:2,4
149:17,24
161:24 174:7
179:7
**lot**
172:25
193:22

---

**M**

**made**
148:5 161:15
192:10
201:19,25
202:5,6
206:22
**Mahmoud**
162:4,5
**main**
207:21
**major**
205:7
**majority**
139:19 173:9
**make**
141:17
148:24
164:5,8
167:13 181:2
185:6 188:9
192:2 195:12
205:15,19
**making**
156:4
**manner**
137:10
**March**
173:25
**marital**
192:20
**mark**
146:19
**marked**
138:18
146:23 147:4

158:25 159:6
171:16,22
176:22
177:4,10
185:9
**marriage**
193:20
**match**
152:16
**matched**
152:20
**matter**
136:13
**Maxman**
137:14
138:4,5,15
141:21
145:11,23
146:5,8,18
149:10
150:13
151:17,21
152:2 154:6
157:22
158:10 164:8
167:14,16
168:24
169:4,14
170:24 171:7
176:2,24
177:6 178:25
187:4 188:25
189:17,19
197:21
198:22
203:3,10
205:23
207:8,25
**mean**
150:13
156:11
**means**
167:24 192:7
194:19
**Melissa**
137:14
**member**
144:9 181:6,

14,20,21
184:15
**members**
181:11
185:21
**mentally**
138:12
**mention**
195:9
**mentioned**
163:19 201:6
205:8
**military**
143:13
154:11,22
**mind**
149:9
**Ministry**
144:23
173:14
196:21,25
197:3
**minute**
179:4 206:20
**minutes**
189:18
**missed**
189:3
**missing**
178:11
**misstates**
157:25 166:8
169:21
170:18 175:4
182:12
194:14,25
**Mitchell**
137:16
**Mohammed**
143:2 158:24
159:4,13
166:11
**money**
144:7 148:6,
12,13 149:2
155:16 156:6
178:19

184:19
**month**
139:8,21
140:2 160:3,
25 163:6,7,
22 172:21
177:24
195:11
**monthly**
139:2 161:14
173:13
**months**
139:6 177:25
179:9
**morning**
136:2 138:6
200:19
**mother**
162:6 166:10
169:24
170:13,20
173:10
174:11,25
175:8
**move**
197:20
**moving**
197:21
**Muhamad**
171:15,21
172:2
**multiple**
181:3 196:14
199:19
**murder**
198:24
199:11 200:6
**murders**
202:14

---

**N**

---

**Naif**
171:15,21
172:2
**name**
136:14

137:11
151:14
152:9,15,16
180:12
181:6,11
182:8 191:4
**named**
159:12
177:18
**names**
149:4,6
152:20
**nature**
141:13
198:7,25
199:13
200:25
**necessary**
149:3
**need**
143:22,24
145:12
180:17,23
182:3,18
184:5,18,20
186:12
187:25
188:11
189:14 192:7
194:23
195:5,8,13,
22 196:12
204:6,15,18
205:11
207:13
**neediness**
185:20
**needs**
143:25 148:6
175:15
180:13 181:2
203:22
**needy**
144:5
**never**
149:9 194:22
**noncombatants**
202:15

normal
  173:23
Notary
  137:23
noted
  208:15
notes
  203:5
notice
  143:6  144:12
  206:2
November
  160:7,8
number
  146:17,23
  147:7,20
  149:24
  154:11
  158:20,21,25
  159:5  163:4
  179:7,14
  183:16  191:5
numbers
  149:15,16
  171:3,9,11,
  13,18,19
  176:18,20
  177:2,8
  179:3,16
  205:25

O

oath
  137:6,7
  138:9
object
  145:4  167:10
  168:12,17
  169:20
  170:17  175:3
  197:16
  199:5,18
  201:2  204:8,
  21
objecting
  169:12

objection
  144:11
  153:19,24
  157:8,24
  164:2  166:7
  170:15
  181:13
  182:11
  183:10
  185:22
  194:13,24
  199:14
  202:17
  207:15
objections
  137:9
obvious
  167:2
obviously
  206:7
occupants
  198:4
offense
  141:14
  167:21,22
  168:2
offenses
  185:20
  200:12
office
  194:18
offices
  185:5  194:19
official
  190:10
okay
  138:4,15
  146:8,16
  150:15
  151:23
  154:13
  162:21
  163:25  165:7
  167:6,18
  169:23
  174:23
  175:9,17,19
  176:2  177:15

  178:7,16,24
  179:13
  188:19,23,25
  189:17,20
  190:22
  192:13,19
  198:19
  199:10  200:8
  201:23  202:8
  203:3,10,11
  208:7
omitted
  164:7
one
  139:13
  142:11
  153:13
  159:17
  160:25
  161:24
  162:23
  163:13
  165:16
  175:17
  181:10  187:5
  194:18
  197:20
  203:19,24,25
  204:11
  205:7,10
  206:18
  207:10,11,19
ones
  191:14,17
  194:2
online
  179:5
oppose
  198:15
order
  139:11,12
  205:22  208:6
original
  151:20,21
  176:7
outcome
  136:19

outline
  174:15
outside
  144:12  148:6
  197:17
  204:9,22

P

page
  138:16
  141:20
  149:24
  155:10
  159:25
  162:2,11,21
  165:9  172:7,
  11  174:7,10
  177:22
  178:13,24
  179:17,18
  180:8  182:19
  192:14,23
  193:6,10
pages
  149:18,19
  150:3,7,17,
  24  171:6
  174:15
  176:13,14
  178:8  179:14
  190:4
paid
  139:2,16
  140:4,5,10,
  14,18  145:7
  160:20  161:9
  163:18
  164:16  166:2
  172:20
  173:15
  181:24
  184:13
  202:2,7
Palestine
  144:3,6,20
Palestinian
  140:11  143:9

154:13  158:6
180:15
183:19
185:10
186:15
187:17
190:10,16,20
194:21
paper
145:17  146:2
papers
141:15,17
170:8  179:3
195:4
paragraph
152:5  208:5
pardon
162:13
parents
148:11,15
155:22  156:3
part
157:13  164:3
182:15  183:7
196:19  201:8
Participants
136:4
participating
136:25
parties
137:7
party
136:18
pay
156:15  161:4
paying
161:8  183:22
payment
139:12
146:12
154:18  157:6
158:3,7
161:15,16
162:19,22
163:6,13
164:12
165:16

168:9,19,21,
22  169:25
170:13
196:22  197:9
205:24  206:6
payments
140:3  151:5
157:17
158:4,7
160:16
161:8,9
163:12,17
165:9,15
169:18
170:10
172:22  182:9
183:9  185:12
197:6  206:6,
22
pending
188:24
198:21
people
200:6,24
person
137:6  151:12
152:6,10
181:12,20
185:18
personal
144:14
192:14
193:25  194:6
personally
150:10,23
164:22,23,25
165:2  172:9
phase
178:5
physically
137:2  138:12
place
154:17
178:20
places
196:17
plaintiffs

137:15
pleaded
197:25
198:14
199:10
200:22
pleading
198:24
please
136:22
137:10  150:8
151:22
PLO
136:14
point
189:2
policy
186:8,15
204:5,19
political
141:10,14,18
143:5  144:10
145:9  155:3
158:8  167:3,
22  179:22
180:6  184:6
185:19
198:7,12,25
199:13
200:2,7,25
201:14
202:9,12,15,
25  204:14
poor
144:16,22
portion
173:11
187:15
poverty
144:17
predate
206:8
predicate
201:4
predicates
205:2,17

preparation
178:6
prepared
159:17
preprinted
190:14
presence
143:17
180:10
present
137:3  145:9
149:4  150:19
170:21
183:13
184:19,25
188:17  192:4
204:12
presented
180:4
presumably
174:15
pretty
206:24
previously
138:17
163:18  201:6
207:14
primary
205:7
print
186:20
printed
190:15
printouts
179:5
prior
166:8  169:21
170:18
prison
140:19,24
141:5,8,10
143:10,17
144:9  145:2,
9  148:6
151:9  153:3,
10  154:25
155:24

Abdel Jabbar Salem Volume II
July 28, 2021

156:22,25
157:6,14,18
158:5,8
161:18 163:9
164:15
166:6,12
168:6,10
169:18
170:11,21,22
171:14,20
172:2 174:23
175:6,16
179:22
180:10,16,
17,23 182:2,
6,9,14
183:17,18
184:4,10
187:9 188:13
191:16
201:16,22
204:13
prisoned
145:8
prisoner
140:4,15,18
143:2 144:4
146:22
147:2,17
148:2,25
151:13
153:3,7,9
154:21
155:16
158:6,23
159:12
161:18
163:15
176:20
177:3,8,18
178:15,18
183:21
184:9,13
187:7 190:8
191:10,20
192:15,17,25
prisoner's
149:6 152:9

162:22
185:20
193:8,16
194:11
203:21,23
prisoners
142:18
148:10,14
150:22
156:5,8,10,
11,12,14
161:15
167:20
183:20
185:12
187:20,21
199:12
203:20
204:5,20
207:12
prisoners'
194:3 200:4
problem
179:2 206:4
proceed
138:3
proceeding
136:5
proceedings
136:23
produced
188:4,5
program
144:15
182:3,5
pronounce
182:8
protective
208:6
prove
197:9
proven
196:23
provide
187:6
provision
185:16

186:14,17
187:14
provisions
186:22
187:5,18
public
137:24
144:22,24
182:5
195:15,17
196:18
pull
179:5
purpose
163:24
186:2,6,22
190:22,24,25
207:22
pursuant
181:23 208:5
put
151:17 154:6

_____

Q

question
139:3,7
144:5 145:5
149:12
150:10
160:13
162:17,25
163:2,10
164:20,24
168:4
169:10,11,
13,15,21
170:17 171:4
175:4 188:24
189:14
198:20
199:8,17
200:15
201:3,5
202:21
204:2,9,17,
22 205:4,25
206:14,18,23

207:4,7,9
quick
158:10
quote
139:12

_____

R

Raed
176:21
177:3,9,19
range
146:2,4
ranges
163:21
reached
139:13
reaches
139:18 173:9
read
142:13
147:22
149:22,23
182:20
197:22 207:6
reading
179:2
real
187:24
202:21
reason
138:11
143:20
152:21 155:4
156:25
161:4,6,7,8
165:12 168:5
175:14
206:8,15
reasons
166:23
168:6,10
169:19 170:4
174:16
179:22
182:10
196:14

Abdel Jabbar Salem Volume II
July 28, 2021

203:24
205:23
206:5,6,7,
10,21 207:11
**recall**
138:23
200:16,18,20
**receive**
145:3 151:8
155:13,15
191:17,23
195:17
207:20
**received**
147:10 160:9
166:10
174:2,3,8
**receives**
140:24
141:5,7
143:15
158:3,7
166:5 170:20
182:13 183:9
184:8 196:16
**receiving**
143:21 151:5
156:19
157:6,17
168:9
169:18,24
170:10,13
174:24,25
177:24 180:8
182:9 197:10
**recess**
158:14
175:22
189:23
203:14
**recipient**
178:19
**record**
136:3,8,23
137:12
138:20
141:22
145:13

158:13,17
164:6
175:20,25
189:21 190:2
203:12,17
208:10,12
**recorded**
136:5,6
**records**
166:20
171:15,20
172:2 196:20
**recruiting**
200:23
**Red**
191:6 192:5
**refer**
163:15
**reference**
184:15
**referring**
181:8 206:21
**refers**
154:18
206:21
**refugee**
192:20
**regarding**
143:2 192:18
**regret**
183:4
**regular**
163:22
**regulated**
140:12
**relate**
204:25
**related**
136:17
**relates**
205:16
**relevant**
204:9,23
206:7
**religion**
192:20

**remarks**
183:3
**remember**
138:24
162:10
**remind**
138:8
**remorse**
183:22
**remote**
136:9,15,22
**remotely**
137:4,7
**removed**
160:19
173:10
**renew**
153:16
**repeat**
139:23 141:3
142:22
148:20
160:12
162:25
167:12
168:16 171:5
**reporter**
136:20,24
138:3 141:23
146:18
153:21
157:20
175:12
176:17
196:3,8
**reporting**
137:4,10
**represent**
162:12,14
171:24
177:17
182:21
197:24
**representatio
n**
164:6,9
167:13

205:15,19
**request**
136:7 151:13
152:6 153:2,
4,6,12,15
181:10
191:23 192:2
**respect**
185:18
**responsibilit
y**
155:23
**restate**
207:9
**restrictions**
160:18
**retirement**
140:22
**returns**
139:5
**reviewed**
188:19
**reviewing**
180:3
**reward**
168:13,18,
20,23 169:3,
5,6
**right**
138:10 142:2
151:2 152:24
177:21
192:25 194:4
207:8
**room**
137:3

**S**

**salaries**
139:10
140:21 151:8
153:10
154:23,24
160:18
165:25 166:4
173:6,7

195:13 197:3

**salary**
138:21
139:2,7
140:9,10,20
146:22
151:10
153:9,25
154:18
155:13,15
156:15,19
158:23
159:21
185:18
191:12

**Saleh**
176:21
177:3,9,19

**Salem**
136:1,10
137:1,21
138:1,7,20
139:1 140:1
141:1 142:1
143:1 144:1
145:1,18
146:1,24
147:1,4
148:1 149:1
150:1,14
151:1 152:1
153:1 154:1
155:1 156:1
157:1,10
158:1,19,25
159:1,6
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1,
16,22 172:1
173:1 174:1
175:1 176:1,
22 177:1,4,
10,13 178:1
179:1 180:1

181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1,
3 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1,
18 204:1
205:1 206:1
207:1 208:1,
22

**saying**
152:22

**says**
154:9,11
155:10
162:15
165:24
184:11
187:14

**scope**
144:12
197:17

**screen**
151:18 154:7

**second**
146:3 161:20
195:9 204:13

**secure**
186:9,12,17,
18,23 187:10
207:24

**secures**
187:18

**security**
141:10,14,18
143:6 144:2,
10,16,19,21,
24 145:9
155:3 158:9
167:3,7,22,
24 168:6
170:4 174:20

179:22 180:6
184:6 185:19
186:4,10
198:7,12,18,
25 199:13
200:3,7,25
201:14
202:9,12,15,
25 204:14

**see**
152:4
154:10,16
155:11
159:14
160:11 162:9
168:24
169:14
172:4,23
174:9,12
178:8,10
179:11,13
181:5
183:14,25
185:13
186:16,20
192:16
193:13,14

**seeking**
191:10

**sentence**
147:10
150:19
155:11,12
162:15,24
163:11
164:14 174:8
179:9

**sentenced**
163:11 179:9

**separate**
176:10

**separated**
187:16

**September**
160:8

**set**
145:22 146:2

**setoff**
165:21,25

**settlement**
163:16
165:18,21

**setups**
172:25

**several**
139:6 199:3

**Shatsky**
136:13

**shekels**
139:4,20,25
163:6,7
172:21,22
174:2 177:24

**shoot**
176:14

**shooting**
198:2

**short**
189:15

**show**
154:3,9
181:7

**shows**
152:5 172:11

**signature**
152:5

**similar**
194:2,5

**similarly**
172:19

**single**
147:23
155:20

**sir**
147:14 159:9
172:9

**sisters**
148:16

**situation**
199:24

**slightly**
163:14

**small**
186:21

Abdel Jabbar Salem Volume II
July 28, 2021

| | | | |
|---|---|---|---|
| Social<br>  144:2,15,19,<br>  21,24<br>sole<br>  205:17<br>solve<br>  161:9<br>solving<br>  161:11<br>son<br>  152:12<br>  180:22<br>  188:13<br>sons<br>  180:16<br>sort<br>  144:24<br>sorted<br>  149:13<br>sought<br>  141:25<br>speaking<br>  145:24<br>  173:12<br>  186:25<br>speaks<br>  185:24<br>special<br>  187:9<br>specialized<br>  202:12,16<br>specific<br>  200:12<br>spend<br>  184:3<br>spends<br>  161:18<br>  183:18<br>spent<br>  183:16<br>spoke<br>  142:12<br>  160:14<br>  179:25<br>  185:11<br>  199:23 | standard<br>  201:7<br>standards<br>  186:23<br>  199:25<br>  207:17<br>starting<br>  179:17<br>State<br>  137:24<br>stated<br>  164:10<br>  175:14<br>  207:15<br>statement<br>  136:22<br>  138:21<br>  139:23<br>  146:22<br>  147:22<br>  148:18,22<br>  158:23<br>  159:21,22<br>  183:25<br>statements<br>  160:2<br>  171:14,20,25<br>states<br>  141:17<br>  186:17<br>stating<br>  137:11<br>status<br>  192:20,21<br>statute<br>  205:2<br>stay<br>  180:16<br>stop<br>  197:11<br>stored<br>  149:6 161:12<br>Street<br>  136:16<br>strike<br>  140:7 169:16<br>  178:17 | studied<br>  142:15,17<br>  167:4<br>subdirectorat<br>es<br>  190:19<br>subdirectorie<br>s<br>  190:13<br>subject<br>  205:17<br>  207:14<br>submit<br>  180:21,24<br>  188:10<br>  190:25<br>  191:22<br>  207:19<br>submits<br>  191:17<br>  194:17 195:4<br>  207:18<br>submitted<br>  151:12<br>  152:6,25<br>  153:4,6,11,<br>  15 181:6<br>  188:17,18<br>  189:4,7<br>  191:2,19<br>  192:5,7,10<br>  195:25<br>  197:13<br>Subscribed<br>  208:23<br>substance<br>  150:6<br>sufficient<br>  195:21<br>  196:12<br>suicide<br>  200:23<br>supplied<br>  188:15<br>support<br>  136:16,21<br>  151:5 155:23 | 156:16 187:6<br>supposed<br>  150:16,18<br>sure<br>  141:17 156:5<br>  160:12<br>  167:16<br>  180:18,20<br>  181:2 185:6<br>  188:9 195:12<br>  206:25<br>sworn<br>  137:19,23<br>  208:23<br><br>_____<br><br>T<br><br>Tab<br>  141:21<br>  145:13,15<br>  146:17,19,20<br>  176:4,5,6,<br>  10,12,15<br>  182:24 183:2<br>Tabs<br>  145:12 171:2<br>take<br>  155:8 158:10<br>  175:17<br>  178:20<br>  183:20<br>  189:13,14<br>  201:18<br>  203:4,9<br>  204:6 208:14<br>taken<br>  143:3 158:14<br>  173:11<br>  175:22 183:7<br>  189:23<br>  203:14<br>takes<br>  207:12<br>talked<br>  165:4<br>  200:16,19 |

Abdel Jabbar Salem Volume II
July 28, 2021

talking
  163:5
talks
  189:4
technician
  136:15
tell
  167:15 190:6
tells
  165:22
tens
  195:23
  196:4,6,7
terms
  201:3
testified
  137:25 141:9
  162:18
  203:18
testify
  138:12
testifying
  150:12
testimony
  156:14
  157:25 164:4
  166:8 169:21
  170:18 175:4
  182:12
Thank
  138:4 146:8
  149:14
  154:16
  170:23 176:2
  196:8 203:10
  207:25
  208:3,13
Thanks
  175:9
thing
  142:11
  161:25
  181:17
things
  161:11
  164:11
  193:19

think
  139:24 140:5
  163:8 165:20
  203:3
third
  139:5
  204:15,18
three
  152:20
  207:21
time
  136:12,20
  158:13,17
  162:19
  175:20,21,25
  178:4
  189:21,22
  190:2 195:9
  200:9
  203:12,13,17
  205:5
  208:12,15
timeframe
  204:9,23
times
  148:24
  180:25
  199:3,20
  202:19
tired
  189:16
today
  136:10
  138:13 142:8
  203:18
today's
  208:13
told
  142:25 197:8
tons
  196:5
topic
  206:20
topics
  197:18,20
transcript
  168:25 169:7

transfer
  178:20
transferred
  149:2 155:17
  156:7
translate
  137:19
  198:10
  199:15
translated
  142:5,14
  164:12
  168:22
  207:16
translation
  149:13
  151:20
  153:24 164:2
  167:11,17
  168:13,18,22
  169:12
  176:8,13
  177:7 182:22
  187:13
translator
  164:3 169:6
truthfully
  138:13
try
  187:6
trying
  146:3 161:9
  178:8
turn
  138:16,25
  145:11
  147:19
  159:11,24
  160:6 161:19
  162:2
  170:24,25
  172:6 177:16
turned
  163:4
turning
  146:16 147:6
  149:15 165:7

177:21 178:7
  192:23 193:6
  204:17
twice
  140:5
two
  139:4 140:3
  158:18
  163:20,22
  176:14
  177:25 194:4
  197:17 198:5
  200:5
type
  191:11
types
  173:13

___

U

U.S.
  136:15,21
unable
  138:12
  197:22
understand
  139:17
  142:6,16
  150:6 199:8
understanding
  143:8 150:24
understood
  183:6
unit
  196:16
UTC
  136:12
  158:13,17
  175:20,25
  189:21 190:2
  203:12,17
  208:12,15

___

V

valuable
  139:10

Abdel Jabbar Salem Volume II
July 28, 2021

variables
  139:15
  140:13,17
  160:17 161:2
  172:25
  173:15
varies
  160:20
various
  173:7
verdict
  193:20
verification
  165:18
versus
  136:14
video
  136:15
video-
recorded
  136:9
VIDEOGRAPHER
  136:2
  158:12,16
  175:19,24
  189:20,25
  203:11,16
  208:7,11
view
  145:6
Vyskocil
  204:24
Vyskocil's
  205:21

W

Wainaina
  136:14
wait
  178:12
waive
  137:9
want
  197:19
  202:20 207:6

Warda
  138:22
  140:24 141:5
  143:3,9
  145:2 165:2
  200:19,22
  201:17
Warda's
  141:13
  143:14
  201:24
warned
  205:3
wasting
  200:8
way
  151:3 183:9
  188:9 197:15
wealth
  197:6
Wednesday
  136:11
went
  163:6
wife
  155:21,25
  193:20 198:5
wired
  178:20
withdraw
  148:12,13
  184:23
Withdrawn
  149:9
witness
  137:22
  142:12
  144:13
  160:15
  164:10
  167:11,18
  179:25
  186:25
  189:15
  200:10
  202:20
  205:20 207:4

witness's
  164:4 206:11
wives
  193:20
word
  153:25
  157:23
  165:20
  167:24
  168:13,18
  169:6
workers
  140:11
working
  154:25
  156:22
written
  167:5,23
  186:6
wrong
  200:17
wrote
  181:12

Y

Yahia
  171:15,20
  172:2
yeah
  162:10 171:7
  193:22
  198:22
year
  140:6 162:23
  163:14,20,23
years
  140:19 179:9
  183:16,17
  184:3
yesterday
  138:8,21
  140:23
  141:4,9
  185:9,11
  200:14,18
  206:3

York
  136:17
  137:25

Z

Zughayer
  176:21
  177:3,9,19,
  23 179:8,21
  180:19
  182:7,8,13
  197:25
  198:13
  199:10
  201:18
Zughayer's
  201:23,24