# LOWELL DECL. EX. 24

Case 1:18-cv-12355-MKV-DCF   Document 171-9   Filed 04/06/22   Page 2 of 16

Exhibit 151

**<u>Translator's Notes for Translation of Bates 12-15</u>**

Where flow and accurate English equivalency necessitated phrasing supplemental to wording in the original/source, such supplemental phrasing was supplied between straight brackets.

Essential explanatory material was supplied between italicized brackets.

The organization name translated here as "Martyrs' Families and Injured Care Establishment" would, more literally, be translated, "Foundation for the Care of the Families of Martyrs and Wounded."

The former, and less literal, wording has been used in order to reflect the presence, here, of the English-letter acronym "M's F.& I.C.E." alongside the Arabic wording used for the organization, and the translation provided here offers a word-for-word English match to that acronym (M's F. & I.C. E./Martyrs' Families and Injured Care Establishment).

_____

*In the name of God, the Merciful and the Compassionate*

| | |
|---|---|
| **Palestinian National Authority** <br> **Ministry of Social Affairs** <br> **Martyrs' Families and Injured Care Establishment** *[represented, in English lettering, by the abbreviation "M's F. & I.C.E."]* | Emblem of the Palestinian National Authority |

---

*In the name of God, the Merciful and the Compassionate*

### Social Investigative Report

**Case:**   Intifada Al-Aqsa Martyr

**Name:**   Sadeq Ahed Mahmoud Abdel Hafez

**Local Number:** 22   **Central Number:**   0103196

**Governorate:**   Qalqilya

**Date:**   March 3, 2002

---

Ramallah - Tel/Fax:  02-2986268

**CONFIDENTIAL**

07:000012-T

*[In handwriting:]* The account [number] in Cairo Amman Bank
360118

## First: Personal Information:

| | |
|---|---|
| **Local Number:** | 22 |
| **Central Number:** | 0103196 |
| **Case Name:** | Sadeq Ahed Mahmoud Abdel Hafez |
| **Nom de Guerre:** | |
| **Nationality:** | Palestinian |
| **I.D. Number:** | ▮1217 |

**Four-Part Name of Beneficiary (i.e., wife, <u>father,</u> mother, brother, sister):**   Ahed Mahmoud Abdallah Abdel Hafez

| | |
|---|---|
| **[Beneficiary] I.D. Number:** | ▮3896 |
| **Full name of Mother:** | Nahla 'Abd Al-Majid Mohamed Al-Aqran |
| **Mother's I.D. Number:** | ▮079*[last digit erased]* |
| **Wife's Name:** | |
| **Wife's I.D. Number:** | |
| **Date and Place of Birth:** | ▮ 1983/Qalqilya |
| **Town of Origin:** | Qalqilya |
| **Religion:** | Muslim |
| **Gender:** | Male |
| **Social Status:** | Single |
| **Previous Employment:** | Body-repair and painting of cars |
| **Current Employment:** | |
| **Academic Qualifications:** | 6th Grade, Elementary School; 2 years at the Industrial Institute of Qalandia; body-repair and painting |

**Date and Number of Letter of Approval:**

**Date of Approval by the Foundation:** March 9, 2002

---

## Second: Administrative Information:

**Military Rank:** ……………………… **Organization Rank:** ………………………………………

**Letter of Rank Approval:**……….........**Number:**………………………**Date:**………………..……

 **Developments with the Previous Allocation:**…….**C**urrent:**.……….**Modifications:**…………….

**Organizational Affiliation:** The Popular Front…………..**Detachment:** ………………..……………..

**Date of Joining the Revolution:**……**Organizationally:**……**Militarily:**…**Full-Time Basis:**………

**Courses Completed:**………………………………………………………………………………………….

**Date and Location of Incident:** February 16, 2002/Karnei Shomron Settlement near the city of Qalqilya

**How the Incident Occurred:** Martyr operation at the Karnei Shomron Settlement

**Synopsis of His Personal Biography:**

Born in the Governorate of Qalqilya; Studied through the 6th Grade; From there, enrolled in college (Qalandia Institute); Studied there, and after graduation, worked as a mechanic, doing body-repairs on cars, until the date of his martyrdom action.

**Family Residence: Owned Property:** …Owned Property…...**Rental**:…….**Shared:**…………..…
**Monthly Rent:** ……………………………………………………………………………………
**Full Address:** *[text scratched out]*    **Qalqilya**     newspaper page index    2940270
**Closest Telephone:** ▓▓▓▓▓ / the martyr's uncle Abu Ghazi;  ▓ 261/5, The Arab Bank

**CONFIDENTIAL**

07: 000013-T

**Third:  List of Family Members:  *Married – Single**

1 –   [If the martyr was] Married:  Wives and minor children should be recorded first, followed by adult children, followed by parents and siblings.

2 –   [If the martyr was] Single:  Parents and minor siblings should be recorded first, followed by adult siblings.

| Entry No. | Name | Relation-ship To the Case | Date of Birth | Academic Qualification | Profession | Social Status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ahed Mahmoud Abdallah Abdel Hafez | Father | 1947 | 4th Grade, Elementary | Laborer | Married | Qalqilya |
| 2 | Nahla 'Abd Al-Majid Mohamed Al-Aqran | Mother | 1957 | 6th Grade[, Elementary] | House-wife | Married | " |
| 3 | Mahmoud Ahed Abdel Hafez | Brother | 1981 | [Completed] secondary school | Laborer | Married | " |
| 4 | Ahlam Ahed Abdel Hafez | Sister | 1977 | First year of high school | House-wife | Married | " |
| 5 | Hanar Ahed Abdel Hafez | Sister | 1980 | Intermediate school | House-wife | " | " |
| 6 | Siham Ahed Abdel Hafez | Sister | 1987 | University | House-wife | " | " |
| 7 | Hiba Ahed Abdel Hafez | Sister | 1993 | [Completed] secondary school | Out of work | Single | " |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of Dependents:** ..................................................................................................................

**- [If] Married:  Wives and minor children:**..............................................................................................

**- [If] Single:  Parents and minor siblings:**……………………………………………………………

**Remarks Regarding the List of Family Members:** ..................................................................................

………………………………………………………………………………………………………………

**CONFIDENTIAL**

**07:000014-T**

*[handwritten text partially blacked out and illegible]*

**Recommendation of the Section:**

………………………………………………………………………………………………………………
………………………………………………………………………………………………………………
………………………………………………………………......................................................................
…………………………**Date:**…………………………….**Signature:**……………………………………………….

**Foundation Director's Decision: (                       )**

………………………………………………………………………………………………………………
………………………………………………………………………………………………………………
……………………………………………………………………….....................................................…..
......................................................**Date:**………………………………….**Signature:**………………………

**Account of the Allocation:**

| **Basic** | **Wife** | **Children** | **Father** | **Mother** | **Minor Brothers** | **Total, in Dinars** |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**Other Increments:**………………………………………………………………………………………
**Total, in Dinars:**………………………………………………………………………………………….
**Total, in Shekels:**………………………………………………………………………………………..

**Approval of the General Manager:**

He shall be considered a Shahid *[one who met his death as a martyr]* (of the Al-Aqsa Martyrs); Confirmed on March 1, 2002, in the amount of 600 shekels per month.

………………………………………………………………………………………………………………
………………………………………………………………………………………………………………

**Remarks Regarding the Inquest:**

………………**Date:** March 4, 2002…………**Signature:** *[illegible signature]*……………………………………..
………………………………………………………………………………………………………………
………………………………………………………………………………………………………………

**Remarks of the Computer [Section]:**

……………...**Date:**…………………………….**Signature:** ……………………………………………….

………………………………………………………………………………………………………………

**CONFIDENTIAL**

07:000015-T

Original

| Palestinian National Authority |  | السلطة الوطنية الفلسطينية |
| Ministry of Social Affairs | | وزارة الشؤون الاجتماعية |
| M's F. & I. C. E. | | مؤسسة رعاية أسر الشهداء والجرحى |

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : حسين ناصر وقفي

الاسم : صادق عاهد محمود عبد الحافظ
الرقم المحلي : ٢٣٢          الرقم المركزي : ١٣١٩٦
المحافظة : قلقيلية
التاريخ : ٢/٣/

| رام الله – تلفاكس : ٠٢-٢٩٨٦٢٦٨ | | Ramallah - Tel/ Fax : 02-2986268 |

CONFIDENTIAL

07:000012

أولاً : معلومات ذاتية :

الرقم الصحي : _____   الرقم المركزي : ١٨٢١٩٦

اسم الحالة : صادق عاصم محمود عبد الحافظ   الاسم الحركي : _____

الجنسية : فلسطيني   رقم الهوية : ▆▆▆▆▆▆▆

اسم المستفيد رباعي : عاصم محمود عبد الله عبد الحافظ   رقم الهوية : ٢٨٩٦▆▆
( للزوجة , **الأب** , الأم , الأخ , الأخت )

اسم الأم كامل : نزيهة عبد المجيد محمد اللحّام   رقم هوية الأم : ٩▆▆▆▆

اسم الزوجة : _____   رقم هوية الزوجة : _____

تاريخ ومكان الميلاد : ▆▆/▆/١٩٨٣ قلقيلية   البلد الأصلي : قلقيلية

الديانة : مسلم   الجنس : ذكر   الحالة الاجتماعية : أعزب

العمل السابق : طالب في دهان سيارات   العمل الحالي : _____

مؤهل العلمي : السادس ابتدائي سنتين في معهد فلسطين الصناعي كلية دهان

تاريخ ورقم كتاب الاعتماد : _____

تاريخ الاعتماد بالمؤسسة : ١ - ٢ - ٢٠٠٢

ثانياً : معلومات إدارية :

الرتبة العسكرية : _____   الرتبة التنظيمية : _____

كتاب إعتماد الرتبة : _____   رقم : _____   تاريخ : _____

تطورات المخصص السابق : _____   الحالي : _____   التعديلات : _____

التنظيم التابع له : المجروح الجريح   القطاع : _____

تاريخ الالتحاق بالثورة : _____   تنظيماً : _____   عسكرياً : _____   تفرغاً : _____

الدورات التي أنجزها : _____

تاريخ ومكان الحادث : ١٦/٥/٢٠٠٢ مستوطنة كارني شمرون قرب مدينة قلقيلية

كيفية حدوث الحادث : عملية استشهادية في مستوطنة كارني شمرون

موجز سيرته الذاتية :

من المحافظة على عمليات دحض المساس ومريم العقد كليه (عملياتياً) ودرس
_____ يعمل لتنزه على ميكانيكي كلمه سيارات حتى تاركه
استشهد

مسكن الأسرة : ملك : علك   إيجار : _____   مشترك : _____

الإيجار الشهري : _____

العنوان الكامل : ▆▆▆▆ استلي قلقيلية   ٢٧٠٣٩٤٥ / ٣٩٤٣٦٣▆

_____

▆▆٦١/٥   البنك الوطني

07:000013

CONFIDENTIAL

ثالثاً : الجدول الأسري :   * متزوج - أعزب

1- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
2- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| 1 | عاجد محمود عبدالله عبدالحافظ ██████ | والد | 194█ | رابع ابتدائي | عامل | متزوج | نفر ليت |
| 2 | زينب عبدالقادر محمد الابرش | ام | 195█ | سادس | ربة بيت | متزوجة | // |
| 3 | محمود عاجد عبدالحافظ | اخ | 1981 | توجيهي | عامل | متزوج | // |
| 4 | احلام ،، ،، ،، | اخت | 1977 | اول ثانوي | ربة بيت | متزوجة | ،، |
| 5 | جنان ،، ،، ،، | اخت | 1980 | الث اعدادي | ربة بيت | ،، | ،، |
| 6 | سهام ،، ،، ،، | اخت | 1987 | عاشر | ،، | ،، | ،، |
| 7 | صبحه ،، ،، ،، | اخت | 1992 | توجيهي | بلا عمل | عزباء | ،، |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

عدد المعالين : ..................
- المتزوج : الزوجات والابناء القصر : ..................
- الاعزب : الوالدين والاخوة القصر : ..................
ملاحظات على الجدول الاسري : ..................

CONFIDENTIAL
07:000014

توصية القسم :

قرار مدير المؤسسة : (            )

التاريخ : ................  التوقيع : ................

حساب المخصص :

التاريخ : ................  التوقيع : ................

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |

علاوات أخرى : ................

المجموع بالدينار : ................

المجموع بالشيكل : ................

اعتماد المدير العام :

لقد استشهد يا ... (كذا) ابنا ... بتاريخ ٢/١ ... بناءً ...

ملاحظات التدقيق :

التاريخ ٢/٢ ...  التوقيع

ملاحظات الحاسب الآلي :

التاريخ ................  التوقيع ................

07:000015

CONFIDENTIAL