**LOWELL DECL. EX. 39**

Exhibit 152

**Translator's Notes for Translation of Bates 17–20:**

Essential explanatory material was supplied between italicized brackets.

Source content of Bates 18 and 20 consisted of multiple leaves/flaps of identification cards on which essentially all printed Arabic was too faint to be deciphered.  Hebrew text on these leaves/flaps was, however, decipherable, and so a Hebrew-to-English translation of the content, supplied by a second translator, is herewith provided for these pages, in lieu of a translation of the Arabic to English.

_____

| | |
|---|---|
| Emblem of the Palestinian National Authority | Palestinian Authority<br>Ministry of the Interior<br>Department of Civil Affairs |

# Death Certificate

| | | | |
|---|---|---|---|
| **I.D. No.** | ▮▮▮ 121 7 | | |
| **Name of the Deceased:** | Sadeq | **Father's Name:** | Ahed |
| **Grandfather's Name:** | Mahmoud | **Family Name:** | Abdel Hafez |
| **Gender:** | Male | **Religion:** | Muslim |
| **Date of Death:** | February 16, 2002 (the 16th of the month of Shubat, in the year Two Thousand and Two) | | |
| **Place of Death:** | Kafr Laqif | **Hospital:** | |
| **Date of Birth:** | ▮▮▮ 1983 | **Nationality:** | Palestinian |
| **Marital Status:** | Single | **Mother's Name:** | Nahla |
| **Address:** | Qalqilya      0 – 0 – | | |

The recorded details of the death of the above-mentioned [individual] have been entered into the death registry for the year 2002 by the Department of Civil Affairs in: **Qalqilya**  on: May 12, 2002.

Nur 'Anbatawi
Q.I. *[translation of initials not available]* Director General / Qalqilya

Official PNA Stamp

Signature of Authorized Official
*[illegible signature]*

**CONFIDENTIAL**

07:000017-T

*[illegible document header line]*                    *[Photograph of cardholder]*

▮389  6

*[framework/field titles of document all illegible; only filled-in/responsive data follows:]*

Ahed
Mahmoud
Abdallah
Abdel Hafez

Amina [or Amna]

▮1947

Qalqilya                                    *[Stamp:]* Jabar Hinu

Male                 Muslim

                     Tulkarem        May 28, 1989

---

Civil Administration for the Region of Judea and Samaria
Appendix to I.D. Card

*[framework/field titles of document all illegible; only filled-in/responsive data follows:]*

▮389  6

Abdel Hafez
Ahed

Qalqilya

Married        *[illegible text]*        ▮105  6

    Nahla

Children Up to the Age of 16

*[framework/field titles of document all illegible; only filled-in/responsive data follows:]*

Ahlam
Female [redacted]706 2
[redacted] 1977

Hannan
Female [redacted]423 3
[redacted] 1980

Mahmoud
Male [redacted]608 4
[redacted] 1981

Sadeq [redacted]121 7
Male [redacted] 1983

Children Up to the Age of 16

*[framework/field titles of document mostly illegible; filled-in/responsive data follows, with single field title supplied:]*

Siham
Female [redacted]949 3
[redacted] 1987

Hiba
Female [redacted]7079 *[illegible digit]*
[redacted] *[illegible digits for year]*

*[Stamp:]* Population Registry

Signature of Cardholder:

Civil Administration for the Region of Judea and Samaria

[Israeli Government Emblem]

Command Officer for Domestic Affairs

# Birth Certificate

| | | |
|---|---|---|
| Abdel Hafez<br>**Family Name** | Sadeq<br>**First Name** | Ahed<br>**Father's Name** |
| Mahmoud<br>**Grandfather's Name** | Nahla<br>**Mother's Name** | Abu Al-Qarn<br>**Her Family Name or the Name by Which She Was Known Prior to Her Marriage** |
| Male<br>**Gender** | | ▮6121<br>**I.D. Number** |
| Qalqilya<br>**Born in** | | [Born] at home<br>**Hospital** |
| ▮<br>**Day** | ▮<br>**Month** | 1983<br>**Year** |
| | Islam<br>**Religion** | |

The details pertaining to the birth of the above-mentioned [individual] have been entered into the birth registry for the year   1983   by the Population Registration Office in   Tulkarem   on November 6, 1983.

[Seal content illegible]

_[illegible signature]_
**Signature of the Birth Registrar**

**CONFIDENTIAL**

07:000019-T

*[translation partially from transcription]*

| | |
|---|---|
| Palestinian National Authority – Interior Ministry – I.D. Card | |
| ■■■ 121  7 | *[Official Palestinian National Authority Stamp]* |
| Personal Name:   Sadeq<br>Father's Name:   Ahed<br>*[illegible]* Name:   Mahmoud<br>Family Name:   Abdel Hafez<br>*[illegible]*:   Nahla | June 7, 1999 |
| Date of Birth:   ■■■■■■, 1983 | |
| Place of Birth:   Qalqilya | |
| Gender:   Male     *[illegible]*:   Muslim | |
| Issued in:   Tulkarem | |

Appendix to I.D. Card
■■■ 121  7

*[framework/field titles of document all illegible; only filled-in/responsive data follows:]*

Abdel Hafez
Sadeq

Qalqilya             0 0

Single

Children Up to the Age of 16

*[framework/field titles of document all illegible; Response fields contain no data]*

Children Up to the Age of 16

*[framework/field titles of document all illegible; Response fields contain no data]*

**CONFIDENTIAL**

**07:000020-T**

Original

Palestinian Authority  
Ministry of Interior  
Department of Civil Affairs

السلطة الفلسطينية  
وزارة الداخلية  
مديرية الأحوال المدنية

شــهادة وفــاة  
**Death Certificate**

| | | | |
|---|---|---|---|
| Id No. | 7  121 | | رقم الهوية |
| Name | صادق | إسم الأب / Father's name | عاهد |
| G.F.'s name | محمود | إسم العائلة / Family name | عبد الحافظ |
| Sex | ذكر | Religion | مسلم |
| D. of death | 2002/02/16 | | السادس عشر من شهر شباط لعام ألفين و إثنين |
| P. of death | كفر لاقف | Hospital | – |
| D. of birth | 1983 | Nationality | فلسطيني |
| M. status | أعزب | M.'s name | نهله |
| Address | قفيلية | | - 0 - 0 |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفاة لسنة 2002

The details about the above mentioned death have already been registered in the death file of year 2002

من قبل مديرية الأحوال المدنية بـ قفيلية بتاريخ 2002/05/12

by Department of Civil Affairs in QALQILIA On 12/05/2002

نور حبناوي  
ق.أ. المدير العام /قلقيلية

توقيع الموظف المختص



CONFIDENTIAL

07:000017




CONFIDENTIAL

07:000018



CONFIDENTIAL

07:000019



CONFIDENTIAL

07:000020