# LOWELL DECL. EX. 52

"E"

## Judea and Samaria Region Headquarters

B'H

**Ariel Regional Rabbinical Court**

Before the Honorable Judges:           File no.: 300381670-41-1

Rabbi Haim Shlomo Shanan             The decedent: Shatsky Keren o.b.m.

### Inheritance Order

In the matter of the estate of the decedent Shatsky Keren o.b.m. ID ▇▇▇1670.

Who died on the 4th day of Adar, 5762 (2/16/2002), and whose residence was in Karnei Shomron.

All interested parties agreed to the jurisdiction of the court to issue an inheritance order.
In light of the above and on the basis of the testimony of the movants, the witnesses, and the acquisitions, and the concessions, the court decides to issue an inheritance order according to which the names of the lawful heirs of the deceased and the relative share of each of them in the estate are:

| No. | Name and family [name] | ID | Relation | Share in the Estate |
|---|---|---|---|---|
| 1 | Shatsky Shabtai Scott | ▇▇▇3921 | Father | 1/2 |
| 2 | Shatsky Jo Anne Chava | ▇▇▇3939 | Mother | 1/2 |

Given on: the 30th day of the month of Tishrei in the year 5753 (10/6/2002).

(--) Haim Shlomo Shanan
Judge

Copy true to the original
[Signature]
Chaviva Argi
Chief Clerk



Judea and Samaria Region Headquarters
*Court Stamp*
**Ariel Regional Rabbinical Court**

(Chaviva 10/8/2002) b.form 21 (5.93)

---

| Eshkovit 48, Ariel, ZIP 44837 | Tel. 03-9061609 | Open to the public on Mon., |
| POB 25 44824 | Fax 03-9364119 | Tues, Wed., Thurs. |
| | | Hours: 8:00-12:15 |

ב"ה                                                               בס"ד
                    מפקדת אזור יהודה ושומרון

בית הדין הרבני האזורי אריאל

תיק מס': 1-41-300381670                          בפני כבוד הדיינים:

המנוחה : שאצקי קרן ז"ל                            הרב חיים שלמה שאנן

## צ ו   י ר ו ש ה

בענין עזבון המנוחה שאצקי קרן ז"ל    ת.ז. 1670
שנפטרה ביום ד' אדר תשס"ב (15/02/2002) , ומענה היה בקרני שומרון.

כל הנוגעים בדבר קבלו על עצמם את סמכות השיפוט של בית הדין להוצאת צו ירושה.
לאור האמור לעיל ועל סמך שמיעת המבקשים , העדים , והזקנאות , וחוי יתנודים
בית הדין מחליט להוציא צו ירושה לפיו שמות יורשיו על פי דין של המנוח וחלקו
היחסי של כל אחד מהם בעזבון הם:

| מס | שם ומשפחה | ת.ז. | קרבה | חלקו בעזבון |
|---|---|---|---|---|
| 1 | שאצקי שבתי סקוט | 3921 | אב | 1/2 |
| 2 | שאצקי ג'ואן תוה | 3939 | אם | 1/2 |

ניתן ביום: ל' לחודש תשרי בשנת תשס"ג (06/10/2002)

                                                            (-)חיים שלמה שאנן
                                                                 דיין

העתק מתאים למקור
(אריה)
חביבה ערג'
המזכיר הראשי

ב.טופס 21 (5.93)    (תביעה 10/10/2002)

אשקובית 48, אריאל, מיקוד. 44837          טל' 03-9061609          קבלת קהל ימים: א, ג, ד, ה'.
ת.ד. 25 44824                            פקס' 03-9364119         בשעות 8.00-12.15

L_C083571