# LOWELL DECL. EX. 53

Highly Confidential

of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Shatsky*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| | |
|---|---|
| Type/Caté. P | Code of issuing / code du pays PASSPORT NO./NO. DU PASSEPORT |
| Surname / Nom SHATSKY | |
| Given names / Prénoms TZIPPORA | |
| Nationality / Nationalité UNITED STATES OF AMERICA | |
| Date of birth / Date de naissance 76 | |
| Sex / Sexe F | Place of birth / Lieu de naissance ISRAEL |
| Date of issue / Date de délivrance 20 MAY/MAI 99 | Date of expiration / Date d'expiration 19 MAY/MAI 09 |
| Authority / Autorité U.S. EMBASSY | Amendments/ Modifications SEE PAGE 24 |

TEL AVIV, ISRAEL

P<USASHATSKY<<TZIPPORA<<<<<<<<<<<<<<<<<<<
USA7612219F0905194<<<<<<<<<<<<



The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

| | |
|---|---|
| Type/Type. P | Code. Code du pays USA Passport no. No. du Passeport |
| Surname/Nom/Apellidos SHATSKY | |
| Given names/Prénoms/Nombres DAVID RAPHAEL | |
| Nationality/Nationalité/Nacionalidad UNITED STATES OF AMERICA | |
| Date of birth/Date de naissance/Fecha de nacimiento 1984 | |
| Sex/Sexe M | Place of birth/Lieu de naissance/Lugar de nacimiento NEW YORK, U.S.A. |
| Date of issue/Date de délivrance/Fecha de expedición 07 Apr 2004 | Authority/Autorité/Autoridad U.S. Embassy Tel Aviv |
| Date of expiration/Date d'expiration/Fecha de caducidad 06 Apr 2014 | |
| Amendments/Modifications/Enmiendas See Page 24 | |

P<USASHATSKY<DAVID<RAPHAEL<<<<<<<<<<<<<
USA8404110M1404063<<<<<<<<<<<<00

L_C001405