# LOWELL DECL. EX. 54

L_C003504

Highly Confidential

*[Page contains a rotated photocopy of a U.S. passport identification page for bearer surnamed TRATTNER, given name ARON S., born New York, USA, issued 13 FEB 98 at U.S. Embassy Tel Aviv, Israel, expiring 12 FEB 08. Passport number visible in MRZ: P<USATRATTNER<<ARON<S<<<<<<<<<<<<<<<<<<<<<<<<< / 052A520903USA...M0802123<<<<<<. Signature of bearer appears above "SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / NOT VALID UNTIL SIGNED".]*