# LOWELL DECL. EX. 55



L_C083414

CONFIDENTIAL