# LOWELL DECL. EX. 56



L_C001450

Highly Confidential