# LOWELL DECL. EX. 57



L_C001407

Highly Confidential