# LOWELL DECL. EX. 58

L_C001406



Highly Confidential