# LOWELL DECL. EX. 59

L_C003503

Highly Confidential

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

Surname/Nom: TRATTNER
Given Names/Prénoms: SHELLEY
Nationality: UNITED STATES OF AMERICA
Date of birth: 13 FEB/FEV 95
Place of birth: ILLINOIS, USA
Date of issue: 12 FEB/FEV 08
Authority: U.S. EMBASSY TEL AVIV, ISRAEL

P<USATRATTNER<<SHELLEY<<<<<<<<<<<<<<<<<<<<<<<
545012110B02123<<<<<<<<<<<<<<<<<<