**LOWELL DECL. EX. 60**



L_C083388

CONFIDENTIAL