# LOWELL DECL. EX. 61



