# LOWELL DECL. EX. 62




HIGHLY CONFIDENTIAL
L_C014823