# LOWELL DECL. EX. 63

L_C001403

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

Jo Anne Hava Shatsky

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT
PASSEPORT
PASAPORTE

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: [redacted]
Surname / Nom / Apellidos: SHATSKY
Given names / Prénoms / Nombres: JO ANNE HAVA
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: [redacted] 1951
Sex / Sexe / Sexo: F
Place of birth / Lieu de naissance / Lugar de nacimiento: NEW HAMPSHIRE, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 09 Mar 2004
Authority / Autorité / Autoridad: U.S. Embassy Tel Aviv
Date of expiration / Date d'expiration / Fecha de caducidad: 08 Mar 2014
Amendments / Modifications / Enmiendas: See Page 24

P<USASHATSKY<<JO<ANNE<HAVA<<<<<<<<<<<<<<<<<<<

[redacted]USA5104154F1403088<<<<<<<<<<<<<<06

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

Shabtai Scott Shatsky

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: [redacted]
Surname / Nom / Apellidos: SHATSKY
Given names / Prénoms / Nombres: SHABTAI SCOTT
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: [redacted] 1952
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: NEW YORK, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 09 Mar 2004
Authority / Autorité / Autoridad: U.S. Embassy Tel Aviv
Date of expiration / Date d'expiration / Fecha de caducidad: 08 Mar 2014
Amendments / Modifications / Enmiendas: See Page 24

P<USASHATSKY<<SHABTAI<SCOTT<<<<<<<<<<<<<<<<<

[redacted]USA5204250M1403088<<<<<<<<<<<<<<08

Highly Confidential