# LOWELL DECL. EX. 64

Highly Confidential




L_C008068