# LOWELL DECL. EX. 65





The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Della Friedman*

*Mother of   Yehiel Friedman*
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

**UNITED STATES OF AMERICA**

| | | |
|---|---|---|
| PASSPORT PASSEPORT | Type/Catégorie P | Code of issuing / code du pays USA | PASSPORT NO./NO. DU PASSEPORT |

Surname / Nom
**FRIEDMAN**
Given names / Prénoms
**YEHIEL**
Nationality / Nationalité
**UNITED STATES OF AMERICA**
Date of birth / Date de naissance
81
Place of birth / Lieu de naissance
**NEW YORK, USA**
Date of issue / Date de délivrance
**DEC/DEC 92**
Date of expiration / Date d'expiration
07 DEC/DEC 97
Authority / Autorité
**U.S. EMBASSY**
**TEL AVIV, ISRAEL**

Amendments/
Modifications
SEE PAGE
**24**

P<USAFRIEDMAN<<YEHIEL<<<<<<<<<<<<<<<<<<<<<<<
USA8102265M9712076<<<<<<<<<<<<<<<

L_C008070

Highly Confidential