# LOWELL DECL. EX. 66

Highly Confidential

of the United States of America hereby requests all whom it may concern to permit the citizen/ national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

~~CANCELLED~~
~~NEW APPLICATION~~

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT / PASSEPORT
Type/Catégorie: P
Code of issuing State: USA
PASSPORT NO./NO. DU PASSEPORT

Surname / Nom: FRIEDMAN
Given names / Prénoms: ZVI
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: [redacted] 82
Sex / Sexe: M
Place of birth / Lieu de naissance: NEW YORK, USA
Date of issue / Date de délivrance: 19 FEB/FEV 98
Date of expiration / Date d'expiration: 18 FEB/FEV 0[?]
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications SEE PAGE

P<USAFRIEDMAN<<ZVI<<<<<<<<<<<<<<<<<<<<<<<<<<
USA82121[?]5M[?]02184<[...]

---

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/ national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

~~CANCELLED~~
~~NEW APPLICATION~~

Bella Friedman    1[?] FEB 1998
Mother of Alan Friedman

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT / PASSEPORT
Type/Catégorie: P
Code of issuing State: USA
PASSPORT NO./NO. DU PASSEPORT

Surname / Nom: FRIEDMAN
Given names / Prénoms: ILAN JOSEPH
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: [redacted] 85
Sex / Sexe: [redacted]
Place of birth / Lieu de naissance: ISRAEL
Date of issue / Date de délivrance: 08 DEC/DEC 92
Date of expiration / Date d'expiration: 07 DEC/DEC 97
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications SEE PAGE 24

P<USAFRIEDMAN<<ILAN<JOSEPH<<<<<<<<<<<<<<<<<<
USA8507136M9712076<<<<<<<<<<<<<<

L_C008069