# LOWELL DECL. EX. 67




L_C003130

Highly Confidential