# LOWELL DECL. EX. 71

Exhibit 166

**Translator's Notes for Translation of Bates 07:1083-T**

Essential explanatory material was supplied between italicized brackets.

The organization name translated on this item as "Martyrs' Families and Injured Care Establishment" would, more literally, be translated, "Foundation for the Care of the Families of Martyrs and Wounded."

The former, and less literal, wording has been used in order to reflect the presence, here, of the English-letter acronym "M's F.& I.C.E." alongside the Arabic wording used for the organization, and the translation provided here offers a word-for-word English match to that acronym (M's F. & I.C. E./Martyrs' Families and Injured Care Establishment).

_____

Palestine Liberation Organization
Martyrs' Families and Injured Care Establishment   *[represented, in English lettering, by the abbreviation "M's F. & I.C.E."]*

*[two illegible/faintly visible words]*                                                             *[one or more illegible/faintly visible words]* Report

Financial Account Report

| Case Number: 0103680 | Allocation: | 2665 |
| --- | --- | --- |
| Case Name: Raed Musa Ibrahim Nazal | Start [Date] of the Credit: | May 1, 2002 |
| Name of Beneficiary: Fatima Mahmoud Da'ud Da'na | End [Date] of the Credit: | March 1, 2011 |
| Office: Ramallah | Amounts Disbursed: | 47865 |
| Examiner's Name: 'Asal | Undisbursed Amounts: | 0 |

| Year | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2009 | | | | | | | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 |
| 2010 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 | N 2215 |
| 2011 | N 2665 | N 2665 | N 2665 | | | | | | | | | |

Page No.                                *[several illegible words]*

**CONFIDENTIAL**                                                                                  07:001083-T

Original

منظمة التحرير الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

موقع خدمة:

| رقم الحالة | 0103680 |
|---|---|
| اسم الحالة | رائد موسى ابراهيم نزال |
| اسم المستحق | فاطمة محمد داود دعنا |
| المكتب | رام الله |
| اسم البابة | عبال |

كشف حساب مالي

| المختص | : |
|---|---|
| بداية الاعتماد | : 01/05/2002 |
| نهاية الاعتماد | : 01/03/2011 |
| المبالغ المصروفة | : 47865 |
| المبالغ غير المصروفة | : 0 |

| السنة | شهر 1 | شهر 2 | شهر 3 | شهر 4 | شهر 5 | شهر 6 | شهر 7 | شهر 8 | شهر 9 | شهر 10 | شهر 11 | شهر 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 | ن 2215 |
| 2010 | ن 2215 | ن 2215 | | | | | | | | | | |
| 2011 | ن 2665 | ن 2665 | ن 2665 | | | | | | | | | |

جامعة رام الله

CONFIDENTIAL
07:001083