# LOWELL DECL. EX. 82

Exhibit 159

**Palestinian National Authority**
**Ministry of Detainees and Ex-detainees Affairs**

## Personal Information

**File Number** 445939    **Identity Card Number** ▇▇2660   **Sex** Male   **Date** 06/09/2002
**Name** Mohammed Wasef Abdel Rahman Nazal    **Telephone**
**Payment Center** 23 Qalqilya    **Address** ▇▇▇▇▇ Qalqilya
**Marital Status** Single   **Number of Wives** 0    **Number of Children** 0

## Financial Information

**Name** Mohammed Wasef Abdel Rahman Nazal    **Identity Card** ▇▇2660   **Address**
**Name of Agent**    **Identity Card** 0    **Address**
**Bank** 1 Cairo Amman    **Branch** Qalqilya    ▇▇▇
**Provision** 1000    **Arrears** 0   **Begins on** 05/01/2002   **Ends on** 08/01/2005

## Imprisonment Information

**Date of Imprisonment** 03/11/2002   **Imprisonment Status** Released   **Decision   Day** 0   **Month** 1   **Year** 4
**Profession** 1 unspecified   **Date of Release** 0   **Actual Date of Release** 02/21/2005
**Organization** Popular Front   **Prison** 1   Unspecified   **Record Number** 20050361

| Year | Month | Provision | Arrears | Damages | Ref. | Name of Beneficiary | ID No. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 8 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 7 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 6 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 5 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 4 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 3 | 1000 | 1800 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 2 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2005 | 1 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 12 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 11 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 10 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 09 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 08 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 07 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 06 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 05 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 04 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 03 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 02 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2004 | 01 | 1000 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 12 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇05 31 | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 11 | 900 | 0 | 0 | 0 | Wasef Abdel | ▇▇05 | Cairo | Qalqilya | ▇▇ |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Rahman Nazzal | 31 | | Amman | | |
| 2003 | 10 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 09 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 08 | 900 | 1800 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 07 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 06 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 05 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 04 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 03 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 02 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2003 | 01 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 12 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 11 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 10 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 09 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 08 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 07 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 06 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| 2002 | 05 | 900 | 0 | 0 | 0 | Wasef Abdel Rahman Nazzal | ▇▇ 05 31 | | Cairo Amman | Qalqilya | ▇▇ |
| | | 36200 | 3600 | 0 | 0 | | | | | | |

**CONFIDENTIAL**

Original

| السلطة الوطنية الفلسطينية |
|---|
| وزارة شؤون الأسرى والمحررين |
| Palestinian National Authority |
| Ministry of Detainees Affairs |

## البيانات الشخصية

| رقم الملف | 445939 | الاسم | محمد | واصف | عبدالرحمن | نزال | رقم الهوية | 2660 | الجنس | ذكر | تاريخ | 09/06/2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| مركز صرف | 23 | قلقيلية | | | | | العنوان | قلقيلية | | | تلفون | |
| حالة زواجية | أعزب | | | | | | عدد الزوجات | 0 | | | عدد الابناء | 0 |

## البيانات المالية

| اسم | واصف عبدالرحمن نزال | | الهوية | 0531 | | العنوان | |
|---|---|---|---|---|---|---|---|
| اسم الوكيل | | | الهوية | 0 | | العنوان | |
| البنك | 1 | القاهرة عمان | الفرع | قلقيلية | | | |
| المخصص | 1000 | | المتأخرات | 0 | بداية الاعتماد | 01/05/2002 | نهاية 01/08/2005 |

## بيانات الأسر

| تاريخ الأسر | 11/03/2002 | | الحالة الاعتقالية | محرر | الحكم يوم | 0 | شهر | 1 | سنة | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| العمل | 1 | غيرمحدد | تاريخ تحرر | 0 | | | تاريخ تحرر فعلي | | 21/02/2005 | |
| التنظيم | 2 | جبهة شعبية | السجن | 1 | غيرمحدد | | رقم كشف | | 20050361 | |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | لسنة |
|---|---|---|---|---|---|---|---|---|---|---|
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 8 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 7 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 6 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 5 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 4 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 1800 | 1000 | 3 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 2 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 1 | 2005 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 12 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 11 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 10 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 9 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 8 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 7 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 6 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 5 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 4 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 3 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 2 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 1000 | 1 | 2004 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 12 | 2003 |
| | قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 11 | 2003 |

CONFIDENTIAL                    07:000234

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
Palestinian National Authority
Ministry of Detainees Affairs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 10 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 9 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 1800 | 900 | 8 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 5 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 4 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 3 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 2 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 1 | 2003 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 12 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 11 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 10 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 9 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 8 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 7 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 6 | 2002 |
| قلقيلية | القاهرة عمان | 0531 | واصف عبدالرحمن نزال | 0 | 0 | 0 | 900 | 5 | 2002 |
| | | | | 0 | 0 | 3600 | 36200 | | |

CONFIDENTIAL

07:000235