# LOWELL DECL. EX. 83

Exhibit 156

**Palestinian National Authority**
**Ministry of Detainees Affairs**



Personal Information _____

**File Number** 441624 **Identity Card Number** ███ 3249 **Sex** Male **Date** 02/08/2011

**Name** Jamal Amin Mustafa Hindi **Telephone** ███

**Payment Center** 23 Qalqilya **Address** Qalqilya ███

**Marital Status** Married **Number of Wives** 1 **Number of Children** 4

Financial Information _____

**Name** Zeinab Mustafa Hussein Hindi **Identity Card** ███ 1159 **Wife** **Address** Wife

**Name of Agent** **Identity Card** 0 **Address**

**Bank** 6 Arab Bank **Branch** 9080

**Provision** 7500 **Arrears** 0 **Begins on** 01/01/2003 **Ends on** 08/01/2012

Detention Information _____

**Date of Imprisonment** 09/06/2002 **Imprisonment Status** Serving **Decision** Day 0 **Months** 6 **Years** 22

**Profession** 1 unspecified **Date of Release** 0 **Actual Date of Release** 0

**Organization** 2 The Popular Front **Prison** 1 Unspecified **Record Number** 20060879

| Year | Month | Provision | Arrears | Damages | Ref. | Name of Beneficiary | ID Number | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------|------|---------------------|-----------|------|--------|-------------|
| 2012 | 08 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 07 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 06 | 7500 | 0 | 400 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 05 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 04 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 03 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 02 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2012 | 01 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 12 | 7500 | 0 | 400 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 11 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 10 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 09 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 08 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 07 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 06 | 7500 | 0 | 400 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 05 | 7500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 04 | 7500 | 13500 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 03 | 3000 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 02 | 3000 | 10000 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2011 | 01 | 3000 | 10000 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2010 | 12 | 3000 | 10000 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |
| 2010 | 11 | 3000 | 10000 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ███1159 | Arab Bank | 9080 | ███ |

**Palestinian National Authority**
**Ministry of Detainees Affairs**



| 2010 | 10 | 3000 | 10200 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
|------|----|------|-------|---|---|------------------------------|---|------|-----------|------|---|
| 2010 | 09 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 08 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 07 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 06 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 05 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 04 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 03 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 02 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2010 | 01 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 12 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 11 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 10 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 09 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 08 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 07 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 06 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 05 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 04 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 03 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 02 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2009 | 01 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 12 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 11 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 10 | 1800 | 1800 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 08 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 07 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 06 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 05 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 04 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 03 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 02 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2008 | 01 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2007 | 12 | 1800 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2007 | 11 | 1800 | 600 | 0 | 0 | Zeinab Mustafa Hussein Hindi | | 1159 | Arab Bank | 9080 | |
| 2007 | 10 | 1500 | 0 | 0 | 0 | Zeinab Mustafa | | 1159 | Arab | 9080 | |

# Palestinian National Authority
# Ministry of Detainees Affairs



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Hussein Hindi | | | Bank | |
| 2007 | 09 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 08 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 07 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 06 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 05 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |

**07:000111-T (Continued)**

**CONFIDENTIAL**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 04 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 03 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 02 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2007 | 01 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 12 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 11 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 10 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 09 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 08 | 1500 | 1500 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 06 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 05 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 04 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 03 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 02 | 1500 | 250 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2006 | 01 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 12 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 11 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 10 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 09 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 08 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 07 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 06 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 05 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 04 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 03 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 02 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |
| 2005 | 01 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | ■ | 1159 | Arab Bank | 9080 | ■ |



**Palestinian National Authority**
**Ministry of Detainees Affairs**

| 2004 | 12 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 11 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 10 | 1500 | 150 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 09 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 08 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 07 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 06 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 05 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 04 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 03 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 02 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2004 | 01 | 1500 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 12 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 11 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |

07:000112-T (continued)

CONFIDENTIAL

| 2003 | 10 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 09 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 08 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 07 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 06 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 05 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 04 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 03 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 02 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 2003 | 01 | 1260 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Arab Bank | 9080 | |
| 1996 | 04 | 465 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Unspecified | social | Ministry of [Social] Affairs |
| 1996 | 03 | 465 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Unspecified | social | Ministry of [Social] Affairs |
| 1996 | 02 | 465 | 0 | 0 | 0 | Zeinab Mustafa Hussein Hindi | 1159 | Unspecified | social | Ministry of [Social] Affairs |
| | | 290715 | 68000 | 1200 | 0 | | | | | |

07:000113-T

**Palestinian National Authority**
**Ministry of Detainees Affairs**



Report: Imprisonment Period for Prisoner Jamal Amin Mustafa Hindi

| Number of Times Arrested | Date of Imprisonment | Date of Release | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|---|
| | 04/11/1989 | 08/02/1989 | 0 | 4 | 9 |
| | 11/27/1990 | 03/26/1994 | 3 | 3 | 28 |
| | 08/02/1995 | 02/06/1996 | 0 | 6 | 5 |
| | 01/02/1986 | 01/01/1989 | 2 | 11 | 30 |
| | Total Period of Imprisonment | | 7 | 2 | 11 |

**CONFIDENTIAL**                                              07:000114-T

Jul. 17th, 2012

**Palestinian National Authority**

**Ministry of Detainees Affairs**



Original



| | | السلطة الوطنية الفلسطينية |
|---|---|---|
| **Palestinian National Authority** | | وزارة شؤون الاسرى والمحررين |
| **Ministry of Detainees Affairs** | | |

**البيانات الشخصية**

| رقم الملف | 441624 | | | رقم الهوية | 3249▬ | الجنس | ذكر | تاريخ | 08/02/2011 |
|---|---|---|---|---|---|---|---|---|---|
| الاسم | جمال | امين | مصطفى | هندى | | تلفون | ▬ |
| مركز صرف | 23 | قلقيلية | العنوان | ▬قلقيليه | | | |
| حالة زواجية | متزوج | | عدد الزوجات | 1 | عدد الابناء | 4 | | |

**البيانات المالية**

| اسم | زينب مصطفى حسين هندى | | الهوية | 159▬ | زوجه | العنوان | زوجه |
|---|---|---|---|---|---|---|---|
| اسم الوكيل | | | الهوية | 0 | | العنوان | |
| البنك | 6 | البنك العربى | الفرع | 9080 | | | |
| المخصص | 7500 | | المتأخرات | 0 | بداية الاعتماد | 01/01/2003 | نهاية | 01/08/2013 |

**بيانات الأسر**

| تاريخ الأسر | 06/09/2002 | | الحالة الاعتقالية | محكوم | الحكم يوم | 0 | شهر | 0 | سنة | 22 |
|---|---|---|---|---|---|---|---|---|---|---|
| العمل | 1 | غيرمحدد | تاريخ تحرر | 0 | تاريخ تحرر فعلي | 0 | | |
| التنظيم | 2 | جبهة شعبية | السجن | 1 | غيرمحدد | رقم كشف | 20060879 |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 8 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 7 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 400 | 0 | 7500 | 6 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 4 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 3 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 2 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 1 | 2012 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 400 | 0 | 7500 | 12 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 11 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 10 | 2010 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 9 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 8 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 7 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 400 | 0 | 7500 | 6 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 7500 | 5 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 13500 | 7500 | 4 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 3000 | 3 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 10000 | 3000 | 2 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 10000 | 3000 | 1 | 2011 |
| | 9080 | البنك العربى | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 10000 | 3000 | 12 | 2010 |
| | 9080 | البنك العربى | 159 | زينب مصطفى حسين هندى | 0 | 0 | 10000 | 3000 | 11 | 2010 |

07:000110

CONFIDENTIA

**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 10200 | 3000 | 10 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 9 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 8 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 7 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 6 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 5 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 4 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 3 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 2 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 1 | 2010 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 12 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 11 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 10 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 9 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 8 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 7 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 6 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 5 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 4 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 3 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 2 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 1 | 2009 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 12 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 11 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 1800 | 1800 | 10 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 8 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 7 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 6 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 5 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 4 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 3 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 2 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 1 | 2008 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1800 | 12 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 600 | 1800 | 11 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 10 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 9 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 8 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 7 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 6 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 5 | 2007 |

07:000111

CONFIDENTIAL

| Palestinian National Authority<br>Ministry of Detainees Affairs | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين |
|---|---|---|

| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 4 | 2007 |
|---|---|---|---|---|---|---|---|---|---|
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 3 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 2 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 1 | 2007 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 12 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 11 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 10 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 9 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 1500 | 1500 | 8 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 6 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 5 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 4 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 3 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 250 | 1500 | 2 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 1 | 2006 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 12 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 11 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 10 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 9 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 8 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 7 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 6 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 5 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 4 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 3 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 2 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 1 | 2005 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 12 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 11 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 150 | 1500 | 10 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 9 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 8 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 7 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 6 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 5 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 4 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 3 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 2 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1500 | 1 | 2004 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 12 | 2003 |
| 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 11 | 2003 |

07:000112

CONFIDENTIAL

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Palestinian National Authority<br>Ministry of Detainees Affairs | | | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الاسرى والمحررين | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 10 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 9 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 8 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 7 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 6 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 5 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 4 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 3 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 2 | 2003 |
| | 9080 | البنك العربي | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 1260 | 1 | 2003 |
| و.الشؤون | | | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 465 | 4 | 1996 |
| و.الشؤون | اجتماعية | غير محدد | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 465 | 3 | 1996 |
| و.الشؤون | | | 1159 | زينب مصطفى حسين هندى | 0 | 0 | 0 | 465 | 2 | 1996 |

| | | | |
|---|---|---|---|
| 0 | 1200 | 68000 | 290715 |

**CONFIDENTIAL**

07:000113

تقرير مدة الاعتقال للاسير : جمال امين مصطفى هندي

| عدد سنوات الاعتقال | تاريخ الاعتقال | تاريخ الافراج | سنة | شهر | يوم |
|---|---|---|---|---|---|
| ١١/٠٤/١٩٨٩ | ٢٠/٠٨/١٩٨٩ | ٠ | ٤ | ٩ |
| ٢٧/١١/١٩٩٠ | ٢٦/٠٣/١٩٩٤ | ٣ | ٣ | ٢٨ |
| ٠٢/٠٨/١٩٩٥ | ٠٦/٠٢/١٩٩٦ | ٠ | ٦ | ٥ |
| ٠٢/٠١/١٩٨٦ | ٠١/٠١/١٩٨٩ | ٢ | ١١ | ٣٠ |
| المجموع | ٧ | | | | |

**CONFIDENTIAL**

١٧ أيلول، ٢٠١٢

07:000114