# LOWELL DECL. EX. 84

Exhibit 160

**Palestinian National Authority**
**Ministry of Detainees Affairs**



---

**Personal details** —

| | | | |
|---|---|---|---|
| **File no.:** 559244 | **I.D.:** ▇7963 | **Sex:** Male | **Date:** 05/04/2011 |
| **Name:**  Yousef   Mohammed   Ahmed   Ra'i | | | **Telephone**: |
| **Payment Center**: 23   Qalqilya | | **Address**: | |
| **Marital status**: Single | | **No. of wives**: 0 | **No. of children**: 0 |

**Financial details** —

| | | |
|---|---|---|
| **Name:**  Ibrahim Mohammed Ra'i | **I.D.:** ▇0485 | **Address:** |
| **Name of proxy**: | **I.D.**: 0 | **Address**: |
| **Bank**: 2   Bank of Palestine Ltd. | **Branch**: 0466 | ▇ |
| **Provision**: 0    **Arrears**: 1,200 | **Beginning of Credit**: 05/01/2011 | **End**: 05/01/2011 |

**Detention details** —

| | | |
|---|---|---|
| **Date of detention**: 0 | **Detention status**: Released | **Sentence given on**:  Day:   Month: 0 Year: 0 |
| **Employment**: 1   Unspecified | **Date of release**: 0 | **Actual date of release**: 0 |
| **Organization**: 999   Unspecified | **Prison**: 1   Unspecified | **List no.**: 20110550 |

**CONFIDENTIAL**    07:000245-T

| Year | Month | Provision | Arrears | Damages | Reference | Name of beneficiary | I.D. | Bank | Branch | Account No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 5 | 0 | 1,200 | 0 | 0 | Ibrahim Mohammed Ra'i | ▮0485 | Bank of Palestine [illegible] | 0466 | ▮ |
|  |  | 0 | 1,200 | 0 | 0 |  |  |  |  |  |

**CONFIDENTIAL**     **07:000245-T - continued**

Original

Palestinian National Authority
Ministry of Detainees Affairs

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

البيانات الشخصية

| تاريخ | 04/05/2011 | الجنس | ذكر | رقم الهوية | 7963 | رقم الملف | 559244 |
| تلفون | | العنوان | راعي | | احمد محمد | الاسم | يوسف |
| عدد الابناء | 0 | عدد الزوجات | 0 | العنوان | قلقيلية | مركز صرف | 23 |
| | | | | | أعزب | حالة زواجية | |

البيانات المالية

| العنوان | | الهوية | 0485 | | | اسم | ابراهيم محمد راعي |
| العنوان | | الهوية | 0 | | | اسم الوكيل | |
| | | الفرع | 0466 | | فلسطين المحدود | البنك | 2 |
| نهاية | 01/05/2011 | بداية الاعتماد | 01/05/2011 | المتأخرات | 1200 | المخصص | 0 |

بيانات الأسر

| سنة | 0 | شهر | 0 | الحكم يوم | محرر | الحالة الاعتقالية | | تاريخ الأسر | 0 |
| | | تاريخ فعلي | 0 | | 0 | تاريخ تحرر | غير محدد | العمل | 1 |
| رقم كشف | 20110550 | | غير محدد | السجن | 1 | | غير محدد | التنظيم | 999 |

| رقم الحساب | الفرع | البنك | رقم الهوية | | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0466 | فلسطين | 0485 | | ابراهيم محمد راعي | 0 | 0 | 1200 | 0 | 5 | 2011 |
| | | | | | | 0 | 0 | 1200 | 0 | | |

CONFIDENTIAL

07:000245