# LOWELL DECL. EX. 85

Exhibit 161

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen. Dep. Detainees & Ex-detainees Affairs



[illegible handwriting]
[signatures]
[handwritten:] *[illegible] of detention*

## Detainee's Primary Form

| Form no. | 4 | 4 | 1 | 2 | 8 | 1 | | |
|---|---|---|---|---|---|---|---|---|
| Form filled out on: | | 3/30/2011 | | Department \ Ministry branch: | | | *Qalqilya* | |

1. Detainee's primary details:

| ID number (9 cells): | | | | | | 0 | 2 | 3 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Full name: | First name: | | Father's name: | | Grandfather's name: | | | Last name: | |
| | *Maher* | | *Ali* | | *Ahmed* | | | *Ra'i* | |

| Mother's name: | *Rabi'a* | Sex: | ☒ Male | ☐ Female | |
|---|---|---|---|---|---|
| Date of birth: | 2003 | Place of birth: | *Qalqilya* | | |
| Education: | ☐ Illiterate ☐ Elementary | ☐ High-school ☐ Diploma | ☐ University | ☐ Higher education | |
| Profession prior to detention: | | Organization: | | | |
| Date of detention: | 5/12/2003 | Place of detention: | | | |
| Detention status: | ☐ Detained | ☒ Sentenced | ☐ Administrative | ☐ Ex-detainee | ☐ Civilian |

| If sentenced, duration of sentence according to the [Red] Cross statement: | Day | Month | Year | Expected date of release according to the court's decision: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | 20 | 11 | 12 | | 1 | 4 | 2016 |

| Permanent address: | Governorate: | *Qalqilya* | Population cluster: | *Qalqilya* |
|---|---|---|---|---|
| Comments: | | | | |

2. Previous detentions' details:

Number of previous and current detentions: _____*1*_____ in total, confirmed by a [Red] Cross statement and in chronological order, from most recent to earliest.

| No. | Date of arrest | Type of arrest | Date of release | Duration of detention | | | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | *6/24/1991* | | *7/7/1991* | | | | |
| 2. | *1/2/1989* | | *1/12/1989* | | | | |
| 3. | *4/6/1995* | | *10/10/1995* | | | | |
| 4. | *5/23/1985* | | *5/23/1988* | | | | |
| 5. | *1/28/199[?]* | | *6/26/1990* | | | | |
| 6. | *5/12/2003* | | | | | | |

**CONFIDENTIAL**    07:000258-T

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen. Dep. Detainees & Ex-detainees Affairs



3. Marital status details:

| Marital status: | ☐ Single | ☒ Married | ☐ Divorced | ☐ Widower |
|---|---|---|---|---|
| If married: | Fill in details of spouse and children | | | |
| Spouse's ID number: | ■■■■■■■ 1 1 0 5 | | Date of marriage: | / / |
| Spouse name: | Margaret Mohammed Mahmoud al-Ra'i | | No. of children: | 2 |
| Details of children from the first wife: (sons under 18 years and unmarried daughters of any age): | | | | |

| Number | Name | Date of birth | Marital status | Education |
|---|---|---|---|---|
| 1. | Jeidat[?] | ■/1989 | Unmarried | |
| 2. | Angela | ■/1994 | Unmarried | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

4. Proxy (beneficiary) details:

| Beneficiary ID number: | ■■■■■■■ 1 1 0 5 | | |
|---|---|---|---|
| Name of proxy (beneficiary): | Margaret Mohammed Mahmoud al-Ra'i | Type of relation: | Wife |
| Date of appointment as proxy: | / / | Duration of proxy validity: | |
| Bank: | Arab [Bank] | Bank branch: | Qalqilya |
| Account number: | ■■■■■■■■■■ | NIS-only account | |
| Telephone: | | Cellular phone: | |
| Beneficiary's permanent address: | Governorate: Qalqilya | Population cluster: | Qalqilya |
| Comments: | | | |

| Application's submitter comments: | |
|---|---|
| Attestation: | I, the undersigned, attest and confirm that all of the information in this application is correct and that I am responsible for it. |
| Application's submitter signature: | Margaret al-Ra'i |

**CONFIDENTIAL**   07:000259-T

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen. Dep. Detainees & Ex-detainees Affairs



5. For official use:

| Employee \ clerk name: | [illegible] | | |
|---|---|---|---|
| Employee \ clerk comments: | No objection | | |
| Date: | 3/30/2011 | Signature: | [illegible] |
| Head of department's name: | [illegible] | | |
| Head of department's comments: | No objection | | |
| Date: | 3/30/2011 | Signature and stamp: | [stamp and signature] |

Attached documents: Check the boxes beside the attached documents (authorization and approval by the head of department):

| ☒ | A copy of the detainee \ ex-detainee's ID | ☒ | A copy of the beneficiary's ID |
|---|---|---|---|
| ☒ | Red Cross statements | ☐ | Indictment |
| ☐ | Court's decision (if applicable) | ☒ | A copy of the bank account [information] card |
| ☐ | A copy of the marriage certificate | ☐ | Copies of the children's birth certificates |
| ☐ | Adjunct for addition of wife \ wives | ☒ | Other (specify) |

6. Authorization and Approval:

| 1. Detainees department authorization: | ☐ I approve the authorization of the detainee's form (conforms to the regulations and laws) | | |
|---|---|---|---|
| Name of authorizing employee: | | | |
| Date: | / / | Stamp and signature: | |
| | ☐ I do not approve the authorization of the detainee's form | | |
| Reasons and justifications: | | | |
| 2. Legal department authorization: | ☐ I approve the sanction of the detainee's form (conforms to the regulations and laws) | | |
| Name of authorizing employee: | | | |
| Date: | / / | Stamp and signature: | |
| | ☐ I do not approve the authorization of the detainee's form | | |
| Reasons and justifications: | | | |

**CONFIDENTIAL**     07:000260-T

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen. Dep. Detainees & Ex-detainees Affairs



## Adjunct for addition of wives

| Form number: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Detainee's ID number: | | | | | | | | |
| Full name: | First name: | | Father's name: | | Grandfather's name: | | Family name: | |
| | | | | | | | | |

1. Second wife's details:

| Spouse's ID number: | | | | | | | Date of marriage: | / / |
|---|---|---|---|---|---|---|---|---|
| Spouse name: | | | | | | | No. of children: | |

Details of children from the second wife: (sons under 18 years and unmarried daughters of any age):

| Number | Name | Date of birth | Marital status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

2. Third wife's details:

| Spouse's ID number: | | | | | | | Date of marriage: | / / |
|---|---|---|---|---|---|---|---|---|
| Spouse name: | | | | | | | No. of children: | |

Details of children from the second wife: (sons under 18 years and unmarried daughters of any age):

| Number | Name | Date of birth | Marital status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**CONFIDENTIAL**     07:000261-T

In the name of Allah, the Compassionate, the Merciful

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs



Affidavit Form

Regarding the Detainees' Salaries

Peace be upon you, and the mercy of Allah and His blessings,

**I, the undersigned,** ___*Margaret Mohammed Mahmoud al-Ra'i*____, **ID number:** ▉▉▉▉*1105*, **wife of the detainee** ____*Maher Ali Ahmed al-Ra'i*____ **from** ___*Qalqilya*___, **who was arrested on** _____*5/12/2003*_____, **swear in the name of Allah and attest that the detainee is unemployed and does not receive any salary from any governmental or non-governmental agency. This is an attestation in this regard by me, and I am aware that by swearing and attesting thus I am responsible for the consequences in case its validity will not be established before the official and legal authorities. In addition, the Ministry of Detainees & Ex-detainees Affairs has the right to prosecute me before the relevant official authorities.**

**Name of the attester:** _____*Margaret al-Ra'i*_____

**Signature of the attester:** _____*Margaret al-Ra'i*____

**Date:** _____*3/3/2011*_____

_____

**Pertinent to the ministry**

**This attestation was signed before us and with our knowledge.**

**Signature of the relevant director \ employee** _____   **Date:** _____

**CONFIDENTIAL      07:000262-T**

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

[illegible]



| | |
|---|---|
| **To the brother Abdel Jabar Salem, may Allah preserve him,** | / / 20__ CE |
| **In charge of the General Director of Payroll's Duties** | *441281* |
| **Ministry of Finance** | [illegible] |

**Through the dear brother Shukri Salma,**

**General Director of the General Department of Detainees Affairs**

**Ministry of Detainees & Ex-detainees Affairs**

**Greetings,**

<u>**Subject: Attestation regarding the detention status of an ex-detainee**</u>

The Ministry of Detainees & Ex-detainees Affairs department in _____ governorate testifies that ex-detainee <u>Maher Ali Ahmed Ra'i</u>, I.D. no. ▓▓▓▓ *0238* from <u>Qalqilya</u> governorate, has served his entire sentence in the Israeli Occupation's prisons on account of his patriotic struggle, and that he had been a security detainee throughout his detention.

**Sincerely,**

| Approval of the Gen. Dept. of Detainees Affairs | Director of the Ministry of Detainees Affairs dept. |
|---|---|
| General Director of the General Department _____ | Governorate <u>Qalqilya</u> |
| Signature and stamp _____ | Director's name [illegible] |
| Date _____ | Signature and stamp [signature and stamp] |

**CONFIDENTIAL**       07:000263-T

Original

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 4 | 4 | 1 | 2 | 8 | 1 | رقم الاستمارة: |
| تاريخ تعبئة الاستمارة: | ٢٠/٢/١١ | | المديرية/فرع الوزارة: | قلقيلية | | | | |

### 1. المعلومات الرئيسية للأسير:

| رقم الهوية: (تسع خانات) | ٢ | ٣ | ٢ | ٥ | ▓ | ▓ | ▓ | ▓ | ▓ |
|---|---|---|---|---|---|---|---|---|---|

| الاسم الرباعي: | عمر | احمد | احمد | عرار |
|---|---|---|---|---|
| اسم الأم: | رابعة | | الجنس: | ☒ ذكر  ☐ أنثى |
| تاريخ الميلاد: | ▓ ٢٠٠٢ | | مكان الولادة: | قلقيلية |
| المؤهل العلمي: | ☐ أمي ☐ الأساسية ☐ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا |
| المهنة قبل الأسر: | | التنظيم: | |
| تاريخ الأسر: | ٢٠٠٢/٥/٢ | مكان الأسر: | |
| الوضع الاعتقالي: | ☐ موقوف ☒ محكوم ☐ إداري ☐ محرر ☐ مدني |
| في حالة محكوم مدة الحكم حسب شهادة الصليب: | يوم ٢٠ شهر ١١ سنة ١٢ | تاريخ الإفراج المتوقع حسب قرار الحكم: | اليوم ٨ الشهر ٤ العام ٢٠١٢ |
| العنوان الدائم: | المحافظة: قلقيلية | التجمع السكاني: قلقيلية |
| ملاحظات: | | | |

### 2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة والحالية: ١ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | ملاحظات |
|---|---|---|---|---|---|
| 1 | ١٩٩١/٦/١٨ | | ١٩٩١/٧/٧ | | |
| 2 | ١٩٩٢/١/٥ | | ١٩٨٩/١/١٠ | | |
| 3 | ١٩٩٩/٤/١٢ | | ١٩٩٥/٨/١١ | | |
| 4 | ١٩٨٥/٥/٢٧ | | ١٩٨٨/٥/٢٧ | | |
| 5 | ١٩٩٠/١/٢٨ | | ١٩٩٠/٢/٢٢ | | |
| 6 | ٢٠٠٢/٥/١٥ | | | | |

1

CONFIDENTIAL                                    07:000258

السلطة الوطنية الفلسطينية
Palestinian National Authority
وزارة شؤون الأسرى والمحررين
Ministry of Detainees & Ex-detainees Affairs
الإدارة العامة لشؤون الأسرى والمحررين
Gen Dep. Detainees & Ex-detainees



3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☐ أعزب | ☑ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| رقم هوية الزوج/ة: | 5 0 ▮ 1 1 ▮▮▮▮ | تاريخ عقد الزواج | / / |
|---|---|---|---|
| اسم الزوج/ة: | هرجس محمود ابراهيم | عدد الأولاد: | 2 |

بيانات الأبناء من الزوجة الأولى: (الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1 | جنت | 1988 ▮ | اعزب | |
| 2 | ابيل | 1994 ▮ | عزبا | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | 5 0 1 1 ▮▮▮▮▮ | | |
|---|---|---|---|
| اسم الوكيل "المستفيد": | هرجس محمود ابراهيم | صلة القرابة: | زوجة |
| تاريخ الوكالة: | / / | مدة سريان الوكالة: | |
| البنك: | العربي | فرع البنك: | طلكرم |
| رقم الحساب: | ▮▮▮▮▮ | الحساب جاري شيكل فقط | |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | |
| العنوان الدائم للمستفيد: | المحافظة: طلكرم | التجمع السكاني: | طلكرم |
| ملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقـــرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | هرجس ابراهيم |

2

07:000259

CONFIDENTIAL

السلطة الوطنية الفلسطينية
Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين



5. للاستعمال الرسمي:

| | |
|---|---|
| اسم المرشد/الموظف: | حمزة أحمد حجير |
| ملاحظات المرشد/الموظف: | ر ب م |
| التاريخ: | ٢/٩/١١ ٢٠ | التوقيع: | |
| اسم مدير المديرية: | |
| ملاحظات مدير المديرية: | ر ب م |
| التاريخ: | ٢٠/٩/١١ | الختم والتوقيع: | |

المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| صورة هوية الأسير/المحرر | ☑ | صورة هوية المستفيد | ☑ |
| شهادات الصليب الأحمر | ☑ | لائحة الاتهام | ☐ |
| قرار الحكم (إن وجد) | ☐ | صورة بطاقة الحساب البنكي | ☑ |
| صورة عقد الزواج | ☐ | صور شهادات الميلاد للأبناء | ☐ |
| ملحق إضافة زوجة/زوجات | ☐ | أخرى (حدد) | ☑ |

6. الاعتماد والمصادقة:

| 1. اعتماد دائرة الأسرى | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

| 2. اعتماد الدائرة القانونية | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: / / | الختم والتوقيع: |
| | ☐ لا أصادق على اعتماد استمارة الأسير |
| المبررات والأسباب: | |

3

CONFIDENTIAL

07:000260

| Palestinian National Authority | | السلطة الوطنية الفلسطينية |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | | وزارة شؤون الأسرى والمحررين |
| Gen. Dep. Detainees & Ex-detainees | | الإدارة العامة لشؤون الأسرى والمحررين |

## ملحق إضافة زوجات

| | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | رقم هوية الأسير: |
| اسم العائلة | | اسم الجد | | اسم الأب | | الاسم الأول | | الاسم الرباعي: |
| | | | | | | | | |

1. بيانات الزوجة الثانية:

| | | | | | | |
|---|---|---|---|---|---|---|
| تاريخ عقد الزواج | / / | | | | | رقم هوية الزوج/ة: |
| عدد الأولاد: | | | | | | اسم الزوجة |

بيانات الأبناء من الزوجة الثانية: (الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

2. بيانات الزوجة الثالثة:

| | | | | | | |
|---|---|---|---|---|---|---|
| تاريخ عقد الزواج | / / | | | | | رقم هوية الزوج/ة: |
| عدد الأولاد: | | | | | | اسم الزوجة |

بيانات الأبناء من الزوجة الثالثة: (الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

1

CONFIDENTIAL                                07:000261

بسم الله الرحمن الرحيم

Palestinian National Authority  السلطة الوطنية الفلسطينية

Ministry of Detainees Affairs   وزارة شؤون الأسرى والمحررين

( نموذج إقرار وتعهد مشفوع بالقسم )
خاص برواتب الأسرى

السلام عليكم ورحمة الله وبركاته

اقسم بالله واقر أنا الموقع أدناه ..... سميرست محمد ابراهيم ..... هوية رقم ( 9105 ) ( نزيه ) الأسير ..... سميح أحمد ابراهيم ..... من سكان ..... طلفيت ..... والمعتقل والمعتقل بتاريخ ..... 18/5/... ..... بأنه ( الأسير ) غير موظف ولا يتقاضى أي راتب من أي جهة حكومية أو غير حكومية ، وهذا إقرار مني بذلك مع علمي بان هذا القسم والإقرار أتحمل مسؤولية تبعاته في حال عدم ثبوت صحته أمام الجهات الرسمية والقانونية ، ومن حق وزارة شؤون الأسرى والمحررين مقاضاتي أمام الجهات الرسمية المختصة .

اسم صاحب الإقرار ..... سميرست ابراهيم
توقيع صاحب الإقرار ..... سميرست ابراهيم
التاريخ ..... 28/3/11

خاص بالوزارة
لقد وقع هذا القرار أمامنا وبمعرفتنا

توقيع المدير / الموظف المختص ..................... التاريخ .....................

CONFIDENTIAL          07:000262



**Palestinian National Authority**
Ministry of Detainees & Ex-detainees Affairs

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين

---

الأخ /عبد الجبار سالم حفظه الله
المكلف بمهام مدير عام الرواتب
وزارة المالية

/ / 20م

441281

بواسطة الأخ /شكري سلمة /المحترم.
مدير عام الإدارة العامة لشؤون الأسرى
وزارة شؤون الأسرى والمحررين
تحية طيبة وبعد

**الموضوع: إقرار الحالة الاعتقالية للأسير المحرر**

تشهد مديرية وزارة شؤون الأسرى والمحررين في محافظة................. بان الأسير/ة المحرر/ة..عبد الجبار سالم رجى............ حامل/ة هوية رقم....███0238.......... من محافظة....جلجوليا........ قد أمضى كافة محكوميته في سجون الاحتلال الإسرائيلي على خلفية نضاله الوطني وهو أسير امني طوال فترة اعتقاله.

وتفضلوا بقبول فائق الاحترام،،

| مصادقة الإدارة العامة لشون الأسرى | مدير مديرية وزارة شؤون الأسرى |
|---|---|
| مدير عام الإدارة العامة............ | محافظة................. |
| التوقيع والختم...................... | اسم المدير................. |
| التاريخ............................ | التوقيع والختم............ |

**CONFIDENTIAL** 07:000263