# LOWELL DECL. EX. 86

Exhibit 162

[Illegible]

[Handwritten:] 441281

Duration of detention report regarding the detainee: Maher Ali Ahmad Ra'i

| Number of detentions | Date of detention | Date of release | Year | Month | Day |
|---|---|---|---|---|---|
| | 06/24/1991 | 10/07/1991 | 0 | 3 | 14 |
| | 05/12/2003 | 09/06/2010 | 7 | 3 | 26 |
| | 04/06/1995 | 10/10/1995 | 0 | 6 | 4 |
| | 01/02/1989 | 01/12/1989 | 0 | 0 | 10 |
| | 05/23/1985 | 05/23/1988 | 3 | 0 | 0 |
| | 01/28/1990 | 06/26/1990 | 0 | 4 | 27 |
| | | Total duration of detention: | 11 | 6 | 21 |

[Handwritten:]

*7*

*Salary was changed to 1,700 + 700 = 2,400*

*Arrears 12 + 7 = 19 x 700 = 13,300*

*From 9 + 6,650  5/2*

*From 10 + 6,650 [illegible]*

5/2

September 7, 2010

**CONFIDENTIAL        07:000272-T**

Original

٤٤١٢٨١

تقرير مدة الاعتقال للاسير : ماهر علي احمد راعي

| عدد مرات الاعتقال | تاريخ الاعتقال | تاريخ الأفراج | سنة | شهر | يوم |
|---|---|---|---|---|---|
| | ٢٤/٠٦/١٩٩١ | ٠٧/١٠/١٩٩١ | ٠ | ٣ | ١٤ |
| | ١٢/٠٥/٢٠٠٣ | ٠٦/٠٩/٢٠١٠ | ٧ | ٣ | ٢٦ |
| | ٠٦/٠٤/١٩٩٥ | ١٠/١٠/١٩٩٥ | ٠ | ٦ | ٤ |
| | ٠٢/٠١/١٩٨٩ | ١٢/٠١/١٩٨٩ | ٠ | ٠ | ١٠ |
| | ٢٣/٠٥/١٩٨٥ | ٢٣/٠٥/١٩٨٨ | ٣ | ٠ | ٠ |
| | ٢٨/٠١/١٩٩٠ | ٢٦/٠٦/١٩٩٠ | ٠ | ٤ | ٢٧ |
| | اجمالي مدة الاعتقال: | | ١١ | ٦ | ٢١ |

$700 + 1700 = 2400$

$12 + 7 = 19 \times 700 = 13,300$

$9 + 6650$

$6650 + 15$

OK

٠٧ ايلول، ٢٠١٠

**CONFIDENTIAL**

07:000272