# LOWELL DECL. EX. 87

Exhibit 163

| Year | Month | Provision | Arrears | Damages | Reference | Name of beneficiary | I.D. | Bank | Branch | Account No. |
|------|-------|-----------|---------|---------|-----------|---------------------|------|------|--------|-------------|
| 2012 | 8 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 7 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 6 | 6,350 | 0 | 400 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 5 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 4 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 3 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 2 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2012 | 1 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 12 | 6,350 | 0 | 400 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 11 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 10 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 9 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 8 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 7 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 6 | 6,350 | 0 | 400 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 5 | 6,350 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 4 | 6,350 | 11,850 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 3 | 2,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 2 | 2,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2011 | 1 | 2,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2010 | 12 | 2,400 | 0 | 400 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |
| 2010 | 11 | 2,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ██ 1105 | Arab Bank | 9080 | ██ |

CONFIDENTIAL

07:000279-T – continued

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 10 | 2,400 | 6,650 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 9 | 2,400 | 6,650 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 8 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 7 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 6 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 5 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 4 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 3 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 2 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2010 | 1 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 12 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 11 | 1,700 | 3,400 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 8 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 7 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 6 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 5 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 4 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 3 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 2 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2009 | 1 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2008 | 12 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2008 | 11 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |
| 2008 | 10 | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ | 1105 | Arab Bank | 9080 | ███ |

**CONFIDENTIAL**          **07:000280-T**

| 2008 | 9  | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 8  | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 7  | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 6  | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 5  | 1,700 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 4  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 3  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 2  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2008 | 1  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 12 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 11 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 10 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 9  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 8  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 7  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 6  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 5  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |
| 2007 | 4  | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███ 1105 | Arab Bank | 9080 | ███ |

**CONFIDENTIAL**          **07:000280-T – continued**

| 2007 | 3 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2007 | 2 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2007 | 1 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 12 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 11 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 10 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 9 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 8 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 7 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 6 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 5 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 4 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 3 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 2 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2006 | 1 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 12 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 11 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 10 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 9 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 8 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 7 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 6 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |
| 2005 | 5 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ████ | 1105 | Arab Bank | 9080 | ████ |

CONFIDENTIAL          07:000281-T

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 4 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2005 | 3 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2005 | 2 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2005 | 1 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 12 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 11 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 10 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 9 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 8 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 7 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 6 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 5 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 4 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 3 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 2 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2004 | 1 | 1,400 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2003 | 12 | 1,180 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |
| 2003 | 11 | 1,180 | 0 | 0 | 0 | Margaret Mohammed Mahmoud al-Ra'i | ███1105 | Arab Bank | 9080 | ███ |

**CONFIDENTIAL**          **07:000281-T - continued**

Original



| **Palestinian National Authority** | | السلطة الوطنية الفلسطينية |
| **Ministry of Detainees Affairs** | | وزارة شؤون الأسرى والمحررين |

## البيانات الشخصية

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/04/2011 | تاريخ تلفون | ذكر | الجنس | ▆238 | رقم الهوية | 441281 | رقم الملف |
| | | راعي | | على | أحمد | ماهر | الاسم |
| | | العنوان | قلقيلية | على | | 23 | مركز صرف |
| 1 | عدد الابناء | 1 | عدد الزوجات | | | متزوج | حالة زواجية |

## البيانات المالية

| | | | | | |
|---|---|---|---|---|---|
| الزوجة | العنوان | الزوجة | الهوية | ▆105 | مرجريت محمد محمود الراعي | اسم |
| | العنوان | | الهوية | 0 | | اسم الوكيل |
| | | | الفرع | 9080 | البنك العربي | 6 | البنك |
| 01/08/2012 | نهاية | 01/08/2003 | بداية الاعتماد | المتأخرات | 0 | 6350 | المخصص |

## بيانات الأسر

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | سنة | 0 | شهر | 0 | الحكم يوم | محكوم | الحالة الاعتقالية | 12/05/2003 | | تاريخ الأسر |
| 0 | | 0 | تاريخ تحرر فعلي | 0 | تاريخ تحرر | غير محدد | 1 | العمل |
| 20050557 | رقم كشف | غير محدد | 1 | السجن | جبهة شعبية | 2 | التنظيم |

| رقم الحساب | الفرع | البنك | رقم الهوية | اسم المستفيد | المرجع | التعويض | المتأخرات | المخصص | شهر | السنة |
|---|---|---|---|---|---|---|---|---|---|---|
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 8 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 7 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 400 | 0 | 6350 | 6 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 5 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 4 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 3 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 2 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 1 | 2012 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 400 | 0 | 6350 | 12 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 11 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 10 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 9 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 8 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 7 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 400 | 0 | 6350 | 6 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 6350 | 5 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 11850 | 6350 | 4 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 2400 | 3 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 2400 | 2 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 2400 | 1 | 2011 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 2400 | 12 | 2010 |
| ▆ | 9080 | البنك العربي | ▆105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 2400 | 11 | 2010 |

07:000279

CONFIDENTIAL

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Palestinian National Authority**<br>**Ministry of Detainees Affairs** | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الأسرى والمحررين | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 6650 | 2400 | 10 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 6650 | 2400 | 9 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 8 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 7 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 6 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 5 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 4 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 3 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 2 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 1 | 2010 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 12 | 2009 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 3400 | 1700 | 11 | 2009 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 8 | 2009 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 7 | 2009 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 6 | 2009 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 5 | 2009 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 4 | 2009 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 3 | 2009 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 2 | 2009 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 1 | 2009 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 12 | 2008 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 11 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 10 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 9 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 8 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 7 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 6 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1700 | 5 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 4 | 2008 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 3 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 2 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 1 | 2008 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 12 | 2007 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 11 | 2007 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 10 | 2007 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 9 | 2007 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 8 | 2007 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 7 | 2007 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 6 | 2007 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 5 | 2007 |
| 9080 | البنك العربي | 105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1400 | 4 | 2007 |

07:000280

CONFIDENTIAL

**Palestinian National Authority**
**Ministry of Detainees Affairs**

السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين

| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 3 | 2007 |
|---|---|---|---|---|---|---|---|---|---|
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 2 | 2007 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 1 | 2007 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 12 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 11 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 10 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 9 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 8 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 7 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 6 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 5 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 4 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 3 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 2 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 1 | 2006 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 12 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 11 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 10 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 9 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 8 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 7 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 6 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 5 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 4 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 3 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 2 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 1 | 2005 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 12 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 11 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 10 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 9 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 8 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 7 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 6 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 5 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 4 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 3 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 2 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1400 | 1 | 2004 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1180 | 12 | 2003 |
| 9080 | البنك العربي | 1105 | مرجريت محمد محمود الراعى | 0 | 0 | 0 | 1180 | 11 | 2003 |

07:000281

CONFIDENTIAL

| Palestinian National Authority<br>Ministry of Detainees Affairs | | | | | | السلطة الوطنية الفلسطينية<br>وزارة شؤون الاسرى والمحررين | | | |

| | 9080 | البنك العربي | ■ | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1180 | 10 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9080 | البنك العربي | | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1180 | 9 | 2003 |
| | 9080 | البنك العربي | | 1105 | مرجريت محمد محمود الراعي | 0 | 0 | 0 | 1180 | 8 | 2003 |
| و.الشؤون | اجتماعية | غيرمحدد | | 1105 | مرغريت محمد زيد | 0 | 0 | 0 | 480 | 11 | 1995 |
| و.الشؤون | اجتماعية | غيرمحدد | ■ | 1105 | مرغريت محمد زيد | 0 | 0 | 0 | 480 | 10 | 1995 |
| | | | | | | **0** | **1200** | **28550** | **248610** | | |

CONFIDENTIAL

07:000282