UNITED STATES DISTRIT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SHABTAI SCOTT SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, JO ANNE SHATSKY, individually and as personal representative of the Estate of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ, YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN, MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY, GINETTE LANDO THALER, individually and as personal representative of the Estate of Rachel Thaler, MICHAEL THALER, individually and as personal representative of the Estate of Rachel Thaler, LEOR THALER, ZVI THALER, ISAAC THALER, HILLEL TRATTNER, RONIT TRATTNER, ARON S. TRATTNER, SHELLEY TRATTNER, EFRAT TRATTNER, HADASSA DINER, YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN, ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL FRIEDMAN, ZVI FRIEDMAN and BELLA FRIEDMAN,

                Plaintiffs,

                -against-

THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority"),

                Defendants.

-------------------------------------------------------------------X

Case no:
18-cv-12355(MKV)(dcf)

**<u>NOTICE OF APPEAL</u>**

NOTICE IS HEREBY GIVEN that the Plaintiffs listed in the caption above hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of Hon. Mary Kay Vyskocil, District Judge, dated March 18, 2022 (Dkt. 165) dismissing the complaint (Ex. A) and

-2-

from the Clerk's Judgment entered March 21, 2022 (Dkt. 167) (Ex. B). Plaintiffs appeal from each and every part of that Order and that Clerk's Judgment.

Dated:   Brooklyn, New York
April 13, 2022

                                              Respectfully submitted,

                                              THE BERKMAN LAW OFFICE, LLC
                                              *Attorneys for the Plaintiffs*

                                              by: _____
                                                   Robert J. Tolchin

                                             111 Livingston Street, Suite 1928
                                             Brooklyn, New York 11201
                                             718-855-3627
                                             rtolchin@berkmanlaw.com