UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

SHABTAI SCOTT SHATSKY, *et al.*,       :

                Plaintiffs,       :

            - against -       :

                                          Case No. 18 Civ. 12355 (MKV) (DCF)

THE PALESTINE LIBERATION       :
ORGANIZATION and THE PALESTINIAN
AUTHORITY,       :

                Defendants.       :

———————————————————————— x

**NOTICE OF PUBLIC FILING OF ECF NOS. 130, 131, 132 AND 135
AND REQUEST TO THE CLERK OF THE COURT TO SUBSTITUTE
UNREDACTED VERSIONS OF THOSE FILINGS**

PLEASE TAKE NOTICE that, pursuant to and in compliance with the Court's prior orders, Plaintiffs (a) are filing unredacted versions of ECF No. 130 (Declaration of Oliver S. Haker in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction) and exhibits to that document that were previously filed in redacted form, ECF No. 131 (Declaration of Arieh Dan Spitzen) and exhibits to that document that were previously filed in redacted form, ECF No. 132 (Declaration of Nick Kaufman), and ECF No. 135 (Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction); and (b) respectfully request that the Clerk of the Court replace the previously-filed redacted versions of those documents with the unredacted versions that Plaintiffs are now filing. In support of their request to the Clerk of the Court, Plaintiffs state as follows:

        1.      On March 11, 2021, the Court entered a Superseding Stipulation and Order Concerning Production of Confidential Documents and Information (the "Protective

Order"). (ECF No. 64). Paragraph 17 of the Protective Order that provides that "[a] Party who seeks to file . . . any Confidential Material, or any pleading, brief, memorandum, or other document that discloses Confidential Material" must file such documents "on the ECF system in redacted form (the 'Redacted Filing') until the Court renders a decision on any motion to seal." (*Id.* ¶ 17). The Protective Order further provides that, in the event the Court denies a timely motion to seal such materials, then the party that filed the materials with the Court "shall take steps to replace the Redacted Filing with its corresponding unredacted version." (*Id.*)

2. On October 4, 2021, Plaintiffs filed their papers opposing Defendants' motion to dismiss for lack of personal jurisdiction. Those papers included the Declaration of Oliver S. Haker in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (the "Haker Declaration"), the Declaration of Arieh Dan Spitzen (the "Spitzen Declaration"), the Declaration of Nick Kaufman (the "Kaufman Declaration") and Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (the "MOL"). (ECF Nos. 130, 131, 132 and 135). Consistent with their obligations under the Protective Order, Plaintiffs filed in redacted form the Haker Declaration, certain of the exhibits to the Haker Declaration, the Spitzen Declaration, certain of the exhibits to the Spitzen Declaration, the Kaufman Declaration and the MOL. (*See* ECF Nos. 130, 130-1, 130-6, 130-8, 130-13, 130-15, 130-17, 130-19, 130-21, 130-23, 130-25, 130-27, 130-29, 130-31, 130-33, 130-35, 130-37, 130-39, 130-41, 130-43, 130-45, 130-47, 130-49, 130-50, 131, 131-3, 131-14, 131-15, 131-16, 131-17, 132 and 135).

3. On October 11, 2021, Defendants filed a letter motion seeking, among other things, an order directing that "any and all documents designated as Confidential by

Defendants in this action [or in the prior action between the parties before the District Court for the District of Columbia]" be sealed.  (ECF No. 138 at 3 n.1).

4. Subsequently, on October 27, 2021, Defendants filed another letter motion, requesting that the Court seal, among other things, particular exhibits to Plaintiffs' papers in opposition to Defendants' motion to dismiss.  (ECF No. 147 at 2 n.1).

5. On March 18, 2022, the Court denied "[a]ll outstanding motions to seal filings."  (ECF No. 165 at 13).

WHEREFORE, in accordance with the Protective Order and this Court's order denying all outstanding motions to seal, Plaintiffs respectfully request that the Clerk of the Court replace the previously-filed redacted copies of ECF Nos. 130, 130-1, 130-6, 130-8, 130-13, 130-15, 130-17, 130-19, 130-21, 130-23, 130-25, 130-27, 130-29, 130-31, 130-33, 130-35, 130-37, 130-39, 130-41, 130-43, 130-45, 130-47, 130-49, 130-50, 131, 131-3, 131-14, 131-15, 131-16,

- 4 -

131-17, 132 and 135 with the unredacted copies of those documents that Plaintiffs are filing contemporaneously with the filing of this Notice.

Dated: New York, New York
       May 16, 2022

Respectfully submitted,

Cohen & Gresser LLP

By:     */s/ Stephen M. Sinaiko*
       Stephen M. Sinaiko
       Oliver Haker
       Eszter A. Vincze
800 Third Avenue
New York, New York   10022
(212) 957-7600
*ssinaiko@cohengresser.com*
*ohaker@cohengresser.com*
*evincze@cohengresser.com*

Melissa H. Maxman (admitted *pro hac vice*)
Ronald F. Wick (admitted *pro hac vice*)
2001 Pennsylvania Avenue, NW
Suite 300
Washington, D.C.   20006
(212) 851-2070
*mmaxman@cohengresser.com*
*rwick@cohengresser.com*

Attorneys for Plaintiffs