# Exhibit 18

CONFIDENTIAL                                                SHATSKY-JD00977-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority        [Arabic] Palestinian National Authority
    Ministry of Social Affairs                          Ministry of Social Affairs
        M's F. & I. C. E                           Martyrs' Families and Injured Care Establishment

P.A. emblem

---

In the name of Allah, the Gracious, the Merciful

**Social Report**

**Case**: Martyr of "Al-Aqsa Intifada"

**Name**: Sadeq Ahed Mahmoud Abdel Hafez

**Local number**: 26                    **Central number**: 013196

**Governorate**: Qalqilya

**Date**: 03.03.2002[*]

EXHIBIT
**4**
RC 07-29-2021

---

Ramallah - Tel/Fax: 02-2986268

Confidential                                              Shatsky-JD00977-T

Confidential                                           Shatsky-JD00978-T

**Part 1: Personal Information**   *The account   Cairo-Amman Bank* <sup>Reder</sup>*0118*

| | |
|---|---|
| **Local no.:** | **Central no.:** 013196 |
| **The case's name:** Sadeq Ahed Mahmoud Abdel Hafez | **Code name:** |
| **Nationality:** Palestinian | **Identification no.:** <sup>Redacted</sup> 1217 |
| **Beneficiary's full name:** Ahed Mahmoud Abdallah Abdel Hafez (wife, <u>father</u>, mother, brother, sister) | **Identification no.:** <sup>Redacted</sup> 3896 |
| **Mother's full name:** Nahla Abdel Majid Mohammad Al-Aqran | **Mother's Identification no.:** <sup>Redacted</sup> 7079 |
| **Wife's name:** | **Wife's Identification no.:** |
| **Place and date of birth:** <sup>Redacted</sup> 1983 Qalqilya | **Place of origin:** Qalqilya |
| **Religion:** Muslim | **Sex:** Male   \|   **Marital status:** Single |
| **Previous job:** [Illegible] and painting[*] cars | **Current job:** --- |
| **Education:** 6th grade at elementary school / 2 years in Qalqilya Industrial Institute / [Illegible] and painting[*] cars | |
| **Date and number of confirmation letter:** | |
| **Date of confirmation in the institution:** | |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank:** | | **Organizational rank:** | |
| **Rank confirmation letter:** | | **No.** | **Date:** |
| **Developments in previous allowance:** | | **Current:** | **Changes:** |
| **Organizational affiliation:** | | **Sector:** | |
| **Date of joining the revolution:** | **Organizationally:** | **Militarily:** | **As a full-time member:** |
| **Training courses undertaken:** | | | |
| **Place and date of the incident:** 2.16.2002 / Karnei Shomron Settlement near Qalqilya. | | | |
| **Details of the incident:** Martyrdom Operation in Karnei Shomron Settlement | | | |
| **Brief Biography:** Born in Qalqilya Governorate. Studied until the 6th grade and then joined the Qalandiya Institute College where he studied for two years and graduated as a technician [illegible] cars until [illegible]. | | | |
| **The family's residence: Owned:** Owned   **Rented:**   **Shared:** | | | |
| **Monthly rent:** | | | |
| **Full address:** Northern [illegible] Neighbourhood, Qalqilya. | | | |
| **Nearest telephone:** [Illegible number] / the uncle[*] of the martyr Abu Ghazi  [Illegible number]  548261/5 Arab Bank | | | |

Confidential                                           Shatsky-JD00978-T

Confidential                                                    Shatsky-JD00979-T

**Part 3: Family table:    \* married – single**                    *4.11.2007*

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ahed Mahmoud Abdallah Abdel Hafez | Father | Redacted 47 | 4th elementary | Laborer | Married | Qalqilya |
| 2 | Nahla Abdel Majid Mohammad al-Aqran | Mother | Redacted 56 | 6th | Housewife | Married | " |
| 3 | Mahmoud Ahed " " | Brother | Redacted 81 | Tawjihi [General Secondary Education] | Student | Single | " [illegible] |
| 4 | Ahlam Ahed Abdel Hafez | Sister | Redacted 77 | 1st grade high school | Housewife | [illegible] | |
| 5 | Hanan Ahed Abdel Hafez | Sister | Redacted 80 | 3rd grade junior high | Student | Single | " [illegible] |
| 6 | Maram Ahed Abdel Hafez | Sister | Redacted 87 | 9th | Student | Single | " [illegible] |
| 7 | Hiba Ahed Abdel Hafez | Sister | Redacted 93 | 2nd grade elementary | Student | Single | " 6th grade elementary |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents:**4 | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** Two parents + 6 | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                                    Shatsky-JD00979-T

Confidential                                                      Shatsky-JD00980-T

**[Illegible]**      [cut off] of Aqsa, Sadeq Ahed Abdel Hafez
                     Qalqilya

**Recommendations of the department:**

_____
_____
_____
_____ Date: _____ Signature: [handwritten]

**Decision of the establishment's director**: (          )

_____
_____
_____

_____ Date: _____ Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general**:
He is to be confirmed as a martyr of the Al-Aqsa Martyrs as of 3.1.2002 and be paid 600 shekels a month.

_____
_____

**Audit's notes**:            **Date**: 3.4.2002         **Signature**: [signature]

_____      _____
_____      _____
_____      _____

**Computerized notes**:       Date:                  Signature:

_____      _____
_____      _____

Confidential                                                      Shatsky-JD00980-T

Confidential   Shatsky-JD00981-T

**Palestinian Authority**      **I.D. Card**

I.D. Number: <sup>Redacted</sup> 121 7
First Name: Sadeq
Father's Name: Ahed
Grandfather's Name: Mahmoud
Family Name: Abdel Hafez
Mother's Name: Nahla
Date of Birth: <sup>Redacted</sup>/1983
Place of Birth: Qalqilya
Gender: Male          Religion: Muslim
Issued in: Tulkarm      On: 06/07/1999



[Illegible]

Palestinian Authority          Addendum to I.D. Card
                               I.D. No.: 9 [illegible]
Family Name: Abdel Hafez
First Name: Sadeq
Address: Qalqilya 0 0
Marital Status: Single        Spouse I.D. No.:
Spouse Name:
Spouse I.D. No.:
Spouse Name:
Previous Family Name:
Previous First Name:

Confidential   Shatsky-JD00981-T

| The Civil Administration of Judea & Samaria | Identity Card |
|---|---|
| **Identity No.:** [illegible] | |
| **First Name:** [illegible] | |
| **Father's Name:** [illegible] | |
| **Grandfather's Name:** [illegible] | |
| **Family Name:** Abdel Hafez | |

| [IDF stamp] [Signature] | **Mother's Name:** Amna |
|---|---|
| | **Date of Birth:** [Redacted] 1947 |
| | **Place of Birth:** Qalqilya |
| | **Sex:** Male          **Religion:** Muslim |
| **On:** 05.18.89 | **Registered in:** Tulkarm |

| The Civil Administration of Judea & Samaria Addendum to Identity Card | Children (up to 16 years old) | Children (up to 16 years old) |
|---|---|---|
| **Identity No.:** [Redacted] 389 6 | Name: Ahlam | Name: Siham |
| **Family Name:** Abdel Hafez | Sex: Female          Identity no.: [Redacted] 706 2 | Sex: Female          Identity no.: [Redacted] 949 3 |
| **First Name:** Ahed | Date of birth: [Redacted] 1977 | Date of birth: [Redacted] 1987 |
| **Address:** Qalqilya | Name: Hanan | Name: Hiba |
| | Sex: Female Identity no.: [Redacted] 423 3 | Sex: Female          Identity no.: [illegible] |
| **Marital Status:** Married    **Identity No. of Spouse:** [Redacted] 105 6 | Date of birth: [Redacted] 1980 | Date of birth: [illegible] |
| **Spouse Name:** Nahla | Name: Mahmoud | Name: |
| **Identity No. of Spouse:** | Sex: Male          Identity no.: [Redacted] 608 4 | Sex:          Identity no.: |
| **Spouse Name:** | Date of birth: [Redacted] 981 | Date of birth: |
| **Previous Family Name:** | Name: Sadeq | Card owner's signature: |
| **Previous First Name:** | Sex: Male          Identity no.: [Redacted] 121 7 | |
| **Date of birth:** | Date of birth: [Redacted] 1983 | |

Confidential                                                                                     Shatsky-JD00982-T

CONFIDENTIAL                                                    Shatsky-JD00983-T

[English:] Palestinian Authority                               [Arabic:] Palestinian Authority

Ministry of Interior                                                              Ministry of Interior

Department of Civil Affairs                                                       Department of Civil Affairs

# Birth Certificate

**ID. No.**            Redacted 121 7

**Name**          Sadeq          **Father's name**          Ahed

**Grandfather's name**          Mahmoud          **Family name**          Abdel Hafez

**Sex**          Male          **Religion**          Muslim

**D. of Birth**          Redacted 1983 (Redacted          Nineteen eighty-three)

**P. of Birth**          Qalqilya          **The hospital – At home**

**Nationality**          Palestinian
**Mother's name**          Nahlah          **Mother's family:** Abu al-Qarn
**Address**          Qalqilya

**The details about the aforementioned birth were registered in the birth registry for the year of** 1983

**by Department of Civil Affairs in**          Qalqilya          **On** 07.12.1999

Mahmoud [Illegible]                                   [Illegible stamp]

[handwritten signature]                              Stamp of the Bureau

_____

**Authorized Clerk**

CONFIDENTIAL                                      Shatsky-JD00983-T

CONFIDENTIAL                                                                Shatsky-JD00984-T

[English:] Palestinian Authority                              [Arabic:] Palestinian Authority

Ministry of Interior                                                                Ministry of Interior

Department of Civil Affairs                                                         Department of Civil Affairs

# Death Certificate

| | | | |
|---|---|---|---|
| **ID. No.** | Redacted 121 7 | | |
| **Name** | Sadeq | **Father's name** | Ahed |
| **Grandfather's name** | Mahmoud | **Family name** | Abdel Hafez |
| **Sex** | Male | **Religion** | Muslim |

**D. of Death**   02.16.2002 (Sixteen February, Two thousand and two)

**P. of Death**   Kafr Laqif   **The hospital – ---**

**D. of Birth**   Redacted 1983   **Nationality:** Palestinian

**Marital Status:**   Single   **Mother's name:** Nahlah

**Mother's name**   Nahlah   **Mother's family:** Abu al-Qarn

**Address**   Qalqilya 0-0-

**The details about the aforementioned death were registered in the death registry for the year of 2002**

**by Department of Civil Affairs in**   Qalqilya   **On** 05.12.2002

Nur Hijawi

[handwritten signature]   Q.A. General Manager / Qalqilya

Authorized Clerk Signature   [Seal]

[Illegible]

CONFIDENTIAL                                                        Shatsky-JD00984-T

CONFIDENTIAL                                          SHATSKY-JD00985-T

**Headquarters of the Area of Judea and Samaria**

**Health Services**

# Birth Certificate

*803136

| | | | | |
|---|---|---|---|---|
| Serial No. in the Registry | 20/254/77 | | | |
| Date of Birth | Redacted 1977 | **Place of Birth** | Qalqilya | |
| Name of newborn | Ahlam | **Gender** | Female | |
| Name of Father | Ahed Mahmoud Abdallah Abdel Hafez | **Age** | 39 years | **Religion:** Muslim |
| Name of Mother | Nahlah Abdel Majid Abu al-Aqran | **Age** | 22 years | **Religion:** Muslim |
| Parents' Permanent Address | Qalqilya | **Father's Nationality** | [illegible] | **Father's Occupation:** |
| Name of Physician or midwife | --- | | | |

[Stamp:]
Ministry of Health
Health Office Qalqilya
Date:
No.:

| | |
|---|---|
| Name of person who announced the birth | Adnan [illegible] al-Mukhtar |
| Date of registry | 11.29.1977 |
| Signature and title of birth registrar | [signature] |
| Fee payment | --- |
| Date | 12.3.1977 |
| Place | Qalqilya |

[Stamp:] Physician Qalqilya

CONFIDENTIAL                                          SHATSKY-JD00985-T

CONFIDENTIAL                                    SHATSKY-JD00986-T

**Headquarters of the Area of Judea and Samaria**

**Health Services**

# Birth Certificate

*184049

| | | | | |
|---|---|---|---|---|
| **Serial No. in the Registry** | 36/36/80 | | | |
| **Date of Birth** | Redacted 1980 | **Place of Birth** | Qalqilya | |
| **Name of newborn** | Hanan | **Gender** | Female | |
| **Name of Father** | Ahed Mahmoud Abdallah Abdel Hafez | **Age** | 31 years | **Religion:** Muslim |
| **Name of Mother** | Nahlah Abdel Majid Abu al-Aqran | **Age** | 19 years | **Religion:** Muslim |
| **Parents' Permanent Address** | Qalqilya | **Father's Nationality** | Jordanian | **Father's Occupation:** |
| **Name of Physician or midwife** | --- | | [Stamp:] Ministry of Health Health Office Qalqilya Date: No.: | |
| **Name of person who announced the birth** | Adnan [illegible] al-Mukhtar | | | |
| **Date of registry** | 2.23.80 | | [Stamp:] Physician Qalqilya | |
| **Signature and title of birth registrar** | [signature] | | | |
| **Fee payment** | [illegible] | | | |
| **Date** | 2.26.80 | | | |
| **Place** | Qalqilya | | | |

CONFIDENTIAL                                    SHATSKY-JD00986-T

CONFIDENTIAL                                      SHATSKY-JD00987-T

**Headquarters of the Area of Judea and Samaria**

**Health Services**

# Birth Certificate

*353714

| | | | | |
|---|---|---|---|---|
| **Serial No. in the Registry** | 8/625/81 | | | |
| **Date of Birth** | Redacted 1981 | **Place of Birth** | Qalqilya | |
| **Name of newborn** | Mahmoud | **Gender** | Male | |
| **Name of Father** | Ahed Mahmoud Abdallah Abdel Hafez | **Age** | 32 years | **Religion:** Muslim |
| **Name of Mother** | Nahlah Abdel Majid Abu al-Aqran | **Age** | [Illegible] | **Religion:** Muslim |
| **Parents' Permanent Address** | Qalqilya | **Father's Nationality** | Jordanian | **Father's Occupation:** |
| **Name of Physician or midwife** | --- | | | |

[Stamp:]
Ministry of Health
Health Office Qalqilya
Date:
No.:

| | |
|---|---|
| **Name of person who announced the birth** | Adnan [illegible] al-Mukhtar |
| **Date of registry** | 11.15.1981 |
| **Signature and title of birth registrar** | [signature] |
| **Fee payment** | Free |
| **Date** | 11.15.1981 |
| **Place** | Qalqilya |

[Stamp:] Physician Qalqilya

CONFIDENTIAL                                      SHATSKY-JD00987-T

CONFIDENTIAL                                            Shatsky-JD00988-T

| Staff Officer For Civil Affairs | [IDF emblem] | The Civil Administration – Judea & Samaria |

---

## Birth Certificate

| Abdul Hafiz [Illegible] | Suham [Illegible] | Ahed [Illegible] |
| Mahmoud [Illegible] | Nahla [Illegible] | Abu Al-Aqran [Illegible] |

**Gender**        Female        **ID No.**    Redacted 949 3

**Place of Birth**    Qalqilia [Illegible]    Hospital Name

Date:        Redacted        1987
Redacted [*]

[Illegible]        [Illegible]        [Illegible]

[Illegible]

Muslim [Illegible]

---

**I hereby confirm that the newborn is registered in the birth registry for the year of**    1987

**Issued at the Population Registry Bureau in** Tul Karm **on**    05.03.1987

Y. Kashkush[*]        [seal – illegible]

**Birth registry clerk**        [unrecognized acronym]

CONFIDENTIAL

Shatsky-JD00989-T

Staff Officer For Civil Affairs          [IDF emblem]     The Civil Administration – Judea & Samaria

## Birth Certificate

Redacted

Redacted

**Gender**: <u>Female</u>

ID no.

**Place of Birth**: <u>Qalqilya</u>

Hospital name

**Date**: Redacted     1956

**Religion**: <u>Muslim</u>

I hereby confirm that the newborn is registered in the birth registry for the year of <u>8/164/19/1956</u>
<u>/894/   /</u>

Issued at the Population Registry Bureau in <u>Ramallah</u> on <u>April 29, 1987</u>

**Judea and Samaria**

<u>Katzav [handwritten signature]</u>
**Birth registry clerk**

[stamp –
Regional
Internal Affairs
Bureau- - Judea
and Samaria]

CONFIDENTIAL

Shatsky-JD00989-T

CONFIDENTIAL                                                    Shatsky-JD00990-T

[clipped]  Staff Officer For Civil Affairs      [IDF emblem]      The Civil Administration – Judea & Samaria

## Birth Certificate

| | | |
|---|---|---|
| Abdul Hafiz | Hiba | Ahed |
| Mahmoud | Nahla | Abu Al-Qarn |

**Fold here** (left)

Gender: <u>Female</u>                ID no.   <sup>Redacted</sup> <u>079 4</u>

Place of Birth: <u>Tul Karm</u>        [unrecognized acronym] Governmental
                                                Name of Hospital

Date   Redacted   1993

Religion: <u>Muslim</u>

**Fold here** (right)

I hereby confirm that the newborn is registered in the birth registry for the year of <u>1993</u>

Issued at the Population Registry Bureau in <u>Tul Karm</u> on <u>09.19.93</u>

<u>Gever Hano</u>
<u>[handwritten signature]</u>
**Birth registry clerk**

[stamp – illegible]

[unrecognized acronym ]

CONFIDENTIAL                                                Shatsky-JD00990

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                              Plaintiffs,                    Case No. 18-cv-12355 (MKV)

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                              Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel).  I read Arabic, Hebrew, and English fluently, and I am qualified to translate from Arabic into English and from Hebrew into English.

2.      I certify that the attached documents are true and accurate translations of the Arabic and/or Hebrew originals with the corresponding Bates numbers.  The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability.  Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 28, 2021

Yaniv Berman

2

# Original

CONFIDENTIAL




Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ........ جريح انتفاضة الأقصى

الاسم : ...... صادق عاصم محمود عبد الحافظ

الرقم المحلي : ........... ٦٢ ........ للرقم المركزي : ...... ١٣١٩٦

المحافظة : ........ قلقيلية

التاريخ : ...... ٢٠٠٢/٢/٢

CONFIDENTIAL                                                                    SHATSKY-JD00977

CONFIDENTIAL
SHATSKY-JD00978

محاسبة بنك القاهرة عمان

Redacted

**اولا : معلومات ذاتية :**

الرقم المحلي : _____ الرقم المركزي : ٦٩١٢١١

اسم العائلة : صادق عاصم محمود عبد الحافظ ____ الاسم الحركي : _____

Redacted الجنسية : ____ فلسطين ____ رقم الهوية : ٧٨١٢

Redacted اسم المستفيد رباعي عاصم محمود عبد الله عبد الحافظ ____ رقم الهوية : ٢٨٩٥
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

Redacted ٧٥٧٩ اسم الأم كامل : ____ سهيلة عبد المجيد محمد الدروبي ____ رقم هوية الأم : _____

اسم الزوجة : _____ رقم هوية الزوجة : _____

Redacted تاريخ ومكان الميلاد : ٧٨٢ ٩٦ فلسطين ____ البلد الأصلي : فلسطين ____

الديانة : اسلام ____ الجنس ____ ذكر ____ الحالة الاجتماعية : اعزب ____

العمل السابق : طالب سودهان حراسات ____ العمل الحالي : _____

هل العلمي : الثانوية العامة في سجنه حسين في محروط علوم يا الاجتماعيه دراسه رضوان

تاريخ ورقم كتاب الاعتماد : _____

تاريخ الاعتماد بالمؤسسة : _____

**ثانياً : معلومات ادارية :**

الرتبة العسكرية : _____ الرتبة التنظيمية _____

كتاب اعتماد الرتبة : _____ رقم _____ تاريخ _____

تطورات المخصص السابق : _____ الحالي _____ التعديلات _____

التنظيم التابع له : الجبهة الشعبية _____ القطاع _____

تاريخ الالتحاق بالثورة : _____ تنظيما : _____ عسكريا : _____ نوعا : _____

الثورات التي اجتازها : _____

تاريخ ومكان الحادث : ١٦/٢ ٢٠٠٢ استشهد كارل محمود قرب صوبا بالقدس

كيفية حدوث الحادث : عملية استشهادية في مستوطنة كارل محمود

**موجز سيرته الذاتية :**

حسام البرغوثي طالب دراسات الماجستير الثقافة الاجتماعية واللغة
سنوات تجربته في التنظيم على ميكنكي دله سعادت بل ساك
اسمه في اللغة

سكن الأسرة : ملك : عائلته ____ ايجار : _____ مشترك : _____

الإيجار الشهري : _____

العنوان الكامل : حيدر استام _____ ٤٩٤٠ ٣٥٧

البنك العربي ٥٤٨٢٦١/٥

CONFIDENTIAL

ثالثاً : الجدول الأسري :   • متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة
٢- الأعزب : يسجل الوالدين والإخوة القصر أولاً ثم الإخوة فوق سن الإنتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | عاطف محمود عبده عبد الحافظ | والد | Redacted | الرابع ابتدائي | عامل | متزوج | طفيليس |
| ٢ | نبيلة عبد الحميد محمد بركات | والدة | Redacted | السادس | ربة بيت | متزوجة | سدومب |
| ٣ | محمد عاطف عبد | نفسه | Redacted ٨١ | توجيهي | طالب | اعزب | سد وصف |
| ٤ | اسلام عاطف عبد الكاظم | اخ | Redacted ١٧ | ثانوي عام | روضة | فرد وصم | سد وصف |
| ٥ | هناء عاطف عبد الكاظم | اخت | Redacted ١٨ | ثانوي عام | طالبة | عزباء | سد وصف |
| ٦ | سارة عاطف عبد الكاظم | اخت | Redacted ١٧ | خامس | طالب | عزباء | سد المدني |
| ٧ | صفى عاطف عبد الكاظم | اخت | Redacted | ابتدائي | طالب | عزباء | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ........

– المتزوج : الزوجات والأبناء القصر ...........

– الأعزب : الوالدين والإخوة القصر : الوالدين + ٥ ...........

ملاحظات على الجدول الأسري : ...........

CONFIDENTIAL

CONFIDENTIAL
SHATSKY-JD00980

توصية القسم :

قرار مدير المؤسسة : (                )

التاريخ :                        التوقيع :

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات التدقيق :

التاريخ :                  التوقيع

ملاحظات الحاسب الآلي :

التاريخ                   التوقيع

CONFIDENTIAL
SHATSKY-JD00980

CONFIDENTIAL

SHATSKY-JD00981





SHATSKY-JD00982

**Palestinian Authority**

**Ministry of Interior**

**Department of Civil Affairs**

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

شـهـادة ميلاد

## Birth Certificate

| | | |
|---|---|---|
| Redacted 121 7 | رقم الهوية<br>Id No. | |
| عاهد | إسم الأب<br>Father's name | صادق | الإسم<br>Name |
| عبد الحافظ | إسم العائلة<br>Family name | محمود | إسم الجد<br>G.F.'s name |
| مسلم | الديانة<br>Religion | ذكر | الجنس<br>Sex |
| Redacted لعدم الف وتسعمئة و ثلاث وثمانون | 1983, Redacted | تاريخ الميلاد<br>D. of birth |
| في البيت | المستشفى<br>Hospital | قلقيلية | مكان الميلاد<br>P. of birth |
| | | فلسطيني | الجنسية<br>Nationality |
| أبو القرن | عائلة الأم<br>M.'s family | نهله | إسم الأم<br>M.'s name |
| | | قلقيلية | العنوان<br>Address |

1983

إن التفاصيل المدونة بولادة المذكور أعلاه أدرجت في سجل الولادة لسنة

The details about the above mentioned birth have already been registered in the birth file of year 1983

1999/07/12 بتاريخ

من قبل مديرية الأحوال المدنية بـ

By Department of Civil Affairs in

قلقيليـا

Qalqilia    On    12/07/1999

توقيع

الموظف المختص



Palestinian Authority

Ministry of Interior

Department of Civil Affairs

السلطة الفلسطينية

وزارة الداخلية

مديرية الأحوال المدنية

شــــهادة وفــــــاة

## Death Certificate

Redacted 1 2 1 7 | رقم الهوية Id No.

| عاهد | اسم الأب Father's name | صادق | اسم المتوفي Name |
| عبد الحافظ | اسم العائلة Family name | محمود | اسم الجد G.F's name |
| ــم | الديانة Religion | ذكر | الجنس Sex |
| سادس عشر من شهر شباط نعــم المئر و سنن | | 2002/02/16 | تاريخ الوفاة D. of death |
| ــ | المستشفى Hospital | كفر لاقف | مدان الوفاة P. of death |
| فلسطيني | الجنسية Nationality | 1983 Redacted | تاريخ الميلاد D. of birth |
| نهله | اسم الأم M.'s name | عزب | الحالة المدنية M. status |
| | | 0 - 0 - | العنوان Address — فلقلية |

إن التفاصيل المدونة بوثيقة لمذكور أعلاه درجت في سجل الوفاة لسنة 2002

The details about the above mentioned death have already been registered in the death file of year 2002

من قبل مديرية الأحوال المدنية بـ قلقيلية — بتاريخ 2002/05/12

by Department of Civil Affairs in QALQILIA On 12/05/2002

نور حناوي

ن.أ. المدير العام /قلقيلية

توقيع

الموظف المختص

نور حنا



CONFIDENTIAL
SHATSKY-JD00985

הפקרת אזור יהודה והשומרון
שידותי הבריאות

عيادة منطقة الضفة الغربية

الخدمات الطبية

# תעודת לידה
## شهادة ولادة

803136

**Redacted** ١٩٧٧

מפקדת אזור יהודה והשומרון
שירותי הבריאות

قيادة منطقة الضفة الغربية
الخدمات الطبية

# תעודת לידה
## شهادة ولادة

184049

מספר כרטיס במרשם
رقم سجل الولادة ............ 1 . ٨

התאריך לידה Redacted ١٩٨.
تاريخ الولادة

שם הילד/ה
اسم المولود ............

שם האב
اسم الأب ............

שם האם
اسم الأم ............

כתובת קבועה של ההורים
عنوان الوالدين الدائم ............ تلمبه

שם הרופא או הכוללדת
اسم الطبيب المولد او القابلة ............

שם האדם מודיע הלידה
اسم الشخص المخبر عن الولادة ............

תאריך הרישום
تاريخ التسجيل ............ ٨ ١ ٩ ٨ ٧

התמידה והואו רושם הלידה
رقم ومنصب الموظف الذي سجل الولادة ...... ١ ٩٨٧

חתום אנרה
الرموز المخزونة ............

התאריך
تاريخ الشهادة ............ ٨ ١ ٩ ٨ ٧

כתוב
التوقيع ............ تلبيه



מפקדת אזור יהודה והשומרון
שירותי הבריאות

وبـادة منطقـة الضفة الغربيـة

الخدمات الطبية

# תעודת לידה

## شهــــادة ولادة

א **353714**

מספר סדורי בפרצס
رقم سجل الولادة ........... ٨١ / ٥٢٥

תאריך לידה Redacted ١٩٨١ ........
تاريخ الولادة

שם היילוד
اسم المولود ........

שם האב عبد الحميد حمود عبدالله عبدالحافظ
اسم الوالد

שם האם .......
اسـم الوالدة

כתובת קבועה של ההורים
عنوان الوالدين الدائمي ...........

שם הרופא או המיילדת
اسم الطبيب المولد او القابلة ..........

שם האדם כהריע הלידה ..........
اسم الشخص المبزع عن الولادة

תאריך הרישום ١٩٨١ / .. / .. .........
تاريخ التسجيل

החותם והואר רושם הלידה
توقيع ومنصب الموظف الذي سجل الولادة ...........

הטלמה אחרה ...........
الرسم المدفوعة

מקום הלידה
مكان الولادة ...........

מין
ذكر أم انثى .........

גיל
سن الوالد ............ ٢٢

גיל
سنها ............ ٢٠

לאום האב
جنسة الأب ...........

عيسوق האב
مهنة الأب ...........

وزارة الصحة
دائرة صحة القدس
التوقيع
الختم

تصديق قاضي الرصائة ومتنمت الموظف
توقيع ...........
طبيب صحة القدس

תאריך
تاريخ الشهادة ........ ١٩٨٨ / ١١ / ١٨

بتاريخ ........



המינהל האזרחי לאזור יהודה ושומרון
זצין מטה לעניני פנים
الإدارة المدنية لمنطقة يهودا والسامرة

# תעודת לידה
# شهادة ولادة

CONFIDENTIAL  SHATSKY-JD00988

עינד_א לחאופד , עה.תאו

מתמ_ור , נהלה

Redacted 945_3

רוקק יביה

19 87 | Redacted | Redacted

1987

03.05.1987  נתאריך





CONFIDENTIAL SHATSKY-JD00989

המינהל האזרחי לאזור יהודה ושומרון

קצין מטה לעניני פנים

# תעודת לידה

# شهادة ولادة

[redacted]

19 56

1907

[redacted] [redacted] [redacted] [redacted]

8/ 184/ 19/1956

28.[illegible].1987

بيهودا والسامرة

יהודה ושומרון

ב. קבב

יהודה ושומרון

SHATSKY-JD00989 CONFIDENTIAL

המנהל האזרחי לאזור יהודה ושומרון
الإداره المدنـ. لمنطقـ. يهودا والسامره

## תעודת לידה
## شهادة ولادة

עבّد الغف فاتح
עבّד אלחאפר הבה عابد عابد

محتمد محـب نهلة نهله
מחמד נהלה אבר אלקרن

הבّة נقبה عين
البت נקבה

طفل
סוریّة קלקיליה
سوریّة קّל כّרם

19 93   Redacted   Redacted
Redacted

مسلم מוסלמ

___1993___

נתאריך   19/09/93
נّبّار ___ סול כّרם

__גּבّר הّצّו__

SHATSKY_IP00990
CONFIDENTIAL

# Exhibit 19

**Palestinian National Authority**         [Emblem of the Palestinian National Authority]         **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 1217[*]          Four-Part Name: Sadeq Ahed Mahmoud Abd Al-Hafez          Type of Document: Palestinian ID
Date of Birth: Redacted /1983          Ministry: Qalqilya          Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | Redacted | | | | Redacted | |

CONFIDENTIAL                                                                 Shatsky-JD00113-T

EXHIBIT
**3**
RC 07-29-2021

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 02/01/2021[*] | 02/01/2021[*] | Information completed |
| Last credit | 02/01/2022[*] | | |

Stipend Data at Bank:



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                                      Shatsky-JD00114-T

שגיאה! שם מאפיין מסמד לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |



CONFIDENTIAL                                                           Shatsky-JD00115-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority   [Emblem of the Palestinian National Authority]   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00116-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 05/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 06/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 07/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 08/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 09/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 10/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 11/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 12/1/2020 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 01/1/2021 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 02/1/2021 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 03/1/2021 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |
| 04/1/2021 | Redacted 3896 | Ahed Mahmoud Abdallah Abd Al-Hafez | 1400 |

CONFIDENTIAL

Shatsky-JD00117-T

שגיאה! שם מאפיין מסמך לא ידוע.

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | |
| Plaintiffs, | Case No. 18-cv-12355 (MKV) |
| v. | |
| THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY, | |
| Defendants. | |

### DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel).  I read Arabic and English fluently, and I am qualified to translate from Arabic into English.

2.      I certify that the attached documents are true and accurate translations of the Arabic originals designated as "Shatsky-JD00012" through "Shatsky-JD00534."   The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability.  Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 24, 2021

Yaniv Berman

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

البيانات الشخصية:

| نوع الرئيسة | الجنسية | الاسم الرباعي | | | |
|---|---|---|---|---|---|
| قوية فلسطينية | صادق عائد محمود عبد الحافظ | بطاقة شخصية : Redacted ٨٩٦ |
| الجنس | | الوزارة | المدنية | تاريخ الميلاد: Redacted ٦٨٢ |

الدرجسات

| الرقم تاريخ | من تاريخ | قيمة | الدرجة | السلم |
|---|---|---|---|---|
| Redacted | غير محددة | غير محددة | سلم امر المنهي او الجديد |

العلاوات والتحسميات

| اسم المستفيد | رقم الهوية | المرجع | نسبة او مبلغ | القيمة | الى تاريخ | من تاريخ | البند |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

بيانات فحلة

| نوع القرار | نوع الإعاقة | نسبة الإعاقة | الى تاريخ | من تاريخ | نوع فحص |
|---|---|---|---|---|---|
| غير محدد | | | | Redacted | شهيد |

بيانات المستفيدين

| الرقم المركزي | طبيعة القسمة | عدد الاولاد | زوجة ثانية | عدد الزوجات | قيمة النمية | نسبة/قيمة | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | لا يوجد قسمة | . | . | . | ١٠٠ | نسبة | | Redacted | عاهد محمود عبد الله عبد الحافظ | Redacted - ٨٩٦ |

| الرقم المركزي | رقم الحساب | الفرع | البنك | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|
| | Redacted | | | | Redacted | عاهد محمود عبد الله عبد ال | Redacted - ٨٩٦ |

CONFIDENTIAL

Shatsky-JD00113

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

بيانـــــت الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | | | |

Redacted

| نهاية الاعتماد | ٠١/٠١/٢٠٢١ | ٠١/٠٢/٢٠٢١ | استكمال المعلومات |
| نهاية الاعتماد | ٠١/٠١/٢٠٢٣ | | |

بيانـــــت المرتب في البناء

| الشهر | رقم الهوية | الأسم | الراتب |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00114

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00115

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | الرقم |
|---|---|---|---|
| | | Redacted | |
| ١/٠٤/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٥/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٦/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٧/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٨/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٩/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/١٠/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/١١/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/١٢/٢٠٢٠ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠١/٢٠٢١ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٢/٢٠٢١ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٣/٢٠٢١ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |
| ١/٠٤/٢٠٢١ | Redacted ٣٨٩٦ | عاهد محمود عبد الله عبد الحافظ | ١٤٠٠ |

CONFIDENTIAL

Shatsky-JD00117