# Exhibit 21

Confidential                                                Shatsky-JD00596-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

### Social Report

**Case**: Martyr of "Al-Aqsa Intifada"

**Name**: Abdel-Muti "Mohammad Saleh" Mohammad Shabaneh

**Local number**: 550 S                **Central number**: 014675 S

**Governorate**: Hebron

**Date**: 6.19.2003

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                                                Shatsky-JD00596-T

GHANNAM

EX 6

KL 07.30.21

Confidential                                                    Shatsky-JD00597-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.:** | **Central no.:** |
| **The case's name**: Abdel-Muti "Mohammed Saleh" Mohammed Shabaneh | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**:<sup>Redacted</sup>6830 |
| **Beneficiary's full name**: Rahma Mustafa Abd Al-Mun'im Shabaneh <br>(wife, father, mother, brother, sister) | **Identification no.**:<sup>Redacted</sup>5126 |
| **Mother's full name**: Rahma Mustafa Abd Al-Mun'im Shabaneh | **Mother's Identification no.**:<sup>Redacted</sup>35126 |
| **Wife's name**: --- | **Wife's Identification no.**: : --- |
| **Place and date of birth**: :<sup>Redacted</sup>1985 - Hebron | **Place of origin**: Hebron |
| **Religion**: Muslim | **Sex**: Male    **Marital status**: Single |
| **Previous job**: Student / Dar al-Huriya Industrial School | **Current job**: |
| **Education**: Tawjihi [general secondary examination] student | |
| **Date and number of confirmation letter**: - | |
| **Date of confirmation in the institution**: - | |

## Part 2: Administrative Information

| | | |
|---|---|---|
| **Military rank**: | **Organizational rank**: | |
| **Rank confirmation letter**: | **No.** | **Date**: |
| **Developments in previous allowance**: | **Current**: | **Changes**: |
| **Organizational affiliation**: Islamic Resistance Movement (Hamas) | **Sector**: | |
| **Date of joining the revolution**: -   **Organizationally**: - | **Militarily**: - | **As a full-time member**: - |
| **Training courses undertaken**: - | | |

**Place and date of the incident**: 6.11.2003 – Jerusalem, Mahne Yehuda Street.

**Details of the incident**: Martyrdom Operation in the city of Jerusalem, Mahne Yehuda Street, which caused the death of 17 Israelis and injured nearly 100.

**Brief Biography**: The aforementioned was born in the city of Hebron. He studied in the elementary school and junior high school. He was still a Tawjihi [general secondary examination] student in high school when he became a martyr on 6.11.2003.

**The family's residence: Possessed**: The house was demolished   **Rented**:          **Shared**:

| | |
|---|---|
| **Monthly rent**: | Redacted |
| **Full address**: | |
| **Nearest telephone**: | |

Confidential                                                    Shatsky-JD00597-T

Confidential                                          Shatsky-JD00598-T

**Part 3: Family table:**   **\* married - single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Rahma Mustafa Shabaneh | Mother | 1948 | Junior high school | Housewife | Married | Hebron – Jabl al-Rahma |
| 2 | | Father | | ----- | --------- | [illegible] | |
| 3 | | Sister | | Tawjihi [general secondary examination] | Housewife | Married | |
| 4 | Redacted | Sister | Redacted | Tawjihi | Housewife | Married | Redacted |
| 5 | | Brother | | Junior high school | Laborer | Married | |
| 6 | | Brother | | Junior high school | Laborer | Married | |
| 7 | | Sister | | 6th | Housewife | Married | |
| 8 | | Sister | | Tawjihi | Housewife | Married | |
| 9 | | Sister | | Elementary school | Housewife | Married | |
| 10 | | Sister | | Junior high school | Housewife | Married | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: - 1 -

**If married: the wives and minor children:**

**If single: the parents and the minor siblings**: Only the mother

**Notes concerning the family table**: The father died on 12.13.1998
--------------------------------------------------------------------------------------------------

Confidential                                          Shatsky-JD00598-T

Confidential                                                    Shatsky-JD00599-T

**[Cut off]** of the case and its type: Aqsa Martyr: Abdel-Muti "Mohammed Saleh"
Mohammed Shabaneh

**Recommendation of the Department:**

1) The aforementioned is single. His mother is alive + Tawjihi student sister 2003.

2) He was martyred as a result of a bomb attack in Jerusalem. *Istish'hadi* [perpetrator of a
martyrdom operation].

3) To be confirmed as a martyr of the Al-Aqsa Intifada.

_____ Date: 6.24.2003 Signature: [handwritten]

**Decision of the establishment's director**: (   Hebron   )

To be confirmed as a martyr of the Al-Aqsa Intifada _____

_____

_____

_____ Date: 7.1.2003 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

Confirmed as a martyr of the Al-Aqsa Intifada as of 6.1.2003. Will be paid redacted shekels a
month. _____

_____

**Audit's notes**:              **Date**: 7.3.2003         **Signature**: [signature]

_____        _____

_____        _____

**Computerized notes**:         Date:                    Signature:

_____        _____

_____        _____

Confidential                                                    Shatsky-JD00599-T

CONFIDENTIAL                                    SHATSKY-JD00600-T

No. 175977

The Hashemite Kingdom of Jordan

# Marriage Contract

## The Wife's Part



Shari' Court in [Illegible]

(1) Contract date: The 12th of Rabi' A-Thani, *1385 (Hijri)*, corresponding to: 9/8/1965

(2) Contract issued in: [Illegible]

| Full name | City | Place of residence | Age | Nationality | [Cut off] |
|---|---|---|---|---|---|
| (3) **The adult and competent husband** Redacted | Redacted | Redacted | | Jordanian | [Cut off] |
| **The adult and competent wife is a firstborn daughter** – Rahma Bint Mustafa Abdul Man'am Shabana | [illegible] | [illegible] | 18 | Jordanian | [Cut off] |

| | |
|---|---|
| (4) **Documents that confirm the age and the lack of objections** | Muchtar document, review [illegible] |
| (5) **The dowry and its type** | Advance dowry – Two hundred and fifty Jordanian dinars, of which one hundred dinars [illegible] |
| | Deferred dowry – --- |
| | Dowry supplements – Closet, two beds, chairs [illegible] one hundred and thirteen Jordanian dinars for [illegible] |
| (6) **Dowry payment method** | The wife confirmed that she received two hundred fifty dinars, of which one hundred dinars [illegible, cut off] |
| (7) **Parties of the contract** | The husband, himself, and the wife's agent, her brother |
| (8) **Special terms by one of the married couple** | There are no conditions and there is no guarantee |

| (9) Witnesses of the contract, the agent and the identification | Abd A-Rahim Salim Shabana [illegible] Hasin Shabana, both from [illegible] |
|---|---|
| (10) Guarantee of the terms | - |
| (11) Guardian's agreement or court's permission | The approval of the wife's agent, her brother |
| (12) Contract's text | [illegible], the wife's brother, her agent, [illegible] to the husband: I wed you to [illegible] my client [illegible, cut off], in accordance with an advance dowry of two hundred fifty dinars, of which one hundred dinars [illegible] the husband agreed to this [illegible] marriage [cut off, illegible] |

**I, [illegible], the official authorized to sign marriage contracts in [illegible], have arranged this contract as written above, after confirming that the terms were met and that there are no objections.**

**Authorized official's signature: [illegible]**

| Identification, proxy and contract witnesses | Husband or ~~representative~~ | Wife or her guardian | Guarantor of terms | Authorization |
|---|---|---|---|---|
| [signature] | Redacted | | | |
| [signature] | | | | |

CONFIDENTIAL

SHATSKY-JD00600-T

CONFIDENTIAL                                              Shatsky-JD00601-T

[English] Palestinian            [Emblem of the Palestinian          [Arabic] Palestinian
Authority                            National Authority]                  Authority
Ministry of Interior                                            Ministry of Interior
Department of Civil Affairs                          Department of Civil Affairs

---

## Death Certificate

**I.D. No.** Redacted

**Name of the Deceased:** Redacted          **Father's Name:** Redacted

**Grandfather's Name:** Redacted            **Family Name:** Redacted

**Sex: Male**                                **Religion:** Muslim

**Date of Death:**  12.13.1998 The thirteenth of December nineteen hundred and ninety-eight

**Place of Death:** Hebron                   **Hospital:**  Hebron Governmental

**Date of Birth:** Redacted                  **Nationality:**   Palestinian

**Marital Status:** Married                  **Mother's Name:** Redacted

**Address:** Redacted Al-Madrasa Street 0-0

---

The details about the above mentioned death have already been registered in the death file of the year <u>1998</u>

by the Department of Civil Affairs in:  <u>**Hebron**</u>  on: <u>12.26.1998</u>

---

Nasser A-Sharibati                      [Seal]
Director of Civil Affairs – Hebron      Stamp of the Civil Affairs Bureau –
Authorized clerk                        Hebron
                                        The Palestinian Authority

CONFIDENTIAL                                              Shatsky-JD00601-T

Confidential Shatsky-JD00602-T



| The Civil Administration of Judea & Samaria | **Identity Card** |
|---|---|
| **Identity No.:** Redacted 6 | |
| **First Name:** Rahma | |
| **Father's Name:** Mustafa | |
| **Grandfather's Name:** Abdel-Mun'im | |
| **Family Name:** Shabaneh | |
| **Mother's Name:** Zarifa | |
| **Date of Birth:** Redacted 948 | |
| **Place of Birth:** Hebron | |
| **Sex:** Female | **Religion:** Muslim |
| **On:** | **Registered in:** Hebron 12.18.91[*] |

[IDF stamp]
[Signature]

| The Civil Administration of Judea & Samaria Addendum to Identity Card | Redacted | Children (up to 16 years old) |
|---|---|---|
| Identity No. Redacted 512 6 | | **Name:** |
| **Family Name:** Shabaneh | | **Sex:**   **Identity no.:** |
| **First Name:** Rahma | | **Date of birth:** |
| **Address:** Jabal Rahma, Hebron | | **Name:** |
| | | **Sex:**   **Identity no.:** |
| **Marital Status:** Married   **Identity No. of Spouse:** | | **Date of birth:** |
| **Spouse Name:** | | **Name:** |
| **Identity No. of Spouse:** | | **Sex:**   **Identity no.:** |
| **Spouse Name:** | | **Date of birth:** |
| **Previous Family Name:** | **Name:** Abdel-Muti Shabaneh | **Card owner's signature:** |
| **Previous First Name:** | **Sex:** Male   **Identity no.:** Redacted 383 0 | |
| **Date of birth:** | **Date of birth:** Redacted 1985 | |

Confidential Shatsky-JD00602-T

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                              Plaintiffs,

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                              Defendants.

Case No. 18-cv-12355 (MKV)

## DECLARATION OF YANIV BERMAN

        I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

        1.        I am a professional translator with an M.A. degree in Middle Eastern Studies from
the Hebrew University of Jerusalem (Israel).  I read Arabic, Hebrew, and English fluently, and I
am qualified to translate from Arabic into English and from Hebrew into English.

        2.        I certify that the attached documents are true and accurate translations of the
Arabic and/or Hebrew originals with the corresponding Bates numbers.  The translations are
labelled with Bates numbers that correspond to the original documents, with the addition of a "-
T" at the end to indicate that it is a translation.

        3.        To the extent that some of the information in the original documents was not
clearly legible, I have translated such information into English to the best of my ability.  Such
instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 28, 2021

Yaniv Berman

2

Original



**Palestinian National Authority**

**Ministry of Social Affairs**

**M's F. & I. C. E.**

السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : _____ شهيد ( انتفاضة الاقصى )

الإسم : _____ عبد يعطي محمد صالح محمد سنانة

الرقم المحلي : _____ ٥٥٥ _____ الرقم المركزي : _____ ٢٤٤٧٥ _____

المحافظة : _____ الخليل _____

التاريخ : _____ ١٩ / ١٦ / ١ / ٢٠٠٤ _____

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

**أولاً : معلومات ذاتية :**

الرقم المركزي : ..............................................   الرقم المحلي : ...........................

اسم الحالة : عبد المعطي محمد صالح محمد سشبانه   الاسم الحركي : .........................

الجنسية : .......... فلسطين   رقم الهوية : .......... 8 3 0 Redacted 6

اسم المستفيد رباعي رحمه ضطفن عبد المعطي سبانه   رقم الهوية : .......... 5 , 2 6 Redacted

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )
اسم الأم كامل : رحمه معطي عبد المعطي سبانه   رقم هوية الأم : .......... 2 6 , 5 Redacted

اسم الزوجة : ....................................   رقم هوية الزوجة : ..........................

تاريخ ومكان الميلاد : ١٩٨٩ Redacted ـ خليل   البلد الأصلي : ........ الخليل

الديانة : ........ مسلم   الجنس : .... ذكر   الحالة الاجتماعية : ........ اعزرب

العمل السابق : طالب / مدرسة المانيوم لرويه   العمل الحالي : ...........................

المؤهل العلمي : ........ طالب تجميد ......

تاريخ ورقم كتاب الاعتماد : ..............................................

تاريخ الاعتماد بالمؤسسة : ..............................................

---

**ثانياً : معلومات ادارية :**

الرتبة العسكرية : ..............................   الرتبة التنظيمية : ..............................

كتاب إعتماد الرتبة : ........   رقم : ........   تاريخ : ..............................

تطورات المخصص السابق : ........   الحالي : ........   التعديلات : ..............................

التنظيم التابع له : .. المقاومة الاسلاميه رحماس ..   القطاع : ..............................

تاريخ الالتحاق بالثورة : ........   تنظيما : ........   عسكريا : ........   تفرغا : ........

الدورات التي اجتازها : ..............................................

تاريخ ومكان الحادث : ١١ / ١ / ٦ / ١ / ٢٠٠ لمدرسا سشارع عمنا يهو دا

كيفية حدوث الحادث : قيمة استشهادية في مدينة المدرسا سشارع عمنا يهودا ر لما ادت

الك ـ فتل (١٨) اسرائيلي وجرح ما يقارب ك ١٠٠ .......

موجز سيرته الذاتية :

المذكور مس مدارس مدينة الخليل درس المرحلة الابتدائيه والاعداديه .......... ومصر
يدرس ال طالب ما قبل مس المرحلة الثانويه باب رتوجيهي ١١ را سشتهر تاريخ ١١١/١٦١/٢

سكن الاسرة : ملك : نعم محرم المنزله ايجار : ........ مشترك : ........

الإيجار الشهري

العنوان الكامل : ........ [Redacted]

أقرب تلفون : ........

CONFIDENTIAL   Shatsky-JD00597

CONFIDENTIAL

Shatsky-JD00598

## ثالثاً : الجدول الأسري :  ٭ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة .
٢- الاعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| متزوج | ربة بيت | اداري | ١٩٤٩ | الوالدة | Redacted | ١ |
| Redacted | حرة | ― | | Redacted | الوالد | | ٢ |
| | | | | | | | ٣ |
| متزوج | ربة بيت | ربة بيت | | | | | ٤ |
| متزوج | ربة بيت | | | | الارضه | | ٥ |
| متزوج | عامل | اعدادي | | | الاخ | | ٦ |
| متزوج | ― | ― | | | الاخ | | ٧ |
| متزوج | ربة بيت | سادس | | | الاخت | | ٨ |
| | ― | تمريض | | | الاخت | | ٩ |
| | ― | ابتدائي | | | الاخت | | ١٠ |
| | ― | اعدادي | | | الاخت | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : ــــــ ١ 

-- المتزوج : الزوجات والابناء القصر : 

– الاعزب : الوالدين والاخوة القصر : الوالدة فقط

ملاحظات على الجدول الاسري : الوالدة متوفيه ١٢/٨/١٩٩١ .

CONFIDENTIAL

Shatsky-JD00598

م الحالة ونوعها : ـــــشـــ‍ـــا‍مته : مسبعطي محمد صلاح : محمـــد باسنه

**توصية القسم :**

١) المنفور ابناء بدلته بم عنز الجاني + اخت طالبة يرجيع ٢ ـ ٢ ٠
٢) استند نتيجه علمة تعبير في المرسم (دراسي ابني)
٣) يرجح ابناده حصة سر سنوا انتابنة بدنعه
التاريخ : ٢٩ / ١٦ / ١ ٢ ٠ ٠ ٠  التوقيع : عثمان عبد رتم / ص

**قرار مدير المؤسسة :** ( الخلس  )
يرجى اعتماده سـيمـا سر سنوا انتفاضة الاقصى

التاريخ : ١ / ٧ / ٢ .م  التوقيع : صح

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

علاوات أخرى : .............................
المجموع بالدينار : .............................
المجموع بالشيكل : .............................

**اعتماد المدير العام :**

[Redacted]

**ملاحظات التدقيق :**

التاريخ ٧ / ٢  التوقيع

**ملاحظات الحاسب الآلي :**

التاريخ  التوقيع

CONFIDENTIAL

Shatsky-JD00600

١٧٥٩٧٧

المحكمة الشرعية في ...

عقد زواج

قسيمة الزوجة

| | | | الجنسية | العمر | مكان الاقامة | البلد | الاسم الكامل | |
|---|---|---|---|---|---|---|---|---|
| ٣ | الزوج الرجل البالغ العاقل | | اردني | Redacted | Redacted | انثى | Redacted | |
| | الزوجة البنت البالغة العاقلة | | ادنية | ١٨ | انثى | انثى | | |

٤ | مستندات تحقق السن وعدم الموانع

٥ | المهر ونوعه — المعجل — المؤجل — توابع المهر

٦ | كيفية دفع المهر
٧ | المباشران للعقد
٨ | شروط أحد الزوجين الخاصة
٩ | شهود العقد والوكالة والتعريف

١٠ | الكفالة على الشروط
١١ | موافقة الولي أو اذن المحكمة
١٢ | صيغة العقد

شهود التعريف والوكالة الخاصة — الزوجة أو وكيلها — الزوج أو وكيله — تصديق

Redacted

Shatsky-JD00600



Palestinian Authority
السلطة الفلسطينية

Ministry of Interior
وزارة الداخلية

Department of Civil Affairs
مديرية الأحوال المدنية

شــهادة وفــاة
**Death Certificate**

| | | |
|---|---|---|
| Redacted | رقم الهوية Id No. | |
| Redacted | إسم الأب Father's name | Redacted | إسم المتوفى Name |
| | إسم العائلة Family name | | إسم الجد G.F.'s name |
| مسلم | الديانة Religion | ذكر | الجنس Sex |
| الثالث عشر من شهر كانون الأول لعام ألف وتسعمائة و ثمان وتسعين | 1998/12/13 | | تاريخ الوفاة D. of death |
| الخليل الحكومي | المستشفى Hospital | الخليل | مكان الوفاة P. of death |
| فلسطيني | الجنسية Nationality | Redacted | تاريخ الميلاد D. of birth |
| Redacted | إسم الأم M.'s name | متزوج | الحالة المدنية M. status |
| 0 – 0 شرع المدرسة | | Redacted | العنوان Address |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفاة لسنة 1998
The details about the above mentioned death have already been registered in the death file of year 1998

من قبل مديرية الأحوال المدنية بـ الخليل بتاريخ 1998/12/26
by Department of Civil Affairs in Hebron    On    26/12/1998

ناصر الشرباتي
مدير الأحوال المدنية - الخليل
الموظف المختص



CONFIDENTIAL

Shatsky-JD00602



CONFIDENTIAL

Shatsky-JD00602

# Exhibit 22

**Palestinian National Authority**         [Emblem of the Palestinian National Authority]         **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 6830                    Four-Part Name: Abdel-Muti Mohammad Saleh Mohammad Shabaneh      Type of Document: Palestinian ID
Date of Birth: Redacted /1985            Ministry: Hebron                                                  Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Sh[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL                                                                 Shatsky-JD00184-T



שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| Last credit | 09/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL                                                                 Shatsky-JD00185-T

שגיאה! שם מאפייו מסמד לא ידוע.

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00186-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00187-T

שגיאה! שם מאפייני מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 05/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 06/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 07/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 08/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 09/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 10/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 11/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 12/1/2020 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 01/1/2021 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 02/1/2021 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 03/1/2021 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |
| 04/1/2021 | Redacted 5126 | Rahma Mustafa Abd Al-Mun'im Shabaneh | 1400 |

CONFIDENTIAL

Shatsky-JD00188-T

שגיאה! שם מאפיין מכמד לא ידוע.

# Translator's
# Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                                    Plaintiffs,                    Case No. 18-cv-12355 (MKV)

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                                    Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.       I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am qualified to translate from Arabic into English.

2.       I certify that the attached documents are true and accurate translations of the Arabic originals designated as "Shatsky-JD00012" through "Shatsky-JD00534." The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.       To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability. Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 24, 2021

Yaniv Berman

2

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| البيانات الشخصية | | | | | | |
|---|---|---|---|---|---|---|
| هوية فلسطينية | نوع الوثيقة | عبد المعطي محمد صلاح محمد شبانه | الاسم الرباعي | Redacted ١٨٢٠ | البطاقة الشخصية | |
| ذكر | الجنس | الخليل | الـوزارة | Redacted ١٩٨٥ | تاريخ الميــلاد | |

| الدرجـــــات | | | | | |
|---|---|---|---|---|---|
| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ | |
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | | |

| العلاوات والخصومات: | | | | | | | |
|---|---|---|---|---|---|---|---|
| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
| Redacted | | | | | | | |

| بيانـــــات الحالة | | | | | | |
|---|---|---|---|---|---|---|
| نوع الحـــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار | |
| شهيد | Redacted | | . | غير محدد | | |

| بيانـــــات المستفيدين | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/القيمة | القيمة الفعلية | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
| Redacted ١٢٦ | رحمه مصطفى عبد المنعم شبانه | Redacted | | نسبية | ١٠٠ | . | . | . | لا يوجد قسمة | Redacted |
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | | | الرقم المركزي |
| Redacted ١٢٦ | رحمه مصطفى عبد المنعم ش | Redacted | | Redacted | | | | | |

CONFIDENTIAL

Shatsky-JD00184

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

بيانـــــت الوقف

| سبب الإعادة | الى تاريخ | من تاريخ | سبب توقف |
|---|---|---|---|
| Redacted | | | |
| أستكمل المعطومات | ٠١/٠٩/٢٠١٠ | ٠١/٠٩/٢٠٢٠ | نهاية الاعتماد |
| | | ٠١/٠٩/٢٠٢٦ | نهاية الاعتماد |

بيانـــــات الرواتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |

Shatsky-JD00185

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

CONFIDENTIAL

Shatsky-JD00186

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00187

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٢/٢٠٢١ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٣/٢٠٢١ |
| ١٤٠٠ | رحمه مصطفى عبد المنعم شبانه | Redacted ٥٦٦ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00188