# Exhibit 24

Confidential                                          Shatsky-JD00613 -T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority

Ministry of Social Affairs

M's F. & I. C. E

P.A.
emblem

[Arabic] Palestinian National Authority

Ministry of Social Affairs

Martyrs' Families and Injured Care Establishment

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: Martyr of the Al-Aqsa Intifada

**Name**: Ramiz Fahmi Izz al-Din Aslim

**Local number**: 618                    **Central number**: 14359

**Governorate**: Ramallah and Al-Bireh / Rantis

**Date**: 10.25.2003

---

Ramallah - Tel/Fax: 02-2986268

Confidential                                          Shatsky-JD00613-T

GHANNAM

EX 8

K.L. 07.30.21

Confidential                                        Shatsky-JD00614-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 618 | **Central no.**: |
| **The case's name**: Ramiz Fahmi Izz al-Din Aslim | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: [Redacted]5846 |
| **Beneficiary's full name**: Ghalia Zaki Abd Al-Hamid Abu Salim (Wife, father, mother, brother, sister) | **Identification no.**: [Redacted]0547 |
| **Mother's full name**: Ghalia Zaki Abd Al-Hamid Abu Salim | **Mother's Identification no.**: [Redacted]0547 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: [Redacted]1981 – Rantis | **Place of origin**: Rantis |
| **Religion**: Muslim | **Sex**: Male | **Marital status**: Single |
| **Previous job**: 3rd year student at the Open Al-Quds University | **Current job**: |
| **Education**: 3rd year student at the Open Al-Quds University  (Islamic Education) | |
| **Date and number of confirmation letter**: - | |
| **Date of confirmation in the institution**: - | |

## Part 2: Administrative Information

| | | |
|---|---|---|
| **Military rank**: / | **Organizational rank**: | |
| **Rank confirmation letter**: / | **No.** / | **Date**: / |
| **Developments in previous allowance**: / | **Current**: / | **Changes**: |
| **Organizational affiliation**: Hamas | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | |

**Place and date of the incident**: 9.9.2003 –Jerusalem

**Details of the incident**: The martyr used an explosive belt which he wore on his body, to perpetrate a martyrdom attack in a coffee shop of the Zionists in the city of Jerusalem. The attack took place shorty before midnight (Tuesday), when the coffee shop was filled with Zionists. Seven Zionists were killed and dozens were wounded as a result.

**Brief Biography**: The aforementioned was born in the village Rantis. He studied in the 10th grade in [illegible] Rantis School, and then studied in The Arab Orphan School in Al-Ram where he received his high school diploma (Industry Sector). He then joined the Jerusalem Open University (Ramallah) where he studied Islamic Education while working with his father in the cafeteria of The Arab Orphan School. He became a martyr while working and studying. He served two months in an administrative detention at the end of 2002.

**The family's residence: Possessed**: The house was demolished immediately after his martyrdom  **Rented**:    **Shared**:

| | |
|---|---|
| **Monthly rent**: | Redacted |
| **Full address**: | |
| **Nearest telephone**: | |
| The martyr's father | |

Confidential                                        Shatsky-JD00614-T

Confidential                                                          Shatsky-JD00615-T

**Part 3: Family table:**   **\* married – single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | 6th | Guard/Arab Orphan | Married | Redacted |
| 2 | Ghalia | Mother | 1957 | 6th | Housewife | Married | Rantis |
| 3 | | Sister | | 9th | Student | Unmarried | |
| 4 | | Brother | | 10th | Student | Single | |
| 5 | Redacted | Sister | Redacted | 11th | Student | Unmarried | Redacted |
| 6 | | Sister | Redacted | (3) University | Student | Unmarried | |
| 7 | | Sister | | 2nd | Housewife | Married | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 5

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: Both parents + 4 student siblings in schools

**Notes concerning the family table**:

Confidential                                                          Shatsky-JD00615-T

Confidential                                              Shatsky-JD00616-T

**Name of the case and its type:** Ramiz Fahmi Izz al-Din Aslim - Aqsa Martyr

**Recommendation of the Department:**
* A martyr of the Al-Aqsa Intifada. Single. His parents are alive. Became a martyr as a result
of his martyrdom operation in Jerusalem. Therefore we recommend that you confirm his
status as a martyr of the Al-Aqsa Intifada in accordance with the regulations.
_____ Date: 10.25.2003 Signature: [handwritten]
**Decision of the establishment's director**: (       )
_____
_____
_____
_____ Date: _____ Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekels: _____

**Confirmation of the director general**:
Confirmed as a martyr of the Al-Aqsa Intifada as of 9.1.2003. Will be paid 600 shekels a month.
_____
_____

**Audit's notes**:              **Date**: 10.25.2003        **Signature**: [signature]
_____        _____  √
_____        _____
_____        _____

**Computerized notes**:         Date:                      Signature:
_____        _____
_____        _____

Confidential                                              Shatsky-JD00616-T

Confidential   Shatsky-JD00617-T

**Palestinian Authority**       **I.D. Card**

I.D. Number: [illegible]
First Name: Raliya
Father's Name: Zaki
Grandfather's Name: Abdel-Hamid
Family Name: Abu Salim
Mother's Name: Tamina
Date of Birth: [illegible]
Place of Birth: Rantis
Gender: Female          Religion: Muslim
Issued in: Ramallah      On: [illegible]



[Illegible]

Palestinian Authority         Addendum to I.D. Card
                              I.D. No.:Redacted054 7
Family Name: Abu Salim
First Name: Ghaliya
Address: Rantis 0 0
Marital Status: Married        Spouse I.D. No.:Redacted853 7
Spouse Name: Fahmi
Spouse I.D. No.:
Spouse Name:
Previous Family Name:
Previous First Name:

Confidential   Shatsky-JD00617-T

Confidential                                                          Shatsky-JD00618-T

**Palestinian Authority          I.D. Card**

I.D. Number:Redacted 584 6
First Name: Ramiz
Father's Name: Fahmi
Grandfather's Name: Izz al-Din
Family Name: Aslim
Mother's Name: Ghaliya
Date of Birth: [illegible]
Place of Birth: [illegible]
Gender: Female [illegible] Religion: [illegible]
Issued in: [illegible]          On: [illegible]



[Illegible]

Palestinian Authority          Addendum to I.D. Card
                               I.D. No.:Redacted 584 6

Family Name: Aslim
First Name: Ramiz
Address: Rantis
Marital Status: Single          Spouse I.D. No.: [illegible]
Spouse Name:
Spouse I.D. No.:
Spouse Name:
Previous Family Name:
Previous First Name:

Confidential                                                          Shatsky-JD00618-T

CONFIDENTIAL                                              SHARTKY-JD00619-T



In the Name of Allah, the Beneficent, the Merciful

General High School Diploma Exam for the Year 2000
Card indicating participation in the exam and the seat number

[illegible seal/logo – Palestinian Authority]

Seat no.

28355

Branch: Business, Agriculture, Industry (circle the correct choice)

Agriculture branch specialty: _____

Industry branch apprenticeship: [illegible]

Name of participant: Ramiz Fahmi Izz al-Din Salem    ID no.: Redacted15846    Religion: Islam

Subject the examinee is being tested on : The English Language

Address and permanent residence of the participant: _Rantis    Recommended school: Special Study

Examination center: (city): _____A-Ram_____    Name of Auditorium: Al-Quds A-Sina'iyya

Note: This card should be presented when entering the exam room, and if there are no instructions to participants

Signature of the participant concerning the veracity of the information: [handwritten signature]

Signature of the Culture and Education Department Head: [handwritten signature]

CONFIDENTIAL                                              SHARTKY-JD00619-T

CONFIDENTIAL                                         SHATSKY-JD00620-T

The Jordanian Hashemite Kingdom

# Marriage Contract

# The Wife's Part

Form S-1

Marriage contract fee – one dinar

Registry fee – one dinar

No. 57193B

Shar'i Court in Ramallah

(1) Contract date: Shaaban 17, 1397 (Hijri Calendar), corresponding to: 2/8/1977

(2) Contract issued in: The wife's father's home in Rantis

| Full name רווק | City | Place of residence | Age | Nationality | Occupation |
|---|---|---|---|---|---|
| (3) The adult and competent husband Redacted | Redacted | | Redacted | Jordanian | Farmer |
| The adult and competent wife is a firstborn daughter – Ghalia Zaki Abdul Hamid Mustafa Salim | Rantis | Rantis | Twenty | Jordanian | Seamstress |
| (4) Documents that confirm the age and the lack of objections | The document: the birth certificate issued by the health ministry office in Ramallah, registration number 223/2110 118/4. His date of birth in the certificate is ^Redacted 1956. The wife's birth certificate that the health ministry office in Ramallah issued, whose registration number is 196/1113, with her date of birth listed in the certificate as ^Redacted 1957 | | | | |
| (5) The dowry and its type | Advance dowry – Three hundred Jordanian dinars only | | | | |
| | Deferred dowry – Three hundred Jordanian dinars only | | | | |
| | Dowry supplements – No supplements | | | | |
| (6) Dowry payment method | At the time of the contract, the wife's authorized representative in the contract [illegible] her father, who received her advance dowry from the husband | | | | |
| (7) Parties of the contract | The husband himself and the wife's authorized representative, her father | | | | |
| (8) Special terms by one of the | No terms | | | | |

| | | |
|---|---|---|
| married couple | | |
| (9) Witnesses of the contract, the proxy and the identification | Jihad Said Abd A-Rahman and Hosni Ahmad Ismail, who have reached legal age, both of which are natives of Rantis and live in the village. | |
| (10) Guarantee of the terms | No guarantee | |
| (11) Guardian's agreement or court's permission | The approval of the wife's guardian, her father | |
| (12) Contract's text | The wife's authorized representative, her father, said to the husband: I marry you to my client, my daughter Ghalia, based on an advance dowry of three hundred dinars, and a deferred dowry of three hundred Jordanian dinars. The husband replied to him, immediately: I consent to marrying her based on the stated dowry. | |

I, Mustafa [Illegible] Git, the official authorized to sign marriage contracts in <u>Rantis</u>, have arranged this contract as written above, after confirming that the terms were met and that there are no objections.

Authorized official's signature:

[handwritten signature]

| Identification, proxy and contract witnesses | Husband or representative | Wife or her guardian | Guarantor of terms | Court authorization |
|---|---|---|---|---|
| [handwritten signature] | Redacted | Zaki Abdel Hamid Mustafa | | [rubbed off stamp] |
| [handwritten signature] | | | [handwritten signature [Illegible] ] | |

CONFIDENTIAL

SHATSKY-JD00620-T [continued]

CONFIDENTIAL                                                    Shatsky-JD00621-T

[clipped]   **Staff Officer For Civil Affairs**       [IDF emblem]       **The Civil Administration – Judea & Samaria**

## Birth Certificate

Fold here



Gender        <u>Female</u>        ID no.        Redacted

Place of Birth        <u>Ramallah</u>        <u>Ramallah Governmental</u>
                                                Hospital Name

Date        Redacted

Religion: <u>Muslim</u>

Fold here

I hereby confirm that the newborn is registered in the birth registry for the year of <u>1989</u>

Issued at the Population Registry Bureau in <u>Ramallah</u> on <u>09.27.90</u>

<u>B. Katzav</u>   [handwritten signature]        [seal – illegible]

**Birth registry clerk**

CONFIDENTIAL   Shatsky-JD00622-T

[clipped]   Staff Officer For Civil Affairs   [IDF emblem]   The Civil Administration – Judea & Samaria

## Birth Certificate



Asli [Redacted]

Name of [Redacted]

Fold here

Gender: Male

ID no. Redacted

Place of Birth: Rantis

_____

Hospital name

Date   Redacted

Religion: Muslim

Fold here

I hereby confirm that the newborn is registered in the birth registry for the year of 1988

Issued at the Population Registry Bureau in Ramallah on 05.09.1988

[handwritten signature]
Birth registry clerk

[stamp –
Interior Ministry
- Ramallah]

CONFIDENTIAL   Shatsky-JD00622-T

CONFIDENTIAL                                    Shatsky-JD00623-T

Staff Officer For Civil Affairs        [IDF emblem]      The Civil Administration – Judea & Samaria

## Birth Certificate

Redacted

**Gender: Female**          ID no.      Redacted

**Place of Birth: Rantis**      _____

Name of Hospital

Date          Redacted

Religion: **Muslim**

**I hereby confirm that the newborn is registered in the birth registry for the year of 1986**

**Issued at the Population Registry Bureau in Ramallah on 12.18.1986**

[handwritten signature]
Birth registry clerk

[stamp –
Interior Ministry
- Ramallah]

CONFIDENTIAL                                    Shatsky-JD00623-T

CONFIDENTIAL                                                    Shatsky-JD00624-T

[clipped]   Staff Officer For Civil Affairs        [IDF emblem]        The Civil Administration – Judea & Samaria

## Birth Certificate

Fold here

| | |
|---|---|
| **Aslim** | Redacted |
| **Family Name** | |

Redacted

**Grandfather's Name**

Gender: **Female**

Place of Birth: **Ramallah**     ID no. Redacted

**Ramallah Governmental**
Name of Hospital

Date        Redacted

Religion: **Muslim**

Fold here

**I hereby confirm that the newborn is registered in the birth registry for the year of 1984**

**Issued at the Population Registry Bureau in Ramallah on 08.01.1984**

[handwritten signature]

**Birth registry clerk**

[stamp –
Interior Ministry
- Ramallah]

CONFIDENTIAL                                                    Shatsky-JD00624-T

Confidential                                       Shatsky-JD00625-T

**Palestinian Authority**        **I.D. Card**

I.D. Number: Redacted 054 7
First Name: Ghaliya
Father's Name: Zaki
Grandfather's Name: Abdel-Hamid
Family Name: Abu Salim
Mother's Name: Tamina
Date of Birth: / Redacted 1957
Place of Birth: Rantis
Gender: Female    Religion: Muslim
Issued in: Ramallah      On: 04/16/2001



[Illegible]

Palestinian Authority        Addendum to I.D. Card
                             I.D. No.: Redacted 054 7
Family Name: Abu Salim
First Name: Ghaliya
Address: Rantis 0 0
Marital Status: Married        Spouse I.D. No.: Redacted 853 7
Spouse Name: Fahmi
Spouse I.D. No.:
Spouse Name:
Previous Family Name:
Previous First Name:

Confidential                                       Shatsky-JD00625-T

Confidential                                                    Shatsky-JD00626-T

**2/7**

|  | [English:] Palestinian Authority | [Emblem of P.A.] | [Arabic:] Palestinian Authority |
|  | Ministry of Health | | Ministry of Health |

Serial number

### Statement for Burying the Dead

**Name:** Redacted                                    **Age:** Redacted

**Address of deceased:** Redacted              **Affiliation:** Ramallah

**Male or female:** Male                               **Faith:** Islam

**Cause of death:** [English:] Cardiopulmonary arrest

**Center:** Ramallah Governmental                 **Date:** 1/12/2008

**Signature of clerk in charge of health department:** [handwritten]

Confidential                                                    Shatsky-JD00626-T

Confidential                                               Shatsky-JD00627-T





Confidential                                               Shatsky-JD00627-T

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                          Plaintiffs,

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                      Defendants.

Case No. 18-cv-12355 (MKV)

## DECLARATION OF YANIV BERMAN

    I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic, Hebrew, and English fluently, and I am qualified to translate from Arabic into English and from Hebrew into English.

    2.    I certify that the attached documents are true and accurate translations of the Arabic and/or Hebrew originals with the corresponding Bates numbers. The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

    3.    To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability. Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 28, 2021

Yaniv Berman

Original

CONFIDENTIAL

Shatsky-JD00613



**Palestinian National Authority**

Ministry of Social Affairs

M's F. & I. C. E.



السلطة الوطنية الفلسطينية

وزارة الشؤون الاجتماعية

مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : شهيد / اشتباه الاقصى

الاسم : رامز منجي عزالدين اسليم

الرقم المحلي : ٦١٨          الرقم المركزي : ١٤٢٥٩

المحافظة : رام الله والبيرة / رفيسا

التاريخ : ٢٥ / ١٠ / ٢٠٠٢م

Ramallah - Tel/ Fax   02-2986268          رام الله – تلفاكس : ٢-٢٩٨٦٢٦٨

CONFIDENTIAL

Shatsky-JD00613

CONFIDENTIAL

Shatsky-JD00614

## أولاً : معلومات ذاتية :

| | |
|---|---|
| الرقم المركزي : | الرقم المحلي : ٦٦٨ |
| الإسم الحركي : | اسم الحالة : رامز ضوي عزالدين السليم |
| رقم الهوية : Redacted ٥٨٢٦ | الجنسية : فلسطينية |
| رقم الهوية : Redacted ٠٥٤٧ | اسم المستفيد رباعي : غالية زكي عبدالحميد أبوسبت |
| رقم هوية الأم : Redacted ٠٥٤٧ | ( الزوجة ، الأب ، الأم ، الأخ ، الأخت ) |
| رقم هوية الزوجة : | الأم كامل : غالية زكي عبدالحميد أبوسبيم |
| البلد الأصلي : رنتيس | اسم الزوجة : |
| الحالة الاجتماعية : أعزب | تاريخ ومكان الميلاد : ١٩٨١ Redacted ــ رنتيس |
| | الجنس : ذكر         الديانة : مسلم |

العمل السابق : طالب سنة ثانية في جامعة بيرزيت   العمل الحالي :

المؤهل العلمي : سنة ثانية جامعية مفتوحة ( ترجمة إنجليزية )

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

## ثانياً : معلومات إدارية :

| | |
|---|---|
| الرتبة التنظيمية : | الرتبة العسكرية : |
| رقم :          تاريخ : | كتاب اعتماد الرتبة : |
| التعديلات :          الحالي : | تطورات المخصص السابق : |
| القطاع : | التنظيم التابع له : حماس |
| تنظيما :          عسكريا :          تفرغا : | تاريخ الالتحاق بالثورة : |
| | الدورات التي اجتازها : |

تاريخ ومكان الحادث : ٢٠٠٢/٩/٩ ــ القدس

كيفية حدوث الحادث : قام الشهيد تنفيذ عملية استشهادية من خلال حزام ناسف على جسده

في أحد مقاهي المدينة في مدينة القدس على منتصف الليل نفذ ( يوم السبت ) مما كان يعني

المرور بالمدينة الأمر الذي أدى إلى مقتل سبعة مواطنين وإصابة العشرات جروح.

## موجز سيرته الذاتية :

ولد الشهيد في قرية رنتيس ودرس كل من البتدائية والثانوية رئيسي للثانوية العامة وبعد ذكائه متوسط

السنة الشرائح الأخرى من مجمل رياضية بدرجة امتياز عالية ( مرتفعين ) وبعدها انضم لجامعة بيرزيت لدراسة

( إنجليزي ) وكان حادث ترتب الدراسة هنا إلى ذلك مع والده وأخوته لمدينة بيت لحم ومنها استقر بعد عامين مع دراسة

سكن الأسرة : ملك ــ ـ تم هدم المنزل شبه بالكامل

الإيجار الشهري : بعد استشهاده

العنوان الكامل :

أقرب تلفون :

والده المرحوم

ثالثاً : الجدول الأسري :   \* متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدَين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | الزوج | Redacted | سادسا | جايسا السيارا | متفرغ | Redacted |
| ٢ | غالية | الام | ١٩٥٧ | سادس | ربة | ربة | Redacted |
| ٣ | Redacted | امنت | Redacted | ثامن | طالب | انثى | Redacted |
| ٤ | | ابنه | | ماشر | طالب | اعزب | |
| ٥ | | امنت | | اياديعا | طالب | انثى | |
| ٦ | | امنت | | سادسة | طالب | انثى | |
| ٧ | | امنت | | ثامن | ربة | متزوجة | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ........................ ٥

– المتزوج : الزوجات والابناء القصر : ................................

– الاعزب : الوالدين والاخوة القصر : الوالدين + كربعة استار طلاب بمدارس .

ملاحظات على الجدول الاسري : ................................

اسم الحالة ونوعها : رامز مهيب عزالدين أسليمي بكفر أوصى .

**توصية القسم :**

بعد أبرستشهاد استاضة الأقصى أعزب والدامه في الحياه سقط شهيداً الشاب قطامة
بجليه أستشهد دبرطفي القدس ولذلك نوصى بإعتماد شهراً مساكوان
الأخضر ومربية النظام .

التاريخ : ٠٥/١١/٢٠٠ ـ التوقيع : خليل

**قرار مدير المؤسسة : (** )

التاريخ : ............ التوقيع : ............

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ............

المجموع بالدينار : ............

المجموع بالشيكل : ............

**اعتماد المدير العام :**

لقد تمت ( صرف راتب ) لبنا تاريخ ١/٩ /٢ ـ ه بواسطة ـ

التوقيع ـ ٢/١٠ / ـ التاريخ

**ملاحظات التدقيق :**

**ملاحظات الحاسب الآلي :**   التاريخ   التوقيع

CONFIDENTIAL

Shatsky-JD00617



CONFIDENTIAL

Shatsky-JD00617

CONFIDENTIAL

Shatsky-JD00618



CONFIDENTIAL

Shatsky-JD00619



امتحان شهادة الدراسة الثانوية العامة لعام ٢٠٠٠

بطاقة اشعار بالاشتراك في الامتحان ورقم الجلوس

الفرع : تجاري ، زراعي ، صناعي       (ضع دائرة)

التخصص للفرع الزراعي :

الحرفة للفرع للصناعي : حداد ركيم وكسر الخراسة

رقم الجلوس

اسم المشترك : أيمن حسني عز الدين سليم       Redacted رقم الهوية

المباحث التي سيتقدم فيها المشترك : اللغم الانجليزية

عنوان المشترك ومكان إقامته الدائم :

مركز الامتحان ( البلدة ) :                المدرسة المرضية :

اسم القاعة :

**توقيع المشترك على صحة المعلومات**

**توقيع مدير التربية والتعليم**

ملحوظة : تبرز هذه البطاقة عند دخول قاعة الامتحان وفي حالة عدم وجود
تعليمات للمشتركين حفظها فان على المشترك أن يبلغ هذه التعليمات من بطاقة أخرى

CONFIDENTIAL

Shatsky-JD00619

CONFIDENTIAL

المملكة الأردنيــة الهاشميّة

وسم عقد الزواج – دينار واحد
أجرة المأذون – دينار واحد

رقم . ٥٧١٩٣ ب

## عقد زواج

المحكمة الشرعية في رام الله
(١) تاريخ العقد ٢٧ شباط ١٩٦٢م وفيه ٧٧ ... هـ
(٢) المكان الذي جرى فيه العقد مستودع لزوج ...

### قسيمة الزوجة

| الصنعة | الجنسية | العمر | مكان الإقامة | البلد | ... | الاسم الكامل | |
|--------|---------|-------|--------------|-------|-----|--------------|---|
| مزارع | أردني | Redacted | Redacted | Redacted | دنيسي | الزوج الرجل البالغ العاقل عبد الحميد ... مسلم | ٣ |
| ربة طها | ارديه | عروبيتة | | دنيسي | دنيسي | الزوجة البنت البالغة العاقلة غالية زكي عبد الحميد ... بكر | |

| ٤ | مستندات تحقق السن وعدم الموانع ... Redacted ... ١٩٥٢ |

| ٥ | المهر | المعجل | ... دينار أردني ... |
| | وقوعه | المؤجل | ... دينار أردني ... |
| | | توابع المهر | ... توابع |

٦ كيفية دفع المهر في مجلس العقد ووكيل الزوج ... بالعقد والأجهزة والهدايا بقبضة مهرها المعجل به الزوج
المباشرين للعقد ... الزوج بنفسه ووكيل الزوجة والدها

٨ شروط أحد الزوجين الخاصة ... شرط

٩ شهود العقد والوكالة والتعريف الكاملة ... جبرا سعيد عبد الحميد ... وكلاؤها
١٠ الكفالة على الشروط ... كفلنا اربع

١١ موافقة الولي أو إذن المحكمة ... و ... والدها

١٢ صيغة العقد ... وكيل الزوج ... الزوج ... الزوجة والدها ...
... دينار أردني ... زواج ... قبلت ...

---

انا ... مأذون عقد الزواج في رام الله ... قد اجريت هذا العقد على الوجه المفصل اعلاه بعد التحقق من استكمال الشروط و ... الموانع
توقيع المأذون ...

| شهود التعريف والوكالة الخاصة | النيوه ... | زكي التزكية أو وكيلها | الكفيل على الشروط | تصديق المحكمة |

Redacted

CONFIDENTIAL

CONFIDENTIAL

Shatsky-JD00621

האזרחי לאיזור יהודה ושומרון

المدنية لمنطقة سهودا والسامرة

## תעודת לידה
## شهادة ولادة

Redacted

Redacted

מנתני התהו
رقم الهوية

המין ____ נקבה ____
الجنس

שם נתון לוני רמאללה
שם ניתה ___ اسم السكان

נולד ב ___ ית ללה ___
ولد في ___ شم الشهر

Redacted

התאריך
والتريخ

הרח ____ מוסלמי ____
الدين

1989

הנני נחושר כי הילוד הנ"ל נרשם בפנקס הלידות לשנת
ان التمميل المثلثة بولادة المذكور اعلاه ادرجت في سجل الولادة لسنة

27/09/90 בתאריך

הוצא בלשכה למרשם האוכלוסין ב ___ רמאללה ___ בתאריך
من قبل دائرة تسجيل السكان في

ב. קצב

נ.צ

CONFIDENTIAL

Shatsky-JD00622



קצין מטה לעניני פנים
ضابط القيادة للشؤون الداخلية

המינהל האזרחי לאזור יהודה ושומרון
الادارة المدنية لمنطقة يهودا والسامرة

## תעודת לידה
## شهادة ولادة



1948

הנני מאשר כי הילוד הנ"ל נרשם בפנקס הלידות לשנת
ان التفاصيل المفصلة بولادة المذكور اعلاه ادرجت في سجل الولادة لسنة

06.05.1988   בתאריך
تاريخ

תוצא בלשכה למרשם האוכלוסין ב-
من قبل دائرة تسجيل السكان بـ

CONFIDENTIAL

Shatsky-JD00622

CONFIDENTIAL

Shatsky-JD00623



קצין מטה לעניני פנים
ضابط القائد للشؤون الداخلية

המינהל האזרחי לאזור יהודה ושומרון
الادارة المدنية لمنطقة يهودا والسامرة

## תעודת לידה
## شهادة ولادة

Redacted

Redacted

Redacted

Redacted

Redacted

1986

18.12.1986

CONFIDENTIAL

Shatsky-JD00623

CONFIDENTIAL

Shatsky-JD00624



CONFIDENTIAL

Shatsky-JD00624

CONFIDENTIAL

Shatsky-JD00625





2/7

**Palestinian Authority** السلطة الفلسطينية

*Ministry of Health* وزارة الصحـــة

تصريح بدفن الموتى    رقم متسلسل

الإسم <span>Redacted</span>    السن <span>Redacted</span>

عنوان المتوفى <span>Redacted</span>    التابعية رام الله

ذكر أم أنثى ____ ذكــر ____ المذهب الإسلام

أسباب الوفاة Cardiopulmonar arrest

المركز رام الله / كفر عقب    التاريخ ١٢/١/٥    C.٥

توقيع موظف دائرة الصحة

CONFIDENTIAL
Shatsky-JD00627



Shatsky-JD00627

# Exhibit 25

**Palestinian National Authority**     [Emblem of the Palestinian National Authority]     **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: <sup>Redacted</sup>5846     Four-Part Name: Ramiz Fahmi Izz al-Din Aslim     Type of Document: Palestinian ID
Date of Birth:     Ministry: Ramallah     Gender: Unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted0547 | Ghalia Zaki Abd Al-Hamid Abu S[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00194-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Corona Emergency Extension | 07/01/2020 | 09/01/2020 | Information completed |
| Last credit | 03/01/2022[*] | | |
| Last credit | 03/01/2021[*] | 03/01/2021 | Information completed |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00195-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL                                                Shatsky-JD00196-T

שגיאה! שם מאפיין מסמד לא ידוע.

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL                                                Shatsky-JD00197-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 05/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 06/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 07/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 08/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 09/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 10/1/2020 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 11/1/2020 | Redacted 0496 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 12/1/2020 | Redacted 0496 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 01/1/2021 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 02/1/2021 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 03/1/2021 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |
| 04/1/2021 | Redacted 0547 | Ghalia Zaki Abd Al-Hamid Abu Salim | 1400 |

CONFIDENTIAL                                                                 Shatsky-JD00198-T

שגיאה! שם מאפיין מסמך לא ידוע.

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                                   Plaintiffs,

v.                                                          Case No. 18-cv-12355 (MKV)

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                                   Defendants.

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel).  I read Arabic and English fluently, and I am qualified to translate from Arabic into English.

2.      I certify that the attached documents are true and accurate translations of the Arabic originals designated as "Shatsky-JD00012" through "Shatsky-JD00534."   The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability.  Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 24, 2021

Yaniv Berman

2

Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   3:05/2021



Shatsky-JD00194

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

بيانــــــــت الوقف

| سبب الاعادة | الي تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| | Redacted | | |
| استكمال المعلومات | 01/07/2020 | 01/07/2020 | تمديد طوارئ كورونا |
| | | 01/03/2022 | نهاية الاعتماد |
| استكمال المعلومات | 01/03/2021 | 01/03/2021 | نهاية الاعتماد |

بيانــــــــت الراتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |

CONFIDENTIAL

Shatsky-JD00195

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



CONFIDENTIAL

Shatsky-JD00196

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الرائب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|



Redacted

CONFIDENTIAL

Shatsky-JD00197

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٢/٢٠٢١ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٣/٢٠٢١ |
| ١٤٠٠ | غادية زكى عبد الحميد ابوسليم | Redacted ٥٤٧ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00198

# Exhibit 26

Confidential                                                                   Shatsky-JD00689-T

In the name of Allah, the Gracious, the Merciful

[English] Palestine Liberation Organization        [Arabic] Palestine Liberation Organization

M's F. & I. C. E        | PLO emblem |        Martyrs' Families and Injured Care Establishment

## Social Report          To be paid[*]

**Case**: <u>Martyr of Aqsa</u>

**Name**: <u>Abdel Rahman Idris Muhammad al-Shaludi</u>

**Local number**:                                  **Central number**:

**Governorate**: Jerusalem

**Date**: <u>2.10.2015</u>

Ramallah - Tel/Fax: 02-2986268

Jerusalem – Tel/fax: 02-2798433

Confidential                                                                   Shatsky-JD00689-T

Confidential                                                    Shatsky-JD00690-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.:** | **Central no.:** |
| **The case's name:** Abdel Rahman Idris Muhammad al-Shaludi | **Code name:** |
| **Nationality:** Palestinian | **Identification no.:** Redacted 3171 |
| **Beneficiary's full name:** Inas Ribhi Sa'id al-Shaludi <br> (Wife, father, mother, brother, sister) | **Identification no.:** Redacted 7395 |
| **Mother's full name:** | **Mother's Identification no.:** |
| **Wife's name:** | **Wife's Identification no.:** |
| **Place and date of birth:** Redacted 1993 Jerusalem | **Place of origin:** Hebron |
| **Religion:** Muslim | **Sex:** Male  **Marital status:** Single |
| **Previous job:** Laborer | **Current job:** - |
| **Education:** Tawjihi [general secondary examination] | |
| **Date and number of confirmation letter:** | |
| **Date of confirmation in the institution:** | |

**Part 2: Administrative Information**

| | | |
|---|---|---|
| **Military rank:** Combatant | **Organizational rank:** | |
| **Rank confirmation letter:** | **No.:** | **Date:** |
| **Developments in previous allowance:** | **Current:** 1000 Shekels | **Changes:** 2009 |
| **Organizational affiliation:** | **Sector:** | |
| **Date of joining the revolution: Organizationally:** | **Militarily:** | **As a full-time member:** |
| **Training courses undertaken:** | | |

**Place and date of the incident:** 10.22.2014 French Hill

**Details of the incident:** He became a martyr – may Allah have mercy upon him – when he executed a vehicular attack against a group of settlers in the city of Jerusalem / French Hill. The attack claimed the lives of two settlers, and injured 6 others. As a result, one of the settlers opened fire immediately after he got out of his car, and so he was martyred on the spot.

**Brief Biography:** The martyr was born in Jerusalem on Redacted .1993. He studied in a high school in Jerusalem. He then studied at the Arab Orphan school and majored in hotel industry studies. He was arrested several times. He took the Tawjihi tests in prison and finished them successfully.

**The family's residence:**

**Monthly rent:** Possessed

| | |
|---|---|
| **Full address:** | Redacted |
| **Nearest telephone:** | |

Confidential                                                    Shatsky-JD00690-T

Confidential                                           Shatsky-JD00691-T

**Part 3: Family table:**   * Single *

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Idris Muhammad Yahya Abd al-Majid al-Shaludi | Father | Redacted .1969 | Tawjihi | Laborer | Married | Silwan |
| 2 | | Mother | | University | Housewife | Married | |
| 3 | | Brother | | University | Student | Single | |
| 4 | | Sister | | Engineering | Student | Single | |
| 5 | Redacted | Brother | Redacted | 11 | Student | Single | Redacted |
| 6 | | Sister | | 9th | Student | Single | |
| 7 | | Sister | | 4th | Student | Single | |

**Number of dependents:**

**If married: the wives and minor children:** Wife

**If single: the parents and the minor siblings:**

**Notes concerning the family table:** The family consists of the martyr's parents + three student sisters + two student brothers, one of whom, studies in Hebron University.

Confidential                                           Shatsky-JD00691-T

Confidential                                                    Shatsky-JD00692-T

**Recommendation of the Department:**

The case should be confirmed according to the regulations and the necessary steps, as the martyr's parents are alive.

Date: 2.10.2015                                    Signature: Amuna Hijazi

**Decision of the establishment's director**: (   Jerusalem   )

I recommend that the case will be confirmed as a martyr of Al-Aqsa Martyrs as of the date of his martyrdom, and the President's honorary payment will be added to his first allowance.
The beneficiary for the martyr is his father, Idris Muhammad Yahya Abd al-Majid al-Shaludi, I.D. number <sup>Redacted</sup>7395, and the number Redacted

Date 2.10.2015                                    Signature: Ibrahim Faqusa

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Jerusalem Increment | Total in Shekels |
|-------|------|----------|--------|--------|--------------------|------------------|
| 1400  |      |          |        |        | 300                | 1700 Shekels     |

Other increments: _____

Total in dinars: _____

Total in shekels: _____

**Confirmation of the director general**:

He is confirmed as a martyr of the Al-Aqsa Intifada as of 11.1.2015 and will receive a martyr payment of 1700 Shekels a month according to the regulations, in addition to a President's honorary payment of 6000 shekels which will be added to the first allowance [illegible].

**Audit's notes**:                    **Date:** 2.10.2015        **Signature** [handwritten signature]

√ with acceptance of the recommendation.
[handwritten signature]

**Computerized notes:**              **Date: 2.17.2015**            **Signature:**

_____

_____

Confidential                                                    Shatsky-JD00692-T

Confidential                                         Shatsky-JD00693-T

Social Security General Institution

Department for Financial Affairs

| Emblem of the Jordanian Kingdom |

Section for Salaries of Old-Age Retirement

**Certification of Entitlement to Retirement Pension**

**"Old Age"**

**Important note:** Kindly read the details written on the back of the certification carefully before filling it in.

Insurance number: | | | | | | | | |

| Name of retiree: The deceased Abdel Rahman Idris Muhammad Yahya al-Shaludi | Address: |
|---|---|
| Transfer to bank: | |
| Card number: | Post Office Box:          Telephone: |

**Family members entitled to sustenance:**

| Name of entitled: | Relationship: | Date of birth: | Profession / family status |
|---|---|---|---|
| 1.Idris Muhammad Yahya Abd al-Majid Shaludi | Father | Redacted/1969 | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

1.  I, the undersigned, testify that all the information provided above is correct, is truthfully represented, and I take full responsibility in the event that the information is found to be different or inaccurate based on the rulings of the social security law and I will provide evidence to support this.

         Date:                    Signature:

2.  I viewed the documents provided that support their content, and signed them.

| In the event the certification is confirmed by the mukhtar and the administrative governor | In the event the certification is confirmed by the institute or one of its branches or offices |
|---|---|
| **Signature of mukhtar** | Name of clerk:   Signature: [Handwritten signature and illegible stamp] |
| **Authentication of administrative governor** | **Signature of direct chairman:** [Handwritten signature and illegible stamp] |
| **Seal** | Stamp: |
| 150 Fils Stamps | |

Confidential                                         Shatsky-JD00693-T

Confidential                                                                  Shatsky-JD00694-T

**Ministry of the Interior [Hebrew]**                 **State of Israel [Hebrew]**
**Ministry of the Interior [Arabic]**                 **State of Israel [Arabic]**
**Ministry of the Interior [English]**                **State of Israel [English]**

[in handwritten
Arabic] Death
Certificate Shaludi



# Death Certificate

Family name   Shaludi                      First name            Abdel Rahman

Father's first name   Idris                Mother's first name   Anas

First name of paternal grandfather: Muhammad Yahya    ID number    Redacted 317 1

Gender      Male                           Religion              Muslim

Nationality   Arab                         Gregorian date of birth   Redacted    1993

Family status   Single                     Gregorian date of death   October 23, 2014

Date of Birth (Hebrew calendar) Redacted  5754

Date of Death (Hebrew calendar) Tishrei 29, 5775

Place of Death  Jerusalem

Reason of death



**I hereby confirm that the death was registered in the death registry**

**The certificate was issued in accordance with §30 of the Population
Registry Law, 5725-1965**

**At the Population and Immigration Office in Jerusalem – East**

On 10 Heshvan, 5775              November 3, 2014

Suleiman Mustafa, Branch Head        [stamp: State of Israel Ministry of
[handwritten signature]              Interior]

**Clerk name and signature**          **Bureau stamp**


To:

**The family of**        Shaludi        Idris

Salah A-Din Str.                        P.O.B. 20309

Jerusalem 9711000


Confidential                                              Shatsky-JD00694-T

CONFIDENTIAL Shatsky-JD00695-T

*Al-Shaludi Burial Authorization [handwritten Arabic]*

| [Emblem- Ministry of Health] | [Emblem] | [Emblem- Ministry of Health] |
|---|---|---|

**MINISTRY OF HEALTH**

**The National Center of Forensic Medicine**

Affiliated to the Sackler Faculty of Medicine
Tel Aviv University

67 Ben Zvi Rd., P.O. Box 8495, 6108401, Tel-Aviv

ISRAEL

Tel: 03-5127878 Fax: 03-5184059

**MINISTRY OF HEALTH**

**The National Center of Forensic Medicine**

Affiliated to the Sackler Faculty of Medicine
Tel Aviv University

67 Ben Zvi Rd., P.O. Box 8495, 6108401, Tel-Aviv

ISRAEL
[Hebrew]

## The State of Israel – Ministry of Health

### Burial Permit

| | | | |
|---|---|---|---|
| Burial permit number: | 3/1122 | Year: | 2014 |
| ◉ID ◉Personal ◉Passport | Redacted 317-1 | | |
| Family Name: | Shaludi | First Name | Abdel Rahman |
| Father's Name: | Idris | | |
| Address: | Silwan | | Jerusalem |
| Date of Birth: | Redacted .1993 | Date of Birth: | 1993 |
| Religion | Muslim | Gender ◉ Male ◎ Female | |
| Hebrew Date of Death: | | Gregorian Date of Death: | 10.23.2014 |
| Place of burial: | Jerusalem | | |
| Name of senior physician | Dr. Anat Gipas | | |

Date released: 10.26.2014

## The National Center of Forensic Medicine

**Lead Ambulance:** Holon

**Assistant Prosecutor Signature**
[handwritten signature: Amir]

Date produced: 10.25.2014  Production time: 12:20       PAGE 1 OF 1

CONFIDENTIAL                                          Shatsky-JD00695-T

CONFIDENTIAL                                                    SHATSKY-JD00696-T

Redacted

**State of Israel**                    Identification Card
**Ministry of the Interior**

                           [Illegible number]
[Blurry]                   Shaludy
[Blurry]                   Idris
[Blurry]                   Muhammad
                           Yahya
[Blurry]                   Aisha
[Blurry]                   Abdel Majid
[Blurry]                   Redacted .1969
[Blurry]                   Israel
[Blurry]                   Male          [Blurry]

[Blurry]                   East Jerusalem    11.04.2013      Permit for permanent
[Blurry]                                                     residence


[Blurry]                   [Blurry]           Redacted 739 3
[Blurry]                   Shaludi
[Blurry]                   Abdel Rahman
[Blurry]                   Male               [Blurry] Redacted 317 1
[Blurry]                   Redacted 1993
[Blurry]

CONFIDENTIAL                                                    SHATSKY-JD00696-T

CONFIDENTIAL                                    SHATSKY-JD00697-T



CONFIDENTIAL                                    SHATSKY- JD00697-T

Confidential                    [Seal: The Shari'          Shatsky-JD00698-T
                                Court in Jerusalem
                                (Hebrew+Arabic)]

**The State of Israel**        Marriage    Marriage    **The State of Israel**
                               contract [in Contract
Ministry of Religious Services Arabic]     [Hebrew]    Ministry of Religious Services

[Arabic]                       [illegible]  [illegible]  [Hebrew]        No. 06152

| Details | | The Husband | | The Wife | |
|---|---|---|---|---|---|
| Full name | | Idris Muhammad Yahia Abdel Majid al-Shaludi | | Redacted | |
| ID No. | | [Illegible] | | | |
| Denomination | | Muslim | | | |
| Date of Birth | | Redacted 1979[*] | | | |
| Occupation | | Laborer | | | |
| Education (years of schooling) | | [Illegible] | | | |
| Family status (before marriage) | | [Illegible] | | | |
| Place of residence before marriage | | [Illegible] | | | |
| Place of residence after marriage | | [Illegible] | | | |
| Date of wedding | | [Illegible] | | | |
| Place that wedding occurred in | | [Illegible] | | | |
| Documents proving age and impediments to marriage | | [Illegible] | | | |
| The dowry and a description of the dowry | | [Illegible] | | | |
| Permissible means of payment | | [Illegible] | | | |
| The two parties to the marriage contract | | [Illegible] | | | |
| Witnesses at marriage contract | | [Illegible] | | | |
| Special conditions of one of the parties | | [Illegible] | | | |
| Guarantee of marriage conditions | | [Illegible] | | | |

| Me | | The marriage officiant at: | | I arrange the conditions in accordance with the details stated above | |
|---|---|---|---|---|---|
| Name of personal acquaintance | Name of personal acquaintance | Authorized Representative's Witnesses | Witnesses during arrangement of conditions | The husband or his authorized representatives | The wife or her authorized representatives |
| | [handwritten signature] | [handwritten signature] | [handwritten signature] | [handwritten signature] | [handwritten signature] |
| | Condition guarantor | [handwritten signature] | | | |
| | I received the form that is relevant to me: [handwritten signature] | | | | |
| | Marriage officiant's signature | | [rubbed off stamp] | | |
| | This form is only in force after being signed by the marriage officiant and stamped with the stamp of [Illegible] [stamp – Illegible] | | | | |

Confidential                                            Shatsky-JD00698-T

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

Plaintiffs,

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

Defendants.

Case No. 18-cv-12355 (MKV)

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel).  I read Arabic, Hebrew, and English fluently, and I am qualified to translate from Arabic into English and from Hebrew into English.

2.      I certify that the attached documents are true and accurate translations of the Arabic and/or Hebrew originals with the corresponding Bates numbers.  The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability.  Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 28, 2021

Yaniv Berman

2

# Original

بســم اللـه الرحمـن الرحـــيم

**PALESTINIAN LIBERATION ORGANIZATION**

**M'S F . & I . C . E .**



منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء و الجرحى

# بحث اجتماعي

الحالة : شهيد أقصى

| | |
|---|---|
| الاسم : | عبد الرحمن ادريس محمد يحيى الشلودي |
| الرقم المحلي: | الرقم المركزي: |
| المحافظة : | القدس |
| التاريخ : | ٢٠١٥/٢/١٠م |

Ramallah  ·  Tel / fax : 02   2986268

رام الله – تلفاكس  –  ٢٩٨٦٢٦٨ – ٠٢

القدس – تلفاكس  :  ٢٧٩٨٤٣٣ – ٠٢

CONFIDENTIAL

Shatsky-JD00689

CONFIDENTIAL
Shatsky-JD00690

<u>أولا : معلومات ذاتية :</u>

الرقم الحصى :

رقم مركزي :

اسم الحالة :   **عبد الرحمن ادريس محمد يحيى الشلودي**   الاسم الحركي :

الجنسية :   فلسطينية   رقم الهوية :   ٩١٣٠١٠ Redacted

اسم المستفيد ( رباعي ) :   ادريس محمد يحى عبد المجيد الشلودي   رقم الهوية :   ٥٣٧٣٥ Redacted

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم الكامل :   **اياس ربحي سعيد الشلودي**   رقم هوية الأم :   ٠٢٨٣٢٤١٠١

رقم هوية الزوجة :

تاريخ ومكان الميلاد :   ٥٥٥٥م القدس Redacted   البلد الأصلي :   الخليل

المدينة :   مسلم   الجنس :   ذكر   حالة الاجتماعية :   أعزب

العمل السابق :   عامل   العمل الحالي :

مؤهل العلمي :   توجيهي

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

<u>ثانيا : معلومات إدارية :</u>

الرتبة العسكرية :   مناضل   الرتبة التنظيمية :

كتاب اعتماد الرتبة :   رقم :   تاريخ :

تطورات المحتصة السابق :   حالي :   التعديلات :

التنصيب التابع به :   القطاع :

تاريخ الالتحاق بالثورة :   التعيين :   عسكريا :   فرعها :

الدورات التي اجتازها :

تاريخ ومكان احداث :   ٢٢ /١٠/ ٢٠١٤م النقلة الفرنسية .

كيفية حدوث حادث :   استشهد رحمه الله خلال قيامه بعملية دهس مجموعة من المستوطنين بمدينة القدس / التلة الفرنسية أودت بحياة مستوطنين واصابة ٦ أخرين مما جعل أحد المستوطنين يطلق عليه النار فورا"حال نزوله من سيارته فاستشهد على الفور .

موجز سيرتة الذاتية :   الشهيد من مواليد القدس بتاريخ ١٩٩٣م Redacted درس للمرحلة الثانوية بمدارس القدس ثم مدرسة اليتيم العربي وتخصص فندقه ،اعتقل عدة مرات وتقدم لامتحانات التوجيهي بالسجن وانهمه بنجاح .

سكن الأسرة :

الإيجار الشهري:   ملك

العنوان الكامل :

أقرب تلفون :

Redacted

CONFIDENTIAL
Shatsky-JD00690

CONFIDENTIAL

Shatsky-JD00691

ثالثا : الجدول الأسري : * أعزب *

1. المتزوج : يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة
2. الأعزب : يسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| العنوان | الحالة الاجتماعية | المهنة | المستوى العلمي | تاريخ الميلاد | العلاقة الاجتماعية | الأسم | مسلسل |
|---|---|---|---|---|---|---|---|
| سنوان | متزوج | عامل | توجيهي | Redacted ١٩٦٩، | أب | ادريس محمد يحيى عبد المجيد الشلودي | ١. |
| Redacted | متزوجة | ربة بيت | جامعه | Redacted | أم | Redacted | ٢. |
| | أعزب | طالب | جامعه | | أخ | | ٣. |
| | عزباء | طالبة | هندسة | | أخت | | ٤. |
| | أعزب | طالب | ١١ | | أخ | | ٥. |
| | عزباء | طالبة | تاسع | | أخت | | ٦. |
| | عزباء | طالبة | رابع | | أخت | | ٧. |

عدد المعالين:

- المتزوج الزوجات والأبناء القصر: زوجة

- الأعزب الوالدين والإخوة القصر:

ملاحظات على الجدول الاسري:..تتكون الاسرة من والدي الشهيد + ٣ أخوات طالبات + أخوة ٢ طلاب أحدهم يدرس

بجامعة الخليل ............................................................................

CONFIDENTIAL

Shatsky-JD00691

CONFIDENTIAL

Shatsky-JD00692

**توصية القسم :**

أوصي باعتماد الحالة حسب النظام واجراء اللازم حيث أن للشهيد والدين على قيد الحياة .

التاريخ :   ٢٠١٥/٢/١٠                                        التوقيع: أمونة حجازي

**قرار مدير المؤسسة : (القدس)**

أوصي باعتماد الشهيد من شهداء الاقصى من تاريخ استشهاده وكذلك اضافة مكرمة الرئيس على أول مخصص ، المستفيد عن الشهيد والده ادريس محمد يحيى عبد المجيد الشلودي رقم هويه (٧٣٩٥Redacted   ) ورقم

Redacted

التاريخ :  ٢٠١٥/٢/١٠م                              التوقيع. ابراهيم فقوسه

**حساب المخصص :**

| أساسي | زوجة | أولاد | أب | أم | علاوة القدس | المجموع بالشيكل . |
|---|---|---|---|---|---|---|
| ١٤٠٠ | ............. | ............. | ............. | ............. | ٣٠٠ | ١٧٠٠ شيكل |

علاوات أخرى : ............................................................................

المجموع بالدينار : ...........................................................................

المجموع بالشيكل : ...........................................................................

**اعتماد المدير العام :**

*(handwritten text)*

**ملاحظات التدقيق :**

*(handwritten text)* ... جع المراقبة على الترميه

التاريخ ٢٠١٥/٤/١٠ م   التوقيع *(handwritten)*

**ملاحظات الحاسب الآلي :**         ١٧/٤/٥ م
التاريخ *(handwritten)*   التوقيع *(handwritten)*

CONFIDENTIAL

Shatsky-JD00692

CONFIDENTIAL
Shatsky-JD00693



• المؤسسة العامة للضمان الاجتماعي.

دائرة الشؤون المالية

قسم رواتب تقاعد الشيخوخة

## شهادة استحقاق راتب تقاعد

« الشيخوخة »

رقم التأمين

ملاحظة هامة : يرجى قراءة البيانات المدونة خلف الشهادة بدقة قبل تعبئتها .

| | |
|---|---|
| اسم المتقاعد المرحوم عبد الرحمن ادريس | العنوان |
| البنك المحول إليه: جمعية الكويت | |
| رقم البطاقة : | ص . ب : هاتف : |

### الأفراد العائلة المستحقين للإعالة :

| المهنة/ الوضع العائلي | تاريخ الميلاد | صلة القرابة | اسم المستحق |
|---|---|---|---|
| | Redacted | | |
| | ١٩٦٩ | اب | ١) ادريس محمد عبد ... |
| | | | ٢) سلوى |
| | | | ٣) |
| | | | ٤) |

١) أشهد أنا الموقع ادناه بأن جميع المعلومات الواردة اعلاه صحيحة وتمثل الواقع واتحمل المسؤولية الكاملة في حالة إثبات مخالفتها أو عدم صحتها استناداً لأحكام قانون الضمان الاجتماعي وأقدم الإثبات المؤيد لذلك .

التوقيع          التاريخ

٢) اطلعت على الوثائق المقدمة والمؤيدة لما ورد فيها وأوقع عليها

| في حالة تصديق الشهادة من المؤسسة أو أحد فروعها أو مكاتبها | في حالة تصديق الشهادة من المختار والحاكم الإداري |
|---|---|
| اسم الموظف : | توقيع المختار |
| توقيع الرئيس المباشر | مصادقة الحاكم الإداري |
| | الختم |

| ١٥٠ فلس |
|---|
| الطوابع |

CONFIDENTIAL
Shatsky-JD00693

CONFIDENTIAL

Shatsky-JD00694

شهادت الوفاة الشهداء

# תעודת פטירה

| | | | | | |
|---|---|---|---|---|---|
| שם המשפחה | **שלודי** | | שם חפרטי | **עבד אלרחמאן** | |
| שם הפרטי של האב | **אדריס** | | שם הפרטי של חאם | **אנאס** | |
| שם הפרטי של אבי האב | **מוחמד יחיא** | | | | |
| חמין | **זכר** | | מספר הזהות | **1 317** Redacted | |
| הלאום | **ערבי** | | חדת | **מוסלמי** | |
| המצב חאישי | **רווק** | | | | |
| תאריך חלידה חעברי | **התשנ"ד** Redacted | | תאריך חלידה תגרינוריאני | **1993** Redacted | |
| תאריך חפטירה חעברי | **כ"ט בתשרי התשע"ה** | | תאריך חפטירה תגרינוריאני | **23 באוקטובר 2014** | |
| מקום חפטירה | **ירושלים** | | | | |
| סיבות חפטירה | | | | | |

הנני מאשר כי הפטירה נרשמה בפנקס הפטירות

התעודה ניתנה בהתאם לסעיף 30 לחוק מרשם האוכלוסין תשכ"ה - 1965

בלשכת רשות האוכלוסין וחהגירה בים - מזרח

בתאריך  י' בחשון התשע"ה       3 בנובמבר 2014

סלימאן מוסטפא
ראש צוות

שם וחתימת הפקיד

חותמת חמשרד

| | | | |
|---|---|---|---|
| לכנוד | | | |
| משפחת | **שלודי** | | אדריס |
| צלאח אל דין | | | ת"ד  20309 |
| ירושלים | 9711000 | | |

CONFIDENTIAL

Shatsky-JD00694

  

**MINISTRY OF HEALTH**
**The National Center of Forensic Medicine**
Affiliated to the Sackler Faculty of Medicine
Tel-Aviv University

67 Ben Zvi Rd., P.O.Box 8495, 6108401 Tel-Aviv
ISRAEL                    FAX: 03-5184059    TEL 03-5127878

משרד הבריאות
המרכז הלאומי לרפואה משפטית
מסונף לפקולטה לרפואה ע"ש סאקלר
אוניברסיטת תל אביב

דרך בן -צבי 67, ת ד 8495, תל-אביב 6108401
ישראל

# מדינת ישראל - משרד הבריאות

## רשיון קבורה

| | | | |
|---|---|---|---|
| **שנה:** 2014 | | **מספר רשיון קבורה:** 3/1122 | |
| | | Redacted 317-1 ‏ ‏ • | |
| **שם פרטי:** עבד אלרחמאן | | **שם משפחה :** שלודי | |
| | | **שם האב:** אדריס | |
| ירושלים | | **כתובת :** סילואן | |
| **שנת לידה:** 1993 | | **תאריך לידה:** Redacted 1993 | |
| **מין:** • זכר    נקבה | | **דת:** מוסלמי | |
| **תאריך פטירה גרגוריאני:** 23/10/2014 | | **תאריך פטירה עברי:** | |
| | | **מקום הקבורה:** ירושלים | |
| ד"ר הדס גיפס | | **שם הרופא הבכיר:** | |
| **תאריך שחרור:** 26/10/2014 | | | |

## המרכז הלאומי לרפואה משפטית

| | |
|---|---|
| **חתימת עוזר/ת לפרוסקטור/ית:** | **אמבולנס מוביל:** חולון |

CONFIDENTIAL

Shatsky-JD00696







Redacted

Shatsky-JD00697

CONFIDENTIAL

Shatsky-JD00698



CONFIDENTIAL

Shatsky-JD00698

# Exhibit 27

**Palestinian National Authority**　　　　[Emblem of the Palestinian National Authority]　　　　**Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: <sup>Redacted</sup> 3171[*]　　　Four-Part Name: Abdel Rahman Idris Muhammad al-Shaludi　　　Type of Document: Palestinian ID
Date of Birth:　　　　Ministry: Jerusalem　　　　Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 7395 | Idris Muhammad Yahya al-Shaludi | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 7395 | Idris Muhammad Yahya al-Shaludi | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00225-T



GHANNAM

EX 10

K.L. 07.30.21

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| | 07/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                    Shatsky-JD00226-T

שגיאה! שם מאפייו מסמד לא ידוע.

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL                                                                 Shatsky-JD00227-T

שגיאה! שם מאפייו מסמד לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 2400 |
| 05/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 2400 |
| 06/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 07/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 08/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 09/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 10/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 11/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 12/1/2020 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 01/1/2021 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 02/1/2021 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 03/1/2021 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |
| 04/1/2021 | Redacted 7395 | Idris Muhammad Yahya al-Shaludi | 1700 |

CONFIDENTIAL

Shatsky-JD00228-T

שגיאה! שם מאפיין מסמך לא ידוע.

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                           Plaintiffs,

                                      Case No. 18-cv-12355 (MKV)

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                           Defendants.

## DECLARATION OF YANIV BERMAN

       I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

       1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am qualified to translate from Arabic into English.

       2.      I certify that the attached documents are true and accurate translations of the Arabic originals designated as "Shatsky-JD00012" through "Shatsky-JD00534." The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

       3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability. Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 24, 2021

Yaniv Berman

Original

**Palestinian National Authority**



السـلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



البيانات الشخصية

| | | | | | | |
|---|---|---|---|---|---|---|
| نوع الوثيقة | هوية مقدسية | الاسم وكما في الوزارة | عبد الرحمن الريس محمد الشلودي القدس | الاسم رباعي | ٢١٧١ Redacted | البطاقة الشخصية |
| الجنس | ذكر | | | | | تاريخ الميلاد |

الدرجـــات

| الى تاريخ | من تاريخ | اللغة | الدرجة | المعلم |
|---|---|---|---|---|
| | Redacted | غير محددة | غير محددة | سلم اسر الشهداء الجديد |

العلاوات والتنصيبات

| اسم المستفيد | رقم الهوية | المرجع | نسبة أو مبلغ | القيمة | الى تاريخ | من تاريخ | الرمز |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

بيانـــات الحالة

| نوع القرار | نوع الاعاقة | نسبة الاعاقة | الى تاريخ | من تاريخ | نوع الحــالة |
|---|---|---|---|---|---|
| | غير محدد | | | Redacted | شهيد |

بيانـــات المستفيدين

| الرقم المركزي | طبيعة القسمة | عدد الاولاد | زوجة ثانية | عدد الزوجات | قيمة النسبة | نسبة/قيمة | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | لا يوجد قسمة | | | | ١٠٠ | نسبة | | Redacted | ادريس محمد يحي الشلودي | ٧٣٩٥ Redacted |

| الرقم المركزي | رقم الصلب | الفرع | البنك | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|
| | Redacted | | | | Redacted | ادريس محمد يحى الشلودي | ٧٣٩٥ Redacted |

CONFIDENTIAL

Shatsky-JD00225

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| سبب الاعادة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| | | Redacted | |
| أستكمال المعلومات | ٠١/٠٤/٢٠٢٠ | ٠١/٠٩/٢٠٢٠ | نهاية الاعتماد |
| | | ٠١/٠٧/٢٠٢١ | نهاية الاعتماد |

بياــــــات بياـنات الراتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00226

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2023



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00227

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٣٤٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٤/٢٠٢٠ |
| ٣٤٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٥/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٦/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٧/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٨/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٩/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/١٠/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/١١/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/١٢/٢٠٢٠ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠١/٢٠٢١ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٢/٢٠٢١ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٣/٢٠٢١ |
| ١٧٠٠ | ادريس محمد يحي لثنلودي | Redacted ٧٢٩٥ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00228