# Exhibit 37

Confidential                                          Shatsky-JD00896-T

In the name of Allah, the Gracious, the Merciful

| [English] PALESTINIAN | [P.L.O. | [Arabic] PALESTINIAN |
| LIBERATION ORGANIZATION | emblem] | LIBERATION ORGANIZATION |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |
| Tubas | | Tubas |

Date: 10.20.2020

Brother Khaled Jabarin, the assistant-deputy, may Allah protect him
Blessing of the homeland

**Case Name:** Izz al-Din Shuheil Ahmad al-Masri    **Type:** [unrecognized initials]
**Central No.:** 102907    **Allowance:** 1400 Shekels

**The Necessary Procedure and the Reasons for it:** Renewal of Confirmation.

The martyr is single. The father is dead. His allowances are paid to his mother's name until the end of the confirmation on 11.1.2020. We recommend to renew the confirmation according to the regulations.

**The attached documents:** Loss of Life + Family Table.

Name and signature of the Department's Director: [Handwritten signature]

**Director's Opinion:** I confirm the [illegible] and instruct to renew the payment for the benefit of the martyr's mother, who is the beneficiary. She is [illegible]. All in accordance with the attached documents and the Establishment's regulations.

**Date:** 10.22.2020  **Signature of the Establishment Director:** [Handwritten signature]

**Procedure of the Director General:**
Renewal of the confirmation and the payment, in accordance with regulations.

**Date:** 11.2.2020    **Signature:** General Director of Allowances [signature]
**Central Procedure:** _____    **Name and Signature of the Operator:** _____
**Audit's Procedure:** _____    **Name and Signature:** _____

Tubas – Tel/Fax: 092573977                 Tubas – Tel/Fax: 092573977

Confidential                                          Shatsky-JD00896-T



CONFIDENTIAL                                                    Shatsky-JD00897-T

In the Name of Allah, the Beneficent, the Merciful

PALESTINIAN LIBERATION ORGANIZATION        [PLO emblem]        PALESTINIAN LIBERATION ORGANIZATION
                                                               [Arabic]

M'S F . & I. C. E.                                             Martyrs' Families and Injured Care Establishment

## Confirmation of Loss of Life

I, the undersigned, Fatima [illegible] Isma'il Masri, Governorate:  Tubas

Bearing the ID card number: Redacted 35435  Issued from: Tubas On: 5.21.2014

Passport number: _____-_____   Issued by: ____-____  On: ___-____

Occupation: Housewife

and the beneficiary of the Institute for the Martyrs' Families and Injured Care Establishment,
receiving an allowance on account of Izz al-Din Shuheil Ahmad al-Masri

Declare the following:

1- That I am still alive and that I enjoy all legal capacities.
2- I do not work in a governmental or semi-governmental position, and I do not
   receive any salaries from the state or its institutions
3- I reside in Palestine, and my address is Redacted my telephone number is Redacted.
4- I take full legal responsibility if the opposite turns out to be true.

The declarer: Fatima Hamid Al-Masri

Signature: [handwritten signature]

Date: 10.15.2020

I, the director of the Families of Martyrs and Wounded Bureau in the governorate of Tubas
confirm that declarations appearing above were made in my presence [cut off], verification
of the identity of the declarer, and I take full responsible for it.

Name: [illegible]  Signature: [handwritten signature]  Date: 10.15.2020  Bureau stamp:
[stamp: Palestinian National Authority, The Martyrs' Families and Injured Care Establishment]

− Item 2 of this confirmation is not applicable if the beneficiary is of a national
  martyr (the parents and the wife).
− This confirmation is valid for one year only.

El-Birah – Telephone: 02-2422468                      El-Birah – Telephone: 02-2422468

CONFIDENTIAL                                           Shatsky-JD00897-T

CONFIDENTIAL                                         SHATSKY-JD00898-T

**Part 3: Family table:**   * married   single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Name of Martyr: | Izz al-Din Shuheil Ahmad al-Masri | | | | | | | Governorate: | Tubas |
|---|---|---|---|---|---|---|---|---|---|
| **No.** | **Beneficiary's Name** | **Relationship to the case** | **DoB** | **Marital status** | **Education** | **Graduation Year** | **Profession** | **Course or training he wishes** | **Address** |
| 1 | Fatına Hafez Isma'il Masri | Mother | 1953 | Widow | Illiterate | - | Housewife | - | Aqaba |
| | Redacted | Brother | Redacted | Single | Tawjihi [General Secondary Education] | - | Works at a restaurant | - | Redacted |
| | | Sister | | Married | 8th grade | - | Housewife | - | |
| | | Brother | | Single | Tawjihi | - | Works at a restaurant | - | |
| | | Sister | | Married | Tawjihi | - | Housewife | - | |
| | | Brother | | Married | Tawjihi | - | Laborer | - | |
| | | Brother | | Married | B.A. [illegible] | - | Military man | - | |
| | | Brother | | Married | Tawjihi | - | Works at a restaurant | - | |
| | | Brother | | Married | 9th grade | - | Laborer | - | |
| | | Sister | | Married | 10th grade | - | Housewife | - | |
| | | Sister | | Married | 9th grade | - | Housewife | - | |
| | | Brother | | Married | B.A. | - | [illegible] | - | |

| **Number of dependents**: Mother |
|---|
| **If married: the wives and minor children**: |
| **If single: the parents and the minor siblings**: |
| **Notes concerning the family table**: The martyr's father died on 2.4.2020 |

CONFIDENTIAL                                         SHATSKY-JD00898-T

CONFIDENTIAL                                          Shatsky-JD00899-T

[handwritten: 906 862 628]

In the Name of Allah, the Beneficent, the Merciful

**PALESTINIAN**

**LIBERATION**                    [PLO emblem]                    **PALESTINIAN**

**ORGANIZATION**                                                 **LIBERATION ORGANIZATION**

M'S f . & I. C. E.                              Martyrs' Families and Injured Care Establishment

tubas [English]                                              tubas [Arabic]

Date: 2.17.2020

**Brother Khalid Jabarin, Deputy Assistant, May Allah preserve him and care for him**

**National greetings,**

**Case name**: Izz al-Din Shuheil Ahmad Masri        Case type:  [unknown acronym, could be Aqsa Martyr]

**Central number**: 102907                          Allowance: 1400 shekels

**Required action and reasoning**:   Transfer of disbursement

The martyr is single, the father passed away on 2.4.2020, and the mother is still alive. We recommend transferring the disbursement to the mother of the martyr (Fatima), as per regulations.

Attached documents:   Death Certificate of the Martyr's Father + the martyr's mother's (Fatima's) account number + IBAN number + photocopy of the mother's ID card + Family Table.

Name and signature of the department head: [handwritten signature]

Director's position: I recommend transferring the disbursement to the mother of the martyr due to the passing of the beneficiary, the martyr's father, in accordance with the aforementioned, as per regulations.

Date:   2.17.2020              Signature of the director of the institute: [handwritten signature]

Action of the director general:

Transfer of disbursement in the name of the martyr's mother, as per regulations

Date:   2.27.2020              Signature:  [illegible] Director General for
                                           allowances  [handwritten signature- illegible]

Main procedures: _____        Name and signature of executor: _____

Audit procedures: _____        Name and signature: _____

Tubas – Telefax: 092573977                         Tubas – Telefax: 092573977

CONFIDENTIAL                                         Shatsky-JD00899-T

Confidential                                        Shatsky-JD00900-T

**Palestinian Authority       I.D. Card**

I.D. Number: <sup>Redacted</sup> 543 5
First Name: Fatima
Father's Name: Hamed
Grandfather's Name: Ismail
Family Name: Masri
Mother's Name: Ghanima
Date of Birth: [illegible]
Place of Birth: Aqabah
Gender: Female          Religion:
Issued in: Tubas        On: [illegible]



[Illegible]

Palestinian Authority          Addendum to I.D. Card
                               I.D. No.: <sup>Redacted</sup> 543 5

Family Name: Masri
First Name: Fatima
Address: Aqabah 0 0
Marital Status: Married         Spouse I.D. No.: <sup>Redacted</sup> 271 4[*]
Spouse Name: Shuheil
Spouse I.D. No.:
Spouse Name:
Previous Family Name:
Previous First Name:

Confidential                                        Shatsky-JD00900-T

CONFIDENTIAL                                    Shatsky-JD00901-T

[English] State of Palestine        [Emblem of the Palestinian        [Arabic]  State of Palestine
Ministry of Interior                   National Authority]                Ministry of Interior
Department of Civil Affairs                                        Department of Civil Affairs

---

## Death Certificate

**I.D. No.** Redacted

**Name of the Deceased:** Redacted            **Father's Name:** Redacted

**Grandfather's Name:** Redacted             **Family Name:** Redacted

**Sex:** Redacted                            **Religion:** Redacted

**Date of Death:** Redacted

**Place of Death:** Redacted                 **Hospital:** Redacted

**Date of Birth:** Redacted                  **Nationality:** Redacted

**Marital Status:** Redacted                 **Mother's Name:** Redacted

**Address:** Redacted  0 – 0 -

---

**The details about the above-mentioned death have already been registered in the death file of the year 2020**

**by the Department of Civil Affairs in:** Redacted **on:** Redacted

---

[Round stamp: illegible]

[Rectangle stamp: Stamp of the Department]

Signature
Employee Signature
*[handwritten signature]*

CONFIDENTIAL                                    Shatsky-JD00901-T

CONFIDENTIAL                                                SHATSKY-JD00902-T

**Part 3: Family table:**   * married  single

1. If married, the names of the wives and minor children are written first, followed by the
   names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor
   siblings, and then adult siblings.

| Name of Martyr: | | Izz al-Din Shuheil Ahmad al-Masri | | | | | | Governorate: | Tubas |
|---|---|---|---|---|---|---|---|---|---|
| No. | Beneficiary's Name | Relationship to the case | DoB | Marital status | Education | Graduation Year | Profession | Course or training he wishes | Address |
| 1 | Fatma Hafez Isma'il Masri | Mother | 1953 | Widow | Illiterate | - | Housewife | - | Aqaba |
| 2 | | Brother | | Single | Tawjihi [General Secondary Education] | - | Works at a restaurant | - | |
| 3 | | Sister | | Married | 8th grade | - | Housewife | - | |
| 4 | | Brother | | Single | Tawjihi | - | Works at a restaurant | - | |
| 5 | | Sister | | Married | Tawjihi | - | Housewife | - | |
| 6 | | Brother | | Married | Tawjihi | - | Laborer | - | |
| 7 | | Brother | | Married | B.A. [illegible] | - | Military man | - | |
| 8 | | Brother | | Married | Tawjihi | - | Works at a restaurant | - | |
| 9 | | Brother | | Married | 9th grade | - | Laborer | - | |
| 10 | | Sister | | Married | 10th grade | - | Housewife | - | |
| 11 | | Sister | | Married | 9th grade | - | Housewife | - | |
| 12 | | Brother | | Married | B.A. | - | [illegible] | - | |
| **Number of dependents**: Mother | | | | | | | | | |
| **If married: the wives and minor children**: | | | | | | | | | |
| **If single: the parents and the minor siblings**: | | | | | | | | | |
| **Notes concerning the family table**: The martyr's father died on 2.4.2020[*] | | | | | | | | | |

CONFIDENTIAL                                                SHATSKY-JD00902-T

CONFIDENTIAL

RX Date/Time    11.22.2012    06:31
03-AUG-2017  12:33  From:

SHATSKY-JD00903-T

P.001

To: Redacted Page: 1/14

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

*President's Honorary Payment
Sent by fax to Diya 8.3.2018*

**Case**: Martyr

**Name**: Izz al-Din Shuheil Ahmad al-Masri

**Local number**:  453                **Central number**: 12907

**Governorate**: Jenin

**Date**: 8.15.2001

Ramallah - Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD00903-T

Confidential                                              Shatsky-JD00904-T

RX Date/Time      11.22.2012    06:31                                    Page: 2/14
03-AUG-2017  12:33  From:                                          To: Redacted

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 453 | **Central no.**: 012907 |
| **The case's name**: Izz al-Din Shuheil Ahmad al-Masri | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 2628 |
| **Beneficiary's full name**: Redacted <br> (wife, father, mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Fatma Hamed Isma'il Masri | **Mother's Identification no.**: Redacted 5435 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: Redacted .1979 Aqaba | **Place of origin**: Aqaba |
| **Religion**: Mulsim | **Sex**: Male   **Marital status**: Single |
| **Previous job**: Worked at a restaurant | **Current job**: |
| **Education**: First grade at high school | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.**: | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Hamas | **Sector**: | | |
| **Date of joining the revolution**:   **Organizationally**: | **Militarily**: | **As a full-time member**: | |

**Training courses undertaken**:

**Place and date of the incident**: 8.9.2001, West Jerusalem (Sbarro Restaurant).

**Details of the incident**: Became a martyr as a result of a martyrdom operation in West Jerusalem on 8.9.2001.

**Brief Biography**: Born in Aqaba in 1979. Studies in the elementary school, the junior high school, and until the first grade of high school in Aqaba. Worked at a restaurant [illegible]. Became a martyr as a result of a martyrdom operation in West Jerusalem

**The family's residence**: Owned:      **Rented**:      **Shared**:

**Monthly rent**: Redacted

**Full address**: Redacted

**Nearest telephone**: Redacted

Confidential                                              Shatsky-JD00904-T

Confidential

Martyr Izz al-Din Shuheil Ahmad al-Masri

Shatsky-JD00905-T

RX Date/Time        11.22.2012    06:31
03-AUG-2017  12:33  From:

P.004
To: Redacted        Page: 4/14

**Part 3: Family table:    * married  (single)**

3. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.

4. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Illiterate | Works at a restaurant | Married | Redacted |
| 2 | Fatma Hamed Isma'il Masri | Mother | Redacted).53[*] | Illiterate | Housewife | Married | Aqaba |
| 3 | Redacted | Brother | Redacted | Dead | | | Redacted |
| 4 | | Sister | | 2nd Elementary | [Illegible] | Single | |
| 5 | | Brother | | 5th Elementary | [Illegible] | Single | |
| 6 | | Brother | | 7th Elementary | Laborer | [Illegible] | |
| 7 | | Sister | | 9th | [Illegible] | [Illegible] | |
| 8 | | Brother | | 11th | [Illegible] | [Illegible] | |
| 9 | | Brother | | 10th | [Illegible] | [Illegible] | |
| 10 | | Brother | | Tawjihi | Laborer | Married | |
| 11 | | Brother | | Elementary | Laborer | Married | |
| 12 | | Sister | | Junior High | Housewife | Married | |
| 13 | | Sister | | Junior High | Housewife | Married | |
| 14 | | Brother | | Islamic Education Diploma | Laborer | Married | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: Father + mother + [erased] 1 | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                    Shatsky-JD00905-T

Confidential                                                    Shatsky-JD00906-T

| RX Date/Time | 11.22.2012 | 06:31 | | P.005 |
| 03-AUG-2017 | 12:34 | From: | To: Redacted | Page: 5/14 |

8.15.01 12:54 FAX Redacted       M'Sf&P.C.E.                                    01

*[Illegible] Aqsa Martyr / Izz al-Din Shuheil Masri*

**Recommendations of the department**:

_____

_____

_____

_____   Date: _____   Signature: _____

**Decision of the establishment's director**: (          )

_____

_____

_____

_____   Date: _____   Signature: _____

**Calculation of the allowance:**

| <u>Basic</u> | <u>Wife</u> | <u>Children</u> | <u>Father</u> | <u>Mother</u> | <u>Minor siblings</u> | <u>**Total in Dinar**</u> |
|---|---|---|---|---|---|---|
| | | | | | | |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

To be confirmed as a martyr of the Al-Aqsa Martyrs as of 8.1.2001, to be paid Redacted

_____

_____

**Audit's notes**:            **Date**: 8.15.2001        **Signature**: [signature]

_____        _____

_____        _____

_____        _____

**Computerized notes**:        Date:                Signature:

_____        _____

_____        _____

Confidential                                                    Shatsky-JD00906-T

Confidential                                                    Shatsky-JD00907-T

**RX Date/Time**     11.22.2012    06:31                                        P.003
03-AUG-2017  12:33  From:                          **To:** Redacted   **Page:** 3/14

**Recommendations of the department**:

Single / the mother is alive.

The martyr has five siblings [illegible].

We recommend to confirm the above-named martyr as a martyr of Al-Aqsa Intifada.

_____   Date: _____ Signature: _____

**Decision of the establishment's director**: (   Jenin    )

To be confirmed as a martyr of the Al-Aqsa Intifada as of 8.1.2001

_____

_____

_____   Date: 8.15.2001 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

_____

_____

**Audit's notes**:          **Date**:              **Signature**:

_____    _____

_____    _____

_____    _____

**Computerized notes**:     **Date**:              **Signature**:

_____    _____

_____    _____

Confidential                                          Shatsky-JD00907-T

Confidential                                                    Shatsky-JD00908-T

RX Date/Time    11.22.2012    06:31                                    P.006
03-AUG-2017  12:34  From:                              To: Redacted    Page: 6/14

8.15.01 12:54 FAX Redacted    M'Sf&P.C.E.                                      01

*[Illegible] Aqsa Martyr / Izz al-Din Shuheil Masri*

**Recommendations of the department**:

_____

_____

_____

_____  Date: _____  Signature: _____

**Decision of the establishment's director**: (          )

_____

_____

_____

_____  Date: _____  Signature: _____

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

To be confirmed as a martyr of the Al-Aqsa Martyrs as of 8.1.2001, to be paid Redacted

_____

_____

**Audit's notes**:          **Date**: 8.15.2001      **Signature**: [signature]

_____        _____

_____        _____

_____        _____

**Computerized notes**:     **Date**:              **Signature**:

_____        _____

_____        _____

Confidential                                        Shatsky-JD00908-T

CONFIDENTIAL                                                    Shatsky-JD00909-T

RX Date / Time          11/22/2012      06:31                                    P.008

                                                                                Page: 8/14

03-AUG-2017  12:34   From:                                          To: Redacted

In the Name of Allah, the Most Beneficent, the Most Merciful

His Honor, Islamic Judge of Tubas, May Allah Preserve Him

|                   | Redacted |
|-------------------|----------|
| **The Claimant:** |          |

**The Subject:** Request for a description on loss of life.

Peace be upon you, and may Allah bestow you with his mercy and blessings,

I would like to present myself to your honor, I am Redacted, a resident of Aqaba, and I am the father of the martyr Izz al-Din Shuheil Ahmad Masri, who became a martyr in 2001.

I would like to request of your honor to give me descriptions so that I can present them to the competent authorities as required by law.

Respectfully,

The Claimant  [handwritten signature: Shuheil Ahmad]

Based on the claim made by the aforementioned claimant, and the statement given by the said identifiers, the accuracy of the contents of this claim has been demonstrated to me, and we have decided to approve it, to be duly confirmed.

Recorder: [handwritten signature] Clerk: [handwritten signature] Judge: [handwritten signature]

[Round stamp:]

The Palestinian National Authority

Chief Judge

Islamic Court of Tubas

[Stamp:]

[Illegible]

CONFIDENTIAL                                                    SHATSKY-JD00910-T

RX Date/Time      11.22.2012        06:31                      P.009

03-AUG-2017  12:34  From:                        To: Redacted   Page: 9/14



CONFIDENTIAL                                                    SHATSKY-JD00910-T

CONFIDENTIAL                                    SHATSKY-JD00911-T
RX Date/Time   11.22.2012   06:31               P.010
03-AUG-2017  12:34   From:        To: Redacted   Page:10/14

**Name: Izz al-Din Shuheil Ahmad al-Masri**
**Part 3: Family table:   \* married ⟨single⟩**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | 6th | Works at a restaurant | Married | Redacted |
| 2 | Fatma Hafez Isma'il Masri | Mother | 1953 | Illiterate | Housewife | Married | " |
| 3 | Redacted | Brother | Redacted | Tawjihi | Works at a restaurant | | Redacted |
| 4 | | Sister | | 8th | Housewife | | |
| 5 | | Brother | | Tawjihi | Works at a restaurant | | |
| 6 | | Sister | | Tawjihi | Housewife | | |
| 7 | | Sister | | Tawjihi | N/A | | |
| 8 | | Brother | | B.A. | Military man | | |
| 9 | | Sister | | Tawjihi | Works at a restaurant | | |
| 10 | | Brother | | 9th | Laborer | | |
| 11 | | Sister | | 9th | Housewife | | |
| 12 | | Sister | | 9th | Housewife | | |
| 13 | | Sister | | B.A. | [Illegible] | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: Father and mother

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**:

**Notes concerning the family table**:

Confident                                        Shatsky-JD00911-T

Confidential                                          Shatsky-JD00912-T

Redacted

RX Date/Time   11/22/2012  06:31
03-AUG-2017   12:34  From:

To: 9022970554

P.011
Page: 11/14

Palestinian Authority    Addendum to I.D. Card
                    I.D. No.: Redacted 271 1
Family Name: Masri Shuheil
First Name:
Address: Aqabah
Redacted

Redacted

Redacted

Confidential                                          Shatsky-JD00912-T

CONFIDENTIAL                                                  SHATSKY-JD00913-T
RX Date/Time                        22/11/2012 06:31                      P.014
03-AUG-2017 12:35 From:             To: Redacted    Page: 14/14

              Palestinian National Authority            [Palestinian          ID No.
     Ministry of Health - Medical Insurance Department   Authority      [Illegible number]
                    Ramallah                             Emblem]
                                                                    Card Number
                                                         | | | | | | | |

## Registration Application

**1 - Details about the insurance owner**

| First name | Father's name | Grandfather's name | Surname |
|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted |

| Country | Address | Date of birth | Marital status | Number of companions | Country code | Area marking |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Married | Redacted | Redacted | Redacted |

| Clinic | Clinic symbol | Insurance start date Year Month Day | Insurance type | Employing institution | Place of work | Office [Stamp] Palestinian National Authority Ministry of Social Affairs [Illegible] |
|---|---|---|---|---|---|---|
| [Illegible] | Redacted | | | | | Employee's signature [Signature] |

I agree to join the governmental health insurance system and undertake to adhere to it.

Signature:................................ Date:................................

**2 - Details about the companions of the insurance owner:**

| Serial | Name | Kinship | Companion's ID No. | Date of birth | Notes |
|---|---|---|---|---|---|
| 1. | Fatma | Wife | [Illegible no.] | [Illegible] | [Illegible] |
| 2. | Redacted | Daughter | Redacted | | 03.21.2002[*] |
| 3. | | Son | | | [Illegible] |
| 4. | | Son | | | [Illegible] |
| 5. | | Daughter | | | [Illegible] |
| 6. | | Son | | | [Illegible] |
| 7. | [Illegible stamp] | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

CONFIDENTIAL                                                  SHATSKY-JD00913-T

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                              Plaintiffs,

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                              Defendants.

Case No. 18-cv-12355 (MKV)

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic, Hebrew, and English fluently, and I am qualified to translate from Arabic into English and from Hebrew into English.

2.      I certify that the attached documents are true and accurate translations of the Arabic and/or Hebrew originals with the corresponding Bates numbers. The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability. Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 28, 2021

Yaniv Berman

Original

CONFIDENTIAL
SHATSKY-JD00896

بســم اللـه الرحمن الرحيـم

**PALESTINIAN**
**LIBERATION ORGANIZATION**
M's F . & I . C . E .
tubas



منظمــة التحريـر الفلـسطينيـة
مؤسـسة رعاية أسر الشهداء و الجرحى
طوباس

التاريخ : ٢٠٢٠\١٠\٢٠

الأخ خالد جبارين الوكيل المساعد / حفظه الله ورعاه ،،،
تحية الوطن وبعد ،،،

اسم الحالة :- عز الدين شهيل احمد مصري.
الرقم المركزي :102907
نوعها : ش/ا
المخصص :1400شيقل

الإجراء المطلوب والأسباب :- تجديد الأعتماد .

الشهيد أعزب ، الوالد متوفى نصرف مخصصاته باسم والدته نهاية الاعتماد ١١\١١\٢٠٢٠ نوصي بتجديد
الاعتماد حسب النظام

الوثائق المرفقة :- تفقد حياة+الجدول الأسري.

اسم وتوقيع رئيس القسم :

رأي المدير :

التاريخ :    \١٠\٢٠    توقيع مدير المؤسسة :

إجراء المدير العام :

التاريخ :    \١١\٢٠
الإجراء المركزي :
إجراء التدقيق :

التوقيع :
اسم وتوقيع المنفذ :
الاسم والتوقيع :

CONFIDENTIAL
SHATSKY-JD00896

بسم الله الرحمن الرحيم



PALESTINIAN LIBERATION ORGANIZATION
الفلسطينية
لجنة التحرير

Mᵗ، F .&I. C. E.
إسـة رعاية ⬤ حصر الشهداء و الجرحى

**اقرار تاكد حياة**

لسرح لنا ⬤ الموقع ادناه :.نـاجـحـة ................... اسماعـيـل ................ المحافظه :................

حامل هويـ⬤ ــ شخصيه رقم: .......٥٤٣٥...... Redacted ......صادرة من: .................. بتاريخ ٢١ / ٥ /٢٠٠٤

جواز سفر    رقم : ....................................صادرة من : ........ ....... بتاريخ /  /

المهنة :.. ــ ربـه منزل .......

والمستفيد/ة ⬤ من مؤسسة رعايه اسر الشهداء والجرحى بمخصص عن/ عبـدالديـن .............. عائلة احمد .............

اقر بالتالي :

١ –انني مـا زلت على قيد الحياه وامتع بكامل الصلات الشرعيه والقانونيه .

٢ – لا احصـل بوظيفه حكوميه او شبه حكوميه ولا اتقاضي اي رواتب من الدوله او من مؤسساتها.

٣ –مقيم قـي قلسطين وعنواني ...... Redacted ...... Redacted .... تلفون رقم .

٤ –اتحمل كافة المسؤليه القانونيه اذا تبين خلاف ذلك .

المصرح :.جـال .................
التوقيع : ..................
التاريخ : ..١٥.......٢٠٦

انا مدير مكتب اسر الشهداء والجرحى في محافظة ..جـوابـس......... ان البيانات اعلاه قد حررت بوجودي با

التاكد من هويه المصرح واتحمل كافة المسؤولية عنها .

الاسم :............ التوقيع:............ التاريخ:......١٥/١٥..... ختم المكتب :..........

–يستثنى البند ٢ من هذا الاقرار اذا كان المستفيد عن شهيد/ة وطن (الوالدين والزوجه) .

–هذا الاقرار صالح لمده عام فقط .

CONFIDENTIAL
SHATSKY-JD00898

ثالثاً: الجدول الأسري: * متزوج د*أعزب

- المتزوج: يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة.
- الأعزب: يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج.

| الرقم | اســـم المستفيد | الصلة بالحالة | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي والتخصص | سنة التخرج | المهنة | الدورة أو التدريب الذي ورهب | العنوان |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted | أم | ٢٥ـ٩ـ١ | ارملة | ا معة | ✓ | ربة منزل | ✓ | قطايا |
| | Redacted | زوجة | Redacted | ا مزارع | توجيهي | ✓ | عامل وملعم | ✓ | Redacted |
| | | زوجة | | مز ومه | ثامنة | ✓ | ربة منزل | ✓ | |
| | | زوجة | | ا مزارع | توجيهي | ✓ | عامل وملعم | ✓ | |
| | | زوجة | | مز وجه | توجيهي | ✓ | ربة منزل | ✓ | |
| | | زوجة | | منزوج | توجيهي | ✓ | عامل | ✓ | |
| | | زوجة | | منزوج | دراسات شرعيه | ✓ | عسكري | ✓ | |
| | | زوجة | | منزوج | متوجهي | ✓ | عامل وملعم | ✓ | |
| | | زوجة | | تا سع | منزوج | ✓ | عامل | ✓ | |
| | | زوجة | | تاسع | منزومه | ✓ | ربة منزل | ✓ | |
| | | زوجة | | تا سع | منزومه | ✓ | ربة منزل | ✓ | |
| | | زوجة | | منزوج | بكالريوس | ✓ | مهندس | ✓ | |

عدد المعالين : ........................
المتزوج: الزوجات والأبناء القصر: .......................
الأعزب: الوالدين والأخوة القصر : .......................
ملاحظات على الجدول الأسري: ...........................

CONFIDENTIAL
SHATSKY-JD00898

CONFIDENTIAL
SHATSKY-JD00899

بسم الله الرحمن الرحيم

9 c 6    8 6 8   6 8 8



**PALESTINIAN**

**LIBERATION ORGANIZATION**

M's F . & I . C . E .

tubas

منظمـة التحريـر الفلسطينيـة

مؤسسـة رعاية أسـر الشهداء و الجرحى

طوباس

التاريخ : 17/2/2020

الأخ خالد جبارين الوكيل المساعد / حفظه الله ورعاه ،،،

تحية الوطن وبعد ،،،

اسم الحالة :- عز الدين شهيل احمد مصري.                نوعها : ش/ا

الرقم المركزي :102907                                المخصص :1400شيقل

الإجراء المطلوب والأسباب :- تحويل للصرف .

الشهيد أعزب ، توفي الوالد بتاريخ ٢٠٢٠/٢/٤ ، الوالدة على قيد الحياة ، نوصي بتحويل الصرف باسم والدة الشهيد (فاطمة) حسب النظام.

الوثائق المرفقة :- شهادة وفاة الوالد+رقم حساب والدة الشهيد (فاطمة)+رقم الايبان+صورة هوية الأم +الجدول الأسري.

اسم وتوقيع رئيس القسم :

رأي المدير :

التاريخ : توقيع مدير المؤسسة: امام

إجراء المدير العام :

التاريخ :                          التوقيع :

الإجراء المركزي :                  اسم وتوقيع المنفذ :

إجراء التدقيق :                    الاسم والتوقيع :

tubas – Tel Fax: ٠٩٢٥٠٧٣٩٧٧                        طوباس– تلفاكس : ٠٩٢٥٠٧٣٩٧٧

CONFIDENTIAL
SHATSKY-JD00899

CONFIDENTIAL

SHATSKY-JD00900



SHATSKY-JD00900

State of Palestine
Ministry of Interior
Department of Civil Affairs

دولـــــــة فلـــــطين
وزارة الداخليـــــــــة
مديرية الأحوال المدنية

شـهادة وفـاة
**Death Certificate**

| | |
|---|---|
| Redacted | رقم الهوية<br>Id No. |
| Redacted | إسم المتوفى<br>Name |
| Redacted — إسم الأب<br>Father's name | إسم الجد<br>G.F.'s name |
| امم العائلة<br>Family name | |
| الديانة<br>Religion | الجنس<br>Sex |
| Redacted | تاريخ الوفاة<br>D. of death |
| Redacted — المستشفى<br>Hospital | مكان الوفاة<br>P. of death |
| الجنسية<br>Nationality | تاريخ الميلاد<br>D. of birth |
| إسم الأم<br>M.'s name | الحالة المدنية<br>M. status |
| - 0 - 0 | العنوان<br>Address |

إن التفاصيل المدونة بوفاة المذكور أعلاه أدرجت في سجل الوفاة لسنة 2020

2020

The details about the above mentioned death have already been registered in the death file of year 2020

Redacted   بتاريخ   Redacted   من قبل مديرية الأحوال المدنية بـ

by Department of Civil Affairs in   Redacted   On   Redacted

توقيع
الموظف المختص

**Employee Signature**

ختم الدائرة
**Seal**

CONFIDENTIAL

SHATSKY-JD00902

**الجدول الاسري: "متزوج د اعزب"**

١- المتزوج: يسجل الزوجات والابناء القصر اولا ثم الابناء فوق من الانتاج ثم الوالدين والاخوة.

٢- الاعزب: يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق من الانتاج.

اسم الشهيد/ة: _____ عن الرشا سهيل احمد لمهرب

| العنوان | الدورة او التدريب الذي يرغب | المهنة | سنة التخرج | المؤهل العلمي والتخصص | الحالة الاجتماعية | تاريخ الميلاد | العلاقة بالعلة | اسم المستفيد | الرقم |
|---|---|---|---|---|---|---|---|---|---|
| عقابا | ✓ | ربة منزل | ✓ | امية | ارملة | ١٩٥٥ | ام | خاطبة حافظ اسماعيل علي | ١ |
| Redacted | ✓ | عاملة معلم | ✓ | توجيهي | اعزب | Redacted | متوفى | Redacted | ٢ |
| | ✓ | ربة منزل | ✓ | تاسعة | متزوجة | | متزوجة | | ٣ |
| | ✓ | عاملة معلم | ✓ | توجيهي | اعزب | | متزوج | | ٤ |
| | ✓ | ربة منزل | ✓ | توجيهي | متزوجة | | متزوجة | | ٥ |
| | ✓ | عامل | ✓ | توجيهي | متزوج | | متزوج | | ٦ |
| | ✓ | عسكري | ✓ | دبلوم متوسط | متزوج | | متزوج | | ٧ |
| | ✓ | عامل معلم | ✓ | توجيهي | متزوج | | متزوج | | ٨ |
| | ✓ | عامل | ✓ | تاسع | متزوج | | متزوج | | ٩ |
| | ✓ | ربة منزل | ✓ | عاشر | متزوجة | | متزوجة | | ١٠ |
| | ✓ | ربة منزل | ✓ | تاسع | متزوجة | | متزوجة | | ١١ |
| | ✓ | مدرس | ✓ | بكالوريوس | متزوج | | متزوج | | ١٢ |

عدد المعالين : .................

المتزوج: الزوجات والابناء القصر: .................

الاعزب: الوالدين والاخوة القصر : .................

ملاحظات على الجدول الاسري: .................

SHATSKY-JD00902



**Palestinian National Authority**

**Ministry of Social Affairs**

**M's F. & I. C. E.**

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

وزارة الشؤون الاجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

# بحث اجتماعي

الحالة : ( شرحبيل )

الاسم : عز الدين شرحبيل أحمد صبرى

الرقم المحلي : ٢٥٥ك   الرقم المركزي : ١٢٩٧

المحافظة : جنين

التاريخ : ٢٠٠١/٨/١٥ م

---

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL                                                    SHATSKY-JD00903

CONFIDENTIAL
SHATSKY-JD00904
P.002

RX Date/Time          22/11/2012     06:31
03-AUG-2017 12:33 From:                          To: Redacted          Page:2/14

## أولا : معلومات ذاتية :

الرقم المحلي : ٢٥٢                    الرقم المركزي : ٦٩٦٢

اسم الحالة : عبد الرحيم شبول أحمد معري          الاسم الحركي : ٦٦٢ ج  Redacted

الجنسية : فلسطيني                    رقم الهوية : Redacted    Redacted

اسم المستفيد رباعي
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )          رقم الهوية : Redacted

اسم الأم كامل : خالدة حامد اسماعيل معري          رقم هوية الأم : ٥٢٥٥٥   Redacted

اسم الزوجة :                    رقم هوية الزوجة :

تاريخ ومكان الميلاد : ١٩٧٥ عكابس  Redacted          البلد الأصلي : عكابس

الديانة : مسلم                    الجنس : ذكر          الحالة الاجتماعية : أعزب

العمل الحالي : عامل في مطعم

المؤهل العلمي : أول ثانوي/          العمل السابق :

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

## ثانياً : معلومات ادارية :

الرتبة العسكرية :                    الرتبة التنظيمية :

كتاب إعتماد الرتبة :                    رقم :          تاريخ :

تطورات المخصص السابق :                    الحالي :          التعديلات :

التنظيم التابع له : حماس          القطاع :

تاريخ الالتحاق بالثورة :                    تنظيما :          عسكريا :          تفرغا :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ١٨١٩ ١٠.١٠.٢٠١٦ القدس الغربية (مطعم سبارو)
كيفية حدوث الحادث : استشهد أثناء عملية استشهادية بوسط القدس الغربية
مارس ١٨١٩ ٢٠.١٠.١٦

## موجز سيرته الذاتية :

ولد عفا بعكابس ١٩٧٥ ويتابع اسمه الابتدائي والاعدادية من الاول ثانوي
لم يدرست عكابه د يعمل مطعم لبست حبيسم ،استشهد خلال عمليةاستشهار
في القدس الغربية

سكن الأسرة :( ملك )          ايجار :          مشترك :

الإيجار الشهري :                    Redacted

العنوان الكامل :          Redacted

أقرب تلفون :          Redacted

CONFIDENTIAL
SHATSKY-JD00904

CONFIDENTIAL
**Rx Date/Time**   22/11/2012   06:31
03-AUG-2017 12:33 From:
To: Redacted   Page:4/14

ثالثاً : الجدول الأسري :   ★ متزوج ★ أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة .
٢- الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | | سادس ابتدائي | Redacted | أب | Redacted | ١ |
| عمان | فزوج | بريتيت | دبلوم | Redacted | أم | خاله أمها هاي ابراهيم | ٢ |
| Redacted | | | | Redacted | أخت | Redacted | ٣ |
| عزب | | جامعي | | | أخت | | ٤ |
| | عزب | خامس ابتدائي | | | أخ | | ٥ |
| | | بي ابتدائي | | | أخ | | ٦ |
| | | تاسع | | | أخت | | ٧ |
| عزب | | الخامس | | | أخ | | ٨ |
| | | السادس | | | أخت | | ٩ |
| | متزوج | تاجي | توجيهي | | أخ | | ١٠ |
| | متزوج | عامل | ابتدائي | | أخت | | ١١ |
| | متزوج | ربيتي | اعدادي | | أخت | | ١٢ |
| | متزوج | ربتيتي | اعدادي | | أخت | | ١٣ |
| | متزوج | عامل | دبلوم | | أخت | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : ...............................

– المتزوج : الزوجات والأبناء القصر : .......................................

– الأعزب : الوالدين والأخوة القصر : .......................................

ملاحظات على الجدول الأسري : .......................................

CONFIDENTIAL

SHATSKY-JD00905

CONFIDENTIAL
SHATSKY-JD00906

RX Date/Time      22/11/2012    06:31      P.005
03-AUG-2017 12:34 From:          To Redacted          Page:5/14

15/08/01  12:54  FAX   Redacted          ¥ SF.&P.C.E.          Ø01

توصية القسم :      جهة    شهادقة/ من المدير سهين مصري    حمم

قرار مدير المؤسسة : (                )

التوقيع :          التاريخ :

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات اخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

لقد رتبت/( شكرا/للأخ) الثاني سر١/٨/١-٠ بزوم

ملاحظات التدقيق :          التاريخ ٠١/ ٨ /١٥ التوقيع

ملاحظات الحاسب الآلي :          التاريخ          التوقيع

CONFIDENTIAL
SHATSKY-JD00906

CONFIDENTIAL

**Rx Date/Time**     22/11/2012    06:31
03-AUG-2017 12:33 From:             To: Redacted     Page:3/14

توصية القسم :

<div dir="rtl">

[handwritten Arabic text]

التاريخ : ............... التوقيع : ...............

قرار مدير المؤسسة : ( حبس )

[handwritten Arabic text]

التاريخ : ١٥ / ٨ / ٢٠١٠    التوقيع : ...............

</div>

حساب المخصص :

| المجموع بالدينار | قوة قصر | أم | أب | أولاد | زوجة | أساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

<div dir="rtl">

علاوات أخرى : ...............

المجموع بالدينار : ...............

المجموع بالشيكل : ...............

</div>

اعتماد المدير العام :

ملاحظات التدقيق :

| التوقيع | التاريخ |
|---|---|
| | |

ملاحظات الحاسب الآلي :

| التوقيع | التاريخ |
|---|---|
| | |

CONFIDENTIAL

CONFIDENTIAL

RX Date/Time          22/11/2012   06:31          SHATSKY-JD00908 P.006

03-AUG-2017 12:34 From:                    To: [Redacted]          Page:6/14

15/08/01  12:54  FAX  [Redacted]          M SF.&P.C.E.                    ☎01

صرفي        شأ اقة/ عن المدير سهن مصري

## توصية القسم :

التاريخ :                    التوقيع :

## قرار مدير المؤسسة : (          )

التاريخ :          التوقيع :

## حساب المخصص :

| المجموع بالدينار | اخوة قصر | ام | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|

علاوات اخرى :

المجموع بالدينار :

المجموع بالشيكل :

## اعتماد المدير العام :

ليقيد رمية ( سكرتارة/قدمة ) انتمان سر/١/٨/ ٥٠١ برؤ

## ملاحظات التدقيق :

التاريخ ٥ /٨ / ٥٠١  التوقيع

## ملاحظات الحاسب الآلي :

التاريخ          التوقيع

CONFIDENTIAL

SHATSKY-JD00908

CONFIDENTIAL

بسم الله الرحمن الرحيم

فضيلة قاضي طوباس الشرعي حفظه الله .

المستدعي **Redacted**

الموضوع: طلب مشروحات تفقد حياة .

السلام عليكم ورحمة الله وبركاته .

اعرض إلى فضيلتكم بأني / **Redacted** ، من سكان عقابة وأنني والد

الشهيد / عز الدين شهيل أحمد مصري  والذي استشهد بتاريخ : 2001

أطلب من فضيلتكم إعطائي مشروحات لتقديمها للجهات المختصة حسب الأصول.

مع الاحترام والتقدير

المستدعي

بناء على الإستدعاء المقدم من المستدعية المذكور  وإفادة المعرفين المذكورين

فقد ثبت لي صحة مضمون هذا الإستدعاء فتقرر تصديقه للإعتماد عليه حسب

الأصول

الكاتب                                      المقرر

CONFIDENTIAL

RX Date/Time          22/11/2012    06:31                              SHATSKY-JD00910
03-AUG-2017 12:34 From:                          To: Redacted            Page:9/14



CONFIDENTIAL
SHATSKY-JD00911
P.010

RX Date/Time    22/11/2012    06:31
03-AUG-2017 12:34 From:    To: Redacted    Page:10/14

ثالثاً: الجدول الأسري:    * متزوج - أعزب

الاسم: عبد الدين ................ بمحيله

١- المتزوج: يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة.

٢- الأعزب: يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج.

| مسلسل | الإسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الإجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | اب | Redacted | ساوس | عامل وعلم | متزوج | Redacted |
| ٢ | فاطمة حافظ اسماعيل محمد | أم | ٥٤ ١٩ | اصيل | ربة بيت | متزوجه | ٤ |
| ٣ | Redacted | متزوج | Redacted | فوجهل | عامل وعلم | اعزب | Redacted |
| ٤ | | سيقيته | | ثامصه | ربة بيت | متزوجه | |
| ٥ | | سيقيق | | فوجهل | عامل وعلم | اعزب | |
| ٦ | | سيقيته | | ثوجهي | ربة بيت | متزوجه | |
| ٧ | | سيقيته | | ثوجهل | طبل | متزوج | |
| ٨ | | سيقيق | | عبالوبوس | شكوف | متزوج | |
| ٩ | | سيقيته | | فوجهل | عمعايرعطم | متزوج | |
| ١٠ | | سيقيق | | تا مج | عامل | متزوج | |
| ١١ | | سيقيته | | تا مج | ربة بيت | متزوجه | |
| ١٢ | | سيقيته | | تا مج | ربة ست | متزوجه | |
| ١٣ | | سيقيته | | عباووبوس | حبرس | متزوج | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين: .................................

- المتزوج: الزوجات والأبناء والقصر: .................................

- الأعزب: الوالدين والأخوة القصر: .................................

ملاحظات على الجدول الأسري: .................................

.................................

.................................

(٤)

CONFIDENTIAL
SHATSKY-JD00911

CONFIDENTIAL

SHATSKY-JD00912



ملحق لبطاقة الهوية
ספח לתעודת זהות

السلطة الفلسطينية
הרשות הפלשתינית

מצרי
שהיל شهيل مصري

עקבה

SHATSKY-JD00912

CONFIDENTIAL
SHATSKY-JD00913
Page:14/14
P.014
RX Date/Time    22/11/2012    06:31
03-AUG-2017 12:35 From:                To: Redacted



السلطة الوطنية الفلسطينية
وزارة الصحة – إدارة التأمين الصحي
رام الله

رقم الهوية

رقم البطاقة

**طلب تسجيل**

١- تفاصيل عن صاحب التأمين:

| الإسم الأول | إسم الأب | إسم الجد | إسم العائلة |
|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted |

| البلد | العنوان | تاريخ الميلاد | الحالة الاجتماعية | عدد المرافقين | علامة البلد | علامة المنطقة |
|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | متزوج | Redact ed | Redacted | |

| جنس | رمز المهنة | تاريخ بداية التأمين | نوع العمل | جهة العمل | مكان العمل |
|---|---|---|---|---|---|
| Redacted | | | | | |

أوافق على الإنضمام الى نظام التأمين الصحي الحكومي و أتعهد بالالتزام به . .

التوقيع : ............    التاريخ : ................

٢- تفاصيل عن المرافقين لصاحب التأمين :

| مسلسل | الإسم | القرابة | رقم هوية المرافق | تاريخ الميلاد | ملاحظات |
|---|---|---|---|---|---|
| ١. | فاطمة | زوجة | Redacted | | بعاجل للغايت |
| ٢. | Redacted | ابنه | | | ٢١/٢ جـ |
| ٣. | | ابن | | | |
| ٤. | | ابن | | | |
| ٥. | | ابنه | | | |
| ٦. | | ابن | | | |
| ٧. | | | | | |
| ٨. | | | | | |
| ٩. | | | | | |
| ١٠. | | | | | |
| ١١. | | | | | |

# Exhibit 38

Palestinian National Authority          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card:<sup>Redacted</sup> 2628          Four-Part Name: Izz al-Din Shuheil Ahmad al-Masri          Type of Document: Palestinian ID
Date of Birth: <sup>Redacted</sup>/1971[*]          Ministry: Tubas          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5435 | Fatma Hamed Isma'il Masri | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5435 | Fatma Hamed Isma'il Masri | Redacted | | Redacted | | | |

CONFIDENTIAL                                        Shatsky-JD00083-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority       **[Emblem of the Palestinian National Authority]**      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 11/01/2020 | 11/01/2020 | Information completed |
| Last credit | 11/01/2020 | 11/01/2020 | Information completed |
| Last credit | 11/01/2021 | | |

Stipend Data at Bank:



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                              Shatsky-JD00084-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority          [**Emblem of the Palestinian National Authority**]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00085-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL                                                                                                Shatsky-JD00086-T

שגיאה! שם מאפיין מסמך לא ידוע.

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 05/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 06/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 07/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 08/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 09/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 10/1/2020 | Redacted 5435 | Fatma Hamed Isma'il Masri | 1400 |
| 04/1/2021 | Redacted 5435 | Fatma Hamed Isma'il Masri | 8400 |

CONFIDENTIAL

Shatsky-JD00087-T

שגיאה! שם מאפיין מסמך לא ידוע.

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                              Plaintiffs,                    Case No. 18-cv-12355 (MKV)

        v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                              Defendants.

## DECLARATION OF YANIV BERMAN

        I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

        1.       I am a professional translator with an M.A. degree in Middle Eastern Studies from
the Hebrew University of Jerusalem (Israel).  I read Arabic and English fluently, and I am
qualified to translate from Arabic into English.

        2.       I certify that the attached documents are true and accurate translations of the
Arabic originals designated as "Shatsky-JD00012" through "Shatsky-JD00534."   The
translations are labelled with Bates numbers that correspond to the original documents, with the
addition of a "-T" at the end to indicate that it is a translation.

        3.       To the extent that some of the information in the original documents was not
clearly legible, I have translated such information into English to the best of my ability.  Such
instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 24, 2021

Yaniv Berman

2

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



| البيـــانـات الشخصيـة | | | | | | |
|---|---|---|---|---|---|---|
| البطاقة الشخصية | Redacted ١٩٢٨ | الاســـم الرباعى | عز الدين شبيل أحمد المصري | نوع الرشيدة | هوية فلسطينية | |
| تاريخ الميــلاد | Redacted ١٩٧٠ | نــوزارة | طويلس | الجنس | ذكر | |

| الترقيـــات | | | | | | |
|---|---|---|---|---|---|---|
| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ | | |
| سلم امر الشهداء الجديد | غير محددة | غير محددة | Redacted | | | |

| العلاوات والخصميات | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة و مبلغ | المرجع | رقم الهوية | اسم المستفيد | |
| Redacted | | | | | | | | |

| بيانـــــات الحالة | | | | | | |
|---|---|---|---|---|---|---|
| نوع الحـــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار | |
| شهيد | Redacted | | . | غير محدد | | |

| بيانـــات المستفيدين | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة شئية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
| Redacted ٥٣٤٢ | فاطمه حامد اسماعيل مصري | Redacted | | نسبة | ١٠٠ | . | . | . | لا يوجد قسمة | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٥٣٤٢ | فاطمه حامد اسماعيل مصري | Redacted | | Redacted | | | Redacted | | | |

CONFIDENTIAL

**Palestinian National Authority**



السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

بيـــــــانات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| Redacted | | | |
| استكمال المعلومات | ٠١/١١/٢٠٢٠ | ٠١/١١/٢٠٢٠ | استكمال المعلومات |
| نهاية الاعتماد | ٠١/١١/٢٠٢٠ | ٠١/١١/٢٠٢٠ | استكمال المعلومات |
| نهاية الاعتماد | ٠١/١١/٢٠٢١ | | |

بيـــــــانات الرواتب في البنك

| الشهر | رقم الهوية | الأسم | الراتب |
|---|---|---|---|
| Redacted | | | |

Shatsky-JD00084

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |

CONFIDENTIAL

Shatsky-JD00085

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00086

**Palestinian National Authority**

تاريخ الطباعة   31/05/2021



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٤/٢٠٢٠ |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٥/٢٠٢٠ |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٦/٢٠٢٠ |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٧/٢٠٢٠ |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٨/٢٠٢٠ |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٩/٢٠٢٠ |
| ٢٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/١٠/٢٠٢٠ |
| ٨٤٠٠ | فاطمه حمد اسماعيل مصري | Redacted ٥٤٣٥ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00087