# Exhibit 40

Confidential                                                    Shatsky-JD00775-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
|---|---|---|
| Miniatry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

# Social Report

### Case: <u>Martyr</u>

**Name**: <u>Abd El Karim Yassin Hamed Bader</u>

**Local number**:  23                    **Central number**: 011989

**Governorate**: Jerusalem

**Date**: 14.12.1998

Confidential                                                    Shatsky-JD00775-T

Confidential                                              Shatsky-JD00776-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 23 | **Central no.**:011989 |
| **The case's name**: Abd El Karim Yassin Hamed Bader | **Code name**: ------ |
| **Nationality**: Palestinian | **Identification no.** Redacted 2011 |
| **Beneficiary's full name**: Yassin Hamed Bader (wife, father, mother, brother, sister) | **Identification no.**: Redacted 2011 |
| **Mother's full name**: Ataf Abd El Karim | **Mother's Identification no.**: Redacted 2029 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: 1971 Jerusalem | **Place of origin**: Jerusalem |
| **Religion**: Muslim | **Sex**: Male    **Marital status**: Single |
| **Previous job**: Accountant | **Current job**: |
| **Education**: | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: Has a previous file. | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: Warrior | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: 219 Shekels | | **Current**: 1000 Shekels | **Changes**: 2009 |
| **Organizational affiliation**: Fatah | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |

**Training courses undertaken**:

**Place and date of the incident**: 10.14.1994

**Details of the incident**: As a result of shots fired at him while he was hiding a soldier after he kidnapped him and placed him in a house in Bir Nabala.

**Brief Biography**: He worked as an accountant. He was enthusiastic when he kidnapped an Israeli soldier and hid him in a house in Bir Nabala. Following this, the army surrounded the area in which the solider was hidden and shot at its direction, which caused his martyrdom.

| **The family's residence: Owned**: | **Rented**: | **Shared**: |
|---|---|---|

Redacted

Confidential                                              Shatsky-JD00776-T

Confidential                                            Shatsky-JD00777-T

**The Case**: Abd El Karim Yassin Hamed Bader

**Part 3: Family table:**   * **single** *

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Elementary | ----------- | Dead | Redacted |
| 2 | Ataf Abd El Karim | Mother | 1944 | ---------- | Housewife | Widow | -- |
| 3 | Redacted | Brother | Redacted | Junior High School | Electrician | Married | Redacted |
| 4 | Redacted | Sister | Redacted | 7th grade | At home | Married | Redacted |
| 5 | Redacted | Sister | Redacted | Tawjihi [General Secondary Education] | Housewife | Married | Redacted |
| 6 | Redacted | Sister | Redacted | College | Housewife | Married | Redacted |
| 7 | Redacted | Brother | Redacted | ------ | Driver | ----- | Redacted |
| 8 | Redacted | Brother | Redacted | Junior High School | Laborer | Married | Redacted |
| 9 | Redacted | Brother | Redacted | Tawjihi | Laborer | Married | Redacted |
| 10 | Redacted | Sister | Redacted | High School | Housewife | Married | Redacted |

| | |
|---|---|
| **Number of dependents**: 4 | |
| **If married: the wives and minor children**: | |
| **If single: the parents and the minor siblings**:  Only the mother | |
| **Notes concerning the family table**: The martyr has a mother, who is alive but sick. | |

Confidential                                                        Shatsky-JD00778-T

**Recommendations of the department:**

I recommend to confirm the case according to the regulations and to do what is necessary.

He has two living parents, 2 student siblings + 2 adult siblings.

_____

_____ Date: 12.14.98 Signature: [handwritten]

**Decision of the establishment's director:** (    Jerusalem    )

1) The case is confirmed by Ramallah and is paid 219 Shekels a month.

2) [Illegible] increments to 273 [illegible].

3) Payment is to be done according to the new [illegible].

_____ Date: 12.14.98 Signature: [handwritten]

**Confirmation of the director general:**

_____

_____

_____

**Audit's notes:**              **Date:**              **Signature:** [signature]

_____      _____

_____      _____

_____      _____

**Computerized notes:**       Date:                Signature:

_____      _____

_____      _____

Confidential                                                        Shatsky-JD00778-T

CONFIDENTIAL                                          Shatsky-JD00783-T

In the Name of Allah the Beneficent, the Merciful

PALESTINIAN LIBERATION ORGANIZATION        [PLO emblem]      PALESTINIAN LIBERATION ORGANIZATION

M'S F . & I. C. E.                                   Martyrs' Families and Injured Care Establishment

---

**The Establishment,      Jerusalem Bureau**                 **Date:   4.12.2009**

**The Brother, Director General of the Establishment, May Allah Protect him**

**Greetings of the homeland and the state...**

Case name: Abd El Karim Yassin Hamed Bader        Case type:  Martyr, old

Central number: 101989                            Allowance: 1000 shekels

**Required action and reasoning:**    Transferring the disbursement to the mother of the martyr, Ataf El
Karim Muhammad Bader, due to the passing of the father of the martyr, Yassin Hamed Bader

Attached documents:  Death Certificate of the Martyr's Father + a photocopy of the martyr's father's ID card
and the account number in Redacted.

Name and signature of the department head:

Director's recommendation:  I recommend transferring the disbursement to the mother of the martyr, Ataf
Abd El Karim Muhammad Bader, ID no. Redacted 2029, and the account number at Redacted, due to the passing
of the martyr's father, Yassin Hamed Bader.

Date:   4.12.2009              Signature of the director of the institute, Ibrahim Faqusa

Action of the director general:

_____

_____

_____

Date: _____        Signature: _____

Main procedures: _____   Name and signature of executor: _____

Audit procedures: _____    Name and signature: _____

CONFIDENTIAL                                          Shatsky-JD00783-T

# Original

CONFIDENTIAL
SHATSKY-JD00775



بسم الله الرحمن الرحيم

| | | |
|---|---|---|
| **Palestenian National Authority** | | السلطة الوطنية الفلسطينية |
| | | وزارة الشؤون الاجتماعية |
| Miniatry of Social Affairs | | مؤسسة رعاية اسر الشهداء |
| | | والجرحى |
| M's F & I. C. E. | | |

# بحث اجتماعي

الحالة : شهيد.

| | | |
|---|---|---|
| الاسم: | عبد الكريم ياسين حامد بدر . | |
| الرقم المحلي: | ٢٣ | الرقم المركزي:   ٠١١٩٨٩ |
| المحافظة: | القدس. | |
| التاريخ: | ١٩٩٨/١٢/١٤م. | |

Ramallah   - Tel / fax : 02 – 2986268        رام الله – تلفاكس – ٢٩٨٦٢٦٨ – ٠٢

القدس – تلفاكس : ٢٧٩٨٤٣٣ – ٠٢

CONFIDENTIAL
SHATSKY-JD00775

CONFIDENTIAL

SHATSKY-JD00776

أولاً : معلومات ذاتية :

رقم حسبي : ٢٣

اسم حالة : عبد الكريم ياسين حامد بدر .

رقم مركزي : ٠١١٥٠٩ ٣

الاسم حركي : -----

رقم الهوية : Redacted 2011

الجنسية : فلسطينية .

اسم المستفيد ( رباعي ) : ياسين حامد بدر .
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

رقم الهوية : Redacted ٢٠١١

اسم الأم كامل : عطاف عبد الكريم .

رقم هوية الأم : Redacted ٢٠٢٩

اسم الزوجة :

رقم هوية الزوجة :

تاريخ ومكان الميلاد : ١٩٧١م- القدس .

البلد الأصلي : القدس .

الديانة : مسلم .

الجنس : ذكر .

الحالة الاجتماعية : أعزب .

العمل الحالي :

العمل السابق : محاسب .

المؤهل العلمي :

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة : له ملف سابق .

ثانياً : معلومات إدارية :

الرتبة العسكرية : مناضل .

الرتبة التنظيمية :

كتاب اعتماد الرتبة :

رقم : تاريخ :

تطورات المخصص السابق : ٢١٩ شيكل . الحالي : ١٠٠٠ شيكل التعديلات ٢٠٠٩

التنظيم التابع له : فتح .

القطاع :

تاريخ الالتحاق بالثورة :

الدورات التي اجتازها : تنظيمياً : عسكرياً : تفرغاً :

تاريخ ومكان الحادث : ١٩٩٤/١٠/١٤م .

كيفية حدوث الحادث : أثناء إطلاق النار عليه عندما كان يخبيء جندي كان بعد اختطافه ووضعه في منزل بيرنبالا .

موجز سيرته الذاتية : كان يعمل محاسب ، وكان متحمساً حيث أنه اختطف جندي إسرائيلي وخبأه بمنزله في بيرنبالا ، مما

حدا بالجيش بمحاصرة المنطقة المخبأ بها الجندي ، وأطلقوا الرصاص تجاهه مما أدى لاستشهاده .

سكن الأسرة : ملك . إيجار : مشترك :

الإيجار الشهري :

Redacted

SHATSKY-JD00776

CONFIDENTIAL

SHATSKY-JD00777

الحالة : عبد الكريم ياسين حامد بدر

ثالثا : الجدول الأسري : * أعزب "

١. المتزوج يسجل الزوجات والأبناء، تقصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة

٢. الأعزب : يسجل الوالدين والأخوة القصر أولا ثم الأخوة فوق سن الإنتاج

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة الاجتماعية | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متوفي | ------ | ابتدائي | Redacted | أب | Redacted | ١ . |
| --- | أرمله | ربة بيت | ==== | ١٩٤٤ | أم | عطاف عبد الكريم | ٢ . |
| Redacted | متزوج | كهربائي | اعدادي | Redacted | أخ | Redacted | ٣ . |
| | متزوجه | في البيت | سابع | | أخت | | ٤ . |
| | متزوجة | ربة بيت | توجيهي | | أخت | | ٥ . |
| | متزوجة | ربة بيت | كلية | | أخت | | ٦ . |
| | ==== | سائق | ==== | | أخ | | ٧ . |
| | متزوج | عامل | اعدادي | | أخ | | ٨ . |
| | متزوج | عامل | توجيهي | | أخ | | ٩ . |
| | متزوجة | ربة بيت | ثانوي | | أخت | | ١٠ . |

عدد المعالين : ٤ : ...............................................

المتزوج : الزوجات والأبناء القصر : ............................. : .........................................

الأعزب : الوالدين والأخوة القصر : الوالدة فقط

ملاحظات على الجدول الأسري : للشهيد والدة على بد الحياة مريضة

CONFIDENTIAL

SHATSKY-JD00777

CONFIDENTIAL
SHATSKY-JD00778

**توصية القسم:**

أرجو بإبلاغ الجالس حسب النظام و إجراء اللازم
حيث أبرزه و أليه على تعد الحياه راهزمن اضطرب هـ
مد بن ت سمير الإنتاج

التاريخ: ١٩ / ٤ / ١٩٩٨ م   التوقيع: ـــــ

**قرار مدير المؤسسة: ( القدس )**

د، الحاج منته عبد راهيم يوم     كلـى سك منى
ثد عطفة حسناء + لي ٢٢٧ سه د تي ه م
د، سمير لمه حسين المعبرك الحمـ

التاريخ: ـــــ

**إعتماد المدير العام:**

**ملاحظات التدقيق:**

CONFIDENTIAL

SHATSKY-JD00783

بســـم اللـــه

الـرحمــن الـرحيـــم

**PALESTINIAN LIBERATION ORGANIZATION**

منظمة التحرير الفلسطينية

**M'S F. &I. C. E.**

مؤسسة رعاية أسر الشهداء و الجرحى

---

**المؤسسة        مكتب القدس**          التاريخ   ٢٠٠٩/٤/١٢

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ...

اسم الحالة :   عبد الكريم ياسين حامد بدر .      نوعها : شهيد قنبم

الرقم المركزي :    ١٠١٩٨٩      المخصص : ١٠٠٠ شيكل

الأجراء المطلوب والأسباب:   تحويل الصرف إلى أم الشهيد عطاف عبد الكريم محمد بدر وذلك

بسبب وفاة والد الشهيد ياسين حامد بدر .

الوثائق المرفقة :   شهادة وفاة والد الشهيد  + صورة هويه والدة الشهيد ورقم الحساب في [Redacted]

اسم وتوقيع رئيس القسم :

رأي المدير :   أوصي بتحويل الصرف إلى أم الشهيد عطاف عبد الكريم محمد بدر رقم هويه (

٢٠٢٩ [Redacted] ورقم حساب لدى [Redacted] وذلك بسبب وفاة والد الشهيد ياسين حامد

بدر .

التاريخ   ٢٠٠٩/٤/١٢      توقيع مدير المؤسسة ابراهيم فقوسه

إجراء المدير العام :

التوقيع :                              التاريخ :

اسم وتوقيع المنفذ :                   الأجراء المركزي :

الاسم والتوقيع :                       إجراء التدقيق :

CONFIDENTIAL

SHATSKY-JD00783

Exhibit 41

Palestinian National Authority      [Emblem of the Palestinian National Authority]      **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 7941[*]      Four-Part Name: Abd El Karim Yassin Hamed Bader      Type of Document: Palestinian ID
Date of Birth: Redacted /1987[*]      Ministry: Jerusalem      Gender: Female

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | Redacted | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |
| Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | Redacted | Redacted | | | Redacted | |
| Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | | | | | | |

CONFIDENTIAL      Shatsky-JD00017-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 01/01/2020 | Information completed |
| Last credit | 07/01/2021 | ??/01/2021 | Information completed |
| Last credit | 02/01/2021 | | |

Stipend Data at Bank:



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00018-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
|       |        | Redacted |      |

CONFIDENTIAL                                        Shatsky-JD00019-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00020-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| 04/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 05/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 06/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 07/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 08/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 09/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 10/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 11/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 12/1/2020 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 01/1/2021 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |
| 02/1/2021 | Redacted 2029[*] | Ataf Abd al-Karim Muhammad Bader | 1700 |

CONFIDENTIAL

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| البيانات الشخصية | | | | |
|---|---|---|---|---|
| نوع الوثيقة : هوية فلسطينية | الاسم الرباعي عبدالكريم ياسين حامد بدر | البطاقة الشخصية Redacted | | |
| الجنس : الثني | الوزارة | تاريخ الميلاد Redacted | | |

| الدرجات | | | | | |
|---|---|---|---|---|---|
| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ | |
| سلم اسر الشهداء الجديد | غير محددة | غير محدد | Redacted | | |

| العلاوات والتخصصيات | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد | |
| | | | | Redacted | | | | |

| بيانات الحلقة | | | | | |
|---|---|---|---|---|---|
| نوع الحلقة | من تاريخ | الى تاريخ | نسبة الاعالة | نوع الاعاقة | نوع القرار |
| شهيد | Redacted | | غير محدد | | |

| بيانات المستفيدين | | | | | | | |
|---|---|---|---|---|---|---|---|
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/القيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة الخدمة | الرقم الهرابزي |
| Redacted ٢٠٢٩ | عطاف عبدالكريم محمد بدر | Redacted | Redacted | ١٠٠ نسبة | | | | لا يوجد قسمة | Redacted |
| Redacted ٢٠٢٩ | عطاف عبدالكريم محمد بدر | | | ١٠٠ نسبة | | | | لا يوجد قسمة | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٢٠٢٩ | عطاف عبدالكريم محمد بدر | Redacted | Redacted | Redacted | | | |
| Redacted ٢٠٢٩ | عطاف عبدالكريم محمد بدر | | | | | | |

CONFIDENTIAL

Shatsky-JD00017

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية 'سر الشهداء والجرحى

تاريخ الطباعة     31٬05٬2021

| سبب الاعدة | الى تاريخ | من تاريخ | سبب الوقف | بيانـــــات الوقف |
|---|---|---|---|---|
| | Redacted | | | |
| ستكمال المعلومات | ٠١٢٠١/٢٠٢٠ | ٠١٠٩/٢٠٢٠ | نهاية الاعتماد | |
| ستكمال الدلومات | ٠١٢٠٧/٢٠٢١ | ٠١٢٠٧/٢٠٢١ | نهاية الاعتماد | |
| | | ٠١٠٢/٢٠٢١ | نهاية الاعتماد | |

بيانـــــات قواتب في البنك

| الرتب | الاسم | رقم الهوية | الشهيد |
|---|---|---|---|
| | Redacted | | |

CONFIDENTIAL

Shatsky-JD00018

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31,05/2021   تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00019

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الشهر | رقم الهوية | الأسم | الراتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00020

Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

دورية الطباعة   1/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٠٩ | ١/٠٤/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٠٩ | ١/٠٥/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٠٩ | ١/٠٦/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٢٤ | ١/٠٧/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٢٦ | ١/٠٨/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٢٦ | ١/٠٩/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٢٦ | ١/١٠/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٢٦ | ١/١١/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٣٩ | ١/١٢/٢٠٢٠ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٣٩ | ١/٠١/٢٠٢١ |
| ١٧٠٠ | عطاف عبدالكريم محمد بدر | Redacted ٢٠٩ | ١/٠٢/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00021

# Exhibit 42

Confidential                                                    Shatsky-JD00763-T

In the name of Allah, the Gracious, the Merciful

PLO
emblem

**Palestine Liberation Organization**
**Palestinian National Authority**
**Martyrs' Families and Injured Care Establishment**

### Social Report

**Case**: <u>Martyr</u>

**Name**: <u>Salah A-Din Jadallah Hassan Salem</u>

**Local number**: _____

**Central number**: _____

**Governorate**: <u>Gaza, Sheikh Radwan</u>

**Date**: <u>10.16.2005</u>

Confidential                                                    Shatsky-JD00764-T

**Supporting Documents:**

1) Copy of Death Certificate

2) Copy of the martyr's I.D.

3) Copy of the father's I.D.

4) Copy of the mother's I.D.

5) Copy of the sister's [illegible name] I.D. + university diploma

6) Copy of the brother's (Saleh) I.D. + school diploma

7) Copy of the brother's (Mohamed) I.D.

**Additional notes:**

The family resides in a concrete house, approximately 200 square meters, consisting of 3 floors. The first floor is approximately [illegible], and the second floor consists of a 5-room apartment and a living room, where the two parents and 3 student siblings live.

The married brother (Ahmed) and the married brother Bilal live in the third floor.

Confidential                                            Shatsky-JD00765-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Salah A-Din Jadallah Hassan Salem | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 4544[*] |
| **Education and date**: X-Ray Specialized Inst. | |
| **Beneficiary's full name**: Jadallah Hassan Jadallah Salem (wife, father, mother, brother, sister) | **Identification no.** Redacted 7016[*] |
| **Mother's full name**: Fawzia Mohamed Ibrahim Salem | **Mother's Identification no.**: Redacted 1035 |
| **Date and place of birth**: Redacted .1972 [illegible] | **Place of origin**: [Illegible] |
| **Religion**: Muslim | **Sex**: Male **Marital status**: Single |
| **Previous job**: Student | **Current job**: - |
| **Date and number of confirmation letter**: _____ | **Date of confirmation in the institution**: _____ |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Previous monthly allowance**: | | **Memorandum No.**: | |
| **Organizational affiliation**: Hamas | | **Governorate**: Gaza | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: **As a full-time member**: | |

**Training courses undertaken**:

**Place and date of the incident**: Became a martyr on 10.14.1994 in Jerusalem, in the area of Bir Nabala. The abovementioned became a martyr after his cell [members] and him kidnapped an Israeli soldier in the area of Bir Nabala and then killed him. The occupation soldiers surrounded the house in which they lived and fired rockets at it.

**Brief Biography**: The abovementioned was born in 1972 in Gaza. He completed his studies and earned an X-Ray Expert diploma. He is single. He joined the military wing of Hamas and did several activities in the organization. He became a martyr on 10.14.1994 after his cell and him kidnapped an Israeli soldier on 10.12.1987 in Bir Nabala

**The family's residence: Owned**: √     **Rented**:     **Shared**:

Redacted

Confidential                                            Shatsky-JD00765-T

Confidential                                              Shatsky-JD00766-T

**Part 2: Family table:    married – <u>single</u>**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Jadallah Hasan Salem | Father | 1911 | B.A. Agriculture | Retired teacher [Illegible] | Married+12 | |
| 2 | Redacted | Mother | Redacted | University | Retired teacher | Married+12 | Redacted |
| 3 | | Brother | | 2nd grade in high school | Student | Single | |
| 4 | | Sister | | 1st year in university | Student | Single | |
| 5 | | Brother | | Azhari Institute | - | Single | |
| | | | | | - | | |
| | | | | | - | | |
| | | | | | - | | |
| 6 | | Sister | | University | Student | Married | |
| 7 | | Sister | | University | Housewife | Married+ 1 | |
| 8 | | Brother | | University graduate | Journalist | Married+ - | |
| 9 | | Brother | | University graduate | Military man / Lieutenant | Married+ - | |
| 10 | | Sister | | 1st year in university | Housewife | Married+ 4 | |
| 11 | | Sister | | High school | Housewife | Married + 5 | |
| 12 | | Brother | | Graduate Journalism | Journalist | Married + 3 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Number of dependents: 4 people |
|---|
| If married: the wives and minor children: |
| If single: the parents and the minor siblings: The parents + 2 siblings |
| Notes concerning the family table: |

Confidential                                          Shatsky-JD00766-T
Confidential                                          Shatsky-JD00767-T

**Recommendations of the department:**
1) The above mentioned is confirmed by the Establishment to receive a monthly allowance of 350 new Shekels as a S.C.
2) The above mentioned became a martyr on 10.14.1994 in Jerusalem, in the area of Bir Nabala. The abovementioned became a martyr after his cell and him kidnapped an Israeli soldier in the area of Bir Nabala and then killed him. The occupation soldiers surrounded the house in which they lived and fired rockets at them, which killed his cell and him.
3) The above mentioned is single. He has two parents and 10 siblings, including 7 married and working siblings, and the rest are students. The financial status is good – the father is a retired teacher, the mother is a retired teacher.
4) The beneficiaries are the parents and 2 siblings.
5) I recommend to confirm the case as a martyr and turn him from a S.C. to a martyr according to the regulations.
_____   Date: 10.16.2005 Signature: [handwritten]

**Decision of the establishment's director:** (   Gaza   )
Based on your response to learning the Case, I decided the following:
* The Case is a confirmed Social Case under number 30249 and received 350 Shekels.
* The Case was born in 72. Single. Student / [illegible].
* Died on 10.14.1994. The cause: kidnapping an Israeli soldier with his associates. Became a martyr as a result of a raid on his house.            [handwritten signature] 10.29.2005
The beneficiaries: The parents + 3
I recommend to confirm his as a martyr and turn him from a Social Case to a Martyr. The decision is yours.
**Confirmation of the director general:**
I instruct to turn the case from Social Case to Martyr of the Homeland, the same as his associates, who were confirmed as martyrs. The beneficiaries are the parents + 3 minor siblings.      You have the decision. [handwritten signature]

**Audit's notes:**          **Date:**              **Signature:** [signature]
[Illegible]
1.10.2006 [handwritten signature]
Redacted
................................................ 14.10.2005

**Computerized notes:**     **Date:**              **Signature:**
_____    _____

Confidential                                          Shatsky-JD00767-T

# Original

CONFIDENTIAL

SHATSKY-JD00763

بسم الله الرحمن الرحيم



منظمة التحرير الفلسطينية

السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

بـحـث اجتمــاعــي

الحالة : ........................................

الاســـــــم : عبد الحكيم لبيبه جاد الله حسن سالم ......................

الرقم المحلـــي : ........................................

الرقم المركزي : ........................................

المحافظــــــة : ...خنيونة... اسرائي رزكزه رتما....................

التاريـــــخ : ........٢٠٠٥/١٨/١٠م..................

CONFIDENTIAL

SHATSKY-JD00763

CONFIDENTIAL

SHATSKY-JD00764

الأوراق الثبوتية :

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

ملاحظات إضافية :

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

.......................................................................................

CONFIDENTIAL

SHATSKY-JD00764

CONFIDENTIAL

SHATSKY-JD00765

أولا : معلومات ذاتية ..

الرقم المحلي : .............. الرقم المركزي : ..............

اسم الحالة : صالح لبني جاد الله جمعة سالم الاسم الحركي : ............

الجنسية : فلسطيني رقم الهوية : [Redacted] ٢٠٤٤

المؤهل العلمي وتاريخه : مجرمي ..............

اسم المستفيد رباعي : جاد الله جمعة جاد الله صالح رقم الهوية : [Redacted] ٧٠١٦

اسم الأم كامل : جميلة محمد ابراهيم سالم رقم الهوية : [Redacted] ١-٢٥

تاريخ ومكان الميلاد : [Redacted] غزة البلد الأصلي : بيرين

الديانة : مسلم الجنس : ذكر الحالة الاجتماعية : متزوجة

العمل السابق : .............. العمل الحالي : طالبه

تاريخ ورقم اعتماد الكتاب : .............. تاريخ الاعتماد بالمؤسسة : ..............

---

ثانيا : معلومات إدارية ..

الرتبة العسكرية : .............. الرتبة التنظيمية : ..............

كتاب اعتماد الرتبة : .............. رقم : .............. تاريخ : ..............

المخصص الشهري السابق : .............. رقم المذكرة : ..............

التنظيم التابع له : حماس .............. القطاع : غزة

تاريخ الالتحاق بالثورة : .............. تنظيما : .............. عسكريا : .............. تفرغا : ..............

الدورات التي اجتازها : ..............

تاريخ ومكان الحادث : ..............

موجز السيرة الذاتية : ..............

سكن الأسرة : ملك .............. إيجار .............. مشترك .............. الإيجار الشهري : ..............

Redacted

CONFIDENTIAL

SHATSKY-JD00765

CONFIDENTIAL

SHATSKY-JD00766

ثانيا : الجدول الأسرى .

متزوج / أعزب

١- المتزوج * يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الأنتاج ثم الوالدين والاخوة.
٢- الأعزب * يسجل الوالدين والاخوة القصر أولا ثم الاخوة فوق سن الإنتاج .

| العنوان | ح/الاجتماعية | المهنة | المؤهل العلمي | ت/الميلاد | صلته | الاسم | م |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | القاضي وسائله وقائدكاتب | الدروجيالده | ١٩٩٣ | الوالد | عبد الله صبح سالم | ١ |
| | متزوج | مربيه وتعاونه | مدرسه | Redacted | الوالده | Redacted | ٢ |
| | أنزبه | طالبى | ١٠ ثانى غلانى | | شقيق | | ٣ |
| | جنبه | طالبه | الأول مدرسه | | شقيقه | | ٤ |
| | أزبه | | ١صف اول ابتدائي | | شقيق | | ٥ |
| | | | | | | | |
| متزوجه | جامعيه | طالبه | | | شقيقه | | ٦ |
| م د ١ | جامعيه | مدرسه | | | شقيقه | | ٧ |
| ص ب ١ | مزوجه له | مزوجه عليه | | | شقيق | | ٨ |
| | ضكرلايلان | فرع جامعه | | | سم | | ٩ |
| ٤ م ٢ | يتيمه | ازبه جامعه | | | شقيقه | | ١٠ |
| ص م ٢ | | لانبض ريته | | | سم | | ١١ |
| ٧ م ٢ | محمى | مزوجه بنه | | | شقيق | | ١٢ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

عدد المعالين ٤ أفراد
– المتزوج الزوجات والأبناء القصر
– الأعزب الوالدين والاخوة القصر    الوالدين + ٤ أخوة

ملاحظات على الجدول الأسرى

...................................................................
...................................................................

CONFIDENTIAL
SHATSKY-JD00767

**توصية القسم :**

① لقد تم عقد لـ ... سنة ....... هضبة ... ٢٠٥ ... ٢٠ .... ٢٠٩

② وأن كير استــــ ... ١٩٩١ ... ١٦ ...١١... ١٢٢... استرجع منطقة بسيارة عالة ...

جهو حسكوية ... جهم ... حـ ... اسرائيل مع تلك الفتر فإسـت جهود لكثـلالـد ...

المهمـ ... الكثيـم علامم ... جلار ١٠١ ... الـ ... الـ ...

④ وانـكـم ...١٩٢م... ليست بالحين ... ١٠٠مة ... ربـ ... الفتـة للناس للعليـم

... أصا البار كـلـة ٢٠ بالمنم بالدم بم ... لـ ... الم عبر عنها ... اله ... معجالية ...

① ا ... اسـعـبنية ... الفلاحية ٢ ٠٠ ٢ جمعـة ... ⑤ اضـح بالاعتبار بكالة ...

... ٢٠ أ ... ٢٠ ع ... جميع لها ... التاريخ : ١٩٠ . ٨ . ١٠ ... التوقيع : ..

**قرار مدير المؤسسة : ( غزة . )**

بإذن الله وعدائمي لـ ١حـ٥ الفلاله شيم مرئى

▪ الجداله جمعـة ... جدادله الم جمع بيـة ... اجد ... رقم ... ٩٩٩ .... ٢٠ .... مبتدأ الما .: ٥ ٢ ... كـحـلـ ..

▪ الجداله جدالليـ ... علي ... ٢٠ الما ... ٢ ... خادم ... لم بطوم الم جد ....

▪ قوم ٢ ٢٠ ١٩٩٤ ... وانــت جملـة جنـد الاسرائيل ...

٧ اجمالـ الجمـة للفلـ حـة

الـ سنـة متر الوالـم ٣ ٤ . .

امـ اعتمادا مشهيد وتوشيـه سد مـاله اجمائية الـ اشهر وكم التـر .

**اعتماد المدير العام** : ... توخا .. بتوم ... الجالـه بنـ جالـه اجماعيـة الـ ... سنـتى جمتا ..

... اللبنية جم ... اعما له ... جمعـة ... المستمرينـ ... لها ... الـ ... كالـة اجهـ جمـ ..

**ملاحظات التبقيق** : روان صع لوم و المشاـ ٢

التاريخ : م... ٢ / ١ / ٦

التوقيع :

[Redacted] ١٢٤٠١٠

**ملاحظات الحاسب الآلي :**

التاريخ

التوقيع

CONFIDENTIAL
SHATSKY-JD00767

# Exhibit 43

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: ^Redacted 4544          Four-Part Name: Salah A-Din Jadallah Hassan Salem
Type of Document: Palestinian ID
Date of Birth:          Ministry: Gaza          Gender:

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 7016 | Jadallah Hassan Jadallah Salem | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 7016 | Jadallah Hassan Jadallah Salem | Redacted | | | | Redacted | |

Page no.
1/5

CONFIDENTIAL                                                          Shatsky-JD00012-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| | | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | | |

Redacted

CONFIDENTIAL                                                                    Shatsky-JD00013-T

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00014-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00015-T

| Page no. |
|----------|
| 4/5 |

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 05/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 06/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 07/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 08/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 09/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 10/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 11/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 12/1/2020 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 01/1/2021 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 02/1/2021 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 03/1/2021 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |
| 04/1/2021 | Redacted 7016 | Jadallah Hassan Jadallah Salem | 1400 |

Page no.
5/5

CONFIDENTIAL

Shatsky-JD00016-T

Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

البيـــانـــات الشخصيـــة

| البطاقة الشخصية | 4544 Redacted | | | الاســم الرباعي | صلاح الدين جاد الله حسن سلم | | نوع الوثيقة | هوية فلسطينية |
| تاريخ الميـــلاد | | | | الــوزارة | غزة | | الجنس | |

الدرجـــــــات

| السلم | الدرجة | العلاوة | فئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | | Redacted | |

العلاوات والمخصصات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

بيـــانـــات الحطة

| نوع الحــــــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | 0 | غير محدد | |

بيـــانـــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبالقرابة | القيمة النسبية | نوعة نقدية | عدد الزوجات | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 7018 | جاد الله حسن جاد الله سلم | Redacted | | نسبية | 100 | نسبية | 0 | 0 | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted 7016 | جاد الله حسن جاد الله سلم | Redacted | | | Redacted | | |

| رقم الصفحة |
|---|
| 5 / 1 |

CONFIDENTIAL

Shatsky-JD00012

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

بيانـــات الوقف
| سبب الاعادة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|

بيانـــات الراتب في البنك

Redacted

| رقم الصفحة |
|---|
| 5 / 3 |

CONFIDENTIAL

Shatsky-JD00013

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

| رقم الصفحة |
|---|
| 5 / 3 |

CONFIDENTIAL

Shatsky-JD00014

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

| رقم الصفحة |
|---|
| 5 / 4 |

CONFIDENTIAL

Shatsky-JD00015

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|
| | Redacted | | |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/04/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/05/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/06/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/07/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/08/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/09/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/10/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/11/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/12/2020 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/01/2021 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/02/2021 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/03/2021 |
| 1400 | جادالله حسن جادالله سالم | Redacted 7016 | 1/04/2021 |

رقم الصفحة

5 / 5

CONFIDENTIAL

Shatsky-JD00016