# Exhibit 45

Confidential                                                Shatsky-JD01007-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | P.A. emblem | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Aqsa Martyr</u>



**Name**: <u>Abdel-Basit Mohammed Qasem Odeh</u>

**Local number**:     <u>87</u>                **Central number**: <u>013578</u>

**Governorate**: <u>Tul Karm</u>

**Date**: <u>4.29.2002</u>



The beneficiary: <u>Mohammed Qasem Sa'id Odeh</u>

Ramallah - Tel/Fax: 02-2986268                    Ramallah - Tel/Fax: 02-2986268

Confidential                                        Shatsky-JD01007-T

Confidential                                        Shatsky-JD01008-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 87 | **Central no.**: 13578 |
| **The case's name**: Abdel-Basit Mohammed Qasem Odeh | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 3716 |
| **Beneficiary's full name**: Mohammed Qasem Sa'id Odeh (wife, father, mother, brother, sister) | **Identification no.**: Redacted 0818 |
| **Mother's full name**: Nawal Rashid Abd Odeh | **Mother's Identification no.**: Redacted 0826 |
| **Wife's name**: - | **Wife's Identification no.**: - |
| **Place and date of birth** Redacted .1977 / Tul Karm | **Place of origin**: Jaljulya / Khreish |
| **Religion**: Muslim | **Sex**: Male   **Marital status**: Single |
| **Previous job**: Worked in a vegetable stall | **Current job**: |
| **Education**: 2nd year in junior high school. | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Hamas | **Sector**: | | |
| **Date of joining the revolution**: 1990   **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: - | | | |
| **Place and date of the incident**: 3.27.2002 – Netanya | | | |

**Details of the incident**: The aforementioned was martyred as a result of a martyrdom operation in Netanya / inside a hotel.

**Brief Biography**: He studied in the elementary and junior high schools in Tul Karm Camp. He worked for some time in construction and then worked in a vegetable stall. Single.

………………………………………………………………………………………………………………..

| **The family's residence: Owned**: | **Rented**: | **Shared**: |
|---|---|---|
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

Confidential                                        Shatsky-JD01008-T

Confidential                                   Shatsky-JD01009-T

Martyr Abdel-Basit Mohammed Qasem Odeh

**Part 3: Family table:    * married – single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Mother | Redacted | 6th elementary | Housewife | Married | Redacted |
| 2 | Mohammed Qasem Sa'id Odeh | Father | 1938 | 3 elementary | None | Married | Tul Karm |
| 3 | Redacted | Sister | Redacted | 9th | At home | Married | Redacted |
| 4 | | Brother | | 6th | Laborer [illegible] | Single | |
| 5 | | Sister | | 3rd high school | Housewife | Married | |
| 6 | | Sister | | Diploma in Shari'a | Housewife | Married | |
| 7 | | Brother | | 3rd junior high | Laborer [illegible] | Married | |
| 8 | | Brother | | 3rd junior high | Laborer [illegible] | Married | |
| 9 | | Sister | | Diploma in Shari'a | Housewife | Married | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: 2 | | | | | | | |
| **If married: the wives and minor children**: | | | | | | | |
| **If single: the parents and the minor siblings**: The parents only | | | | | | | |
| **Notes concerning the family table**: The martyr's body was never recovered by the Israeli side. Therefore there is no death certificate. | | | | | | | |

Confidential                                   Shatsky-JD01009-T

Confidential                                                        Shatsky-JD01010-T

Abdel-Basit Mohammed Qasem Odeh

**Recommendations of the department**:

_____
_____
_____
_____ Date: _____ Signature: [handwritten]


**Decision of the establishment's director**: (    Tul Karm      )

<u>To be confirmed as an Al-Aqsa Martyr</u>

_____
_____

_____ Date: <u>5.11.2002</u> Signature: [handwritten]


**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____


**<u>Confirmation of the director general</u>**:

To be confirmed as an Al-Aqsa Martyr as of 4.1.2002 and paid Redacted

_____
_____


**<u>Audit's notes</u>**:          **Date**:     5.15.2002     **Signature**: [signature]

_____      _____
_____      _____
_____      _____


**<u>Computerized notes</u>**:      Date:                     Signature:

_____      _____
_____      _____


Confidential                                                        Shatsky-JD01010-T

# Original

CONFIDENTIAL

SHATSKY-JD01007



**Palestinian National Authority**

Ministry of Social Affairs

M's F. & I. C. E.

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : شهيد / اوضى

الاسم : عبد الباسط محمد قاسم عوده

الرقم المحلي : ٨٧          الرقم المركزي : ١٢٥٧٨

المحافظة : طولكرم

التاريخ : ٢٩ / ٤ / ٢٠٠

Redacted

المستفيد / محمد قاسم سعيد عوده

Ramallah - Tel/ Fax : 02-2986268                رام الله - تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

SHATSKY-JD01007

CONFIDENTIAL

SHATSKY-JD01008

**أولا : معلومات ذاتية :**

الرقم المحلي : ٨٦ .......... الرقم المركزي : ٨ ٧ ٥ ٧ ١

اسم الحالة : عبد الباسط محمد عاسم عودة ........ الاسم الحركي : **Redacted**

الجنسية : فلسطيني ....... رقم الهوية : ٦ ٦ ٢ ٧ ٦ **Redacted**

اسم المستفيد رباعي : محمد عاصم سعيد عودة ......... رقم الهوية : ٨١٨ .. **Redacted**
( الزوجة ، الإبن ، الأم ، الأخ ، الأخت )

اسم الأم كامل : نوال رشيد عبد عودة ........... رقم هوية الأم : ٦ ٦ ٢ ٨٣ **Redacted**

اسم الزوجة : ............. رقم هوية الزوجة : ............

تاريخ ومكان الميلاد : ١٩٧٧ / طولكرم ....... البلد الأصلي : حبلولية / طرشحا **Redacted**

الديانة : مسلم ............ الجنس : ذكر ....... الحالة الاجتماعية : أعزب

العمل السابق : عامل بسيط في الخضرة ..... العمل الحالي : .........

المؤهل العلمي : ٢ اعدادي .........

تاريخ ورقم كتاب الاعتماد : ............

تاريخ الاعتماد بالمؤسسة : ...........

**ثانياً : معلومات ادارية :**

الرتبة العسكرية : ............. الرتبة التنظيمية : ............

كتاب إعتماد الرتبة : ........... رقم : ........... تاريخ : ...........

تطورات المخصص السابق : ............ الحالي : ........... التعديلات : ...........

التنظيم التابع له : حماس ........... القطاع : ...........

تاريخ الالتحاق بالثورة : ١٩٩٠ ....... تنظيما : ....... عسكريا : ....... تفرغا : .......

الدورات التي اجتازها : ...........

تاريخ ومكان الحادث : ٢٧/٢ / ٢٠٠٤ - نابلس .

كيفية حدوث الحادث : استشهد المذكور اثر عملية استشهادية في نابلس / دافع عنهم.

**موجز سيرته الذاتية :**

درس الابتدائي والاعدادي في مخيم طولكرم ، عمل فترة في البناء ثم آخر مرة كان يعمل عامل بسيط في الخضرة . اعزب .

سكن الاسرة : ملك ........... ايجار : ........... مشترك : ...........

الإيجار الشهري : ........... **Redacted**

العنوان الكامل : ...........

أقرب تلفون : ...........

CONFIDENTIAL

SHATSKY-JD01008

CONFIDENTIAL

SHATSKY-JD01009

ثالثاً : الجدول الأسري : ★ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة .
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوجة | ربة بيت | سادس ابتدائي | Redacted | ام | Redacted | ١ |
| حر الرخ | بنترج | نجار | ٢. ابتدائي | ١٩٢٨ | اب | محمد قاسم محمد كريم | ٢ |
| Redacted | متزوجة | ربة البيت | تاسع | Redacted | اخت | Redacted | ٣ |
| | اعزب | عاطل | سابع | | اخ | | ٤ |
| | متزوج | ربة بيت | ٢. ثانوي | | اخت | | ٥ |
| | متزوج | ربة بيت | دبلوم | | اخت | | ٦ |
| | متزوج | عاطل | ٢. اعدادي | | اخ | | ٧ |
| | منزل | عامل بناء | ٢. ثانوي | | اخ | | ٨ |
| | منزل | ربة بيت | دبلوم | | اخت | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : .................................

- المتزوج : الزوجات والابناء القصر : ...........................

٤ الاعزب : الوالدين والاخوة القصر : .........................

ملاحظات على الجدول الاسري : ..................................................

.............................................................................

CONFIDENTIAL
SHATSKY-JD01010

توصية القسم :

التاريخ : ............... التوقيع : ...............

قرار مدير المؤسسة : (      محترم      )

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ...............

المجموع بالدينار : ...............

المجموع بالشيكل : ...............

اعتماد المدير العام :

Redacted

ملاحظات التدقيق :

التاريخ ٥/٥/٥ التوقيع

ملاحظات الحاسب الآلي :

التوقيع          التاريخ

# Exhibit 46

**Palestinian National Authority**   [Emblem of the Palestinian National Authority]   **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 3716[*]   Four-Part Name: hamid   Type of Document: Palestinian ID
Date of Birth: Redacted /1977[*]   Ministry: Tulkarm   Gender:  Male

**Categories:**

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

**Increments and Deductions:**

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

**Case Data:**

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

**Beneficiaries' Data:**

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 0818 | Mohmmed Qasem Sa'id Odeh | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 0818 | Mohmmed Qasem Sa'id Odeh | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00123-T

Palestinian National Authority       **[Emblem of the Palestinian National Authority]**       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Corona Emergency Extension | 08/01/2020 | 08/01/2020 | Information completed |
| Information completed | 02/01/2021 | 02/01/2021 | Information completed |
| Information completed | 02/01/2022[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL                                          Shatsky-JD00124-T

Palestinian National Authority       **[Emblem of the Palestinian National Authority]**       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00125-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

**CONFIDENTIAL**

Shatsky-JD00126-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 05/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 06/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 07/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 08/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 09/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 10/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 11/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 12/1/2020 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 01/1/2021 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 02/1/2021 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 03/1/2021 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |
| 04/1/2021 | Redacted 0818 | Muhmmad Qasem Sa'id Odeh | 1400 |

CONFIDENTIAL

Shatsky-JD00127-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| البيـــانـــات الشخصيــة | | |
|---|---|---|
| الرابطة مسلخدمية   Redacted   ٣٢٨٦. | | |
| تاريخ لموسلاه   Redacted   ١٩٧. | | |

نوع الوثيقة   هوية فلسطينية    الاسم الرباعي   عبد الباسط محمد قاسم عوده
السورازة   ...    الجنس   ذكر

| التـرخيـصـات | | | | | | |
|---|---|---|---|---|---|---|
| الى تاريخ | من تاريخ | الصفة | التاريخ | العلم | | |
| | Redacted | غير محددة | غير محددة | سنة اسر الشهداء الجديد | | |

| العلاوات والتخصيمات | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| اسم المستفيد | رقم الهوية | المرجع | نسبة أو مبلغ | القيمة | الى تاريخ | من تاريخ | الأمر | |
| | | | Redacted | | | | | |

| بيانـــات الحالة | | | | | | |
|---|---|---|---|---|---|---|
| نوع القرار | نوع الاعاقة | نسبة الاعاقة | الى تاريخ | من تاريخ | نوع الحــــالة | |
| غير محدد | | | | Redacted | شهيد | |

| بيانـــات المستفيدين | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| الرقم المركزي | طبيعة إلقامة | نسبة القيمة | قيمة النسبة | عدد الزوجات | زوجة لقيمة | عدد الاولاد | الى تاريخ | من تاريخ | الأسم | رقم الهوية |
| Redacted | لا يوجد قسمة | | نسبية | | ١٠٠ | | | Redacted | محمد أحمد سعيد عوده | Redacted   ٨٠١٠. |
| الرقم المركزي | رقم الحساب | الفرع | البنك | | الى تاريخ | من تاريخ | | | الاسم | رقم الهوية |
| | | Redacted | | | | Redacted | | | محمد قاسم سعيد عوده | Redacted   ٨٤١. |

Shatsky-JD00123

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



بيانـــــات الوقف

| سبب الاعادة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| | Redacted | | |
| استعمال المعلومات | ۰۱/۰۷/۲۰۱۰ | ۰۱/۰۷/۲۰۲۰ | تمديد طوارئ كورونا |
| استعمال المعلومات | ۰۱/۰۳/۲۰۲۱ | ۰۱/۰۳/۲۰۲۱ | استعمال المعلومات |
| | | ۰۱/۰۱/۲۰۲۲ | استعمال المعلومات |

بيانـــــات الرواتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00124

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية امر الشهداء والجرحى

تاريخ الطباعة  31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00125

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31:05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00126

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٢/٢٠٢١ |
| ١٤٠٠ | محمد قاسم سعيد عوده | Redacted ،٨١٨ | ١/٠٣/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00127

# Exhibit 47

Confidential                                    Shatsky-JD00944-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | P.A. emblem | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Aqsa Martyr</u>



13209 A / Hussein
13210 B / Sadek

**Name**: <u>Abdel Salam Sadek Mer'y Hassoun / B</u>

**Local number**:  <u>659/B</u>               **Central number**: _____

**Governorate**: <u>Nablus</u>

**Date**: <u>2.10.2002</u>

---

Ramallah - Tel/Fax: 02-2986268              Ramallah - Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD00944-T

Confidential                                      Shatsky-JD00945-T

**Part 1: Personal Information**

| Local no.: | Central no.: |
|---|---|
| **The case's name**: Abdel Salam Sadek Mer'y Hassoun | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 5774 |
| **Beneficiary's full name**: Sadek Mer'y Hussein Hassoun (wife, father, mother, brother, sister) | **Identification no.**: Redacted 5717 |
| **Mother's full name**: Aziza Mahmoud Muhammed Hassoun | **Mother's Identification no.**: Redacted 5725 |
| **Wife's name**: Husniya Jamil Hasan Taya | **Wife's Identification no.**: Redacted 1592 |
| **Place and date of birth**: Redacted 1974 Beit Amrin | **Place of origin**: Beit Amrin |
| **Religion**: Muslim | **Sex**: Male  **Marital status**: Married |
| **Previous job**: Worked at a restaurant inside Israel | **Current job**: |
| **Education**: High school | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

**Part 2: Administrative Information**

| Military rank: | | Organizational rank: | |
|---|---|---|---|
| Rank confirmation letter: | | No. | Date: |
| Developments in previous allowance: | | Current: | Changes: |
| Organizational affiliation: Fatah | | Sector: | |
| Date of joining the revolution: | Organizationally: | Militarily: | As a full-time member: |
| Training courses undertaken: | | | |

**Place and date of the incident**: 1.17.2002 Hadera

**Details of the incident**: He was martyred during the execution of his Hadera Martyrdom Operation which killed and injured several Israelis.

**Brief Biography**: The martyr was born in the village Beit Amrin, Nablus Governorate, on Redacted .1974. He studied in the village schools until he graduated from high school. He joined the ranks of the National Security in the Palestinian National Authority in 1996 and served there until 1997. He then worked in a restaurant inside Israel until the eruption of the Al-Aqsa Intifada. He was injured during the First Intifada. He participated in the Al-Aqsa Intifada, taking part in the diligent secret activity until his martyrdom. He [was] married before his martyrdom, but had no children.

| The family's residence: Owned: ⟋   Rented:   Shared: |
|---|
| **Monthly rent**: Redacted |
| **Full address**: |
| **Nearest telephone**: |

Confidential                                      Shatsky-JD00945-T

Confidential                                                Shatsky-JD00946-T

**Part 3: Family table:   * married – single**

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Sadek Mer'y Hussein Hassoun | Father | 1936 | Elementary | Farmer | Married | Beit Amrin |
| 2 | Redacted | Mother | Redacted | Illiterate | Housewife | Married | Redacted |
| 3 | | Sister | | High school | Housewife | Married | |
| 4 | | Brother | | B.A. Education | Educational supervisor | Married | |
| 5 | | Brother | | High school | Does not work | Married | |
| 6 | | Sister | | High school | Housewife | Married | |
| 7 | | Brother | | High school | Driver | Single | |
| 8 | | Sister | | Junior high | Housewife | Married | |
| 9 | | Sister | | Junior high | Housewife | Married | |
| 10 | | Sister | | 2nd year in university | Student | [Illegible] | |
| 11 | | Sister | | [Unrecognized acronym] | Student | Single | |
| 12 | | Brother | | 6th | Student | Single | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: | | | | | | | |
| **If married: the wives and minor children**: | | | | | | | |
| **If single: the parents and the minor siblings**: | | | | | | | |
| **Notes concerning the family table**: | | | | | | | |

Redacted

Confidential                                                Shatsky-JD00946-T

Confidential                                                    Shatsky-JD00947-T

[Illegible] / Abdel Salam Haasun

[Illegible] the parents' portion

**Recommendations of the department:**

- The martyr was born in 1974. Married, no children. His mother is alive. Has 3 siblings.
- He was martyred on 1.17.2002 when he executed the Hadera Martyrdom Operation.
- I recommend to confirm him as an Al-Aqsa Intifada Martyr.
- Please pay a portion to the wife, and a portion to the parents, as the wife has no children.

_____ Date: 2.19.2002 Signature: [handwritten]

**Decision of the establishment's director:** (    Nablus    )

- The martyr is married and has no children. He was martyred on 1.17.2002.
- I recommend to confirm him as an Al-Aqsa Intifada Martyr. A portion to the parents.

_____

_____ Date: 2.7.2002 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
| 600   | 250  | \        |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel:  850 shekels. _____

**Confirmation of the director general:**

To be confirmed as an Al-Aqsa Intifada Martyr as of 2.1.2002 and paid Redacted shekels.

Divide as follows: A – to the wife Redacted shekels.

                        B – the parents Redacted shekels.

**Audit's notes:**          **Date:**      2.26.2002    **Signature:** [signature]

_____          _____

_____          _____

_____          _____

**Computerized notes:**          Date:                    Signature:

_____          _____

_____          _____

Confidential                                                    Shatsky-JD00947-T

Confidential                                        Shatsky-JD00948-T

In the name of Allah, the Gracious, the Merciful

| PALESTINIAN LIBERATION ORGANIZATION<br>M's F. & I. C. E | [PLO emblem] | PALESTINIAN LIBERATION ORGANIZATION<br>Martyrs' Families and Injured Care Establishment |
|---|---|---|

The Establishment / Nablus

The brother Gen. Dir. Of the Establishment, may Allah take care of him,
Greetings of the homeland and the state,

**Case Name:** Abdel Salam Sadeq Mar'i Hasun   **Type:** Aqsa Martyr
**Central No.:** 659 / B / 13610   **Allowance:** _____ shekels
**The required measure and reasons:** ** The martyr [was] married with no children. The
allowance is divided: Portion A to his wife, and Portion B to his parents (disbursed in the
father's name). The martyr's wife married a foreign national and we asked for a Marriage
Contract. She did not reply to our request. We paid her Redacted and
his father was not paid. I recommend to stop the wife's portion and transfer the payment to his
father. The account number of his father, Sadeq Mar'i Hasun in Redacted.

_____

**Attached Documents:** _____
**Name and signature of the Department's head:** _____ [signature] _____
**Opinion of the director:**
** The recommendation is to be confirmed. Disbursement should stop being paid to the
martyr's wife should, who married someone else, and the payment should be transferred to the
martyr's father.

**Date:** 7.30.2007 **Signature of the Establishment's director:** [Signature]
**Measure to be taken by the Director General:** [Illegible] and the payment should be
delivered in full to the martyr's father in accordance with the regulations as of 8.1.2007[*] and
[illegible] payment to the wife should stop [illegible] certificate of the new Marriage
Contract.
**Date:** 8.7.2007[*] **Signature:** [Signature]
**Main Measure:** _____ **Name and signature of the clerk:** _____
**Audit Measure:** _____ **Name and signature:** _____

Nablus – Tel/Fax: 09 2385550              Nablus – Tel/Fax: 09 2385550
Ramallah-Tel/Fax: 02-2986268            Ramallah-Tel/Fax: 02-2986268

Confidential                                        Shatsky-JD00948-T

Original

CONFIDENTIAL
SHATSKY-JD00944



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



# بحث اجتماعي

الحالة : شهيد/ان

حسب /ف        ١٢٠٩
ر/صادر        ١٢١٠

الاسم : عبد السلام صابر رفيق حمودة /ه

الرقم المحلي : ٦٥٩/ب        الرقم المركزي :

المحافظة : نابلس

التاريخ : ١٢١٠/

Ramallah - Tel/ Fax : 02-2986268
رام الله – تلفاكس : ٢٩٨٦٢٦٨–٠٢

CONFIDENTIAL
SHATSKY-JD00944

CONFIDENTIAL

SHATSKY-JD00945

# أولا : معلومات ذاتية :

الرقم المحلي : .................................... الرقم المركزي : ....................................

اسم الحالة : عبد السلام جابر عرفي حسون                 الاسم الحركي : ....................................

الجنسية : فلسطيني                 رقم الهوية : ٥٧٧٤ Redacted

اسم المستفيد رباعي : جابر عرفي حسين حسون                 رقم الهوية : ٥٧٧٤ Redacted

( الزوجة ، (الأب) ، الأم ، الأخ ، الأخت )

اسم الأم كامل : عزيزة محمود نجم حسون                 رقم هوية الأم : ٥٧٤٥ Redacted

اسم الزوجة : حسنية حسن حسين نابهـ                 رقم هوية الزوجة : ٩٤م٩٦ Redacted

تاريخ ومكان الميلاد : ١٩٧١ بيت اوريم                 البلد الأصلي : بيت اوريم

الديانة : مسلم                 الجنس : ذكر                 الحالة الاجتماعية : متزوج

العمل السابق : عامل بمطعم داخل اسرائيل                 العمل الحالي : ....................................

المؤهل العلمي : ثانوية عامة

تاريخ ورقم كتاب الاعتماد : ....................................

تاريخ الاعتماد بالمؤسسة : ....................................

# ثانياً : معلومات ادارية :

الرتبة العسكرية : ....................................                 الرتبة التنظيمية : ....................................

كتاب إعتماد الرتبة : ....................................                 رقم : ............    تاريخ : ............

تطورات المخصص السابق : ............                 الحالي : ............                 التعديلات : ............

التنظيم التابع له : فتح                 القطاع : ....................................

تاريخ الالتحاق بالثورة : ............                 تنظيما : ............                 عسكريا : ............                 تفرغا : ............

الدورات التي اجتازها : ....................................

تاريخ ومكان الحادث : ١٦/١١/٢٠٠٣  الخضيرة

كيفية حدوث الحادث : استشهد أثناء قيامه بتنفيذ عملية الخضيرة الاستشهادية راني ..... استمر عبر وضع حزام ناسف بجسم الاسرائيليين .

# موجز سيرته الذاتية :

ولد الشهيد عرفات بن اوريم قضاء نابلس عام ١٩٧١ ، ودرس بمدارس قريته من المرحلة ابتدائية حتى Redacted العامة ، الخضيرة عينت بايدم الوطني في الملف الوطني لملف قضيته عام ١٩٩٦ وضم نجمة عام ١٩٩١ عمل بعد ذلك عامل في مطعم داخل اسرائيل من انتاج انتفاضة لاقتحام الصعب وانتماء ابناء شارع انشهد النقمة عليه المعلى الذي نزع المؤدب من استشهاد دفعه استشهادي  وقد تزوج قبل استشهاد وبسبب ابناء

سكن الأسرة : ملك ....................................                 ايجار : ............                 مشترك : ............

الإيجار الشهري : ....................................

العنوان الكامل : ....................................                 Redacted

أقرب تلفون : ....................................

CONFIDENTIAL                 SHATSKY-JD00945

CONFIDENTIAL
SHATSKY-JD00946

ثالثاً : الجدول الأسري : * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج -

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالكفيل | الاسم | سلسل |
|---|---|---|---|---|---|---|---|
| بيت لحم | متزوج | مزارع | ابتدائي | ١٩٢٦ | والدي | Redacted | ١ |
| Redacted | متزوج | ربة بيت | امي | Redacted | والدتي | Redacted | ٢ |
|  | متزوج | ربة بيت | ثانويه | | شقيقه | | ٣ |
|  | متزوج | موظف تربية | كالريوس تربية | | شقيقي | | ٤ |
|  | متزوج | للبيع | ثانويه | | شقيقي | | ٥ |
|  | متزوج | ربة بيت | بزوجلفت | | شقيقه | | ٦ |
|  | اعزب | سائق | اعدادي خاص | | شقيقي | | ٧ |
|  | متزوج | ربة بيت | اعدادي | | شقيقه | | ٨ |
|  | متزوج | ربة بيت | اعدادي | | شقيقه | | ٩ |
|  | متزوج | طالب | ثانوي | | شقيقه | | ١٠ |
|  | غير | طالب | ا . ث | | شقيقي | | ١١ |
|  | اعزب | طالب | سادس | | شقيقي | | ١٢ |
|  |  |  |  |  |  |  | ١٣ |
|  |  |  |  |  |  |  | ١٤ |
|  |  |  |  |  |  |  | ١٥ |
|  |  |  |  |  |  |  | ١٦ |
|  |  |  |  |  |  |  | ١٧ |
|  |  |  |  |  |  |  | ١٨ |
|  |  |  |  |  |  |  | ١٩ |
|  |  |  |  |  |  |  | ٢٠ |
|  |  |  |  |  |  |  | ٢١ |

عدد المعالين : .......................................

– المتزوج : الزوجات والابناء القصر : .......

– الاعزب : الوالدين والاخوة القصر : .......

ملاحظات على الجدول الأسري : ......

Redacted

SHATSKY-JD00946

CONFIDENTIAL

SHATSKY-JD00947

ساهقا/ عبدالكريم حسون

**توصية القسم :**

— الشهيد عبدالكريم عام ١٩٧٤ ، متزوج وبيده ابناء ، والدهم شريكة ، لهم دوره استشهادي
— استشهد بتاريخ ١١/١٧/٢٠٠٤ اثناء قيامه بتنفيذ عملية طعنه الاستشهادية
— ايدن باعتماد سهما بمشيرا انتاجيته لرتقي
— نعمل راتب نصف المعتمد للزوجة صرفه للارامل مثل ايازوجه بيدها ابناء

التاريخ : ١٥/١٩ مم      التوقيع : ١١ ح

**قرار مدير المؤسسة : ( نا بـــــــ ... ).**

— الموظف بتدخ ولي بدايتها وبدات استشهر في ١١/١٧/٢٠٠٤
— انصح باعتماد سهما بمشهداء الاقصى — موقعة للوالديه

التاريخ : ٩ /١ /٢٠٠٥      التوقيع : عبد اللـ

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
|  |  |  |  |  | ٥٠ | ٦ |
|  |  |  |  | ١ |  |  |

**علاوات أخرى :**

.......................

**المجموع بالدينار :**

**المجموع بالشيكل :** ٨٥٠ شيقل

**اعتماد المدير العام :**

Redacted

Redacted

التاريخ ٦/٤/      التوقيع

**ملاحظات التدقيق :**

.......................

**ملاحظات الحاسب الآلي :**

التوقيع      التاريخ

CONFIDENTIAL

SHATSKY-JD00948

بســـــم الله الرحمن الرحيـــــم



PALESTINIAN LIBERATION ORGANIZATION

M's F. & I.C.E.

منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة: ___ عبد السلام صادق مرعي حسون ___ نوعها: ___ شـــهيد أقصى ___

الرقم المركزي: ___ 659 / ب / ١٧٣٤١ ___ المخصص: ___ شـــيكل ___

الاجراء المطلوب والاسباب: ** الشهيد متزوج بدون اولاد ، المخصص مقسوم حصة ا ازوجته حصة ب لوالديه ،

تصرف باسم الوالد ، زوجة الشهيد تزوجت من اجنبي وطالبنا بعقد زواج ، لم تستجب لطلبنا ، تصرف لها من طرفنا

ولا يصرف، لوالده ، اوصي بوقف ▐▐▐ Redacted ▐▐▐

▐▐▐ Redacted ▐▐▐ حصة الزوجة وتحويل الصرف لوالده ، رقم حساب والده " صادق مرعي حسون في

الوثائق المرفقة: ___

اسم وتوقيع رئيس القسم: ___

رأي المدير: ___

*** تعتمد التوصية ويوقف الصرف عن زوجة الشهيد التي تزوجت من غيرة ويحول المبلغ الى والد الشهيد ___

التاريخ: ٢٠٠٧/١١٢  توقيع مدير المؤسسة: ___

اجراء المدير العام : ___

التاريخ: ___ التوقيع: ___

الاجراء المركزي: ___ اسم وتوقيع المنفذ: ___

اجراء التدقيق: ___ الاسم والتوقيع: ___

Nablus - Tel/Fax   : 09 2385550
Ramallah-Tel/Fax : 02-2986268

نابلس - تلفاكس  :  2385550 - 09
رام الله - تلفاكس  :  2986268 - 02

CONFIDENTIAL

SHATSKY-JD00948

# Exhibit 48

**Palestinian National Authority**   [Emblem of the Palestinian National Authority]   **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**

ID Card: Redacted 5774
Date of Birth: Redacted /1974

Four-Part Name: Abdul Salaam Sadek Mer'y Hassoun
Ministry: Nablus

Type of Document: Palestinian ID
Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5717 | Sadek Mer'y Hussein Hassoun | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5717 | Sadek Mer'y Hussein Hassoun | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00103-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 01/01/2021 | 01/01/2021 | Information completed |
| Information completed | 05/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL                                                                      Shatsky-JD00104-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00105-T

Palestinian National Authority      **[Emblem of the Palestinian National Authority]**      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00106-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 05/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 06/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 07/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 08/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 09/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 10/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 11/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 12/1/2020 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 01/1/2021 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |
| 02/1/2021 | Redacted 5717 | Sadek Mer'y Hussein Hassoun | 1400 |

CONFIDENTIAL

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



البيانات الشخصية

| نوع الرتبة | هوية فلسطينية | | | الاسم الرباعي | عبد السلام صادق مرعي حسون | | Redacted ٥٧٧٤ | البطاقة الشخصية |
| الجنس | ذكر | | | الوزارة | نابلس | | Redacted ١٩٧٤ | تاريخ الميلاد |

الدرجات

| المعلم | الدرجة | اللغة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم أسر الشهيد الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانات الحالة

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار | |
|---|---|---|---|---|---|---|
| شهيد | Redacted | | . | غير محدد | | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٥٧١٧ | صادق مرعي حسين حسون | Redacted | | نسبة | ١٠٠ | . | . | . | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم السري | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|
| Redacted ٥٧١٧ | صادق مرعي حسين حسو | Redacted | | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00103

**Palestinian National Authority**



السـلطة الوطنيـة الفلسطينيـة
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   05/2021 . 3

بيانـــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| Redacted | | | |
| استكمال المعلومات | ٠١/٠١/٢٠٢١ | ٠١/٠١/٢٠٢١ | استكمال المعلومات |
| استكمال المعلومات | ٠١/٠٥/٢٠٢٢ | | |

بيانـــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00104

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00105

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00106

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | صادق مرعي حسين حسون | Redacted ٥٧١٧ | ١/٠٢/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00107