# Exhibit 50

3Confidential                                                                                  Shatsky-JD00751-T

In the name of Allah, the Gracious, the Merciful   *To be paid[\*]*

[English] Palestine Liberation Organization              [Arabic] Palestine Liberation Organization

[PLO emblem]

M's F. & I. C. E                                                  Martyrs' Families and Injured Care Establishment

---

## Social Report

The allowances
Legal affairs
Necessary work is to be done
[handwritten signature]
9.1.2019

**Case:** Aqsa Martyr

**Name:** Ala' Khader Abd Al-Hreimi

**Local number:** _____          **Central number:** _____

**Governorate:** Bethlehem

**Date:** 8.26.2019

(1)

Confidential                                                            Shatsky-JD00752-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Ala' Khader Abd Al-Hreimi | **Code name**: |
| **Nationality**: Palestine | **Identification no.**: Redacted 7669 |
| **Beneficiary's full name**: Sajda Na'man Issa Ziyada (wife, father, mother, brother, sister) | **Identification no.**: Redacted 3227 |
| **Mother's full name**: Zaynab Sami Ibrahim Al-Hreimi | **Mother's Identification no.**: Divorced |
| **Wife's name**: Sajda Na'man Issa Ziyada | **Wife's Identification no.**: Redacted 3227 |
| **Place and date of birth**: Redacted .1993 Bethlehem | **Place of origin**: Bethlehem |
| **Religion**: Muslim | **Sex**: Male     **Marital status**: Married |
| **Previous job**: Laborer | **Current job**: |
| **Education**: Eighth grade | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: Fatah | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 8.16.2019 – Near the settlement of Azar, Bethlehem

**Details of the incident**: The aforementioned was martyred after being shot, having been summarily executed by occupation soldiers after attempting a vehicular attack near the settlement of Azar, Bethlehem. (His body is still being held by the occupation authorities).

**Brief Biography**: The aforementioned was born in 1993, and went to elementary and junior high school in the schools of Bethlehem. He was wounded on 11.2.2006, and was recognized with a 36% disability. He was then arrested for almost one year, then released, and worked as a laborer until he became a martyr.

| | | | |
|---|---|---|---|
| **The family's residence**: **Possessed**: Possessed | | **Rented**: | **Shared**: |
| **Monthly rent**: | | | |
| **Full address**: | Redacted | | |
| **Nearest telephone**: | | | |

(2)

Confidential                                                                 Shatsky-JD00753-T

**Part 3: Family table:**   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Name of the wounded: | | | | | | Governorate: | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name of beneficiary | Relationship to the case | DoB | Marital status | Degree + Major | Graduation Date | Profession | Desired course or training | Address |
| 1 | Sajda Na'man Ziyada | Wife | Redacted .1994 | Widow | Secretary's diploma | 2013 | Housewife | | Bethlehem/ Abu Na'im |
| 2 | Redacted | Son | Redacted | Single | - | - | - | - | Redacted |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |

**Number of dependents**: (Wife + 1) 2
**If married: the wives and minor children**: (2)
**If single: the parents and the minor siblings**:
**Notes concerning the family table**:

Confidential                                                                 Shatsky-JD00753-T

Confidential                                                                 Shatsky-JD00754-T

**Case name and type**: The martyr Ala' Khader Abd Al-Hreimi / Bethlehem / Aqsa martyr

**Recommendations of the department:**
- The martyr is married and has a child. He worked as a laborer.
- The beneficiary: the widow of the martyr (Sajda Na'man Issa Ziyada), ID No. $^{\text{Redacted}}$3227
- We recommend confirming him as a martyr of the Al-Aqsa Intifada, and transferring the payment to [Redacted]
- There is no medical report. The body had not been delivered until this date

                                    Date: 8.26.2019  Signature: [handwritten]

**Decision of the establishment's director**: ( Bethlehem  )
We recommend confirming him as an Al-Aqsa Intifada martyr [Redacted]
[Redacted]

                                    Date: 8.26.2019  Signature: [handwritten signature]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total |
|-------|------|----------|--------|--------|----------------|-------|
| 1400  | 400  | 200      |        |        |                |       |

Other increments: _____
Total in shekel: _____

**Legal Affairs Notes:**
There is no problem to confirm him as a married martyr with the knowledge that the martyr's body is still being held by the occupation. The confirmation is based on the police documents, statements and report concerning the matter.

                                    Date: 9.24.2019   Signature: [handwritten]

[Redacted]

                                    Date: 9.29.2019   Signature: [handwritten]

**Confirmation of the director general**:

_____

**Confirmation of the Chairman of the Establishment:**
Confirmed a martyr as of 9.1.2019, as per regulations

                                    Date: 10.23.2019  Signature: [handwritten]

(3)

Confidential                                                                 Shatsky-JD0054-T

Original

CONFIDENTIAL
Shatsky-JD00751



بسم الله الرحمن الرحيم

**PALESTINIAN LIBERATION ORGANIZATION**
M'S F. & I. C. E.

منظمة التحرير الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث إجتماعي

الحالة: شهيد أقصى

الإســـم: علاء جعفر عبد الوكيل
الرقم المحلى: .................... الرقم المركزي: ....................
المحافظــة: بيت لحم
التاريـــخ: 6/ 1 / 2002م

(١)

- Tel 02-2986268
- Fax 02-2970554

رام الله – تلفون: 2986268-02
رام الله – فاكس: 2970554-02

CONFIDENTIAL
Shatsky-JD00751

**أولاً: معلومات ذاتية:**

الرقم المحلي: .......... الرقم المركزي: ..........

اسم الحالة: علي جعفر عبد الرحيم     الاسم الحركي: ..........

الجنسية: فلسطيني     رقم الهوية: 9٦٦٩ Redacted

اسم المستفيد الرباعي: ساجدة نعمان عيسى زياد     رقم الهوية: Redacted

(الزوجة، الأب، الأم، الأخ، الأخت).

اسم الأم كامل: زينب سامي ابراهيم الرحيم     رقم هوية الأم: مطلعة

اسم الزوجة: ساجدة نعمان عيسى زياد     رقم هوية الزوجة: Redacted

تاريخ ومكان الميلاد: 1993م بيت لحم Redacted     البلد الأصلي: بيت لحم

الديانة: مسلم     الجنس: ذكر     الحالة الاجتماعية: متزوج

العمل السابق: عامل     العمل الحالي: ..........

المؤهل العلمي: الثامن ساكس

تاريخ ورقم كتاب الاعتماد: ..........

تاريخ الاعتماد بالمؤسسة: ..........

---

**ثانياً: معلومات إدارية:**

الرتبة العسكرية: ..........     الرتبة التنظيمية: ..........

كتاب اعتماد الرتبة: ..........     رقم: ..........     تاريخ: ..........

تطورات المخصص السابق: ..........     الحالي: ..........     التعديلات: ..........

التنظيم التابع له: فتح     القطاع: ..........

تاريخ الالتحاق بالثورة: ..........     تنظيمياً: ..........     عسكرياً: ..........     تفرغاً: ..........

الدورات التي اجتازها: ..........

تاريخ ومكان الحادث: 16/8/2019م - حرب بيت حانون/غزة

كيفية حدوث الحادث: استشهد المذكور بأثر إصابته بإعدام صاروخي من جنود الاحتلال لرحلة جماعية عليه دون مبرر مستوصفة عائلة بيت لحم رابعة للنزال المحتجز لدى سلطات الاحتلال.

موجز سيرته الذاتية: المذكور مواليد عام 1993م درس المرحلة الابتدائية وابتدائيه في بيت لحم حتى المرحلة الثانوية (ثم تزوج) ثم عمل عامل بناء ثم انتسب للثورة كمجاهد عامل وآخر عمله وجهاده تنفيذ عملية على ايدي الاحتلال.

سكن الاسرة: ملك: ✓     ايجار: ..........     مشترك: ..........

الإيجار الشهري: ..........

العنوان الكامل: Redacted

أقرب تلفون: ..........

(٢)

CONFIDENTIAL  Shatsky-JD00753

ثالثاً: الجدول الاسري: * متزوج - اعزب

1-المتزوج: يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة.
2-الاعزب: يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج.

| الرقم | اســـم المستفيد | العلاقة بالحالة | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي والتخصص | سنة التخرج | المهنة | الدورة او التدريب الذي يرغب الالتحاق به | العنوان | المحافظة : |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ساجدة نعمان زيادة الوحش Redacted | الزوجة | Redacted 1994 | ارمله | دبلوم سكرتاريا 2013 | ربة بيت | | | شمال/أبو بيح | |
| 2 | Redacted | الابن | Redacted | اعزب | — | — | — | — | Redacted | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |

عدد المعالين : (١/زوجة+١) (..........٢..........)
المتزوج: الزوجات والابناء القصر: (..........٢..........)
الاعزب: الوالدين والاخوة القصر: ..........
ملاحظات على الجدول الاسري: ..........

اسم الحالة ونوعها: الشهيد علي جعفر عبد الرحمن بريش / شهيد أعصى

توصية القسم:
- استشهد قريبه ولديه طفل وكان يعمل عامل
- استشهد ووالدة الشهيد اسلمت تعاني من مرض زمانه (جوع) (Redacted)
- نوصي بإعتماده شهيد من تاريخ إستشهاده للاقصى وكول الامر في كي

التاريخ: ٢٦/٨/٢٠١٩ التوقيع: .........

قرار مدير المؤسسة: ( بت كم )

Redacted

التاريخ: ٢٦/٨/٢٠١٩ التوقيع: شاهد المنى ......

حساب المخصص:

| أساسي | زوجة | أولاد | أب | أم | أخوة قصر | المجموع |
|---|---|---|---|---|---|---|
| ١٤٠٠ | ٨٠٠ | ٢٠٠ | | | | |

علاوات أخرى: ..........

المجموع بالشيكل: ..........

ملاحظات الشؤون القانونية: لما نح من الغارة شهيد من دفع على ابن عمان كشهيد ما زال محقق لدى ومعايير وتم إعداد بها حسب الأعمار الأي من أوراق وإثباتات وكذاب كشهد بإعتماده

التاريخ: ٢٤/٩/٢٠١٩ التوقيع: .........

Redacted

التاريخ: ٢٩/٩/٢٠١٩ التوقيع: .........

اعتماد المدير العام:

.........

التاريخ: ................ التوقيع: ................

اعتماد رئيس المؤسسة:
محمد شهيد أحمد ٢٠١٩/٩/١
الختم

التاريخ: ٢٣/١٠/٢٠١٩ التوقيع: .........

(٣)

# Exhibit 51

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 7669
Date of Birth: Redacted /1992
Four-Part Name: Ala' Khader Abd Al-Hreimi
Ministry: Bethlehem
Type of Document: Palestinian ID
Gender: Male

**Categories:**

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

**Increments and Deductions:**

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

**Case Data:**

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

**Beneficiaries' Data:**

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 3227 | Sajda Na'man Issa Ziyada | Redacted | | Percentage | 100 | 1 | 0 | 1 | No apportionment | |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 3227 | Sajda Na'man Issa Ziyada | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00248-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Last credit | 11/01/2020 | 11/01/2020 | Information completed |
| Last credit | 10/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| 04/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 05/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 06/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 07/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 08/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 09/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 10/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 11/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 12/1/2020 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 01/1/2021 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 02/1/2021 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 03/1/2021 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |
| 04/1/2021 | Redacted 3227 | Sajda Na'man Issa Ziyada | 2000 |

CONFIDENTIAL                                                                                                                                    Shatsky-JD00249-T

Original



CONFIDENTIAL

Shatsky-JD00248

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

### بيانات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| نهاية الاعتماد | 01/11/2020 | 01/11/2020 | استكمال المعلومات |
| نهاية الاعتماد | 01/10/2022 | | |

### بيانات فراتب أبي البنك

| الشهور | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | Redacted | | |
| 01/04/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/05/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/06/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/07/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/08/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/09/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/10/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/11/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/12/2020 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/01/2021 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/02/2021 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/03/2021 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |
| 01/04/2021 | Redacted 3227 | سجده نعمان عيسى زياده | 2000 |

CONFIDENTIAL

Shatsky-JD00249