# Exhibit 53

Confidential                                              Shatsky-JD00681-T

In the name of Allah, the Gracious, the Merciful

[English] Palestine Liberation Organization        [Arabic] Palestine Liberation Organization

M's F. & I. C. E          | PLO emblem |          Martyrs' Families and Injured Care Establishment

# Social Report

**Case:** Martyr of Aqsa

**Name:** Alaa A-Din Hisham Hussein Abu Adheim

**Local number:**                           **Central number:**

**Governorate:** Jerusalem

**Date:** 12.10.2009

---

Ramallah - Tel/Fax: 02-2986268

Jerusalem – Tel/fax: 02-2798432

Confidential                                              Shatsky-JD00681-T

Confidential                                                    Shatsky-JD00682-T

### [cut off]: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Alaa A-Din Hisham Hussein Abu Adheim | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 6363 |
| **Beneficiary's full name**: Hisham Hussein Qasem Abu Adheim (Wife, father, mother, brother, sister) | **Identification no.**: Redacted 5492 |
| **Mother's full name**: Fatma Hussein Abdallah Abu Adheim | **Mother's Identification no.**: Redacted 2803 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: Redacted 1982 Jerusalem | **Place of origin**: Jerusalem / Al-Mukabbar |
| **Religion**: Muslim | **Sex**: Male   **Marital status**:  Single |
| **Previous job**: Driver | **Current job**: - |
| **Education**: Tawjihi [general secondary examination] | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: Combatant | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: 1000 Shekels | **Changes**: 2009 |
| **Organizational affiliation**: None | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |

| |
|---|
| **Training courses undertaken**: |
| **Place and date of the incident**: 3.6.2008 – Jewish school in Western Jerusalem |
| **Details of the incident**: The aforementioned became a martyr after an exchange of fire between him and soldiers in a Jewish school in Western Jerusalem, which occurred after he penetrated it wearing Jewish clothes and carrying a weapon. He opened fire at the students and teachers, killing 8. The Israelis then fired at him, and he became a martyr on the spot. |
| **Brief Biography**: The martyr was born in Jerusalem on Redacted .1982. He studied in the Tawjihi in Jabl al-Mukabbar and Jerusalem. He worked in the field of print and photography. Later on, before his martyrdom, he worked as a shuttle driver. |
| **The family's residence:** Possessed |
| **Monthly rent**: |
| **Full address**: | Redacted |
| **Nearest telephone**: | |

Confidential                                                    Shatsky-JD00682-T

Confidential                                                    Shatsky-JD00683-T

The martyr: Alaa A-Din Hisham Hussein Abu Adheim

**Part 3: Family table:   * Single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Hisham Hasan Qasem Abu Adheim | Father | Redacted .1952 | College | Construction technician | Married | Jabl al-Mukabbar |
| 2 | | Mother | | Junior high school | Housewife | Married | |
| 3 | | Sister | | B.A. | Housewife | Married | |
| 4 | | Brother | | Tawjihi [general secondary examination] | Merchant | Married | |
| 5 | Redacted | Sister | Redacted | Tawjihi | Housewife | Married | Redacted |
| 6 | | Brother | | Highschool | Merchant | Married | |
| 7 | | Sister | | Tawjihi | Housewife | Married | |
| 8 | | Sister | | B.A. | Housewife | Married | |
| 9 | | Sister | | Tawjihi | Housewife | Married | |
| 10 | | Sister | | 10th | Housewife | Married | |
| 11 | | Brother | | 10th | Unemployed | Married | |
| **Number of dependents:** 2 | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** Only the parents | | | | | | | |
| **Notes concerning the family table:** The family consists of the parents, three married brothers and six married sisters. | | | | | | | |

Confidential                                                    Shatsky-JD00683-T

Confidential                                                    Shatsky-JD00684-T

**[cut off]:** The case should be confirmed according to the regulations and the necessary steps, as the martyr's parents are alive.

Date: 10.13.2009          Signature: Amuna Hijazi

**Decision of the establishment's director**: (   Jerusalem   )

I recommend that the case will be confirmed according to the regulations, since he became a martyr during an exchange of fire between him and the occupation soldiers in a religious school in West Jerusalem on 3.6.2008. The beneficiary for the martyr is his father, Hisham Hasan Qasem Abu Adheim, I.D. number <sup>Redacted</sup> 5492, and account number at redacted. The martyr is single. He should be awarded redacted shekels according to the regulations.

as of 5.1.2006.

Date 10.18.2009                              Signature: Ibrahim Faqusa

**Calculation of the allowance:**              10.20.2009 [handwritten signature]

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
| 700   |      |          |        |        |                | 700 Shekels        |

Other increments: _____

Total in dinar: _____

Total in shekels: _____

**Confirmation of the director general**:

The martyr is confirmed as a martyr of the Al-Aqsa Intifada as of 3.1.2008 [2 illegible words] 1000 shekels [2 illegible words] 10[*] installments.

**Audit's notes**:              **Date**: 10.9.2009      **Signature** [handwritten signature]

_____

_____

_____

**Computerized notes**:       **Date**:              **Signature**:

_____

_____

Confidential                                                    Shatsky-JD00684-T

Original

CONFIDENTIAL

Shatsky-JD00681

بســـم اللـــه الــرحمـــن الــرحيــم

PALESTINIAN LIBERATION ORGANIZATION



منظمة التحرير الفلسطينية

M's F . & I . C . E .

مؤسسة رعاية أسر الشهداء و الجرحى

# بحث اجتماعي

الحالة : شهيد اقصى

الاســم :          علاء الدين هشام حسين أبو دهيم

الرقم المحلي:                    الرقم المركزي:

المحافظة :          القدس

التاريخ :          ٢٠٠٩/١٠/١٢

CONFIDENTIAL

Shatsky-JD00681

CONFIDENTIAL

Shatsky-JD00682

اولا : معلومات ذاتية :

اسم الشهرة :

اسم الحركة : علاء الدين هشام حسين أبوادهيم

الجنسية : فلسطينية

اسم مستعار ( رباعي ) : هشام حسين قاسم أبوادهيم

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : فاطمة حسين عبدالله أبوادهيم

اسم الزوجة :

تاريخ ومكان الميلاد : ١٩٨٢،Redacted القدس

الديانة : مسلم

اخوي : ذكر

العمل السابق : سائق سيارة

المؤهل العلمي : توجيهي

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

ثانيا : معلومات إدارية :

الرتبة العسكرية : مناضل

كتاب اعتماد الرتبة :

تطورات المخصص السابق :

التنظيم التابع له : بلا

تاريخ الالتحاق بالثورة :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٢٠٠٨/٣/٦ - مدرسة يهودية بالقدس الغربية

كيفية حدوث الحادث : استشهد المذكور خلال تبادل لإطلاق النار بينه وبين الجنود في مدرسة يهودية بالقدس الغربية بعدما دخل متسللا بزي يهودي ويحمل السلاح فبدأ بإطلاق النار على الطلاب والمعلمين فأودى بحياة ٨ منهم مما جعل الأسرائيلين يطلقون علية النار فاستشهد فورا"

موجز سيرتة الذاتية : الشهيد من مواليد القدس بتاريخ ١٩٨٢Redacted درس للتوجيهي في جبل المكبر والقدس . عمل في مجال الطباعة والتصوير ثم قبل وفاته كان يعمل سائق سيارة لنقل الركاب .

سكن الأسرة : ملك

الإيجار الشهري :

العنوان الكامل :

اقرب تلفون :

رقم هوية: 6363 Redacted

رقم هوية: ٢،٤،٤ Redacted

رقم هوية الأم: ٣،٨،٠ Redacted

رقم هوية الزوجة :

البلد الأصلي : القدس / المكبر

الحالة الاجتماعية : اعزب

العمل الحالي :

الرتبة التنظيمية:

رقم : تاريخ :

الحالي : ١٠٠٠ شيكل   التعديلات   ٢٠٠٩

القطاع :

تنظيميا :   عسكريا :   تفرعا :

Redacted

CONFIDENTIAL

Shatsky-JD00682

CONFIDENTIAL

Shatsky-JD00683

الشهيد : علاء هشام حسن أبوادهيم

ثالثاً : الجدول الأسري : ' أعزب

١.  المتزوج يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة

٢.  الأعزب يسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| مسلسل | الأسم | العلاقة الاجتماعية | تاريخ ميلاد | مؤهل علمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١. | هشام حسن قاسم أبوادهيم | الاب | ١٩٥٢، Redacted | كلية متوسطة | في بناء | متزوج | محل الذكر |
| ٢. | Redacted | الأم | Redacted | اعدادي | ربة بيت | متزوجة | Redacted |
| ٣. | | الاخت | | بكالوريوس | ربة بيت | متزوجة | |
| ٤. | | الاخ | | توجيهي | تاجر | متزوج | |
| ٥. | | اخت | | توجيهي | ربة بيت | متزوجة | |
| ٦. | | اخ | | أ – ثانوي | تاجر | متزوج | |
| ٧. | | الاخت | | توجيهي | ربة بيت | متزوجة | |
| ٨. | | الاخت | | بكالوريوس | ربة بيت | متزوجة | |
| ٩. | | اخت | | توجيهي | ربة بيت | متزوجة | |
| ١٠. | | الاخت | | عاشر | ربة بيت | متزوجة | |
| ١١. | | الاخ | | عاشر | لايعمل | متزوج | |

عدد المعالين :  ٢

–المتزوج الزوجات والأبناء القصر :

–الأعزب الوالدين والإخوة القصر : الوالدين فقط

ملاحظات على الجدول الأسري:تتكون الأسرة من الوالدين وللثلاثة أخوه متزوجين وست أخوات متزوجات

CONFIDENTIAL

Shatsky-JD00683

CONFIDENTIAL

Shatsky-JD00684

عند لحالة حسب النضء ، حر ه ئئزم ، حيث ان للشهيد وئتين على قيد الحياة .

التوقع : اموه حجاري   ربخ : ٢٠٠٩/١٠/١٣

قرار مدير المؤسسة : (القدس.)

لوصي  باعتماد الحالة حسب النظام حيث أن الشهيد استشهد أثناء تبادل للنار بينه وبين جيش الاحتلال فى مدرسه دينيه داخل القدس الغربية بتاريخ ٢٠٠٨/٣/٦ . المستفيد عن الشهيد والده هشام حسن قاسم ابو ادهيم رقم هويه (٤٩٢﹢Redacted) ورقم حساب لدى Redacted ، الشهيد أعزب يصرف له Red شيكل حسب النظام .

التوقيع. ابراهيم فقوسه
٢٠-١٥-٢٠٠٩ كخجي

التاريخ : ٢٠٠٩/١٠/١٨
حساب المخصص :

| أساسي | زوجة | أولاد | أب | أم | أخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : .....................................
المجموع بالدينار : .....................................
المجموع بالشيكل : .....................................
اعتماد المدير العام :
.....................................
.....................................

ملاحظات المدقق : التاريخ ٩/١٤/٢ التوقع
.....................................
.....................................

ملاحظات الحاسوب الآلي : التاريخ     التوقع
.....................................
.....................................

CONFIDENTIAL

Shatsky-JD00684

# Exhibit 54

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 6363          Four-Part Name: Alaa A-Din Hisham Hussein Abu Adheim          Type of Document: Palestinian ID
Date of Birth:          Ministry: Jerusalem          Gender: Unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5492 | Hisham Hussein Qasem Abu Adheim | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5492 | Hisham Hussein Qasem Abu Adheim | Redacted | | Redacted | | | |

CONFIDENTIAL                                                                 Shatsky-JD00220-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Last credit | 06/01/2020 | 06/01/2020 | Information completed |
| Redacted | | | |
| Last credit | 06/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00221-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
|       |        | Redacted |     |

CONFIDENTIAL                                                                Shatsky-JD00222-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00223-T

Palestinian National Authority      [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 05/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 06/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 07/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 08/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 09/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 10/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 11/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 12/1/2020 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 01/1/2021 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 02/1/2021 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 03/1/2021 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |
| 04/1/2021 | Redacted 5492 | Hisham Hussein Qasem Abu Adheim | 1700 |

CONFIDENTIAL

Shatsky-JD00224-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



البيـــانـات الشخصــية

| نوع الوثيقة | هوية فلسطينية | الاسم الرباعي | علاءالدين هشام حسين ابوابراهيم | البطاقة الشخصية | Redacted ١٣٦٢ |
| الجنس | غير معروف | الــوزارة | القدس | تاريخ الميـــلاد | |

الدرجـــــات

| السلم | الدرجة | اللغة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

بيانـــــات الحالة

| نوع الحـــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | . | غير محدد | |

بيانــــــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/القيمة | قيمة النسبة | عدد القزويجات | زوجة ثنية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٥٩٩٢ | هشام حسين قاسم ابوابراهيم | Redacted | | نسبية | ١٠٠ | ١ | . | . | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٩١٢ | هشام حسين قاسم ابوابراهيم | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00220

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| مبب الوقف | | | بيانـــــات الوقف |
|---|---|---|---|
| سبب الإعادة | الى تاريخ | من تاريخ | سبب الوقف |
| أستكمال المعلومات | ٠١/٠٦/٣٠٢٠ | ٠١/٠٦/٢٠٢٠ | نهاية الاعتماد |
| Redacted | | | |
| | | ٠١/٠٦/٢٠٢١ | نهاية الاعتماد |
| | | | بيانـــــات الراتب الى البنك |
| الراتب | الاسم | رقم الهوية | الشهر |

Redacted

CONFIDENTIAL

Shatsky-JD00221

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00222

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    3:/05/2021

| الرتب | الاسم | رقم الهوية | الشهر |
|-------|-------|-----------|-------|



Redacted

CONFIDENTIAL

Shatsky-JD00223

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الرقم |
|---|---|---|---|
| | | Redacted | |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٤/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٥/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٦/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٧/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٨/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٩/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/١٠/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/١١/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/١٢/٣٠٢٠ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠١/٣٠٢١ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٢/٣٠٢١ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٣/٣٠٢١ |
| ١٧٠٠ | هشام حسين قاسم ابراهيم | Redacted ٤٩٦٢ | ١/٠٤/٣٠٢١ |

CONFIDENTIAL

Shatsky-JD00224

# Exhibit 55

Confidential                                                              Shatsky-JD00634 -T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | Ministry of Social Affairs |
| M's F. & I. C. E | Martyrs' Families and Injured Care Establishment |

P.A. emblem

In the name of Allah, the Gracious, the Merciful (654)

## Social Report

**Case:** Aqsa Martyr

**Name:** Ali Munir Yousuf Ju'ara

**Local number:** 279 Sh            **Central number:** 014481

**Governorate:** Bethlehem

**Date:** 2.12.2004

Ramallah - Tel/Fax: 02-2986268

Confidential                                                              Shatsky-JD00634-T

Confidential                                    Shatsky-JD00635-T

**[Cut off]: Personal Information**

| Local no.: 279 | Central no.: 014481 |
|---|---|
| The case's name: Ali Munir Yousuf Ju'ara | Code name: |
| Nationality: Palestinian | Identification no.: <sup>Redacted</sup>4710 |
| Beneficiary's full name: Munir Yousuf Khalil Ju'ara<br>(Wife, father, mother, brother, sister) | Identification no. <sup>Redacted</sup> 0362 |
| Mother's full name: Fathiya Mohammed Ibrahim Ju'ara | Mother's Identification no.: <sup>Redacted</sup>4356 |
| Wife's name: / | Wife's Identification no.: / |
| Place and date of birth: <sup>Redacted</sup>.1979 - Hebron | Place of origin: Deir Aban |
| Religion: Muslim | Sex: Male | Marital status: Single |
| Previous job: Policeman (First Sergeant) | Current job: - |
| Education:  3rd grade in junior high school | |
| Date and number of confirmation letter: | |
| Date of confirmation in the institution: 2.1.2004 | |

**Part 2: Administrative Information**

| Military rank: First Sergeant | Organizational rank: | |
|---|---|---|
| Rank confirmation letter: | No. | Date: |
| Developments in previous allowance: | Current: redacted | Changes: redacted |
| Organizational affiliation: Hamas | Sector: | |
| Date of joining the revolution: | Organizationally: | Militarily: | As a full-time member: |

| Training courses undertaken: |
|---|
| |

| Place and date of the incident: 1.29.2004 – Western Jerusalem |
|---|
| Details of the incident: The aforementioned brother became a martyr having perpetrated a martyrdom operation in Western Jerusalem, when he blew herself up in an Israeli bus. |
| Brief Biography: The aforementioned martyr was born in 1979 in Hebron. He studied in the elementary school in Jordan, in the junior high school in Aida Camp. Worked as First Sergeant in the police until he became a martyr. |

| The family's residence: Possessed: | **Rented**: rented   **Shared**: |
|---|---|
| Monthly rent: | |
| Full address: | Redacted |
| Nearest telephone: | |

Confidential                                    Shatsky-JD00635-T

Confidential                                                    Shatsky-JD00636-T

**[cut off]: Family table:**   **\* married – single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Munir Yousuf Khalil Ju'ara | Father | 1957 | Junior high school | - | Married | Aida Camp |
| 2 | | Mother | | Junior high school | Housewife | Married | |
| 3 | | Brother | | 6th | Student | Single | |
| 4 | | Sister | | 10th | Student | Single | |
| 5 | Redacted | Brother | Redacted | 12th | Student | Single | Redacted |
| 6 | | Sister | | Junior high school | Housewife | Divorced | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents: (Both parents + 4)   6** | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings: 6** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                                    Shatsky-JD00636-T

Confidential                                         Shatsky-JD00637-T

**[cut off] of the case and its type:** Martyr Ali Munir Yousuf Ju'ara – Aqsa martyr - Bethlehem

**Recommendation of the Department:**

1 – The martyr is single
2 – We recommend that he should be confirmed as a martyr of the Al-Aqsa Intifada
3 – A Death Certificate has not been issued because the body has not been handed over. The martyr's father's house was detonated.

_____ Date: 2.12.2004 Signature: [handwritten signature]

**Decision of the establishment's director:** ( Bethlehem )
The martyr should be confirmed as a martyr of the Al-Aqsa Intifada.

_____
_____
_____ Date: 2.29.2004 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekels: _____

**Confirmation of the director general:**
The martyr is confirmed as a martyr of the Al-Aqsa Intifada as of 2.1.2004. He will be paid redacted shekels a month.

_____
_____

**Audit's notes:**        **Date:** 3.2.2004    **Signature** [handwritten signature]

_____        _____
_____        _____
_____        _____

**Computerized notes:**      **Date:**          **Signature:**

_____        _____
_____        _____

Confidential                                         Shatsky-JD00637-T

Original

CONFIDENTIAL

Shatsky-JD00634



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم

٣٥٢

# بحث اجتماعي

الحالة : شريد أقصى

الاسم : علي صبري يوسف جعارة

الرقم المحلي : ٩٧٣ ش     الرقم المركزي : ١٨٤٤٨١.

المحافظة : بيت لحم

التاريخ : ١٥ / ٥ / ٤

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

Shatsky-JD00634

CONFIDENTIAL

Shatsky-JD00635

## معلومات ذاتية :

الرقم المحلي : _____ ٩٢٢ ٩ شى _____ الرقم المركزي : _____ ١٨٤٤٤١٠

اسم الحالة : علي مني دوسف جبارة _____ الاسم الحركي : _____

الجنسية : _____ فلسطيني _____ رقم الهوية : _____ Redacted

اسم المستفيد رباعي : مني دوسف خليل جبعارة _____ رقم الهوية : _____ Redacted
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : فاطمة محمد ابراهيم جبعارة _____ رقم هوية الأم : _____ Redacted

اسم الزوجة : _____ رقم هوية الزوجة : _____

تاريخ ومكان الميلاد : _____ كرم الخليل _____ البلد الأصلي : _____ دير ابان _____ Redacted

الديانة : _____ مسلم _____ الجنس : _____ ذكر _____ الحالة الاجتماعية : _____ أعزب

العمل السابق : _____ شرطي (رتبة أول) _____ العمل الحالي : _____

المؤهل العلمي : _____ ثالث أعدادي

تاريخ ورقم كتاب الاعتماد : _____

تاريخ الاعتماد بالمؤسسة : _____ ١ / ٤ / ٢٠٠٢ م

## ثانياً : معلومات ادارية :

الرتبة العسكرية : _____ وكيب أول _____ الرتبة التنظيمية : _____

كتاب إعتماد الرتبة : _____ رقم : _____ تاريخ : _____

تطورات المخصص السابق : Redacted _____ الحالي : Redacted _____ التعديلات

التنظيم التابع له : _____ حماس _____ القطاع : _____

تاريخ الالتحاق بالثورة : _____ تنظيما : _____ عسكريا : _____ تفرغا : _____

الدورات التي اجتازها : _____

تاريخ ومكان الحادث : ٢٩ سبتمبر ٢٠٠٢ م القدس المغربية

كيفية حدوث الحادث : استشهد الدكور المذكور اثناء ضابه بعمليه عند إدية في
القدس المغربية حيث قام بتفجير نفسه في قنبلة كان بحرائله

## موجز سيرته الذاتية :

يتميز الجذكور سراير ٢٠١٩٣م في الخليل درس المؤلد الدش ابنه في الدردن كان عائد
كان يعمل رتبة أول في استشهد المؤلد استشهد

سكن الاسرة : ملك : _____ ايجار : _____ ايجار _____ مشترك : _____

الإيجار الشهري : _____ Redacted

العنوان الكامل : _____

أقرب تلفون : _____

CONFIDENTIAL

Shatsky-JD00635

ثاً : الجدول الأسري :  ★ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | الوالد | ١٩٥٣ | أعدادى | — | متزوج | فخم عايده |
| ٢ | | الوالدة | Redacted | أعدادت | ربة بيت | متزوجه | Redacted |
| ٣ | | الابن | | سادس | طالب | أعزب | |
| ٤ | | البنت | | عاشر | طالبة | عزباء | |
| ٥ | | الابن | | ثانى عشر | طالب | أعزب | |
| ٦ | | البنت | | اعدادى | ربة بيت | مطلقه | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ( الوالدين + ٤ )

– المتزوج : الزوجات والابناء القصر :

– الاعزب : الوالدين والاخوة القصر :

ملاحظات على الجدول الاسري :

CONFIDENTIAL
Shatsky-JD00637

اسم الحالة ونوعها : السيد/علي منير يوسف جعاره — شهيد أقصى / بيت لحم

## توصية القسم :

١ـ الشهيد أعزب

٢ـ نوصي بأعتماده شهيد من شهداء انتفاضة الأقصى

٣ـ لم يعد رقم الدفن وفاة لعدم تسلم الجثه / دفن من قبل الاسرائيلي

التاريخ : ........ التوقيع : ........

## قرار مدير المؤسسة : ( بيت لحم )

يعتمد السيد مدير ......

التاريخ : 29/1/2004 التوقيع : ........

## حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ........

المجموع بالدينار : ........

المجموع بالشيكل : ........

## اعتماد المدير العام :

........ Redacted ........ بولو

التاريخ : 1/2/.... التوقيع : ........

## ملاحظات التدقيق :

التاريخ التوقيع

## ملاحظات الحاسب الآلي :

# Exhibit 56

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card.<sup>Redacted</sup> 4710          Four-Part Name: Ali Munir Yousuf Ju'ara          Type of Document: Palestinian ID
Date of Birth:                            Ministry: Bethlehem                            Gender:  Unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|------------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|------------|----------|-------|----------------------|-----------|--------|------------------|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|------------|----------|-----------------------|-----------------|---------------|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|------------|----------|--------------------|------------|-----------------|----------|--------------------|-------------------------|-------------|
| Redacted 0362 | Munir Yousuf Khalil Ju'ara | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|------------|----------|------|--------|-------------|-------------|
| Redacted 0362 | Munir Yousuf Khalil Ju'ara | Redacted | | | Redacted | | |

CONFIDENTIAL                                                                                    Shatsky-JD00204-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 11/01/2020 | 11/01/2020 | Information completed |
| | 11/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                                                          Shatsky-JD00205-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00206-T

Palestinian National Authority  [Emblem of the Palestinian National Authority]  Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00207-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 05/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 06/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 07/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 08/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 09/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 10/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 11/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 12/1/2020 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 01/1/2021 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 02/1/2021 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 03/1/2021 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |
| 04/1/2021 | Redacted 0362 | Munir Yousuf Khalil Ju'ara | 1400 |

CONFIDENTIAL

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعه 31/05/2021



البيـانـات الشخصية

| | | | |
|---|---|---|---|
| نوع الوثيقة | هوية فلسطينية | الاسم الرباعي | علي منير يوسف جعاره |
| الجنس | غير معروف | السوابرة | بيت لحم |

البطاقة الشخصية Redacted ٤٧٢٨
تاريخ الميـلاد

الترجــــــات

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محدد | Redacted | |

العلاوات والتخصصات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانـــــات الحالة

| نوع المـــــادة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

بيانـــــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسمة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٣٦٢ | منير يوسف خليل جعاره | Redacted | | نسبية | ١٠٠ | . | . | . | لا يوجد قسمه | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٣٦٢ | منير يوسف خليل جعاره | Redacted | | Redacted | | | |

CONFIDENTIAL

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



| سبب الوقف | من تاريخ | الى تاريخ | سبب الإعادة |
|---|---|---|---|
| | | Redacted | |
| نهاية الاعتماد | ٠١/١١/٢٠٢٠ | ٠١/١١/٢٠٢٠ | أستكمال المعلومات |
| نهاية الاعتماد | ٠١/١١/٢٠٢١ | | |

بيانات الراتب في البنت

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00205

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

CONFIDENTIAL

Shatsky-JD00206

Palestinian National Authority



الـسـلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31،05/2021

| الشهر | رقم الهوية | الإسم | الراتب |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00207



Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الرتبة | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/٤/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/٥/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/٦/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/٧/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/٨/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/٩/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦١ | ٢٠٢٠/١٠/٢١ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/١١/٢١ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢٠/١٢/٢١ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢١/١/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢١/٢/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢١/٣/٢٠ |
| ١٤٠٠ | منير يوسف خليل جعار | Redacted ، ٣٦٢ | ٢٠٢١/٤/٢٠ |

CONFIDENTIAL

Shatsky-JD00208