# Exhibit 58

Confidential                                                      Shatsky-JD00784-T

*Gaza martyrs*

In the name of Allah, the Gracious, the Merciful

**Palestine Liberation Organization**
**Palestinian National Authority**
**Martyrs' Families and Injured Care Establishment**



# Social Report

### Case: Martyr

**Name**: Anwar Muhammad Atiya Sukar

**Local number**:  012576

**Central number**:  _____

**Governorate**: Gaza

**Date**:  _____

---

Confidential                                    Shatsky-JD00785-T

**Supporting Documents:**

Photocopy of the martyr

Photocopy of the beneficiary

**Death Certificate**

**Martyr's ID card**

**Father's ID card**

**Mother's ID card**

University registration certificate of the brother Abdullah

[Illegible] registry of the sister Safa, Wisam, [Illegible]

Birth certificate of [Illegible]

..............................................................................................................

_____

**Additional notes:**

1 – The martyr's siblings [Illegible]

2 – The father is an officer in the Traffic Police

3 – The family receives payment only from the studying[*]    [signature]

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

Confidential                                    Shatsky-JD00785-T

Confidential                                                                Shatsky-JD00786-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.:** 34 | **Central no.:** 030332 |
| **The case's name:** Anwar Muhammad Atiya Sukar | **Code name:** |
| **Nationality:** Palestinian | **Identification no.:** Redacted 7883 |
| **Education and date:** First grade in high school | |
| **Beneficiary's full name:** Ma'zuza Misbah Ahmad Sukar | **Identification no.:** Redacted 2859 |
| **Mother's full name:** Ma'zuza Misbah Ahmad Sukar | **Mother's Identification no.:** Redacted 2859 |
| **Date and place of birth:** 1972 Al-Suja'iya | **Place of origin:** Beit [Illegible] |
| **Religion:** Muslim | **Sex:** Male | **Marital status:** Married / no children |
| **Previous job:** [Illegible] | **Current job:** Deceased |
| **Date and number of confirmation letter:** _____ | **Date of confirmation in the institution:** 1995 |

## Administrative Information

| | | | |
|---|---|---|---|
| **Military rank:** _Military wing, Islamic Jihad_ | | **Organizational rank:** | |
| **Rank confirmation letter:** | | **No.** | **Date:** |
| **Previous monthly allowance:** | | **Memorandum No.:** | |
| **Organizational affiliation:** | | **Governorate:** Gaza | |
| **Date of joining the revolution:** | **Organizationally:** | **Militarily:** | **As a full-time member:** |
| **Training courses undertaken:** | | | |

**Place and date of the incident:** 1.22.1995 Inside the Green Line

**How the Incident happened:** A martyrdom operation. Explosion in a restaurant in Dizengoff Street, Tel Aviv. The operation was named the Beit Lid Operation. The Islamic Jihad took responsibility[*] for it.
..................................................................................................
..................................................................................................

**Brief Biography:** The martyr was born in 1972. Completed Junior High School and the first year of High School. He was a refugee from Beit [Illegible]. He was married with no children. He was martyred in the Beit Lid Operation. He wife married his unmarried brother Abdel Rahim. The family is in a bad condition.

| **The family's residence: Owned:** the father | **Rented:** | **Shared:** |

Redacted

Confidential                                                                Shatsky-JD00786-T

Confidential                                          Shatsky-JD00787-T

**Part 3: Family table:    married - single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | High school | Police officer | Married | Redacted |
| 2 | Ma'uzuza | Mother | 1925 | Illiterate | Housewife | Married | |
| 3 | Redacted | Brother | Redacted | Carpenter / Industry | Carpenter | Married | Redacted |
| 4 | | Brother | | 1st year university | Student | Single | |
| 5 | | Brother | | 6th year | Student | Single | |
| 6 | | Sister | | 2nd year high school | Student | Single | |
| 7 | | Sister | | 3rd year junior high | Student | Single | |
| 8 | | Sister | | 2nd year junior high | Student | Single | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: Four students – one in university and three in schools

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: Two parents and three minor siblings in school, the fourth in university

**Notes concerning the family table**: The family has no breadwinner except for the father. The son Abdel Rahim in married to the wife of the deceased.

Confidential                                          Shatsky-JD00787-T

Confidential                                              Shatsky-JD00788-T

**Recommendations of the department**:

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

...........................................................................................................................

_____   Date: _____   Signature: _____

**Decision of the establishment's director**: (        )

- [Illegible] 30332[*] S.C. [acronym – probably stands for Social Case] on his father's name.
- According to the decision of the honorable minister, he is to be confirmed as a martyr of the homeland as of 3.1.2001.
- Monthly allowance – 374 shekels to his wife and his mother
- [Illegible] as a Social Case at the end of 2/2001

_____   Date: _____   Signature: [signature]

                                                              3.11.2001

**Confirmation of the director general**:

                              *New*

                    ----------------------

                              +

                    *374 shekels each month*

**Audit's notes**:                    **Date**:              Signature: [signature]

                    *3 / 2001*

**Computerized notes**:               **Date**:              Signature:

_____     _____

_____     _____

_____     _____

_____     _____

Confidential                                              Shatsky-JD00788-T

CONFIDENTIAL                                    SHATSKY-JD00798-T

| Follow Up Table | | |
|---|---|---|
| Serial No. | Note | Signature and Date |
| 2/2001[*] | Change from S.C. [Social Case] to Martyr 374 S | K 470 [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL                                    SHATSKY-JD00798-T

# Original

CONFIDENTIAL

SHATSKY-JD00784

شهداء عزة

بسم الله الرحمن الرحيم

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء
والجرحى

# بحث اجتماعي

الحالة : ........شهيد........

الاســـم : ..أنور محمد عطية ....
الرقم المحلي : ..........١٢٥٧٥م......
الرقم المركزي : ...................
المحافظة : ....غزة............
التاريـــخ : ...................

CONFIDENTIAL

SHATSKY-JD00784

CONFIDENTIAL SHATSKY-JD00785



**الأوراق الثبوتية :**

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

**ملاحظات اضافية :**

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

......................................................................................

SHATSKY-JD00785

CONFIDENTIAL

SHATSKY-JD00786

**أولاً : معلومات ذاتية :**

الرقم العلمي : ................................. الرقم المركزي : ٢٠٢٩٢٤٤٦ ...........

اسم الحالة : .ابنور. ......................... الاسم الحركي : ...................................

الجنسية : ................................. Redacted ٧١٨٨٢ رقم الهوية : ........................

المؤهل العلمي وتاريخه : .بكالوريوس شاملة ............................

اسم المسعد رباعي جبتونت مجابي احمد ....... رقم الهوية : ٩٥٨٢ Redacted

اسم الأم كامل : بثينة مضاي احمد ....... رقم هوية الأم ٩٥٨٢ Redacted

تاريخ ومكان الميلاد : ٢١/٢/١٩٦٦ استخيم ....... البلد الأصلي : .................................

الديانة : ....مسلم................... الجنس : .ذكر.............. الحالة الاجتماعية : متزوج وله أولاد ...

العمل السابق : ....عكباء..................... العمل الحالي : .بعد ١٩٩١.......

تاريخ ورقم كتاب الاعتماد : ..................... تاريخ الاعتماد بالمؤسسة : ...١٩٩٥......

**ثانياً : معلومات إدارية :**

الرتبة العسكرية : ...جندي...................... الرتبة التنظيمية : ........................

كتاب اعتماد الرتبة : .................. رقم : .............. تاريخ : ........................

المخصص الشهري السابق : ................... رقم المذكرة : ........................

التنظيم التابع له : ......................... القطاع : ........................

تاريخ الالتحاق بالثورة : .................. تنظيماً : .٥.٦. ....عسكرياً : .......... لفرعاً : ..........

الدورات التي اجتازها : ..............................................

تاريخ ومكان الحادث : ٢٤/١/١٩٦٥/١. داخل الخط الأخضر .......

كيفية حدوث الحادث : بعلم ........................................

........................................................

........................................................

........................................................

**موجز سيرته الذاتية :**

......................................................

......................................................

......................................................

سكن الأسرة : ملك لدفع ....الإيجار...... مشترك : ............ الإيجار الشهري : ........

Redacted

CONFIDENTIAL

SHATSKY-JD00786

CONFIDENTIAL

SHATSKY-JD00787

ثالثاً . الجدول الأسري      • متزوج . أعزب

١ ــ المتزوج يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الأنتاج ثم الوالدين والأخوة
٢ ــ الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الأنتاج

| العنـوان | الحالـة الأجتماعية | المهنة | المؤهـل العلمي | تاريخ الميلاد | الحالـة بالنسبة | الاســـم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | ربة مكان بابا سيما | Redacted | الأب | Redacted | ١ |
| | متزوجة | ربة منزل | امية | ١٩٢٥ | الأم | محسنة | ٢ |
| Redacted | متزوج | تاجر | ظابط احتياط | Redacted | ابنه | Redacted | ٣ |
| | أجنبي | طالب | ثانوي عامة | | ابنة | | ٤ |
| | أجنبي | طالب | سنة ثانية | | ابن | | ٥ |
| | متزوج | طالب | ثانوي عامة | | أخوة | | ٦ |
| | متزوج | طالب | ثانوي عامة | | اخته | | ٧ |
| | متزوج | طالب | ثاني اعدادي | | اخته | | ٨ |
| | | | | | | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

• عدد المعالين :

• المتزوج : الزوجات والأبناء القصر

• الأعزب : الوالدين والأخوة القصر

CONFIDENTIAL

SHATSKY-JD00788

توصية القسم :

.............................................................................................................
.............................................................................................................
.............................................................................................................
.............................................................................................................
.............................................................................................................
.............................................................................................................
.............................................................................................................
.............................................................................................................

................ التوقيع : ................ التاريخ : ................

قرار مدير المؤسسة :( ١ )

ــ حفر بكاك الدئاع البعد سعد سعر لرقم جرا (١٢) لسر
ــ بقع ٧٧٥ شيق بريع وبلغ
ــ بوقيع جاعا آمرليم ٢جاري ١/٥ اسر

................ التوقيع : ................ التاريخ : ................

١ /١٢ /١١

اعتماد المدير العـام : ................ حمدين

ملاحظات التدقيق : ................ ٢٧٤

| | التاريخ | التوقيع |
| ملاحظات الحاسب الآلي : | التاريخ | التوقيع |

CONFIDENTIAL

SHATSKY-JD00798

| تسلسل | الملاحظة | التوقيع والتاريخ |
|---|---|---|
| ٤١٤ج | قيمة ٢٢ ألف ريال يمن ٢٧٤ ح | ١هـ .٤١ ح |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**لائحة متابعة**

# Exhibit 59

Palestinian National Authority  [Emblem of the Palestinian National Authority]  Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 7883        Four-Part Name: Anwar Mohammed Atiyah Sukar        Type of Document: Palestinian ID
Date of Birth:               Ministry: Gaza                                      Gender:

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | Redacted | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |
| Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | Redacted | Redacted | | | Redacted | |
| Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | | | | | | |

| Page no. |
|---|
| 1/5 |

CONFIDENTIAL                                            Shatsky-JD00022-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| | | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

Page no.
2/5

CONFIDENTIAL

Shatsky-JD00023-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

Page no.
3/5

CONFIDENTIAL

Shatsky-JD00024-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

| Page no. |
|----------|
| 4/5 |

CONFIDENTIAL

Shatsky-JD00025-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 05/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 06/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 07/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 08/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 09/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 10/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 11/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 12/1/2020 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 01/1/2021 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 02/1/2021 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 03/1/2021 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |
| 04/1/2021 | Redacted 2859 | Ma'zuza Misbah Ahmad Sukar | 1400 |

CONFIDENTIAL

Shatsky-JD00026-T

Original

**Palestinian National Authority**



الملطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ نطباعة   31/05/2021



| | | | | | | نوع الوثيقة | هوية فلسطينية |
|---|---|---|---|---|---|---|---|

البيانات الشخصية — البطاقة الشخصية Redacted 7883
الاسم الرباعي — الور محمد علية سكر
الوزارة — غزة
الجنس

تاريخ الميلاد

### الترقيات

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم امر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

### العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

### بيانات الحالة

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | 0 | غير محدد | |

### بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/القيمة | القيمة | القيمة النسبة | عدد الزوجات | زوجها ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 2859 | مغزوزه مصباح احمد سكر | Redacted | Redacted | نسبة | 100 | 0 | 0 | 0 | | لا يوجد قسمة | Redacted |
| Redacted 2859 | مغزوزه مصباح احمد سكر | | | نسبة | 100 | 0 | 0 | 0 | | لا يوجد قسمة | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted 2859 | مغزوزه مصباح احمد سكر | Redacted | Redacted | | Redacted | | |
| Redacted 2859 | مغزوزه مصباح احمد سكر | | | | | | |

| رقم الصفحة |
|---|
| 5 / 1 |

CONFIDENTIAL

Shatsky-JD00022

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| بيـــــانات الوقف | | | | |
|---|---|---|---|---|
| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة | |
| بيـــــانات الراتب في البنك | | | | |
| الشهر | رقم الهوية | الاسم | | الراتب |

Redacted

| رقم الصفحة |
|---|
| 5 / 2 |

CONFIDENTIAL

Shatsky-JD00023

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|

رقم الصفحة
5 / 3

CONFIDENTIAL

Shatsky-JD00024

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الإسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |

| رقم الصفحة |
|---|
| 5 / 4 |

CONFIDENTIAL

Shatsky-JD00025

**Palestinian National Authority**

السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى



تاريخ الطباعة  31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|------------|-------|
| Redacted | | | |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/04/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/05/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/06/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/07/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/08/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/09/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/10/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/11/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/12/2020 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/01/2021 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/02/2021 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/03/2021 |
| 1400 | معزوزة مصباح احمد سكر | Redacted 2859 | 1/04/2021 |

| رقم الصفحة |
|------------|
| 5 / 5 |

CONFIDENTIAL

Shatsky-JD00026

# Exhibit 60

Confidential                                                          Shatsky-JD00799-T

*Gaza martyrs*

In the name of Allah, the Gracious, the Merciful

**Palestine Liberation Organization**
**Palestinian National Authority**
**Martyrs' Families and Injured Care Establishment**



### Social Report

> Palestinian National Authority
> Ministry of Social Affairs
> Martyrs' Families and Injured Care Establishment
> Issued. No. 2310
> Date: 1.5.99

**Case**: <u>Martyr</u>

**Name**: <u>Salah Abd al-Hamid Shaker Mohammad</u>

**Local number**:  <u>012588</u>

**Central number**: _____

**Governorate**: <u>Rafah</u>

**Date**: <u>9.25.1999</u>

Confidential                                                          Shatsky-JD00799-T

Confidential                                    Shatsky-JD00800-T

**Supporting Documents:**

Photocopy of the beneficiary

Copy of the Death Certificate

...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................

**Additional notes:**

Having studied and followed this, we realize the following:

1 – The martyr's mother is relying on help from her children, as well as of the Establishment's allowance.

2 – The family, which consists of 4 people, resides in a 3-room house, with asbestos roof, shower and kitchen.

3 – The furniture are simple, and the condition of the house is [illegible].

...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................
...........................................................................................

Confidential                                    Shatsky-JD00800-T

Confidential                                                    Shatsky-JD00801-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.**: 030251 | **Central no.**: |
| **The case's name**: Salah Abd al-Hamid Shaker Mohammad | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 1828 |
| **Education and date**: Diploma | |
| **Beneficiary's full name**: Maryam Abdallah Ibrahim Mohammad | **Identification no.**: Redacted 2455 |
| **Mother's full name**: Maryam Abdallah Ibrahim Mohammad | **Mother's Identification no.**: Redacted 2455 |
| **Date and place of birth**: 1999 - Rafah | **Place of origin**: |
| **Religion**: Muslim | **Sex**: Male  **Marital status**: Single |
| **Previous job**: Physiotherapist | **Current job**: Martyr / deceased |
| **Date and number of confirmation letter**: _____ | **Date of confirmation in the institution**: 6.1.1996 |

**Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Previous monthly allowance**: | **Memorandum No.**: | | |
| **Organizational affiliation**: | **Governorate**: Gaza | | |
| **Date of joining the revolution**:   **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 1.22.1995 – Beit Lid

**How the Incident happened**: The incident happened after the abovementioned person detonated himself using an explosive belt during the Israeli [illegible] in the area of Beit Lid. This caused his death and the death of another youth called Anwar Sukar from Gaza, in addition to the killing and injuring of dozens of Israeli soldiers.

**Brief Biography:**
- The martyr was born in Rafah in 1979
- He earned a diploma in physiotherapy in Gaza
- He was known for his devotion for his family and homeland.

**The family's residence: Owned:        Rented:           Shared:**

Redacted

...............................................................................................

Confidential                                                    Shatsky-JD00801-T

Confidential                                                    Shatsky-JD00802-T

**Part 3: Family table:**   **married - single**

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Maryam | Mother | 1932 | Illiterate | Housewife | Widow | Rafah – Bloc N |
| 2 | Redacted | Brother | Redacted | Diploma | Laborer | Single | Redacted |
| 3 | | " | | High school | University student | Single | |
| 4 | | | (People in the house) | | | | |
| 5 | Redacted | Brother | Redacted | Diploma | [illegible] | Married | Redacted |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: | | | | | | | |
| **If married: the wives and minor children**: | | | | | | | |
| **If single: the parents and the minor siblings**: | | | | | | | |
| **Notes concerning the family table**: | | | | | | | |
| - The martyr's brother, Mohammad, is a university student in Canada. | | | | | | | |

Confidential                                                    Shatsky-JD00802-T

Confidential                                                    Shatsky-JD00803-T

*Salah Shaker Mohammad*

**Recommendations of the department:**

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

..............................................................................................................

_____   Date: _____   Signature: _____

**Decision of the establishment's director**: (        )
- [Illegible] 30251 S.C. [acronym – probably stands for Social Case] on his father's name.
- According to the decision of the honorable minister, he is to be confirmed as a martyr of the homeland as of 3.1.2001.
- Monthly allowance – 287 shekels
- [Illegible] as a Social Case at the end of 2/2001

_____   Date: _____   Signature: [signature]

3.11.2001

**Confirmation of the director general:**

*New*

-----------------------

+

*287 shekels each month*

**Audit's notes**:                    **Date:**                **Signature: [signature]**

*3 / 2001*

**Computerized notes:**              **Date:**                **Signature:**

_____    _____

_____    _____

_____    _____

_____    _____

Confidential                                                    Shatsky-JD00803-T

Confidential                                                           Shatsky-JD00804-T

| Follow Up Table | | |
|---|---|---|
| Serial No. | Note | Signature and Date |
| 2/2001 | Change from S.C. to Martyr, with the amount of 287 Shekels | [Illegible date] [signature] |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Confidential                                                           Shatsky-JD00804-T

Original

CONFIDENTIAL
SHATSKY-JD00799

بــسم الله الرحمن الرحيم

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء
والجرحـــى

السلطة الوطنية الفلسطينية
١ - أ.د الشؤون الإجتماعية
١ - رعاية أسر الشهداء والأسرى
وارد رقم : ٥٠٢٢ /٩٠
التاريخ :

# بـحـث اجـتمـاعـي

الحالة : ... سكـــن ...

الاســـــــم : جميل عبد الكريم حميد
الرقم المحلـي : ... ١٢٥٨٨ ...
الرقم المركزي : ............................
المحافظـــة : ... بيتحم ...
التاريـــــخ : ... ٩٩/٩/٥ه ١٩٩٩ ...

CONFIDENTIAL
SHATSKY-JD00799

CONFIDENTIAL
SHATSKY-JD00800

الأوراق الثبوتية :

..............................................................................

........................ روشة هويّة المتع .....................

........................ بطاقة الهوية العامة ................

..............................................................................

..............................................................................

..............................................................................

..............................................................................

..............................................................................

..............................................................................

ملاحظات إضافية :

مبرر جعل الدراسة والمتابعة بسم أبنى :

١ـ تعتبر جالية الشهيد بمساعدة أبنائها واعتباره ١١١ أخـ بالجامعة

٢ـ تكريم الأسرة الكويتة من ذرية أراجنة ببذل بكرم سر
بلادهم من سفنة الأسرة اجلم ربطى

٣ـ الأبناء بسيط ، بمعرفة البلاد بفعل

..............................................................................

..............................................................................

..............................................................................

..............................................................................

..............................................................................

..............................................................................

CONFIDENTIAL
SHATSKY-JD00800

CONFIDENTIAL

SHATSKY-JD00801

## أولاً : معلومات ذاتية :

الرقم المحلي : ........................الرقم المركزي : ...................

اسم الحالة : جهاد عبد الحسين........ جنس........ الاسم الحركي : .....................

الجنسية : ........ فلسطيني......... رقم الهوية : ٨٤٤٨ |Redacted

المؤهل العلمي وتاريخه: ........ دبلوم........................

اسم المستفيد رباعي : جهاد عبد الله إبراهيم محمد......رقم الهوية : ٦٤٥٥ |Redacted

اسم الأم كامل : .....مريم عبد الله إبراهيم محمد....رقم هوية الأم : ٤٥٥ |Redacted

تاريخ ومكان الميلاد : ........٩٦٩.. تاريخ.......... البلد الأصلي : ...........

الديانة : ........ مسلم.......... الجنس : ....ذكر........الحالة الاجتماعية : ...أعزب..........

العمل السابق : ........................ العمل الحالي : ...........................

تاريخ ورقم كتاب الاعتماد : ................تاريخ الاعتماد بالمؤسسة : ...١٨/٦/١٩٩٦.

---

## ثانياً : معلومات ادارية :

الرتبة العسكرية : ...........................الرتبة التنظيمية : ...........................

كتاب اعتماد الرتبة : ..................رقم : ................تاريخ : ...............

المخصص الشهري السابق : ...............رقم المذكرة : ...........................

التنظيم التابع له : ...........................القطاع : ...........................

تاريخ الالتحاق بالثورة : ...............تنظيماً...........عسكرياً...........فرعاً : ..........

الدوارت التي اجتازها : ...........................

تاريخ ومكان الحادث : ........٢٢/٨/١٩٩٥.......................

كيفية حدوث الحادث : ...........................................................
..................................................................................
..................................................................................
..................................................................................

## موجز سيرته الذاتية :

..................................................................................
..................................................................................
..................................................................................

Redacted

CONFIDENTIAL

SHATSKY-JD00801

CONFIDENTIAL
SHATSKY-JD00802

ثالثاً ـ الجدول الأسري      . متزوج ـ أعزب

1 ـ المتزوج يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الانتاج ثم الوالدين والأخوة
2 ـ الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الانتاج

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| 1. | مريم | الأم | ١٩٢٢ | أمية | بلا عمل | أرملة | بير بلكلمة |
| 2. | Redacted | الأخ | Redacted | دبلوم | عامل | أعزب | Redacted |
| 3. | | ٥ | | ثانوس | قائم بأعمال | أعزب | |
| 4. | | (أخ) (أخراد) بالمنزل | | | | | |
| 5. | Redacted | الأخ | Redacted | دبلوم | على تقل | مدرس | Redacted |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |
| 20. | | | | | | | |
| 21. | | | | | | | |

. عدد المعالين :

.المتزوج: الزوجات والأبناء القصر

.الأعزب:  الوالدين والأخوة القصر

.ملاحظات على الجدول الأسري:

ـ أخ الشهيد متقدم لجامعة في كندا .

CONFIDENTIAL
SHATSKY-JD00802

CONFIDENTIAL
SHATSKY-JD00803

ميسرع شاكر محمد

**توصية القسم :**

..............................................................

..............................................................

..............................................................

..............................................................

..............................................................

..............................................................

..............................................................

...........التوقيع : ..............التاريخ :.......................

**قرار مدير المؤسسة :(           )**

.............وسبه : ٢ . قوا ..... اشكا رالم

ـــ جرم جاب سالم المزير و لسر سيو م جير و العسم م ٢٨/٢٠م

........................................كمس — ٨٧ م كا............

ـ نوقه كمال أقا أم م كك ٢/ ١ مس .

..........التوقيع :..............التاريخ :..........................

٦ /٢ /١١١

**اعتماد المدير العام :** .................................

| ملاحظات التدقيق : | التاريخ : | التوقيع : |
|---|---|---|
| .................... | | |
| .................... | | |
| .................... | | |
| .................... | | |
| .................... | | |

| ملاحظات الحاسب الآلي : | التاريخ : | التوقيع : |
|---|---|---|
| .................... | .................... | |
| .................... | .................... | |
| .................... | .................... | |
| .................... | .................... | |

CONFIDENTIAL
SHATSKY-JD00803

CONFIDENTIAL

SHATSKY-JD00804

## لائحـة متابعـة

| مسلسل | الماحظـــة | التوقيع والتاريخ |
|---|---|---|
| ٢/١٠ | تحويل نقدم إلى مقر عليه NV جــم | له ٤٧٠ له |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Exhibit 61

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: ^Redacted 1828
Date of Birth:

Four-Part Name: Salah Abd al-Hamid Shaker Mohammad
Ministry: Rafah

Type of Document: Palestinian ID
Gender:

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 2455 | Maryam Abdallah Ibrahim Mohammad | Redacted | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |
| Redacted 2455 | Maryam Abdallah Ibrahim Mohammad | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 2455 | Maryam Abdallah Ibrahim Mohammad | Redacted | Redacted | | | Redacted | |
| Redacted 2455 | Maryam Abdallah Ibrahim Mohammad | | | | | | |

| Page no. |
|---|
| 1/5 |

CONFIDENTIAL

Shatsky-JD00027-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| | | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

| Page no. |
|---|
| 2/5 |

Shatsky-JD00028-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

| Page no. |
|----------|
| 3/5 |

CONFIDENTIAL

Shatsky-JD00029-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

**CONFIDENTIAL**

| Page no. |
|----------|
| 4/5 |

Shatsky-JD00030-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 05/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 06/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 07/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 08/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 09/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 10/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 11/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 12/1/2020 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 01/1/2021 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 02/1/2021 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 03/1/2021 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |
| 04/1/2021 | Redacted 2455 | Maryam Abdallah Ibrahim Muhammad | 1400 |

| Page no. |
|---|
| 5/5 |

CONFIDENTIAL

Shatsky-JD00031-T

Original

**Palestinian National Authority**

السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/06/2021



| نوع الوثيقة | هوية فلسطينية | | الاسم الرباعي | صلاح عبدالصمد شاكر محمد | | البيانات الشخصية | |
|---|---|---|---|---|---|---|---|
| الجنس | رافح | | الوزارة | | | البطاقة الشخصية 1823 Redacted | |
| | | | | | | تاريخ الميلاد | |

**الخرجات**

| القسم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

**العلاوات والخصميات**

| الرمز | من تاريخ | الى تاريخ | الكمية | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

**بيانات الحدث**

| نوع الحـــادث | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | 0 | غير محدد | |

**بيانات المستفيدين**

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | نسبة او قيمة | قيمة النسبة | عدد الزوجات | زوجة كلية | عدد الايتام | طبيعة النسبة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2455 Redacted | مريم عبدالله ابراهيم محمد | Redacted | Redacted | | 100 | نسبة | 0 | 0 | 0 | لا يوجد لسنة | Redacted |
| 2455 Redacted | مريم عبدالله ابراهيم محمد | | | | 100 | نسبة | 0 | 0 | 0 | لا يوجد لسنة | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| 2455 Redacted | مريم عبدالله ابراهيم محمد | Redacted | Redacted | | Redacted | | |
| 2455 Redacted | مريم عبدالله ابراهيم محمد | | | | | | |

رقم الصفحة
5 / 1

CONFIDENTIAL

Shatsky-JD00027

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | | الاسم | | رقم الهوية | الشهر |
|---|---|---|---|---|---|

بيانـــــات الوقف
| | مسبب الاعلاة | | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|---|---|

بيقـــــف الراتب في البنك

Redacted

رقم الصفحة
5 / 2

CONFIDENTIAL

Shatsky-JD00028

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |

| رقم الصفحة |
|---|
| 5 / 3 |

CONFIDENTIAL

Shatsky-JD00029

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|

Redacted

| رقم الصفحة |
|------------|
| 5 / 4 |

CONFIDENTIAL

Shatsky-JD00030

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/04/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/05/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/06/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/07/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/08/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/09/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/10/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/11/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/12/2020 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/01/2021 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/02/2021 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/03/2021 |
| 1400 | مريم عبدالله ابراهيم محمد | Redacted 2455 | 1/04/2021 |

| رقم الصفحة |
|---|
| 5 / 5 |

CONFIDENTIAL

Shatsky-JD00031

# Exhibit 62

Confidential                                          Shatsky-JD00931-T

In the name of Allah, the Gracious, the Merciful

...nian National Authority          [Arabic] Palestinian National Authority
Social Affairs        | P.A.  |          Ministry of Social Affairs
& I. C. E             | emblem |   Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

*Sent by fax*

## Social Report

**Case:** Al-Aqsa  Martyr

**Name:** Asem Yousef Mohammed Hamad

**Local number:**  653                **Central number:** 013164

**Governorate:** Nablus

**Date:** 12.24.2001

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                                  Shatsky-JD00931-T

Confidential                                            Shatsky-JD00932-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Asem Yousef Mohammed Hamad | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 5819 |
| **Beneficiary's full name**: Yousef Mohammed Yousef Hamad | **Identification no.**: Redacted 7711 |
| **Mother's full name**: Maysar Mohammed Ibrahim Hamad | **Mother's Identification no.**: Redacted 7729 |
| **Place and date of birth**: Redacted 1981 Tal | **Place of origin**: Tal / Nablus |
| **Religion**: Muslim | **Sex**: Male   **Marital status**: Single |
| **Previous job**: University student | **Current job**: |
| **Education**: | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Hamas | **Sector**: | | |
| **Date of joining the revolution**:   **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: | | | |

**Place and date of the incident**:

**Details of the incident**: 12.12.2001 – Between Qalqilya and Nablus (near the settlement Emanuel). He was martyred as a result of his martyrdom operation near the settlement Emanuel. The martyr planted an explosive device on the road and then opened fire at the bus, which killed 10 people and injured 20.

**Brief Biography**: The martyr was born in the village Tal, in the Nablus Governorate in 1981. He studied in Tal schools until high school. He joined the Economic Department at Al-Najah University. He joined Hamas movement while studying in university. He has a martyr brother, who was martyred on 11.12.2001 when the enemy's army raided the village Tal.

| **The family's residence: Owned**: ✓  **Rented**: | **Shared**: |
|---|---|
| **Monthly rent**: | |
| **Full address**: Redacted | |
| **Nearest telephone**: | |

Confidential                                            Shatsky-JD00932-T

Confidential                                                              Shatsky-JD00933-T

**Part 3: Family table:**   * married - single

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.

2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Yousef | Father | 1944 | 1st junior high | Construction worker | Married | Tal |
| 2 | Redacted | Mother | Redacted | Elementary | Housewife | Married | Redacted |
| 3 | | Brother | | University | Prisoner | Married | |
| 4 | | Brother | | University | Construction worker | Married | |
| 5 | | Brother | | 4th year university | Student | Married | |
| 6 | | Sister | | Tawjihi [General Secondary Education] | Housewife | Married | |
| 7 | | Sister | | Tawjihi | " | " | |
| 8 | | Sister | | University | " | " | |
| 9 | | Sister | | Tawjihi | " | " | |
| 10 | | Brother | | University Tawjihi | University student | Married ~~Single~~ | |
| 11 | | Brother | | [Illegible] | Student | Single | |
| 12 | | Brother | | 1st grade in high school | Student | Single | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents:** | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Redacted

Confidential                                                              Shatsky-JD00933-T

Confidential                                                          Shatsky-JD00934-T

                              Martyr Asem Yousef Mohammed Hamad
**Case name and type:**

**Recommendations of the department:**

_____

_____

_____

_____   Date: _____   Signature: [handwritten]

**Decision of the establishment's director: (          )**

_____

_____

_____

_____   Date: _____   Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**

To be confirmed as an Al-Aqsa Martyr as of 12.1.2001 and paid Redacted shekels a month.

_____

**Audit's notes**:          **Date**: 12.24.2001      **Signature**: [signature]

_____      _____

_____      _____

_____      _____

**Computerized notes**:       Date:                Signature:

_____      _____

_____      _____

Confidential                                                          Shatsky-JD00934-T

Confidential                                                    Shatsky-JD00936-T

**Recommendations of the department:**
- The martyr [was] single. Born in 1981. His mother is alive.
- He was martyred on 12.12.2001 near the settlement Emanuel as a result of his martyrdom operation.
- I recommend to confirm him as an Al-Aqsa Martyr.

_____
_____ Date: 12.24.2001 Signature: [handwritten]

**Decision of the establishment's director:** (    Nablus    )
- He was martyred when the occupation forces opened fire at him on 12.12.2001.
- The martyr [was] single.
- I recommend to confirm him as an Al-Aqsa Martyr.

_____ Date: 12.31.2001 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general:**

_____
_____

**Audit's notes:**          **Date:**          **Signature:** [signature]

_____     _____
_____     _____
_____     _____

**Computerized notes:**      Date:              Signature:

_____     _____
_____     _____

Confidential                                                    Shatsky-JD00936-T

# Original

CONFIDENTIAL

SHATSKY-JD00931



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
...tional Authority
وزارة الشؤون الإجتماعية
Social Affairs
مؤسسة رعاية أسر الشهداء والجرحى
& I. C. E.

أرسل على الفاكس

# بحث اجتماعي

الحالة : شهيد (أقصى)

الاسم : عاصم يوسف محمد عمر

الرقم المحلي : ٦٥٣      الرقم المركزي : ١٢٦٦٤..

المحافظة : نابلس

التاريخ : ٢٠٠١/١٢/٤٤

---

CONFIDENTIAL                                                              SHATSKY-JD00931

CONFIDENTIAL
SHATSKY-JD00932

أولاً : معلومات ذاتية :

الرقم المحلي : .......................... الرقم المركزي : ..........................

اسم الحالة : علا جسم يوسف محمد محمد الاسم الحركي : محمد محمد

الجنسية : فلسطيني رقم الهوية : ٩٥٨٢٠ Redacted

اسم المستفيد رباعي : يوسف محمد يوسف محمد رقم الهوية : ٧٧١١ Redacted

اسم الأم كامل : ميسر محمد ابراهيم محمد رقم هوية الأم : ٩٥٩٧٧ Redacted

تاريخ ومكان الميلاد : ١٩٨١ نابلس البلد الأصلي : تل / نابلس Redacted

المدينة : فلسطين الجنس : ذكر الحالة الاجتماعية : ١٠ عزب

العمل السابق : طالب جامعي العمل الحالي : ..........................

تاريخ ورقم كتب الاعتماد : ..........................

تاريخ الاعتماد بالمؤسسة : ..........................

ثانياً : معلومات ادارية :

الرتبة العسكرية : .......................... الرتبة التنظيمية : ..........................

كتاب إعتماد الرتبة : .......................... رقم : .......................... تاريخ : ..........................

المخصص الشهري السابق : .......................... رقم المذكرة : ..........................

التنظيم التابع له : حماس القطاع : ..........................

تاريخ الالتحاق بالثورة ؟ .......................... تنظيما : .......................... عسكريا : .......................... تفرغا : ..........................

الدورات التي أجتازها : ..........................

تاريخ ومكان الحادث : ..........................

كيفية حدوث الحادث : ١٥/١٥/.... تم تنفيذ عملية بطولية (ضرب بسطولة عبرية) استشهد أثناء تيابيه تعليمه استشهد في ريف سوطحة عبيل ، حتى تم شهيد بريء بوء باسم على الطريق وبعدها خام المدم النار على الباهم عادي اخرجعو ١١ نبلى باليومع

موجز سيرته الذاتية :

النشيد حوالي قرية تل تقاد نابلس عام ١٩٩٦ درس ما الاعدادية الثانوية في ماركا تل وحصل بامتها النجاح كلية الدسفاد التجمع حركة حماس أثناء دراسته الجامعه له شهيد شهيد اثنشهد سارع ١٩/١٥/.... أثناء انقام حيش العرو قرحة تل

سكن الأسرة : ملك : ✓ ايجار : .......................... مشترك : ..........................

الإيجار الشهري : ..........................

Redacted

العنوان الكامل : ..........................

أقرب تلفون : ..........................

CONFIDENTIAL

SHATSKY-JD00933

ثالثاً : الجدول الأسري :  ★ متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة .
٢- الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | الزوجة | ٦٤ ٦ ٥٨ | اعدادى | عامل بناء | متزوج | |
| ٢ | Redacted | والدته | Redacted | ابتدائى | ربة بيت | متزوجة | Redacted |
| ٣ | | | | جامعى | أمى | متزوج | |
| ٤ | | | | | عامل بناء | متزوج | |
| ٥ | | | | | طالب | متزوج | |
| ٦ | | | | | ربة بيت | متزوجة | |
| ٧ | | | | | ٥ | ح | |
| ٨ | | | | | ٥ | ٤ | |
| ٩ | | | | | | ح | |
| ١٠ | | | | | طالبة جامعية | | |
| ١١ | | | | | طالب | أعزب | |
| ١٢ | | | | | طالبة | أعزب | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : .........................

– المتزوج : الزوجات والأبناء القصر : .........................

– الأعزب : الوالدين والأخوة القصر : .........................

ملاحظات على الجدول الأسري : .........................

Redacted

CONFIDENTIAL

SHATSKY-JD00933

CONFIDENTIAL
SHATSKY-JD00934

**توصية القسم :**

التاريخ :          التوقيع :

**قرار مدير المؤسسة : (              )**

التاريخ :          التوقيع :

**حساب المخصص :**

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|-------|------|-------|-----|-----|----------|-------------------|

علاوات أخرى : .........

المجموع بالدينار : .........

المجموع بالشيكل : .........

**اعتماد المدير العام :**

**ملاحظات التدقيق :**

التاريخ          التوقيع

**ملاحظات الحاسب الآلي :**

التاريخ          التوقيع

CONFIDENTIAL
SHATSKY-JD00936

## توصية القسم :

- ـــــــــــــــــــــــ سرحالى عام ١٩٨١ واليوم على قيد الحياة
- أحضر تابع ها أنه قرب سرطنع عبوديل، لقاد قياده بحلم استشهادي
- أوصي باعتماده شهيداً ـــ سريه الأقصى

التاريخ : ٢٤ / ١٢ / ٢٠٠٦     التوقيع : ـــــــــ

## قرار مدير المؤسسة : (   نا بــــــــ   )

ـ ــــــ ــــــ بلاد أنه عبد سرحان قـد الاعاد ٥ ١/٩/١٩٨١
ـ ـــــــ بنت .
ـ ـوصي باعتماده شهيداً سرحــــــ الأقصى

التاريخ : ١١ / ١٢ / ٢٠٠٦     التوقيع : ـــــــــ

## حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

علاوات أخرى : ......................................

المجموع بالدينار : ......................................

المجموع بالشيكل : ......................................

## اعتماد المدير العام :


## ملاحظات التدقيق :

| التوقيع | التاريخ |
|---|---|
|  |  |

## ملاحظات الحاسب الآلي :

| التوقيع | التاريخ |
|---|---|
|  |  |

# Exhibit 63

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 8719                 Four-Part Name: Asem Yousef Mohammed Hamad        Type of Document: Palestinian ID
Date of Birth: Redacted /1981          Ministry: Nablus                                 Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|-----------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|-----------|----------|-------|---------------------|-----------|--------|-----------------|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|-----------|----------|----------------------|-----------------|---------------|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|-----------|----------|-------------------|-----------|-----------------|----------|--------------------|------------------------|-------------|
| Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|-----------|----------|------|--------|-------------|-------------|
| Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00098-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 12/01/2020 | 12/01/2020 | Information completed |
| Information completed | 11/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                                                     Shatsky-JD00099-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00100-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00101-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 05/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 06/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 07/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 08/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 09/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 10/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 11/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 12/1/2020 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 01/1/2021 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 02/1/2021 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 03/1/2021 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |
| 04/1/2021 | Redacted 7711 | Yousuf Muhammad Yousuf Abu Reihan | 1400 |

CONFIDENTIAL

Shatsky-JD00102-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

3 : 05/2021   تاريخ الطباعة



CONFIDENTIAL

Shatsky-JD00098

Palestinian National Authority  السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



بيانـــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| Redacted | | | |
| استكمال المعلومات | ٠١/١٢/٢٠٢٠ | ٠١/١٢/٢٠١٠ | استكمال المعلومات |
| استكمال المعلومات | ٠١/١١/٢٠٢١ | | |

بيانـــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00099

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|

CONFIDENTIAL

Shatsky-JD00100

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00101

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021    تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٢/٢٠٢١ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٣/٢٠٢١ |
| ١٤٠٠ | يوسف محمد يوسف ابو ريحان | Redacted ٧٧١١ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00102

# Exhibit 64

Confidential                                          Shatsky-JD00717-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian Liberation Organization     [Arabic] Palestinian Liberation Organization

| PLO emblem |

M's F. & I. C. E                    Martyrs' Families and Injured Care Establishment

*Legal Affairs*
*Internal Audit*
*FYI*
*[handwritten signature]*
*5.22.2006[*]*

## Social Report                    *To be paid[*]*

**Case**: <u>Martyr of Aqsa</u>

**Name**: Bahaa Muhammad Khalil Alyan

**Local number**:                    **Central number**:

**Governorate**: Jerusalem

**Date**: 5.18.2016

Ramallah - Tel/Fax: 02-2986268
Jerusalem – Tel/fax: 02-2898433

Confidential                                                     Shatsky-JD00718-T

### Part 1: Personal Information

| Local no.: | Central no.: |
|---|---|
| **The case's name:** Bahaa Muhammad Khalil Alyan | **Code name:** |
| **Nationality:** Palestinian | **Identification no.:** <sup>Redacted</sup> 3449 |
| **Beneficiary's full name:** Muhammad Khalil Muhammad Alyan (wife, father, mother, brother, sister) | **Identification no.:** <sup>Redacted</sup> 7810 |
| **Mother's full name:** Siham Muhammad Ahmed Alyan | **Mother's Identification no.:** <sup>Redacted</sup> 2560 |
| **Wife's name:** Single | **Wife's Identification no.:** |
| **Place and date of birth:** <sup>Redacted</sup> 1992 Jabl Al-Mukabbar | **Place of origin:** Jabl Al-Mukabbar |
| **Religion:** Muslim | **Sex:** Male | **Marital status:** Single |
| **Previous job:** Designer | **Current job:** Unemployed |
| **Education:** Tawjihi [general secondary examination] | |
| **Date and number of confirmation letter:** | |
| **Date of confirmation in the institution:** | |

### Part 2: Administrative Information

| Military rank: | Organizational rank: | |
|---|---|---|
| **Rank confirmation letter:** | No. | Date: |
| **Developments in previous allowance:** | Current: | Changes: |
| **Organizational affiliation:** | Sector: | |
| **Date of joining the revolution:** | Organizationally: | Militarily: | As a full-time member: |
| **Training courses undertaken:** | | | |

**Place and date of the incident:** 10.13.2015 Jabl Al-Mukabbar

**Details of the incident:** Summary execution on the pretext that he stabbed a group of settlers in an Israeli bus in the Al-Mukabbar area.

**Brief Biography:** The martyr was born in Jerusalem / Jabl Al-Mukabbar on <sup>Redacted</sup> .1992. He studied in high school in Jabl Al-Mukabbar. He joined a course for designing catalogues, applications, and wedding cards. He worked in that field until his martyrdom.

| **The family's residence:** | Rented |
|---|---|
| **Monthly rent:** | Redacted |
| **Full address:** | Redacted |
| **Nearest telephone:** | Redacted |

Confidential                                                     Shatsky-JD00718-T

Confidential                                                         Shatsky-JD00719-T

The martyr: Bahaa Muhammad Khalil Alyan

**Part 3: Family table:** **single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Muhammad Khalil Muhammad Alyan | Father | Redacted .1955 | Law | Attorney | Married | Jabl Al-Mukabbar |
| 2 | Redacted | Mother | Redacted | Tawjihi [general secondary examination] | Housewife | Married | Redacted |
| 3 | | Brother | | Law | Attorney | Divorced | |
| 4 | | Sister | | B.A. | Housewife | Married | |
| 5 | | Brother | | B.A. | Laborer | Married | |
| **Number of dependents**: (1) | | | | | | | |
| **If married: the wives and minor children**: Wife | | | | | | | |
| **If single: the parents and the minor siblings**: The parents | | | | | | | |
| **Notes concerning the family table**: The family is comprised of the martyr's parents, two married brothers and one married sister. | | | | | | | |

Confidential                                                         Shatsky-JD00719-T

Confidential                                         Shatsky-JD00720-T

**Case name**: Bahaa Muhammad Khalil Alyan          **Its type:** Martyr of Aqsa

**Recommendations of the department**:

I recommend that the case be confirmed according to the regulations and the necessary steps, as both parents of the martyr are alive.

_____   Date: 5.18.2016 Signature: 5.18.2016

**Decision of the establishment's director**: ( Jerusalem   )

I recommend that the martyr be confirmed as an Al-Aqsa Martyr, following his summary execution by the occupation soldiers on the pretext that he stabbed a settler in a bus. This in addition to the President's honorary payment, to be paid with the first allowance of the martyr.

_____   Date: 5.18.2016 Signature: Ibrahim Faqusa

[handwritten signature] 5.18.2016

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
| Redacted |   |   |   |   |   | Redacted |

Other increments: 300 – Jerusalem increment

Total in dinar: _____

Total in shekel: Redacted

**Legal Affairs Notes:** There is no legal obstacle preventing him from being confirmed as an Al-Aqsa martyr according to the [illegible] and documents that are attached in this regard.

_____   Date:        Signature:

**Audit's Notes:** There is no obstacle preventing him from being confirmed as an Al-Quds martyr as of 1.10.2015. This in addition to the President's honorary payment, as the martyr is single, according to the regulations.

_____   Date:  6.5.2016[*] Signature: [handwritten signature]

**Confirmation of the director general**:

He is to be confirmed as an Al-Aqsa martyr as of 10.1.2015 and be paid 1700 Shekels a month, in addition of the President's honorary payment of 6000 Shekels, to be paid with his first allowance.

**Confirmation of the Establishment chairman**:

He is to be confirmed as a martyr as of 10.1.2015 according to the regulations.

_____   Date:  9.9.2016 Signature: [handwritten signature]

Confidential                                         Shatsky-JD00720-T

# Original

CONFIDENTIAL

Shatsky-JD00717

بــــــــــم الــلــه الــرّحمـــن الرّحـــــــيم

PALESTINIAN LIBERATION ORGANIZATION

منظمة التحرير الفلسطينية

M's F . & I . C . E .

مؤسسة رعاية أسر الشهداء و الجرحى



# بحث اجتماعي

الحالة : شهيد أقصى

الاسم : بهاء محمد خليل عليان

الرقم المحلي :           الرقم المركزي :

المحافظة : القدس

التاريخ : ١٨/٥/٢٠١٦م

---

Ramallah  · Tel / fax : 02 - 2986268

رام الله – تلفاكس – ٢٩٨٦٢٦٨ – ٠٢

القدس – تلفاكس : ٢٧٩٨٤٣٣ – ٠٢

CONFIDENTIAL

Shatsky-JD00717

CONFIDENTIAL

Shatsky-JD00718

أُولا : معلومات ذاتية :

الرقم المحلي :

الرقم المركزي :

اسم الحالة :   هناء محمد خليل عليان

الاسم الحركي :

جنسية :   فلسطينية

رقم الهوية :   Redacted ٣٤٤٩

اسم المستفيد ( رباعي ) :   محمد خليل محمد عليان

رقم الهوية :   Redacted ٧٨١٠

( الزوجة ، لأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل :   سهام محمد. أحمد. عليان

رقم هوية الأم :   Redacted ٢٥٦٠

اسم الزوجة :   أعزب

رقم هوية الزوجة :

تاريخ ومكان الميلاد :   ١٩٩٢, Redacted م جبل المكبر

البلد الأصلي :   جبل المكبر

المدينة :   مسمع

الجنس :   ذكر

الحالة الاجتماعية :   عزب

العمل السابق :   فن تصميم

العمل الحالي :   لا يعمل

مؤهل العلمي :   توجيهي

تاريخ ورقم كتب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

ثانيا : معلومات إدارية :

الرتبة العسكرية :

الرتبة التنظيمية :

كتاب اعتماد الرتبة :   رقم :   تاريخ :

تطورات المحضص السابق :   الحالي :   التعديلات

التنظيم التابع له :   القطاع :

تاريخ الالتحاق بالثورة :   تنظيميا :   عسكريا :   فرعا :

للدورات التي اجتازها :

تاريخ ومكان الحادث :   ٢٠١٥/١٠/١٣م  جبل المكبر

كيفية حدوث الحادث :   عدها ميداني نحجة طعن بمجموعه من المستوطنين داخل حافة اسرائيلية في منطقة المكبر .

موجز سيرة الذاتية :   الشهيد من مواليد القدس / جبل المكبر بتاريخ ١٩٩٢م Redacted درس التوجيهي بجبل المكبر

لتحقق بدورة تصميم لوائح وعرائش وكرتنات افراح عمل في هذا المجال حتى استشهده .

مسكن الأسرة :   الإيجار

الإيجار الشهري :   Redacted

العنوان الكامل :   Redacted

أقرب تلفون :

CONFIDENTIAL

Shatsky-JD00718

CONFIDENTIAL

Shatsky-JD00719

الشهيد / بهاء محمد خليل عليان

ثالثا : الجدول الأسري : * *أعزب

١. المتزوج يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة

٢. الأعزب: يسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| مسلسل | الاسم | العلاقة الاجتماعية | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١. | محمد خليل محمد عليان | أب | ١٩٥٥, Redacted | حقوق | محامي | متزوج | جبل المكبر |
| ٢. | Redacted | أم | Redacted | توجيهي | ربة بيت | متزوجة | Redacted |
| ٣. | | أخ | | حقوق | محامي | مطلق | |
| ٤. | | أخت | | بكالوريوس | ربة بيت | متزوجة | |
| ٥. | | أخ | | بكالوريوس | عامل | متزوج | |

عدد المعالين ( ١ )

-المتزوج الزوجات والأبناء القصر:زوجة

-اللأعزب الوالدين والإخوة القصر: الوالدين

ملاحظات على الجدول الاسري:  تتكون الاسرة من والدي الشهيد وأخوة اثنان متزوجان وأخت واحدة متزوجة .

...........................................................

CONFIDENTIAL

Shatsky-JD00719

CONFIDENTIAL

Shatsky-JD00720

اسم الحالة : بهاء محمد خليل عليان       نوعها :  شهيد أقصى

توصية القسم :

أوصي باعتماد الحالة حسب النظام واجراء اللازم ، حيث أن والدي الشهيد على قيد الحياة .

التاريخ : ٢٠١٦/٥/١٨م          التوقيع: ٢٠١٦/٥/١٨م

قرار مدير المؤسسة : (القدس.)

أوصي باعتماده شهيدا"من شهداء الاقصى حيث أنه اعدم ميدانيا"من قبل جنود الاحتلال بحجة قيامه بعملية طعن مستوطن داخل الحافلة . وكذلك صرف مكرمة الرئيس على أول مخصص للشهيد .

التاريخ :  ٢٠١٦/٥/١٨م

التوقيع. ابراهيم فقوسه
18-5-2016

حساب المخصص :

| أساسي | زوجة | أولاد | أب | أم | أخوة قصر | المجموع بالشيكل |
|---|---|---|---|---|---|---|
| Redacted | | | | | | Redacted |

علاوات أخرى ← ٣٠٠ علاوة القدس

المجموع بالشيكل     Redacted

ملاحظات الشؤون القانونيه : ...........................................................
.........................................................................................

ملاحظات الرقابة و التدقيق : .....................................................
.........................................................................................
التاريخ : .........   التوقيع : .........

التاريخ : ........... التوقيع : .........

اعتماد المدير العام
.........................................................................................
.........................................................................................
التاريخ : .........   التوقيع : .........

اعتماد رئيس المؤسسة :
.........................................................................................
.........................................................................................
التاريخ : ......... التوقيع : .........

CONFIDENTIAL

Shatsky-JD00720

Exhibit 65

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Personal Information:
ID Card: <sup>Redacted</sup> 3449          Four-Part Name: Bahaa Muhammad Khalil Alyan          Type of Document: Palestinian ID
Date of Birth: <sup>Redacted</sup>/1992[*]          Ministry: Jerusalem          Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 7810 | Muhammad Khalil Muhammad Alyan | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 7810 | Muhammad Khalil Muhammad Alyan | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00237-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 12/01/2020 | 12/01/2020 | Information completed |
| Last credit | 11/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00238-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 05/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 06/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 07/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 08/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 09/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 10/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |
| 11/1/2020 | Redacted 7810 | Muhammad Khalil Muhammad Alyan | 1700 |

CONFIDENTIAL

Shatsky-JD00239-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| 12/1/2020 | Redacted 7810 | Muhammad Khalil | 1700 |
| 01/1/2021 | Redacted 7810 | Muhammad Khalil | 1700 |
| 02/1/2021 | Redacted 7810 | Muhammad Khalil | 1700 |
| 03/1/2021 | Redacted 7810 | Muhammad Khalil | 1700 |
| 04/1/2021 | Redacted 7810 | Muhammad Khalil | 1700 |

CONFIDENTIAL

Shatsky-JD00240-T

Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

3:/05/2021 تاريخ الطباعة



| | | | |
|---|---|---|---|
| نوع الوثيقة | هوية مقدسية | الاسم الرباعي | بهاء محمد خليل عليان | البطاقة الشخصية | Redacted =٤٤٩ |
| الجنس | ذكر | الوزارة | القدس | تاريخ الميلاد | Redacted ٩٦٢ |

البيانـــــات الشخصيـة

الدرجـــــات

| العلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محدد | Redacted | |

العلاوات والخصوميات

| الرقم | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

بيانـــــات الحالة

| نوع الحــــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | • | غير محدد | |

بيانـــــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة\قيمة | قيمة قسمة | عدد الزوجات | زوجة ثانية | عدد الأولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٧٨١٠ | محمد خليل محمد عليان | Redacted | | نسبة | • | • | ١٠٠ | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٧٨١٠ | محمد خليل محمد عليان | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00237

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021



CONFIDENTIAL

Shatsky-JD00238

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | | |

Redacted

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٠٨٠ | ١/٠٤/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٧٨٠ | ١/٠٥/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٧٨٠ | ١/٠٦/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٧٨٠ | ١/٠٧/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٧٨٠ | ١/٠٨/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٧٨٠ | ١/٠٩/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٧٨٠ | ١/١٠/٢٠٢٠ |
| ١٧٠٠ | محمد خليل محمد عليان | Redacted ٠٨٠ | ١/١١/٢٠٢٠ |

CONFIDENTIAL

Shatsky-JD00239

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | رقم الطلب |
|---|---|---|---|
| ١/١٢/٢٠٢٠ | Redacted ٧٨١٠ | محمد خليل محمد عليان | ١٧٠٠ |
| ١/٠١/٢٠٢١ | Redacted ٧٨١٠ | محمد خليل محمد عليان | ١٧٠٠ |
| ١/٠٢/٢٠٢١ | Redacted ٧٨١٠ | محمد خليل محمد عليان | ١٧٠٠ |
| ١/٠٣/٢٠٢١ | Redacted ٧٨١٠ | محمد خليل محمد عليان | ١٧٠٠ |
| ١/٠٤/٢٠٢١ | Redacted ٧٨١٠ | محمد خليل محمد عليان | ١٧٠٠ |

CONFIDENTIAL

Shatsky-JD00240

# Exhibit 66

Confidential                                                    Shatsky-JD00587-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority          [Arabic] Palestinian Nation
     Ministry of Social Affairs                         Ministry of Social A
        M's F. & I. C. E                              Martyrs' Families and Injured Ca        nt



In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: Martyr of "Al-Aqsa Intifada"

**Name**: Basem Jamal Darwish Takruri

**Local number**: 545                    **Central number**: _____

**Governorate**: Hebron

**Date**: 5.29.2003

Ramallah - Tel/Fax: 02-2986268

Confidential                                          Shatsky-JD00587-T

Confidential                                             Shatsky-JD00588-T

## Part 1: Personal Information

| Local no.: 545 | Central no.: |
|---|---|
| The case's name: Basem Jamal Darwish Takruri | Code name: |
| Nationality: Palestinian | Identification no.: |
| Beneficiary's full name: Faiza Muhammad Ibrahim Abd Al-Hay Ghalma (wife, father, mother, brother, sister) | Identification no.: Redacted 0932 |
| Mother's full name: Faiza Muhammad Ibrahim Abd Al-Hay Ghalma | Mother's Identification no.: Redacted 0932 |
| Wife's name: --- | Wife's Identification no.: --- |
| Place and date of birth: Redacted 1984 - Hebron | Place of origin: Hebron |
| Religion: Muslim | Sex: Male / Marital status: Single |
| Previous job: Student, first year, Polytechnic Palestine | Current job: |
| Education: [Illegible] | |
| Date and number of confirmation letter: - | |
| Date of confirmation in the institution: - | |

## Part 2: Administrative Information

| Military rank: | | Organizational rank: | |
|---|---|---|---|
| Rank confirmation letter: | | No. | Date: |
| Developments in previous allowance: | | Current: | Changes: |
| Organizational affiliation: Islamic Resistance Movement (Izz al-Din al-Qassam) | | Sector: | |
| Date of joining the revolution: | Organizationally: | Militarily: | As a full-time member: |
| Training courses undertaken: Several military training courses | | | |

Place and date of the incident: 5.18.2003 – Jerusalem, French Hill

Details of the incident: Perpetration of a martyrdom Operation in an Israeli bus. *Istish'hadi* [perpetrator of a martyrdom operation]

Brief Biography: The aforementioned was born in the city of Hebron. He graduated from elementary school, junior high school and high school in Hebron. He then joined the Palestine Polytechnic Institute (Engineering), first year. Became a martyr in [cut off].

| The family's residence: Possessed: The Martyr's Father's house was demolished **Rented**:    **Shared**: | |
|---|---|
| Monthly rent: | Redacted |
| Full address: | |
| Nearest telephone: | |

Confidential                                             Shatsky-JD00588-T

Confidential                                                    Shatsky-JD00589-T

**Part 3: Family table:   \* married – single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Faiza Muhammad Ibrahim Abd Al-Hay Ghalma | Mother | 1959 | Tawjihi [general secondary examination] | Housewife | Married | Hebron |
| 2 | | Father | | Tawjihi [general secondary examination] | Vendor | Married | |
| 3 | | Brother | | 8th | Student | Single | |
| 4 | Redacted | Sister | Redacted | 11th | Student | Unmarried | Redacted |
| 5 | | Sister | | 11th | Student | Unmarried | |
| 6 | | Sister | | University | Student | Unmarried | |
| 7 | | Brother | | Diploma | Laborer | Married | |
| 8 | | Sister | | Diploma | | | |
| 9 | | Brother | | B.A. | Laborer | Married | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 7

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: The parents + 7 siblings

**Notes concerning the family table**:

Confidential                                                    Shatsky-JD00589-T

Confidential                                                    Shatsky-JD00590-T

**[Cut off] of the case and its type:** The Martyr: Basem Jamal Darwish Takruri

**Recommendation of the Department:**
1) The aforementioned is single. His parents are alive. He has 5 student siblings.
2) He was martyred as a result of perpetrating a martyrdom operation in Jerusalem.
3) To be confirmed as a martyr of the Al-Aqsa Intifada.
                                    Date: 5.31.2003 Signature: [handwritten]

**Decision of the establishment's director:** (        )
To be confirmed as a martyr of the Al-Aqsa Intifada
_____
_____
_____ Date: 5.31.2003 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general:**
Confirmed as a martyr of the Al-Aqsa Intifada as of 6.1.2003. Will be paid redacted shekels a month. _____
_____

**Audit's notes:**          **Date**: 6.2.2003        **Signature**: [signature]
_____   _____
_____   _____
_____   _____

**Computerized notes**:     Date:              Signature:
_____   _____
_____   _____

Confidential                                                    Shatsky-JD00590-T

Original

CONFIDENTIAL





**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الإجتماعية
أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ــــــ شهيد ( استشهادية الأقصى )

الاسم : ياسم جمال درويش كروبي

الرقم المحلي : ٥٥٠ـــــ الرقم المركزي : ـــــ

المحافظة : الخليل

التاريخ : ٥ / ١ / ٢٠٠٢ــــ

---

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

Shatsky-JD00587

CONFIDENTIAL

Shatsky-JD00588

أولاً : معلومات ذاتية :

الرقم المركزي :   الرقم المحلي : ٥٤٥

اسم الحالة : با سم   جمال دروش تكريبه   الاسم الحركي :

الجنسية : فلسطينية   رقم الهوية :

Redacted ٠٩٣٢   اسم المستفيد رباعي خاتزه محمر ابراهيم عبد لي خلمه رقم الهوية :
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

Redacted ٥٩٣٢   اسم الأم كامل : خاتزه محمر اراهيم عبدلي خلمه   رقم هوية الأم :

اسم الزوجة :   رقم هوية الزوجة :

تاريخ ومكان الميلاد : Redacted ١٩٨٨ - الخليل   البلد الأصلي : الخليل

الديانة : مسلم   الجنس : ذكر   الحالة الاجتماعية : اعزب

العمل السابق : طالب سنه اولى / دوتكله الجمل الحالي :

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

---

ثانياً : معلومات ادارية :

الرتبة العسكرية :   الرتبة التنظيمية :

كتاب اعتماد الرتبة :   رقم :   تاريخ :

تطورات المخصص السابق : الحالي   التعديلات :

التنظيم التابع له : حركة , دقادمة ارسوس (رمز السرسم) القطاع :

تاريخ الالتحاق بالثورة :   تنظيما :   عسكريا :   فرعا :

الدورات التي اجتازها : عمة ردرا تم تدريسه يعسكره

تاريخ ومكان الحادث : ١٨ / ٥ / ٢٠٠٢ - القدس التله الفرنسية

كيفية حدوث الحادث : تنفيذ عملية استشهادية ك حافلة مزدوحه اسرائيلية
( ا ستشهد فيه )

موجز سيرته الذاتية :

المذكور جر حوال المرحلة , خلال ابن المرحلة الا ستواساته و ووذارساته و الثانيه ضر دراسته
في الخليل ثم التقد يرهبر بو لية ثلا حيمه (حمس) تسه ادامه استفيد حمل لغرس

سكن الاسرة : ملك : يع عمح حزلوله اليسهجر :   مشترك :

الايجار الشهري :

Redacted

العنوان الكامل :

أقرب تلفون :

GONFIDENTIAL

Shatsky-JD00589

ثالثاً : الجدول الأسري :   * متزوج - اعزب

١ - المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
* الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | الولد | ١٩٥٩ | توجيهي | ربة بيت | متزوج | الخليل |
| ٢ | | الولد | Redacted | جـ | باحثو | متزوج | Redacted |
| ٣ | | الاخ | ثا عمر | جـ | طالب | اعزب | |
| ٤ | | الاخت | حار يقرا | جـ | طالبه | ت.ج | |
| ٥ | | جـ | | جـ | جـ | | |
| ٦ | | جـ | | جامعي | طالبه | جـ | |
| ٧ | | الاخ | ديلوم | عالي | عالي | متزوج | |
| ٨ | | الاخت | د يلوم | د يلوم | عالي | متزوج | |
| ٩ | | الاخت | كأذربكا | عالي | عالي | متزوج | |
| ١٠ | | | | | | | |
| ١١ | | ٠٠ | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ............................................ ٦

– المتزوج : الزوجات والابناء القصر : ............................

– الاعزب : الوالدين والاخوة القصر : .......... الوالـ.بـسيـهـ.هـ امـؤم

ملاحظات على الجدول الاسري : ..................................................

...................................................................................

CONFIDENTIAL

Shatsky-JD00589

CONFIDENTIAL
Shatsky-JD00590

حالة ونوعها :

وصية القسم :

① المذكور أحد أفراد مجموعة دله هو ما هو ابن عمه .

② التحق بتنظيم قام بتنفيذ عملية استشهادية في القدس

③ مرحبا ابن معنوي يم مهر استشهاد ابن ابنه

التاريخ : ٢١ / ٥ / ج    التوقيع :

قرار مدير المؤسسة : (    )

يرجى اعتماد صرف مبلغ انتفاضة لاوضح :

التاريخ : ١١ / ٥ / ٢٠٠    التوقيع :

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ............

المجموع بالدينار : ............

المجموع بالشيكل : ............

اعتماد المدير العام :

لقد صرف ( سرف ) مبلغ ١١٤ / ٦ / x

Redacted

التاريخ ٦ / ١٢    التوقيع

ملاحظات التدقيق :

التوقيع          التاريخ

ملاحظات الحاسب الآلي :

Exhibit 67

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

Print Date: 05/31/2021

**Personal Information:**

ID Card: Redacted 5634
Date of Birth: Redacted /1984

Four-Part Name: Basem Jamal Darwish Takruri
Ministry: Hebron

Type of Document: Palestinian ID
Gender: Female

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takrur[cut off] | Redacted | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |
| Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takrur[cut off] | | | Percentage | 100 | 0 | 0 | 0 | No apportionment | |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-H[cut off] | | | | | | |
| Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-H[cut off] | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00179-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| Last credit | 09/01/2021 | | |

Stipend Data at Bank:



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00180-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00181-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00182-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |
| 04/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 05/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 06/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 07/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 08/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 09/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 10/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 11/1/2020 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 01/1/2021 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 02/1/2021 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 03/1/2021 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |
| 04/1/2021 | Redacted 0932 | Faiza Muhammad Ibrahim Abd Al-Hay Takruri | 1400 |

CONFIDENTIAL

Shatsky-JD00183-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



البيانات الشخصية

| البطاقة الشخصية | Redacted ٦٦٣٨ | الاسم الرباعي | بسم جمال درويش اكودي | نوع الوثيقة | هوية فلسطينية |
| تاريخ الميلاد | Redacted ١٩٨٤ | الوزارة | الدليل | الجنس | انثى |

الدرجـــــات

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
| سلم اسر الشهداء الجديد | غير محددة | غير محدد: | Redacted | |

العلاوات والتحسينات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
| Redacted |

بيانــــات الحلقة

| نوع الحـــــلقة | من تاريخ | الى تاريخ | نسبة الاعفاء | نوع الاعفاء | نوع القرار |
| شهيد | Redacted | | ٠ | غير محدد | |

بيانــــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة الصفة | الرقم المركزي |
| Redacted ٩٣٢ | فايزه محمد ابراهيم عبد الحي تكرور | Redacted | Redacted | نسبة | ١٠٠ | ٠ | ٠ | ٠ | لا يوجد قسمة | Redacted |
| Redacted ٩٣٢ | فايزه محمد ابراهيم عبد الحي تكرور | | | نسبة | ١٠٠ | ٠ | ٠ | ٠ | لا يوجد قسمة | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
| Redacted ٩٣٢ | فايزه محمد ابراهيم عبد الح | Redacted | Redacted | Redacted |
| Redacted ٩٣٢ | فايزه محمد ابراهيم عبد الح | | |

CONFIDENTIAL

Shatsky-JD00179

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية 'سر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

بيانــــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | Redacted | | |
| نهاية الاعتماد | ٠٢/٠٩/٢٠٢٠ | ٠١/٠٩/٢٠٢٠ | استكمل المعلومت |
| نهاية الاعتماد | ٠٢/١٠/٢٠٢١ | | |

بيانــــات الراتب في شهر

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00180

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|

Redacted

CONFIDENTIAL

Shatsky-JD00181

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021    تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٧ | ١/٠٨/٢٠٢٠ |
| ٢٨٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٢/٢٠٢١ |
| ١٢٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٣/٢٠٢١ |
| ١٤٠٠ | فايزه محمد ابراهيم عبد الحي تكروري | Redacted , ٩٣٢ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00183