# Exhibit 69

Confidential                                   Shatsky-JD00852-T
06/21 202 02:14                                      #5033 P.001

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority    ┌──────────┐    [Arabic] Palestinian National Authority
    Ministry of Social Affairs          │ P.A.     │        Ministry of Social Affairs
      M's F. & I. C. E               │ emblem   │    Martyrs' Families and Injured Care Establishment
                                      └──────────┘

In the name of Allah, the Gracious, the Merciful

# Social Report

**Case:** Martyr

**Name:** Bashar Muhammad As'ad Sawalha

**Local number:**   601          **Central number:** 012132[*]

**Governorate:** Nablus

**Date:** 7.5.2001

Confidential                                   Shatsky-JD00852-T

Confidential

06/21 202 02:15

Shatsky-JD00853-T

#5033 P.002

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Bashar Muhammad As'ad Sawalha | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 9928 |
| **Beneficiary's full name**: Khadija Muhammad Mukheima[*] Sawalha<br>(wife, father, mother, brother, sister) | **Identification no.**: Redacted 5721 |
| **Mother's full name**: Khadija Muhammad Mukheima[*] Sawalha | **Mother's Identification no.**: Redacted 5721 |
| **Wife's name**: \ | **Wife's Identification no.**: \ |
| **Place and date of birth**: Redacted .1972 Asira Al-Shimaliya | **Place of origin**: Asira Al-Shimaliya |
| **Religion**: Muslim | **Sex**: Male  **Marital status**: Single |
| **Previous job**: Laborer - plumber | **Current job**: |
| **Education**: Tawjihi [General Secondary Education] | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | | **Date**: |
| **Developments in previous allowance**: | **Current**: | | **Changes**: |
| **Organizational affiliation**: Hamas | **Sector**: | | |
| **Date of joining the revolution**:  **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 4.9.1997 Jerusalem, Yehuda Market

**Details of the incident**: He was martyred as a result of executing a martyrdom operation in West Jerusalem, which caused the death of five Israelis and the injury of many others.

**Brief Biography**: The martyr was born in the village Asira Al-Shimaliya in 1973. His studied in his village schools until high school. He then worked as a laborer. He was deported by the Israelis authorities after Operation Wadi [Illegible] on 12.5.95. After the entry of the [Palestinian] Authority he was detained by the Authority for a period of six months and then escaped from prison with three friends. He then executed with his friends the martyrdom operation in Jerusalem.

| | | |
|---|---|---|
| **The family's residence: Owned**: | **Rented**: | **Shared**: |
| **Monthly rent**: | | |
| **Full address**: | Redacted | |

Confidential

Shatsky-JD00853-T

Confidential                                          Shatsky-JD00854-T
06/21 202 02:15                                        #5033 P.003

**Part 3: Family table:**   * married – <u>single</u> Bashar Muhammad As'ad Sawalha

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | Hiba | Sister | 1968 | Diploma [illegible] | [illegible] | Single | "     " |
| 7 | Redacted | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents:**

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:**

**Notes concerning the family table:** The martyr's father died in 1999………………………………………...
………………………………………………………………………………………………………...

Confidential                                          Shatsky-JD00854-T

Confidential                                        Shatsky-JD00855-T
06/21 202 02:15                                     #5033 P.004

**Recommendations of the department**:     *Martyr Bashar Sawalha*

- The martyr [was] single. He was born in 1973. His father died and he has a sister, who's single.
- He was martyred on 9.4.97 during the execution of a martyrdom operation in Yehuda Market / Jerusalem.
- For your attention.

_____    Date: 7.5.2001 Signature: [handwritten]

**Decision of the establishment's director**: (  Nablus   )

- The martyr [was] single. He was martyred on 9.4.97 in Jerusalem (martyrdom operation). I recommend to confirm him as a martyr.

_____    Date: 7.26.2001 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general**:

He is to be confirmed as a martyr as of 7.1.2001 and paid [Redacted] shekels a month.

**Audit's notes**:         **Date**: 7.28.2001      **Signature**: [signature]

**Computerized notes**:      Date:              Signature:

Confidential                                        Shatsky-JD00855-T

Original

CONFIDENTIAL
21/06 2021  02:14

SHATSKY-JD00852
#5033 P.001

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Social Affairs
M's I. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

# بحث اجتماعي

الحالة : ................ شهيد

الاسم : ........... شادي محمد أسعد صوالحة

الرقم المحلي : ........ ٦٠١ .......... الرقم المركزي : .......... ٣٥٦٢٣٢٢

المحافظة : ............ نابلس

التاريخ : ............ ١٥ / ١ / ٢٠٠٦ م

CONFIDENTIAL
21/06 2021   02:15

SHATSKY-JD00853
#5033  P.002

## أولاً : معلومات ذاتية :

الرقم المحلي : ..........................

اسم الحالة : بشار عمر اسعد صوالحي

الجنسية : فلسطيني

الرقم المركزي : ..........................

الاسم الحركي : ..........................

اسم المستفيد رباعي : خديجة محمد خضر صوالحي — رقم أ. بوية : ٩٩٥٨.... Redacted
( الزوجة ، الأب (الأم) الأخ ، الأخت )   رقم الهوية : الحليلي Redacted

اسم الأم كامل : صبيحة محمد خضر صوالحي

رقم هوية الأب : ١٤٧٤٧.... Redacted

اسم الزوجة : ..........................

رقم هوية الزوجة : Redacted

تاريخ ومكان الميلاد : ١٩٧٢ عصيرة الشمالية

الديانة : مسلم

البلد الأصلي : عصيرة الشمالية

الجنس : ذكر

الحالة الاجتماعية : اعزب

العمل السابق : عامل بيع خضرة

المؤهل العلمي : توجيهي

العمل الحالي : ..........................

تاريخ ورقم كتاب الاعتماد : ..........................

تاريخ الاعتماد بالمؤسسة : ..........................

## ثانياً : معلومات ادارية :

الرتبة العسكرية : ..........................

الرتبة التنظيمية : ..........................

كتاب إعتماد الرتبة : ..........................

رقم : ..........................   بتاريخ : ..........................

تطورات المخصص السابق : ..........................

الحالي : ..........................   التعديلات : ..........................

التنظيم التابع له : حماس

القطاع : ..........................

تاريخ الالتحاق بالثورة : ..........................

الدورات التي اجتازها : تنظيماً : ..........................   عسكرياً : ..........................   تفرغاً : ..........................

تاريخ ومكان الحادث : ١٩١٤ ١٩٩٧ القدس سعد سعد بريديا

كيفية حدوث الحادث : استشهد اثر تفجير لعبوة استشهادية زلزل لديها رادي في اسوق
دمشق حيث اسرائيلي وعدد كبير من الجرحى

## موجز سيرته الذاتية :

الشهيد بشار صوالحي من قرية عصيرة الشمالية عام ١٩٧٢ ، كان يعمل قبل عام
السبعينات ........................................................

سكن الأسرة : ملك — ........   ايجار : ..........................   مشترك : ..........................

الإيجار الشهري : ..........................

العنوان الكامل : ..........................

Redacted

CONFIDENTIAL

SHATSKY-JD00853

CONFIDENTIAL
21/06 2021   02:15
SHATSKY-JD00854
#5033 P.003

**ثالثاً : الجدول الأسري :** ★ متزوج - أعزب ‏[نص بخط اليد]

١- المتزوج : يسجل الزوجات والابناء القصر اولاً ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة .
٢- الاعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | | | | | | |
| ٢ | | | | | | | |
| ٣ | | | | | | | |
| ٤ | | | | | | | |
| ٥ | | | | | | | |
| ٦ | ‏[بخط اليد] | | ١٩٦٨ | ‏[بخط اليد] | ‏[بخط اليد] | | |
| ٧ | Redacted | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ....................

– المتزوج : الزوجات والابناء القصر : ....................

– الاعزب : الوالدين والاخوة القصر : ....................

ملاحظات على الجدول الاسري : .......... ‏[بخط اليد] ١٩٩٩

CONFIDENTIAL                                                    SHATSKY-JD00854

CONFIDENTIAL
21/06 2021   02:15

#5033 P.004

SHATSKY-JD00855

**توصية القسم :**

_(نص مكتوب بخط اليد)_

التاريخ : ........................   التوقيع : ........................

**قرار مدير المؤسسة : (   نابلس   )**

_(نص مكتوب بخط اليد)_

التاريخ : ........................   التوقيع : ........................

**حساب المخصص :**

| المجموع بالدينار | اخوة | اخوة | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

علاوات أخرى : ........................

المجموع بالدينار : ........................

المجموع بالشيكل : ........................

**اعتماد المدير العام :**

[Redacted]

_(نص مكتوب بخط اليد)_

التاريخ ........................   التوقيع ........................

**ملاحظات التدقيق :**

........................

التاريخ ........................   التوقيع ........................

**ملاحظات الحاسب الآلي :**

........................

CONFIDENTIAL

SHATSKY-JD00855

# Exhibit 70

Palestinian National Authority          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 9280                Four-Part Name: Bashar Mohammad As'ad Sawalha          Type of Document: Palestinian ID
Date of Birth: Redacted /1971[*]      Ministry: Nablus                                       Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5791 | Hiba Mohammad As'ad Sawalha | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5791 | Hiba Mohammad As'ad Sawalha | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00057-T

Palestinian National Authority          [**Emblem of the Palestinian National Authority**]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 09/01/2020[*] | 09/01/2020[*] | Information completed |
| Information completed | 09/01/2021[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00058-T

Palestinian National Authority       **[Emblem of the Palestinian National Authority]**       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00059-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |



CONFIDENTIAL                                                                 Shatsky-JD00060-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 05/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 06/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 07/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 08/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 09/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 10/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 11/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 12/1/2020 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 01/1/2021 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 02/1/2021 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |
| 03/1/2021 | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |

CONFIDENTIAL

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| 04/1/2021[*] | Redacted 5791 | Hiba Muhammad As'ad Sawalha | 1400 |

CONFIDENTIAL

Shatsky-JD00062-T

Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| البيانات الشخصية | | | | | |
|---|---|---|---|---|---|
| البطاقة الشخصية | Redacted ٤٢٨ | | الاسم الرباعي | بشار محمد اسعد صوالحة | نوع الوثيقة : هوية فلسطينية |
| تاريخ الميلاد | Redacted | | الصورة : | نابلس | الجنس : ذكر |

| الدرجـــات | | | | | |
|---|---|---|---|---|---|
| البند | الدرجة | الفئة | من تاريخ | الى تاريخ | |
| بند أسر الشهداء الجديد | غير محددة | غير محددة | Redacted | | |

| العلاوات والتخصصيات | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| الرقم | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد | |
| | | | | Redacted | | | | |

| بيانــات الاحالة | | | | | | |
|---|---|---|---|---|---|---|
| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاحالة | نوع الاعاقة | نوع القرار | |
| شهيد | Redacted | | | غير محدد | | |

| بيانات المستفيدين | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | القيمة | نسبة/قيمة التقسية | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة الغنيمة | الرقم المركزي |
| Redacted ٢٧٩٦ | هبه محمد اسعد صوالحة | Redacted | | | نسبة | ١٠٠ | | | لا يوجد قسمة | Redacted |
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | | | | الرقم المركزي |
| Redacted ٢٧٩٦ | هبه محمد اسعد صوالحة | Redacted | | Redacted | | | | | | |

CONFIDENTIAL

Shatsky-JD00057

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021



CONFIDENTIAL

Shatsky-JD00058

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ لطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00059

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



Redacted

CONFIDENTIAL

Shatsky-JD00060

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الشهر | رقم الهوية | الأسم | الراتب |
|---|---|---|---|
| | | Redacted | |
| ١٠٣/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٥/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٦/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٧/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٨/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٩/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١١٠/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١١١/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٢/٢٠٢٠ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٢/٢٠٢١ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |
| ١٠٣/٢٠٢١ | Redacted ٥٧٩٦ | هبه محمد أسعد عبوالحة | ١٤٠٠ |

CONFIDENTIAL

Shatsky-JD00061

**Palestinian National Authority**



السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| ٢٠٢١/٠٤ | Redacted ٥٧٤٦ | فايه محمد اسماعيل صالحه | ١٤٠٠ |

CONFIDENTIAL

Shatsky-JD00062

# Exhibit 71

Confidential                                    Shatsky-JD00858-T

In the name of Allah, the Gracious, the Merciful

| PALESTINIAN LIBERATION ORGANIZATION M's F. & I. C. E | [PLO emblem] | PALESTINIAN LIBERATION ORGANIZATION Martyrs' Families and Injured Care Establishment |
|---|---|---|

The Establishment / Nablus

The brother Gen. Dir. Of the Establishment, may Allah take care of him,
Greetings of the homeland and the state,

**Case Name:** Yousef Jameel Ahmad Shuli      **Type:** Martyr
**Central No.:** 12933   **Allowance:** Redacted Shekels
**The required measure and reasons:** ** Move the allowance to the martyr's mother. The martyr [was] single. The beneficiary from the file is the martyr's father, but he died on 3.4.2012. The mother is alive, and so the payment should be transferred to her according to the regulations, to number Redacted.
**Attached Documents:** Death Certificate, account number + copy of the mother's ID.
**Name and signature of the Department's head:** Nura Abi Riya
**Opinion of the director:**
** The recommendation is to be confirmed. The allowance should be transferred to the Martyr's mother because the beneficiary, the martyr's father, died. Therefore, the payment should be sent to the mother to Redacted according to the regulations.
**Date:** 3.14.2012 **Signature of the Establishment's director:** [Signature]
**Measure to be taken by the Director General:** The payment is to be sent to the mother starting on 4.1.2012, based on the recommendation, because the father died, to the attached account number.

**Date:** 4.8.2012 **Signature:** [Signature]
**Main Measure:** _____ **Name and signature of the clerk:** _____
**Audit Measure:** _____ **Name and signature:** _____

Nablus – Tel/Fax: 09 2385550          Nablus – Tel/Fax: 09 2385550
Ramallah-Tel/Fax: 02-2986268          Ramallah-Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD00858-T

Confidential                                              Shatsky-JD00861-T



In the name of Allah, the Gracious, the Merciful

National Authority                                    Palestinian National Authority
try of Social Affairs        | P.A. emblem |          Ministry of Social Affairs
's F. & I. C. E                                       Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr</u>

**Name**: Yousuf Jamil Ahmad Shuli   ~~012933~~

**Local number**:  <u>600</u>                    **Central number**: <u>012933</u>

**Governorate**: <u>Nablus</u>

**Date**: <u>7.4.2001</u>

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                                   Shatsky-JD00861-T

Confidential                                                    Shatsky-JD00862-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 600 | **Central no.**: 012933 |
| **The case's name**: Yousuf Jamil Ahmad Shuli | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 1404 |
| **Beneficiary's full name**: Redacted <br>(wife, father, mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Amna Hasan Mustafa Shuli | **Mother's Identification no.**: Redacted 5526 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth** Redacted 1975 Asira Al-Shimaliya | **Place of origin**: Asira Al-Shimaliya |
| **Religion**: Muslim | **Sex**: Male      **Marital status**: Single |
| **Previous job**: Student | **Current job**: |
| **Education**: Second grade in university, Shari'a studies (Al-Najah University) | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.**: | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: Hamas | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 9.4.1997 Jerusalem

**Details of the incident**: He was martyred in a martyrdom operation in a commercial market in West Jerusalem.

**Brief Biography**: The martyr was born in the village Asira Al-Shimaliya in 1975. He studied in the schools of Asira Al-Shimaliya until high school. He then joined the National Al-Najah University.

| **The family's residence: Owned**:  √ | **Rented**: | **Shared**: |
|---|---|---|
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

Confidential                                                    Shatsky-JD00862-T

Confidential                                                    Shatsky-JD00863-T

**Part 3: Family table:   * married – single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | | | | Redacted | | | |
| 2 | Amna | Mother | 1940 | Illiterate | Housewife | Married | Asira Al-Shimaliya |
| 3 | Redacted | Sister | Redacted | [Illegible] | Housewife | Married | Redacted |
| 4 | | Brother | | Tawjihi | Laborer | Married | |
| 5 | | Sister | | Tawjihi | Housewife | Married | |
| 6 | | Brother | | University | Clerk in a company | Married | |
| 7 | | Sister | | [Illegible] | Housewife | Married | |
| 8 | | Sister | | University | Housewife | Married | |
| 9 | | " | | 1st year university | Housewife | Single | |
| 10 | | | | [Illegible] | Housewife | Married | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**:

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: 3

**Notes concerning the family table**:

Confidential                                                    Shatsky-JD00863-T

Confidential                                              Shatsky-JD00864-T

Martyr Yousuf Shuli

**Recommendations of the department:**

- The martyr [was] single. Born in 1975
- The was martyred on 9.4.1997 having executed a martyrdom operation in West Jerusalem in a commercial market.
- For your attention.

_____ Date: 7.4.2001 Signature: [handwritten]

**Decision of the establishment's director:** (   Nablus   )

- The martyr [was] single. He was martyred on 9.4.97 in an operation he executed in Jerusalem.
- I recommend to confirm his as a martyr.

_____ Date: 7.23.2001 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

He is to be confirmed as a martyr as of 7.1.2001 and paid Redacted shekels a month.

_____

_____

**Audit's notes:**          **Date:** 7.28.2001       **Signature:** [signature]

_____     _____

_____     _____

_____     _____

**Computerized notes:**      Date:              Signature:

_____     _____

_____     _____

Confidential                                              Shatsky-JD00864-T

# Original

CONFIDENTIAL

SHATSKY-JD00858

بســـــم الله الرحمن الرحيـــــم



PALESTINIAN LIBERATION ORGANIZATION

M's F. & I. C. E.

منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

**المؤسسة / نابلس**

**الأخ مدير عام المؤسسة / حفظه الله**

**تحية الوطن والدولة .....**

اسـم الحالة: يوسف جميل احمد شوني          نوعها: شهيد

الرقم المركزي: ١٢٩٣٣          المخصص: Redacted          هيكل

الإجراء المطلوب والأسباب: تحويل الصرف لوالدة الشهيد ، الشهيد اعزب ، والمستفيد من الملف هو والد الشهيد لكن

توفي بتاريخ ٢٠١٢/٣/٤ ، وبما ان والدة الشهيد على قيد الحياة يحول الصرف الى والدته حسب النظام المتبع على رقم

Redacted

الوثائق المرفقة: شهادة الوفاة . رقم الحساب + صورة هوية الأم

اسم وتوقيع رئيس القسد: نورا ابوريا

رأي المدير :

٠٠٠٠ تعتمد التوصية ويحول الصرف لوالدة الشهيد حيث ان والد الشهيد المستفيد من الملف قد توفي ، وعليه يحول

الصرف باسم الوالده على Redacted وذلك حسب النظام ،

التاريخ: ١٤/١٢/٢٠١٢          توقيع مدير المؤسسة: نمر غزاوي

اجراء المدير العام :

التاريخ: ٨/١/٢٠١٣          التوقيع:

الإجراء المركزي :          اسـم وتوقيع المنفذ :

اجراء التدقيق :          الاسم والتوقيع :

CONFIDENTIAL

SHATSKY-JD00858

CONFIDENTIAL

SHATSKY-JD00861



r National Authority
u of Social Affairs
's F. & I. C. E.



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ........ شهيد ........

الاسم : يوسف خليل أحمد شتوي سبعين

الرقم المركزي : ......... الرقم المحلي : ٥١٢٩٣٣

المحافظة : نابلس

التاريخ : ........ / ٢ / ١١ / ٢٠٠٦ ........

Ramallah - Tel/ Fax : 02-2986268          رام الله – تلفاكس : ٢-٢٩٨٦٢٦٨ .

CONFIDENTIAL

SHATSKY-JD00861

CONFIDENTIAL

SHATSKY-JD00862



## اولا : معلومات ذاتية :

الرقم المركزي : ٥١٢٩٣٧

الاسم الحركي : **Redacted**

رقم الهوية : **Redacted**

رقم هوية الأم : **Redacted**

رقم هوية الزوجة :

البلد الأصلي : ضاحية الشوالح

الحالة الاجتماعية : أعزب

الرقم المحلي : ٥٥٥٦

اسم الحالة : يوسف خليل أحمد شولي

الجنسية :

اسم المستفيد رباعي
( الزوجة ، الاب ، الام ، الاخ . الاخت )

اسم الأم كامل :

اسم الزوجة : **Redacted**

تاريخ ومكان الميلاد : ٥٦٢٩ ضاحية الشوالح

المدينة : مسلم          الجنس : ذكر

العمل السابق :          العمل الحالي : طالب

المؤهل العلمي : سنة ثانية هندسة شرائح ( جامعة الخليج )

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

## ثانياً : معلومات ادارية :

الرتبة التنظيمية :

الرتبة العسكرية :

كتاب اعتماد الرتبة :

تطورات المخصص السابق :

التنظيم التابع له : ١٠ من

تاريخ الالتحاق بالثورة :

الدورات التي اجتازها :

تاريخ ومكان الحدث : ١٤/٩/١٩٧٩ المدرسة

كيفية حدوث الحدث : استشهد اثناء تأدية عمله استشهد بسوق بجاركت
في المدرس الشرطة.

## موجز سيرته الذاتية :

التحق يوسف والده مصيت الشوالح عام ١٩٧٥ في مدارس مصيه الشوالح
من المعلمات انا تعيب . التحق مرحلة بعض انجاح الواجبي.

سكن الاسرة : ملك : ✓          ايجار :          مشترك :

الايجار الشهري : **Redacted**

العنوان الكامل :

أقرب تلفون :

CONFIDENTIAL

SHATSKY-JD00862

CONFIDENTIAL

## ثالثاً : الجدول الأسري :  ٭ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولاً ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة .
٢- الاعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| سلسل | الاسم | العلاقة بالطالق | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | | | | | | |
| ٢ | آ ننج | والدته | ١٩٤٠ | أمي | ربة بيت | متزوجة | كفر الشامية |
| ٣ | Redacted | | Redacted | | Redacted | رفة بيت | متزوجة |
| ٤ | | | | لم يبين | عامل | متزوج | |
| ٥ | | | | لم يبين | ربة بيت | متزوجة | |
| ٦ | | | | م١ ثي | ولابرنني | متزوج | |
| ٧ | | | | ٢ ب | ربة بيت | متزوجة | |
| ٨ | | | | ماتوسط | ربة بيت | متزوج | |
| ٩ | | | ٤ | سنطلاكرهاء | ربة بيت | | |
| ١٠ | | | | ك ن | ربة بيت | متزوج | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ..........................................................

– المتزوج : الزوجات والابناء القصر : ....................................

– الاعزب : الوالدين والاخوة القصر : ....................................

ملاحظات على الجدول الاسري : ..............................................

CONFIDENTIAL

CONFIDENTIAL

SHATSKY-JD00864

شم / يوسف ما شهكا

**توصية القسم :**

ـ الشهيد المنزب سر والب عام ٥ ١٩٧

ـ استنزد تاريخ ٩/٤/١٩٩ نناذ تابع بعمليت استشهادبت في القدس الغربي

في يوم تاري .

لـ جبا يكم .

التاريخ : ٤ /١ ٧/ ١ ٠٠ع    التوقيع : ــــــــ

**قرار مدير المؤسسة : ( ناب ــــ ي )**

ـ يـــخ المنزب و استشـــه بتاريخ ٩٧/١٩١ع ي بليص استشنها

في إشتـــ .

ـ وصى بإعتماد صهبـ

التاريخ : ١٢٩ ٧/ ١٠٠٧ع   التوقيع : بو اسمـت

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

**اعتماد المدير العام :**

لعزيز شهيتي المبا كي م ٠٠ع برم ١/١/٧/ م بتاريخ

التاريخ ٥٨/٧/ع   التوقيع

**ملاحظات التدقيق :**

**ملاحظات الحاسب الآلي :**

التاريخ    التوقيع

CONFIDENTIAL

SHATSKY-JD00864

Exhibit 72

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**

ID Card: Redacted 1404[*]

Date of Birth:

Four-Part Name: Yousef Jameel Ahmad Shuli

Ministry: Nablus

Type of Document: Palestinian ID

Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5526 [*] | Amna Hasan Mustafa Shuli | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5526 [*] | Amna Hasan Mustafa Shuli | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00063-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 12/01/2020 | 12/01/2020 | Information completed |
| Information completed | 11/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL                                                                                    Shatsky-JD00064-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00065-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00066-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 05/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 06/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 07/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 08/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 09/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 10/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 11/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 12/1/2020 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 01/1/2021 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 02/1/2021 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 03/1/2021 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |
| 04/1/2021 | Redacted 5526 | Amna Hasan Mustafa Shuli | 1400 |

CONFIDENTIAL

Shatsky-JD00067-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2024

البيانـــات الشخصية

| | | | نوع الوثيقة | فلسطينية | | لاسم الرباعي | | البطاقة الشخصية | Redacted |
|---|---|---|---|---|---|---|---|---|---|
| | | | الجنس | ذكر | الـــــزيارة | | | تاريخ الميــلاد | Redacted |

الترقيـــات

| الاسم | من تاريخ | الى تاريخ | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|---|---|
| مدرأس الشهداء الجديد | | | غير محددة | غير محدد | Redacted | |

العلاوات والتخصصيات

| رقم | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | مرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانـــات الحالة

| نوع الحــــالة | من تاريخ | الى تاريخ | نسبة الإعاقة | نوع الإعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | . | غير محدد | |

بيانــــات المستفيدين

| رقم الهوية | الاسم | عن تاريخ | الى تاريخ | نسبة القيمة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|
| Redacted ٥٥٢١ | امنه حسن مصطفى شرلى | Redacted | Redacted | ١٠٠ | نسبية | | | لا يوجد قسمة | |

| رقم الهوية | الاسم | من تاريخ | فى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٥٥٢١ | امنه حسن مصطفى شولى | Redacted | Redacted | | Redacted | | Redacted |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



Redacted

CONFIDENTIAL

Shatsky-JD00064

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة     31/05/2021



| الرقم | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

CONFIDENTIAL

Shatsky-JD00065

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية 'اسر الشهداء والجرحى

تاريخ الطباعة: 31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00066

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الرتب | الاسم | رقم الهوية | اشهر |
|---|---|---|---|
| | | | |
| | | Redacted | |
| | | | |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٤/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٥/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٦/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٧/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٨/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٩/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦١٠/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٨٥٢٦ | ١٦١١/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦١١/٢٠٢٠ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠١/٢٠٢١ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٢/٢٠٢١ |
| ١٤٠٠ | امته حسن مصطفى شولي | Redacted ٥٥٢٦ | ١٦٠٣/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00067

# Exhibit 73

Confidential                                              Shatsky-JD00867-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr</u>



**Name**: <u>Khalil Ibrahim Tawfiq A-Sharif</u>

**Local number**:   <u>634</u>              **Central number**: <u>012042</u>

**Governorate**: <u>Nablus</u>

**Date**: <u>10.7.2001</u>

---

Ramallah - Tel/Fax: 02-2986268              Ramallah - Tel/Fax: 02-2986268

Confidential                                              Shatsky-JD00867-T

Confidential                                           Shatsky-JD00868-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Khalil Ibrahim Tawfiq A-Sharif | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 4960 |
| **Beneficiary's full name**: Ibrahim Tawfiq Ahmad A-Sharif (wife, father, mother, brother, sister) | **Identification no.**: Redacted 8327 |
| **Mother's full name**: Fadiya[*] Ali Mahmoud Sharif | **Mother's Identification no.**: Redacted 5649 |
| **Wife's name**:          / | **Wife's Identification no.**:          / |
| **Place and date of birth**: Redacted .1973 Nablus | **Place of origin**: Jaffa |
| **Religion**: Muslim | **Sex**: Male          **Marital status**: Single |
| **Previous job**: University student | **Current job**: |
| **Education**: [Illegible] industry | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Izz al-Din al-Qassam Brigades | **Sector**: | | |
| **Date of joining the revolution**:          **Organizationally**: | **Militarily**: | **As a full-time member**: | |

**Training courses undertaken**:

**Place and date of the incident**:9.4.1997 West Jerusalem / Ben Yehuda Street

**Details of the incident**: He was martyred during the execution of a martyrdom operation in Mahne Yehuda Market in [cut off], which caused the death of five settlers and injured many others.

**Brief Biography**: [Illegible] on Redacted .1973. His origins are from the occupied city of Jaffa. He grew up in the city of Nablus and studied in its schools until high school. He joined the Bir Zeit University and was a member of its students' council which belonged to [cut off] movement. He was deported by the Israeli intelligence having participated in an operation that killed Israelis in 1995. He was martyred while executing along with a group [cut off] from Asira Al-Shimaliya an operation in Jerusalem. He was a student in the last semester of his studies in the university and was about to graduate.

| | | | |
|---|---|---|---|
| **The family's residence: Owned**: | **Rented**:    √ | **Shared**: | |
| **Monthly rent**: | Redacted | | |
| **Full address**: | | | |
| **Nearest telephone**: | | | |

Confidential                                           Shatsky-JD00868-T

Confidential                                                    Shatsky-JD00869-T

**Part 3: Family table:**    * married – single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ibrahim Tawfiq Ahmad Sharif | Father | 1939 | Elementary | Does not work | Married | Nablus |
| 2 | Redacted | Mother | Redacted | Elementary | Housewife | Married | Redacted |
| 3 | | Sister | | Bachelor's of Arts | Clerk | Married | |
| 4 | | Brother | | B.A. Industry | Does not work | Married | |
| 5 | | Sister | | B.A. Law | [Illegible] | Single | |
| 6 | | Brother | | Tawjihi [General Secondary Education] | Laborer | Single | |
| 7 | | Sister | | B.A. [illegible] 1st year philosophy | Housewife ~~Student~~ | Married ~~Single~~ | |
| 8 | | Sister | | B.A. Law 1st year university | No work ~~Student~~ | Single | |
| 9 | | Sister | | 1st year university ~~1st grade high school~~ | Student | Engaged ~~Single~~ | |
| 10 | | Sister | | High school | Housewife | Married | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents:**

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:**  6

**Notes concerning the family table:** The martyr's father suffers from psoriasis.

The account number of the beneficiary, the martyr's father: Redacted

Confidential                                                    Shatsky-JD00869-T

Confidential                                        Shatsky-JD00870-T

**Recommendations of the department**:

- The martyr [was] single. He was born in 1973. University student. His parents are alive and he [had] three student sisters.
- He was martyred on 9.4.1997 having executed a martyrdom operation in Jerusalem.
- Please confirm him as a martyr of the revolution.

_____ Date: 10.7.2001 Signature: [handwritten]

**Decision of the establishment's director:** ( Nablus        )

- He was martyred on 9.4.1997 during a martyrdom operation in Jerusalem.
- The martyr [was] single.
- I recommend to confirm him as a martyr.

_____ Date: 10.17.2001 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general:**

He is to be confirmed as a martyr as of 10.1.2001 and paid Redacted shekels a month.

_____

**Audit's notes:**          **Date**: 10.22.2001     **Signature**: [signature]

_____    _____
_____    _____
_____    _____

**Computerized notes:**      Date:              Signature:

_____    _____
_____    _____

Confidential                                        Shatsky-JD00870-T

Original

CONFIDENTIAL
SHATSKY-JD00867



**Palestinian National Authority**
**Ministry of Social Affairs**
M's F. & L C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم



# بحث اجتماعي

الحالة : شهيد

الاسم : خليل ابراهيم نسيم الشريف

الرقم المركزي : ٨٥٠٠١٢٨.          الرقم المحلي : ٦٢٢

المحافظة : نابلس

التاريخ : ١٧ / ١ / ٢٠٠٠

CONFIDENTIAL
SHATSKY-JD00867

CONFIDENTIAL

SHATSKY-JD00868

أولاً : معلومات ذاتية :

الرقم المركزي : ..............

الاسم الحركي : ..............  **Redacted**

رقم الهوية : ..............  **Redacted**

رقم الهوية : ..............  **Redacted**

رقم هوية الأم : ..............  **Redacted**

رقم هوية الزوجة : ..............

البلد الأصلي : ..............

الحالة الاجتماعية : ..............

الجنس : ذكر

العمل الحالي : ..............

تاريخ ومكان الميلاد : ١٩٧٢  **Redacted**

تاريخ ورقم كتاب الاعتـ..............

تاريخ اعتماد بالمؤسسة : ..............

_____

ثانياً : معلومات تنظيمية :

الرتبة التنظيمية : ..............

رقم : ..............

تاريخ : ..............

التعديلات : ..............

الحالي : ..............

القطاع : ..............

عسكرياً : ..............  تنظيماً : ..............  تفرعاً : ..............

١٩١٤ / ١٩٩٧ ..............

_____

موجز سيرته الذاتية : ..............  **Redacted**

مشترك : ..............

**Redacted**

الإيجار الشهري : ..............

العنوان الكامل : ..............

أقرب تلفون : ..............

CONFIDENTIAL

SHATSKY-JD00868

CONFIDENTIAL
SHATSKY-JD00869

ثالثاً : الجدول الأسري : ٭ متزوج - أعزب

١- المتزوج : يسجل تحته رب الأسرة ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة
٢- الأعزب : يسجل تحته الأخوة القصر اولا ثم الأخوة فوق سن الإنتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| بالجيزة | متزوج | لا تعمل | ابتدائي | ١٩٢٩ | والدة | ابراهيم ... | ١ |
| Redacted | متزوجة | ربة سبت | ابتدائي | Redacted | الزوجة | Redacted | ٢ |
|  | متزوجة | موظفة | ليسانس آداب |  |  |  | ٣ |
|  | متزوج | مدرس | كالوريكاله |  |  |  | ٤ |
|  | عزباء | ... | ليسانس فنون |  |  |  | ٥ |
|  |  | عامل |  |  |  |  | ٦ |
|  | متزوج | طالب | كالوريوس تجاره |  |  |  | ٧ |
|  | عزباء | طالب | كالوريوس آداب |  |  |  | ٨ |
|  |  | طالب | حديث |  |  |  | ٩ |
|  | متزوجة | ربة سبت | ... |  | ... | ١٠ |
|  |  |  |  |  |  |  | ١١ |
|  |  |  |  |  |  |  | ١٢ |
|  |  |  |  |  |  |  | ١٣ |
|  |  |  |  |  |  |  | ١٤ |
|  |  |  |  |  |  |  | ١٥ |
|  |  |  |  |  |  |  | ١٦ |
|  |  |  |  |  |  |  | ١٧ |
|  |  |  |  |  |  |  | ١٨ |
|  |  |  |  |  |  |  | ١٩ |
|  |  |  |  |  |  |  | ٢٠ |
|  |  |  |  |  |  |  | ٢١ |

عدد المعالين : ........................

– المتزوج : تزوجت بأبناء القصر : ........................

– الأعزب : الوالدين والأخوة القصر : ........................

ملاحظات على الجدول الأسري : والدتي ترشيد بملك مريم لصدقي

Redacted

CONFIDENTIAL

SHATSKY-JD00869

CONFIDENTIAL

SHATSKY-JD00870

**توصية القسم :**

- الشهيد اعزب سبرو الدين عام ١٩٧٢. طالب جامعي ، والدرجة تيكام ، ولد الشهيد شقيقان والبنات
- استشهد بتاريخ ١٤/١٨/١٩٩٧ اثار نفض على استشهاده في المنزل
- لوالديكم باعتماد سهم سرشهد الورث .

التاريخ : ١٧/١٠/١ ٢ ه     التوقيع : ١ ـــ

**قرار مدير المؤسسة : (     حسن     )**

- استشهد في ٤/٨/٩ /١٩٩٧ بناء عليه اعتمد صرف من قسم
- يصرف المنحة .
- اوصي باعتماد جثمانا

التاريخ : ١١٧/١٠/١ ه     التوقيع : م ( حسن

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

**اعتماد المدير العام :**

بعد شهيدا ، بناء تكمله م/١٠/١ه/c.٠١ بجامع     كوكب شهريًا
<span>Redacted</span>

التوقيع عم/١٠/١ ه     التاريخ ٦م/١٠/١

التوقيع          التاريخ

**ملاحظات التدقيق :**

**ملاحظات الحاسب الآلي :**

CONFIDENTIAL

SHATSKY-JD00870

# Exhibit 74

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 4960[*]          Four-Part Name: Khalil Ibrahim Tawfiq Sharif          Type of Document: Palestinian ID
Date of Birth: Redacted /1973[*]          Ministry: Nablus          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00068-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 01/01/2020 | 01/01/2020 | Information completed |
| Information completed | 01/01/2020[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00069-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00070-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00071-T

Palestinian National Authority    [Emblem of the Palestinian National Authority]    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| 04/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 05/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 06/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 07/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 08/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 09/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 10/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 11/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 12/1/2020 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 01/1/2021 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 02/1/2021 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 03/1/2021 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |
| 04/1/2021 | Redacted 8327 [*] | Ibrahim Tawfiq Ahmad Sharif | 1400 |

CONFIDENTIAL

Shatsky-JD00072-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة     31/05/2021

| البيانات الشخصية | | | |
|---|---|---|---|
| البطاقة الشخصية | Redacted | نوع لدشيفة | هوية فلسطينية |
| تاريخ الميلاد | Redacted | انجلس | ذكر |

الاسم الرباعي     ابراهيم توفيق احمد الشريف
الوزارة

| المرشحات | | | | | |
|---|---|---|---|---|---|
| السلم | الدرجة | الدرجة | الفئة | من تاريخ | الى تاريخ |
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | غير محدد | Redacted | |

| العلاوات والخصميات | | | | | | | |
|---|---|---|---|---|---|---|---|
| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | مرجع | رقم شهوية | اسم المستفيد |
| Redacted | | | | | | | |

| بيانات الحالة | | | | | | |
|---|---|---|---|---|---|---|
| نوع الحساب | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار | |
| شهيد | Redacted | | | غير محدد | | |

| بيانات المستخدمين | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة عدد الزوجات زوجة ثانية عند الاولاد | طبيعة القسمة | الرقم المركزي |
| Redacted ٢٣٢٧ | ابراهيم توفيق احمد الشريف | Redacted | | نسبة | ١٠٠ | لا يوجد قسمة | Redacted |
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
| Redacted ٢٣٢٧ | ابراهيم توفيق احمد الشريف | Redacted | | Redacted | | | |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

بيانـــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الانهاء |
|---|---|---|---|
| | Redacted | | |
| نهاية الاعتماد | ٠١/١٠/٢٠٢٠ | ٠١/١٠/٢٠٢٠ | استكمال المعلومات |
| تسجيل المقاومت | ٠١/١١/٢٠٢٠ | | |

بيانــــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00069

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

CONFIDENTIAL

Shatsky-JD00070

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|



Redacted

CONFIDENTIAL

Shatsky-JD00071

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية سر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/٤٠٥٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/٥٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/٦٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/٧٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/٨٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/٩٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/١٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/١١ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢٠/١٢ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢١/١٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢١/٢٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢١/٣٠ |
| ١٤٠٠ | إبراهيم توفيق أحمد الشريف | Redacted ٨٣٢٧ | ٢٠٢١/٤٠ |

CONFIDENTIAL

Shalsky-JD00072

# Exhibit 75

Confidential                                                    Shatsky-JD00740-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian Liberation Organization          [Arabic] Palestinian Liberation Organization

| PLO emblem |

M's F. & I. C. E                                    Martyrs' Families and Injured Care Establishment

*Legal Affairs*
*Internal Audit*
*FYI*
*[handwritten signature]*
*2.14.2017*

## Social Report

[illegible handwritten note]

*To be paid[*]*

**Case**: Martyr of Aqsa

**Name**: Fadi Ahmad Hamdan Qumbar

**Local number**:                          **Central number**:

**Governorate**: Jerusalem

**Date**: 2.6.2017

Ramallah - Tel/Fax: 02-2986268

Jerusalem – Tel/fax: 02-2898433

Confidential                                              Shatsky-JD00740-T

Confidential                                    Shatsky-JD00741-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.:** | **Central no.:** |
| **The case's name:** Fadi Ahmad Hamdan Qumbar | **Code name:** |
| **Nationality:** Palestinian | **Identification no.:** Redacted 3658 |
| **Beneficiary's full name:** Tahani Aref Jamil Qumbar (wife, father, mother, brother, sister) | **Identification no.** Redacted 5232 |
| **Mother's full name:** Minwa Mohammed Ali Qumbar | **Mother's Identification no.:** Redacted 6151 |
| **Wife's name:** Tahani Aref Jamil Qumbar | **Wife's Identification no.:** Redacted 5232 |
| **Place and date of birth:** Redacted .1988 Jerusalem | **Place of origin:** |
| **Religion:** Muslim | **Sex:** Male   **Marital status:** Married |
| **Previous job:** Driver | **Current job:** |
| **Education:** 9th | |
| **Date and number of confirmation letter:** | |
| **Date of confirmation in the institution:** | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank:** | **Organizational rank:** | | |
| **Rank confirmation letter:** | **No.** | **Date:** | |
| **Developments in previous allowance:** | **Current:** | **Changes:** | |
| **Organizational affiliation:** None | **Sector:** | | |
| **Date of joining the revolution:** | **Organizationally:** | **Militarily:** | **As a full-time member:** |
| **Training courses undertaken:** | | | |
| **Place and date of the incident:** 1.8.2017 Jabl Al-Mukabbar | | | |
| **Details of the incident:** Summary execution on the pretext that he ran over a group of soldiers with a car in the Al-Mukabbar area. | | | |
| **Brief Biography:** He was born in Jerusalem and studied until junior high school. He then began working as a driver. He is married and has 4 children. | | | |
| **The family's residence:**     Possessed | | | |
| **Monthly rent:** | | | |
| **Full address:** Redacted | | | |
| **Nearest telephone:** Redacted | | | |

Confidential                                    Shatsky-JD00741-T

Confidential                                            Shatsky-JD00719-T

**Part 3: Family table:   ** Married**

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Tahani Aref Jamil Qumbar | Wife | .1995 | Junior high school | Housewife | Widow | Al-Mukabbar |
| 2 | Redacted | Son | Redacted | Elementary school | Student | Single | |
| 3 | | Daughter | | Child | | | |
| 4 | | Daughter | | Child | | | |
| 5 | | Son | | Child | | | |
| **Number of dependents:** | | | | | | | |
| **If married: the wives and minor children:** Wife | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                            Shatsky-JD00742-T

Confidential                                                    Shatsky-JD00743-T

**Case name**: Fadi Ahmad Hamdan Qumbar          **Its type**: Martyr of Aqsa

**Recommendations of the department**:

He is to be confirmed as an Al-Quds martyr, following his summary execution by the occupation soldiers' gunfire on the pretext that he ran over soldiers with a car.

_____ Date: 2.12.2017 Signature:

**Decision of the establishment's director**: ( Jerusalem   )

I recommend that the martyr be confirmed as an Al-Aqsa Martyr as of the date of his martyrdom. The martyr is married and is the breadwinner of a family comprising of five dependants.

The beneficiary is his widow, Tahani Aref Jamil Qumbar, ID number <sup>Redacted</sup> 5232 redacted, Redacted

The martyr is to be paid a Jerusalem Increment, as he lives in Jerusalem.

_____ Date: 2.12.2017 Signature: Ibrahim Faqusa

[handwritten signature] 5.18.2016

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Shekel** |
|-------|------|----------|--------|--------|----------------|---------------------|
|       |      |          | Redacted |        |                |                     |

Other increments: 300 – Jerusalem increment [2-3 illegible words] for the Jerusalem inrement

Total in dinar: _____

Total in shekel: Redacted shekels in total.

**Legal Affairs Notes:** There is no legal obstacle preventing him from being confirmed as a martyr according to the [illegible word] and attached documents.

_____ Date: 2.15.2017 Signature: [handwritten signature]

**Audit's Notes:** There is no obstacle preventing him from being confirmed as an Al-Quds martyr as of 1.1.2018[*], as a married martyr. In addition to an honorary martyrdom payment according to the documents attached to this file.

_____ Date: 3.26.2017 Signature: [handwritten signature]

**Confirmation of the director general**:

He is to be confirmed as an Al-Aqsa martyr as of 1.1.2017 and be paid 2600 Shekels a month, in addition to redacted Shekels, to be paid with his first allowance.

_____ Date: 3.28.2017 Signature: [handwritten signature]

**Confirmation of the Establishment chairman**:

He is to be confirmed as a martyr as of 1.1.2017 according to the regulations.

_____ Date: 4.18.2017 Signature: [handwritten signature]

Confidential                                                    Shatsky-JD00743-T

# Original

CONFIDENTIAL
Shatsky-JD00740

بســـــم اللــــه الـرحــمـن الـرحــــيـم

PALESTINIAN LIBERATION ORGANIZATION

منظمة التحرير الفلسطينية

M's F . & I . C . E .

مؤسسة رعاية أسر الشهداء و الجرحى



# بحث إجتماعي

الحالة : شهيد/ اقصى

الاسم    :    فادي احمد حمدان قمبر

الرقم المركزي:            الرقم المحلي:

المحافظة :    القدس

التاريخ :    2017/2/6م

رام الله – تلفاكس – 2986268 – 02

Ramallah   - Tel / fax : 02 - 2986268

القدس – تلفاكس : 2798433 – 02

CONFIDENTIAL
Shatsky-JD00740

CONFIDENTIAL

Shatsky-JD00741

أولا : معلومات ذاتية :

| | |
|---|---|
| الرقم المحلي : | الرقم المركزي : |
| اسم الحالة : فادي احمد حمدان قمبر | الاسم الحركي : |
| الجنسية : فلسطيني | رقم الهوية : Redacted 3657 |
| اسم المستفيد ( رباعي ) : تهاني عارف جميل قمبر | رقم الهوية : Redacted 5232 |
| ( الزوجة ، الأب ، الأم ، الأخ ، الأخت ) | |
| اسم الأم كامل : منوه محمد علي قمبر | رقم هوية الأم : Redacted 16151 |
| اسم الزوجة : تهاني عارف جميل قمبر | رقم هوية الزوجة : Redacted 5232 |
| تاريخ ومكان الميلاد : 1988 Redacted القدس | البلد الأصلي : القدس |
| الديانة : مسلم | الجنس : ذكر | الحالة الاجتماعية | متزوج |
| العمل السابق : سائق | العمل الحالي : |
| المؤهل العلمي : تاسع | |
| تاريخ ورقم كتاب الاعتماد : | |
| تاريخ الاعتماد بالمؤسسة : . | |

ثانيا : معلومات إدارية :

| | |
|---|---|
| الرتبة العسكرية : | الرتبة التنظيمية : |
| كتاب اعتماد الرتبة : | رقم : تاريخ : |
| تطورات المخصص السابق : | الحالي : التعديلات |
| التنظيم التابع له : بلا | القطاع : |
| تاريخ الالتحاق بالثورة : | تنظيميا : عسكريا : تفرغا : |
| الدورات التي اجتازها : | |
| تاريخ ومكان الحادث : 2017/1/8 القدس / حيل المكبر | |
| كيفية حدوث الحادث : تم اعدام الشهيد ميدانيا بحجة قيامه بدعس مجموعه من الجنود في منطقة المكبر . | |

موجز سيرة الذاتية : ولد في القدس ودرس حتى المرحله الاعداديه ثم التحق بالعمل وعمل سائق متزوج وله اربعه ابناء

| | |
|---|---|
| سكن الأسرة : ملك | |
| الإيجار الشهري: | |
| العنوان الكامل : | Redacted |
| اقرب تلفون : | |

CONFIDENTIAL

Shatsky-JD00741

CONFIDENTIAL

ثالثا : **الجدول الأسري** : * **متزوج** *

1. المتزوج بسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة
2. الأعزب: بسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| مسلسل | الاسم | العلاقة الاجتماعية | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| 1. | تهاني عارف جميل قمبر | زوجه | 1995 Redacted | اعدادي | ربة بيت | ارمله | المكبر |
| 2. | Redacted | ...ين | Redacted | ابتدائي | طالب | اعزب | Redacted |
| 3. | | ابنه | | طفله | | | |
| 4. | | ابنه | | طفله | | | |
| 5. | | ابن | | طفل | | | |

عدد المعالين

–المتزوج الزوجات والأبناء القصر:زوجة

–اللأعزب الوالدين والإخوة القصر :

ملاحظات على الجدول الاسري:.........................................

CONFIDENTIAL

CONFIDENTIAL

Shatsky-JD00743

اسم احالة : فادي احمد حمدان قمبر

.نوعها :شهيد اقصى

توصية القسم :

يرجى اعتماده شهيدا من شهداء القدس حيث انه  اعدم ميدانيا نتيجة اطلاق الرصاص عليه من قبل جنود الاحتلال بحجة دعس جنود

التاريخ .   2017/2/12                                        التوقيع :.

قرار مدير المؤسسة : (القدس.)

اوصي باعتماده من شهداء الاقصى من تاريخ استشهاده  ، الشهيد متزوج  ويعيل اسره تتكون من خمسة معالين . المستفيد عنه ارملته تهاني عارف جميل قمبر رقم هويه (5232  [Redacted] [Redacted]

[Redacted]

صرف علاوة القدس للاسرة حيث ان الشهيد يسكن القدس

التاريخ :   2017/2/12                     التوقيع. ابراهيم فقوسه

حساب المخصص :    ✗ 12-2-2017

| أساسي | زوجة | أولاد | أب | أم | أخوة قصر | المجموع بالشيكل . |
|---|---|---|---|---|---|---|
| [Redacted] | | | | | | |

علاوات أخرى : (300)علاوة القدس لعليه اخصار يا بـ لاسروع يكن

المجموع بالشيكل [Redacted]                        لكل المجموع

ملاحظات الشؤون القانونيه :....................................................

.............................................................................

التاريخ : ................  التوقيع : ...............

ملاحظات الرقابة و التدقيق :

ليبانيتجمبر باعتباره الابن سير ام الابكس وبعباره 1.1.2017

كبهيه يرد و ءيناية لا ستشهاد ذلا يصحه والرقابة ابه يلهب

.التاريخ : 26.3.2017 .التوقع :

اعتماد المدير العام

.....................................................................................

.....................................................................................

[Redacted]

................................. التوقيع :. ج. ميلة.

اعتماد رئيس المؤسسة :

بعمد شريحة  اعتبار منذ 1.1.2017

حسب النظام

.التاريخ : 2017.2.18 .التوقيع :

# Exhibit 76

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 3657          Four-Part Name: Fadi Ahmad Hamdan Qunbar          Type of Document: Palestinian ID
Date of Birth: Redacted /1988          Ministry: Jerusalem          Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5232 | Tahani Urf Jamil Qunbar | Redacted | | Percentage | 100 | 1 | 0 | 4 | No apportionment | |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5232 | Tahani Urf Jamil Qunbar | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00245-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Discontinuation Data:**

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 01/01/2021 | 01/01/2021 | Information completed |
| Last credit | 04/01/2022 | | |

**Stipend Data at Bank:**

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00246-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 05/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 06/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 07/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 08/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 09/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 10/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 11/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 12/1/2020 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 01/1/2021 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 02/1/2021 | Redacted 5232 | Tahani Urf Jamil Qunbar | 2900 |
| 04/1/2021 | Redacted 5232 | Tahani Urf Jamil Qunbar | 5800 |

CONFIDENTIAL

Shatsky-JD00247-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31٠05/2021



| نوع الوثيقة | هوية مقدسية | | الاسم الرباعي | فادي احمد حمدان قنبر | | البطاقة الشخصية | Redacted ٢٠٥٣ |
| الجنس | ذكر | | المـــولد | القدس | | تاريخ الميــلاد | Redacted ١٩٨٨ |

الدرجـــــات

| القسم | الدرجة | السنة | من تاريخ | الى تاريخ |
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
| | | | Redacted | | | | |

بيانـــــات الحقة

| نوع الحـــــالة | من تاريخ | الى تاريخ | نسبة الإعاقة | نوع الإعاقة | نوع القرار |
| شهيد | Redacted | | . | غير محدد | |

بيانـــــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | النسبة/القيمة | القيمة | عدد الزوجات | زوجة ثنية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
| Redacted ٢٠٣٢ | تهاني عرف جميل قنبر | Redacted | | نسبة | ١٠٠ | ١ | . | ٤ | لا يوجد لسمة | |
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
| Redacted ٢٠٣٢ | تهاني عرف جميل قنبر | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00245

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021 تاريخ المراجعة

بيانات الوقف

| سبب الوقف | من تريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| Redacted | | | |
| نهاية الاعتماد | ۰۱/۰۱/۲۰۲۱ | ۰۱/۰۱/۲۰۲۱ | استكمل المعلومات |
| نهاية الاعتماد | ۰۱/۰۴/۲۰۲۲ | | |

بيانات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00246

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٩٠٠ | تهاني عرفه جميل قنبر | ٣٣٢ Redacted | ١/٠٤/٢٠١٠ |
| ٢٩٠٠ | تهاني عرفه جميل قنبر | ٣٣٢ Redacted | ١/٠٥/٢٠١٠ |
| ٢٩٠٠ | تهاني عرفه جميل قنبر | ٣٣٢ Redacted | ١/٠٧/٢٠١٠ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/٠٧/٢٠١٠ |
| ٢٩٠٠ | تهاني عرفه جميل قنبر | ٣٣٢ Redacted | ١/٠٨/٢٠١٠ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/٠٩/٢٠١٠ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/١٠/٢٠١٠ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/١١/٢٠١٠ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/١٢/٢٠١٠ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/٠١/٢٠١١ |
| ٢٩٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/٠٢/٢٠١١ |
| ٥٨٠٠ | تهاني عرف جميل قنبر | ٣٣٢ Redacted | ١/٠٤/٢٠١١ |

CONFIDENTIAL

Shatsky-JD00247

# Exhibit 77

Confidential                                           Shatsky-JD00878-T



In the name of Allah, the Gracious, the Merciful

Palestinian National Authority          [Arabic] Palestinian National Authority
istry of Social Affairs      | P.A. |        Ministry of Social Affairs
M's F. & I. C. E             | emblem |   Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr</u>

**Name**: <u>Fadi Atallah Yousuf Abdel Jaber Amer</u>

**Local number**: <u>14</u>                **Central number**: <u>012801</u>

**Governorate**: <u>Qalqilya</u>

**Date**: <u>4.22.2001</u>

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                             Shatsky-JD00878-T

Confidential                                          Shatsky-JD00879-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: 012801 |
| **The case's name**: Fadi Atallah Yousuf Abdel Jaber Amer | **Code name**: |
| **Nationality**: Palestine    Redacted | **Identification no.**: Redacted 9339 |
| **Beneficiary's full name**: Redacted | **Identification no.**: Redacted |
| **Mother's full name**: Nuhayl Adel Sa'du Al-Ras / the beneficiary | **Mother's Identification no.**: Redacted 1948 |
| **Place and date of birth**: Redacted 1978 Qalqilya | **Place of origin**: Qalqilya |
| **Religion**: Islam | **Sex**: Male    **Marital status**: Single |
| **Previous job**: Student in Al-Quds Open University | **Current job**: --- |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**:<br>   Education: Second year in university | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: Hamas | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 3.28.2001 – Inside the Green Line – Neve Yamin

**Details of the incident**: A martyrdom operation inside Israel

**Brief Biography**:
He was born in Qalqilya and studied there. He studied in Al-Quds Open University and at the same time he worked at a children's toys place and helped his father [illegible] his family.

| | | | |
|---|---|---|---|
| **The family's residence: Owned**: | owned    **Rented**: | **Shared**: | |
| **Monthly rent**: | Redacted | | |
| **Full address**: | | | |
| **Nearest telephone**: | | | |

Confidential                                          Shatsky-JD00879-T

Confidential                                            Shatsky-JD00880-T

**Part 3: Family table:**   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | | | | | | |
| 2 | Nuhayl Adel Sa'du Al-Ras | Mother | Redacted .1956 | 3rd junior high | Housewife | Married | " |
| 3 | Redacted | Brother | Redacted | University student | Student | ~~Single~~ Married | Redacted |
| 4 | | Sister | | B.A. | - | ~~Single~~ | |
| 5 | | Brother | | 10th | Laborer | Single | |
| 6 | | Sister | | 9th | Student | ~~Single~~ | |
| 7 | | Sister | | 8th | Student | ~~Single~~ | |
| 8 | | Brother | | 2nd elementary | Student | Single | |
| 9 | | Sister | | 10th | Housewife | Married | |
| 10 | | Sister | | Child | Child | Child | |
| 11 | | Brother | | Child | Child | Child | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 7

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:**  Both parents + 5

**Notes concerning the family table:**   Redacted

Confidential                                            Shatsky-JD00880-T

Confidential                                          Shatsky-JD00881-T

Qalqilya      Martyr Fadi Atallah Yousuf Abdel Jaber Amer

**Recommendations of the department**:

_____

_____

_____

_____ Date: _____ Signature: [handwritten]

**Decision of the establishment's director**: (          )

_____

_____

_____ Date: _____ Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

He is to be confirmed as a martyr of the Al-Aqsa Martyrs as of 4.1.2001 and paid Redacted
shekels a month.

_____

_____

**Audit's notes:**        **Date**: 4.22.2001        **Signature**: [signature]

_____        _____

_____        _____

_____        _____

**Computerized notes:**    Date:                    Signature:

_____        _____

[cut off] of the family in the bank   Redacted

Confidential                                          Shatsky-JD00881-T

# Original

CONFIDENTIAL
SHATSKY-JD00878



**Palestinian National Authority**

Ministry of Social Affairs

M's F. & I. C. E.

السلطة الوطنية الفلسطينية

شؤون الاجتماعية

رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

بحث اجتماعي

الحالة : ........................

الاسم : ........................

الرقم المحلي : ............ الرقم المركزي : ............

المحافظة : ............

التاريخ : ............

CONFIDENTIAL

SHATSKY-JD00879

## أولا : معلومات ذاتية :

الرقم المركزي : ............... الرقم المحلي : ...................

اسم الحالة : جهاد كي علاء الدين يوسف عبدالباعاش الاسم الحركي : **Redacted**

الجنسية : فلسطيني رقم الهوية : ١٣٣٩

اسم المستفيد رباعي : **Redacted** رقم الهوية : **Redacted**

اسم الأم كامل : ................ ورقم هوية الأم : ٥٨٠٩٦٥ **Redacted**

تاريخ ومكان الميلاد : ١٩٧٨ / قلقيلية البلد الأصلي : قلقيلية

الديانة : الاسلام الجنس : ذكر الحالة الاجتماعية : أعزب

العمل السابق : طالب في جامعة النجاح المعروف العمل الحالي : .................

تاريخ ورقم كتاب الاعتماد : ...............

تاريخ الاعتماد بالمؤسسة : ...............
المؤهل العلمي : ................

## ثانياً : معلومات ادارية :

الرتبة العسكرية : ................ الرتبة التنظيمية : ................

كتاب إعتماد الرتبة : ................ رقم : ............ تاريخ : ...........

المخصص الشهري السابق : ................ رقم المذكرة : ................

التنظيم التابع له : فتح القطاع : ................

تاريخ الالتحاق بالثورة : ................ تنظيما : .......... عسكريا : .......... تفرغا : ........

الدورات التي اجتازها : ................

تاريخ ومكان الحادث : ٦٥٨/٣/١ ٢٠٠٢ اهي كفر بخر دنى نابلس

كيفية حدوث الحادث : كتب عملية استشهادية داخل اسرائيل

## موجز سيرته الذاتية :

.................................................................................

.................................................................................

.................................................................................

سكن الأسرة : ملك : عادات ايجار : .......... مشترك : ..........

الإيجار الشهري : ................

العنوان الكامل : **Redacted**

أقرب تلفون : ................

CONFIDENTIAL

SHATSKY-JD00879

CONFIDENTIAL
SHATSKY-JD00880

ثالثاً : الجدول الأسري :   * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالمستأجر | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | | | | | | |
| ٢ | دهنل عادل عمرو رأس | الأم | ١٩٥٩ م Redacted | كالثانوي | ربة بيت | متزوج | منطقة |
| ٣ | Redacted | الابن | | Redacted | طالب | Redacted | Redacted |
| ٤ | | الابن | | | عكازي تر | | |
| ٥ | | الابن | | | عامر | عادي | |
| ٦ | | الابن | | | جامع | طالب | |
| ٧ | | الابن | | | عامل | ضانه | |
| ٨ | | الابن | | | عبد شافي | طالب | |
| ٩ | | الابن | | | ينصر | زيديين | |
| ١٠ | | الابن | | | صبي | صبي | صبي |
| ١١ | | الابن | | | صبي | صبي | صبي |
| ١٢ | Redacted | | | Redacted | | | Redacted |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : .......

– المتزوج : الزوجات والابناء القصر : ...............

– الاعزب : الوالدين والاخوة القصر : ...............

ملاحظات على الجدول الاسري : ...............

Redacted

CONFIDENTIAL
SHATSKY-JD00880

CONFIDENTIAL
SHATSKY-JD00881

توصية القسم :

التوقيع :   التاريخ :

قرار مدير المؤسسة : (          )

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات التدقيق :

التاريخ   ٢٠٠٨/٤/   التوقيع

ملاحظات الحاسب الآلي :

التاريخ   التوقيع

Redacted

CONFIDENTIAL
SHATSKY-JD00881

# Exhibit 78

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 9339[*]        Four-Part Name: Fadi Atallah Yusuf Amer        Type of Document: Palestinian ID
Date of Birth: Redacted /1978[*]        Ministry: Qalqilya        Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 01/01/2012 [*] | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00073-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment
                                                                                                    Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 11/01/2020 | 01/01/2020[*] | Information completed |
| Last credit | 11/01/2021[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL                                                                        Shatsky-JD00074-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00075-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|



Redacted

CONFIDENTIAL

Shatsky-JD00076-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 05/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 06/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 07/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 08/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 09/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 10/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 11/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 11/1/2020 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 01/1/2021 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 02/1/2021 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 03/1/2021 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |
| 04/1/2021 | Redacted 1948 [*] | Nuhayl Adel Sa'du Amer | 1400 |

CONFIDENTIAL

Shatsky-JD00077-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



البيانات الشخصية
البطاقة الشخصية   Redacted ١٣٣٩
تاريخ الميلاد   Redacted

نوع الوثيقة   هوية فلسطينية
الجنس   ذكر

الإسم الرباعي   فادي علاء يوسف عامر
الوزارة

الدرجات
الرتبة   غير محددة
الفئة   غير محددة
من تاريخ   Redacted
الى تاريخ

الرتبة
اسم الشهداء الجدد

العلاوات والتخصيصات
العمل   من تاريخ   الى تاريخ   القيمة   نسبة أو مبلغ   المرجع   رقم الهوية   اسم المستفيد

Redacted

بيانات الإعانة
نوع الإعانة   شهيد
من تاريخ   Redacted   الى تاريخ   نسبة الإعانة   لوع الإعانة   غير محدد   نوع القرار

بيانات المستفيدين
رقم الهوية   Redacted ١٩٤٨   الأسم   نهيل عابد مسعود عامر   من تاريخ   ٢٠١٢/١/٠١   الى تاريخ   نسبة/القيمة   نسبة   قيمة النسبة   ١٠٠   عدد الزوجات   زوجة ثانية   عدد الأولاد   طبيعة القسمة   لا يوجد قسمة   الرقم المركزي   Redacted
رقم الهوية   Redacted ١٩٤٨   الأسم   نهيل نفاك مسعود عامر   من تاريخ   Redacted   الى تاريخ   الفئة   الفرع   رقم الحساب   الرقم المركزي

Redacted

CONFIDENTIAL

Shatsky-JD00073

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



CONFIDENTIAL

Shatsky-JD00074

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الراتب | الأسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|

Redacted

CONFIDENTIAL

Shatsky-JD00075

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|



Redacted

CONFIDENTIAL

Shatsky-JD00076

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | التشير |
|---|---|---|---|
| | | Redacted | |
| ٦٠٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠٠٤/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠٠٥/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠٠٦/٢٠٢٠ |
| ٦٢٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠٠٧/٢٠٢٠ |
| ١١٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠٠٨/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠٠٩/٢٠٢٠ |
| ١٢٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠١٠/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠١١/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠١٢/٢٠٢٠ |
| ١١٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠١٢/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠١٢/٢٠٢٠ |
| ١٤٠٠ | نهيل عادل سعدو عامر | Redacted ٢٤٨ | ٢٠١٢/٢٠٢٠ |

CONFIDENTIAL

Shatsky-JD00077

# Exhibit 79

Confidential                                                                Shatsky-JD00566-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | P.A. emblem | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case:** <u>Martyr of "Al-Aqsa Intifada"</u>

**Name:** <u>Muhsin Muhammad Omar Al-Qawasmeh</u>

**Local number:** _____          **Central number:** _____

**Governorate:** <u>Hebron</u>

**Date:** <u>3.16.2003</u>

Confidential                                                    Shatsky-JD00566-T

Confidential                                    Shatsky-JD00567-T

**[Cut off]: Personal Information**

| | |
|---|---|
| **Local no.**: | **Central no.**: 014134 |
| **The case's name**: Muhsin Muhammad Omar Al-Qawasmeh | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: <sup>Redacted</sup> 6866 |
| **Beneficiary's full name**: Ismahan Othman Badr Qawasmeh <br> (Wife, father, mother, brother, sister) | **Identification no.**: <sup>Redacted</sup> 2985 |
| **Mother's full name**: Ismahan Othman Badr Qawasmeh | **Mother's Identification no.**: <sup>Redacted</sup> 2985 |
| **Wife's name**: --- | **Wife's Identification no.**: --- |
| **Place and date of birth**: <sup>Redacted</sup> .1981 - Hebron | **Place of origin**: Hebron |
| **Religion**: Muslim | **Sex**: Male  **Marital status**: Single |
| **Previous job**: Bookseller + stationer – Hebron | **Current job**: |
| **Education**: Tawjihi [general secondary examination] | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Islamic Resistance Movement (Hamas) | **Sector**: | | |
| **Date of joining the revolution**: 1997   **Organizationally**: | **Militarily**: | **As a full-time member**: | |

**Training courses undertaken**: Several military courses

**Place and date of the incident**: 3.7.2003 – Kiryat Arba Settlement – Hebron

**Details of the incident**: Armed confrontation inside Kiryat Arba Settlement in the city of Hebron, which cause his martyrdom, as well as the martyrdom of Hazem Fawzi Abd al-Sami' Qawasmeh.

**Brief Biography**: The aforementioned was born in the city of Hebron. He graduated from elementary school, junior high school and high school in Hebron. He then worked as a bookseller and a stationer and later joined the members of the Islamic Resistance Movement (Hamas). He became a martyr on 3.7.2003 during an armed confrontation in Kiryat Arba Settlement.

| **The family's residence**: **Possessed**: House demolished by the occupation forces | **Rented**: | **Shared**: |
|---|---|---|
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

Confidential                                    Shatsky-JD00567-T

Confidential                                           Shatsky-JD00568-T

[Cut off]: Family table:   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.

2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | --- | | | |
| 2 | Ismahan Othman Qawasmeh | Mother | Redacted .1952 | Tawjihi [general secondary examination] | Housewife | Widow | Hebron – Al-Haras |
| 3 | | Brother | | 11th | Detainee | Single | |
| 4 | Redacted | Sister | Redacted | M.A. | Student | Single | Redacted |
| 5 | | Sister | | B.A. | Housewife | Married | |
| 6 | | Brother | | 3rd year university | Driver | Married | |
| 7 | | Brother | | 10th | Construction worker | Married | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

Number of dependents: -2-

If married: the wives and minor children:

If single: the parents and the minor siblings: The mother + one sister student (M.A.)

Notes concerning the family table: Martyr's father died on 5.3.1994

(Death certificate is attached)

Confidential                                           Shatsky-JD00568-T

Confidential                                              Shatsky-JD00569-T

**[Cut off] of the case and his type**: The martyr: Muhsin Muhammad Omar Al-Qawasmeh

**Recommendation of the department:**

1) The aforementioned is single. His mother is alive. He has two student siblings.

2) He was martyred as a result of an armed confrontation in Hebron / Kiryat Arba Settlement.

3) To be confirmed as a martyr of the blessed Al-Aqsa Intifada.

_____ Date: 3.17.2003 Signature: [handwritten]

**Decision of the establishment's director**: (          )

_____

_____

_____

Date:                    Signature:

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

Confirmed as a martyr of the blessed Al-Aqsa Intifada as of 3.1.2003. Will be paid [illegible]

shekels a month. _____

_____

**Audit's notes**:          **Date**: 3.27.2003          **Signature**: [signature]

_____          _____

_____          _____

_____          _____

**Computerized notes**:          Date:                    Signature:

_____          _____

_____          _____

Confidential                                              Shatsky-JD00569-T

# Original

CONFIDENTIAL

Shatsky-JD00566



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بـحـث اجـتـمـاعـي

الحالة : _____ شهيد ( انتفاضة الأقصى )

الأسم : _____ مجـد محـمـد عـر العـراسـمـي

الرقم المركزي : _____ الرقم المحلي : _____

المحافظة : _____ الخليل

التاريخ : _____ ٦١ / ١ / ١١٢٠٠٢

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

Shatsky-JD00566

CONFIDENTIAL
Shatsky-JD00567

## أولاً : معلومات ذاتية :

| | |
|---|---|
| الرقم المركزي : | الرقم المحلي : ١١٤١٢٤ |
| الاسم الحركي : محمد محمد عمر القراسمي | اسم الحالة : |
| رقم الهوية : ١٨٦٦ | الجنسية : فلسطيني — Redacted |
| اسم المستفيد رباعي : جهاد عطا سير قراسمي | رقم الهوية : ٢٩٨٥ Redacted |
| ( الزوجة ، الأب ، الأم ، الأخ ، الأخت ) | |
| اسم الأم كامل : اسماعيل عطا سير قراسمي | رقم هوية الأم : ١٩٨٥ Redacted |
| اسم الزوجة : | رقم هوية الزوجة : |
| تاريخ ومكان الميلاد : ١٩٦١ — جنين | البلد الأصلي : جنين Redacted |
| الديانة : مسلم | الجنس : ذكر | الحالة الاجتماعية : اعزب |
| العمل السابق : بائع لبس + مزارع — جنين | العمل الحالي : |
| المؤهل العلمي : سجين |
| تاريخ ورقم كتاب الاعتماد : |
| تاريخ الاعتماد بالمؤسسة : |

## ثانياً : معلومات ادارية :

| | |
|---|---|
| الرتبة التنظيمية : | الرتبة العسكرية : |
| كتاب إعتماد الرتبة : | رقم : | تاريخ : |
| تطورات المخصص السابق : | الحالي : | التعديلات : |
| التنظيم التابع له : حركة المقاومة الاسلامية (حماس) | القطاع : |
| تاريخ الالتحاق بالثورة : ١٩٩٦ | تنظيما : | عسكريا : | تفرغا : |

الدورات التي اجتازها : عدة دورات عسكرية

تاريخ ومكان الحادث : ٢٠٠٢/١/٢١ مستوطنة كريات ارابيع — جنين

كيفية حدوث الحادث : استشهاد صالح داخل مستوطنة كريات اربع من حركة
جنين ادرب في استشهاره واستشهاد حازم قزي بسبب بيت القراسمي .

## موجز سيرته الذاتية :

المذكور سيرته مواليد مدينة جنين ادرب لمرحلة الابتدائية والادارية والثانوية ودراسته من
مدرسة جنين عن عمر عرض ان يكون مزارع وبصره نشطا وحركته المقاومة الاسلامية
حماس استشهد تاريخ ٢٠٠٢/١/٢١ استشهاد صالح من مستوطنة كريات اربع

| | |
|---|---|
| سكن الاسرة : ملك : ثم جديدا تغزل من جيل تراث لا يجار برمبكلل | مشترك : |
| الإيجار الشهري : |
| العنوان الكامل : | Redacted |
| أقرب تلفون : |

CONFIDENTIAL
Shatsky-JD00567

## نأ : الجدول الأسري :  ٭ متزوج - أعزب

- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | | ـــــ | Redacted | الوالد | Redacted | ١ |
| | | | | Redacted | الوالدة | اسمها عبد اسر | ٢ |
| Redacted | | معتقل | | Redacted | ولد | Redacted | ٣ |
| | | طالبة | | | اراضت | | ٤ |
| | متزوج | ربة بيت | | | اراضه | | ٥ |
| | عذراء | | | | ولد | | ٦ |
| | متزوج | | | | ولد | | ٧ |
| | منزوج | عامل سلا | | | الولد | | ٨ |
| | | | | | | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : ......٣......

- المتزوج : الزوجات والابناء القصر : ...................................

ح الاعزب : الوالدين والاخوة القصر : الوالدة + ١١ أخوة طلابه . ( ماجستير )

ملاحظات على الجدول الاسري : والد السجين متوفي بتاريخ ٢٠ ١٥/١/١٩٩٤

( جرحى سلامة الرفاع )

CONFIDENTIAL

Shatsky-JD00569

الحالة ونوعها : الــــشهيد : مـــــم محمد عمر القواسمو .

وصية القسم :

ا المذكر اعزب ولدته عم قيد الحياة وله اخوسه طلاء .
٢ استشهد نتيجة اشتباك مع في فلسطين تفوله كرامة اربو .
٣ يجب اعتماد وصفيرا اسبشهدا اشتشاسب لاملك .

التاريخ : ٢٠٠٧/٢/٢٨م    التوقيع : عزة ميابلم / ع

قرار مدير المؤسسة : (                    )

ـــــــــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــــــــ

التاريخ :                    التوقيع :

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ـــــــــــــــــــــــــــــــــــــــــــــــ

ـــــــــــــــــــــــــــــــــــــــــــــــ

التوقيع          التاريخ

ملاحظات التدقيق :

التوقيع          التاريخ

ملاحظات الحاسب الآلي :

CONFIDENTIAL

Shatsky-JD00569

# Exhibit 80

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**

ID Card: [Illegible]                    Four-Part Name: Muhsin Muhammad Omar Al-Qawasmeh     Type of Document: Palestinian ID
Date of Birth: [Illegible]              Ministry: Hebron                                     Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted 9851 [*] | Ismahan Othman Badr Al-Qawasmeh | Redacted | | Percentage | 100 | 0 | 0 | 0 | Apportionment of the military rank | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| Redacted 9851 [*] | Ismahan Othman Badr Al-Qawasmeh | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00169-T

Palestinian National Authority     **[Emblem of the Palestinian National Authority]**     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 06/01/2020 | 06/01/2020 | Information completed |
| Last credit | 06/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00170-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00171-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL                                                        Shatsky-JD00172-T

Palestinian National Authority　　[Emblem of the Palestinian National Authority]　　Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| 04/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 05/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 06/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 07/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 08/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 09/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 10/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 11/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 12/1/2020 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 01/1/2021 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 02/1/2021 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 03/1/2021 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |
| 04/1/2021 | Redacted 9851[*] | Ismahan Othman Badr Al-Qawasmeh | 1400 |

CONFIDENTIAL

Shatsky-JD00173-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية سر الشهداء والجرحى

تاريخ الطباعة   31:05/2021



البيانات الشخصية

| | | | |
|---|---|---|---|
| نوع الوظيفة: هوية فلسطينية | الاسم الرباعي: حسين محمد عثر القواسمي | بطاقة الشخصية: Redacted | |
| الخليل | | تاريخ الميلاد: Redacted | |

المؤهلات

| الاسم | الجربة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محدد | Redacted | |

العلاوات والتخصيصات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

بيانات الحقة

| نوع المسبة | من تاريخ | الى تاريخ | نسبة الاعالة | نوع الاعالة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | غير محدد | | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة للنسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة النفسة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ١٨٥١ | مسهان عثمان يدر القواسمة | Redacted | | نسبة | ١٠٠ | | | | Redacted نسبة الرتبة التصارية | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ١٨٥١ | سمهان عثمان بدر القواسمة | Redacted | | | | | |

CONFIDENTIAL

Shalsky-JD00169

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

بيانـــــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعدة |
|---|---|---|---|
| | Redacted | | |
| 'وإدارة الاعداد | ٠١/٠١/٢٠٢٠ | ٠١/٠٦/٢٠٢٠ | ...كاد كل الاعداد مك |
| نهاية الاعداد | ١/٠٦/٢٠٢١ | | |

بيانـــــخت الراتب في البنك

| الشهر | رقم الهوية | الأسم | الرتب |
|---|---|---|---|

Redacted

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00171

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية 'سر الشهداء والجرحى

تاريخ الطباعة   31:05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00172

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الرتب | الإسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | اسمهان علي ابو الاقواسمة | Redacted ٩٨٥٦ | ١/٤٠٤/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٥/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٦/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٧/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٨/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٩/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤١٠/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان ابو الاقواسمة | Redacted ٩٨٥٦ | ١/٤١١/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤١٢/٢٠٢٠ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠١/٢٠٢١ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٢/٢٠٢١ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٣/٢٠٢١ |
| ١٤٠٠ | اسمهان عثمان بدر القواسمة | Redacted ٩٨٥٦ | ١/٤٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00173

# Exhibit 81

Confidential                                                    Shatsky-JD00575-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority        [Arabic] Palestinian National Authority
Ministry of Social Affairs                           Ministry of Social Affairs
M's F. & I. C. E              | P.A. emblem |       Martyrs' Families and Injured Care Establishment

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr of "Al-Aqsa Intifada"</u>

**Name**: <u>Fadi Ziyad Muhammad Al-Fakhoury</u>

**Local number**: _____          **Central number**: _____

**Governorate**: <u>Hebron</u>

**Date**: <u>3.22.2003</u>

---

Ramallah - Tel/Fax: 02-2986268

Confidential                                                    Shatsky-JD00575-T

Confidential                                        Shatsky-JD00576-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 533 | **Central no.**: 014133 |
| **The case's name**: Fadi Ziyad Muhammad Al-Fakhoury | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: [cut off] <sup>Redacted</sup> 0086 |
| **Beneficiary's full name**: Ziyad Muhammad Khalawi Fakhoury <br> (wife, father, mother, brother, sister) | **Identification no.**: [cut off] <sup>Redacted</sup> 1148 |
| **Mother's full name**: Rinal Tal'at Ibrahim Fakhoury | **Mother's Identification no.**: [cut off] <sup>Redacted</sup> 9448 |
| **Wife's name**: --- | **Wife's Identification no.**: --- |
| **Place and date of birth**: <sup>Redacted</sup> 1982 - Hebron | **Place of origin**: Hebron |
| **Religion**: Muslim | **Sex**: Male / **Marital status**: Single |
| **Previous job**: Electrician – Hebron | **Current job**: |
| **Education**: Ninth | |
| **Date and number of confirmation letter**: - | |
| **Date of confirmation in the institution**: - | |

### Part 2: Administrative Information

| | | |
|---|---|---|
| **Military rank**: | **Organizational rank**: | |
| **Rank confirmation letter**: | **No.**: | **Date**: |
| **Developments in previous allowance**: | **Current**: | **Changes**: |
| **Organizational affiliation**: Islamic Resistance Movement (Hamas) | **Sector**: | |
| **Date of joining the revolution**: 2000 / **Organizationally**: | **Militarily**: | **As a full-time member**: |

**Training courses undertaken**: Several military courses

**Place and date of the incident**: 3.7.2003 – Kiryat Arba Settlement – Hebron

**Details of the incident**: Armed confrontation inside Kiryat Arba Settlement, followed by detonation of an explosive belt worn by the martyr. *Istish'hadi* [perpetrator of a martyrdom operation]

**Brief Biography**: The aforementioned was born in the city of Hebron. He graduated from elementary school and junior high school in Hebron. He then worked beside his father in the field of electricity. He was arrested several times and [cut off] as a result of a confrontation inside Kiryat Arba Settlement. *Istish'hadi* [perpetrator of a martyrdom operation].

| | |
|---|---|
| **The family's residence: Possessed**: | **Rented**: **Shared**: |
| **Monthly rent**: | Redacted |
| **Full address**: | |
| **Nearest telephone**: | |

Confidential                                        Shatsky-JD00576-T

Confidential                                          Shatsky-JD00577-T

**Part 3: Family table:   * married - single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ziyad Muhammad Khalawi Fakhoury | Father | Redacted .1951 | Diploma in electricity | Municipality employee | Married | Hebron – [illegible] |
| 2 | | Mother | | Junior high school | Housewife | Married | |
| 3 | | Brother | | 3rd in elementary school | Student | Single | |
| 4 | Redacted | Brother | Redacted | 9th in Junior high school | Student | Single | Redacted |
| 5 | | Sister | | 11th in Junior high school | Student | Single | |
| 6 | | Sister | | Tawjihi [general secondary examination] | Student | Unmarried | |
| 7 | | Sister | | University, 4th year | Student | Unmarried | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents: -6-**

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:** The parents + 4 student siblings in schools an universities.

**Notes concerning the family table:** Martyr's father died on 5.3.1994
(Death certificate is attached)

Confidential                                          Shatsky-JD00577-T

Confidential                                      Shatsky-JD00578-T

**[Cut off]**: Martyr of the "Al-Aqsa Intifada" Fadi Ziyad Muhammad Al-Fakhoury

**[Cut off]**:

1) The aforementioned is single. His parents are alive. He has 6 student siblings in schools and universities.

2) He was martyred as a result of an armed confrontation in Kiryat Arba Settlement. *Istish'hadi* [perpetrator of a martyrdom operation].

3) To be confirmed as a martyr of the blessed Al-Aqsa Intifada.

_____ Date: 3.24.2003 Signature: [handwritten]

**Decision of the establishment's director**: (        )

_____

_____

_____

Date:                Signature:

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

Confirmed as a martyr of the Al-Aqsa Intifada as of 3.1.2003. Will be paid redacted shekels a month.

_____

**Audit's notes**:          **Date**: 3.27.2003      **Signature**: [signature]

_____        _____

_____        _____

_____        _____

**Computerized notes**:      Date:              Signature:

_____        _____

_____        _____

Confidential                                      Shatsky-JD00578-T

# Original

CONFIDENTIAL
Shatsky-JD00575



**Palestinian National Authority**

**Ministry of Social Affairs**

**M's F. & I. C. E.**

السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ــــــــــ سهير ( استشهادية الأم )

الاسم : غادية زياد محمد خاطوري

الرقم المحلي : ................ الرقم المركزي : ................

المحافظة : ........... دكين

التاريخ : ٦٦ / ١ / ٢ / ٣ / ٢٠٠٤

---

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL
Shatsky-JD00575

CONFIDENTIAL

Shatsky-JD00576

<div dir="rtl">

## أولا : معلومات ذاتية :

الرقم المحلي : ٢٥٣           الرقم المركزي : ١٤١٢٢٠٠

اسم الحالة : عادل زياد محمد خاطوري           الاسم الحركي :

**Redacted**

الجنسية : فلسطيني           رقم الهوية : ٨٦٠٠٨٦  D008

**Redacted**

اسم المستفيد رباعي : زياد محمد خلوري خاطوري           رقم الهوية : ١١٤٨

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

**Redacted**

اسم الأم كامل : رسمال لطعته ابراهيم خاطوري           رقم هوية الأم : ٨٤٨٤٩

اسم الزوجة :           رقم هوية الزوجة :

تاريخ ومكان الميلاد : ١٩٨٥ الخليل           البلد الأصلي : الخليل   **Redacted**

الديانة : مسلم           الجنس : ذكر           الحالة الاجتماعية : اعزب

العمل السابق : عامل كهربا           العمل الحالي : طالب

المؤهل العلمي : ثامج

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

## ثانياً : معلومات ادارية :

الرتبة العسكرية :           الرتبة التنظيمية :

كتاب إعتماد الرتبة :           رقم :           تاريخ :

تطورات المخصص السابق :           الحالي :           التعديلات :

التنظيم التابع له : مرية نقابة وكسوسية رحاسي ) القطاع :

تاريخ الالتحاق بالثورة :           تنظيما :           عسكريا :           تفرغا :

الدورات التي اجتازها : عدة دورات تدريبيه

تاريخ ومكان الحادث : ٨/١٢/٢٠٠٢ . مستوطنة كريات اربع -الخليل .

كيفية حدوث الحادث : استشهاد ساحى داخل مستوطنة كريات اربع بقته
انفجر نتيجه حزام ناسف تنظمه به لنفسه" استشهادي "

## موجز سيرته الذاتية :

المذكور عبد المنعم وابن وسنة الخليل - اسه اسرطه والدياته وبلد اولاده صدري اتنه
ثم التحق بعدها للعمل بالبناء والدهان بحال الكهربا و ... اعتقل عدة مرات ف
نتيجه استشهاده داخل مستوطنة كريات اربع بااستشهاري الا .

سكن الاسرة : ملك :           إيجار :           مشترك :

الإيجار الشهري :           **Redacted**

العنوان الكامل :

أقرب تلفون :

</div>

CONFIDENTIAL

Shatsky-JD00576

CONFIDENTIAL

Shatsky-JD00577

ثالثاً :،الجدول الأسري :   ★ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| سلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | زيار محمد علو ب ياضوري الوالد | الوالد | Redacted | دبلوم تجاري | موظف بلدية | متزوج | الحلفي ردار ابوالعلا |
| ٢ | Redacted | الوالدة | Redacted | اعدادي | ربة بيت | متزوجة | |
| ٣ | | الابن | | تاسع | طالب | اعزب | |
| ٤ | | اخ | | عاشر | طالب | اعزب | |
| ٥ | | اخ | | | طالبة | عزبا | |
| ٦ | | اخت | | | طالبة | ٦ سنه | |
| ٧ | | اخت | | | طالبة | ٤ سنه | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين :

- المتزوج : الزوجات والابناء القصر :

- الاعزب : الوالدين والاخوة القصر : الوالدبم

ملاحظات على الجدول الاسري :

CONFIDENTIAL

Shatsky-JD00577

CONFIDENTIAL

Shatsky-JD00578

يعها : سيد (انقضت الأمحي) فارس زياد محمد فاخوري ـ

اسم :

المذكور أحرز والدام ي حتى يحياة رلغ ي أخوؤ طلاب مدارس وجامعات
المذكور استشهد نتيجة استشهاد ي سلح من سلطة كرية أربع استشهاري ،
يرجى اعتباره سيداً من سيدنا انقضت الأمحة المباركة .

التاريخ : ........................ التوقيع : .......................

## قرار مدير المؤسسة : (                    )

_____

_____

_____

التاريخ : ........................   التوقيع : ........................

## حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

علاوات أخرى : ........................

المجموع بالدينار : ........................

المجموع بالشيكل : ........................

## اعتماد المدير العام :

[Redacted]

## ملاحظات التدقيق :

التاريخ ........................   التوقيع

## ملاحظات الحاسب الآلي :

التاريخ ........................   التوقيع

CONFIDENTIAL

Shatsky-JD00578

# Exhibit 82

Palestinian National Authority            [Emblem of the Palestinian National Authority]            Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**

ID Card: Redacted 0086[*]        Four-Part Name: Fadi Ziyad Muhammad Al-Fakhoury        Type of Document: Palestinian ID

Date of Birth: Redacted /1982[*]   Ministry: Hebron                                        Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|-----------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|-----------|----------|-------|---------------------|-----------|--------|------------------|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|-----------|----------|----------------------|-----------------|---------------|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|-----------|----------|-------------------|-----------|-----------------|----------|-------------------|------------------------|-------------|
| Redacted | | | | | | | | | | |
| Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|-----------|----------|------|--------|-------------|-------------|
| Redacted | | | | | | | |
| Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | Redacted | | | | Redacted | |

CONFIDENTIAL                                                                                Shatsky-JD00174-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| Last credit | 09/01/2021[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL                                                          Shatsky-JD00175-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00176-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00177-T

Palestinian National Authority   [Emblem of the Palestinian National Authority]   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 05/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 06/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 07/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 08/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 09/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 10/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 11/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 12/1/2020 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 01/1/2021 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 02/1/2021 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 03/1/2021 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |
| 04/1/2021 | Redacted 1148 [*] | Ziyad Muhammad Khalawi Fakhoury | 1400 |

CONFIDENTIAL

Shatsky-JD00178-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



CONFIDENTIAL

Shatsky-JD00174

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة : 31/05/2021

| منبت الوض | من تاريخ | الى تاريخ | سبب الاعمدة | بيانات التوقف |
|---|---|---|---|---|
| Redacted | | | | |
| زهادة الاعتمد | ٢٠٢٠/٩/٢٠ | ٢٠٢٠/٩/٢٠ | استكمال المعلومات | نهاية الاعتماد |
| نهاية الاعتماد | ٢٠٢٠/٢/٩/٢٠ | | | |

| الشهر | رقم الهوية | الاسم | | الراتب |
|---|---|---|---|---|
| Redacted | | | | |

Shatsky-JD00175

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الرقم | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00176

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهـ |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00177

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة : 31/05/2021

| الراتب | الاسم | رقم الهوية | رقم |
|---|---|---|---|
| | | Redacted | |
| ٢٢٠٠ | زياد محمد خلوي قنقوري | Redacted ١٢٥٨ | ١/٠٤٢٢٠٢٠ |
| ٢٤٠٠ | زيد محمد خلوي قنقوري | Redacted ١٢٥٨ | ١/٠٤٢٢٠٢٠ |
| ٢٤٠٠ | زيد محمد خلوي قنقوري | Redacted ١٢٤٨ | ١/٠٩٢٠٢٠ |
| ٢٤٠٠ | زيد محمد خلوي فانقوري | Redacted ١٢٤٨ | ٢/٠٧٢٠٢٠ |
| ٢٤٠٠ | زياد محمد خلوي فانقوري | Redacted ١٢٤٨ | ٢/٠٨٢٢٠٢٠ |
| ٢٤٠٠ | زياد محمد خلوي قانقوري | Redacted ١١٤٨ | ١/٠٩٢٠٢٠ |
| ٢٤٠٠ | زياد محمد خلوي فنقوري | Redacted ١١٤٨ | ٩٢٠٢٠ |
| ٢٤٠٠ | زياد محمد خلوي قانقوري | Redacted ١١٤٨ | ١/١٠٢٠٢٠ |
| ٢٤٠٠ | زيد محمد خلوي فانقوري | Redacted ١١٤٨ | ١/٢٣٢٠٢٠ |
| ٢٤٠٠ | زياد محمد خلوي قانقوري | Redacted ١١٤٨ | ١/٠١٢٠٢٩ |
| ٢٤٠٠ | زيد محمد خلوي قانقوري | Redacted ١١٤٨ | ١/٢٢٢٠٢١ |
| ٢٤٠٠ | زيد محمد خلوي قانقوري | Redacted ١١٤٨ | ١/٠٣٢٠٢١ |
| ٢٤٠٠ | زيد محمد خلوي قانقوري | Redacted ١١٤٨ | ١/٠٤٢٠٢٩ |

CONFIDENTIAL

Shatsky-JD00178