# Exhibit 84

Confidential                                                          Shatsky-JD00707-T

In the name of Allah, the Gracious, the Merciful

[English] Palestine Liberation Organization          [Arabic] Palestine Liberation Organization

M's F. & I. C. E          | PLO emblem |          Martyrs' Families and Injured Care Establishment

# Social Report          To be paid[*]

**Case**: Al-Aqsa Martyrs

**Name**: Ghassan Muhammad Ali Abu Jamil

**Local number**:                          **Central number**:

**Governorate**: Jerusalem

**Date**: 1.20.2015

Confidential                                                    Shatsky-JD00708-T

**Part 3: Family table:** * married*

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Nadia Salama Mussa Abu Jamil | Wife | Redacted 1982 | Tawjihi [general secondary examination] | Housewife | Widow | Jabl Al-Mukabbar |
| 2 | Redacted | Son | Redacted | 1st | Student | Single | Redacted |
| 3 | | Daughter | | Kindergarten | Student | Single | |
| 4 | | Son | | Child | Child | Single | |

| Number of dependents: (4) |
|---|
| **If married: the wives and minor children:** Wife + 3 minor children |
| **If single: the parents and the minor siblings:** |
| **Notes concerning the family table:** The family is comprised of the martyr's widow and children, two males and one daughter, all of whom are minors. |

Confidential                                                    Shatsky-JD00708-T

Confidential                                                                          Shatsky-JD00709-T

**Recommendations of the department:**

The case should be confirmed as a martyr of the Al-Aqsa Intifada, as he became martyred when he was fired at by soldiers of the occupation during his and his cousin Uday's raid of a religious center in West Jerusalem, where clashes occurred between the two martyrs and the occupation army, which immediately caused their martyrdom and the deaths of five of the inhabitants of the center.

Date: 1.20.2015    Signature: [handwritten] Amuna Hijazi

**Decision of the establishment's director:** (Jerusalem)

I recommend that he be confirmed as a martyr of the Al-Aqsa martyrs as of the date of his martyrdom. The beneficiary for the martyr is his widow, Nadia Musa Hijazi Abu Jamil, ID number ([Redacted]7919) and account number at [Redacted] [Redacted]

Date: 1.20.2015    Signature: Ibrahim Faqusa

[handwritten signature]   1.2.2015

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Jerusalem Increment | Total in Shekels |
|-------|------|----------|--------|--------|---------------------|------------------|
| 1400  | 400  | 600      |        |        | 300                 | 2700 Shekels     |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

He is confirmed as a martyr of the Al-Aqsa Intifada as of 12.1.2014 and will receive a martyr payment of 2700 Shekels a month, in addition to the President's honorary payment of 6000 shekels which will be added once to the first allowance.

Date: 2.1.2015    Signature: [handwritten]

**Audit's notes:**          **Date:** 2.1.2015          **Signature:**
                                                         [handwritten signature]

In agreement with the above recommendation

[handwritten signature]_____

**Computerized notes:**       Date:  2.17.2015      Signature:

_____      _____

_____      _____

Confidential                                                                          Shatsky-JD00709-T

Confidential                                    Shatsky-JD02066-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Ghassan Muhammad Ali Abu Jamil | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 6578 |
| **Beneficiary's full name**: Nadiya Musa Hijazi Abu Jamil (wife, father, mother, brother, sister) | **Identification no.**: Redacted 7919 |
| **Mother's full name**: Zakiya Musa Hijazi Abu Jamil | **Mother's Identification no.**: Redacted 3348 |
| **Wife's name**: Nadiya Musa Hijazi Abu Jamil | **Wife's Identification no.**: Redacted 7919 |
| **Place and date of birth**: Redacted 1982 / Jabl al-Mukabir | **Place of origin**: Jabl al-Mukabir |
| **Religion**: Muslim | **Sex**: Male | **Marital status**: Married |
| **Previous job**: Laborer | **Current job**: |
| **Education**: Ninth | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: Warrior | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**:   ? ? | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 11.18.2014 Dir Yassin

**Details of the incident**: During an attack of the martyr and his cousin, Uday Abu Jamal, against the Har Nof Religious Center in Jerusalem, in the area of Dir Yasin, a confrontation occurred between the martyr and the center's guards. He was martyred on the spot following a fight in which more than five Israelis were killed in the center.

**Brief Biography**: The martyr was born in Jerusalem / Jabl al-Mukabir on Redacted .1982. He left school when he was in junior high school and began working. Married, has three children.

| | |
|---|---|
| **The family's residence**: Owned | |
| **Monthly rent**: | |
| **Full address**: | Redacted | |
| **Nearest telephone**: | | |

Confidential                                    Shatsky-JD02066-T

# Original

CONFIDENTIAL

Shatsky-JD00707

بســم اللــه الرحمــن الرحيــم

| |  | |
|---|---|---|
| PALESTINIAN LIBERATION ORGANIZATION | | منظمة التحرير الفلسطينية |
| M's F . & I . C . E . | | مؤسسة رعاية أسر الشهداء و الجرحى |

# بحث اجتماعي

الحالة : شهداء الاقصى

الاســم :      غسان محمد علي أبوجميل

الرقم المحلي :                          الرقم المركزي:

المحافظة :      القدس

التاريخ :      2015\1\20

---

CONFIDENTIAL

Shatsky-JD00707

CONFIDENTIAL
Shatsky-JD00708

ثالثا : الجدول الأسري : * متزوج *

1. المتزوج يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة
2. الأعزب : يسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة الاجتماعية | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| جبل المكبر | أرمله | ربة بيت | توجيهي | 1982 Redacted | زوجة | نادية سلامة موسى أبو جميل | 1. |
| Redacted | أعزب | طالب | أولى | Redacted | ابن | Redacted | 2. |
|  | عزباء | طالبة | روضة |  | بنت |  | 3. |
|  | أعزب | فضل | طفل |  | ابن |  | 4. |

عدد المعالين :    ( 4 )

–المتزوج الزوجات والأبناء القصر :زوجة +3 ابناء في سن الرعاية

–للأعزب الوالدين والإخوة القصر :

ملاحظات على الجدول الاسري:.تتكون الاسرة من ارملة الشهيد وابناء اثنان ذكور وبنت واحدة وجميعهم قصر .

CONFIDENTIAL
Shatsky-JD00708

CONFIDENTIAL

**توصية القسم :**

يرجى اعتماد الحالة شهيدا من شهداء الاقصى حيث انه استشهد جراء اطلاق النار عليه من قبل جنود الاحتلال
اثناء اقتحامه وابن عمه عدي مركز ديني في القدس الغربية حيث حدثت اشتباكات بين الشهيدين وجيش الاحتلال
مما ادى الى استشهادهم على الفور ومقتل اكثر من خمسة من نزلاء المركز .

التاريخ : 2015\1\20                                            النوع : - أمونة حجازي

**قرار مدير المؤسسة : (القدس.)**

اوصي باعتماده شهيدا من شهداء الاقصى من تاريخ استشهاده ، المستفيد عن الشهيد ارملته نادية موسى
حجازي أبوجميل رقم هويه (7919 Redacted )ورقم حساب لدى Redacted

Redacted

التاريخ : 2015/1/20                                            التوقيع. ابراهيم فقوسه

21-1-2015

**حساب المخصص :**

| أساسي | زوجة | أولاد | أب | أم | علاوة القدس | المجموع بالشيكل |
|-------|------|-------|----|----|-------------|-----------------|
| 1400 | 400 | 600 | | | 300 | 2700 شيكل |

علاوات أخرى : ................................................................

المجموع بالدينار : ..........................................................

المجموع بالشيكل : ..........................................................

**اعتماد المدير العام :**

لمحمد ........ انمد قسم الباب مس 2014/12/1 يخصص

............ د.م.م ........ ارصد نبك بر لسو اسبك بلغ ....... مبلغ ٢

ا.د.ب.خص العدادة هبة انكار؟

**ملاحظات التدقيق :**                              التاريخ 1/10/ 5 ح   التوقيع ٥٥
يتم الموافقة على الترصيد 2014م

**ملاحظات الحاسب الآلي :**    ١٧/٤/٥ ٢٠ ح   التاريخ                النوقيع

CONFIDENTIAL

CONFIDENTIAL
SHATSKY-JD02066

أولاً : معلومات ذاتية :

| | |
|---|---|
| الرقم المهني : | |
| الرقم المركزي : | |
| اسم الحالة : | غسان محمد علي أبو جمل |
| الاسم الحركي : | |
| الجنسية : | فلسطينيه |
| رقم الهوية : | 6578 Redacted |
| اسم المستفيد ( رباعي ) : | نادية موسى حجازي أبوجبل |
| رقم هوية : | 7919 Redacted |

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

| | |
|---|---|
| اسم الأم كامل : | زكية موسى حجازي أبوجمل |
| رقم هوية الأم : | 3348 Redacted |
| اسم الزوجة : | نادية سلامة موسى أبو جمل |
| رقم هوية الزوجة : | 7919 Redacted |
| تاريخ ومكان الميلاد : | 1982 Redacted / جبل المكبر |
| البلد الأصلي : | جبل المكبر |
| الديانة : | مسلم |
| الجنس : | ذكر |
| الحالة الاجتماعية | متزوج |
| العمل السابق : | عامل |
| العمل الحالي : | |
| المؤهل العلمي : | تاسع |
| تاريخ ورقم كتاب الاعتماد : | |
| تاريخ الاعتماد بالمؤسسة : | |

ثانيا : معلومات إدارية :

| | |
|---|---|
| الرتبة العسكرية : | مناضل |
| الرتبة التنظيمية : | |
| كتاب اعتماد الرتبة : | رقم : | تاريخ : |
| تطورات المخصص السابق : | |
| الحالي : | التعديلات |
| التنظيم التابع له : | ؟؟ | القطاع : | تفرغا : |
| تاريخ الالتحاق بالثورة : | تنظيميا : | عسكريا : | |
| الدورات التي اجتازها : | |
| تاريخ ومكان الحادث : | 2014/11/18م دير ياسين |

كيفية حدوث الحادث : أثناء هجوم الشهيد وابن عمه عدي ابو جمل على مركز ديني (هارنوف )في القدس منطقة دير ياسين حدثت مواجهه بين الشهيد وحراس المركز ،استشهد على الفور بعد الاشتباك حيث قتل من الاسرائليين اكثر من خمسة من المتواجدين بالمركز .

موجز سيرتة الذاتية : الشهيد من مواليد القدس / جبل المكبر بتاريخ 1982 Redacted م درس الى المرحلة الاعدادية ثم ترك الدراسة والتحق بالعمل ، متزوج وله ثلاثة ابناء

| | |
|---|---|
| سكن الأسرة : | ملك |
| الإيجار الشهري : | |
| العنوان الكامل : | |
| اقرب تلفون : | |

Redacted

CONFIDENTIAL
SHATSKY-JD02066

# Exhibit 85

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: <sup>Redacted</sup>6578          Four-Part Name: Ghassan Muhammad Ali Abu Jamal          Type of Document: Palestinian ID
Date of Birth:                            Ministry: Jerusalem                                       Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|------------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|-----------|----------|-------|---------------------|-----------|--------|------------------|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|-----------|----------|----------------------|-----------------|---------------|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|-----------|----------|-------------------|-----------|-----------------|---------|--------------------|------------------------|-------------|
| Redacted7919 | Nadia Salama Mussa Abu Jamal | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|-----------|----------|------|--------|-------------|-------------|
| Redacted7919 | Nadia Salama Mussa Abu Jam[cut off] | Redacted | | Redacted | | | |

CONFIDENTIAL                                                                                      Shatsky-JD00233-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 01/01/2021 | 01/01/2021 | Information completed |
| Last credit | 12/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00234-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00235-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |
| 04/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 05/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 06/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 07/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 08/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 09/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 10/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 11/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 12/1/2020 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 01/1/2021 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 02/1/2021 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 03/1/2021 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |
| 04/1/2021 | Redacted 7919 | Nadia Salama Mussa Abu Jamal | 2700 |

CONFIDENTIAL

Shatsky-JD00236-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| | البيانات الشخصية | |
|---|---|---|
| نوع الوظيفة | هوية مقدسية | الاسم الرباعي: حسان محمد علي ابو جمل | البطاقة الشخصية  ٥٧٧٨  Redacted |
| الجنس: ذكر | القدس | الوزارة | تاريخ الميلاد |

| | | | | | | المدرجـــــات | |
|---|---|---|---|---|---|---|---|
| | الى تاريخ | من تاريخ | الفئة | الدرجة | السلم | | |
| | | Redacted | غير محدد | غير محدد | سنر اسر الشهداء الجديد | | |

العلاوات والتعصبات

| اسم لمستفيد | رقم الهوية | المرجع | نسبة او مبلغ | القيمة | الى تاريخ | من تاريخ | الرمز |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانـــــات اخرى

| | نوع القرار | نوع الاعاقة | نسبة الاعاقة | الى تاريخ | من تاريخ | نوع الحـــالة | |
|---|---|---|---|---|---|---|---|
| | | غير محدد | . | | Redacted | شهيد | |

بيانـــــات المستفيدين

| الرقم المركزي | طبيعة القسمة | عدد الازواج | زوجة ثنية | عدد الاولاد | قيمة النسبة | نسبةالقيمة | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | لا يوجد قسمة | ٣ | . | ١ | ١٠٠ | نسبة | | Redacted | تكية سلامة موسى ابو جمل | ٧٩١٩ Redacted |

| الرقم المركزي | رقم الحساب | الفرع | البنك | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | تكية سلامة موسى ابر جمل | ٧٩١٩ Redacted |

CONFIDENTIAL

Shatsky-JD00233

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



بيانـــــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | | Redacted | |
| نهاية الاعتمد | ٠٢/٠١/٢٠٢١ | ٠١/٠١/٢٠٢١ | استكمال المعلومت |
| نهاية الاعتمد | ٠٢/١٢/٢٠٢١ | | |

بيانـــــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00234

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021

| الشهر | رقم الهوية | الاسم | الرتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00235

Palestinian National Authority



انـــلطة الوطنية الفلــطـية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/٤/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/٥/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/٦/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/٧/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/٨/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/٩/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/١٠/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢٠/١١/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢١/١٢/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢١/٢/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢١/٣/٠١ |
| ٢٧٠٠ | ندية سلامة موسى ابو جمل | Redacted ٧٩١١ | ٢٠٢١/٤/٠١ |

CONFIDENTIAL

Shatsky-JD00236

# Exhibit 86

Confidential                                                    Shatsky-JD00699-T

In the name of Allah, the Gracious, the Merciful

[English] Palestine Liberation Organization

| PLO emblem |

[Arabic] Palestine Liberation Organization

M's F. & I. C. E                                    Martyrs' Families and Injured Care Establishment

---

## Social Report          To be paid[*]

**Case:**

**Name:** Uday Abd Ali Mussa Abu Jamal

**Local number:**                          **Central number:**

**Governorate:** Jerusalem

**Date:** 12.16.2014

---

Ramallah - Tel/Fax: 02-2986268

Jerusalem – Tel/fax: 02-2798433

Confidential                                            Shatsky-JD00699-T

Confidential                                        Shatsky-JD00700-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Uday Abd Ali Mussa Abu Jamal | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: <sup>Redacted</sup> 1005 |
| **Beneficiary's full name**: Fatma Hussein Mussa Abu Jamal <br> (Wife, father, mother, brother, sister) | **Identification no.**: <sup>Redacted</sup> 4072 |
| **Mother's full name**: Fatma Hussein Mussa Abu Jamal | **Mother's Identification no.**: <sup>Redacted</sup> 4072 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: <sup>Redacted</sup>.1992 Jabl Al-Mukabbar | **Place of origin**: Jerusalem |
| **Religion**: Muslim | **Sex**: Male     **Marital status**:  Single |
| **Previous job**: Laborer | **Current job**: |
| **Education**: Tawjihi [general secondary examination] | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: Combatant | **Organizational rank**: | | |
| **Rank confirmation letter**: | No. | | **Date**: |
| **Developments in previous allowance**: | **Current**: 1000 Shekels | | **Changes**: 2009 |
| **Organizational affiliation**: | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

| |
|---|
| **Place and date of the incident**: 11.18.2014 Jerusalem / Deir Yassin |
| **Details of the incident**: During the martyr's attack against a religious center (Har Nof) in Jerusalem, in the Deir Yassin area, he battled the center's guards. He was martyred immediately after the battle, having killed more than five Israelis in the center. |
| **Brief Biography**: The martyr was born in the Jerusalem neighborhood of Al-Mukabbar in 1992. He studied in the neighborhood until high school, and then went to work. |
| **The family's residence**:        Possessed |
| **Monthly rent**: |

| | |
|---|---|
| **Full address**: | Redacted |
| **Nearest telephone**: | |

Confidential                                        Shatsky-JD00700-T

Confidential                                    Shatsky-JD00701-T

**Part 3: Family table:**   * Single *

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Elementary school | Laborer | Married | Redacted |
| 2 | Fatma Hussein Musa Abu Jamal | Mother | Redacted .1960 | Tawjihi [general secondary examination] | Housewife | Married | Al-Mukabbar |
| 3 | Redacted | Sister | Redacted | Tawjihi | Teacher | Single | Redacted |
| 4 | | Sister | | Tawjihi | Housewife | Married | |
| 5 | | Sister | | Tawjihi | Housewife | Married | |
| 6 | | Brother | | Junior high school | Laborer | Single | |
| 7 | | Brother | | Tawjihi | Laborer | Single | |
| 8 | | Brother | | Junior high school | Student | Single | |
| **Number of dependents:** | | | | | | | |
| **If married: the wives and minor children:** Wife | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                    Shatsky-JD00701-T

Confidential                                                    Shatsky-JD00702-T

**Recommendation of the Department:**
The martyr should be confirmed as a martyr of the Al-Aqsa Intifada, as he was martyred during a confrontation with the occupation police in the area of Deir Yassin. The occupation army kept the martyr's body and has not returned it to his family.


Date:                                                    Signature:


**Decision of the establishment's director**: (   Jerusalem     )
I recommend that the case will be confirmed as an Al-Aqsa Martyr as of the date of his martyrdom. The beneficiary for the martyr is his mother, Fatma Hussein Musa Abu Jamal, I.D. number ^Redacted 4072 and the account number at redacted
In addition to the President's honorary payment that will be paid to the martyr with his allowance.
Date 12.17.2014                          Signature: Ibrahim Faqusa
**Calculation of the allowance:**                12.17.2014 [handwritten signature]

| Basic | Wife | Children | Father | Mother | Jerusalem Increment | Total in Shekels |
|-------|------|----------|--------|--------|---------------------|------------------|
| 1400  |      |          |        |        | 300                 | 1700 Shekels     |

Other increments: _____
Total in dinars: _____
Total in shekels: _____

**Confirmation of the director general:**
He is confirmed as a martyr of the Al-Aqsa Intifada as of 12.1.2014 and will receive a martyr payment of 1700 Shekels a month according to the regulations, in addition to the President's honorary payment of 6000 shekels which will be added once to the first allowance.

**Audit's notes**:            **Date**: 1.5.2015      **Signature** [handwritten signature]
Confirmed as a shahid according to the regulations.
[handwritten signature]

**Computerized notes:**       **Date**:  1.27.2015      **Signature:**

_____
_____


Confidential                                                    Shatsky-JD00702-T

Original

CONFIDENTIAL
Shatsky-JD00699

بسم الله الرحمن الرحيم



PALESTINIAN LIBERATION ORGANIZATION

M's F . & I . C . E .

منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء و الجرحى

# بحث اجتماعي

الحالة :

| | |
|---|---|
| الاسم : | عدي عبد علي موسى ابو جمل |
| الرقم المحلي : | الرقم المركزي: |
| المحافظة : | القدس |
| التاريخ : | 2014/12/16 |

CONFIDENTIAL
Shatsky-JD00699

CONFIDENTIAL
Shatsky-JD00700

أولا : معلومات ذاتية :

| | | |
|---|---|---|
| الرقم المحلي : | | الرقم المركزي : |
| اسم الحالة : عدي عبد علي موسى ابو جمل . | | الاسم الحركي : |
| الجنسية : فلسطيني | | رقم الهوية : Redacted 1005 |
| اسم المستفيد ( رباعي ) : فاطمه حسين موسى ابو جمل | | رقم الهوية : Redacted 4072 |

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

| | | |
|---|---|---|
| اسم الأم كامل : فاطمه حسين موسى ابو جمل | | رقم هوية الأم : Redacted 4072 |
| اسم الزوجة : | | رقم هوية الزوجة : |
| تاريخ ومكان الميلاد : Redacted,1992 حل المكبر | | البلد الأصلي : القدس |
| الديانة : مسلم | الجنس : ذكر | الحالة الاجتماعية اعزب |
| العمل السابق : عامل | | العمل الحالي : |
| المؤهل العلمي : توجيهي | | |
| تاريخ ورقم كتاب الاعتماد : | | |
| تاريخ الاعتماد بالمؤسسة : | | |

ثانيا : معلومات إدارية :

| | | |
|---|---|---|
| الرتبة العسكرية : مناضل | | الرتبة التنظيمية : |
| كتاب اعتماد الرتبة : | رقم : | تاريخ : |
| تطورات المخصص السابق : | الحالي : | التعديلات |
| التنظيم التابع له : | | القطاع : |
| تاريخ الالتحاق بالثورة : | تنظيميا : | عسكريا : تفرغا : |
| الدورات التي اجتازها : | | |
| تاريخ ومكان الحادث : 2014/11/18 القدس / دير ياسين | | |

كيفية حدوث الحادث : اثناء هجوم الشهيد على مركز ديني ( هارنوف )في القدس منطقة دير ياسين حدثت مواجهه بين الشهيد وحراس المركز ،استشهد على الفور بعد الاشتباك حيث قتل من الاسرائلين اكثر من خمسة من المتواجدين بالمركز .

موجز سيرة الذاتية : ولد الشهيد في القدس /المكبر عام 1992 وترعرع في البلده ثم درس في مدارس البلده حتى الثانويه ثم التحق بالعمل

| | |
|---|---|
| سكن الأسرة : ملك | |
| الإيجار الشهري : | |
| العنوان الكامل : Redacted Redacted | |
| اقرب تلفون : | |

CONFIDENTIAL
Shatsky-JD00700

CONFIDENTIAL
Shatsky-JD00701

ثالثا : الجدول الأسري : * أعزب *

1. المتزوج يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والإخوة
2. الأعزب: يسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة الاجتماعية | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | عامل | ابتدائي | Redacted | والد | Redacted | 1. |
| المكبر | متزوجه | ربة بيت | توجيهي | 1960 Redacted | الوالده | فاطمه عبد حسين ابو جمل | 2. |
| Redacted | عزباء | معلمه | جامعه | Redacted | اخت | Redacted | 3. |
| | متزوجه | ربة بيت | توجيهي | | اخت | | 4. |
| | متزوجه | ربة بيت | توجيهي | | اخت | | 5. |
| | اعزب | عامل | اعدادي | | اخ | | 6. |
| | اعزب | عامل | توجيهي | | اخ | | 7. |
| | اعزب | طالب | اعدادي | | اخ | | 8. |

عدد المعالين:

- المتزوج الزوجات والأبناء القصر :زوجة

- اللأعزب الوالدين والإخوة القصر :

ملاحظات على الجدول الاسري :.................................................

CONFIDENTIAL

Shatsky-JD00702

توصية القسم :

يرجى اعتماد الشهيد من شهداء الاقصى حيث انه استشهد اثناء المواجهة مع شرطة الاحتلال في منطقة دير
ياسين وقد تحفظ جيش الاحتلال على جثة الشهيد ولم يسلمها الى اهله .

التاريخ : ....                                                                     التوقيع :.

قرار مدير المؤسسة : (القدس.)

اوصي باعتماده شهيد من شهداء الاقصى من تاريخ استشهاده ،المستفيد عن الشهيد والدته فاطمه حسين موسى
ابو جمل رقم هويه (4072 Redacted )ورقم حساب لدى Redacted

كذلك صرف مكرمة الرئيس الى الشهيد على المخصص .

التاريخ :  2014/12/17                              التوقيع. ابراهيم فقوسه
                                                              17-12-2014

حساب المخصص :

| المجموع بالشيكل | علاوة القدس | أم | أب | أولاد | زوجة | أساسي |
|---|---|---|---|---|---|---|
| 1700 شيكل | 300 ......... | ......... | ......... | ......... | ......... | 1400 |

علاوات أخرى : ..........................................................
المجموع بالدينار : .......................................................
المجموع بالشيكل : .......................................................

اعتماد المدير العام :
......................................................................
......................................................................
......................................................................

ملاحظات التدقيق :         التاريخ 2015/11/5   التوقيع
......................................................................
......................................................................

ملاحظات الحاسب الآلي :   التاريخ 7/1/15      التوقيع
......................................................................
......................................................................

CONFIDENTIAL

Shatsky-JD00702

# Exhibit 87

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 3171[*]
Date of Birth:

Four-Part Name: Uday Abd Ali Mussa Abu Jamal
Ministry: Jerusalem

Type of Document: Palestinian ID
Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 4072 | Fatma Hussein Mussa Abu Jamal | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 4072 | Fatma Hussein Mussa Abu Jam[cut off] | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00229-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 01/01/2021 | 01/01/2021 | Information completed |
| Last credit | 12/01/2021 | | |
| | | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00230-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
|       |        | Redacted |     |

CONFIDENTIAL

Shatsky-JD00231-T

Palestinian National Authority      [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |
| 04/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 05/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 06/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 07/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 08/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 09/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 10/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 11/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 12/1/2020 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 01/1/2021 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 02/1/2021 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 03/1/2021 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |
| 04/1/2021 | Redacted 4072 | Fatma Hussein Mussa Abu Jamal | 1700 |

CONFIDENTIAL

Shatsky-JD00232-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة: 31/05/2021

| | البيانات الشخصية | | |
|---|---|---|---|
| نوع الوظيفة | هوية مقدسية | الاسم الرباعي | عدي عبد علي موسى ابو جمل | البطاقة الشخصية | Redacted ٩٠٠٠٠ |
| الجنس | ذكر | الوزارة | للقدس | تاريخ الميلاد | |

**المخرجـــــات**

| السلم | الدرجة | الملف | من تاريخ | الى تاريخ | |
|---|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | | |

**العلاوات والتخصيصات**

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

**بيانات الحقة**

| نوع الحـــــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار | |
|---|---|---|---|---|---|---|
| شهيد | Redacted | | ٠ | غير محدد | | |

**بيانــــات المستفيدين**

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبةالقيمة | قيمة النسبة | عدد فزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٠٠٧٣ | فاطمة حسين موسى ابو جمل | Redacted | | نسبة | ١٠٠ | ٠ | ٠ | ٠ | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٠٠٧٣ فاطمة حسين موسى ابو جمل | | Redacted=1 | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00229

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



بيانـــــــــت الوقف

| سبب الايقاف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | Redacted | | |
| نهاية الاعتقال | ٢٠٢٠/٢/١٠ | ٢٠٢١/٢/١٠ | استكمال المعلومات |
| نهاية الاعتقال | ٢٠٢٠/٢/١١ | | |

بيانـــــــــات الرواتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | Redacted | | |

CONFIDENTIAL

Shatsky-JD00230

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الرتبة | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٤/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٥/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٦/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٧/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٨/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٩/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/١٠/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/١١/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/١٢/٢٠٢٠ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠١/٢٠٢١ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٢/٢٠٢١ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٣/٢٠٢١ |
| ١٧٠٠ | فاطمة حسين موسى بو جمل | Redacted ٤٠٧٢ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00232