# Exhibit 89

Confidential                                             Shatsky-JD00628 -T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful  *send by fax*

## Social Report

**Case**: Martyr of the Al-Aqsa Intifada

**Name**: Hanadi Taysir Abd al-Malik Jaradat

**Local number**: 774                    **Central number**: 14352

**Governorate**: Jenin

**Date**: 10.19.2003

Ramallah - Tel/Fax: 02-2986268

Confidential                                             Shatsky-JD00628-T

Confidential                                                    Shatsky-JD00629-T

## [Cut off]: Personal Information

| | |
|---|---|
| **Local no.**: 774 | **Central no.**: 14352 |
| **The case's name**: Hanadi Taysir Abd al-Malik Jaradat | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: |
| **Beneficiary's full name**: Rahma Sadeq Sa'id Jaradat (Wife, father, mother, brother, sister) | **Identification no.**: <sup>Redacted</sup> 2647 |
| **Mother's full name**: Rahma Sadeq Sa'id Jaradat | **Mother's Identification no.**: <sup>Redacted</sup> 2647 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: <sup>Redacted</sup> .1975 | **Place of origin**: Sila al-Harithiya |
| **Religion**: Muslim | **Sex**: Female / **Marital status**: Single |
| **Previous job**: Attorney | **Current job**: - |
| **Education**: B.A. in Law               Account number | Redacted |
| **Date and number of confirmation letter**: -      Account number | |
| **Date of confirmation in the institution**: - | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | | **Date**: |
| **Developments in previous allowance**: | **Current**: | | **Changes**: |
| **Organizational affiliation**: Islamic Jihad | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |

**Training courses undertaken**:

**Place and date of the incident**: 10.4.2003 –Haifa

**Details of the incident**: Became a martyr as a result of a heroic martyrdom operation in the city of Haifa, when she blew herself up inside a restaurant.

**Brief Biography**: She was born in the city of Jenin in 1975. Studied in the elementary school, the junior hugh school and high school in the city. Earned a Bachelor's degree in law. She was the sister of martyr Fadi Yaysir Jaradat.

| **The family's residence: Possessed:**  (**Rented:**)  **Shared:** | |
|---|---|
| **Monthly rent:** | [Illegible number] Jordanian dinar a month. |
| **Full address:** | Redacted |
| **Nearest telephone:** | |

[Redacted]

Confidential                                                           Shatsky-JD00630-T

**[cut off]: Family table:**   * married – single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Elementary school | None | Married | Redacted |
| 2 | Rahma Sadeq Sa'id Jaradat | Mother | Redacted 56 | Elementary school | Housewife | Married | [Illegible] |
| 3 | | Sister | | 7th | Student | Single | |
| 4 | | Brother | | 9th | Student | Single | |
| 5 | Redacted | Sister | Redacted | 10th | Student | Single | Redacted |
| 6 | | Sister | Redacted | Tawjihi [general secondary examination] | Student | Single | |
| 7 | | Sister | | Junior high school | Student | Single | |
| 8 | | Sister | | Junior high school | Housewife | Single | |
| 9 | | Sister | | Junior high school | Housewife | Married | |
| 10 | | [cut off, probably "became a martyr"] | | on 6.12.2003 | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents:** Father + mother + 6 7 | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                                           Shatsky-JD00630-T

Confidential                                          Shatsky-JD00631-T

**[cut off] of the case and its type:** Martyr Hanadi Taysir Abd al-Malik Jaradat

**Recommendation of the Department:**
- Single. Her parents are alive. She has six siblings [2 illegible words].
- Should be confirmed as a martyr of the Al-Aqsa Intifada.
                                                                    .
_____ Date: _____ Signature: _____

**Decision of the establishment's director**: ( Jenin )
We recommend that she should be confirmed as a martyr of the Al-Aqsa Intifada as of
10.1.2003.                                                          .

_____ Date: 10.18.2003    Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____
Total in dinar: _____
Total in shekels: _____

**Confirmation of the director general:**

_____
_____
_____

**Audit's notes**:          Date:              Signature

_____     _____
_____     _____
_____     _____

**Computerized notes**:     Date:              Signature:

_____     _____
_____     _____

Confidential                                          Shatsky-JD00631-T

# Original

CONFIDENTIAL

Shatsky-JD00628



**Palestinian National Authority**

Ministry of Social Affairs

M's F. & I. C. E.

السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : " ‎سريرة استشهادية الأصفر‎ "

الاسم : ‎هنادي نسيم عبدالله دراست‎

الرقم المحلي : ‎٢٦٢٨٦٦‎     الرقم المركزي : ‎١٤٢٥٤‎

المحافظة : ‎جنين‎

التاريخ : ‎٢٠٠٢/١٠/١٩ م‎

CONFIDENTIAL

Shatsky-JD00628

CONFIDENTIAL

Shatsky-JD00629

أولاً : معلومات ذاتية :

الرقم المحلي : ..................... الرقم المركزي : ................... ١٤٢٥٢

اسم الحالة : هنادي بسم عبد المالك جراوت .... الاسم الحركي :

الجنسية : فلسطينية ... رقم الهوية : **Redacted**

اسم المستفيد رباعي : محمد وسيم جراوت رقم الهوية : ٦٩٢٦
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : رجحة محمد وسيم جراوت رقم هوية الأم : ٦٤٧ **Redacted**

اسم الزوجة : **Redacted** ... رقم هوية الزوجة : سعيد الحارثي

تاريخ ومكان الميلاد : ١٩٨٢م ... البلد الأصلي :

الديانة : مسلم ... الجنس : أنثى ... الحالة الاجتماعية : عزباء

العمل السابق : ......................... العمل الحالي : طالبة

المؤهل العلمي : في المدرسة معلمة ... تاريخ ورقم كتاب الاعتماد : .................

تاريخ الاعتماد بالمؤسسة : ......................

**Redacted**

ثانياً : معلومات إدارية :

الرتبة العسكرية : ............. الرتبة التنظيمية : .........................

كتاب إعتماد الرتبة : ...................... رقم : ............. تاريخ : .............

تطورات المخمس السابق : .......... الحالي : .......... التعديلات : ..............

التنظيم التابع له : ..................... القطاع : ............................

تاريخ الالتحاق بالثورة : ..... عسكرياً : ..... تنظيماً : ..... تفرغاً : .....

الدورات التي اجتازها : ..............................................

تاريخ ومكان الحادث : ١٤ / ٢ / ٢٠٠٢م هنا .

كيفية حدوث الحادث : استشهرت أثناء القيام بعمل عسكري ضد ..........
في مدينة حيفا عندما قامت بتفجير في داخل مطعم ..

موجز سيرته الذاتية :
ولدت في مدينة نابلس عام ١٩٨١م التحقت بدراسة الثانوية
والإعداد بعد الثانوية بطب المدرسة العربية ...................
.............. ...... والمدرسة العربية جراوت ..

سكن الأسرة : ملك : ..... مشترك : .....

الإيجار الشهري : ..... دينار أردني ......

العنوان الكامل :

**Redacted**

أقرب تلفون :

**Redacted**

CONFIDENTIAL

Shatsky-JD00630

أ : الجدول الأسري :   * متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر اولا ثم الأبناء فوق سن الانتاج ثم الوالدين والأخوة
٢- الأعزب : يسجل الوالدين والأخوة القصر اولا ثم الأخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | سلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | ربة | داخية | Redacted | أب | Redacted | ١ |
| Redacted | متزوج | ربة بيت | بكالوريا | Redacted | أم | Redacted | ٢ |
| Redacted | عزباء | طالب | الناجح | Redacted | أخت | Redacted | ٣ |
| | عزباء | طالب | التاسع | | أخ | | ٤ |
| | عزباء | طالب | العاشر | | أخت | | ٥ |
| | عزباء | طالب | الوجيهي | | أخت | | ٦ |
| | عزباء | طالب | العادي | | أخت | | ٧ |
| | عزباء | ربة | العادي | | أخت | | ٨ |
| | متزوج | ربة بيت | ابتدائي | | أخت | | ٩ |
| | متزوج | | بكالوريا | | أخ | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : .......

– المتزوج : الزوجات والأبناء القصر : ....................

– الأعزب : الوالدين والأخوة القصر : ....................

ملاحظات على الجدول الأسري : ....................

CONFIDENTIAL

Shatsky-JD00630

CONFIDENTIAL

Shatsky-JD00631

الحالة ونوعها : *المصابة : هنادي بسير عبد المالك جرادت*

نوصية القسم :

التاريخ : .......... التوقيع : ..........

قرار مدير المؤسسة : ( ..... )

التاريخ : ..... التوقيع : .....

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|-------|------|-------|-----|-----|----------|------------------|
| | | | | | | |

علاوات أخرى : ..........

المجموع بالدينار : ..........

المجموع بالشيكل : ..........

اعتماد المدير العام :

..........

..........

..........

ملاحظات التدقيق :

التاريخ          التوقيع

..........

..........

ملاحظات الحاسب الآلي :

التاريخ          التوقيع

..........

..........

# Exhibit 90

Palestinian National Authority            [Emblem of the Palestinian National Authority]            Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Personal Information:
ID Card: <sup>Redacted</sup>7602[*]          Four-Part Name: Hanadi Taysir Abd al-Malik Jaradat          Type of Document: Palestinian ID
Date of Birth: <sup>Redacted</sup>/1975          Ministry: Jenin          Gender:  Female

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| <sup>Redacted</sup>2647 | Rahma Sadeq Sa'id Jaradat | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| <sup>Redacted</sup>2647 | Rahma Sadeq Sa'id Jaradat | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00199-T

Palestinian National Authority      [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Corona Emergency Extension | 08/01/2020 | 08/01/2020 | |
| Corona Emergency Extension | 08/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00200-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00201-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00202-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 05/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 06/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 07/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 08/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 09/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 10/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 11/1/2020 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 12/1/2020 | Redacted 0496 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 01/1/2021 | Redacted 0496 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 02/1/2021 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 03/1/2021 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |
| 04/1/2021 | Redacted 2647 | Rahma Sadeq Sa'id Jaradat | 1400 |

Shatsky-JD00203-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



البيــانــات الشخصيــة

| | | | |
|---|---|---|---|
| البطاقة الشخصية | Redacted ٠٦٠٢ | الاسـم الرباعي | هنادي تيسير عبدالمالك جرادات | نوع الوثيقة | هوية فلسطينية |
| تاريخ الميــلاد | Redacted ١٩٧٤ | الـوزارة | جنين | الجنس | انثى |

التـرجـــــيـف

| الاسم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيـنــــــات الحالة

| نوع الحـــــالة | من تاريخ | الى تاريخ | نسبة الاعطاء | نوع الاعطاء | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | . | غير محدد | |

بيـنــــات المستفيدين:

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٢٦٤٧ | رحمه صادق سعد جرادات | Redacted | | نسبة | ١٠٠ | . | . | . | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | الميث | الفارع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٢٦٤٧ | رحمه صادق سعد جرادات | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00199



**Palestinian National Authority**

السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



بيانـــــات الوقف

| سبب الاعادة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| | | Redacted | |
| | ٠١/٠٨/٢٠٢٠ | ٠١/٠٨/٢٠٢٠ | تمديد طوارئ كورونا |
| | | ٠١/٠٨/٢٠٢١ | تمديد طوارئ كورونا |

بيانــــــات الراتب في البنك

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| Redacted | | | |

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم هوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00201

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    11/05/2021



CONFIDENTIAL

Shatsky-JD00202

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 05/2021/:3

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٦٤٧ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٢/٢٠٢١ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٣/٢٠٢١ |
| ١٤٠٠ | رحمة صادق سعيد جرادات | Redacted ٢٦٤٧ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00203

# Exhibit 91

Confidential                                                      Shatsky-JD01015-T

Central 103435   The martyr Jamil Khalaf Mustafa Hamed / Bethlehem

**Part 3: Family table:   * married - single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Khalaf Mustafa Salama Hamed | Father | 1937 | Illiterate | None | Married | Hindaza |
| 2 | Redacted | Mother | Redacted | Illiterate | Housewife | Married | Redacted |
| 3 | | Sister | | 3rd junior high | Housewife | Married | |
| 4 | | Sister | | 1st junior high | Housewife | Married | |
| 5 | | Brother | | 1st junior high | Laborer | Married | |
| 6 | | Brother | | Tawjihi [General Secondary Education] | Laborer | Married | |
| 7 | | Brother | | Junior high | Laborer | Married | |
| 8 | | Brother | | 10th | Laborer | Married | |
| 9 | | Sister | | Elementary | Housewife | Married | |
| 10 | | Brother | | Junior high | Laborer | Married | |
| 11 | | Brother | | 10th | Laborer | Married | |
| 12 | | Sister | | B.A. | Housewife | Single | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 3 (the parents)

**If married: the wives and minor children:**

**If single: the parents and the minor siblings**: 3

**Notes concerning the family table:**

Confidential                                                      Shatsky-JD01015-T

Confidential                                                Shatsky-JD01016-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

---

In the name of Allah, the Gracious, the Merciful

(207)

## Social Report

**Case:** Aqsa Martyr

**Name:** Jamil Khalaf Mustafa Hamed

**Local number:** 231 S          **Central number:** 013435

**Governorate:** Bethlehem

**Date:** 5.14.2002

---

Ramallah - Tel/Fax: 02-2986268               Ramallah - Tel/Fax: 02-2986268

Confidential                                                Shatsky-JD01016-T

Confidential                                                Shatsky-JD01017-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 231 S | **Central no.**: 013435 |
| **The case's name**: Jamil Khalaf Mustafa Hamed | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 6460 |
| **Beneficiary's full name**: Khalaf Mustafa Salama Hamed (wife, father, mother, brother, sister) | **Identification no.**: Redacted 0710 |
| **Mother's full name**: Khadra Hamdan Abd Hamed | **Mother's Identification no.**: Redacted 0728 |
| **Wife's name**:              / | **Wife's Identification no.**:              / |
| **Place and date of birth**: Redacted .1986 - Bethlehem | **Place of origin**: Taqu' |
| **Religion**: Muslim | **Sex**: Male       **Marital status**: Single |
| **Previous job**: Student | **Current job**: |
| **Education**: 3rd grade in junior high | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: 4.1.2002 | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.**. | **Date**: |
| **Developments in previous allowance**: | | **Current**: 600 shekels | **Changes**: Redacted |
| **Organizational affiliation**: Fatah | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |

**Training courses undertaken**:

**Place and date of the incident**: 3.31.2002 – The settlement of Efrat

**Details of the incident**: The aforementioned brother was martyred upon executing a martyrdom operation in the settlement of Efrat near Bethlehem, which caused his immediate martyrdom.

**Brief Biography**: The aforementioned brother was born in 1976 in Bethlehem. He studied in elementary and junior high school of Al-Mahd in Bethlehem, and was martyred while still a student.

...................................................................................................................................

| | | | |
|---|---|---|---|
| **The family's residence: Owned**:   Owned | **Rented**: | **Shared**: | |
| **Monthly rent**: | | | |
| **Full address**: | Redacted | | |
| **Nearest telephone**: | | | |

Confidential                                                Shatsky-JD01017-T

Confidential                                    Shatsky-JD01018-T

**Part 3: Family table:   * married – single**

3. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
4. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Khalaf Mustafa Salama Hamed | Father | 1937 | Illiterate | None | Married | Hindaza |
| 2 | Redacted | Mother | Redacted | Illiterate | Housewife | Married | Redacted |
| 3 | | Sister | | 3rd junior high | Housewife | Married | |
| 4 | | Sister | | 1st junior high | Housewife | Married | |
| 5 | | Brother | | 1st junior high | Laborer | Married | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 2 (the parents)

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: 2

**Notes concerning the family table**:

Confidential                                    Shatsky-JD01018-T

Confidential                                                    Shatsky-JD01019-T

The martyr Jamil Khalaf Mustafa Hamed / Bethlehem

**Recommendations of the department**:

1- The martyr [was] single

2- To be confirmed as a martyr of the Al-Aqsa Intifada

3- A death certificate has not been issued, because the martyr's body has not been recovered.

……………………………………………………………………………………

_____ Date: 5.14.2002 Signature: [handwritten]

**Decision of the establishment's director**: (      Bethlehem      )

The martyr is to be confirmed as a martyr of the Al-Aqsa Intifada………………………..

……………………………………………………………………………………

……………………………………………………………………………………

_____ Date: 5.15.2001 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

To be confirmed as a martyr of the Al-Aqsa Intifada as of 4.1.2002 and paid Redacted …..

……………………………………………………………………………………

……………………………………………………………………………………

**Audit's notes**:              **Date**: 5.19.2002         **Signature**: [signature]

_____          _____

_____          _____

_____          _____

**Computerized notes**:         Date:                Signature:

_____          _____

_____          _____

Confidential                                                    Shatsky-JD01019-T

Original

CONFIDENTIAL

SHATSKY-JD01015

المركز: ١٠٢٤٢٥ الشهيد جميل خلف مصطفى حميد / بته

### ثالثاً : الجدول الأسري :   * متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر اولا ثم الأبناء فوق سن الإنتاج ثم الوالدين وا...
٢- الاعزب : يسجل الوالدين والأخوة القصر اولاً ثم الأخوة فوق سن الإنتاج .

| العنوان | الحالة الإجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| حنازه | متزوج | بلد | أعب | Redacted | الوالد | خلف مصطفى علام حميد | ١ |
| Redacted | متزوجة | ربقبض | أمه | | الوالدة | Redacted | ٢ |
| | متزوجة | ربقبض | الثرائي | | الزخمن | | ٣ |
| | متزوجة | ربقبض | اولاداراكي | | ابنته | | ٤ |
| | متزوج | عامل | اولثانوي | | ابنه | | ٥ |
| | متزوج | عامل | تويصدي | | ابنه | | ٦ |
| | متزوج | عامل | اعدادي | | ابنه | | ٧ |
| | متزوج | عامل | العاشر | | ابنه | | ٨ |
| | متزوج | ربقبض | ابتدائي | | ابنته | | ٩ |
| | متزوج | عامل | اعدادي | | الشخ | | ١٠ |
| | متزوج | عامل | عاشر | | ابنه | | ١١ |
| | عزب | ربقبض | R. A | | ابنته | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين :   ( الوالدين )

– المتزوج : الزوجات والابناء القصر : ............

– الاعزب : الوالدين والأخوة القصر : (   )

ملاحظات على الجدول الأسري : ............

CONFIDENTIAL

SHATSKY-JD01015

CONFIDENTIAL

SHATSKY-JD01016

**Palestinian Natio.. .utho.. .y**

**Ministry of Soc.. .ffai:**

M's F. & I. :

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

وزارة الشؤون الاجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرح .. م

ج.٨

بطاقة اهتمام ع

الحالة : شهيد أحمد

الاسم : جميل خلف مصطفى محمد

الرقم المحلي : ١ ٣ ٢ ٥ الرقم المرك ي : ١٠١٢٤٢٥

المحافظة : بيت لحم

التاريخ : ١٤ / ٩ / شتبة ٢

Ramallah - Tel/ Fax : 02  6268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

SHATSKY-JD01016

CONFIDENTIAL
SHATSKY-JD01017

أولاً : معلومات ذاتية :

الرقم المحلي : ١٢٤٧٠

الرقم المحلي : ركز : ١٢٤٧٠

اسم الحالة : جميل خلف مصطفى حميد

الجنسية : فلسطيني

رقم الهوية : Redacted ٧٤٦٣٠

اسم المستفيد رباعي : خلف مصطفى سلامة حميد
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

رقم الهوية : Redacted ٧١٠٠

اسم الأم كامل : حنونة عمران عبد حميد

رقم الهوية : Redacted ٧٢٧٠

اسم الزوجة : —

تاريخ ومكان الميلاد : Redacted ١٩٧٢ – بيت لحم

الديانة : مسلم        الجنس : ذكر

العمل السابق : طالب      العمل الحالي :

المؤهل العلمي : ثالث اعدادي

نسخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة : ١ / ٩ / ٢٠٠٢

الحالة الاجتماعية : أعزب

البلد : تقوع

ثانياً : معلومات إدارية :

الرتبة العسكرية :        الرتبة التنظيمية :

كتاب إعتماد الرتبة :        رقم :        تاريخ :

تطورات المنخرطين السابق :        الحالي : ٢٠٠١

التنظيم التابع له : فتح        القطاع :

تاريخ الالتحاق بالثورة :        تنظيماً :        عسكرياً :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ١٢ / ٩ / ٢٠٠٢ مستوطنة ضرائيم

كيفية حدوث الحادث : استشهد الذكور اثناء عملية بطولية استشهادية في مستوطنة
ضرائيم قرب بيت لحم وادى الى استشهاده وعدد من الضرر

موجز سيرته الذاتية :
الذكور من مواليد ١٩٧٢ في بيت لحم درس الابتدائية والاعدادية في
مدرسة الحميد بيت لحم واستشهد وما زال عازباً

سكن الأسرة : ملك : ملك        ايجار :        مشترى

الإيجار الشهري :

العنوان الكامل :        Redacted

أقرب تلفون :

CONFIDENTIAL
SHATSKY-JD01017

CONFIDENTIAL

ثالثاً : الجدول الأسري :  * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء النسر اولا ثم الابناء فوق سن الانتاج ثم الزو: ين وا؟
٢- الاعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| م سلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted جلف م ٥ فق سلامه عبد | الوالد | ٩ ١٣٩ | أ م ع | لد | متزوج | جنـلانم |
| ٢ | | الوالدة | Redacted | أ عب | نــت | متزوجة | Redacted |
| ٣ | ابنه | ثالث. راكز | نـبت | ركبعت | متزوجة | |
| ٤ | ابنه | اولاده دك | نـبت | متزوجه | |
| ٥ | | الابن | اولادنا رك | نمل | متزوج | |
| ٦ | | | | | | | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ....... ٢ .... ( الوالدين )

– المتزوج : الزوجات والابناء القصر : ...............

– الاعزب : الوالدين والاخوة القصر : ......... ٢ ....

ملاحظات على الجدول الاسري : ..............

CONFIDENTIAL

SHATSKY-JD01019

الشهيد جميل خلف مصطفى حميد / سيناء

**توصية القسم :**

١ - الشهيد أعزب

٢ - يرجى اعتماده شهيد انتفاضة اقصى

٣ - لم يصدر شكا و دعوا م هيئا ربة لعدم تسليم جهة الشهيد

التاريخ : ١٤ / ٢ / ٢٠٠٢م    التوقيع : فاطمة المشهد

**قرار مدير المؤسسة :** ( سيناء )

يرجا اعتماد الشهيد مع صرف ادارة انتفاضة الاقصى

التاريخ : ٥ / ١ / ٢٠٠٣م    التوقيع : لدرست البوليس

**باب المخصص :**

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ................................................

المجموع بالدينار : ................................................

المجموع بالشيكل : ................................................

**اعتماد المدير العام :**

[Redacted]

التاريخ ٩ / ٥ / ٢    التوقيع

**ملاحظات التدقيق :** ................................................

................................................

**ملاحظات الحاسب الآلي :**    التاريخ    التوقيع

................................................

CONFIDENTIAL

SHATSKY-JD01019

Exhibit 92

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: <sup>Redacted</sup>6460[*]          Four-Part Name: Jamil Khalaf Mustafa Hamed          Type of Document: Palestinian ID
Date of Birth: [illegible]          Ministry: Bethlehem          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|------------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|-----------|----------|-------|---------------------|-----------|--------|------------------|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|-----------|----------|----------------------|-----------------|---------------|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|-----------|----------|--------------------|-----------|-----------------|----------|--------------------|-----------------------|-------------|
| Redacted 0710 | Khalaf Mustafa Salama Hamed | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|-----------|----------|------|--------|-------------|-------------|
| Redacted 0710 | Khalaf Mustafa Salama Hamed | Redacted | | Redacted | | | |

CONFIDENTIAL                                                                                    Shatsky-JD00128-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Corona Emergency Extension | 08/01/2020 | 08/01/2020 | |
| Corona Emergency Extension | 08/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                            Shatsky-JD00129-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL                                                                 Shatsky-JD00130-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00131-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 05/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 06/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 07/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 08/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 09/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 10/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 11/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 12/1/2020 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 01/1/2021 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 02/1/2021 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 03/1/2021 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |
| 04/1/2021 | Redacted 0710 | Khalaf Mustafa Salama Hamed | 1400 |

CONFIDENTIAL

Shatsky-JD00132-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



البيـــانـات الشخصية
البطاقة الشخصية   Redacted
تاريخ الميـــلاد   Redacted

الاسم الرباعي   جميل خلف مصطفى حمد
الـــوزارة

نوع الوثيقة   هوية فلسطينية
الجنس   ذكر

البرجــــات

| السلم | المرجة | القئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| بناء اسر الشهداء الجدد | غير محددة | غير محددة | Redacted | |

العلاوات و المصنيات

| الرمز | من تاريخ | لى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

بيانـــــات الحالة

| نوع الحـــــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع الاصابة | نوع القرار |
|---|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | | |

بيانــــــات المستفيدين:

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | القيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة الضمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted   ٧١٠ | خلف مصطفى سلامه حمد | Redacted | | | ١٠٠ | نسبة | . | . | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ، ٧١٠ | خلف مصطفى سلامه حمد | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00128

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



| سبب الإعادة | الى تاريخ | من تاريخ | سبب الوقف | بيانـــــات الوقف |
|---|---|---|---|---|
| | | | Redacted | |
| | ٠١/٠٨/٣١/٢٠ | ٠١/٠٨/٢٠٢٠ | تجديد طوارئ كورونا | |
| | | ٠١/٠٨/٢٠٢١ | تجديد طوارئ كورونا | |

بيانـــــات الراتب في البنك

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00129

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية سر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الرقم | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00130

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية امر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00131

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/٠٤/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/٠٥/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/٠٦/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/٠٧/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/٠٨/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/٠٩/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/١٠/٠١ |
| ١٤٠٠ | لافى مصطفى سلامه حميد | Redacted , ٧٦ | ٢٠٢٠/١١/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢٠/١٢/٠١ |
| ١٤٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢١/٠١/٠١ |
| ١١٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢١/٠٢/٠١ |
| ١١٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢١/٠٣/٠١ |
| ١١٠٠ | خلف مصطفى سلامة حميد | Redacted , ٧١٠ | ٢٠٢١/٠٤/٠١ |

CONFIDENTIAL

Shatsky-JD00132