# Exhibit 94

Confidential                                                     Shatsky-JD00812-T
*New*                                                            *Gaza martyrs*

In the name of Allah, the Gracious, the Merciful


**Palestine Liberation Organization**
**Palestinian National Authority**
**Martyrs' Families and Injured Care Establishment**

**Social Report**

Palestinian National Authority
Ministry of Social Affairs
Martyrs' Families and Injured Care Establishment
Issued No. 1362
Date: 7.25.2001

OK
The [illegible] has not entered its information

**Case**: Martyr, single

**Name**: Khaled Mohammad Mahmoud al-Khatib

**Local number**:  012710

**Central number**: _____

**Governorate**: The Middle, Deir al-Balah

**Date**: _____

Confidential                                              Shatsky-JD00813-T

**Supporting Documents:**

Personal photo of the martyr

Copy of the Martyr's mother ID + copy of his sister's ID

Copy of the martyr's ID

Copy of [illegible] the martyr's father concerning the burial of the martyr



**Additional notes:**

- The martyr's father died a short while after his son's martyrdom.
- The martyr's mother, Maryam, and the martyr's sister, Sabah, are taken care of by Social Security. Regarding the other sister [illegible name], is taken care of by the Establishment / the Injured Department
- The family's economic situation is bed, especially now.

Confidential                                          Shatsky-JD00814-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 012710 | **Central no.**: |
| **The case's name**: Khaled Mohammad Mahmoud al-Khatib | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 0729 |
| **Education and date**: High School | |
| **Beneficiary's full name**: Redacted <br> (wife, father, mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Maryam Hussein Qassem al-Khatib | **Mother's Identification no.**: |
| **Date and place of birth**: Redacted 1971 | **Place of origin**: |
| **Religion**: Muslim | **Sex**: Male    **Marital status**: Single |
| **Previous job**: Construction worker | **Current job**: Deceased |
| **Date and number of confirmation letter**: _____ | **Date of confirmation in the institution**: _____ |

### Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Previous monthly allowance**: | | **Memorandum No.**: | |
| **Organizational affiliation**: Islamic Jihad | | **Governorate**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |

**Training courses undertaken**:

**Place and date of the incident**: 4.9.1995 – Deir al-Balah, near Kfar Darom Settlement.

**How the incident occurred**: The martyr executed a martyrdom operation. He drove a car bomb and rammed into a bus carrying Israeli soldiers near Kfar Darom Junction. Eleven Israeli soldiers were killed in the operation and more than 20 were injured. He was martyred.

**Brief Biography**: The martyr was born in 1971 in Nuseirat Camp. He graduated from high school in the camp and joined the Islamic Jihad in 1989.

| | | | |
|---|---|---|---|
| **The family's residence**: Owned: | **Rented**: | **Shared**: | |
| **Full address**: Redacted | | | |

Confidential                                          Shatsky-JD00814-T

Confidential                                                      Shatsky-JD00815-T

**Part 2: Family table:**   married – single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | The martyr's mother | Redacted | - | Housewife | Widow | |
| 2 | Sabah | Sister | 1959[*] | 3rd grade in Junior High | Housewife | Single | Beneficiaries of the Social Affairs in Deir al-Balah for the amount of 88 shekels |
| 3 | Redacted | " | Redacted | High School | - | Single | Redacted |
| 4 | | | | | | | |
| 5 | The martyr's siblings | | | | - | | |
| 6 | Redacted | Brother | Redacted | High School | Unemployed | Married+6 | |
| 7 | | " | | 3rd grade in Junior High | Unemployed | Married+8 | |
| 8 | | " | | " | " | Married+1 | |
| 9 | | " | | High School | " | Married+3 | |
| 10 | | " | | " | " | Married+2 | |
| 11 | | Sister | | Teacher's diploma | Housewife | Married[*] | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: | | | | | | | |
| **If married: the wives and minor children**: | | | | | | | |
| **If single, the parents and the minor siblings**: 3 people | | | | | | | |
| **Notes concerning the family table**: | | | | | | | |

Confidential                                                      Shatsky-JD00815-T
Confidential                                                      Shatsky-JD00816-T

**Recommendations of the department**:
The martyr' Khaled Mohammad al-Khatib, single, was born in 1971. A warrior affiliated with the Islamic Jihad movement. Executed a martyrdom operation on 4.9.1995, causing the death of 11 Israeli soldiers and injuring many others. He was not confirmed by the Establishment at the time. He is to be confirmed by us as a martyr, with the knowledge that the family suffers from grave economic situation, and is assisted by Social Security.
Please confirm three dependants: the martyr's mother + two minor sisters.

_____   Date: 7.18.2001 Signature: [handwritten]

**Decision of the establishment's director**: (      )
I agree to confirm that Case as an unmarried martyr of the martyrs of Palestine. He is affiliated with the Islamic Jihad movement. He was martyred during the execution of a martyrdom operation as he was driving a car bomb. The operation caused the death of many Israeli soldiers and injured dozens more in the area of Kfar Darom on 4.9.95. He had not been confirmed as a martyr at the time. The family of the martyr's mother consists of three people: the martyr's mother, who is old and is supported by the Social Affairs office in Deir al-Balah with her daughter Sabah in the amount of 88 shekels + health care. The son Safa[*] is a beneficiary of the Establishment of Martyrs as an unmarried martyr of the martyrs of Palestine.
The beneficiary is Maryam Hussein Qassem al-Khatib, ID 957336968

**Confirmation of the director general**:
He is to be confirmed as a martyr of the homeland 8.13.2001[*] and the mother should be paid 287 shekels a month.

| **Audit's notes**:  [Illegible] | **Date:** | **Signature**: [signature] |
|---|---|---|
|  | 8.5.2001 |  |
| New |  |  |
| + 287 shekels a month |  |  |
| 8 / 2001 |  |  |

| **Computerized notes**: | **Date:** | **Signature:** |
|---|---|---|

Confidential                                                    Shatsky-JD00816-T

Confidential                                              Shatsky-JD00817-T

*Khaled Mohammad Mahmoud al-Khatib*

| Follow Up Table | | |
|---|---|---|
| Serial No. | Note | Signature and date |
| 8/2001 | New confirmation for the amount of 287 shekels | [signature] [Illegible date] |
| 11/2002 | Confirmation [illegible] for a period of a year until 10/2003. | [signature] [Illegible date] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Confidential                                              Shatsky-JD00817-T

# Original

CONFIDENTIAL
SHATSKY-JD0081?



شهر ارغزه

بسم الله الرحمن الرحيم

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء
والجرحـــى

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والـ
وارد أسر الشهداء والـ
التاريخ

بحـث اجتماعي

الحالة : ........ شهيـــ أحمـــ .........

الاســـــم : خالـد محمـى محمـود المطيـب
الرقم الخلـى : .......... 0.12 / 10 ..........
الرقم المركزي : ............................
المحافظـة : ........ العـــكا .. ديماليي ...
التاريـــخ : ............................

CONFIDENTIAL
SHATSKY-JD0082?

CONFIDENTIAL
SHATSKY-JD00813

الأوراق الثبوتية :

.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................

ملاحظات اضافية :

.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................
.......................................................................................

CONFIDENTIAL
SHATSKY-JD00813

CONFIDENTIAL
SHATSKY-JD00814

أولاً : معلومات ذاتية :

الرقم الطبي : ............... الرقم المركزي ....... 0.12.710

اسم الحالة : ............ محمد .... الاسم المركزي .......

الجنسية : ............ فلسطيني ........ رقم الهوية : [٩][ع][١][٤]  [Redacted]

المؤهل العلمي وتاريخه : ............ ثانوية عامة ........

اسم المستفيد رياضي : [Redacted]  [Redacted]

اسم الأم كامل : ........ رقم هوية الأم : [Redacted]

تاريخ ومكان الميلاد : ........ [Redacted] البلد الأصلي : ..... المخذان ...

الديانة : ...... مسلم ........ الجنس : ...... ذكر ...... الحالة الاجتماعية : .... أعزب ...

العمل السابق : ..... خادم بضائع ....... العمل الحالي : ...... مجنزر ......

تاريخ ورقم كتاب الاعتماد : ......... تاريخ الاعتماد بالمؤسسة : .........

---

ثانياً : معلومات إدارية :

الرتبة العسكرية : ........ الرتبة التنظيمية : .........

كتاب اعتماد الرتبة : ........ رقم : ........ تاريخ : ........

المخصص الشهري السابق : ........ رقم المذكرة : ........

التنظيم التابع له : جهاد الإسلامي ....... القطاع : .........

تاريخ الالتحاق بالثورة : ........ تنظيمياً : ........ عسكرياً : ........ فرعاً : ........

المهارات التي أجازها : ........

تاريخ ومكان الحادث : ........ 1995/٩/٦ ........

كيفية حدوث الحادث : ........

موجز سيرته الذاتية : ........

سكن الأسرة : وملك ........ إيجار : ........ مشترك : ........

العنوان كذا : ........  [Redacted]  الإيجار الشهري : ........

CONFIDENTIAL
SHATSKY-JD00814

CONFIDENTIAL

SHATSKY-JD00815

٥ - متزوج / أعزب

**لغثا : الجدول الأسري**

١ - المتزوج : يُسجل الزوجات والأبناء القصر أولا ثم الأبناء البالغ سن الانتاج ثم الوالدين والاخوة

٢ - الاعزب : يسجل الوالدين والاخوة القصر أولا ثم الاخوة البالغ سن الانتاج

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالعضو | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| ديرباطم علي منش | أعزب | ينزل | — | Redacted | زوجة لي | Redacted | ١ |
| لعنه | بعزل | صناعلون | ١٩م | لفتـ | صبعم | | ٢ |
| Redacted | اللنه | — | تمتزيل تم | Redacted | م.م | Redacted | ٣ |
| | | | | | | | ٤ |
| | | | | | أعزة السيد | | ٥ |
| | جاهد | عاطل | سانس عام | Redacted | دج | Redacted | ٦ |
| | ج.م.٨ | عاطل | تلاتمادس | | ت. | | ٧ |
| | ج.م.١ | ع | ك | | ت. | | ٨ |
| | ج.م.٣ | م | تلاتريلانه | | ت. | | ٩ |
| | ج.م.٤ | م | ت | | ت. | | ١٠ |
| عمروص | ينزل | نام بر عطبى | | | اخت | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين :

- المتزوج   الزوجات والأبناء القصر
- الاعزب   الوالدين والاخوة القصر   تلميذة أولاد .

ملاحظات على الجدول الأسري :

CONFIDENTIAL
SHATSKY-JD00816

توصية القسم :

المتوفى : خالد محمد الحفيص .... شاب اجنه اجنه بعايب ١٩٩٤ ر ساجيل بى عمه الوحـاد
الـ سلجى عام بوليلة اسمـوديه سنزويج تبام لى عن لا ١١٩١ وا عمه له لمى تعلق له احـد
عشر سنه ا سواحانا ما هوا چمد لله .. عام بقى اعطاعه ى اكرمسى ع ٠ همى
نزمر .ا عماده كشهى لبنا .. عى لمل .ان ل اسرة تقلى و عام ا شعتارى عها
العانى ٠ ى ن ستحد مه القفام ا بر هابى .

ارهاب ا عماد المعالم علامها عزز .. دلاللت المس ٠ ه ا عغديم دما مرانت .ا

التاريخ : ٨٨/٨/م/ ١٨ ٪ ..... التوقيع : عا سه ابو ا مجى ...

قرار مدير المؤسسة :( ١

اواحه ملحا ملحها ا عماد لجلاله الشهبى ا مصجد مير شروان حلر صلم ٠٠ للم عام لحرى ا خطعمجرى لك لكر لك شام ٠ ٠ ٠ الاعمان
أشان ها عده لعلمه ا سشراه ده جا .. B ا سبعود سه ما بو لمضن ٠ وللالعله ٠ لى حمل عه ليس مه لحور
اسحها جلس محم لخا ى سه سقه عمه لمار دا بع شلام ١٩١٥ ٠٩٠١ م لمى لتقى اعمدا ده بى بى صمون
سرح ه الم ه شهى مر علوهه سه لمول ٠ اخت ٠ ه لامرى عله لك ٠ وللا مه دهن ده دا بى عملى ٠ همى جهمبر دمره عله
بى لزمد ا هعا بى جلج مجرى .. ٠ لمحله مجرى ٠ د لحم ٠ هجرى لجى وللابه لعاون٠ هله .. لالعى هعا لى .. لالعله جها ر .. مه عله ده .. مه
بعلى .. الا عمل لومر جمعه ..... اعه اعمارجلال .. التاريخ : ١٥١١/١٨/م/ ١١ ...... التوقيع :

كوم ا شاسر موادة عله عهم
اعتمد المدير العـام : ٠ سا سا سرعمد ر القعل م N/١ / ١
اره ٠٩٥٠٧٨٢٩٣٦/م لهب تامع لهو



ملاحظات التدقيق :

ملاحظات الحاسب الآلي :

CONFIDENTIAL
SHATSKY-JD00817

خالد محمد كرد الخطيب

اللجنة المتابعة

| مسلسل | الملاحظة | التوقيع والتاريخ |
|---|---|---|
| ١/ ١٨ | يبلغ به بريد أعمال "ك | ١٨٥٠١ |
| ٤٤/ اسم | اعتماد a القدوم لمعتمد ألفا ١٠ في ٣-C/ ١٠ | ١٨٥٠١ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL
SHATSKY-JD00817

# Exhibit 95

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: <sup>Redacted</sup>0729          Four-Part Name: Khaled Mohammad Mahmoud al-Khatib          Type of Document: Palestinian ID
Date of Birth:          Ministry: Deir al-Balah          Gender:

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted6969 | Sabah Mohammad Mahmoud al-Khatib | Redacted | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |
| Redacted6969 | Sabah Mohammad Mahmoud al-Khatib | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted6969 | Sabah Mohammad Mahmoud al-Khatib | Redacted | Redacted | ⅔ | | Redacted | |
| Redacted6969 | Sabah Mohammad Mahmoud al-Khatib | | | | | | |

| Page no. |
|---|
| 1/5 |

CONFIDENTIAL

Shatsky-JD00032-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| | | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

| Page no. |
|---|
| 2/5 |

CONFIDENTIAL                                                                      Shatsky-JD00033-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

Page no.
3/5

CONFIDENTIAL

Shatsky-JD00034-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

| Page no. |
|----------|
| 4/5 |

CONFIDENTIAL

Shatsky-JD00035-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 05/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 06/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 07/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 08/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 09/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 10/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 11/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 11/1/2020 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 01/1/2021 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 02/1/2021 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 03/1/2021 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |
| 04/1/2021 | Redacted 6969 | Sabah Muhammad Mahmoud al-Khatib | 1400 |

| Page no. |
|---|
| 5/5 |

CONFIDENTIAL

Shatsky-JD00036-T

Original

**Palestinian National Authority**

تاريخ الطباعة 31/05/2021



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

| البيـانـات الشخصيـة | | |
|---|---|---|
| البطاقة الشخصية | 0729 Redacted | |
| تاريخ الميــلاد | | |

| | الاسم الرباعي | خالد محمد محمود الخطيب |
| | الـوزارة | دير البلح |

| نوع التوطينة | هوية فلسطينية |
| الجنس | |

| الدرجات | | | | | | |
|---|---|---|---|---|---|
| قسم | الدرجة | اللغة | من تاريخ | الى تاريخ |
| سلم اسر الشهداء الجديد | غير محدد | غير محدد | Redacted | |

| العلاوات والخصميـات | | | | | | | |
|---|---|---|---|---|---|---|---|
| اسم المستفيد | رقم الهوية | المرجع | نسبة أو مبلغ | الهيئة | الى تاريخ | من تاريخ | الرمز |
| | | | Redacted | | | | |

| بيـانـات الحـالة | | | | | | |
|---|---|---|---|---|---|---|
| نوع القرار | نوع الاعاقة | نسبة الاعاقة | الى تاريخ | من تاريخ | نوع الحــــالة |
| | غير محدد | 0 | | Redacted | شهيد |

| بيانـات المستفيدين | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| الرقم المركزي | طبيعة القسمة | حد الاولاد | زوجة ثانية | عدد الازوجات | قيمة القسمة | تسمية/قيمة | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
| Redacted | لا يوجد قسمة | 0 | 0 | 0 | 100 | نسبة | Redacted | Redacted | صباح محمد محمود الخطيب | 6969 Redacted |
| | لا يوجد قسمة | 0 | 0 | 0 | 100 | نسبة | | | صباح محمد محمود الخطيب | 6969 |

| الرقم المركزي | رقم الحساب | الفرع | البنك | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|
| Redacted | | | | Redacted | Redacted | صباح محمد محمود الخطيب | 6969 Redacted |
| | | | | | | صباح محمد محمود الخطيب | 6969 |

| رقم الصفحة |
|---|
| 5 / 1 |

CONFIDENTIAL

Shatsky-JD00032

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



Shatsky-JD00033

**Palestinian National Authority**

تاريخ الطباعة 31/05/2021



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى



| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|

رقم الصفحة
5 / 3

CONFIDENTIAL

Shatsky-JD00034

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

| رقم الصفحة |
|---|
| 5 / 4 |

CONFIDENTIAL

Shatsky-JD00035

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |
| 1/04/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/05/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/06/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/07/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/08/2020 | Redacted 6369 | صباح محمد محمود الخطيب | 1400 |
| 1/09/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/10/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/11/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/12/2020 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/01/2021 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/02/2021 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/03/2021 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |
| 1/04/2021 | Redacted 6969 | صباح محمد محمود الخطيب | 1400 |

رقم الصفحة
5 / 5

CONFIDENTIAL

Shatsky-JD00036

# Exhibit 96

Confidential                                                Shatsky-JD00825-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority                [Arabic] Palestinian National Authority
     Ministry of Social Affairs       | P.A. emblem |         Ministry of Social Affairs
        M's F. & I. C. E                             Martyrs' Families and Injured Care Establishment

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr</u>

**Name**: <u>Madgi Muhammad Mahmoud Abu Wardah</u>

**Local number**:  <u>381</u>               **Central number**: _____

**Governorate**: <u>Hebron</u>

**Date**: <u>1.28.2001</u>

---

Ramallah - Tel/Fax: 02-2986268              Ramallah - Tel/Fax: 02-2986268

Confidential                                                Shatsky-JD00825-T

Confidential                                        Shatsky-JD00826-T

**Part 1: Personal Information**

| Local no.: | Central no.: |
|---|---|
| The case's name: Madgi Muhammad Mahmoud Abu Wardah | Code name: Abu al-Majd |
| Nationality: Palestinian | Identification no.: Redacted 8777 |
| Beneficiary's full name: Intisar Shihada Abd al-Muhsin Abu Wardah (wife, father, mother, brother, sister) | Identification no.: Redacted 4344 |
| Mother's full name: Intisar Shihada Abd al-Muhsin Abu Wardah | Mother's Identification no.: Redacted 4344 |
| Wife's name:   \ | Wife's Identification no.:   \ |
| Place and date of birth: Redacted .1977 – Al-Fawar Camp | Place of origin: Iraq al-Manshiya |
| Religion: Muslim | Sex: Male | Marital status: Single |
| Previous job: Laborer | Current job: |
| Education: Tawjihi [General Secondary Education] ||
| Date and number of confirmation letter: ||
| Date of confirmation in the institution: ||

**Part 2: Administrative Information**

| Military rank: | Organizational rank: | | |
|---|---|---|---|
| Rank confirmation letter: | No. | | Date: |
| Developments in previous allowance: 320[*] | Current: Redacted | | Changes: |
| Organizational affiliation: Islamic Resistance Movement (Hamas) | Sector: | | |
| Date of joining the revolution: 1995 | Organizationally: | Militarily: | As a full-time member: |

Training courses undertaken:

Place and date of the incident: 2.25.1996 – Jerusalem

Details of the incident: He was martyred following a suicide explosion attack in an Israeli bus in Jaffa Street in Jerusalem, which caused his martyrdom. The corps was not given back since then.

Brief Biography: The aforementioned was born in Al-Fawar. He studied in the schools of Al-Fawar Camp (elementary school, junior high, and high school). He then started working in the construction field (slater), and was among the activists of the Islamic Movement. He continued working until his martyrdom in 1996.

| The family's residence: **Owned**: Agency house | Rented: | Shared: |
|---|---|---|
| Monthly rent: | Redacted ||
| Full address: |||
| Nearest telephone: |||

Confidential                                        Shatsky-JD00826-T

Confidential                                          Shatsky-JD00827-T

Two killed in [cut off]

**Part 3: Family table:   * married - single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Intisar Abu Wardah | Mother | Redacted .1952[*] | Junior High | Housewife | Married | Al-Fawar Camp |
| 2 | Redacted | Father | Redacted | B.A. | Teacher | " | Redacted |
| 3 | | Sister | | 11th | Student | Single | |
| 4 | | " | | High School | Housewife | Married | |
| 5 | | Brother | | " | None | Detained | |
| 6 | | Sister | | Junior High | Housewife | Married | |
| 7 | | Brother | | B.A. | Clerk | " | |
| 8 | | Brother | | " | " | " | |
| 9 | | " | | " | " | " | |
| 10 | | Brother | | " | " | " | |
| 11 | | Sister | | Diploma | Teacher | Married | |
| 12 | | " | | Tawjihi | Housewife | " | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 4

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: Both parents + 2

**Notes concerning the family table**:

Confidential                                          Shatsky-JD00827-T

Confidential                                                    Shatsky-JD00828-T

                Two killed in two suicide attacks

[Cut off] Madgi Muhammad Abu Wardah

**Recommendations of the department:**

1) <u>The aforementioned is to be confirmed as he [was] single and [had] two parents + 5</u>
   <u>siblings who are students.</u>

 

 

                                 Date: <u>2.1.2001</u> Signature: <u>[handwritten signature]</u>

**Decision of the establishment's director**: (   [Illegible]   )

<u>He is to be confirmed as a martyr. Single + 5 minor siblings.</u>

 

                                 Date: <u>2.1.2001</u> Signature: <u>[handwritten signature]</u>

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

<u>He is to be confirmed as a martyr as of 2.1.2001, and be paid Redacted shekels a month.</u>

 

 

**Audit's notes**:          **Date**: 4.3.2001       **Signature**: [signature]

**Computerized notes**:     Date:            Signature:

Confidential                                                    Shatsky-JD00828-T

# Original

CONFIDENTIAL   SHATSKY-JD00825

| | |
|---|---|
| **Palestinian National Authority**<br>**Ministry of Social Affairs**<br>**M's F. & I. C. E.** |  السلطة الوطنية الفلسطينية<br>وزارة الشؤون الإجتماعية<br>مؤسسة رعاية أسر الشهداء والجرحى |

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ........... شهيد

الاسم : .... مجدي جمـــــ محمود بو عرقة ...

الرقم المحلي : ......١٨.٨ ..... الرقم المركزي : ...

المحافظة : .... الخليل.........

التاريخ : ...... ٢٠٥٨ / ١ / ٤ .....

CONFIDENTIAL

SHATSKY-JD00826

<div dir="rtl">

<u>أولا : معلومات ذاتية :</u>

الرقم المحلي :

اسم الحالة : محمد محمود ابو وردة                                    الرقم المركزي :

الجنسية : فلسطيني                                    الاسم الحركي : ابو المحمود

اسم المستفيد رباعي اشتماراشتحدة عبير المسد ابو وردة        رقم الهوية : ٧٧٧ ، Redacted
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )                رقم الهوية : ٤٩ ع Redacted

اسم الأم كامل : اسماء صدمة عبير المسد ابو وردة            رقم هوية الأم : ٢٤٩ ، Redacted

رقم هوية الزوجة :

تاريخ ومكان الميلاد : Redacted ١٩٧ ، مخيم لعزار        البلد الأصلي :

الديانة : مسلم            الجنس : دكر            اسم المخيم : لمشية

العمل السابق : عامل                الحالة الاجتماعية : اعزب

المؤهل العلمي : تر حيوث            العمل الحالي :

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

## ثانياً : معلومات ادارية :

الرتبة العسكرية :

كتاب اعتماد الرتبة :                        الرتبة التنظيمية :

تطورات المخصص السابق : Redacted الحالي        رقم :            تاريخ :

التنظيم التابع له : عزنه ، المدرمة بيسمية رحاسا) القطاع :            التعديلات :

تاريخ الالتحاق بالثورة : ١٩٩٥        تنظيما :        عسكريا :            تفرغا :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٢٤ / ٢ / ١٩٩٦ - لعذ س

كيفية حدوث الحادث : استشهد بالدار عملية تفجير انفجارية في باص اسرائيلي في
شاطئ بأنا لعد سوما ارات ، ى استشهادة بالجثة لم ساله عثا هذا التاريخ )

## موجز سيرته الذاتية :

المذكور من موالد مخيم لعزار - اسكن لمرحلة الاسوئية والبدارية - الثانوية في مدارس
مخيم لعزار - نما والبحث بالعمل في مجال البناء ربط ) وكان من سكنها والرئة السعودية
ما سعن من كله بن استشهد في ١٩٩٦

سكن الأسرة : <u>ملك</u> : جب تآك            ايجار :                مشترك :

الإيجار الشهري :

العنوان الكامل :        Redacted

<u>أقرب تلفون</u> :

</div>

CONFIDENTIAL

SHATSKY-JD00826

CONFIDENTIAL

مقتل النب. في عملیات الاتحاد

ثالثاً : الجدول الأسري :   * متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة
* الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | الذراع | Redacted | اعدادى | بربیته | متزوج | Redacted |
| ٢ | | العوبر | Redacted | بكالوریس | عدوی | ت | |
| ٣ | | الاوشت | | ثانيامرث | طالبه | آنسه | |
| ٤ | | | | ثانوی | ربت بیت | عزوج | |
| ٥ | | الاخ | | بلا | معتقل | | |
| ٦ | | الاوشت | | العزری | اسیتبت | عزلبی | |
| ٧ | | الشخ | | بكالویك | صنفی | ت | |
| ٨ | | | | ت | | ت | |
| ٩ | | | | ت | | ت | |
| ١٠ | | الاوشت | | ت | | ت | |
| ١١ | | الاوشت | | دبلوم | عدیست | متزوج | |
| ١٢ | | ت | | توحبی | سیقستی | ت | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ..........

– المتزوج : الزوجات والأبناء القصر : ..........

– الاعزب : الوالدين والأخوة القصر : ..........

ملاحظات على الجدول الأسري : ..........

CONFIDENTIAL

CONFIDENTIAL
SHATSKY-JD00828

مثل اثنين في عمليتين انتحاريتين.

سم محمد محمد أبو ورد ٥

**توصية القسم :**

وبرجى اعتماد المذكور منحة انه اجزب وله والارسين م ٥ اخؤ ه
علاج م

التاريخ : ١ / ٤ / ٢٠٠١ التوقيع : عبد بنه حسا د س /

**قرار مدير المؤسسة : (** فينت **)**

يعتمد تمهيد المرتب ٥ أحمد هير

التاريخ : ١٤ / ٤ / ٢٠٠١ التوقيع :

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

**اعتماد المدير العام :**

Redacted

التاريخ ٢ / ٤ / ٢٠٠١ التوقيع

**ملاحظات التدقيق :**

التاريخ ٢ / ٤ / ٢٠٠١ التوقيع

التوقيع          التاريخ

**ملاحظات الحاسب الآلي :**

# Exhibit 97

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 8777                    Four-Part Name: Magdi Mohammad Mahmoud Abu Wardah          Type of Document: Palestinian ID
Date of Birth:                            Ministry: Hebron                                         Gender: Unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|------------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|-----------|----------|-------|---------------------|-----------|--------|------------------|
| | | | Redacted | | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|-----------|----------|----------------------|-----------------|---------------|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|-----------|----------|-------------------|------------|-----------------|----------|-------------------|------------------------|-------------|
| Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |
| Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | | Redacted | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|-----------|----------|------|--------|-------------|-------------|
| Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | Redacted | | | | Redacted | |
| Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | | Redacted | | | | |

CONFIDENTIAL                                                                                    Shatsky-JD00042-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | [Illegible] | Information completed |
| Last credit | 09/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                                 Shatsky-JD00043-T

Palestinian National Authority       **[Emblem of the Palestinian National Authority]**       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL                                                                                                      Shatsky-JD00044-T

Palestinian National Authority    [Emblem of the Palestinian National Authority]    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00045-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 05/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 06/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 07/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 08/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 09/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 10/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 11/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 12/1/2020 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 01/1/2021 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 02/1/2021 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 03/1/2021 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |
| 04/1/2021 | Redacted 4344 | Intisar Shihada Abd al-Muhsin Abu Wardah | 1400 |

CONFIDENTIAL

Shatsky-JD00046-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة : 31/05/202

البيانات الشخصية

| البطاقة الشخصية | Redacted ٧٧٩ |
| تاريخ الميلاد | |

| القسم | الاسم الرباعي | مجدن محمد محمود جوودة | نوع الوثيقة : هوية فلسطينية |
| الوزارة | طفل | الجنس : غير معروف |

الترحيبت

| القسم | الخرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم امر اشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

بيانات الحالة

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | زوجة ثانية | عدد الزوجات | عدد الاولاد | نسبة/القيمة | القيمة النقبة | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٣٤٤ | انتصار شحده عبد المحسن -ابو وردة | Redacted | | | | ١٠٠ | نسبة | | لا يوجد قسمة | Redacted |
| Redacted ٣٤٤ | انتصار شحده عبد المحسن -بر وردة | | Redacted | | | ١٠٠ | نسبة | | لا يوجد قسمة | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | رقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٣٤٤ | انتصار شحده عبد المحسن | Redacted | Redacted | | Redacted | | |
| Redacted ٣٤٤ | انتصار شحده عبد المحسن | | | | | | |

CONFIDENTIAL

Shatsky-JD00042

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021    تاريخ اطباعه



| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | | Redacted | |
| نهاية الاعتمد | ٠١/٠٩/٢٠٢٠ | ٠١/٠٧/٣٠٢٠ | استكمال المعلومات |
| نهاية الاعتماد | ٠١/٠٩/٢٠٢١ | | |

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |

CONFIDENTIAL

Shatsky-JD00043

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية سر الشهداء والجرحى

تاريخ الطباعة 31/03/2021



CONFIDENTIAL

Shatsky-JD00044

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31:05:2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

**Palestinian National Authority**

**السلطة الوطنية الفلسطينية**
**مؤسسة رعاية اسر الشهداء والجرحى**

31/05/2021 تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| [redacted] | | | |
| ٠١/٠٤/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٥/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٦/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٧/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٨/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٩/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/١٠/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/١١/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/١٢/٢٠٢٠ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠١/٢٠٢١ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٢/٢٠٢١ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٣/٢٠٢١ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |
| ٠١/٠٤/٢٠٢١ | Redacted ٤٣٤٤ | انتصار شحده عبد المحسن ابو ورده | ١٤٠٠ |

CONFIDENTIAL

# Exhibit 98

Confidential                                              Shatsky-JD00559-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: Martyr of "Al-Aqsa Intifada"

**Name**: Mahmoud Omran Salim Al-Qawasmeh

**Local number**: 536 S                **Central number**: _____

**Governorate**: Hebron

**Date**: 3.25.2003

Ramallah - Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD00560-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 536 | **Central no.**: 014137 |
| **The case's name**: Mahmoud Omran Salim Al-Qawasmeh | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 7612 |
| **Beneficiary's full name**: Omran Salim Suleiman Al-Qawasmeh<br>(Wife, father, mother, brother, sister) | **Identification no.**: Redacted 7838 |
| **Mother's full name**: Shadia Yamin[*] Abd Al-Mughni Qawasmeh | **Mother's Identification no.**: Redacted 0943 |
| **Wife's name**: --- | **Wife's Identification no.**: --- |
| **Place and date of birth**: Redacted .1983 – Hebron | **Place of origin**: Hebron |
| **Religion**: Muslim | **Sex**: Male  **Marital status**: Single |
| **Previous job**: Student – Polytechnic Institute | **Current job**: |
| **Education**: First year. Majored in computer programing at the Polytechnic Institute | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.**: | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Islamic Resistance Movement (Hamas) | **Sector**: | | |
| **Date of joining the revolution**:  **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: | | | |

| |
|---|
| **Place and date of the incident**: 3.5.2003 Haifa |
| **Details of the incident**: Martyrdom Operation in the city of Haifa (Israeli bus) which caused the death of several Israelis and injured many of them. The perpetrator of the operation had been martyred. |
| **Brief Biography**: The aforementioned was born in the city of Hebron. He graduated from elementary school, junior high school and high school in Hebron. He then joined the Polytechnic Institute and majored in computer programming. Became a martyr in an operation in the city of Haifa on 3.5.2003. |

| **The family's residence: Possessed**: The house was demolished | **Rented**: | **Shared**: |
|---|---|---|
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

Confidential                                    Shatsky-JD00560-T

Confidential                                                    Shatsky-JD00561-T

**Part 3: Family table:**   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Omran Salim Al-Qawasmeh | Father | .1950 | Tawjihi [general secondary examination] | Municipality employee | Married | Hebron – Al-Sheik Neighbourhood |
| 2 | | Mother | | Tawjihi | Housewife | Married | |
| 3 | | Brother | | Tawjihi | Laborer | Single | |
| 4 | Redacted | Brother | Redacted | Tawjihi | Laborer | Single | Redacted |
| 5 | | Sister | | Tawjihi | Housewife | Married | |
| 6 | | Sister | | 2nd grade high school | Housewife | Married | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: -2-

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: Only the parents

**Notes concerning the family table**: The aforementioned has no minor siblings

Confidential                                                    Shatsky-JD00561-T

Confidential                                                        Shatsky-JD00562-T

**[Cut off] and type**: The martyr: Mahmoud Omran Salim Al-Qawasmeh

**[Cut off] of the department**:
1) The aforementioned is single. His parents are alive. He has no minor siblings.
2) The aforementioned was martyred in an operation in the city of Haifa (*Istish'hadi* [perpetrator of a martyrdom operation]).
3) To be confirmed as a martyr of the blessed Al-Aqsa Intifada.
_____ Date: 3.25.2003 Signature: [handwritten]
**Decision of the establishment's director**: (          )
_____
_____
_____


Date:                          Signature:


**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
|       |      |          |        |        |                |                    |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general**:
Confirmed as a martyr of the blessed Al-Aqsa Intifada as of 3.1.2003. Will be paid redacted
shekels a month._____
_____


**Audit's notes**:              **Date**: 3.27.2003        **Signature**: [signature]
_____        _____
_____        _____
_____        _____


**Computerized notes**:          Date:                    Signature:
_____        _____
_____        _____

Confidential                                                        Shatsky-JD00562-T

Original

CONFIDENTIAL
Shatsky-JD00559

**Palestinian National Authority**

Ministry of Social Affairs

M's F. & I. C. E.



السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : سيد ( انتفاضة الأقصى )

الاسم : محمود عزام سليم القراسية

الرقم المحلي : ٦٥٣   الرقم المركزي :

المحافظة : الخليل

التاريخ : ٢٠٠١/٢/١٥

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

02-2986268

CONFIDENTIAL
Shatsky-JD00559

CONFIDENTIAL

Shatsky-JD00560

أولا : معلومات ذاتية :

الرقم المحلي : ..................... ٥٢٦ ..................... الرقم المركزي : ................... ١١٤١٢٧

اسم الحالة : محمود عراس سليم القراسية ..... الاسم الحركي : Redacted

الجنسية : ............ فلسطيني ............ رقم الهوية : 7612 Redacted

اسم المستفيد رباعي : عراس سليم قراسية ..... رقم الهوية : 4838
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : ساردية ياسين عبد المغني قراسية ..... رقم هوية الأم : 943 و Redacted

اسم هوية الزوجة : ..................... رقم هوية الزوجة : Redacted

تاريخ ومكان الميلاد : ٢/ ١٩٨٢ ـ الخليل . ..... البلد الأصلي : ـ الخليل

الديانة : ........ مسلم ........ الجنس : ذكر ..... الحالة الاجتماعية : أعزب

العمل السابق : طالب ـ معيد بوليتكنك ..... العمل الحالي :

المؤهل العلمي : سنة رابعة ـ قسم برمجة كمبيوتر ـ معهد بوليتكنك

تاريخ ورقم كتاب الاعتماد : .....................

تاريخ الاعتماد بالمؤسسة : .....................

ثانياً : معلومات ادارية :

الرتبة العسكرية : ..................... الرتبة التنظيمية : .....................

كتاب اعتماد الرتبة : ..................... رقم : ..................... تاريخ : .....................

تطورات المخصص السابق : ..................... الحالي : ..................... التعديلات : .....................

التنظيم التابع له : حركة المقاومة الاسلامية ( حماس ) القطاع : .....................

تاريخ الالتحاق بالثورة : ..................... تنظيميا : ..................... عسكريا : ..................... تفرعا : .....................

الدورات التي اجتازها : .....................

تاريخ ومكان الحادث : ٥ ١ ٢ ٢٠٠٢ حيفا

كيفية حدوث الحادث : عملية استشهادية في مدينة حيفا ربما اسرائيلية أدت الى مقتل عدد من اسرائيليين و جرح العدد منهم داستشهاد منفذ العملية .

موجز سيرته الذاتية :

المذكور من مواليد مدينة الخليل ابن لعائلة الوضاع المادية دراسية وعندما مه دراسته في مدينة الخليل بعد ذلك معهد البوليتكنك قضى برمجة كمبيوتر واستشهد في عملية في حيفا بتاريخ ٢٠٠٢/١/٥ .

سكن الاسرة : ملك : تم هدم المنزل ..... ايجار : ..................... مشترك :

الإيجار الشهري : .....................

العنوان الكامل : ..................... Redacted

رب تلفون : .....................

CONFIDENTIAL

Shatsky-JD00560

CONFIDENTIAL

ثالثاً : الجدول الأسري :  ★ متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين ثم الاخوة والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | عمرايت سليم القواسمة الوالد | الوالد | ١٩٥٠ Redacted | تخصص | موظف بشركة | متزوج | الخليل حارة (Redacted) |
| ٢ | Redacted | الوالدة | Redacted | تخصص | ست بيت | متزوجة | Redacted |
| ٣ | | اخ . | | تخصص | عامل | اعزب | |
| ٤ | | اخ . | | تخصص | عامل | اعزب | |
| ٥ | | زوجت | | تـ | ربة بيت | متزوجة | |
| ٦ | | اخت | | ثانوي عام | تـ تـ | متزوجة | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ........... ٢ ...........

– المتزوج : الزوجات والابناء القصر : ...........

٢- الاعزب : الوالدين والاخوة القصر : الوالد الرئيسي خمسة

ملاحظات على الجدول الاسري : لديجير للسكن اخوة جميع .

CONFIDENTIAL

CONFIDENTIAL

Shatsky-JD00562

ة ونوعها : الــشـ: محمود عمراه ســليم العزّاــمة

ة القسم :

١ء المذكور ايزر والداه مع مشـ الحياة والريجر للذكور اخوة وكبر
٢ء المذكور اــتشني عن علة معيشتة منها (استثماري)
٢ء يرجى اعتماره ــةـ٢ مـ ـنها انتفيه للامكة المباركة.

التاريخ : ٥.٥. .ب. ٢.٥التوقيع : ايـــ٢ ابرهرى ابى

## قرار مدير المؤسسة : (            )

التاريخ : ............................ التوقيع : ............................

## حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ............................

المجموع بالدينار : ............................

المجموع بالشيكل : ............................

## اعتماد المدير العام :

لعمر توست (سم شكوك اكعس اناه ....  ..ة ام)

ملاحظات التدقيق :

التاريخ ...........   التوقيع

ملاحظات الحاسب الآلي :

التاريخ   التوقيع

CONFIDENTIAL

Shatsky-JD00562

# Exhibit 99

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 7112[*]          Four-Part Name: Mahmoud Omran Salim Al-Qawasmeh Type of Document: Palestinian ID
Date of Birth:          Ministry: Hebron          Gender: unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| Redacted 7838 [*] | Omran Salim Suleiman Qawas[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL          Shatsky-JD00164-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| Last credit | 09/01/2021[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|


Redacted

CONFIDENTIAL                                                                                          Shatsky-JD00165-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00166-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00167-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 05/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 06/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 07/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 08/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 09/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 10/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 11/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 12/1/2020 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 01/1/2021 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 02/1/2021 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 03/1/2021 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |
| 04/1/2021 | Redacted 7838 [*] | Omran Salim Suleiman Qawasmeh | 1400 |

CONFIDENTIAL

Shatsky-JD00168-T

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية

مؤسسة رعاية اسر الشّهداء والجرحى

تاريخ الطباعة 31/05/2021



البيـــانـات الشخصية

النطقة الشخصية Redacted

تاريخ اــلاد

نوع الوثيقة : هوية فلسطينية        مجموع عمران سليم الزامشة        الاســم الرباعي / السيرة

الجنس : غير معروف        الجليل

الترجــــات

| النطم | ترجمة | الحالة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| ملف اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | الر. تاريخ | القيمة | نسبة او مبلغ | التاريخ | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | |

بيانات الحالة

| نوع الحــــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

بيانــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | القيمة | نسبة/قيمة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة الصصة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٨٣٨ | عمران سليم سليمان قواسمه | Redacted | | | نسبة | | ١٠٠ | | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | فئك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٨٣٨ | عمران سليم سليمان قواسمه | Redacted | | | Redacted | | |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021



بيانـــــــات الوقف

| سبب الإعفاء | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| Redacted | | | |
| ..ملف..ل الم..زمات | ٠١/٠٩/٢٠٢٠ | ٠١/٠٩/٢٠٢٠ | نهاية الإعتداد |
| | | ٠١/٠٩/٢٠٢١ | نهاية الأعتماد |

بيانـــــــات الرواتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00165

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00166

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|



Redacted

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31.05/2021    تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | اشهر |
|---|---|---|---|

Redacted

| الراتب | الاسم | رقم الهوية | اشهر |
|---|---|---|---|
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣١ | ٠/٠٤/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمش فواسمه | Redacted ٧٨٣٨ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمس فواسمه | Redacted ٧٨٣٨ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمس فواسمه | Redacted ٧٨٣٨ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمس فواسمه | Redacted ٧٨٣٨ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣٨ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣٨ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣٨ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣٨ | ٠/٠١/٢٠٢١ |
| ١٤٠٠ | عمران سليم سلمان فواسمه | Redacted ٧٨٣٨ | ٠/٠٢/٢٠٢١ |
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣٨ | ٠/٠٣/٢٠٢١ |
| ١٤٠٠ | عمران سليم سليمان فواسمه | Redacted ٧٨٣٨ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00168

# Exhibit 100

Confidential                                        Shatsky-JD00991-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority    | P.A. emblem |    [Arabic] Palestinian National Authority
Ministry of Social Affairs                                      Ministry of Social Affairs
M's F. & I. C. E                                     Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report

Case: <u>Aqsa Martyr</u>

**Name:** <u>Mohammad Mashhoor Mohammad Hashaika</u>

**Local number:** <u>723</u>          **Central number:** ___

**Governorate:** <u>Nablus</u>

**Date:** <u>5.2.2002</u>

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                                        Shatsky-JD00991-T

Confidential                                                    Shatsky-JD00992-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Mohammad Mashhoor Mohammad Hashaika | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: <sup>Redacted</sup> 8513 |
| **Beneficiary's full name**: Hanan Rabah Abd Al-Rahim Hashaika | **Identification no.**: <sup>Redacted</sup> 3068 |
| **Mother's full name**: Hanan Rabah Abd Al-Rahim Hashaika | **Mother's Identification no.**: <sup>Redacted</sup> 3068 |
| **Place and date of birth**: <sup>Redacted</sup>.1981 Nablus | **Place of origin**: Taluza |
| **Religion**: Muslim | **Sex**: Male | **Marital status**: Single |
| **Previous job**: No work | **Current job**: |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**:<br>     Education: High shcool | |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No**. | | **Date**: |
| **Developments in previous allowance**: | **Current**: | | **Changes**: |
| **Organizational affiliation**: Al-Aqsa Martyrs Brigades | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 3.21.2002 West Jerusalem / King George Street in West Jerusalem, near Sbarro restaurant.

**Details of the incident**: He was martyred during a martyrdom operation in West Jerusalem, which caused many deaths and injuries among the Israelis.

**Brief Biography**: The martyr was born in Nablus on <sup>Redacted</sup>.1981. He grew up in the village Taluza and studied in its schools until he graduated from high school. He joined the ranks of the police in the Palestinian National Authority in 1999. He finished his service in the police in 2002. Since he was a child, he loved his nation and was a lion cub [member of the children's movement] of Fatah in the Students' movement. During the Al-Aqsa Intifada he took part in several activities and armed confrontations against military camps and Israeli targets until he was martyred protecting Al-Aqsa.

| The family's residence: Owned: | Rented: | Shared: | ✓ |
|---|---|---|---|
| **Monthly rent**: | Redacted | | |
| **Full address**: | | | |
| **Nearest telephone**: | | | |

Confidential                                                    Shatsky-JD00992-T

Confidential                                                    Shatsky-JD00993-T

**Part 3: Family table:   * married – <u>single</u>**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | High school | Does not work | Married | Redacted |
| 2 | Hanan Rabah Abd Al-Rahim Hashaika | Mother | 1957 | Elementary | Housewife | Married | Taluza |
| 3 | Redacted | Brother | Redacted | ~~First~~ second year in university | Military man ~~Student~~ | [Illegible] | Redacted |
| 4 | | Sister | | High school | University student | Single | |
| 5 | | Brother | | 8th | Student | Single | |
| 6 | | Brother | | 4th | Student | Single | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: | | | | | | | |
| **If married: the wives and minor children:**. | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table**: The martyr's father suffers from a mental condition as a result of an accident | | | | | | | |

The account number of the beneficiary, the martyr's mother Hanan Rabah Abd Al-Rahim Hashaika: Redacted
"    "    "    "  "   "       "  "       "        Hanan Rabah Abd Al-Rahim Hashaika: Redacted

Confidential                                                    Shatsky-JD00993-T

Confidential                                                        Shatsky-JD00994-T

**Recommendations of the department**:   Martyr: <u>Mohammad Mashhoor Mohammad Hashaika</u>

- The martyr [was] single. Born in 1981. His parents are alive and he has 4 student siblings.
- The was martyred on 3.21.2002 during the execution of an operation in West Jerusalem near the Sbarro restaurant, which caused many deaths and injuries among the Israelis.
_ I recommend to confirm him as an Al-Aqsa Martyr.

_____ Date: <u>5.6.2002</u> Signature: [handwritten]

**Decision of the establishment's director**: (          )

_____
_____
_____

_____ Date: _____ Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general**:
To be confirmed as an Al-Aqsa Martyr as of 4.1.2002 and paid Redacted shekels

_____
_____

**Audit's notes**:              **Date**: 5.14.2002        **Signature**: [signature]

_____            _____
_____            _____
_____            _____

**Computerized notes**:          Date:                  Signature:

_____            _____
_____            _____

Confidential                                                        Shatsky-JD00994-T

# Original

CONFIDENTIAL

SHATSKY-JD00991



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



# بحث اجتماعي

الحالة : شهيد افمه

الاسم : محمد مشهور محمد شكايك

الرقم المحلي : ٧٦٣       الرقم المركزي :

المحافظة : الخليل

التاريخ : ٢٠٠٥/١/٤

Ramallah - Tel/ Fax : 02-2986268

إم الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

SHATSKY-JD00991

CONFIDENTIAL

SHATSKY-JD00992

## أولاً : معلومات ذاتية :

الرقم المركزي : ............................ الرقم المحلي : .............................

الاسم الحركي : ............................ اسم الحالة : ~~مشهور محمد مشالح~~

Redacted

~~رقم الهوية : ١٣~~ ـ Redacted الجنسية : ............

رقم الهوية : ............... اسم المستفيد رباعي : حنا رباح عبدالرحيم مشالح

Redacted

رقم هوية الأم : .............. اسم الأم الكامل : حنا رباح عبدالرحيم مشالح

Redacted

البلد الأصلي : ............ ~~نابلس~~ تاريخ ومكان الميلاد : ١٩٨١ .........

الجنس : .... ~~ذكر~~ الحالة الاجتماعية : ..... ~~أعزب~~ الديانة : .... ~~مسلم~~

العمل الحالي : .......................... العمل السابق : ...... ~~بدون عمل~~

تاريخ ورقم كتاب الاعتماد : ..............................

تاريخ الاعتماد بالمؤسسة : ........... المنصب الحالي : ...... ~~أمن وقائي~~

## ثانياً : معلومات ادارية :

الرتبة التنظيمية : ............................ الرتبة العسكرية : ..............

رقم : .......... تاريخ : ........... كتاب اعتماد الرتبة : ..............

رقم المذكرة : .......... المخصص الشهري السابق : ..............

القطاع : ........... التنظيم التابع له : ..... ~~كتائب شهداء الريمي~~

تنظيما : .......... عسكريا : ........... تاريخ الالتحاق بالثورة : ........... تفرعا : ..........

الدورات التي اجتازها : ............................

تاريخ ومكان الحادث : .......................

كيفية حدوث الحادث : ...................................

.......................................

## موجز سيرته الذاتية :

Redacted

..............................................

..............................................

..............................................

مشترك : .......... ايجار : .......... كن الأسرة : ملك : ..........

Redacted

جار الشهري

ـان الكامل : .........

، تلفون : ..........

SHATSKY-JD00992

CONFIDENTIAL
SHATSKY-JD00993

## ثالثاً : الجدول الأسري :  * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحائز | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | والده | Redacted | ثانوية عامة | لا دخل | متزوج | طبرية |
| ٢ | صنا برباع خراهم شابك Redacted | والده | ١٩٥٠ اسرائيلي | اسرائيلي | تجاري | متزوج | Redacted |
| ٣ | Redacted | | | استجمام الثانوية | طالب | طالب | غزار |
| ٤ | | | | ٢ س | م | طالب | اعزب |
| ٥ | | | | ٥ س | م | طالب | اعزب |
| ٦ | | | | رابع | | | |
| ٧ | | | | | | | |
| ٨ | | ; | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ..........................................................................

– المتزوج : الزوجات والابناء القصر : ..............................................

– الاعزب : الوالدين والاخوة القصر : ...............................................

ملاحظات على الجدول الأسري : والد المشرح ناي سطلات نسب اثر حادثه تعرصلت

Redacted

CONFIDENTIAL

SHATSKY-JD00994

**توصية القسم :** الرقم : محمد شهم رحمد مشكب

ابتشهد العزيز مدرالرحمن ١٩٨٨ ، والربيعي مريمه لك ايفه اشتاد لولادت

استشهم بتاريخ ١٩٨٤ ... انا تنفيذه عليك لقد لفريح اقرب دفع سوادر ولفن

استريم عم عتي وهج عند سم لمولنت

ادس اتفاق سبأ مدنريد لربتي

التاريخ : ١٩١٤ ٢٠٠٤ ...... التوقيع : ١٨ مس

**قرار مدير المؤسسة : (                    )**

التاريخ :                    التوقيع :

**حساب المخصص :**

| اساسي | زوجة | اولاد | أب | أم | الهوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

**اعتماد المدير العام :**

لصفيد سحميا ( مرشريا لرمن) لبيا كا بم ح / عت دلرم

**ملاحظات التدقيق :**

التاريخ ١٤/٥/٠   التوقيع

**ملاحظات الحاسب الآلي :**

التاريخ                    التوقيع

CONFIDENTIAL

SHATSKY-JD00994

# Exhibit 101

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: <sup>Redacted</sup> 8512[*]          Four-Part Name: Mohammad Mashhoor Mohammad Hashaika   Type of Document: Palestinian ID
Date of Birth: <sup>Redacted</sup>/1981          Ministry: Nablus          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 3068 | Hanan Rabah Abd Al-Rahim Hash[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00118-T

Palestinian National Authority   [Emblem of the Palestinian National Authority]   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Corona Emergency Extension | 08/01/2020 | 08/01/2020 | |
| Corona Emergency Extension | 08/01/2021[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00119-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend | |
|-------|--------|------|---------|--|
| | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00120-T

Palestinian National Authority      [**Emblem of the Palestinian National Authority**]      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00121-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 05/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 06/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 07/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 08/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 09/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 10/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 11/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 12/1/2020 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 01/1/2021 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 02/1/2021 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 03/1/2021 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |
| 04/1/2021 | Redacted 3068 | Hanan Rabah Abd Al-Rahim Hashaika | 1400 |

CONFIDENTIAL

Original

Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



البيانات الشخصية
البطاقة الشخصية: Redacted
تاريخ الميلاد: Redacted

الاسم: محمد مشهق محمد كشابكة
الشهارة: يعلن

نوع الوظيفة: فزية فلسطينية
الجنس: ذكر

الدرجات

| الاسم | من تاريخ | الى تاريخ | اللغة | الدرجة | الاسم |
|---|---|---|---|---|---|
| سلم اسر الشهداء الجديد | | Redacted | غير محددة | غير محددة | |

العلاقات والتخصصين

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او حلقة | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانات الحالة

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع الحرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/القيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | جئلان رباح عبد الرحيم حشربكه | Redacted | | نسبة | 100 | | | | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted | جئلان رباح عبد الرحيم حشر | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00118

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| بيانـــات الوقف | | |
|---|---|---|
| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
| Redacted | | | |
| تمديد طوارئ كورونا | ٠١٠٨/٢٠٢٠ | ٠١٠٨/٢٠٢٠ | |
| تمديد طوارئ كورونا | ٠١٠٨/٢٠٢١ | | |

بيانـــات الراتب في المنت

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00119

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00120

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | التقدير |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00121

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |
| ١/٠٤/٢٠٢٠ | ٨٠٦٠٠ . Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٥/٢٠٢٠ | ٨٠٦٠ . Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٦/٢٠٢٠ | ٨٠٦٠ ٣ Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٧/٢٠٢٠ | ٨٠٦٠ . Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٨/٢٠٢٠ | ٨٠٦٠ ٢ Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٩/٢٠٢٠ | ٨٠٦٠ . Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/١٠/٢٠٢٠ | ٨٠٦٠ . Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/١١/٢٠٢٠ | ٨٠٦٠ . Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/١٢/٢٠٢٠ | ٨٠٦٠ ٣ Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠١/٢٠٢١ | ٨٠٦٠ ٣ Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٢/٢٠٢١ | ٨٠٦٠ ٣ Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |
| ١/٠٣/٢٠٢١ | ٨٠٦٠ ٣ Redacted | حنان رباح عبد الرحيم حشايكه | ١٤٠٠ |

CONFIDENTIAL

Shatsky-JD00122