# Exhibit 104

Confidential                                                    Shatsky-JD00725-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian Liberation Organization    [Arabic] Palestinian Liberation Organization

M's F. & I. C. E                      Martyrs' Families and Injured Care Establishment

| PLO |
| emblem |

---

## Social Report    To be paid[*]

Legal Affairs
Internal Audit
FYI
[handwritten signature]
7.18.2016

        **Case**: Aqsa Martyr

**Name**: Mohammad Naser Mahmoud Tarayreh

**Local number**:                    **Central number**:

**Governorate**: Hebron

**Date**: 07.13.2016

(1)

---

Confidential                                                   Shatsky-JD00726-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Mohammad Naser Mahmoud Tarayreh | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: <sup>Redacted</sup>9649 |
| **Beneficiary's full name**: Naser Mahmoud Khalil Tarayreh<br>(Wife, father, mother, brother, sister) | **Identification no.**: <sup>Redacted</sup>2913 |
| **Mother's full name**: Raida Mustafa Mohammad Tarayreh | **Mother's Identification no.**: <sup>Redacted</sup>8313 |
| **Wife's name**: --- | **Wife's Identification no.**: --- |
| **Place and date of birth**: <sup>Redacted</sup>.1999 – Bani Na'im | **Place of origin**: Bani Na'im |
| **Religion**: Muslim | **Sex**: Male \| **Marital status**: Single |
| **Previous job**: Laborer | **Current job**: |
| **Education**: Ninth | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.**: | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: None | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: \| **As a full-time member**: | |
| **Training courses undertaken**: | | | |
| **Place and date of the incident**: 6.30.2016 – Kiryat Arba settlement | | | |
| **Details of the incident**: Summary execution on the pretext of stabbing an Israeli | | | |
| **Brief Biography**: The aforementioned completed ninth grade and moved on to helping his father at work. | | | |
| **The family's residence**: Possessed | | | |
| **Monthly rent**: | - | | |
| **Full address**: | Redacted | | |
| **Nearest telephone**: | | | |

(2)

Ramallah - Tel/Fax: 02-2986268

Confidential                                                   Shatsky-JD00726-T

Confidential                                                    Shatsky-JD00727-T

**Case name and type**: <u>The martyr Mohammad Naser Mahmoud Tarayreh</u>

**Recommendations of the department**:

1- The aforementioned is single, parents + 5 minor siblings
2- He became a martyr after being deliberately shot (summary execution) by Israeli soldiers.
3- He should be confirmed as an Al-Aqsa martyr.

**Date**:   07.13.2016   **Signature**: Aziza Jadallah [handwritten signature]

**Decision of the establishment's director**: ( Hebron )

The martyr is confirmed – the beneficiary is the father, Naser Mahmoud Khalil Tarayneh, ID number <sup>Redacted</sup>2913 [Redacted]

[Redacted] – the aforementioned is single – dependents are his parents + 5 minor siblings

Note: The martyr's body is still being held by the occupation forces as of this date.

**Date**: <u>07.13.2016</u>   **Signature**: <u>Amal Jaradat</u>

**Calculation of the allowance**:

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Shekels |
|-------|------|----------|--------|--------|----------------|------------------|
|       |      |          |        |        |                |                  |

Other increments:

Total in shekels:

**Legal Affairs Notes**:

There is no problem accepting the recommendation and confirming him as a martyr until the martyr dossier is completed, as his body is still being held by the occupation.

[Redacted]

**Date**: 7.19.2016 [handwritten]   **Signature**: [handwritten signature]

**Audit's Notes**:

There is no problem confirming him as an Al-Quds martyr beginning on 7.1.2016.

The martyr is single [redacted]

**Date**:   8.7.2016 [handwritten]   **Signature**: [handwritten]

**Confirmation of the director general**:

He is confirmed an Al-Aqsa martyr beginning on 7.1.2016, and will be paid [redacted] a month. [Redacted] to the first allowance paid to him.

**Date**:   8.7.2016 [handwritten]   **Signature**: [handwritten]

**Confirmation of the Establishment chairman**:

He is confirmed a martyr beginning on 7.1.2016 according to the regulations.

**Date**:  9.8.2016 [handwritten]   **Signature**: [handwritten]

(4)

Confidential                                                    Shatsky-JD00727-T

Confidential                                                   Shatsky-JD00728-T

**Part 3: Family table:**   **\* married – single**

**The name: The martyr Mohammad Naser Mahmoud Tarayreh**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Mother | Redacted | Tawjihi [general secondary examination] | Housewife | Married | Redacted |
| 2 | Naser Tarayreh | Father | 1971 | Tawjihi | Laborer | Married | Bani Na'im |
| 3 | | Sister | | None | None | Single | |
| 4 | Redacted | Brother | Redacted | Elementary school | Student | Single | Redacted |
| 5 | | Brother | | Eighth | Student | Single | |
| 6 | | Sister | | Sixth | Student | Single | |
| 7 | | Brother | | Seventh | Laborer | Single | |
| 8 | | Sister | | University | Student | Single | |
| 9 | | Brother | | Tawjihi | Laborer | Single | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |

**Number of dependents**: 7

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: The parents and five minor siblings

**Notes concerning the family table**: The martyr's body has not been delivered by 7.13.2016

(3)

Confidential                                                   Shatsky-JD00728-T

Original

CONFIDENTIAL

Shatsky-JD00725



PALESTINIAN LIBERATION ORGANIZATION

M's F . & I . C . E .

منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء و الجرحى

بســم اللــه الرحمـن الرحيـم

# بحث اجتماعي

## الحالة : شــهيد أقصـى

الاســـــم :   محمد ناصر محمود طرايرة

الرقم المحلي :   ..................   الرقم المركزي :   ..................

المحافظـــة :   الخليل

التاريـــــخ :   ٢٠١٦/٠٧/١٣

( ١ )

CONFIDENTIAL

Shatsky-JD00725

CONFIDENTIAL

Shatsky-JD00726

أولا : معلومات ذاتية :

| | | | |
|---|---|---|---|
| الرقم المحلي : | | الرقم المركزي : | |
| اسم الحالة : | محمد ناصر محمود طرايرة | الاسم الحركي : | |
| الجنسية : | فلسطيني | رقم الهوية : | ٩٦٤٩ Redacted |
| اسم المستفيد ( رباعي ) : | ناصر محمود خليل طرايرة | رقم الهوية : | ٢٩١٣ Redacted |
| ( الزوجة . الأب . الأم . الأخ . الأخت ) | | | |
| اسم ألأم كامل : | راندة مصطفى محمد ضرايرة | رقم هوية الأم : | ٨٣١٣ Redacted |
| اسم الزوجة : | | رقم هوية الزوجة : | - |
| تاريخ ومكان الميلاد : | ١٩٩٩ – بني نعيم Redacted | البلد الأصلي : | بني نعيم |
| الديانة : | مسلم | الجنس : ذكر | الحالة الاجتماعية : اعزب |
| العمل السابق : | طالب | العمل الحالي : | |
| المؤهل العلمي : | تاسع | | |
| تاريخ ورقم كتاب الاعتماد : | | | |
| تاريخ الاعتماد بالمؤسسة : | | | |

ثانيا : معلومات إدارية :

| | | | |
|---|---|---|---|
| الرتبة العسكرية : | | الرتبة التنظيمية : | |
| كتاب اعتماد الرتبة : | | رقم : | تاريخ : |
| تطورات المخصص السابق : | | الحالي : | التعديلات |
| التنظيم التابع له   بلا | | | القطاع : |
| تاريخ الالتحاق بالثورة : | | تنظيميا : | عسكريا : تفرغا |
| الدورات التي اجتازها : | | | |
| تاريخ ومكان الحادث : | ٢٠١٦/٦/٣٠ الخليل – مستوطنة كريات اربع | | |
| كيفية حدوث الحادث : | اعدام ميداني بحجة طعن اسرائيلي | | |

موجز سيرتة الذاتية :   المذكور اتم الصف التاسع وانتقل لمساعدة والده في العمر

| | |
|---|---|
| سكن الأسرة   ملك | |
| الإيجار الشهري : | - |
| العنوان الكامل : | Redacted |
| اقرب تلفون : | |

( ٢ )

CONFIDENTIAL

Shatsky-JD00726

اسـم الحالة ونوعها   : الشهيد / محمد ناصر محمود طرايرة

**توصية القسم :**

١-   المذكور اعزب الوالدين + ٥ اخوة قصر .

٢-   استشهد نتيجة إطلاق الرصاص عليه بشكل متعمد ( إعدام ميداني ) من قبل الجنود الإسرائيليين .

٣-   يرجى اعتماده شهيد من شهداء الأقصى .

التاريخ  : ٢٠١٦/٠٧/١٣         التوقيع   : عزيزة جاد الله

## قرار مدير المؤسسة : ( الخليل )

يعتمد شهيد  –المسـتفيد الوالد ناصر محمود خليل طرايرة هوية رقم ٩١٣ ر Redacted        Redacted

–  المذكور أعزب – المعالين الوالدين + ٥ أخوة قصر        Redacted

ملاحظة : ما زال جثمان الشهيد محتجز لدى قوات الاحتلال حتى تاريخه

التاريخ : ٢٠١٦/٠٧/١٣         التوقيع : امل جرادات

حساب المخصص :

| أساسي | زوجة | أولاد | اب | ام | اخوة قصر | المجموع بالشيكل |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

علاوات أخرى : ...............................................................

المجموع بالشيكل : ...........................

ملاحظات الشؤون القانونيه : .................................................

.................................... Redacted ............................

التاريخ : ١٩/ ٧ /١٦ .٢٠    التوقيع :

ملاحظات الرقابة و التدقيق : ..................................................

................................................... 1.7.201 ..............

.................... Redacted .......... المزن .

التاريخ : 7. 8 .201    التوقيع :

اعتماد المدير العام

بعض .......... Redacted ...................................

.......................... Redacted ...................

التاريخ : ٢٠١٦/٠٨ ..... التوقيع : مجمع

اعتماد رئيس المؤسسة :

........................... ٢٠١٦/٧/١ ...............

..... حسين الكاله .......................................

التاريخ : ٢٠١٦/٨/٩ . التوقيع :

( ٤ )

CONFIDENTIAL

Shatsky-JD00728

ثالثا : الجدول الأسري : * متزوج  _  أعزب

الاسم : الشهيد / محمد ناصر محمود طرايرة

١.   المتزوج يسجل الزوجات والأبناء القصر أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين ثم الإخوة

٢.   الأعزب: يسجل الوالدين والإخوة القصر أولا ثم الإخوة فوق سن الإنتاج

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة الاجتماعية | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوجة | ربة بيت | توجيهي | Redacted | الوالدة | Redacted | ١. |
| بني نعيم | متزوج | عامل | توجيهي | ١٩٧١ | الوالد | ناصر طرايرة | ٢. |
| Redacted | انسه | بلا | بلا | Redacted | الاخت | Redacted | ٣. |
| | اعزب | طالب | ابتدائي | | الاخ | | ٤. |
| | اعزب | طالب | ثامن | | الاخ | | ٥. |
| | انسه | طالبه | سادس | | الاخت | | ٦. |
| | اعزب | عامل | سابع | | الاخ | | ٧. |
| | انسه | طالبه | جامعي | | الاخت | | ٨. |
| | اعزب | عامل | توجيهي | | الاخ | | ٩. |
| | | | | | | | ١٠. |
| | | | | | | | ١١. |
| | | | | | | | ١٢. |
| | | | | | | | ١٣. |
| | | | | | | | ١٤. |
| | | | | | | | ١٥. |
| | | | | | | | ١٦. |
| | | | | | | | ١٧. |
| | | | | | | | ١٨. |

عدد المعالين : __ ٧

– المتزوج الزوجات والأبناء القصر : _____

– الأعزب الوالدين والإخوة القصر : الوالدين + ٥ أخوة قصر

ملاحظات على الجدول الأسري :  لم تسلم جثة الشهيد حتى هذا التاريخ ٢٠١٦/٧/١٣

( ٣ )

# Exhibit 105

Palestinian National Authority  [Emblem of the Palestinian National Authority]  Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 9649   Four-Part Name: Mohammad Naser Mahmoud Tarayreh   Type of Document: Palestinian ID
Date of Birth: Redacted /1999[*]   Ministry: Hebron   Gender:  Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 2913 | Naser Mahmoud Khalil Tarayreh | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 2913 | Naser Mahmoud Khalil Tarayreh | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00241-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| Last credit | 09/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00242-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 05/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 06/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 07/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 08/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 09/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 10/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 11/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 12/1/2020 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 01/1/2021 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |
| 02/1/2021 | Redacted 2913 | Naser Mahmoud Khalil Tarayreh | 1400 |

CONFIDENTIAL

Shatsky-JD00243-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| 03/1/2021 | Redacted 2913 | Nasser Mahmoud Khalil | 1400 |
| 04/1/2021 | Redacted 2913 | Nasser Mahmoud Khalil | 1400 |

CONFIDENTIAL                                                          Shatsky-JD00244-T

# Original

Palestinian National Authority



الـسـلـطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    3، 05/2021



البيـانـات الشخصية
البطاقة الشخصية | Redacted ٩٦٤٩ | الإســم الرباعي | محمد ناصر محمود طرايره | نوع الوثيقة | هوية فلسطينية
تاريخ الميـلاد | Redacted ١٩٦٩ | الـوزارة | الخليل | الجنس | ذكر

الدرجـــات

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

بيـانـات نجاة

| نوع الـصــفة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | . | غير محدد | |

بيانـات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة\قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة للقسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٢٩١٣ | ناصر محمود خليل طرايره | Redacted | | نسبة | ١٠٠ | . | . | . | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٩١٣ | ناصر محمود خليل طرايره | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00241

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

بيانـــــــــات الوقف

| سبب الإعادة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| | Redacted | | |
| استكمال المعلومات | ٢٠٢١/٠٩/٠١ | ٢٠٢٠/٠٩/٠١ | نهاية الاعتماد |
| | | ٢٠٢١/٠٩/٠١ | نهاية الاعتماد |

بيانـــــــــات الراتب للشهر في البنك

| الراتب | الاسم | رقم الهوية | للشهر |
|---|---|---|---|
| | Redacted | | |



CONFIDENTIAL

Shatsky-JD00242

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة: 31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/٤/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/٥/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/٦/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/٧/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/٨/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/٩/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/١٠/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/١١/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢٠/١٢/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢١/١/٠١ |
| ١٤٠٠ | ناصر محمود خليل طرابيره | Redacted ٧٩١٣ | ٢٠٢١/٢/٠١ |

CONFIDENTIAL

Shatsky-JD00243

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021    تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | الرتب |
|---|---|---|---|
| ١/٠٣/٢٠٢١ | Redacted ٢٩١٣ | ناصر محمود خليل طرايره | ١٤٠٠ |
| ١/٠٤/٢٠٢١ | Redacted ٢٩١٣ | ناصر محمود خليل طرايره | ١٤٠٠ |

CONFIDENTIAL

Shatsky-JD00244

# Exhibit 106

Confidential                                                    Shatsky-JD00844-T



In the name of Allah, the Gracious, the Merciful

lestinian National Authority       | P.A. |      [Arabic] Palestinian National Authority
y of Social Affairs                | emblem |              Ministry of Social Affairs
F. & I. C. E                        |        |    Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr</u>

**Name**: <u>Mu'awiya Muhammad Ahmad Jarari'a</u>

**Local number**:  <u>599</u>                    **Central number**: <u>012934</u>

**Governorate**: <u>[Illegible]</u>

**Date**: <u>7.8.2001</u>

Ramallah - Tel/Fax: 02-2986268              Ramallah - Tel/Fax: 02-2986268

Confidential                                                    Shatsky-JD00844-T

Confidential                                          Shatsky-JD00845-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Mu'awiya Muhammad Ahmad Jarari'a | **Code name**: <sup>Redacted</sup> 6127 |
| **Nationality**: Palestinian | **Identification no.**: |
| **Beneficiary's full name**: Redacted <br> (wife (father) mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Nahla Mahmoud Fares Jarari'a | **Mother's Identification no.**: <sup>Redacted</sup> 7621 |
| **Wife's name**:   \ | **Wife's Identification no.**:  \ |
| **Place and date of birth**: <sup>Redacted</sup>.1974 Asira Al-Shimaliya | **Place of origin**: Asira Al-Shimaliya |
| **Religion**: Muslim | **Sex**: Male | **Marital status**: Single |
| **Previous job**: Driver at a company | **Current job**: |
| **Education**: Tawjihi [General Secondary Education] | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: Hamas | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 7.30.1996 Jerusalem – Mahne Yehuda Market

**Details of the incident**: He was martyred as a result of his martyrdom operation at Mahne Yehuda Market in Jerusalem, which caused the death of 16 Jews and injured many. His partner Taqfiq Ali Muhammad [cut off] was martyred with him in the operation.

**Brief Biography**: The martyr was born in Asira Al-Shimalya in the Nablus Governorate in 1974. He studied until junior high in the village's schools and earned a Twjihi certificate in Agriculture from Al-Arub Agricultural College. He worked as a driver in a company in Nablus. He joined the ranks of Hamas and was deported by the Israeli authorities before [illegible] of the [Palestinian] Authority [illegible] killing an Israeli officer in [illegible]. After the entry of the [Palestinian] Authority he was arrested by the Authority. He escaped from prison with three friends and then executed a martyrdom operation along with his partner, Tawfiq Ali Yassin[*] in Jerusalem. The Israeli authorities demolished the house of [cut off].

| **The family's residence: Owned**: ——— **Rented**: | **Shared**: |
|---|---|
| **Monthly rent**: | Redacted |
| **Full address**: | |
| **Nearest telephone**: | |

Abu Hassan

Confidential                                          Shatsky-JD00845-T

Confidential                                      Shatsky-JD00846-T

**Part 3: Family table:   * married - single**

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | 7th | Does not work | Married | Redacted |
| 2 | Nahla Mahmoud Fares Jarari'a | Mother | 1933 | Illiterate | Housewife | Married | "    " |
| 3 | Redacted | Sister | Redacted | Tawjihi | Clerc [illegible] | Married | Redacted |
| 4 | | Sister | | Junior high | Housewife | Married | |
| 5 | | Brother | | Institute diploma | \ | Married | |
| 6 | | Sister | | Tawjihi | Housewife | Married | |
| 7 | | Sister | | Institute diploma | Teacher | Married | |
| 8 | | Sister | | Tawjihi | Housewife | Married | |
| 9 | | Brother | | Junior high | Laborer | Married | |
| 10 | | Brother | | Decoration diploma | Laborer | Married | |
| 11 | | Sister | | Tawjihi | Housewife | Married | |
| 12 | | Sister | | Institute | Housewife | Married | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents:** | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table**: Account number of the martyr's father, Muhammad Ahmad Nasrallah Jarari'a ^Redacted 846\6 Arab Bank | | | | | | | |

Confidential                                      Shatsky-JD00846-T

Confidential                                          Shatsky-JD00847-T

Martyr Mu'awiya Muhammad

**Recommendations of the department:**

- The martyr [was] single. Born in 1974. His parents are alive. All his siblings are married.
- He was martyred when he executed a martyrdom operation in Jerusalem on 7.30.97
- For your attention.

_____   Date: <u>7.8.2001</u> Signature: [handwritten]

**Decision of the establishment's director:** (   Nablus     )

<u>The martyr [was] single. He was martyred when he executed a martyrdom operation in Jerusalem on 7.30.97</u>

<u>I recommend to confirm him as a martyr.</u>

_____   Date: <u>7.262001</u> Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

<u>He is to be confirmed as martyr as of 7.1.2001 and be paid 688 shekels a month.</u>

_____

_____

**Audit's notes:**            **Date**: 7.28.2001        **Signature**: [signature]

_____       _____

_____       _____

_____       _____

**Computerized notes:**       Date:                  Signature:

_____       _____

_____       _____

Confidential                                          Shatsky-JD00847-T

Original

SHATSKY-JD00844





السلطة الوطنية الفلسطينية

National Authority

وزارة الشؤون الإجتماعية

f Social Affairs

مؤسسة رعاية أسر الشهداء والجرحى

. & I. C. E.

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : _____ شهيد _____

الاسم : _____ معاريف محمد أحمد مارف _____

الرقم المحلي : ٥٩٩ _____ الرقم المركزي : ٠١٤٩٣٤

المحافظة : _____ ليسرى _____

التاريخ : ٢٠٠٢/١١/٨ _____

Ramallah - Tel/ Fax  02-2986268          رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL                                          SHATSKY-JD00844

CONFIDENTIAL

SHATSKY-JD00845

## أولا : معلومات ذاتية :

| | | | |
|---|---|---|---|
| الرقم المركزي : | **Redacted** | الرقم المحلي : | |
| الاسم الحركي : ٦١٢٧ | | اسم الحالة : معاويه محمد احمد جراعت | |
| رقم الهوية : | | الجنسية : فلسطيني | |
| رقم الهوية : **Redacted** | **Redacted** | اسم المستفيد رباعي ( الزوجة ، الأب ، الأم ، الأخ ، الأخت ) | |
| رقم هوية الأم : ٦٦٧ **Redacted** | | الأم الكامل : نهى محمود خريس جراعت | |
| رقم هوية الزوجة : / | | اسم الزوجة : | |
| البلد الأصلي : عصيرة الشمالية | تاريخ ومكان الميلاد : ١٩٧٢ عصيرة الشمالية **Redacted** | | |
| الجنس : ذكر | الحالة الاجتماعية : اعزب | الديانة : مسلم | |
| | | العمل السابق : سائق العمل الحالي : | |
| | | المؤهل العلمي : توجيهي | |
| | | تاريخ ورقم كتاب الاعتماد : | |
| | | تاريخ الاعتماد بالمؤسسة : | |

## ثانياً : معلومات ادارية :

| | |
|---|---|
| الرتبة التنظيمية : | الرتبة العسكرية : |
| رقم : تاريخ : | كتاب اعتماد الرتبة : |
| الحالي : التعديلات : | تطورات المخصص السابق : |
| القطاع : | التنظيم التابع له : حماس |
| تنظيما : عسكريا : تفرغا : | تاريخ الالتحاق بالثورة : |

الدورات التي اجتازها :

تاريخ ومكان الحادث : ١٠/١/١٩٩٧ المسن سويدنخانيه بهرا .

كيفية حدوث الحادث : استشهد اثر تربله عليه استشهادي في سويدخانيه بهرا/بالمسن
بتجمع شو بتو ١٦ بهودي واصابت عدد كبير بجرح . واستشهدنه بتش لعليه زبله توصور لهرك

## موجز سيرته الذاتية :

الشهيد معاويه المزيتول عصيره الشمالية بنيار بالس عام ١٩٧٢ ، ويرى من الله اكبر بخاصه بدار كله مربته رحصل من توجهي
منع يراني سر كتب بهروب لزرايه ، ثم سائق لدى شركة بالس القم الصنيت حماس وتفرض ورت من لفان
الاسرائلت ن بمرا للله شوصن بضع في ضابط اسرائلي بالام بعد وضل له لعمل لدى لله احفازي هربس
بخصون سربلت نتم بشهر جمح استشهده مع زبله توصون بلم نه لمسن ، وتم لنت الدفار الاسرائلي بمربته ولم ند
سكن الاسره : ملك : ايجار : مشترك :

| | |
|---|---|
| الإيجار الشهري : | |
| العنوان الكامل : | **Redacted** |
| أقرب تلفون : | |

الوجاه

CONFIDENTIAL

SHATSKY-JD00846

ثالثاً : الجدول الأسري :  * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة .
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | والد | Redacted | سبايخ | لا يعمل | متزوج | Redacted |
| ٢ | زينب محمد فارس حربت | والدة | ١٩٢٢ | اميت | ربة ست | متزوجة | ـ |
| ٣ | Redacted | Redacted | Redacted | توجهي | مواطنة | متزوج | Redacted |
| ٤ | | | | اعدادي | ربة ست | متزوجة | |
| ٥ | | | | دبلوم تجاره | ـ | متزوج | |
| ٦ | | | | توجيهي | ربة ست | متزوجة | |
| ٧ | | | | دبلوم تجاره | مدرس | متزوج | |
| ٨ | | | | توجيهي | ربة ست | متزوجة | |
| ٩ | | | | اعدادي | عامل | متزوج | |
| ١٠ | | | | دبلوم تمكين | عامل | متزوج | |
| ١١ | | | | توجيهي | ربة ست | متزوجة | |
| ١٢ | | | | بصري | ربة ست | متزوجة | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : .........................................................

– المتزوج : الزوجات والابناء القصر : ..............................................

– الاعزب : الوالدين والاخوة القصر : ..............................................

ملاحظات على الجدول الاسري : .........................................................

رقم ... السري / محا احمد صلاح ملحس ٦ / ٤٦٨٤ البلغ العزي

CONFIDENTIAL

SHATSKY-JD00846

CONFIDENTIAL
SHATSKY-JD00847

توصية القسم :

قرار مدير المؤسسة : ( ثــبـــت )

حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات التدقيق :

التاريخ ـــــــ     التوقيع ـــــــ

ملاحظات الحاسب الآلي :

التوقيع          التاريخ

CONFIDENTIAL
SHATSKY-JD00847

Exhibit 107

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: <sup>Redacted</sup>6137                Four-Part Name: Muawiya Mohammad Ahmed Jarari'a        Type of Document: Palestinian ID
Date of Birth: <sup>Redacted</sup>/1984[*]      Ministry: Nablus        Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted7621 | Nahla Mahmoud Fares Jarari'a | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | |

| ID No. | Name | | | Start Date | End Date | Bank | Branch | Account No. | Central No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted7621 | Nahla Mahmoud Fares Jarari'a | | | | | | | | | |

CONFIDENTIAL                                                                Shatsky-JD00052-T

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 12/01/2020 | 12/01/2020[*] | Information completed |
| Last credit | 12/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00053-T

Palestinian National Authority      **[Emblem of the Palestinian National Authority]**      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL                                                            Shatsky-JD00054-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00055-T

Palestinian National Authority    [Emblem of the Palestinian National Authority]    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 05/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 06/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 07/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 08/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 09/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 10/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 11/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 12/1/2020 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 01/1/2021 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 02/1/2021 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 03/1/2021 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |
| 04/1/2021 | Redacted 7621 | Nahla Mahmoud Fares Jarari'a | 1400 |

CONFIDENTIAL

Shatsky-JD00056-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

البيـــانات الشخصيـــة

| | نوع نوتيـفة : هوية فلسطينية | الاسم الرباعي : معلومه محمد احمد جرار عام ... | بطاقة شخصية : Redacted |
|---|---|---|---|
| الجنس : ذكر | السورة : ... | تاريخ الميـلاد : Redacted |

الترجيــــات

| الصفر | درجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محدد | غير محدد | Redacted | |

العلاوات و تخصيات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانـــات الجبهة

| نوع الحسـاب : | من تاريخ | الى تاريخ | نسبة الاعالة | نوع الاعالة | نوع الاقرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد : | |

بيانـــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة الاعالة | ادبة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة تقسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | | | | |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم احتساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٩١١١ | هبه محمود فارس جرار عم | Redacted | | ١٠٠ | نسبة | | لا يوجد قسمة |
| Redacted ٦٦١ | هبة محمود فارس جرار عم | Redacted | | Redacted | Redacted | | Redacted |

CONFIDENTIAL

Shatsky-JD00052

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

بيانـــــات الوقف

| سبب الاعدة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| Redacted ||||
| استكمال المعلومات | ٢٠٢٠/٣/١٢٠ | ٢٠٢٠/٢/١٢٠ | أ- استكمال المعلومات |
|  |  | ٢٠٢١/٢/١٢٠ | استكمال المعلومات |

بيانـــــات اولئك في البند

| الرتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00053

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|-----------|-------|



Redacted

CONFIDENTIAL

Shatsky-JD00054

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021    تاريخ الطباعة

| الرقم | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00055

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الشهر | رقم الهوية | الأسم | الراتب |
|---|---|---|---|
| Redacted | | | |
| ٢٠١٠/٤/١٠ | Redacted ٦٦١ | نهله محمود فارس جرازعه | ١٤٠٠ |
| ٢٠١٠/٥/١٠ | Redacted ٦٦١ | نهله محمود فارس جرازعه | ١٤٠٠ |
| ٢٠١٠/٦/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢٠/٧/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١١٠٠ |
| ٢٠٢٠/٧/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢٠/٢/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢٠/٢/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢٠/٢/١١ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢١/٢/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢١/٢/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١١٠٠ |
| ٢٠٢١/٢/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |
| ٢٠٢١/٤/١٠ | Redacted ٦٦١ | نهله محمود فارس جراعه | ١٤٠٠ |

CONFIDENTIAL

Shatsky-JD00056