# Exhibit 109

Confidential                                          Shatsky-JD01078-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr of Al-Aqsa Intifada</u>

**Name**: <u>Muhammad Kzid Faysal Bastami</u>

**Local number**:   <u>861</u>                    **Central number**:

**Governorate**: <u>Nablus</u>

**Date**: <u>[Illegible]</u>

Ramallah - Tel/Fax: 02-2986268                    Ramallah - Tel/Fax: 02-2986268

Confidential                                          Shatsky-JD01078-T

Confidential                                          Shatsky-JD01079-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Muhammad Kzid Faysal Bastami | **Code name**: |
| **Nationality**: Palestine | **Identification no.**: Redacted 7090 |
| **Beneficiary's full name**: Kzid Faysal Farid Bastami<br>(wife, father, mother, brother, sister) | **Identification no.**: Redacted 6955 |
| **Mother's full name**: [Illegible] Omar Hamed Bastami | **Mother's Identification no.**: Redacted 2442 |
| **Wife's name**:                    / | **Wife's Identification no.**:              / |
| **Place and date of birth** Redacted .1983 Nablus | **Place of origin**: Nablus |
| **Religion**: Muslim | **Sex**: Male          **Marital status**: Single |
| **Previous job**: University student | **Current job**:  / |
| **Education**:  Student, first year in Al-Najah [University] Social Science Department | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: Hamas | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 10.27.2002 The Settlement of Ariel

**Details of the incident**: He was martyred when he executed a martyrdom operation in the Settlement of Ariel, which caused the death of several [soldiers] in the Israeli army, including Captain Tamir Masad, a high-ranking Israeli officer. A few people were severely injured.

**Brief Biography**: The martyr Muhammad was born in Nablus on Redacted .1983. He grew up in Nablus, where he graduated from high school. He then joined Al-Najah University's Social Science Department, "Computer Programming", and completed the first year. He grew up in a religious family and served as an example of a devoted religious person who is committed to the religious duties. He taught the recitation of the Quran to children [illegible]. He took part in the activities of the Al-Aqsa Intifada, including the clandestine activity, until he was martyred when he did his duty of sacrifice for the sake of Al-Aqsa and freedom [illegible]. It should be noted that the martyr was one of the pupils of [cut off] the martyr Hamed[*] al-Sadr[*] who was assassinated one week before the martyr.

| | | |
|---|---|---|
| **The family's residence: Owned**: | **Rented**:      / | **Shared**: |
| **Monthly rent**: 650 Dinar each year | | |
| **Full address**: | Redacted | |
| **Nearest telephone**: | | |

Confidential                                          Shatsky-JD01079-T

Confidential                                          Shatsky-JD01080-T

**Part 3: Family table:   * married – single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Kzid Faysal Farid Bastami | Martyr's father | 1949 | Junior high | Unemployed | Married | Nablus |
| 2 | Redacted | Martyr's mother | Redacted | 1st high school | Housewife | Married | Redacted |
| 3 | | Sister | | B.A. [illegible] | Housewife | Married | Management |
| 4 | | Brother | | B.A. Commerce | Clerk Unemployed | Married Single | |
| 5 | | Sister | | B.A. Commerce | University student | Married | Management |
| 6 | | Brother | | B.A. Commerce 8th elementary | Student | Single | |
| 7 | | Brother | | 4th elementary | Student | Single | |
| 8 | | Brother | | 4th elementary | Student | Single | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings**: 5 | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |
| The account number of the beneficiary, the martyr's father, Kzid Faysal Farid Bastami | | | | | | | |
| "     "      "     "  "     "          "   "      " , Kzid Faysal Farid Bastami  Redacted | | | | | | | |

Confidential                                          Shatsky-JD01080-T

Confidential                                               Shatsky-JD01081-T

Martyr [cut off]

**Recommendations of the department:**

- The martyr [was] single. Born in 1983. University student. His parents are alive and he has three student siblings.

- He was martyred on 10.27.2002 during the execution of a martyrdom operation inside the Settlement of Ariel.

- I recommend to confirm him as an Al-Aqsa Intifada Martyr.

…………………………………………………………………………………………

_____   Date: 12.1.2002 Signature: [handwritten]

**Decision of the establishment's director:** (    Nablus      )

- The martyr [was] single. His parents are alive. He was martyred on 10.27.2002 during the execution of a martyrdom operation in the Settlement of Ariel.

To be confirmed as an Al-Aqsa Martyr.

_____   Date: 12.24.2002 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

To be confirmed an A-Aqsa Martyr as of 11.1.2002 and paid Redacted

_____

_____

**Audit's notes:**          **Date:**      12.30.200      **Signature:** [signature]

_____      _____

_____      _____

_____      _____

**Computerized notes:**      Date:                    Signature:

_____      _____

_____      _____

Confidential                                               Shatsky-JD01081-T

# Original

Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.



أل لطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



بحث اجتماعي

الحالة : ستشهيد انتفاضة الأقصى

الاسم : محمد كزبر فضل بطاط

الرقم المحلي : ١٦١ ٨    الرقم المركزي :

المحافظة : الخليل

التاريخ : ٢٠٠٤

CONFIDENTIAL

SHATSKY-JD01079

لا ... ومانذ.ــ ية

الرقم المحلي : ............................ الرقم المركزي : ............................

اسم الحالة : محمد كريم ديجل بطاي ........ الاسم الحركي : ............................

الجنسية : فلسطيني ........ **Redacted** رقم الهوية : ....**Redacted**....

اسم المستفيد رباعي : كريم ديجل حربي بطاي ....... رقم الهوية : .....١٩٥٥.... **Redacted**
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : .................... رقم هوية الأم : **Redacted**

اسم الزوجة : .................... رقم هوية الزوجة : ....................

تاريخ ومكان الميلاد : ١٩٨٢ بالـ... **Redacted** البلد الأصلي : بابلين

الديانة : مسلم ........ الجنس : ذكر ........ الحالة الاجتماعية : اعزب

العمل السابق : طالب جامعي ........ العمل الحالي : /

المؤهل العلمي : طالب سنة ادنى كلية جمع لباح

تاريخ ورقم كتاب الاعتماد : ....................

تاريخ الاعتماد بالمؤسسة : ....................

## ثانياً : معلومات ادارية :

الرتبة العسكرية : .................... الرتبة التنظيمية : ....................

كتاب إعتماد الرتبة : ........ رقم : ........ تاريخ : ....................

تطورات المخصص السابق : ........ الحالي : ........ التعديلات : ....................

التنظيم التابع له : حماس ........ القطاع : ....................

تاريخ الالتحاق بالثورة : ........ تنظيما : ........ عسكريا : ........ تفرغا : ....................

الدورات التي اجتازها : ....................

تاريخ ومكان الحادث : ١١/١/٢٠٠١ ........ مستوطنة ارائيل

كيفية حدوث الحادث : استشهد أثناء نفذ عملية على مستوطنة ارائيل
دائرة اريئيل بعملية عرفتها جيش اسرائيل سيم الكبير تامر بدار تمركا لقتل ارائيل
اصابته خمسة جرح اصابات خمسة .

## موجز سيرته الذاتية :

ولد الشهيد محمد كريم بطاي عام ١٩٨٢ نشأ وترعرع في قرية باين حياته حياة سور كل
عائل اسرة كابدت في كلية نجح الفلاح ... ترتبت كبرت ، دائرة اسرائيل لكلبلة ... نشأت طبيعة في اسرة
نشية وكبر حالة دراسة اليا ... وترعرع وطلام الرابعة ... لمحت ... نحيط لمها الرسائل للم بتدريسه
وعمرة هيل له للمأ ... وذلك له شهادة ... ميشاركة شهمرة للرئيس ... من سفح ... وليسه وله ... وراد
سكن الاسرة : ملك : ........ ايجار : ........ مشترك : حيا ... الدين ... ولم ... ودرك ... دفع

الإيجار الشهري : ٥٦٠ بالشهري ........ **Redacted**

العنوان الكامل : ....................

أقرب تلفون : ....................

CONFIDENTIAL

SHATSKY-JD01079

CONFIDENTIAL
SHATSKY-JD01080

ثالث : الـتـصـو و الأسـرى :      ج - أ :

١- المتزوج : يسجل  زوجات والابناء القصر او  ثم الابناء فوق سن الانتاج ، الوالدين والاخرة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا  ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | والد  الاسرة | ١٩٩٩ | ابرادب | منزلي | متزوج | بالسن |
| ٢ | Redacted | Redacted | | اول ثانوي | ربتت منزل | متزوجة | Redacted |
| ٣ | | | | | ربتت مست | متزوجة | |
| ٤ | | | | كلاليت قدم | بركبي | متزوج | |
| ٥ | | | | سنة ثالث | طالبطلبه | تزوجى | |
| ٦ | | | | تانى ثانى | طالب | اعزب | |
| ٧ | | | | رابع سنه | طالب | اعزب | |
| ٨ | | | | رابع سنه | طالب | اعزب | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ........................................

- المتزوج : الزوجات والابناء القصر : .....................

- الاعزب : الوالدين والاخوة القصر : ..............

ملاحظات على الجدول الاسري +

تم حساب  لـتـمـيـد الـراتـب  كـريـسـيـم صـبـر بـطاى
ـ       ـ  ـ  ـ     كـريـسـيـم صـبـر بـطاى

Redacted

CONFIDENTIAL
SHATSKY-JD01080

CONFIDENTIAL
SHATSKY-JD01081

**توصية القسم :**

- *(نص مكتوب بخط اليد)*
- *(نص مكتوب بخط اليد)*
- *(نص مكتوب بخط اليد)*

التاريخ : ١١/١٠/٢٠٠٢م .................... التوقيع :

**قرار مدير المؤسسة :( نائب )**

- *(نص مكتوب بخط اليد)*
- *(نص مكتوب بخط اليد)*
- *(نص مكتوب بخط اليد)*

التاريخ : ٢٠٠٢/٥/٤م ......... التوقيع :

**حساب المخصص :**

| أساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|-------|------|-------|----|----|----------|------------------|
|       |      |       |    |    |          |                  |

علاوات أخرى : ....................................

المجموع بالدينار : ....................................

المجموع بالشيكل : ....................................

**اعتماد المدير العام :**

Redacted

*(نص مكتوب بخط اليد)*

**ملاحظات التدقيق :**

التاريخ ٢/١٤/ .......... التوقيع

....................................

....................................

**ملاحظات الحاسب الآلي :**

التاريخ .......... التوقيع

....................................

....................................

SHATSKY-JD01081

# Exhibit 110

Palestinian National Authority　　　　[Emblem of the Palestinian National Authority]　　　Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 7090[*]　　　　Four-Part Name: Muhammad Kzid Faysal Bastami　　　Type of Document: Palestinian ID
Date of Birth: Redacted /1982　　　Ministry: Nablus　　　　　　　　　　　　　Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|-------|-------|-------|-----------|----------|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|------|-----------|----------|-------|---------------------|-----------|--------|------------------|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|-----------|-----------|----------|----------------------|-----------------|---------------|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|--------|------|-----------|----------|-------------------|-----------|-----------------|----------|--------------------|-----------------------|-------------|
| Redacted 6955 | Kzid Faysal Farid Bastami | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|--------|------|-----------|----------|------|--------|-------------|-------------|
| Redacted 6955 | Kzid Faysal Farid Bastami | Redacted | | | | Redacted | |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　Shatsky-JD00149-T

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 01/01/2021[*] | 01/01/2021 | Information completed |
| Information completed | 03/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00150-T

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL                                          Shatsky-JD00151-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00152-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | _Redacted_ | |
| 04/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 05/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 06/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 07/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 08/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 09/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 10/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 11/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 12/1/2020 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 01/1/2021 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 02/1/2021 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 03/1/2021 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |
| 04/1/2021 | Redacted 6955 | Kazid Faysal Farid Bastami | 1400 |

CONFIDENTIAL

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

البيـــانـــات الشخصيــة

| نوع الوثيقة | هوية فلسطينية | | | الاسم الرباعي | محمد كريم فيصل بسطامي | بطاقة الشخصية | Redacted |
|---|---|---|---|---|---|---|---|
| الجنس | ذكر | | | الوزارة | قابلس | تاريخ الميـلاد | Redacted |

الدرجـــــــات

| المبلغ | | الدرجة | | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|---|---|
| سلم أسر الشهداء الجديد | | غير محددة | | غير محددة | Redacted | |

البلاغات والتخصيمات

| الزمن | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانــــات الحالة

| نوع الحـــالة | شهيد | من تاريخ | الى تاريخ | نسبة الاعالة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|---|
| | | Redacted | | | غير محدد | |

بيانـــــات المستفيدين

| رقم الهوية | Redacted | الاسم | كريم فيصل فريد بسطامي | من تاريخ | الى تاريخ | البنك | نسبة/القيمة | القيمة/القيمة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | تسمية | ١٠٠ | | | | لا يوجد قسمة | Redacted |
| رقم الهوية | Redacted | الاسم | كريم فيصل فريد بسطامي | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي | | | | |
| | | | | Redacted | | Redacted | | | | | | | |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31;05;2021

| سبب الوظف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | Redacted | | |
| استكمال المعلومات | - ١/٠١/٢٠٢١ | ٠١/٠١/٢٠٢١ | استكمال المعلومات |
| استكمال المعلومات | ٠١/٠٣/٢٠٢٣ | | |

بيانـــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | | |

Redacted

CONFIDENTIAL

Shatsky-JD00150

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00151

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/03/2021

| الشهر | رقم الهوية | الإسم | الراتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00152

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | | |
| Redacted | | | |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٤/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٥/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٦/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٧/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٨/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٩/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/١/٢٠٢١ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٢/٢٠٢١ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٣/٢٠٢١ |
| ١٤٠٠ | كزيد فيصل فريد بسطامي | Redacted ١٩٥٥ | ١/٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00153