# Exhibit 112

Confidential                                     Shatsky-JD00914-T

| RX Date/Time | | | | | P.003 |
|---|---|---|---|---|---|
| 14/06/2017   09:59 | 03/10/2012   05:31 | | | (FAX) | P.003/014 |

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: 014161 |
| **The case's name**: Nabil Mahmoud Jamil Halabiah | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 333 5 |
| **Beneficiary's full name**: Fatma Ali Hussein Halabiah (wife, father, mother, brother, sister) | **Identification no.**: Redacted 533 5 |
| **Mother's full name**: Fatma Ali Hussein Halabiah | **Mother's Identification no.**: Redacted 533 5 |
| **Wife's name**: Single | **Wife's Identification no.**: X |
| **Place and date of birth**: Redacted .1977 Jerusalem-Abu Dis | **Place of origin**: Jerusalem-Abu Dis |
| **Religion**: Muslim | **Sex**: Male     **Marital status**: Single |
| **Previous job**: Laborer | **Current job**: |
| **Education**: Third grade in junior high | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | | |
|---|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | | |
| **Rank confirmation letter**: | | **No.** | | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: | |
| **Organizational affiliation**: | | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: | | | | |
| **Place and date of the incident**: 1.12.2001 Jaffa Street – West Jerusalem | | | | |
| **Details of the incident**: As a result of a martyrdom operation on 12.1.2001 at 02:00 AM. He executed the first operation, which was followed by the second operation by his colleague Usama Bahr in West Jerusalem. | | | | |
| **Brief Biography**: The martyr was born in Jerusalem – Abu Dis on Redacted .1977. He studied until the third grade in junior high, and then started working in construction until he was martyred on 12.1.2001 as a result of a martyrdom operation he executed in Jaffa Street in Jerusalem. | | | | |
| **The family's residence: <u>Owned</u>**: | **Rented**: | **Shared**: | | |
| **Monthly rent**: | Redacted | | | |
| **Full address**: | Redacted | | | |
| **Nearest telephone**: | Redacted | | | |

Confidential                                     Shatsky-JD00914-T

Confidential                                    Shatsky-JD00915-T

RX Date/Time   03/10/2012   05:31                        P.004
14/06/2017   10:00                          (FAX)      P.004/014

## Part 3: Family table:   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Fatma Ali Hussein al-Halabiah | Mother | Redacted .60 | 6th | Housewife | Widow | Abu Dis [illegible] |
| 2 | Redacted | Brother | Redacted | 11th | Laborer | [Illegible] | Redacted |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 4

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**: His mother + 3 minor siblings

**Notes concerning the family table**: The family consists of six people – the widow mother + 5 male siblings, two are adults, and three are students.

Redacted

Confidential                                    Shatsky-JD00915-T

Confidential                                          Shatsky-JD00916-T

RX Date/Time    03/10/2012    05:31                                P.005
14/06/2017   10:00                              (FAX)          P.005/014

Martyr Nabil Halabiah

**Recommendations of the department**:

I recommend to confirm the Case in accordance with regulations and do what is necessary,
because the martyr's mother is a widow and there are 3 student siblings.

Date: 12.11.2001 Signature: [handwritten]

**Decision of the establishment's director**: (  Jerusalem    )

He was martyred on 12.1.2001 as a result of a martyrdom operation in West Jerusalem.
We recommend to confirm him as a martyr [illegible] as of 12.3.2001 per regulations.

Date: 1.3.2002 Signature: [handwritten]

**Calculation of the allowance**:

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general**:

To be confirmed as a martyr of Al-Aqsa as of 12.1.2001 and paid Redacted.

**Audit's notes**:          **Date**: 1.10.2002          **Signature**: [signature]

**Computerized notes**:     Date:                       Signature:

Confidential                                          Shatsky-JD00916-T

Confidential

RX Date/Time          10.03.2012    05:31

06.14.2017    09:59                              (FAX)

Shatsky-JD02067-T

P.002

P.002/014



Redacted



In the name of Allah, the Gracious, the Merciful

[Arabic] ...ational Authority
...Affairs

| P.A. emblem |

[Arabic] Palestinian National Authority

Ministry of Social Affairs

### Case Information – Jerusalem Region

| Central No. | 0103161 | | | | | | Correct No. | |
|---|---|---|---|---|---|---|---|---|
| Case ID No. | Redacted 3335 | Nabil Mahmoud Jamil al-Halabiah | | | | Correct | ✓ | |
| Beneficiary's ID No.: | Redacted 5335 | Fatma Ali Hussein Halabiah | | | | Correct | ✓ | |
| Type | ✓ Martyr | | | Injured | | | Marital Status | |
| | Civilian | | Rank | Disability percentage | Disability Type | | | |
| | Military | | | | | | **Single** | |
| | Martyr | ✓ | | | | | | |
| Decision Type | Chairman | | | Prime Minister | | Gen. Director | ✓ | |

### Social Report

**Case**: <u>Martyr of Intifada</u>

**Name**: <u>Nabil Mahmoud Jamil al-Halabiah</u>

**Local number**: _____    **Central number**: _____

**Governorate**: <u>Jerusalem</u>

**Date**: <u>12.11.2001[*]</u>

Ramallah – Tel/Fax: 02-2986268                Ramallah – Tel/Fax: 02-2986268

Confidential                                            Shatsky-JD02067-T

# Original

CONFIDENTIAL

ولا : معلومات ذاتية :

الرقم المركزي : ١٢١٦١

الرقم المحلي : ........................

اسم الحالة : نبيل محمد خليل حليبة

الاسم الحركي : ........................

الجنسية : ........................

رقم الهوية : ـ ـ ـ ـ ـ Redacted

اسم المستفيد رباعي على ............ حليبة

رقم الهوية : ـ ـ ٧٧ه Redacted

(الزوجة ، الأب ، الأم ، الأخ ، الأخت )

اسم الأم كامل : نائلة شاهين حسين حلا ........

رقم هوية الأم : ٩ ٧٧ه Redacted

اسم الزوجة : ........ اعزب

رقم هوية الزوجة : بها

البلد الأصلي : التربسس ـ ابو ديس

Redacted

تاريخ ومكان الميلاد : ........................

الديانة : مسلم

الجنس : ذكر

الحالة الاجتماعية : اعزب

العمل السابق : عامل

العمل الحالي : ........................

المؤهل العلمي : ثانوي اعدادي

تاريخ ورقم كتاب الاعتماد : ........................

تاريخ الاعتماد بالمؤسسة : ........................

ثانياً : معلومات ادارية :

الرتبة العسكرية : ........................

الرتبة التنظيمية : ........................

كتاب إعتماد الرتبة : ........................

رقم : ........................

تاريخ : ........................

تطورات المخصص السابق : ........................

الحالي : ........................

التعديلات : ........................

التنظيم التابع له : ........................

القطاع : ........................

تاريخ الالتحاق بالثورة : ........................

تنظيما : ........................

عسكريا : ........................

تفرغا : ........................

الدورات التي اجتازها : ........................

ومكان الحادث : اسرائيل ـ شارع يافا ـ نفس الضريبة

حدوث الحادث : ........................

موجز سيرته الذاتية :

Redacted

سكن الأسرة : ملك : ........ ايجار : ........ مشترك : ........

الأجار الشهري : ........................

العنوان الكامل : Redacted

أقرب تلفون : Redacted

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

SHATSKY-JD00915

CONFIDENTIAL
RX Date/Time
14/06/2017   10:00          03/10/2012   05:31          (FAX)          SHATSKY-JD00916
P.005
P.005/014

توصية القسم :

ايصي باعفاء الحالث حسب النظام راجراء اللازم

حيث امر الدفع ا السهى اصلة رلسه ٢ اجمة الارب .

قرار مدير المؤسسة : (        المدرس        )        التوقيع : (        )        التاريخ : ١١

حساب المخصص :        التوقيع :        التاريخ : ٢ / ١١ / ٢٠٠٥

| اساسي | زوجة | أولاد | أب | ام | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

لارات أخرى :

جموع بالدينار :

مجموع بالشيكل :

اعتماد المدير العام :

حظات التدقيق :        التاريخ ٢٠ / ١ / ١        التوقيع

حظات الحاسب الآلي :        التاريخ        التوقيع

[Redacted]

CONFIDENTIAL

SHATSKY-JD00916

CONFIDENTIAL

RX Date/Time   03/10/2012   05:31   SHATSKY-JD02067
14/06/2017   09:59                        (FAX)                        P.002
                                                                       P.002/014

Redacted

السلطة الوطنية الفلسطينية
...al Authority
...ial Affairs                    وزارة الشئون الاجتماعية

بيانات الحالة - منطقة القدس

| الرقم الصحيح | | | صحيح | ٠١٠٣١٦١ | | الرقم المركزي |
|---|---|---|---|---|---|---|
| | | صحيح | | نبيل محمود جميل الحليبه | Redacted ٣٣٣٥ | رقم هوية الحالة |
| | | صحيح | | فاطمه علي حسين حليبه | Redacted ٥٣٣٥ | رقم هوية المستفيد |
| حالة اجتماعية | | جريح | | الرتبة | شهيد مدني | التصنيف |
| وطريب ؟ | نوعية العجز | نسبة العجز | | | عسكري | |
| | | | | | شهيد | |
| المدير العام | | رئيس الوزراء | | | رئيس | نوعية القرار |

الحالة : شهيد التأسيس ٠٠٠

الاسم : نبيل محمد جميل الحليبه
الرقم الصحي : ............   الرقم المركزي : ............
المحافظة : والتر..ـن   ............
التاريخ : ١٤١١٥١٢٠١١ ............

Ramallah - Tel/ Fax : 02-2986268          ام ا لله – تلفاكس : ٢٩٨٦٢٦٨-٢٠

CONFIDENTIAL          SHATSKY-JD02067

# Exhibit 113

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

Print Date: 05/31/2021

**Personal Information:**

ID Card: Redacted 3335
Date of Birth: Redacted /1977

Four-Part Name: Nabil Mahmoud Jamil Al-Halabiah
Ministry: Jerusalem

Type of Document: Palestinian ID
Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5335 | Fatma Ali Hussein Halabiah | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5335 | Fatma Ali Hussein Halabiah | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00088-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 12/01/2020 | 12/01/2020 | Information completed |
| Last credit | 11/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                                                    Shatsky-JD00089-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00090-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL                                                                                                    Shatsky-JD00091-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 05/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 06/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 07/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 08/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 09/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 10/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 11/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 12/1/2020 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 01/1/2021 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 02/1/2021 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 03/1/2021 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |
| 04/1/2021 | Redacted 5335 | Fatma Ali Hussein Halabiah | 1400 |

CONFIDENTIAL

Shatsky-JD00092-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



بيانــــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الإعادة |
|---|---|---|---|
| Redacted | | | |
| نهاية الاعتماد | ٠١/١٢/٢٠٢٠ | ٠١/١٢/٢٠٢٠ | أستكمال المعلومات |
| نهاية الاعتماد | ٠١/١/٢٠٢١ | | |

بيانــــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الرقم |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00089

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00090

**Palestinian National Authority**



الســلطة الوطنية الفلسطينية
مؤسسة رعاية امر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الشهر | رقم الهوية | الاسم | الرتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00091

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٤/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٥/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٦/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٧/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٨/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٩/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/١٠/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/١١/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/١٢/٢٠٢٠ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠١/٢٠٢١ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٢/٢٠٢١ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٣/٢٠٢١ |
| ٢٤٠٠ | فاطمه علي حسين حلبيه | ٥ Redacted ٣٣٥ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00092

# Exhibit 114

Confidential                                                    Shatsky-JD00920-T

RX Date/Time      10.03 2012  05:47                                      P.001
06.14 2017  10:14                              (FAX)      P.001/014

In the name of Allah, the Gracious, the Merciful

## Case Information – Jerusalem Region

| Central No. | | 0103150 | | | Correct No. | |
|---|---|---|---|---|---|---|
| Case ID No. | Redacted 1797 | Osama Mohammed Abd Bahr | | Correct | ✓ | |
| Beneficiary's ID No.: | Redacted 0334 | Mohammed Abd Hussein Bahr | | Correct | ✓ | |
| Type | | Martyr ✓ | | Injured | | Marital Status |
| | Civilian | | Rank | Disability percentage | Disability Type | |
| | Military | | | | | **Single** |
| | Martyr ✓ | | | | | |
| Decision Type | Chairman | | | Prime Minister | Gen. Director ✓ | |

## Social Report

**Case:** <u>Martyr</u>

**Name:** <u>Osama Mohammed Abd Bahr</u>

**Local number:** _____        **Central number:**   013150

**Governorate:** <u>Jerusalem</u>                         103150

**Date:** <u>12.11.2001</u>

Ramallah – Tel/Fax: 02-2986268          Ramallah – Tel/Fax: 02-2986268

Jerusalem – Tel/Fax: 02-2798433

Confidential                                                    Shatsky-JD00920-T

Confidential

Shatsky-JD00921-T

RX Date/Time    10.03.2012  05:50                    P.001

06.14 2017  10:17                     (FAX)   P.002/014

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 013160 | **Central no.**: |
| **The case's name**: Osama Mohammed Abd Bahr | **Code name**: [Erased number] |
| **Nationality**: Palestinian | **Identification no.** Redacted 179 7 |
| **Beneficiary's full name**: Redacted<br>(wife, father, mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Redacted | **Mother's Identification no.**: Redacted |
| **Wife's name**: Single | **Wife's Identification no.**: |
| **Place and date of birth** Redacted .1976[*] Jerusalem / Abu Dis | **Place of origin**: Jerusalem / Abu Dis |
| **Religion**: Muslim | **Sex**: Male     **Marital status**: Single |
| **Previous job**: Guard at Arab Bank | **Current job**: X |
| **Education**: Tawjihi [General Secondary Education] | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | | **No.** | **Date**: |
| **Developments in previous allowance**: | | **Current**: | **Changes**: |
| **Organizational affiliation**: | | **Sector**: | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**:12.1.2001 – Jerusalem, Jaffa Street, martyrdom operation

**Details of the incident**: Executed a martyrdom operation on the night of 12.1.2001 in Jerusalem, Jaffa Street.

**Brief Biography**: The martyr was born in Jerusalem, Abu Dis, on Redacted .1976. He was arrested for a period of four years. He studied in the Abu Dis High School for Males and graduated from High School. He then worked as a guard in Arab Bank.

| | | | |
|---|---|---|---|
| **The family's residence: Owned**: | **Rented**:   / | **Shared**:   / | |
| **Monthly rent**:   / | | | |
| **Full address**: | Redacted | | |
| **Nearest telephone**: | | | |

Confidential                            Shatsky-JD00921-T

Confidential                                            Shatsky-JD00922-T

RX Date/Time    10.03 2012 05:50                                P.002
06.14 2017 10:17                              (FAX)    P.003/014

**Part 3: Family table:**    * married  (single)

1.  If married, the names of the wives and minor children are written first, followed by the
    names of adult children, and then the names of the parents and siblings.

2.  If single, the names of the parents are written first, followed by the names of minor
    siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Mohammed Abd Hussein Bahr | Father | 1951 | 2nd high school | Laborer | Married | |
| 2 | Redacted | Mother | Redacted | 6th | Housewife | Married | |
| ✖ | | Brother | | 1st junior high | Laborer | Married | |
| ✖ | | " | | 2nd junior high | " | " | |
| ✖ | | Sister | | 3rd junior high | Housewife | Single | |
| ✖ | | Brother | | " | [Illegible] | Married | |
| ✖ | | " | | Tawjihi | Does not work | | |
| ✖ | | " | | 8th | Prisoner[*] Laborer | Single | |
| 9 | | " | | 10th | Does not work | " | |
| 10 | | Sister | | 10th | [Illegible] | Single | |
| 11 | | Brother | | 6th | Laborer | Single | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents:** 5 | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** 3+2 | | | | | | | |
| **Notes concerning the family table:** There is a sister [illegible] | | | | | | | |

Confidential                                            Shatsky-JD00922-T

Confidential                                          Shatsky-JD00923-T

RX Date/Time       10.03 2012  05:50                         P.003
06.14 2017  10:18                          (FAX)    P.004/014

                              Martyr Osama Mohammed Abd Bahr

**Case name and type:**

**Recommendations of the department:**

I recommend to confirm the Case according to regulations and do what is necessary, as the
martyr has to living parents and he is a military martyr (executed a martyrdom operation).

_____

_____

_____   Date: 12.11.2001 Signature: [handwritten]

**Decision of the establishment's director:** (   Jerusalem    )

The deceased was martyred on 12.1.2001. Single. I recommend to confirm him as an Al-Aqsa
Martyr as of 12.1.2001 as per regulations.

_____

_____   Date: 1.3.2002 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

To be confirmed as an Al-Aqsa Martyr as of 12.1.2001 and paid Redacted shekels a month.

_____

_____

**Audit's notes:**          **Date:** 1.10.2002        **Signature:** [signature]

_____       _____

_____       _____

_____       _____

**Computerized notes:**      Date:              Signature:

_____       _____

_____       _____

Confidential                                          Shatsky-JD00923-T

Original

CONFIDENTIAL
SHATSKY-JD00920
P.001

RX Date/Time    03/10/2012    05:47    (FAX)    P.001/014
14/06/2017    10:14

بيانات الحالة ـ منطقة القدس

| الرقم المركزي | | شهيد | الرقية | شهيد | | الرقم الصحيح |
|---|---|---|---|---|---|---|
| رقم هوية الحالة | ١٧٩٧ Redacted | اسامه محمد عبد بحر | | صحيح | | الرقم الصحيح |
| رقم هوية المستقيد | ٢٣٤. Redacted | محمد عيد حسين بحر | | صحيح | | |
| التصنيف | مدني | | | | جريح | حالة اجتماعية |
| | عسكري | ٢ | الرقية | نسبة العجز | نوعية العجز | زعزب |
| | شهيد | | | | | |
| نوعية القرار | رئيس | | رئيس الوزراء | | المدير العام | |



# بحث اجتماعي    ٤

الحالة : شهيد

سم :    اسامة محمد عبد بكر

المحلي :

الرقم المركزي:    013150

013150

فطة :    القدس    ١٠٣١٥٠

ريخ :    2001/12/11

CONFIDENTIAL    SHATSKY-JD00920

CONFIDENTIAL

RX Date/Time   14/06/2017   10:17        03/10/2012   05:50                        (FAX)        SHATSKY-JD00921   P.001   P.002/014

أولا : معلومات ذاتية :

الرقم المحلي : _____   الرقم المركزي : ٠١٦١٢٢٠

اسم الحالة : اسماعيل عكرمة سعيد شحر   الاسم الحركي : عطيمة بحر

الجنسية : فلسطيني   رقم الهوية : ٧ / ١٧٩

اسم المستفيد رباعي ( الزوجة ، الأب ، الأم ، الأخ ، الأخت )   Redacted      رقم الهوية : Redacted

اسم الأم كامل : Redacted      رقم هوية الأم : Redacted

اسم الزوجة : (اعزب)   رقم هوية الزوجة : Redacted

تاريخ ومكان الميلاد : القدس ابو ديس   البلد الأصلي : القدس ابو ديس

الديانة : مسلم   الجنس : ذكر   الحالة الاجتماعية : اعزب

العمل السابق : مدرس بلبنان العربي   العمل الحالي : ؟

المؤهل العلمي : بكالوريوس

تاريخ ورقم كتاب الاعتماد : _____

تاريخ الاعتماد بالمؤسسة : _____

ثانياً : معلومات ادارية :

الرتبة العسكرية : _____   الرتبة التنظيمية : _____

كتاب إعتماد الرتبة : _____   رقم : _____   تاريخ : _____

تطورات المخصص السابق : _____   الحالي : _____   التعديلات : _____

التنظيم التابع له : _____   القطاع : _____

تاريخ الالتحاق بالثورة : _____   تنظيماً : _____   عسكريا : _____   تفرغا : _____

الدورات التي اجتازها : _____

تاريخ ومكان الحادث : ١٨/١١/١٩٩٢ القدس مشفى بئر ملكة استشهاد

ب )ة حدوث الحادث : تم تعليق استشهاد يوم ١٩/١١/١٩٩٢ في الشرطة - شياطا

موجز سيرته الذاتية :

الشهيد اسماعيل القدس ابو ديس مولود ١٩٧٦ بالسعيد
اعتقل مرتان من اربعة سنوات ... دراسي في مدرسة ابو ديس الثانوية
للذكور ... في الدراسة الثانوية عمل بعدها في لبنان العربي - مدرس

سكن الاسرة : ملك : _____   ايجار : _____   مشترك : _____

الإيجار الشهري : _____

العنوان الكامل : Redacted

رقم تلفون : _____

CONFIDENTIAL

CONFIDENTIAL

RX Date/Time    03/10/2012    05:50    SHATSKY-JD00922
14/06/2017   10:17    (FAX)    P.003/014

ثالثاً : الجدول الأسري :   * متزوج ( أعزب )

١- المتزوج : يسجل الزوجات والأبناء القصر اولاً ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| متزوج | عامل | اعدادية ٧ | ١٩٨٦ | أب | صبحي سعد محمد | ١ |
| متزوجة | ربة منزل | ابتدائية | Redacted | ام | Redacted | ٢ |
| متزوج | عامل | اعدادية ١ | | اخ | | ٣ |
| | | اعدادية ١٨ | | ج | | ٤ |
| عذراء | الست | اعدادية ٧ | | اخت | | ٥ |
| محمد حاج | علي بابا مد | ٢ | | ١٩ | | ٦ |
| اعزب | توجيهي | | | ر | | ٧ |
| اعزب | خصص | | | ر | | ٨ |
| | بالاعدا | عاشر | | ع | | ٩ |
| ربط | قلبية | غاشم | | اخت | | ١٠ |
| اعزب | عامل | ابتدائي | | اخو | | ١١ |
| | | | | | | ١٢ |
| | | | | | | ١٣ |
| | | | | | | ١٤ |
| | | | | | | ١٥ |
| | | | | | | ١٦ |
| | | | | | | ١٧ |
| | | | | | | ١٨ |
| | | | | | | ١٩ |
| | | | | | | ٢٠ |
| | | | | | | ٢١ |

عدد المعالين : ........... ٥

- المتزوج : الزوجات والابناء القصر : ...........
- الاعزب : الوالدين والاخوة القصر : لا يوجد سوى ...........
ملاحظات على الجدول الاسري : يوجد اخت عنسي احكامه

CONFIDENTIAL

SHATSKY-JD00922

CONFIDENTIAL
RX Date/Time          03/10/2012    05:50                    SHATSKY-JD00923
14/06/2017    10:18                              (FAX)              P.003
                                                                   P.004/014

شعبه / اسامه محمد بحر

**توصية القسم :**

ارحو ... اعتماد الحالة حسب النظام واجراء اللازم وعمل ...

اى ... والرد على ... ست ... عمراء (استحقاق)

التاريخ : .........١١/١٤/١....    التوقيع : احمد شرحان عش...

**قرار مدير المؤسسة : (    المقدس    )**

استشنا المحوم ... الايب ... فيها ... دره ... شريط اسرشدا ...

الموجود استبار ... سردى ... حسب انظام .

التاريخ : .....١١٢/١....٤.......    التوقيع : ...ا... بو اسم...

**حساب المخصص :**

| المجموع بالدينار | الخوة قصر | ام | اب | اولاد | زوجة | اساسى |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

علاوات أخرى : ...........

المجموع بالدينار : ...........

المجموع بالشيكل : ...........

**اعتماد المدير العام :**

لقد ... ( ... ) ... <span style="background:black;color:white">Redacted</span> ...

ملاحظات التدقيق :

التاريخ ١٠ / ٢ /عسه   التوقيع

ملاحظات الحاسب الآلي :

التوقيع          التاريخ

# Exhibit 115

Palestinian National Authority  [Emblem of the Palestinian National Authority]  Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 0797  Four-Part Name: Osama Mohammed Abd Bahr  Type of Document: Palestinian ID
Date of Birth: Redacted /1976  Ministry: Jerusalem  Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 0334 | Muhammad Abd Hussein Bahr | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 0334 | Muhammad Abd Hussein Bahr | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00093-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 12/01/2020 | 12/01/2020 | Information completed |
| Last credit | 11/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00094-T

Palestinian National Authority    [**Emblem of the Palestinian National Authority**]    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00095-T

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00096-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 05/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 06/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 07/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 08/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 09/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 10/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 11/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 12/1/2020 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 01/1/2021 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 02/1/2021 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 03/1/2021 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |
| 04/1/2021 | Redacted 0334 | Muhammad Abd Hussein Bahr | 1400 |

CONFIDENTIAL

Shatsky-JD00097-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



| البيـانـات الشخصية | | | |
|---|---|---|---|
| الرقم الشخصية | Redacted | الاسـم الرباعي | إسامة محمد عبد بحر | نوع الوظيفة | هوية فلسطينية |
| تاريخ الميـلاد | Redacted | الـوزارة | القدس | الجنس | ذكر |

| المدرجـــــات | | | | | |
|---|---|---|---|---|---|
| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ | |
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | | |

| العلاوات والتخصيصات | | | | | | | |
|---|---|---|---|---|---|---|---|
| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
| | | | Redacted | | | | |

| بيانـــات الحالة | | | | | |
|---|---|---|---|---|---|
| نوع الحـــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
| شهيد | Redacted | | . | غير محدد | |

| بيانــــات المستفيدين | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة القيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | احد الاولاد | طبيب النسب | الرقم المركزي |
| Redacted ٣٣٤ | محمد عبد حسين بحر | Redacted | | نسبة | ١٠٠ | . | . | لا يوجد قصة | Redacted |
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم حساب | | الرقم المركزي | |
| Redacted ٣٣٤ | محمد عبد حسين بحر | Redacted | | Redacted | | | | | |

CONFIDENTIAL

Shatsky-JD00093

Palestinian National Authority



الســلطة الوطنـية الفلسـطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

بيانـــــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | | Redacted | |
| نهاية الاعتماد | ٠١/١٢/٣٠١٠ | ٠١/١٢/٢٠٣٠ | أستكمال المعلومات |
| نهاية الاعتماد | ٠١/١١/٣٠٢١ | | |

بيانـــــــت مراتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00094

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

CONFIDENTIAL

Shatsky-JD00095

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



CONFIDENTIAL

Shatsky-JD00096

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠٤/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣٤ | ١/٠٥/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣٤ | ١/٠٦/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠٧/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠٨/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠٩/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/١٠/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/١١/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/١٢/٢٠٢٠ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠١/٢٠٢١ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣٤ | ١/٠٢/٢٠٢١ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠٣/٢٠٢١ |
| ٢٤٠٠ | محمد عبد حسين بحر | Redacted , ٢٣١ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00097

# Exhibit 116

Confidential                                          Shatsky-JD01087-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority       [Arabic] Palestinian National Authority

Ministry of Social Affairs                           Ministry of Social Affairs

M's F. & I. C. E                               Martyrs' Families and Injured Care Establishment

P.A. emblem

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case:** Martyr of "Al-Aqsa Intifada"

**Name:** Omar Muhammad Awadh Abu al-Rub

**Local number:** 685                  **Central number:** 13963

**Governorate:** Jenin

**Date:** 12.9.2002

Confidential                                         Shatsky-JD01088-T

**Part 3: Family table:**   **\* married - single**

1.  If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2.  If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Muhammad Awadh Ali Abu al-Rub | Father | Redacted .52 | Tawjihi [General Secondary Education] | Laborer | Married | Jilabun – Jenin |
| 2 | Redacted | Mother | Redacted | Junior high | Housewife | Married | Redacted |
| 3 | | Brother | | 6th elementary | Student | Single | |
| 4 | | Sister | | 9th | Student | Single | |
| 5 | | Sister | | High school | Housewife | Married | |
| 6 | | Brother | | B.A. [illegible] | Teacher | Single | |
| 7 | | Sister | | 1st year university | Student | Single | |
| 8 | | Brother | | Diploma [illegible] | Policeman | Married | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: Father + mother + 3

**If married: the wives and minor children**:

**If single: the parents and the minor siblings**:

**Notes concerning the family table**:

Confidential                                         Shatsky-JD01088-T

Confidential                                                    Shatsky-JD01089-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 685 | **Central no.**: 13963 |
| **The case's name**: Omar Muhammad Awadh Abu al-Rub | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: |
| **Beneficiary's full name**: Muhammad Awadh Ali Abu al-Rub (wife, father, mother, brother, sister) | **Identification no.**: Redacted 6033 |
| **Mother's full name**: Shamiya Izat Aref Abu al-Rub | **Mother's Identification no.**: Redacted 0233 |
| **Wife's name**:  - | **Wife's Identification no.**:   - |
| **Place and date of birth**: Redacted .1983 Jilabum | **Place of origin**: Jilabum |
| **Religion**: Muslim | **Sex**: Male | **Marital status**: Single |
| **Previous job**: University student | **Current job**: |
| **Education**:                        account number | Redacted |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |
| Education: First year in occupational therapy | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Al-Aqsa Martyrs Brigades | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 11.28.2002 Bisan

**Details of the incident**: He was martyred during a heroic martyrdom operation in [cut off] His colleague Yousef Abu al-Rub and him opened fire at an Israeli elections center of the Likud Party on 11.28.2002.

**Brief Biography**: Born in Jilabum in 1983. He studied in the village's schools (elementary, junior high and high school). He studied occupational therapy at the Arab-American University. He was martyred when he executed a martyrdom operation in the city of Bisan.

| | | |
|---|---|---|
| **The family's residence: Owned**: | **Rented**: | **Shared**: |
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

Confidential                                                    Shatsky-JD01089-T

# Original

CONFIDENTIAL
SHATSKY-JD01087



**Palestinian National Authority**

**Ministry of Social Affairs**

**M's F. & I. C. E.**



السلطة الوطنية الفلسطينية

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : « اسر شهيد ارتقالاب المقعد »

الاسم : محمد محمد رعوطني أبوالرب

الرقم المحلي : ٦٨٥          الرقم المركزي : ١٢٩٦٢

المحافظة : جنين

التاريخ : ٢٣ ، ٢٠٠٤ / ١٢ / ١٩

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL
SHATSKY-JD01087

CONFIDENTIAL
SHATSKY-JD01088

.. الجدول الأسري : * متزوج - أعزب

المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فرق من الأنتاج ثم الوالدين والأخوة .
: الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الأنتاج .

| المسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted حمد عوض علي الرمزي | أب | Redacted | تجهيزي | عامل | متزوج | جلبوب - جنين |
| ٢ | | أم | | اعدادي | ربة بيت | متزوج | Redacted |
| ٣ | | أخ | | ثانوي | طالب | أعزب | |
| ٤ | | أخت | | ابتكح | طالب | عزباء | |
| ٥ | | أخت | | ثانوي | ربة بيت | متزوج | |
| ٦ | | أخ | | بكالوريا | مدرس | أعزب | |
| ٧ | | أخت | | ثانوي علم | طالب | عزباء | |
| ٨ | | أخ | | دبلوم | شرطي | متزوج | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد الأسنين : أبناء + ٢

- المتزوج : الزوجات والأبناء القصر : ..............
.. الأعزب : الوالدين والأخوة القصر : ..............
ملاحظات على تسجيل الأسري : ..............

CONFIDENTIAL
SHATSKY-JD01088

CONFIDENTIAL
SHATSKY-JD01089

## أ : معلومات ذاتية :

الرقم المركزي : ١٢٩٦٢

الرقم المحلي : ٨٥

الاسم الحركي :

اسم الحالة :

الجنسية :

رقم الهوية : Redacted

اسم المستفيد رباعي : ٦٠٢٢

(الزوجة ، الأب ، الأم ، الأخ ، الأخت )   رقم هوية الأم : ٦٢٢

رقم الهوية : Redacted

اسم الأم كامل :

اسم الزوجة :   رقم هوية الزوجة : —

البلد الأصلي :   Redacted

تاريخ ومكان الميلاد :

الحالة الاجتماعية :

الجنس : ذكر

الديانة :

العمل السابق :   العمل الحالي : طالب

المؤهل العلمي :

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

Redacted

## ثانيا : معلومات إدارية :

الرتبة التنظيمية :

الرتبة العسكرية :

تاريخ :   رقم :   كتاب إعتماد الرتبة :

التعديلات :   الحالي :   تطورات المخصص السابق :

القطاع :   التنظيم التابع له :

تفرغا :   عسكريا :   تنظيما :   تاريخ الالتحاق بالثورة :

الدورات التي اجتازها :

تاريخ ومكان الحادث :

كيفية حدوث الحادث :

موجز سيرته الذاتية :

سكن الأسرة : ملك   إيجار : مشترك

الإيجار الشهري :   Redacted

العنوان الكامل :

أقرب تلفون :

SHATSKY-JD01089

# Exhibit 117

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 0742    Four-Part Name: Omar Muhammad Awadh Abu al-Rub   Type of Document: Palestinian ID
Date of Birth:    Ministry: Jenin    Gender: unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 6033 | Muhammad Awd Ali Abu A-Rub | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 6033 | Muhammad Awd Ali Abu A-Rub | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00154-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 03/01/2021[*] | 03/01/2021[*] | Information completed |
| | 02/01/2022[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00155-T

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00156-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

**CONFIDENTIAL**                                        Shatsky-JD00157-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 05/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 06/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 07/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 08/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 09/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 10/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 11/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 12/1/2020 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 01/1/2021 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 02/1/2021 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 03/1/2021 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |
| 04/1/2021 | Redacted 6033 | Muhammad Awd Ali Abu A-Rub | 1400 |

CONFIDENTIAL

Shatsky-JD00158-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| | | | البيانات الشخصية | |
|---|---|---|---|---|
| نوع الوظيفة | هيئة فلسطينية | الاسم الرباعي | قصر محمد عوض ابو الرب | بطاقة الشخصية 0742 Redacted |
| | غير معروف | المنزوجة | جنين | تاريخ الميلاد |

**درجــات**

| الاسم | الدرجة | اللغة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محدد | Redacted | |

**العلاوات وتخصصات**

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | لمرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

**بيانات الحالة**

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاحالة | نوع الاصفة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

**بيانات المستفيدين**

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة القيمة | عدد الزوجات زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|
| ٦٠٣٣ Redacted | محمد عوض علي ابوالرب | Redacted | | ١٠٠ نسبة | | | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| ٦٠٣٣ Redacted | محمد عوض علي ابوالرب | Redacted | | | Redacted | | |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021



CONFIDENTIAL

Shatsky-JD00155

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00156

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة: 31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00157

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |
| ١١/٤/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١١/٥/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١٢/٦/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١١/٧/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١٠/٨/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/٠٩/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١٢٠/١٠/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/١٢/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/١١/٢٠٢٠ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/٠١/٢٠٢١ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/٠٢/٢٠٢١ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/٠٣/٢٠٢١ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١٤٠٠ |
| ١/٠٤/٢٠٢١ | Redacted ١٠٣٣ | محمد عوض علي ابوالرب | ١١٠٠ |

CONFIDENTIAL

# Exhibit 118

Confidential                                                                Shatsky-JD01096-T

In the name of Allah, the Gracious, the Merciful

| Palestinian National Authority | | Palestinian National Authority |
| Ministry of Social Affairs | P.A. emblem | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr of "Al-Aqsa Intifada"</u>

**Name**: <u>Yousef Muhammad Ragheb Abu al-Rub</u>

**Local number**: <u>686</u>                    **Central number**: <u>13964</u>

**Governorate**: <u>Jenin</u>

**Date**: <u>12.9.2002</u>

Ramallah - Tel/Fax: 02-2986268                    Ramallah - Tel/Fax: 02-2986268

Confidential                                                                Shatsky-JD01096-T

Confidential                                    Shatsky-JD01097-T

**[Cut off] of the department**:

Single / The parents are alive.

The martyr has [illegible] siblings [illegible].

We recommend to confirm the above mentioned martyr  as a martyr of the Al-Aqsa Intifada.

The martyr was on the payroll of the Special Police.

_____

_____

_____

_____    Date: 12.9.2002 Signature: [handwritten]

**Decision of the establishment's director**: (    Jenin     )

We recommend to confirm the martyr as a martyr of the Al-Aqsa Intifada as of 12.1.2002,

without allowances, because he is on the Special Police payroll.

_____

_____

Date:   12.9.2002              Signature: [Signature]

**Confirmation of the director general**:

To be confirmed as a martyr of the Al-Aqsa Intifada as of 12.1.2002, without allowances from

the Establishment (Special Police).

_____

**Audit's notes**:        **Date**: 12/8.2002    **Signature**: [signature]

_____        _____

_____        _____

**Computerized notes**:      Date:            Signature:

_____        _____

_____        _____

Confidential                                    Shatsky-JD01097-T

Confidential                                      Shatsky-JD01098-T

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Elementary | Farmer | Married | Redacted |
| 2 | | Mother | | Illiterate | Housewife | Married | |
| 3 | | Brother | | 8th | Student | [Illegible] | |
| 4 | | Sister | | 9th | Housewife | Married | |
| 5 | | Brother | | 2nd in High School | Laborer | [Illegible] | " / " |
| 6 | Butheina Muhammad Ragheb Abu al-Rub | Sister | Redacted .73 | 9th | Housewife | Single | Redacted |
| 7 | Redacted | Sister | Redacted | 6th | Housewife | Married | |
| 8 | | Brother | | 2nd in High School | Laborer | Married | |
| 9 | | Brother | | 6th | Laborer | Married | |
| 10 | | Sister | | 4th | Housewife | Married | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents**: Mother + 1[*] | | | | | | | |
| **If married: the wives and minor children**: | | | | | | | |
| **If single: the parents and the minor siblings**: | | | | | | | |
| **Notes concerning the family table**: | | | | | | | |

Confidential                                      Shatsky-JD01098-T

Confidential                                    Shatsky-JD01101-T

Palestinian National Authority

**[Cut off]: Personal Information**

| | |
|---|---|
| **Local no.**: 686 | **Central no.**: 13964 |
| **The case's name**: Yousef Muhammad Ragheb Abu al-Rub | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: |
| **Beneficiary's full name**: Redacted <br> (Wife, father, mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Tamam Hasan Ahmad Abu al-Rub | **Mother's Identification no.**: Redacted 1461 |
| **Wife's name**: --- | **Wife's Identification no.**: |
| **Place and date of birth**: Redacted .1978 - Jilabun | **Place of origin**: Jilabun |
| **Religion**: Muslim | **Sex**: Male \| **Marital status**: Single |
| **Previous job**: Special Police | **Current job**:  - |
| **Education**: Tawjihi [General Secondary Education] | |
| **Date and number of confirmation letter**: | Account No. Redacted |
| **Date of confirmation in the institution**: | Account No. ▮ |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: Al-Aqsa Martyrs Brigades (Fatah) | **Sector**: | | |
| **Date of joining the revolution**: \| **Organizationally**: | **Militarily**: | **As a full-time member**: | |

**Training courses undertaken**:

**Place and date of the incident**: 11.28.2002 – Beit She'an

**Details of the incident**: He was martyred having executed a martyrdom operation in Beit She'an. Along with his partner, [Illegible] Muhammad Abu al-Rub, he opened fire at a group of Israelis. As a result, his partner and him were martyred, having killed many Israelis.

**Brief Biography**: The martyr was born in Jilabun in 1978. He studied in the Tawjihi when he was martyred having executed a martyrdom operation in Beit She'an.

| | | | |
|---|---|---|---|
| **The family's residence** (Owned:) | **Rented**: | **Shared**: | |
| **Monthly rent**: | Redacted | | |
| **Full address**: | ▮ | | |

Confidential                                    Shatsky-JD01101-T

Case 1:18-cv-12355-MKV-DCF   Document 177-17   Filed 05/16/22   Page 70 of 114

# Original

CONFIDENTIAL
SHATSKY-JD01096



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ــــ شهيد "انتفاضة الأقصى"

الاسم : يوسف محمد راضي ابراهيم

الرقم المحلي : ٦٨٦ ـــ الرقم المركزي : ١٢٩٦٤

المحافظة : جنين

التاريخ : ٩ / ١ / ١٤ ـ م

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL
SHATSKY-JD01096

CONFIDENTIAL

SHATSKY-JD01097

<div dir="rtl">

ة القسم :

التاريخ : ١٩/٦/١ م     التوقيع :

* قرار مدير المؤسسة : (

التاريخ : ١٩/٦/١ م     التوقيع :

اعتماد المدير العام :

ملاحظات التدقيق :     التاريخ ١٨/١٢/ع     التوقيع

التاريخ     التوقيع

ملاحظات الحاسب الآلي :

</div>

CONFIDENTIAL

SHATSKY-JD01097

CONFIDENTIAL

SHATSKY-JD01098

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- لاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج

| مسلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتن: | الجائزة | العنوان |
|---|---|---|---|---|---|---|---|---|
| ١ | Redacted | اب | Redacted | ابتدائي | مزارع | متزوج | | Redacted |
| ٢ | | الم | | ١ هند | ربة بيت | متزوجة | | |
| ٣ | | اخ | | الشامص | طالب | اعزب | | |
| ٤ | | اخت | | تك | ربة بيت | متزوجة | | |
| ٥ | | اخ | | | | | | |
| ٦ | نسلتم محمد راضي ابو رب | اخت | ٧٢ Redacted | ثانوي عام | عامل | اعزب | الجوكي | ١ ــ ي |
| ٧ | | اخت | Redacted | تك | ربة بيت | متزوجة | مزيارة | Redacted |
| ٨ | Redacted | اخت | Redacted | اب س ر | ربة بيت | متزوجة | مزوجة | |
| ٩ | | اخ | | ثانوي عام | عامل | متزوج | | |
| ١٠ | | اخ | | اب رسم | عامل | متزوج | | |
| ١١ | | اخت | | الرابع | ربة بيت | متزوجة | | |
| ١٢ | | | | | | | | |
| ١٣ | | | | | | | | |
| ١٤ | | | | | | | | |
| ١٥ | | | | | | | | |
| ١٦ | | | | | | | | |
| ١٧ | | | | | | | | |
| ١٨ | | | | | | | | |
| ١٩ | | | | | | | | |
| ٢٠ | | | | | | | | |

عدد المعالين :

- المتزوج : الزوجات والابناء القصر : ......................
- الاعزب : الوالدين والاخوة القصر : ......................
- ملاحظات على الجدول السابق : ......................

CONFIDENTIAL

SHATSKY-JD01098

CONFIDENTIAL

SHATSKY-JD01101

Palestinian National Authority

: معلومات ذاتية

الرقم المركزي : ٢٩٦٩ ؟ ١٢

رقم المحلي : ٦٨٦

الاسم الحركي :

اسم الحالة : يوسف محمد راضي اواب

رقم الهوية : Redacted

الجنسية : فلسطيني

رقم الهوية : Redacted

Redacted

اسم المستفيد رباعي
( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

رقم هوية الأم : ١٤٢١

اسم الأم كامل : نبال محمد اواب

رقم هوية الزوجة :

اسم الزوجة : جلبون Redacted

البلد الأصلي : جلبون

تاريخ ومكان الميلاد : ــ ١٩٧٨ جلبون

الحالة الاجتماعية : العزب

الجنس : ذكر

الديانة : مسلم

العمل السابق : الشرطة / الحرس الحالي :

العمل الحالي :

المؤهل العلمي : ثانوي

تاريخ ورقم كتاب الاعتماد : رقم المحلة

تاريخ الاعتماد بالمؤسسة : رقم محلة

Redacted

ثانياً : معلومات ادارية :

الرتبة التنظيمية :

الرتبة العسكرية :

رقم : تاريخ :

كتاب إعتماد الرتبة :

التعديلات :

تطورات المخصص السابق : الحالي :

التنظيم التابع له : كتائب شهداء الاقصى ؟ القطاع :

تاريخ الالتحاق بالثورة : تنظيما : عسكريا : تفرغا :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٨ / ١١ / ٢٠٠٢ ـ بيادر ... مدرسة بيادر

كيفية حدوث الحادث : استشهد اثناء قيامه بزلاعة اخضراء مدرسة بيادر ... بينما كان يعمل له صفر خدراء اواب والاستاد ... ما بجعده بها ؟ اسرائيلي ... ادناء لا يطلقة ... مع رفيقه ومثل خدرس لا ... اسرائيلي .

موجز سيرته الذاتية :

ولد يوسف جلوبرتت ١٩٨٧ وترك اسرهاست بعد لم ٧٠ . هيم جميعه بعد ... قيام بس لبلديي ، سيضر في بلا مدرسة بيادر .

Redacted

سكن الاسرة :( ملك )   ايجار :   مشترك :

الايجار الشهري :

Redacted

CONFIDENTIAL

SHATSKY-JD01101

# Exhibit 119

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 5289[*]    Four-Part Name: Yousef Muhammad Ragheb Abu al-Rub   Type of Document: Palestinian ID
Date of Birth: Redacted /1978[*]   Ministry: Jenin                 Gender: unknown

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Military martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | Redacted | | | | Redacted | |

CONFIDENTIAL                                   Shatsky-JD00159-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 04/01/2021 | 04/01/2021 | Information completed |
| Last credit | 04/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL                                                                      Shatsky-JD00160-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
|       |        | Redacted |     |

CONFIDENTIAL

Shatsky-JD00161-T

Palestinian National Authority   **[Emblem of the Palestinian National Authority]**   Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

**CONFIDENTIAL**

Shatsky-JD00162-T

Palestinian National Authority     **[Emblem of the Palestinian National Authority]**     Martyrs' Families and Injured Care Establishment

<u>Print Date: 05/31/2021</u>

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | <u>Redacted</u> | |
| 04/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 05/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 06/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 07/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 08/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 09/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 10/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 11/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 12/1/2020 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 01/1/2021 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 02/1/2021 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 03/1/2021 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |
| 04/1/2021 | Redacted 1496 | Butheina Muhammad Ragheb Abu A-Rub | 1400 |

CONFIDENTIAL

Shatsky-JD00163-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

---

| نوع الوثيقة | هوية فلسطينية | الاسم الرباعي | بلبنية محمد راغب ابو الرب | بيانات الشخصية |
|---|---|---|---|---|
| شخص | ذكر | الوزارة | | البطاقة الشخصية Redacted |
| | | | | تاريخ الميلاد Redacted |

**الدرجـــــــات**

| الى تاريخ | من تاريخ | الفئة | الدرجة | الرتبة |
|---|---|---|---|---|
| | Redacted | غير محدد | عريف | سلم امر الشهداء الجديد |

**العلاوات والتخصيصات**

| اسم المستفيد | رقم الهوية | المرجع | نسبة او مبلغ | القيمة | الى تاريخ | من تاريخ | الرمز |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

**بيانات الحالة**

| نوع القرار | نوع الاعالة | نسبة الاعالة | الى تاريخ | من تاريخ | نوع الحالة |
|---|---|---|---|---|---|
| غير محدد | | . | | Redacted | شهيد عسكري |

**بيانات المستفيدين**

| الرقم المركزي | طبيعة القسمة | عدد الاولاد | زوجة ثانية | عدد الزوجات | قيمة النسبة | نسبة/قيمة | الى تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Redacted | | | Redacted | بلبنية محمد راغب ابو الرب | Redacted ١٤٩٦ |

| الرقم المركزي | رقم الحساب | فرع | البنك | في تاريخ | من تاريخ | الاسم | رقم الهوية |
|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | | | Redacted | بلبنية محمد راشب بو الرب Redacted | Redacted ١٩٦ |

لا يوجد قسمة    نسبة    ١٠٠

CONFIDENTIAL

Shatsky-JD00159

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

بيانــــات الوقف

| سبب الاعاقة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| Redacted | | | |
| استكمال المعلومات | ٢٠٢١/٠٤/١٠ | ٢٠٢١/٠٤/١٠ | نهاية الاعتماد |
| | | ٢٠٢٢/٠٤/١٠ | نهاية الاعتماد |

متسلسلات الراتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00160

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية ،سر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00161

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00162

Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية سر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٥/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٦/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٧/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٨/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٩/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/١٠/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/١١/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/١٢/٢٠٢٠ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠١/٢٠٢١ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٢/٢٠٢١ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٣/٢٠٢١ |
| ١٤٨٠ | بثينة محمد راغب أبو الرب | Redacted ١٩٦ | ٠١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00163

# Exhibit 120

CONFIDENTIAL                                    Shatsky-JD01024-T

PALESTINIAN LIBERATION ORGANIZATION    In the name of Allah, the    PALESTINIAN LIBERATION ORGANIZATION
                                        Merciful, the
                                        Compassionate

M'S F . & I. C. E.                          [PLO emblem]
                                                        Martyrs' Families and Injured Care Establishment

## The Establishment / Nablus

## The Brother, Deputy Assistant [of the Director General] of the Establishment, May Allah Protect him

## Greetings of the homeland and the state...

Case name: <u>Osama Adel Ahmad Beshkar</u>          Its type: <u>Aqsa martyr</u>

Central number: <u>13653</u>                        Allowance: <u>1400 shekels</u>

**Required action and reasoning:**  ** <u>Continue the disbursement because the martyr [was] single and the beneficiaries are the martyr's parents. Because the martyr's parents are alive, I recommend to continue the disbursement. For your attention. FYI, the allowance is divided between the martyr's parents.</u>

Attached documents:  <u>Loss of Life</u>

Name and signature of the department head: <u>[Illegible]</u>

Director's recommendation:  **** <u>The recommendation is to be confirmed. Continue to pay the martyr's parents because they are the beneficiaries and are alive, and they brought the Loss of Life [Certificate]. The allowance is divided between the martyr's parents. All in accordance with regulations. To be followed.</u>

Date:  <u>1.3.2021</u>        Signature: <u>[signature]</u>

Action of the director general: <u>The confirmation and disbursement will be renewed according to regulations.</u>

Date:  <u>1.12.2021</u>                      Signature: <u>[signature]</u>

Main procedures: _____        Name and signature of executor: _____

Audit procedures: _____           Name and signature: _____

**Nablus – Tel/Fax: 09 2385550**                        **Nablus – Tel/Fax: 09 2385550**

**Ramallah-Tel/Fax: 02-2986268**                       **Ramallah-Tel/Fax: 02-2986268**

CONFIDENTIAL                                    Shatsky-JD01024-T

CONFIDENTIAL                                             Shatsky-JD01034-T

PALESTINIAN LIBERATION ORGANIZATION   In the name of Allah, the   PALESTINIAN LIBERATION ORGANIZATION
                                       Merciful, the
                                       Compassionate

M'S F . & I. C. E.                     [PLO emblem]          Martyrs' Families and Injured Care Establishment

---

### The Establishment / Nablus

### The Brother, Deputy Assistant [of the Director General] of the Establishment, May Allah Protect him

### Greetings of the homeland and the state...

Case name: <u>Osama Adel Ahmad Beshkar</u>          Its type:  <u>Martyr</u>

Central number:_____          Allowance: <u>1400 shekels</u>

**Required action and reasoning:**   <u>** The martyr [was] single. The allowance is paid to the benefit of the martyr's parents. Based on this, I recommend to continue paying the martyr's parents. We leave this to you.</u>

Attached documents:  <u>Loss of Life</u>

Name and signature of the department head: <u>*[Illegible]  9.28.2017*</u>

Director's opinion: <u>**** The recommendation is to be confirmed. In accordance with regulations.</u>

Date:   <u>9.28.2017</u>          Signature: *[signature]*

Action of the director general: <u>The confirmation and disbursement will be renewed according to regulations.</u>

---

Date:   <u>10.30.2017</u>          _____Signature: *[signature]*

Main procedures: _____   Name and signature of executor: _____

Audit procedures: _____   Name and signature: _____

Nablus – Tel/Fax: 09 2385550                      Nablus – Tel/Fax: 09 2385550

Ramallah-Tel/Fax: 02-2986268                      Ramallah-Tel/Fax: 02-2986268

CONFIDENTIAL                                       Shatsky-JD01034-T

Confidential                                                      Shatsky-JD01036-T

**[Cut off]: Family table:**   * married – single        Osama Beshkar

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Adel Ahmad Hussein Beshkar | Father | 1953 | 7th | Works in a quarry | Married | Nablus – Askar al-Jadid Camp |
| 2 | Hiyam Mohammed Mas'ud Beshkar | Mother | 1955 | Illiterate | Housewife | Married | "   "   "   " |
| 3 | Redacted | Brother | Redacted | 10th | Works in a quarry | Single | Redacted |
| 4 | | Sister | | 7th | Housewife | Married | |
| 5 | | Sister | | 7th | Housewife | Married ~~Single~~ | |
| 6 | | Sister | | 10th | Housewife ~~student~~ | Engaged ~~Single~~ | |
| 7 | | Brother | | 9th | [Illegible] ~~student~~ | Single | |
| 8 | | Sister | | 10th ~~8th~~ | [Illegible] ~~student~~ | [Illegible] ~~Single~~ | |
| 9 | | Brother | | 9th ~~7th~~ | Student | Single | |
| 10 | | Sister | | 7th ~~5th~~ | Student | Single | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents:**

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:** 8

**Notes concerning the family table:**

The account number of the beneficiary, the martyr's mother Hiyam Mohammed Mas'ud Beshkar  Redacted

"     "     "     "   "     "     "     "     "     "     "     "     "

Confidential                                                      Shatsky-JD01036-T

Confidential                                                                 Shatsky-JD01037-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority      [Arabic] Palestinian National Authority
Ministry of Social Affairs     | P.A. emblem |     Ministry of Social Affairs
M's F. & I. C. E        Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report



**Case:** <u>Aqsa Martyr</u>

**Name:** <u>Osama Adel Ahmad Beshkar</u>

**Local number:**  <u>777</u>        **Central number:** _____

**Governorate:** <u>Nablus</u>

**Date:** _____

Ramallah - Tel/Fax: 02-2986268           Ramallah - Tel/Fax: 02-2986268

Confidential                                                                 Shatsky-JD01037-T

Confidential                                                Shatsky-JD01038-T

### Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Osama Adel Ahmad Beshkar | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 7626 |
| **Beneficiary's full name**: Hiyam Mohammed Mas'ud Beshkar (wife, father, mother, brother, sister) | **Identification no.**: Redacted 1940 |
| **Mother's full name**: Hiyam Mohammed Mas'ud Beshkar | **Mother's Identification no.**: Redacted 1940 |
| **Wife's name**:            / | **Wife's Identification no.**:       / |
| **Place and date of birth**: Redacted .1984 Askar al-Jadid Camp | **Place of origin**: Bisan |
| **Religion**: Muslim | **Sex**: Male        **Marital status**: Single |
| **Previous job**: Worked in a quarry | **Current job**: |
| **Education**: 2nd grade in junior high | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

### Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | | **Organizational rank**: | |
| **Rank confirmation letter**: | **No.** | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: The Popular Front | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 5.19.2002 Netanya

**Details of the incident**: He was martyred during the execution of The Umm Khaled Martyrdom Operation inside a commercial market, which caused the death the injury of many Israelis.
...........................................................................................................................

**Brief Biography**: The martyr was born in Askar al-Jadid Camp in Nablus on Redacted .1984. His origins are from occupied Bisan. He studied in the camp's schools that belonged to the Agency [UNRWA] until the second grade of junior high. He worked in a quarry. His struggle activity was clandestine and he did it until he was martyred in a martyrdom operation in Netanya during the Al-Aqsa Intifada events on 5.19.2002.

| **The family's residence: Owned**: An agency [UNRWA] unit   **Rented**: | | **Shared**: |
|---|---|---|
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

Confidential                                                Shatsky-JD01038-T

Confidential                                    Shatsky-JD01039-T

**Recommendations of the department**: The martyr Osama Adel Ahmad Beshkar

- The martyr [was] single. He was born in 1984     /     Laborer

- He was martyred on 5.19.2002 during a martyrdom operation inside a commercial market in Netanya

- I recommend to confirm him as an Al-Aqsa Martyr.

_____ Date: 5.30.2002 Signature: [handwritten]


**Decision of the establishment's director**: (          )

_____

_____

_____


_____ Date: _____ Signature: _____

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____


**Confirmation of the director general**:

To be confirmed as an Al-Aqsa Martyr as of 6.1.2002 and be paid Redacted shekels a month.

_____

_____


**Audit's notes**:          **Date**:    6.8.2002     **Signature**: [signature]

_____    _____

_____    _____

_____    _____


**Computerized notes**:      Date:              Signature:

_____    _____

_____    _____


Confidential                                    Shatsky-JD01039-T

Original

بســم الله الرحمن الرحيم

**PALESTINIAN LIBERATION ORGANIZATION**

M`s F. & I.C.E.



منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ الوكيل المساعد للمؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة :   اسامة عادل احمد بشكار   نوعها :   شهيد أقصى

الرقم المركزي :   13653   المخصص :   1400   شيكل

الاجراء المطلوب والاسباب : ** استمرار الصرف حيث ان الشهيد اعزب والمستفيد والدي الشهيد ،  ،  وبما أن والدي الشهيد
على قيد الحياه  اوصى باستمرار الصرف   لاجراءاتكم ، علمً بان المخصص مقسوم بين والدي الشهيد .

الوثائق المرفقه :   تفقد حياه .

اسم وتوقيع رئيس القسم :   علي ـم

رأي المدير :

**** تعتمد التوصية ويستمر الصرف  لصالح والدي الشهيد  كونهمً المستفيدان ومأ زالا على قيد الحياه وقد احضرا تفقد الحيه

المخصص مقسوم بين والدي الشهيد ،    وذلك حسب  النظام مع المتابعه .

التاريخ : ٢ / ١٢ / ١١   التوقيع :

اجراء المدير العام : يجب لا ستمارد لعرنا ص بالنظام

التاريخ : ١٤ / ١ / ١٢ . ٢   التوقيع : م ص ص عام فيعض....

الاجراء المركزي :   اسم وتوقيع المنفذ :

اجراء التدقيق :   الاسم والتوقيع :

Nablus - Tel/Fax   : 09 2385550
Ramallah-Tel/Fax : 02-2986268

نابلس ـ تلفاكس : 09 - 2385550
رام الله- تلفاكس : 02 - 2986268

CONFIDENTIAL

بسم الله الرحمن الرحيم



PALESTINIAN LIBERATION ORGANIZATION

M's F. & I. C. E.

منظمة التحرير الفلسطينية .

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة :    اسامه عادل احمد بشكار    نوعها :    شهيد

الرقم المركزي :    المخصص :    1400    شيكل

**الاجراء المطلوب والاسباب : ** الشهيد اعزب ، يصرف المخصص لصالح والدي  الشهيد ، بناء على ذلك اوصى باستمرار
الصرف لوالدي الشهيد ونترك ذلك لاجراءاتكم .

الوثائق المرفقه :    تفقد حياه .

اسم وتوقيع رئيس القسم :    عـلا مـ    ع ن 19٤٨

رأي المدير :

**** تعتمد التوصية  ويستمر الصرف لصالح والدي الشهيد كونهما المستفيدان الوحيدان ، وهما ما زالا على قيد الحياة وذلك حسب
النظام مع المتابعه .

التاريخ : م٢٠٠٥/٩/٢    توقيع مدير المؤسسة :

اجراء المدير العام :

التاريخ : ٢٠٠٦/١/١١    التوقيع :

الاجراء المركزي :    اسم وتوقيع المنفذ :

اجراء التدقيق :    الاسم والتوقيع :

**Nablus - Tel/Fax   : 09 2385550**
**Ramallah-Tel/Fax : 02-2986268**

نابلس ـ تلفاكس : 09 - 2385550
رام الله ـ تلفاكس : 02 - 2986268

CONFIDENTIAL

SHATSKY-JD01034

CONFIDENTIAL
SHATSKY-JD01036

الثا : الجدول الأسري : _ * متزوج · أعزب

- المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة
- الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | م |
|---|---|---|---|---|---|---|---|
| نابلس بيت فوريك | متزوج | ربة بيت | سابع | ١٩٥٢ | والده | عادل أحمد حسين دكار | ١ |
| | متزوجة | ربة بيت | ابتد | ١٩٥١ | والدته | هام تيسير دكار | ٢ |
| Redacted | أعزب | عاطل قاعد | عاش | Redacted | | Redacted | ٣ |
| | متزوج | طالب | سادس | | | | ٤ |
| | | طالب | سادس | | | | ٥ |
| | | طالب | عاش | | | | ٦ |
| الازنت | | طالب | تاسع | | | | ٧ |
| | | طالب | ثامن | | | | ٨ |
| أعزب | طالب | سابع | | | | | ٩ |
| | طالب | خامس | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : .....................

- المتزوج : الزوجات والأبناء القصر : ........................

- الأعزب : الوالدين والأخوة القصر : ........................

ملاحظات على الجدول الأسري : ........................

Redacted

CONFIDENTIAL

SHATSKY-JD01037

**Palestinian National Authority**
**Ministry of Social Affairs**
M's F. & I.C.E.



لطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
سسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



# بحث اجتماعي

الحالة : شهيد أقصى

الاسم : اسامة عادل احمد بكار

الرقم الداخلي : ٧٧٧        الرقم المركزي :

المحافظة : نابلس

التاريخ :

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٠٢-٢٩٨٦٢٦٨

CONFIDENTIAL

SHATSKY-JD01037

## ولاً : معلومات ذاتية :

الرقم المركزي : ............................

لرقم المحلي : ..................................

الاسم الحركي : Redacted

اسم الحالة : .......ابات عايل احمد شكاك...

رقم الهوية : ........٧٦٢٦ Redacted

الجنسية : ..........فلسطيني......

رقم التويه : Redacted

اسم المسئول رباعي ..........................

( الزوجة ، الأب ، الأم ، الأخ ، الأخت )

رقم هوية الأم : ...........١٩٩٦

اسم الأم كامل : ......صابر محمد سعيد بشكار....

رقم هوية الزوجة : ...................

اسم الزوجة : ............................... Redacted

تاريخ ومكان الميلاد : .....١٩٨٨ مخيم عسكر كبير....

الجنس : .......ذكر......

البلد الأصلي : .......بياسا......

الحالة الاجتماعية : ......اعزب......

الديانة : .......مسلم......

العمل السابق : .......عامل خارج......

العمل الحالي : ...........................

المؤهل العلمي : ......ثانيا اعدادي......

تاريخ ورقم كتاب الاعتماد : ...............

تاريخ الاعتماد بالمؤسسة : ...........................

## ثانياً : معلومات ادارية :

الرتبة العسكرية : ...........................

الرتبة التنظيمية : ...........................

رقم : ...................

تاريخ : ...................

كتاب إعتماد الرتبة : ...........................

التعديلات : ...................

تطورات المخصص السابق : ...................

الحالي : ...................

التنظيم التابع له : ......الجبهة الشعبية......

القطاع : ...................

تاريخ الالتحاق بالثورة : ...................

تنظيما : ...................

عسكريا : ...................

تفرغا : ...................

الدورات التي اجتازها : ...................

تاريخ ومكان الحادث : ......١٩/١ ٢٠٠٥ نابلس......

كيفية حدوث الحادث : ......استشهد أثناء تصنيع عبوة ام خالد بر... طريق داخل سجن خارج... والتي اسفرت عن تمزق وجرح كبير به الرأس......

## موجز سيرته الذاتية :

Redacted ١٩٨٨ تنحدر من اسرة اسلامية تنتمي الى بسلام الخليه اشهر بمحبه للمؤسسة في مخيم عسكر كبير بنابلس تاريخ ... ثاني اعدادي ... من مخيم عسكر خارج ... كبير على النضال درك أباناس من المادة لا لى من استشهد عليه استشهادية ياما اصابته اسلامية ايمن ياما تاريخ ستشهد عليه سريا خارجا من سعه ياما مياس تشهير على استشهادية ياما ٢٠٠٥/١/١٩

سكن الاسرة : ملك : ....... وقع وكلك ايجار : .......... مشترك : .......

الإيجار الشهري : ...................

العنوان الكامل : ................................... Redacted

أقرب تلفون : ...................

CONFIDENTIAL

SHATSKY-JD01039

ة القسم :   الشيخ / اسامةعادل احمدبكار

... ... ابنت سواليد عام ١٩٨٤ / عامل

ا ... شهر تارخ ١٩١٥ عنه اثار نسبت عليه اقتصاديه دائم ... ... نتيما

... ... اعتماد ... ... ... ... ...

التاريخ : ... ١٢/١٥/       التوقيع : ... اب

## قرار مدير المؤسسة : (                          )

التاريخ : ...           التوقيع : ...

## حساب المخصص :

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| ... | ... | ... | ... | ... | ... | ... |

علاوات أخرى : ...

المجموع بالدينار : ...

المجموع بالشيكل : ...

## اعتماد المدير العام :

... ... Redacted ... ... ١/٦/ ...

## ملاحظات التدقيق :

التاريخ ٨/٦/      التوقيع

## ملاحظات الحاسب الآلي :

التوقيع           التاريخ

CONFIDENTIAL                    SHATSKY-JD01039

# Exhibit 121

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

**Personal Information:**                                                                 Print Date: 05/31/2021

ID Card: Redacted 7626[*]

Date of Birth: Redacted /1984[*]

Four-Part Name: Osama Adel Ahmad Beshkar

Ministry: Nablus

Type of Document: Palestinian ID

Gender:  Male

**Categories:**

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

**Increments and Deductions:**

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

**Case Data:**

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

**Beneficiaries' Data:**

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Redacted | | | | | |
| Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | Redacted | | Percentage | 50 | 0 | 0 | 0 | Apportionment of the allowance | Redacted |
| | | | | | Redacted | | | | | |
| Redacted 1940 [*] | Hiyam Mohammed Mas'ud Bushkar | | | Percentage | 50 | 0 | 0 | 0 | Apportionment of the allowance | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. | |
|---|---|---|---|---|---|---|---|---|
| Redacted 1734 [*] | Adel Ahmad Hussein Beshkar | Redacted | | | | Redacted | | |
| Redacted | | | | | | | | |
| Redacted 1940 [*] | Hiyam Mohammed Mas'ud Beshkar | Redacted | | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00133-T

Palestinian National Authority　　　**[Emblem of the Palestinian National Authority]**　　　Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 10/01/2020 | 10/01/2020 | Information completed |
| Information completed | 01/01/2021[*] | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　Shatsky-JD00134-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00135-T

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00136-T

Palestinian National Authority          **[Emblem of the Palestinian National Authority]**          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL                                                                                           Shatsky-JD00137-T

Palestinian National Authority      **[Emblem of the Palestinian National Authority]**      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020[*] | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 04/1/2020 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 05/1/2020 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 05/1/2020 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 06/1/2020 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 06/1/2020 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 07/1/2020 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 07/1/2020 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 08/1/2020 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 08/1/2020 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 09/1/2020 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 09/1/2020 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 01/1/2021 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 02/1/2021[*] | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |
| 03/1/2021 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 2800 |
| 03/1/2021 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 4200 |
| 04/1/2021 | Redacted 1940 | Hiyam Muhammad Mas'ud Bushkar | 700 |
| 04/1/2021 | Redacted 1734 [*] | Adel Ahmad Hussein Bushkar | 700 |

CONFIDENTIAL

Shatsky-JD00138-T

# Original

Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى



تاريخ الطباعة   31/05/2021

البيانات الشخصية
| | |
|---|---|
| البطاقة الشخصية | Redacted |
| تاريخ الميـلاد | Redacted |

الترحــــيــت

| البند | الدرجة | اللغة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| ساكن أسر الشهداء الجدد | شئ محددة | غير محددة | Redacted | |

العلاوات والتخصيصات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيـــــانـات الحالة

| نوع الحــــالة | من تاريخ | الى تاريخ | نسبة الإعاقة | نوع الإعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | • | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | الرتبة/القيمة | نسبة/القيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | ضد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ۰۷۳٤ | نضال لحمد حسين بشعر | Redacted | | | نسبة | ٥۰ | • | • | | قسمة المخصص | |
| Redacted ٦٤۰ | هيام محمد دمسعود بشكار | Redacted | | | نسبة | ٥۰ | • | • | | قسمة المخصص | Redacted |
| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | | | | الرقم المركزي | |
| Redacted ۰۷۳٤ | عادل احمد حسين بشكار | Redacted | Redacted | | | | | | | Redacted | |
| Redacted ٦٤۰ | هيثم معمد مسعود بشكار | Redacted | Redacted | | | | | | | Redacted | |

نوع توظيف   هوية فلسطينية
الاسم الرباعي   Redacted
المولراة

CONFIDENTIAL

Shatsky-JD00133

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



CONFIDENTIAL

Shatsky-JD00134

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | تشهر |
|--------|-------|------------|------|



Redacted

CONFIDENTIAL

Shatsky-JD00135

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة : 31/05/202

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00136

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31;05;2021    تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|


Redacted

CONFIDENTIAL

Shatsky-JD00137

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| ١/٠٤/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٤/٢٠٢٠ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/٠٥/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٥/٢٠٢٠ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/٠٦/٢٠٢٠ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/٠٦/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٧/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٧/٢٠٢٠ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/٠٨/٢٠٢٠ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/٠٨/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٩/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٩/٢٠٢٠ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/١٠/٢٠٢٠ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/١٠/٢٠٢١ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |
| ١/٠٢/٢٠٢١ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٢٨٠٠ |
| ١/٠٢/٢٠٢١ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٤٢٠٠ |
| ١/٠٣/٢٠٢١ | Redacted ١٩٤٠ | هيام محمد مسعود بشكار | ٧٠٠ |
| ١/٠٣/٢٠٢١ | Redacted ١٧٢٤ | عادل أحمد حسين بشكار | ٧٠٠ |

CONFIDENTIAL

Shatsky-JD00138