# Exhibit 124

Confidential                                                    Shatsky-JD00603 -T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority    [Arabic] Palestinian Nation
        Ministry of Social Affairs                    Ministry of Social A
              M's F. & I. C. E                Martyrs' Families and Injured Ca

P.A. emblem

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: Aqsa Martyr

**Name**: Raed Abdel-Hamid Abd A-Razaq Misk

**Local number**: 554          **Central number**: 014335

**Governorate**: Hebron

**Date**: 9.3.2003

---

Ramallah - Tel/Fax: 02-2986268

Confidential                                         Shatsky-JD00603-T

Confidential                                              Shatsky-JD00604-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 554 | **Central no.**: 014335 |
| **The case's name**: Raed Abdel-Hamid Abd A-Razaq Misk | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: |
| **Beneficiary's full name**: Arij Muhammad Zuheir Muhammad Shafiq Misk (Wife, father, mother, brother, sister) | **Identification no.**: Redacted 0496 |
| **Mother's full name**: Fatma Uweida Abd Al-Karim Misk | **Mother's Identification no.**: |
| **Wife's name**: Arij Muhammad Zuheir Muhammad Shafiq Misk | **Wife's Identification no.**: Redacted 0496 |
| **Place and date of birth**: Redacted .1974 - Hebron | **Place of origin**: Hebron |
| **Religion**: Muslim | **Sex**: Male   **Marital status**: Married |
| **Previous job**: Teacher / Association of the Academicians | **Current job**: |
| **Education**: M.A. in Islamic Law | |
| **Date and number of confirmation letter**: - | |
| **Date of confirmation in the institution**: - | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: / | **Organizational rank**: | | |
| **Rank confirmation letter**: / | **No.** / | **Date**: / | |
| **Developments in previous allowance**: / | **Current**: / | **Changes**: | |
| **Organizational affiliation**: Islamic Resistance Movement "Hamas" | **Sector**: | | |
| **Date of joining the revolution**: 1990   **Organizationally**: | **Militarily**: | **As a full-time member**: | |

**Training courses undertaken**: Several courses

**Place and date of the incident**: 8.19.2003 – Western Jerusalem

**Details of the incident**: Martyrdom Operation in an Israeli articulated bus in Western Jerusalem.

**Brief Biography**: The aforementioned was born in the city of Hebron. He graduated from high school in Hebron. Then joined the University of Hebron and earned a Bachelor's degree in Islamic Law. Then he joined the Al-Najah University and was studying in the last semester for his Master's degree in Islamic Law when he became a martyr.

**The family's residence: Possessed**: The martyr's house was demolished  **Rented**:        **Shared**:

| | |
|---|---|
| **Monthly rent**: | Redacted |
| **Full address**: | |
| **Nearest telephone**: | |

Confidential                                              Shatsky-JD00604-T

Confidential                                              Shatsky-JD00605-T

**Part 3: Family table:**   * married - single
1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Arij Muhammad Zuheir Muhammad Shafiq Misk | Wife | Redacted 1978 | B.A. Islamic Law | Teacher | Widow | Hebron / Al-Jawuz |
| 2 | | Daughter | | None | Child | | |
| 3 | | Son | | None | Child | | |
| 4 | Redacted | Daughter | Redacted | | | | Redacted |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 4

**If married: the wives and minor children**: Wife + 3 children

**If single: the parents and the minor siblings**:

**Notes concerning the family table**: The martyr's wife is in the fifth month of pregnancy. We will continue to follow the case.

Confidential                                              Shatsky-JD00605-T

Confidential                                             Shatsky-JD00606-T

**Name of the case and its type:** The Martyr: Raed Abdel-Hamid Abd A-Razaq Misk
**Recommendation of the Department:**
1) The aforementioned is married and has a wife and two children.
2) He was martyred as a result of a detonation on board an articulated bus in Jerusalem (Israeli bus).
3) To be confirmed as a martyr of the Al-Aqsa Intifada.
                                    Date: 9.4.2003 Signature: [handwritten]
**Decision of the establishment's director**: (   Hebron   )
I instruct to confirm the aforementioned as a martyr of the Al-Aqsa Intifada.

_____
_____
_____     Date: 11.9.2003 Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
| 600   | 25   | 25X2 50  |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: 700[*] Shekels _____

**Confirmation of the director general**:
Confirmed as a martyr of the Al-Aqsa Intifada as of 9.1.2003. Will be paid redacted shekels a month._____

**Audit's notes**:          **Date**: 9.18.2003        **Signature**: [signature]
_____   _____
_____   _____
_____   _____

**Computerized notes**:     Date:                  Signature:
_____   _____
_____   _____

Confidential                                             Shatsky-JD00606-T

# Original

CONFIDENTIAL



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.



ـطنية الفلسطينية

شؤون الاجتماعية

أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ــــــــــــــ

الاسم : ـــــــــــــــــــــــــ

الرقم المحلي : ــــــ ٥٥٥ الرقم المركزي : ١٤٢٢٥ ـــــ

المحافظة : ــــــ احنين

التاريخ : ـ ٢ / ٩ /٢٠٠ ـــــ

---

Ramallah - Tel/ Fax : 02-2986268          رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

Shatsky-JD00603

CONFIDENTIAL

Shatsky-JD00604

أولاً : معلومات ذاتية :

الرقم المحلي : ٥٥٤     الرقم المركزي : ١٤٢٢٥١

اسم الحالة : براتم عبد الحميد عبد الرازق عبد ...    الاسم الحركي :

الجنسية : فلسطيني     رقم الهوية :

اسم المستفيد رباعي ( الزوجة ، الأب ، الأم ، الأخ، الأخت ) : أرتحي محمد زكي محمد شفيق ...    رقم الهوية : ٩٤٩٥    **Redacted**

اسم الأم كامل : فاطمة عبد ... عبد الكريم صلاح    رقم هوية الأم :

اسم الزوجة : أرتحي محمد نصر ... محمد شفيق ...    رقم هوية الزوجة : ٩٥٦    **Redacted**

تاريخ ومكان الميلاد : ١٩٧٣ / الخليل    **Redacted**    البلد الأصلي : الخليل

الديانة : مسلم    الجنس : ذكر

الحالة الاجتماعية : متزوج

العمل السابق : مدرس / رابطها مصر    العمل الحالي :

المؤهل العلمي : ماجستير شريعة إسلامية .

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

---

ثانياً : معلومات إدارية :

الرتبة العسكرية :     الرتبة التنظيمية :

كتاب إعتماد الرتبة :     رقم :     تاريخ :

تطورات المخصص السابق :     الحالي :

التنظيم التابع له : حركة المقاومة الإسلامية "حماس"    القطاع :    التعديلات :

تاريخ الالتحاق بالثورة : ١٩٩٠    تنظيما :    عسكرياً :    تفرغا :

الدورات التي اجتازها : عدة دراسات

تاريخ ومكان الحادث : ١٩/٨/٠٢    القدس القديمة / الغربية

كيفية حدوث الحادث : عملية استشهادية قام بها إسرائيلي مزدوج في القدس الغربية .

---

موجز سيرته الذاتية :

المذكور سيرته واسمه في الجيش ثم الدراسة الثانوية طوال مدة الدراسة الجامعية ثم حصل على شهادة البكالوريوس في الشريعة الإسلامية ثم النحو بها ... لا يزال طالب في الفصل الأخير من ... ماجستير شريعة إسلامية حتى استشهد

مسكن الأسرة : ملك    مشترك ... سيت خصص    إيجار :     مشترك :

الإيجار الشهري :

العنوان الكامل :

أقرب تلفون :

**Redacted**

CONFIDENTIAL

Shatsky-JD00604

CONFIDENTIAL
Shatsky-JD00605

## ثالثاً : الجدول الأسري :  ★ متزوج - أعزب

★ المتزوج : يسجل الزوجات والابناء القصر اولاً ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
أ - الأعزب : يسجل الوالدين والاخوة القصر اولاً ثم الاخوة فوق سن الانتاج

| سلسل | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | ارتجي محمد تهمي ده | الزوج | Redacted | بكالوريا آداب | | | |
| ٢ | Redacted | الابنة | Redacted | علمي | طبيب | | ارملة الحاج الجاروز |
| ٣ | | الابن | | علمي | شعبي | | Redacted |
| ٤ | | الابن | | علمي | اعي | | |
| ٥ | | الأم | | | | | |
| ٦ | | | | | | | |
| ٧ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ـــــــــــ ٤

★ المتزوج : الزوجات والابناء القصر : ـــــ متزوج بـ ٤ اخبار

- الأعزب : الوالدين والاخوة القصر : ـــــ

ملاحظات على الجدول الاسري : ـــ ندرجه شخص حابل لا يشهر انا سا
و سنقوم جا بم ابلاغ .

CONFIDENTIAL
Shatsky-JD00605

CONFIDENTIAL

Shatsky-JD00606

اسم الحالة ونوعها : الحضر : رائد مسم لحمي سبر برناحر ملش ـ

**توصية القسم :**

① المذكور مزوج وله تربح وطفلار .

② استنصف المذكور نتيجح اصابته في حادث يادي مزدوج للعمر (بإصابرائته)

③ يرجى اعتمار من ده صرف اجمر صهرار استقامته لا فتر .

التاريخ : ٢٠١٤/٩/٢٥ـ ... التوقيع : عز من عبا د ٮم /

---

**قرار مدير المؤسسة :** ( الجلس )

.. أوصي باعتماد المذكور صترية مع سحيدا انتعاضره التوصى .

التاريخ : ٢٠١١/٩/١١ـ ... التوقيع : ـ

---

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اسامي |
|---|---|---|---|---|---|---|
| | | | | ٢×٥٠ | | |
| | | | | ٥٠ | ٥٠ | ٧ |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل : ــ صه شهلر

---

**اعتماد المدير العام :**

لعبر سونتا ( ستر ستثراللاخص ) ـيت ٦٢م ٢٠١٤/٩/ـ ...

Redacted

---

التاريخ ٢٠١٤/٩/م   التوقيع ـ

**ملاحظات التدقيق :**

---

**ملاحظات الحاسب الآلي :**

التوقيع          التاريخ

CONFIDENTIAL

Shatsky-JD00606

# Exhibit 125

**Palestinian National Authority**        [Emblem of the Palestinian National Authority]        **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 9819
Date of Birth: Redacted /1974          Four-Part Name: Raed Abdel-Hamid Abd A-Razaq Misk          Type of Document: Palestinian ID
Ministry: Hebron          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries` Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq Misk | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 0496 | Arij Muhammad Zuheir Muhammad Shaf[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL          Shatsky-JD00189-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020 | 09/01/2020 | Information completed |
| Last credit | 09/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00190-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00191-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs` Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00192-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 05/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 06/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 07/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 08/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 09/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 10/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 11/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 12/1/2020 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 01/1/2021 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 02/1/2021 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 03/1/2021 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |
| 04/1/2021 | Redacted 0496 | Arij Muhammad Zuheir Muhammad Shafiq | 2400 |

CONFIDENTIAL

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة : 31/05/2021

البيانات الشخصية

| | | | | |
|---|---|---|---|---|
| هوية فلسطينية | نوع الوثيقة | رائد عبد الحميد عبد الرزاق منسك | الاسم الرباعي | البطاقة الشعبية ١٨٩٩ Redacted |
| ذكر | الجنس | الخليل | الوزارة | تاريخ الميلاد ١٩٧٤ Redacted |

المؤهـــــلات

| القسم | الدرجة | الصفة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجدد | غير محدد | غير محدد | Redacted | |

اعتمادات وتخصيصات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانـــــات طبيـة

| نوع الحـــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | · | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| ٤٩٦ Redacted | اريج محمد زهير محمد شفيق مسك | Redacted | | نسبة | ١٠٠ | ١ | · | ٣ | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| ٤٩٦ Redacted | اريج محمد زهير محمد شفـ | Redacted | | Redacted | | | |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

بيانـــــــات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الإعادة |
|---|---|---|---|
| Redacted | | | |
| نهاية الاعتماد | ٢٠٢٠/٠٩/٠١ | ٢٠٢٠/٠٩/٠١ | استكمال المعلومات |
| نهاية الاعتماد | ٢٠٢١/٠٩/٠١ | | |

بيانـــــــات الراتب في البنك

| الشهر | رقم الهوية | الاسم | الرتب |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00190

Palestinian National Authority  السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | اشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00191

Palestinian National Authority



الســلطة الوطـنية الفلسـطـينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00192

Palestinian National Authority



الـــطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الرقم | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٤/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٥/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٦/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٧/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٨/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٩/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/١٠/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/١١/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/١٢/٢٠٢٠ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠١/٢٠٢١ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٢/٢٠٢١ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٣/٢٠٢١ |
| ٢٤٠٠ | اريج محمد زهير محمد شفيق سمت | Redacted, ٤٩٦ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00193

# Exhibit 126

Confidential

Shatsky-JD00835-T

*Gaza martyrs*

In the name of Allah, the Gracious, the Merciful

**Palestine Liberation Organization**
**Palestinian National Authority**
**Martyrs' Families and Injured Care Establishment**



## Social Report

### Case: <u>Martyr</u>

**Name**:  Ramez Abd al-Qader Muhammad Ubeid

**Local number**:  012578[*]

**Central number**:  _____

**Governorate**:  _____

**Date**:  _____

Confidential                                          Shatsky-JD00836-T
                                                      *[Illegible]*
                                                      *250*

**Supporting Documents:**

..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................

**Additional notes:**

..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................

Confidential                                          Shatsky-JD00836-T

Confidential                                            Shatsky-JD00837-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.:** | **Central no.:** |
| **The case's name:** Ramez Abd al-Qader Muhammad Ubeid | **Code name:** |
| **Nationality:** Palestinian | **Identification no.:** |
| **Education and date:** Second [year] university | |
| **Beneficiary's full name:** Redacted | **Identification no.:** Redacted |
| **Mother's full name:** Saida Abd al-Aziz Ibrahim Ubeid | **Mother's Identification no.:** |
| **Date and place of birth:** Redacted .1974 | **Place of origin:** Beit Darras |
| **Religion:** Muslim | **Sex:** Male / **Marital status:** Single |
| **Previous job:** University student | **Current job:** |
| **Date and number of confirmation letter:** _____ | Date of confirmation in the institution: _____ |

**Administrative Information**

| | | | | |
|---|---|---|---|---|
| **Military rank:** | | **Organizational rank:** | | |
| **Rank confirmation letter:** | | **No.** | | **Date:** |
| **Previous monthly allowance:** | | **Memorandum No.:** | | |
| **Organizational affiliation:** | | **Governorate:** | | |
| **Date of joining the revolution:** | **Organizationally:** | **Militarily:** | **As a full-time member:** | |

**Training courses undertaken:**

**Place and date of the incident:** 3.4.1996 Tel Aviv

**Details of the incident:** Martyrdom operation in Tel Aviv

..............................................................................................

..............................................................................................

..............................................................................................

**Brief Biography:**

..............................................................................................

..............................................................................................

..............................................................................................

**The family's residence: Owned:** Agency        **Rented:**        **Shared:**

Full Address: Khan Younis, the [illegible] military camp behind the Agency's water [illegible] 429/40[*] at the Al-Khazandar Coffee Shop.

..............................................................................................

Confidential                                            Shatsky-JD00837-T

Confidential                                                        Shatsky-JD00838-T

**Part 3: Family table:     married - single**

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | 3rd junior high | Laborer | Married | |
| 2 | | Mother | | Illiterate | Housewife | Married | Redacted |
| 3 | | Brother | | Elementary | National Security | Single | |
| 4 | | " | | Elementary | Disabled | Single | Redacted |
| 5 | Aida | Sister | 1986 | Elementary | Disabled | Single | |
| 6 | Redacted | Brother | Redacted | Junior high | Laborer | Married | |
| 7 | | " | | " | " | " | |
| 8 | | " | | Elementary | " | " | |
| 9 | | " | | " | Policeman | " | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| **Number of dependents:** | | | | | | | |
| **If married: the wives and minor children:** | | | | | | | |
| **If single: the parents and the minor siblings:** | | | | | | | |
| **Notes concerning the family table:** | | | | | | | |

Confidential                                                        Shatsky-JD00838-T

Confidential                                                    Shatsky-JD00839-T

.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................

_____ Date: 10.16.2005 Signature: [handwritten]

**Decision of the establishment's director**: (       )

- Illegible] 30350 S.C. [acronym – probably stands for Social Case] on his father's name.
- According to the decision of the honorable minister, he is to be confirmed as a martyr of the homeland as of 3.1.2001.
- Monthly allowance – Redacted shekels
- [Illegible] as a Social Case at the end of 2/2001

_____ Date: _____ Signature: [handwritten]

                                                             3.11.2001

**Confirmation of the director general**:

.......................................................New.............................................
.........................................................+.........................................................
...........................................Redacted.........................................

**Audit's notes**:          Date:                   Signature: [signature]

                                          3 / 2001
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................
.........................................................................................................................

**Computerized notes**:     Date:                   Signature:

_____    _____

Confidential                                                    Shatsky-JD00839-T

Confidential                                                    Shatsky-JD00840-T

| Follow Up Table | | |
|---|---|---|
| Serial No. | Note | Signature and Date |
| 3/2001 | Change from S.C. to Martyr with the amount of Redacted | K 470 [signature] |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Confidential                                                    Shatsky-JD00840-T

# Original

CONFIDENTIAL

SHATSKY-JD00835

بسم الله الرحمن الرحيم

منظمة التحرير الفلسطينية
السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء
والجرحـــى

بحـث اجتمـاعـي

الحالة : ........................

الاســـــم : ............................
الرقم المحلـي : ............................
الرقم المركزي : ............................
المحافظــة : ............................
التاريــخ : ............................

CONFIDENTIAL

SHATSKY-JD00835

CONFIDENTIAL
SHATSKY-JD00836

الأوراق الثبوتية :

ملاحظات اضافية

CONFIDENTIAL
SHATSKY-JD00836

CONFIDENTIAL
SHATSKY-JD00837

أولاً : معلومات ذاتية :

الرقم المركزي : ........... الرقم الأهلي : ...........
الاسم الحركي : ........... اسم الحالة : مليم عبد العزيز عبد محمد عبد
رقم الهوية : ........... الجنسية : فلسطيني
المؤهل العلمي وتاريخه : ثانوية عامة
اسم المستفيد رباعي : .......... Redacted
اسم الأم كامل : سعدية .......... إبراهيم عبد .. رقم هوية الأم : Redacted
تاريخ ومكان الميلاد : .......... البلد الأصلي : ..........
الديانة : مسلم .. الجنس : ذكر .. الحالة الاجتماعية : أعزب
العمل السابق : طالب جامعي .. العمل الحالي : ..........
تاريخ ورقم كتاب الاعتماد : .......... تاريخ الاعتماد بالمؤسسة : ..........

ثانياً : معلومات إدارية :

الرتبة العسكرية : .......... الرتبة التنظيمية : ..........
كتاب اعتماد الرتبة : .......... رقم : .......... تاريخ : ..........
المعسكر الشهري السابق : .......... رقم المذكرة : ..........
التنظيم التابع له : .......... القطاع : ..........
تاريخ الالتحاق بالثورة : .......... تنظيمياً .......... عسكرياً .......... فعلياً ..........
الدورات التي اجتازها : ..........
تاريخ ومكان الحادث : .......... ١٩٩٦/١٢/٢٨ .. تل أبيب
كيفية حدوث الحادث : .......... عملية استشهادية في تل أبيب

موجز سيرته الذاتية :

..........
..........
..........
..........
سكن الأسرة : ملك .. مجلكة .. إيجار : .......... مشترك : .......... الإيجار الشهري : ..........
العنوان كامل : .......... خانيونس المبلك لبيتزي .. جانب بابجر .. بياع لوبالشت ١٢٢٩ بيت ..........

CONFIDENTIAL

SHATSKY-JD00838

الجدول الأسري        ● - متزوج - اعزب        لذا

١ - المتزوج  يُسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢ - الاعزب   يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج

| مسلسل | الإسم | العلاقة بالمعلة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | والمع | Redacted | دارلاعلم | حابك | متزوج | |
| ٢ | | والمتص | | أموت | ربجيتى | متقدم | Redacted |
| ٣ | | بشهيت | | ابتدائ | وزيسمالي | اعزب | |
| ٤ | | ب | | ابتدائى | معلقت | اعزب | Redacted |
| ٥ | حابية | شتهمتت | حمهل | ابتدائى | معافة | غنياد | |
| ٦ | Redacted | متمح | Redacted | حمابيد | شابك | متمعه | |
| ٧ | | ب | | ب | ب | ب | |
| ٨ | | ب | | ابتيئى | ب | ب | |
| ٩ | | ب | | ب | بشلى | ب | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين :

ـ المتزوج   الزوجات والابناء القصر

ـ الاعزب    الوالدين والاخوة القصر

ملاحظات على الجدول الأسري

CONFIDENTIAL

SHATSKY-JD00838

CONFIDENTIAL
SHATSKY-JD00839

توصية القسم :

......................................................
......................................................
......................................................
......................................................
......................................................

التاريخ : .............. التوقيع : ...........

رأي مدير المؤسسة :

التاريخ : ............... التوقيع : ............

C ~ ١١٢١١١

اعتماد المدير العام :

**Redacted**

ملاحظات التسجيل :

| التوقيع | التاريخ |
|---|---|

ملاحظات الحاسب الآلي :

| التوقيع | التاريخ |
|---|---|

CONFIDENTIAL
SHATSKY-JD00839

CONFIDENTIAL SHATSKY-JD00840



| التوقيع والملاحظات | الإجراء المطلوب | تسلسل |
|---|---|---|
| | <span>Redacted</span> علم على مطلع الرقم على نقطة 3 | ع/1/ |

CONFIDENTIAL   SHATSKY-JD00840

Exhibit 127

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 4993
Date of Birth:

Four-Part Name: Ramez Abed al-Kader Mohammad Ubeid
Ministry: Khan Yunis

Type of Document: Palestinian ID
Gender:

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted 9318 | Aida Abed al-Kader Mohammad Ubeid | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | |

| ID No. | Name | | | Start Date | End Date | Bank | Branch | Account No. | Central No. | |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | Redacted | | | |
| Redacted 9318 | Aida Abed al-Kader Mohammad Ubeid | | | | | | | | | |

| Page no. |
|---|
| 1/5 |

CONFIDENTIAL

Shatsky-JD00047-T

Palestinian National Authority    **[Emblem of the Palestinian National Authority]**    Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| | | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|

Redacted

| Page no. |
|---|
| 2/5 |

CONFIDENTIAL                                              Shatsky-JD00048-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment
                                                                                        Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
|       |        | Redacted |      |

CONFIDENTIAL                                                 Shatsky-JD00049-T

| Page no. |
|----------|
| 3/5 |

Palestinian National Authority        **[Emblem of the Palestinian National Authority]**        Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| Redacted | | | |

CONFIDENTIAL                                                              Shatsky-JD00050-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 05/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 06/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 07/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 08/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 09/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 10/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 11/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 12/1/2020 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 01/1/2021 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 02/1/2021 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 03/1/2021 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |
| 04/1/2021 | Redacted 9318 | Aida Abd al-Qader Muhammad Ubeid | 1400 |

Page no.
5/5

# Original

**Palestinian National Authority**

تاريخ الطباعة 31/05/2021



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى



CONFIDENTIAL

Shatsky-JD00047

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة  31/05/2021



| بيــــــــنات الوقف | | | |
| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
| بيـــــــنات الراتب في البنك | | | |
| الشهر | رقم الهوية | الاسم | الراتب |

Redacted

| رقم الصفحة |
| 5 / 2 |

CONFIDENTIAL

Shatsky-JD00048

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

| رقم الصفحة |
|---|
| 5 / 4 |

CONFIDENTIAL

Shatsky-JD00050

**Palestinian National Authority**

تاريخ طباعة 31/05/2021



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/04/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/05/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/06/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/07/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/08/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/09/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/10/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/11/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/12/2020 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/01/2021 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/02/2021 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/03/2021 |
| 1400 | عتده عبدالقادر محمد عبيد | Redacted 3318 | 1/04/2021 |

| رقم الصفحة |
|---|
| 5 / 5 |

CONFIDENTIAL

Shatsky-JD00051

# Exhibit 128

Confidential                                                    Shatsky-JD00885-T

| [English] Palestinian National Authority | P.A. emblem | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Social Affairs | | Ministry of Social Affairs |
| M's F. & I. C. E | | Martyrs' Families and Injured Care Establishment |

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case:** Martyr

**Name:** Sa'id Hasan Hussein Hutari

**Local number:** _____        **Central number:** 012846

**Governorate:** Qalqilya

**Date:** 6.18.2001

Ramallah - Tel/Fax: 02-2986268                    Ramallah - Tel/Fax: 02-2986268

Confidential                                                    Shatsky-JD00885-T

Confidential                                           Shatsky-JD00886-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: | **Central no.**: 012846 |
| **The case's name**: Sa'id Hasan Hussein Hutari | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: <sup>Redacted</sup>5008 |
| **Beneficiary's full name**: Hasan Hussein Hasan Hutari | **Identification no.**: <sup>Redacted</sup>3842 |
| **Mother's full name**: Adla[*] Ali Muhammad Hutari | **Mother's Identification no.**: <sup>Redacted</sup>5323[*] |
| **Place and date of birth**: <sup>Redacted</sup>.1979 Jordan | **Place of origin**: Qalqilya |
| **Religion**: Islamic | **Sex**: Male ǀ **Marital status**: Single |
| **Previous job**: Electrician | **Current job**: --- |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |
| **Education**: Diploma in electrical supply | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | | **Date**: |
| **Developments in previous allowance**: | **Current**: | | **Changes**: |
| **Organizational affiliation**: Hamas | **Sector**: | | |
| **Date of joining the revolution**: ǀ **Organizationally**: | **Militarily**: | **As a full-time member**: | |
| **Training courses undertaken**: | | | |

**Place and date of the incident**: 6.1.2001 Tel Aviv

**Details of the incident**: During a martyrdom operation in Tel Aviv

**Brief Biography**: He was born in Amman and studied there. Earned a diploma in electrical supply in Jordan. Three years ago, he visited Qalqilya and settled there. The aforementioned and his brother resided in their grandmother's home in Qalqilya – he worked in electricity and helped his family.

| **The family's residence: Owned**: owned | **Rented**: | **Shared**: |
|---|---|---|
| **Monthly rent**: | Redacted | |
| **Full address**: | | |
| **Nearest telephone**: | | |

*294 / Al-Sa'diya School / the martyr's cousin*

Confidential                                           Shatsky-JD00886-T

Confidential                                                Shatsky-JD00887-T

**Part 3: Family table:**   * married - single

1. If married. the names of the wives and minor children are written first. followed by the names of adult children. and then the names of the parents and siblings.
2. If single. the names of the parents are written first. followed by the names of minor siblings. and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Hasan | Father | Redacted .1940 | 6th elementary | Baker | Married | Jordan – [illegible] |
| 2 | Redacted | Mother | Redacted | --- | Housewife | Married | Redacted |
| 3 | | Sister | | 2nd junior high | Housewife | Married | |
| 4 | | Brother | | 6th elementary | Laborer | Married | |
| 5 | | Brother | | [Illegible] | Laborer | Married | |
| 6 | | Sister | | University student | Student | Married | |
| 7 | | Brother | | 4th junior high | --- | Single | |
| 8 | | Brother | | 7th | Student | Single | |
| 9 11th | | Sister | | 5th elementary | Student | Single | |
| 10th Quit school | | Brother | | 4th elementary | Student | Single | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 5

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:** The parents + 3

**Notes concerning the family table:**

Redacted

Confidential                                                Shatsky-JD00887-T

Confidential                                               Shatsky-JD00888-T

                                        Martyr Sa'id Hasan Hussein Hutari

**Recommendations of the department:**

_____

_____

_____

_____     Date: _____   Signature: [handwritten]

**Decision of the establishment's director:** (          )

_____

_____

_____

_____     Date: _____   Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

He is to be confirmed as a martyr of the Al-Aqsa Martyrs as of 6.1.2001 and paid Redacted shekels a month.

The disbursement will go to his father, Hasan Hussein Hasan al-Hutari

Redacted . number Redacted

**Audit's notes:**        **Date**: 6.19.2001        **Signature**: [signature]

_____        _____

_____        _____

_____        _____

**Computerized notes:**   Date:                 Signature:

Confidential                                               Shatsky-JD00888-T

Confidential                                                    Shatsky-JD00889-T

Addendum to the Family Table – Follow up to grades and school years of the cases' children
(the married ones) or the cases' siblings (who are unmarried):

**The name:** Sa'id Hasan Hussein al-Hutari   **The Case:** Aqsa Martyr   **Central No.:** 01246

| | School Years | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | 2002/2003 | 2003/2004 | 2004/2005 | 2005/2006 | 2006/2007 | 2007/2008 | 2008/2009 | / | / | / | / | / | / | / | Notes |
| Redacted | Eighth | Ninth | Tenth | Eleventh | Twelfth | College [illegible] | [Illegible] | | | | | | | | Shari'a College |
| | Sixth | Seventh | Eighth | None | | | | | | | | | | | Quit school |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Confidential                                         Shatsky-JD00889-T

# Original

CONFIDENTIAL

SHATSKY-JD00885



**Pale:** National Authority
**Mi.** of Social Affairs
**C's F. & I. C. E.**

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ـــــــــ

الاسم : ـــــــ سعيد من محمد من موسى

الرقم المحلي : ـــــــــ      الرقم المركزي : ـــــ ٦٦٨٨٤٣٠

المحافظة : ـــــ قلقيلية

التاريخ : ـــــــ

CONFIDENTIAL

SHATSKY-JD00886

أولاً : معلومات ذاتية :

**الرقم المحلي :**
الرقم المركزي : ـــــــــ
اسم الحالة : ـــــــــ
الاسم الحركي : ـــــــــ
الجنسية : ـــــــــ
رقم الهوية : Redacted
اسم المستفيد رباعي : رقم الهوية : Redacted
اسم الأم كامل : رقم هوية الأم : Redacted
تاريخ ومكان الـ : Redacted ـــــــــ
الديانة : ـــــــــ الجنس : ـــــــــ البلد الأصلي : ـــــــــ
العمل السابق : ـــــــــ الحالة الاجتماعية : ـــــــــ
العمل الحالي : ـــــــــ
تاريخ ورقم كتاب اعتماد : ـــــــــ
تاريخ الاعتماد بالمؤسسة : ـــــــــ

ثانياً : معلومات ادارية :

الرتبة العسكرية : ـــــــــ الرتبة التنظيمية : ـــــــــ
كتاب اعتماد الرتبة : ـــــــــ رقم : تاريخ :
المخصص الشهري الصافي : رقم المذكرة :
التنظيم التابع له : ـــــــــ الموقع :
تاريخ الالتحاق بالثورة : ـــــــــ عسكريا : مدنيا : فرعا :
الدورات التي اجتازها : ـــــــــ
تاريخ ومكان الحادث : ـــــــــ
ظروف الحادث : ـــــــــ

بر سيرته الذاتية :
ـــــــــ
ـــــــــ
ـــــــــ
ـــــــــ

عدد الأسرة : ـــــــــ مشترك :
الإيجار الشهري :
العنوان الكامل :
أقرب تلفون :

Redacted

CONFIDENTIAL

SHATSKY-JD00887

لثأ : الجدول الأسري :   * متزوج - أعزب

١- المتزوج : بسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : بسجل الوالدين و الاخوة القصر اولا ثم الاخوة فوق سن الانتاج

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | م |
|---|---|---|---|---|---|---|---|
| الدر زينب | متزوج | عقالت | بكالريوس | Redacted | أب | Redacted | ١ |
| Redacted | متزوج | ربة بيت | اعدادي | Redacted | أم | Redacted | ٢ |
|  | متزوج | مدرس | ثانوي عام | | أخت | | ٣ |
|  | متزوج | عامل | ابتدائي | | أخ | | ٤ |
|  | متزوج | عامل | خامس ابتدائي | | أخ | | ٥ |
|  | متزوج | طالب | رابع متوسط | | أخ | | ٦ |
|  | أعزب | — | رابع ابتدائي | | أخ | | ٧ |
|  | أعزب | طالب | ثالث ابتدائي | | أخ | | ٨ |
| مادهصة | أعزب | طالبة | خامس ابتدائي | | أخت | | ٩ |
| فرع مشا الحوصر | أعزب | طالب | رابع ابتدائي | | أخت | | ١٠ |
|  |  |  |  |  |  |  | ١١ |
|  |  |  |  |  |  |  | ١٢ |
|  |  |  |  |  |  |  | ١٣ |
|  |  |  |  |  |  |  | ١٤ |
|  |  |  |  |  |  |  | ١٥ |
|  |  |  |  |  |  |  | ١٦ |
|  |  |  |  |  |  |  | ١٧ |
|  |  |  |  |  |  |  | ١٨ |
|  |  |  |  |  |  |  | ١٩ |
|  |  |  |  |  |  |  | ٢٠ |
|  |  |  |  |  |  |  | ٢١ |

- عدد المعالين :   ٥

- المتزوج : الزوجات والابناء القصر

الاعزب : الوالدين والاخوة القصر : م الدين + ٣

ملاحظات على الجدول الأسري :

Redacted

CONFIDENTIAL

SHATSKY-JD00887

CONFIDENTIAL

SHATSKY-JD00888



توصية القسم :

قرار مدير المؤسسة : ( )

حساب المخصص :

علاوات أخرى :

اعتماد المدير العام :

Redacted

Redacted

Redacted

‐ ملاحظات التدقيق

‐ ملاحظات المحاسب المالي

SHATSKY-JD00869

SHATSKY-JD00869

CONFIDENTIAL

CONFIDENTIAL



Exhibit 129

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**

ID Card: Redacted 5008

Date of Birth: Redacted /1979

Four-Part Name: Said Hasan Hussein Hutari

Ministry: Qalqilya  Gender:  Male

Type of Document: Palestinian ID

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 3842 | Hasan Hussein Hasan Hutari | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 3842 | Hasan Hussein Hasan Hutari | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00078-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 02/01/2021 | 02/01/2021 | Information completed |
| Last credit | 02/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL                    Shatsky-JD00079-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs` Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00080-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |



CONFIDENTIAL

Shatsky-JD00081-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| 04/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 05/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 06/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 07/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 08/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 09/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 10/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 11/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 12/1/2020 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 01/1/2021 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 02/1/2021 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 03/1/2021 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |
| 04/1/2021 | Redacted 3842 | Hasan Hussein Hasan Hutari | 1400 |

CONFIDENTIAL

Shatsky-JD00082-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة : 31/05/2021



البيانات الشخصية

| نوع الوثيقة | هوية فلسطينية | | الاسم الرباعي | معهد حسين حسين هوتري | البطاقة الشخصية | Redacted ٥٠٠٥ |
| الجنس | ذكر | | الـوزارة | الكلية | تاريخ الميلاد | Redacted ١٩٣٠ |

الدرجــــات

| القسم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

الاعاشات والخصميات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

بيانات الحالة

| نوع التصنيف | نوع الاعاقة | نسبة الاعاقة | الى تاريخ | من تاريخ | نوع القرار |
|---|---|---|---|---|---|
| شهيد | غير محدد | | | Redacted | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | زوجة ثانية | زوجة ثالثة | عدد الاولاد | صد الزوجين | قيمة النسبة | نسبة/قيمة | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٨٠٢ | حسن حسين حسن هوتري | Redacted | | | | ١٠٠ | | ٠ | نسبة | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٨١٢ | حسين حسين حسن هوتري | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00078

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعادة |
|---|---|---|---|
| | | Redacted | |
| نهاية الاعتماد | ٢٠٢١/٢/٠١ | ٢٠٢٠/٣/٠١ | أستكمال المعلومات |
| نهاية الاعتماد | ٢٠٢٢/٢/٠١ | | |

بيـــــانات الرواتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

Shatsky-JD00079


Palestinian National Authority



الــلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00081



Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٤/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٥/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٦/٢٠٢٠ |
| ٦٤٠٧ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٧/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٨/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٩/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/١٠/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/١١/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/١٢/٢٠٢٠ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠١/٢٠٢١ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٢/٢٠٢١ |
| ٦٤٠٠ | حسن حسين حسن حوتري | Redacted ٨٤٦٢ | ١/٠٣/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00082

# Exhibit 130

Confidential                                          Shatsky-JD00959-T

Martyr Said Ibrahim Said Ramadan

**Part 3: Family table:**   * married – single                    *Said 3*

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Elementary | Does not work / ill | ~~Married~~ deceased | Redacted |
| 2 | Aziya Ali Ibrahim Ramadan | Mother | 1946 | Illiterate | Housewife | Married | Tal |
| 3 | Redacted | Sister | Redacted | Junior high | Housewife | Married | Redacted |
| 4 | | Sister | | High school | " | Married | |
| 5 | | Sister | | 2nd year in university | University student | Married ~~Single~~ | |
| 6 | | Brother | | High school | Laborer ~~Police/Military man~~ ~~Student~~ | Married ~~Single~~ | |
| 7 | | Sister | | 9th | Student | Married ~~Single~~ | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents:** 5

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:**

**Notes concerning the family table:**

Redacted

Confidential                                  Shatsky-JD00959-T
Confidential                                  Shatsky-JD00960-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority        [Arabic] Palestinian National Authority
Ministry of Social Affairs        P.A.        Ministry of Social Affairs
M's F. & I. C. E               emblem        Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

The procedure was sent by fax

# Social Report

**Case:** Aqsa Martyr / Military man

**Name:** Said Ibrahim Said Ramadan

**Local number:**   660              **Central number:** _____

**Governorate:** Nablus

**Date:** 1.27.2002

Ramallah - Tel/Fax: 02-2986268              Ramallah - Tel/Fax: 02-2986268

Confidential

Confidential

Shatsky-JD00960-T

Shatsky-JD00961-T

## Part 1: Personal Information

| | |
|---|---|
| Local no.: | Central no.: |
| The case's name: Said Ibrahim Said Ramadan | Code name: |
| Nationality: Palestinian | Identification no.: <sup>Redacted</sup> 4804 |
| Beneficiary's full name: Redacted | Identification no.: Redacted |
| Mother's full name: Aziya Ali Ibrahim Ramadan | Mother's Identification no.: <sup>Redacted</sup> 0137 |
| Place and date of birth: <sup>Redacted</sup> .1978 Kuwait | Place of origin: Tal |
| Religion: Muslim | Sex: Male | Marital status: Single |
| Previous job: Policeman in the Marital Police | Current job: |
| Date and number of confirmation letter: | |
| Date of confirmation in the institution: | |
| Education: High school | |

## Part 2: Administrative Information

| | | |
|---|---|---|
| Military rank: ~~Corporal~~ Sergeant | Organizational rank: | |
| Rank confirmation letter: | No. | Date: |
| Developments in previous allowance: | Current: | Changes: |
| Organizational affiliation: Fatah | Sector: | |
| Date of joining the revolution: | Organizationally: | Militarily: | As a full-time member: |
| Training courses undertaken: | | |

Place and date of the incident: 1.22.2002 West Jerusalem, Jaffa Street

Details of the incident: He was martyred while executing a martyrdom operation in West Jerusalem. The operation caused the death and injury of many Israelis.

Brief Biography: The martyr was born in Kuwait in 1978. He studied in Kuwaiti schools until he graduated from elementary schools, as the family resided there. He returned to the homeland in 1990 and studied in the junior high and high school in his village. He first worked in the field of mechanics. He then joined the Palestinian National Authority's Marital Police and was given the rank of Corporal. The martyr was known to be quiet and devoted to the nation. [Cut off] said: "You seduced my soul, oh martyr". He was martyred while executing his duty to the homeland.

| The family's residence: Owned: ✓ | Rented: | Shared: |
|---|---|---|
| Monthly rent: | Redacted | |
| Full address: | | |
| Nearest telephone: | | |

Confidential

Shatsky-JD00961-T

Confidential                                          Shatsky-JD00962-T

Martyr Said Ibrahim Said Ramadan

**Part 3: Family table:**   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | Elementary | Does not work / ill | ~~Married~~ deceased | Redacted |
| 2 | Aziya Ali Ibrahim Ramadan | Mother | 1946 | Illiterate | Housewife | Married | Tal |
| 3 | Redacted | Sister | Redacted | Junior high | Housewife | Married | Redacted |
| 4 | | Sister | | High school | " | Married | |
| 5 | | Sister | | 2nd year in university | University student | Married ~~Single~~ | |
| 6 | | Brother | | High school | Police/military man ~~Student~~ | Single | |
| 7 | | Sister | | 9th | Student | Single | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 5

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:**

**Notes concerning the family table:** | Redacted

Redacted

Confidential                                          Shatsky-JD00962-T

Confidential                                          Shatsky-JD00963-T

                           Aqsa Martyr / Nablus    Said Ibrahim Said Ramadan

**Recommendations of the department:**

_____
_____
_____
_____    Date: _____ Signature: [handwritten]

**Decision of the establishment's director:** (          )

_____
_____
_____

_____    Date: _____ Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general:**
To be confirmed as an Al-Aqsa Martyr as of 2.1.2002 without allowances from the
Establishment because his in on the payroll of the Marital Police.

_____

**Audit's notes:**        **Date:** [Illegible]      **Signature:** [signature]

_____    _____
_____    _____
_____    _____

**Computerized notes:**     Date:                  Signature:

_____    _____
_____    _____

Confidential                                          Shatsky-JD00963-T

Confidential                                              Shatsky-JD00964-T

Martyr    Said Ibrahim Said Ramadan

**Recommendations of the department:**

- The martyr [was] single. Born in 1978. His mother is alive and he has three student siblings.
- He was martyred on 1.22.2002 having executed a martyrdom operation in West Jerusalem.
- The martyr [was] a military man. Carried the rank of Corporal in the Marital Police Apparatus.
- I recommend to confirm him as an Al-Aqsa Martyr.

_____    Date: 1.27.2001  Signature: [handwritten]

**Decision of the establishment's director:** (    Nablus      )

-Martyr. Single. Was martyred following the execution of a martyrdom operation in Jerusalem.

-To be confirmed as an Al-Aqsa Martyr. The martyr was a military man.

_____    Date: 2.19.2002  Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

_____
_____
_____

**Audit's notes:**          **Date:**          **Signature:**

_____     _____
_____     _____
_____     _____

**Computerized notes:**      Date:             Signature:

_____     _____
_____     _____

Confidential                                          Shatsky-JD00964-T

Confidential                                    Shatsky-JD00965-T

In the name of Allah, the Gracious, the Merciful

| PALESTINIAN LIBERATION ORGANIZATION M's F. & I. C. E | [PLO emblem] | PALESTINIAN LIBERATION ORGANIZATION Martyrs' Families and Injured Care Establishment |
|---|---|---|

The Establishment / Nablus

The brother Gen. Dir. Of the Establishment, may Allah take care of him,
Greetings of the homeland and the state,

**Case Name:** Said Ibrahim Said Ramadan   **Type:** Military Martyr
**Central No.:** 13168   **Allowance:** Redacted Sergeant
**The required measure and reasons: \*\*** Move the martyr's allowance from the Military
Financial Department to the Martyrs' Families and Injured [Care Establishment].
The martyr [was] single. He carried the rank of Sergeant.
The beneficiary is Aziya Ali Ibrahim Ramadan / ID No. ^Redacted 0137.
Redacted
The martyr's allowance should be moved to the Martyrs' Families and Injured Care
Establishment starting on 7.1.2009 based on the decision of the director.

**Attached Documents:** _____
**Name and signature of the Department's head:** _____ [signature]
Allowance to be paid from the Establishment Redacted      Redacted
**Opinion of the director:**
\*\* The recommendation is to be confirmed. The martyr's allowance should be transferred to
the Martyrs' Families and Injured Care Establishment based on the decision of the director
starting on 7.1.2009.
**Date:** 6.21.2009 **Signature of the Establishment's director:** [Signature]
**Measure to be taken by the Director General:** To be confirmed for disbursement from the
Establishment starting on 7.1.2009. The martyr's allowance Redacted based on the transfer
instruction, according to the management's regulations.

**Date:** 7.6.2009 **Signature:** [Signature]
**Main Measure:** _____   **Name and signature of the clerk:** _____
**Audit Measure:** _____   **Name and signature:** _____

Nablus – Tel/Fax: 09 2385550
Ramallah-Tel/Fax: 02-2986268

Nablus – Tel/Fax: 09 2385550
Ramallah-Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD00965-T

# Original

CONFIDENTIAL

SHATSKY 000959



ثالثاً : الجدول الأسري :  * متزوج - أعزب

١- المتزوج : يسجل الزوجات والابناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والاخوة
٢- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق سن الانتاج .

| مسلسل | الاسم | العلاقة بالدم | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الزوجية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | والده | Redacted | اشتراك | ناصر درس | متزوج | Redacted |
| ٢ | عزت عليه ابراهيم رويان | والده | ١٩٦٤م | ابته | رويست | متزوج | متزوج |
| ٣ | Redacted | متوفي | Redacted | الثل اركت | ربة ت | متزوج | Redacted |
| ٤ | | متوفي | | ثانوي عامة | | متزوج | |
| ٥ | | متوفي | | نظام مائد | طالبة ح اليه | | |
| ٦ | | متوفي | | انزجعام | عليه ح | | |
| ٧ | | متوفي | | نا ح | طالبه | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين: ٥

-- المتزوج : الزوجات والابناء القصر :

- الاعزب : الوالدين والاخوة القصر :

ملاحظات على الجدول الأسري :

Redacted

CONF

JD00959

CONFIDENTIAL

SHATSKY-JD00960

السلطة الوطنية الفلسطينية

**Palestinian National Authority**
**Ministry of Social Affairs**
M's F. & I. C. E.

وزارة الشؤون الإجتماعية

مؤسسة رعاية أسر الشهداء والجرحى



بسم الله الرحمن الرحيم

أرسلت لمحافظة لنابلس

# بحث اجتماعي

الحالة : شهيدات / عسكرية

الاسم : سعيد ابراهيم سعيد رمضان

الرقم المحلي : ٦٦٠     الرقم المركزي :

المحافظة : نابلس

التاريخ : ٢٧/١١ ٢٠٠

CONFIDENTIAL

SHATSKY-JD00960

CONFIDENTIAL

SHATSKY-JD00961

أولا : معلومات ذاتية :

الرقم المحلي : ............................ الرقم المركزي : ............................

اسم الحالة : سعيد ابراهيم سعيد رمضان الاسم الحركي : ............................

الجنسية : فلسطيني رقم الهوية : Redacted

اسم المستفيد رباعي : ............................ رقم الهوية : Redacted

اسم الأم كامل : عزبة علي ابراهيم رمضان رقم هوية الأم : ١٨٦... Redacted

تاريخ ومكان الميلاد : ١٩٧٨ الكويت البلد الأصلي : ............................

الديانة : مسلم الجنس : ذكر الحالة الاجتماعية : اعذب

العمل السابق : ............................ العمل الحالي : ............................

تاريخ ورقم كتاب الاعتماد : ............................

تاريخ الاعتماد بالمؤسسة : ............................ المؤهل العلمي : ثانوي عامة

ثانياً : معلومات ادارية :

الرتبة العسكرية : ............................ الرتبة التنظيمية : ............................

كتاب إعتماد الرتبة : ............................ رقم : ............ تاريخ : ............

المخصص الشهري السابق : ............................ رقم المذكرة : ............................

التنظيم التابع له : ............................ القطاع : ............................

تاريخ الالتحاق بالثورة : ............................ تنظيما : ............ عسكريا : ............ تفرغا : ............

الدورات التي اجتازها : ............................

تاريخ ومكان الحادث : ٢٥/١١/٢٠٠٤ النفس العربي شارع منها

كيفية حدوث الحادث : استشهد اثناء قيامه بعملية استشهادية بنفس العربي

موجز سيرته الذاتية :

ن الأسرة : ملك : ............ ايجار : ............ مشترك : ............

Redacted

CONFID

SHATSKY-JD00961

CONFIDENTIAL

SHATSKY-JD00962

السنة / سعيد ابراهيم محمد اسماء ،

## ثالثاً : الجدول الأسري :   * متزوج : أعزب

١ – المتزوج : يسجل الزوجات والأبناء القصر أولاً ثم الأبناء فوق سن الإنتاج ثم الوالدين والأخوة .
٢ – الأعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخوة فوق سن الإنتاج .

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بـ؟لية | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | لاسير/راض | التراث | Redacted | والدم | Redacted | ١ |
| | متزوج | رفض | ادبتة | ١٩٩٤ | والدة | عزية علي ابراهيم رضوان | ٢ |
| Redacted | متزوج | رفض | اثر ادبي | Redacted | شقيقة | Redacted | ٣ |
| | متزوج | — | ربة بيت | | شقيقة | | ٤ |
| | متزوج | طالب جامعي | جامعة متقدم | | شقيق | | ٥ |
| | اعزب | طالب علوم | جامعي | | شقيق | | ٦ |
| | اعزب | طالبة | ناجح | | شقيقة | | ٧ |
| | | | | | | | ٨ |
| | | | | | | | ٩ |
| | | | | | | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : ................ ٥ ................

– المتزوج : الزوجات والأبناء القصر : ................

– الأعزب : الوالدين والأخوة القصر : ................

– ملاحظات على الجدول الأسري : ................

Redacted

Redacted

CONFIDENTIAL

SHATSKY-JD00963

توصية القسم :

قرار مدير المؤسسة : (                    )

التاريخ :                التوقيع :

التاريخ :                التوقيع :

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | أخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات التدقيق :

التاريخ                التوقيع

ملاحظات الحاسب الآلي :

التاريخ                التوقيع

CONFIDENTIAL

SHATSKY-JD00963

CONFIDENTIAL

توصية القسم : السيد ، سعيد ابراهيم سعيد رمضانه "

- الشهيد المذكور ، مبرراله عام ١٩٧٨ ، والد عن تنظيم ولديه ترتبة اشتباك طرابله
- استشهد بتاريخ ١٢/١١/٤ م اثر قيامه بتنفيذ عملية استشهادية ضد قوات العدو
- الشهيد يحظى بل يتمتع بثقة من الله ثم القسم الحربي
- ادعو باعتماده شهيداً من شهداء الوطن .

التاريخ : ٧٥/١١/١ م ....   التوقيع : م ع ح

قرار مدير المؤسسة : ( نابلس   )

- لترقيم المذكور - استشهاده اثر قيامه بعملية استشهارية
في القدس
- نعتبر استشهاده سعيد ابراهيم الرضى ، الشهيد حربي .

التاريخ : ١٩/ ٤/ ٢٠٠١ م   التوقيع : ك ى ب

**حساب المخصص :**

| المجموع بالدينار | اخوة قصر | أم | أب | أولاد | زوجة | اساسي |
|---|---|---|---|---|---|---|
| | | | | | | |

علاوات أخرى : ............................

المجموع بالدينار : ............................

المجموع بالشيكل : ............................

**اعتماد المدير العام :**

**ملاحظات التدقيق :**

التوقيع .............   التاريخ

**ملاحظات الحاسب الآلي :**

التوقيع .............   التاريخ

CONFIDENTIAL

SHATSKY-JD00964

CONFIDENTIAL

SHATSKY-JD00965

بســـــم الله الرحمن الرحيـــــم



PALESTINIAN LIBERATION ORGANIZATION

M' s F. & I.C.E.

منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة:   سعيد إبراهيم سعيد رمضان   نوعها:   **شهيد عسكري**

الرقم المركزي:   ١٤ ١٦٨   المخصص:   **رقيب**

الاجراء المطلوب والاسباب: ** نقل مخصص الشهيد من المالية العسكرية الى أسر الشهداء والجرحى

الشهيد اعزب   ، ويحمل رتبة رقيب ، المستفيد ( عزية على إبراهيم رمضان / هوية رقم / ١٣٧ .

**Redacted**

ينقل مخصص الشهيد الى مؤسسة رعاية أسر الشهداء والجرحى اعتبارا في ٢٠٠٩/٧/١ بناء على قرار سيادة الرئيس

الوثائق المرفقة:

اسم وتوقيع رئيس القسم:  **Redacted**  **Redacted**

رأي المدير:

**** تعتمد التوصية وينقل مخصص الشهيد الى مؤسسة رعاية أسر الشهداء والجرحى بناء على قرار سيادة الرئيس

اعتبارا من ٢٠٠٩/٧/١ .

التاريخ: ٢٠٠٩/١٦١   توقيع مدير المؤسسة

اجراء المدير العام :   **Redacted**

التاريخ: ٢٠٠٩/١/٦   التوقيع:

الاجراء المركزي:   اسم وتوقيع المنفذ:

اجراء التدقيق:   الاسم والتوقيع:

Nablus - Tel/Fax  : 09 2385550
Ramallah-Tel/Fax : 02-2986268

نابلس ـ تلفاكس :  ٢٣٨٥٥٥٠ ـ ٠٩
رام الله ـ تلفاكس :  ٢٩٨٦٢٦٨ ـ ٠٢

CONFIDENTIAL

SHATSKY-JD00965

Exhibit 131

| Palestinian National Authority | [Emblem of the Palestinian National Authority] | Martyrs' Families and Injured Care Establishment |
|---|---|---|

Print Date: 05/31/2021

**Personal Information:**

ID Card: <sup>Redacted</sup> 4804
Date of Birth: <sup>Redacted</sup>/1978

Four-Part Name: Said Ibrahim Said Ramadan
Ministry: Nablus

Type of Document: Palestinian ID
Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Military martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 0137 | Aziya Ali Ibrahim Ramadan | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 0137 | Aziya Ali Ibrahim Ramadan | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00108-T

Palestinian National Authority      [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 01/01/2021 | 01/01/2021 | Information completed |
| Information completed | 01/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |



CONFIDENTIAL

Shatsky-JD00109-T

Palestinian National Authority    [Emblem of the Palestinian National Authority]    Martyrs` Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00110-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00111-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 05/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 06/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 07/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 08/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 09/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 10/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 11/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 12/1/2020 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 01/1/2021 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 02/1/2021 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 03/1/2021 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |
| 04/1/2021 | Redacted 0137 | Aziya Ali Ibrahim Ramadan | 1560 |

CONFIDENTIAL

Shatsky-JD00112-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



بيانـــــــت الوقف

| سبب الإعادة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| Redacted | | | |
| استكمال المعلومات | ٠١/٠١/٢٠٢١ | ٠١/٠١/٢٠٢١ | استكمال المعلومات |
| | | ٠١/٠١/٢٠٢٢ | استكمال المعلومات |

بيانـــــــت الراتب في البنك

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00109

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00110

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



CONFIDENTIAL

Shatsky-JD00111

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة : 31/05/2021

| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| ■ | ■ | Redacted | ■ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٦ , Redacted | ١٠٤/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٥/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٦/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٧/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٣ , Redacted | ١٠٨/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٩/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١١٠/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١١١/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١١٢/٢٠٢٠ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠١/٢٠٢١ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٢/٢٠٢١ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٣/٢٠٢١ |
| ١٥٦٠ | عزيه علي ابراهيم رمضان | ١٣٧ , Redacted | ١٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00112

# Exhibit 132

Confidential                                                    Shatsky-JD01051-T

<center>In the name of Allah, the Gracious, the Merciful</center>

[English] Palestinian National Authority       [Arabic] Palestinian National Authority
Ministry of Social Affairs        P.A. emblem       Ministry of Social Affairs
M's F. & I. C. E          Martyrs' Families and Injured Care Establishment

---

<center>In the name of Allah, the Gracious, the Merciful</center>

<center>

### Social Report

</center>



<center>

**Case:** <u>Aqsa Martyr</u>

</center>

**Name:** <u>Sa'id Widah Hamid Awada</u>

**Local number:** <u>810</u>          **Central number:** _____

**Governorate:** <u>Nablus</u>

**Date:** <u>7.29.2002</u>

---

Ramallah - Tel/Fax: 02-2986268        Ramallah - Tel/Fax: 02-2986268

Confidential                     Shatsky-JD01051-T

Confidential                                           Shatsky-JD01052-T

## Part 1: Personal Information

| | |
|---|---|
| Local no.: | Central no.: |
| The case's name: Sa'id Widah Hamid Awada | Code name: |
| Nationality: Palestinian | Identification no.: Redacted 0720 |
| Beneficiary's full name: Shadiya Barkat Abd A-Rahim Awada (wife, father, mother, brother, sister) | Identification no.: [Illegible] |
| Mother's full name: Shadiya Barkat Abd A-Rahim Awada | Mother's Identification no.: Redacted 7977 |
| Wife's name: / | Wife's Identification no.: / |
| Place and date of birth: Redacted .1975 Nablus | Place of origin: Nablus |
| Religion: Muslim | Sex: Male    Marital status: Single |
| Previous job: Moulder | Current job: |
| Education: 4th grade in elementary school | |
| Date and number of confirmation letter: | |
| Date of confirmation in the institution: | |

## Part 2: Administrative Information

| | | |
|---|---|---|
| Military rank: | Organizational rank: | |
| Rank confirmation letter: | No. | Date: |
| Developments in previous allowance: | Current: | Changes: |
| Organizational affiliation: Fatah | Sector: | |
| Date of joining the revolution: | Organizationally: | Militarily: | As a full-time member: |
| Training courses undertaken: | | |

Place and date of the incident: 6.18.2002 Jerusalem – French Hill

Details of the incident: The was martyred when he executed a martyrdom operation in Jerusalem which caused the death and injury of many Zionists.

Brief Biography: The heroic martyr was born in the courageous city of Nablus on _____ .1975. He grew up in the city of "Mountain of Fire" [Nablus] and studied in its schools until the elementary school. He worked as a moulder until his martyrdom.

| | | | |
|---|---|---|---|
| The family's residence: Owned: | Rented: ✓ | Shared: | |
| Monthly rent: 2000 Dinars each year | | | |
| Full address: | Redacted | | |
| Nearest telephone: | | | |

Confidential                                           Shatsky-JD01052-T

Confidential                                            Shatsky-JD01053-T

**Recommendations of the department:**     The martyr Sa'id Widah Hamid Awada

- The martyr [was] single. Born in 1985. His parents are alive and he has six student siblings. Laborer.
- He was martyred on 6.18.2002 following the execution of the Jerusalem Martyrdom Operation.
- I recommend to confirm him as an Al-Aqsa Martyr.

_____ Date: 7.29.2002 Signature: [handwritten]

**Decision of the establishment's director:** (          )

_____

_____

_____

_____ Date: _____ Signature: _____

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____

Total in dinar: _____

Total in shekel: _____

**Confirmation of the director general:**

To be confirmed an Al-Aqsa Martyr as of 7.1.2002 and paid Redacted.

...........................................................................................................

...........................................................................................................

**Audit's notes:**            **Date:** 8.26.2002        **Signature:** [signature]

_____        _____

_____        _____

_____        _____

**Computerized notes:**          Date:              Signature:

_____        _____

_____        _____

Confidential                                            Shatsky-JD01053-T

Confidential

Shatsky-JD02068-T

**Part 3: Family table:** * married - single

1. If married. the names of the wives and minor children are written first. followed by the names of adult children. and then the names of the parents and siblings.
2. If single. the names of the parents are written first. followed by the names of minor siblings. and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | 6th | [Illegible] | Married | |
| 2 | Shadiya Barkat Abdel Rahim Awada | Mother | 1966 | Illiterate | Housewife | Married | Nablus |
| 3 | Redacted | Brother | Redacted | Elementary | [Illegible] | Single | Redacted |
| 4 | | Brother | Redacted | Elementary | [Illegible] | Single | |
| 5 | | Brother | | 6th | Student | " | |
| 6 | | Sister | | 5th | Student | [Illegible] | |
| 7 | | Brother | | 4th | Student | [Illegible] | |
| 8 | | Brother | | 2nd elementary | Student | [Illegible] | |
| 9 | | Brother | | [Illegible] | [Illegible] | " | |
| 10 | | Sister | | [Illegible] | [Illegible] | " | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

Number of dependents:

If married: the wives and minor children:

If single: the parents and the minor siblings: 8                                      Redacted

Notes concerning the family table:

Account number of the beneficiary. the martyr's mother. Shadiya Barkat Abdel Rahim Awada

"          "       "  "    "          "     "       "          "    "      "   Redacted

Confidential

Shatsky-JD02068-T

Original

CONFIDENTIAL

SHATSKY-JD01051

بسم الله الرحمن الرحيم

**Palestinian National Authority**
**Ministry of Social Affairs**
M's F. & I. C. E.

لطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
سسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



بحث اجتماعي

الحالة : _____ شريب أقيم

الاسم : _____ سائد وصلاح جابر عوادة

الرقم المركزي : _____ ٨١٠   الرقم المحلي : _____

المحافظة : _____ رام الله

التاريخ : _____ ٢٩/١٢/----

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

SHATSKY-JD01051

CONFIDENTIAL

SHATSKY-JD01052

أولاً : معلومات ذاتية :

الرقم الحزبي :

اسم حزبي :                                              الرقم المحلي :

رقم الهوية :  ~Redacted~                                اسم الحالة :  ساتر وصلاح عامر عوادة

وفق بيان :                                               الجنسية :  ~Redacted~  فلسطيني  بلاد بركات - إبراهيم عوادة

( زوجة ، الأب ، الأم ، ج ، أخت )

رقم هوية الأم :  ٧٩٦٦                                    اسم الأم كامل :  شارب بركات عبد إبراهيم عوادة

رقم هوية الزوجة :                                        اسم الزوجة :

البلد الأصلي :  نابلس                                     تاريخ ومكان الميلاد :  ١٩٨٥م  نابلس  ~Redacted~

الحالة الاجتماعية :  المرتب                               الديانة :  مسلم          الجنس :  ذكر

العمل الحالي :                                           العمل السابق :  خالي طبا -

المؤهل العلمي :  رابع ابتدائي .

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات إدارية :

الرتبة التنظيمية :                                        الرتبة العسكرية :

تاريخ :                                                  رقم :           كتاب إعتماد الرتبة :

تعيينات :                                                الحالي :        تطورات المخصص السابق :

قطاع :                                                  التنظيم التابع له :

فرعاً :                  عسكرية :       تنظيماً :         تاريخ الالتحاق بالثورة :

الدورات التي اجتازها :

تاريخ ومكان الحادث :  ١٦/١٨ عم . القدس - باب الجريم

كيفية حدوث الحادث :  استشهد أثناء قيامه بتفجير قلب استشهادي في القدس على اسئلة
مرتفع رصمي عند لير به إصلاحية .

موجز سيرته الذاتية :

أكمل على سواء سيرته الحياة المطلة الحلقة عام ١٩٨٥م ~Redacted~ يسا دارج لا يبيع
هم إنك ودرك يريك قبة للحياة ، في عام طوار هم استشهد .

سكن الأسرة : ملك :                  إيجار :              مستأجر :

الإيجار الشهري :  ... دينار سنوياً :

العنوان الكامل :  ~Redacted~

أقرب تلفون :

SHATSKY-JD01052

CONFIDENTIAL

SHATSKY-JD01053

**توصية القسم :** _(نص بخط اليد)_

التاريخ : ١٧/٦٩                                  التوقيع :

**قرار مدير المؤسسة : (**

التاريخ :                    التوقيع :

**حساب المخصص :**

| اساسي | زوجة | أولاد | أب | أم | اخوة قُصّر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

**اعتماد المدير العام :** _(نص بخط اليد)_

التاريخ                 التوقيع

**ملاحظات التدقيق :**

التاريخ                 التوقيع

**ملاحظات الحاسب الآلي :**

CONFIDENTIAL

SHATSKY-JD01053

CONFIDENTIAL

SHATSKY-JD02068



Exhibit 133

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 1720[*]          Four-Part Name: Sa'id[*] Widah Hamid Awada          Type of Document: Palestinian ID
Date of Birth: Redacted /1985[*]          Ministry: Nablus          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 7977 | Shadiya Barkat Abd A-Rahim Aw[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00139-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs` Families and Injured Care Establishment
Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Information completed | 09/01/2020 | 09/01/2020[*] | Information completed |
| Information completed | 09/01/2021 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00140-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00141-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00142-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 05/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 06/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 07/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 08/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 09/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 10/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 11/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 12/1/2020 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 01/1/2021 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 02/1/2021 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 03/1/2021 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |
| 04/1/2021 | Redacted 7977 | Shadiya Barkat Abd A-Rahim Awada | 1400 |

CONFIDENTIAL

# Original

Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021 تاريخ الطباعة

البيانات الشخصية

| | | | | | |
|---|---|---|---|---|---|
| البطاقة الشخصية | Redacted | الاسم الرباعي | مالك وضاح حامد عواد | نوع الوثيقة | عربية فلسطينية |
| تاريخ الميلاد | Redacted | السوزارة | نابلس | الجنس | ذكر |

الترخيصات

| المعلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| معلم أسر الشهداء الجديد | غير محددة | غير محددة | [redacted] | |

العلاوات وتخصيصات

| الرمز | من تاريخ | الى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

بيانات الحالة

| نوع الحالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | [redacted] | | — | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الأولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٧٩٧٧ | نادية بركات عبد الرحيم عواده | [redacted] | | نسبة | ١٠٠ | ٠ | ٠ | ٠ | لا يوجد قسمة | [redacted] |

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٧٠٧٧ | نادية بركات عبد الرحيم عو | [redacted] | | [redacted] | | | |

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021



| سبب الإعانة | إلى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| Redacted | | | |
| استحقاق المعلومات | ۰۱/۰۹/۲۰۲۰ | ۰۱/۰۹/۲۰۲۰ | استكمال المعلومات |
| | | ۰۱/۰۹/۲۰۲۱ | استكمال المعلومات |

Redacted

CONFIDENTIAL

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة : 31/05/202

| الراتب | الاسم | رقم الهوية | تسلسل |
|---|---|---|---|


Redacted

CONFIDENTIAL

Shatsky-JD00141

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة    31/03/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00142

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | | |
| | | Redacted | |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٤/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٧٩٧٧ | ١/٠٥/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٦/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٧/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٨/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٩/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/١٠/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/١١/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/١٢/٢٠٢٠ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠١/٢٠٢١ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٢/٢٠٢١ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٣/٢٠٢١ |
| ١٤٠٠ | ثانيه بركات عبد الرحيم عواده | Redacted ٢٩٧٧ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00143

# Exhibit 134

Confidential                                                        Shatsky-JD00673 -T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian Na                    y        [Arabic] Palestinian National Authority
Ministry of Social                                              Ministry of Social Affairs
M's F. & I. C. I          P.A. emblem        Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case**: <u>Martyr of Al-Aqsa Intifada</u>

**Name**: <u>Samer Samih Mohammad Hammad</u>

**Local number**: <u>896</u>                    **Central number**: <u>15107</u>

**Governorate**: <u>Jenin</u>

**Date**: <u>4.27.2006</u>

Ramallah - Tel/Fax: 02-2986268

Confidential                                                    Shatsky-JD00673-T

Confidential                                      Shatsky-JD00674-T

**[cut off]: Personal Information**

| | |
|---|---|
| Local no.: 896 | Central no.: 15107 |
| The case's name: Samer Samih Mohammad Hammad | Code name: |
| Nationality: Palestinian | Identification no.: Redacted 8533 |
| Beneficiary's full name: Samih Mohammad Ahmad Hammad (Wife, father, mother, brother, sister) | Identification no.: Redacted 5135 |
| Mother's full name: Samiya Ahmad Mahmoud Hammad | Mother's Identification no.: Redacted 8803 |
| Wife's name: | Wife's Identification no.: |
| Place and date of birth: Redacted .1984 – Al-Araqah | Place of origin: Al-Araqah |
| Religion: Muslim | Sex: Male        Marital status: Single-4 |
| Previous job: University student | Current job: - |
| Education:   First year, social service | Account no.: Redacted 2347 Palestine / Jenin |
| Date and number of confirmation letter: | Account no.: Redacted 4383 Cairo-Amman / Jenin |
| Date of confirmation in the institution: | |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| Military rank: | Organizational rank: | | |
| Rank confirmation letter: | No. | Date: | |
| Developments in previous allowance: | Current: Redacted | Changes: Redacted | |
| Organizational affiliation: Islamic jihad | Sector: | | |
| Date of joining the revolution: | Organizationally: | Militarily: | As a full-time member: |
| Training courses undertaken: | | | |

Place and date of the incident: 4.17.2006 Tel Aviv

Details of the incident: He became a martyr during the execution of a martyrdom operation in Tel Aviv.

Brief Biography: Born in Al-Araqah in 1984. Was a student in Al-Quds Open University. First year. Was affiliated with the Islamic Jihad organization.

| The family's residence: Possessed: | Rented: | Shared: |
|---|---|---|
| Monthly rent: | | |
| Full address: Al-Araqah, [illegible] of the town. | | |
| Nearest telephone: 0522930456 the martyr's father "Samih Hammad" | | |

Confidential                                      Shatsky-JD00674-T

Confidential

**[cut off]: Family table:**    * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Samih Mohammad Ahmad Hammad | Father | Redacted 54 | Elementary school | Laborer | Married | Al-Araqah/Jenin |
| 2 | | Mother | | Elementary school | Housewife | Married | |
| 3 | | Sister | | 6th | Student | Single | |
| 4 | | Brother | | 10th | Student | Single | |
| 5 | Redacted | Sister | Redacted | Junior high school | Housewife | Married | Redacted |
| 6 | | Sister | Redacted | Junior high school | Housewife | Married | |
| 7 | | Sister | Redacted | Junior high school | Housewife | Married | |
| 8 | | Sister | Redacted | Elementary school | Housewife | Married | |
| 9 | | Brother | | Junior high school | civil servant | Married | |
| 10 | | Sister | Redacted | Elementary school | Housewife | Married | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

| Number of dependents: Father + mother + 2 |
|---|
| If married: the wives and minor children: |
| If single: the parents and the minor siblings: |
| Notes concerning the family table: |

Confidential

Confidential                                     Shatsky-JD00676-T

**[cut off] of the case and its type:** The martyr, Samer Samih Mohammad Hammad

**Recommendation of the Department:**

* The martyr is single. Both parents are alive.

* The martyr has two brothers who are still studying in school.

* After calling the Financial Department, the aforementioned has no constraints.

* We recommend that he will be confirmed as a martyr of the Al-Aqsa Intifada.

                                            Date: 4.29.2006   Signature: [handwritten signature]

**Decision of the establishment's director:** (   Jenin   )

We recommend that he will be confirmed as a martyr of the Al-Aqsa Intifada

as of 5.1.2006.

                                       Date 4.29.2006 Signature: [handwritten]

### Calculation of the allowance:

| Basic | Wife | Children | Father | Mother | Minor siblings | **Total in Dinar** |
|-------|------|----------|--------|--------|----------------|--------------------|
| 700   |      |          |        |        |                | 700 Shekels        |

Other increments: _____

Total in dinar: _____

Total in shekels: ___700 Shekels_____

**Confirmation of the director general:**

The martyr is confirmed as a martyr of the Al-Aqsa Intifada as of 5.1.2006. To be paid 700

Shekels a month from the Establishment to his father, to the attached account number.

_____

_____

**Audit's notes:**           **Date:** 5.2.2006      Signature [handwritten signature]

_____           _____

_____           _____

_____           _____

**Computerized notes:**        **Date:**              **Signature:**

_____           _____

_____           _____

Confidential                                     Shatsky-JD00676-T

# Original

CONFIDENTIAL   Shatsky-JD00673




Palestinian N
Ministry ol
M's F

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ...

الاسم : ...

الرقم المحلي : ... ٨٩٦    الرقم المركزي : ... ٧٠١٠١٥

المحافظة : ...

التاريخ : ...

Ramallah - Tel/ Fax : 02-2986268        رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL   Shatsky-JD00673

CONFIDENTIAL
Shatsky-JD00674

أولاً : معلومات ذاتية :

الرقم المحلي : ٨٩٦
الرقم المركزي : ١٥١٧
اسم الحالة :
الاسم الحركي : Redacted
الجنسية :
رقم الهوية : ٨٠٦٢ Redacted
اسم المستفيد رباعي :
رقم الهوية : ٤ ١٢٥
( لزوجة - لات - لأم - لأخ - لابن )
اسم الأم كامل :
رقم هوية الأم : ٩٦٢٢٥٥٤٧٦٦ -
اسم الزوجة : Redacted
رقم هوية الزوجة :
تاريخ ومكان الميلاد :
البلد الأصلي :
الديانة :
الجنس :
الحالة الاجتماعية :
العمل السابق :
العمل الحالي :
المؤهل العلمي :
تاريخ ورقم كتاب الاعتماد :
تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات ادارية :

الرتبة العسكرية :
الرتبة التنظيمية :
كتاب اعتماد الرتبة :
رقم :                   تاريخ :
تطورات المخصص السابق :
الحالي :              التعديلات :
التنظيم التابع له :
القطاع :
تاريخ الالتحق بالثورة :
تنظيما :         عسكريا :         تفرغا :
الدورات التي اجتازها :
تاريخ ومكان الحادث :
كيفية حدوث الحادث :

موجز سيرته الذاتية :

سكن الاسرة :ملك :
الإيجار الشهري :          ايجار :          مشترك :
العنوان الكامل :
أقرب تلفون :

CONFIDENTIAL

...cial Affairs

M's F. & ...

Shatsky-JD00675

## الجدول الأسري : * متزوج - أعزب

١- المتزوج : يسجل الزوجات والأبناء القصر اولا ثم الابناء فوق سن الانتاج ثم الوالدين والأخرة .
٢- الأعزب : يسجل الوالدين والأخوة القصر اولا ثم الاخوة فوق سن الأتاج .

| العنوان | احالة الإجتماعية | الهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسل |
|---|---|---|---|---|---|---|---|
| الرصيفة | متزوج | عامل | الثانوية | ١٩٨ | ١ب | Redacted | ١ |
| Redacted | متزوجة | الثانوية | الثانوية | Redacted | الام | | ٢ |
| | عزباء | طالب | الثانوية | | الاخ | | ٣ |
| | اعزب | طالب | الثانوية | | الاخت | | ٤ |
| | متزوجة | ربة بيت | العاشر | | البنت | | ٥ |
| | متزوجة | ربة بيت | اعدادي | | البنت | | ٦ |
| | متزوجة | ربة بيت | الثانوية | | البنت | | ٧ |
| | متزوجة | ربة بيت | اعدادي | | البنت | | ٨ |
| | متزوج | موظف | اعدادي | | الابن | | ٩ |
| | متزوجة | ربة بيت | ابتدائي | | البنت | | ١٠ |
| | | | | | | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين : ............................

- المتزوج : الزوجات والابناء القصر : ............................

- الأعزب : الوالدين والاخوة القصر : ............................

ملاحظات على الجدول الاسري : ............................

CONFIDENTIAL

Shatsky-JD00675

CONFIDENTIAL

Shatsky-JD00676

اسم الحالة ونوعها : الـ[?]ـة : سامر سميح محمد عمار

توصية القسم :
- الـ[?]ـب اجزء _ الوالدين على قيد الحياة .
- لديه شقيقين [?] الوا عم مظاهر للدراسة .
- يرشح للتكريم [?] للانتقال الادارة المالية
[?] باعادة [?] [?] النواحي [?]

التاريخ : ٢٠٠٣/٤/٢٩   التوقيع : عالم[?]

قرار مدير المؤسسة : ( [?] )
نوصي باعتماد شريك كمستشار واعتماده القضى
اعتبارا [?] اصدار ١ - ٥ - [?]

التاريخ : ٢٩ - ٤ - ٢٠٠٦   التوقيع : و[?]

حساب المخصص :

| أساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|
| [?] | | | | | | [?] |

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل : [?]

اعتماد المدير العام :
[?] [?] [?]
[?]

ملاحظات التدقيق :

التاريخ ٢٠٠١/٤/٤   التوقيع [?]

ملاحظات الحاسب الآلي :

التاريخ                التوقيع

CONFIDENTIAL

Shatsky-JD00676

# Exhibit 135

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 8533[*]                Four-Part Name: Samer Samih Mohammad Hammad          Type of Document: Palestinian ID
Date of Birth: Redacted /1984            Ministry: Jenin                                       Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 5135 | Samih Mohammad Ahmad Hammad | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 5135 | Samih Mohammad Ahmad Hammad | Redacted | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00215-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs` Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 12/01/2020 | 12/01/2020 | Information completed |
| Last credit | 12/01/2021 | | |

Stipend Data at Bank:



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00216-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00217-T

Palestinian National Authority  [Emblem of the Palestinian National Authority]  Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00218-T

Palestinian National Authority　　　[Emblem of the Palestinian National Authority]　　　Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 05/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 06/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 07/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 08/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 09/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 10/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 11/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 12/1/2020 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 01/1/2021 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 02/1/2021 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 03/1/2021 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |
| 04/1/2021 | Redacted 5135 | Samih Mohammad Ahmad Hammad | 1400 |

CONFIDENTIAL

Shatsky-JD00219-T

Original

Palestinian National Authority



الـسـلطة الوطـية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| | | | | بيانات التخصيص |
|---|---|---|---|---|
| نوع الوثيقة | هوية فلسطينية | صابر مصبح محمد حماد | الاسم الرباعي | البطاقة الشخصية Redacted ١٥٢٢ |
| الجنس | ذكر | جفتن | الوزارة | تاريخ الميلاد Redacted ١٩٨٩ |

ترجمة

| السلم | الدرجة | الفئة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والتخصيصات

| الرمز | من تاريخ | الى تاريخ | قيمة | نسبة أو مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

بيانات لحق

| نوع الحـالـة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

بيانات المستويين

| رقم الهوية Redacted ٤١٣٥ | الاسم | من تاريخ | الى تاريخ | نسبة/قيمة | قيمة النسبة | عدد الزوجات | زوجة ثانية | عدد الاولاد | طبيعة العلاقة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|
| | مصبح محمد احمد حماد | Redacted | | نسبة | ١٠٠ | | | | لا يوجد قسمة | Redacted |
| رقم الهوية Redacted ٤١٣٤ | الاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | | | الرقم المركزي |
| | صابح محمد احمد حماد | Redacted | | | Redacted | | | | |

CONFIDENTIAL

Shatsky-JD00215

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

fill

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة   11/05/2021



بيانات الوقف

| سبب الوقف | من تاريخ | الى تاريخ | سبب الاعدة |
|---|---|---|---|
| Redacted | | | |
| نهاية الاعتماد | ٠١/١٢/٢٠٢٠ | ٠١/١٢/٢٠٢٠ | استكمال المعلومات |
| نهاية الاعتماد | ٠١/١٢/٢٠٢٠ | | |

بيانات الرواتب في البنك

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00216

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |



CONFIDENTIAL

Shatsky-JD00217

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00218



Palestinian National Authority

السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء و الجرحى

تاريخ الصدء: 31/03/2021



| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/٤/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/٥/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/٦/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/٧/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/٨/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/٩/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/١٠/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/١١/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢٠/١٢/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢١/١/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢١/٢/١ |
| ٢٤٠٠ | سميح محمد أحمد حماد | Redacted ٥ ١٣٥ | ٢٠٢١/٣/١ |

CONFIDENTIAL

Shatsky-JD00219

# Exhibit 136

CONFIDENTIAL                                          SHATSKY-JD00818-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority    ┌─────────┐    [Arabic] Palestinian National Authority
   Ministry of Social Affairs                │  P.A.   │        Ministry of Social Affairs
   M's F. & I. C. E                          │ emblem  │    Martyrs' Families and Injured Care Establishment
                                             └─────────┘

---

In the name of Allah, the Gracious, the Merciful

## Social Report

**Case:** <u>Martyr of</u>

**Name:** <u>Sufyan Salem Abd Rabbo al-Jabarin</u>

**Local number:** <u>264 S</u>                    **Central number:** <u>011918</u>

**Governorate:** <u>Hebron</u>

**Date:** <u>1.18.1999</u>

---

Confidential                                    Shatsky-JD00819-T

**[Cut off]: Personal Information**

| | |
|---|---|
| **Local no.**: 264 S | **Central no.**: 011918 |
| **The case's name**: Sufyan Salem Abd Rabbo al-Jabarin | **Code name:** |
| **Nationality**: Palestinian | **Identification no.**: Redacted 7928 |
| **Beneficiary's full name**: Sabha Muhammad Mahmoud Subh | **Identification no.**: Redacted 7928 |
| **Mother's full name**: Sabha Muhammad Mahmoud Subh | **Mother's Identification no.:** |
| **Place and date of birth**: 1971 – Al-Zahiriya | **Place of origin**: Al-Zahiriya |
| **Religion**: Muslim | **Sex**: Male / **Marital status**: Single |
| **Previous job**: Laborer | **Current job:** |
| **Date and number of confirmation letter:** | |
| **Date of confirmation in the institution**: 11.1.1995 Education: First year in Hebron University | |

**Part 2: Administrative Information**

| | | | | |
|---|---|---|---|---|
| **Military rank:** | | **Organizational rank:** | | |
| **Rank confirmation letter:** Redacted | | **No.** | **Date:** | |
| **Previous Monthly Allowance:** Redacted | | **Memorandum no.:** | | |
| **Organizational affiliation**: Hamas | | **Sector:** | | |
| **Date of joining the revolution**: 1987 | **Organizationally:** / | **Militarily:** / | **As a full-time member:** / | |
| **Training courses undertaken:** | | | | |
| **Place and date of the incident**: 8.21.1995 – Ramat Eshkol (Palestine 1948) | | | | |
| **Details of the incident:** The abovementioned person was martyred as a result of a martyrdom operation he executed against an Israeli bus in Palestine (1948). | | | | |
| **Brief Biography:** The abovementioned person was born in Al-Zahiriya. He completed all his educational studies in the school of Al-Zahiriya and joined the Hebron University for one year. He joined the movement in 1987 (Hamas movement's military wing, the Izz a-Din al-Qassam) and was among the Intifada activists. | | | | |
| **The family's residence: Owned:**   **Rented:**   **Shared:** The family's home was demolished after the abovementioned person executed the suicide attack. | | | | |
| **Monthly rent:** | | | | |
| **Full address:** Redacted | | | | |
| **Nearest telephone:** | | | | |

Confidential                                    Shatsky-JD00819-T

Confidential                                           Shatsky-JD00820-T

**Part 3: Family table:**   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Sabha | Mother | 1944 | None | Housewife | Married | Al-Zahiriya |
| 2 | Redacted | Father | Redacted | None | [Illegible] | Married | Redacted |
| 3 | | Sister | | High School | Housewife | Married | |
| 4 | | Brother | " | " | Security[*] official | Single | |
| 5 | | " | | Tawjihi [General Secondary Education] | Laborer | Single | |
| 6 | | Sister | " | | Housewife | Married | |
| 7 | | Sister | " | | Housewife | Married | |
| 8 | | Brother | " | | Security[*] official | Married | |
| 9 | | Brother | " | | Driver | Married | |
| 10 | | " | | Junior High | Driver | Married | |
| 11 | | " | | Junior High | Laborer | Married | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents**: 1

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:** Mother

**Notes concerning the family table:**

Confidential                                           Shatsky-JD00820-T