Confidential                                    Shatsky-JD00821-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority        [Arabic] Palestinian National Authority
Ministry of Social Affairs          P.A.            Ministry of Social Affairs
M's F. & I. C. E                   emblem        Martyrs' Families and Injured Care Establishment

Date: 8.14.1999                     Date: Martyrs' Families Establishment - Hebron

Brother, General Director of the Establishment, may Allah take care of him
Homeland greetings,

Re: Martyr <u>Sufyan Salem Abd Rabbo al-Jabarin</u>  [illegible] <sup>Redacted</sup>1814[*]

The martyr [was] single. His father suffers from [illegible] and is in constant need of
treatment. The treatment is not available at the Ministry of Health, I ask [illegible] the
treatment, which costs 148 shekels a month, according to the attached.
                        With the utmost appreciation.
                                        [Illegible] [signature]

*[Illegible] add it to the allowances of the month 8/1999, at a cost of 148 shekels.*
*[signature]*
*8.16.99*

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD00821-T

Confidential

Shatsky-JD00822-T

[Illegible handwritten note]

**[Cut off] of the department**:

The martyr is to be paid a monthly allowance of Redacted.

The disbursement is to continue.

The martyr's father is a heart patient and is unable to pay for treatment. The medical [illegible] is unavailable at the health departments. Therefore, the treatment should be paid for continuously.

_____   Date: 11.18.1999 Signature: [handwritten]

**Decision of the establishment's director**: (        )

_____

_____

_____

_____   Date: _____ Signature: [handwritten]

**Confirmation of the director general**:

_____

_____

_____

**Audit's notes**:          **Date**:          **Signature**: [signature]

_____   _____

_____   _____

_____   _____

**Computerized notes**:     Date:          Signature:

_____   _____

_____   _____

Confidential

Shatsky-JD00822-T

Confidential                                                                                    Shatsky-JD00823-T

RX Date/Time          31/10/2013    07:20    932159                                                        P.003
12-JUL-2018 13:29 From:                    932159                      To:022970554        Page:3

(39)

In the Name of Allah, the Merciful, the Compassionate

Ministry of Social Affairs                           No.: _____

Martyrs' Families and Injured Care                   Region: <u>Al-Zahiriya / Hebron</u>

### Social Report for the Martyrs' Families

| | |
|---|---|
| **Full Name:** Sufyan Salem Abd Rabbo al-Jabarin | **Code name:** / |
| **Place and date of birth:** 1970 – Al-Zahiriya | **Place of origin:** Al-Zahiriya |
| **Mother's full name:** Sabha Muhammad Mahmoud Subh | **Marital Status:** Single |
| **Education and date:** Tawjihi | **Occupation:** Student |
| **Date and place of martyrdom:** Jerusalem, 8.22.1995 | **Date and number of confirmation letter:** |
| **Date of confirmation in the Social Affairs:** | **Monthly Allowance:** |
| **Name of first beneficiary:** Sabha Muhammad Mahmoud al-Jabarin | **His ID No:** Redacted 792/8 |
| **Full Address:** Al-Zahiriya | |

| |
|---|
| **Type of residence:** The house is owned until now, despite the fact that a court ruling was issued on 1.10.1995 to demolish it. |
| **Manner of martyrdom:** In a martyrdom operation in an Israeli bus inside Jerusalem (Ramat Eshkol Neighbourhood). |
| **Brief biography:** |
| **Recommendation of the Field Researcher:** |
| **Date: 10.12.1995**                          Name and signature: |
| **Recommendation of the Social Committee:** The martyr [was] single. The two parents and two minor siblings [illegible]. Transfer it to [illegible]. |
| 10.12.95 |
| **Date:**   /    / |
| **Measure to be taken according to regulations:** 1) [Illegible] payment of 230[*] shekels a month. |
| 2) Notify [illegible] of the confirmation. |
| **Date:  /    /**                    Name and signature: [signature] |
| **Further notes:** |
| 10.30.95 |
| |

Confidential                                                                                    Shatsky-JD00823-T

# Original

CONFIDENTIAL

SHATSKY-JD00818



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ـــــــــــــــ

الاسم : ـــــــــــ سفيان سالم عبده البابري

الرقم المحلي : ـــــــ c.b.c.ــــ الرقم المركزي : ــ ١١٩١٨ــ

المحافظة : ـــ خليل

التاريخ : ـــ ١٥ / ١١ / ١٩٩٩

CONFIDENTIAL

SHATSKY-JD00818

CONFIDENTIAL

SHATSKY-JD00819

رمات ذاتية :

الرقم المحلي : ـــ ٦٦٢ ـــ ـــــ                    الرقم المركزي : ١١٩.١.٨...
اسم الحالة : ـــ سياس ـــ سالم عبر ربه الحيارسه              الاسم الحركي :
الجنسية : ـــ فلسطيني ـــ                         رقم الهوية :
اسم المستفيد رباعي : حربيه محمد محمود صبيح      رقم الهوية : ـــ ٥٨٥ **Redacted**
اسم الأم كامل : حربيه محمد محمود صبيح             رقم هوية الأم : ٩٨٨ ب **Redacted**
تاريخ ومكان الميلاد : ١٩٥٨ ـــ الظاهرية            البلد الأصلي : الظاهرية
الديانة : ـــ مسلم ـــ          الجنس : ذكر        الحالة الاجتماعية : أعزب
العمل السابق : ـــ خامل        العمل الحالي :
تاريخ ورقم كتاب الاعتماد :
تاريخ الاعتماد بالمؤسسة : ١٩٩٥/١١١/١
المؤهل العلمي : سنة اولى في بيت الحم

## ثانياً : معلومات ادارية :

الرتبة العسكرية :                    الرتبة التنظيمية :
كتاب اعتماد الرتبة : ـــ رقم :        تاريخ :
المخصص الشهري السابق : **Redacted**    رقم المذكرة : **Redacted**
التنظيم التابع له : ـــ جباحين        القطاع :
تاريخ الالتحاق بالثورة : ١٩٨٩        تنظيما :        عسكريا : /        تفرغا : /
الدورات التي اجتازها :
تاريخ ومكان الحادث : ٢١/٨/١٩٩٥ ـــ عمليات اشكول بالسبنه ١٩٦٨ ك
كيفية حدوث الحادث : اثناء قيام المذكور بتنفيذ عملية استشهاديه ضد اهداف اسرائيليه من نلديس ر ١٩٦٨ ) استشهد باثر ذلك

## موجز سيرته الذاتية :

المذكور مولدي الظاهرية انه جميع مراحله التعليمية من مدارس الظاهرية والقدس
سياسيا معه الجبل سنة اولى ، التحق بالحركة نشط بالناع العسكري، عرفته حماس (من الجبهات)
وكان من نشطاء الانتفاضة

سكن الأسرة : ملك : ـــ          ايجار :        مشترك : يقيم بيت الأسرة يخصونهم
الإيجار الشهري :
العنوان الكامل : **Redacted**
أقرب تلفون :

CONFIDENTIAL          SHATSKY-JD00819

CONFIDENTIAL

SHATSKY-JD00820



CONFIDENTIAL

SHATSKY-JD00820

CONFIDENTIAL

SHATSKY-JD00821



Palestinian National Authority
Ministry of Social Affairs
M's F. & P. C. E.

بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والأسرى

Date:

التاريخ : ....14 . 1 . 8 . 1999

Redacted

Ramallah - Tel/Fax : 02-9958507

رام الله – تلفاكس : 02-9958507

CONFIDENTIAL

SHATSKY-JD00821

CONFIDENTIAL

SHATSKY-JD00822

القسم :

Redacted

ـ ـ يبدو للسبنيه وهذا سنذ بوائح

ـ يرجب بمقراية العرب

ـ و ائر دلسبنيه حساب برجنا دلقلبه وبنو نادر بلى سنا و دلعلام ربا لدبقة

ـ دلجبة عنر متوعزه لديد ردائر دلجبة لذا يرصب حرونا مع دا وعزم سكتا

ـ ـ ـ ـ مـــــوت

التاريخ : ٨.٠١.س.٠١.٩٩هـ ........ التوقيع : ... عزروّه جب را لسه

ار مدير المؤسسة : (                    )

التاريخ : ....................... التوقيع : ......................

اعتماد المدير العام :

ملاحظات التدقيق :

| التوقيع | التاريخ |
|---|---|

ملاحظات الحاسب الآلي :

| التوقيع | التاريخ |
|---|---|

CONFIDENTIAL

SHATSKY-JD00822

CONFIDENTIAL

٣٩

بسم الله الرحمن الرحيم

الرقم : ............................
المنطقة : ......................

وزارة الشؤون الإجتماعية
ور عاية أسر الشهداء والأسرى

بحث إجتماعي لأسر الشهداء

الإسم رباعياً : .......................... بالإسم الحركي : .....................
تاريخ ومكان الميلاد : ...١٩٧٠............ البلد الأصلي : ......................
اسم الأم كاملاً : ........................... الحالة الإجتماعية : ...............
المؤهل العلمي وتاريخه : .................. المهنة : ...........................
تاريخ ومكان الإستشهاد : ........١٩٩٥/٨/٢٥تاريخ ورقم كتاب الإعتماد : ...
تاريخ الإعتماد بالشؤون الإجتماعية : .................. المخصص الشهري : ...... Redacted
اسم المستفيد الأول : ................................. رقم هويته :.................
العنوان كاملاً : .....................................................................
نوع السكن : .........................................................................
كيفية الإستشهاد : .................................................................
....................................................................................

السيرة الذاتية : ...................................................................
....................................................................................
....................................................................................
....................................................................................

توصية الباحثة الميدانية :.........................................................
....................................................................................

الإسم والتوقيع
التاريخ : ١٩٩٥/١٠/٢٠
توصية اللجنة الإجتماعية : ....................................................
....................................................................................

التاريخ :  /  /                    الإسم والتوقيع :
الإجراء حسب النظام : .........................................................
....................................................................................

التاريخ :  /  /                    الإسم والتوقيع :
ملاحظات إضافية : .............................................................
....................................................................................

# Exhibit 137

**Palestinian National Authority**     [Emblem of the Palestinian National Authority]     **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 7969[*]         Four-Part Name: Sufyan Salem Abd Rabbo al-Jabarin     Type of Document: Palestinian ID
Date of Birth:                    Ministry: Hebron                                      Gender: Unknown

**Categories:**

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

**Increments and Deductions:**

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

**Case Data:**

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | | Unspecified | |

**Beneficiaries' Data:**

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 7928 | Sabha Muhammad Mahmoud Subh | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 7928 | Sabha Muhammad Mahmoud Subh | Redacted | | | | Redacted | |

CONFIDENTIAL

Shatsky-JD00037-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 09/01/2020[*] | 09/01/2020[*] | Information completed |
| Last credit | | 09/01/2021[*] | Information completed |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |



**CONFIDENTIAL**

Shatsky-JD00038-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00039-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs` Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00040-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 05/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 06/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 07/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 08/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 09/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 10/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 11/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 12/1/2020 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 01/1/2021 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 02/1/2021 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 03/1/2021 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |
| 04/1/2021 | Redacted 7928 | Sabha Muhammad Mahmoud Subh | 1400 |

CONFIDENTIAL

Shatsky-JD00041-T

# Original

**Palestinian National Authority**



السلطة الوطنية الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

---

البيانات الشخصية

| نوع إثبات الهوية | هوية فلسطينية | | الاسم الرباعي | | | | بطاقة الشخصية | Redacted |
| الجنس | غير معروف | | الوزارة | الخليل | | | تاريخ الميلاد | |

الشروط

| المبلغ | الدرجة | الفئة | من تاريخ | إلى تاريخ |
|---|---|---|---|---|
| سلم أسر الشهداء الجديد | غير محددة | غير محددة | Redacted | |

العلاوات والخصميات

| الرمز | من تاريخ | إلى تاريخ | القيمة | نسبة أو مبلغ | المرجع | رقم الهوية | (اسم المستفيد) |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيانات الحقة

| نوع الحصة | من تاريخ | إلى تاريخ | نسبة الإعاقة | نوع الإعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | | غير محدد | |

بيانات المستفيدين

| رقم الهوية | الاسم | من تاريخ | إلى تاريخ | نسبة/القيمة | عدد الزوجات | زوجة ثانية | عدد الأولاد | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|
| Redacted | صحبه محمد محمود صبيح | Redacted | | نسبة | 100 | | | لا يوجد قسمة | Redacted |

| رقم الهوية | الاسم | من تاريخ | إلى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted | صحبة محمد محمد: صبيح | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00037

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

31/05/2021    تاريخ الطباعة



CONFIDENTIAL

Shatsky-JD00038

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الرتب | الاسم | رقم الهوية | فئته |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00039

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021 تاريخ الطباعة

| الشهر | رقم الهوية | الاسم | الراتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00040

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة   31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/١٠/٢٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/١٠/٢٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/١٠/٢٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/٢/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/٨/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/٤/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/٢/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢٠/٤/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢١/٢/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢١/٢/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢١/٢/١٠ |
| ١٤٠٠ | صبحه محمد محمود صبيح | Redacted ٧٩٢٨ | ٢٠٢١/٢/١٠ |

CONFIDENTIAL

Shatsky-JD00041

# Exhibit 138

CONFIDENTIAL

Shatsky-JD01058-T

PALESTINIAN LIBERATION ORGANIZATION

In the name of Allah, the
Merciful, the
Compassionate

[PLO emblem]

PALESTINIAN LIBERATION ORGANIZATION

M'S F. & I. C. E.

Martyrs' Families and Injured Care Establishment

## The Establishment / Nablus

## The Brother, The Director General of the Establishment, May Allah Protect him

## Greetings of the homeland and the state...

Case name: Yusef Ibrahim Hasan Atalla                  Its type: Aqsa martyr

Central number: 103871                  Allowance: 1400 shekels

Required action and reasoning:   ** Continue the disbursement because the martyr [was] single and the beneficiary is his mother. She is the sole beneficiary and she brought the Loss of Life [Certificate].

Based on this, I recommend to continue the disbursement. For your attention.

Attached documents:  Loss of Life

Name and signature of the department head: _____

Director's opinion: **** The recommendation is to be confirmed and you should continue to pay the martyr's mother because he [was] single and she is the sole beneficiary and is still alive. In accordance with regulations. To be followed.

Date:  11.3.2020          Signature: [signature]

Action of the director general: Renew the confirmation and disbursement according to regulations.

Date:  11.9.2020                    Signature: [signature]

Main procedures: _____        Name and signature of executor: _____

Audit procedures: _____        Name and signature: _____

Nablus – Tel/Fax: 09 2385550                  Nablus – Tel/Fax: 09 2385550

Ramallah-Tel/Fax: 02-2986268                  Ramallah-Tel/Fax: 02-2986268

CONFIDENTIAL

Shatsky-JD01058-T

Confidential                                    Shatsky-JD01065-T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority     [Arabic] Palestinian National Authority
Ministry of Social Affairs          P.A.        Ministry of Social Affairs
M's F. & I. C. E              emblem      Martyrs' Families and Injured Care Establishment

---

In the name of Allah, the Gracious, the Merciful



## Social Report

**Case**: <u>Aqsa Martyr</u>

**Name**: <u>Yusef Ibrahim Hasan Atalla</u>

**Local number**: <u>846</u>          **Central number**: <u>13871</u>

**Governorate**: <u>Nablus</u>

**Date**: <u>9.18.2002</u>

---

Ramallah - Tel/Fax: 02-2986268          Ramallah - Tel/Fax: 02-2986268

Confidential                                    Shatsky-JD01065-T

Confidential                                          Shatsky-JD01066-T

## Part 1: Personal Information

| | |
|---|---|
| **Local no.**: 846 | **Central no.**: 13871 |
| **The case's name**: Yusef Ibrahim Hasan Atalla | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: Redacted 2277 |
| **Beneficiary's full name**: Redacted<br>(wife, father, mother, brother, sister) | **Identification no.**: Redacted |
| **Mother's full name**: Wisam Darwish Mutawi Atalla | **Mother's Identification no.**: Redacted 0548 |
| **Wife's name**: / | **Wife's Identification no.**: / |
| **Place and date of birth**: Redacted .1983 Nablus | **Place of origin**: Feja / Jaffa |
| **Religion**: Muslim | **Sex**: Male | **Marital status**: Single |
| **Previous job**: Aluminum worker | **Current job**: |
| **Education**: Second grade in junior high | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

## Part 2: Administrative Information

| | | | |
|---|---|---|---|
| **Military rank**: | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.**: | **Date**: | |
| **Developments in previous allowance**: | **Current**: | **Changes**: | |
| **Organizational affiliation**: The Popular Front | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: | | | |
| **Place and date of the incident**: 8.31.2002 – The settlement of Brakha – Nablus | | | |

**Details of the incident**: He was martyred after he raided the settlement of Brakha and a fire fight broke out between him and the residents of the settlement. As a result, one settler was killed and others were injured. The martyr was killed by one of the settlers.

**Brief Biography**: The martyr was born in Nablus on Redacted .1983. His origins are in Feja, in the occupied Jaffa Governorate. His family immigrated in 1948 and settled in Balata Camp – Nablus. He grew up in the camp and studied in its schools that belonged to the Agency [UNRWA]. He studied until the second grade on junior high school. When he left school, he started working in Aluminium. He joined the Popular Front during the Al-Aqsa Intifada and his struggle activity was clandestine. He was martyred on 8.31.2002 during a martyrdom operation inside a settlement near Nablus.

| | | | |
|---|---|---|---|
| **The family's residence: Owned**: Agency [UNRWA] unit | **Rented**: | **Shared**: | |
| **Monthly rent**: | | | |
| **Full address**: | Redacted | | |
| **Nearest telephone**: | | | |

Confidential                                          Shatsky-JD01066-T

Confidential                                              Shatsky-JD01067-T

**Part 3: Family table:**   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Father | Redacted | 1st junior high | Farmer | Married | Redacted |
| 2 | Wisam Darwish Mutawi Atalla | Mother | 1960 | Elementary | Housewife | Married | " " |
| 3 | Redacted | Brother | Redacted | 2nd junior high | Does not work / mentally ill | Single | Redacted |
| 4 | | Brother | | Junior high | Works at a stall | Single | |
| 5 | | Brother | | Junior high | Mechanic | Single | |
| 6 | | Sister | | High school | Single, at home | Single | |
| 7 | | Brother | | Junior high | Does not work | Single | |
| 8 | | Brother | | 6th | Does not work | " | |
| 9 | | Sister | | 7th | Student | Single | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

**Number of dependents:**

**If married: the wives and minor children:**

**If single: the parents and the minor siblings:**

**Notes concerning the family table:**

The account number of the beneficiary, the martyr's father, Ibrahim Hasan Isma'il Atalla          Redacted

The account number of the beneficiary, the martyr's father, Ibrahim Hasan Isma'il Atalla

Confidential                                              Shatsky-JD01067-T

Confidential                                                    Shatsky-JD01068-T
The martyr: Yusef Ibrahim Hasan Atalla

**Recommendations of the department:**
- The martyr [was] single. Born in 1983. His parents are alive.
- He was martyred on 8.31.2002 inside the settlement of Brakha after he raided the settlement and a fire fight broke out between him and the residents of the settlement. As a result, he was killed, along with one of the settlers, and a few were injured.
- I recommend to confirm him as an Al-Aqsa Martyr.
_____ Date: 9.18.2002 Signature: [handwritten]

**Decision of the establishment's director:** (          )
_____
_____
_____
_____ Date: _____ Signature: _____

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|-------|------|----------|--------|--------|----------------|----------------|
|       |      |          |        |        |                |                |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general:**
He is to be confirmed as an Al-Aqsa Martyr as of 9.1.2002 and paid Redacted
_____
_____

**Audit's notes:**          **Date:** 10.29.2002      **Signature:** [signature]
_____      _____
_____      _____
_____      _____

**Computerized notes:**      Date:                Signature:
_____      _____
_____      _____

Confidential                                            Shatsky-JD01068-T

Confidential                                        Shatsky-JD01069-T

In the name of Allah, the Gracious, the Merciful

| PALESTINIAN LIBERATION ORGANIZATION M's F. & I. C. E | [PLO emblem] | PALESTINIAN LIBERATION ORGANIZATION Martyrs' Families and Injured Care Establishment |
|---|---|---|

The Establishment / Nablus

The brother Gen. Dir. Of the Establishment, may Allah take care of him,
Greetings of the homeland and the state,

**Case Name:** Yusef Ibrahim Hasan Atalla    **Type:** Aqsa Martyr
**Central No.:** 846 / 13871   **Allowance:** 600 shekels
**The required measure and reasons:** ** transfer the allowance to the martyr's mother. The martyr [was] single. His allowances were paid from Redacted to the benefit of his father. His mother is alive. The martyr's father died on 4.20.2006. ** I recommend to write to Redacted so that the payment will be transferred to the martyr's mother (Wisam Darwish Mutawi Atalla, ID No. Redacted 0548. He account is in Bank Redacted

**Attached Documents:** A copy of the birth certificate of the martyr's father + copy of the ID card of the martyr's mother + her account number in Redacted
**Name and signature of the Department's head:** _____ [signature]
Allowance to be paid from the Establishment Redacted        Redacted
**Opinion of the director:**
** The recommendation is to be confirmed. The allowance should be transferred to the mother because the martyr's father died. The supporting documents are attached.

**Date:** 8.13.2006 **Signature of the Establishment's director:** [Signature]
**Measure to be taken by the Director General:** Will write to the Development Bank and transfer the payment in the martyr's mother' name, because of the father's death, starting on 9.1.2006.

**Date:** 8.22.2006 **Signature:** [Signature]
**Main Measure:** _____ **Name and signature of the clerk:** _____
**Audit Measure:** _____ **Name and signature:** _____

Nablus – Tel/Fax: 09 2385550               Nablus – Tel/Fax: 09 2385550
Ramallah-Tel/Fax: 02-2986268               Ramallah-Tel/Fax: 02-2986268

Confidential                                        Shatsky-JD01069-T

# Original

CONFIDENTIAL

SHATSKY-JD01058

بســم الله الرحمن الرحيـم



PALESTINIAN LIBERATION ORGANIZATION

M's F. & I.C.E.

منظمة التحرير الفلـسطينية

مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ الوكيل المساعد للمؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة :   يوسف إبراهيم حسن عطا الله        نوعها :         شهيد اقصى

الرقم المركزي :          103871          المخصص :          1400          شيكل

الاجراء المطلوب والاسباب : ** استمرار الصرف حيث ان الشهيد اعزب والمستفيده هي والدته ، المستفيده الوحيده ، وقد
احضرت تفقد حياه وعليه اوصي باستمرار الصرف    لاجراءاتكم .

الوثائق المرفقه :                              تفقد حياه

اسم وتوقيع رئيس القسم :

رأي المدير :

**** تعتمد التوصية ويستمر الصرف  لصالح والدة الشهيد كونه اعزب وهي المستفيدة الوحيدة وما زالت على قيد الحياة
وذلك حسب  النظام مع المتابعه .

التاريخ :    ٣ - ١١ - ٢٠٠٠          التوقيع :  خالد ي س

اجراء المدير العام :  يعتمد استمرار والصرف حسب النظام

التاريخ :    ٩ / ١١ / ٢٠٠٠          التوقيع :

الاجراء المركزي :                              اسم وتوقيع المنفذ :

اجراء التدقيق :                                الاسم والتوقيع :

CONFIDENTIAL

SHATSKY-JD01058

CONFIDENTIAL
SHATSKY-JD01065

Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الإجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : ــــــــــ

الاسم : يوسف إبراهيم صبري عطا الله

الرقم المحلي : ــــــــــ    الرقم المركزي : ــــــــــ

المحافظة : نابلس

التاريخ : ١٩٥٨ ــــــــ

Ramallah - Tel/ Fax : 02-2986268

رام الله ـ تفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL
SHATSKY-JD01065

CONFIDENTIAL
SHATSKY-JD01066

معلومات ذاتية :

الاسم :
اسم الجدة :
الجنسية :  Redacted

Redacted  رقم الهوية :  الاسم الحركي :
Redacted  رقم الهوية :  Redacted

Redacted

اسم المستفيد رباعي
( الزوجة ، الأب ، الأخ ، الأخت )
اسم الأم كامل :  رقم هوية الأم :  ٠٥٤٨
اسم الزوجة :  رقم هوية الزوجة :
تاريخ ومكان الميلاد :  ١٩٨٢  Redacted
الديانة :  الجنس :
العمل السابق :  عمل الحالي :
ال العلمي :
تاريخ ورقم كتاب الاعتماد :
تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات إدارية :

الرتبة العسكرية :  الرتبة التنظيمية :
كتاب إعتماد الرتبة :  رقم :  تاريخ :
تطورات المخصص السابق :  الحالي :  التعديلات :
التنظيم التابع له :  الفرع :
تاريخ الالتحاق بالثورة :  تنظيم :  عسكريا :  تفرغا :
الدورات التي اجتازها :
تاريخ ومكان الحادث :  ١٨/٣/٢٠٠٤
كيفية حدوث الحادث :

موجز سيرته الذاتية :

Redacted

الإيجار الشهري :
العنوان الكامل :  Redacted
أقرب كنوز :

CONFIDENTIAL

SHATSKY-JD01067

الجدول الأسري : * متزوج  أعزب

ملاحظة : يسجل المتزوج الزوجات والأبناء القصر أولاً ثم الباقين بدون سن الانتقاء ثم الأخوة والأخوات .
* أعزب : يسجل الوالدين والأخوة القصر أولاً ثم الأخرين بدون سن الانتقاء .

| مسلسل | الاسم | العلاقة بالمرشح | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | Redacted | والدة | Redacted | امل ابتدائي | مزارع | متزوج | Redacted |
| ٢ | سلام ودودي نظير مالك اللو | والدته | ١٩٧٠ | ابتدائي | ربة بيت | متزوجة | |
| ٣ | Redacted | | Redacted | | | | Redacted |
| ٤ | | | | | | | |
| ٥ | | | | | | | |
| ٦ | | | | | | | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين :
- المتزوج : الزوجات والأبناء القصر :
- الأعزب : الوالدين والأخوة القصر :

ملاحظات على الجدول الأسري :

Redacted

CONFIDENTIAL

SHATSKY-JD01067

CONFIDENTIAL

SHATSKY-JD01068



التاريخ : ١٨/٩/١٩هـ ---   التوقيع : ---

)

قرار مدير المؤسسة : (

| حساب المخصص : | اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|---|

التاريخ :            التوقيع :

علاوات أخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات التدقيق :

ملاحظات الحاسب الآلي :

التاريخ            التوقيع

Redacted

CONFIDENTIAL

SHATSKY-JD01068

CONFIDENTIAL

SHATSKY-JD01069

بســــــم اللـــــه الرحـــــــن الرحـــــــــيم



PALESTINIAN LIBERATION ORGANIZATION

M's F. & I. C. E.

منظمـــــة التحريــــر الفلسطينيــــــة

مؤسسة رعاية أسر الشهداء و الجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله

تحية الوطن والدولة ،،،،،

اسم الحالة: يوسف إبراهيم حسن عطا الله     نوعها:   شـــــــــهيد اقصى

رقم المركزي:   ٨٤٦ / ١٣٨٧١     المخصص:   ٦٠٠     شيـــــــــكل

الاجراء المطلوب والاسباب: ** تحويل الصرف لوالدة الشهيد ، الشهيد اعزب ، تصرف مخصصاته من ~~لصالح والده~~ ، والدته على قيد الحياة ، توفي والد الشهيد بتاريخ ٢٠٠٦/٤/٢٠ ، ** أوصى بمخاطبة ~~Redacted~~ لتحويل الصرف لوالدة الشهيد (رسام درويش مطاوع عطا الله رقم هويتها ٠٥٤٨     رقم حسابها في بنك

Redacted

الوثائق المرفقة:   صورة عن شهادة وفاة والد الشهيد + صورة عن هوية والدة الشهيد ، رقم حسبيا في _____

اسم وتوقيع رئيس القسم: _____

رأي المدير: _____

*** تعتمد التوصية ويحول الصرف باسم والدة الشهيد ، وذلك لوفاة والد الشهيد ، والاوراق الثبوتية مرفقة .

التاريخ: ٢٠٠٦/٨/١٢     توقيع مدير المؤسسة: _____

اجراء المدير العام:

التاريخ: ٢٠٠٦/٨/١٢     التوقيع: _____

الاجراء المركزي: _____     اسم وتوقيع المنفذ: _____

اجراء التدقيق: _____     الاسم و التوقيع: _____

Ramallah-Tel/Fax : 02-2986268

Nablus -- Tel/Fax : 092985550

CONFIDENTIAL

رام الله- تلفكس : ٢٩٨٦٢٦٨_٠٢

تلفاكس / ٠٩٢٩٨٥٥٥٠

SHATSKY-JD01069

# Exhibit 139

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

**Personal Information:**
ID Card: Redacted 2277[*]          Four-Part Name: Yusef Ibrahim Hasan Atalla          Type of Document: Palestinian ID
Date of Birth: [illegible]          Ministry: Nablus          Gender: Male

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted 0548 | Wisam Darwish Mutawi Atalla | Redacted | | Percentage | 100 | 0 | 0 | 0 | No apportionment | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted 0548 | Wisam Darwish Mutawi Ata[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL                                                        Shatsky-JD00144-T

Palestinian National Authority     [Emblem of the Palestinian National Authority]     Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 12/01/2020 | 12/01/2020 | Information completed |
| Information completed | 11/01/2021 | | |

Stipend Data at Bank:



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00145-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00146-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00147-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]      Martyrs' Families and Injured Care Establishment
Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |
| | | | |
| 04/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 05/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 06/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 07/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 08/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 09/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 10/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 11/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 12/1/2020 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 01/1/2021 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 02/1/2021 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 03/1/2021 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |
| 04/1/2021 | Redacted 0548 | Wisam Darwish Mutawi Atalla | 1400 |

CONFIDENTIAL

# Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية سر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



CONFIDENTIAL

Shatsky-JD00144

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021 تاريخ الطباعة



| بيانـــــــف الوقف | | | | |
|---|---|---|---|---|
| سبب الوقف | من تاريخ | ألى تاريخ | سبب الإعلاء | |
| | | Redacted | | |
| نهية الاعتماد | ۰۱/۱۲/۲۰۲۰ | ۰۱/۱۲/۲۰۲۰ | استكمال المعلومات | |
| استكمال المعلومات | ۰۱/۱۱/۲۰۲۱ | | | |
| الشهر | رقم الهوية | الاسم | | الراتب |

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة

| التشهد | رقم الهوية | الاسم | الراتب |
|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00146

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية أسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



| الرتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00147

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021

| الراتب | الأسم | رقم الهوية | الشهر |
|---|---|---|---|
| | Redacted | | |
| ١٤٠٠ | وسام درويش مضوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/٣/٢٠ |
| ١٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/٣/٢٠ |
| ٩٤٠٠ | رسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/٥/٢٠ |
| ٣٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/٧/٢٠ |
| ٩٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/٨/٢٠ |
| ١٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/٢/٢٠ |
| ١٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/١٠/٢٠ |
| ١٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/١١/٢٠ |
| ١٤٠٠ | وسام درويش مطاوع عطا الله | Redacted ٥٤٨ | ٢٠٢٠/١٢/٢٠ |
| ١٤٠٠ | وسام درويش مضوع عطا الله | Redacted ٥٤٨ | ٢٠٢١/١/٢٠ |
| ١٤٠٠ | وسام درويش مضوع عطا الله | Redacted ٥٤٨ | ٢٠٢١/٢/٢٠ |
| ١٤٠٠ | وسام درويش، مضاوع عطا الله | Redacted ٥٤٨ | ٢٠٢١/٤/٢٠ |

CONFIDENTIAL

Shatsky-JD00148

# Exhibit 140

CONFIDENTIAL                                              Shatsky-JD00650-T

In the Name of Allah the Beneficent, the Merciful

PALESTINIAN LIBERATION ORGANIZATION        [PLO emblem]    PALESTINIAN LIBERATION ORGANIZATION

M'S F . & I. C. E.                                        Martyrs' Families and Injured Care Establishment

---

**The Establishment / Nablus**

**The Brother, Deputy Assistant [of the Director General] of the Establishment, May Allah Protect him**

**Greetings of the homeland and the state...**

Case name: Zaynab Ali Isa Abu Salem          Its type:  Aqsa Martyr

Central number: 104750                        Allowance: Redacted shekels

**Required action and reasoning:**    ** Continue the disbursement because the martyr was single and the beneficiary is her mother. She is the sole beneficiary. She brought the Loss of Life [Certificate] and therefore I recommend to continue the disbursement. For your attention.

Attached documents:  Loss of Life [Certificate]

Name and signature of the department head: [Illegible]

Director's recommendation:  The recommendation is to be confirmed. Continue the disbursement for the benefit of the martyr's mother, as she [the martyr] was single and she [the mother] is the sole beneficiary and is still alive. In accordance with the regulations. To be followed.

Date:  10.27.2019          Signature: [signature]

Action of the director general: The recommendation is to be confirmed in accordance with the regulations.

Date:  11.4.2019          Signature: [signature]

Main procedures: _____          Name and signature of executor: _____

Audit procedures: _____          Name and signature: _____

Nablus – Tel/Fax: 09 2385550                          Nablus – Tel/Fax: 09 2385550

Ramallah-Tel/Fax: 02-2986268                          Ramallah-Tel/Fax: 02-2986268

CONFIDENTIAL                                           Shatsky-JD00650-T

Confidential                                                    Shatsky-JD00659 -T

In the name of Allah, the Gracious, the Merciful

[English] Palestinian National Authority          [Arabic] Palestinian National Authority
Ministry of Social Affairs          P.A.          Ministry of Social Affairs
M's F. & I. C. E                   emblem         Martyrs' Families and Injured Care Establishment

In the name of Allah, the Gracious, the Merciful

## Social Report



**Case**: Martyr of Al-Aqsa Intifada

**Name**: Zaynab Ali Abu Salem

**Local number**: 1115[*]          **Central number**:

**Governorate**: Nablus

**Date**: 9.30.2004

Ramallah - Tel/Fax: 02-2986268

Confidential                                                    Shatsky-JD00659-T

Confidential                                        Shatsky-JD00660-T

**Part 1: Personal Information**

| | |
|---|---|
| **Local no.**: | **Central no.**: |
| **The case's name**: Zaynab Ali Abu Salem | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: <sup>Redacted</sup> 4687 |
| **Beneficiary's full name**: redacted (Wife, father, mother, brother, sister) | **Identification no.**: redacted |
| **Mother's full name**: Sahar Yousuf Abd A-Rahman Abu Salem | **Mother's Identification no.**: <sup>Redacted</sup> 8803 |
| **Wife's name**: / | **Wife's Identification no.**: / |
| **Place and date of birth**: <sup>Redacted</sup> .1987 – Nablus | **Place of origin**: Jaffa |
| **Religion**: Muslim | **Sex**: Female    **Marital status**: Single |
| **Previous job**: Student | **Current job**: - |
| **Education**:   High school | |
| **Date and number of confirmation letter**: | |
| **Date of confirmation in the institution**: | |

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: First Sergeant | **Organizational rank**: | | |
| **Rank confirmation letter**: | **No.** | | **Date**: |
| **Developments in previous allowance**: | **Current**: redacted | | **Changes**: redacted |
| **Organizational affiliation**: Fatah / Al-Aqsa Martyrs Brigades | **Sector**: | | |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |

**Training courses undertaken**:

**Place and date of the incident**: 9.22.2004 – Western Jerusalem / French Hill

**Details of the incident**: She became a martyr during the perpetration of a martyrdom operation in the French Hill / Jerusalem, which claimed the lives of several soldiers and severely injured several people in the enemy ranks.

**Brief Biography**: The hero martyr was born in 1987. She is originally from the occupied city of Jaffa. She grew up in Askar Camp in Nablus and studied in the UNRWA schools until she graduated from junior high school. She then studied in a high school in Nablus and graduated successfully two months before her martyrdom. She believed in the Al-Aqsa Intifada and thought it was the way to achieve freedom. Her combative activity was kept secret until she became a martyr for the sake of Jerusalem.

**The family's residence**: **Possessed**:  Agency [probably refers to UNRWA] unit   **Rented**:        **Shared**:

| | |
|---|---|
| **Monthly rent**: | |
| **Full address**: | Redacted |
| **Nearest telephone**: | |

The house

Confidential                                        Shatsky-JD00660-T

Confidential                                                                  Shatsky-JD00661-T

[cut off]: Family table:   * married - single

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.

2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Redacted | Her father | Redacted | Junior high school | Photographer | Married | Redacted |
| 2 | Sahar Yousuf Abd A-Rahman Abu Salem | Her mother | 1965 | Elementary school | Housewife | Married | Nablus – [illegible] |
| 3 | | Sister | | Institute diploma | Housewife | Married | |
| 4 | | Sister | | 3 year [illegible] | University student | Single | |
| 5 | Redacted | Sister | Redacted | High school | Housewife | Married | Redacted |
| 6 | | Brother | | 10th | Student | Single | |
| 7 | | Sister | | 8th | Student | Single | |
| 8 | | Sister | | 7th | Student | Single | |
| 9 | | Brother | | 6th | Student | Child | |
| 10 | | Sister | | 5th | Student | Child | |
| 11 | | Sister | | 2nd | Student | Child | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| Number of dependents: | | | | | | | |
| If married: the wives and minor children: | | | | | | | |
| If single: the parents and the minor siblings: | | | | | | | |
| Notes concerning the family table: Beneficiary's account number: Ali Isa Sa'ad Abu Salem Beneficiary's account number: Ali Isa Sa'ad Abu Salem | | | | Redacted | | | |

Confidential                                                                  Shatsky-JD00661-T

Confidential                                           Shatsky-JD00662-T

**[cut off] of the case and its type:** Zaynab Ali Isa Abu Salem, martyr of Aqsa

**Recommendation of the Department:**
* The martyr was born in 1987. Single. Her parents are alive. She has seven minor siblings.
* She became a martyr on 9.22.2004 when she executed her heroic martyrdom operation in French Hill. Several people from among the enemy ranks have died and several have been injured as a result of the operation.
* I recommend that she will be confirmed as a martyr of the Al-Aqsa Intifada.

_____   Date: 9.30.2004   Signature: [handwritten signature]

**Decision of the establishment's director:** (   Nablus   )
The martyr is single. She became a martyr after she blew her self up in Jerusalem on 9.22.2004.
She is confirmed as a martyr of the Al-Aqsa Intifada.
_____   Date 10.30.2004   Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Other increments: _____
Total in dinar: _____
Total in shekels: _____

**Confirmation of the director general:**
[Illegible]
_____
_____

**Audit's notes:**          **Date:**          **Signature** [handwritten signature]
_____        _____
_____        _____
_____        _____

**Computerized notes:**      **Date:**              **Signature:**
_____        _____
_____        _____

Confidential                                           Shatsky-JD00662-T

CONFIDENTIAL

Shatsky-JD00663 T

RX Date/Time        12.04.2007  05:29

P.0001

08.12 2012 23:45

#2071 P. 001

In the Name of Allah the Beneficent, the Merciful

| PALESTINIAN LIBERATION ORGANIZATION | In the name of Allah, the Merciful, the Compassionate | PALESTINIAN LIBERATION ORGANIZATION |
| --- | --- | --- |
| M'S F . & I. C. E. | [PLO emblem] | Martyrs' Families and Injured Care Establishment |

**The Establishment / Nablus**

**The Brother, Director General of the Establishment, May Allah Protect him**

**Greetings of the homeland and the state...**

Case name: Zaynab Ali Isa Abu Salem           Its type: Martyr

Central number: 14750                          Allowance: Redacted shekels

**Required action and reasoning:**  ** Close the file and transfer the allowance to the mother. The martyr was single and the allowance was equally divided between the mother and the father because there were family disputes at the time. The martyr's father has since died on 7.30.2012 and therefore the martyr's file is to be closed and the allowance is to be added to the file of the martyr's mother (Central 15552).

Attached documents: _____

Name and signature of the department head: Marwan Al-Qais[*]  [signature]

Director's recommendation:  The recommendation is to be confirmed. The allowance is to be fully transferred to the benefit of the martyr's mother, because the allowance was equally divided between the two parents (because the martyr was single) and the martyr's father has since died. Per regulations, the allowance should fully remain and disbursed for the benefit of the mother.

Date:  8.14.2012        Signature: [signature]

Action of the director general: The father's allowance should stop, and the disbursement should be transferred fully to martyr's mother as of 8.1.2012.

Date:  8.14.2012        Signature: [signature]

Main procedures: _____    Name and signature of executor: _____

Audit procedures: _____    Name and signature: _____

| Nablus – Tel/Fax: 09 2385550 | Nablus – Tel/Fax: 09 2385550 |
| --- | --- |
| Ramallah-Tel/Fax: 02- 2986268 | Ramallah-Tel/Fax: 02-2986268 |
| CONFIDENTIAL | Shatsky-JD00663-T |

# Original

CONFIDENTIAL

Shatsky-JD00650

بسـم الله الرحمن الرحيم



منظمة التحرير الفلسطينية

مؤسسة رعاية أسر الشهداء والجرحى

PALESTINIAN LIBERATION ORGANIZATION

M's F. & I. C. E.

المؤسسة / نابلس

الأخ الوكيل المساعد للمؤسسة / حفظه الله

تحية الوطن والدولة .....

اسم الحالة:   زينب علي عيسى ابو سالم          نوعه:   شهيد أقصى

الرقم المركزي:   ____[Redacted]____   104750   المخصص:   شيكل

الاجراء المطلوب والأسباب: ** استمرار الصرف حيث ان الشهيده عزباء والمستفيده هي والدتها ، المستفيده الوحيده ، وقد

احضرت   تفقد حيدة وعليه اوصي باستمرار الصرف    لاجراءاتكم .

الوثائق المرفقه:    تفقد حياه

اسم وتوقيع رئيس القسم: ___ على ___

رأي المدير:

**** تعتمد التوصية ويستمر الصرف   لصالح والدة الشهيده كونه اعزباء وهي المستفيدة الوحيدة وما زالت على قيد الحياة

وذلك حسب النظام مع المتابعه

التاريخ: _____   التوقيع: _____

اجراء المدير العام : _____

التاريخ: 2019/11/4   التوقيع: _____

الاجراء المركزي: _____   اسم وتوقيع المنفذ: _____

اجراء التدقيق: _____   الاسم والتوقيع: _____

Nablus - Tel/Fax  : 09 2385550
Ramallah-Tel/Fax : 02-2986268

نابلس - تلفاكس : 2385550 - 09
رام الله- تلفاكس : 2986268 - 02

CONFIDENTIAL

Shatsky-JD00650

CONFIDENTIAL

Shatsky-JD00659

بسم الله الرحمن الرحيم



**Palestinian National Authority**
Ministry of Social Affairs
M's F. & I. C. E.

السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

بسم الله الرحمن الرحيم



# بحث اجتماعي

الحالة : ـــــ شهيدم اسامت الزفر

الاسم : ـــ زينب علي عيسى ابراهم

الرقم المحلي : ١١ ١٥ الرقم المركزي : ـــــ

المحافظة : ـــــ نابلس

التاريخ : ـــــ ٢٠ / ٤ / ٢

Ramallah - Tel/ Fax : 02-2986268

رام الله – تلفاكس : ٢٩٨٦٢٦٨-٠٢

CONFIDENTIAL

Shatsky-JD00659

CONFIDENTIAL

Shatsky-JD00660

اولا : معلومات ذاتية :

الرقم المحلي :                                                        الرقم المركزي :

اسم الحالة : ترسيم خان حسين ابراهم                   الاسم الحركي :

الجنسية : فلسطيني                                             رقم الهوية :

Redacted ٢٦٨٧

اسم المستفيد رباعي :                                          رقم الهوية :
( الزوجة ، الاب ، الام ، الاخ ، الاخت )                Redacted

Redacted

اسم الام كامل : صحى يوسف عبد الرحمه ابراهم       رقم هوية الاب : ٨٨٨x

اسم الزوجة :                                                     رقم هوية الزوجة : /

تاريخ ومكان الميلاد ١٩٨٧ نابلس   Redacted     البلد الأصلي : يافا

الديانة : مسلمة        الجنس : انثى                        الحالة الاجتماعية : عزباء

العمل السابق : طالبة                                           العمل الحالي :

المؤهل العلمي : ثانوي عامة

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

ثانيا : معلومات ادارية :

الرتبة العسكرية :                                              الرتبة التنظيمية :

كتاب اعتماد الرتبة :                                          رقم :              تاريخ :

تطورات المخصص السابق :                               الحالي :           التعديلات :

التنظيم التابع له :   فتح - كتائب شهداء الاقصى    القطاع :

تاريخ الالتحاق بالثورة :                   تنظيما :       عسكريا :        فرعيا :

الدورات التي اجتازها :

تاريخ ومكان الحادث : ٤/١٩/٢٢ المدرسة - اللي المدرسة

كيفية حدوث الحادث : استشهدت اثناء تفجيرها عليت استطربت على لحم المدرسة الدم
الى استشهدت من دخل عدد من كثود وارتفعت صوت لهعد عدم اصابات خطيره .

موجز سيرته الذاتية :

الشهيدة الملك سيرها الرغام ١٩٨٧ ، تعود ضبوطها لدى مينت بذا الملف ، ثانية وقد معم
ته العمل ودرسته بذلك الملف قبل اونته ارغلوه ، الخبته مينا الملك واننه بذات
البلدة العامله يح تم استشهدها بريم ، اتت بانطلقت ليرض واتبرط لميم الوصول الكريمه ، عليه عليها
البلاء مه تم سلطت سيرها مدخل الدر ..

                                                                                   مشترك .

الايراد الشهري :

العنوان الكامل :

اقرب لون :

Redacted

CONFIDENTIAL

Shatsky-JD00660

CONFIDENTIAL

Shatsky-JD00661

ثانياً : الجدول الأسري :   • متزوج  • أعزب

١- المتزوج • يسجل الزوجات والأبناء القصر. أولا ثم الأبناء فوق سن الإنتاج ثم الوالدين ثم الأخوة
٢- الأعزب • يسجل الوالدين والأخوة القصر أولا ثم الأخوة فوق سن الإنتاج -

| العنوان | الحالة الاجتماعية | المهنة | المؤهل العلمي | تاريخ الميلاد | العلاقة بالحالة | الاسم | مسلسل |
|---|---|---|---|---|---|---|---|
| Redacted | متزوج | مصور | أعداديه | Redacted | والدها | Redacted | ١ |
| متزوج | ربة بيت | ابتدائيه | ١٩٦٥ | والدها | بوسف عبدالله اوسلام | ٢ |
| Redacted | متزوج | ربة بيت | دبلوم معهد | Redacted | شقيق | Redacted | ٣ |
| | عزباء | طالب مايعه E | ثالثة ثانويه | | شقيق | | ٤ |
| | متزوجه | ربة بيت | ثانويه عامة | | شقيقه | | ٥ |
| | اعزب | طالب | تاسع | | شقيق | | ٦ |
| | عزباء | طالبه | تامن | | شقيقه | | ٧ |
| | • | | سابع | | شقيق | | ٨ |
| | طفل | طالب | سادس | | شقيق | | ٩ |
| | طفله | طالبه | خامس | | شقيقه | | ١٠ |
| | • | طالبه | ثاني+تمهيدي | | شقيقه | | ١١ |
| | | | | | | | ١٢ |
| | | | | | | | ١٣ |
| | | | | | | | ١٤ |
| | | | | | | | ١٥ |
| | | | | | | | ١٦ |
| | | | | | | | ١٧ |
| | | | | | | | ١٨ |
| | | | | | | | ١٩ |
| | | | | | | | ٢٠ |
| | | | | | | | ٢١ |

عدد المعالين :

• المتزوج • الزوجات والأبناء القصر :

• الأعزب • الوالدين والأخوة القصر :

ملاحظات على الجدول الأسري :

Redacted

رقم حساب المستفيد ١ علي عميرسعد اوسلام -٢

CONFIDENTIAL

Shatsky-JD00662

توصية القسم

التاريخ :   ١٩٨٠ ح     التوقيع :

قرار مدير المؤسسة : (

التاريخ : ١٠١٤       التوقيع :

حساب المخصص :

| اساسي | زوجة | اولاد | أب | أم | اخوة قصر | المجموع بالدينار |
|---|---|---|---|---|---|---|

علاوات اخرى :

المجموع بالدينار :

المجموع بالشيكل :

اعتماد المدير العام :

ملاحظات المدقق :                التاريخ :            توقيع :

ملاحظات المحاسب الثاني :          التاريخ :          توقيع :

CONFIDENTIAL

Shatsky-JD00662

CONFIDENTIAL
RX Date/Time          04/12/2007      05:29                              Shatsky-JD00663
12/08 2012  23:46                                                        #2071 P 001

بســــــم الله الرحمن الرحيم



PALESTINIAN LIBERATION ORGANIZATION                    منظمة التحرير الفلسطينية

M's F. & I. C. E.                                      مؤسسة رعاية أسر الشهداء والجرحى

المؤسسة / نابلس

الأخ مدير عام المؤسسة / حفظه الله
تحية الوطن والدولة ،،،،،

اسم الحالة: ____ زينب علي عيسى ابو سالم    نوعها: ____ شهيد
الرقم المركزي: ____ ١٤٧٥٠    المخصص: ____ [Redacted] شيكل

الاجراء المطلوب والاسباب: ٭٭ اغلاق الملف وتحويل الحصة للوالده ، الشهيده عزباء وكان المخصص مقسوم بالتساوي
بين الوالده والوالد بسبب حصول خلافات عائليه في حينه وقد توفى والد الشهيد بتاريخ ٢٠١٢/٧/٣٠ لذا يغلق ملف الشهيده
وتضاف الحصه الى ملف والدة الشهيده ( مركزي ١٥٥٥٢ ) .

الوثائق المرفقه: ____
اسم وتوقيع رئيس القسم: ____ عبدالناصر

رأي المدير :

٭٭٭٭ تعتمد التوصية ويحول المخصص كامل لصالح والدة الشهيده حيث كان المخصص مقسوم بين الوالدين ( لأن الشهيده
عزباء ) وتوفى الوالد وعليه حسب النظام يبقى المخصص كاملا ويصرف لصالح الوالده .

التاريخ: ____ ٢٢/١١/٢٠١٢    توقيع مدير المؤسسة: ____

اجراء المدير العام : ____

التاريخ: ____ ٢٠١٢/١٢/٦    التوقيع: ____
الاجراء المركزي: ____ اسم وتوقيع المنفذ: ____
اجراء التدقيق: ____ الاسم والتوقيع: ____

Nablus - Tel/Fax   : 09 2385550          نابلس ـ تلفاكس : ٢٣٨٥٥٥٠ ـ ٠٩
Ramallah-Tel/Fax : 02-2986268           رام الله ـ تلفاكس : ٢٩٨٦٢٦٨ ـ ٠٢

CONFIDENTIAL
                                                                    Shatsky-JD00663

Exhibit 141

**Palestinian National Authority**          [Emblem of the Palestinian National Authority]          **Martyrs' Families and Injured Care Establishment**

Print Date: 05/31/2021

Personal Information:
ID Card: Redacted 4687                    Four-Part Name: Zaynab Ali Isa Abu Salem    Type of Document: Palestinian ID
Date of Birth: Redacted /1987             Ministry: Nablus                           Gender:  Female

Categories:

| Scale | Level | Group | Start Date | End Date |
|---|---|---|---|---|
| New Scale for the Families of Martyrs | Unspecified | Unspecified | Redacted | |

Increments and Deductions:

| Code | Start Date | End Date | Value | Percentage or amount | Reference | ID No. | Beneficiary Name |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

Case Data:

| Case Type | Start Date | End Date | Disability Percentage | Disability Type | Decision Type |
|---|---|---|---|---|---|
| Martyr | Redacted | | 0 | Unspecified | |

Beneficiaries' Data:

| ID No. | Name | Start Date | End Date | Percentage / Value | Percentage | Number of Wives | 2nd Wife | Number of Children | Nature of Apportionment | Central No. |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | |
| Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | Redacted | | Percentage | 100 | 0 | 0 | 0 | Apportionment of the military rank | Redacted |

| ID No. | Name | Start Date | End Date | Bank | Branch | Account No. | Central No. |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| Redacted 8803 | Sahar Yousuf Abd A-Rahman Ab[cut off] | Redacted | | | | Redacted | |

CONFIDENTIAL                                                                                          Shatsky-JD00209-T

Palestinian National Authority          [Emblem of the Palestinian National Authority]          Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

Discontinuation Data:

| Reason for Discontinuation | Start Date | End Date | Reason for resumption |
|---|---|---|---|
| Redacted | | | |
| Last credit | 03/01/2021 | 03/01/2021 | Information completed |
| Redacted | | | |
| Information completed | 02/01/2022 | | |

Stipend Data at Bank:

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| Redacted | | | |

CONFIDENTIAL

Shatsky-JD00210-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00211-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021



| Month | ID No. | Name | Stipend |
|-------|--------|------|---------|
| | | Redacted | |

CONFIDENTIAL

Shatsky-JD00212-T

Palestinian National Authority        [Emblem of the Palestinian National Authority]        Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| | | Redacted | |
| | | | |
| | | | |
| 04/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 05/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 06/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 07/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 08/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 09/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 10/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 11/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 12/1/2020 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 01/1/2021 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 02/1/2021 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |
| 03/1/2021 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |

CONFIDENTIAL

Shatsky-JD00213-T

Palestinian National Authority       [Emblem of the Palestinian National Authority]       Martyrs' Families and Injured Care Establishment

Print Date: 05/31/2021

| Month | ID No. | Name | Stipend |
|---|---|---|---|
| 04/1/2021 | Redacted 8803 | Sahar Yousuf Abd A-Rahman Abu Salem | 1400 |

CONFIDENTIAL

Shatsky-JD00214-T

Original

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة: 31/05/2021



البيـــانـــات الشخصيـــة

| | | | | | |
|---|---|---|---|---|---|
| نوع الوثيقة | هوية فلسطينية | الاسم الرباعي | زينب علي عيسى ابوسلم | البطاقة الشخصية | Redacted ١٧٨٧ |
| الجنس | الثني | الوزارة | لغيلمن | تاريخ الميلاد | Redacted ١٩٨٧ |

الدرجــــــات

| السلم | الدرجة | اللغة | من تاريخ | الى تاريخ |
|---|---|---|---|---|
| سلم اسر الشهداء الجديد | غير محدد: | غير محدد: | Redacted | |

العلاوات والتحسينات

| الرمز | من تاريخ | الى تاريخ | الفئة | نسبة او مبلغ | المرجع | رقم الهوية | اسم المستفيد |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

بيـــانـــات الحالة

| نوع الحـــالة | من تاريخ | الى تاريخ | نسبة الاعاقة | نوع الاعاقة | نوع القرار |
|---|---|---|---|---|---|
| شهيد | Redacted | | . | غير محدد | |

بيـــانـــات المستفيدين

| رقم الهوية | الاسم | من تاريخ | الى تاريخ | عدد الاولاد | زوجة ثانية | عدد زوجات | عدد | قيمة المنسبة | نسبة/قيمة | طبيعة القسمة | الرقم المركزي |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted ٨٨٠٣ | سحر يوسف عبد الرحمن ابوسلم | Redacted | | | | | ١٠٠ | نسبة | . | . | قسمة المخصص | Redacted |

| رقم الهوية | لاسم | من تاريخ | الى تاريخ | البنك | الفرع | رقم الحساب | الرقم المركزي |
|---|---|---|---|---|---|---|---|
| Redacted ٨٨٠٣ | سحر يوسف عبد الرحمن ابو | Redacted | | Redacted | | | |

CONFIDENTIAL

Shatsky-JD00209

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة 31/05/2021



بيانات الوقف

| سبب الاخذة | الى تاريخ | من تاريخ | سبب الوقف |
|---|---|---|---|
| | Redacted | | |
| استكمال المعلومات | ٠١/٠٣/٢٠٢١ | ٠١/٠٣/٢٠٢١ | نهاية الاعتماد |
| | Redacted | | |
| | | ٠١/٠٢/٢٠٢٣ | استكمال المعلومات |

بيانات الراتب في البنك

| الراتب | الاسم | رقم نهوية | الشهر |
|---|---|---|---|
| | | Redacted | |

Shatsky-JD00210

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

31/05/2021   تاريخ الطباعة



| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|------------|-------|

Redacted

CONFIDENTIAL

Shatsky-JD00211

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة : 31/05/2021



| الراتب | الاسم | رقم الهوية | الشهر |
|--------|-------|------------|-------|
|        |       |            |       |

Redacted

CONFIDENTIAL

Shatsky-JD00212

Palestinian National Authority



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة    31/05/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| | | Redacted | |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١/٠١/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٥/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٦/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٧/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٨/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٩/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢١٠/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢١١/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢١٢/٢٠٢٠ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠١/٢٠٢١ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٢/٢٠٢١ |
| ٢٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٣ | ١٢٠٣/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00213

**Palestinian National Authority**



السلطة الوطنية الفلسطينية
مؤسسة رعاية اسر الشهداء والجرحى

تاريخ الطباعة: 31/45/2021

| الراتب | الاسم | رقم الهوية | الشهر |
|---|---|---|---|
| ١٤٠٠ | سحر يوسف عبد الرحمن ابوسلم | Redacted ٨٨٠٢ | ١/٠٤/٢٠٢١ |

CONFIDENTIAL

Shatsky-JD00214

# Exhibit 142

Abdel Jabbar Salem
July 27, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, ) | Case No. 18-Civ. 12355 |
| individually and as ) | |
| personal representative ) | |
| of the Estate of Keren ) | VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE ) | DEPOSITION OF ABDEL |
| SHATSKY, individually ) | JABBAR SALEM |
| and as personal ) | |
| representative of the ) | |
| Estate of Keren ) | |
| Shatsky, TZIPPORA ) | |
| SHATSKY SCHWARZ, YOSEPH ) | |
| SHATSKY, SARA SHATSKY ) | |
| TZIMMERMAN, MIRIAM ) | |
| SHATSKY, DAVID RAPHAEL ) | |
| SHATSKY, GINETTE LANDO ) | |
| THALER, individually ) | |
| and as personal | |
| representative of the | |
| Estate of Rachel | |
| Thaler, LEOR THALER, | |
| ZVI THALER, ISAAC | |
| THALER, HILLEL | |
| TRATTNER, RONIT | |
| TRATTNER, ARON S. | |
| TRATTNER, SHELLEY | |
| TRATTNER, EFRAT | |
| TRATTNER, HADASSA | |
| DINER, YAEL HILLMAN, | |
| STEVEN BRAUN, CHANA | |
| FRIEDMAN, ILAN | |
| FRIEDMAN, MIRIAM | |
| FRIEDMAN, YEHIEL | |
| FRIEDMAN, ZVI FRIEDMAN, | |
| and BELLA FRIEDMAN, | |

        Plaintiffs,


        against

Abdel Jabbar Salem
July 27, 2021

1

2    THE PALESTINE
     LIBERATION ORGANIZATION
3    and THE PALESTINIAN
     AUTHORITY (a/k/a "The
4    Palestinian Interim
     Self-Government
5    Authority" and/or "The
     Palestinian National
6    Authority"),

7
               Defendants.
8

9

10

11                              -  -  -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

1      VIRTUAL VIDEOTAPED DEPOSITION OF ABDEL

2  JABBAR SALEM, witness herein, called by the

3  Plaintiffs, for examination, taken pursuant to

4  the Federal Rules of Civil Procedure, by and

5  before Karen A. Nickel, a Certified Realtime

6  Reporter and a notary public in and for the

7  Commonwealth of Pennsylvania, held remotely

8  with all parties appearing from their

9  respective locations, on Tuesday, July 27,

10  2021, at 7:30 a.m.

11  COUNSEL PRESENT:

12

13  For the Plaintiffs:
    Melissa H. Maxman, Esq.
    Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
14  Cohen & Gresser, LLP
    2001 Pennsylvania Avenue, NW
15  Suite 300
    Washington, DC 20006
16
    Stephen M. Sinaiko, Esq.
17  Cohen & Gresser, LLP
    800 Third Avenue
18  New York, NY 10022

19  For the Defendants:
    Mitchell R. Berger, Esq.
20  Joseph Alonzo, Esq.
    Squire Patton Boggs
21  2550 M Street NW
    Washington, DC 20037
22
    Also Present:  Elizabeth Bezverkha
23                 Eszter Vincze
                   Corey Wainaina, Videographer
24                 Hadeer Al Amiri, Interpreter
                   Safwan Al-Amin, Check
25                 Interpreter

Abdel Jabbar Salem
July 27, 2021

1                          I N D E X

2      WITNESS                              PAGE

3      Abdel Jabbar Salem

4           By Ms. Maxman                        6

5

6                       E X H I B I T S

7      NUMBER            DESCRIPTION          PAGE

8      Exhibit 1         Amended Notice of
9                        Deposition              20
       Exhibit 2         Prisoner Payments       28
10     Exhibit 3         E-mail                  37
       Exhibit 4         Payment Records         51
11     Exhibit 5         Combined Exhibits       58

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

1          P R O C E E D I N G S

2          VIDEOGRAPHER:   Good morning,

3    everyone.  We are now on the record.

4    Participants should be aware that this

5    proceeding is being recorded and, as such, all

6    conversations held will be recorded unless

7    there is a request and agreement to go off the

8    record.

9          This is the remote video-recorded

10   deposition of Abdel Jabbar Salem.  Today is

11   Tuesday, July 27, 2021.  The time is now 11:22

12   UTC time.  We are here in the matter of Shatsky

13   versus PLO.

14          My name is Corey Wainaina, remote

15   video technician on behalf of US Legal Support

16   located at 90 Broad Street, New York, New York.

17   I am not related to any party in this action,

18   nor am I financially interested in the outcome.

19          At this time, will the reporter,

20   Karen Nickel, on behalf of US Legal Support,

21   please enter the statement for remote

22   proceedings into the record.

23          THE REPORTER:  The attorneys

24   participating in this deposition acknowledge

25   that I am not physically present in the

Abdel Jabbar Salem
July 27, 2021

1   deposition room and that I will be reporting

2   this deposition remotely.

3          They further acknowledge that, in

4   lieu of an oath administered in person, the

5   witness will verbally declare his testimony in

6   this matter is under penalty of perjury.

7          The parties and their counsel

8   consent to this arrangement and waive any

9   objections to this manner of reporting.  Please

10  indicate your agreement by stating your name

11  and your agreement on the record.

12          MS. MAXMAN:  Melissa Maxman, I

13  agree.

14          MR. BERGER:  This is Mitchell

15  Berger on behalf of the Defendants, and I

16  agree.

17          (The interpreter was duly

18  sworn.)

19          ABDEL JABBAR SALEM, a witness herein,

20  having been first duly sworn, was examined and

21  testified as follows:

22          EXAMINATION

23  BY MS. MAXMAN:

24      Q.    Good morning, or good afternoon.  I

25  don't know what time it is where you are.

```
 1              Thank you for being here today.  My

 2     name is Melissa Maxman.  I'm a partner at Cohen

 3     & Gresser, and we represent the Plaintiffs in

 4     this matter.

 5              Could you please state your name and

 6     address for the record.

 7         A.    Good afternoon.  My name is Abdel

 8     Jabbar Mohammad Salem.

 9         Q.    And your address?

10         A.    My address is ████████████████.

11         Q.    And how do you spell your name, sir?

12         A.    How do I spell my name?

13         Q.    Yes.

14         A.    A-B-D-E-L, J-A-B-B-A-R, S-A-L-E-M.

15         Q.    Thank you.  What is your occupation

16     and title?

17         A.    I work at -- I work in the financial

18     ministry.  I work as director of the salary and

19     financial in the Palestinian government in

20     Ramallah.

21         Q.    Director of salary and financial,

22     did I hear that correctly?

23         A.    The director of the salary, the

24     wages.

25         Q.    Okay.  Thank you.  Have you ever had
```

1    your deposition taken before?

2         A.    No.

3         Q.    I'm going to be asking you questions

4    throughout today and tomorrow, and I would like

5    to go over some ground rules first so that you

6    understand the process.

7         A.    Yes, ma'am.

8         Q.    Do you understand that you are

9    testifying here today under oath?

10        A.    Yes, correct.

11        Q.    And the court reporter will be

12   transcribing everything we say.  So to make

13   sure that the record is accurate, and

14   especially since this deposition is taking

15   place via video remotely because of the COVID

16   pandemic, it's important that we not speak over

17   each other and that only one person speaks at a

18   time.

19             So please wait until I finish my

20   question before you start answering, and I will

21   wait -- I will try to wait until you finish

22   your answer before I ask another question.

23             Is that understood?

24        A.    (Witness nodded head affirmatively.)

25        Q.    I couldn't hear you, I'm sorry.  I

Abdel Jabbar Salem
July 27, 2021

1    think it's the audio.  He said yes?

2         A.    Yes.

3         Q.    Thank you.  It is also important for

4    you to respond to the questions verbally

5    because, otherwise, the court reporter cannot

6    transcribe what you said.  She cannot

7    transcribe a head nod, yes or no.  Is that

8    understood?

9         A.    Understood.

10        Q.    Thank you.  If you don't understand

11   one of my questions, please say so.  I will try

12   to rephrase it for you if you don't understand

13   it.  But if you answer my question, I will

14   assume you understood my question; is that

15   understood?

16        A.    Understood.

17        Q.    Your counsel may object to my

18   questions.  Unless your counsel instructs you

19   not to answer a question, you should go ahead

20   and answer the question even though there is an

21   objection pending.

22             Do you understand that?

23        A.    Understood.

24        Q.    I may take periodic breaks during

25   the deposition.  If you need a break, please

Abdel Jabbar Salem
July 27, 2021

1   let me know, me or your attorney know, and I

2   will do my best to accommodate your request.

3          However, if a question is pending, I

4   ask that you answer the question first before

5   we take a break.  All right?

6          A.      Thank you.

7                  MS. MAXMAN:  Because we are

8   here remotely during the pandemic, we would ask

9   that the Defendants confirm that pursuant to

10  Rule 30(b)(4) of the Federal Rules of Civil

11  Procedure, today's deposition may be taken by

12  video conference as we are proceeding, and,

13  pursuant to Rule 29, parties also stipulate

14  that Ms. Nickel is an appropriate officer

15  before whom this deposition may be taken even

16  though she is in Pennsylvania and the witness

17  is physically located in Jordan.

18          Do we agree, Mr. Berger?

19                  MR. BERGER:  Yes, we do agree.

20                  MS. MAXMAN:  Thank you.

21  BY MS. MAXMAN:

22          Q.      Is there any reason that you can

23  think of that you will not be able to answer my

24  questions today fully and accurately and

25  truthfully?

```
1          A.     No, there isn't.
2          Q.     Just so you understand, we are going
3    to be referring to the Defendants today as --
4    the Palestinian Authority, I'm going to refer
5    to as PA, and I will be referring to the
6    Palestinian Liberation Organization as PLO.
7               Do you understand that?
8          A.     Yes.
9          Q.     I'm going to start with your
10   personal background, with your educational
11   background.  What is your highest level of
12   education?
13         A.     I have a Bachelor degree in
14   accounting from An-Najah University.
15         Q.     Could you spell the name of your
16   University?
17         A.     I'm not that good in English.
18         Q.     Okay.  You testified that you are
19   the collector of salary wages.  Before your
20   position with -- let me back up.
21              Who is your employer today?
22         A.     Not the director, the director of --
23   yes.
24         Q.     Okay.  Thank you.  I misheard.
25   Thank you.
```

Abdel Jabbar Salem
July 27, 2021

1              Who is your employer today?

2      A.     My director is the Minister of

3   Finance.

4      Q.     That is the person to whom you

5   report?

6      A.     Correct.

7      Q.     Yes?

8              MR. BERGER:  Counsel, I think

9   we understood your question.  I think the

10  translation was who is your boss rather than

11  for what organization do you work.

12             MS. MAXMAN:  Okay.  Thank you.

13  BY MS. MAXMAN:

14     Q.     For what organization do you work

15  currently?

16     A.     The Ministry of Finance.

17     Q.     The Ministry of Finance of what

18  organization?

19     A.     The Palestinian Authority.

20     Q.     Okay.  And when you said you worked

21  for -- your boss was the Minister of Finance,

22  who is that person?

23     A.     Shukri Bishara.

24     Q.     Aside from director of salary, do

25  you have any other titles with the Palestinian

Abdel Jabbar Salem
July 27, 2021

1   Authority?

2        A.    No.

3        Q.    Do you hold any other titles within

4   the PLO?

5        A.    No.

6        Q.    And this Shukri Bishara -- forgive

7   me if I'm not pronouncing his name correctly --

8   is -- give me a second.

9              Your boss, does he hold any

10  positions with the PLO?

11       A.    No.  Only the Minister of Finance.

12       Q.    For the Palestinian Authority?

13       A.    Yes.

14       Q.    And who appointed the Minister of

15  Finance?

16       A.    I assume the Prime Minister.

17       Q.    The Prime Minister of the

18  Palestinian Authority?

19       A.    Yes, correct.

20       Q.    How long have you held your current

21  position?

22       A.    Ten years.

23       Q.    Have you had other positions within

24  the PA?

25       A.    Before ten years, I was working in

Abdel Jabbar Salem
July 27, 2021

1    the treasury in the same position, the finance

2    and the Ministry of Finance, and the payment

3    department.

4        Q.    And before that -- well, how long

5    were you in that position?

6        A.    From 1995 up until 2010.

7        Q.    And before 1995, what was your --

8    what was your employment?

9        A.    I was not working anywhere.  I was

10   just graduating from college.  And then I

11   joined the Ministry of Finance.

12       Q.    Okay.  So since college, you have

13   been employed by the Palestinian Authority --

14   I'm sorry, let me rephrase that.

15            Since 1995 when you graduated from

16   college, your only employer has been the

17   Palestinian Authority?

18       A.    Correct.

19       Q.    What are your current

20   responsibilities as director of salary for the

21   ministry of finance?

22       A.    I work as the general director of

23   the salaries, of the wages, in the Ministry of

24   Finance.  This includes preparing, collecting

25   and, up until the distribution of the salaries

Abdel Jabbar Salem
July 27, 2021

1    in the Palestinian Authority.

2         Q.    And are you the director of the

3    salaries for everyone who works for the

4    Palestinian Authority?

5         A.    Yes, correct.

6         Q.    How many people work for the

7    Palestinian Authority?

8         A.    It ranges from employees and semi

9    employees around 120,000 workers.

10        Q.    What do you mean by "semi

11   employees"?

12                MR. BERGER:  I am going to

13   object to the question as being outside the

14   scope of this jurisdictional discovery

15   deposition.  We have been trying to give you

16   some leeway on background, but the Judge's

17   admonition is to stick to the predicates of the

18   jurisdictional statute.

19                You may answer, but we're going to

20   see how this goes.

21                THE WITNESS:  When I say semi

22   employment, I mean, this means some people who

23   work as a contract or temporary, that work for

24   a period of time.

25   BY MS. MAXMAN:

Abdel Jabbar Salem
July 27, 2021

1      Q.     Do you also oversee payments to

2   prisoners?

3      A.     I am responsible for overseeing the

4   distribution of the payment.  The collection

5   and these responsibilities are in the prison

6   affairs.

7      Q.     What are you collecting?

8      A.     Like, what do you mean by that?

9      Q.     You said -- I believe you said, I am

10  responsible for overseeing the distribution of

11  the payments and the collection.  And you said,

12  and these responsibilities are in the prison

13  affairs.

14          And my question is, what do you mean

15  by "collection"?

16      A.     I oversee the information, examine

17  the information that I receive from the

18  prisoners' affairs, because these are not

19  salaries.  These are incentives that are given.

20          So I examine them and oversee them.

21  And then it gets distributed.

22          MR. BERGER:  Excuse me.  We

23  object to the translation.  He did not use the

24  word "incentives" in his comment.  "Allocation"

25  would be the correct translation.

1            MS. MAXMAN:  Mr. Berger, are

2    you using a check translator on your end?

3            MR. BERGER:  I have an Arabic-

4    proficient associate listening to the

5    translation.  He is serving as our check

6    translator.

7    BY MS. MAXMAN:

8        Q.    Okay.  So you're saying -- let me

9    ask the question again because I am now

10   completely confused.

11           My question is, what do you mean by

12   "collection"?

13       A.    By "collection," I mean the

14   information that we get as a CD, and we examine

15   them -- examine the allocations and the

16   department IT before handling it to prisoners'

17   affairs to avoid inequality.

18       Q.    You mean you get it on a compact

19   disk, a CD?

20           MR. BERGER:  We object to the

21   translation.  The witness did not use the word

22   "inequality."  He used the word "double

23   counting."

24           INTERPRETER:  Sorry.  This is

25   the interpreter.  This is "alaizdiwajia," which

Abdel Jabbar Salem
July 27, 2021

1    is not double counting.

2                    MR. BERGER:  Duplication is

3    our translation.

4                    MS. MAXMAN:  Can we go off the

5    record for a minute, please?

6                    MR. BERGER:  Certainly.

7                    THE VIDEOGRAPHER:   We are now

8    off the record.  The time is 11:50 UTC time.

9                    (Discussion held off the

10   record.)

11                   THE VIDEOGRAPHER:   We are

12   back on the record.  The time is 11:53 UTC

13   time.

14                   MS. MAXMAN:  Mr. Berger, can

15   you please identify the associate that is with

16   you that is serving as your check translator?

17                   MR. BERGER:  Yes, I did that

18   off the record.

19                   MS. MAXMAN:  We can't hear

20   you, sir.

21                   MR. BERGER:  Can you hear me

22   now?

23                   MS. MAXMAN:  Yes.

24                   MR. BERGER:  I did that with

25   the court reporter while you were off the

Abdel Jabbar Salem
July 27, 2021

1    record.  His first name is Safwan, S-A-F-W-A-N,

2    last name Al-Amin, A-L, dash, A-M-I-N.

3                    MS. MAXMAN:  Okay.  Thank you.

4                    MR. BERGER:  While we are

5    talking about check translation, and maybe this

6    will save you some time, but let me put it on

7    the record, which is that our translation of

8    the word you are asking about, "collection,"

9    was, in fact, more properly translated as

10    "preparation."

11                    MS. MAXMAN:  Okay.  We will

12    leave that for a moment and come back to it.

13    BY MS. MAXMAN:

14        Q.   Mr. Salem, you realize you have been

15    designated as the 30(b)(6) deponent about the

16    Palestinian Authority and the PLO today; do you

17    understand that?

18                    INTERPRETER:  I'm sorry, this

19    is the interpreter.  Can you repeat the

20    question?

21                    MS. MAXMAN:  Sure.

22    BY MS. MAXMAN:

23        Q.   Are you aware that you have been

24    designated as the corporate witness for both

25    the PA and the PLO today?

Abdel Jabbar Salem
July 27, 2021

1          A.     Yes, I know that.

2                     MS. MAXMAN:  Can we please put

3     up Tab 1 which, court reporter, I will be

4     entering as Exhibit 1 for the record.  It is

5     the 30(b)(6) deposition notice that is dated

6     June 16, 2021, and I will ask that we scroll

7     through the exhibit.

8                     (Deposition Exhibit No. 1 was

9     marked for identification.)

10    BY MS. MAXMAN:

11         Q.     And my question for the witness is,

12    have you seen this document before?

13         A.     Yes.

14         Q.     And what -- when did you first see

15    it?

16         A.     When I met with the attorneys.

17         Q.     When was that?

18         A.     Approximately, a month ago.

19         Q.     And you are appearing today as a

20    witness pursuant to this notice; correct?

21         A.     Correct.

22         Q.     Who designated you, who decided that

23    you would be the designee to testify on behalf

24    of the Palestinian Authority?

25         A.     I received this from the Minister of

Abdel Jabbar Salem
July 27, 2021

1      A.     Yes, correct.

2      Q.     Does the PA make the payments to the

3  prisoners?

4             MR. BERGER:   Object to the

5  form of the question.   Assumes facts not in

6  evidence.

7  BY MS. MAXMAN:

8      Q.     You may answer.

9      A.     I didn't understand your question.

10     Q.     Okay.   Does the PA make the payments

11  to the prisoners?

12            MR. BERGER:   Same objection to

13  form.   You may answer.

14            THE WITNESS:   The PA pays the

15  allocations for the families and the members of

16  the prisoners, and the PA make the payments,

17  all the payments, and part of these payments

18  goes towards the families of the prisoners.

19  BY MS. MAXMAN:

20     Q.     Where does the PA obtain the funds

21  to make these payments?

22     A.     It's the income that the PA receives

23  from the taxes, from the customs, from the

24  merchants, from the revenues.

25            MS. MAXMAN:   I would like to

Abdel Jabbar Salem
July 27, 2021

1    documents.

2          Q.    And am I correct that these are

3    payment records for prisoners, that this is a

4    -- that this page, and all of the pages are

5    records of payments to prisoners?

6                    MR. BERGER:  Before he

7    answers, I'm going to object to the form of the

8    question, but you may answer.

9                    THE WITNESS:  Yes.  This is

10   allocation payments for this specific prisoner.

11   BY MS. MAXMAN:

12         Q.    And in this case, the specific

13   prisoner is Mohammed Attia Mahmoud Abu Wardeh?

14                   MR. BERGER:  We have an

15   objection to the antecedent translation.  I

16   believe he said to the families of the

17   prisoners.  That is our translation.  Ask the

18   translator if he missed that.

19                   INTERPRETER:  I'm sorry, can

20   you repeat that?

21                   MR. BERGER:  He mentioned,

22   according to our translation, families of

23   prisoners, which you omitted from your

24   translation.  We object to the translation on

25   that basis.

Abdel Jabbar Salem
July 27, 2021

```
 1              INTERPRETER:  Okay.  So it's
 2   the payment for families of the prisoners.
 3   BY MS. MAXMAN:
 4       Q.    And in the case of the page we are
 5   looking at, these would be payments to the
 6   families of Mr. Abu Wardeh?
 7       A.    Yes, correct.
 8              MS. MAXMAN:  Do you have
 9   before you in paper, and, Mr. Berger, I can ask
10   you this, does he have before him in paper all
11   of the Bates numbers I mentioned from JD 250 to
12   JD 534?
13              MR. BERGER:  We have them
14   accessible, yes.
15              MS. MAXMAN:  Okay, great.  I'm
16   going to be asking general questions about the
17   nature of these documents, and so I was just
18   trying to find a -- I was trying to find a page
19   that actually had writing on it rather than
20   just redactions.
21   BY MS. MAXMAN:
22       Q.    Am I correct, Mr. Salem, that these
23   records of payments are kept in the normal
24   course of business by the Palestinian
25   Authority?
```

Abdel Jabbar Salem
July 27, 2021

1      A.      Yes, of course.  It is kept in the

2   Ministry of Finance after making the payment on

3   the monthly basis.

4      Q.      And are they also kept in the normal

5   course of business by the PLO?

6      A.      These documents are prepared for in

7   the prisoners' affairs and it's sent to the

8   Ministry of Finance and kept in the Ministry of

9   Finance stored on a CD.

10     Q.      Is the prisoners' affairs department

11  part of the Palestinian Authority?

12     A.      I think so.

13     Q.      What is the Commission For Prisoners

14  and Ex-Prisoners?

15          MR. BERGER:  Excuse me,

16  counsel.  We understand your question but don't

17  believe the translation was of the question you

18  asked, which is what is the Commission For

19  Prisoners and Ex-Prisoners.

20          MS. MAXMAN:  That is the

21  question I asked.

22          MR. BERGER:  If we want to

23  retranslate the question, what we heard from

24  the translation was the word "payments" was put

25  into the translation.

Abdel Jabbar Salem
July 27, 2021

1           INTERPRETER:  I'm sorry, this
2     is the interpreter.  I didn't say commissions.
3           MR. BERGER:  Right.  I think
4     maybe there is a misunderstanding on the part
5     of the translator whether these are commission
6     payments -- look, we understand what you want
7     to know, counsel.  We're happy to have him
8     answer it.  You want to know what is the entity
9     within the Palestinian government called the
10    Commission of Prisoners and Ex-Prisoners.  I'm
11    happy to have him answer that question.
12           MS. MAXMAN:  Okay.  Just to be
13    clear, I have it as the Commission For
14    Prisoners and Ex-Prisoners, but if it's the
15    Commission of Prisoners and Ex-Prisoners, I
16    would be happy to --
17           MR. BERGER:  I am happy to
18    stand corrected.
19           INTERPRETER:  Sorry, can you
20    repeat the question?
21    BY MS. MAXMAN:
22       Q.   What is the Commission For Prisoners
23    and Ex-Prisoners?
24           INTERPRETER:  This is
25    interpreter.  When you say commission --

Abdel Jabbar Salem
July 27, 2021

1        THE WITNESS:   It is the

2   prisoners' affairs department.

3   BY MS. MAXMAN:

4        Q.    Okay.  So that's the same prisoners'

5   affairs department that's part of the

6   Palestinian Authority that you have been

7   referring to earlier in this deposition?

8        A.    The finance for it is part of the

9   general finance from the Palestinian Authority

10   and does the allocation for the prisoners.

11        Q.    Let me clarify my question.  You

12   have previously been -- strike that.

13   Previously, you mentioned the prisoners'

14   affairs department within the PA.  Is that same

15   thing as the Commission For Prisoners and

16   Ex-Prisoners?

17        A.    Correct.

18        Q.    Thank you.  So going forward, I am

19   going to refer to the Commission For Prisoners

20   and Ex-Prisoners as the prisoners' affairs

21   department.  Can you --

22        A.    It is its name, the name is the

23   Commission For The Prisoners and Ex-Prisoners.

24        Q.    Okay.  But for shorthand, I'm going

25   to call it the prisoners' affairs -- I'm going

Abdel Jabbar Salem
July 27, 2021

1   to call it prisoners' affairs.

2        A.    Okay, prisoners' affairs.

3        Q.    Does prisoners' affairs make

4   payments to certain prisoners and ex-prisoners?

5        A.    Can you repeat the question?  I

6   didn't understand it.

7        Q.    What is -- strike that.

8             Does prisoners' affairs make

9   payments to certain prisoners and ex-prisoners?

10       A.    No.  It's prepared in the prisoners'

11   affairs, and it's distributed through the

12   Ministry of Finance.

13       Q.    Okay.  And that's your department?

14       A.    In the general department that is

15   examined in the IT department, and it's

16   distributed at the end of the month.

17       Q.    And it's distributed at the end of

18   the month by the Ministry of Finance?

19       A.    Yes, correct.

20             MS. MAXMAN:  I'm going to take

21   a five-minute break, just a comfort break, and

22   then we'll go to another topic.

23             MR. BERGER:  Sounds good to

24   us.  Thank you.

25             THE VIDEOGRAPHER:  We are now

Abdel Jabbar Salem
July 27, 2021

1    off the record.  The time is 12:34 UTC time.

2                    (Discussion held off the

3    record.)

4                    THE VIDEOGRAPHER:   We are

5    back on the record.  The time is 12:45 UTC

6    time.

7    BY MS. MAXMAN:

8        Q.    As of April 18, 2020, who was the

9    head of the prisoners' affairs?

10       A.    The PA.

11       Q.    I mean who is the individual who

12   heads --

13       A.    Qadri Abu Bakr.

14       Q.    Does Mr. Bakr have any other titles

15   within the PA?

16       A.    No.  He is the head of the director

17   of the prisoners' affairs.

18       Q.    Does he have any other titles within

19   the PLO?

20       A.    I don't think so.

21       Q.    Who decides the recipients -- strike

22   that.

23             Who decides what prisoners and

24   ex-prisoners are paid?

25                    MR. BERGER:  Objection.

Abdel Jabbar Salem
July 27, 2021

1    Counsel, can we have an agreement that your

2    question is as of and after April 18, 2020?

3                   MS. MAXMAN:  Yes.

4                   THE WITNESS:  It's the

5    prisoners' affairs within the Palestinian law.

6    BY MS. MAXMAN:

7        Q.    Within Palestinian law?

8        A.    The law for the prisoners' affairs

9    and ex-prisoners.

10       Q.    Are you referring --

11                  MS. MAXMAN:  Can we put up Tab

12   24, Elizabeth.

13                  (Deposition Exhibit No. 3 was

14   marked for identification.)

15                  MS. MAXMAN:  I'm going to

16   represent for the record that this is a copy of

17   an English translation of the Prisoners and

18   Ex-Prisoners Law No. 19 of 2004.  I do not have

19   a copy in -- wait.  Maybe I do have a copy in

20   Arabic.

21                  Actually, Elizabeth, if you scroll

22   back to the end of this document, we do have

23   the law in Arabic.  Could you -- I'll tell when

24   you to stop.  Okay, great.  Okay.  That's

25   perfect.

Abdel Jabbar Salem
July 27, 2021

1    affairs, and there is internal monitoring as

2    well.

3          Q.    And when you say "general legal

4    affairs," you mean general legal affairs within

5    the PA?

6          A.    Who would be the prisoners' affairs

7    staff.

8          Q.    The prisoners' affairs lawyers?

9          A.    Yes, and it is an important

10   department within the prisoners' affairs, and

11   they are the decision-making.

12         Q.    To whom does Mr. Qadri Abu Bakr

13   report?

14                THE INTERPRETER:  This is the

15   interpreter, I will repeat the question.

16                THE WITNESS:  I assume -- I

17   assume the Prime Minister because he has the

18   level of a minister.

19   BY MS. MAXMAN:

20         Q.    As of April 18, 2020 through the

21   present time, who or what determines the size

22   of the prisoners' affairs operating budget?

23         A.    The general budget for the PA based

24   on the needs for all the ministries.

25         Q.    Who sets that budget?

Abdel Jabbar Salem
July 27, 2021

1       A.      The Ministry of Finance in

2    collaboration with all the ministries.

3       Q.      As of April 18, 2020 through today,

4    what are the programs that the prisoners'

5    affairs -- that prisoners' affairs administers?

6       A.      What programs are you referring to?

7    I don't know about that.

8       Q.      Any programs administered by the

9    prisoners' affairs office.

10      A.      I don't know.  I don't know about

11   that.  And this is something that the

12   prisoners' affairs knows about.  I don't know

13   about this.

14      Q.      What does the prisoners' affairs

15   office do?

16      A.      It is composed of multiple

17   departments like any ministry or any

18   organization, starts from the minister and the

19   deputy minister, the general affairs, the legal

20   affairs department, which is -- which has a

21   main role, and the financial affairs.  It is

22   multiple levels where it organizes and performs

23   the affairs of this organization.

24      Q.      What purpose does the prisoners'

25   affairs office serve?

Abdel Jabbar Salem
July 27, 2021

```
 1                    MR. BERGER:  Objection.  This
 2       is outside the scope of both your notice and of
 3       jurisdictional discovery, but the witness may
 4       answer to the extent of his knowledge.
 5                    THE WITNESS:  The prisoners'
 6       affairs welcomes the relatives and the families
 7       of the prisoners, collect these documents, and
 8       inspect these documents, and they have branches
 9       in all the cities of the country.  And once
10       they welcome the families, inspect the papers,
11       and make sure they are accurate, they will
12       direct them and send them, organize and send
13       them to the Ministry of Finance.
14       BY MS. MAXMAN:
15           Q.    So the prisoner affairs office
16       determines whether certain prisoners are
17       entitled to monthly salaries?
18                    MR. BERGER:  Object to the
19       form of the question.
20                    We need a translation here.
21       Hang on.
22                    MS. MAXMAN:  Hadeer, are you
23       going to translate?  Hadeer, are you there?  We
24       better go off the record for a moment.
25                    THE VIDEOGRAPHER:   We are now
```

Abdel Jabbar Salem
July 27, 2021

 1    off the record.   The time is 13:08 UTC time.

 2                      (Discussion held off the

 3    record.)

 4                      THE VIDEOGRAPHER:   We are

 5    back on the record.   The time is 13:10 UTC

 6    time.

 7    BY MS. MAXMAN:

 8        Q.    Who determines whether an individual

 9    prisoner is entitled to a monthly salary?

10                      MR. BERGER:   Object to the

11    form of the question.   You may answer.

12                      THE WITNESS:   The legal

13    department, after studying the papers, decides

14    whether the family of this prisoner is eligible

15    for the assistance or not.

16    BY MS. MAXMAN:

17        Q.    And by the legal department, you

18    mean the legal department of prisoners'

19    affairs?

20        A.    Yes, correct.

21        Q.    And when the prisoners' affairs

22    legal department determines that the family or

23    the designee of a prisoner is entitled to

24    payment, they -- what do they do to ensure that

25    payment is made?

Abdel Jabbar Salem
July 27, 2021

1      A.      After approving the payment, and

2   after seeing that it's eligible according to

3   the laws and regulations, they will include

4   this entitlement within the CD for the families

5   of the prisoners.

6      Q.      And then the Ministry of Finance

7   makes the payments?

8      A.      Yes.

9      Q.      Who determines what amount each

10  prisoner or prisoner's family receives?

11     A.      It's according to the scale of

12  salaries within the prisoners' affairs, and

13  what really determines the amount is the

14  duration, the actual duration of the presence

15  of the prisoner in prison.

16     Q.      Who sets the scale?

17     A.      The scale is within the main law of

18  the prisoners' affairs.

19     Q.      Are some prisoners also Palestinian

20  Authority officers in security forces?

21           MR. BERGER:  Object to the

22  form of the question.  It's outside the scope

23  of the 30(b)(6) notice and of the scope of

24  jurisdictional discovery, but the witness may

25  answer to the extent of his personal knowledge.

Abdel Jabbar Salem
July 27, 2021

```
1    exceeds of the notice.  Under Federal Rule of

2    Civil Procedure 30(c)(2), I instruct him not to

3    answer.

4              MS. MAXMAN:  Let's go off the

5    record for a minute.  We may need to call the

6    Judge.

7              MR. BERGER:  Fine.

8              THE VIDEOGRAPHER:   We are now

9    off the record.  The time is 13:25 UTC.

10             (Discussion held off the

11   record.)

12             (Deposition Exhibit No. 4 was

13   marked for identification.)

14             THE VIDEOGRAPHER:   We are

15   back on the record.  The time is 13:29 UTC

16   time.

17             MS. MAXMAN:  I have displayed

18   what is going to be entered into the record as

19   Exhibit 3, are we on, Madam Court Reporter?

20             THE COURT REPORTER:  I believe

21   this will be 4.

22             MS. MAXMAN:  Okay.  Thank you.

23   Which is a series of documents Bates numbered

24   JD 00259 through 266.  And, actually,

25   Elizabeth, I beg your pardon, can you move to
```

Abdel Jabbar Salem
July 27, 2021

1   the very last page of this exhibit, and then

2   enlarge it.

3   BY MS. MAXMAN:

4        Q.    My question to the witness is, do

5   you recognize this document?

6        A.    Let me see.  Yes, I have the

7   document in front of me.  I saw it.

8        Q.    Okay.  What is this document?

9        A.    This is the allocation of -- monthly

10  allocation.

11       Q.    Do you see at the top of the page it

12  says, prisoner salary statement?

13       A.    It is the allocation for the

14  prisoner, because it comes from the IT, and the

15  general department and the finance department.

16  It is not the salary.  It is the allocation for

17  the prisoner's family.

18       Q.    What does that mean?

19       A.    It's a document for the monthly

20  allocation for the prisoner's family by the

21  name of Norah.

22       Q.    You are saying the prisoner's name

23  is Norah?

24       A.    The prisoner is Mohammed Attia

25  Mahmoud Abu Wardeh, but Norah is one of his

Abdel Jabbar Salem
July 27, 2021

1    family members that has authorization to

2    receive the allocation.

3        Q.    And am I correct that this is

4    Prisoner No. 9460?

5        A.    As far as I see, yes, correct.

6        Q.    Is each prisoner assigned a number?

7        A.    I think so.

8        Q.    There is another number at the top

9    of each page, 901065359.  What does that mean?

10       A.    It's the ID number.

11       Q.    For the prisoner?

12       A.    Yes, correct.

13       Q.    Where did this document come from?

14            THE INTERPRETER:  This is the

15    interpreter speaking.  The response to the

16    question is, it's the identification number for

17    each individual.

18            This is the interpreter.  When you

19    said "this document," you mean this document or

20    the identification number for the prisoner,

21    ma'am?

22            MS. MAXMAN:  I mean the entire

23    document.

24            THE WITNESS:  This document in

25    front of us is originated from the IT

Abdel Jabbar Salem
July 27, 2021

1   department, from the Minister of Finance.

2   BY MS. MAXMAN:

3        Q.    And on that -- on Page 266 that we

4   were looking at, does this detail payments made

5   to Abu Wardeh's relative, Norah?

6        A.    Correct.

7        Q.    And the numbers down the right-hand

8   side under where it says salary, what

9   denomination of money is that?

10       A.    It is the monthly allocation for the

11  prisoner's family in Israeli shekel currency.

12       Q.    Are all of these documents kept in

13  Israeli shekels?

14       A.    Correct.  The currency that is used

15  in the salaries and the allocations is the

16  Israeli shekel.

17       Q.    Who is Mohammed Attia Mahmoud Abu

18  Wardeh?

19       A.    He is the prisoner.

20       Q.    Okay.  Now, if you go back -- if we

21  can scroll back, Elizabeth, through earlier

22  pages.

23             And my question is, all of these

24  rows have been redacted or blacked out.  Do you

25  see that?

Abdel Jabbar Salem
July 27, 2021

1      A.      Yes, I see it.

2      Q.      If these rows were not blacked out,

3  what would be there?

4                 MR. BERGER:   Objection.   The

5  witness may answer as to the type of

6  information found under those columns, but not

7  specific information found in those columns.

8                 MS. MAXMAN:   That's my

9  question.

10                 THE WITNESS:   It's the -- the

11  information that was hidden, it's the personal

12  information for the beneficiary, which is a

13  list of the information that was -- that the

14  accounting, the account number for the

15  beneficiary.

16  BY MS. MAXMAN:

17      Q.      That's true for all of these pages?

18      A.      The information which is hidden is

19  in regards to personal information.

20      Q.      Who is Norah Bernan Andin Jabry?

21      A.      Let me go back to see the

22  relationship.   Norah is the wife of the

23  prisoner Mohammed Abu Wardeh.

24      Q.      And the numbers next to her name --

25  90704499, is that her identification time?

Abdel Jabbar Salem
July 27, 2021

1        A.     Yes, this is the ID number for

2    Norah.

3        Q.     Okay.  And then can we scroll back

4    to the last page again, Elizabeth.  Right

5    there.

6               There is a column entitled salary.

7    Do you see that?

8        A.     Yes.

9        Q.     Whose salary is it?  Is it Abu

10   Wardeh's salary?

11       A.     This is the allocation for the

12   family of the prisoner Abu Wardeh.  This is the

13   allocation for his family.

14       Q.     And I think you said it's paid at

15   the end of every month?

16       A.     It's paid with the payment of the

17   salaries and the wages at the end of each

18   month.

19       Q.     And is it paid by wire transfer into

20   Norah's account?

21       A.     Yes.  The names in the CDs, the

22   allocation is wire transferred to the

23   beneficiary families of the prisoners in their

24   bank accounts.

25       Q.     And on the left-hand side -- I'm

Abdel Jabbar Salem
July 27, 2021

1    sorry -- on the far right, there appears to be

2    a month and a year.  Is that the month and the

3    year that each payment was made?

4         A.    Yes, correct.  This is a document

5    with the allocations starting with the month of

6    the year.

7         Q.    So am I understanding correctly that

8    this document shows Ms. Norah's monthly salary

9    as Mr. Abu Wardeh's beneficiary from April 2020

10   through May of 2021?

11        A.    This is correct.

12        Q.    As of today, July of 2021, does

13   Mr. Abu Wardeh continue to receive a salary

14   paid to Ms. Norah?

15        A.    I can see the payment up until May,

16   and I don't have any knowledge after that

17   because I don't have an insight on the salary

18   quarter -- and this is inspected at the end of

19   the month after bringing the documents for the

20   prisoners allocations.

21             MS. MAXMAN:  I'm going take a

22   quick comfort break, or can we take a quick

23   comfort break.  And then, Elizabeth, I'm going

24   to go to Tab 9 next.

25             MR. BERGER:  Five minutes.

Abdel Jabbar Salem
July 27, 2021

1           THE VIDEOGRAPHER:   We are now

2    off the record.   The time is 13:47 UTC time.

3                (Discussion held off the

4    record.)

5                THE VIDEOGRAPHER:   We are

6    back on the record.   The time is 13:58 UTC

7    time.

8                MS. MAXMAN:  Welcome back,

9    everyone.  On the screen we have what I will

10   ask the court reporter to mark as Exhibit 5.

11               (Deposition Exhibit No. 5 was

12   marked for identification.)

13   BY MS. MAXMAN:

14       Q.   For the record, it's Bates No.

15   Shatsky JD 01110 through JD 01142, and it

16   contains both the original which we are looking

17   at and the version that's translated into

18   English, which has the same Bates numbers with

19   a T at the end.

20               My first question to the witness is,

21   do you recognize this document?

22       A.   Yes.  Yes, I have seen this document

23   when I was preparing for the --

24       Q.   Preparing, I couldn't hear you, sir?

25       A.   While I was preparing the documents.

Abdel Jabbar Salem
July 27, 2021

1      Q.     Okay.  What is it?

2      A.     This is the document for the

3  prisoner Mohammed Attia Mahmoud Abu Wardeh that

4  is a person in the objective of the prisoners'

5  affairs.

6      Q.     Does it appear to be the same

7  prisoner that we were talking about with the

8  payment records that is Abu Wardeh?

9      A.     Yes, it's obvious that it's the same

10  prisoner.

11      Q.     Okay.  Let's take a look at this

12  cover sheet.  It says, Ministry of Detainees

13  and Ex-Detainees' Affairs.  Is that prisoners'

14  affairs, is that the same entity we have been

15  talking about?

16      A.     Yes, it's the same name.

17      Q.     And it says, general administration

18  for administrative and financial affairs.

19            Do you see that?

20      A.     That is correct.

21      Q.     Why is that administration listed?

22      A.     This is the added department, which

23  belongs to the Department of administrative and

24  financial that is part of the prisoners'

25  affairs.  This document will be added later on.

Abdel Jabbar Salem
July 27, 2021

1    Q.    Why while it be added to later on?

2    A.    It will be saved and updated and to

3  have a copy and saved in the prisoners'

4  affairs.

5    Q.    But right now it's in administrative

6  and financial affairs?

7    A.    No.  It's still in the prisoners'

8  affairs in a department called the

9  administrative and financial department that is

10  part of the prisoners' affairs.

11    Q.    Okay.  So this is not the financial

12  department where you are employed?

13    A.    No.  This is in the financial

14  affairs, but we don't have it in the financial

15  department.

16    Q.    Just so I'm clear, you work for the

17  finance ministry?

18    A.    Yes -- yes, correct, I work in the

19  finance ministry, and I am responsible or I am

20  the director/manager for the salaries in the

21  Palestinian Authority.

22    Q.    But this document is a document from

23  prisoners' affairs but it's a subdepartment of

24  prisoners -- prisoners' affairs entitled

25  Administrative and Financial Affairs for

Abdel Jabbar Salem
July 27, 2021

1    Prisoners' Affairs?

2         A.    Yes, correct.

3         Q.    What does the No. 3203 mean on this

4    page?

5         A.    I think this number belongs to the

6    prisoners' affairs.  I think it's a number for

7    arrangement of this document when it's added to

8    be easy to find this document.

9              MS. MAXMAN:  Okay.  Now,

10   Elizabeth, can you scroll down to the next

11   page.  And I am going to be addressing my next

12   questions to the next four pages.  So I don't

13   know how we want to handle that.

14             Mr. Berger, do you have a paper copy

15   of this?

16             MR. BERGER:  He has a paper

17   copy of what I believe is the entire prisoner's

18   file that contains the Bates numbers you're

19   talking about, in Arabic, though.

20             MS. MAXMAN:  Okay.  That's

21   fine.  I just want to make sure we're on the

22   same page, as it were.

23   BY MS. MAXMAN:

24        Q.    What are these documents being 111

25   through 1115?

Abdel Jabbar Salem
July 27, 2021

1          A.      This is a document produced by the

2    Red Cross that documents that the prisoner is

3    present and himself and present to dispense the

4    allocations for the family.

5          Q.      So this is a document from the Red

6    Cross proving that the prisoner is in prison?

7          A.      Yes, correct.

8          Q.      Okay.  On these documents it says --

9    do you see where it says ID No. 90106535-9?

10          A.      Yes, correct.

11          Q.      Is that the same number -- well, we

12    have already determined that this is the same

13    person.  Never mind.

14          And this document says that Mr. Abu

15    Wardeh was arrested by the Israeli authorities

16    on February 2002; correct?  I beg your pardon,

17    it's on November 4, 2002.

18          A.      Yes, correct.  It's an Arabic

19    version, and the yellow portion of the document

20    says he was detained on the Day 4, Month 11,

21    2002.  And he is sentenced.

22          Q.      And he is sentenced to a life

23    sentence?

24          A.      Yes, as it's documented in this

25    document.

Abdel Jabbar Salem
July 27, 2021

```
 1        Q.    Does the Palestinian Authority rely
 2   on this document in its decision to make
 3   payments to Mr. Abu Wardeh's designee?
 4        A.    This is decided by the prisoners'
 5   affairs, but it's a legal official document
 6   that is counted upon it.
 7        Q.    Okay.  So prisoners' affairs relies
 8   on it?
 9        A.    I think so.
10        Q.    And on Page 1111, there is a
11   signature and a date; do you see that?  Who
12   signed this?
13             MR. BERGER:  I apologize.
14   There appear to be two sets of handwriting.  Is
15   there one in particular you are directing him
16   to?
17             MS. MAXMAN:  I'm looking at
18   the one that is dated 10/14.
19             THE WITNESS:  This is an
20   internal affairs that belongs to the prisoners'
21   affairs that I don't know about, but I think
22   it's one of the attorneys.
23   BY MS. MAXMAN:
24        Q.    Why would an attorney or an employee
25   of the prisoners' affairs be reviewing this
```

Abdel Jabbar Salem
July 27, 2021

1   speaking about that, was established before the

2   PA establishment.

3   BY MS. MAXMAN:

4        Q.    And so that is why it used to be

5   under the PLO; correct?

6        A.    I think so.

7        Q.    When was it moved from the PLO to

8   the Ministry of Finance of the PA?

9                  MR. BERGER:  Objection go

10  ahead.

11                 (The question was translated.)

12                 MR. BERGER:  Hold on.

13  Objection, it's outside the scope of this

14  designation.  You will have two days on the

15  martyrs at the end of the week, but the witness

16  may answer to the extent of his personal

17  knowledge.

18                 THE WITNESS:  I don't have --

19  I don't have any knowledge about that.

20  BY MS. MAXMAN:

21       Q.    Why is this particular prisoner, Abu

22  Wardeh, eligible for payments?

23       A.    This is decided or determined by the

24  prisoners' affairs based on the rules and

25  regulations and the laws that is used to

Abdel Jabbar Salem
July 27, 2021

1   determine eligibility.  But I think that he is

2   eligible for the allocation based on that he is

3   still in prison, and it's decided by the

4   prisoners' affairs.

5        Q.    Just looking forward on 113 -- 1113

6   and 1114 and 1115, it appears that all three of

7   those also have certified updates.  Are those

8   the updates that are necessary on a periodic

9   basis to continue to get payments?

10       A.    I think so.  And this is one of the

11  requirements for the prisoners and

12  ex-prisoners' affairs to be updated and to be

13  used for continuous allocation payments.

14       Q.    I will turn your attention to Bates

15  No. 1117.  And in the middle of the page, it

16  appears to say that the authorized beneficiary

17  is Norah, his wife; am I correct?

18       A.    Yes.  Document 1117 shows that the

19  beneficiary to receive the allocation is Norah

20  Ibrahim Ben-Cam Abu Wardeh, and the

21  relationship is the wife.

22       Q.    And that is the same Norah that we

23  saw on the payment records is receiving the

24  payments; correct?

25       A.    Yes, correct.

Abdel Jabbar Salem
July 27, 2021

1   1118?

2        A.    This is determined by the regulation

3   that is used by the Detainees and Freed

4   Affairs.

5        Q.    Do you know why Abu Wardeh was

6   imprisoned?

7        A.    According to the document that I

8   have, there is nothing to indicate the reason.

9        Q.    Is it possible -- well, you

10  testified that this document, 1120 through

11  1136, is kept as part of the file so that the

12  attorneys at prisoners' affairs could inspect

13  the document to decide whether the detainee is

14  eligible or ineligible; correct?

15       A.    According to my knowledge, these

16  documents are inspected by the general

17  administration of the legal department to

18  determine whether, according to the

19  regulations, the benefits or the allocations

20  applies or doesn't apply.

21       Q.    I'm going to represent to you that

22  this document, 1120 through 1137, is, as you

23  said, an indictment of Abu Wardeh for the

24  offense of intentional causation of death of,

25  among other things, in February of 2002, it

Abdel Jabbar Salem
July 27, 2021

1          MR. BERGER:  Security.

2          THE WITNESS:  Security and

3    they --

4          THE COURT REPORTER:  I'm

5    sorry, I did not hear the word, or safety and

6    what?

7          THE WITNESS:  Political or

8    security, and the prisoners' affairs and freed

9    is the ones who make the decision and mainly

10   the general benefit of the legal department who

11   makes this determination and decision.

12         MR. BERGER:  We also think the

13   translation is criteria, not regulations.

14   BY MS. MAXMAN:

15      Q.    So it's your testimony, Mr. Salem,

16   that the attorneys at the prisoners' affairs

17   department are the individuals who are

18   knowledgeable about how and why a determination

19   is made that Abu Wardeh's beneficiary is

20   eligible for payment; am I understanding you

21   correctly?

22      A.    Within the laws and the criteria

23   that are used to determine in the prisoners'

24   affairs.

25      Q.    So you did not talk to anybody from

Abdel Jabbar Salem
July 27, 2021

1    prisoners' affairs about what the laws and

2    criteria were in preparing for your deposition

3    as a corporate designee on behalf of the PLO

4    and the PA in this matter?

5         A.    No, I spoke with the attorneys.

6         Q.    Did you ask them what the criteria

7    were under the laws for becoming eligible for

8    payment?

9         A.    Yes, I did.

10        Q.    What did they tell you?

11        A.    That the prisoner has to be detained

12   under either political or security, of course.

13        Q.    That the prisoner has to be detained

14   because of political or security reasons?

15        A.    Only on security and political basis

16   the allocations will be disbursed to his family

17   as long as he is still in prison.

18        Q.    So are you saying that if Mr. Abu

19   Wardeh was imprisoned for shoplifting, he would

20   not be eligible for a payment?

21        A.    According to my knowledge and

22   according to the criteria that is used, he is

23   not eligible for allocations if it was

24   shoplifting.

25        Q.    What types of crimes would be

Abdel Jabbar Salem
July 27, 2021

1   question, and I ask that this question has

2   either a yes or no answer.  Can you --

3          Are any payments to Mr. Abu Wardeh

4   being made because he committed an act of

5   terrorism?  That's a yes or no question.

6       A.    No.

7       Q.    Is he in prison for having committed

8   an act of terrorism?

9       A.    No.

10      Q.    What act is he in prison for?

11          MR. BERGER:  Objection, asked

12   and answered.  You can answer.

13          THE WITNESS:  He -- I'm sorry,

14   just to clarify -- he entered prison either

15   because of a security or a political act.

16   BY MS. MAXMAN:

17      Q.    But not an act of terrorism?

18      A.    Of course not.

19      Q.    Were any of the payments in any of

20   the documents that you have turned over to us

21   to any of the prisoners or their designee made

22   because the person on whose payment is made --

23   on behalf of -- the person whose payments are

24   being made was imprisoned for committing an act

25   of terrorism?

Abdel Jabbar Salem
July 27, 2021

1    A.    No.

2    Q.    Okay.  How do you know?

3    A.    Because the act of terror is from

4    the Israeli point of view.  For us, we don't

5    consider it, acknowledge it.  It's either a

6    political or a security act.

7    Q.    Mr. Salem, you're willing to

8    characterize Mr. Abu Wardeh's acts as political

9    or security acts; correct?

10   A.    It is characterized by the legal

11   department and the prisoners' affairs.

12   Q.    So but you're saying that the legal

13   department and prisoners' affairs are unwilling

14   to characterize these acts as terrorism?

15   A.    We are -- we all don't characterize

16   the act as an act of terror.  It is categorized

17   according to the Israeli side and point of

18   view.

19   Q.    So if you are willing to

20   characterize it as one thing and unwilling to

21   characterize it as an act of terrorism, you

22   must know what it is; correct?

23              MR. BERGER:  Objection,

24   argumentative.

25              THE WITNESS:  The act of the

Abdel Jabbar Salem
July 27, 2021

1    family is either political or security, and for

2    that reason, it is eligible to dispense the

3    allocations for the family.

4    BY MS. MAXMAN:

5        Q.    What is the act?

6        A.    He had an act, I don't have the full

7    details of the act, but according to the

8    Israeli indictment, he had an act either

9    security or political.  For that reason, it was

10   eligible by the prisoners' affairs to be

11   eligible for dispensing the allocation.

12       Q.    So you would agree that the payments

13   were made to him by reason of his imprisonment

14   for the acts described in the indictment?

15       A.    I don't agree.  I don't agree.  He

16   was entitled to the allocation because he was

17   in prison and not because of the rest of the

18   indictments.

19       Q.    But if he were in prison for

20   shoplifting, you told me he would not be

21   eligible?

22       A.    Definitely no.

23       Q.    Why not?

24       A.    Because the criteria or the

25   standards say it has either to be on a security

Abdel Jabbar Salem
July 27, 2021

1     or a political.

2                      MS. MAXMAN:  All right.  Let's

3     go off the record.

4                      THE VIDEOGRAPHER:   We are off

5     the record.  The time is 15:46 UTC time.

6                      (Discussion held off the

7     record.)

8                      THE VIDEOGRAPHER:   We are

9     back on the record.  The time is 15:48 UTC

10    time.

11                     MS. MAXMAN:  Mr. Berger?

12                     MR. BERGER:  Yes.  On behalf

13    of Defendants, we designate this transcript as

14    confidential under Paragraph 6 of the

15    Protective Order in this case.

16                     MS. MAXMAN:  Do you have

17    anything further to add?

18                     MR. BERGER:  I have nothing

19    further.

20                     MS. MAXMAN:  Nor do I.

21                     THE VIDEOGRAPHER:   We are off

22    the record at 15:48 UTC time.  This concludes

23    today's deposition.  Thank you, everyone, and

24    take care.

25                     (Discussion held off the

Abdel Jabbar Salem
July 27, 2021

1   COMMONWEALTH OF PENNSYLVANIA          )
                                          ) SS
2   COUNTY OF ALLEGHENY                   )

3                   CERTIFICATE

4        I, Karen A. Nickel, a notary public in and
    for the Commonwealth of Pennsylvania, do hereby
5   certify that the witness, ABDEL JABBAR SALEM,
    was by me first duly sworn to testify the
6   truth, the whole truth, and nothing but the
    truth; that the foregoing deposition was taken
7   at the time and place stated herein; and that
    the said deposition was recorded
8   stenographically by me and then reduced to
    typewriting under my direction, and constitutes
9   a true record of the testimony given by said
    witness.
10
         I further certify that I am not a
11  relative, employee or attorney of any of the
    parties, or a relative or employee of either
12  counsel, and that I am in no way interested
    directly or indirectly in this action.
13
         IN WITNESS WHEREOF, I have hereunto set my
14  hand and affixed my seal of office this 29th
    day of July 2021.
15

16  _____

17              Karen A. Nickel, Notary Public
                Registered Professional Reporter
18              Certified Realtime Reporter

19

20

21

22

23

24

25

Abdel Jabbar Salem Volume II
July 28, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
SHABTAI SCOTT SHATSKY, individually and as
personal representative of the Estate of
Keren Shatsky, J. ANNE SHATSKY, individually
and as personal representative of the Estate
of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ,
YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN,
MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY,
GINNETTE LANDO THALER, individually and as
personal representative of the Estate of
Rachel Thaler, LEOR THALER, ZVI THALER,
ISAAC THALER, HILLEL TRATTNER, RONIT
TRATTNER, ARON S. TRATTNER, SHELLEY
TRATTNER, EFRAT TRATTNER, HADASSA DINER,
YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN,
ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN, and BELLA FRIEDMAN,

                    Plaintiffs,

          -against-

THE PALESTINIAN LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a
"The Palestinian Interim Self-Government
Authority" and/or "The Palestinian National
Authority"),

                    Defendants.
--------------------------------------------X
Case No. 18-Civ. 12355

               ** CONFIDENTIAL **

     CONTINUED REMOTE VIDEOTAPED DEPOSITION OF

              ABDEL JABBAR SALEM

            Wednesday, July 28, 2021


Reported by JEFFREY BENZ, CRR, RMR

JOB NO. 366126

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1
 2
 3
 4
 5                             July 28, 2021
 6                             11:36 UTC
 7
 8
 9        Videotaped Deposition of ABDEL JABBAR SALEM,
10   taken remotely, before Jeffrey Benz, a Certified
11   Realtime Reporter, Registered Merit Reporter and
12   Notary Public of the State of New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1
 2       A P P E A R A N C E S:
 3
 4          COHEN & GRESSER, LLP
 5          Attorneys for Plaintiffs
 6               2001 Pennsylvania Avenue, NW, Suite 300
 7               Washington, D.C.  20006
 8          BY:  MELISSA MAXMAN, ESQ.
                  mmaxman@cohengresser.com
 9
                  STEPHEN M. SINAIKO, ESQ.
10                ssinaiko@cohengresser.com
11                ESZTER VINCZE, ESQ.
                  evincze@cohengresser.com
12
                  RONALD F. WICK, ESQ. (admitted pro hac vice)
13                rwick@cohengresser.com
14
            SQUIRE PATTON BOGGS
15
            Attorneys for Defendants
16
                 2550 M Street NW
17
                 Washington, D.C.  20037
18
            BY:  MITCHELL R. BERGER, ESQ.
19                mitchell.berger@squirepb.com
20                JOSEPH ALONZO, ESQ.
                  joseph.alonzo@squirepb.com
21
                  GASSAN BALOUL, ESQ.
22                gassan.baloul@squirepb.com
23                SAFWAN AL-AMIN, ESQ.
                  safwan.al-amin@squirepb.com
24
25
```

Abdel Jabbar Salem Volume II
July 28, 2021

1

2    A P P E A R A N C E S: (Ctd.)

3

4    ALSO PRESENT:

5         ELIZABETH V. BEZVERKHA, Cohen & Gresser

6         HADOOR AL AMIRI, Arabic Interpreter

7         COREY WAINAINA, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1
 2                        INDEX
 3    ABDEL JABBAR SALEM
 4       Examination by:                    Page
 5          MS. MAXMAN                        138
 6
 7                      EXHIBITS
 8    Number              Description       Page
 9    Exhibit 6    Prisoner salary statement,   147
                   beginning with Bates
10                 number JD 292-T
11    Exhibit 7    Prisoner File for Hussam     147
                   Abdul-Kader Ahmad Halabi,
12                 Bates-numbered JD 1190-T
                   to 1214-T
13
14    Exhibit 8    Prisoner salary statement    159
                   for Mohammed Abdel-Basset
15                 Awda Haroub, Bates Number
                   363 through 364
16    Exhibit 9    File for Mohammed            159
                   Abdel-Basset Awda Haroub,
17                 Bates Number JD 1348
                   through 1367
18
19    Exhibit 10   Bates Numbers 524 through    171
                   525, allocation statements
20                 and the prison records for
                   Yahia Muhamad Naif
21                 Abdullah Hajj Hamad
22    Exhibit 11   Bates Numbers 1782 through   171
                   1804, Bates Numbers 524
23                 through 525, allocation
                   statements and the prison
24                 records for Yahia Muhamad
                   Naif Abdullah Hajj Hamad
25
```

Abdel Jabbar Salem Volume II
July 28, 2021

1

2      Number                    Description              Page

3

       Exhibit 12    Bates Numbers 533 to 534,    176
4                    prisoner file for Alaa
                     Raed Saleh Zughayer
5

       Exhibit 13    Bates Numbers 1857 through   177
6                    1886, Prisoner File for
                     Alaa Raed Saleh Zughayer
7

       Exhibit 14    Bates Numbers 1880 to        177
8                    1886, Prisoner File for
                     Alaa Raed Saleh Zughayer
9

10     PREVIOUSLY MARKED:

11     Number                    Description              Page

12     Exhibit 3     Palestinian Law              185

13     Exhibit 4     Salary Statement for Abu     138
                     Warda
14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem Volume II
July 28, 2021

Salem - Confidential

1
2    of indictment regarding Prisoner Mohammed Abu
3    Warda.  And on that basis, it is taken in
4    consideration for the allocation.  And it's on a
5    political -- his crime is a political or
6    security background.  Giving a notice that they
7    don't keep a copy.
8         Q.   Is it your understanding, on behalf of
9    the Palestinian Authority, that Mr. Abu Warda is
10   in prison for the crimes described in the
11   indictment?
12        A.   Yes, correct, according to the list of
13   indictment from the Israeli military code.
14        Q.   And Mr. Abu Warda's beneficiary
15   receives an allocation because of his
16   imprisonment for crimes; is that correct?
17        A.   Because of the presence in prison and
18   the accusations that were accused from the
19   Israeli court.
20        Q.   That's the reason he is -- his family
21   is receiving the allocation?
22        A.   And, of course, because of the need of
23   the family, allocation -- of course, because of
24   the need of the family, the allocation are
25   dispensed because the family needs it and

Abdel Jabbar Salem Volume II
July 28, 2021

Salem - Confidential

1
2       paper set of the first Bates range you gave
3       him.  We're trying to get the second Bates
4       range you gave him.  1190?
5               MS. MAXMAN:  1190 to 1214.
6               MR. BERGER:  I believe he now has
7       that.
8               MS. MAXMAN:  Okay.  Thank you.
9       Q.   I'll direct your attention to, first,
10  292293.
11              Am I correct that this is the
12  allocation payment for Hussam Abdul-Kader Ahmad
13  Halabi?
14      A.   Yes, correct, according to the
15  attached documents.
16      Q.   Okay.  Now, turning your attention to
17  Bates number in Tab -- oh, I'm sorry.
18              MS. MAXMAN:  Mr. Court Reporter, I
19      would like to mark Tab 12 as Exhibit 6.
20      Sorry.  It's housekeeping.  And Tab 13 as
21      Exhibit 7.  I apologize.
22              (Prisoner salary statement, beginning
23      with Bates number JD 292-T, was marked
24      Salem Exhibit 6 for identification, as of
25      this date.)

Abdel Jabbar Salem Volume II
July 28, 2021

Salem - Confidential

1

2          (Prisoner File for Hussam Abdul-Kader

3      Ahmad Halabi, Bates-numbered JD 1190-T to

4      1214-T, was marked Salem Exhibit 7 for

5      identification, as of this date.)

6      Q.   So turning to Exhibit 7, I would

7  direct your attention to Bates number JD 1191.

8      A.   Yes, ma'am.  Yes.

9      Q.   And am I correct that Mr. Halabi

10  received a life sentence?

11     A.   Correct, according to the document.

12  Correct.

13     Q.   Have you seen this document before,

14  sir?

15     A.   Yes.  I saw all the documents.

16     Q.   And am I correct that this is the

17  prisoner file for Mr. Halabi?

18     A.   Yes, correct.

19     Q.   Now I would like to turn your

20  attention to Bates number JD 1201.

21     A.   Yes.

22     Q.   As I read this statement, it appears

23  that Mr. Halabi is single, correct?

24     A.   Yes, correct.

25     Q.   And the beneficiary of his allocation

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2     is the prisoner himself, correct?

3          A.   Yes, correct.

4          Q.   So am I correct that this allocation

5     to Mr. Halabi is not made for the benefit of

6     family outside prison that needs money to live

7     comfortably?

8          A.   No.  No.

9          Q.   Why not?

10         A.   No, because there is some prisoners

11    who has elderly parents who cannot go to the

12    bank to withdraw the money, and they give

13    authorization to withdraw the money and to use

14    it to live.  So there are certain prisoners who

15    have -- his parents are elderly or he has

16    brothers or sisters who he's...

17         Q.   But they're not indicated on the

18    statement.

19              THE INTERPRETER:  I'm sorry, ma'am.

20    Can you repeat that.

21         Q.   But they're not indicated on the

22    statement, correct?

23         A.   Yes, correct.  Because there are

24    certain times where their beneficiaries make

25    authorization to the prisoner himself, to the

Abdel Jabbar Salem Volume II
July 28, 2021

Salem - Confidential

1

2    attorneys, or the money got transferred directly

3    to the account, and it's not necessary for the

4    names to be present in the documents.  And,

5    these allocations, goes to the beneficiaries.

6    And the names are not stored in the prisoner's

7    alliance.

8              We have a -- (inaudible).

9              Never mind.  Withdrawn.

10             MS. MAXMAN:  Mr. Berger, I can't hear

11      you.

12             MR. BERGER:  I said we had a question

13        about the translation, but it's been sorted

14        out.  Thank you.

15        Q.    Turning to Bates numbers -- turning to

16    Bates numbers 1205 through 1214.

17             Am I correct, you're looking at those

18    pages that are in Hebrew, correct?

19        A.    These pages or documents are in Hebrew

20    language.

21        Q.    And, therefore, am I correct to assume

22    that you cannot read them?

23        A.    Yes.  Correct.  I cannot read it.  I'm

24    only looking at the page number, 1205, 1206,

25    1207.

Abdel Jabbar Salem Volume II
July 28, 2021

1              Salem - Confidential

2        Q.   How do you -- how do you know his

3   parents are alive?

4        A.   This definitely -- this will be making

5   sure of by the Prisoners Alliance.  And other

6   than that, the money would not have been

7   transferred to the account.

8             This is what the Prisoners Alliance

9   assured me.

10        Q.   When you say "Prisoners Alliance," do

11   you mean Prisoners Affairs?

12             THE INTERPRETER:  Sorry.  Prisoners

13        Affairs.

14        Q.   Is it your testimony that Prisoners

15   Affairs would not continue to pay the salary if

16   he did not have a family to support?

17        A.   Yes, definitely, and this is what they

18   assured me with.

19        Q.   So Mr. Halabi is receiving his salary

20   because he is imprisoned by the Israeli

21   government.  Correct?

22        A.   He was in prison, and he was working

23   as an employee.  And he was imprisoned because

24   of the Israel government.

25        Q.   And the reason that he is in prison is