

كشف راتب أسير

رقم الأسير   9450
اسم الأسير   محمد عطية محمود البورداة

رقم الوثيقة   901065359

| اشهر | القرية | اسم المستفيد | رقم البطاقة | البنك | الفرع | ركم الحساب | أرات |
|------|--------|--------------|-------------|-------|-------|-------------|------|

Redacted                    Redacted

CONFIDENTIAL

Shatsky-JD00262



كشف راتب أسير

رقم الأسير 9430 ............
اسم الأسير محمد حمزة محمد ابو ورده ............ رقم البطاقة 901065359 ............

| الشهر | السنة | اسم المستند | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted                     Redacted

CONFIDENTIAL



كشف راتب أمير

| رقم الأسير | 9460 |
| اسم الأسير | محمد صلاح محمود ابوررد: |

رقم الرتبة 901065359

Redacted        Redacted

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 9460 |
| اسم الأسير | محمد عدلية محمود ابوزردة |

رقم الوثيقة 901065358

Redacted

Redacted

CONFIDENTIAL

كشف راتب أسير

رقم الأسير: 9460
اسم الأسير: محمد عمارة محمود ابوورده

رقم الوظيفة: 901065359

| أجرة | رقم الحساب | البريد | الحالة | رقم البيانات | اسم المستفيد | السنة | التقدير |
|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | | | Redacted | | |
| 7,132.50 | | | | Redacted | نورا برهان الدين جعبري | 2020 | ٤ |
| 7,132.50 | | | | Redacted 4499 | نورا ابوكمال الدين جعبري | 2020 | ٥ |
| 7,632.50 | | | | Redacted 4499 | أمين عرفان شاكر حمدان | 2020 | ٦ |
| 7,132.60 | Redacted | | | 4499 | أنور اعرفة الدين جعبري | 2020 | ٧ |
| 7,132.50 | | | | Redacted 4499 | نورا برهان الدين جعبري | 2020 | ٨ |
| 7,132.50 | | | | Redacted 4499 | نورا برهان الدين جعبري | 2020 | ٩ |
| 7,132.50 | | | | Redacted 4499 | انور برهان الدين جعبري | 2020 | ١٠ |
| 7,552.50 | | | | Redacted 4499 | نور عرفان الدين جعبري | 2020 | ١١ |
| 7,132.50 | | | | Redacted 4499 | نورا برهان الدين جعبري | 2020 | ١٢ |
| 7,132.50 | | | | Redacted 4499 | انور برهان الدين جعبري | 2021 | ١ |
| 7,132.50 | | | | Redacted 4499 | نورا برهان الدين جعبري | 2021 | ٢ |
| 7,118.54 | | | | Redacted 4499 | انور برهان الدين جعبري | 2021 | ٣ |
| 7,085.65 | | | | Redacted 4499 | نورا برهان الدين جعبري | 2021 | ٥ |

٨ من ٨ اسنة

CONFIDENTIAL

Shatsky-JD00266

# Exhibit 145

CONFIDENTIAL                                    SHATSKY-JD01190-T

[Palestinian Authority emblem]

State of Palestine

Ministry of Detainees and Ex-Detainees Affairs

General Administration for Administrative and Financial Affairs

Archive Department

| 7881 | Hussam Abdul-Kader Ahmad Halabi |
|------|--------------------------------|

Important note: The file contains two files of two separate prisoners.

Kindly pay attention to this to avoid confusing the two.

CONFIDENTIAL                                    SHATSKY-JD01190-T

7/28/21
j b
**Salem 7**

CONFIDENTIAL                                          SHATSKY- JD01191-T



[English:] **TO WHOM IT MAY CONCERN**

No. 42862

*Completed 10 years and is still in prison.*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

*After follow-up with brother Abdallah, [illegible] increase the allowance [illegible]*

Mr/Mrs. HOSSAM ABDELQADER AHMAD HALABI

From: SALFIT    ID No. <sup>Redacted</sup>923-9

Was arrested by the Israeli Authorities on Day: 26 Month: 11 Year: 2002

He/She is to date: Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period: LIFE SENTENCE

He/She was released on Day: XXXXX Month: XXXXX    Year: XXX

(Tick the box and underline the correct designation)                7881



[Arabic:] TO WHOM IT MAY CONCERN    50625

*1-17 [Illegible – probably signature]*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr/Mrs. HOSSAM ABDELQADER AHMAD HALABI

From: SALFIT    ID No. <sup>Redacted</sup>923-9

Was arrest3ed by the Israeli Authorities on Day: 26 Month: 11 Year: 2002

He/She is to date: Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period: LIFE SENTENCE

He/She was released on Day: XXXXX Month: XXXXX    Year: XXX

(Tick the box and underline the correct designation)

Date: [Illegible]

| CERTIFIED UPDATE |
| 12.21.2017 |
| International Committee of the Red Cross |

Place: SALFIT

[Stamp of the Red Cross]

CONFIDENTIAL   [Cut off: ICRC Delegate]      NATAL+[illegible]   SHATSKY- JD01191-T

CONFIDENTIAL

SHATSKY-JD0193-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |
|---|---|---|

---

## Service Request: Coverage of Tuition Fees for Studies During Arrest    7881

**1. Basic Information:**

| Service request no. (generated randomly by the system) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Form no. | | | | 6 | 6 | 0 | 5 | 9 | 7 |
| Prisoner ID no. | Redacted | | | | | 9 | 6 | 3 | 9 |

| Full name | First Name<br>Hussam | Father's Name<br>Abdul-Kader | Grandfather's Name<br>Ahmed | Family Name<br>Halabi |
|---|---|---|---|---|
| Service request Date | 3.23.2011 | | Administration: | Salfit |

**2. Education Check/Checks Information:**

| Serial | Check no. | Check value | Payment date | Prison / Detention Center | Notes |
|---|---|---|---|---|---|
| 1. | | Redacted | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| Total sum covered: | | | | | |

| Service requestor's notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Service requestor's signature: | |

**3. Attached Documents: Check (V) alongside attached documents (confirmation and approval of the Administration's head)**

| ☒ | Beneficiary's copy of ID according to official authority | ☒ | Original/approved Red Cross certificate |
|---|---|---|---|
| ☒ | Paid and signed original check slip *3 copies* | ☒ | Copy of bank account card – Shekel |
| ☐ | [cut off] | ☐ | |

[Round stamp in Arabic:]

The Palestinian National Authority

Ministry of Detainees and Ex-detainees

Salfit Administration

CONFIDENTIAL

SHATSKY-JD0193-T

CONFIDENTIAL                                                    SHATSKY-JD0194-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**4. For Official Use:**

| Advisor/Employee's Name: | Faida A-Shami | | |
|---|---|---|---|
| Advisor/Employee's Notes: | Three checks are attached. Please do what is necessary. | | |
| Date: | 3.23.2011 | Signature: | Faida |
| Administration Head's Name: | Ismat Abu Saleh[*] | | |
| Administration Head's Notes: | | | |
| Date: | 3.23.2011 | Stamps and Signature: | [Round stamp in Arabic:] The Palestinian National Authority Ministry of Detainees and Ex-detainees Salfit Administration |

**5. Confirmation and Approval:**

| 1. Confirmation by Prisoners' Affairs | ☐ I approve the confirmation of the Service Request for Coverage of Tuition Fees for Studies During Arrest (per regulations and laws) | |
|---|---|---|
| Name of authorized employee: | | |
| Date: | Stamp and signature: | |
| | ☐ I do not approve the confirmation of the request | |
| Reasons and causes: | | |
| 2. Confirmation by Legal Affairs: | ☐ I approve the confirmation of the Service Request for Coverage of Tuition Fees for Studies During Arrest (per regulations and laws) | |
| Name of authorized employee: | | |
| Date: | Date: | |
| | ☐ I do not approve the confirmation of the request | |
| Reasons and causes: | | |

2

CONFIDENTIAL                                                    SHATSKY-JD0194-T

CONFIDENTIAL                                                    SHATSKY-JD01196-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

## Service Request: Coverage of Tuition Fees for Studies During Arrest    7881

**1. Basic Information:**

| Service request no. (generated randomly by the system) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form no. | Redacted | | | 6 | 6 | 0 | 5 | 9 | 7 |
| Prisoner ID no. | | | | | | 9 | 6 | 3 | 9 |

| Full name | First Name | Father's Name | Grandfather's Name | Family Name |
|---|---|---|---|---|
| | Hussam | Abdul-Kader | Ahmed | Halabi |
| Service request Date | 7.25.2010 | | Administration: | Salfit |

**2. Education Check/Checks Information:**

| Serial | Check no. | Check value | Payment date | Prison / Detention Center | Notes |
|---|---|---|---|---|---|
| 1. | | Redacted | | | ----------------- |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| Total sum covered: | | | | | |

| Service requestor's notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Service requestor's signature: | [handwritten signature] |

**3. Attached Documents: Check (V) alongside attached documents (confirmation and approval of the Administration's head)**

| | | | |
|---|---|---|---|
| ☒ | Beneficiary's copy of ID according to official authority *exists* | ☒ | Original/approved Red Cross certificate *exists* |
| ☒ | Paid and signed original check slip *exists* | ☒ | Copy of bank account card – Shekel *exists* |
| ☐ | Other (specify) | ☐ | |

[Round stamp in Arabic:]

The Palestinian National Authority

Ministry of Detainees and Ex-detainees

Salfit Administration

CONFIDENTIAL                                                    SHATSKY-JD01196-T

CONFIDENTIAL

SHATSKY-JD01197-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**4. For Official Use:**

| Advisor/Employee's Name: | Faida A-Shami | | |
|---|---|---|---|
| Advisor/Employee's Notes: | Please pay the sum in accordance with the ministry's regulations. | | |
| Date: | 7.25.2010 | Signature: | [Handwritten signature] |
| Administration Head's Name: | Ismat Abu Saleh[*] | | |
| Administration Head's Notes: | Agreed | | |
| Date: | 7.25.2010 | Stamps and Signature: | |

[Round stamp in Arabic:]
The Palestinian National Authority
Ministry of Detainees and Ex-detainees
Salfit Administration

**5. Confirmation and Approval:**

| 1. Confirmation by Prisoners' Affairs | ☐ I approve the confirmation of the Service Request for Coverage of Tuition Fees for Studies During Arrest (per regulations and laws) | |
|---|---|---|
| Name of authorized employee: | | |
| Date: | Stamp and signature: | |
| | ☐ I do not approve the confirmation of the request | |
| Reasons and causes: | | |
| 2. Confirmation by Legal Affairs: | ☐ I approve the confirmation of the Service Request for Coverage of Tuition Fees for Studies During Arrest (per regulations and laws) | |
| Name of authorized employee: | | |
| Date: | Date: | |
| | ☐ I do not approve the confirmation of the request | |
| Reasons and causes: | | |

2

CONFIDENTIAL

SHATSKY-JD01197-T

CONFIDENTIAL    Missing court ruling, it can't be obtained.    7881    300149 √    SHATSKY-JD01200-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

OK

## Main Prisoner Form

| Form no.: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.10.2011 | | | | Ministry's administration/branch: | | Salfit | | |

### 1. Basic information concerning the prisoner:

| ID no. (9 digits) | Salfit | | | | | 9 | 2 | 3 | 9 |
|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | Grandfather's name | Family name |
|---|---|---|---|---|
| | Hussam | Abdul-Kader | Ahmad | Halabi |

| Mother's name: | [word erased] Khadija | | Gender: | ☑ Male    ☐ Female |
|---|---|---|---|---|
| DoB: | Salfit .1978 | | Place of birth: | Syria |

| Education: | ☐ Illiterate | ☐ Elementary | ☑ High school | ☐ Diploma | ☐ University | ☐ Higher education |
|---|---|---|---|---|---|---|

| Profession prior to arrest: | Military clerk – Presidential Guard | Organization: | Fatah |
|---|---|---|---|
| Arrest date: | 11.26.2002 | Place of arrest: | In the middle of the city |

| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |
|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| Permanent residence: | Governorate: | Salfit | Residential complex: | ██████ |
|---|---|---|---|---|

| Notes: | |
|---|---|

### 2. Information concerning previous arrests: __None__ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL    SHATSKY-JD01200-T

CONFIDENTIAL

SHATSKY-JD01201-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |

## 3. Social Status Information:

| Marital Status: | ☑ Single | | ☐ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | | |
| Spouse's ID No. | | | | | | Marriage Contract Date | | |
| Spouse Name | | | | | | Number of Children: | | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | Single | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

## 4. Information of Authorized Representative (Beneficiary):

| Beneficiary's ID: | The prisoner himself | | | |
|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | The prisoner himself | | Relationship: | |
| Date of Authorization if Available: | | Authorization's Period of Validity: | | |
| Bank: | Redacted | Bank Branch: | | Redacted |
| Account No.: | | Redacted | | |
| Landline Phone No.: | | Cell Phone No.: | | |
| Permanent Beneficiary's Address: | Governorate: | Salfit | Residential complex: | |
| Notes: | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | Ghassan Abdul-Kader Ahmad Al-Halabi |

2

CONFIDENTIAL

SHATSKY-JD01201-T

CONFIDENTIAL

SHATSKY-JD01202-T

**5. For Official Use:**

| Advisor/Employee's Name: | |
|---|---|
| Advisor/Employee's Notes: | |
| Date: | Signature: |
| Administration Head's Name: | Ismat Abu Saleh |
| Administration Head's Notes: | |

| Date: | 3.10.2010 | Stamps and Signature: | [stamp][handwritten signature] |
|---|---|---|---|

**Attached Documents: Check (V) alongside attached documents (confirmation and approval of the Administration's head)**

| | | | | |
|---|---|---|---|---|
| ☑ | Prisoner/Ex-prisoner's copy of ID | ☑ | Beneficiary's copy of ID | |
| ☑ | ICRC certificates | ☑ | Indictment | |
| ☐ | Verdict decision (if available) N/A | ☑ | Copy of bank account card | |
| ☐ | Copy of authorized marriage certificate | ☐ | Copies of children's birth certificates | Single |
| ☐ | Addendum of additional wife/wives | ☐ | Other (specify) | |

[Handwritten signature and round stamp: P.A. /Ministry of Detainees & Ex-detainees / Salfit Administration

**6. Confirmation and Approval:**

| 1. Confirmation by Prisoners' Affairs | ☐ I approve the confirmation of the Prisoner Form (per regulations and laws) | |
|---|---|---|
| Name of authorized employee: | | |
| Date: | Stamp and signature: | |
| | ☐ I do not approve the confirmation of the Prisoner Form | |
| Reasons and causes: | | |

| 2. Confirmation by Legal Affairs: | ☐ I approve the confirmation of the Prisoner Form (per regulations and laws) | |
|---|---|---|
| Name of authorized employee: | | |
| Date: | Stamp and signature: | |
| | ☐ I do not approve the confirmation of the Prisoner Form | |
| Reasons and causes: | | |

3

CONFIDENTIAL

SHATSKY-JD01202-T

CONFIDENTIAL

SHATSKY-JD01204-T

[LOGO] RABIN MEDICAL CENTER
[Illegible]
BEILINSON CAMPUS
Gour Shasha Tower

Redacted

Redacted

Redacted



Redacted

Redacted



Redacted

SHATSK

ONFIDENTIAL

SHATSKY-JD01205-T

[LOGO] RABIN MEDICAL CENTER
[Illegible]
BEILINSON CAMPUS
Gour Shasha Tower
Redacted

Redacted

Redacted

Redacted

Redacted

SHATSK

CONFIDENTIAL

SHATSKY-JD01206-T

[LOGO] RABIN MEDICAL CENTER
[Illegible]
BEILINSON CAMPUS
Gour Shasha Tower

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

SHATSK

CONFIDENTIAL                                                    SHATSKY-JD01207-T

                                    [Logo]

                            Israel Prison Service

        Attn:    ☐ Hospital_____        Unit [handwriting: illegible/security]
                 ☐ Clinic [handwriting: orthopedic surgeon]   Date [handwriting: 11/17/02]
                 ☐                            Prisoner number

                        Re: **Referral of an ill prisoner**

Prisoner details
                                                              [HW: – R]

| First name [HW: Halabi] | Surname [HW: Hussam] | Father's name [HW: Abd] | Date of birth | Prisoner since: [illegible] | Release date: [illegible] |
|---|---|---|---|---|---|

Diagnosis

[Handwriting: Danny]


Case details and problem

[Handwriting:

Is hospitalized because of GSW fracture of lf. tibia

11.26.02

S/P operation for IMN 271102

Continue follow up with 3 [illegible]]


Physical examination

[Illegible HW]

[Stamp]

Dr. Gabriel Shamis

LN 065809

IPS

[Handwriting:

[Illegible] 1.1.03

[Illegible] curved bone. Recommend waiting and if after [illegible] we don't see anything [illegible] would require bone transplantation and even a bypass op.]


The required answer following the examination

[Handwriting: In the meantime, walking with crutches without treading]

[Stamp]

Dr. Yaakov Heshin

Orthopedic Surgery Specialist

[Illegible]

[Signature]

            _____              _____
                    Date                      Signature of referring physician

CONFIDENTIAL

                                                    SHATSKY-JD01207-T

SHATSKY-JD01208-T                                              CONFIDENTIAL

<u>Israel Defense Forces</u>

In the Military Court                        Court  File: /03  [handwritten:]
3065
In Beit El                                   Prosecution File: 29/03
Before a panel                               Police File: 657/02
                                                    1989/02
                                                    2093/02 Binyamin

In a trial between the military prosecutor

                                                              **The Plaintiff**

                              **- versus -**

**Hussam Abdul-Kader Ahmad Halabi (code named "Abu-Arab")**
ID Number <sup>Redacted</sup> 9239, Date of Birth <sup>Redacted</sup> .78, resident of Salfit
Detained since 11.26.02

                                                              **The Defendant:**

                            **Indictment**

**First Count:**
**Nature of the Offense:** Membership and activity in an unlawful association, an offense pursuant to Regulation [word erased] of the Defense (Emergency) Regulations, 1945.
**Details of the Offense:** The above-named Defendant, within the Region, starting in August 2001 and up to the date of his arrest or thereabouts, was a member of, or acted as a member of, an unlawful association, specifically:
Starting in August 2001 and up to March 2002 or thereabouts, the above-named Defendant was a member of a small military clique headed by an operative of Palestinian Authority Intelligence [erased] Aqra, code named "Abu Amir," that took upon itself the goal of executing terror attacks against Israeli targets in the Region. Others who were active in the above-named clique along with the Defendant were an operative of "Force 17," Sa'id Mousa Deib Shtayeh, an operative of the Palestinian Authority's Military Intelligence, Shadi Ahmad Mustafa Abu-Zint, an intelligence operative of the Palestinian Authority, Rizq Sha'ban Salim, an intelligence operative of the Palestinian Authority, Mahmoud Sabra, an operative of "Force 17," Ahmed Abdel Rauf [erased], an operative of "Force 17," Fadi Issam Salim and Mohamed Hussein Bani [erased].
Likewise, starting in December 2001 and up to the date of his arrest or thereabouts, the Defendant was a member and operative [erased] of the Presidential Guard / Force 17, which is an unlawful association.

**Second Count:**
 **Details of the offense:** Trafficking in military equipment, an offense pursuant to Section 2 of the Prohibition Against Trafficking in Military Equipment (Judea and Samaria) Order (No. 243), 5728-1968.
**Details of the offense:** The above-named Defendant, within the Region, trafficked or [erased] in a different way in military equipment at the end of 2001 or a date thereabouts, without an authorization signed by the IDF commander in the Region or his representative, specifically:
On said date, the above-named Defendant, together with Ahmad Halabi and Hassan Wael, purchased 10 assault rifles for the price of 10,000 dinar.

SHATSKY-JD01208-T      Date: 30.01.2003      1              CONFIDENTIAL
                        Reference: hlbi29-03

SHATSKY-JD01209-T   [stamp: [cut off] /03 [handwritten:]]

CONFIDENTIAL

**Third Count (Police File 657/02):**

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51 of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the offense:** The above-named Defendant, within the Region, on 24.03.02 or thereabouts, intentionally caused the death of another, specifically:

1. Following the entrance of IDF forces to Salfit in March 2002 the Defendant fled together with Anan Abdel Aziz Salim (Hashash) to Beit Rima and reached the home of his friend, Tamer Rassam Salim Rimawi, code named "the Deib." The Defendant and Anan Hashash slept there.

2. The next morning, Tamer Rimawi suggested to the Defendant and Anan Hashash to go with him to execute a shooting terror attack with the intention of causing the death of Israeli civilians. The Defendant, who had in his possession a Kalachnikov assault rifle that he had received due to his service in "Force 17," and Anan Hashash, agreed. Tamer Rimawi also equipped himself with a Kalashnikov assault rifle and gave another assault rifle to Anan Hashash. In addition, the Defendant and his friends each had a full magazine for their assault rifles.

3. Around 06:30, Ahmad Hamed Rushdie Rahima (Barghouti) also came to Tamer Rimawi's home, driving a Mazda vehicle. Ahmad Barghouti drove the Defendant, Tamer Rimawi and Anan Hashash, armed with the assault rifles, to the Palestinian Authority checkpoint near Deir Sudan. There, the Defendant and his friends got out of the vehicle, left Ahmad Barghouti and set out on foot following Tamer Rimawi, towards the planned site of the terror attack.

4. After the Defendant and his friends reached the road that connects the settlements of Halamish (Neve Tzuf) and Ateret, Tamer Rimawi walked up a hill that overlooks the road, while the Defendant and Anan Hashash waited for him nearby until he would complete the execution of the planned terror attack.

5. Around 07:15, an Egged bus, Line 468, bearing license plate no. 86-860-01 arrived at the site while making its way from the direction of Halamish towards Ateret (hereinafter: the Bus). Tamer Rimawi opened fire at the Bus with his Kalashnikov assault rifle with the intention of causing the death of the Bus passengers.

6. Several bullets that Tamer Rimawi fired hit the Bus, and one bullet penetrated the Bus and hit Esther Kleiman of blessed memory, who was riding in the Bus.

7. The Defendant, Tamer Rimawi and Anan Hashash fled on foot from the terror attack site and reached Qarawat Bani Zeid. Tamer Rimawi called Tamer Kamal Hussein Zughl and asked him to tell Ahmad Barghouti to come there with his vehicle. Ahmad Barghouti came to Qarawat Bani Zeid in his vehicle, collected the Defendant and his friends and drove them to Beit Rima.

8. In his actions described above, the Defendant intentionally caused the death of **Esther Kleiman of blessed memory**, who died on the spot as a result of being hit by the bullet shot by Tamer Rimawi, as described above.

**Fourth Count:**

**Nature of the Offense:** Membership and activity in an unlawful association, an offense pursuant to Regulation 85(1)(a) of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The above-named Defendant, within the Region, starting in July 2002 and up to the date of his arrest or thereabouts, was a member of - or acted as a member of - an unlawful association, specifically:

During the stated period, the above-name Defendant was a member of a military clique that took upon itself the goal of executing a terror attacks against Israeli civilians.

The Defendant established the said military clique on 13.07.02 together with Bilal Abbas Khadr Abdel Fattah, Ahmad Abdel Qader Ibrahim Aslm, code named "Jukmut," and Ahmad Hussein Ahmad Madi.

SHATSKY- JD01209-T       Date: 30.01.2003          2          CONFIDENTIAL

SHATSKY-JD01210-T                                     CONFIDENTIAL

**Fifth Count (Police File 1989/02):**

**Nature of the Offense:** Attempt to intentionally cause death, an offense pursuant to Section 51 of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14, 19 and 20 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The above-named Defendant, within the Region, on 24.07.02 or thereabouts, attempted to intentionally cause the death of another, specifically:

1. In July 2002, the Defendant met in Salfit with Bilal Abbas Khadr Abdel Fattah, who suggested to the Defendant that he join him and the rest of the members of their military clique to execute a shooting terrorist attack against an Israeli vehicle in Lubn A-Sharqiyah, with the intention of causing the death of the vehicle's passengers. The Defendant agreed.

2. The Defendant and Bilal Abdel Fattah met with Ahmad Abdel Qader Ibrahim Aslim, code named "Jukmut," and with Ahmad Hussein Ahmad Madi, and had a planning meeting for the terrorist attack at which they decided what assignment each member of the clique would have. The Defendant was given the assignment of driving the members of the clique to the planned attack site and driving them to safety after they had executed the terrorist attack.

3. Ahmad Madi contacted Mohamed Harim, and received from him two Kalashnikov assault rifles and full magazines for these rifles. Afterwards, Ahmad Madi reported to the Defendant and to the members of his clique as to where the weapons could be found. As part of the assignment he was given as lookout, Ahmad Madi came to the house of Haytham Khalil Yousuf Qaq in Lubn A-Sharqiyah, where the two of them performed observations and scans of the area around the village in order to prepare for the execution of the planned terror attack. Afterwards, Ahmad Madi reported to the Defendant and his friends about the observations he had made. It was decided that the terrorist attack would be delayed by one day.

4. The next day, on 23.07.02 or thereabouts, the Defendant, Ahmad Aslim and Bilal Abdel Fattah called Ahmad Madi and reported to him that they were ready to carry out the planned terrorist attack, and had the weapons in their possession. The Defendant brought a stolen Deihatsu vehicle with him to the meeting with his friends. The Defendant and his friends went out around 00:00 in the Defendant's vehicle, which he drove, and reached Lubn A-Sharqiyah in accordance with instructions Ahmad Madi and Haytham Qaq gave to Ahmad Aslim via cellphone.

5. The Defendant, Ahmad Aslim, and Bilal Abdel Fattah reached the entrance of Lubn A-Sharqiyah and took their places at the point from which it would be possible to execute the planned terror attack. The Defendant waited in his vehicle in order to help the members of the clique escape after executing the terror attack. Bilal Abdel Fattah hid behind a cement block near the road while holding a Kalashnikov assault rifle and a full magazine, while Ahmad Aslim waited near Bilal Abdel Fattah while holding a cellphone, for the purpose of passing on a report to Bilal Abdel Fattah from Ahmad Madi and Haytham Qaq about the approach of an Israeli vehicle.

6. When they received the report on the arrival of the members of the clique, Ahmad Madi and Haytham Qaq went out to the balcony of Haytham Qaq's house, which overlooks the entrance to Lubn A-Sharqiyah from the main Ramallah-Nablus road. Ahmad Madi and Haytham Qaq observed the main road with the intention of reporting to the clique members regarding the approach of an Israeli vehicle, so that Bilal Abdel Fattah could shoot at the said vehicle and cause the death of its passengers.

7. Around 01:20 on 24.07.02 or thereabouts, Haytham Qaq noticed a Honda Civic vehicle bearing Israeli license plate number 95-044-06 that was making its way from Jerusalem to Har Bracha on the main Ramallah-Nablus road (hereinafter in this Count: the Vehicle), which held Re'em Melamed and Techiya Melamed. Ahmad Madi, who received an immediate report about this from Haytham Qaq, called Ahmad Aslim and reported to him about the approach of the Vehicle. Ahmad Aslim passed on said report to Bilal Abdel Fattah. When the Vehicle reached the site, Bilal Abdel Fattah went out to the road and opened fire with his Kalashnikov assault rifle towards the Vehicle with the intention of causing the death of its passengers, and continued shooting at the Vehicle until all the bullets in his possession were spent.

8.  As a result of the above-mentioned shooting, the Vehicle hit the safety barrier on the side of the road, and as a result, Re'em Melamed, the driver of the Vehicle, and his wife, Techiya Melamed, who was riding in the Vehicle, were both injured. The driver of the Vehicle, Re'em Melamed, was also injured by shrapnel from bullets fired by Bilal Abdel Fattah.

9.  Immediately after executing the shooting, the Defendant, Ahmad Aslim and Bilal Abdel Fattah fled from the site in the Defendant's vehicle. Ahmad Madi and Haytham Qaq were still on the balcony of Haytham Qaq's house and watched the execution of the planned attack while observing the surrounding area. Ahmad Madi and Haytham Qaq reported to the Defendant and other fleeing members of the clique about the movement of IDF forces in the area, in order to help the clique members successfully escape to Salfit.

SHATSKY- JD01210-T     Date: 30.01.2003          3                              CONFIDENTIAL

CONFIDENTIAL

SHATSKY-JD01211-T

**Sixth Count:** [in Arabic handwriting: Sixth Section]

**Nature of the Offense:** Providing a service to an unlawful association, an offense pursuant to Regulation 85(1)(c) of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The above-named Defendant, within the Region, on 03.08.02 or thereabouts, did some kind of work or provided some kind of service for an unlawful association, specifically:

On the said date, the Defendant met in Salfit with all the members of his military clique described in the fourth Count of the indictment and with Haytham Khalil Yousef Qaq. The Defendant and other members of the military clique informed Haytham Qaq that they had decided to recruit him into their group.

The Defendant and the members of his clique decided on various code words and nicknames that the clique's members would use during their activities.

**Seventh Count (Police File 2093/02):**

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51 of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The above-named Defendant, within the Region, on 05.08.02 or thereabouts, intentionally caused the death of another, specifically:

1.  On 03.08.02, immediately after the recruitment of Haytham Khalil Yousef Qaq to the military clique as described in the previous Count of the indictment, Haytham Qaq suggested to the Defendant and members of the clique: Ahmad Hussein Ahmad Madi, Ahmad Abdel Qader, Ibrahim Aslim, code named "Jukmut," and Bilal Abbas Khadr Abdel Fattah, to execute another shooting terrorist attack at an Israeli vehicle at the entrance to Lubn A-Sharqiyah, with the intention of causing the death of Israeli citizens. The Defendant and his friends agreed.

2.  The Defendant and his friends had a planning meeting for the terrorist attack. In accordance with the distribution of assignments, Bilal Abdel Fattah and Ahmad Madi were to fire at an Israeli vehicle with the intention of causing the death of its passengers. The Defendant was given the assignment of driving the members of the clique to the planned attack site and driving them to safety after they had executed the terrorist attack.

3.  On 04.08.02 or a date thereabouts, in Amoriya, the Defendant and his friends gave binoculars that the Defendant had brought along, to Haytham Qaq, who had been assigned the role of lookout for the terror attack. From Amoriya, the Defendant and the members of the clique went to Haytham Qaq's house in Lubn A-Sharqiyah. There, the Defendant and his friends performed observations of the area around the village and afterwards they left the house of Haytham Qaq.

4.  Ahmad Madi met with Mohamed Harim and in accordance with the prior agreement between the two, he received from Mohamed Harim two Kalashnikov assault rifles and full magazines for these rifles.

5.  The Defendant met with his friends: Ahmad Madi, Ahmad Aslim, and Bilal Abdel Fattah, and waited with them for Haytham Qaq's report. The Defendant brought a stolen Subaru vehicle to this meeting.

6.  After Haytham Qaq performed additional observations, he phoned the Defendant and the members of his clique around 23:30 and instructed them to come to Lubn A-Sharqiyah and wait for his instructions to open fire towards an Israeli vehicle. While the Defendant and his friends were making their way to Lubn A-Sharqiyah in the Defendant's car which the Defendant was driving, while having in their possession the above-named rifles, Haytham Qaq passed on to Ahmad Aslim reports about the movement of IDF vehicles on the road.

7.  From the balcony of his house that overlooks the entrance to Lubn A-Sharqiyah via the main Ramallah-Nablus road, Haytham Qaq observed the main road with the intention of reporting to the Defendants and the clique members about the approach of an Israeli vehicle.

SHATSKY- JD01211-T      Date: 30.01.2003      4      CONFIDENTIAL

Reference: hlbi29-03

SHATSKY-JD01212-T

CONFIDENTIAL

8. The Defendant, Ahmad Madi, Ahmad Aslim, and Bilal Abdel Fattah reached the entrance to Lubn A-Sharqiyah and took their places close to the main road. The Defendant waited in his vehicle in order to extricate the members of the clique when the terrorist attack was executed. Bilal Abdel Fattah and Ahmad Madi hid near the road, with each one carrying a Kalashnikov assault rifle and full magazines, while Ahmad Aslim waited near Bilal Abdel Fattah and Ahmad Madi. He had in his possession a cellphone for the purpose of passing on a report from Haytham Qaq to Bilal Abdel Fattah and Achmad Madi about the approach of an Israeli vehicle.

9. After about ten minutes, around 00:00, a Citroen vehicle bearing Israeli license plate number 42-143-04 arrived at the site while making its way on the Ramallah-Nablus road (hereinafter in this Count: the Vehicle), which contained Avraham Wolansky of blessed memory, Yocheved Avital Wolansky of blessed memory, and their sons, three-year-old Yigal and eight-month-old Nadav.

10. When Haytham Qaq noticed the Vehicle, he immediately reported this to Ahmad Aslim, so that he would instruct Bilal Abdel Fattah and Ahmad Madi to open fire at the Vehicle with the intention of causing the death of its passengers. Ahmad Aslim passed on Haytham Qaq's instructions to Bilal Abdel Fattah and to Ahmad Madi.

11. When the Vehicle reached the site, Bilal Abdel Fattah and Ahmad Madi opened fire at the Vehicle with the Kalashnikov assault rifles they had in their possession with the intention of causing the death of its passengers.

12. Some of the bullets that Bilal Abdel Fattah and Ahmad Madi fired penetrated the Vehicle and hit Avital Yocheved Wolansky of blessed memory, who was riding in the Vehicle.

13. In his actions described above, the Defendant caused the death of **Avital Yocheved Wolansky of blessed memory, who was in the sixth month of pregnancy at the time of her death,** who died on the spot as a result of being hit by bullets fired by Bilal Abdel Fattah and Ahmad Mahdi, as previously described.

**Eighth Count (Police File 2093/02):**
**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51 of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.
**Details of the Offense:** The above-named Defendant, within the Region, on 05.08.02 or thereabouts, intentionally caused the death of another, specifically:

Through his actions described in the previous Count of the indictment, the above-named Defendant, on the said date, at the entrance to Lubn A-Sharqiyah or thereabouts, intentionally caused the death of the Vehicle's driver, **Avraham Wolansky of blessed memory,** who died on the spot as a result of bullets hitting him that were fired by Ahmad Madi and Bilal Abdel Fattah, as described in the previous Count of the indictment.

**Ninth Count (Police File 2093/02):**
**Nature of the Offense:** Attempt to intentionally cause death, an offense pursuant to Section 51 of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 19 and 20 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.
**Details of the Offense:** The above-named Defendant, within the Region, on 05.08.02 or thereabouts, attempted to intentionally cause the death of another, specifically:

Through his actions described in the seventh Count of the indictment, the above-named Defendant, on said date, at the entrance to Lubn A-Sharqiyah or thereabouts, attempted to cause the death of as many people as he could who were in the Israeli Vehicle.

As a result of the behavior of the Defendant, three-year-old Yigal Wolansky, who was in the Vehicle, was wounded by three bullets fired by Ahmad Madi and Bilal Abdel Fattah, as described in the seventh Count of the indictment.

SHATSKY-JD01213-T                                                    CONFIDENTIAL

**Tenth Count:**

**Nature of the Offense:** Providing a service to an unlawful association, an offense pursuant to Regulation 85(1)(c) of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The above-named Defendant, within the Region, after executing the actions described in the seventh Count of the indictment did some kind of work or provided some kind of service for the "Tanzim" organization, which is an unlawful association, specifically:

In Salfit or thereabouts, on the stated date, the above-named Defendant, together with Ahmad Abdel Qader Ibrahim Aslim, code named "Jukmut," contacted Sa'id Mousa Deib Shtayeh and asked him to print leaflets saying that the "Al-Aqsa Martyrs Brigades," the military wing of the "Tanzim" organization of Fatah that is an unlawful association, takes responsibility for executing the terror attack described in the seventh through ninth Counts of the indictment. Sa'id Shtayeh printed said leaflets and gave them to the Defendant. The Defendant, Ahmad Hussein Ahmad Madi and Bilal Abbas Khadr Abdel Fattah distributed the said leaflets in Salfit while being masked and armed with assault rifles.

**Eleventh Count:**

**Nature of the Offense:** Conspiracy to commit an offense punishable by more than three years in prison (intentionally causing death), an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968, and Section 51 of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

**Details of the Offense:** The above-named Defendant, within the Region, in August 2002 or thereabouts, conspired with another person in order to intentionally cause the death of another, specifically:

The above-named Defendant, on the said date, contacted Bilal Abbas Khadr Abdel Fattah and suggested executing additional shooting terror attacks near the villages of Shuqba and Ni'lin, for the purpose of causing the death of Israel citizens. Bilal Abdel Fattah agreed.

In order to fund the planned terror attack, Bilal Abdel Fattah contacted Nuhad Abu Diaq and asked him for financial help. Nuhad Abu Diaq gave Bilal Abdel Fattah the sum of NIS500.

Likewise, the Defendant and Bilal Abdel Fattah planned to have Ahmad Hussein Ahmad Madi and Ahmad Abdel Qader Ibrahim Aslim, code named "Jukmut," join the said conspiracy. The defendant and Bilal Abdel Fattah planned that after executing the first terror attack they would hide in the house of a friend of the Defendant in the village of Kharbata, and after executing the second terror attack the Defendant and his friends would flee to Salfit. The Defendant and his friend failed to implement the said conspiracy due to the arrest of the members of the Defendant's clique.

**Witnesses for the Prosecution:**

1. Sergeant-Major Itzik Shmuel, Personal ID No. [Redacted]5071, Benjamin Station (collector of Defendant's statements, submitter of Defendant's handwritten words in Arabic, submitter of the Reconstruction Reports).

2. Sr. St. Sergeant-Major Benny Shukrun, Personal ID No. [Redacted]7886, Special Investigations Team Ofer (submitter of reconstruction report)

3. (He is also ET/15) Sr. St. Sergeant-Major Eli Kujman, Personal ID No. [Redacted]6951, Givat Ze'ev police position (submitter of reconstruction tape 1002/00).

4. Chief Inspector Dotan Avigdori, Personal ID No. [Redacted]7226, Tel Aviv Mobile Lab (submitter of reconstruction reports, submitter of reconstruction tapes 3039/02, 3040/02).

5. Tareq Kamal Hussein Zughl, ID No. [Redacted]8591 [Detained - Prosecution File 943/02].

6. Ahmad Hussein Ahmad Madi, ID No. [Redacted]2635 [Detained - Prosecution File 821/02].

7. Bilal Abbas Khadr Abdel Fattah, ID No. [Redacted]6133 [Detained - Prosecution File 822/02].

8. Haytham Khalil Yousef Qaq, ID No. [Redacted]6760 [Detained - Prosecution File 780/02].

9. Ahmad Abdel Qader Ibrahim Aslim, ID No. [Redacted]2628 [Detained - Prosecution File 29/03].

10. Shadi Ahmad Mustafa Abu-Zint, ID No. [Redacted]1903 [Detained - Salem].

11. Ahmad Jaber Amin Mahbuba, ID No. [Redacted]6987 [Detained - Salem].

SHATSKY-JD01214-T

CONFIDENTIAL

**Police File  657/02**

12. Sergeant-Major Rami Ravid, Personal ID No. ^Redacted^0967, Benjamin Station (submitter of action report)

13. Sub-Inspector Avi Rottenberg, Personal ID No. ^Redacted^6899, Benjamin Station (submitter of action report/minutes/seizure and identification report)

14. (He is also ET/24) St. Sergeant-Major David Benjamin, Personal ID No. ^Redacted^6812, Benjamin Station (submitter of photo boards, submitter of site-visit reports, submitter of exhibits from Card to Exhibits Registry 95/02).

15. (He is also ET/3) Sr. St. Sergeant-Major Eli Kujman, Personal ID No. ^Re^6951, Givat Ze'ev police position (submitter of minutes/chain of exhibits)

16. St. Sergeant-Major Sarit Peletz, Personal ID No. ^Redacted^5649, Benjamin Station (submitter of report accompanying exhibits).

17. Dr. Hagai Frankel, IDF (submitter of death certificate + testimonies).

18. Erez Barazani, ID No. ^Redacted^4226 [the details are in the prosecution file].

19. Moshe Oved, ID No. ^Redacted^2851 [the details are in the prosecution file].

20. Yonatan Portnoy, IDF [the details are in the prosecution file].

21. Tzion Pe'er, IDF [the details are in the prosecution file].

22. Public Employee Certificate - Eleanor Lulai (she is also ET/41), Forensic Unit-National Headquarters Jerusalem [Note to office: Please contact the prosecution before executing the summons].

**Police File  1989/02**

23. Sergeant-Major Yehuda Sagie, Personal ID No. ^Redacted^8818, Benjamin Station (submitter of action report)

24. (He is also ET/34) St. Sergeant-Major David Benjamin, Personal ID No. ^Redacted^6812, Benjamin Station (submitter of photo boards, submitter of minutes/vehicle inspection/ submitter of minutes/seizure and identification, submitter of minutes/chain of exhibits).

25. St. Sergeant-Major Ran Harness, Personal ID No. ^Redacted^8020, Benjamin Station (submitter of report accompanying exhibits, submitter of minutes/seizure and identification, submitter of Exhibit 2 from Card to Exhibits Registry No. 255/02).

26. Sr. St. Sergeant-Major Moshe Lavie, Personal ID No. ^Redacted^3260, Benjamin Station (submitter of minutes/ seizure and identification, submitter of report accompanying exhibits, submitter of Exhibit 1 from Card to Exhibits Registry No. 255/02).

27. Omar Sawaed, IDF [Tracker - the details are in the prosecution file].

28. Re'em Melamed, ID ^Redacted^7795 [Driver of the vehicle - the details are in the prosecution file].

29. Techiya Melamed, ID ^Redacted^7213 [Passenger in vehicle - the details are in the prosecution file].

30. Medical affidavit [The complete witness list will be transferred over the course of the trial].

31. Public Employee Certificate - Tzion Sadeh, Forensics Unit-National Headquarters Jerusalem [Note to office: Please contact the prosecution before executing the summons].

32. (He is also ET/42) Expert opinion (ZB/63539/02-07) - Chief Inspector Pavel Givratz, weapons lab Forensics Unit-National Headquarters Jerusalem [Note to office: Please contact the prosecution before executing the summons].

**Police File  2093/02**

33. St. Sergeant-Major Aharon Aharon, Personal ID No. ^Redacted^0252, Benjamin Station (submitter of action report)

34. (He is also ET/24) St. Sergeant-Major David Benjamin, Personal ID No. ^Redacted^6812. Benjamin Station (submitter of site-visit report/exhibit seizure report, submitter of photo boards).

35. St. Sergeant-Major Yitzchak Yachin, Personal ID No. ^Redacted^4010, Benjamin Station (submitter of report accompanying exhibits, submitter of exhibits from Card to Registry No. 268/02).

36. Moran Felix, IDF [was first on the scene - the details are in the prosecution file].

37. Eli Levanon, ID ^Redacted^4554 [identification of the murder victims - the details are in the prosecution file].

38. Nur Mazariv, IDF [Tracker - the details are in the prosecution file].

39. Dr. Aharon Ronson, Personal ID No. [illegible]8395, Shaare Zedek Hospital [submitter of death certificates + testimony].

40. Dr. Eitan Greise, Personal ID No. [illegible]8403, Hadassah Hospital - Ein Karem [submitter of medical testimony].

41. Public Employee Certificate - Eleanor Lulai (she is also ET/22), Forensics Unit-National Headquarters Jerusalem
[Note to office: Please contact the prosecution before executing the summons]

42. (He is also ET/32) Expert opinion (ZB/64145/02-07) - Chief Inspector Pavel Givratz, weapons lab Forensics Unit-National Headquarters Jerusalem [Note to office: Please contact the prosecution before executing the summons].

[signature]

**Vladi Borodovsky, Deputy**

**Military Prosecutor**

CONFIDENTIAL

SHATSKY- JD01214-T



# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *et al.*,

                    Plaintiffs,

                    Case No. 18-cv-12355 (MKV)

v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                    Defendants.

## DECLARATION OF YANIV BERMAN

      I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

      1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic, Hebrew, and English fluently, and I am qualified to translate from Arabic into English and from Hebrew into English.

      2.      I certify that the attached documents are true and accurate translations of the Arabic and/or Hebrew originals with the corresponding Bates numbers. The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

      3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability. Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 26, 2021

Yaniv Berman

2

# Original

CONFIDENTIAL

SHATSKY-JD01190



دولة فلســــــــطين

وزارة شؤون الأسرى والمحررين

الإدارة العامة للشؤون الإدارية والمالية

دائرة الأرشيـــــــــــف

| 7881 | حسام | عبدالقادر | أحمد | حلبي |
|---|---|---|---|---|

ملاحظة هامة: الملف يحتوي على ملفين لأسيرين منفصلين

يُرجى الإنتباه لذلك تلاشياً للخلط فيما بينهما

CONFIDENTIAL

SHATSKY-JD01190

CONFIDENTIAL

SHATSKY-JD01191

COMITE INTERNATIONAL GENEVE

ICRC

# TO WHOM IT MAY CONCERN № 42862

**This certificate is valid only if the English and Arabic parts match each other**

انهى ١٥ عام
وما زال
في الأسر
بعد المتابعة
مع الأخ
عبدالله
في الزيارة

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: HOSSAM ABDELQADER AHMAD HALABI

From: SALFIT ID No. Redacted923-9

Was arrested by the Israeli Authorities on Day: 26 Month: 11 Year: 2002

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence/administrative period: LIFE SENTENCE

He/She was released on Day: XXXXX Month: XXXXX Year: XXXX

**(Tick the box and underline the correct designation)**

7881

50625

COMITE INTERNATIONAL GENEVE

ICRC

# الى من يهمه الأمــر

**هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية**

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : حسام عبد القادر أحمد حلبي

مـن : سلفيت هويـة رقـم : Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٦ شهر ١١ سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة : مدى الحياة

وهو/هي اطلق سراحه/ها في يوم XX شهر XX سنة XX

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED ... 21-12-2017 International Committee of the Red Cross

Date ........ التاريخ Place SALFIT المكان

COMITE INTERNATIONAL GENEVE

ICRC Delegate NATALIE ...

CONFIDENTIAL

SHATSKY-JD01191

CONFIDENTIAL

SHATSKY-JD01192

## TO WHOM IT MAY CONCERN   № 42862

**ICRC**

This certificate is valid only if the English and Arabic parts match each other

7881

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: HOSSAM ABDELQADER AHMAD HALABI

From: SALFIT                    ID No. Redacted 923-9

Was arrested by the Israeli Authorities on Day: 26    Month: 11    Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence/administrative period: LIFE SENTENCE

He/She was released on Day: XXXXX    Month: XXXXX    Year: XXXX

(Tick the box and underline the correct designation)

**ICRC**

الى من يهمه الأمـــر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة :

مـــن : هوية رقم : Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم _____ شهر _____ سنة _____

وهو/هي في هذا التاريخ:  ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة : _____

وهو/هي اطلق سراحه/ها في يوم _____ شهر _____ سنة _____

(الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

25-01-2013

Date: 21.07.2003    التاريخ    International Committee of the Red Cross    المكان

CONFIDENTIAL    ICRC Delegate    توقيع مندوب اللجنة

SHATSKY-JD01192

CONFIDENTIAL

SHATSKY-JD01193



**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen. Dep. Detainees & Ex-detainees**

السلطـة الوطـنيـة الفلسطينية

وزارة شـؤون الأسـرى و المحـررين

الإدارة العامة لشؤون الأسـرى و المحـررين

دائـرة التقديم لخدمة: تسديد رسوم تعليم أثناء الاعتقال

٧٨٨١

١. بيانات الطالب:

| | | | | | الاسم الكامل (رباعي): |
|---|---|---|---|---|---|
| Redacted | ٥ | ٩ | ٧ | ٢ | ٩ | رقم الهوية، الشخصية |

| اسم العائلة | اسم الجد | الاسم الأب | الاسم الأول | الاسم الرباعي: |
|---|---|---|---|---|
| حبش | أحمد | عبد القادر | صلاح | |

تاريخ تقديم الطالب: ٢٧ / ٢ / ٢٠١٠

٢. بيانات شباك/شيكات التعليم:



| ملاحظات | السجن/المعتقل | تاريخ الدفع | قيمة الشيك | رقم الشباك | تسلسل |
|---|---|---|---|---|---|
| | | Redacted | | | .1 |
| | | | | | .2 |
| | | | | | .3 |
| | | | | | .4 |
| | | | | | .5 |
| | | | | المبلغ الإجمالي بالشيكل: | |

ملاحظات مقدم الطالب:

إقرار: أنا الموقع أدناه أقر و أشهد بأن كافة المعلومات الواردة في الطلب صحيحة و أتحمل مسؤوليتها.

توقيع مقدم الطلب:

٣. المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| ☑ | شهادة الصليب الأحمر الأصلية/ومصدقة | ☐ | صورة هوية المعتقد (موجب) وكالة رسمية |
|---|---|---|---|
| ☑ | صورة بطاقة الحساب البنكي "شيكل" | ☑ | قيمة الشباك الأصلي الدفع والمختوم ٢ |
| ☐ | | | |

CONFIDENTIAL

SHATSKY-JD01193

CONFIDENTIAL

SHATSKY-JD01194

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen. Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

4. للاستعمال الرسمي:

| | |
|---|---|
| اسم المرشد/الموظف: | فائزة . د . وگ |
| ملاحظات الدراسة/الموظف: | موقف ثلاث سنوات مدرس في السجن |
| التاريخ: | التوقيع: ٢٧ / ٢ / ٢٠٠٢     فائز |
| اسم مدير الدائرة: | عبد الموصرة |
| ملاحظات مدير الدائرة: | |
| التاريخ: | الختم والتوقيع: ٢٣ / ١١ / ٤ |

البند . . . . . . . . .

| ١. اعتماد شـؤون التربية والتعليم: | ☒ أصادق على اعتماد طلب خدمة التعليم أثناء الاعتقال (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: | الختم والتوقيع:     /     / |
| | ☒ لا أصادق على اعتماد الطلب |
| المبررات والأسباب: | |

| ٢. اعتماد الشؤون القانونية: | ☒ أصادق على اعتماد طلب خدمة التعليم أثناء الاعتقال (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ: | الختم والتوقيع:     /     / |
| | ☒ لا أصادق على اعتماد الطالب |
| المبررات والأسباب: | |

2

CONFIDENTIAL

SHATSKY-JD01194

SHATSKY-JD01195

CONFIDENTIAL



**ICRC**

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr. / Mrs. : HOSSAM ABDELQADER AHMAD HALABI

From : SALFIT                                      ID No. Redacted 923-9

Was arrested by the Israeli Authorities on Day : 26      Month : 11      Year : 2002

He / She is to date:   Awaiting Trial ☐    __Sentenced__ ☒    Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He / She was released on Day : XXXXX   Month : XXXXX   Year : XXXX

(Tick the box and underline the correct designation)

**ICRC**

الى من يهمه الأمـــر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

البسيد/ة الآنسة : حسـام عبد القادر أحمد حلبي

مــن : سلفيت        هوية رقم : ٩٢٣-٩ Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٦ ..... شهر ١١ ..... سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة : مدى الحياة / مؤبد

وهو/هي اطلق سراحه/ها في يوم ..... × ..... شهر × ..... سنة × × ×

(الرجاء وضع اشارة في المربع المطلوب وخط تحت الفئة المطلوبة)

Date      21.09.2003        Place      SALFIT      المكان

ICRC Delegate      NATALIE KARNEL      توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01195

CONFIDENTIAL

SHATSKY-JD01196

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen. Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

7881

## طلب التقدم لخدمة: تسديد رسوم تعليم أثناء الاعتقال

1. بيانات أولية:

| | | | | | رقم طلب الخدمة: (يولد تلقائيا من النظام) |
|---|---|---|---|---|---|
| | ٠ | ٥ | ٩ | ٧ | رقم الاستمارة: |
| Redacted | | ٩ | ٢ | ٢ | ٩ | رقم هوية الأسير: |
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: |
| صلاح | | أكرم | عبد القادر | ديمة | |
| سليت | | المديرية: | | ١٥/٧/ ٢٠.. | تاريخ تقديم الطلب: |

2. بيانات شيكات/شروكات الدفع:

| ملاحظات | السجن/المعتقل | تاريخ الدفع | قيمة الشيك | رقم الشيك | متسلسل |
|---|---|---|---|---|---|
| | Redacted | | | | .1 |
| | | | | | .2 |
| | | | | | .3 |
| | | | | | .4 |
| | | | | | .5 |
| | | | | المبلغ الإجمالي المسدد: | |

| | ملاحظات مقدم الطلب: |
|---|---|
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. | إقـرار: |
| | توقيع مقدم الطلب: |

3. المستندات المرفقة: ضع إشارة بجانب المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | شهادة الصليب الأحمر الأصلية/مصدقة | ☐ | صورة هوية المستفيد بموجب وكالة رسمية | ☐ |
|---|---|---|---|---|
| | صورة بطاقة الحساب البنكي /شيك | ☐ | قسيمة الشيك الأصلي المدفوع والمختوم | ☐ |
| | | | أخرى (حدد) | ☐ |

CONFIDENTIAL

SHATSKY-JD01197

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen. Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

---

4. للاستعمال الرسمي:

| | |
|---|---|
| اسم المرشد/الموظف: | هانتيد ... في |
| ملاحظات المرشد/الموظف: | يحق صرف المبلغ حسب بنود المجهود الزراعي |
| التاريخ: | ٢٠١٦/٧/٢٥ التوقيع: كامل |
| اسم مدير المديرية: | مصطفى مراد |
| ملاحظات مدير المديرية: | م. البرامج |
| التاريخ: | ٢٠١٦/٨/٢٥ الختم والتوقيع: |

5. الاعتماد والمصادقة:

| 1. اعتماد شؤون الأسرى: | ☒ أصادق على اعتماد طلب خدمة التعليم أثناء الاعتقال (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ:        /      / | الختم والتوقيع: |
| | ☒ لا أصادق على اعتماد الطلب |
| المبررات والأسباب: | |

| 2. اعتماد الشؤون القانونية: | ☒ أصادق على اعتماد طلب خدمة التعليم أثناء الاعتقال (مطابقة للأنظمة والقوانين) |
|---|---|
| اسم الموظف المعتمد: | |
| التاريخ:        /      / | الختم والتوقيع: |
| | ☒ لا أصادق على اعتماد الطلب |
| المبررات والأسباب: | |

2

CONFIDENTIAL

SHATSKY-JD01197

CONFIDENTIAL

SHATSKY-JD01198



## TO WHOM IT MAY CONCERN   № 42862

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr. /Mrs. : HOSSAM ABDELQADER AHMAD HALABI

From: SALFIT                                      ID No. Redacted 23-9

Was arrested by the Israeli Authorities on Day : 26      Month : 11    Year : 2002

He /She is to date:   Awaiting Trial ☐   __Sentenced  ☒__   Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He / She was released on Day : XXXXX   Month : XXXXX   Year : XXXX

(Tick the box and underline the correct designation)

ICRC

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية لصليب الأحمر بأن:

السيد/ة الآنسة : صـــــــام عبد القادر أحمد حلبي

مـــن : سلفيت      هوية رقم : ٩- Redacted ٢٣

كلن/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٦      شهر ١١      سنة ٢٠٠٢

وهو/هي في هذا التاريخ:  ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة :   مدى الحياة

وهو / هي اطلق سراحه / ها في يوم X × X   شهر X × X   سنة X × X

(الرجاء وضع ⟋ في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

المكان SALFIT Place      التاريخ 21.09.2003

توقيع مندوب اللجنة : NATALIE KARNEL     ICRC Delegate

CONFIDENTIAL

SHATSKY-JD01198

CONFIDENTIAL

SHATSKY-JD01199



**TO WHOM IT MAY CONCERN**   № 42862

7881

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr / Mrs. : HOSSAM ABDELQADER AHMAD HALABI

From : SALFIT          ID No. Redacted 123–9

Was arrested by the Israeli Authorities on Day : 26     Month : 11     Year : 2002

He / She is to date:   Awaiting Trial ☐   ...Sentenced..☒..   Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He / She was released on Day : XXXXX     Month : XXXXX     Year : XXXX

(Tick the box and underline the correct designation)

الى من يهمه الأمــر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر، بأن:

السيد / ة الآنسة : حسام عبد القادر أحمد حلبي

مـن : سلفيت          هوية رقم : ٩ ٣ ٤ ١ Redacted

كان / ت قد اعتقل / ت من قبل السلطات الاسرائيلية في يوم ٢٦ شهر ١١ سنة ٢٠٠٢

وهو / هي في هذا التاريخ:   بتنظر / تنتظر المحاكمة ☐   محكوم / ة ☒   اداري ☐

محكوم / ة او اداري لمدة : سجن مؤبد الكامل

وهو / هي اطلق سراحه / ها في يوم ×  ×  × شهر ×  ×  سنة ×  ×

( الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة )

Date 21.01.2003          التاريخ     Place SALFIT     المكان

CERTIFIED DUPLICATE
2 0 -01- 2013
International Committee
of the Red Cross

CONFIDENTIAL     SHATSKY-JD01199

CONFIDENTIAL

SHATSKY-JD01200

٣ من ١٧٩

7881



Palestinian National Authority

السلطة الوطنية الفلسطينية

Ministry of Detainees & Ex-detainees Affairs

وزارة شـــؤون الأســـرى والمحـــررين

Gen Dep. Detainees & Ex-detainees

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| | | | | | | | رقم الاستمارة: |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Email | | المديرية/فرع الوزارة: | ١٠ / ٣ / ٢٠١١ | | | تاريخ تعبئة الاستمارة: |

١. المعلومات الرئيسية للأسير:

| | | رقم الهوية (تسع خانات) | ٩ | ٢ | ٣ | ٩ |
| --- | --- | --- | --- | --- | --- | --- |

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الوطني(عربي) |
| --- | --- | --- | --- | --- | --- |
| صالح | أحمد | عبد القادر | هــــــم | | اسم الشهرة: |

الجنس: ☒ ذكر  ☐ أنثى

الاسم باللاتيني: mohamed zaki   Redacted

مكان الولادة: سوريا

سنة الولادة: ١٩٧٨

الحالة الاجتماعية: ☐ أعزب  ☒ متزوج  ☐ أرمل  ☐ مطلق

التحصيل العلمي: ☐ أمي  ☐ ابتدائي  ☒ ثانوي  ☐ جامعي  ☐ دراسات عليا

عنوان السكن الدائم: نوطف دكرى / قرية ...

مكان الاعتقال: ٢٠٠٢ / ١١ / ٢٦

نوع الاعتقال: ☒ محكوم  ☐ موقوف  ☐ إداري

المحافظة: نابلس

مدة الحكم: سنة ٣١   شهر   يوم ٠

تاريخ الإفراج المتوقع حسب قرار الحكم:

الوزن العام   الشهر العام   اليوم العام

التجمع السكاني: قصلصة

Redacted

٢. بيانات الاعتقالات السابقة:

حدد مكان الاعتقال، ... لو لم يكن لديه اعتقال سابق... قدم المعلومات بشهادة صاحبها وتسلسلها زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ و مكان الاعتقال | ال ر.م |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | ساعة | شهر | يوم | | | | |
| | | | | | | | ١. |
| | | | | | | | ٢. |
| | | | | | | | ٣. |
| | | | | | | | ٤. |
| | | | | | | | ٥. |
| | | | | | | | ٦. |

CONFIDENTIAL

SHATSKY-JD01200

CONFIDENTIAL

SHATSKY-JD01201

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

٣. بيانات الوضع الاجتماعي:

| | | | | الحالة الاجتماعية: |
|---|---|---|---|---|
| □ أرمل | □ مطلق | □ متزوج | ☒ أعزب | |

| | | | | | في حالة متزوج/ة: |
|---|---|---|---|---|---|
| / / | تاريخ عقد الزواج | | | | رقم هوية الزوج/ة: |
| | عدد الأولاد | | | | اسم الزوج/ة: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من ١٨ عام والبنات غير المتزوجات يكون النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | | | .١ |
| | | | | .٢ |
| | | | | .٣ |
| | | | | .٤ |
| | | | | .٥ |
| | | | | .٦ |
| | | | | .٧ |
| | | | | .٨ |
| | | | | .٩ |

| | | صلة القرابة: | | |
|---|---|---|---|---|
| Redacted | | مدة سريان الوكالة: | Redacted | |
| Redacted | | فرع الإرتباط: | | |
| | | رقم الهاتف النقال: | Redacted | |
| صبحة | المحافظة: | التجمع السكاني: | | |

| | ملاحظات مقدم الطلب: |
|---|---|
| أنا الموقع أدناه أقر وأتعهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها | إقرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL

SHATSKY-JD01202

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

5. للاستعمال الرسمي:

| | | |
|---|---|---|
| اسم المرشد/الموظف: | | |
| ملاحظات المرشد/الموظف: | | |
| التاريخ: | التوقيع: / / | |
| اسم مدير المديرية: | | عدنان ابراهيم |
| ملاحظات مدير المديرية: | | |
| التاريخ: | الختم والتوقيع: 2014/3/10 | |

ملاحظة: الرجاء إرفاق وجوباً المستندات المرفقة (اعتماد ومصادقة مدير المديرية)

| | | | |
|---|---|---|---|
| ☒ | صورة هوية للأسير /المحرر | ☒ | صورة هوية المستفيد |
| ☒ | شهادات السابقة الأخرى | ☒ | لائحة الاتهام |
| ☐ | قرار الحكم (إن وجد) غير موجود | ☒ | صورة بطاقة الحساب البنكي |
| ☐ | صورة عقد الزواج مصادقة طبق الأصل | ☐ | صور شهادات الميلاد الأبناء كل اعزب |
| ☐ | ملحق إضافة زوجة/زوجات | ☐ | أخرى (عدد) |

6. الاعتماد والمصادقة:

| | |
|---|---|
| أ. اعتماد شؤون الأسرى: | ب. ☒ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: / / | |
| المديرية والمحافظة: | ☐ لا أصادق على اعتماد استمارة الأسير |
| | الختم والتوقيع: / / |
| ج. اعتماد المدير العام/نائبه: | ☐ أصادق على اعتماد استمارة الأسير (مطابقة للأنظمة والقوانين) |
| اسم الموظف المعتمد: | |
| التاريخ: / / | |
| المبررات والمرئيات: | ☐ لا أصادق على اعتماد استمارة الأسير |
| | الختم والتوقيع: / / |

CONFIDENTIAL

SHATSKY-JD01202

CONFIDENTIAL

SHATSKY-JD01203



ICRC

TO WHOM IT MAY CONCERN   № 42862

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: HOSSAM ABDELQADER AHMAD HALABI

From: SALFIT    ID No. Redacted 23-9

Was arrested by the Israeli Authorities on Day: 26    Month: 11    Year: 2002

He/She is to date:    Awaiting Trial ☐    Sentenced [X]    Administrative ☐

LIFE SENTENCE

Length of sentence/administrative period:

He/She was released on Day: XXXXX    Month: XXXXX    Year: XXXX

(Tick the box and underline the correct designation)

ICRC

الى من يهمه الأمـر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : صــــام عبـد القـادر أحمد حلبي

مـن : سلفيت    هوية رقم : Redacted ٩-٣-٢٣

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم : ٢٦    شهر ١١    سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐    محكوم/ة [X]    اداري ☐

محكوم/ة او اداري لمدة : حـكـم الحيـاة

وهو/هي اطلق سراحه/ها في يوم ... X ... X    شهر ... X ... X    سنة ... X

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date   21.09.2003   التاريخ    Place   SALFIT    المكان

ICRC Delegate   NATALLEY KAENEL    توقيع مندوب اللجنة

CONFIDENTIAL    SHATSKY-JD01203

CONFIDENTIAL

SHATSKY-JD01204

Redacted



Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted





Redacted

CONFIDENTIAL

SHATSKY-JD01204

CONFIDENTIAL

SHATSKY-JD01205

Redacted



Redacted

Redacted

CONFIDENTIAL

SHATSKY-JD01205

CONFIDENTIAL

SHATSKY-JD01206

Redacted



RABIN MEDICAL CENTER

Redacted

Redacted



CONFIDENTIAL

CONFIDENTIAL

SHATSKY-JD01207

שירות בתי הסוהר

לכבוד ☐ בית חולים _____
☐ מרפאה _____ 30/12/16
☐ _____
☐ _____

יחידה _____
תאריך _____ 17 XII 0
כבוד האסיר

הנדון: הפניית אסיר חולה

פרטי האסיר

| חב׳ פרטי | שם משפחה | שם פרטי | תאריך לידה | אסיר מס׳ | נ׳ אזרחות |
|---|---|---|---|---|---|

האבחנה

פרטי הבקרה והבעיה

GSW Fracture of Rt. Tibia
26.11.02

Sir. Operation For IMN 27/11/02

בדיקה גופנית

1.1.03    מ/67

By Pass op.

התשובה המתבקשת בבדיקה

תיקשח הרופא המטפל
תאריך

CONFIDENTIAL

SHATSKY-JD01208

הואשם ע/קצאדר אהמד חלבי (המכונה "אבו יוסף ")
: ז ר 9236 Redacted וכי' ר 8 Redacted תושב סילואד
עצור מיום 1.02 . 26

## כ ת ב   א י ש ו ם

### פרט ראשון

מ ה ו ת   ה ע ב י ר ה : חברות ופעילות בהתאחדות בלתי . . . עבירה לפי תקנה . . .
1945 . . . חירום

פ ר ט י   ה ע ב י ר ה : הנאשם הנ"ל, באיזור, . . . 2001 . . . . . .
היה חבר . . . בחבר בהתאחדות בלתי מ . . . . דהיינו :
הנאשם הנ"ל, . . . פעיל . . . בפלסטינית מנגנון אבו . . . . . . 2002 . .
נבאיית בהאמתיו של פעיל . . . נגד מטרות ישראליות באיזור . ו. . . . . .
עשתה לה למטרה . . . פיגועים . . . שהיה . . . לרשת הפלסטינית . . . . . . .
. . . . . . . מוסא גנייל המודיעין . . . . . . . . .
הגבירהץ של . . . הפלסטיניה בחמוד צבר. . . "כוח 17" אחמד . . . . . . . .
. . . מאדו . . . וחביב . . . נסכון לכך , ריי . . . סילו . . . . . . .
. . . . . . . . . . . . . . . 2001 . . . . . . . . . . . . . . . .
. . . . . . ופ . . . כוננת 17 . . . . . . . . . "17". שהנו היא . . . . . .

### פרט שני

מ ה ו ת   ה ע ב י ר ה : סחר בציוד מלחמתי, עבירה לפי סעיף 2 . . . אישור סחר בציוד מלחמתי
(יהודה והשומרון) (מס' 243), תשכ"ח-1968.

פ ר ט י   ה ע ב י ר ה : הנאשם הנ"ל, באיזור, . . . שנת 2001 או במועד הסמוך לכך, סחר או . . .
בצורה אחרת בציוד מלחמתי, ללא היתר התום על-ידי מפקד כוחות צה"ייך באיזור או מ . . .
דהיינו :
הנאשם הנ"ל, במועד האמור, יחד עם אחמד חיבי וחסן ואאל, רכי' 10 רובי סיבר בסעיר . . .
10,000.- דינר.

SHATSKY-JD01208

CONFIDENTIAL

SHATSKY-JD01209

<div dir="rtl">

פרט שלישי (ת.א. 657/02):

מהות העבירה: גרימת מוות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראות בטחון (יהודה והשומרון) (מס' 378), התש"ל-1970, וסעיף 14(א) לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מס' 225), התשכ"ח-1968.

פרטי העבירה: הנאשם הנ"ל, באיזור, ביום 24.03.02 או בסמוך הסמוך לכן, גרם במכוונה למותו של אחר, כדלקמן:

1. בעקבות כניסת כוחות צה"ל לסלופית בחודש מרץ 2002 הנאשם נמלט, יחד עם עמאד עמ' וי סלים (חיג'אזי), לבית רימא והגיע לבית חברו. תאמר ראאס סלים רימאווי המכונה "יהודי". שם לנו הנאשם ועמאד ושאשא.

2. למחרת בבוקר תאמר רימאווי הגיע לנאשם ולעמאד ושאשא לצאת יחד עמו לביצוע פיגוע ירי בכוונה לגרום למותם של אזרחים ישראליים. הנאשם, שברשותו היה רובה-רובה קלצ'ניקוב אותו קיבל במסגרת שירותו בי"בית 17", ועמאד ושאשא הסכימו לכך. תאמר רימאווי הצטייד גם נ'א גם נ'א ברובה קלצ'ניקוב ומסר רובה רמי נוסף לידיו של עמאד ושאשא. בנוסף, הנאשם וחבריו ה' וחבריו ה'וז'יקו כל אחד במחסנית מלאה לרובה"ר.

3. בסמוך לשעה 06:30 היתנ לחבריו של תאמר רימאווי גם אחמד תאמר רושדי רחיים (בר'עיותי), אשר נהג ברכב מדגם "מזדה". אחמד בר'עיותי הסיע את הנאשם, תאמר רימאווי ועמאד ונעמאד ונעמאד ונעמ'אן לכביש, המחושיב ברובני הסעיר, למחסום הרשות הפלסטיניתם הסמוך לידי כנסית שם ירדו הנאשם וחבריו מן הרכב, נפרדו מאחמד בר'עיותי ויצאו ברגל לכיוון מקום הפיגוע הפיגוע המתוכנן בעקבותיו של תאמר רימאווי.

4. לאחר שהנאשם וחבריו הגיעו לכביש תמאחר בין היישובים חבנ'יש (נוה צוף) ועטרת, עלה תאמר רימאווי לגבעה המשקיפה על הכביש, ואילו הנאשם ועמ'אן חשאש נותרו למטה כהמתין לו בסמוך עד אשר ישלים את ביצועו הפיגוע המתוכנן.

5. בסמוך לשעה 15:00 הגע למקום אוטובוס "אגד" מן מס' 868 הנשאם לירתם ו'היו ו'היו ביש 01-860-01, 86-, שעשה את דרכו מ'ביניון הקלטסים לבניין עוטרת (להולך "יהישקעזוי"). תאמר רימאווי פתח באש עבר האוטובוס מירחתו ר' קלצ'ניקוב שני שיתו בכוונה כגרום למותו נוסעי האוטובוס.

6. מספר קליעים אותם ירה תאמר רימאווי פגעו באוטובוס, וקליע אחד חדר בתוך האוטובוס ופגע באסתר קליימן ז"ל, אשר נסעה באוטובוס.

7. הנאשם, תאמר רימאווי ועמאן חשאש נמלטו ברגל ממקום הפיגוע ונ'גשיש לקראית, בני זיד. תאמר רימאווי התקשר אך טארק כמאל חסן גע'ל וביניקש ממנו ה'שייו' לאאחמד בר'עיותי להגיע ברכבו למקום. אחמד בר'עיותי הגיע לקראות בני זיד ברכבו, אסף את הנאשם וחבריו והסיעם לבית רימא.

8. במעשיו המתוארים לעיל, גרם הנאשם בכוונה למותה של אסתר קליימן ז"ל, אשר נמצ'א'ה במקום כתוצאה מפגיעת הקליע אותו ירה ת.אברר רימאווי, כפי שנוגגר.

פרט רביעי:

מהות העבירה: חברות ופעילות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) לתקנות הגנה (שעת חירום), 1945.

פרטי העבירה: הנאשם הנ"ל, באיזור, החל מחודש יולי 2002 ועד ליום מעצרו או בסמוך לכך, היה חבר או פעל כחבר בהתאחדות בלתי מותרת, דהיינו:
הנאשם הנ"ל, במהלך התקופה האמורה, היה חבר בחוליה צבאית ששמטה לה למטרה ביצוע פיגועים נגד אזרחים ישראליים.
הנאשם הקים את החוליה הצבאית האמורה ביום 13.07.02 יחד עם בלאל עבאס חד'ר ע'פתאח, אחמד ע'קאדר אבראהים אסלים המכונה "ביקמט'י" ואחמד חסין אחמד מאדי.

</div>

CONFIDENTIAL

תאריך: 13.01.2003

SHATSKY-JD01209

CONFIDENTIAL

SHATSKY-JD01210

<u>פרוט העבירה (וב"ג 02/1989):</u>

<u>מהות העבירה</u> : ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס' 378), תשל"ל-1970, וסעיפים 14, 19 ו-20 לצו בדבר כללי האחריות לעבירות (יהודה והשומרון) (מס' 225), ותשכ"ח-1968.

<u>פרטי העבירה</u> : הנאשם הנ"ל, באיזור, ביום 24.07.02 או במועד הסמוך לכך, ניסה לגרום במווה למותו של אחר, כדלקמן:

1. בחודש יולי 2002 נפגש הנאשם בסלפית עם בלאל עבאס וידבר עמ[?]ד עיפאנה. אשר הציע לו משהו להתקשרת אליו ואל יתר חברי חוליית[ם] הצבאית כביצוע פיגוע ירי לעבר רכב רכב ישראלי בלמכ"ן שנקרייה, כנקמה כגזרה לגבות נוסעי הרכב. הנאשם הסכים לכך.

2. הנאשם ובלאל עיפאנה נפגשו עם אחמ[?]ד ע[?]אדי וב[?]ראהו[?]ל אשלמה הכונה ליצ[?]מיש[?]ה[?] ע[?]ם אחמד חסין אחמד וערבב ישיבו[?]א תכנון פיגוע, במ[?]פגשונ[?]ה הוחלט על הליקת[?] ותפ[?]קד[?]ים בין חברי החוליה. על הנאשם הוטל להטעין את חברי התוליוה[?] למקום הב[?]יגוע וש[?]מעות[?] עליהם[?] משמ בטהא ביצוע הפיגוע.

3. אחמ[?]ד מ[?]אדי פ[?]נה ל[?]מחמ[?]ד חרמ[?] וק[?]בל מ[?]חייו שני רובי טער קלצ[?]ניקוב ו[?]תם[?]ש[?]יות מת[?]אמות ליד[?]ביו אכה. ל[?]אחר מכ[?]ן זווה אחמד מאדי לנ[?]אשם ולחברי חוליית[?]ו על מ[?]שוט ו[?]ה[?]נ[?]מא[?]ות[?] של כלי הנ[?]שק. מבת[?] הת[?]ק[?]ה הת[?]פ[?]מ[?]ן, אשר הו[?]טל עליו, הגיע אחמ[?]ד מאדי ל[?]ב[?]ע[?]ט של היהים חד[?]ל לתה[?]ל יוסף ק[?]אה בלכ[?]בן שרק[?]ייה, שם ביצ[?]ע השיניו תצ[?]פית וס[?]ר[?]יות ב[?]איזור מ[?]כ[?]ר על מ[?]ת ל[?]ת[?]בו את ביצ[?]ע הפ[?]יגוע ה[?]מ[?]ת[?]כנן. ל[?]אחר מ[?]כ[?]ן, הע[?]בירו אחמ[?]ד מ[?]אדי דיווח על ביצ[?]ע ה[?]תצפ[?]יות[?] לנ[?]אשם וחבר[?]י[?]. הוחלט, כי ביצ[?]ע הפ[?]יגוע יד[?]חה ל[?]יום אחד.

4. ל[?]מחרת, ביום 23.07.02 או במ[?]ועד ה[?]סמ[?]וך לנ[?]ך, הנ[?]אשם, אחמ[?]ד אס[?]ל[?]ים וב[?]לאל ע[?]יפ[?]אנה התקש[?]רו אל אחמ[?]ד מ[?]אדי ו[?]ד[?]יווח לו, כי הם מ[?]וכ[?]נים לצ[?]את ל[?]ב[?]יצ[?]ע ה[?]תצ[?]פ[?]יות, וכ[?]י הנ[?]שק בר[?]שות[?]ם. הנ[?]אשם ה[?]ביא ל[?]מ[?]פ[?]גש עם חברי ר[?]כב גנ[?]ב מת[?]וצ[?] יד[?]י[?]ה[?]פ[?]סי. הנ[?]אשם וחברי[?] יצ[?]או בסמ[?]וך לשע[?]ה 00.00 י[?]ח[?]די ל[?]רכ[?]ב[?] של ה[?]נ[?]אשם, אשר נ[?]הג ב[?]ן, ל[?]מ[?]צ[?]וי ה[?]ת[?]בו שרק[?]ייה בה[?]תא[?]ם ל[?]ה[?]נ[?]חיות אונ[?]ן מ[?]סר[?]ו ל[?]ה[?]ם אחמ[?]ד מ[?]אדי ו[?]ה[?]יה[?]ה מ[?]אדי א[?]ס[?]לים ב[?]אמצ[?]עות א[?]ט[?]ל[?]פ[?]ון נ[?]ייד.

5. הנ[?]אשם, אחמ[?]ד א[?]ס[?]ל[?]ים וב[?]לאל ע[?]יפ[?]אנה נ[?]ס[?]עו למ[?]קומ[?]ה ה[?]מ[?]יועד[?] כמ[?]וכ[?]ן ל[?]פי שרק[?]ייה ומ[?]עת[?]ה[?]ר ה[?]פ[?]יגוע מ[?]מ[?]נ[?]ה ניתן לב[?]צ[?]ע א[?]ת ה[?]פ[?]יגוע ה[?]מ[?]ת[?]ך[?]נן. הנ[?]אשם ה[?]נ[?]מ[?]ין ר[?]כ[?]ב[?]ו על מ[?]ת ל[?]מ[?]-ד א[?]ת י[?] ר[?]-ר[?]-ה[?] ה[?]ח[?]ולית בסמ[?]ום ביצ[?]וע הפ[?]יגוע, ב[?]לאל ע[?]יפ[?]אנה הת[?]חב[?]א מ[?]אח[?]ורי ק[?]וב[?]יית בט[?]ון ב[?]סמ[?]וך ל[?]מ[?]ק[?]ום כ[?]אש[?]ר ב[?]רש[?]ות[?]ו ריסיו ת[?]לצ[?]ניקוב[?] וה[?]מ[?]חס[?]ני[?]ת מ[?]ל[?]אה, וא[?]יל[?]ו א[?]חמ[?]ד א[?]ס[?]ל[?]ים וה[?]ת[?]חבר[?]ו ב[?]קד[?]י[?]ר[?]י ה[?]ב[?]-ד[?] וב[?]לאל א[?]ת ב[?]לאל ע[?]יפ[?]אנה ב[?]ר[?]ש[?]ות[?]ו ס[?]ל[?]ט[?]ון נ[?]ייד ר[?]ב[?] ב[?]מ[?]טר[?]ה ל[?]ה[?]ע[?]ב[?]יר ד[?]יווח על ה[?]ת[?]קר[?]ב[?]ות, ר[?]כ[?]ב[?] י[?]ש[?]ר[?]א[?]לי כ[?]א[?]מ[?]צ[?]ד[?]-י[?] ו[?]מ[?]ד[?]יר[?]ה[?]ם[?] ק[?]א[?]ת[?] א[?]ל ב[?]לאל עיפ[?]אנה.

6. עם ק[?]ב[?]ת הד[?]יווח על ה[?]גע[?]ת חברי ה[?]ח[?]וליה[?], אכ[?]פ[?]ר מ[?]אדי וה[?]יה[?]ר כ[?]אש[?] ה[?]יית[?]ה ל[?]ה[?]ב[?]ש[?]יכ[?] ב[?]י[?]נ[?]י של ה[?]יית[?]ה ק[?]את. ה[?]מ[?]ש[?]ת[?]ק[?]ה על ה[?]כ[?]ן[?]יס[?]ה ל[?]ת[?]ון שר[?]מ[?]ת[?]ה[?] ד[?]רך ה[?]כ[?]ב[?]יש ה[?]ר[?]א[?]ש[?]י ר[?]מ[?]א[?]ל[?]ה-ש[?]כ[?]ם. אחמ[?]ד מ[?]אדי וה[?]יה[?]ר ק[?]א[?]ת[?] ע[?]ר[?]ב[?]ו ת[?]צ[?]פ[?]ית ל[?]ע[?]ב[?]ר ה[?]כ[?]ב[?]יש ה[?]ר[?]א[?]ש[?]י כ[?]פ[?]ינ[?]ה ל[?]ד[?]יווח ל[?]ח[?]ב[?]רי ה[?]ח[?]וליות על ה[?]ת[?]ק[?]ד[?]י וה[?]ת[?]ק[?]ה ק[?]את[?] ע[?]ר[?]ב[?]ו ת[?]צ[?]פ[?]ית מ[?]י[?]ד[?]י ל[?]-ד[?] ר[?]י נ[?]וס[?]ע[?]י ה[?]רכב. ה[?]נ[?]אשם וג[?]רה ב[?]כ[?]וונ[?]ה ל[?]מ[?]ות[?]ה[?] של נ[?]וס[?]ע[?]י ה[?]רכב.

7. ב[?]שמ[?]ור[?] כ[?]שע[?]ה 20:01 ב[?]יום 24.07.02 או ב[?]מ[?]ו[?]ע[?]ד ה[?]ס[?]מ[?]וך ל[?]ך, ה[?]ב[?]ת[?]ן גינ[?]י[?]ה[?] מ[?]אד[?] ב[?]רכ[?]ב מ[?]ת[?]וצ[?] ה[?]ונ[?]ד[?]ה[?] סיווו[?]ע[?]י ה[?]נ[?]ש[?]או ה[?]ת[?]וצ[?]א[?]י ר[?]מ[?]א[?]ל[?]ה-ש[?]כ[?]ם (ל[?]ה[?]ל[?]ו ב[?]פ[?]יט זה: "ה[?]רכב"), וב[?]ו נ[?]וס[?]ע[?]ים ר[?]אם נ[?]ס[?]ם מ[?]י[?]ת[?]ה[?] ו[?]מ[?]ת[?]ה[?] מ[?]ל[?]מ[?]ד. אחמ[?]ד מ[?]אדי, אש[?]ר ק[?]ב[?]ל ד[?]יווח מ[?]י[?]ד[?]י על ב[?]ו מ[?]ו[?]ת[?]יר[?]ם ק[?]אנ[?], ה[?]ת[?]ק[?]יש[?]ר א[?]ל אחמ[?]ד א[?]ס[?]ל[?]ים ו[?]ד[?]יווח לו א[?]ת ה[?]ת[?]קר[?]ב[?]ות ה[?]רכב. אחמ[?]ד א[?]ס[?]ל[?]ים ה[?]ע[?]ב[?]יר א[?]ת ה[?]ד[?]יווח ה[?]א[?]מ[?]ור א[?]ל ב[?]לאל ע[?]יפ[?]אנה. כ[?]אש[?]ר ה[?]ג[?]יע ה[?]רכב ל[?]מ[?]ק[?]ומ[?]ה, י[?]צ[?]א ב[?]לאל ע[?]יפ[?]אנה ל[?]כ[?]ב[?]יש ו[?]פ[?]ת[?]ח ב[?]א[?]ש מ[?]ר[?]וט[?]-א[?] ק[?]ל[?]צ[?] ני[?]ק[?]ב ש[?]ב[?]ר[?]ש[?]ות[?]ו ל[?]ע[?]ב[?]ר ה[?]רכב ב[?]כ[?]וונ[?]ה ל[?]גר[?]ום ל[?]מ[?]ות[?] נ[?]וס[?]ע[?]י[?], ו[?]ה[?]מ[?]ש[?]יך ב[?]יר[?]י ל[?]ע[?]ב[?]ר ה[?]רכב עד אש[?]ר ג[?]מ[?]ר[?]ה[?] ה[?]ת[?]מ[?]נ[?]ום ש[?]ב[?]ר[?]ש[?]ות[?]ו.

8. כ[?]ת[?]וצ[?]א[?] מ[?]ן ה[?]יר[?]י ה[?]מ[?]ת[?]וא[?]ר ל[?]ע[?]יל ה[?]ת[?]נ[?]ג[?]ש ה[?]רכב ב[?]מ[?]ע[?]ק[?]ה ה[?]ב[?]ט[?]יח[?]ות ש[?]ב[?]ש[?]ול[?]י ה[?]כ[?]ב[?]יש, ו[?]כ[?]ת[?]וצ[?]א[?]ה[?] מ[?]כ[?]ך נ[?]ח[?]ב[?]ל נ[?]הג ה[?]רכב, ר[?]אם מ[?]ל[?]מ[?]ד, וא[?]ש[?]ת[?] ת[?]ח[?]יה[?] מ[?]ל[?]מ[?]ד, ה[?]נ[?]וס[?]עת ב[?]רכב. כ[?]מ[?]ו כ[?]ן, נ[?]הג ה[?]רכב, ר[?]אם מ[?]ל[?]מ[?]ד, נ[?]פ[?]צ[?]ע מ[?]ר[?]ס[?]יס[?]י ק[?]ל[?]ע[?]ים א[?]ת[?]ם י[?]ר[?]ה ב[?]לאל ע[?]יפ[?]אנה.

9. מ[?]י[?]ד ל[?]אח[?]ר ס[?]יום ב[?]יצ[?]וע ה[?]יר[?]י נ[?]מ[?]ל[?]ט ה[?]נ[?]אשם, אחמ[?]ד א[?]ס[?]ל[?]ים ו[?]ב[?]לאל ע[?]יפ[?]אנה ב[?]רכ[?]ב[?]ו של ה[?]נ[?]אשם מ[?]ן ה[?]מ[?]ק[?]ום. אחמ[?]ד מ[?]אדי וה[?]יה[?]ים ק[?]אנ[?] נ[?]מ[?]ל[?]ט[?]ו ב[?]מ[?]פ[?]ר[?]ס[?]ת ב[?]ית[?]ו של ה[?]יה[?]ים ק[?]אנ[?]. ו[?]צ[?]פ[?]ו ב[?]ב[?]יצ[?]וע ה[?]פ[?]יגוע ה[?]מ[?]ת[?]ו[?]א[?]ר. ת[?]יך ב[?]יצ[?]וע ת[?]צ[?]פ[?]ית ל[?]ע[?]ב[?]ר ס[?]ב[?]יב[?]ת ה[?]מ[?]ק[?]ום, א[?]חמ[?]ד מ[?]אדי וה[?]יה[?]ים ק[?]אנ[?] ש[?]ח[?]ב[?]רי ה[?]ח[?]יל[?]ה[?] ל[?]נ[?]אשם וה[?]יה[?]ים ה[?]נ[?]מ[?]ל[?]ט[?]ים על ת[?]נ[?]וע[?]ת כ[?]וח[?]ות צ[?]ה"ל ב[?]מ[?]ק[?]ום, ו[?]זא[?]ת על מ[?]נ[?]ת ש[?]ח[?]ב[?]רי ה[?]ח[?]יל[?]ה[?] י[?]צ[?]ל[?]יח[?]ו ל[?]ה[?]מ[?]ל[?]ט ל[?]ס[?]ל[?]פ[?]ית.

CONFIDENTIAL

תאריך: 30.01.2003

SHATSKY-JD01210

CONFIDENTIAL

SHATSKY-JD01211

פרט שישי:

מהות העבירה: ביצוע שירות עבור התאחדות בלתי מותרת, עבירה לפי ונקנה 85 (1)(3) לתקנות
ההגנה (שעת חירום), 1945.

פרטי העבירה: הנאשם הנ"ל, באיזור, ביום 03.08.02 או במועד הסמוך ליכך, עשה עבודה כל שהיא
או ביצע שירות כל שהוא בשביל התאחדות בלתי מוהרת, כדלקמן:
במועד האמור, נמנע הנאשם בעלמית עם כל חברי חולייתו הצבאית המנותארת בפרט הראישום
הרביעי עם היותהם חיליל יוסף קאק. הנאשם וחבריו לחוליה הצבאית הוזיעו להיותים קאק, כי
הנאשם והברי חוליייתו סיכמו על מילית קוד שונות וכינויים לחברי החוליה, זו.ה, ישווגשו
בפעילונום.

פרט שביעי (מ.א. 2093/02):

מהות העבירה: גריצמת מות בכוונה, עבירה למי סעיף 51 לצו בדבר דוראיות בטחון יהודה
והשומרון (מס' 378), תשי"ל-1970, וסעיף 14(א) לצו בדבר כלני האחריות, לעבירות יהודה
והשומרון (מס' 225), התשי"ח-1968.

פרט העבירה: הנאשם הנ"ל, באיזור, ביום 05.08.02 או במועד הסמוך לכך, גום בסשווה למומזו
של אחר, כדלקמן:
1. ביום 03.08.02 מיד לאחר גיוסו של היתים ח ליל יוסף קאק לחוליה הצבאית כפי שמתבואר
בפרט האישום הקודם, הציע היתים קאק לנאשם ולחברי חולייתו: אחמד חסיי אחמד מאדי,
אחמד עיאבאדר אבראהאם אסלים הסכוון "יבקטט" ובלאל עבאס חידר עיפאתא, לבצע פינוע
ירי נוסף נעבר רכב ישראלי בכניסה ללובן שרקייה, זאת בכוונה לגרום למותם של אזרחים
ישראליים. הנאשם וחבריו הסכימו לכך.
2. הנאשם וחבריו ערכי ישיבת הכנון הפיגוע, בהתאאם לחלוקת התפמידים, היה על בלאל
עיפתאח ואחמד מאדי לבצע ירי יעבר רכב ישראלכי בכוונה לגרום למות נוסעיי. הנאשם
הוטל להגיע את חברי החוליה למקום הפיגוע המתוכנן ולמלטט משם בסום ביצוע הפיגוע.
3. ביום 04.08.02 או במועד הסמוך לכך, בעמוריה, הנאשם וחבריו מסרו משקפת. איתה הביא
הנאשם, ידי היתים קאק, עליו הוטל תפקיין התצפית בפיגוע. מעמוריה יצא הנאשם עם
חברי החולה אל ביתו של היתים קאק בלובן שרקייה. שם, הנאשם וחבריו ערכו תצפית
לעבר סביבת הכפר ולאחר מכן עזבו את ביתו של היתים קאק.
4. אחמד מאדי נפגש עם מחמד חרים ובתהאם לסיכום מוקדם בין השניים קיבל מידי מחמד
חרים שני מטעני סער קלאציניקוב ומחסניות מלאות לרובים אלה.
5. הנאשם נפגש עם חבריו: אחמד מאדי, אחמד אסלים ובלאל עיפאתא, והמתיו יחד עם
לדיווחו של היתים קאק. הנאשם הביא למפנים זה רכב גוב מדגם "סובארו".
6. לאחר שהיתים קאק ערך תצפית נוספת, בסמוך לשעה 23:30 התקשר אל הנאשם וחברי
חולייתו הורה לחם להגיע ללובן שרקייה ולהמתין להוראותיו לפתיחה באש לעבר רכב
ישראלי. בעוד שהנאשם וחבריו עשו את דרכם ללובן שרקיין ברכבו של הנאשם, שהנאשם
נהג בו, ובשעתשות הרהבים האמורים, היתים קאק העביר לאחמד אסלים דיווחים על תנועת
כלי רכב של צהל בכביש.
7. מנרפספת ביתו המשרקיית על הכניסה ללובן שרקייה דרך הכביש הראשי רמאללה-שכם, ערך
היתים קאק תצפית לעבר הכביש הראשי בכוונה לדווח לנאשם ולחברי החוליה על
התקרבותם של רכב ישראלי.

CONFIDENTIAL

תאריך: 30.01.2003

SHATSKY-JD01211

CONFIDENTIAL

SHATSKY-JD01212

8. הנאשם, אחמד מאדי, אחזנו אסלאם ובלאל עימאתה והגיעו לכניסת מלון שורקייה מהתמקנגהו בטמנו לכביית הוראות. הנאשם הסתתנו בדרכנו יל מנת לקלוט את חביי החולייה בטמין ביצוע הפיגוע. בלאל עימאתה ואחמד מאדי התווכחאו הסתמך לכביש כאשר ביששות כל אחד פונה רוטי קלאציקות ומחסניות פולאות, ואילו אחמד אסלאם הביאו הימון הביצוי למטלת עימאתה ולאחמד מאדי כאשר ברשותו טלפון נייד בפיבירה להעביר דיווח על התקרבות רכב ישראלי מהיידגים קאק לבלאל ע/מתאה ולאחמד מאדי.

9. לאחר כעשר דקות, בסמוך לשעה 00:00, הגיע למקום רכב נוסע יישייגואי" הנהוג ליהויה ותהו ישראלינו מטי 143-08-42, העושה אנו ונהו בכביש דנאלפ-שכנו נותהג ופטיו הבו יהודכיי, ובו נוסעים אברהם וולנסקי הי"ל, ויכבד אנגיטל וולנסקי בן וגנירהט, ינואל בן 3 ומיב בן 8 וחודשים.

10. כאשר הכהון היינום קאק נוחו ברכב, מיד הביעיר יל כך דיווין לאחמד אטולטב, יל מנת שזה יויה לבלאל עימאתה ולאחמד" מאדי לפתוח באשי לעבר הרכב בכוונה לגרום למות נוטעיו. אחמד אטולט הביעיו לבלאל ע/מתאה ולאחמד מאדי את הגירואל של ריייותו קאק.

11. כאשר הורכ הגיע למקום, פתחו בלאל ע/מתאה ואחינו מארי באש נגירנוו טמי קלאציקות שברשותם לעבר הרכב, בכוונה לגרום למות נוטעיו.

12. חלק מן הקליעים אותם ירו בלאל ע/מתאה ואחמד מאדי הודו לתוך הרכב ונגמו באחניטל ויכבד וולנסקי הי"ל, אשר נסעה ברכב.

13. במעשים המתוארים לעיל, גרם הנאשם בכוונה למותה של אנגיטל ויכבד וולנסקי הי"ל, שהייתה בעת נוהגה בחודש השיי שי להריונה, אשר נפטרה במקום כתוצאה מפגיעת הקליעים אותם ירו בלאל ע/מתאה ואחמד מאדי, כפי שתוארו.

---

**פרט שמיני (פ.א. 02/2093):**

<u>מהות העבירה:</u> גרימת מות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תשל"ו-1970, וסעיף ₪ לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, ביום 05.08.02 או במועד הסמוך לכך, גרם בכוונה למותו של אחר, דהיינו: הנאשם הנ"ל, במועד האמור, בכניסה ללובו שרקייה או בסמוך ₪, במעשיאו המתוארים בפרט האישום הקודם, גרם בכוונה למותה של אברהם וולנסקי הי"ל, נין הורים, אשר נטיר במקום כתוצאה מפגיעת הקליעים אותם ירו אחמד מאדי ובלאל ע/מתאה, כפי שתואר בפרט האישום הקודם.

---

**פרט תשיעי (פ.א. 02/2093):**

<u>מהות העבירה:</u> נסיון לגרימת מות בכוונה, עבירה לפי סעיף 51 לצו בדבר הוראות בטחון (יהודה והשומרון) (מסי 378), תשל"ו-1970, וסעיפים 9 ו-50א לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) (מסי 225), תשכ"ח-1968.

<u>פרטי העבירה:</u> הנאשם הנ"ל, באיזור, ביום 05.08.02 או במועד הסמוך לכך, ניסה לגרום בכוונה למותו של אחר, דהיינו:

הנאשם הנ"ל, במועד האמור, בכניסה ללובו שרקייה או בסמוך לכך, במעשיאו המתוארים בפרט האישום השביעי, ניסה לגרום למותו של נוטעי הרכב הישראלי, רבים ככל הניתן. כתוצאה מהתנהגות הנאשם, יגאל וולנסקי, בן 3, אשר נסע ברכב, נפצע בגופו מפגיעה 3 קליעים אותם ירו אחמד מאדי ובלאל ע/מתאה, כפי שתואר בפרט האישום השביעי.

CONFIDENTIAL

SHATSKY-JD01212

CONFIDENTIAL

SHATSKY-JD01213

**פרט עניני :**

**מהות העבירה :** ביצוע שירות עבור התאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(ד) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה :** הנאשם הנ"ל, באיזור, לאחר ביצוע המותאר בפרט האישום השביעי, עשה עבורה כל שהוא או ביצע שרות כל שהוא בשביל האיגוד "הנטיים" (יוניטיים"), שהוא התאחדות בלתי מותרת דהיינו :
הנאשם הנ"ל, במועד האמור, בטליפיה או בסמוך לכך, יחד עם אחמד עקמאני אנתמראם אשתלו המכונה יעקקמני", פנה אל טעדי מוטא דיב, שוינויה, והבקש ממנו להדפים כרוזים, לפיהום האולון "כתתאאב שהאדא אל-אקצאא" (יחדזדי חללי אל-אקצאאיק), הבורא הזבאאתי של האולון "יוניטיויה" (יונגטיום") של הפני"ח, שהוא התאחדות בלתי מותרת. נוטל אחריות לביצוע הפיגוע המותאם בפרט האישום השביעי עד התשיעי. טעדי שתיים הדפים את הכרוזים האמורים, והצבתים לפי הנאשם. הנאשטו, אחמד חטין אחמד מאני ובלאאל עבאס חדר עפתאאו והפיצו את הכרוזים האמורים בטליפיה בהיותם רעולי פנים ותמושים ברובי טער.

**פרט אחד-עשר :**

**מהות העבירה :** קשירות קשר לביצוע עבירה שדינה מעל לשלוש שנות מאסר (נגרימה גיווה, מכווונה), עבירה לפי סעיף 22 לצו בדבר כללי האחריות לעבירה (יהודה והשומרון) תשכ"ה-1968, וליפי סעיף 51 לצו בדבר הוראות ביטחון (יהודה והשומרון) (מס 378), תשיל-1970.

**פרטי העבירה :** הנאשם הנ"ל, באיזור, בחודש אומוסט 2002 או במועד הסמוך לכך, קשר קשר עם אדם אחר לגרום בכוונה למותו של אחר, דהיינו :
הנאשם הנ"ל, במועד האמור, פנה אל בלאאל עבאם חידר עפתאאה והציע לו כצבע מיגוע ידי ניסמים בסמוך לקברים שוכבא יעלין, וזאת בכוונה לגרום למותו אזרחים ישראליים. בלאל עיתפתאח הסכים לכך.
ליטון מיומין הבעות המתכנו. בלאל עפבתאאה פנה אל נתאל אהב-דיימן ובקש ממנו שיע פצצו. נתאל אהב-1 ואין מסר לידי בלאל עפבתאאה סכום של -.500 ש"ח.
כמו כו. הנאשם ובלאל עפבתאאה תכנו לצרף האמור את אחמד חטין אחמד אחו ואה אחמד עקראד אברהאהים אטטיים המכונה "ריקבטי". הנאשם ובלאל עפבתאאה וכבנו, כי פמייו ביצוע הפיגוע הראשון בבית חברו של הנאשם בכפר חירבותא, ובסיום ביצוע הפיגוע השו יימתכו הנאשם וחטריו לסלפית.
הנאשם וחברו לא הצליחו למימש את הקשר האמור בשל מעצרם של חברי חולייה הנאשט.

**עדי התביעה :**

1. רס"מ איצית שמואל, מ.א. 5071 [Heb] התנת בינימי (גובה אמרות הנאשם, מגיש כתב ידי של הנאשם בשפה הערבית, מגיש דו"חות הובלה והצבעה).
2. רס"ב בני שוקרון, מ.א. 7886[Reded] אחי"ב עופר (מגיש דו"ח שחזור).
3. [הוא גם עת/15] רס"ב אלי קוגימן, מ.א. 1951[Red], נקודת גבעת זאב (מגיש קלטת שחזור 1002/00).
4. פקד דוזון אגינדורי, מ.א. 7226[Heb], מעבדת ניידת ת"א (מגיש דו"חות שחזור, מגיש קלטות שחזור 3039/02 ,3040/02).
5. נאזק כמאל חטין זעל, ת.ז. 8591[Redacted][עצור - ת.ת. 943/02].
6. אחמד חטין אחמד מאני, ת.ז. 2635[Redacted] [עצור - ת.ת. 1821/02].
7. בלאל עבאס חדר ע/פתאח, ת.ז. 6133[Redacted] [עצור - ת.ת. 822/02].
8. בריהם חלילי יוסף קאק, ת.ז 6760[Redacted][עצור - ת.ת. 1780/02].
9. אחמד עקמאד אברהאהים אסליים, ת.ז. 2628[Redacted][עצור - ת.ת. 29/03].
10. שאדי אחמד מוצטפא אבו-זינט, ת.ז 1903[Redacted][עצור - סאלם].
11. אחמד גיבאד אמין מחמובה, ת.ז. 6987[Redacted][עצור - סאלם].

תאריך: 03.01.2003
סימוכין: 03-29-ttl

CONFIDENTIAL

SHATSKY-JD01213

CONFIDENTIAL

SHATSKY-JD01214

## ה.א. 657/02

12. רס"ל ד'מר רביד, מ.א. 7557 Redacted, תחנת בנימין (מגיש דו"ח פעולה).
13. נגב"ש אבד רוטנברג, מ.א. 5899 Redacted, תחנת בנימין (מגיש דו"ח פעולה, וכן ת'ר ה-י'י'ד ויבלומית).
14. [הוא גם עת/24] רס"ר ד'ר בנימין, מ.א. 6812 Redacted, תחנת בנימין (מגיש צילומים 95/02).
דו"יחות ביקור בזירה, מרש מוסמכים מכותים כרישום צילומים כבישי ית ה"דב [מגיש זכ"ד/שו/שרות מוסמכ'].
15. [הוא גם עת/3] רש"א אלי אליהו, מ.א. 5951 Red, נקח'ות נזיות אבד (מגיש לוא' למוצגים).
16. רס"ר שריות פלך, מ.א. 5649, רה"ות בנימין (מגיש טופ' לוא' למוצגים).
17. ד'יר הני פרגני, עבריית בנימין פטויות + עדויות.
18. אהד גוזני, ת.ז. 1255 Redacted [הפטויות בתביעה].
19. משה עובד, ת.ז. 1581 Redacted, [כבושים בתביעה].
20. יוגנו פרוטסו, צה"ד [הרטים בתביעה].
21. ציון פאר, צה"ד [הפרטים בתביעה].
22. העודות עובד ביבו - איסוכר לולא' [הוא גם עת/41], מז יפ-מטא"ריר י-ים [הערה למזכירויות: נא לפנות לתביעה לפני ביצוע הזימון].

## מ.א. 1987/02

23. רס"ל יהודה שגיא, מ.א. 818 Redacted, תחנת בנימין (מגיש לוויות וצלומים, מגיש
24. [הוא גם עת/24] רס"ר ד'ר בנימין, מ.א. 6812 ותמצא בנימין (מגיש לוויות וצלומים, מגיש
זכ"ד/בזירה רכב, מגיש זכ"ד. תפרוסה וסימון, מגיש זכ"ד/ב'שרות מוצג).
25. רס"ר רן הרוש, מ.א. 5020 Redacted, תחנת בנימין (מגיש טופס לוא' לעוגים. מגיש זכ"ד/תפרוסה
וסימון). מגיש מוצג / עובדית וכרישום כמצרוף ביתי (255/02).
26. רס"ר משה לביא, מ.א. 260 Redacted, תחנה בנימין (מגיש זכ"ד/תפוסה וסימון, מגיש טופס לוא'
למוצגים, מגיש מוצג 1 מכרטיס כ'רישום מתאים מס' (255/02).
27. עומד סוואעד, צה"ד [נישש - הפטויות בתביעה].
28. ראם מילגד, ת.ד. 1765 Redacted [נתן הרכב - הפטויות בתביעה].
29. תחוה מלמדד, ת.ז. 515 Redacted [נ'ק'תה הרכב - הפרטים בתביעה].
30. ת'עוד רפאני (נ'שיון) ה'דעו המללאה הוע' [שטלן הטאשב].
31. העודות עובד ... כ'מון שדהי, מ'ע-מטא"ריר י-ים [הערה למזכירות: נא לפנות לתביעה לפני ביצוע הזימון].
32. [הוא גם עת/32] חוות דעת מומחה (וב2/07-63539) - פקד מבל גיברץ, מעבדות נשק
מז"פ-מטא"ריר י-ים [הערה למזכירות: נא לפנות לתביעה לפני ביצוע הזימון].

## מ.א. 2093/02

33. רס"ר אהרון אהרון, מ.א. 252 Redacted, תחנת בנימין (מגיש דו"ח פעולה).
34. [הוא גם עת/24] רס"ר דוד בנימין, מ.א. 6812 Redacted, תחנת בנימין (מגיש דו"ח ביקור
בזירה/דו"ית תפיסה מוצגים, מגיש לוויות הצלומים).
35. רס"ר יצחק ימין, מ.א. 4010 Redacted, תחנת בנימין (מגיש טופס לוא' למוצגים, מגיש מוצגים
מכרטיס מס' (263/02).
36. מיזון פליקסל, צה"ד [נשוי הראשון בזירה - הפרקים בתביעה].
37. אלי לבנון, ת.ז. 554 Redacted [נ'הנו' הרצוגים - הפרטים בתביעה].
38. נור מוארב, נ"ח, נשש - הרציטים בתביעה].
39. ד'יר אהרון רוזנו, מ.ר 5893 Red, ב'יח 'שערי צדקי' [מגיש העדות פטירה + עדות].
40. ד'יר אתהן נרים, מ' ר. 403 Red, ב'יח 'הדסה' - עין כרם [מגיש תעוד רפואי].
41. העודות עובד צ'בור - אליעזר לולא' [הוא גם עת/22], מז"פ-מטא"ריר י-ים [הערה למזכירות: נא לפנות לתביעה לפני ביצוע הזימון].
42. [הוא גם עת/32] חוות דעת מומחה (וב2/07-64145) - פקד מבל גיברץ, מעבדת נשק,
מז"פ-מטא"ריר י-ים [הערה למזכירות: נא לפנות לתביעה לפני ביצוע הזימון].

ולדין בורודובסקי, סגן
תובע צבאי

CONFIDENTIAL

SHATSKY-JD01214

# Exhibit 146



| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | Prisoner Salary Statement | | | | |
| | | | Prisoner no. 50625 | | | | |
| | | | Prisoner Name: Hussam Abdul-Kader Ahmad Halabi    Document no. 410249239 | | | | |
| | | | Redacted | | | | |
| 4 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.440.18 |
| 5 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.440.18 |
| 6 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.840.18 |
| 7 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.440.18 |
| 8 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.440.18 |
| 9 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.404.21 |
| 10 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.404.21 |
| 11 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.404.21 |
| 12 | 2020 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.804.21 |
| 1 | 2021 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.404.21 |
| 2 | 2021 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3.404.21 |

Page 1 of 2

Confidential

Shatsky-JD00292-T

**7/28/21**

jb

**Salem 6**

שגיאה! שם מאפיין מסמך לא ידוע.

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 50625 Prisoner Name: Hussam Abdul-Kader Ahmad Halabi   Document no. 410249239 | | | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| 3 | 2021 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3,404.21 |
| 4 | 2021 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3,404.21 |
| 5 | 2021 | Hussam Abdul-Kader Ahmad Halabi | Redacted 9239 | | | | 3,404.21 |

Page 2 of 2

Confidential

Shatsky-JD00293-T

שגיאה! שם מאפיין מסמך לא ידוע.

# Translator's Certification

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE PALESTINE LIBERATION<br>ORGANIZATION and THE PALESTINIAN<br>AUTHORITY,<br><br>                              Defendants. | Case No. 18-cv-12355 (MKV) |

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel).  I read Arabic and English fluently, and I am qualified to translate from Arabic into English.

2.      I certify that the attached documents are true and accurate translations of the Arabic originals designated as "Shatsky-JD00012" through "Shatsky-JD00534."  The translations are labelled with Bates numbers that correspond to the original documents, with the addition of a "-T" at the end to indicate that it is a translation.

3.      To the extent that some of the information in the original documents was not clearly legible, I have translated such information into English to the best of my ability.  Such instances are marked with an asterisk ("[*]").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 24, 2021

Yaniv Berman

Original

كشف راتب أسير

رقم الأسير 50825
اسم الأسير   حسام عبدالقادر احمد حلبي

رقم الهوية: 410240239

| الشهر | السنة | اسم المستفيد | رقم البطاقة | الدفع | الدرجة | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

Redacted

| الشهر | السنة | اسم المستفيد | رقم البطاقة | | | | الراتب |
|---|---|---|---|---|---|---|---|
| 4 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,446.18 |
| 5 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,446.18 |
| 6 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,846.18 |
| 7 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,446.18 |
| 8 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,446.18 |
| 9 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,404.21 |
| 10 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,404.21 |
| 11 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,404.21 |
| 12 | 2020 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,804.21 |
| 1 | 2021 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,404.21 |
| 2 | 2021 | حسام عبدالقادر احمد حلبي | Redacted 9239 | | | | 3,404.21 |

CONFIDENTIAL

Shatsky-JD00292

كشف راتب أسير

| رقم الأسير | 50625 |
| اسم الأسير | د. عبدالقادر احمد حليم |
| رقم الدفعة | 410249239 |

| الرواتب | رقم الحساب | الفرع | البنك | رقم العلاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 3,404.21 | | | | Redacted 3239 | تمام عبدالقادر احمد حليم | 2021 | 3 |
| 3,404.21 | | Redacted | | Redacted 3239 | جمام عبد القادر احمد الحنبي | 2021 | 4 |
| 3,404.21 | | | | Redacted 3230 | هشام عبد القادر احمد الحنبي | 2021 | 5 |

CONFIDENTIAL

Shatsky-JD00293