# Exhibit 173

CONFIDENTIAL                                                                 SHATSKY-JD01729-T

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

In the Name of Allah, the
Merciful, the Compassionate

[Emblem of the
Palestinian Authority]

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

[Round stamp:] State of
Palestine / Ministry of Detainees
and Ex-detainees / 02.24.2012 /
Gen. Dep. Of Detainees and Ex-
detainees/Checked/Indictments

**Main Prisoner Form**

*Based on the Legal Department's decision
that is attached to the file*

| √ **Form no.:** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Form issuance date:** | 2.7[*].2012 | | | **Ministry's administration/branch:** | | | | | |

[stamp][handwritten signature]

*Based on the attached Legal
Department's decision*

**1. Basic information concerning the prisoner:**

| **ID no. (9 digits)** | Redacted | | | | | 1 | 0 | 7 | 3 |
|---|---|---|---|---|---|---|---|---|---|
| **Four-part name:** | **First name** | | **Father's name** | | **Grandfather's name** | | **Family name** | | |
| | Iyad | | Hasan | | Hussein | | Fatafta | | |
| **Mother's name:** | Sabiha Fatafta | | | **Gender:** | | ☑ **Male** | | ☐ **Female** | |
| **DoB:** | / / 78 | | | **Place of birth:** | | Tarqumiya | | | |
| **Education:** | ☐ Illiterate | ☐ Elementary | ☑ High school | ☐ Diploma | | ☐ University | | ☐ Higher education | |
| **Profession prior to arrest:** | Laborer | | | **Organization:** | | | | | |
| **Arrest date:** | 12.21.2010 | | | **Place of arrest:** | | Ashkelon | | | |
| **Arrest status:** | ☑ Detained | ☐ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other | | |
| **In case of life sentence according to ICRC Certificate** | **Day** | **Month** | **Year** | **Expected release date according to verdict:** | | **Day** | **Month** | **Year** | |
| **Permanent residence:** | **Governorate:** | Hebron | | **Residential complex:** | | Redacted | | | |
| **Notes:** | | | | | | | | | |

**2. Information concerning previous arrests:**

**Number of previous arrests:** ___X___ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

1

[English] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha
building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha
building
Tel: 02-2226423 Fax: 02-2213993

CONFIDENTIAL                                                                 SHATSKY-JD01729-T

CONFIDENTIAL

SHATSKY-JD01730-T

In the Name of Allah, the
Merciful, the Compassionate

[Emblem of the
Palestinian Authority]

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☑ Married | ☐ Divorced | ☐ Widow | | |
|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | |
| Spouse's ID No. | Redacted | | 4 | 5 | 1 | 0 | Marriage Contract Date | | |
| Spouse Name | Sana Ahmad Hasan Fatafta | | | Number of Children: | 2 |

| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |
|---|---|---|---|---|
| No. | Name | DoB | Marital Status | Education |
| 1. | N Redacted | Redacted .2009 | | |
| 2. | H redacted | Redacted .2010 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | 4 | 5 | 1 | 0 |
|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Sanaa Ahmad Hasan Fatafta | | | Relationship: | Prisoner's wife | | |
| Date of Authorization if Available: | | Authorization's Period of Validity: | | | | | |
| Bank: | | Bank Branch: | | | | | |
| Account No.: | Redacted | Redacted | | Redacted | | | |
| Landline Phone No.: | | Cell Phone No.: | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Hebron | Residential complex: | | | | |
| Notes: | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | [handwritten signature] |

2

[English] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

CONFIDENTIAL

SHATSKY-JD01730-T

CONFIDENTIAL

SHATSKY-JD01738-T

25-JAN-2012 09:22 from: WASEEM DAWAR  972 2 6259753     TO: 022955243  P. 6/10

6

6.     Trafficking in vehicles - an offence pursuant to Section 413(k) of the Law.


### Count No. 5 (Defendants 1 and 2)

(Criminal Case 483657/2010)


**A.  The Facts:**

1.     On December 17th, 2010, Defendants 1 and 2 (henceforth referred to in this Indictment: "the Defendants") decided to unlawfully enter the State of Israel in order to murder Jews. To that end, the Defendants armed themselves with knifes that they brought from home. On that very day, the Defendants infiltrated into the Beit Shemesh area, and slept in one of the fields.

2.     The following day, at around 4 P.M., near the town of Mata, the Defendants noticed C. L., who was born in 1966, and K. V., who was born in 1964 (henceforth: "C" and "K", respectively), who were walking around in the area at that time. The Defendants approached the two and asked them if they had water. Since the reply was negative, the Defendants backed away from the two. K. and C. decided to leave the area, out of fear of the Defendants. At this stage, K. was even holding on to a knife that she had, so that she could defend herself if needed.

3.     The Defendants decided to murder C. and K. They followed them, and C. caught her and tackled her. Defendant 2, who was holding a large knife, caught K., but K. struggled with him, and even managed to lightly stab him. Defendant 2 got K. under his control and tackled her. The Defendants had K. and C. sit on the ground.

4.     During the events described above, C. and K. pleaded with the Defendants not to harm them, and even offered to give them all of their belongings, including the car they had driven there. G. also pleaded with the Defendants and tried to persuade them that they are not Jewish, in order to convince them not to harm them. In response, one of the

[Round stamp in Arabic] The Palestinian National Authority / Office of Prisoners and Ex-Prisoners / Feb. 24, 2012 / The Directorate of Detainees and Ex-Detainee Affairs / Reviewed / Indictments

Defendants grabbed a medallion in the shape of a Jewish star hanging on K. neck, crying out, in Arabic, "what is this", in order to prove to her that they are Jewish. He took the medallion off of K.'s neck, and put it in his pocket.

5.   Several minutes later, during which C. and K. were pleading for their lives, the Defendants tied C. and K.'s hands behind their backs using K.'s shoelaces, and afterwards, the Defendants removed the fleece jacket that C. was wearing, cut it in two, and used it to cover both of their eyes.

6.   The Defendant stabbed C. several times in her chest, on the left. The stabs penetrated her left lung, her heart, her diaphragm, her spleen, her liver, and even her left kidney. K. screamed in pain as she was being stabbed, and pleaded for her life. Defendant 2 stabbed K. repeatedly in her chest, and even bent her head down while she was seated, and stabbed her in the back. K. pretended to be dead and kept quiet, and the Defendants left the area.

*K. remained alive.*

CONFIDENTIAL                                SHATSKY-JD01738-T

CONFIDENTIAL                                          SHATSKY-JD01739-T

25-JAN-2012 09:22 from: WASEEM DAWAR  972 2 6259753    TO: 022955243  P. 7/10

7

7.   Several seconds later, C. groaned one last time, and the Defendants, who heard her, came back immediately and stabbed her again, several times. The Defendants also stabbed K. one more time, above her chest, on the left, to make sure she was dead. C. continued to feign death, and the Defendants left the area.

8.   C. died of her wounds shortly thereafter. K. was seriously wounded and was hospitalized in Hadassah Ein Karem hospital, where she went through numerous medical procedures, including surgery, and was discharged on December 27th, 2010.

9.   In their aforementioned actions, Defendants 1 and 2 caused the premeditated death of C., since they had decided to kill her and had killed her in cold blood after having prepared themselves and their instruments for this. The Defendants also tried to unlawfully cause K.'s death.

[Round stamp in Arabic] The Palestinian National Authority / Office of Prisoners and Ex-Prisoners / Feb. 24, 2012 / The Directorate of Detainees and Ex-Detainee Affairs / Reviewed / Indictments

**B.   Statutory provisions under which the Defendant is charged:**

1.   Murder - an offense pursuant to Section 300 (a)(2) of the Law.

2.   Attempted murder - an offense under Section 305 (1) of the Law.

CONFIDENTIAL                                          SHATSKY-JD01739-T

# Original

CONFIDENTIAL

SHATSKY-JD01726



120475

6967

## TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:        **AYAD HASSAN HOSSEIN FATAFTAH**

From:      **HEBRON**

ID NO: Redacted 1073

Was arrested by the Israeli Authorities on (dd/mm/yyyy):   21.12.2010

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

77269

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم _____ Redacted ١٠٧٣

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢١ / شهر ١٢ / سنة ٢٠١٠

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة ✗✗ إداري ____

محكوم/ة أو إداري لمدة _____ اسما مدا

وهو/هي أطلق سراحه/ها في يوم ✗✗/ شهر ✗✗ / سنة ✗✗

**CERTIFIED UPDATE**

Date:  **24.05.2012**
التاريخ

C R C C  2 3 -03- 2014

International Committee of the Red Cross

Place:  **HEBRON MD**
المكان

**BARBARA LEGQ**
ICRC Delegate
توقيع مندوب اللجنة

ILJ ~855991

CONFIDENTIAL

SHATSKY-JD01726

CONFIDENTIAL

SHATSKY-JD01727

120475



## TO WHOM IT MAY CONCERN

6/1

**CICR** This attestation is valid only if the English and Arabic parts match each other



According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:  **AYAD HASSAN HOSSEIN FATAFTAH**

ID NO: Redacted **1073**

From:  **HEBRON**

Was arrested by the Israeli Authorities on (dd/mm/yyyy):  **21.12.2010**

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



29267

الى من يهمه الأمر

**CICR** هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين !!عربية والإنجليزية!!

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم Redacted ١٠٧٣

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢١ / شهر ١٢ / سنة ٢٠١٠

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _XX_ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحه/ها في يوم _XX_ / شهر _XX_ / سنة _XX_

**CERTIFIED UPDATE**

Date  24.05.2012   التـاريـخ

0 9 -08- 2015

International Committee of the Red Cross

Place  HEBRON MD   المكـان

**BARBARA LEGO**
ICRC Delegate
توقيع مندوب اللجنة

55 991

CONFIDENTIAL

SHATSKY-JD01727

CONFIDENTIAL

SHATSKY-JD01728

6967



## TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:     **AYAD HASSAN HOSSEIN FATAFTAH**

From:   *HEBRON*                              ID NO: Redacted 1073

Was arrested by the Israeli Authorities on (dd/mm/yyyy):     **21.12.2010**

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

477 269

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ إياد _____ حسين فطافطة

من _____ الخليل _____ هوية رقم _____ Redacted 1073

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٢ / شهر ١٢ / سنة ٢٠١٠

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة xx إداري _____

محكوم/ة أو إداري لمدة _____ مؤبد _____

وهو/هي أطلق سراحة/ها في يوم xxx / شهر xx / سنة xxx

Date:    24.05.2012
التاريخ

Place:   **HEBRON MD**
المكان

LJ-855991

BARBARA LECQ
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01728

CONFIDENTIAL
SHATSKY-JD01729

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

السلطــة الوطنيــة الفلسطينيــة
وزارة شــؤون الأســرى والمحرريــن
مديرية الخليل

استمارة الأسير الرئيسية

| | |
|---|---|
| رقم الاستماره | |
| تاريخ تعبئة الاستمارة | ٢٠ ١٢ ٢ ٤ |
| المديرية/فرع الوزارء: | |

١.  المعلومات الرئيسية للأسير :-

| | | | | |
|---|---|---|---|---|
| رقم الهويه: (تسع خانات) | | ٣ | ٧ | ٨ |
| الاسم الرباعي: | | | | بيان |
| اسم الام: | | | | فضا فضه |
| تاريخ الميلاد : | | | | ٧٨ |
| المؤهل العلمي: | ○أمي | ○ الاساسيه | ●ثانوي | ○دبلوم |
| المهنة قبل الاسر: | ○جامعي | ○ دراسات عليا | | عامل |
| تاريخ الاسر: | | | | ١٢/٥/٢٠١٥ |

| | | | |
|---|---|---|---|
| اسم العائله | نضا فضه | | |
| الجنس | ●ذكر  ○انثى | | |
| مكان الولاده: | | | |
| التنظيم: | | | |
| مكان الاعتقال: | | | |
| | ○اداري  ○محرر | ○ اخري | |

الوضع الاعتقالي: ●موقوف  ○ محكوم

| في حالة محكوم مدة الحكم حسب شهادة الصليب | | |
|---|---|---|
| اليوم | الشهر | سنه |
| تاريخ الافراج المتوقع حسب قرار الحكم | | |
| اليوم | الشهر | سنه |

| المحافظه | الخليل |
|---|---|
| العنوان الدائم: | |
| ملاحظات: | |
| التجمع السكاني | Redacted |

٢- بيانات الاعتقال السابقة:

عدد مرات الاعتقال السابقة :--------- فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث الى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الافراج | مدة الافراج | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنه | |
| ١- | | | | | | | |
| ٢- | | | | | | | |
| ٣- | | | | | | | |
| ٤- | | | | | | | |
| ٥- | | | | | | | |

Ramallah, P.O. Box 2105
Tel: 022226423 02-2213993
Hebron/wad altofah st –almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@paluet.edu

رام الله ص.ب 2105
تلفون: 2226423-2213993
مديرية الخليل –شارع واد الفتاح –عمارة المها
تلفون: 02-2226423 فاكس: 2213993

CONFIDENTIAL
SHATSKY-JD01729

CONFIDENTIAL

SHATSKY-JD01730



Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

السلطــة الوطنيــة الفـلسطينيــة

وزارة شـؤون الأسـرى والمحـريـن

مديرية الخليل

3- بيانات الوضع الاجتماعي:

| | | | | | | الحالة الاجتماعيه: |
|---|---|---|---|---|---|---|
| ○ أرمل | | ○ مطلق | ☒ متزوج | ○ اعزب | | في حالة متزوج/ة : |

نعبئة بيانات الزوج/ة والابناء

| / / | تاريخ عقد الزواج | Redacted | ٤ ٥ ١ ٥ | | رقم هوية الزوج/ة : |
|---|---|---|---|---|---|
| ٢ | عدد الاولاد | سناء سمير عبد فطافطه | | اسم الزوج /ة : |

بيانات الابناء من الزوجة الاولى :( الابناء الذكور اقل من 18 سنه ، والبنات غير متزوجات بغض النظر عن اعمارهن)

| المؤهل العلمي | الحاله الاجتماعيه | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | Redacted 2009 | Redacted | 1 |
| | | Redacted 2010 | Redacted | 2 |
| | | | | 3 |
| | | | | 4 |
| | | | | 5 |
| | | | | 6 |
| | | | | 7 |
| | | | | 8 |
| | | | | 9 |

4- بيانات الوكيل " المستفيد"

| ٤ ٥ ١ ٥ | | Redacted | رقم هوية"المستفيد" |
|---|---|---|---|
| سناء سمير عبد فطافطه | | | اسم الوكيل "المستفيد" |
| / / | | | تاريخ الوكاله: |
| | | | البنك: |
| Redacted | Redacted | | رقم الحساب: |
| Redacted | | | رقم الهاتف الارضى: |
| ١ الخليل | | المحافظة: | العنوان الدائم للمستفيد: |
| / | التجمع السكاني: | | ملاحظات |

| ملاحظات مقدم الطلب: |
|---|
| اقرار: انا الموقع ادناه اقر واشهد بان كافة المعلومات الوارده في الطلب صحيحه واتحمل مسؤوليتها |
| توقيع مقدم الطلب: |

Ramallah, P.O. Box 2105
Tel: 022226423 02-2213993
Hebron/wad altofah st –almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@palnet.edu

رام الله ص.ب 2105
تلفون: 2226423-2213993
مديرية الخليل -شارع واد الفتاح- عمارة المها
تلفون: 02-2226423 فاكس: 2213993

CONFIDENTIAL

SHATSKY-JD01730

CONFIDENTIAL

25-JAN-2012 09:22 From:WASEEM DAKWAR          972 2 6259753          To:022955243          P.6/10

6

.6     מסחר בכרב – עבירה לפי סעיף 413 יא' לחוק.

**אישום מס' 5** (נאשמים 1 ו-2)

(פל"א 483657/2010)

א.   **העובדות**

1    ביום 17.12.10 החליטו הנאשמים הנאשמים 1 ו – 2 – (להלן באישום וה   הנאשמים) להיכנס לתחומי
מדינת ישראל שלא כדין, כדי לרצות יהודים. לשם כך, חצטיידו הנאשמים בסכינים
יעאותם הביאו מביתם. הנאשמים הסתננו באותו היום לאיזור שמטע, ויישנו באחד
הישדות.

2    למחרת היום בסמוך לשעה 05.00, ליד הישוב מוטע, חבריהט הנאשמנים בכי ל', ילידת 1966,
ובכי ו', ילידת 1964 (להלן "בכי" ו-"קי" בהתאמה) אשר טיילכ באותו חשיער באיזור
הנאשמים ניגשו אל השתיים ושאלו אותן אם יש להן מים. משישענו בשליליה, התרחתקו
הנאשמים מהשתייים. קי וכי החליטו לעזוב את המקים, מפאת פחדן מהנאשמנים. בשכב זה
קי אף חחזיקה סכין שהיייהה ברשונה, כדי שתוכל להתגונן במידת הצורך.

3    הנאשמים החליטו לרצות את ני וקי, ושלבו אחריהו. הנאשם 1 תפש את קי והפיל אוותה על
האדמה. הנאשם 2, ובחידו סכין גדולה, תפש את קי, אך זו נאבקה בו, ואף תבליחח לדקור
אותו דקירה קלה ביד. בסופו של דבר, חנאשם 2 השתלט יעל קי, והפיל אותה יל הרצפה.
הנאשמים הושיבו את קי וכי על האדמה.

4    במהלך האמור לעיל התחננו ני וקי בפני הנאשמים שלא יפגעו בהן, ואף הציעיו כי יתנו להם
את כל רכושן, כולל תמכונות שאותה הן הגיעו למקום. קי אף הפצירה בנאשמים יניטותה
לשכנע אותם כי הן אינן יהודיות, זאת כדי לשכנעם שלא לפגוע בהן. בתגובה, תפש אחד
הנאשמים תלוין מגן דוד שהיה סביב צווארה של קי, והתריס כלפיה בערבית: "מה זהיי"
ואת כדי להוכיח לה כי הן יהודיות. את חתליון הוא חוריד מצוזארה של קי, ושם בכיסו.

5    לאחר מספר דקות בהן תנוחנגו קי וקי על נפשן, קשרו הנאשמים את ידיהן של קי וכי
מאחורי גבן, באמצעות שרוכי העליים של קי. לאחר מכן, הורידו הנאשימוי את מעיל
הפיו שלבשה קי, חתכו אותו לשניים, וקשרו באמצעותם את העיניים של שתיהן.

6    הנאשם 1 דקר את כ מספר דקירות בבית החזזה מישמאל, אשר חדרו דרך חזיאה
השמאלית אל הלב, הטרנעבת, הטחול, הכבד, ואף דרך חבליה השמאלית. קי צרחה מכאב
במהלך הדקירות והתתנתנו על חייה. הנאשם 2 דקר את קי דקירות מרובות באזור החזה,
ואו כופף את ראשה לכון מטה, בעודה יושבת, ודקר אותה גם בגבה. קי המעמידה פני מותה,
ושתקה, והנאשמים עזבו את המקום.

CONFIDENTIAL

25-JAN-2012 09:22 From:WASEEM DAKWAR          972 2 6259753          To:022955243          P.′/16          SHATSKY-JD01739

7.  לאחר מס׳ שניות, נאנחה כי אנחח אחרונה, וחנאשמים, אשר שמעו אותה, חזרו מיד ודקרו אותה שוב מספר דקירות. הנאשמים דקרו גם את קי פעם נוספת מעל חזה בצד שמאל, כדי לוודא את מותה. קי המשיכה לחעמיד פני מתח, והנאשמים נמלטו מהמקום.

8.  כי מתח חוך זמן קצר מפצעיח. קי נפצעת באורח קשה, אושפזה **בבית החולים** ״הדסח״ עין כרם, עברה טיפולים רפואיים רבים, ובכלל זה גם ניתוח, ושוחררה ביום 27.12.10.

9.  כמעשיחם האמורים, גרמו חנאשמים I ו-2 בכוונה תחילה למותה של כ׳, בכך שהחליטו לחמיתח וחמיתוח בדם קר לאחר שחכינו עצמם וכן מכשירים לכך, כמו כן ניסו הנאשמים שלא כרין לגרום למותה של קי.

ב.  <u>הוראות החיקוק לפיהן מואשם הנאשם:</u>

1.  רצח – עבירח לפי סעיף 300(א)(2) לחוק.

2.  ניסיון רצח – עבירה לפי סעיף 305(1) לחוק.



Exhibit 174

Prisoner Salary Statement

Prisoner no. 29267
Prisoner Name: Iyad Hasan Hussein Fatafta
Document no. 902581073

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 1 of 4

Confidential

Shatsky-JD00516-T

Prisoner Salary Statement

Prisoner no. 29267
Prisoner Name: Iyad Hasan Hussein Fatafta      Document no. 902581073

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 4

Confidential



Prisoner Salary Statement

Prisoner no. 29267
Prisoner Name: Iyad Hasan Hussein Fatafta          Document no. 902581073

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|

Redacted

Page 3 of 4

Confidential

Shatsky-JD00518-T

| | | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 29267 | | | | | | | | |
| Prisoner Name: Iyad Hasan Hussein Fatafta | | | Document no. 902581073 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary | |
| | | | | Redacted | | | | |
| 4 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 5 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 6 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,730.00 | |
| 7 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 8 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 9 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 10 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 11 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 4,330.00 | |
| 12 | 2020 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 5,465.48 | |
| 1 | 2021 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 6,230.00 | |
| 2 | 2021 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 6,230.00 | |
| 3 | 2021 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 6,230.00 | |
| 4 | 2021 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 6,230.00 | |
| 5 | 2021 | Sanaa[*] Ahmad Fatafta | Redacted 4510 | | | | 6,230.00 | |

Page 4 of 4

Confidential

Shatsky-JD00519-T

Original



كشف راتب أسير

رقم الأسير   29287
اسم الأسير   اياد حسين حسون لطفلشه

رقم مفوضة   902581073

CONFIDENTIAL

Shatsky-JD00516



كشف راتب أسير

رقم الأسير 29257
اسم الأسير أياد عمر حسين فضافطه

رقم الزيارة 802581073

| التشهير | السنة | اسم الجمعية | رقم البطاقة | البنك | الفرع | رقم الحساب | الرتبة |
|---|---|---|---|---|---|---|---|

Redacted

تم من المطبعة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير   29267
اسم الأسير   اياد حسن حسين مطالقه

رقم المعاملة   002581073

| الراتب | رقم الحساب | الفرع | البلد | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|--------|-----------|-------|-------|-------------|--------------|-------|-------|

Redacted

CONFIDENTIAL

Shatsky-JD00518

كشف راتب أجير

| رقم الأجير | 29267 |
| اسم الأجير | إياد حسين حسون ذلة له |

رقم الرخصة 902561073

| أو الثبي | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

| 4,350.20 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 4 |
| 4,350.50 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 5 |
| 4,750.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 6 |
| 4,350.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 7 |
| 4,350.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 8 |
| 4,350.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 9 |
| 4,350.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 10 |
| 4,350.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 11 |
| 5,465.48 | | | | Redacted 1510 | سناء احمد طلافحة | 2020 | 12 |
| 5,230.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2021 | 1 |
| 5,230.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2021 | 2 |
| 5,230.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2021 | 3 |
| 5,230.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2021 | 4 |
| 5,235.00 | | | | Redacted 1510 | سناء احمد طلافحة | 2021 | 5 |

Redacted

CONFIDENTIAL

Shatsky-JD00519

Exhibit 175

CONFIDENTIAL *Allowance increase 10 years   300163*          SHATSKY- JD01705-T



[English:] <u>TO WHOM IT MAY CONCERN</u>

No. 04558

**C I C R**                                                        7846

**This certificate is valid only if the English and Arabic parts match each other.**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr: EZZELDIN KHALED HOSSEIN HAMAMREH**          *1631 Risha*

**From: BETHLEHEM    ID No.** <sup>Redacted</sup>406-3

**Was arrested by the Israeli Authorities on (DD/MM/YYYY):** 07.03.2004

**He is to date:  Sentenced**

**Length of sentence / administrative period:** <u>LIFE SENTENCE</u>

**He/She was released on (DD/MM/YYYY):** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



[Arabic:] <u>TO WHOM IT MAY CONCERN</u>

**C I C R**

**This certificate is valid only if the English and Arabic parts match each other.**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr: EZZELDIN KHALED HOSSEIN HAMAMREH**          *1631 Risha*

**From: BETHLEHEM    ID No.** <sup>Redacted</sup>406-3

**Was arrested by the Israeli Authorities on Day:** <u>7</u> **Month:** <u>3</u> **Year:** <u>2004</u>

**He is to date: Awaiting Trial** _____ **Sentenced** _____ **Administrative** _____

**Length of sentence / administrative period:** <u>life sentence</u>

**He/She was released on Day:** __/_____ **Month:**___/_____**Year:**___/____

**(Tick the box and underline the correct designation)**

**Date: 08.26.2006**

**Place: BETHLEHEM/NR**

CONFIDENTIAL

| CERTIFIED UPDATE 03.18.2014 International Committee of the Red Cross [Stamp of the Red Cross] |
|---|

*[Signature]*

**ELISA QUEROI**

**ICRC Delegate**

SHATSKY- JD01705-T

**CONFIDENTIAL**    7846    *300163*                          SHATSKY- JD01706-T



                          [English:] <u>**TO WHOM IT MAY CONCERN**</u>

                                                                No. 04558

**C I C R**

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr: EZZELDIN KHALED HOSSEIN HAMAMREH**

**From: BETHLEHEM      ID No.** <sup>Redacted</sup>406-3

**Was arrested by the Israeli Authorities on (DD/MM/YYYY):** 07.03.2004

**He is to date:**  Sentenced

**Length of sentence / administrative period:** <u>LIFE SENTENCE</u>

**He/She was released on (DD/MM/YYYY):** XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



                          <u>**[Arabic:] TO WHOM IT MAY CONCERN**</u>

                                                    *[Illegible word]*

**C I C R**                                          *Not eligible for increment*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr: EZZELDIN KHALED HOSSEIN HAMAMREH**

**From: BETHLEHEM      ID No.** <sup>Redacted</sup>406-3

**Was arrested by the Israeli Authorities on Day:** <u>7</u> **Month:** <u>3</u> **Year:** <u>2004</u>

**He is to date: Awaiting Trial** _____ **Sentenced** _____ **Administrative** _____

**Length of sentence / administrative period:** <u>life sentence</u>

**He/She was released on Day:** __/_____ **Month:**___/_____**Year:**___/_____

**(Tick the box and underline the correct designation)**

**Date: 08.26.2006**      | CERTIFIED UPDATE           *[Signature]*

                           | 10.05.2011                 **ELISA QUEROI**

**Place: BETHLEHEM/NR**    | International Committee of  

                           | the Red Cross              **ICRC Delegate**

                                      | [Stamp of

**CONFIDENTIAL**                      | the Red       SHATSKY- JD01706-T

                                      | Cross]

CONFIDENTIAL                                                                     SHATSKY-JD01707-T

0598012419 / 2779090 / 5

    7846

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |

| illegible | **Main Prisoner Form 300163** | OK |

| Form no.: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/13/2011 | | | Ministry's administration/branch: | | Bethlehem | | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 4 | 0 | 6 | 3 |
|---|---|---|---|---|---|---|---|---|
| **Four-part name:** | First name | | Father's name | | Grandfather's name | | Family name | |
| | Izz al-Din | | Halid | | Hussain | | Hamamra | |
| **Mother's name:** | Khadra | | | | **Gender:** | | ☐ Male ☑ Female | |
| **DoB:** | Redacted /1978 | | | | **Place of birth:** | | Beit Jala | |
| **Education:** | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☑ University | | ☐ Higher education | |
| **Profession prior to arrest:** | Clerk / [illegible] | | | | **Organization:** | | Fatah | |
| **Arrest date:** | 3/7/2004 | | | | **Place of arrest:** | | Home | |
| **Arrest status:** | ☐ Detained | ☑ Sentenced | | ☐ Administrative | ☐ Free | | ☐ Other | |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| Permanent residence: | Governorate: | Bethlehem | Residential complex: | Redacted |
|---|---|---|---|---|
| Notes: | | | | |

**2. Information concerning previous arrests:** ___[illegible]___. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                      SHATSKY- JD01708-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☑ Single | | ☐ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | | |
| Spouse's ID No. | | | | | | Marriage Contract Date | | / / |
| Spouse Name | | | | | | | Number of Children: | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | The prisoner himself | | | | Relationship: | | |
| Date of Authorization if Available: | / / | | | Authorization's Period of Validity: | | | |
| Bank: | Redacted | | | Bank Branch: | | Redacted | |
| Account No.: | | | | Redacted | | | |
| Landline Phone No.: | | | | Cell Phone No.: | | | |
| Permanent Beneficiary's Address: | Governorate: | Bethlehem | | Residential complex: | | | |
| Notes: | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | [handwritten signature] |

2

CONFIDENTIAL                                                      SHATSKY- JD01708-T

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04        SHATSKY-JD01711-T
                                                July 20, 2006

## Military Court - Judea

**Before the honorable presiding judge, Maj. Ya'ir Tirosh**
**Judge: Maj. Dalia Kaufman**
**Judge: Maj. Shlomo Katz**

[Handwritten Arabic: Izz al-Din Hamamra]

**The Military Prosecution**
(via Maj. Sagiv Lichtman)

<u>-against-</u>

**The defendant: Izz al-Din Halid Hussain al-Hamamra, I.D. no.** <sup>Redacted</sup>**4063   /**
**Israel Prison Services**
(through his authorized representative, Adv. A'raj)

## <u>Verdict</u>

On June 22, 2006, in the ruling given by us, the defendant was convicted of all of the offenses he was charged with in the corrected indictment, as specified below.

A.  Eight offenses for attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

B.  Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

C.  Conspiracy to intentionally cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968 and Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970.

The offenses in Sections (a) and (b) above are concerned with the defendant's involvement in the Suicide Terror Attack that occurred on Egged bus 14, which was driving from Denya to the Liberty Bell Part. The Suicide Terror Attack caused the deaths of eight people, and as this verdict is being drawn up, it is proper to mention each of their names.

                                              SHATSKY-JD01711-T

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04        SHATSKY-JD01711-T

July 20, 2006

1. **Yaffa Ben Shimol of blessed memory**
2. **Yuval Ozana of blessed memory**
3. **Haim Dogah of blessed memory**
4. **Yehuda Haim of blessed memory**
5. **Ilan Avisadris of blessed memory**
6. **Benaya Yonatan Zuckerman of blessed memory**
7. **Azulai Li'or of blessed memory**
8. **Netanel Havshush of blessed memory**

In addition, as a result of the attack, over 50 civilians were severely or lightly injured.

-1-

SHATSKY-JD01711-T

CONFIDENTIAL      Date: Tammuz 24, 5766      File No. 2269/04      SHATSKY-JD01712-T
July 20, 2006

The goal of the offense of conspiracy to willfully cause death, which the defendant was convicted with, was to conspire with others to hijack an Israeli bus and take the bus to the Church of the Nativity in Bethlehem, in order to negotiate with the State of Israel over the release of prisoners. It was also planned that if the State of Israel did not submit to the requests of the hijackers, the Suicide Bombers who were positioned alongside the captives would blow up the church, along with the captives within.

A tremor passes through our bodies when we hear the names of the victims, while we engage in the sentencing, and our hairs stand on end, given the horrific circumstances of the attack, which were described in detail in the ruling.

The esteemed prosecutor asked that the defendant be given a sentence of eight life sentences for the eight victims in the attack, and another prison sentence for the offence of attempting to willfully cause death, as well as another penalty, at his discretion, for the conspiracy offense.

The defense counsel did not argue against the punishment. Rather, he left it to the discretion of the court. It may be that, in hindsight, he, too, could not find mitigating factors that would benefit his client, the defendant.

The defendant, who did not express remorse for his actions, stated that he hoped to be released soon.

Since defense counsel and the defendant did not argue the case in question, we found it appropriate to reexamine the defendant's actions, so that we might find mitigating circumstances before his sentence is passed.

Our attention is drawn to the court ruling given by us, according to which we had found that the defendant was a full conspirator, and not just an accomplice, to carrying out the Suicide Terror Attack, and that the ensemble of actions the defendant carried out place him among the members of the "inner circle" of conspirators (see p. 10, lines 23 and so on for the verdict).

The defendant's actions speak for themselves. The defendant is a foreigner who initiated the attack and recruited the Suicide Bomber in order to carry out the attack later on. The defendant is the one who prepared the explosives used by the Suicide Bomber to carry out the attack, he supplied the Suicide Bomber with food and clothing on the night before the attack, wrote his will, and even videotaped him reading the will along with another person.

[illegible stamp in Arabic]

It should be stated that the defendant, who is trained in law, also served as a legal advisor to the special forces of the Palestinian Authority, and, as the verdict states, used his professional skills when writing the Suicide Bomber's will, fully understanding the consequences of his actions.

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04        SHATSKY-JD01712-T
July 20, 2006

After reading what was written above, the defendant's determination and considerable contribution to the wrongdoing comes to light, as a result of which the lives of eight victims were lost, through no fault of their own. The fact that the defendant was trained in law adds a unique gravity, as he knew the consequences of the result of his actions, in which many human lives were lost.

The defendant, who served as the devil's advocate, acted like the one pulling the strings behind the scenes, and callously decided who will live and who will die, while violating every tenet of human morality.

It's not right for the defendant to be allowed to see the light of day as a free man, until the day he dies.

The blood of the defendant's victims is on the defendant's hands. Clearly, because of his actions, his place shall no longer recognize him in the company of human beings, and he should be permanently kept away from the company of other people.

All of this is measure for measure, for each soul that was taken from us, through no fault of their own, and therefore, eight life sentences should be given to him, which should run consecutively.

Another aggravating factor is one we noticed in the conspiracy offense, and the attempted [murder] offense, in which case, too, the disregard the defendant exhibited for human life drove him mad, and the ease with which the defendant could fathom conspiring in a way that could have led to the deaths of many innocent people shocked us to the core.

-2-

        SHATSKY-JD01712-T

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04        SHATSKY-JD01713-T
                                July 20, 2006

Consequently, based on laws that were passed, we decided to sentence the defendant, on account of these offenses, to an additional life sentence, which will be served consecutively with the life sentences.

In light of the aforementioned, we pass the following sentences on the defendant:

1. A life sentence for intentionally causing the death of **Yaffa Ben Shimol, of blessed memory.**
2. A life sentence for intentionally causing the death of **Yuval Ozana of blessed memory.**
3. A life sentence for intentionally causing the death of **Haim Dogah of blessed memory.**
4. A life sentence for intentionally causing the death of **Yehuda Haim of blessed memory.**
5. A life sentence for intentionally causing the death of **Ilan Avisadris of blessed memory.**
6. A life sentence for intentionally causing the death of **Benaya Yonatan Zuckerman of blessed memory.**
7. A life sentence for intentionally causing the death of **Azulai Li'or of blessed memory.**
8. A life sentence for intentionally causing the death of **Netanel Havshush of blessed memory.**
9. An additional life sentence for the other offenses the defendant was convicted of.

In conclusion, we sentence the defendant to nine life terms, which will be served consecutively.

We further state that even if we did not serve justice with the victims and their relatives, we will conduct the trial that we have the power to conduct.

**The sentence may be appealed within 30 days.**

**Issued into and announced today, July 20, 2006, in public, and in the presence of the parties involved.**


_____            _____                    _____
  **Judge**            **Presiding judge**                **Judge**

-3-

SHATSKY-JD01716-T

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04
July 20, 2006

3

Abdul Rahman Miqdad suggested to Ali Abu Haliel that he serve as a field observer while the attack is being carried out, and to examine the route before carrying out the attack. Ali Abu Haliel accepted Abdul Rahman Miqdad's suggestion.

3. Accordingly, Abdul Rahman Miqdad set out toward the Al-Khadr region, armed with a Kalachnikov rifle, along with the defendant, who was armed with an M-16 rifle, and Ali Abu Haliel, in order to carry out the attack.

4. When the cell members reached the intended area, they decided to postpone the attack, so that they wouldn't adversely affect the preparations for the suicide bombing the cell members were planning.

### Section 3 (Police File 17869/04, Moria Station)

**Description of the Offense:**        Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense**:  Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the death of others, as follows:

1. Several days before the aforementioned date, said defendant and military operative Abdul Rahman Miqdad planned to carry out a suicide bombing in order to cause the deaths of Israeli citizens.

    The defendant notified Abdul Rahman Miqdad that he had located a man named Muhammad Za'ul (henceforth: **the Suicide Bomber**) who was prepared to carry out the suicide attack.

CONFIDENTIAL

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04        SHATSKY-JD01716-T

July 20, 2006

[illegible stamp in Arabic]

2. On February 17th, or around that date, the defendant met with the Suicide Bomber at Husam village. During the meeting, the Suicide Bomber agreed to carry out the planned Suicide Terror Attack, and at the end [of the meeting], the defendant and the Suicide Bomber agreed to meet near the Church of the Nativity in Bethlehem, on February 21st, 2004, at 4 P.M.

3. The defendant updated Abdul Rahman Miqdad on the content of the meeting and the Suicide Bomber's intention to carry out the Suicide Terror Attack, and accordingly, Abdul Rahman Miqdad made contact with his brother, military operative Maher Miqdad, who lived in Gaza. He updated him on the plan to carry out a Suicide Terror Attack, and asked him for 3,000 shekels so that he could prepare the explosive briefcase and buy a video camera in order to videotape the Suicide Bomber (pursuant to Maher Miqdad's request to videotape the Suicide Bomber before the Suicide Terror Attack was conducted).  Maher Miqdad agreed to Abdul Rahman Miqdad's request, and transferred to an account at the Arab Bank in Bethlehem, which is registered under Abdul Rahman Miqdad's name,

SHATSKY-JD01717-T

CONFIDENTIAL      Date: Tammuz 24, 5766      File No. 2269/04
July 20, 2006

4

3,000 shekels to finance the Suicide Terror Attack, as he and Abdul Rahman Miqdad had agreed.

4.  On February 18, 2004 or on a nearby date, Abdul Rahman Miqdad went to the Arab Bank in Bethlehem and withdrew the sum that Maher Miqdad had transferred to him.
    Accordingly, Abdul Rahman Miqdad used part of the sum of money to purchase a video camera, as well as a regular camera to photograph the Suicide Bomber. Moreover, Abdul Rahman Miqdad gave Ali Abu Haliel and Ahmad Abu Ghadab a sum of money so that they could purchase materials they needed to prepare the explosive briefcase for the Suicide Terror Attack.

5.  Accordingly, Ali Abu Haliel received from Hatem Zakariya Mahmoud Al'Araj (henceforth: **Khatem Al-Araj)** 4 liters of hydrogen peroxide and, from military operative Ahmad Odeh, he received 40 liters of acetone. Ali Abu Haliel gave Abdul Rahman Miqdad 12 liters of hydrogen peroxide, and 12 liters of acetone.

6.  On February 20th, 2004, Abdul Rahman Miqdad, the defendant, and Ali Abu Haliel created the "Um Al-Abez" explosive meant for the Suicide Terror Attack.

7.  Next, Abdul Rahman Miqdad asked Ahmad Abu Ghadab to check with Muhammad Ali to verify if he is prepared to lead the Suicide Bomber to carry out the Suicide Terror Attack. Accordingly, Ahmad Abu Ghadbar met with Muhammad Ma'ali and asked him to lead a Suicide Bomber into the State of Israel to carry out a Suicide Terror Attack. Muhammad Ma'ali agreed to do so.
    That same day, in the evening, Ahmad Abu Ghadab came to Abdul Rahman Miqdad's house so that it could serve as a backdrop when the Suicide Bomber was photographed. He also updated Abu Ghadab that Ma'ali was prepared to lead the Suicide Bomber.

CONFIDENTIAL      Date: Tammuz 24, 5766      File No. 2269/04      SHATSKY-JD01717-T
July 20, 2006

8. The following morning, Ahmad Abu Ghadab gave Abdul Rahman Miqdad iron nails, so that Miqdad could attach them to the explosive briefcase, so that the damage would be more widespread and more severe when the explosive charge detonated.  Abdul Rahman Miqdad received the iron nails and attached them to the explosive briefcase.    The same day, at 16:10, the defendant arrived at the home of Abdul Rahman Miqdad, accompanied by the Suicide Bomber, in order to prepare him for heading out to carry out the attack.   Furthermore, Ahmad Abu Gharab brought Abdul Rahman Miqdad a Kalachnikov rifle and hand grenade, so that Abdul Rahman Miqdad would photograph the Suicide Bomber while the bomber was holding these weapons.

SHATSKY-JD01718-T

CONFIDENTIAL      Date: Tammuz 24, 5766      File No. 2269/04
July 20, 2006

5

9. The defendant and Abdul Rahman Miqdad gave the Suicide Bomber food and new clothing, and after they ate dinner with the Suicide Bomber, the defendant wrote a will for the Suicide Bomber. Then, the defendant and Abdul Rahman Miqdad videotaped the Suicide Bomber as he read out his will. When they finished videotaping the Suicide Bomber, Abdul Rahman Miqdad began creating the explosive briefcase that would be used for the Suicide Terror Attack. At around 5:30 A.M. of the following day, Abdul Rahman Miqdad finished creating the explosive briefcase.

10. When he completed the creation of the explosive briefcase on April 22nd, 2004, as mentioned above, Abdul Rahman Miqdad called Ahmad Abu Ghadab, notified him that everything was ready, and asked him to come to take the Suicide Bomber out to carry out the Suicide Terror Attack. Accordingly, Ahmad Abu Ghadab asked Muhammad Ma'ali to wait near the area in central Bethlehem.

11. At around 6 o'clock, Ahmad Abu Ghadab came to Abdul Rahman Miqdad's home. Abdul Rahman Miqdad took the explosive briefcase, and headed out to central Bethlehem with the Suicide Bomber. There, he had the Suicide Bomber meet Muhammad Ma'ali. [illegible] the Suicide Bomber headed out, with Muhammad Ma'ali to Jerusalem, passing through the village of Walaja, to carry out the planned Suicide Terror Attack.

12. Muhammad Ma'ali took the Suicide Bomber to a place near the Malha Mall in Jerusalem, where he took leave of him, and returned to the area.

13. Immediately thereafter, the Suicide Bomber boarded an Egged line 14 bus travelling from Denya toward Liberty Bell Park. When the bus stopped at one of the traffic lights, the Suicide Bomber set off the explosive suitcase, with the

CONFIDENTIAL

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04

July 20, 2006

SHATSKY-JD01718-T

intention of causing the deaths of many people. As a result, the explosive suitcase exploded inside the bus (henceforth: "the **Suicide Terror Attack**").

14. The Suicide Terror Attack caused the death of **Mrs. Yaffa Ben Shimol, of blessed memory.**

### Fourth Section (Police File 17869/04, Moria Station)

**Description of the Offense:**        Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:**  Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the death of others, as follows:

CONFIDENTIAL        Date: Tammuz 24, 5766        File No. 2269/04        SHATSKY-JD01719-T
July 20, 2006

6

The Suicide Terror Attack carried out by the Suicide Bomber, Muhammad Za'ul, with the intent of causing the deaths of Israeli civilians, whom the defendant was involved in dispatching to carry out the Suicide Terror Attack, as specified in the third count of the indictment, caused the death of **Mr. Yuval Ozana**.

### Fifth count (Police File 17869, Moria Station)

**Description of the Offense:**        Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense**: Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the deaths of others, as follows:

The Suicide Terror Attack carried out by the Suicide Bomber, Muhammad Za'ul, with the intent of causing the deaths of Israeli civilians, whom the defendant was involved in dispatching to carry out the Suicide Terror Attack, as specified in the third count of the indictment, caused the death of Mr. Rahamim Doga, of blessed memory.

### Sixth Count (Police File 17869/04, Moria Station)

**Description of the Offense:**        Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense**: Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the deaths of others, as follows:

The Suicide Terror Attack carried out by the Suicide Bomber, Muhammad Za'ul, with the intent of causing the deaths of Israeli

CONFIDENTIAL       Date: Tammuz 24, 5766       File No. 2269/04       SHATSKY-JD01719-T
                                               July 20, 2006

civilians, whom the defendant was involved in dispatching to carry out the Suicide Terror Attack, as specified in the third count of the indictment, caused the death of Mr. Yehuda Haim, of blessed memory.

### Seventh Count (Police File 17869/04, Moria Station)

**Description of the Offense:**   Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:**  Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the deaths of others, as follows:

As a result of the Suicide Terror Attack that the Suicide Bomber, Muhammad Za'ul, carried out in order to bring about the deaths of Israeli civilians, whose dispatching to carry out the Suicide Terror Attack

the defendant was involved in,

                                  SHATSKY-JD01719-T

CONFIDENTIAL        Date: Tammuz 24, 5766      File No. 2269/04        SHATSKY-JD01720-T
July 20, 2006

7

as stated in the third count of the indictment, the death of <u>Mr. Ilan Avisadris</u> was caused.

CONFIDENTIAL        **Eighth Count (Police File 17869/04, Moria Station)**

**Description of the Offense:**        Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense**: Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the deaths of others, as follows:

The Suicide Terror Attack carried out by the Suicide Bomber, Muhammad Za'ul, with the intent of causing the deaths of Israeli civilians, whom the defendant was involved in dispatching to carry out the Suicide Terror Attack, as specified in the third count of the indictment, caused the death of <u>Mr. Benaya Yonatan Zuckerman, of blessed memory.</u>

**Ninth Count (Police File 17869/04, Moria Station)**

**Description of the Offense:**        Attempting to intentionally cause death, an offense pursuant to Sections 51(a) and 7(c) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14 and 2 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense**: Said defendant, in the Region and outside of the Region, on February 22, 2004, was involved in intentionally causing the deaths of others, as follows:

The Suicide Terror Attack carried out by the Suicide Bomber, Muhammad Za'ul, with the intent of causing the deaths of Israeli civilians, whom the defendant was involved in dispatching to

CONFIDENTIAL

CONFIDENTIAL      Date: Tammuz 24, 5766      File No. 2269/04         SHATSKY-JD01720-T
                                           July 20, 2006

carry out the Suicide Terror Attack, as specified in the third count
of the indictment, caused the death of <u>Mr. Yehuda Haim, of
blessed memory.</u>

### Tenth count (Police File 17869/04 Moria Station)

**Description of the Offense:** Attempting to intentionally cause death, an offense
pursuant to Sections 51(a) and 7(c) of the Security Provisions
(Judea and Samaria) Order (No. 378), 5730-1970, and Sections
14 and 2 of the Criminal Liability (Judea and Samaria) Order (No.
225), 5728-1968.

**Details of the Offense:**  Said defendant, in the Region and outside of the Region,
on February 22, 2004, was involved in intentionally causing the
deaths of others, as follows:

As a result of the Suicide Terror Attack that the Suicide Bomber,
Muhammad Za'ul, that the defendant was and accomplice in
dispatching, carried out in order to bring about the deaths of
Israeli civilians,

CONFIDENTIAL      Date: Tammuz 24, 5766      File No. 2269/04      SHATSKY-JD01721-T
July 20, 2006

8

as specified in the third count of the indictment, the death of
Mr. Netanel Havshush, of blessed memory was caused.

### Eleventh Count (Police File 17869/04, Moria Station)

**Description of the Offense:**      Attempting to intentionally cause death, an
offense pursuant to Sections 51(a) and 7(c) of the Security
Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and
Sections 14 and 2 of the Criminal Liability (Judea and Samaria)
Order (No. 225), 5728-1968.

**Details of the Offense**: Said defendant, in the Region and outside of the Region,
on February 22, 2004, was involved in intentionally causing the
deaths of others, as follows:

The Suicide Terror Attack carried out by the Suicide Bomber,
Muhammad Za'ul, with the intent of causing the deaths of Israeli
civilians, whom the defendant was involved in dispatching to
carry out the Suicide Terror Attack, as specified in the third count
of the indictment, injured over 50 civilians, causing light and
severe injuries, and caused the death of the Suicide Bomber.

### Twelfth Count

**Description of the Offense:**      Conspiracy to deliberately cause death, an
offense pursuant to Section 22 of the Criminal Liability (Judea
and Samaria) Order (No. 225), 5728-1968 and to Section 51(a) of
the Security Provisions (Judea and Samaria) Order (no. 378),
5730-1970.

**Details of the Offense**: The said defendant, in the area, at the beginning of
March or around that time, conspired with others to willfully
cause the deaths of others.

Specifically, at that time, Abdul Rahman Miqdad planned to
hijack an Israeli bus and take it to the Church of the Nativity in
Bethlehem, in order to negotiate with the State of Israel on the
release of prisoners, in accordance with the plan that Abdul
Rahman Miqdad formulated. Two Suicide Bombers equipped

CONFIDENTIAL   Date: Tammuz 24, 5766   File No. 2269/04   SHATSKY-JD01721-T
July 20, 2006

with explosive belts would board an Israeli bus full of passengers, and instruct the bus driver to drive to the church in Bethlehem. If the bus driver wouldn't follow the Suicide Bombers' instructions, they would threaten him, saying that they would detonate the explosive belts.

According to the plan, when the bus would arrive in Bethlehem, all of its passengers would be taken into the church, and the kidnappers would begin negotiating for the release of Palestinian prisoners, in exchange for the release of the bus passengers.

Abdul Rahman Miqdad planned to booby-trap the church courtyard with explosive charges, to prevent IDF forces from approaching the church. Furthermore, Abdul Rahman Miqdad planned to display two Suicide Bombers equipped with gas canisters who would be prepared to explode inside the church should IDF forces enter the church.

# Original

CONFIDENTIAL

SHATSKY-JD01703



№  04558

## TO WHOM IT MAY CONCERN



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **EZZELDIN KHALED HOSSEIN  HAMAMREH**

From :    **BETHLEHEM**                    ID NO: Redacted406-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **07.03.2004**

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر



هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  عز الدين خالد حسين حمامرة

من  بيت لحم  هوية رقم  Redacted ٤٠٦-٣

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٧ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة  مدى الحياة

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:   **26.08.2006**
التاريــخ

Place:  **BETHLEHEM/NR**
المكـــان

ELISA QUERCI
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01703

CONFIDENTIAL

SHATSKY-JD01704



№  04558

## TO WHOM IT MAY CONCERN

7846



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   EZZELDIN KHALED HOSSEIN   HAMAMREH

From :   BETHLEHEM                          ID NO: Redacted106-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :      07.03.2004

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم _____ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ / شهر ____ / سنة ____

وهو/هي في هذا التاريخ : بنتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:   26.08.2006                                   ELISA QUERCI

التــاريـخ                                              ICRC Delegate

Place:   BETHLEHEM/NR                          توقيع مندوب اللجنة

المكـــان

09 -0- 2010

...onal Committee
of the Red Cross

CONFIDENTIAL

SHATSKY-JD01704

CONFIDENTIAL



SHATSKY-JD01705

زيارة لاريسا

*300 16.3*   10

سنوات

№ 04558

7846

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **EZZELDIN KHALED HOSSEIN  HAMAMREH**

From :    **BETHLEHEM**                                    ID NO: Redacted 406-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **07.03.2004**

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _عز الدين خالد حسين حمامرة_ .

من _بيت لحم_ _____ هوية رقم _3 - 6_ Redacted _406_ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم _7_ / شهر _3_ / سنة _2004_

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة _سجن مدى الحياة_ _____

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:    **26.08.2006**

التــاريـــخ



18 -03- 2014

ELISA QUERCI
ICRC Delegate

Place:    **BETHLEHEM/NR**

المكـــان

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01705

CONFIDENTIAL
SHATSKY-JD01706



78 46      300163                              № 04558

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of
the Red Cross certifies that :

Mr:   EZZELDIN KHALED HOSSEIN  HAMAMREH

From :   BETHLEHEM                              ID NO: Redacted 406-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :      07.03.2004

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ عز الدين خالد حسين حمامرة _____

من ___ بيت لحم ___      هوية رقم ___ Redacted ٣.٤٠٦ ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ / شهر ___ / سنة ___

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة ___ مؤبد سنوات ___

وهو/هي أطلق سراحه/ها في يوم ___/ شهر ___ / سنة ___

Date:  26.08.2006                         _____
التاريخ                                   ELISA QUERCI
                                          ICRC Delegate
Place:  BETHLEHEM/NR                      توقيع مندوب اللجنة
المكان

CONFIDENTIAL
SHATSKY-JD01706

CONFIDENTIAL

SHATSKY-JD01707

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees

السلطــة الوطنيــة الفلسطينية

وزارة شــؤون الأســرى والمحــررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|
| المديرية/فرع الوزارة: | | | ٢ / ٣ / ١١ ٢٠ | | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير:**

| | | | رقم الهوية (تسع خانات) | | | |
|---|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | |
|---|---|---|---|---|
| | | | | الاسم الرباعي: |
| ☑ ذكر   ☐ أنثى | | الجنس: | | اسم الأم: |
| مكان الولادة: | | ١٩٧٨ Redacted | | تاريخ الميلاد: |
| ☐ جامعي   ☐ دراسات عليا | ☑ دبلوم   ☐ ثانوي | ☐ الأساسية   ☐ أمي | | المؤهل العلمي: |
| | التقديري: | | | المهنة قبل الأسر: |
| مكان الأسر: | | ٢٠٠٤ / ٣ / ٧ | | تاريخ الأسر: |
| ☑ محرر   ☐ إداري | ☐ محكوم   ☐ موقوف | | الوضع الاعتقالي: |
| | | | في حالة محكوم مدة الحكم حسب قرار الحكم | |
| العام | الشهر | اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم | يوم   شهر   سنة | حسب شهادة الصليب: |
| | | المحافظة: | | | العنوان الدائم: |
| Redacted | | التجمع السكاني: | | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية: ... فتدخل المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL

SHATSKY-JD01707

CONFIDENTIAL

SHATSKY-JD01708

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطــة الوطــنيــة الفلــسطينية

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

٣. بيانات الوضع الاجتماعي:

| | □ أعزب | □ متزوج | □ مطلق | □ أرمل | الحالة الاجتماعية: |
|---|---|---|---|---|---|

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| | | | | | | | رقم هوية الزوج/ة: |
|---|---|---|---|---|---|---|---|

اسم الزوج/ة :

| عدد الأولاد: | تاريخ عقد الزواج | / / |
|---|---|---|

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

٤. بيانات الوكيل "المستفيد":

| | رقم الهوية المستفيد": |
|---|---|
| الإسراء | اسم الوكيل "المستفيد": |
| / / | تاريخ الوكالة: |

| صلة القرابة: | مدة سريان الوكالة | |
|---|---|---|

| Redacted | فرع البنك: Redacted | البنك: |
|---|---|---|
| | رقم الحساب: Redacted | |
| | رقم الهاتف النقال: Redacted | رقم الهاتف الأرضي: |
| التجمع السكاني: | المحافظة: بيت | العنوان الدائم للمستفيد: |
| | | ملاحظات: |

| | ملاحظات مقدم الطلب: |
|---|---|
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. | إقرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL

SHATSKY-JD01710



№  04558

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **EZZELDIN KHALED HOSSEIN  HAMAMREH**

From :   **BETHLEHEM**                    ID NO:<sup>Redacted</sup>406-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :      **07.03.2004**

He is to date :            Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



<u>إلى من يهمه الأمر</u>

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة   عز الدين خالد حسين حمامرة

من   بيت لحم   هوية رقم   Redacted 406-3



كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٧ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة   مدى الحياة

وهو/هي أطلق سراحه/ها في يوم ____ / شهر ____ / سنة ____

Date:  **26.08.2006**

التاريخ

Place:  **BETHLEHEM/NR**

المكـــان

07 -03- 2011
P. Serge ZOGG
of the Red Cross

ELISA QUERCI
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01710

CONFIDENTIAL
SHATSKY-JD01711

תאריך : כ"ד תמוז, תשס"ו
20 ביולי, 2006

תיק מס': 2269/04

בית המשפט הצבאי יהודה

בפני כב' האב"ד : רס"ן יאיר תירוש
השופט : רס"ן דליה קאופמן
השופט : רס"ן שלמה כ"ץ

התביעה הצבאית
(באמצעות סרן שגיב ליכטמן)

נגד

הנאשם: עז אלדין חאלד חוסין אלחנמאמרה, ת.ז. Redacted 4063 / שב"ס
(באמצעות ב"כ עו"ד אערני)

<u>ג ז ר   ד י ן</u>

בתאריך 6.06 .22, בהכרעת הדין אשר ניתנה על ידינו, הורשע הנאשם בכל העבירות
המיוחסות לו בכתב האישום המתוקן, המפורט להלן :

א.   8 עבירות של גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר
הוראות ביטחון(נ/י/ש) (מס' 378), והש' ל     1970 וסעיף 14 ו-2-1 לצו בדבר כללי
האחריות לעבירה (נ/י/ש) (מס' 225) והש"ח – 1968.

ב.   ניסיון לגרימת מוות בכוונה, עבירה לפי סעיף 51 (א) ו - 7(ג) לצו בדבר הוראות
ביטחון(נ/י/ש) (מס' 378), ונש"ל – 70 וסעיף 14 ו-2-1 לצו בדבר כללי האחריות
לעבירה (נ/י/ש) (מס' 225) ונשכ"ח – 8,ח"צ.

ג.   קשירת קשר לגרימת מוות בכוונה, עבירה לפי סעיף 22 לצו בדבר כללי
האחריות לעבירה (נ/י/ש) (מס' 225) תשכ"ח – 1968, וסעיף 51(א) לצו בדבר
(מס' 378).

עניינים של העבירות בסעיפים א'-ב' לעיל, הינה מעין ביצוע של הנאשם בפיגוע התאבדות
אשר הורכש באוטובוס אגד, בקו 14 שנסע מכיוון יניה לגן הפעמון. כתוצאה מפיגוע
התאבדות, נגרמו מותם של שמונה אנשים, אשר בכתי/... ישורותינו של גזר דין זה, נותבקש
הדבר כי יפורטו שמותיהם אחד לאחר.

א.   יפה בן שימול ז"ל.
ב.   יובל אוזנה ז"ל.
ג.   חיים דוגה ז"ל.
ד.   יהודה חיים ז"ל.
ה.   אילן אבןסדריס ז"ל.
ו.   בניה יונתן צוקרמן ז"ל.
ז.   אוזלני ליאור ז"ל.
ח.   נונאל חבשוש ז"ל.

בנוסף לכך, כתוצאה מ...פיגוע נפצעו יותר מ-50 אזרחים, ב''רגות פציעה קשות וקלות.

-1-

CONFIDENTIAL
SHATSKY-JD01711

CONFIDENTIAL

SHATSKY-JD01712

תאריך : כ"ד בתמוז, ונשט"ז
20 ביולי, 2006

וניין נוסי : 2269/04

1 עניינה של עבירת הקשר לגרימת מוות בכוונה בה הורשע הנאשם הינה, קשירת קשר
2 עם אחרים לחטוף אוטובוס ישראלי להורגו לכנסייה הן המולל בבית לחם וואן, על מנת
3 להל נעיימו כמו מדינת ישראל לשחרור אסירים עד יוכל, כי במידה ולא תענה מדינת
4 ישראל לדרישות החוטפים אזי, מחבלים מותאבדים אשר יוצבו בתיד ענו החוטפים, יפוצצו
5 את הכנסייה על החוטפים בה

7 רצד עובר בגופנו למשמע שמות הקורבנות, שעה שעוסקים אנו במלאכת גזירת הדין,
8 ושערוניינו מסתומרות נוכח נטיסתו הפיגוע המזעזעות שפורינו בהרחבה בהכרעת הדין.

10 התובע המלומד ביקש כי נשית על הנאשם עונש של שמונה מאטרי עולם בגין שמונת
11 קורבנות הפיגוע, עונש נוסף של מאסר עולם בגין עבירת החניסיון לגרימונו מוות
12 עונש נוסף לפי שיקול דענני לגבי עבירת קשירת הקשר.

14 הסנגור לא טען לענניו והשאיר את הדבר לשיקול דעת בית המשפט. ייונכן כי בדיעבד, אף
15 הוא לא מצא באמונחתו טיעון לקולא, לטובתו נרושני הנאשם.

17 הנאשם אשר לא הביע חרטה על מעשיו צזין כי תקונותו ישוחרר בקרוב.

19 משלא טענו הסנגור והנאשם לגופו של עניין, מצאנו אנו לנכון לבדוק שנית את מעשיו של
20 הנאשם, בכדי שאולי נוכל למצוא נסיבות לטובתו, טרם יינגר דינו.

22 ותשומות לבנו נסבה להכרעת הדין אשר ניתנה על ידינו לפיה, מצאנו כי הנאשם היה שותף
23 הנאשם, הציב אותו עם חברי ה"נמצע" פיעל ההתאבדות, וכי ומכליל התצבטכ של מעשיו של
24 ואילך להכרעת הדין.
25 (ראה עמי 10 שורות 23

27 מעשיו של הנאשם מדברים בעד עצמם, הנאשם הוא צ א א שי יום את הפיגוע, גייס את
28 הנפץ ששימש את המונאבד לצורך ביצוע הפיגוע לאחר מכן, הנאשם הוא זה אשר הכין את חומר
29 כונה את צוותאתו ואף צילם אונו קורא את צוואה זו יחד עם אחר.

31 יצוין כי הנאשם, בעל השכלה משפטית שימש, בגנכביל, כינגי משפטי בכוחות המיוחדים
33 של הרושות הפלסטיניים ואף כפי שעלה מהכרעת הדין עשה שימוש בכישוריו המקצועיים
34 בעת שניטח את צוואת המתאבד תוך הבנה מלאה של משמעותו מעשיו.

37 למקרא הכתוב לעיל, יוצאת לאור החניעשה של הנאשם ותרומתו הניכרת ל-בוצוע מעשה
38 כי לנאשם השכלה משפטית, אף היא מוסיפה קרבנות בנפש, יג לא עול בכפה. העובדה
39 תוצאות מעשיו  נטילות חיי אדם רבים.

41 הנאשם אשר שימש כפרקליט של השטן, נהג כמי שמושך בחוטים מאחורי הקלעים,
42 והחליט בשרירות לב מי יחיה ומי ינות ,ונוך הפרת כל אמות מידה מוסריית אנושיות.

44 **אין זה ראוי כי הנאשם יזכה לראות אור יום כאדם חופשי עד ליום מותנו**

46 דמם של הקורבנות על דינו של הנאשם, אשר מובן כי לאור ג-מעשיו לא יכרינו עוד מקומו
47 בקו"ב חברת בני אנוש ויש להרחיק לצמיתנות מחברנת בני אדם

49 כל ואת, מידה כנגד מידה בגין כל נפש אשר נקטפה מאיננו, אל לא עול בכפה. לפיכך, יש
50 לגזור עליו שמונה מאטרי עולם, אשר ידוצו במצטבר

52 חומרה נוספת, ראינו בעניינם של קשירת הקשר, ועבירת הניס"יי, אשר גם שם הזלזול של
53 הנאשם בחיי אדם, העבירנו על דעתו והקלותו בה יכול הנאשם היה להעלותו על זיעונו ביצוע
54 של קשר אשר יכול היה לגרום למנתם של אנשים רבים חפים מפשע, העביר זעזוע גוליגינו.

CONFIDENTIAL

SHATSKY-JD01712

CONFIDENTIAL

SHATSKY-J 01713

ותיק נוסי: 2269/04

ואריך : כ״ד תמוז, תשס״ו
20 ביולי, 2006

1  אשר על כן, בהתאם להלכה הפסוקה  החלטנו לגזור את דינו של הנאשם בגין עבירות אלו
2  למאסר עולם נוסף, אשר ירוצה במצטבר למאסרי העולם.
3
4  לאור האמור לעיל, אנו גוזרים על הנאשם את העונשים הבאים.
5
6  א.  מאסר עולם בגין גרימת מותה בכוונה של של **יפה בן שינול** ז״ל.
7  ב.  מאסר עולם בגין גרימת מותו בכוונה  של **יובל אוזנה** ז״ל.
8  ג.  מאסר עולם בגין גרימת מותו בכוונה של **חיים דוגה** ז״ל.
9  ד.  מאסר עולם בגין גרימת מותו בכוונה של **יהודה חיים** ז״ל.
10 ה.  מאסר עולם בגין גרימת מותו בכוונה של **אילן אביסדריס** ז״ל.
11 ו.  מאסר עולם בגין גרימת מותו בכוונה של **בניה יונתן צוקרמן** ז״ל.
12 ז.  מאסר עולם בגין גרימת מותו בכוונה של **אזולאי ליאור** ז״ל.
13 ח.  מאסר עולם בגין גרימת מותו בכוונה של **נתנאל חבשוש** ז״ל.
14 ט.  מאסר עולם נוסף בגין העבירות הנוספות בהן הורשע.
15
16 סוף דבר, אנו גוזרים את דינו של הנאשם לתשעה מאסרי עולם אשר ירוצו במצטבר :
17
18 נציין כי אנו שצדיק לא עשינו עם הקורבנות ובני משפחותיהם משפט שבכוחנו לעשות נעשה.
19
20
21 **זכות ערעור תוך 30 יום.**
22
23 **ניתן והודע היום, 20.7.06 בפומבי ובמעמד הצדדים.**
24
25
26

| שופטת | אב״ד | שופט |
|-------|------|------|

CONFIDENTIAL

SHATSKY-J 01713

CONFIDENTIAL

01716

3

ע"א-רחמאן מקדאד הציע לעלי אבו-הלאיל' ליטול ונפקיד של תצפיתן במלכ"ז ביצוע הפיגוע) וכן כדביק את הדרך בטרם ביצוע הפיגוע, ועלי אבו-הלאיל הסכים להצעתו של ע"א-רחמאן מקדאד

3   בהתאם יצא ע"א-רחמאן מקדאד כשהוא חמוש ברובה קלצ'ניקוב יחד עם הנאשם שהיה חמוש ברובה 16 - M ועלי אבו-הלאיל לכיוון איזור אלחידר וזאת ע"מ לבצע את הפיגוע.

4   כשהגיעו חברי החוליה לאיזור הנתוכנן החליטו לדחות את מועד ביצוע הפיגוע כדי לא לפגוע בהכנות לפיגוע ההתאבדות שאוותו תכננו חברי החוליה.

#### פרט שלישי: (פ"א 17869/04 תחנת מוריה)

**מהות העבירה**   גרימת מות בכוונה, עבירה לפי סעיף 5)א( ו- 7)ג( לצו בדבר הוראות ביטחון (יו"ש) (מס' 378), תש"ל – 1970; ותיקונים 14 ו- 2 לצו שדבר כללי האחריה. לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה**   הנאשם הנ"ל, באזור ומחוץ לאזור, כ-ת/ריך 22/2/04, היה שותף לגרימת כוותה של אחרים בכוונה, דהיינו:

1.   מיספר ימים עובר לנועד הנ"ל, תיכננו הנאשם הנ"ל והפעיל הצבאי ע"א-רחמאן מקדאד לבצע פיגוע התאבדות וזאת במטרה לגרום למותם של אזרחים ישראליים

   הנאשם הודיע לע"א-רחמאן מקדאד כי איתר אדם בשם מוחמד זעול (ולהלן המתאבד) המוכן לבצע פיגוע התאבדות.

2.   ביום 17/2/04 או בסמוך לכך, נפגש הנאשם עם המותאבד בכפר חוטאן, בנוכ"חן הפגישה הסכים המתאבד לבצע את פיגוע ההתאבדות המתוכנן. ובכיסמת סיכם הנאשם עם המותאבד להיפגש עם בסמוך לכניסיית המולד בבית-לחם ביום 21/2/04 בשעה 00 16.

3.   הנאשם עידכן את ע"א-רחמאן מקדאד בדבר תוכן הפגישה ובדבר הסכמתו של המתאבד לבצע את פיגוע ההתאבדות; בהתאם לכך, יצר ע"א-רחמאן מקדאד קשר עם אחיו הפעיל הצבאי מאחר מקדאד שגר בעזה, עידכן אותו בדבר התוכנן לבצע פיגוע ההתאבד"ות, וביקש ממנו סכום כסף של 3,000 ₪ וזאת ע"מ להכין את תיק הנפ? ולקנות מצלמת וידאו לצורך צילום המתאבד' (וזאת בהתאם לבקשתי של מאחר מקדאד לצלם את הנתאבד בטרם ביצוע פיגוע ההתאבדות).

   מאחר מקד'אר נענה לבקשתנו של ע"א-רחמאן מקדאד והעביר לחשבון בבנק הערבי בבית-לחם, שו'שום על שמו של ע"א-רחמאן מקדאד,

CONFIDENTIAL

CONFIDENTIAL

4

עי"א-רחמאן  סכום של  2,000  ₪  לצורך  מימון פיגוע ההתאבדות, וזאת כפי
שסוכם עם עי"א-רחמאן מקודם.

4.   ביום 18/2/04 או בסמוך לכך , נתן עי"א-רחמאן מקדאד לבנק הערבי בבית-
לחם ומשך את סכום הכסף שהוצריך לו מאהר מקדאד

בהוצאת, רכש עי"א-רחמאו מקדאד חלק מסכום הכסף מצלמות
וידאו וכן מצלמה רגילה לצורך צילום המתאבד, כמו-כן העביר עי"א-רחמאן
מקדאד לעלי אבו-הלאיל ואחמד אבו-עידב סכום כסף וזאת עי"מ שירכשו
חומרים לצורך הכנת תיק היפץ לפיגועו ההתאבדות.

5.   בהתאם, עלי אבו-הלאיל קיבל מהפעיל הצבאי חאתם זכריא מחמוד
אלאערגי (להלן – **חאתם אלאערג'**) 4 ליטר חומר כימי נוסג מי-חומצן
ומהפעיל הצבאי אוחמד עודה 40 ליטר חומר כימי מסוג אצטון; עלי אבו-
הלאיל והעביר לעי"א-רחמאן מקדאד 12 ליטר חומר כימי מסוג מי-חומצן ו-
21 ליטר חומר כימי מסוג אצטון.

6.   ביום 20/2/04 יוצר עי"א-רחמאן מקדאד יחד עם הנאשם ועלי אבו-הלאיל
את חומר הנפץ "אום-אלעבד" והמיועד לביצוע פיגוע ההתאבדות.

7.   בסמוך לכך , ביקש עי"א-רחמאן מקדאד מאחמד אבו עידב לבדוק עם מוחמד
מעאלי אם הוא מוכן להתגייס אל המתאבד לביצוע פיגוע ההתאבדות
בהתאם לכך, נפגש אחמד אבו- עידב עם מוחמד מעאלי וביקש ממנו כי יוביל
מתאבד. לביצוע פיגוע התאבדות בתוך שטח מדינת ישראל. מוחמד מיעאלי
נענה בחיוב לכך

באוותו יום בשעות הערב, הגיע אחמד אבו-עידב לביתו של עי"א-רחמאן
מקדאד כאשר ברשותו כרוו שעליו כתוב "חולייות איימן ג'ודה של ארגון
גדודי חללי אלאקצא", אחמד אבו-עידב העביר את הכרוו לעי"א-רחמאן
מקדאד וזאת כדי שישמש כתמונה רקע בעת צילומו של המתאבד – וכמו-כן
עידכן את עי"א-רחמאן מקדאד כי מוחמד מעאלי מוכן להוביל את
המתאבד.

8.   למחרת בבוקר, העביר אחמד אבו-עידב לעי"א-רחמאן מקדאד מסמרי ברזל,
עי"מ שהאחרון ידביק אותם לתיק הנפץ וזאת כדי להגביר את עוצמת
הפגיעעה והיקפה בעת פיצוץ מטען הנפץ. עי"א-רחמאן מקדאד קיבל את
מסמרי הברזל והדביק אותם לתיק הנפץ.

באותו יום, סמוך לשעה 16:10 הגיע הנאשם מלווה במתאבד לביתו של
עי"א-רחמאן מקדאד עי"מ להכין אותו לקראת היציאה לפיגוע.

בנוסף, הביא אחמד אבו-עידב לעי"א-רחמאן מקדאד רובה קלצ'ניקוב ורימון
יד וזאת עי"מ שעי"א-רחמאן מקדאד יצלם את המתאבד כשהוא מחזיק
ברשותו אמליחת זה.

SHATSKY-JD01717

CONFIDENTIAL

5

9. הנאשם ועי"א-רחמאן מקדאד יזמו למחאבד אוכל וגמיאו חדשים. לאחר
שסעדו ביחד עם המחאבד את ארוחת הערב כתב הנאשם צוואה עבור
המחאבד ; או-אז צילמו הנא צכ ועי"א-רחמאן מקדאד את המחאבד כשהוא
מקריא את הצוואה שלו. כשצילמו לצלם או והמחאבד החל עי"א-רחמאן
מקדאד ליצור את תיק הנפץ שישמש בביצוע פיגוע ההונאבודות. טמוך לשעה
6:30 בבוקר של היום שלמניית טייס עי"א-רחמאן מקדאד ליצר את תיק
הנפץ

10. כשסיים ליצור את תיק הנפץ, כאמור ביום 22/4/04, התקשר עי"א-רחימאן
מקדאד אל אחמד אבו-עידב, הודיע לו כי הכל מוכן וביקש ממנו לבוא עי"מ
להוציא את הנתנאבד לביצוע פיגוע ההונאבודות.

בהתאם לכך, יצר אחמד אבו עידב קשר עם מוחומד מעאלי וביקש ממנו הי
ייפגש עימו. שניהם נפגשו וביחד נטעו לכיוון ביתון של עי"א רחמאן מקדאד
בן חטמתר המחאבד. אחמד אבו-עידב ביקש ממותמד מעאלי להכתין
בסמוך למקום הנמצא במרכז בית-לחם,

11. בסמוך לשעה 6:00 הגיע אחמד אבו-עידב לביתו של עי"א-רחמאן מקדאד,
לקח מעי"א-רחמאן מקדאד את תיק הנפץ ויצא עם המחאבד לכיוון
מרכז בית-לחם, שם המיש את המחאבד עם מוחומד מעאלי משם יצא
המחאבד יחד עם מוחומד מעאלי לירושלינו כאשר הם עונרים דרך כפי
הוולומיה עי"מ לבצע את פיגוע ההתאבדות המתוכנן.

12. מותחמד מעאלי הוביל את המחאבד למקום הנמצא בטמוך ליקנניון מילוחי
בירושלים, שם נפרד ממני ותיו לאיזור

13. בסמוך לאחר-מכן עלה הנתאבד לאוטובוס אגד בקו 14 שנטע מכיוון דניה
לכיוון גן הפעמני. כשנעצר האוטובוס באחד הונגזורים הפעיל הנתאבד את
תיק הנפץ בכוונה לגרום למיתתו של מספר רב של בני אדם, כתוצאה מכך
התמוצץ תיק הנפץ בתוך האוי.ובוס (להלן – פיגוע ההתאבדות)

14. כתוצאה מפיגוע ההתואבדות נגרם מותה של **גב' יפה בן שימול ז"ל**


**פרט רביעי** (פ"א 17869/04 **תחנת מוריה**)

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מסי 378), תשל"י - 1970 · וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מסי 225), תשכ"ח – 1968

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאזור , בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

CONFIDENTIAL

CONFIDENTIAL

6

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף בשילוחו לביצוע פיגוע
ההתאבדות, כאמור בפרט האישום והשלישי - נגרם מותו של **מר יובל אוזנה ז"ל**

---

**פרט חמישי :(פ"א 17869/04 תחנות מוריה)**

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(נוסח 378) (מס) תשי"ל – 1970, וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס) 225), תשכ"ח – 1968

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאיי, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראלים ושהנאשם היה שותף בשילוחו לביצוע פיגוע
וההתאבדות, כאמור בפרט האישום והשלישי - נגרם מותו של **מר רחמים דוגה**
**ז"ל**

---

**פרט שישי :(פ"א 17869/04 תחנות מוריה)**

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס) 378), תשי"ל  1970, וסעיף 14 ו- 2 לצו בדבר האחריות לעבירה
(יו"ש) (מס) 225), תשכ"ח  1968

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף בשילוחו לביצוע פיגוע
ההתאבדות, כאמור בפרט האישום השלישי - נגרם מותו של **מר יהודה חיים**
**ז"ל**

---

**פרט שביעי :(פ"א 17869/04 ותחנת מוריה)**

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ג) לצו בדבר הוראות ביטחון
(יו"ש) (מס) 378), תשי"ל – 1970, וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס) 225), תשכ"ח – 1968

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאזור  ביואריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאותו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליינו ושהנאשם היה שונף בשילוחו לביצוע פיגוע

SHATSKY-J001719

CONFIDENTIAL

01720

ההתאבדות, כאמור בפרט האישום ה שלישי - נגרם מותו של **מר אילן אביטבדריט**
ז"ל.

### פרט שמיני (פ"א 17869/04 תחנת מוריה)

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- (ג)7 לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאיזו ביצע המתאבד מוחמד ועול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשט היה שותף בשילוחו לביצוע פיגוע
ההתאבדות, כאמור בפרט האישום השלישי - נגרם מותו של **מר בניה ייננ**
**צוקרמן ז"ל**

### פרט תשיעי (פ"א 17869/04 תחנת מוריה)

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- (ג)7 לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל , 1970 , ו. ע' 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח - 1968

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו

כתוצאה מפיגוע ההתאבדות שאוונג ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף בשילוחו לביצוע פיגוע
ההתאבדות, כאמור בפרט האישום השלישי - נגרם מותו של **מר אזולאי ליאור**
ז"ל.

### פרט עשירי (פ"א 17869/04 תחנת מוריה)

**מהות העבירה**: גרימת מוות בכוונה, עבירה לפי סעיף (א)51 ו- (ג)7 לצו בדבר הוראות ביטחון
(יו"ש) (מס' 378), תשי"ל – 1970 ; וסעיף 14 ו- 2 לצו בדבר כללי האחריות לעבירה
(יו"ש) (מס' 225), תשכ"ח – 1968.

**פרטי העבירה**: הנאשם הנ"ל, באזור ומחוץ לאזור, בינאריך 22/2/04, היה שותף לגרימת מותם
של אחרים בכוונה, דהיינו :

כתוצאה מפיגוע ההתאבדות שאייוו ביצע המתאבד מוחמד זעול בכוונה לגרום
למותם של אזרחים ישראליים ושהנאשם היה שותף בשילוחו לביצוע פיגוע

CONFIDENTIAL

CONFIDENTIAL

8

ההתאבדות, כאמור בפרט האישום השלישי – נגרם מותו של <u>מר נתנאל חבשוש</u>
ז"ל

<u>פרט אחד עשר</u> : (פ"א 04/17869 תחנת מוריה)

<u>מהות העבירה</u> : ניסיון גרימת מוות בכוונה, עבירה לפי סעיף 51(א) ו- 7(ב) לצו בדבר הוראות
ביטחון (יו"ש) (מס' 378) תש"ל – 1970, וסעיפים 20-19, 14 ו- 2 לצו בדבר כללי
האחריות לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור ומחוץ לאזור, בתאריך 22/2/04, היה שותף לניסיון גרימת
מותם של אחרים בכוונה, דהיינו :

כתוצאה מפיגועי ההתאבדות שאותו ביצע המתאבד מטעמו ועל בכוונה להרוג
למותם של אזרחים ישראליים ושהנאשם היה יוזם בשילוחו לניצוע פיגוע
ההתאבדות, כאמור בפרט האישום השלישי – נפצעו יותר מ-50 אזרחים בדרגה
פציעה קשות וקלות, וכן מת המחבל הנ[...]

<u>פרט שנים עשר</u>

<u>מהות העבירה</u> : קשירת קשר לגרימת מוות בכוונה עבירה עיירה לפי סעיף 22 לצו בדבר כללי האחריות
לעבירה (יו"ש) (מס' 225), תשכ"ח – 1968, וסעיף 15(א) לצו בדבר הוראות
ביטחון (יו"ש) (מס' 378), תש"ל – 1970

<u>פרטי העבירה</u> : הנאשם הנ"ל, באזור, בתחילת חודש מרץ 03 עם נ[...]מן לְאן קשר[...] עם
אחרים לגרום בכוונה למותם של אדם

דהיינו, במועד הנ"ל תיכנן עיא-רחמאן מקדאד לחטוף אוטובוס ישראלי ולהנהיג
אותו לכניסיית המולד בבית-לחם ו[...]גת ע"מ להל מוו"מ עם מדינת ישראל
לשחרור אסירים  בהתאם לתורניו[...] שאותה רקם עיא-רחמאן מקדאד. שני
מתאבדים חמושים בתגורות נפץ יעלו לאוטובוס ישראלי מלא בנוסעים, ויורו
לנהג האוטובוס לנסוע לכניסיה בבית-לחם. במידה ונהג האוטובוס לא יעתר
להוראות המתאבדים יאיימו עליו אלה בפיצוץ חגורות הנפץ.

עפ"י התוכנית כאשר יגיע האוטובוס לבית-לחם ויכנסו כל נוסעיו לתוך הכנסייה,
והחוטפים יחלו בניהול מוו"מ לשחרור אסירים פלסטינים בתמורה לשחרור נוסעי
האוטובוס.

עיא-רחמאן מקדאד תיכנן למלכד את החצר של הכנסייה במטעני חבלה וזאת
ע"מ למנוע את כוחות צה"ל מל[...]תקרב לכנסייה. בנוסף תיכנן עיא-רחמאן
מקדאד להציב בתוך הכנסייה שני מתאבדים החמושים בבלוני-גז שיהיו מוכנים
להתפוצץ בתוך הכנסייה במידה וכוחות צה"ל יכנסו לכנסייה.

CONFIDENTIAL

SHATSKY-JD01721

Exhibit 176

Prisoner Salary Statement

Prisoner no. 1631
Prisoner Name: Izz al-Din Halid Hussain al-Hamamra          Document no 906194063

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | Redacted | | | | |
| 4 | 2020 | Izz al-Din Halid Hussain al-Hamamra | Redacted 4063 | | | | 1,877.14[*] |
| 5 | 2020 | Izz al-Din Halid Hussain al-Hamamra | Redacted 4063 | | | | 1,877.14[*] |
| 6 | 2020 | Izz al-Din Halid Hussain al-Hamamra | Redacted 4063 | | | | 2,222.26 |
| 7 | 2020 | Izz al-Din Halid Hussain al-Hamamra | Redacted 4063 | | | | 1,822.26 |
| 8 | 2020 | Izz al-Din Halid Hussain al-Hamamra | Redacted 4063 | | | | 1,822.26 |
| 9 | 2020 | Izz al-Din Halid Hussain al-Hamamra | Redacted 4063 | | | | 1,822.26 |
| 11[*] | 2020 | Khadra Hussein Al-Hamamra | Redacted 9181 | | | | 3,644.52 |
| 12 | 2020 | Khadra Hussein Al-Hamamra | 9181 | | | | 2,222.26 |
| 1 | 2021 | Khadra Hussein Al-Hamamra | Redacted 9181 | | | | 1,822.26 |
| 2 | 2021 | Khadra Hussein Al-Hamamra | Redacted 9181 | | | | 1,822.26 |
| 3 | 2021 | Khadra Hussein Al-Hamamra | 9181 | | | | 1,822.26 |

Page 1 of 2

Confidential

Shatsky-JD00514-T

| Prisoner Salary Statement | | | | | | |
|---|---|---|---|---|---|---|
| Prisoner no. | | | | | | |
| Prisoner Name:   Document no. | | | | | | |

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 4 | 2021 | Khadra Hussein Al-Hamamra | Redacted 9181 | ████ | | | 1,822.26 |
| 5 | 2021 | Khadra Hussein Al-Hamamra | Redacted 9181 | ████ | | | 1,822.26 |

Page 2 of 2

Confidential

Shatsky-JD00515-T

# Original

كشف راتب أسير

| رقم الأسير | 1631 |
| اسم الأسير | عبد النبي خالد حسين الدماصرة |
| رقم الوثيقة | 906194003 |

| الراتب | رقم الحساب | الفرع | الملك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

| 1,577.14 | | | | Redacted 4063 | عبد النبي خالد حسين الدماصرة | 2020 | 4 |
| 1,077.41 | | | | Redacted 4063 | عبد النبي خالد حسين الدماصرة | 2020 | 5 |
| 2,822.25 | | | | Redacted 4063 | عبد النبي خالد حسين الدماصرة | 2020 | 6 |
| 1,522.25 | | | | Redacted 4063 | عبد النبي خالد حسين الدماصرة | 2020 | 7 |
| 1,522.26 | | | | Redacted 4063 | عبد النبي خالد حسين الدماصرة | 2020 | 8 |
| 1,522.26 | | Redacted | | Redacted 4063 | عبد النبي خالد حسين الدماصرة | 2020 | 9 |
| 3,544.52 | | | | Redacted 9181 | حسين دهش الدماصرة | 2020 | 11 |
| 2,222.26 | | | | Redacted 9181 | حسين حسن الدماصرة | 2020 | 12 |
| 1,522.26 | | | | Redacted 9181 | حسين حسن الدماصرة | 2021 | 1 |
| 1,822.26 | | | | Redacted 9181 | حسين حسن الدماصرة | 2021 | 2 |
| 1,822.26 | | | | Redacted 9181 | حسين حسن الدماصرة | 2021 | 3 |

CONFIDENTIAL

Shatsky-JD00514

كشف رواتب أسير

| رقم الأسير | 1631 |
| اسم لأسير | خمره حسن حسين المصري |

رقم البطاقة ..... 906194063

| الشهر | السنة | اسم المستفيد | رقم السلطة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| 4 | 2021 | خمره حسين المصري | Redacted 59181 | | | | 1.522.26 |
| 5 | 2021 | خمره حسين المصري | Redacted 59181 | | Redacted | | 1.522.26 |

لا من يصفحة

CONFIDENTIAL

Shatsky-JD00515

# Exhibit 177

CONFIDENTIAL                                           SHATSKY- JD01236-T



[English:] <u>**TO WHOM IT MAY CONCERN**</u>

No. 53646

*621*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr/Mrs. <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>          *[Signature] 8.2.2015*

From: <u>YATTA/HEBRON</u>    ID No. <sup>Redacted</sup><u>875-0</u>

Was arrest3ed by the Israeli Authorities on Day: <u>17</u> Month: <u>10</u> Year: <u>2002</u>

He/She is to date: Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period: <u>LIFE SENTENCE</u>

He/She was released on Day: <u>/////</u> Month: <u>/////</u> Year: <u>/////</u>

(Tick the box and underline the correct designation)          *3975*

                                    *Renewal.    Sentence: Life sentence*



[Arabic:] <u>**TO WHOM IT MAY CONCERN**</u>

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr/Mrs. <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

From: <u>YATTA/HEBRON</u>    ID No. <sup>Redacted</sup><u>875-0</u>

Was arrest3ed by the Israeli Authorities on Day: <u>17</u> Month: <u>10</u> Year: <u>2002</u>

He/She is to date: Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period: <u>LIFE SENTENCE</u>

He/She was released on Day: <u>/////</u> Month: <u>/////</u> Year: <u>/////</u>

(Tick the box and underline the correct designation)

Date: [Illegible] 2004

Place: HEBRON/NS

CERTIFIED UPDATE
06.21.2015
International Committee of
the Red Cross

KATIA PATRONOFF
[Stamp of
the Red
Cross]
ICRC Delegate

CONFIDENTIAL                    [Stamp of
                                the Red
                                Cross]              SHATSKY- JD01236-T

**CONFIDENTIAL**                                    SHATSKY- JD01237-T

*Check with the Cross*

   [English:] <u>**TO WHOM IT MAY CONCERN**</u>

No. 53646

*621*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International
Committee of the Red Cross certifies that

**Mr/Mrs.** <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

**From:** <u>YATTA/HEBRON</u>   **ID No.** <sup>Redacted</sup><u>875-0</u>

**Was arrest3ed by the Israeli Authorities on Day:** <u>17</u> **Month:** <u>10</u> **Year:** <u>2002</u>

**He/She is to date:  Awaiting Trial** ☐  **Sentenced** ☒   **Administrative** ☐

**Length of sentence / administrative period:** <u>LIFE SENTENCE</u>

**He/She was released on Day:** <u>/////</u> **Month:** <u>/////</u> **Year:** <u>/////</u>

**(Tick the box and underline the correct designation)**

   [Arabic:] **TO WHOM IT MAY CONCERN**   *443100*

*Confirmation renewal.*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International
Committee of the Red Cross certifies that

**Mr/Mrs.** <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

**From:** <u>YATTA/HEBRON</u>   **ID No.** <sup>Redacted</sup><u>875-0</u>

**Was arrest3ed by the Israeli Authorities on Day:** <u>17</u> **Month:** <u>10</u> **Year:** <u>2002</u>

**He/She is to date:  Awaiting Trial** ☐   **Sentenced** ☒   **Administrative** ☐

**Length of sentence / administrative period:** <u>LIFE SENTENCE</u>

**He/She was released on Day:** <u>/////</u> **Month:** <u>/////</u> **Year:** <u>/////</u>

**(Tick the box and underline the correct designation)**

**Date:** [Illegible] 2004        CERTIFIED UPDATE          KATIA PATRONOFF
                                   03.05.2013            [Stamp of
**Place:** HEBRON/NS      International Committee of    the Red------------------
                               the Red Cross            Cross]
                                                         ICRC Delegate

**CONFIDENTIAL**          **PATRICIA E. GUIOTE**        SHATSKY- JD01237-T

CONFIDENTIAL                                    SHATSKY- JD01240-T

*Increment*              443100        *Confirmation of the ten years*

                    [English:] <u>**TO WHOM IT MAY CONCERN**</u>

                                        No. 53646

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/Mrs.** <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

**From:** <u>YATTA/HEBRON</u>   **ID No.** <sup>Redacted</sup> <u>875-0</u>

**Was arrest3ed by the Israeli Authorities on Day:** <u>17</u> **Month:** <u>10</u> **Year:** <u>2002</u>

**He/She is to date:  Awaiting Trial □  Sentenced ☒  Administrative □**

**Length of sentence / administrative period:** <u>LIFE SENTENCE</u>

**He/She was released on Day:** <u>/////</u> **Month:** <u>/////</u> **Year:** <u>/////</u>

**(Tick the box and underline the correct designation)**

                    **[Arabic:] <u>TO WHOM IT MAY CONCERN</u>**

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/~~Mrs.~~** <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

**From:** <u>YATTA/HEBRON</u>   **ID No.** <sup>Redacted</sup> <u>875-0</u>

**Was arrest3ed by the Israeli Authorities on Day:** <u>17</u> **Month:** <u>10</u> **Year:** <u>2002</u>

**He/She is to date:  Awaiting Trial □  Sentenced ☒  Administrative □**

**Length of sentence / administrative period:** <u>LIFE SENTENCE</u>

**He/She was released on Day:** <u>/////</u> **Month:** <u>/////</u> **Year:** <u>/////</u>

**(Tick the box and underline the correct designation)**

**Date:** [Illegible] 2004            **KATIA PATRONOFF**

| CERTIFIED UPDATE |
| 22[*].04.2012 |
| International Committee of |
| the Red Cross |

**Place:** HEBRON/NS

----------------------------------

                                        **ICRC Delegate**

CONFIDENTIAL            **P.P BARBARA [illegible]**        SHATSKY- JD01240-T

CONFIDENTIAL                                              SHATSKY- JD01242-T

*621*                                        *0599975604*

                                                         *2279329*



[English:] **TO WHOM IT MAY CONCERN**

No. 53646

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr/Mrs. <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

From: <u>YATTA/HEBRON</u>   ID No.<sup>Redacted</sup><u>875-0</u>

Was arrest3ed by the Israeli Authorities on Day: <u>17</u> Month: <u>10</u> Year: <u>2002</u>

He/She is to date:  Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period: <u>LIFE SENTENCE</u>

He/She was released on Day: <u>/////</u> Month: <u>/////</u> Year: <u>/////</u>

**(Tick the box and underline the correct designation)**



[Arabic:] **TO WHOM IT MAY CONCERN**   *Confirmation renewal*

*443100*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr/~~Mrs.~~ <u>MAHMOUD HAMAD MAHMOUD SHRIETEH</u>

From: <u>YATTA/HEBRON</u>   ID No.<sup>Redacted</sup><u>875-0</u>

Was arrest3ed by the Israeli Authorities on Day: <u>17</u> Month: <u>10</u> Year: <u>2002</u>

He/She is to date:  Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period: <u>LIFE SENTENCE</u>

He/She was released on Day: <u>/////</u> Month: <u>/////</u> Year: <u>/////</u>

**(Tick the box and underline the correct designation)**

Date: [Illegible] 2004          CERTIFIED UPDATE         KATIA PATRONOFF
                                  07.06.2010
Place: HEBRON/NS          International Committee of   ---------------------------------
                                 the Red Cross
                                                              **ICRC Delegate**

CONFIDENTIAL                 **P.P Serge ZOGG**         SHATSKY- JD01242-T

CONFIDENTIAL

SHATSKY-JD01244-T

In the Name of Allah, the
Merciful, the Compassionate

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

[Emblem of the
Palestinian Authority]

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

## Main Prisoner Form

| Form no.: | 4 | 4 | | 3 | 1 | 0 | 0 | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | | | | Ministry's administration/branch: | | | | | |

### 1. Basic information concerning the prisoner:

| ID no. (9 digits) | Redacted | | | | | 8 | 7 | 5 | 0 |
|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | Grandfather's name | Family name | | |
|---|---|---|---|---|---|---|
| | Mahmud | Hamad | Mahmud | Sharitah | | |
| Mother's name: | Nazifa Sharitah | | Gender: | ☑ Male | ☐ Female | |
| DoB: | Redacted .1977 | | Place of birth: | Yata | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☑ University | ☐ Higher education |
| Profession prior to arrest: | Student | | Organization: | Hamas | | |
| Arrest date: | 10.17.02[*] | | Place of arrest: | Be'er Sheva | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other | |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | Life term |

| Permanent residence: | Governorate: | Hebron | Residential complex: | Redacted | |
|---|---|---|---|---|---|
| Notes: | | | | | |

### 2. Information concerning previous arrests:

Number of previous arrests: ___Once___ .  Only those attested by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 8.14.1998 | Court Case | 3.23.99 | 10 | 7 | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

1

[English] Ramallah, P.O. Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O. Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

CONFIDENTIAL

SHATSKY-JD01244-T

CONFIDENTIAL                                                    SHATSKY-JD01245-T

| [English] Palestinian National Authority Ministry of Detainees & Freed Detainees Affair Hebron | In the Name of Allah, the Merciful, the Compassionate [Emblem of the Palestinian Authority] | [English] Palestinian National Authority Ministry of Detainees & Freed Detainees Affair Hebron |
|---|---|---|

**3. Social Status Information:**

| Marital Status: | ☑ Single [word erased] | ☐ Married | | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | |
| Spouse's ID No. | | | | Marriage Contract Date | |
| Spouse Name | | | | Number of Children: | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | 6 | 4 | 1 | 3 |
|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Hammad Mahmud Ahmad Sharitah | | | | | Relationship: | Father | |
| Date of Authorization If Available: | | | | Authorization's Period of Validity: | | | | |
| Bank: | Redacted | | | Bank Branch: | | | Redacted | |
| Account No.: | | | | Redacted | | | | |
| Landline Phone No.: | | | | Cell Phone No.: | | | | |
| Permanent Beneficiary's Address: | Governorate: | | | Residential complex: | | | | |
| Notes: | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | Hammad |

2

[English] Ramallah, P.O. Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O. Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

CONFIDENTIAL                                                    SHATSKY-JD01245-T

SHATSKY-JD01249-T                                                      CONFIDENTIAL

[Handwritten in Arabic: Indictment Mahmoud]

Israel Defense Forces

In the Military Court
In Beit El
Before Panel

Court File: 02/ [handwritten:] 3991

Prosecution File: 976/02

Police File: 19284/02 Yarkon

21011/02 Yarkon

3074/02 Binyamin

3075/02 Binyamin

3076/02 Binyamin

3077/02 Binyamin

3078/02 Binyamin

3079/02 Binyamin

3080/02 Binyamin

**In the case between the Military Prosecutor – the Prosecution**

**-v-**

Mahmud Hamad Mahmud Sharitah (aka "Abu Bakr," "Salem")

ID No. Redacted 8750, born Redacted 1977, resident of Ramallah

Detained since October 17, 2002

**– the Defendant -**

**Indictment**

**The above Defendant is hereby indicted for committing the following offenses:**

**First Count:**
**Nature of the Offense:** Membership and activity in an unlawful association, an offense pursuant to Regulation 85(1)(A) of the Defense egulations (Emergency), 1945.
**Details of the Offense:** The above-named Defendant was a member of - or acted as a member of - an unlawful association in the area from the middle of 1999 until the date of his arrest. To wit,
the above-named Defendant, during the course of the said period, during the course of his studies at Bir Zeit University, was a member of the Islamic Bloc, which is an unlawful association.

**Second Count:**
**Nature of the Offense:** Holding a position in an unlawful association, an offense pursuant to Regulation 85(1)(b) of the Defense Regulations (Emergency), 1945.
**Details of the Offense:** The above-named Defendant directed or aided in directing an unlawful association in the area from the middle of 1999 until or around the beginning of 2000 or held a position or status of some kind in an unlawful association. To wit,
the above-named Defendant, during the course of the said period, was the head of the student union at Bir Zeit University for the Islamic Bloc, which is an unlawful association.
Prosecution File 976/02

1

SHATSKY-JD01249-T                                                      CONFIDENTIAL

SHATSKY-JD01250-T

CONFIDENTIAL

**Third Count:**

**Nature of the Offense:** Holding a position in an unlawful association, an offense pursuant to Regulation 85(1)(b) of the Defense Regulations (Emergency), 1945.

**Details of the Offense:** The above-named Defendant directed or aided in directing an unlawful association in the area from the beginning of 2000 until or around the time of his arrest or held a position or status of some kind in an unlawful association. To wit,

the above-named Defendant, during the course of the said period in Bir Zeit University, was the head of the student council at the aforementioned university for the Islamic Bloc, which is an unlawful association.

The Defendant filled the position of Alaa Zuheir, who had been arrested by Israeli security forces.

**Fourth Count:**

**Nature of the Offense:** Membership and activity in an unlawful association, an offense pursuant to Regulation 85(1)(A) of the Defense egulations (Emergency), 1945.

**Details of the Offense:** The above-named Defendant was a member of - or acted as a member of - an unlawful association in the area from January 2002 until the date of his arrest. To wit,

the above-named Defendant, during the course of the said period, was a member of the Izz a-Din al-Qassam Brigades, the military wing of Hamas, which is an unlawful association.

The Defendant was recruited into the ranks of the Izz a-Din al-Qassam Brigades by Hasanin Roumana after the Defendant contacted the latter with a request to join the miliary wing of Hamas.

As part of his activities, the Defendant was in the practice of meeting with Hasanin Roumana in order to learn the ways of Hamas's military operations.

As part of his activities in the Izz a-Din al-Qassam Brigades, the Defendant made use of the following hostile terrorist operative nicknames: "Abu Bakr," "Salem," "Abu Nur," "Abed," and "Eiman."

The Defendant operated in the Izz a-Din al-Qassam Brigades under Hasanin Roumana's command as will be set forth in the following counts of indictment.

**Fifth Count:**

**Nature of the Offense:** Military training without a permit, an offense pursuant to Regulation 62 of the Defense Regulations (Emergency), 1945.

**Details of the Offense:** The above-named Defendant trained, trained others, or was trained militarily in the use of arms or the practice of military exercises, movements, or operation systems in the area at or around the beginning of 2002. To wit,

the above-named Defendant, during the said time, met in Ramallah with Hasanin Roumana, the Defendant's commander in the military wing of Hamas. Hasanin Roumana asked the Defendant in what areas does the Defendant like to work. The Defendant answered that he wishes to work in the production of explosive devices because he learned electrical engineering in Bir Zeit University and loves to work with various materials. Hasanin Roumana promised that he would organize military training for the Defendant during the course of which he would learn to produce explosive devices.

Two weeks later, the Defendant met with an anonymous person in Ramallah, whom he identified according to the code words that he had received from Hasanin Roumana. The aforementioned person led the Defendant to the hideout apartment in Ramallah.

Another person, whose face was masked, was present in the said apartment. That person taught the Defendant, during a number of hours, to make explosive material and assemble explosive devices from it. The aforementioned person taught the Defendant to create operating mechanisms for explosive devices. Among other things, the Defendant learned to make operating mechanisms from watches, remote controls, and cellular telephone handsets. The aforementioned training was both theoretical as well as practical.

In addition, the aforementioned person taught the Defendant to disassemble, assemble, and use various handguns and the MP5 submachine gun.

At the end of the aforementioned training, the Defendant received from the aforementioned trainer various electronic components as well as six written pages on which everything that the Defendant had learned during the course of the above-described training was written down.

After the Defendant returned from the said training to his home, the Defendant reviewed what he had learned during the course of the training.

Prosecution File 976/02

2

SHATSKY- JD01250-T                                                          CONFIDENTIAL

SHATSKY- JD01251-T                                                                              CONFIDENTIAL

5.  Afterward, using a video camera, the Defendant videoed Rafat Mokdi in advance of the perpetration of a planned suicide terror attack. Rafat Mokdi read out before the camera the "Will" that the Defendant had written.

6.  The Defendant placed an explosive belt on Rafat Mokdi's body.

7.  At the Defendant's instruction, "Abu Sharif" drove Rafat Mokdi to Tel Aviv in order that the latter would perform the planned suicide terror attack there. Before departing, the Defendant instructed Rafat Mokdi to detonate himself if he would be stopped at the checkpoint of the Israeli security forces even if "Abu Sharif" would be adjacent to him at the time.

8.  Shortly before 9:15 PM on October 11, 2002, "Abu Sharif" dropped-off Rafat Mokdi at the Tel Aviv boardwalk and directed the latter to detonate the explosive belt that he bore on his body in a restaurant in which there were a lot of people.

9.  Rafat Mokdi tried to enter the "Yotvata" restaurant, which is located on Herbert Samuel Street (the Tel Aviv boardwalk), but the security guard at the place had spotted him, suspected that he was a suicide bomber, and prevented him from entering. Rafat Mokdi tried to escape the area but, after a chase, was apprehended with the assistance of additional security guards that had arrived at the scene.

**Witnesses for the Prosecution:**

1.  Advanced Staff Sergeant Yakov Barazani, Personal ID No. [Redacted]9106, of Judah Investigations [gathers the Defendant's statements dated October 21, 2002 and November 19, 2002 and submits the Defendant's handwriting in Arabic + a photo sheet]

2.  Sergeant Major Avi Akiva, Personal ID No. [Redacted]9162, of Judah Investigations [gathers the Defendant's statements dated November 3, 2002 (time: 10:45 am) and November 19, 2002 (time: 1:00 pm) and submits the Defendant's handwriting in Arabic + a photo lineup report + photo sheets]

3.  First Sergeant Yitzhak Yakovof, Personal ID No. [Redacted]8358, of Judah Investigations [gathers the Defendant's statement dated November 5, 2002 and submits his handwriting in Arabic]

4.  First Sergeant Moshe Levi, Personal ID No. [Redacted]3117, of Judah Investigations [gathers the Defendant's statement dated 11.13.2002 and submits the Defendant's handwriting in Arabic + an apprehension and marking report]

5.  Transcript of the proceeding for the extension of the detention of the Defendant dated October 28, 2002

6.  Munir Mahmoud Shalosh, ID No. [Redacted]1107. (Detainee)

7.  Ashraf Munir Za'ir, ID No. [Redacted]0679. (Detainee)

8.  Rafat Rashid Abdullah Mokdi, ID No. [Redacted]5026. (Detainee)

9.  Bilal Mohamed Said Abu Shalbiya, ID No. [Redacted]1868. (Detainee) (Prosecution File 999/02)

10. Mohamed Halil Jumaah Atiyua, ID No. [Redacted]2707. (Detainee) (Prosecution File 968/02)

11. Mahmoud Yusef A/Juad Borgal, ID No. [Redacted]2500. (Detainee) (Prosecution File 967/02)

12. Samar Paiz Ali Badera, ID No. [Redacted]0038. (Detainee) (Prosecution File 966/02)

---

**(Police File 19284/02 Yarkon)**

13. Sergeant Major David Lev, Personal ID No. [Redacted]6830, Criminal Identification Department - Yarkon Station [submits photo sheets]

14. First Sergeant Amnon Refuah, Personal ID No. [Redacted]8777, Criminal Identification Department - Yarkon Station [submits photo sheets]

15. Chen Levine, Personal ID No. [Redacted]7485, Terrorism Laboratory, Tel Aviv [submits cover sheet for exhibits]

16. Yaniv Hikeri, ID No. [Redacted]5129. (details in the Prosecution) [was in the bus, injured]

17. Nissim Bozagalo, ID No. [Redacted]1112. (details in the Prosecution) [was in the bus, injured]

18. Lawrence Wisman, [Redacted]5769. (details in the Prosecution) [was in the bus, injured]

Prosecution File 976/02                                    11
SHATSKY- JD01251-T                                                                              CONFIDENTIAL

SHATSKY- JD01252-T                                                    CONFIDENTIAL

19. Meir Nachtumi, ID No. <sup>Redacted</sup>5115. (details in the Prosecution) [was in the bus, injured]

20. Oleg Kup, ID No. <sup>Redacted</sup>7581. (details in the Prosecution) [eyewitness, wounded]

21. Dr. Bertolon Levi, the National Institute for Forensic Medicine [submits expert report] (will only be subpoenaed pursuant to the Defense's express demand)

22. Dr. Ricardo Nachman, the National Institute for Forensic Medicine [submits expert report] (will only be subpoenaed pursuant to the Defense's express demand)

23. A list of the injured who were admitted to the hospital emergency rooms [institutional lists]

24. The medical records of the injured. (A detailed list will be provided during the course of the case.)

A detailed list of witnesses regarding those killed and injured during the terror attack on bus line 4 on September 19, 2002, from Police File 19284/02 Yarkon, will be provided by the Prosecution during the course of the case.

**(Police File 21011/02 Yarkon**

25. Michael Sorkisov, ID No. <sup>Redacted</sup>6920. (details in the Prosecution) [a restaurant security guard who arrested the terrorist]

26. Asaf Marko, ID No. <sup>Redacted</sup>1395. (details in the Prosecution) [a security guard who caught the terrorist]

27. Gideon Zohar, ID No. <sup>Redacted</sup>8328. (details in the Prosecution) [a security guard who caught the terrorist]

28. Asaf Ben Haim, ID No. <sup>Redacted</sup>8845. (details in the Prosecution) [a security guard who participated in the chase after the terrorist]

29. Chief Inspector Ezra Rachmani, the Terrorism Laboratory, Tel Aviv [submits cover sheet for exhibits]

30. Advanced Staff Sergeant Shaul Kroani, Personal ID No. <sup>Redac</sup>4516, Terrorism Unit, Yarkon Station [submits activity report]

31. First Sergeant Oren Nahari, Personal ID. No. <sup>Redac</sup>4450, Special Patrol Unit, Yarkon [submits activity/memorandum/apprehension and marking report]

[signature]
Michael Kotlick, Captain
Military Prosecutor

Date: December 12, 2002
Reference: 976-02

Prosecution File 976/02

12

SHATSKY- JD01252-T                                                    CONFIDENTIAL

Original

CONFIDENTIAL

SHATSKY-JD01235



## TO WHOM IT MAY CONCERN № 53646

*b21*

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : MAHMOUD HAMAD MAHMOUD SHRTETEH

From : YATTA/HEBRON _____ ID NO : Redacted 75-0

Was arrested by the Israeli Authorities on Day : 17 Month : 10 Year: 2002

He/She is to date:  Awaiting Trial ☐  Sentenced ☒  Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day : //////  Month : //////  Year : /////

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

*b21*

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة :

من :

هوية رقم : Redacted 375-0

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم 17 / شهر 10 / سنة 2002

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة:

وهو/هي اطلق سراحه/ها في يوم ////// / شهر ////// / سنة //////

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date _____ NB. 16.2004
التاريخ

Place HEBRON/US
المكان

KATTA PACHOROFF

**ICRC Delegate**
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01236



## TO WHOM IT MAY CONCERN № 53646

62)

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr/Mrs. MAHMOUD HAMAD MAHMOUD SHRETEH

From : YATTA/HEBRON      ID NO : Redacted 875-0

Was arrested by the Israeli Authorities on Day: 17   Month: 10   Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day: //////   Month: //////   Year: /////

(Tick the box and underline the correct designation)

3975

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأسم : محمود حماد محمود شريتح

من : يطا / الخليل         هوية رقم: Redacted 875-0

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٧ / شهر ١٠ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   ادارى ☐

محكوم/ة او ادارى لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم ////// / ////// / //////

( الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED UPDATE
21-06-2005
International Committee
of the Red Cross

KATIA PATRONOFF
ICRC Delegate
توقيع مندوب اللجنة

Date
التاريخ 08.04.2004

Place
المكان HEBRON/NS

CONFIDENTIAL

SHATSKY-JD01236

CONFIDENTIAL

SHATSKY-JD01237



## TO WHOM IT MAY CONCERN

№ 53646

611

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : MAHMOUD HAMAD MAHMOUD SHR ETEH

From : YATTA/HEBRON          ID NO : Redacted 875-0

Was arrested by the Israeli Authorities on Day: ___17___ Month: ___10___ Year:2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence / administrative period : ___LIFE SENTENCE___

He/She was released on Day: //////   Month: //////   Year: /////

(Tick the box and underline the correct designation)

الى من يهمه الأمر

44300

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الاسم : محمود حماد محمود شريتح

من : يطا / الخليل          هوية رقم : Redacted 875-0

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم __17__ / شهر __10__ / سنة __2002__

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة : مدى الحياة

وهو/هي اطلق سراحه/ها في يوم _____ / شهر _____ / سنة _____

( الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة )

Date / التاريخ   08.09.2004

Place / المكان   HEBRON/NS

KATIA PATRONOFF

**ICRC Delegate**
توقيع مندوب اللجنة

CONFIDENTIAL

PATRICIA P. GUIOTE

SHATSKY-JD01237

CONFIDENTIAL
SHATSKY-JD01240

44 3/00

## TO WHOM IT MAY CONCERN    № 53646

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr / Mrs. :

From : _____    ID NO : _____    Redacted

Was arrested by the Israeli Authorities on Day: _____ Month: _____ Year: _____

He / She is to date:    Awaiting Trial ☐    Sentenced ☐    Administrative ☐

Length of sentence / administrative period :

He / She was released on Day: _____ Month: _____ Year: _____

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  :

من :    هوية رقم:    Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم _____ / شهر _____ / سنة _____

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة:

وهو/هي اطلق سراحه/ها في يوم _____ / شهر _____

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date
التاريخ

Place                                                    ICRC Delegate
المكان                                                  توقيع مندوب اللجنة

CONFIDENTIAL
SHATSKY-JD01240

CONFIDENTIAL

SHATSKY-JD01242

## TO WHOM IT MAY CONCERN   № 53646

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : MAHMOUD HAMAD MAHMOUD SHRIETEH

From : YATTA/HEBRON     ID NO : Redacted 875-0

Was arrested by the Israeli Authorities on Day: 17 Month: 10 Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day: /////// Month: /////// Year: /////

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : _____

من : _____

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٧ / شهر ١٠ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: _____

وهو/هي اطلق سراحه/ها في يوم /////// / شهر /////// / سنة ///////

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

**CERTIFIED UPDATE**

**ICRC**   05-07 2010   **ICRC**

International Committee of the Red Cross

P.P. Serge ZOGG

Date التاريخ : 08.04.2004

Place المكان : HEBRON/NS

KATIA PATRONOFF

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01242

CONFIDENTIAL
SHATSKY-JD01244

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
مديرية الخليل

## استمارة الأسير الرئيسية

| | | | | | رقم الاستماره |
|---|---|---|---|---|---|
| | المديرية/فرع الوزاره: | | / | / | تاريخ تعبئة الاستماره |

1 . المعلومات الرئيسية للاسير :-

**Redacted**

| | | 8 | 7 | 5 | 6 | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|
| اسم العائله | اسم الجد | اسم الاب | الاسم الاول | | | الاسم الرباعي |
| شريتح | محمود | ب ر | محمود | | | |
| ○ذكر  ○انثى | الجنس | فاطمه شريتح Redacted | | | | اسم الأم: |
| طا | مكان الولاده: | 1977 | | | | تاريخ الميلاد: |
| ○ دراسات عليا | ○جامعي ○دبلوم ○ثانوي ○ الاساسيه ○أمي | | | | | المؤهل العلمي: |
| عامل | التنظيم: | طلاب | | | | المهنه قبل الاسر: |
| السيد | مكان الاعتقال: | 7.7.10.02 | | | | تاريخ الاسر: |
| ○ اخرى | ○الاداري  ○محرر | ○ محكوم  ○ موقوف | | | | الوضع الاعتقالي: |
| سنه | الشهر | اليوم | تاريخ الافراج المتوقع | سنه | شهر | يوم | في حالة محكوم مدة الحكم |
| | نوفمبر | | حسب قرار الحكم | | نوفمبر | | حسب شهادة الصليب |
| **Redacted** | التجمع السكاني: | الخليل | | | المحافظة: | | العنوان الدائم: |

ملاحظات:

2 - بيانات الاعتقال السابقة:

عدد مرات الاعتقال السابقة:------- سبعه -------- فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث الى الاقدم.

| ملاحظات | مدة الافراج | | | تاريخ الافراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنه | شهر | يوم | | | | |
| | 7 | 10 | | 23-3-99 | قضي | 14-8-1998 | 1 - |
| | | | | | | | 2 - |
| | | | | | | | 3 - |
| | | | | | | | 4 - |
| | | | | | | | 5 - |

رام الله ص.ب 2105
تلفون: 2226423-2213993
مديرية الخليل -شارع واد التفاح -عمارة المها
تلفون: 02-2226423 فاكس: 2213993

Ramallah, P.O. Box 2105
Tel: 022226423 02-2213993
Hebron/wad altofah st --almaha building
Tel: 02-2226423 Fax: 02-2213993        E-mail: asarehb@palnet.edu

CONFIDENTIAL
SHATSKY-JD01244

CONFIDENTIAL

SHATSKY-JD01245



Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

السلطــة الوطنيــة الفلسطينيــة
وزارة شـؤون الأسـرى والمحررين
مديرية الخليل

٣- بيانات الوضع الاجتماعي:

| | | | | | الحالة الاجتماعيه: |

في حالة متزوج/ة :   تعبئة بيانات الزوج/ ة والابناء

رقم هوية الزوج/ة :

اسم الزوج /ة :

عدد الاولاد   تاريخ عقد الزواج   /   /

بيانات الابناء من الزوجة الاولى :( الابناء الذكور اقل من 18 سنه ، والبنات غير متزوجات بغض النظر عن اعمارهن)

| المؤهل العلمي | الحالة الاجتماعيه | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | | | 1 |
| | | | | 2 |
| | | | | 3 |
| | | | | 4 |
| | | | | 5 |
| | | | | 6 |
| | | | | 7 |
| | | | | 8 |
| | | | | 9 |

٤- بيانات الوكيل " المستفيد"

| | رقم هوية "المستفيد" |
|---|---|
| Redacted | |
| صلة القرابه: | اسم الوكيل "المستفيد" |
| مدة سريان الوكاله: | تاريخ الوكاله:   /   / |
| Redacted   فرع البنك: Redacted | البنك: Redacted |
| | رقم الحساب: |
| رقم الهاتف النقال: | رقم الهاتف الارضي: |
| المحافظه: | العنوان الدائم للمستفيد: |
| التجمع السكني: | ملاحظات |

ملاحظات مقدم الطلب:

اقرار: انا الموقع ادناه اقر واشهد بان كافة المعلومات الوارده في الطلب صحيحه واتحمل مسؤوليتها

توقيع مقدم الطلب:

2

Ramallah, P.O. Box 2105
Tel: 02-2226423, 02-2213993
Hebron/wad altofah st –almaha building
Tel: 02-2226423 Fax: 02-2213993
E-mail: asarehb@palnet.edu

رام الله ص.ب 2105
تلفون: 2226423-2213993
مديرية الخليل - شارع واد التفاح- عمارة المها
تلفون: 02-2226423  فاكس: 2213993

CONFIDENTIAL

SHATSKY-JD01245

CONFIDENTIAL

SHATSKY-JD01248

# TO WHOM IT MAY CONCERN

№ 53646

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. :

From : _____ Redacted    ID NO :_____

Was arrested by the Israeli Authorities on Day: _____ Month _____ Year: _____

He/She is to date:   Awaiting Trial ☐   Sentenced ☐   Administrative ☐

Length of sentence / administrative period : _____

He/She was released on Day: _____ Month: _____ Year: _____

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : _____

من _____ Redacted _____ : هوية رقم: _____

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ___ / شهر ___ / سنة ___

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐  محكوم/ة ☐  اداري ☐

محكوم/ة او اداري لمدة: _____

وهو/هي اطلق سراحه/ها في يوم ___ / شهر ___ / سنة ___

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED UPDATE

2 0 -03- 2011

International Committee
of the Red Cross

P.P. Serge ZOGG

| | Date التاريخ | | | ICRC Delegate توقيع مندوب اللجنة |
|---|---|---|---|---|
| | Place المكان | | | |

CONFIDENTIAL

SHATSKY-JD01249

لا نية احكام محد

| צבא | הגנה | לישראל |
|---|---|---|

| בבית | המשפט | הצבאי | : תיק ביהי"מ | 02/ **3991** |
| בבית | אל | | : תיק תביעה | 976/02 |
| בפני | הרכב | | : תיק פ.א. | 19284/02 ירקון |
| | | | | 21011/02 ירקון |
| | | | | 3074/02 בנימין |
| | | | | 3075/02 בנימין |
| | | | | 3076/02 בנימין |
| | | | | 3077/02 בנימין |
| | | | | 3078/02 בנימין |
| | | | | 3079/02 בנימין |
| | | | | 3080/02 בנימין |

### במשפט שבין התובע הצבאי - הנאשים

### - נ ג ד -

מחמוד חמאד מחמוד שריתה והמכונה "אבו בכר", "סאלם")
ת.ז. 8750 Redacted, יליד 77 Redacted, תושב רמאללה
עצור מיום 17.10.02.

### - ה נ א ש ם -

### כ ת ב - א י ש ו ם

### הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:

#### פרט ראשון:

**מהות העבירה:** חברות ופעילות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) לתקנות
ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מאמצע שנת 1999 ועד ליום מעצרו, היה חבר או פעל
כחבר בארגון שהוא התאחדות בלתי מותרת, דהיינו :
הנאשם הנ"ל, במהלך התקופה האמורה, במהלך לימודיו באוניברסיטה ביר זית, היה חבר בארגון
כותלה אלאיסלמיה, שהוא התאחדות בלתי מותרת.

#### פרט שני:

**מהות העבירה:** נשיאת משרה בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(ב) לתקנות ההגנה
(שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מאמצע שנת 1999 ועד לתחילת שנת 2000 או בסמוך
לכך, ניהל או עזר להנהלת התאחדות בלתי מותרת, או החזיק במשרה או עמדה כל שהיא
בהתאחדות בלתי מותרת, דהיינו :
הנאשם הנ"ל, במהלך התקופה האמורה, באוניברסיטת ביר זית, היה ראש אגודת הסטודנטים
מטעם ארגון כותלה אלאיסלמיה, שהוא התאחדות בלתי מותרת.

ת.ת. 976/02

CONFIDENTIAL

SHATSKY-JD01249

CONFIDENTIAL

SHATSKY-JD01250

פרט שלישי :

**מהות העבירה:** נשיאת משרה בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(ב) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מתחילת שנת 2000 ועד ליום מעצרו או בסמוך לכך, ניהל או עזר להנהלת התאחדות בלתי מותרת, או החזיק במשרה או עמדה כל שהיא בהתאחדות בלתי מותרת, דהיינו :
הנאשם הנ"ל, במהלך התקופה האמורה, באוניברסיטת ביר זית, היה ראש מועצת הסטודנטים של האוניברסיטה הנ"ל מטעם ארגון כותלה אלאסלמיה, שהוא התאחדות בלתי מותרת. הנאשם החליף בתפקידו האמור את עלאא זוהיר, אשר נעצר על-ידי כוחות הביטחון הישראליים.

פרט רביעי :

**מהות העבירה:** חברות ופעילות בהתאחדות בלתי מותרת, עבירה לפי תקנה 85(1)(א) לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, החל מחודש ינואר 2002 ועד ליום מעצרו, היה חבר או פעל כחבר בארגון שהוא התאחדות בלתי מותרת, דהיינו :
הנאשם הנ"ל, במהלך התקופה האמורה, היה חבר בגדודי עז א-דין אל קסאם, הזרוע הצבאית של ארגון החמאס, שהוא התאחדות בלתי מותרת.
הנאשם גויס לשורות גדודי עז א-דין אל קסאם על-ידי חסנין רומאנה, לאחר שהנאשם פנה אל האחרון וביקש ממנו להצטרף לזרוע הצבאית של ארגון החמאס.
במסגרת פעילותו, הנאשם נהג להיפגש עם חסנין רומאנה על מנת ללמוד את דרכי הפעילות הצבאית של ארגון החמאס.
במסגרת פעילותו בגדודי עז א-דין אל קסאם, הנאשם עשה שימוש בכינויים פיח"עים הבאים : "אבו בכר", "סאלם", "אבו נורי", "עבדי" ו"אאימן".
הנאשם פעל בגדודי עז א-דין אל קסאם תחת פיקודו של חסנין רומאנה כפי שיפורט בפרטי האישום הבאים.

פרט חמישי :

**מהות העבירה:** אימונים צבאיים שלא בהיתר, עבירה לפי תקנה 62 לתקנות ההגנה (שעת חירום), 1945.

**פרטי העבירה:** הנאשם הנ"ל, באיזור, בתחילת שנת 2002 או בסמוך לכך, התאמן, אימן או אומן אימון צבאי בנשק או במלאכת תרגילים, תנועות או מערכות פעולה צבאיים, דהיינו :
הנאשם הנ"ל, במועד האמור, נפגש ברמאללה עם חסנין רומאנה, מפקדו של הנאשם בזרוע הצבאית של ארגון החמאס. חסנין רומאנה שאל את הנאשם באילו דברים הנאשם אוהב לעבוד. הנאשם השיב כי ברצונו לעסוק בייצור מטעני חבלה מכיוון שלמד באוניברסיטת ביר זית הנדסת אלקטרוניקה ואוהב להתעסק בחומרים שונים. חסנין רומאנה הבטיח כי יארגן לנאשם אימון צבאי, אשר במהלכו ילמד לייצר מטעני חבלה.
כעבור שבועיים, הנאשם נפגש ברמאללה עם אדם פלוני, אותו ויזה לפי מילות קוד שקיבל מחסנין רומאנה. האדם הנ"ל הוביל את הנאשם לדירת מסתור ברמאללה.
בדירה האמורה נכח אדם נוסף, אשר פניו היו רעולים. האדם האמור לימד את הנאשם במשך מספר שעות לייצר חומרי נפץ ולהרכיב מטען מטעני חבלה. האדם הנ"ל לימד את הנאשם לייצר מנגנוני הפעלה עבור מטעני חבלה. בין היתר, הנאשם למד לייצר מנגנוני הפעלה משעון-יד, שלט רחוק וממתג/מקשיר טלפון סלולרי. האימון הנ"ל היה הן תיאורטי והן מעשי.
בנוסף לכך, האדם הנ"ל לימד את הנאשם לפרק, להרכיב ולהשתמש באקדחים שונים ובתמ"ק MP-5.
בתום האימון הנ"ל, הנאשם קיבל מהמאמן הנ"ל רכיבים אלקטרוניים שונים וכן שישה דפים כתובים, אשר בהם נרשם כל מה שהנאשם למד במהלך האימון המתואר לעיל.
לאחר שהנאשם חזר מהאימון האמור לביתו, הנאשם חזר על מה שלמד במהלך האימון.

ת.ז. 976/02

CONFIDENTIAL

SHATSKY-JD01250

CONFIDENTIAL

SHATSKY-JD01251

5. לאחר מכן, הנאשם הסריט באמצעות מצלמתו וידאו את ראפת מוקדי לקראת ביצוע פיגוע ההתאבדות והמתוכנן. ראפת מוקדי קרא לפני המצלמה את "הצוואה" שנכתבה עבורו על-ידי הנאשם.

6. הנאשם הלביש על גופו של ראפת מוקדי את חגורת הנפץ.

7. על-פי הוראתו של הנאשם, "אבו שריף" הסיע את ראפת מוקדי לתל-אביב על מנת שהאחרון יבצע שם את פיגוע ההתאבדות המתוכנן. לפני היציאה, הנאשם הורה לראפת מוקדי לפוצץ את עצמו אם ייעצר במחסום של כוחות הביטחון הישראליים, אפילו אם "אבו שריף" יהיה באותה עת לידו.

8. בסמוך לשעה 20:15, ביום 11.10.02, "אבו שריף" הוריד את ראפת מוקדי בטיילת החוף בתל-אביב והניחה את האחרון לפוצץ את חגורת הנפץ, שהוא נשא על גופו, במסעדה שיש בה אנשים רבים.

9. ראפת מוקדי ניסה להיכנס למסעדה "יוטבתה" הנמצאת ברחוב הרברט סמואל (טיילת תל-אביב), אך המנהבטח שהיה במקום הבחין בו, חשד כי מדובר במחבל מתאבד ומנע את כניסתו פנימה. ראפת מוקדי ניסה להימלט מהמקום, אך נתפס לאחר מרדף וסביבתו של מאבטחים נוספים שהגיעו למקום.

עדי התביעה:

1. רס"מי יעקב ברוני, מ.א. 106למ"י, לח"יק יהודה. [גובה אמרות הנאשם מיום 21.10.02 ומיום 19.11.02 ומגיש כתב-ידו של הנאשם בערבית + לוח תצלומים]

2. רס"יל אבי עקיבא, מ.א. 9162 Redacted לח"יק יהודה. [גובה אמרות הנאשם מיום 03.11.02 (שעה 10:45), מיום 03.11.02 (שעה 13:00) ומגיש כתב-ידו של הנאשם בערבית + דו"ח מסדר זיהוי תצלומים + לוח תצלומים]

3. רס"יר יצחק יעקבנוף, מ.א. 8358 Redacted, לח"יק יהודה. [גובה אמרת הנאשם מיום 05.11.02 ומגיש כתב-ידו בערבית]

4. רס"יר משה לוי, מ.א. 3117 Redacted לח"יק יהודה. [גובה אמרת הנאשם מיום 13.11.02 ומגיש כתב-ידו של הנאשם בערבית + דו"ח תפיסה וסימון]

5. פרוטוקול דיון הארכת המעצר של הנאשם מיום 28.10.02.

6. מוניר חליל מחמוד שלש, ת.ז. 107 Redacted (עצור)

7. אשרף מוניר זעייר, ת.ז. 0679 Redacted (עצור)

8. ראפת רשיד עבדאללה מוקדי, ת.ז. 5026 Redacted (עצור)

9. בלאל מחמוד סעיד אבו שלדייה, ת.ז. 1868 Redacted (עצור) (ת.ת. 999/02)

10. מחמוד חליל ג'ימעה עטיוה, ת.ז. 2707 Redacted (עצור) (ת.ת. 968/02)

11. מחמוד יוסף ע'ג'אד בורג'אל, ת.ז. 2500 Redacted (עצור) (ת.ת. 967/02)

12. סאמר פאיז עלי בדרה, ת.ז. 038 Redacted (עצור) (ת.ת. 966/02)

פ.א. 19284/02 ירקון

13. רס"ר דוד לב, מ.א. 6830 Redacted, מז"פ - מרחב ירקון. [מגיש לוחות תצלומים]

14. רס"ר אנגונו רפואה, מ.א. 777 Redacted, מז"פ - מרחב ירקון. [מגיש לוחות תצלומים]

15. חן לוין, מ.א. 7485 Redacted מעבדת חבלה תל-אביב. [מגיש טופף לוואי למוצגים]

16. יניב היקרי, ת.ז. 5129 Redacted [פרטים בתביעה] (היה בתוך האוטובוס, נפצע)

17. ניסים בוגוגל, ת.ז. 1112 Redacted [פרטים בתביעה] (היה בתוך האוטובוס, נפצע)

18. לורנס ויזמן, 5769 Redacted [פרטים בתביעה] (היה בתוך האוטובוס, נפצע)

ת.ת. 976/02

CONFIDENTIAL

SHATSKY-JD01251

CONFIDENTIAL

SHATSKY-JD01252

19. מאיר נחתומי, ת.ז. 5115 Redacted (פרטים בתביעה) [היה בתוך האוטובוס, נפצע]
20. אולג קופל, ת.ז. 7581 Redacted. (פרטים בתביעה) [עד ראיה, נפצע]
21. ד"ר בירטולין לוי, המכון הלאומי לרפואה משפטית. (מגיש חוו"ד מומחה) [יזומן לפי דרישה מפורשת של הסניגוריה בלבד)
22. ד"ר ריקרדו נחמן, המכון הלאומי לרפואה משפטית. (מגיש חוו"ד מומחה) [יזומן לפי דרישה מפורשת של הסניגוריה בלבד]
23. רשימות פצועים שהתקבלו בחדרי מיון של בתי חולים. [רשימות מוסדיות]
24. התעודות הרפואיות של הפצועים. [רשימה מפורטת תימסר במהלך המשפט]

<u>רשימת עדים מפורטת בנוגע להרוגים ולפצועים בפיגוע באוטובוס קו 4 ביום 19.09.02, מתיק פ.א. 19284/02 ירקון, תועבר על-ידי התביעה במהלך המשפט</u>

### פ.א. 21011/02 ירקון

25. מיכאל טרקיסוב, ת.ז. 920 Redacted (פרטים בתביעה) [מאבטח של המסעדה שעצר את המחבל]
26. אסף מרקו, ת.ז. 395 Redacted (פרטים בתביעה) [מאבטח שתפס את המחבל]
27. גדעון זוהר, ת.ז. 328 Redacted (פרטים בתביעה) [מאבטח שתפס את המחבל]
28. אסף בן חיים, ת.ז. 845 Redacted (פרטים בתביעה) [מאבטח שהשתתף במרדף אחרי המחבל]
29. פקד עזרא רחמני, מעבדת חבלה תל-אביב. [מגיש טופס לוואי למוצגים]
30. רס"מ שאול קרואני, מ.א. 4516 Redacted, יחידות חבלה, מרחב ירקון. [מגיש דוח"ח פעולה]
31. סמ"ר אורן נהרי, מ.א. 4450 Redacted, יט"מ ירקון. [מגיש דוח"ח פעולה/זכ"ד/תפיסה וסימון]

מיכאל קנליקה
סרן
תובע
צבאי

תאריך: 12.12.2002
סימוכין: 02-976

ח.ת. 02/976

CONFIDENTIAL

SHATSKY-JD01252

Exhibit 178

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 3975 | | | | | | | |
| Prisoner Name: Mahmud Hamad Mahmud Shraftah | | | | Document no. 900718750 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00294-T

Prisoner Salary Statement

Prisoner no. 3975
Prisoner Name:  Mahmud Hamad Mahmud Shraritah          Document no. 900718750

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00295-T

Prisoner Salary Statement

Prisoner no. 3975
Prisoner Name:  Mahmud Hamad Mahmud Shraritah          Document no. 900718750

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 3 of 7

Confidential

Shatsky-JD00296-T

Prisoner **Salary** Statement

Prisoner no. 3975
Prisoner Name: Mahmud Hamad Mahmud Shraritah          Document no. 900718750

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 4 of 7

Confidential

Shatsky-JD00297-T

Prisoner Salary Statement

| Prisoner no. 3975 | | | | | | | |
| Prisoner Name:  Mahmud Hamad Mahmud Shraritah | | | Document no. 900718750 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 5 of 7

Confidential

Shatsky-JD00298-T

## Prisoner Salary Statement

Prisoner no. 3975
Prisoner Name:  Mahmud Hamad Mahmud Shraritah          Document no. 900718750

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | Redacted | | | |

Page 6 of 7

Confidential                                                                 Shatsky-JD00299-T

## Prisoner Salary Statement

Prisoner no. 3975
Prisoner Name:  Mahmud Hamad Mahmud Shraritah          Document no. 900718750

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| 4 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 5 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 6 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 7,200.00 |
| 7 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 8 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 9 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 10 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 11 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | Redacted | | 6,800.00 |
| 12 | 2020 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 7,200.00 |
| 1 | 2021 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 2 | 2021 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 3 | 2021 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 4 | 2021 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |
| 5 | 2021 | Hammad Mahmud Ahmad Shraritah | Redacted 6413 | | | | 6,800.00 |

Confidential

Shatsky-JD00300-T

Original



كشف راتب أسير

رقم الأسير   3975
اسم الأسير   محمود خالد محمود شريتح

رقم البطاقة   90071875

Redacted

CONFIDENTIAL

Shatsky-JD00294



CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3875
اسم الأسير: بمعنز حماد محمود شوينة

رقم البطاقة 900718750

| الراتب | رقم الحساب | الفرع | رقم البطاقة | البنك | رقم المستحد | البيئة | الفئة |
|---|---|---|---|---|---|---|---|

Redacted

7 من صفحة

CONFIDENTIAL

Shatsky-JD00296



CONFIDENTIAL

Shatsky-JD00297



CONFIDENTIAL



كشف راتب شهر

رقم الأمر   3975
قسم الأمر   مجموعة حملة محمود شريح

رقم الوثيقة 800718750

| أرشف | رقم الحساب | الصرف | البنك | رقم البطاقة | اسم المستحق | البند | التقدير |
|------|-----------|-------|------|------------|-----------|-------|---------|

Redacted                              Redacted

7 من اصفحة

CONFIDENTIAL

كشف رتب أسير

رقم الأسير ......... 3975
اسم الأسير: محمود حسك محمود شريك .................................
رقم الوجهة  900/18750 ..........

| الرتب | رقم الحساب | فرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | | |
| 5,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 4 |
| 5,000.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 5 |
| 7,200.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 6 |
| 6,800.00 | | | Redacted | 3413 | حبس محمود احمد شريك | 2020 | 7 |
| 6,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 8 |
| 6,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 9 |
| 6,600.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 10 |
| 6,850.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 11 |
| 7,200.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2020 | 12 |
| 5,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2021 | 1 |
| 6,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2021 | 2 |
| 5,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2021 | 3 |
| 6,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2021 | 4 |
| 6,800.00 | | | | Redacted 3413 | حبس محمود احمد شريك | 2021 | 5 |

Redacted

7 من 7 صفحة

CONFIDENTIAL

Exhibit 179

CONFIDENTIAL                                      SHATSKY- JD01144-T



[English:] **TO WHOM IT MAY CONCERN**  *0047260*

No. 53400

This certificate is valid only if the English and Arabic parts match each other.  *3996*

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/Mrs.** MOHAMMAD SAMI IBRAHIM ABDALLAH

**From:** BEIR NABALA/RAMALLAH      **ID No.** __ Redacted 9954 _____

**Was arrested by the Israeli Authorities on Day:** 20 **Month:** FEBRUARY **Year:** 2002

**He/She is to date:  Awaiting Trial** ☐ **Sentenced** ☒ **Administrative** ☐

**Length of sentence / administrative period:** LIFE SENTENCE

**He/She was released on Day:** __//___ **Month:** __//____ **Year:** __//___

**(Tick the box and underline the correct designation)**



**[Arabic:] TO WHOM IT MAY CONCERN**        *RENEWAL*

*[Illegible signature] 2.7*

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/Mrs.** MOHAMMAD SAMI IBRAHIM ABDALLAH

**From:** BEIR NABALA/RAMALLAH      **ID No.** __ Redacted 9954 _____

**Was arrested by the Israeli Authorities on Day:** 20 **Month:** FEBRUARY **Year:** 2002

**He/She is to date:  Awaiting Trial** ☐ **Sentenced** ☒ **Administrative** ☐

**Length of sentence / administrative period:** LIFE SENTENCE

**He/She was released on Day:** _____ **Month:** _____ **Year:** _____

**(Tick the box and underline the correct designation)**

**Date: 05.08.2004**

**Place: RAMALLAH/NA**

CERTIFIED UPDATE
01.31.2010
International Committee of
the Red Cross

[Stamp of the Red Cross]

KATHARINA RITZ

----------------------

**ICRC Delegate**

CONFIDENTIAL                              [Stamp of the Red Cross]        SHATSKY- JD01144-T

CONFIDENTIAL              *3996*              SHATSKY- JD01147-T



[English:] **TO WHOM IT MAY CONCERN**

No. 53400

This certificate is valid only if the English and Arabic parts match each other.   *3996*

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/Mrs.** MOHAMMAD SAMI IBRAHIM ABDALLAH

**From:** BEIR NABALA/RAMALLAH     **ID No.** ___ Redacted 9954 _____

**Was arrested by the Israeli Authorities on Day:** 20 **Month:** FEBRUARY **Year:** 2002

**He/She is to date:  Awaiting Trial** ☐  **Sentenced** ☒  **Administrative** ☐

**Length of sentence / administrative period:** LIFE SENTENCE

**He/She was released on Day:** ___//___ **Month:** __//___ **Year:** __//___

**(Tick the box and underline the correct designation)**



**[Arabic:] TO WHOM IT MAY CONCERN**

[Stamp of the Red Cross]

> CERTIFIED UPDATE
> 09.27.2011
> International Committee of the Red Cross
>
> *447501*
> <u>Completed 10 years</u>

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

*Month 6*
*6350+6060*

**Mr/Mrs.** MOHAMMAD SAMI IBRAHIM ABDALLAH

**From:** BEIR NABALA/RAMALLAH     **ID No.** ___ Redacted 9954 _____

*[Illegible – probably a signature]*

**Was arrested by the Israeli Authorities on Day:** 20 **Month:** FEBRUARY **Year:** 2002

**He/She is to date:  Awaiting Trial** ☐  **Sentenced** ☒  **Administrative** ☐

**Length of sentence / administrative period:** LIFE SENTENCE

**He/She was released on Day:** _____ **Month:** _____ **Year:** _____

**(Tick the box and underline the correct designation)**

**Date:** 05.08.2004

**Place:** RAMALLAH/NA

KATHARINA RITZ

[Stamp of the Red Cross]

------------------------------------
**ICRC Delegate**

CONFIDENTIAL                              SHATSKY- JD01147-T

CONFIDENTIAL

SHATSKY-JD01148-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Freed<br>Detainees Affair<br>Hebron | [Emblem of the<br>Palestinian Authority] | [English] Palestinian National Authority<br>Ministry of Detainees & Freed<br>Detainees Affair<br>Hebron |

**Main Prisoner Form**    / Old 447501

[Stamp:] State of Palestine Ministry of Detainees and Ex-detainees / 2013 / Gen. Dep. Of Detainees and Ex-detainees / Indictments / Checked

| Form no.: | 4 | 4 | 7 | 5 | 0 | 1 |
|---|---|---|---|---|---|---|
| Form issuance date: | 5.22.2011 | | Ministry's administration/branch: | | | Ramallah |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | | 9 | 9 | | 5 | | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | Grandfather's name | Family name |
|---|---|---|---|---|
| | Mohamed | Sami | Ibrahim | Abdullah |

| Mother's name: | Huriyya | | Gender: | ☑ Male    ☐ Female |
|---|---|---|---|---|
| DoB: | Redacted .1974 | | Place of birth: | Ramallah |
| Education: | ☐ Illiterate    ☑ Elementary    ☐ High school | ☐ Diploma    ☐ University    ☐ Higher education | | |
| Profession prior to arrest: | Laborer | | Organization: | Fatah |
| Arrest date: | 2.20.2002 | | Place of arrest: | Nafha |
| Arrest status: | ☐ Detained    ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | Life term |

| Permanent residence: | Governorate: | Ramallah | Residential complex: | Redacted |
|---|---|---|---|---|
| Notes: | | | | |

**2. Information concerning previous arrests:**

Number of previous arrests: _____ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

1

[English] Ramallah, P.O Box 2105<br>Tel: 02226423 02-2213993<br>Hebron/wad altoufah st – almaha building<br>Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O Box 2105<br>Tel: 02226423 02-2213993<br>Hebron/wad altoufah st – almaha building<br>Tel: 02-2226423 Fax: 02-2213993

CONFIDENTIAL

SHATSKY-JD01148-T

SHATSKY-JDO1152-T                                                        CONFIDENTIAL

Israel Defense Forces

In the Military Court                                    Court File:      /02
In Beit El                                               Prosecution File: 241/02
Before a panel                                          Police File: 39/02 Binyamin
                                                                    7915/01 Zion
                                                                    481/01 Zion
                                                                    8379/01 Zion
                                                                    502/02 Zion

**In the case between the Military Prosecutor – Prosecuting**

**- vs -**

Mohamed Sami Ibrahim Abdullah
ID No. <sup>Redacted</sup> 9954, born <sup>Redacted</sup> 1974, residing in Bir Naballah          [handwritten text deleted]
Detained since 20 February 2002

**- The Defendant -**

**Indictment**

| |
|---|
| [Round stamp in Arabic:] |
| State of Palestine |
| Ministry of Detainees and Ex-detainees |
| 02.18.2013[*] |
| Gen. Dir. Of Detainees and Ex-detainees |
| Affairs |
| Indictments |
| Reviewed |

**The above Defendant is hereby indicted for perpetrating the following offenses:**

**First Count:**

**Nature of the Offense:** Membership in an unlawful association, an offense pursuant to Regulations 84(1)(a) and 85(1)(a) of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The abovenamed Defendant, within the Region, from the middle of 2001 and up to the date of his arrest, was or acted as a member of an unlawful association, specifically:

The abovenamed Defendant, during the said period, was a member of a military cell that set itself the goal of carrying out terror attacks against Israeli civilians, both within the Region and outside it. The Defendant was active in the said military cell together with Mohamed Abdel Rahman Salem Mousleh (code-named "Abu Satha"), Husam Aql Rajb Shehade, Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), Haytham al-Mutawafiq Hamdan, Zeidan al-Badawi, Nizar Wahdan, and Ali Alian.

That military cell operated under the aegis of the Al-Aqsa Martyrs Brigades, which is the military wing of Fatah's Tanzim, an unlawful association. For the purpose of the cell's operations, its members received money, mobile phones, and weapons from the Tanzim of the Fatah. Regarding the terror attacks that they perpetrated, the Defendant and his fellow members of the said military cell reported regularly to senior figures in the Tanzim of the Fatah; and the same figures made sure that the reports came to the knowledge of Marwan Barghouti, the regional head of the Tanzim of the Fatah.

In the said military cell, the Defendant performed the deeds described by the following counts of indictment.

Prosecution File 241/02                                  1

SHATSKY-JDO1152-T                                                        CONFIDENTIAL

CONFIDENTIAL

### Second Count:

**Nature of the Offense:** Conspiracy to deliberately cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968 and to Section 51(a) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, in or around mid-2001, conspired with another person to intentionally bring death to another party, specifically:

The abovenamed Defendant, on that specified occasion, together with Husam Aql Rajb Shehade and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), planned the perpetration of a terror attack in the form of shooting at an Israeli vehicle on Highway 1, the Jerusalem – Tel Aviv highway. The Defendant and his abovenamed confederates even chose the site for the intended perpetration of the terror attack. In the end, the Defendant and his confederates called off the planned attack because a fellow member of the military cell described above, Ali Alian, told them that he and some others were planning to perpetrate just such an attack at the same place that the Defendant, together with Firas Ghanem and Husam Shehade, had chosen.

### Third Count:

**Nature of the Offense:** Conspiracy to deliberately cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968 and to Section 51(a) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970.

**Details of the Offense:** The abovenamed Defendant, within the Region, in or around July 2001, conspired with another person to intentionally bring death to another party, specifically:

The abovenamed Defendant, on that specified occasion, in or near Ramallah, conspired with Ali Alian, Husam Aql Rajb Shehade, Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), and Haytham al-Mutawafiq Hamdan to perpetrate terror attacks against Israeli targets. The Defendant and his abovenamed confederates even planned to obtain weapons for the perpetration of the planned terror attacks.

[Round stamp in Arabic:]
State of Palestine
Ministry of Detainees and Ex-detainees
02.18.2013[*]
Gen. Dir. Of Detainees and Ex-detainees
Affairs
Indictments
Reviewed

### Fourth Count:

**Nature of the Offense:** Military training without a permit, an offense pursuant to Regulation 62 of the Defense (Emergency) Regulations, 1945.

**Details of the Offense:** The abovenamed Defendant, within the Region, in or around August 2001, trained or was trained militarily in the use of arms or the practice of military exercises, movements, or evolutions, specifically:

The abovenamed Defendant, on the specified occasion, together with Husam Aql Rajb Shehade and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), came to the quarry of the Tariffi family, between Bitunya and Ramallah. Firas Ghanem brought an M16 assault rifle which he had received from Tareq Malhi A-Nouf.

Firas Ghanem, at the same time and place, explained to the Defendant and Husam Shehade how to use the M16 assault rifle. After the above theoretical training, the Defendant and each of the abovenamed confederates shot a number of bullets at empty bottles with the abovementioned M16 assault rifle in order to practice shooting the M16 assault rifle.

### Fifth Count (Police File 7915/01 Zion):

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 15 September 2001, intentionally caused death to another party, specifically:

1.  The abovenamed Defendant, on that occasion, in Ramallah, met with Husam Aql Rajb Shehade, Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), Haytham al-Mutawafiq Hamdan, and Ali Alian. Husam Shehade arrived at that meeting armed with an MP5 submachine gun which, together with Firas Ghanem, he had received from Mohamed Abdel Rahman Salem Mousleh (code-named "Abu Satha") for the purpose of perpetrating a shooting terror attack. Haytham Hamdan, for his part, arrived armed with a revolver.

Prosecution File 241/02                                   2

SHATSKY-JD01153-T                                        CONFIDENTIAL

SHATSKY-JD01154-T                                                CONFIDENTIAL

2. The Defendant and his abovenamed confederates decided to set out for Jerusalem and perpetrate the shooting terror attack with the purpose of bringing death to Israeli citizens.

3. At roughly 10 p.m. on 15 September 2001, the Defendant and all his abovenamed confederates travelled from Ramallah to Jerusalem in Firas Ghanem's Isuzu pick-up truck.

4. Firas Ghanem drove the abovementioned Isuzu, travelling together with the Defendant and his confederates in order to point out the site where they would be perpetrating the planned shooting terror attack, and additionally in order to show the Defendant and his confederates how to flee after perpetrating that terror attack. Firas Ghanem drove the Defendant and his confederates along Highway 9, which connects Jerusalem's Ramot neighborhood to its French Hill neighborhood. Firas Ghanem showed the Defendant and his confederates where to commit the planned terror attack and how to flee afterward. At the end of that drive, the Defendant and his abovementioned confederates returned to Ramallah.

5. At around 10:30 p.m. on the same day, the Defendant drove together with Husam Shehade and Haytham Hamdan in a stolen vehicle (hereafter, "the Vehicle"), grey in color and with Israeli license plates, which Ali Alian had provided to them for the purpose of perpetrating the terror attack. Firas Ghanem drove ahead of the Defendant in the abovementioned Isuzu in order to inform the Defendant and his confederates by mobile phone regarding roadblocks of the police and of the Israel Defense Forces.

6. The Defendant drove the abovementioned Vehicle, alongside him sat Husam Shehade armed with an MP5 submachine gun, and in the back seat sat Haytham Hamdan armed with a revolver.

7. The Defendant and his abovenamed confederates halted on Highway 9 near the junction that leads to the Ramat Shlomo neighborhood, and they waited for a lone Israeli vehicle to arrive, their intent being to carrying out a shooting terror attack against it and bring death to those traveling in the vehicle.

8. Some minutes later, at around 11:10 p.m., a white Renault Express arrived (hereafter, "the Renault"), bearing license no. 2273706. Having approached from the direction of the Ramat Shlomo neighborhood, it turned onto Highway 9 toward the Ramot neighborhood.

9. The Defendant began driving behind the Renault, and then caught up with it.

10. As the Vehicle, driven by the Defendant, traveled alongside the Renault, Husam Shehade and Haytham Hamdan opened fire at the occupants of the Renault with the MP5 and the revolver, intending to bring death to them.

11. A number of bullets fired by Husam Shehade and Haytham Hamdan struck the Renault and its two occupants — Moshe Weiss, and Meir Weisbois of blessed memory. The Defendant heard one of the occupants of the Renault cry out "Iy! Iy!"

12. The Defendant then continued driving toward the Ramot neighborhood, and near the site where a new bridge is being built he turned right onto a dirt road leading to Bir Naballah.

13. Before entering Bir Naballah, the Defendant and the confederates of his who were with him in the Vehicle met with Firas Ghanem, who had been waiting for them there in the Isuzu. From there the Defendant and his abovenamed confederates continued traveling together with Firas Ghanem to Bir Nabala. Afterward, they fled to Ramallah.

14. By his actions as described above, the Defendant intentionally brought death to **Meir Weissbois** of blessed memory — who, later that day, died in the hospital of bullet wounds from the shooting by the Defendant's confederates.

[Round stamp in Arabic:]
State of Palestine
Ministry of Detainees and Ex-detainees
02.18.2013[*]
Gen. Dir. Of Detainees and Ex-detainees
Affairs
Indictments
Reviewed

**Sixth Count: (Police File 7915/01 Zion):**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region,, on or around 15 September 2001, attempted to intentionally bring death to another party, specifically:

The abovenamed Defendant, on the stated occasion, at around 11:10 p.m., at the place described in the previous count of indictment and by the deeds stated in the previous count of indictment, attempted to intentionally bring death to Moshe Weiss, who was driving a white Renault Express, license no. 2273706, as described in the previous count of indictment. One of the bullets fired by the Defendant's confederates, as described in the previous count of indictment, struck Moshe Weiss in the head and severely injured him.

Prosecution File 241/02                                  3

SHATSKY-JD01154-T                                        CONFIDENTIAL

SHATSKY-JD01155-T                                              CONFIDENTIAL

**Seventh Count:**

**Nature of the Offense:** Possession of firearms without a permit, an offense pursuant to section 53(a)(1) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970, and of section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 15 September 2001, had in his possession, with no permit issued by or on behalf of a military commander, a firearm, ammunition, bomb, hand grenade, or explosive or incendiary device, instrument or object or thing intended or liable to bring death or serious injury, specifically:

The abovenamed Defendant, during the specified period, in the circumstances that the fifth and sixth counts of indictment describe, possessed an MP5 submachine gun and a revolver, both unauthorized by any permit issued by or on behalf of military commander.

[Round stamp in Arabic:]
State of Palestine
Ministry of Detainees and Ex-detainees
02.18.2013[*]
Gen. Dir. Of Detainees and Ex-detainees
Affairs
Indictments
Reviewed

**Eighth Count (Police File 481/01 Zion)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 3 October 2001, attempted to intentionally bring death to another party, specifically:

1. The abovenamed Defendant, at the start of October 2001, in or near Ramallah, decided together with Mohamed Abdel Rahman Salem Mousleh (code-named "Abu Satha"), Husam Aql Rajb Shehade, and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi") to perpetrate a shooting terror attack with the purpose of bringing death to Israeli citizens.

2. For the purpose of perpetrating the planned shooting terror attack, the Defendant received from Tareq Malhi A-Nouf a stolen Mazda 323, grey in color and with Israeli license plates.  For the purpose of perpetrating the planned shooting terror attack, Mohamed Mousleh received an MP5 submachine gun from Ahmed Barghouti, a bodyguard of Marwan Barghouti. Marwan Barghouti headed the Tanzim of Fatah in the Region, and the Tanzim are an unlawful association.

3. On 3 October 2001, the Defendant set out by car from Ramallah toward Jerusalem with the intent of perpetrating the planned shooting terror attack there. He was driving the abovementioned Mazda. Mohamed Mousleh, armed with the abovementioned MP5 submachine gun, rode together with the Defendant.

4. Firas Ghanem and Husam Shehade rode in Firas Ghanem's Isuzu pick-up in front of the Mazda that the Defendant was driving. Their intent was to give warning regarding roadblocks of the police and of the Israel Defense Forces along the way. The Defendant and all his abovenamed confederates reached the Jerusalem section (or "new" section) of Beit Hanina, and there the Defendant parked the Mazda. Together with Mohamed Mousleh, he concealed the abovementioned MP5 submachine gun inside the vehicle. The Defendant and Mohamed Mousleh entered the Isuzu, and they continued onward in the Isuzu together with Firas Ghanem and Husam Shehade toward the Begin Road.

5. The Defendant and his abovenamed confederates reached the Begin Road. There, Firas Ghanem showed the Defendant and the other confederates where to perpetrate the planned shooting terror attack and how to flee after perpetrating the shooting terror attack. The Defendant and his abovenamed confederates decided to perpetrate the planned shooting attack in the first tunnel of the Begin Road coming from Ramot, the intent being that the

gunfire go unheard. Afterward, the Defendant and all his abovenamed confederates returned to Beit Hanina, to the place where the Mazda was parked.

6. The Defendant entered the Mazda. Mohamed Mousleh sat beside him, armed with an MP5 submachine gun. From that place, the Defendant drove the Mazda to the Begin Road with the intent of perpetrating the terror shooting attack there and bringing death to Israeli citizens.

7. The Defendant and Mohamad Mousleh traveled back and forth along the Begin Road a number of times, looking for a lone Israeli vehicle to target with the planned shooting terror attack in order to bring death to the travelers in the Israeli vehicle.

8. At around 11:35 p.m., as they were northbound in the last tunnel to the north, the Defendant and Mohamad Mousleh noticed a Honda Accord, license no. 1103217, traveling northward on the Begin Road. Inside the Honda were Toni Amiel, Pini Maymon, and Pazit Maymon.

9. The Defendant caught up with the abovementioned Honda. As the Defendant drove alongside the abovementioned Honda, Mohamed Mousleh fired one bullet toward the occupants of the Honda from the MP5 submachine gun that he was holding, intending to bring death to them. The bullet fired by Mohamed Mousleh missed the abovementioned Honda.

10. After perpetrating the abovementioned terror shooting attack, the Defendant and Mohamed Mousleh continued driving toward Highway 9, which connects the Ramot neighborhood to the French Hill neighborhood.

Prosecution File 241/02

SHATSKY-JD01155-T                                                                                   CONFIDENTIAL

SHATSKY-JD01156-T                                                                 CONFIDENTIAL

**Ninth Count:** (Police File 8379/01 Zion)

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 3 October 2001, attempted to intentionally bring death to another party, specifically:

1. After the Defendant, together with Mohamed Abdel Rahman Salem Mousleh (code-named "Abu Satha"), perpetrated the terror shooting attack as described in the previous count of indictment, the two continued toward Highway 9, which connects the Ramot neighborhood with the French Hill neighborhood, in the Mazda that the previous count of indictment describes, their purpose being to drive from there to Beit Hanina and then to Ramallah.

2. Upon the Defendant's request during that during that drive, Mohamad Mousleh checked the working condition of the MP5 submachine gun that he was holding, and in fact he fired a number of bullets into the air.

3. During the abovementioned drive on Highway 9, at around 11:45 p.m., the Defendant and Mohamed Mousleh noticed a Skoda, license no. 6567709, traveling on Highway 9 toward French Hill. Inside the Skoda were Malka Cohen and Pinhas Cohen.

4. The Defendant and Mohamed Mousleh decided to perpetrate a terror shooting attack targeting the abovementioned Skoda and bring death to its occupants.

5. The Defendant — who, as stated, was driving the Mazda — caught up with the Skoda.

6. As the Defendant drove alongside the abovementioned Skoda, Mohamad Mousleh fired a number of shots from the MP5 submachine gun at the abovementioned Skoda in order to bring death to those traveling in the Skoda.

7. A number of bullets fired by Mohamed Mousleh struck the Skoda. Two bullets fired by Mohamed Mousleh struck Pinhas Cohen, and another bullet struck Malka Cohen.

8. Pinhas Cohen was wounded moderately in the abdomen by two bullets. Concomitantly, Malka Cohen, who was in her 28th week of pregnancy, was wounded moderately in the head by one bullet.

9. After perpetrating the abovementioned shooting terror attack, the Defendant and Mohamed Mousleh traveled onward toward French Hill, and thence to the Jerusalem section of Beit Hanina. There, the Defendant and Mohamed Mousleh parked their vehicle and phoned Husam Aql Rajb Shehade and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), who had arrived there in Firas Ghanem's Isuzu in order to pick up the Defendant and Mohamed Mousleh in accordance with the plan specified in the previous count of indictment.

10. The Defendant and Mohamed Mousleh concealed the abovementioned MP5 submachine gun in the Isuzu and entered the Isuzu.

11. The Defendant and his three abovementioned confederates tried to return from Jerusalem to Ramallah, but because of roadblocks by the IDF and police, they did not manage to do so. The Defendant and his abovementioned confederates stayed in the Jerusalem section of Beit Hanina and lodged there with Yasser Abu al-Khatib, a friend of Husam Shehade.

12. The next day, 4 October 2001, the Defendant drove back to Ramallah in the abovementioned Mazda and returned it to Tareq A-Nouf.

**Tenth Count:**

**Nature of the Offense:** Possession of firearms without a permit, an offense pursuant to section 53(a)(1) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970, and of section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, during or around the period between 3 and 4 October 2001, had in his possession, with no permit issued by or on behalf of a military commander, a firearm, ammunition, bomb, hand grenade, or explosive or incendiary device, instrument or object or thing intended or liable to bring death or serious injury, specifically:

The abovenamed Defendant, during the specified period and in the circumstances described in the eighth and ninth counts of indictment, had in his possession an MP5 submachine gun while holding no permit issued by or on behalf of a military commander.

Prosecution File 241/02                                           5

SHATSKY-JD01156-T                                              CONFIDENTIAL

SHATSKY-JD01157-T                                                    CONFIDENTIAL

**Eleventh Count: (Police File 39/02 Binyamin)**

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, within the Region, on or around 15 January 2002, intentionally brought death to another party, specifically:

1. On 14 January 2002, Raed Karmi was killed. He had been a senior military operative of the Tanzim, who are an unlawful association belonging to Fatah. Following the death of the abovementioned Raed Karmi, Marwan Barghouti, who headed the Tanzim of Fatah in the Region, opened a mourning tent in Al-Bireh.

2. On 15 January 2002, the Defendant came to the abovementioned mourning tent and met there with Mohamed Abdel Rahman Salem Mousleh (code-named "Abu Satha"), and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), Tareq Malhi A-Nouf, Zeidan al-Badawi, and Ahmed Barghouti (code-named "Al-Faransi") who is a bodyguard of the abovementioned Marwan Barghouti. The abovementioned Ahmed Barghouti told the abovenamed Defendant and his confederates that Marwan Barghouti, who headed the Tanzim of Fatah in the Region, asked that the Defendant and his confederates immediately perpetrate a terror attack in revenge for the death of the abovementioned Raed Karmi and bring death to Israeli citizens.

3. The Defendant and his abovenamed confederates, in the abovementioned mourning tent, decided to perpetrate a terror attack that very evening at the Givonim petrol station located on Highway 443 near the entrance to Giv'at Ze'ev and to bring death to Israeli citizens.

4. In the evening hours of that same day, 15 January 2002, the Defendant left the abovementioned mourning tent together with Firas Ghanem. The Defendant and Firas Ghanem drove in Firas Ghanem's Isuzu pick-up truck to the abovementioned petrol station with the intent of perpetrating the planned shooting terror attack there. Traveling behind the abovementioned Isuzu were Zeidan, armed with a model 16 handgun; Mohamed Mousleh, armed with another handgun; and Tareq A-Nouf, armed with an MP5 submachine gun. The three traveled in a light brown Mazda toward the abovementioned petrol station in order to perpetrate the planned terror attack there.

5. The Defendant and all his abovenamed confederates came to a pile of earth that blocked the exit from the villages of Bir Naballah and Al-Jib to Highway 443 at a distance of roughly 100 meters from the Givonim petrol station. The Defendant and his confederates parked their vehicles, the Isuzu and the Mazda, facing the village of Bir Naballah in order to flee the spot immediately after perpetrating the planned terror attack.

6. Mohamed Mousleh, armed with his model 14 handgun; Zeidan, armed with his model 16; and Tareq A-Nouf, armed with the MP5, alit from the vehicle and walked to the abovementioned petrol station in order to perpetrate the planned shooting terror attack there and bring death to Israeli citizens.

7. The Defendant and Firas Ghanem stayed in the abovementioned vehicles, against the possibility that IDF patrollers or other people might arrive. The Defendant sat in the driver's seat of the Mazda in order to afford an immediate escape, once the terror attack was accomplished, for his three confederates who had left to perpetrate it.

8. Tareq A-Nouf and Mohamed Mousleh stood at the entry to the abovementioned petrol station. After a number of minutes, at around 7:45 p.m., Mohamed Mousleh and Tareq A-Nouf noticed a white Fiat, license no. 6424905, entering the abovementioned petrol station. The driver was Yoela Chen of blessed memory, and beside her was Rochelle (Rachel) Eini. Tareq A-Nouf and Mohamed Mousleh approached the Fiat in order to perpetrate a shooting terror attack against it and bring death to its occupants. The occupants of the Fiat noticed the handgun that Mohamed Mousleh was holding, and they began to shout and to sound the horn. Mohamed Mousleh pushed the handgun into his trousers and told the occupants of the vehicle not to be frightened. At this point, Tareq A-

Nouf opened automatic fire from the MP5 submachine gun at the occupants of the Fiat in order to bring death to them. Then Mohamed Mousleh took his handgun back out and began to shoot at the occupants of the vehicle in order to bring death to them.

9. At very close range, Mohamed Mousleh and Tareq A-Nouf shot a large number of bullets at Yoela Chen of blessed memory and at Rochelle (Rachel) Eini, who were inside the abovementioned Fiat.

10. Roughly 28 bullets, fired by Tareq A-Nouf and Mohmed Mousleh, struck the vehicle's windshield. A number of bullets struck the side of the car and the driver's windowpane.

11. In the course of the abovementioned shooting terror attack, Zeidan stood some small distance behind Mohamed Mousleh and Tareq A-Nouf in order to keep watch and to voice an alert if necessary.

12. As soon as he heard the gunfire, Firas Ghanem drove away in his Isuzu in order to notify the Defendant and his confederates if there were roadblocks on the way to Ramallah.

13. Having perpetrated the abovementioned shooting terror attack, Tareq A-Nouf, Zeidan, and Mohamed Mousleh ran back to the Mazda, where the Defendant was waiting. After the abovementioned three boarded the Defendant's vehicle, he drove them to Ramallah. In Ramallah, the Defendant, Tareq A-Nouf Mohamed Mousleh, and Zeidan rejoined Firas Ghanem.

14. By his deeds as described above, the Defendant intentionally brought death to **Yoela Chen of blessed memory**, who died at that place from the bullets shot by Tareq A-Nouf and by Mohamed Mousleh.

SHATSKY- JD01157-T                                                          CONFIDENTIAL

SHATSKY- JD01158-T

CONFIDENTIAL

**Twelfth Count: (Police file 39/02 Binyamin)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, within the Region, on or around 15 January 2002, attempted to intentionally bring death to another party, specifically:

The abovenamed Defendant, on the specified occasion, at around 7:45 p.m., at the place described in the previous count of indictment and by the deeds stated in the previous indictment, attempted to intentionally bring death to Rochelle (Rachel) Eini, who was traveling in a white Fiat Uno, license no. 6424905, as described in the previous count of indictment. One of the bullets fired by the Defendant's confederates, as described in the previous count of indictment, struck Rochelle (Rachel Eini) in the head, and two other bullets struck her left shoulder, leaving her wounded moderately.

**Thirteenth Count:**

**Nature of the Offense:** Possession of firearms without a permit, an offense pursuant to section 53(a)(1) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970, and of section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 15 January 2002, had in his possession, with no permit issued by or on behalf of a military commander, a firearm, ammunition, bomb, hand grenade, or explosive or incendiary device, instrument or object or thing intended or liable to bring death or serious injury, specifically:

The abovenamed Defendant, during the specified period, in the circumstances described by the eleventh count of indictment, had possession of an MP5 submachine gun and two handguns, without any permit issued by or on behalf of a military commander.

**Fourteenth Count: (Police File 502/02 Zion)**

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 22 January 2002, intentionally brought death to another party, specifically:

1.   In mid-January 2002, Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi") contacted the Defendant. Firas Ghanem told the Defendant that Ahmed Barghouti (code-named "Al-Faransi") — a bodyguard of Marwan Barghouti, the head of the unlawful Tanzim association of the Fatah organization — wished to introduce into Jerusalem a terrorist who would commit a suicide terror attack in Jerusalem with the intent of bringing death to as many citizens as possible. The Defendant agreed to participate in transporting the abovementioned suicide terrorist to Jerusalem.

2.   On 22 January 2002, Firas Ghanem contacted the Defendant and informed him that Ahmed Barghouti had spoken with him and announced that the suicide terrorist for the perpetration of the planned terror attack was ready and must be introduced into Jerusalem. The Defendant again expressed his agreement to participate in carrying out the planned terror attack.

3.   Later on the same day, the Defendant and Firas Ghanem met in Ramallah. Firas Ghanem came to the meeting in an Isuzu pickup truck with Israeli license plates.

4. The Defendant and Firas Ghanem traveled in the abovementioned Isuzu from Ramallah to Jerusalem in order to find a route on which there were no roadblocks of the IDF or of the police, their intent being to use that route later for transporting the suicide terrorist who would perpetrate the planned terror attack in Jerusalem.

5. The Defendant and Firas Ghanem traveled to Ramallah by way of Rafat and reached the Atarot Industrial Zone. There the two returned to the main Jerusalem–Ramallah road, turned left, and traveled to the junction that leads to Camp Ramah. They made a right turn there and drove to Adam Junction. The Defendant and his confederate turned right at Adam Junction and drove as far as Hizmeh Junction. There they turned right, and they entered Anata. By way of Anata, the Defendant and his confederate reached the French Hill Junction. They made a right turn there and drove back to Ramallah. The Defendant and Firas Ghanem saw that on the route they had taken, they could bring the suicide terrorist to Jerusalem without being stopped at a roadblock of the police or IDF.

Prosecution File 241/02

SHATSKY- JD01158-T                                                                        CONFIDENTIAL

SHATSKY- JD01159-T                                                    CONFIDENTIAL

6.  When they had reached Ramallah, the Defendant and Firas Ghanem drove to the City Inn hotel, which is close to Ayosh Junction. In the vicinity of the City Inn hotel, the Defendant and Firas Ghanem met with the abovementioned Ahmed Barghouti, who introduced the Defendant and Firas Ghanem to Sa'id Ramadan, a resident of Tell village in the Nablus area, who was armed with an M16 assault rifle and two magazines, attached with a coupler, for the M16 assault rifle.

7.  Ahmed Barghouti told the Defendant and Firas Ghanem that the abovenamed Sa'id Ramadan was the suicide terrorist whom they were to bring to Jerusalem in order that he perpetrate a suicide terror attack there, firing at Israeli civilians with the purpose of bringing death to as many citizens as possible.

8.  The Defendant and Firas Ghanem concealed the abovementioned M16 assault rifle and magazines in the abovementioned Isuzu.

9.  Firas Ghanem drove the Isuzu, Sa'id Ramadan sat in the seat beside the driver's, and the Defendant sat in the back seat.

10. The Defendant and Firas Ghanem drove Sa'id Ramadan to Jerusalem along the route that, earlier on the same day, they had examined as described above.

11. In Jerusalem, the Defendant and Firas Ghanem drove to Sheikh Jarrah Road. There, they took out the M16 assault rifle and magazines that had been concealed in the vehicle and handed them to Sa'id Ramadan. The Defendant moved to the seat beside the driver's, and Sa'id Ramadan moved to the back seat, holding the M16 and magazines in his hands.

12. The Defendant and Firas Ghanem drove Sa'id Ramadan to Haneviim Street.

13. During the drive, Sa'id Ramadan complained to the Defendant and Firas Ghanem that new shoes had been bought him for the terror attack but they were too small and were pinching. The Defendant removed his own Reebok shoes and passed them to Sa'id Ramadan, saying "Go up to heaven in Reeboks."

14. When they reached the intersection of Straus and Haneviim streets, the Defendant and Firas Ghanem stopped the Isuzu.

15. The Defendant and Firas Ghanem told Sa'id Ramadan to proceed on foot to the Jaffa Road and begin shooting somewhere where he saw many people.

16. After Sa'id Ramadan alit from the vehicle with the M16 assault rifle and ammunition, the Defendant and Firas Ghanem drove away in the Isuzu, exited through the Musrara neighborhood onto Highway 1, and drove from there to Ramallah via the main road.

17. Some minutes after alighting from the vehicle of the Defendant and Firas Ghanem, Sa'id Ramadan reached the Jaffa Road.

18. At around 4:20 p.m., as he stood opposite or near building number 47 on the Jaffa Road, Sa'id Ramadan loaded the M16 assault rifle that he was holding, shouted "Allah hu akbar," and opened automatic fire in all directions at the people who were on the Jaffa Road, at a bus stop located there, into a number 27 Egged bus that was then at the abovementioned stop, and at the people who were inside the nearby shops, in order to bring death to as many people as possible. Still firing, Sa'id Ramadan fled from the spot toward the parking lot located on Rabbi Kook Street. There, Sa'id Ramadan switched magazines and continued firing at citizens until he was killed by the citizens and police who arrived on the scene.

19. By the deeds described above, the abovenamed Defendant intentionally brought death to **Ora (Svetlana) Sandler of blessed memory**, who died from the bullet wounds inflicted by Sa'id Ramadan.

**Fifteenth Count:** (Police File 502/02 Zion)

**Nature of the Offense:** Intentionally causing death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 22 January 2002, intentionally brought death to another party, specifically:

The abovenamed Defendant, on the specified date, at the place specified in the previous count of indictment and by his deeds as described in the previous count of indictment, intentionally brought death to **Sarah Hamburger of blessed memory**, who died from the bullet wounds inflicted by Sa'id Ramadan, who had been transported to the abovementioned place, for the purpose of perpetrating the abovementioned terror attack, by the Defendant and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi").

Prosecution File 241/02                                               8

SHATSKY- JD01159-T                                                   CONFIDENTIAL

SHATSKY- JD01160-T

CONFIDENTIAL

**Sixteenth Count: (Police File 502/02 Zion)**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Sections 14(a) and 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 22 January 2002, attempted to intentionally bring death to another party, specifically:

The abovenamed Defendant, on the abovementioned occasion, in the place specified by the fourteenth count of indictment and by his deeds as described in the fourteenth count of indictment, attempted to intentionally bring death to as many citizens as possible who at that time were on or near the Jaffa Road. As a result of the gunfire perpetrated at that place by Sa'id Ramadan, who was brought to the abovementioned place by the Defendant and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi") in order to perpetrate the abovementioned terror attack , **more than 45 citizens were wounded,**

**Seventeenth Count: (Police File 502/02 Zion)**

**Nature of the Offense:** Malicious damage to property, an offense pursuant to section 53(c) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970, and of section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 22 January 2002, destroyed property or maliciously harmed it, in violation of the law; specifically,

On the specified occasion, at the place specified in the fourteenth count of indictment, and by his deeds as described in the fourteenth count of indictment, the abovenamed Defendant maliciously damaged much property, including shops on the Jaffa Road, an Egged bus stop, a number 27 Egged bus, and many other vehicles which were damaged in consequence of the gunfire perpetrated at the place by Sa'id Ramadan, whom the Defendant and Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi") brought to the abovementioned place for the purpose of perpetrating the abovementioned terror attack.

**Eighteenth Count:**

**Nature of the Offense:** Possession of firearms without a permit, an offense pursuant to section 53(a)(1) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970, and of section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or around 22 January 2002, had in his possession, with no permit issued by or on behalf of a military commander, a firearm, ammunition, bomb, hand grenade, or explosive or incendiary device, instrument or object or thing intended or liable to bring death or serious injury, specifically:

The abovenamed Defendant, on the specified occasion and in the circumstances described in the fourteenth count of indictment, with no permit issued by or on behalf of a military commander, was in possession of an M16 assault rifle, two magazines for an M16 assault rifle, and bullets.

**Nineteenth Count:**

**Nature of the Offense:** Attempting to intentionally cause death, an offense pursuant to Section 51(a) of the Security Provisions (Judea and Samaria) Order (No. 378), 5730-1970, and Section 19 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, within the Region, during or near the period of late January to early February 2002, attempted to intentionally bring death to another party, specifically:

1.  On the specified date, Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi") contacted the Defendant. Firas Ghanem told the Defendant that Ahmed Barghouti (code-named "Al-Faransi") — bodyguard to Marwan Barghouti, head of the unlawful Tanzim association of Fatah — wished to introduce into Jerusalem another terrorist who would perpetrate a suicide terror attack in Jerusalem resembling the terror attack described in

Prosecution File 241/02                            9

SHATSKY- JD01160-T                                              CONFIDENTIAL

CONFIDENTIAL

the fourteenth count of indictment, in order to bring death to as many citizens as possible. The Defendant agreed to participate in transporting the abovementioned suicide terrorist to Jerusalem.

2. The Defendant and Firas Ghanem agreed that they would drive the suicide terrorist to Jerusalem in a Subaru that they would request from Ahmed Barghouti.

3. On the same day, the Defendant and Firas Ghanem traveled to Ramallah, and there they met with Ahmed Barghouti. The Defendant and Firas Ghanem asked to receive a vehicle from Ahmed for the purpose of driving the suicide terrorist to Jerusalem. Ahmed Barghouti provided the Defendant with a grey Subaru that belonged to Ahmed Barghouti's family. The Defendant returned to his home in Bir Naballah with the Subaru, while Firas Ghanem traveled in his Isuzu pick-up to his home in Kafr Aqab.

4. The next day, Firas Barghouti contacted the Defendant and Firas Ghanem and instructed them to come to a certain petrol station in Lower Ramallah, pick the suicide terrorist up there, and drive him to Jerusalem for the purpose of perpetrating the suicide terror attack there with the intent of bringing death to as many citizens as possible. The Defendant assented.

5. The Defendant traveled in the Subaru as far as the Qalandiya roadblock. There, he parked that vehicle and entered the Isuzu of Firas Ghanem, who had arrived at the site. Thence, the two continued to the specified meeting place.

6. In Ramallah, at the abovementioned petrol station, the Defendant and Firas Ghanem met Ahmed Barghouti, who was accompanied by the suicide terrorist and introduced them to him. Ahmed Barghouti handed the suicide terrorist an M16 assault rifle and three full magazines of bullets for an M16 assault rifle.

7. The Defendant and Firas Ghanem concealed the M16 assault rifle and the magazines inside the Isuzu.

8. The Defendant and Firas Ghanem drove together with the suicide terrorist toward Jerusalem, the intent being that the latter would perpetrate a shooting terror attack there and bring death to as many citizens as possible.

9. The Defendant, Firas Ghanem, and the suicide terrorist arrived at the Qalandiya roadblock and bypassed it. Then the Defendant switched over to the Subaru that had been left there previously, and he traveled to the A-Ram Junction. The Defendant crossed the A-Ram roadblock in the Subaru and waited there for Firas Ghanem and the suicide terrorist, who bypassed the A-Ram roadblock on foot. Afterward, Firas Ghanem returned, entered the Isuzu where the weapon was concealed, and drove alone in the Isuzu, with the weapon, across the A-Ram roadblock.

10. The Defendant drove the suicide terrorist as far as the Shuafat mosque. Firas Ghanem arrived there as well, in the Isuzu with the weapon and ammunition.

11. There, the suicide terrorist asked to enter the mosque and pray before perpetrating the suicide terror attack. The Defendant and Firas Ghanem assented to the suicide terrorist's request.

12. While the suicide terrorist was praying in the abovementioned mosque, the Defendant and Firas Ghanem drove the Subaru to Giv'at Shaul, in Jerusalem, in order to discern whether along the way there were any roadblocks of the IDF or of the police. The Defendant and Firas Ghanem planned to drive the suicide terrorist to Giv'at Shaul in order for him to perpetrate the planned shooting terror attack, since there are many citizens at that place.

13. When the Defendant and Firas Ghanem returned to the mosque in Shuafat in order to pick the suicide terrorist up there and drive him to Giv'at Shaul with the intent that he perpetrate the planned shooting terror attack, the two did not find the suicide terrorist at the mosque.

14. The Defendant and Firas Ghanem contacted Ahmed Barghouti and reported to him that the suicide terrorist had deserted them. Ahmed Barghouti instructed the Defendant and Firas Ghanem to return to Ramallah.

15. The Defendant and Firas Ghanem returned to Ramallah, met there with Ahmed Barghouti, and consigned to him the Subaru, the M16 assault rifle, and the magazines.

**Twentieth Count:**

**Nature of the Offense:** Possession of firearms without a permit, an offense pursuant to section 53(a)(1) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970, and of section 14(a) of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968.

**Details of the Offense:** The abovenamed Defendant, variously inside and outside the Region, on or near in time to the occasion mentioned in the previous count of indictment, had in his possession, with no permit issued by or on behalf of a military commander, a firearm, ammunition, bomb, hand grenade, or explosive or incendiary device, instrument or object or thing intended or liable to bring death or serious injury, specifically:

The abovenamed Defendant, on the specified occasion and in the circumstances described in the previous count of indictment, with no permit issued by or on behalf of a military commander, was in possession of an M16 assault rifle, three magazines for an M16 assault rifle, and bullets.

Prosecution File 241/02                                          10

SHATSKY- JD01161-T                                              CONFIDENTIAL

SHATSKY- JD01162-T

CONFIDENTIAL

### Twenty-first Count:

**Nature of the Offense:** Conspiracy to deliberately cause death, an offense pursuant to Section 22 of the Criminal Liability (Judea and Samaria) Order (No. 225), 5728-1968 and to Section 51(a) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970.

**Details of the Offense:** The abovenamed Defendant, within the Region, in or around mid-February 2002, conspired with another person to intentionally bring death to another party, specifically:

The abovenamed Defendant, on or around 15 February 2002, in or near Ramallah, met with Husam Aql Rajb Shehade, Firas Sadeq Mohamed Ghanem (code-named "Al-Hitawi"), and Ahmad Barghouti (code-named "Al-Faransi") — a bodyguard of Marwan Barghouti, the local head of the unlawful Tanzim association of the Fatah organization.

During the abovementioned meeting, Ahmed Al-Faransi asked the Defendant and his abovenamed confederates to introduce a suicide terrorist into Jerusalem who would perpetrate a suicide terror attack in order to bring death to as many people as possible. The Defendant and his abovenamed confederates assented to the abovementioned proposal. Ahmed Al-Faransi told the Defendant and his abovenamed confederates that he would bring them the suicide terrorist in another day or two.

The abovenamed Defendant, together with Firas Ghanem and Husam Shehade, planned to drive the suicide terrorist into Jerusalem in Firas Ghanem's Isuzu pick-up. The Defendant and his confederates planned to bring the suicide terrorist somewhere in Jerusalem where many people are present in order that the suicide terrorist perpetrate the planned suicide terror attack there. The Defendant, Firas Ghanem, and Husam Shehade even reconnoitered in Jerusalem and selected the places they considered suitable for perpetrating a shooting terror attack against Israeli citizens. The Defendant and his confederates chose the Ramada Hotel, the tunnels of the Begin Road, and French Hill Junction, among other places.

The abovementioned plan by the abovenamed Defendant and his confederates was not carried out, because on 17 February 2002, roughly two days after the abovementioned meeting, Husam Shehade was arrested by the Israeli security forces and one day later, on 18 February 2002, Firas Ghanem was arrested by the Israeli security forces.

On or around 18 February 2002, after the arrest of his confederates as related above, the abovenamed Defendant met in Ramallah, at the request of the abovementioned Ahmed Al-Faransi, with Mohamed Sadeq Mohamed Ghanem, brother to the abovementioned Firas Ghanem, and with Tareq Malhi A-Nouf.  During that meeting, the Defendant and Mohamed Ghanem agreed to a request from Tareq A-Nouf that they introduce a suicide terrorist into Jerusalem in order that he perpetrate a suicide terror attack for the purpose of bringing death to as many people as possible.

This plan was not carried out either, because the Defendant himself was arrested on the next day, 20 February 2002, by the Israeli security forces.

### Twenty-second Count:

**Nature of the Offense:** Driving a car that is not registered in the region, an offense pursuant to Section 3 of the Traffic and Transport Provisions (Judea and Samaria), 5729-1969.

**Details of the Offense:** The abovenamed Defendant, while in the Region, starting in September 2001 and ending on or around the date of his arrest, drove variously inside and outside the Region in a motor vehicle that was not registered in the Region and that did not bear the identifying signs stipulated for it in the Region, while himself residing in the Region; specifically:

The abovenamed Defendant, being a resident of the Region, drove during the abovementioned period, on various occasions and in the circumstances described in this count of indictment, in various vehicles which are described in the preceding counts of indictment and which did not bear the identifying signs stipulated for them in the Region.  The Defendant committed the deeds attributed to him in this count of indictment in order to bring about the terror attacks described in this indictment.

**Twenty-third Count:**

**Nature of the Offense:** Violating orders that declare an area closed, an offense pursuant to Section 90(f) of the Security Provisions (Judea and Samaria) Order (no. 378), 5730-1970.

**Details of the Offense:** The abovenamed Defendant, within the Region, starting in September 2001 and ending on or around the date of his arrest, violated an order regarding closure of an area although he possessed no legal permit for doing so; specifically:

The abovenamed Defendant, on a number of occasions during the stated period, left the Region, which was a closed area, and entered the territory of the State of Israel while possessing no legal permit for doing so. The Defendant entered the territory of the State of Israel in order to bring about the terror attacks described in this indictment.

Prosecution File 241/02

11

SHATSKY- JD01162-T

CONFIDENTIAL

SHATSKY- JD01163-T

CONFIDENTIAL

**Witnesses for the Prosecution:**

1. Advanced Staff Sergeant Yakov Barazani, Badge No. ᴿᵉᵈᵃ106, of Judea Investigations [taker of the Defendant's statement dated 11 March 2002, submitter of the Defendant's written statement in Arabic, and submitter of a seizure-and-marking report]

2. First Sergeant Yitzhak Yakovof, Badge No ᴿᵉᵈᵃᶜᵗᵉᵈ8358, of Judea Investigations [taker of the Defendant's statement dated 1 April 2002 and submitter of the Defendant's written statement in Arabic]

3. Mohamed Abdel Rahman Salem Mousleh, ID ᴿᵉᵈᵃᶜᵗᵉᵈ5643, (Detained) (Prosecution File 242/01)

4. Husam Aql Rajb Shehade, ID ᴿᵉᵈᵃᶜᵗᵉᵈ4733, (Detained) (Prosecution File 243/02)

5. Haytham al-Mutawafiq Hamdan (Detained)

_____

**(Police File  7915/01 Zion**

6. First Sergeant Zion Sasson, Badge No. ᴿᵉᵈᵃ7066, Zion Station. [submitter of an activity report]

7. Superintendent Lior Nedivi, Badge No. ᴿᵉᵈᵃ2127, Forensics, Zion Station. [submitter of the preliminary crime scene visit report, and of photographic plates]

8. Superintendent Yoram Saar, Zion Station. [finder of bullet casings at the crime scene – chain of evidence]

9. Superintendent Ami Leifer, Badge No. ᴿᵉᵈᵃ9841, Mobile Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of a Vehicle Inspection Report – gatherer of bullet fragments]

10. Cadet Adva Malka, Badge No. ᴿᵉᵈᵃᶜᵗᵈ9089, Special Duties Department – Zion Station. [submitter of cover sheet for exhibits]

11. Senior Staff Sergeant Major Ziva Hoter, Badge No. ᴿᵉᵈᵃ2699, Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of a Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

12. Superintendent Avi Kaufman, Weapons Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of an expert opinion, from the Criminal Identification Department File 4539/01-07/ZB] (To be summoned only upon the express request of the Defense)

13. Dr. Eyal Yitzhiak, License No. ᴿⁿ1004, Hadassah Hospital Ein Kerem, Jerusalem. [submitter of the discharge certificate for Moshe Weiss] (To be summoned only upon the express request of the Defense)

14. Dr. Yaakov Globerman, Hadassah Hospital Ein Kerem, Jerusalem. [submitter of the announcement of death for Meir Weisbois of blessed memory] (To be summoned only upon the express request of the Defense)

15. Moshe Weiss, ID No. ᴿᵉᵈᵃᶜᵗᵉᵈ1505. (details with the Prosecution) (seriously wounded in the terror attack)

16. Yaffa Vaknin, ID No.ᴿᵉᵈᵃᶜᵗᵉᵈ7863. (details with the Prosecution) (eyewitness)

_____

**(Police File  481/01 Zion**

17. Toni Amiel, ID No. ᴿᵉᵈᵃᶜᵗᵉᵈ1040. (details with the Prosecution) (driver of the Honda)

18. Pini Maymon, ID No. ᴿᵉᵈᵃᶜᵗᵉᵈ9762. (details with the Prosecution) (passenger in the Honda)

19. Pazit Maymon, ID No. ᴿᵉᵈᵃᶜᵗᵉᵈ8084. (details with the Prosecution) (passenger in the Honda)

_____

**(Police File  8379/01 Zion**

20. Superintendent Lior Nedivi, Badge No. ᴿᵉᵈᵃ2127, Forensics, Zion Station. [submitter of the preliminary crime scene visit report — seizure-and-marking report]

21. First Sergeant Gavriel Abed, Badge No. ᴿᵉᵈᵃ8736, Special Duties Department – Zion Station. [submitter of cover sheet for exhibits]

22. Superintendent Ami Leifer, Badge No. ᴿᵉᵈᵃ9841, Mobile Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of a Vehicle Inspection Report – gatherer of bullet fragments]

23. Cadet Dror Avram, Badge No. ᴿᵉᵈᵃᶜᵗᵈ9080, Special Duties Department – Zion Station. [submitter of cover sheet for exhibits]

24. Zion Sadeh, ID No. ᴿᵉᵈᵃᶜᵗᵉᵈ5724, Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of a Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

25. Senior Staff Sergeant Major Yossi Ben Israel, Badge No ᴿᵉᵈᵃ4771, Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of a Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

26. Superintendent Avi Kaufman, Weapons Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of two expert opinions, from the Criminal Identification Department File 4723/01-07/ZB] (To be summoned only upon the express request of the Defense)

27. Sigal Shazo, Zion Station. [finder of bullet casings at the crime scene – chain of evidence]

28. Malka Cohen, ID No. <sup>Redacted</sup> 1386. (details with the Prosecution) (wounded in the terror attack)

29. Pinhas Cohen, ID No <sup>Redacted</sup> 8256. (details with the Prosecution) (wounded in the terror attack)

30. Ohev Ami Yehiel, ID No. <sup>Redacted</sup> 4320. (details with the Prosecution) (eyewitness — aided the injured)

31. Dr. Yair Eden, License No. <sup>Re</sup> 3272, Hadassah Hospital Ein Kerem, Jerusalem. [submitter of the discharge certificate for Pinhas Cohen] (To be summoned only upon the express request of the Defense)

32. Dr. Menachem Gross, License No. <sup>Re</sup> 0146, Hadassah Hospital Ein Kerem, Jerusalem. [submitter of the discharge certificate for Malka Cohen] (To be summoned only upon the express request of the Defense)

---

**(Police File 39/02 Binyamin**

33. Inspector Michael Malka, Badge No. <sup>Redacted</sup> 0320, Patrol – Binyamin Station. [submitter of an activity report]

Prosecution File 241/02                                          12

      SHATSKY- JD01163-T                                          CONFIDENTIAL

SHATSKY- JD01164-T                                                                                        CONFIDENTIAL

34. Advanced Staff Sergeant Major Kobi Sebag, Badge No. <sup>Re</sup>6494, Binyamin Station. [submitter of an investigation / seizure-and-marking memorandum]

35. Senior Staff Sergeant Major Eli Kojman, Badge No. <sup>Re</sup>6951, Forensics, Judea. [submitter of photographic plates and gatherer of bullet casings at the crime scene]

36. Superintendent Ami Leifer, Badge No. <sup>Redis</sup>9841, Mobile Laboratory, Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of photographic plates and of a vehicle inspection report]

37. First Sergeant Meir Vanunu, Badge No. <sup>Redacte</sup>8332, Binyamin Station. [submitter of cover sheet for exhibits]

38. Senior Staff Sergeant Major Ziva Hoter, Badge No. <sup>Redis</sup>2699, Exhibits Office – Criminal Identification Department, Police National Headquarters – Jerusalem. [submitter of a Public Servant's Certificate – Receipt of Exhibits for Examination] (To be summoned only upon the express request of the Defense)

39. Lieutenant Dr. Nir Ayalon, License No. <sup>Re</sup>3216, IDF. (details with the Prosecution) [witness — declarer of the death of Yoela Chen of blessed memory, and giver of aid to the wounded]

40. Dr. Shaul Bayt, License No. <sup>Re</sup>3027, Hadassah Hospital Ein Kerem, Jerusalem. [submitter of physician's certificate — case summary of Rochelle (Rachel) Eini] (To be summoned only upon the express request of the Defense)

41. Rochelle (Rachel) Eini, ID No. <sup>Redacted</sup>6614. (details with the Prosecution) (wounded in the terror attack)

42. Sami Vaknin, ID No. <sup>Redacted</sup>8040. (details with the Prosecution) [witness — sketch] (eyewitness)

43. Nachshon Barashi, ID No. <sup>Redacted</sup>3235. (details with the Prosecution) (identifier of the killed woman)

---

**(Police File  502/02 Zion**

44. Chief Inspector Dror Asseraf, Badge No. <sup>Redis</sup>2276, Special Duties Department – Zion Station. [submitter of a seizure-and-marking memorandum report]

45. Senior Staff Sergeant Major Yigal Daniel, Special Duties Department – Zion Station. [submitter of a seizure-and-marking report]

46. Cadet Zvika Reisner, Special Duties Department – Zion Station. [submitter of a seizure-and-marking memorandum report and photos]

47. Sergeant Major Zion Tabdi, Badge No. <sup>Redacted</sup>3413, Special Duties Department – Zion Station. [submitter of an activity report — finding a magazine coupler]

48. Senior Staff Sergeant Major Asher Levy, Badge No. <sup>Re</sup>7720, Interrogations – Zion Station. [submitter of a seizure-and-marking report]

49. Benny Azriel, ID No. <sup>Redacted</sup>7598. (details with the Prosecution) (witness — pursued the terrorist)

50. Imad Anidat, Badge No <sup>Redac</sup>9037, Jerusalem Border Police. (witness — pursued the terrorist and fired at the terrorist)

51. Shai Cohen, Badge No. <sup>Redacte</sup>2043, Patrol Unit 2 – Zion Station. (eyewitness — fired at the terrorist)

52. Noam Gabay, ID No. <sup>Redacted</sup>1070, Central Unit – Jerusalem. (witness — pursued the terrorist and fired at the terrorist)

53. Hanan Benaim, Badge No. <sup>Redacte</sup>9188, Special Patrol Unit / Motorcycles – Shalem Station. (eyewitness — pursued the terrorist, and distanced the terrorist's weapon from the terrorist's dead body)

54. Genady (Guy) Melnik, Identity No. <sup>Redacted</sup>0540. (details with the Prosecution) (witness — a security guard who was at the site — fired at the terrorist and wounded him)

55. Alon Halfon, Badge No. <sup>Redu</sup>1775, Detectives – Central Unit, Jerusalem. (witness — pursued the terrorist and fired at the terrorist)

56. Avi Ben-Ami, Badge No. <sup>Redis</sup>8140, Detectives – Central Unit, Jerusalem. (eyewitness — fired at the terrorist)

57. Haim Tzalah, ID No. <sup>Redacted</sup>1019. (details with the Prosecution) (eyewitness — drove the Egged bus that was at the terror attack scene)

58. Boris Abtissian, ID No. <sup>Redacted</sup>6171. (details with the Prosecution) (eyewitness)

59. Yekutiel-Yisrael Alush, ID No <sup>Redacted</sup>1647. (details with the Prosecution) (eyewitness)

60. Moshe Maman, ID No. <sup>Redacted</sup>6911. (details with the Prosecution) (eyewitness)

61. Tova Yitzhaki, ID No. <sup>Redacted</sup>0353. (details with the Prosecution) (eyewitness)

62. Mazal Yitzhaki, ID No. <sup>Redacted</sup>0150. (details with the Prosecution) (eyewitness)

63. Yaron Avrahami, ID No. <sup>Redacted</sup>2770. (details with the Prosecution) (eyewitness)

64. Pinhas Bentura, ID No. <sup>Redacted</sup>1230. (details with the Prosecution) (eyewitness)

65. Kfir Kedem, ID No. <sup>Redacted</sup>1249. (details with the Prosecution) (eyewitness — saw the terrorist arriving on foot at the scene of the terror attack)

66.  Yaakov Sandler, ID No. <sup>Redacted</sup>0984, (details with the Prosecution) (identified the body of Ora [Svetlana] Sandler of blessed memory)

67.  Dr. Dafna Vilner, License No. <sup>Re</sup>9234, Hadassah Hospital Ein Kerem, Jerusalem.  [submitter of the announcement of the death of Ora (Svetlana) Sandler of blessed memory] (To be summoned only upon the express request of the Defense)

68.  Dr. Yelena Vesselov, Hadassah Hospital Ein Kerem, Jerusalem.  [submitter of the announcement of the death of Sarah Hamburger of blessed memory] (To be summoned only upon the express request of the Defense)

A list of additional witnesses with reference to those injured in the terror attack of 22 January 2002 on the Jaffa Road, and medical documents appertaining to their injuries, will be provided during the trial.

[Signature]

Lieutenant Michael Lotlik [sic]

Military Prosecutor

Date: 14 April 2002

Reference: 241-02

Prosecution File 241/02                                    13

        SHATSKY- JD01164-T                                           CONFIDENTIAL

CONFIDENTIAL                                      *Renewal* SHATSKY- JD01165-T



[English:] **TO WHOM IT MAY CONCERN**

No. 53400

2021

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/Mrs.** MOHAMMAD SAMI IBRAHIM ABDALLAH        *3996*

**From:** BEIR NABALA/RAMALLAH        **ID No.** __Redacted9954_____

**Was arrested by the Israeli Authorities on Day:** 20 **Month:** FEBRUARY **Year:** 2002

**He/She is to date: Awaiting Trial** ☐ **Sentenced** ☒ **Administrative** ☐

**Length of sentence / administrative period:** LIFE SENTENCE

**He/She was released on Day:** ___//____ **Month:** __//_____ **Year:** ___//___

**(Tick the box and underline the correct designation)**



1/29    **[Arabic:] TO WHOM IT MAY CONCERN**

This certificate is valid only if the English and Arabic parts match each other.

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

**Mr/Mrs.** MOHAMMAD SAMI IBRAHIM ABDALLAH

**From:** BEIR NABALA/RAMALLAH        **ID No.** ___Redacted9954_____

**Was arrested by the Israeli Authorities on Day:** 20 **Month:** FEBRUARY **Year:** 2002

**He/She is to date: Awaiting Trial** ☐ **Sentenced** ☒ **Administrative** ☐

**Length of sentence / administrative period:** LIFE SENTENCE

**He/She was released on Day:** _____ **Month:** _____ **Year:** _____

**(Tick the box and underline the correct designation)**

**Date: 05.08.2004**                                      KATHARINA RITZ
                                                          [Stamp of
**Place: RAMALLAH/NA**   CERTIFIED UPDATE   the Red  ----------------------
                         01.08.2020         Cross]
                         International Committee of   **ICRC Delegate**
                         the Red Cross
CONFIDENTIAL                                [Stamp of  SHATSKY- JD01165-T
                                             the Red
                                             Cross]

# Original

CONFIDENTIAL
SHATSKY-JD01144

2018  12:06

00 4726

## TO WHOM IT MAY CONCERN

№ 53400

3996

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs.: MOHAMMAD SAMI IBRAHIM ABDALLAH

From: BEIR NABALA/RAMALLAH     ID NO: Redacted 954

Was arrested by the Israeli Authorities on Day: 20   Month: FEBRUARY   Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☐   Administrative ☐

Length of sentence / administrative period: LIFE SENTENCE

He/She was released on Day: //   Month: //   Year: //

[Tick the box and underline the correct designation]

الى من يهمه الأمر

هذه الشهادة بنارية المفعول فقط لو حالة نطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة :   محمد سامي ابراهيم عبد الله

من :   بير نبالا/رام الله   رقم الهوية Redacted 954

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم 20 / شهر شباط / سنة 2002

وهو/هي في هذا التاريخ:   ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☐   اداري ☐

محكوم/ة او اداري لمدة:   مؤبد

وهو/هي أطلق سراحه/ها في يوم // / شهر // / سنة //

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الكلمة المطلوبة )

Date: 08/05/2004

Place: RAMALLAH/NA

ICRC Delegate

KATHARINA RITZ

International Committee
of the Red Cross

CONFIDENTIAL
SHATSKY-JD01144