| STATE OF PALESTINE<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen Dep. Detainees & Ex-detainees | | دولة فلسطين<br>وزارة شؤون الأسرى والمحررين<br>الإدارة العامة لشؤون الأسرى والمحررين |
|---|---|---|

6. بيانات المستفيدين من راتب الأسير/الأسير المحرر.

المستفيد الأول:

| الاسم: (المستفيد الأول) | برهان الفقيه | صلة القرابة: | الوالده |
|---|---|---|---|
| نوع الوثيقة: | | رقم الوثيقة: | |
| رقم الهاتف: | | رقم الهاتف النقال: | |
| المحافظة: | الخليل | التجمع: | Redacted |
| البنك: | Redacted | الفرع: | Redacted |
| رقم الحساب: | | | |
| في حالة تجزئة المبلغ: | رابعا: | نسبة: | % |

المستفيد الثاني (إن وجد):

| الاسم: (المستفيد الثاني) | | صلة القرابة: | |
|---|---|---|---|
| نوع الوثيقة: | | رقم الوثيقة: | |
| رقم الهاتف: | | رقم الهاتف النقال: | |
| المحافظة: | | التجمع: | |
| البنك: | | الفرع: | |
| رقم الحساب: | | | الحساب جاري شيكل فقط |
| في حالة تجزئة المبلغ: | رابعا: | نسبة: | % |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

CONFIDENTIAL

SHATSKY-JD01851

צבא הגנה לישראל

בבית המשפט הצבאי יהודה
בפני הרכב

תיק ביהמ"ש: /16
תיק תביעה: 2651/16
תיק פ.א.: 288060/16 (אשקלון)

**במשפט שבין**

**התובע הצבאי –** המאשים

-נגד-

בימ"ש הצבאי יהודה נתקבל ע"י 16/8 התאריך

**צוהייב גבארה אחמד אלפקייה**
ת.ז. 6702[Redacted], יליד 1995/[Redacted], תושבת דורא
**עצור מיום 04/07/16**

הנאשם

# כתב-אישום

**הנאשם הנ"ל מואשם בזאת בביצוע העבירות הבאות:**

**פרט אישום ראשון:**

**מהות העבירה:** **חברות ופעילות בהתאחדות בלתי מותרת,** עבירה לפי תקנות 85(1)(א) לתקנות ההגנה (שעת חירום), 1945 וסעיף 199ג(א) לצו בדבר הוראות הביטחון [נוסח משולב] (יהודה והשומרון) (מס' 1651), התש"ע - 2009.

**פרטי העבירה:** הנאשם, באזור, בתקופה שמועד תחילתה בשלהי חודש נובמבר 2015 ועד ליום מעצרו, או בתקופה הסמוכה לכך, היה חבר או פעל כחבר בהתאחדות בלתי מותרת, דהיינו:

1. במהלך חודש נובמבר 2015 או במועד הסמוך לכך, באוניברסיטת אבו דיס או במקום הסמוך לכך, הקימו סאלם מוסא עבד אלמג'יד שדיד (להלן: "**סאלם**") ועז אלדין סעיד מוחמד תלאחמה (להלן: "**עז אלדין**") חוליה צבאית מטעם ארגון החמא"ס.
2. במסגרת חוליה זו, פנו סאלם ועז אלדין מספר פעמים למחמד אדיב אחמד אלקיק (להלן: "**מחמד**"), אשר היה מוכר לעז אלדין כבעל משרה בעבר בארגון הכותלה איסלאמיה באוניברסיטת ביר זית, במטרה להשיג הכוונה ומימון לחוליה לצורך רכישת נשקים.
3. לאחר מעצרו של מחמד ביום 21/11/15, החליטו סאלם ועז אלדין לגייס נוספים לחוליה הצבאית. בהתאם לכך, פנה סאלם לנאשם והציע לו להצטרף לחולייה. על מנת לשכנעו, סיפר סאלם לנאשם כי לחוליה הצבאית יש כבר מימון כספי ונשקים, והנאשם הסכים להתגייס לחוליה.
4. סאלם גייס לחולייה בנפרד את שדאד חמודה מחמד אבו קרנדל (להלן: "**שדאד**"), ואף את עלי מחמד עלי רג'וב (להלן: "**עלי**").
5. בנוסף לכך, במועד מאוחר יותר, ביקש סאלם מכל אחד מחברי החוליה כי יחלו באימונים פיזיים על מנת להיות מוכנים לפעילות. עוד מסר סאלם לנאשם, לצוהיב ולעז אלדין, כל אחד בנפרד, החסן נייד ובו מידע שהוריד מהאינטרנט בנוגע לארגון החמא"ס והזרוע הצבאית שלו ובנוגע לחקירות של גורמי ביטחון ישראלים, וזאת על מנת לחזק את הקשר שלהם לחוליה.
6. הנאשם החל באימונים פיזיים וקרא את המידע אשר היה בהחסן הנייד, ומאוחר יותר השמיד את ההחסן.
7. בעשותו את האמור לעיל היה הנאשם חבר בהתאחדות בלתי מותרת.

CONFIDENTIAL

SHATSKY-JD01851

**פרט אישום שני:**

**מהות העבירה:** **סיוע לגרימת מוות בכוונה**, עבירה לפי סעיף 209(א) וסעיף 199ה לצו בדבר הוראות ביטחון [נוסח משולב] (יהודה והשומרון) (מס' 1651), התש"ע-2009.

**פרטי העבירה:** הנאשם הנ"ל, באזור, גרם בכוונה למותו של אחר, דהיינו:

1. במהלך חודש מאי 2016 נפגש הנאשם עם אחיו, מחמד גבארה אחמד אלפקייה (להלן: "פקייה"), אשר אמר לו כי יש לו בית ואישה ונותר לו לפגוש את אלוהים.
2. כעשרה ימים עובר לחודש הרמדאן, יצא הנאשם ביחד עם פקייה לשוק בחברון, שם רכש האחרון מספר פריטים, בהם, כאפיות, מגני ברכיים, מגני מרפקים, וכובעי גרב לכיסוי הפנים. בנוסף, פקייה ביקש מהנאשם לקנות לו 2 זוגות מדים צבאיים והנאשם הסכים.
3. במועד הסמוך לכך, הציג פקייה בפני הנאשם אקדח 14, רובה קלצ'ניקוב ו-5 מחסניות מלאות בכדורים. פקייה סיפר לנאשם כי ברשותו 7 נשקים נוספים.
4. כמו כן, באותו מועד, סיפר פקייה לנאשם כי בכוונתו לבצע פיגוע ולמות "מות קדושים". פקייה ביקש מהנאשם כי לאחר שיבצע את הפיגוע ידאג זה לאשתו וישיבה לדורא.
5. כשבוע לאחר מכן, הודיע פקייה לנאשם כי ביצוע הפיגוע מתקרב, אולם ציין כי מנהיגי ארגון "גדודי אלקסאם" ביקשו ממנו לדחות את מועד ביצועו מאחר שצפויה מלחמה בין עזה לישראל.
6. פקייה ביקש מהנאשם כי ישמור אצלו את הנשקים, והראה לו היכן להסתירם למקרה שיגיע הצבא. הנאשם החביא את כלי הנשק בקומה השלישית בביתו הנמצאת בהליכי בנייה. הנאשם ביחד עם פקייה נהג לתחזק את הנשקים, כך שהנאשם פירק את הנשקים ופקייה ניקה אותם.
7. במהלך התקופה בה החזיק הנאשם את כלי הנשק, היה פקייה נוהג לקחת מהנאשם את הנשקים במהלך היום ולהחזירם בשעות הלילה.
8. פקייה ביקש מהנאשם כי לאחר שיבצע את הפיגוע ייגש לביתו ויאסוף משם זהב ותמונות בטרם הצבא ייקח אותם, והנאשם הסכים.
9. כעשרה ימים עובר לביצוע הפיגוע, רכש הנאשם עבור פקייה שני זוגות מדי צבא של צה"ל, וזאת כפי שהסכים לעשות, כאמור בסעיף קטן 2. את המדים אותם רכש הנאשם נהג פקייה ללבוש כאשר היה נכנס להתיישבויות ישראליות. בעוד פקייה היה מחופש לחייל צה"ל, אדם נוסף אשר היה עימו היה מחופש למתיישב, וכך פעלו לאיסוף מידע מודיעיני עובר לפיגוע.
10. כשלושה ימים לפני ביצוע הפיגוע הודיע פקייה לנאשם, כי נוכח מספר הפיגועים בעת האחרונה, והחשש כי ייעצר בטרם יבצע את הפיגוע, קיבל אישור לבצע את הפיגוע.
11. פקייה סיפר לנאשם כי החל לתצפת באזור, לסייר בהתיישבויות ולאסוף מודיעין, על מנת שיוכל לאתר מטרה לביצוע הפיגוע.
12. ביום 01/07/16 הבחין הנאשם בפקייה, כשהוא לבוש במכנס צבאי שחור ונעליים צבאיות. פקייה סיפר לנאשם כי יבצע את הפיגוע ביום זה. הנאשם ליווה את פקייה לרכבו מסוג "יונדאי". פקייה ביקש מהנאשם להביא לו מהבית שקית שבה מגני מרפקים וזה נענה לבקשתו. הנאשם הבחין כי פקייה לקח עימו לוחיות זיהוי ישראליות.
13. עוד באותו יום יצא פקייה ביחד עם מחמד אלעמיירה לבצע פיגוע ירי לעבר מטרות ישראליות, וזאת במטרה לרצוח ישראלים.
14. השניים נפגשו בבית הספר צלאח אלדין, שם החליפו את לוחיות הזיהוי הפלסטיניות של רכבו של פקייה, מסוג "**יונדאי**", ללוחיות זיהוי ישראליות, וזאת כדי שרכבם לא יעורר חשד וכדי שהצבא לא יעצרם.

15. לאחר מכן, עשו השניים את דרכם לעבר ציר 60, כשברשותם שני רובי קלצ'ניקוב, ותרו אחר רכב ישראלי, לעברו יוכלו לבצע את פיגוע הירי.

16. אותה עת, עשה את דרכו על ציר 60 רכב אפור מסוג "טויוטה", מכיוון עותניאל לכיוון ירושלים, ובו הרב מיכאל מרק ז"ל, אשתו ושניים מילדיהם (להלן: "**רכב הטויוטה**" ו/או "**הרכב הישראלי**").

17. מחמד אלעמאיירה ופקייה הבחינו ברכב הטויוטה, בעל לוחיות הזיהוי הישראליות, אשר נסע לפניהם לכיוון ירושלים. השניים נסעו אחר רכב הטויוטה במשך מספר דקות. מחמד אלעמאיירה התקרב לרכב הטויוטה והאיץ את מהירותו.

18. בשלב זה, נטל פקייה את אחד מרובי הקלצ'ניקוב אשר נשאו עימם ברכב, דרך אותו והכינו לירי.

19. פקייה ביקש ממחמד אלעמאיירה לעקוף את הרכב הישראלי, ומשכך, מחמד אלעמאיירה האיץ את מהירותו ועקף את הרכב הישראלי, מצידו השמאלי, תוך כדי שהוא נוסע בנתיב הנגדי.

20. משהגיעו בסמוך לרכב הישראלי, הוציא פקייה את הנשק מחלון הרכב וכיוונו לעבר הרכב הישראלי.

21. כשהשניים במרחק של כ-2 מטר בלבד מהרכב הישראלי, החל פקייה בירי מאסיבי לעברו, אשר במסגרתו פגעו ברכב הישראלי **כ- 25 כדורים** והרכב הישראלי התהפך על יושביו.

22. כעבור מספר שניות של ירי רצוף, חלפו השניים את הרכב הישראלי והחלו מתרחקים ממנו במקצת. במרחק של כ-20 מטר הסתובב מחמד אלעמאיירה עם הרכב חזרה לכיוון הרכב הישראלי, תוך שהוא מבחין, כי הרכב הישראלי התהפך.

23. או אז, ירד פקייה מרכב היונדאי ועשה את דרכו לעבר הרכב הישראלי כשרובה הקלצ'ניקוב בידיו, וזאת במטרה להמשיך בירי לעבר נוסעי הרכב ולוודא את מותם.

24. בהגיעו לרכב הישראלי, ירה פקייה ירייה נוספת לעבר יושביו, אולם נאלץ לחדול בהוראת מחמד אלעמאיירה, אשר הבחין כי כלי רכב נוספים מתקרבים למקום.

25. פקייה חזר לרכב והשניים עשו את דרכם חזרה לדורא.

26. **בעשותם את האמור לעיל, גרמו פקייה ומחמד אלעמאיירה בכוונה למותו של מיכאל מרק ז"ל, נהג הרכב, אשר חמישה כדורים פגעו בגופו ואחד בראשו,** וכן גרמו לפציעתם של יושבי הרכב.

27. במהלך נסיעתם חזרה לדורא, סיפר פקייה למחמד אלעמאיירה כי ברכב, שלעברו ביצעו את הירי, היו ילדים קטנים, אולם לא הספיק לירות בהם.

28. בנוסף, פקייה הביע את כוונתו בפני מחמד אלעמאיירה לבצע פיגועי ירי נוספים לעבר מטרות ישראליות, לאחר שיוכרז כמבוקש ואף אמר לו היכן יוכל למצוא אותו לאחר שיוכרז ככזה.

29. כשהגיעו השניים לבית הספר צלאח אלדין החליפו חזרה את לוחיות הזיהוי של הרכב ללוחיות זיהוי פלסטיניות והשליכו את לוחיות הזיהוי הישראליות לפח האשפה.

30. לאחר מכן, נפרדו השניים, כשכל אחד מהם נושא עימו את אחד מרובי הקלצ'ניקוב, שהיו עימם במהלך הפיגוע.

31. באותו יום לאחר ביצוע הפיגוע, הבחין הנאשם בפקייה נוסע ברכב היונדאי. פקייה סימן לנאשם לנסוע אחריו וזה נסע אחריו ברכבו מסוג "פיג'ו" לאזור גנאיים. שם, סיפר פקייה לנאשם כי ביצע פיגוע ירי במהלכו ירה לעבר מתיישב ומשפחתו, וכי רכבו של פקייה נפגע במהלך הפיגוע. בנוסף, סיפר

27-09-2016

CONFIDENTIAL SHATSKY-JD01854

פקייה לנאשם, כי רצה לירות על רכב נוסף, אולם נאלץ להפסיק את הירי מאחר שרכב פלסטיני התקרב והחליט לברוח מהמקום.

32. פקייה ביקש מהנאשם לגשת לביתו ולהביא לו משם את תיקו והנאשם עשה כן. אולם, בדרכו חזרה לגנאיים, התקשר פקייה לנאשם וביקש ממנו להגיע לביתו של אבו חמזה חאלד פקייה (להלן: "**חמזה**"). כשהגיע לביתו של חמזה, הבחין הנאשם בפקייה יושב ולצידו פועלים. פקייה הורה לנאשם שלא להוריד את התיק כדי שהפועלים לא יבחינו בו. פקייה הראה לנאשם בטלפון הנייד את דיווחי החדשות אודות פיגוע הירי ולאחר מכן חזר הנאשם לביתו.

33. עוד באותו יום, פנה פקייה לעלאא ראאד צלאח זגייר (להלן: "**עלאא**") בבקשה כי יעזור לו לתקן חור שנגרם ברכב היונדאי כתוצאה מפליטת כדור וזה הסכים.

34. כמו כן, פקייה הודיע לעלאא כי בכוונתו להסתתר בבניין הנמצא כעת בשלבי בנייה, אך עלאא הציע לפקייה ללון במעונות הסטודנטים של האוניברסיטה, הנמצאים בשכונת אל ג'אמעה שבחברון, והאחרון הסכים.

35. למחרת, סייע עלאא לפקייה, כחלק מניסיונותיו לחמוק מכוחות הביטחון, בהובלתו ובהובלת חפציו ממקום למקום, בין היתר, הסיע את פקייה לבית הוריו. משהגיע לבית הוריו יצא הנאשם ונטל מרכבו של עלאא את תיקו של פקייה והניח אותו ברכבו מסוג פיג'ו.

36. לאחר ששמעו כי הצבא נכנס לכפר, ומחשש כי הצבא יעצור את פקייה, ביקש פקייה מהנאשם את מפתחות רכבו, הנאשם מסר את מפתחות הרכב לפקייה על מנת שזה יוכל לברוח מהאזור. פקייה לקח את רכבו של הנאשם כשברשותו תיק ובו בגדיו ונשקו.

37. בשעות הערב חזר פקייה לבית הנאשם והצטרף לארוחת שבירת הצום.

38. לאחר הארוחה יצא הנאשם ברכבו ביחד עם פקייה כשברשותו תיקו ונשקו. פקייה אמר לנאשם כי הוא מעוניין להחביא את התיקים שלו. הנאשם הציע לפקייה להחביאם בבית נטוש באזור שבין גנאיים לוואדי דור. הנאשם בחר מקום זה מאחר שחשב כי הוא מתאים למי שמעוניין להתחבא ולהחביא ציוד. פקייה הסכים להצעתו של הנאשם, לקח את תיקו ונשקו ויצא מהרכב. השניים סיכמו כי ייפגשו מאוחר יותר בביתו של עאיד פקייה.

39. מאוחר יותר, נפגשו השניים בביתו של עאיד פקייה. פקייה ביקש מהנאשם להסיעו חזרה לכפר והנאשם הסכים. במהלך נסיעתם ביצע פקייה מספר שיחות טלפון אך ללא מענה. פקייה סיפר לנאשם כי בכוונתו לבצע פיגוע נוסף ולמות "מות קדושים". לבקשתו של פקייה קנה הנאשם מזון עבורו.

40. הנאשם הציע לפקייה לישון בביתו, אך זה סירב מחשש כי יגיעו לביתם ויעצרו אותו. הנאשם החזיר את פקייה לבית הנטוש.

41. בעשותו את האמור לעיל סייע הנאשם לגרימת מוות בכוונה של הרב מיכאל מרק ז"ל.

**<u>פרט אישום שלישי:</u>**

**<u>מהות העבירה</u>:** **סיוע לניסיון לגרימת מוות בכוונה**, עבירה לפי סעיף 198, סעיף 209(א) וסעיף 199ה לצו בדבר הוראות ביטחון [נוסח משולב] (יהודה והשומרון) (מס' 1651), התש"ע-2009.

**<u>פרטי העבירה</u>:** הנאשם הנ"ל, באזור, ניסה לגרום גרם בכוונה למותו של אחר, דהיינו: הנשם הנ"ל, במועד ובתקופה האמורים בפרט האישום השני, בעשותו את האמור בפרט האישום השני, היה שותף לניסיון לגרימת מותה בכוונה של חווה מרק.

CONFIDENTIAL SHATSKY-JD01854

# Exhibit 188

Prisoner Salary Statement

Prisoner no. 288052
Prisoner Name: Suhib Jabara Ahmad Faqih Document no. 860156702

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Prisoner Salary Statement

Prisoner no. 288052
Prisoner Name: Suhib Jabara Ahmad Faqih Document no. 860156702

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 5 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 6 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,400.00 |
| 7 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 8 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 9 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 10 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 11 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 12 | 2020 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,400.00 |
| 1 | 2021 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 2 | 2021 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 3 | 2021 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 4 | 2021 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |
| 5 | 2021 | Yusra Hasan Muhammad Al-Faqih | Redacted 5646 | | | | 2,000.00 |

# Original



كشف راتب أسير

رقم الاسير 283052

اسم الأسير صهيب جباره احمد فقيه

رقم الوثيقة 860156702

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

2 من 1 صفحة

CONFIDENTIAL

Shatsky-JD00531

كشف راتب أسير

رقم الأسير 288052

اسم الأسير صهيب جباره احمد فهد

رقم الوكالة 860156702

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | Redacted | | | 2,000.00 |
| 5 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 6 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,400.00 |
| 7 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 8 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 9 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 10 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 11 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 12 | 2020 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,400.00 |
| 1 | 2021 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 2 | 2021 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2,000.00 |
| 3 | 2021 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2 000.00 |
| 4 | 2021 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2 000.00 |
| 5 | 2021 | يسرى حسن محمد النقيب | Redacted 5646 | | | | 2 000.00 |

CONFIDENTIAL

# Exhibit 189

CONFIDENTIAL

SHATSKY-JD01463-T

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

**Main Prisoner Form**

| Form no.: | 4 | 4 | 7 | 1 | 5 | 7 | |
|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.17.2011 | | | Ministry's administration/branch: | | | Tul Karm |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | | 2 | 6 | 0 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | Father's name | | Grandfather's name | | Family name | | | |
| | Munzar | Mahmoud | | Khalil | | Noor | | | |
| Mother's name: | Kheiriya | | | Gender: | | ☑ Male | ☐ Female | | |
| DoB: | / / 1977 | | | Place of birth: | | Kuwait | | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☑ High school | ☐ Diploma | ☐ University | ☐ Higher education | | | |
| Profession prior to arrest: | None | | | Organization: | | Fatah | | | |
| Arrest date: | 4.17.2002 | | | Place of arrest: | | Beersheba | | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | ☐ Free | | ☐ Other | | | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year | | |
| | | | Life term | | | | [handwritten signature] | | |
| Permanent residence: | Governorate: | Tul Karm | | Residential complex: | Redacted | | | | |
| Notes: | | | | | | | | | |

2. Information concerning previous arrests:

Number of previous arrests: ________. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | N/A | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

10 [?]

[mirrored fax line] 10/08 10 TUE 12:48 FAX 0425054??

CONFIDENTIAL

SHATSKY-JD01463-T

# Original

CONFIDENTIAL

SHATSKY-JD01457

# TO WHOM IT MAY CONCERN

№ 48742

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: MONZER MAHMOUD KHALIL NOUR

From : TULKAREM ID NO: Redacted 260-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 17.04.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة منذر محمود خليل نور

من طولكرم هوية رقم Redacted ٢٦٠-٧

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٤ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة ××× إداري ____

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم ××× / شهر ××× / سنة ×××

Date: 24.04.2005

التـــاريـــخ

Place: TULKAREM

المكــــان

CERTIFIED UPDATE

20-02-2016

PIERRE VAN MALE

ICRC Delegate

توقيع مندوب اللجنـة

CONFIDENTIAL

SHATSKY-JD01457

ICRC

06388

INTERNATIONAL COMMITTEE OF THE RED CROSS

# وكـــــالـــة

أنا الموقع أدناه منذر محمود خليل نور

هويـــة رقـــم Redacted ٦٠٧ من (البلدة) عنبتا / طولكرم المسجـون حاليا في سجن هداريم

بموجب هذه لوكـالة أفـوض ابراهيم محمود خليل نور هويـــة رقـم Redacted ٣٦٢٨

تلفون: Redacted من (البلدة) عنبتا طولكرم بخصـوص التفويضـات التـاليـة :

☒ لمعاملات البنـوك : سـحـب كـل (حـدد المـدة) شهر مــبلـغ الراتب

(المبلغ كتابة: المبلغ بالكامل ) من حســابي رقـم

لدى بنك فرع

☐ بيــع أو التنـــازل عــن

☒ لأغراض أخــرى (حـدد): من اجل استلام راتبي من هيئة شؤون الاسرى

**مفعـول هـذه الوكـالـة** ☒ **سـاري لمدة (حدد)** خمس سنوات ☐ **سـاري لأجل غيـر مسمـى**

إن مســؤولية اللجنة الـدوليـة للصليـب الأحمـر تقتصـر فقـط علـى إيصـال هذه الوكـالة إلى الوكـيل ولا تتحمـل أي مسـؤولية أخـرى مستقبـلا. كمـا وتشـهد اللجنة أن السجيـن المذكـور أعلاه قد وقع هـذه الوكـالة بحضور مندوبها

بتاريـخ: 13/03/2016 توقيــع السجين: منذر محمود خليل نور

## POWER OF ATTORNEY

I the undersigned Monzer Mahmoud Khalil Nour

ID Nbr Redacted 2607 from Anabta/Tulk presently detained in Hadarim prison hereby,

authorize, Ibrahim Mahmoud Khalil Nour ID Nbr Redacted 3628

phone Redacted from Anabta/Tulk concerning the following authorization:

☒ For Banks: To withdraw every month the amount of Salary

(amount in words: all amount ) from my account

Nbr at bank at branch.

☐ Selling or alienating

☒ Others (specify): To receive my Salary from Prisoner committee

**Validity of this power of attorney is:** ☐ **Limited to:** ☐ **Unlimited**

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory. No further responsibilities can be put forward to the institution.

**This is to certify that the a/m prisoner has signed this PoA in the presence of the ICRC delegate on**

Date: 13/03/2016 Delegate's Signature: [signature]

CICR

№ 48742

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

2955

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **MONZER MAHMOUD KHALIL NOUR**

From : **TULKAREM** ID NO: Redacted **260-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **17.04.2002**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

## إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة منذر محمود خليل نور

من طولكرم هوية رقم ٧...٢٦٠ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٤ / سنة ٢٠٠٢م

و هو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة XXX إداري ____

محكوم/ة أو إداري لمدة مدى الحياة

و هو/هي اطلق سراحة/ها في يوم XXX / شهر XXX / سنة XXX

Date: **24.04.2005**

التاريخ

Place: **TULKAREM**

المكان

CERTIFIED COPY 04-05-2015 International Committee of the Red Cross

PIERRE VAN MALE ICRC Delegate

توقيع مندوب اللجنة

# TO WHOM IT MAY CONCERN

№ 48742

2955

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **MONZER MAHMOUD KHALIL NOUR**

From : **TULKAREM** ID NO: Redacted **260-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **17.04.2002**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

تجديد ١ / ٧ / ٢٠١٧

الى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيدة/ة الآنسة منذر محمود خليل نور

من طولكرم هوية رقم Redacted ٢٦٠-٧

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٤ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة xxx إداري ______

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم xxxx / شهر xxx / سنة xxx

Date: 24.04.2005

التـاريـخ

Place: TULKAREM

المكـــان

CERTIFIED UPDATE
18-07-2017
ICRC International Committee of the Red Cross

PIERRE VAN MALE

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01461

2955

№ 48742

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: MONZER MAHMOUD KHALIL NOUR

From : TULKAREM ID NO: Redacted 260-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 17.04.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة منذر محمود خليل نور

من طولكرم هوية رقم Redacted ٧...٢٦٠

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٤ / سنة ٢٠٠٢م

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة ____ إداري XXX

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم XXX / شهر XXX / سنة XXX

Date: 24.04.2005

التاريخ

Place: TULKAREM

المكان

CERTIFIED UPDATE 05-07-2012 ICRC International Committee of the Red Cross

PIERRE VAN MALE ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01461

# TO WHOM IT MAY CONCERN

№ 48742

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: MONZER MAHMOUD KHALIL NOUR

From : TULKAREM ID NO:Redacted 260-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 17.04.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**إلى من يهمه الأمر**

CICR

**هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية**

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة منذر محمود خليل نور

من طولكرم هوية رقم ٢٦٠-٧ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٤ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة XXX إداري ______

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم XXX / شهر XXX / سنة XXX

Date: 24.04.2005

التـــاريـــخ

Place: TULKAREM

المكـــــان

CERTIFIED UPDATE
06-05-2012
ICRC International Committee of the Red Cross

PIERRE VAN MALE
ICRC Delegate
توقيع مندوب اللجنة

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| رقم الاستمارة: | ٧ ٥ ١ ٧ ٤ ٤ | | |
|---|---|---|---|
| تاريخ تعبئة الاستمارة: | ١٧/٢/٢٠١١ | المديرية/فرع الوزارة: | طولكرم |

1. المعلومات الرئيسية للأسير:

Redacted

| | | | | |
|---|---|---|---|---|
| رقم الهوية: (تسع خانات) | ٧ ٠ ٦ ٢ | | | |
| | الاسم الأول | اسم الأب | اسم الجد | اسم العائلة |
| الاسم الرباعي: | منذر | محمود | خليل | نور |
| اسم الأم: | صبرية | الجنس: | ☒ ذكر | ☐ أنثى |
| تاريخ الميلاد: | / / ١٩٧٧ | مكان الولادة: | الكويت | |
| المؤهل العلمي: | ☐ أمي ☐ الأساسية ☒ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا |
| المهنة قبل الأسر: | بلا | التنظيم: | فتح | |
| تاريخ الأسر: | ٢٠٠٢/٤/٨ | مكان الاعتقال: | بئر السبع | |
| الوضع الاعتقالي: | ☐ موقوف ☒ محكوم | ☐ إداري | ☐ محرر | ☐ أخرى |
| في حالة محكوم مدة الحكم حسب شهادة الصليب | سنة شهر يوم: مؤبد ١ | تاريخ الإفراج المتوقع حسب قرار الحكم: | اليوم الشهر العام | |
| العنوان الدائم: | المحافظة: طولكرم | التجمع السكاني: | Redacted | |
| ملاحظات: | | | | |

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة: ______ تقول المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال يوم | شهر | سنة | ملاحظات |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | لا يوجد | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

1

10/08 10 TUE 12:48 FAX 092505427

# TO WHOM IT MAY CONCERN

№ 43742

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **MONZER MAHMOUD KHALIL NOUR**

From : **TULKAREM** ID NO: Redacted **260 7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **17.04.2002**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## إلى من يهمه الأمر

CICR

**هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية**

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة منذر محمود خليل نور

من طولكرم هوية رقم ٢٦٠٧ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٤ / سنة ٢٠٠٢م

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة xxx إداري ______

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم xxx / شهر xxx / سنة xxx

Date: **24.04.2005**

التـاريـخ

Place: **TULKAREM**

المكـــان

CERTIFIED ...
17 3 2011
International Committee of the Red Cross

**PIERRE VAN MALE**

ICRC Delegate

توقيع مندوب اللجنـة

# Exhibit 190

Prisoner Salary Statement

Prisoner no. 7497

Prisoner Name: Munzar Mahmoud Khalil Noor Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 1 of 7

Confidential Shatsky-JD00415-T

Prisoner Salary Statement

Prisoner no. 7497
Prisoner Name: Munzar Mahmoud Khalil Noor Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 2 of 7

Confidential Shatsky-JD00416-T

Prisoner Salary Statement

Prisoner no. 7497
Prisoner Name: Munzar Mahmoud Khalil Noor Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 3 of 7

Confidential Shatsky-JD00417-T

Prisoner Salary Statement

Prisoner no. 7497

Prisoner Name: Munzar Mahmoud Khalil Noor    Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 4 of 7

Confidential    Shatsky-JD00418-T

Prisoner Salary Statement

Prisoner no. 7497
Prisoner Name: Munzar Mahmoud Khalil Noor Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 5 of 7

Confidential Shatsky-JD00419-T

Prisoner Salary Statement

Prisoner no. 7497
Prisoner Name: Munzar Mahmoud Khalil Noor Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 6 of 7

Confidential Shatsky-JD00420-T

Prisoner Salary Statement

Prisoner no. 7497
Prisoner Name: Munzar Mahmoud Khalil Noor Document no. 902442607

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 5 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 6 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 7,200.00 |
| 7 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 8 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 9 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 10 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 11 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 12 | 2020 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 7,200.00 |
| 1 | 2021 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 2 | 2021 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 3 | 2021 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 4 | 2021 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |
| 5 | 2021 | Ibrahim Mahmoud Khalil Noor | Redacted 3628 | | | | 6,800.00 |

# Original



كشف راتب أسير

رقم الأسير 7497

اسم الأسير منذر محمود خليل نور

رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | Redacted |

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 7497

اسم الأسير منذر ممدوح خليل نور

رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 7497

اسم الأسير عنتر محمود خليل نور

رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

١ من ١ صفحة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 7497
اسم الأسير منتصر محمود خليل نوري
رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

Redacted

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 7497

اسم الأسير منذر محمود خليل نور

رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | Redacted |

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 7497

اسم الأسير منذر محمود خليل نور

رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 7497

اسم الأسير منذر محمود خليل نور

رقم الوثيقة 902442607

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | Redacted |
| 4 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | Redacted | | | 6,800.00 |
| 5 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,800.00 |
| 6 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 7,200.00 |
| 7 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,800.00 |
| 8 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,600.00 |
| 9 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,500.00 |
| 10 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,600.00 |
| 11 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,900.00 |
| 12 | 2020 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 7,200.00 |
| 1 | 2021 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,300.00 |
| 2 | 2021 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,300.00 |
| 3 | 2021 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,300.00 |
| 4 | 2021 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,800.00 |
| 5 | 2021 | ابراهيم محمود خليل نور | Redacted 3628 | | | | 6,800.00 |

CONFIDENTIAL

# Exhibit 191

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

**Main Prisoner Form**

| Form no.: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.17.2011 | | | Ministry's administration/branch: | | | Jerusalem | | |

Correction of ID number 442214

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | | 1 | 9 | 5 | 2 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | Father's name | | Grandfather's name | | Family name | | | |
| | Akram | Ibrahim | | Mahmoud | | Al-Qawasme | | | |
| Mother's name: | Maliha | | | Gender: | | ☒ Male ☐ Female | | | |
| DoB: | Redacted .1974 | | | Place of birth: | | Jerusalem | | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☒ High school | ☐ Diploma | ☐ University | ☐ Higher education | | | |
| Profession prior to arrest: | Student | | | Organization: | | | | | |
| Arrest date: | 3.28.1996 | | | Place of arrest: | | Jerusalem/The checkpoint | | | |
| Arrest status: | ☐ Detained | ☒Sentenced | ☐ Administrative | | ☐ Free | ☐ Other | | | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year | | |
| | | Life term | | | | | | | |
| Permanent residence: | Governorate: | Jerusalem | Residential complex: | | Redacted | | | | |
| Notes: | | | | | | | | | |

**2. Information concerning previous arrests:**

Number of previous arrests: ____. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |
|---|---|---|

**3. Social Status Information:**

| Marital Status: | ☒ Single | ☐ Married | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | | | Marriage Contract Date | / / |
| Spouse Name | | | Number of Children: | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | | 6 | 8 | 2 | 7 |
|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Maliha Mahmoud Isma'il Qawasme | | Relationship: | Mother |
| Date of Authorization if Available: | / / | | Authorization's Period of Validity: | |
| Bank: | Redacted | | Bank Branch: | Redacted |
| Account No.: | | | Redacted | |
| Landline Phone No.: | Redacted | | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: | Jerusalem | Residential complex: | |
| Notes: | | | | |

| | |
|---|---|
| Applicant's Notes: | |
| Confirmation: | I the undersigned testify that all of the information provided in this application is corrected and take responsibility for it. |
| Applicant's Signature: | |

# Original

CONFIDENTIAL

SHATSKY-JD01103

# TO WHOM IT MAY CONCERN

№ 193

1492

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : AKRAM IBRAHIM MAHMOUD QAWASMEH

From : JERUSALEM ID NO : Redacted 195-2

Was arrested by the Israeli Authorities on Day: 28 Month: 03 Year: 1996

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period : TO LIFE

He/She was released on Day: Month: Year:

(Tick the box and underline the correct designation).

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة :

من :

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٨ / شهر ٣ / سنة ١٩٩٦

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة:

وهو/هي اطلق سراحه/ها في يوم / سنة

«الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة»

CERTIFIED UPDATE

16-12-2015

ICRC International Committee of the Red Cross ICRC

Date التاريخ 03.03.1997

Place المكان JERUSALEM, RSH

Y. LENGGENHAGER

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01103

COMITE INTERNATIONAL GENEVE

# TO WHOM IT MAY CONCERN

№ ...193

تجديد

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

1492

Mr/Mrs.: AKRAM IBRAHIM MAHMOUD QAWASMEH

From: JERUSALEM ID NO: Redacted 195-2

Was arrested by the Israeli Authorities on Day: 28 Month: 03 Year: 1996

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period: TO LIFE

He/She was released on Day: Month: Year:

(Tick the box and underline the correct designation).

COMITE INTERNATIONAL GENEVE

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

16/

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : اكرم ابراهيم محمود القواسمي

من : القدس

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٨ / شهر ٠٣ / سنة ١٩٩٦

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم / شهر / سنة

«الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة»

CERTIFIED UPDATE 30-12-2018 ICRC International Committee of the Red Cross

Date التاريخ 03.03.1997

Place المكان JERUSALEM, USH

RYANN LENGGENHAGER
ICRC Delegate
توقيع مندوب اللجنة

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

الســلطــة الوطــنيــة الفــلســطينية
وزارة شــؤون الأســرى والمحــررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|---|
| القدس | | | المديرية/فرع الوزارة: | | | ١٧ / ٢ / ٢٠١١ | | | تاريخ تعبئة الاستمارة: |

442214

**1. المعلومات الرئيسية للأسير:**

| | | | | | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|
| Redacted | | 1 9 5 2 | | | |
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: |
| القواسمي | محمود | ابراهيم | أكرم | | |
| ☐ أنثى ☒ ذكر | الجنس: | حلوة | | | اسم الأم: |
| القدس | مكان الولادة: | Redacted ١٩٧٤ | | | تاريخ الميلاد: |
| ☐ دراسات عليا ☐ جامعي | ☐ دبلوم | ☒ ثانوي | ☐ الأساسية | ☐ أمي | المؤهل العلمي: |
| | التنظيم: | طالب | | | المهنة قبل الأسر: |
| القدس/الحاكم | مكان الاعتقال: | ٨ / ٣ / ١٩٩٦ | | | تاريخ الأسر: |
| ☐ أخرى ☐ محرر | ☐ إداري | ☒ محكوم | | ☐ موقوف | الوضع الاعتقالي: |
| العام / الشهر / اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم: | سنة | شهر | يوم | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
| | | مدى الحياة | | | |
| Redacted | التجمع السكاني: | القدس | المحافظة: | | العنوان الدائم: |
| | | | | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: / ........ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

CONFIDENTIAL

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☒ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | | | تاريخ عقد الزواج | / / |
| اسم الزوج/ة | | | عدد الأولاد: | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | | | | |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | 7 2 8 6 Redacted | | |
|---|---|---|---|
| اسم الوكيل "المستفيد": | حلمية محمود اسماعيل قواسمي | صلة القرابة: | الوالدة |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | Redacted |
| البنك: | Redacted | فرع البنك: | Redacted |
| رقم الحساب: | Redacted | | |
| رقم الهاتف الأرضي: | Redacted | رقم الهاتف النقال: | Redacted |
| العنوان الدائم للمستفيد: | المحافظة: القدس | التجمع السكاني: | Redacted |
| ملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقــرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

CONFIDENTIAL

# TO WHOM IT MAY CONCERN

№ ..5103

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs. : AKRAM IBRAHIM MAHMOUD QAWASMEH

From : JERUSALEM ID NO : Redacted 195-2

Was arrested by the Israeli Authorities on Day: 28 Month: 03 Year: 1996

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period : TO LIFE

He/She was released on Day: ........ Month: ........ Year: ........

(Tick the box and underline the correct designation).

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : اكرم ابراهيم محمود القواسمه

من : القدس

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢٨ / شهر ٠٣ / سنة ١٩٩٦

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم ........ / شهر ........ / سنة ........

«الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة»

Date التاريخ 03.03.1997

Place المكان JERUSALEM, HSH

CERTIFIED UPDATE
16-08-2011
ICRC International Committee of the Red Cross ICRC

YANN LENGGENHAGER
ICRC Delegate
توقيع مندوب اللجنة

# Exhibit 192



Prisoner Salary Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme     Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 1 of 9

Confidential     Shatsky-JD00250-T



Prisoner Salary Statement

Prisoner no. 3303

Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 2 of 9

Confidential Shatsky-JD00251-T



Prisoner Salary Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 3 of 9

Confidential Shatsky-JD00252-T

Prisoner **Salary** Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Prisoner Salary Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 5 of 9

Confidential Shatsky-JD00254-T

Prisoner Salary Statement

Prisoner no. 3303

Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Page 6 of 9

Confidential Shatsky-JD00255-T



Prisoner Salary Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 7 of 9

Confidential Shatsky-JD00256-T

Prisoner Salary Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 8 of 9

Confidential Shatsky-JD00257-T

## Prisoner Salary Statement

Prisoner no. 3303
Prisoner Name: Akram Ibrahim Mahmoud Qawasme Document no. 25801952

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 5 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 6 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,835.00 |
| 7 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 8 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 9 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 10 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 11 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 12 | 2020 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 1 | 2021 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 2 | 2021 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,435.00 |
| 3 | 2021 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 8,680.16 |
| 4 | 2021 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 10,282.50 |
| 5 | 2021 | Maliha Mahmoud Isma'il Qawasme | Redacted 6827 | | | | 10,282.50 |

# Original



كشف راتب أسير

رقم الأسير 3333

اسم الأسير [illegible] ابراهيم محمود قواسمي

رقم الوثيقة 25801952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3303

اسم الأسير اكرم ابراهيم محمود فخري رقم الهوية 25801962

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3303

اسم الأسير اشرف ابراهيم محمود قواسمي

رقم الوثيقة 25801952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | Redacted | | |

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3303

اسم الأسير [illegible]

رقم الوثيقة 25801952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Redacted

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3303
اسم الأسير اكرم ابراهيم محمود ابراهيمي
رقم الوثيقة 25801952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | المبلغ | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | | |

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3393

اسم الأسير اكرم ابو العون محمود نواصره

رقم الوثيقة 25801952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted



كشف راتب أسير

رقم الأسير 3303

اسم الأسير اكرم ابراهيم محمود قوعصي

رقم الوظيفة 25801952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

CONFIDENTIAL

كشف راتب أسير

رقم الأسير 3303

اسم الأسير اكرم ابراهيم محمود قوصي

رقم الوثيقة 25001952

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



## كشف راتب أسير

رقم الأسير 3303

اسم الأسير اكرم ابراهيم محمود قواسمي

رقم الوثيقة 25801962

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted | Redacted |
| 8 435.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2020 | 4 |
| 8 435.00 | Redacted | Redacted | Redacted | Redacted 6827 | مليحة محمود اسماعيل قواسمي | 2020 | 5 |
| 8,835.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2020 | 6 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2020 | 7 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 6827 | مليحة محمود اسماعيل قواسمي | 2020 | 8 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2020 | 9 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 6827 | مليحة محمود اسماعيل قواسمي | 2020 | 10 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2020 | 11 |
| 8,835.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2020 | 12 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2021 | 1 |
| 8,435.00 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2021 | 2 |
| 8,685.16 | Redacted | Redacted | Redacted | Redacted 5827 | مليحة محمود اسماعيل قواسمي | 2021 | 3 |
| 10,262.60 | Redacted | Redacted | Redacted | Redacted 6827 | مليحة محمود اسماعيل قواسمي | 2021 | 4 |
| 10,262.50 | Redacted | Redacted | Redacted | Redacted 6827 | مليحة محمود اسماعيل قواسمي | 2021 | 5 |

CONFIDENTIAL

# Exhibit 193

[English] Palestinian National Authority
Ministry of Detainees & Freed Detainees Affair
Hebron

In the Name of Allah, the Merciful, the Compassionate

[Emblem of the Palestinian Authority]

[English] Palestinian National Authority
Ministry of Detainees & Freed Detainees Affair
Hebron

## Main Prisoner Form

| Form no.: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.15.2011 | | | Ministry's administration/branch: | | Hebron | | |

**1. Basic information concerning the prisoner:** 442638

| ID no. (9 digits) | Redacted | | | | | 6 | 3 | 1 | 1 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | Father's name | Grandfather's name | Family name | | | | | |
| | Jamal | Abd Al-Fatah | Subeih | Hur | | | | | |
| Mother's name: | Fatma Hur | | Gender: | ☐ Male ☐ Female | | | | | |
| DoB: | Redacted .1970 | | Place of birth: | Surif | | | | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☐ University | ☐ Higher education | | | |
| Profession prior to arrest: | Laborer | | Organization: | Hamas | | | | | |
| Arrest date: | 11.13.1997 | | Place of arrest: | Nafkha | | | | | |
| Arrest status: | ☐ Detained | ☐ Sentenced | ☐ Administrative | ☐ Free | ☐ Other | | | | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year | | |
| | | | | | | | Life term | | |
| Permanent residence: | Governorate: | Hebron | Residential complex: | Redacted | | | | | |
| Notes: | | | | | | | | | |

**2. Information concerning previous arrests:**

Number of previous arrests: _Several times_. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 1.20.92 | Legal case | 11.19.92 | | | | |
| 2. | 7.6.93 | " | 1.5.94 | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

[English] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

In the Name of Allah, the Merciful, the Compassionate

[Emblem of the Palestinian Authority]

[English] Palestinian National Authority
Ministry of Detainees & Freed
Detainees Affair
Hebron

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☐ Married | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | Redacted 8 6 9 6 | | Marriage Contract Date | 9.15.92 |
| Spouse Name | Halima Ahmed Naji Al-Hur | | Number of Children: | 2 |

Data on children from first wife: (sons under 18, unmarried daughters of all ages)

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | Ahmad | Redacted 95 | | Tenth |
| 2. | Taqi Ad-Din | | | High School |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted 8 6 9 6 | | | |
|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Halima Ahmad Naji Al-Hur | | Relationship: | Wife |
| Date of Authorization if Available: | | | Authorization's Period of Validity: | |
| Bank: | Redacted | | Bank Branch: | Redacted |
| Account No.: | Redacted | | | |
| Landline Phone No.: | | | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: | Hebron | Residential complex: | |
| Notes: | | | | |

[English] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@planet.edu

[Arabic] Ramallah, P.O Box 2105
Tel: 02226423 02-2213993
Hebron/wad altoufah st – almaha building
Tel: 02-2226423 Fax: 02-2213993

Original

№ 89260

# TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

1783

Mr: JAMAL ABDELFATTAH SABIH HOUR

From: *HEBRON* ID NO: Redacted 6311

Was arrested by the Israeli Authorities on (dd / mm / yyyy): 13.11.1997

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## الى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة جمال عبدالفتاح صبيح هور.

من الخليل. هوية رقم Redacted ٦٣١١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٣ / شهر ١١ / سنة ١٩٩٧

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة XX إداري ______

محكوم/ة أو إداري لمدة مدى الحياة.

وهو/هي أطلق سراحة/ها في يوم XX / شهر XX / سنة XX

CERTIFIED UPDATE 28-08-2018 ICRC International Committee of the Red Cross

Date: 21.10.2009
التاريخ

Place: HEBRON NS
المكان

ILJ-121071

SERGE ZOGG
ICRC Delegate
توقيع مندوب اللجنة

№ 89260

## TO WHOM IT MAY CONCERN

1783

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr: JAMAL ABDELFATTAH SABIH HOUR

From: *HEBRON* ID NO: Redacted6311

Was arrested by the Israeli Authorities on (dd / mm / yyyy): 13.11.1997

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

3442

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة جمال عبدالفتاح صبيح حور

من الخليل هوية رقم Redacted ٦٣١١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٣ / شهر ١١ / سنة ١٩٩٧

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة XX ______ إداري ______

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم XX / شهر XX / سنة XX

Date: 21.10.2009
التاريخ

Place: HEBRON NS
المكان

ILJ-121071

CERTIFIED TRUE COPY
01-09-2015
ICRC International Committee of the Red Cross

SERGE ZOGG
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01428

Palestinian National Authority
Ministry of Detainees & Freed Detainees Affair
Hebron

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
مديرية الخليل

## استمارة الأسير الرئيسية

| رقم الاستماره | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| تاريخ تعبئة الاستماره | 15/3/2011 | | المديرية/فرع الوزاره: | الخليل | | | | | |

1. المعلومات الرئيسيه للاسير:-

442638

| | | | | |
|---|---|---|---|---|
| رقم الهويه: (تسع خانات) | 1 1 3 6 | | | Redacted |
| الاسم الرباعي: | الاسم الاول | اسم الاب | اسم الجد | اسم العائلة |
| | جمال | عبد الفتاح | صبيح | هور |
| اسم الام: | فاطمه هور | | الجنس | ⚪ذكر (marked) ⚪انثى |
| تاريخ الميلاد: | 1970 / / | Redacted | مكان الولاده: | صوريف |
| المؤهل العلمي: | ⚪أمي ⚪الاساسيه | ⚪ثانوي (marked) ⚪دبلوم | ⚪جامعي | ⚪درسات عليا |
| المهنه قبل الاسر: | عامل | | التنظيم: | حماس |
| تاريخ الاسر: | 13-11-1997 / / | | مكان الاعتقال: | نفحه |
| الوضع الاعتقالي: | ⚪موقوف | ⚪محكوم (marked) | ⚪اداري ⚪محرر | ⚪اخري |
| في حالة محكوم مدة الحكم حسب شهادة الصليب | يوم / شهر / سنه | تاريخ الافراج المتوقع حسب قرار الحكم | اليوم / الشهر / سنه | مؤبد 5 مرات (?) |
| العنوان الدائم: | المحافظه | الخليل | التجمع السكاني | Redacted |
| ملاحظات: | | | | |

2- بيانات الاعتقال السابقه:

عدد مرات الاعتقال السابقه: عدة مرات -- فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث الى الاقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الافراج | مدة الافراج يوم | شهر | سنه | ملاحظات |
|---|---|---|---|---|---|---|---|
| -1 | | | | | | | |
| -2 | 20-1-92 | قضية | 19-11-92 | | | | |
| -3 | 6-7-93 | // | 5-1-94 | | | | |
| -4 | | | | | | | |
| -5 | | | | | | | |

Ramallah, P.O. Box 2105
Tel: 022226423 02-2213993
Hebron/wad altofah st –almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarchb@palnet.edu

رام الله ص.ب 2105
تلفون: 2213993-2226423
مديرية الخليل –شارع واد التفاح-عمارة المها
تلفون: 02-2226423 فاكس: 2213993

CONFIDENTIAL SHATSKY-JD01428

CONFIDENTIAL SHATSKY-JD01429

Palestinian National Authority
Ministry of Detainees & Freed Detainees Affair
Hebron

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
مديرية الخليل

3-بيانات الوضع الاجتماعي:

| | | | | |
|---|---|---|---|---|
| الحالة الاجتماعيه: | ○ اعزب | ○ متزوج ✓ | ○ مطلق | ○ أرمل |
| في حالة متزوج/ة : | تعبئة بيانات الزوج/ ة والابناء | | | |
| رقم هوية الزوج/ة : | 8696 Redacted | | تاريخ عقد الزواج | 15/9/1992 |
| اسم الزوج /ة : | حليمة الدرباني الهور | | عدد الاولاد | 2 |

بيانات الابناء من الزوجه الاولى :( الابناء الذكور اقل من 18 سنه , والبنات غير متزوجات بغض النظر عن اعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعيه | المؤهل العلمي |
|---|---|---|---|---|
| 1 | احمد | Redacted 95 | | العاشر |
| 2 | تقي الدين | | | ثانوي |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

4- بيانات الوكيل " المستفيد"

| | | | |
|---|---|---|---|
| رقم هوية"المستفيد" | Redacted — Redacted 8696 | Redacted | Redacted Redacted |
| اسم الوكيل "المستفيد" | حليمة الدرباني الهور | صلة القرابه: | زوجه |
| تاريخ الوكالة: | / / | مدة سريان الوكاله: | |
| البنك | Redacted | فرع البنك | Redacted |
| رقم الحساب: | Redacted | Redacted | |
| رقم الهاتف الارضي | Redacted | رقم الهاتف النقال: | Redacted |
| العنوان الدائم للمستفيد: | المحافظه: | التجمع السكاني: | الخليل |
| ملاحظات | | | |

Ramallah, P.O. Box 2105
Tel: 022226423 02-2213993
Hebron/wad altofah st –almaha building
Tel: 02-2226423 Fax: 02-2213993

E-mail: asarehb@palnet.edu

رام الله ص.ب 2105
تلفون: 2213993-2226423
مديرية الخليل –شارع واد التفاح-عمارة المها
تلفون: 02-2226423 فاكس: 2213993

CONFIDENTIAL SHATSKY-JD01429

CONFIDENTIAL

SHATSKY-JD01431

№ 89260

# TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr: JAMAL ABDELFATTAH SABIH HOUR

From: *HEBRON* ID NO: Redacted 6311

Was arrested by the Israeli Authorities on (dd / mm / yyyy): 13.11.1997

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة جمال عبدالفتاح صبيح حور

من الخليل هوية رقم Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٣ / شهر ١١ / سنة ١٩٩٧

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة XX إداري ______

محكوم/ة أو إداري لمدة مدى الحياة.

وهو/هي أطلق سراحة/ها في يوم XX / شهر XX / سنة XX

CERTIFIED UPDATE
15 03 2011
ICRC
International Committee of the Red Cross

Date: 21.10.2009
التاريخ

Place: HEBRON NS
المكان

SERGE ZOGG
ICRC Delegate
توقيع مندوب اللجنة

P.P. Serge Zogg

ILJ-121071

CONFIDENTIAL

SHATSKY-JD01431

# Exhibit 194

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 1 of 8

Confidential Shatsky-JD00391-T

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 2 of 8

Confidential Shatsky-JD00392-T

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 3 of 8

Confidential Shatsky-JD00393-T

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name:  Jamal Abd Al-Fatah Subeih Al-Hur     Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|



Redacted

Page 4 of 8

Confidential

Shatsky-JD00394-T

Prisoner Salary Statement

Prisoner no. 3642

Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 5 of 8

Confidential

Shatsky-JD00395-T

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 6 of 8

Confidential Shatsky-JD00396-T

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 7 of 8

Confidential Shatsky-JD00397-T

Prisoner Salary Statement

Prisoner no. 3642
Prisoner Name: Jamal Abd Al-Fatah Subeih Al-Hur Document no. 972966311

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 5 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 6 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,435.00 |
| 7 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 8 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 9 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 10 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 11 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 12 | 2020 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,435.00 |
| 1 | 2021 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 2 | 2021 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 3 | 2021 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 4 | 2021 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |
| 5 | 2021 | Halima Ahmad Naji Al-Hur | Redacted 8696 | | | | 8,035.00 |

# Original



كشف راتب أسير

رقم الأسير 3642

اسم الأسير جمال عبدالفتاح صبيح [illegible]

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

8 من صفحة



كشف راتب أسير

رقم الأسير 3542

اسم الأسير جمال عبدالفتاح صبيح الهور

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Redacted Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3642

اسم الأسير جمال عبدالفتاح صبيح الهور

رقم الهوية 972966311

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الأشهر |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | | |

CONFIDENTIAL



كشف راتب اسير

رقم الاسير 3642

اسم الاسير جمال عبدالفتاح صبيح الهور

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

CONFIDENTIAL

كشف راتب أسير

رقم الأسير 3642

اسم الأسير جمال عبد الفتاح صبري العور

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | المرتجع |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3642

اسم الأسير جمال عبدالفتاح صبيح الهور

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Redacted

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3642

اسم الأسير جمل عبدالفتاح صبيح البور

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

CONFIDENTIAL

## كشف راتب أسير

رقم الأسير 3842

اسم الأسير جمال عبدالفتاح صبيح الهور

رقم الوثيقة 972966311

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 5 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 6 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,435.00 |
| 7 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 8 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| [illegible] | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 10 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 11 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 12 | 2020 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,435.00 |
| 1 | 2021 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 2 | 2021 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,035.00 |
| 3 | 2021 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,036.00 |
| 4 | 2021 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,036.00 |
| 5 | 2021 | حليمه احمد ناجي الهور | Redacted 8696 | Redacted | Redacted | Redacted | 8,036.00 |

CONFIDENTIAL

# Exhibit 195

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

**Main Prisoner Form**

| Form no.: | 4 | 4 | 2 | 8 | 3 | 4 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/24/2011 | | | Ministry's administration/branch: | | | Jerusalem | | |

**1. Basic information concerning the prisoner:**

| | | | | | |
|---|---|---|---|---|---|
| ID no. (9 digits) | Redacted | | 9 | 7 | 6 6 |
| Four-part name: | First name | Father's name | Grandfather's name | Family name | |
| | Raid | Saleh | Fakhri | Abu Hamadiyah | |
| Mother's name: | Fatma | | Gender: | ☐ Male ☐ Female | |
| DoB: | Redacted /1976 | | Place of birth: | Jerusalem | |
| Education: | ☐ Illiterate ☐ Elementary ☐ High school | | ☐ Diploma | ☑ University | ☐ Higher education |
| Profession prior to arrest: | Laborer | | Organization: | | |
| Arrest date: | 4/3/1997 | | Place of arrest: | Jerusalem / Tarqumiyah crossing | |
| Arrest status: | ☐ Detained ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other | |
| In case of life sentence according to ICRC Certificate | Day: — Month: Life term Year: — | Expected release date according to verdict: | Day: | Month: | Year: |
| Permanent residence: | Governorate: Jerusalem | Residential complex: | Redacted | | |
| Notes: | | | | | |

2. Information concerning previous arrests: ___1___. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 1/25/1994 | Security | 1/24/1995 | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

### 3. Social Status Information:

| Marital Status: | ☑ Single | ☐ Married | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | | | Marriage Contract Date | |
| Spouse Name | | | Number of Children: | |

Data on children from first wife: (sons under 18, unmarried daughters of all ages)

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

### 4. Information of Authorized Representative (Beneficiary):

| Beneficiary's ID: | | | |
|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Fatma Abd Al-Halim Abu Hamadiyah | Relationship: | Mother |
| Date of Authorization if Available: | | Authorization's Period of Validity: | |
| Bank: | Redacted | Bank Branch: | |
| Account No.: | | Redacted | |
| Landline Phone No.: | Redacted | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: Jerusalem | Residential complex: | |
| Notes: | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | |

# Original

COMITE INTERNATIONAL GENEVE

# TO WHOM IT MAY CONCERN

№ 15170

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

3277 37

Mr/Mrs. : ______

From : ______ ID NO : Redacted ______

Was arrested by the Israeli Authorities on Day: ______ Month: ______ Year: ______

He/She is to date: Awaiting Trial ☐ Sentenced ☐ Administrative ☐

Length of sentence / administrative period : ______

He/She was released on Day: ______ Month: ______ Year: ______

(Tick the box and underline the correct designation)

COMITE INTERNATIONAL GENEVE

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : ______

من : ______ هوية رقم: Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ______ / شهر ______ / سنة ______

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☐ اداري ☐

محكوم/ة او اداري لمدة: ______

وهو/هي اطلق سراحه/ها في يوم ______ / شهر ______ / سنة ______

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED UPDATE

ICRC 08-09-2019

International Committee of the Red Cross

COMITE INTERNATIONAL GENEVE

Date ______
التاريخ

Place ______
المكان

ICRC Delegate ______
توقيع مندوب اللجنة

3277

# TO WHOM IT MAY CONCERN

№ 15170

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : RAED SALEH FAKHRI ABU-HAMDIEH

From : HEBRON ID NO : Redacted 976-6.

Was arrested by the Israeli Authorities on Day: 03 Month: 04 Year: 1997

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

442834

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day: ///// Month: /////// Year: ////

(Tick the box and underline the correct designation)

CERTIFIED UPDATE
ICRC 08-10-2014 ICRC
International Committee of the Red Cross

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة ~~الآنسة~~ : رائد صالح فخري ابو حمدية

من : الخليل هوية رقم : Redacted 976-6.

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٣ / شهر ٤ / سنة ١٩٩٧

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم ///// / شهر //// / سنة /////

(الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date التاريخ JUNE 21, 1998.

Place المكان HEBRON/TT

GRACIELA LOPEZ
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL
02/08 2010 10 01

SHATSKY-JD01400
#3377 P 001

3277

COMITE INTERNATIONAL GENEVE

# TO WHOM IT MAY CONCERN

№ 15170

This certificate is valid only if the English and Arabic parts match each other

According to the Information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : RAED SALEH FAKHRI ABU-HAMDIEH

From : HEBRON ID NO : Redacted 976-6.

Was arrested by the Israeli Authorities on Day: 05 Month: 04 Year: 1997

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day: ///// Month: /////// Year: ////

(Tick the box and underline the correct designation)

442834
تجديد احكام

COMITE INTERNATIONAL GENEVE

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : رائد صالح فخري أبو حمديه

من : الخليل هوية رقم: Redacted 976-6.

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٥ / شهر ٤ / سنة ١٩٩٧

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم ///// / شهر //// / سنة /////

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date JUNE 21, 1998.
التاريخ

Place HEBRON/IT

GRACIELA LOPEZ
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01400

تحرير اسمار

# TO WHOM IT MAY CONCERN

№ 15170

3277

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs.: RAED SALEH FAKHRI ABU-HAMDAEH

From: HEBRON ID NO: Redacted 976-6,

Was arrested by the Israeli Authorities on Day: 03 Month: 04 Year: 1997

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period: LIFE SENTENCE

He/She was released on Day: ///// Month: /////// Year: ////

(Tick the box and underline the correct designation)

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة : رائد صالح فخري أبو حمدية

من : الخليل هوية رقم: Redacted 976-6,

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٣ / شهر ٤ / سنة ١٩٩٧

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مؤبد

وهو/هي اطلق سراحه/ها في يوم ///// / شهر //// / سنة /////

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED TRUE COPY
02-09-2019
ICRC International Committee of the Red Cross

Date JUNE 21,1998.
التاريخ
Place HEBRON/TT

GRACIELA LOPEZ
ICRC Delegate
توقيع مندوب اللجنة

# TO WHOM IT MAY CONCERN

№ 15170

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : RAED SALEH FAKHRI ABU-HAMDIEH

From : HEBRON ID NO : Redacted 976-6

Was arrested by the Israeli Authorities on Day: 03 Month: 04 Year: 1997

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day: ///// Month: /////// Year: ////

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة : رائد صالح فخري أبو حمديه

من : الخليل هوية رقم: Redacted 976-6

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٣ / شهر ٤ / سنة ١٩٩٧

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم ///// / شهر //// / سنة /////

(الرجاء وضع ✓ في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED UPDATE 18 05 2009 ICRC International Committee of the Red Cross

Date التاريخ: JUNE 21,1998.

Place المكان: HEBRON/IT

GRACIELA LOPEZ
ICRC Delegate
توقيع مندوب اللجنة

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

# استمارة الأسير الرئيسية

| رقم الاستمارة: | | | | 4 | 3 | 8 | 2 | 4 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| تاريخ تعبئة الاستمارة: | ٢٤/٢/٢٠١١ | | | المديرية/فرع الوزارة: | | | القدس | | |

1. المعلومات الرئيسية للأسير:

| رقم الهوية: (تسع خانات) | 6 | 6 | 7 | 9 | Redacted | | |
|---|---|---|---|---|---|---|---|
| الاسم الرباعي: | الاسم الأول: رائد | اسم الأب: صالح | | اسم الجد: صبري | | اسم العائلة: ابو حمديه | |
| اسم الأم: | خالدية | | | الجنس: | ☐ ذكر | ☐ أنثى | |
| تاريخ الميلاد: | Redacted /٦/١٩٧٧ | | | مكان الولادة: | القدس | | |
| المؤهل العلمي: | ☐ أمي | ☐ الأساسية | ☐ ثانوي | ☐ دبلوم | ☒ جامعي | ☐ دراسات عليا | |
| المهنة قبل الأسر: | عامل | | | التنظيم: | | | |
| تاريخ الأسر: | ٣/٤/١٩٩٧ | | | مكان الاعتقال: | القدس/ حاجز توقيف | | |
| الوضع الاعتقالي: | ☐ موقوف | ☒ محكوم | | ☐ إداري | ☐ محرر | ☐ أخرى | |
| في حالة محكوم مدة الحكم حسب شهادة الصليب: | يوم | شهر | سنة | تاريخ الإفراج المتوقع حسب قرار الحكم: | اليوم | الشهر | العام |
| | مدى الحياة 8 | | | | | | |
| العنوان الدائم: | المحافظة: | القدس | | التجمع السكاني: | Redacted | | |
| ملاحظات: | | | | | | | |

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة: 1 فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | ٣/١/١٩٩٤ | إداري | ٢٤/١/١٩٩٥ | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☒ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | | | تاريخ عقد الزواج | / / |
| اسم الزوج/ة | | | عدد الأولاد: | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | | | | |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | | | |
|---|---|---|---|
| اسم الوكيل "المستفيد": | ماجد عبد الحليم ابو الهدية | صلة القرابة: | الوالد |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | |
| البنك: | Redacted | فرع البنك: | Redacted |
| رقم الحساب: | Redacted | | |
| رقم الهاتف الأرضي: | Redacted | رقم الهاتف النقال: | Redacted |
| العنوان الدائم للمستفيد: | المحافظة: القدس | التجمع السكاني: | |
| ملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقـرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

2/09 2010 10:00

#3376 P.001

COMITE INTERNATIONAL GENEVE

# TO WHOM IT MAY CONCERN

№ 15170

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs. : RAED SALEH FAKHRI ABU-HAMDIEH

From : HEBRON ID NO : Redacted 976-6.

Was arrested by the Israeli Authorities on Day: 03 Month: 04 Year: 1997

He/She is to date: Awaiting Trial ☐ Sentenced ☒ Administrative ☐

Length of sentence / administrative period : LIFE SENTENCE

He/She was released on Day: ///// Month: /////// Year: ////

(Tick the box and underline the correct designation)

COMITE INTERNATIONAL GENEVE

# الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة : رائد صالح فخري ابو حمدية

من : الخليل هوية رقم: Redacted 976-6.

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٣ / شهر ٤ / سنة ١٩٩٧

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم ///// / شهر //// / سنة /////

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED UPDATE
ICRC 24-05-2011 International Committee of the Red Cross ICRC
COMITE INTERNATIONAL GENEVE

Date التاريخ JUNE 21, 1998.

Place المكان HEBRON/IT

GRACIELA LOPEZ

ICRC Delegate

توقيع مندوب اللجنة

# Exhibit 196

Prisoner Salary Statement

Prisoner no. 3786
Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 1 of 8

Confidential Shatsky-JD00383-T



Prisoner Salary Statement

Prisoner no. 3786
Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 2 of 8

Confidential Shatsky-JD00384-T

Prisoner Salary Statement

Prisoner no. 3786

Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 3 of 8

Confidential

Shatsky-JD00385-T

Prisoner Salary Statement

Prisoner no. 3786
Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah    Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| --- | --- | --- | --- | --- | --- | --- | --- |

Redacted

Page 4 of 8

Confidential

Shatsky-JD00386-T

Prisoner Salary Statement

Prisoner no. 3786

Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Page 5 of 8

Confidential

Shatsky-JD00387-T

Prisoner Salary Statement

Prisoner no. 3786

Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Page 6 of 8

Confidential Shatsky-JD00388-T

Prisoner Salary Statement

Prisoner no. 3786

Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah

Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |

Prisoner Salary Statement

Prisoner no. 3786
Prisoner Name: Raid Saleh Fakhri Abu Hamadiyah Document no. 021839766

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 5 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | Redacted | | | 8,435.00 |
| 6 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 7 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 8 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 9 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 10 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 11 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 12 | 2020 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 1 | 2021 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 2 | 2021 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 3 | 2021 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 8,435.00 |
| 4 | 2021 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 10,102.50 |
| 5 | 2021 | Fatma Abd Al-Halim Abu Hamadiyah | Redacted 8384 | | | | 10,282.50 |

# Original

## كشف راتب أسير

رقم الأسير 3786

اسم الأسير رائد مسلم [illegible] ابو حصة

رقم الوثيقة 021839706

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
| --- | --- | --- | --- | --- | --- | --- | --- |

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3785

اسم الأسير رائد صبيح فخري ابو حمدية

رقم الوثيقة 021839766

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

8 من?صفحة

CONFIDENTIAL

Shatsky-JD00384



كشف راتب أسير

رقم الأسير 3786

اسم الأسير ر ك صالح فخري ابو حسية رقم الوثيقة 021839766

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

[redacted]

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3756

اسم الأسير رائد صالح فخري ابو سنينة

رقم الهوية 021839766

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3786

اسم الأسير رائد صالح فخري ابوحمدية

رقم الوثيقة 021839766

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3756

اسم الأسير رائد مسلم فخري ابو حمدية

رقم الوثيقة 021839766

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL

كشف راتب أسير

رقم الاسير 3786

اسم الأسير [illegible]

رقم الهوية 021839766

| الشهر | السنة | اسم المستفيد | رقم البطاقة | بنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| [Redacted] | | | | | | | |
| 4 | 2020 | … أبو … | Redacted 8384 | Redacted | | | 6,495.00 |

CONFIDENTIAL

كشف راتب أسير

رقم الأسير 3786

اسم الأسير رائد مسلم شكري ابو حمدية

رقم الوثيقة 021839766

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| 5 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 5,425.00 |
| 6 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 5,835.00 |
| 7 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 8 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 9 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 10 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 11 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 12 | 2020 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,835.00 |
| 1 | 2021 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,436.00 |
| 2 | 2021 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 3 | 2021 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 8,435.00 |
| 4 | 2021 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 10,102.50 |
| 5 | 2021 | فاطمة عبد الحليم أبوحمدية | Redacted 8384 | Redacted | Redacted | Redacted | 10,262.50 |

CONFIDENTIAL

# Exhibit 197

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

- Civil servant
Health Ministry

**Main Prisoner Form**

| Form no.: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Form issuance date: | 3 / 20 / 2011 | | Ministry's administration/branch: | | Tul Karm | Registry | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 5 | 6 | 0 | 4 |
|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | Father's name | | Grandfather's name | | Family name | | |
| | Abbas | Mohammed | | Mustafa | | Al-Sayed | | |
| Mother's name: | Jamila | | | Gender: | | ☒ Male ☐ Female | | |
| DoB: | Redacted / 1966 | | | Place of birth: | | Tul Karm | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☒ University | ☐ Higher education | | |
| Profession prior to arrest: | Civil servant | | | Organization: | | Hamas | | |
| Arrest date: | 5 / 8 / 2002 | | | Place of arrest: | | Rimon | | |
| Arrest status: | ☐ Detained | ☒ Sentenced | ☐ Administrative | | ☐ Free | ☐ Other | | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year | |
| | | | Life term | | | | | |
| Permanent residence: | Governorate: | Tul Karm | | Residential complex: | Redacted | | | |
| Notes: | | | | | | | | |

**2. Information concerning previous arrests: ________. Only those attested to by ICRC certificates, in chronological order from newest to oldest.**

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 6.21.1993 | Security | 5.19.1994 | | | | |
| 2. | 11.22.1994 | Security | 6.20.1996 | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☒Married | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | Redacted 1 4 0 7 | Marriage Contract Date | 9 / 21 / 1992 | |
| Spouse Name | Ikhlas Abdel Karim Saleh al-Sayed | Number of Children: | | |

Data on children from first wife: (sons under 18, unmarried daughters of all ages)

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | [Illegible] | Redacted 1997 | | |
| 2. | Abdallah | Redacte .2000 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted 5 6 0 4 | | |
|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Abbas Mohammed Mustafa al-Sayed | Relationship: | The prisoner himself |
| Date of Authorization if Available: | / / | Authorization's Period of Validity: | |
| Bank: | Redacted | Bank Branch: | Redacted |
| Account No.: | | Redacted | |
| Landline Phone No.: | | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: Tul Karm | Residential complex: | |
| Notes: | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | Ikhlas al-Sayed |

# Original

№ 04063

# TO WHOM IT MAY CONCERN

8258

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABBAS MOHAMMAD MOSTAFA SAYED

From : TULKAREM ID NO: Redacted560-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 08.05.2002

5807

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## الى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عباس محمد مصطفى السيد

من طولكرم هوية رقم Redacted ٥٦٠-٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxx / شهر xxxx / سنة xxxx

Date: 02.08.2006

التـــاريـــخ

CERTIFIED UPDATE

2019

International Committee of the Red Cross

Place: JERUSALEM-DDI

المكـــــان

RAFFAELLA DIANA

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01511

№ 04063

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABBAS MOHAMMAD MOSTAFA SAYED

From : TULKAREM ID NO: Redacted 560-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 08.05.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عباس محمد مصطفى السيد

من طولكرم هوية رقم Redacted ٥٦٠-٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxx / شهر xxxx / سنة xxxx

Date: 02.08.2006

التاريخ

Place: JERUSALEM-DDI

المكان

CERTIFIED UPDATE
26-07-2010
ICRC International Committee of the Red Cross

RAFFAELLA DIANA
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

JAN 01 '95 12:08 P.2

SHATSKY-JD01511



CONFIDENTIAL SHATSKY-JD01513

№ 04063

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

8258

According to the Information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABBAS MOHAMMAD MOSTAFA SAYED

From : TULKAREM ID NO: Redacted 560-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 08.05.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بان:

السيد/ة الآنسة عباس محمد مصطفى السيد

من طولكرم هوية رقم Redacted ٥٦٠-٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة X إداري ____

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxx / شهر xxxxx / سنة xxxx

CERTIFIED COPY 29-04-2019 International Committee of the Red Cross

Date: التاريخ 02.08.2006

Place: المكان JERUSALEM

RAFFAELLA DIANA
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01513

№ 04063

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABBAS MOHAMMAD MOSTAFA SAYED

From : TULKAREM ID NO: Redacted560-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 08.05.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

الى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عباس محمد مصطفى السيد

من طولكرم هوية رقم Redacted٥٦٠-٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة X إداري ____

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxx / شهر xxxx / سنة xxxx

Date: 02.08.2006

التاريخ

Place: JERUSALEM-DDI

المكان

CERTIFIED TRUE COPY 16-12-2014 International Committee of the Red Cross

RAFFAELLA DIANA
ICRC Delegate

توقيع مندوب اللجنة

№ 04063

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABBAS MOHAMMAD MOSTAFA SAYED

From : TULKAREM ID NO: Redacted560-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 08.05.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

الى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عباس محمد مصطفى السيد

من طولكرم هوية رقم Redacted ٥٦٠-٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة X إداري ____

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxx / شهر xxxx / سنة xxxx

Date: 02.08.2006

التـــاريـــخ

Place: JERUSALEM-DDI

المكـــــان

CERTIFIED UPDATE 04-09-2012 ICRC International Committee of the Red Cross

RAFFAELLA DIANA

ICRC Delegate

توقيع مندوب اللجنـة

CONFIDENTIAL

SHATSKY-JD01522

موظفا مدني ديوان الصحة

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| رقم الاستمارة: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| تاريخ كتابة الاستمارة: | ٢٠ / ٧ / ٢٠١١ م | المديرية/فرع الوزارة: | طولكرم | | | | | |

1. المعلومات الرئيسية للأسير:

| | | | |
|---|---|---|---|
| رقم الهوية: (تسع خانات) | ٤ ١ ٦ ٥ | Redacted | |
| الاسم الرباعي: | الاسم الأول: عباس | اسم الأب: محمد | اسم الجد: مصطفى / اسم العائلة: السيد |
| اسم الشهرة: | عباس | الجنس: | ☑ ذكر ☐ أنثى |
| تاريخ الميلاد: | ١٩٦٦ Redacted | مكان الولادة: | طولكرم |
| المؤهل العلمي: | ☐ أمي ☐ الأساسية ☐ ثانوي ☐ دبلوم | ☑ جامعي | ☐ دراسات عليا |
| المهنة قبل الأسر: | موظفا مدني | التنظيم: | حماس |
| تاريخ الأسر: | ٨ / ٥ / ٢٠٠٢ م | مكان الاعتقال: | طولكرم |
| الوضع الاعتقالي: | ☐ موقوف ☑ محكوم | ☐ إداري ☐ محرر | ☐ أخرى |
| في حالة محكوم مدة الحكم حسب شهادة الطليب: | يوم / شهر / سنة: مدى الحياة | تاريخ الإفراج المتوقع حسب قرار الحكم: | اليوم / الشهر / العام: Redacted |
| العنوان الدائم: | المحافظة: طولكرم | التجمع السكاني: | Redacted |
| ملاحظات: | | | |

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة:__________ فقط المثبت بشهادة ما ليب وبتسلسل زمني من الأحدث إلى الأقدم

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال: يوم | شهر | سنة | ملاحظات |
|---|---|---|---|---|---|---|---|
| 1 | ٢٠/٦/١٩٩٧م | أمني | ١٩/٥/١٩٩٨ | | | | |
| 2 | ٢٢/١١/١٩٩٤ | أمني | ٢٠/٦/١٩٩٦ | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

010

'08 10 TUE 12:48 FAX 042505477

CONFIDENTIAL

SHATSKY-JD01522

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☐ أعزب | ☑ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | ٧ . ٤ ١ Redacted | | تاريخ عقد الزواج | ١٩٩٢/٩/٢١ |
| اسم الزوج/ة | اخلاص عبد الرحيم مهاوي السيد | | عدد الأولاد: | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1 | سوزي | Redacted ١٩٩٧ | | |
| 2 | عبد الله | Redacted ٢٠٠٠ | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | ٤ . ٦ ٥ | Redacted | |
|---|---|---|---|
| اسم الوكيل "المستفيد": | عباس محمد مصطفى السيد | صلة القرابة: | الأب ومحسنه |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | |
| البنك: | Redacted | فرع البنك: | Redacted |
| رقم الحساب: | | | |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | |
| العنوان الدائم للمستفيد: | المحافظة: طولكرم | التجمع السكاني: | |
| الملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها |
| توقيع مقدم الطلب: | اخلاص السيد |

CONFIDENTIAL

SHATSKY-JD01530

№ 04063

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABBAS MOHAMMAD MOSTAFA SAYED

From : TULKAREM ID NO: Redacted560-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 08.05.2002

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عباس محمد مصطفى السيّد

من طولكرم هوية رقم Redacted ٥٦٠-٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٨ / شهر ٥ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxx / شهر xxxxx / سنة xxxx

Date: 02.08.2006

التاريخ

Place: JERUSALEM-DDI

المكان

CERTIFIED UPDATE 09-03-2011 ICRC
International Committee of the Red Cross

RAFFAELLA DIANA
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01530

# Exhibit 198

Prisoner Salary Statement

Prisoner no. 50607
Prisoner Name: Abbas Mohammed Mustafa al-Sayed Document no. 986315604

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |

Prisoner Salary Statement

Prisoner no. 50607
Prisoner Name: Abbas Mohammed Mustafa al-Sayed Document no. 986315604

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 5 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 6 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,458.78 |
| 7 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 8 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 9 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 10 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 11 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 12 | 2020 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,458.78 |
| 1 | 2021 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 2 | 2021 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 2,058.78 |
| 3 | 2021 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 1,986.71 |
| 4 | 2021 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 1,986.71 |
| 5 | 2021 | Abbas Mohammed Mustafa al-Sayed | Redacted 5604 | | | | 1,986.71 |

Confidential

# Original



كشف راتب أسير

رقم الأسير 50507

اسم الأسير عيسى محمد مصطفى السيد

رقم الوثيقة 986315604

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

| 4 | 2020 | [illegible] | Redacted 5604 | Redacted | | | 2,556.78 |

CONFIDENTIAL

Shatsky-JD00431

## كشف راتب أسير

رقم الأسير 50807

اسم الأسير عباس محمد مصطفى السيد

رقم الوثيقة 986315604

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| 5 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | Redacted | | | 2,058.78 |
| 6 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,458.78 |
| 7 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 8 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 9 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 10 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 11 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 12 | 2020 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,458.78 |
| 1 | 2021 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 2 | 2021 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 2,058.78 |
| 3 | 2021 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 1,986.71 |
| 4 | 2021 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 1,986.71 |
| 5 | 2021 | عباس محمد مصطفى السيد | Redacted 5604 | | | | 1,986.71 |

CONFIDENTIAL

# Exhibit 199

CONFIDENTIAL SHATSKY-JD01328-T

| Palestinian National Authority<br>Ministry of Detainees and Ex-Detainees<br>Jerusalem Department | In the name of Allah, the Merciful, the Compassionate<br>[Palestine emblem] | Palestinian National Authority<br>Ministry of Detainees and Ex-Detainees<br>Jerusalem Department |
|---|---|---|

178

Date: 10.2.2013

Honorable brother Maher Hussein,

Head of the Detainees and Ex-Detainees Department

Greetings,

Re: Ten-years increment for Prisoner Abdallah Adnan Yihya Sharbati

ID No. (Redacted 2541)

With regard to the abovementioned prisoner, please take the necessary measures on your part to pay the abovementioned prisoner the ten-years increment, as he was arrested on 9.14.2003 and is still imprisoned in the occupation prisons.

Attached is the Red Cross Certificate.

With respect,

Ahmad al-A'raj

Head of Detainees and Ex-Detainees Affairs / Jerusalem

[Stamp: Ministry of Detainees and Ex-Detainees / Jerusalem Dept.]

*Maher*

*Ikhlas*

*10.20.2013*

Al-aizaria – Local Council

Telefax: 02-2794636

Al-aizaria – Local Council

Telefax: 02-2794636

www.freedom.ps

Ffree.asra@gmail.com

CONFIDENTIAL SHATSKY-JD01333-T

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

Main Prisoner Form

| Form no.: | 4 | 5 | 1 | 8 | 9 | 8 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.24.2011 | | | Ministry's administration/branch: | | | Jerusalem | | |

1. Basic information concerning the prisoner:

| ID no. (9 digits) | Redacted | | | | 2 | 5 | 4 | 1 |
|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | Father's name | Grandfather's name | Family name | | | | |
| | Abdallah | Adnan | Yihya | Sharbati | | | | |
| Mother's name: | Kawthar | | Gender: | ☐Male ☐ Female | | | | |
| DoB: | Redacted .1981 | | Place of birth: | Bethlehem | | | | |
| Education: | ☐ Illiterate | ☒ Elementary | ☐ High school | ☐ Diploma | ☐ University | ☐ Higher education | | |
| Profession prior to arrest: | Laborer | | Organization: | | | | | |
| Arrest date: | 9.14.2003 | | Place of arrest: | A-Ram / the street | | | | |
| Arrest status: | ☐ Detained | ☒ Sentenced | ☐ Administrative | ☐ Free | ☐ Other | | | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year | |
| | | | Life term | | | | | |
| Permanent residence: | Governorate: | Jerusalem | Residential complex: | Redacted | | | | |
| Notes: | | | | | | | | |

2. Information concerning previous arrests: __/______. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

3. Social Status Information:

| Marital Status: | ☒ Single | ☐ Married | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | | Marriage Contract Date | / / | |
| Spouse Name | | | Number of Children: | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

4. Information of Authorized Representative (Beneficiary):

| Beneficiary's ID: | Redacted | | | | 3 | 5 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|

| Authorized Representative – Beneficiary's Name: | Kawthar Abdel Jalil Sharbati | | Relationship: | Mother |
|---|---|---|---|---|
| Date of Authorization if Available: | / / | | Authorization's Period of Validity: | |
| Bank: | Redacted | | Bank Branch: | Redacted |
| Account No.: | Redacted | | | |
| Landline Phone No.: | Redacted | | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: | Jerusalem | Residential complex: | |
| Notes: | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | |

# Original

## TO WHOM IT MAY CONCERN

№ 06891

CICR

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **ABDALLAH ADNAN YEHYA SHARABATI**

From : **EST JERUSALEM** ID NO: Redacted **254-1**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **14.09.2003**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله عدنان يحيى الشرباتي

من القدس هوية رقم Redacted ٢٥٤-١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة X إداري ____

محكوم/ة أو إداري لمدة مدى الحياة XXXXXXXXXXXXXXXX

وهو/هي أطلق سراحة/ها في يوم XXXXX / شهر XXXXXX / سنة XXXXXX

CERTIFIED UPDATE

ICRC 29-01-2018 International Committee of the Red Cross ICRC

Date: **30.06.2005**

التاريخ

Place: **JERUSALEM-DDI**

المكان

SERGE PATENAUDE

ICRC Delegate

توقيع مندوب اللجنة

№ 06891

178

# TO WHOM IT MAY CONCERN

CICR This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that .

Mr: ABDALLAH ADNAN YEHYA SHARABATI

From : EST JERUSALEM ID NO: Redacted 254-1

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 14.09.2003

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

# إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله عدنان يحيى الشرباتي

من القدس هوية رقم Redacted ٢٥٤-١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة XXXXXXXXXXXXXXXX

وهو/هي أطلق سراحة/ها في يوم XXXXXX / شهر XXXX / سنة XXXXXX

CERTIFIED UPDATE

03-01-2016

CICR International Committee of the Red Cross CICR

Date: 30.06.2005

التاريخ

Place: JERUSALEM-DDI

المكان

SERGE PATENAUDE

ICRC Delegate

توقيع مندوب اللجنة

بسم الله الرحمن الرحيم

Palestinian National Authority
Ministry of Detainees & Ex-Detainees Affairs
Jerusalem Department

السلطة الوطنية الفلسطينية
وزارة شؤون الاسرى والمحررين
مديرية القدس

178

التاريخ: 2013/10/2

حضرة الاخ ماهر حسين المحترم
مدير دائرة الاسرى والمحررين

تحية طيبه وبعد،،

الموضوع/ الاسير / عبد الله عدنان يحيى الشرباتي
هوية رقم (2541 Redacted )

بالاشاره الى موضوع الاسيره المذكوره اعلاه يرجى العمل على اتخاذ اجراءاتكم اللازمه بشأن صرف علاوة العشر سنوات حيث ان الاسير تاريخ اعتقاله هو 2003/9/14
مرفق طيه شهادة الصليب الاحمر.

مع الاحترام

اخضر الاعرج
مدير شؤون الاسرى والمحررين/ القدس

ماجد

احلاس
20.10.2013

Al-aizaria - Local Council
Telefax 02-2794636

www.freedom.ps
Ffree.asra@gmail.com

العيزرية - عمارة المجلس المحلي
تلفاكس: ٠٢٫٢٧٩٤٦٣٦

CONFIDENTIAL

SHATSKY-JD01329

№ 06891

# TO WHOM IT MAY CONCERN

CICR **This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **ABDALLAH ADNAN YEHYA SHARABATI**

From : **EST JERUSALEM** ID NO: Redacted**254-1**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **14.09.2003**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله عدنان يحيى الشرباتي

من القدس هوية رقم Redacted ٢٥٤-١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة XXXXXXXXXXXXXXXXXXXXX

وهو/هي أطلق سراحة/ها في يوم XXXXX / شهر XXXXXX / سنة XXXXXX

CERTIFIED UPDATE
18-09-2013

Date: **30.06.2005**

التـــاريـــخ

Place: **JERUSALEM-DDI**

المكـــــان

COMITE INTERNATIONAL GENEVE

SERGE PATENAUDE
ICRC Delegate

توقيع مندوب اللجنـة

CONFIDENTIAL

SHATSKY-JD01329

CONFIDENTIAL

SHATSKY-JD01330

6551

178

№ 06891

# TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABDALLAH ADNAN YEHYA SHARABATI

From : EST JERUSALEM ID NO: Redacted254-1

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 14.09.2003

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

الى من يهمه الأمر

8600 - 4200

600 +

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا الى المعلومات الواردة من السلطات الإسرائيلية: تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله عدنان يحيى الشرباتي

من القدس

هوية رقم Redacted254-1

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم 14 / شهر 9 / سنة 2003

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة XXXXXXXXXXXXXXXXXXXX

وهو/هي أطلق سراحة/ها في يوم XXXXX / شهر XXXXXX / سنة XXXXXX

CERTIFIED UPDATE
22-08-2011
ICRC
International Committee of the Red Cross
COMITE GENEVE

Date: 30.06.2005

التاريخ

Place: JERUSALEM-DDI

المكان

SERGE PATENAUDE
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01330

CONFIDENTIAL

SHATSKY-JD01331

№ 06891

178

CICR

# TO WHOM IT MAY CONCERN

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **ABDALLAH ADNAN YEHYA SHARABATI**

From : **EST JERUSALEM** ID NO: Redacted**254-1**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **14.09.2003**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله عدنان يحيى الشرباتي

من القدس هوية رقم Redacted ٢٥٤-١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة XXXXXXXXXXXXXXXXX

وهو/هي أطلق سراحة/ها في يوم XXXXXX / شهر XXXXXX / سنة XXXXXX

10-03-2015

Date: **30.06.2005**

التاريخ

Place: **JERUSALEM-DDI**

المكان

SERGE PATENAUDE

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01331

CONFIDENTIAL SHATSKY-JD01332

CICR

№ 06891

178

## TO WHOM IT MAY CONCERN

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **ABDALLAH ADNAN YEHYA SHARABATI**

From : **EST JERUSALEM** ID NO: Redacted**254-1**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **14.09.2003**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

## الى من يهمه الأمر

**هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية**

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله عدنان يحيى الشرباتي

من القدس هوية رقم Redacted ٢٥٤-١

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ______ محكوم/ة X إداري ______

محكوم/ة أو إداري لمدة مدى الحياة XXXXXXXXXXXXXXXXXXX

وهو/هي أطلق سراحة/ها في يوم XXX / شهر XXXXX / سنة XXXXXX

CERTIFIED UPDATE
ICRC 08-04-2015 ICRC
International Committee of the Red Cross

Date: **30.06.2005**

التـاريـخ

Place: **JERUSALEM-DDI**

المكـــان

SERGE PATENAUDE
ICRC Delegate
توقيع مندوب اللجنـة

CONFIDENTIAL SHATSKY-JD01332

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| رقم الاستمارة: | | | | 8 | 9 | 8 | 1 | 5 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| تاريخ تعبئة الاستمارة: | ٢٠١١ / ٢ / ٢٢ | | | المديرية/فرع الوزارة: | القدس | | | | |

1. المعلومات الرئيسية للأسير:

| رقم الهوية: (تسع خانات) | 1 | 9 | 5 | 2 | Redacted | | |
|---|---|---|---|---|---|---|---|
| الاسم الرباعي: | الاسم الأول: عبد الله | اسم الأب: عدنان | اسم الجد: يحيى | اسم العائلة: الشرباتي | | | |
| اسم الأم: | كوثر | | الجنس: | ☐ ذكر | ☐ أنثى | | |
| تاريخ الميلاد: | Redacted ١٩٨١ | | مكان الولادة: | المقدس بيت لحم | | | |
| المؤهل العلمي: | ☐ أمي | ☒ الأساسية | ☐ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا | |
| المهنة قبل الأسر: | عامل | | التنظيم: | | | | |
| تاريخ الأسر: | ١٢ / ٩ / ٢٠٠٣ | | مكان الاعتقال: | الرام / الشارع | | | |
| الوضع الاعتقالي: | ☐ موقوف | ☒ محكوم | ☐ إداري | ☐ محرر | ☐ أخرى | | |
| في حالة محكوم مدة الحكم | يوم | شهر | سنة | تاريخ الإفراج المتوقع | اليوم | الشهر | العام |
| حسب شهادة الصليب: | مؤبد ٢١ مرة | | | حسب قرار الحكم: | | | |
| العنوان الدائم: | المحافظة: | القدس | التجمع السكاني: | Redacted | | | |
| ملاحظات: | | | | | | | |

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة: ـــــ/ـــــ. فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال: يوم | شهر | سنة | ملاحظات |
|---|---|---|---|---|---|---|---|
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | أعزب ☒ | متزوج ☐ | مطلق ☐ | أرمل ☐ |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | | تاريخ عقد الزواج | / / | |
| اسم الزوج/ة | | عدد الأولاد: | | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | | | | |
| .2 | | | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | 3 5 3 2 | Redacted | | |
|---|---|---|---|---|
| اسم الوكيل "المستفيد": | كوثر عبد الجليل الشرباتي | صلة القرابة: | الوالدة | |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | | |
| البنك: | Redacted | فرع البنك: | Redacted | |
| رقم الحساب: | Redacted | | | |
| رقم الهاتف الأرضي: | Redacted | رقم الهاتف النقال: | | |
| العنوان الدائم للمستفيد: | المحافظة: | الخليل | التجمع السكاني: | |
| ملاحظات: | | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقـــرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

# Exhibit 200

Prisoner Salary Statement

Prisoner no. 11837
Prisoner Name: Abdallah Adnan Yihya Sharbati Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 1 of 7

Confidential Shatsky-JD00341-T

Prisoner Salary Statement

Prisoner no. 11837
Prisoner Name: Abdallah Adnan Yihya Sharbati          Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|



Redacted

Page 2 of 7

Confidential

Shatsky-JD00342-T



Prisoner Salary Statement

Prisoner no. 11837
Prisoner Name: Abdallah Adnan Yihya Sharbati Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 3 of 7

Confidential Shatsky-JD00343-T

Prisoner Salary Statement

Prisoner no. 11837

Prisoner Name: Abdallah Adnan Yihya Sharbati

Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |

Page 4 of 7

Confidential

Shatsky-JD00344-T

Prisoner Salary Statement

Prisoner no. 11837
Prisoner Name: Abdallah Adnan Yihya Sharbati
Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 5 of 7

Confidential
Shatsky-JD00345-T

Prisoner Salary Statement

Prisoner no. 11837

Prisoner Name: Abdallah Adnan Yihya Sharbati

Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 6 of 7

Confidential

Shatsky-JD00346-T

Prisoner Salary Statement

Prisoner no. 11837
Prisoner Name: Abdallah Adnan Yihya Sharbati

Document no. 081202541

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | |
| 4 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 5 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 6 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 7 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 8 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 9 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 10 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 11 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 12 | 2020 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,885.00 |
| 1 | 2021 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 2 | 2021 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 3 | 2021 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 4 | 2021 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |
| 5 | 2021 | Kawthar Abd Al-Jalil Sharbati | Redacted 3532 | | | | 7,485.00 |

# Original



كشف راتب أسير

رقم الأسير 11837

اسم الأسير عبدالله عثمان يحيى الشربتي

رقم الوثيقة 081202541

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | | |

CONFIDENTIAL

Shatsky-JD00341



## كشف راتب أسير

رقم الأسير 11337

اسم الأسير عبدالله عثمان يحيى شربيني

رقم الوثيقة 081202541

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted
Redacted

7 من 2 صفحة

CONFIDENTIAL

Shatsky-JD00342



## كشف راتب أسير

رقم الأسير 13837

اسم الأسير عبدالله عدنان يحيى الشويكي رقم الهوية 081202541

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

٧ من ٣ صفحة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 1837

اسم الأسير عبدالله عدنان يحيى الغرباني

رقم الوثيقة 081202541

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted
Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 11837
اسم الأسير عبدالله عثمان يحيى الشريجي
رقم الوثيقة 081202541

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | | |

7 من 5 صفحة

CONFIDENTIAL

Shatsky-JD00345

كشف راتب أسير

رقم الأسير 11537

اسم الأسير عبدالله عدنان يحيى الشرفا رقم الوثيقة 081202541

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| [redacted] Redacted | | | [redacted] Redacted | | | | |

CONFIDENTIAL

Shatsky-JD00346

كشف راتب أسير

رقم الأسير 1[illegible]337

اسم الأسير عبدالله عثمان بدوي الشرباتي

رقم الوثيقة 081202541

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | Redacted |
| 4 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | Redacted | | | 7,485.00 |
| 5 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,485.00 |
| 6 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,885.00 |
| 7 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,485.00 |
| 8 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,485.00 |
| 9 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,465.00 |
| 10 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,485.00 |
| 11 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,465.00 |
| 12 | 2020 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,885.00 |
| 1 | 2021 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,465.00 |
| 2 | 2021 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,485.00 |
| 3 | 2021 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,485.00 |
| 4 | 2021 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,465.00 |
| 5 | 2021 | كوثر عبدالجليل الشرباتي | Redacted 3532 | | | | 7,465.00 |

CONFIDENTIAL

# Exhibit 201

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

Audit [illegible]

**Main Prisoner Form** / old 449787

| Form no.: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/16/2011 | | | Ministry's administration/branch: | | Ramallah | | |

1. **Basic information concerning the prisoner:**

Husband Redacted 1 1 9 8

| ID no. (9 digits) | Redacted | | | | 9 | 7 | 9 | 6 | I.D |
|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | Grandfather's name | Family name |
|---|---|---|---|---|
| | Abdullah | Ghaleb | Abdullah | Jamal Al-Barghouti |
| Mother's name: | Safa | | Gender: | ☑ Male ☐ Female |
| DoB: | Redacted /1972 | | Place of birth: | Kuwait |
| Education: | ☐ Illiterate ☐ Elementary ☑ High school | | ☐ Diploma ☐ University | ☐ Higher education |
| Profession prior to arrest: | Laborer | | Organization: | Hamas |
| Arrest date: | 3/5/2003 | | Place of arrest: | Ramon |
| Arrest status: | ☐ Detained ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | Life term | | | | | |

| Permanent residence: | Governorate: | Ramallah | Residential complex: | Redacted |
|---|---|---|---|---|
| Notes: | | | | |

2. Information concerning previous arrests: ______. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

Audit

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Emblem of the Palestinian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☑ Married | ☐ Divorced | ☐ Widow |
|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | Redacted 8 6 8 1 | | Marriage Contract Date | 5/26/1998 |
| Spouse Name | Faida Ali Abd Al-Jamal | | Number of Children: | 3 |

Data on children from first wife: (sons under 18, unmarried daughters of all ages)

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | Tala Abdullah | Redacted /1999 | | |
| 2. | Osama Abdullah | Redacted /2001 | | |
| 3. | Safa Abdullah | Redacte /2003 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted 8 6 8 1 | | |
|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Faida Ali Abd Al-Jamal | Relationship: | Wife |
| Date of Authorization if Available: | | Authorization's Period of Validity: | |
| Bank: | Redacted | Bank Branch: | Redacted |
| Account No.: | | | |
| Landline Phone No.: | 2860596 | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: Ramallah | Residential complex: | |
| Notes: | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | [handwritten signature] |

# Original

CONFIDENTIAL SHATSKY-JD01888

CICR

№ 44722

1592

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABDALLAH GHALEB ABDALLAH JAMAL-BARGHOUTHY

From : RAMALLAH ID NO: Redacted 002-8

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 05.03.2003

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

إلى من يهمه الأمر

تجديد

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة عبد الله غالب عبد الله جمال البرغوثي

من رام الله هوية رقم Redacted ٠٠٢٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٥ / شهر اذار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ...... محكوم/ة x إداري ......

محكوم/ة أو إداري بمدة مؤبد

وهو/هي أطلق سراحه/ها في يوم xx / شهر xx / سنة xx

Date: 17.03.2005

التاريخ

Place: RAMALLAH/NA

المكان

CEDRIC SCHWEIZER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01888

№ 44722

## TO WHOM IT MAY CONCERN

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: ABDALLAH GHALEB ABDALLAH JAMAL-BARGHOUTHY

ID NO: Redacted 002-8

From : RAMALLAH

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 05.03.2003

9877

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## إلى من يهمه الأمر

CICR **هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية**

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبد الله غالب عبد الله جمال البرغوثي

من رام الله

هوية رقم Redacted ٠٠٢٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٥ / شهر اذار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة × إداري ____

محكوم/ة أو إداري لمدة مؤبد

وهو/هي أطلق سراحه/ها في يوم xx / شهر xx / سنة xx

Date: 17.03.2005

التاريخ

CEDRIC SCHWEIZER
ICRC Delegate

توقيع مندوب اللجنة

Place: RAMALLAH/NA

المكان

CONFIDENTIAL

SHATSKY-JD01893

№ 44722

## TO WHOM IT MAY CONCERN

CICR **This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **ABDALLAH GHALEB ABDALLAH JAMAL-BARGHOUTHY**

From : **RAMALLAH** ID NO: Redacted**002-8**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **05.03.2003**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**إلى من يهمه الأمر**

CICR **هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية**

**استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:**

**السيد/ة الآنسة** عبد اللـــــه غالب عبد اللـــه جمـــال البرغوثي

**من** رامالـــــه **هوية رقم** Redacted٠٠٢٨

**كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم** ٥ **/ شهر** اذار **/ سنة** ٢٠٠٣

**وهو/هي في هذا التاريخ : ينتظر المحاكمة** ____ **محكوم/ة** × **إداري** ____

**محكوم/ة أو إداري لمدة** مــؤبـــد

**وهو/هي أطلق سراحة/ها في يوم** xx **/ شهر** xx **/ سنة** xx

Date: **17.03.2005**

**التـــاريـــخ**

Place: **RAMALLAH/NA**

**المكـــــان**

CERTIFIED UPDATE 29-03-2015 ICRC International Committee of the Red Cross

CEDRIC SCHWEIZER
ICRC Delegate

**توقيع مندوب اللجنة**

CONFIDENTIAL

SHATSKY-JD01893

CONFIDENTIAL

SHATSKY-JD01894

CICR

## TO WHOM IT MAY CONCERN

№ 44722

1591

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **ABDALLAH GHALEB ABDALLAH JAMAL-BARGHOUTHY**

From : **RAMALLAH** ID NO: Redacted**002-8**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : **05.03.2003**

He is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

إلى من يهمه الأمر

9877

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبد اللـــه غالب عبد اللـــه جمـــال البرغوثي

من رام اللـــه هوية رقم Redacted ٠٠٢٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٥ / شهر اذار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة × إداري ____

محكوم/ة أو إداري لمدة مؤبـد

وهو/هي أطلق سراحة/ها في يوم xx / شهر xx / سنة xx

Date: **17.03.2005**

التـاريـخ

Place: **RAMALLAH/NA**

المكـــان

CEDRIC SCHWEIZER

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01894

CONFIDENTIAL

SHATSKY-JD01895

№ 44722

15911

IT MAY CONCERN

f the English and Arabic parts match each other

Israeli Authorities, the International Committee of

JAMAL-BARGHOUTHY

ID NO: Redacted 002-8

Was arrested by the Israeli Authorities on (dd / mm / yyyy) : 05.03.2003

His is to date : Sentenced

Length of sentence / administrative period : life sentence

He/She was released on: (dd/mm/yyyy): XXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبد الله غالب عبد الله جمال البرغوثي

من رام الله هوية رقم Redacted ٠٠٢٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٥ / شهر اذار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة x إداري ____

محكوم/ة أو إداري لمدة مؤبد

وهو/هي أطلق سراحة/ها في يوم xx / شهر xx / سنة xx

Date: 17.03.2005

التاريخ

Place: RAMALLAH/NA

المكان

CERTIFIED UPDATE

07-03-2013

CEDRIC SCHWEIZER

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01895

CONFIDENTIAL

SHATSKY-JD01896

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

449787 قديم / استمارة الأسير الرئيسية

| رقم الاستمارة: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| تاريخ تعبئة الاستمارة: | ١٦/٣/٢٠١١ | | المديرية/فرع الوزارة: | | رام الله | | | |

Redacted

1. المعلومات الرئيسية للأسير:

| | | | | |
|---|---|---|---|---|
| رقم الهوية: (تسع خانات) | 9 7 9 8 | | Redacted | |
| الاسم الرباعي: | الاسم الأول | اسم الأب | اسم الجد | اسم العائلة |
| | عبد الله | خالد | عبد الله | جمال البرغوثي |
| اسم الأم: | صبحية | | الجنس: | ☑ ذكر ☐ أنثى |
| تاريخ الميلاد: | ١٩٧٢ Redacted | | مكان الولادة: | الكويت |
| المؤهل العلمي: | ☐ أمي ☐ الأساسية ☑ ثانوي ☐ دبلوم | | ☐ جامعي | ☐ دراسات عليا |
| المهنة قبل الأسر: | عامل | | التنظيم: | حماس |
| تاريخ الأسر: | ٥/٣/٢٠٠٣ | | مكان الاعتقال: | رام الله |
| الوضع الاعتقالي: | ☐ موقوف ☑ محكوم | ☐ إداري | ☐ محرر | ☐ أخرى |
| في حالة محكوم مدة الحكم | يوم | شهر | سنة | تاريخ الإفراج المتوقع: اليوم / الشهر / العام |
| حسب شهادة الصليب: | ٦٧ مؤبد | | | حسب قرار الحكم: |
| العنوان الدائم: | المحافظة: | رام الله | التجمع السكاني: | Redacted |
| ملاحظات: | | | | |

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة:.......... فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال: يوم | شهر | سنة | ملاحظات |
|---|---|---|---|---|---|---|---|
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

CONFIDENTIAL

SHATSKY-JD01896

CONFIDENTIAL SHATSKY-JD01897

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☐ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | ١ ٨ ٦ ٨ Redacted | تاريخ عقد الزواج | ٢٦/٥/١٩٩٨ | |
| اسم الزوج/ة | نائرة علي عبد الجليل | عدد الأولاد: | ٣ | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | آلاء عبد الله | ١٩٩٩ Redacted | | |
| .2 | إسماعيل عبد الله | ٢٠٠١ Redacted | | |
| .3 | صفاء عبد الله | ٢٠٠٣ Redacted | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | ١ ٨ ٦ ٨ | | Redacted | |
|---|---|---|---|---|
| اسم الوكيل "المستفيد": | نائرة علي عبد الجليل | صلة القرابة: | الزوجة | |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | | |
| البنك: | Redacted | فرع البنك: | Redacted | |
| رقم الحساب: | | | | |
| رقم الهاتف الأرضي: | ٢٨٦٠٥٩٦ | رقم الهاتف النقال: | | |
| العنوان الدائم للمستفيد: | المحافظة: | [illegible] | التجمع السكاني: | |
| ملاحظات: | | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقـرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | نائره علي عبد الجليل |

CONFIDENTIAL SHATSKY-JD01897

CONFIDENTIAL SHATSKY-JD01899

CICR

# TO WHOM IT MAY CONCERN

№ 44722

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr ABDALLAH GHALEB ABDALLAH JAMAL BARGHOUTHY

From RAMALLAH ID NO Redacted002-8

Was arrested by the Israeli Authorities on (dd / mm / yyyy) 05.03.2003

He is to date Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة عبدالله غالب عبدالله جمال البرغوثي

من رام الله هوية رقم Redacted ٠٢٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٥ / شهر اذار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة × إداري ____

محكوم/ة أو إداري لمدة مؤبد

وهو/هي أطلق سراحة/ها في يوم xx / شهر xx / سنة xx

Date: 17.03.2005

التاريخ

Place: RAMALLAH/NA

المكان

CERTIFIED UPDATE
03-03-2011
ICRC International Committee of the Red Cross

CEDRIC SCHWEIZER
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01899