# Exhibit 202

CONFIDENTIAL                                    SHATSKY-JD01900-T



| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|-------|------|--------------------|--------|------|--------|-------------|--------|

Prisoner Salary Statement

Prisoner no. 9877
Prisoner Name: Abdullah Ghaleb Abdullah Al-Jamal  Document no. 415089796

Redacted                        Redacted

CONFIDENTIAL                                    SHATSKY-JD01900-T

CONFIDENTIAL                                        SHATSKY-JD01901-T

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Salary Statement | | | | | | | |
| Prisoner no. 9877 | | | | | | | |
| Prisoner Name:  Abdullah Ghaleb Abdullah Al-Jamal   Document no. 415089796 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |

Redacted

Page 2 of 8

CONFIDENTIAL                                        SHATSKY-JD01901-T

CONFIDENTIAL                                    SHATSKY-JD01902-T



Prisoner Salary Statement

| Prisoner no. 9877 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name: Abdullah Ghaleb Abdullah Al-Jamal  Document no. 415089796 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
| | | | | Redacted | | Redacted | |

Page 3 of 8

CONFIDENTIAL                                    SHATSKY-JD01902-T

CONFIDENTIAL                                        SHATSKY-JD01903-T



| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | Redacted | |

Page 4 of 8

CONFIDENTIAL                                        SHATSKY-JD01903-T

CONFIDENTIAL                                    SHATSKY-JD01904-T



Prisoner Salary Statement

| Prisoner no. 9877 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Abdullah Ghaleb Abdullah Al-Jamal  Document no. 415089796 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
| | | | | Redacted | | Redacted | |

Page 5 of 8

CONFIDENTIAL                                    SHATSKY-JD01904-T

CONFIDENTIAL                                          SHATSKY-JD01905-T



Prisoner Salary Statement

| Prisoner no. 9877 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Abdullah Ghaleb Abdullah Al-Jamal   Document no. 415089796 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
| | | | | Redacted | | Redacted | |

Page 6 of 8

CONFIDENTIAL                                          SHATSKY-JD01905-T

CONFIDENTIAL                                    SHATSKY-JD01906-T



| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|-------|------|--------------------|--------|------|--------|-------------|--------|

Prisoner Salary Statement

Prisoner no. 9877

Prisoner Name:  Abdullah Ghaleb Abdullah Al-Jamal  Document no. 415089796

Redacted                 Redacted

Page 7 of 8

CONFIDENTIAL                                    SHATSKY-JD01906-T

CONFIDENTIAL                                    SHATSKY-JD01907-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 9877 | | | | | | | |
| Prisoner Name:  Abdullah Ghaleb Abdullah Al-Jamal   Document no. 415089796 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
| Redacted | | | | | | | |
| 4 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | Redacted | | 7,532.50 |
| 5 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 6 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,932.50 |
| 7 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 8 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 9 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 10 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 11 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 12 | 2020 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,932.50 |
| 1 | 2021 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,532.50 |
| 2 | 2021 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,486.70 |
| 3 | 2021 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,485.00 |
| 4 | 2021 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,485.00 |
| 5 | 2021 | Faida Ali Abd Al-Jamal | Redacted 8681 | | | | 7,485.00 |

Page 8 of 8

CONFIDENTIAL                                    SHATSKY-JD01907-T

Original

CONFIDENTIAL

SHATSKY-JD01900



CONFIDENTIAL

SHATSKY-JD01900

CONFIDENTIAL

SHATSKY-JD01901



كشف راتب أسير

| رقم الأسير | 9877 |
| اسم الأسير | عبدالله غالب عبدالله الجمل |

رقم الوثيقة 415089796

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted

8 من 2صفحة

CONFIDENTIAL

SHATSKY-JD01901

CONFIDENTIAL

SHATSKY-JD01902



كشف راتب أسير

| رقم الأسير | 9877 |
| اسم الأسير | عبدالله غالب عبدالله الجمل |
| رقم الوثيقة | 415089796 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| Redacted | | | Redacted | | | | |

٨ من ٣ صفحة

CONFIDENTIAL

SHATSKY-JD01902

CONFIDENTIAL

SHATSKY-JD01903



CONFIDENTIAL

SHATSKY-JD01904



CONFIDENTIAL

SHATSKY-JD01904

CONFIDENTIAL

SHATSKY-JD01905



CONFIDENTIAL

SHATSKY-JD01905

CONFIDENTIAL

SHATSKY-JD01906

كشف راتب أسير

| رقم الأسير | 9877 |
| اسم الأسير | عبدالله غالب عبدالله الجمل |

رقم الوثيقة   415089796

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
| --- | --- | --- | --- | --- | --- | --- | --- |



Redacted

Redacted

8 من7صفحة

CONFIDENTIAL

SHATSKY-JD01906

CONFIDENTIAL

SHATSKY-JD01907

كشف رواتب أسير

| رقم الأسير | 9877 |
| اسم الأسير | عبدالله غالب عبدالله الجمل |
| رقم الوثيقة | 415089796 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| | | Redacted | | | | | |
| 7,532.50 | | Redacted | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 4 |
| 7,532.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 5 |
| 7,932.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 6 |
| 7,532.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 7 |
| 7,532.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 8 |
| 7,532.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 9 |
| 7,532.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 10 |
| 7,532.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 11 |
| 7,932.50 | | | | Redacted 8681 | فائدة على عبد الجمل | 2020 | 12 |
| 7,532.50 | | | | Redacted 3681 | فائدة على عبد الجمل | 2021 | 1 |
| 7,486.70 | | | | Redacted 8681 | فائدة على عبد الجمل | 2021 | 2 |
| 7,485.00 | | | | Redacted 8681 | فائدة على عبد الجمل | 2021 | 3 |
| 7,485.00 | | | | Redacted 8681 | فائدة على عبد الجمل | 2021 | 4 |
| 7,485.00 | | | | Redacted 3681 | فائدة على عبد الجمل | 2021 | 5 |

CONFIDENTIAL

SHATSKY-JD01907

# Exhibit 203

CONFIDENTIAL                                                        SHATSKY-JD01292-T

[English] Palestinian National Authority          [Emblem of the          [Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs      Palestinian Authority]   Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees                                         Gen. Dep. Detainees & Ex-detainees

[Illegible]                    **Main Prisoner Form / old 452327**

| Form no.: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/13/2011 | | | Ministry's administration/branch: | | Ramallah | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 4 | 8 | | 1 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | | |
| | Ahmad | | Khaled | | Dawud | | Hamed | | |
| Mother's name: | Lutfia | | | | Gender: | | ☐ Male | ☐ Female | |
| DoB: | Redacted /1975 | | | | Place of birth: | | Silwad | | |
| Education: | ☐ Illiterate | ☐ Elementary | | ☑ High school | ☐ Diploma | ☐ University | | ☐ Higher education | |
| Profession prior to arrest: | Driver | | | | Organization: | | Hamas | | |
| Arrest date: | 12/20/2003 | | | | Place of arrest: | | Nafha | | |
| Arrest status: | ☐ Detained | | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other | |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | Life term | | | | | |

| Permanent residence: | Governorate: | Ramallah | Residential complex: | Redacted |
|---|---|---|---|---|
| Notes: | | | | |

**2. Information concerning previous arrests:** ___[erased]___. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | [erased] | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL

SHATSKY-JD01293-T

| [English] Palestinian National Authority Ministry of Detainees & Ex-detainees Affairs Gen. Dep. Detainees & Ex-detainees | [Emblem of the Palestinian Authority] | [Arabic] Palestinian National Authority Ministry of Detainees & Ex-detainees Affairs Gen. Dep. Detainees & Ex-detainees |
|---|---|---|

## 3. Social Status Information:

| Marital Status: | ☐ Single | | ☑ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | | |
| Spouse's ID No. | Redacted | | | | 3 | 0 | 8 | 8 | Marriage Contract Date | 8/16/2001 |
| Spouse Name | Inas Riyad Taleb Hamed | | | | | Number of Children: | 1 |

| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |
|---|---|---|---|---|
| No. | Name | DoB | Marital Status | Education |
| 1. | Bara | Redacted /2003 | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

## 4. Information of Authorized Representative (Beneficiary):

| Beneficiary's ID: | Redacted | | | | | 3 | 0 | 8 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Inas Riyad Taleb Hamed | | | | | Relationship: | Wife | |
| Date of Authorization if Available: | | | Authorization's Period of Validity: | | | | | |
| Bank: | Redacted | | Bank Branch: | | Redacted | | | |
| Account No.: | Redacted | | | | | | | |
| Landline Phone No.: | Redacted | | Cell Phone No.: | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Silwad | Residential complex: | | | | | |
| Notes: | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | [handwritten signature] |

2

CONFIDENTIAL

SHATSKY-JD01293-T

# Original

CONFIDENTIAL

SHATSKY-JD01292

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية / مخيم   452327

رقم الاستمارة:

تاريخ تعبئة الاستمارة: ٢٠١١/٣/١   المديرية/فرع للوزارة:   رام الله

1. المعلومات الرئيسية للأسير:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Redacted | Redacted Redacted | Redacted Redacted | 4 | 8 | 1 | 5 | رقم الهوية: (تسع خانات) |

الاسم الرباعي:   أحمد   خالد   دادر

اسم الأم:   اللطيفة   Redacted

تاريخ الميلاد:   ١٩٧٥

اسم العائلة:   جابر

□ ذكر   □ أنثى   الجنس:

المؤهل العلمي:   □ ابتدائي   □ الأساسية   □ ثانوي   □ جامعي   □ دراسات عليا

مكان الولادة:   سلواد

المهنة قبل الأسر:   حارس نوعي

تاريخ الأسر:   ٢٠٠٢/٥/٢

التنظيم:

الوضع الاعتقالي:   □ موقوف   □ محكوم

مكان الاعتقال:

في حالة محكوم مدة الحكم حسب شهادة الصليب:   □ إداري   □ محرر   □ أخرى

العنوان الدائم:   رام الله الحصار

تاريخ الإفراج المتوقع:   أكتوبر

حسب قرار الحكم:   اليوم   الشهر   العام

ملاحظات:   التجمع السكاني:   Redacted

2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة: ... فقط أثبتت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

1

CONFIDENTIAL   SHATSKY-JD01292

CONFIDENTIAL

SHATSKY-JD01293

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☐ أعزب | ☒ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |
| رقم هوية الزوج/ة: | ٨ ٨ ٠ ٣ | Redacted | تاريخ عقد الزواج | ١٦ / ٨ / ٢٠٠٧ |
| اسم الزوج/ة: | انباس رياض محمد صالح | | عدد الأولاد: | ١ |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عاماً والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | بلاك | Redacted | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

4. بيانات لوكيل المستفيد:

| رقم الهوية المستفيد: | ٨ ٨ ٠ ٣ | | | |
|---|---|---|---|---|
| اسم الوكيل المستفيد: | انباس رياض محمد صالح | صلة القرابة: | زوجة |
| تاريخ الوكالة إن وجدت: | / / | مدة سريان الوكالة: | / / |
| البنك: | Redacted | فرع البنك: | Redacted |
| رقم الحساب: | Redacted | | |
| رقم الهاتف الأرضي: | Redacted | رقم الهاتف النقال: | Redacted |
| العنوان دائم للمستفيد: | المحافظة: | سلوان | التجمع السكني: |
| ملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| بإقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب، صحيحة و أتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | انباس |

2

CONFIDENTIAL

SHATSKY-JD01295

№  17739



## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     AHMAD KHALED DAOUD   HAMED

From .     RAMALLAH

ID NO: Redacted 481-5

Was arrested by the Israeli Authorities on (dd / mm / yyyy)     20.12.2003

He is to date .     Sentenced

Length of sentence / administrative period : life sentence

He/she was released on (dd/mm/yyyy) XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة     احمد خالد داود حامد

عن     رام الله     هوية رقم Redacted ٤٨١٥

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٠ / شهر ١٢ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة x _____ إداري _____

محكوم/ة أو إداري لمدة _____ مؤبد _____

وهو/هي أطلق سراحه/ها في يوم _____ xx /شهر _____ xx / سنة _____ xx

Date: 03.12.2006
التاريخ

Place: RAMALLAH/I
المكان

**CERTIFIED UPDATE**
I C R C
13-03-2011
International Committee of the Red Cross

ENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01295

CONFIDENTIAL                                                          SHATSKY-JD01297



№ 17739

## TO WHOM IT MAY CONCERN



(1406)

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     **AHMAD KHALED DAOUD  HAMED**

12241

From :    **RAMALLAH**                    ID NO: Redacted**481-5**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **20.12.2003**

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ احمد خالد داود حامد _____

من _____ رام الله _____ هوية رقم Redacted ٤٨١٥ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __٢٠__ / شهر __١٢__ / سنة ٢٠٠٣__

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة __x__ إداري _____

محكوم/ة أو إداري لمدة ____ مؤبد _____

وهو/هي أطلق سراحه/ها في يوم __xx__/ شهر __xx__ / سنة __xx__

Date:   **03.12.2006**

التاريخ

Place:   **RAMALLAH/NA**

المكان

**BENNO KOCHER**

ICRC Delegate

توقيع مندوب اللجنة

CERTIFIED UPDATE

15 JAN 2007

International Committee
of the Red Cross

CONFIDENTIAL                                                          SHATSKY-JD01297

CONFIDENTIAL

SHATSKY-JD01299



**№ 17739**



## TO WHOM IT MAY CONCERN

**CICR**

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **AHMAD KHALED DAOUD   HAMED**

From :   **RAMALLAH**

ID NO: Redacted481-5

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **20.12.2003**

He is to date :   Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ احمـــد خالد داود حامـــد _____

من _____ رام اللـــــه _____ هوية رقم Redacted٨١٥

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ٢٠ ___ / شهر ___ ١٢ ___ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___ × ___ إداري _____

محكوم/ة أو إداري لمدة _____ مـــؤبد _____

وهو/هي أطلق سراحة/ها في يوم ___ ×× ___ / شهر ___ ×× ___ / سنة ___ ×× ___

Date:   **03.12.2006**

التاريخ

Place:   **RAMALLAH/NA**

المكـــان

10 -11- 2013

International Committee of the Red Cross

BENNO KOCHER
ISRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01299

Exhibit 204

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 12241 | | | | | | | | |
| Prisoner Name:   Ahmad Khaled Dawud Hamed | | | | Document no. 954294815 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary | |



Redacted

Confidential

Shatsky-JD00324-T

Prisoner Salary Statement

| Prisoner no. 12241 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner Name:   Ahmad Khaled Dawud Hamed | | | | | Document no. 954294815 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00325-T

Prisoner **Salary** Statement

Prisoner no. 12241

Prisoner Name:   Ahmad Khaled Dawud Hamed                    Document no. 954294815

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | | | | |



Redacted

Page 3 of 9

Confidential

Shatsky-JD00326-T

Prisoner **Salary** Statement

Prisoner no. 12241
Prisoner Name:   Ahmad Khaled Dawud Hamed                          Document no. 954294815

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 4 of 9

Confidential                                                    Shatsky-JD00327-T

Prisoner Salary Statement

Prisoner no. 12241
Prisoner Name:   Ahmad Khaled Dawud Hamed                    Document no. 954294815

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 5 of 9

Confidential                                                    Shatsky-JD00328-T

Prisoner **Salary** Statement

| Prisoner no. 12241 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Ahmad Khaled Dawud Hamed | | | | Document no. 954294815 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00329-T

Prisoner **Salary** Statement

| Prisoner no. 12241 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:   Ahmad Khaled Dawud Hamed | | | | Document no. 954294815 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00330-T

Prisoner Salary Statement

Prisoner no. 12241
Prisoner Name: Ahmad Khaled Dawud Hamed                    Document no. 954294815

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 8 of 9

Confidential

Shatsky-JD00331-T

## Prisoner Salary Statement

Prisoner no. 12241
Prisoner Name:  Ahmad Khaled Dawud Hamed                    Document no. 954294815

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 4 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 13,360.00 |
| 4 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 5 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 5 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 6 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,580.00 |
| 6 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 7 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 7 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 8 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 8 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  | Redacted |  | 1,000.00 |
| 9 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 9 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 10 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 10 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 11 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 11 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 12 | 2020 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,580.00 |
| 12 | 2020 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 1 | 2021 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 1 | 2021 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 2 | 2021 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 2 | 2021 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 3 | 2021 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 3 | 2021 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 4 | 2021 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 4 | 2021 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |
| 5 | 2021 | Inas Riyad Hamed | Redacted 3088 |  |  |  | 6,180.00 |
| 5 | 2021 | Al-Karamah Housing Cooperative for [last word cut off] | 202020 |  |  |  | 1,000.00 |

Confidential                                                                                    Shatsky-JD00332-T

Original



كشف راتب أسير

| رقم الأسير 2241 | رقم الرابطة 954294815 |
| اسم الأسير احمد هشام داوود حامد | |

| الترتيب | رقم الحساب | المبلغ | البيان | رقم البطاقة | اسم المستفيد | السنة | الأشهر |

Redacted     Redacted

9 من 1 صفحة

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00326



CONFIDENTIAL

Shatsky-JD00327



CONFIDENTIAL



كشف راتب أسير

رقم الأسير 12241
اسم الأسير جبر خالد داوود حامد

رقم الرابطة 954294815

CONFIDENTIAL

Shatsky-JD00329



CONFIDENTIAL



CONFIDENTIAL

كشف رواتب أسير

| رقم الأسير | 1224 |
| نوع الأسير | أحمد خالد داوود حامد |

رقم البطاقة 954294915

| الرتب | رقم حساب | المبلغ | البنك | رقم البطاقة | الاسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 3,380.00 | | Redacted | | Redacted 3088 | إيناس رياض خالد | 2020 | 3 |
| 7,000.00 | | | | 202020 Redacted 3088 | جمعية فتيات الكراسه التعاونية المح | 2020 | 4 |
| 6,180.00 | | | | 202020 3088 | البشرى رياض خالد | 2020 | 5 |
| 1,065.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2020 | 5 |
| 6,580.00 | | | | 3088 | أوهاب رياض حامد | 2020 | 6 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراء خالد و رياض | 2020 | 6 |
| 6,180.00 | | | | | خالق رياض حامد | 2020 | 7 |
| 1,060.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2020 | 7 |
| 6,180.00 | | | | | البشرى رياض حامد | 2020 | 8 |
| 1,065.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2020 | 8 |
| 5,186.00 | | | | | البشرى رياض حامد | 2020 | 9 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2020 | 9 |
| 6,180.00 | | | | | رياض حامد | 2020 | 10 |
| 1,000.00 | | Redacted | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2020 | 10 |
| 6,180.00 | | | | | البشرى رياض حامد | 2020 | 11 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2020 | 11 |
| 6,580.00 | | | | | البشرى رياض حامد | 2020 | 12 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه القدسية المح | 2020 | 12 |
| 6,180.00 | | | | 202020 Redacted 3088 | إيناس رياض حامد | 2021 | 1 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2021 | 1 |
| 6,180.00 | | | | | البشرى رياض حامد | 2021 | 2 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2021 | 2 |
| 6,180.00 | | | | 202020 Redacted 3088 | إيناس رياض حامد | 2021 | 3 |
| 1,000.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2021 | 3 |
| 6,180.00 | | | | 202020 Redacted 3088 | إيناس رياض حامد | 2021 | 4 |
| 1,200.00 | | | | 202020 Redacted 3088 | جمعية سكان الكراسه التعاونية المح | 2021 | 4 |
| 6,180.00 | | | | 3088 | البشرى رياض حامد | 2021 | 5 |
| 1,000.00 | | | | 202020 | جمعية سكان الكراسه التعاونية المح | 2021 | 5 |

لا من الصفحة:

CONFIDENTIAL

Shatsky-JD00332

# Exhibit 205

CONFIDENTIAL   [Cut off fax details]                                    SHATSKY-JD01216-T

| Palestine Liberation Organization | [Emblem | Palestine Liberation Organization |
| Commission of Detainees & Ex-detainees Affairs | of the PLO] | Commission of Detainees & Ex-detainees Affairs |
| Gen. Directorate of Legal Affairs | | Gen. Directorate of Legal Affairs |

_9049_          ( 3848 )     Audit

**Special Power of Attorney**

**and Authorization of the Prisoner's Choice of Special Authorized Representative to Receive his Monthly Allowance**

I, the undersigned, the prisoner **Ahmed Hamed Rushdi Hadib**, from Ramallah, **ID number** Redacted **1764, currently located at the A-Naqab Prison**, have appointed and empowered, to act on my behalf and in my stead, **my sister, Lubna Hamed Rushdi Hadib**, from Ramallah, **ID no.** Redacted **5079, by virtue** of this special power of attorney. I hereby authorize and appoint the aforementioned authorized representative to receive my entire allowance or any other sums I am eligible to, be they allowances, financial receivables, outstanding payments, any financial documents, or any **(outstanding) allowances**, and to sign on my behalf all papers and documents and anything related to or required with regard to my financial receivables at the Commission of Detainees & Ex-detainees Affairs, and allocated to prisoners, and to have them deposited into the account of the **authorized representative at** ▮ Redacted ▮ and to take **all** related legal and official measures, to supply the competent general directorate at the commission with all of the disbursement confirmations and documents necessary for depositing the monthly allowance allocated to prisoners in connection to myself, a special power of attorney authorizing its opinions, statements, actions, to be implemented at the Commission of Detainees & Ex-detainee Affairs. This power of attorney and my signature therein shall be deemed notification by me of the cancellation of any other power of attorney preceding this power of attorney, in force or otherwise, and that once any power of attorney whatsoever, of any type or of any origin, preceding this date, is presented, it shall be deemed null and void by me by virtue of this power of attorney [and] the attached authorization, without holding the commission legally responsible in any way.

Issued on 07/27/2017.

**The grantor-prisoner (four-part name):** Ahmed Hamed Rushdi Hadib

**The prisoner's signature:** Ahmed Hadib

I, Adv. **Fadi Abidat**, an attorney at the Commission of Detainees & Ex-detainee Affairs, confirm that said prisoner signed before me and in my presence, on 07/27/2017, in **A-Naqab Prison**, during my visit to him, at his request and at the behest of the Gen. Directorate of Legal Affairs of the Commission of Detainees & Ex-detainee Affairs.

**Attorney's signature and stamp**

**Fadi Abidat**

[Stamp in Hebrew: Adv. Fadi Abidat. License no. 44572]

Authorization of the Gen. Directorate of Legal Affairs on the 07/30/2017
This power of attorney is not and shall not be considered valid without the authorization of the Gen. Directorate of Legal Affairs.

HQ Office: Ramallah, Albireh, [illegible] Marhaba Tel 02-2428605

| Palestine Liberation Organization | Palestine Liberation Organization |
| General Directorate of Prisoners and Ex-Prisoner Affairs | General Directorate of Prisoners and Ex-Prisoner Affairs |
| 07-30-2017 | |
| Issued | Gen. Directorate of |
| Number: _____ | Legal Affairs |

CONFIDENTIAL                                              SHATSKY-JD01216-T

CONFIDENTIAL                                                         SHATSKY-JD01222-T

3448        Old

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form** / old 448882

| Form no.: | | | | | | | |
| Form issuance date: | 5/19/2011 | | Ministry's administration/branch: | | Ramallah | | |

### 1. Basic information concerning the prisoner:

| ID no. (9 digits) | Redacted | | | | | 1 | 7 | | 6 | | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | | Family name   Audit | | | |
| | Ahmad | | Hamed | | Rushdie | | | Hadib | | | |
| Mother's name: | Najah | | | | Gender: | ☑ Male      ☐ Female | | | | | |
| DoB: | Redacted /1979 | | | | Place of birth: | Beit Rima | | | | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☑ High school | | ☐ Diploma | ☐ University | | ☐ Higher education | | | |
| Profession prior to arrest: | Laborer | | | | Organization: | Fatah | | | | | |
| Arrest date: | 6/14/2003 | | | | Place of arrest: | Beer Sheva | | | | | |
| Arrest status: | ☐ Detained | | ☑ Sentenced | ☐ Administrative | | ☐ Free | | | ☐ Other | | |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | 30 | 11 | 24 | | | | |

| Permanent residence: | Governorate: | Ramallah | Residential complex: | Redacted |
|---|---|---|---|---|
| Notes: | | | | |

### 2. Information concerning previous arrests:

No. of previous arrests: __1__ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| 1. | 12/5/2002 | Administrative | 5/11/2003 | Day | Month | Year | |
| 2. | [Erased] | [Erased] | | [Erased] | [Erased] | [Erased] | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                         SHATSKY- JD01222-T

CONFIDENTIAL                                                         SHATSKY-JD01227-T

| Palestine Liberation Organization<br>Commission of Detainees & Ex-<br>detainees Affairs<br>Gen. Directorate of Legal Affairs | [Emblem of<br>the PLO] | Palestine Liberation Organization<br>Commission of Detainees & Ex-<br>detainees Affairs<br>Gen. Directorate of Legal Affairs |

## Special Power of Attorney

### and Authorization of the Prisoner's Choice of Special Authorized Representative to Receive his Monthly Allowance

I, the undersigned, the **prisoner Ahmed Hamed Rushdi** Hadib, from Ramallah,  ID number <sup>Redacted</sup> 1764, **currently located at the A-Naqab Prison,** have appointed and empowered, to act on my behalf and in my stead, **my sister, Lubna Hamed Rushdi Hadib, from Ramallah, ID no.** <sup>Redacted</sup> 5079, by virtue of this special power of attorney. I hereby authorize and appoint  the aforementioned authorized representative to receive my entire allowance or any other sums I am eligible to, <u>be they allowances, financial receivables, outstanding payments, any financial documents,</u> or any **(outstanding) allowances,** and to sign on behalf of me all papers and documents and anything related to are required with regard to my financial receivables at the Commission of Detainees & Ex-detainees Affairs, and allocated to prisoners, and to have them deposited into the account of the authorized representative at ▆▆▆Redacted▆▆▆, and to take all related legal and official measures, to supply the competent general directorate at the commission with all of the disbursement confirmations and documents necessary for depositing the monthly allowance allocated to prisoners in connection to myself, a special power of attorney authorizing its opinions, statements, actions, to be implemented at the Commission of Detainees & Ex-detainee Affairs. This power of attorney and my signature therein shall be deemed notification by me of the cancellation of any other power of attorney preceding this power of attorney, in force or otherwise, and that once any power of attorney whatsoever, of any type or of any origin, preceding this date, is presented, it shall be deemed null and void by me by virtue of this power of attorney [and] the attached authorization, without holding the commission legally responsible in any way.

Issued on 07/27/2017.

**The grantor-prisoner (four-part name):** [handwritten - Ahmed Hamed Rushdi Hadib]

**The prisoner's signature:** [handwritten signature: Ahmed Hadib]

I, Adv. **Fadi Abidat,** an attorney at the Commission of Detainees & Ex-detainee Affairs, confirm that said prisoner signed before me and in my presence, on 07/27/2017, in <u>A-Naqab Prison,</u> during my visit to him, **at his request and at the behest of the Gen. Directorate of Legal Affairs of the Commission of Detainees & Ex-detainee Affairs.**

Attorney's signature and stamp

Fadi Abidat

[Stamp in Hebrew: Adv. Fadi Abidat. Handwritten signature – illegible  Registered number: 44572]

Authorization of the Gen. Directorate of Legal Affairs on the 07/30/2017
This power of attorney is not and shall not be considered valid without the authorization of the Gen. Directorate of Legal Affairs.

HQ Office: Ramallah, Albireh, [illegible] Marhaba Tel 02-2428605

Palestine Liberation Organization

General Directorate of Detainees and Ex-Detainees Affairs

07-30-2017

Issued

Number: _____

Palestine Liberation Organization

General Directorate of Detainees and Ex-Detainees Affairs

Gen. Directorate of Legal Affairs

CONFIDENTIAL

SHATSKY-JD01227-T

# Original

CONFIDENTIAL

SHATSKY-JD01216

Palestine Liberation Organization

Commission of Detainees & Ex-detainees Affairs

Gen. Directorate of Legal Affairs



منظمة التحرير الفلسطينية

هيئة شؤون الأسرى والمحررين

الإدارة العامة للشؤون القانونية

وكالة خاصة ٣٨٤٨

وإقرار أسير باختيار وكيله الخاص باستلام راتبة الشهري

أنا الموقع أدناه الأسير/ أحمد حامد رشدي هديب / من رام الله  هوية رقم ١٧٦٤ Redacted
والموجود في سجن النقب حاليا ، وكالت، وأقمت مقام نفسي وعوضا عن شخصيي الوكيلة الخاصة
شقيقتي – ليلى حامد رشدي هديب / من رام الله  هوية رقم ٥٠٧٩ Redacted ، وبموجب
هذه الوكالة الخاصة أفوض وأوكل واعين الوكيلة الخاصة المذكورة أعلاه باستلام كامل راتبي أو
أي مبالغ لي من رواتب ومستحقات مالية أو متأخرات أو أي مستندات ماليه أو أي رواتب (
متأخرات ) وفي التوقيع نيابة عني على جميع الأوراق والمستندات وكل ما يلزم ويتعلق بمستحقاتي
المالية لدى هيئة شؤون الأسرى والمحررين ، والمخصصة للأسرى ، وتحويلها على حساب
الوكيلة المذكورة في Redacted والقيام بكافة
الإجراءات القانونية والرسمية الخاصة بذلك وتزويد الإدارة المختصة بالهيئة بكافة معززات الصرف
والأوراق اللازمة لغايات تحويل الرتب الشهري الخاص بالأسرى والمتعلق بي ، وكالة خاصة
مفوضة لرأيه وقوله وفعله ويعمل بها فقط لدى هيئة شؤون الأسرى والمحررين ، وتعتبر هذه الوكالة
وتوقيعي عليها إشعار مني بإلغاء أية وكالة أخرى سابقة لتاريخه هذه الوكالة سواء كان ساري العمل
بها أم لا لدى الهيئة المذكورة أعلاه ، وإنه بمجرد عرض أي وكالة مهما كان نوعها أو مصدرها
سابقة لهذا التاريخ تعتبر لاغيه وملغاة من قبلي بموجب هذه الوكالة والإقرار ، ودون تحميل الهيئة
أي مسؤولية قانونية ، تحريرا في ٧ / ٧ /.٢٠١٧ م .

الموكل الأسير (الأسم الرباعي) :- احمد حامد رشدي هديب

توقيع الأسير :- احمد هديب

أنا المحامي قادي عبيدات محامي هيئة شؤون الأسرى والمحررين أصادق بان الأسير المذكور أعلاه وقع أمامي
وبحضوري بتاريخ ٧ / ٧ /٢٠١٧ م  في سجن النقب أثناء زيارتي له بناءً على طلبه وتكليف من الإدارة
العامة للشؤون القانونية ، هيئة شؤون الأسرى والمحررين .

توقيع وختم المحامي
قادي عبيدات
פאדי עבידאת, עו״ד
מ.ר. 44572

مصادقة الإدارة العامة للشؤون القانونية بتاريخ ٣٠ / ٧ /.٢٠١٧م

لا تسري ولا تعتبر هذه الوكالة ساري العمل بها دون مصادقة الإدارة العامة للشؤون القانونية.

منظمة التحرير الفلسطينية
هيئة شؤون الأسرى والمحررين
HQ Office: Ramallah/Albireh, Natch Marhaba Tel 02-2428605 , ت 02-2428605
٣٠-٠٧-٢٠١٧
صادر
الرقم :

CONFIDENTIAL

SHATSKY-JD01216

CONFIDENTIAL

SHATSKY-JD01218





Nₒ  50054

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr      AHMAD HAMED ROSHDI  HDIEB

From      RAMALLAH                                              ID NO. Redacted 176-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :      14.06.2003

He is to date :          Sentenced

Length of sentence / administrative period : 24.11.30 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXX XXXXXXX



اللجنة الدولية للصليب الأحمر

هذه الشهادة سارية غير فعال فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصاليب الأحمر بأن:

السيد/ة الأنسة   احمد حامد رشدي هذيب

من    Redacted ٧٦ : رقم هوية

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٦ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري ـ

محكوم/ة أو إداري لمدة _____ لمدة _____

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date    27.03.2007

التاريخ

Place    RAMALLAH/NA

المكان

SANDRINE DUCREST
ICRC Delegate
توقيع مندوب اللجنة

CERTIFIED UPDATE
26 -11- 2012
International Committee
of the Red Cross

CONFIDENTIAL

SHATSKY-JD01218

CONFIDENTIAL                                                                 SHATSKY-JD01220

№ 50054



## TO WHOM IT MAY CONCERN

CICR

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr.   AHMAD HAMED ROSHDI  HDIEB

From    RAMALLAH                                        ID NO: Redacted 76-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   14.06.2003

He is to date :        Sentenced

Length of sentence / administrative period : 24.11 30 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة    احمد حامد رشدي هديب

من ____ رام الله _____   هوية رقم   Redacted ٧٦٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___١٤__ / شهر حزيران/ سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __×__ إداري _____

محكوم/ة أو إداري لمدة ____ اربعة وعشرون سنه واحدى عشرة شهرا وثلاثون يوما

وهو/هي أطلق سراحة/ها في يوم _____ ×× / شهر ____ ×× / سنة ____ ××

Date:  27.03.2007

التاريخ

Place:  RAMALLAH/NA

المكان

SANDRINE DUCREST

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL                                                                 SHATSKY-JD01220

CONFIDENTIAL

SHATSKY-JD01221



№   50054

## TO WHOM IT MAY CONCERN

**CICR**

This certificate is valid only if the English and Arabic parts match each other

3848

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     AHMAD HAMED ROSHDI  HDIEB

From :     RAMALLAH                    ID NO: Redacted 176-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     14.06.2003

He is to date :          Sentenced

Length of sentence / administrative period : 24.11.30 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXX



**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة   احمد حامد رشدي هديب

من   رام الله   هوية رقم : ٧٦٤ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر حزيران/ سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة ـــ × ـــ إداري ـــــــ

محكوم/ة أو إداري لمدة ـــــــ اربعة وعشرون سنه واحــدى عشره شهرا وثلاثون يوما

وهو/هي أطلق سراحة/ها في يوم ـــ ×× ـــ / شهر ـــ ×× ـــ / سنة ـــ ×× ـــ

Date:   27.03.2007

التـاريـخ

Place:   RAMALLAH/NA

المكــان



SANDRINE DUCREST
Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01221

CONFIDENTIAL
SHATSKY-JD01222



Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

**448882** استمارة الأسير الرئيسية / اصريم

| | | | | رقم الاستمارة: |
|---|---|---|---|---|
| رام الله | المديرية/فرع الوزارة: | ٢٠١١ / ٥ / ١٩ | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير :**

| | | | | | |
|---|---|---|---|---|---|
| | ١ | ٧ | ٦ | ٤ | رقم الهوية: (تسع خانات) |
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: |
| حرب | مشارق | دراسر | احمد | | |
| الجنس: ☐ ذكر ☐ أنثى | | اكا ن | | | اسم الأم: |
| مكان الولادة: بيست دبيا | ٣٦.٦٧٩ Redacted | | | | تاريخ الميلاد: |
| ☐ جامعي ☐ دراسات عليا ☐ ثانوي ☐ الأساسية ☐ أمي | | | | | المؤهل العلمي: |
| التنظيم: فتح | | عامل | | | المهنة قبل الأسر: |
| مكان الاعتقال: دير الاستيع | | ٢٠١٤ / ٦ / ١ | | | تاريخ الأسر: |
| ☐ إداري ☐ محرر ☐ أخرى | | ☐ محكوم ☐ موقوف | | | الوضع الاعتقالي: |
| تاريخ الإفراج المتوقع حسب قرار الحكم: | العام | الشهر | اليوم | | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
| | | ١١ | ٣٠ | | |
| Redacted التجمع السكاني: | رام الله | المحافظة: | | | العنوان الدائم: |
| | | | | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد: مرات الاعتقال السابقة: ........ فقط المثبت بشهادة صليب، وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | يوم | شهر | سنة | | | | |
| | | | | ٢٠٠٧/٤/١١ | اداري | ٢٠٠٤/٥/٥ | 1. |
| | | | | | | | 2. |
| | | | | | | | 3. |
| | | | | | | | 4. |
| | | | | | | | 5. |
| | | | | | | | 6. |

1

CONFIDENTIAL
SHATSKY-JD01222

CONFIDENTIAL

SHATSKY-JD01225



№  50054

## TO WHOM IT MAY CONCERN



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that

Mr   AHMAD HAMED ROSHDI  HDIEB

From   RAMALLAH                                      ID NO: Redacted 176-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   14.06.2003

He is to date:        Sentenced

Length of sentence / administrative period :  24 11 30 Period in years, months, days

He/She was released on (dd/mm/yyyy)  XXXX.XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حاله تطابق بياناتها باللغتين العربيه و الانجليزيه

استنادا الى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بان
السيد/ة                              احمد حامد رشدي هديب
من                              هوية رقم  Redacted
كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم                      / تم اعتقاله/ها بتاريخ
وهو/هي في هذا التاريخ : ينتظر المحاكمة                      محكوم/ة                      إداري
محكوم/ة او إداري لمدة                                              سنة / شهر / يوم
وهو/هي أطلق سراحه/ها في يوم                      / شهر                      / سنة

Date   27.03.2007
التاريخ

Place   RAMALLAH/NA
المكان

SANDRINE DUCREST
ICRC Delegate
مندوب اللجنة

CERTIFIED UPDATE

1 9 -05- 2011

ICRC
International Committee
of the Red Cross

CONFIDENTIAL

SHATSKY-JD01225

CONFIDENTIAL

Palestine Liberation Organization

Commission of Detainees & Ex-detainees Affairs

Gen. Directorate of Legal Affairs



منظمة التحرير الفلسطينية

هيئة شؤون الأسرى والمحررين

الإدارة العامة للشؤون القانونية

SHATSKY-JD01227

## وكالة خاصة

### وإقرار أسير بإختيار وكيله الخاص باستلام راتبة الشهري

أنا الموقع أدناه الأسير Redacted أحمد حامد رشدي هديب / من رام الله هوية رقم ١٧٦٤

والموجود في سجن النقب حاليا ، وكالت، وأقمت مقام نفسي وعوضا عن شخصي الوكيلة الخاصة

– شقيقتي – لبنى حامد رشدي هديب / من رام الله ، هوية رقم ٥٬٠٧٩ Redacted ، وبموجب

هذه الوكالة الخاصة أفوض وأوكل وأعين الوكيلة الخاصة المذكورة أعلاه باستلام كامل راتبي أو

أي مبالغ لي من رواتب، ومستحقات مالية أو متأخرات أو أي مستندات ماليه أو أي رواتب (

متأخرات ) وفي التوقيع نيابة عني على جميع الأوراق والمستندات وكل ما يلزم ويتعلق بمستحقاتي

المالية لدى هيئة شؤون الأسرى والمحررين ، والمخصصة للأسرى ، وتحويلها على حساب

الوكيلة المذكورة في Redacted والقيام بكافة

الإجراءات القانونية والرسمية الخاصة بذلك وتزويد الإدارة المختصة بالهيئة بكافة معززات الصرف

والأوراق اللازمة لغايات تحويل الرتب الشهري الخاص بالأسرى والمتعلق بي ، وكالة خاصة

مفوضه لرأيه وقوله وفعله ويعمل بها فقدل لدى هيئة شؤون الأسرى والمحررين ، وتعتبر هذه الوكالة

وتوقيعي عليها إشعار مني بإلغاء أية وكالة أخرى سابقة لتاريخ هذه الوكالة سواء كان ساري العمل

بها أم لا لدى الهيئة المذكورة أعلاه ، وإنه بمجرد عرض أي وكالة مهما كان نوعها أو مصدرها

سابقة لهذا التاريخ تعتبر لاغيه وملغاة من قبلي بموجب هذه الوكالة والإقرار ، ودون تحميل الهيئة

أي مسؤولية قانونية ، تحريرا في ٧ / ٧ / ٢٠١٧م .

الموكل الأسير (الأسم الرباعي) :– احمد مرشدي هديب

توقيع الأسير :– احمد هديب

أنا المحامي فادي عبيدات  محامي هيئة شؤون الأسرى والمحررين أصادق بأن الأسير المذكور أعلاه وقع أمامي

وبحضوري بتاريخ ٧/ ٧/ ٢٠١٧ م  في سجن النقب أثناء زيارتي له بناءً على طلبه وتكليف من الإدارة

العامة للشؤون القانونية ، هيئة  شؤون الأسرى والمحررين .

توقيع  وختم المحامي

فادي عبيدات

פאדי עבידאת, עו"ד
מ.ר. 44572

مصادقة الإدارة العامة للشؤون القانونية بتاريخ ٣٠ / ٧ / ٢٠١٧م

لا تسري ولا تعتبر هذه الوكالة ساري العمل بها دون مصادقة الإدارة العامة للشؤون القانونية.

منظمة التحرير الفلسطينية
هيئة شؤون الأسرى والمحررين

HQ Office: Ramallah Al-Bireh Al-Balou' Marhaba Tel 02-2428605 ، ت 02-24

3 0 -07- 2017

صادر

الرقم:

CONFIDENTIAL
SHATSKY-JD01228



№ 50054

3848

## TO WHOM IT MAY CONCERN

**CICR**

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **AHMAD HAMED ROSHDI  HDIEB**

From :   **RAMALLAH**                               ID NO: Redacted **176-4**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **14.06.2003**

He is to date :   Sentenced

Length of sentence / administrative period : 24.11.30 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر



هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ احمـــد حامـــد رشدي هديب ___

من ___ رام الله ___ هوية رقم Redacted ١٧٦٤ ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ١٤ / شهر حزيران / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ___ × ___ إداري ___

محكوم/ة أو إداري لمدة ___ اربعة وعشرون سنه واحــدى عشره شهرا وثلاثون يوما

وهو/هي أطلق سراحة/ها في يوم ___ ×× / شهر ___ ×× ___ / سنة ___ ××

Date:   **27.03.2007**

التاريـخ

Place:   **RAMALLAH/NA**

المكـــان



SANDRINE DUCREST
Délegate

توقيع مندوب اللجنة

0 2 -12- 2015

CONFIDENTIAL
SHATSKY-JD01228

CONFIDENTIAL                                                                    SHATSKY-JD01232



№   50064

## TO WHOM IT MAY CONCERN



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross certifies that :

Mr:     AHMAD HAMED ROSHDI  HDIEB

From     RAMALLAH                                    ID NO: Redacted 176-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **14.06.2003**

He is to date :          Sentenced

Length of sentence / administrative period : 24 11.30 Period in years, months, days

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة        احمد حامد رشدي هديب

من          رام الله          هوية رقم     Redacted ١٧٦٤

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___١٤___ / شهر حزيران / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___x___ إداري _____

محكوم/ة او إداري لمدة ___أربعة وعشرين سنة واحدى عشرة شهرا وثلاثون يوما

وهو/هي أطلق سراحة/ها في يوم ___xx___ / شهر ___xx___ / سنة ___xx___

Date:   **27.03.2007**

التاريـخ

Place:   RAMALLAH/NA

المكـان

SANDRINE DUCREST
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL                                                                    SHATSKY-JD01232

Exhibit 206



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. | 9049 | | | | | | | |
| Prisoner Name | Ahmed Hamad Rushdie Hadib | | | | Document no. | 904271764 | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | Redacted | | | | | |

Confidential

Shatsky-JD00009-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no.: | 9049 | | | | | | | |
| Prisoner Name: | Ahmed Hamad Rushdie Hadib | | | | Document no. | 904271764 | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| Redacted | | | | | | | |
| 4 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 5 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 6 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 7200.00 |
| 7 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 8 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 9 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | Redacted | | 6800.00 |
| 10 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 11 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 12 | 2020 | Lubna Hamad Hadib | Redacted 5079 | | | | 7200.00 |
| 1 | 2021 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |
| 2 | 2021 | Lubna Hamad Hadib | Redacted 5079 | | | | 6800.00 |

Confidential

Shatsky-JD00010-T

Original



كشف راتب أسير

| رقم الأسير | 9049 |
| اسم الأسير | احمد حامد رشدي هديب |

| رقم الوثيقة | 904271764 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستود | السنة | الشهر |

Redacted

2 من | صفحة

CONFIDENTIAL

Shatsky-JD00009



كشف رواتب أسير

| رقم الأسير | 9049 | | | | | رقم الوثيقة | 904271764 |
| اسم الأسير | أحمد حامد رشدى هديب |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| | | Redacted | | | | | |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 4 |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 5 |
| 7,200.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 6 |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 7 |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 8 |
| 6,800.00 | | Redacted | | Redacted 5079 | أماني حامد هديب | 2020 | 9 |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 10 |
| 6,800.00 | | | | 5079 | أماني حامد هديب | 2020 | 11 |
| 7,200.00 | | | | Redacted 5079 | أماني حامد هديب | 2020 | 12 |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2021 | 1 |
| 6,800.00 | | | | Redacted 5079 | أماني حامد هديب | 2021 | 2 |

2 من 2 صفحة

CONFIDENTIAL

# Exhibit 207

CONFIDENTIAL                                                    Shatsky-JD01182-T

03-02-'20  02:12  FROM- legal affairs      ▲ 2411319      T-310      P0002/0002 F-378

                                      2411319

                                      ⬭ 8757 ⬭

                        **Special Power of Attorney**

        **and Authorization of the Prisoner's Choice of Special Authorized Representative**

I, the undersigned, the **prisoner Tamer Rassem Salim Al-Rimawi, from Ramallah, ID number** ^Redacted^**0909, currently located at Rimon Prison**, have appointed and empowered, to act on my behalf and in my stead, <u>my sister</u>, **Haya Rassem Salim Al-Rimawi, from Ramallah, ID no.** ^Redacted^**0701**, as a special authorized representative by virtue of this special power of attorney. I hereby authorize and appoint  the aforementioned authorized representative to receive my entire allowance or any allowance sums or sums I am entitled to, or financial documents, and to sign on behalf of me all papers and documents and any rights, allowances, receivables or outstanding balances I am eligible to receive, and to have them deposited into the authorized representative's bank account, and to take all related legal and official measures, to supply the commission and the competent authorities with all of the disbursement confirmations and documents, a special power of attorney authorized her opinions, statements, actions, to be implemented after being authorized by the relevant competent legal authorities. This power of attorney and my signature therein shall be deemed notification by me of the cancellation of any other power of attorney preceding this power of attorney, in force or otherwise, and that once any power of attorney whatsoever, of any type or of any origin, preceding this date, is presented, it shall be deemed null and void by me by virtue of this power of attorney [and] the attached authorization, without holding any entity legally responsible.

Issued on 3/8/2020.

**The grantor-prisoner (full name):  -**

**The prisoner's signature:** [handwritten signature: <u>Tamer Rassem Salim Al-Rimawi</u>]

I, Adv. **Yusuf Mathia**, confirm that said prisoner signed before me and in my presence, on 3/8/2020, in Rimon Prison, during my visit to him, at his request or at the request of the family of said prisoner.

                                      Attorney's signature and stamp

                                      Yusuf Mathia

             [stamp – Adv. Youssef Mathia, L.N. 2096][handwritten signature- Illegible ]

```
Palestine Liberation Organization
General Directorate of Detainees and Ex-
            Detainees Affairs
   General Directorate of Legal Affairs
        [handwritten- illegible]
            03-15-2020
         Number: D.M.
```

```
Palestine Liberation Organization
General Directorate of Detainees and Ex-
            Detainees Affairs
  General Directorate of Legal Affairs
            03-15-2020
         Number: D.M.
```

CONFIDENTIAL                                                    SHATSKY-JD01182-T

Original

CONFIDENTIAL

03-02-'20 02:12 FROM- legal affairs          ▲2411319                    T-310  P0002/0002 F-378

2411319



وكاله خاصة

وإقرار أسير بإختيار وكيله الخاص

Redacted

أنا الموقّع أدناه الأسير/ تامر راسم سليم الريماوي  / من رام الله هوية رقم ٠٩٠٩ والموجود في سجن ريمون حالياً ، وكلت وأقمت مقام نفسي وعوضنا عن شخصي الوكيلة Redacted الخاصة – شفيّقّى – هيا راسم سليم الريماوي  – من رام الله ، هوية رقم ٠٧٠١ ، ويموجب هذه الوكالة الخاصة أفوض وأوكل وأعين الوكيلة الخاصة المذكورة أعلاه في التوقيع والإستلام نيابة عني على جميع الأوراق والمستندات، وكل ما يلزم ويخصني من مستحقات ومتأخرات وحقوق وروات ، وإستلامها والإقرار بها وتحويلها على حساب الوكيلة البنكي ، والقيام بكافة الإجراءات القانونية والرسمية الخاصة بذلك وبزوده الإدارت والجهات المختصة بكافة المعززات والأوراق اللازمة وكالة خاصة مفوضة لرأيها وقولها وفعلها وبعملها بها بعد مصادقتها من الجهات القانونية المختصة ، وتعتبر هذه الوكالة وتوقيعي عليها لحين إشعار مني بإلغاء أية وكالة أخرى سابقة لتاريخ هذه الوكالة سواء كان ساري العمل بها أم لا ، وأنه بمجرد عرض أية وكالة مهما كان نوعها أو مصدرها سابقة لهذا التاريخ تعتبر لاغيه وملغاة من قبلي بموجب هذه الوكالة والإقرار،ودون تحميل أية جهة مسؤولية قانونية تحريرا في ٨ / ٣ /٢٠٢٠ م .

الموكل الأسير (الأسم الرباعي) :-

توقيع الأسير:- تامر راسم سليم الريماوي

أنا المحامي يوسف متيا أصادق بأن الأسير المذكور أعلاه وقع أمامي وبحضوري بتاريخ ٨ / ٣/٢٠٢٠ م في سجن ريمون أثناء زيارتي له بناءً على طلبه و/أو ذوي الأسير المذكور .

توقيع وختم المحامي:
يوسف متيا

المحامي يوسف متيا
Adv. Youssef Mathu.
L.N. 2096

15-03-2020

CONFIDENTIAL

SHATSKY-JD01183





№ 45919

## TO WHOM IT MAY CONCERN

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     TAMER RASSEM SALIM  RIMAWI

From :     RAMALLAH                                      ID NO: Redacted)90-9

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     28.05.2003

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ تامــر راسم سليم الريماوي _____

من ـــرام اللـــه _____ ، _____ هوية رقم ____ ٩.٩ Redacted _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ ٢٨ / شهر ايار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ____ × ____ إداري ____

محكوم/ة أو إداري لمدة ____ مــؤبــد _____

وهو/هي أطلق سراحة/ها في يوم _____xx / شهر _____xx / سنة ____ xx

Date:   22.09.2005

التــاريــخ

Place:  RAMALLAH/NA

المكان

BENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01183

CONFIDENTIAL

SHATSKY-JD01184



## TO WHOM IT MAY CONCERN

№ 45819

CICR

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **TAMER RASSEM SALIM  RIMAWI**

From :   **RAMALLAH**                    ID NO: Redacted 090-9

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **28.05.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ تامــــر راسم سليم الريماوي _____

من ____ رام الله _____، _____ هوية رقم ___ Redacted .٩.٩__

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ ٢٨ / شهر ايار / سنة ___ ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___ × ____ إداري _____

محكوم/ة أو إداري لمدة _____ مـــؤبـــد _____

وهو/هي أطلق سراحة/ها في يوم ____ xx___ / شهر _____ xx_____ / سنة ____ xx___

Date:  **22.09.2005**

التــــاريــــخ

Place:  **RAMALLAH/NA**

المكـــــان

CERTIFIED UPDATE
16-12-2019
International Committee
of the Red Cross

BENNO KOCHER
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01184

CONFIDENTIAL                                                                SHATSKY-JD01185



№   45809

## TO WHOM IT MAY CONCERN



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     **TAMER RASSEM SALIM RIMAWI**

From :    **RAMALLAH**                        ID NO: Redacted**090-9**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **28.05.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ تامـــر راسم سليم الريماوي _____

من _____ بـــلماللـــــه _____ هوية رقم Redacted ـ٩.٩ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____٢٨ / شهر ايار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ____×____ إداري _____

محكوم/ة أو إداري لمدة _____ مــــؤبـــد

وهو/هي أطلق سراحة/ها في يوم ____xx____/ شهر ____xx____ / سنة ____xx____

Date:   **22.09.2005**
التــاريـــخ





BENNO KOCHER
ICRC Delegate

Place:  **RAMALLAH/NA**
المكـــان                                       توقيع مندوب اللجنة

CONFIDENTIAL                                                                SHATSKY-JD01185

CONFIDENTIAL

SHATSKY-JD01186



**№  45809**

## TO WHOM IT MAY CONCERN

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **TAMER RASSEM SALIM  RIMAWI**

From :    **RAMALLAH**     ID NO: Redacted**090-9**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **28.05.2003**

He is to date :    Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ تامر راسم سليم الريماوي _____

من ___ رام الله ___ هوية رقم Redacted.٩٠٩

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ٢٨ / شهر ايار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___×___ إداري _____

محكوم/ة أو إداري لمدة ____ مؤبد ____

وهو/هي أطلق سراحة/ها في يوم ___xx___ / شهر ___xx___ / سنة ___xx___

Date:  **22.09.2005**

التـاريـخ

Place:  **RAMALLAH/NA**

المكــان

**BENNO KOCHER**
ICRC Delegate
توقيع مندوب اللجنة

14  02  2015

CONFIDENTIAL

SHATSKY-JD01186

CONFIDENTIAL

SHATSKY-JD01188



للدماهرمسن / تعديل الراتب / كزمهم عشرة سنوات

№   45809



## TO WHOM IT MAY CONCERN

الناكشفنا...

6757

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **TAMER RASSEM SALIM  RIMAWI**

From :   **RAMALLAH**                    ID NO: Redacted **090-9**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **28.05.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ نامر راسم سليم الريماوي _____

من ___ رامالله _____ هوية رقم / Redacted ٩٠٩ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٨ / شهر ايار / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___ × ___ إداري _____

محكوم/ة أو إداري لمدة _____ مؤبد _____

وهو/هي أطلق سراحة/ها في يوم _____ xx ___/ شهر _____ xx _____ / سنة _____ xx _____

Date:   **22.09.2005**

التاريخ

Place:   **RAMALLAH/NA**

المكان

BENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01188

CONFIDENTIAL

SHATSKY-JD01189

## TO WHOM IT MAY CONCERN

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr.     TAMER RASSEM SALIM   RIMAWI

From     RAMALLAH     ID NO: Redacted 090-9

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     28.05.2003

He is to date :     Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها بالختمين العربية والإنجليزية

استنادا إلى المعلومات الواردة من قبل السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة     تامر راسم سليم الريماوي

من     رام الله     هوية رقم  Redacted ٩٠٩

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم  ٢٨  / شهر  أيار  / سنة  ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة  ×  إداري _____

محكوم/ة أو إداري لمدة  مـــــــؤبـــــد

وهو/هي أطلق سراحه/ها في يوم ____ xx ____ / شهر __ xx __ / سنة  xx

Date:   22.09.2005

التاريخ:

Place:   RAMALLAH/NA

المكان:

**CERTIFIED UPDATE**

02 -12- 2012

International Committee
of the Red Cross

BENNO KOCHER

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01189

Exhibit 208

Prisoner Salary Statement

| Prisoner no. 10944 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Prisoner Name:  Tamer[*] Rassem Salim Rimawi | | | Document no. 907890909 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00285-T

Prisoner **Salary** Statement

Prisoner no. 10944
Prisoner Name:  Tamer[*] Rassem Salim Rimawi          Document no. 907890909

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 7

Confidential                                                                    Shatsky-JD00286-T

Prisoner Salary Statement

| Prisoner no. 10944 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Tamer[*] Rassem Salim Rimawi | | | | Document no. 907890909 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 3 of 7

Confidential

Shatsky-JD00287-T

Prisoner Salary Statement

Prisoner no. 10944
Prisoner Name:  Tamer[*] Rassem Salim Rimawi                    Document no. 907890909

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 4 of 7

Confidential                    Shatsky-JD00288-T



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Salary Statement | | | | | | | |
| Prisoner no. 10944 | | | | | | | |
| Prisoner Name:  Tamer[*] Rassem Salim Rimawi | | | | Document no. 907890909 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Page 5 of 7

Shatsky-JD00289-T

## Prisoner Salary Statement

Prisoner no. 10944
Prisoner Name:  Tamer[*] Rassem Salim Rimawi          Document no. 907890909



| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |
| 4 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 5 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |

Page 6 of 7

Confidential                                                    Shatsky-JD00290-T

## Prisoner Salary Statement

Prisoner no. 10944
Prisoner Name: Tamer[*] Rassem Salim Rimawi          Document no. 907890909

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 6 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 7,200.00 |
| 7 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 8 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 9 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 10 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 11 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | Redacted | | 6,800.00 |
| 12 | 2020 | Haya Rassem Rimawi | Redacted 0701 | | | | 7,200.00 |
| 1 | 2021 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 2 | 2021 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 3 | 2021 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 4 | 2021 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |
| 5 | 2021 | Haya Rassem Rimawi | Redacted 0701 | | | | 6,800.00 |

Page 7 of 7

Confidential

Shatsky-JD00291-T

# Original



كشف راتب أسير

رقم الأسير 10944
اسم الأسير ثائر رأس سليم الريسوي

رقم الوثيقة 907890903

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | قسم |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00285



كشف راتب أخير

رقم الأخير 1094-4
اسم الأصول   تمر و شهيدالم الرضاوي

رقم البطاقة 907890909

| الشهر | السنة | اسم المستفيد | | رقم البطاقة | الثانى | | الدرع | | رقم الحساب | أذن الية |
|---|---|---|---|---|---|---|---|---|---|---|

Redacted

7 من/الصفحة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00287



CONFIDENTIAL

Shatsky-JD00288



كشف راتب أسير

رقم الأسير   10944
اسم الأسير   نائل وليم سليم الريماوي

رقم الوجبة   907890900

| الراتب | رقم الحساب | النوع | البنك | رقم البطاقة | اسم المستفيد | البنية | الشهر |
|--------|-----------|-------|-------|-------------|-------------|--------|-------|

Redacted

CONFIDENTIAL

Shatsky-JD00289



كشف راتب أسير

| رقم الأسير | 15944 |
| اسم الأسير | تامر راسم سليم الريماوي |

رقم الهوية: 907800900

CONFIDENTIAL

كشف راتب أسير

| | رقم الأسير | 10944 |
| رقم الزنزانة 907890909 | اسم الأسير | ... اسم سليم البرامزة ... |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | الاسم التوضيحي | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,200.00 | | | | Redacted 0701 | ... راسم البرمازي | 2020 | 5 |
| 6,800.00 | | | | Redacted 0701 | ... راسم البرمازي | 2020 | 7 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2020 | 8 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2020 | 9 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2020 | 10 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2020 | 11 |
| 7,200.00 | | Redacted | | Redacted 0701 | ... البرمازي | 2020 | 12 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2021 | 1 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2021 | 2 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2021 | 3 |
| 6,800.00 | | | | Redacted 0701 | ... البرمازي | 2021 | 4 |
| 6,800.00 | | | | Redacted 0701 | ... راسم البرمازي | 2021 | 5 |

CONFIDENTIAL

Shatsky-JD00291

# Exhibit 209

CONFIDENTIAL                                                                          SHATSKY-JD01697-T

*Case renewal*

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 5 | 3 | 2 | 9 | 9 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/16/2011 | | Ministry's administration/branch: | | | Bethlehem | | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 9 | 2 | | 7 | 6 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | | |
| | Ali | | Mohamed | | Hammad | | Haliel | | |
| Mother's name: | Sahliya | | | Gender: | | ☑ Male | | ☐ Female | |
| DoB: | Redacted /1985 | | | Place of birth: | | Bethlehem | | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☑ High school | ☐ Diploma | ☐ University | | ☐ Higher education | | |
| Profession prior to arrest: | Student | | | Organization: | | Fatah | | | |
| Arrest date: | 3/6/2004 | | | Place of arrest: | | | | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | | ☐ Administrative | | ☐ Free | | ☐ Other | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | | Day | Month | Year | |
| | Life term | | | | | | | | |
| Permanent residence: | Governorate: | | Bethlehem | Residential complex: | | Redacted | | | |
| Notes: | | | | | | | | | |

**2. Information concerning previous arrests:** ___N/A___ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                          SHATSKY-JD01697-T

Original

CONFIDENTIAL

SHATSKY-JD01689



№  03103

## TO WHOM IT MAY CONCERN

  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **ALI MOHAMMAD HAMMAD  HLAYEL**

From :   **BETHLEHEM**                     ID NO: Redacted **927-6**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **06.03.2004**

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة   علي محمد حماد هليل

من   بيت لحم   هوية رقم _____ 927-6 __ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __6__ / شهر __3__ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __X__ إداري _____

محكوم/ة أو إداري لمدة مدى الحياة _____

وهو/هي أطلق سراحة/ها في يوم x x x / شهر x x x / سنة x x x

Date:  **16.04.2006**                     التـاريـخ

Place:  **BETHLEHEM/NR**                  ICRC Delegate

المكـان                                   توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01689

CONFIDENTIAL

SHATSKY-JD01690

00110

## INTERNATIONAL COMMITTEE OF THE RED CROSS

وكــالــة

انا الموقع أدناه عـلـى مـحـمـد حمـاد هليل

هويـة رقم ٩٢٧٦ Redacted من (البلدة) بيت لحم المسجـون حاليا في نفخة

بموجب هذه الوكالة أفوض رنـد مـحـمـد حمـاد جعبـه هويـة رقم ٦٩٥ Redacted

من (البلدة) بيت لحم بخصوص التفويضات التالية :

☐ خـاص بالبنــوك: سـحـب كـل (حـدد المـدة) مــبلـغ _____

(المبلغ كتابة) _____ ) من حسابي رقم _____

لدى بنك _____ فرع _____

☐ بيـع أو التنـازل عـن _____

☑ لأغراض أخـرى (حـدد): استلام مخصصاتي من هيئة شؤون الأسرى والمحررين / بيت لحم و تحويلها حسابي الخاص.

مفعول هـذه الوكالة   ☐ ساري لمدة (حدد) _____   ☑ ساري لأجل غير مسمى

إن مسؤولية اللجنة الدولية للصليب الأحمر تقتصر فقط على إيصـال هذه الوكـالة إلى الوكـيل، ولا تتحمل أي مسـؤولية أخـرى مستقبــلاً كمـا وتشهد اللجنة أن السجين المذكور أعلاه قد وقع هـذه الوكالة بحضور مندوبها

بتاريخ: ٢٠١٩.٧.١٤   توقيـع السجين: علي محمد حماد هليل

## POWER OF ATTORNEY

I the undersigned   Ali Mohammad Hammad Helayel

ID Nbr   Redacted 9276   from   Bethlehem   presently detained in   Nafkha   hereby,

authorize, randa Mohmmad Hammad Joaabeh   ID Nbr   Redacted 0695

phone #   _____ from   Bethlehem   concerning the following authorization:

☐ For Banks: To withdraw every _____ the amount of _____

(amount in words: _____ ) from my account

Nbr. _____ at _____ bank at _____ branch.

☐ Selling or alienating _____

☐ Others (specify) :   Receiving my allocations from the committie of freed detainees and transfer it ti her account.

Validity of this power of attorney is:   ☐ Limited to: _____   ☐ Unlimited

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory. No further responsibilities can be put forward to the institution.

This is to certify that the a/m prisoner has signed this PoA in the presence of the ICRC delegate on

Date: 14.7.2019   Delegate's Signature

CONFIDENTIAL

SHATSKY-JD01690

CONFIDENTIAL
SHATSKY-JD01692



## TO WHOM IT MAY CONCERN

№ 03103



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **ALI MOHAMMAD HAMMAD   HLAYEL**

From :   **BETHLEHEM**                        ID NO: Redacted327-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :      **06.03.2004**

He is to date :           Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ــــــــ علي محمد حماد هليل ـــــــ

من ـــــ بيت لحم ــــ هوية رقم ــــــ Redacted327-6 ـــــ

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ــ٦ـ / شهر ـ٣ـ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة ــ X ـ إداري ــــــ

محكوم/ة أو إداري لمدة ـــ مدى الحياة ــــ

وهو/هي أطلق سراحة/ها في يوم ـ x x x ـ / شهر ـ x x x ـ / سنة ـ x x x ـ

Date:   **16.04.2006**

التاريخ

Place:   **BETHLEHEM/NR**

المكان

ELISA QUERCI
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL
SHATSKY-JD01692

CONFIDENTIAL                                                                      SHATSKY-JD01693



13161                              تصریح اعتقال          № 03103

## TO WHOM IT MAY CONCERN

**CICR**   This certificate s valid only if the English and Arabic parts match each other

According to the information re eived from the Israeli Authorities, the International Committee of

the Red Cross certifies that :

Mr:   **ALI MOHAMMAD HAMMAD  HLAYEL**

From :   **BETHLEHEM**                              ID NO: Redacted 27-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **06.03.2004**

He is to date :       Senter ed

Length of sentence / administra ve period : life sentence

He/She was released on (dd/mr /yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها بال تين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة ا ولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ علي محمد حمد هليل ____

من ___ بيت لحم ___ هوية رقم ___ 6-7-27  Redacted 9 ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ / ش ر ___ / سنة ___

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___ . ___ إداري _____

محكوم/ة أو إداري لمدة ___ مدى الحياة ___

وهو/هي أطلق سراحة/ها في يوم ___ x x x / شهر ___ x x x / سنة ___ x x x

Date:   **16.04.2006**

التـاريـخ

Place:   **BETHLEHEM/NR**

المكـان

19 00 2015                        ELISA QUERCI
                                   ICRC Delegate
International Committee
   of the Red Cross               توقيع مندوب اللجنة

CONFIDENTIAL                                                                      SHATSKY-JD01693

CONFIDENTIAL

SHATSKY-JD01694



*45.3 299*          زيادة ساب



## TO WHOM IT MAY CONCERN

№ 03103

*2i7*

**CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **ALI MOHAMMAD HAMMAD  HLAYEL**

From :   **BETHLEHEM**                                    ID NO: Redacted **927-6**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **06.03.2004**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة    علي   محمد   حماد   هليل

من   بيت لحم                   هوية رقم   6 - 7 Redacted 92

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم   6 / شهر   3 / سنة   2004

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة   X   إداري _____

محكوم/ة أو إداري لمدة   مدى الحياة

وهو/هي أطلق سراحة/ها في يوم   x x x / شهر   x x x / سنة   x x x

Date:  **16.04.2006**

التـاريــخ

Place:  **BETHLEHEM/NR**

المكــان

*25 -02- 2014*

ELISA QUERCI
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01694

CONFIDENTIAL

SHATSKY-JD01695



№   03103

**TO WHOM IT MAY CONCERN**

## CICR

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **ALI MOHAMMAD HAMMAD  HLAYEL**

From :   **BETHLEHEM**                    ID NO: Redacted 927-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **06.03.2004**

He is to date :            Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy) : XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

## CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ علي محمد حماد هليل _____

من ___ بيت لحم _____ هوية رقم Redacted 927-6 _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __6__ / شهر __3__ / سنة __2004__

وهو/هي في هذا التاريخ : ينظر المحاكمة _____ محكوم/ة __X__ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة _____

وهو/هي أطلق سراحها/ها في يوم _xxx_ / شهر _xxx_ / سنة _xxx_

Date:   **16.04.2006**
التـاريـخ

Place:   **BETHLEHEM/NR**
المكـان

ELISA QUERCI
IORC Delegate
توقيع مندوب اللجنة

PATRICIA E. GUJOTE

CONFIDENTIAL                                                              SHATSKY-JD01696



*u53299*

## TO WHOM IT MAY CONCERN

№  03103

*217*

  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **ALI MOHAMMAD HAMMAD  HLAYEL**

From :   **BETHLEHEM**                        ID NO: Redacted 927-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **06.03.2004**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  علي محمد حماد هليل

من  بيت لحم  هوية رقم  927-6 Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـــ٦ـ / شهر ـ٣ـ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة ــxــ إداري ـــــــ

محكوم/ة أو إداري لمدة  مدى الحياة

وهو/هي أطلق سراحة/ها في يوم x x x / شهر x x x / سنة x x x

Date:  **16.04.2006**
التاريخ

Place:  **BETHLEHEM/NR**
المكان

ELISA DI ERCI
IORC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                                                              SHATSKY-JD01696

CONFIDENTIAL                                                                    SHATSKY-JD01697

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السـلـطــة الوطـنـيــة الفـلسطـينية
وزارة شـؤون الأسـرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| رقم الاستمارة: | | | | | 9 | 9 | 2 | 3 | 5 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|

تاريخ تعبئة الاستمارة: ٢٠١١/٢/١٦    المديرية/فرع الوزارة:

**1. المعلومات الرئيسية للأسير:**

| رقم الهوية: (تسع خانات) | 6 | 7 | 2 | 9 | | Redacted |
|---|---|---|---|---|---|---|

| الاسم الرباعي: | الأسير الأول | اسم الأب | اسم الجد | اسم العائلة |
|---|---|---|---|---|

اسم الأم: 

| تاريخ الميلاد: ١٩٨٥ Redacted | الجنس: ☒ ذكر ☐ أنثى |
|---|---|

| المؤهل العلمي: ☐ أمي ☒ الأساسية ☒ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا | مكان الولادة: |
|---|---|

المهنة قبل الأسر: 

تاريخ الأسر: 6 / 3 / 

| الوضع الاعتقالي: ☐ موقوف ☒ محكوم ☒ محرر ☐ بكفالة |
|---|---|

تاريخ الإفراج المتوقع:     في حالة محكوم مدة الحكم:   يوم     شهر     سنة

حسب شهادة الصليب:     حسب قرار الحكم:   اليوم     الشهر     العام

| العنوان الدائم: | المحافظة: | التجمع السكاني: Redacted |
|---|---|---|

ملاحظات: 

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية: ... فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

1

CONFIDENTIAL                                                                    SHATSKY-JD01697

# Exhibit 210

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 13161 | | | | | | | |
| Prisoner Name:  Ali Mohamed Hammad Haliel | | | Document no. 920629276 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 1 of 7

Confidential

Shatsky-JD00496-T

Prisoner Salary Statement

Prisoner no. 13161
Prisoner Name:  Ali Mohamed Hammad Haliel          Document no. 920629276

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 7

Confidential

Shatsky-JD00497-T

Prisoner Salary Statement

Prisoner no. 13161
Prisoner Name: Ali Mohamed Hammad Haliel          Document no. 920629276

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 3 of 7

Confidential                                    Shatsky-JD00498-T

Prisoner Salary Statement

Prisoner no. 13161
Prisoner Name:  Ali Mohamed Hammad Haliel          Document no. 920629276

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00499-T

Prisoner Salary Statement

Prisoner no. 13161
Prisoner Name: Ali Mohamed Hammad Haliel
        Document no. 920629276

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00500-T

Prisoner Salary Statement

Prisoner no. 13161
Prisoner Name: Ali Mohamed Hammad Haliel          Document no. 920629276

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |
| 4 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 5 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 6 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 7,200.00 |
| 7 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 8 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 9 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |

Confidential

Shatsky-JD00501-T

**Prisoner Salary Statement**

Prisoner no. 13161
Prisoner Name:  Ali Mohamed Hammad Haliel          Document no. 920629276

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 10 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 11 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 12 | 2020 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 7,200.00 |
| 1 | 2021 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 2 | 2021 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 3 | 2021 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 4 | 2021 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |
| 5 | 2021 | [First name illegible] Muhammad Hammad Ju'ba | Redacted 0695 | | | | 6,800.00 |

Page 7 of 7

Confidential                                                                                               Shatsky-JD00502-T

Original



CONFIDENTIAL

Shatsky-JD00496



كشف راتب أسير

رقم الأسير: 5161
اسم الأسير: ظفر محمد حماد بطل

رقم الوثيقة 920629276

| أرشيف | السنة | الشهر | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | ملاحظات |
|---|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف رواتب أسير

| رقم الأسير | 13161 |
| اسم الأسير | نقم محمد حماد طهرب |
| رقم الهوية | 920629276 |

| الراتب | رقم الحساب | الفرع | رقم البطاقة  بنك | اسم المستفيد  السنة  الشهر |
|---|---|---|---|---|

Redacted

٠ من ٧

CONFIDENTIAL

Shatsky-JD00498

كشف راتب أسير

رقم الأسير 13131
اسم الأسير علي محمد حماد هارل

ر.ق. الرتبة 920329278

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|



Redacted

/ من صفحة

CONFIDENTIAL

Shatsky-JD00499



CONFIDENTIAL



كشف رائب أسير

| رقم الأسير | 13161 |
| اسم الأسير | ابي محمد عبدالله هزيل |

رقم الرتبة 920628270

| الراتب | رقم الحساب | السرع | البنك | رقم البطاقة | اسم تستنيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 5,800.00 | | | Redacted 0695 | | رائدة محمد عبدك جهها | 2020 | 4 |
| 5,800.00 | | | Redacted 0695 | | رائدة محمد عبدك جمها | 2020 | 5 |
| 5,800.00 | | | Redacted 0695 | | رائدة محمد عبدك جمها | 2020 | 6 |
| 5,800.00 | | | Redacted 0695 | | رائدة محمد عبدك جمها | 2020 | 7 |
| 5,800.00 | | | Redacted 0695 | | رائدة محمد عبدك جمها | 2020 | 8 |
| 5,800.00 | | | Redacted 0695 | | رائدة محمد عبدك جمها | 2020 | 9 |

Redacted

7 من 6 صفحة

CONFIDENTIAL

Shatsky-JD00501

كشف رواتب أسير

| رقم الأسير | 13161 |
| اسم الأسير | علي محمد جمال هلال |

رقم الوثيقة 920629276

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 6,800.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2020 | 10 |
| 6,800.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2020 | 11 |
| 7,200.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2020 | 12 |
| 6,800.00 | | Redacted | Redacted | 0695 | والدة محمد جمال جميلة | 2021 | 1 |
| 6,800.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2021 | 2 |
| 6,800.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2021 | 3 |
| 6,900.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2021 | 4 |
| 6,800.00 | | | Redacted | 0695 | والدة محمد جمال جميلة | 2021 | 5 |

7 من7صفحة

CONFIDENTIAL

Shatsky-JD00502

# Exhibit 211

CONFIDENTIAL                                                         SHATSKY-JD02022-T

| Palestinian National Authority | | Palestinian National Authority |
| Ministry of Detainees & Ex-Detainees Affairs | [Emblem of | Ministry of Detainees & Ex-Detainees Affairs |
| Gen Dep. Detainees & Ex-Detainees Affairs | Palestine] | Gen Dep. Detainees & Ex-Detainees Affairs |

*[Signature] Audit*          <u>Main Prisoner Form</u> / *Old 446653*

| Form no.: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3 / 29 / 2011 | | | Ministry's administration/branch: | | Ramallah | | |

## 1. Basic information concerning the prisoner:

| ID no. (9 digits) | Redacted | | | | | 6 | 2 | 6 | 2 |
|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | |
|---|---|---|---|---|---|---|---|---|
| | Bilal | | Ya'qub | | Ahmad | | Barghouti Othman | |
| Mother's name: | Hana | | | Gender: | | ☑ Male | ☐ Female | |
| DoB: | Redacted / 1976 | | | Place of birth: | | Ramallah | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☑ University | ☐ Higher education | | |
| Profession prior to arrest: | Student | | | Organization: | | Hamas | | |
| Arrest date: | 4 / 2 / 2002 | | | Place of arrest: | | Rimon | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | | ☐ Administrative | ☐ Free | | ☐ Other | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year | |
| | | | Life term | | | | | |
| Permanent residence: | Governorate: | | Ramallah | Residential complex: | | Redacted | | |
| Notes: | | | | | | | | |

## 2. Information concerning previous arrests:

**Number of previous arrests: _____ . Only those attested by ICRC certificates, in chronological order from newest to oldest.**

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

1

CONFIDENTIAL                                                         SHATSKY-JD02022-T

CONFIDENTIAL                                                                SHATSKY-JD02023-T

| Palestinian National Authority | | Palestinian National Authority |
| Ministry of Detainees & Ex-Detainees Affairs | [Emblem of | Ministry of Detainees & Ex-Detainees Affairs |
| Gen Dep. Detainees & Ex-Detainees Affairs | Palestine] | Gen Dep. Detainees & Ex-Detainees Affairs |

**3. Social Status Information:**

| Marital Status: | ☑ Single | | ☐ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| **If Married:** | Enter data of spouse and children | | | | | | | |
| Spouse's ID No. | | | | | | Marriage Contract Date | | / / |
| Spouse Name | | | | | | | Number of Children: | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | | | | | |
| No. | Name | | | DoB | | Marital Status | Education | |
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | | 6 | 4 | 3 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Hana Nimr Ahmad Al-Hudali | | | | | Relationship: | Mother | | |
| Date of Authorization if Available: | / / | | | Authorization's Period of Validity: | | | | | |
| Bank: | Redacted | | | Bank Branch: | | | Redacted | | |
| Account No.: | | | | Redacted | | | | | |
| Landline Phone No.: | | | | Cell Phone No.: | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Ramallah | | Residential complex: | | | | | |
| Notes: | | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | Hana |

2

CONFIDENTIAL                                                                SHATSKY-JD02023-T

Original

CONFIDENTIAL

SHATSKY-JD02017



## TO WHOM IT MAY CONCERN   № 51675

### ICRC

This certificate is valid only if the English and Arabic parts match each other



According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: BILAL YAAQOUB AHMAD BARGHOTHI THMAN

From: ................................   ID No. Redacted ....

Was arrested by the Israeli Authorities on Day: 0 .... Month: 04 .... Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence/administrative period: .................... LIFE ....................

He/She was released on Day: //////////////// Month: //////////////// Year: ////////////////,

**(Tick the box and underline the correct designation)**

CERTIFIED UPDATE

2 5 -07- 2017

I
C
R
C

International Committee
of the Red Cross

I
C
R
C

الى من يهمه الأمــر

هذه الشهادة سارية المفعول فقط في حال تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/السيدة: بلال يعقوب احمد برغوثي ثمان

مـــن: بيت ريما / رام الله ............ هوية رقم: Redacted

كان/صـوقد اعتقل/ضر من قبل السلطات الاسرائيلية في يوم .... شهر ٤ .... سنة ٢٠٠٢ سنة

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة: .................... مدى / كبيرة ....

وهو/هي اطلق سراحه/ها في يوم .................... شهر .................... سنة

( الرجاء وضع × في المربع المطلوب، ووضع خط تحت الفئة المطلوبة)

Date 10/2/2004 .................... التاريخ   Place RAMALLAH/MSK   المكان

ICRC Delegate   KATHARINA R....   توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD02017

CONFIDENTIAL 

SHATSKY-JD02018

## TO WHOM IT MAY CONCERN   № 51675

This certificate is valid only if the English and Arabic parts match each other

2259

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: BILAL YAAQOUB AHMAD BARGHOTHI THMAN

From: BEIT RI /RAMALALLH        ID No. Redacted 02

Was arrested by the Israeli Authorities on Day: 0   Month: 04   Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence/administrative period: LIFE

He/She was released on Day: /////////////////// Month: /////////////////// Year: ///////////////////

(Tick the box and underline the correct designation)

الى من يهمه الأمسر

هذه الشهادة سارية المفعول فقط في حال تطابق بياناتها باللغتين العربية والإنجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/السيدة: بلال يعقوب احمد برغوثي عثمان

مـن: بيت ريما /رام الله        هوية رقم: Redacted 02

كان/صار اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٠   شهر ٤   سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة: مدى الحياة

وهو/هي اطلق سراحه/ها في يوم   شهر   سنة

( الرجاء وضع × في المربع المطلوب، ووضع خط تحت الفئة المطلوبة)

Date 10/2/2004   التاريخ        Place RAMALLAH/MSK   المكان

CONFIDENTIAL        ICRC Delegate   KATHARINA R        توقيع مندوب اللجنة        SHATSKY-JD02018

CONFIDENTIAL

SHATSKY-JD02019

*225 9*

**ICRC**

## TO WHOM IT MAY CONCERN   № 51675

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: BILAL YAAQOUB AHMAD BARGHOUTH OTHMAN

From: BEIT RIMA/RAMALALH                    ID No.: Redacted 6262

Was arrested by the Israeli Authorities on Day: 02      Month: 04      Year: 2002

He/She is to date:   Awaiting Trial ☐      Sentenced ☒      Administrative ☐

Length of sentence/administrative period: LIFE

He/She was released on Day: ///////////////// Month: ///////////////// Year: /////////////////

(Tick the box and underline the correct designation)

**CERTIFIED UPDATE**

Redacted

I C R C   27 -03- 2012

International Committee
of the Red Cross

£٤٦٢٥٣

الي من يهمه الأمــر

عللدده ١٥ سنوات امضى عشــــــ ســـــنوات

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : بلال يعقوب احمد برغوث عثمان

مـن : بيت ريما/رام الله                    هوية رقم : Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٢ شهر ٤ سنة ٢٠٠٢

وهو/هي في هذا التاريخ:  ينتظر/تنتظر المحاكمة ☐      محكوم/ة ☒      اداري ☐

محكوم/ة او اداري لمدة : مدى الحياة

وهو/هي اطلق سراحه/ها في يوم _____ شهر _____ سنة _____

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date: 10/2/2004        التاريخ        RAMALLAH/MSK        المكان

CONFIDENTIAL

SHATSKY-JD02019

SHATSKY-JD02021

**Redacted**

**Redacted**

**Redacted**

ICRC

**TO WHOM IT MAY CONCERN**   № 51675

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.:  BILAL YAAQOUB AHMAD BARGHOTHI OTHMAN

From: BEIT RIMA/RAMALALH                 ID No. Redacted 3262

Was arrested by the Israeli Authorities on Day : 0      Month : 04      Year : 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence/administrative period :        LIFE

He/She was released on Day : /////////////////// Month : /////////////////// Year : ///////////////////

**Redacted**

(Tick the box and underline the correct designation)

CERTIFIED UPDATE

22-11-2011

International Committee
of the Red Cross

**Redacted**

ICRC

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها بالنّصين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/السيدة:  بلال يعقوب احمد برغوثي عثمان

مـن:  بيت ريما / رام الله                 هوية رقم :  Redacted  3262

كان/ضرفت اعتقل/ت من قبل السلطات الاسرائيلية في يوم     شهر  ٤   سنة ٢٠٠٢

وهو/هي في هذا التاريخ:  ينظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة :  مدى الحياة

وهو/هي اطلق سراحه/ها في يوم     شهر     سنة

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date : 10/2/2004     التاريخ     Place : RAMALLAH/MSK     المكان

CONFIDENTIAL

SHATSKY-JD02022

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسـرى والمـحـررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية / قديم  446653

| | | | | | | | رقم الاستمارة: |
| --- | --- | --- | --- | --- | --- | --- | --- |
| رام الله | | المديرية/فرع الوزارة: | | ٢٠١٢/٦/٢٤ | | تاريخ تعبئة الاستمارة: | |

**1. المعلومات الرئيسية للأسير:**

| | ٢ | ٦ | ٢ | ١ | رقم الهوية: (تسع خانات) |
| --- | --- | --- | --- | --- | --- |

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | الاسم الرباعي: |
| --- | --- | --- | --- | --- |
| كفافرة | احمد | محمود | بلال | |

| الجنس: ☑ ذكر ☐ أنثى | اسم الأم: |
| --- | --- |

| مكان الولادة: | تاريخ الميلاد: Redacted |
| --- | --- |

| المؤهل العلمي: ☐ أمي ☑ الأساسية ☐ ثانوي ☐ دبلوم ☑ جامعي ☐ در اسات عليا | |
| --- | --- |

| التنظيم: | المهنة قبل الأسر: |
| --- | --- |

| مكان الاعتقال: | تاريخ الأسر: ٢٠١٢/٤/... |
| --- | --- |

| ☐ إداري ☐ محرر ☐ أخرى | الوضع الاعتقالي: ☐ موقوف ☑ محكوم |
| --- | --- |

| يوم شهر سنة تاريخ الإفراج المتوقع | في حالة محكوم مدة الحكم |
| --- | --- |

| العام الشهر اليوم حسب قرار الحكم: | حسب شهادة الصليب: |
| --- | --- |

| التجمع السكاني: المحافظة: رام الله | العنوان الدائم: |
| --- | --- |

| | ملاحظات: |
| --- | --- |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: _____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | مدة | شهر | يوم | | | | |
| | | | | | | | 1. |
| | | | | | | | 2. |
| | | | | | | | 3. |
| | | | | | | | 4. |
| | | | | | | | 5. |
| | | | | | | | 6. |

1

CONFIDENTIAL

SHATSKY-JD02023

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | | الحالة الاجتماعية: ☑ أعزب   ☐ متزوج   ☐ مطلق   ☐ أرمل |
|---|---|---|---|---|---|
| | | | | في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء | |
| | | | | رقم هوية الزوج/ة: | |
| | | | | اسم الزوج/ة: | |
| | | | عدد الأولاد : | تاريخ عقد الزواج     /     / | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | | | 1. |
| | | | | 2. |
| | | | | 3. |
| | | | | 4. |
| | | | | 5. |
| | | | | 6. |
| | | | | 7. |
| | | | | 8. |
| | | | | 9. |

4. بيانات الوكيل "المستفيد":

| | | | | | | | رقم الهوية "المستفيد": |
|---|---|---|---|---|---|---|---|
| صلة القرابة: والدته | | | | | | اسم الوكيل "المستفيد": | |
| مدة سريان الوكالة: | | | | | تاريخ الوكالة إن وجدت:     /     / | |
| فرع البنك: Redacted | Redacted | | البنك: Redacted | |
| رقم الهاتف النقال: Redacted | | رقم الحساب: Redacted | |
| التجمع السكاني: | المحافظة: | رقم الهاتف الأرضي: | |
| | العنوان الدائم للمستفيد: | |
| | ملاحظات: | |

| | ملاحظات مقدم الطلب: |
|---|---|
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب، صحيحة وأتحمل مسؤوليتها. | إقرار : |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL                                                                              SHATSKY-JD02025



## TO WHOM IT MAY CONCERN    № 51675

**ICRC**    This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: BILAL YAAQOUB AHMAD BARGHOTHI OTHMAN

From: BEIT RIMA/RAMALALH                    ID No.  Redacted 5262

Was arrested by the Israeli Authorities on Day: 02   Month: 04   Year: 2002

He/She is to date:   Awaiting Trial ☐    Sentenced ☒    Administrative ☐

Length of sentence/administrative period: LIFE

He/She was released on Day: ////////////////// Month: ////////////////// Year: //////////////////

(Tick the box and underline the correct designation)

CERTIFIED UPDATE
14 -12- 2010
I C R C  International Committee
of the Red Cross
I C R C

**ICRC**    الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأحمد : بلال يعقوب احمد برغوثي عثمان

من : بيت ريما / رام الله    هوية رقم : Redacted ٥٢٦٢

كان/ت واعتقل/ت من قبل السلطات الاسرائيلية في يوم ٠٢ شهر ٠٤ سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة : حبس كامل ٥٠

وهو/هي اطلق سراحه/ها في يوم //// شهر //// سنة ////

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date 10/2/2004   التاريخ   Place RAMALLAH/MSK   المكان

CONFIDENTIAL        ICRC Delegate KATHARINA RITZ        توقيع مندوب اللجنة        SHATSKY-JD02025

Exhibit 212

CONFIDENTIAL                                         SHATSKY-JD02009-T



| | Prisoner Salary Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 7051 | | | | | | | |
| Prisoner Name:  Bilal Ya'qub Ahmad Dar Othman   Document no. 902826262 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
| | | | | Redacted | | | |

Page 1 of 7

CONFIDENTIAL                                         SHATSKY-JD02009-T

CONFIDENTIAL
SHATSKY-JD020109-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 7051 | | | | | | | |
| Prisoner Name:  Bilal Ya'qub Ahmad Dar Othman   Document no. 902826262 | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |



Redacted

CONFIDENTIAL
SHATSKY-JD02010-T

CONFIDENTIAL                                    SHATSKY-JD02011-T

### Prisoner Salary Statement

Prisoner no. 7051

Prisoner Name: Bilal Ya'qub Ahmad Dar Othman   Document no. 902826262

| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|-------|------|--------------------|--------|------|--------|-------------|--------|
| | | | | Redacted | | | |

Page 3 of 7

CONFIDENTIAL                                    SHATSKY-JD02011-T

CONFIDENTIAL                                          SHATSKY-JD02012-T



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Prisoner Salary Statement

Prisoner no. 7051
Prisoner Name:  Bilal Ya'qub Ahmad Dar Othman  Document no. 902826262

| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | Redacted | | | Redacted | | |

CONFIDENTIAL                                          SHATSKY-JD02012-T

CONFIDENTIAL                                    SHATSKY-JD02013-T

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Salary Statement | | | | | | | |

Prisoner no. 7051
Prisoner Name:  Bilal Ya'qub Ahmad Dar Othman  Document no. 902826262

| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | Redacted | | | Redacted | | |

Page 5 of 7

CONFIDENTIAL                              SHATSKY-JD02013-T

CONFIDENTIAL                                    SHATSKY-JD02014-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 7051 | | | | | | | | |
| Prisoner Name:  Bilal Ya'qub Ahmad Dar Othman   Document no. 902826262 | | | | | | | | |
| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary | |
| | | Redacted | | | | | | |
| 4 | 2020 | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | Redacted | | | 6,800.00 | |
| 5 | 2020 | Hana  Nimr  Ahmad Al-Hudali | | | | | 6,800.00 | |

Page 6 of 7

CONFIDENTIAL                                    SHATSKY-JD02014-T

CONFIDENTIAL                                    SHATSKY-JD02015-T

### Prisoner Salary Statement

Prisoner no. 7051
Prisoner Name:  Bilal Ya'qub Ahmad Dar Othman  Document no. 902826262

| Month | Year | Beneficiary's Name | ID no. | Bank | Branch | Account no. | Salary |
|-------|------|--------------------|--------|------|--------|-------------|--------|
| 6 | 2020 | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | Redacted | | 7,200.00 |
| 7 | 2020 | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 8 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 9 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 10 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 11 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 12 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 7,200.00 |
| 1 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 2 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 3 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 4 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |
| 5 | | Hana Nimr Ahmad Al-Hudali | Redacted 6438 | | | | 6,800.00 |

Page 7 of 7

CONFIDENTIAL                                    SHATSKY-JD02015-T

# Original

CONFIDENTIAL

SHATSKY-JD02009

كشف راتب أسير

| رقم الأسير | 7051 |
| اسم الأسير | بلال يعقوب احمد دار عثمان |
| رقم الوثيقة | 902826262 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted



٧ من اصفحة

CONFIDENTIAL

SHATSKY-JD02009

CONFIDENTIAL

SHATSKY-JD02010



كشف راتب أسير

| رقم الأسير | 7051 |
| اسم الأسير | باثل يعقوب احمد دار عثمان |
| رقم الوثيقة | 902826262 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

٧ من٢صفحة

CONFIDENTIAL

SHATSKY-JD02010

CONFIDENTIAL

SHATSKY-JD02011



CONFIDENTIAL

SHATSKY-JD02011

CONFIDENTIAL

SHATSKY-JD02012

كشف راتب أسير

| رقم الأسير | 7051 |
| اسم الأسير | بلال يعقوب احمد دار عثمان |

رقم الوثيقة 902826262



CONFIDENTIAL

SHATSKY-JD02012

CONFIDENTIAL

SHATSKY-JD02013



كشف رواتب أسير

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|--------|-----------|-------|-------|-------------|--------------|-------|-------|

رقم الأسير ‏7051
اسم الأسير ‏بلال يعقوب احمد دار عثمان
رقم الوثيقة ‏902826262

Redacted

Redacted

CONFIDENTIAL

SHATSKY-JD02013

CONFIDENTIAL

SHATSKY-JD02014



كشف راتب أسير

رقم الأسير 7051
اسم الأسير باتل يعقوب احمد دار عثمان
رقم الوثيقة 902826262

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 6,800.00 | | Redacted | Redacted | 6438 | هناء نمر احمد الهودلي | 2020 | 4 |
| 6,800.00 | | | Redacted | 6438 | هناء نمر احمد الهودلي | 2020 | 5 |

7 من6صفحة

CONFIDENTIAL

SHATSKY-JD02014

CONFIDENTIAL

SHATSKY-JD02015

كشف راتب أسير

| رقم الأسير | 7051 |
| اسم الأسير | بلال يعقوب احمد دار عثمان |

رقم الوثيقة 902826262

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,200.00 | | Redacted | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 6 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 7 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 8 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 9 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 10 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 11 |
| 7,200.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2020 | 12 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2021 | 1 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2021 | 2 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2021 | 3 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2021 | 4 |
| 6,800.00 | | | | Redacted 6438 | هناء نمر احمد الهودلي | 2021 | 5 |

صفحة 7 من 7

CONFIDENTIAL

SHATSKY-JD02015