# Exhibit 213

CONFIDENTIAL                                                    SHATSKY-JD01533-T

**Palestine liberation Organization**          [PLO          **Palestine liberation Organization**
**Commission of Detainees & Ex-Detainees Affair**  emblem]  **Commission of Detainees & Ex-Detainees Affair**
**Jerusalem Directorate**                                    **Jerusalem Directorate**

---

( 176 )

Date: 12.18.2018

*8408 / Family-making*

Honorable brother Arafat Nazzal, may Allah take care of him,

Deputy Dir. Gen. of the Allowances Department

Greetings,

### Prisoner Fahmi Abd Ramadan Mushahara

ID No. <sup>Redacted</sup> 0967

Please add a newborn to the aforementioned prisoner, knowing that he was arrested on
9.4.2002 and is sentenced to life imprisonment. FYI, he has a daughter who was born by way
of smuggling a sperm sample. The newborn will increase the number of his children to four.

Attached is a notice of the birth. There is no possibility to issue a birth certificated in the
Israeli Interior [Ministry] because of the arrest.

[red signature]

With respect

Newborn increment for the          Attach Birth Certificate
months:                            Birth Notification
11+12 / 2018                       Before [illegible] of the
2 X 50 = 100                       disbursement                    [Round stamp: ]
[signature]                        Audit                           PLO
3.14.2019                          18.1.2019                       Detainees and Ex-Detainees
                                                                   Department

                                                                   Jerusalem Directorate

                                            Lina Basa

**Director of the Detainees and Ex-Detainees Directorate in Jerusalem**

Municipal Council Building, 4th floor – Ezariyeh          Municipal Council Building, 4th floor – Ezariyeh

Tell: 2794636                                        Tel/Fax: Tell: 2794636

E-mail:qudssahrar@yahoo.com

CONFIDENTIAL                                                    SHATSKY-JD01533-T

CONFIDENTIAL

SHATSKY-JD01535-T

**Palestine liberation Organization**
**Commission of Detainees & Ex-Detainees Affair**
**Jerusalem Directorate**

Brother Arafat Nazzal,
There is another son, who has not
been entered into the Family-Making
-------------------
Please enter him, so that the issue
will be dealt with

Date: 11.8.2017

Deputy Dir. Gen. of the Allowances Department

Greetings,

Re: Re-Disbursement of the Wife Increment for Prisoner Fahmi Abd Ramadan Mushahara

ID No. <sup>Redacted</sup> 0967

Regarding the above subject, the abovementioned martyr's wife was detained and received all the Arrest Payments. Please re-disburse her with the Wife Increment, because her husband is a prisoner.

Attached are the Red Cross certificates and the Marriage Contract.

With respect,

[Round stamp: ]
PLO
Detainees and Ex-
Detainees Department
Jerusalem Directorate

Lina Basa

Director of the Detainees and Ex-Detainees Directorate in Jerusalem

[Handwritten comment:]
[illegible] 11.12.2017
Brother Mahmoud al-Haj
[illegible].
For your attention

[Round stamp: ]
PLO
Detainees and Ex-
Detainees Department
Gen. Dir. of Detainees and
Ex-Detainees Department

Municipal Council Building, 4th floor – Ezariyeh

Tell: 2794636

Municipal Council Building, 4th floor – Ezariyeh

Tel/Fax: Tell: 2794636

CONFIDENTIAL

SHATSKY-JD01535-T

CONFIDENTIAL                                                        SHATSKY-JD01542-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 4 | 8 | 1 | 7 | 7 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.23.2011 | | | Ministry's administration/branch: | | | Jerusalem | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 0 | 9 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Four-part name:** | First name | | Father's name | | Grandfather's name | | Family name | |
| | Fahmi | | Abd | | Ramadan | | Mushahara | |
| **Mother's name:** | Aziza | | | | **Gender:** | ☑ Male | | ☐ Female |
| **DoB:** | Redacted .1979 | | | | **Place of birth:** | Jerusalem | | |
| **Education:** | ☐ Illiterate | ☐ Elementary | | ☑ High school | ☐ Diploma | ☐ University | | ☐ Higher education |
| **Profession prior to arrest:** | Student | | | | **Organization:** | | | |
| **Arrest date:** | 9.4.2002 | | | | **Place of arrest:** | The street / Jerusalem | | |
| **Arrest status:** | ☐ Detained | | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other |
| **In case of life sentence according to ICRC Certificate** | Day | Month | Year | **Expected release date according to verdict:** | | Day | Month | Year |
| | | | Life term | | | | | |
| **Permanent residence:** | Governorate: | | Jerusalem | **Residential complex:** | | Redacted | | |
| **Notes:** | | | | | | | | |

**2. Information concerning previous arrests:**

Number of previous arrests: _____/___. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                        SHATSKY-JD01542-T

CONFIDENTIAL                                         SHATSKY-JD01543-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☑ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|
| **If Married:** | **Enter data of spouse and children** | | | | | | |
| **Spouse's ID No.** | Redacted | | | 7 | 6 | 8 | 9 | **Marriage Contract Date** | 10.16.1999 |
| **Spouse Name** | Samiya Musa Mashhur  Mushahara | | | | | **Number of Children:** | 2 |
| **Data on children from first wife: (sons under 18, unmarried daughters of all ages)** | | | | | | | |
| **No.** | **Name** | | **DoB** | **Marital Status** | **Education** | | |
| 1. | Zeina | | 2001 | Student | | | |
| 2. | Ubeid | | 2002 | Student | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | | 7 | 6 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Samiya Musa Mashhur Mushahara | | | | | Relationship: | Wife | | |
| Date of Authorization if Available: | /   / | | Authorization's Period of Validity: | | | | | | |
| Bank: | Redacted | | Bank Branch: | | | Redacted | | | |
| Account No.: | | | Redacted | | | | | | |
| Landline Phone No.: | | | Cell Phone No.: | | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Redacted | Residential complex: | | | | | | |
| Notes: | | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | |

2

# Original

CONFIDENTIAL
SHATSKY-JD01533

**Palestine liberation Organization**

Commission of Detainees & Ex- Detainees Affair

**Jerusalem Directorate**



منظمة التحرير الفلسطينية

هيئة شـــؤون الأســـرى والمحرريـــن

مديرية القدس

*(176)*

التاريخ: ٢٠١٨/١٢/١٨

حضرة الاخ عرفات نزال      حفظه الله

قائم بأعمال مدير عام دائرة الرواتب

تحية طيبة وبعد،،

الاسير/ فهمي عيد رمضان مشاهره

هوية رقم( ٩٦٧. Redacted )

يرجى العمل على اضافة مولود للاسير المذكور اعلاه مع العلم بأن تاريخ اعتقاله ٢٠٠٢/٩/٤ ومحكوم مدى الحياة ولديه طفلة عن طريق تهريب النطف ليصبح عدد اطفاله ٤ اولاد

مرفق طيه تبليغ عن الولادة ولا يوجد امكانية لاصدار شهادة ميلاد في الداخلية الاسرائيلية نتيجة الاعتقال.

مع الاحترام

لينا بصه

مدير مديرية شؤون الأسرى والمحررين/القدس

CONFIDENTIAL
SHATSKY-JD01533

CONFIDENTIAL                                                                                    SHATSKY-JD01534



№  07259

## TO WHOM IT MAY CONCERN

CICR   **This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of
the Red Cross certifies that :

Mr:   **FAHMI EID RAMADAN   MASHAHREH**

From :   **EST JERUSALEM**                                          ID NO: Redacted 96-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :       **04.09.2002**

He is to date :   .       Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من الس‍  ـ‍ الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ــــــــ فهمي عيد رمضان ــ مشاهرة

من ـــــــ القدس ‍ـــ هوية رقم ـــ ٧-٩٦، Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـ٤ـ / شهر ـ٩ـ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة  X  إداري ـــــــ

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxxxx /شهر xxxxxxx / سنة xxxxxx

Date:  **14.08.2005**

التـــاريــخ

Place:  **JERUSALEM-DDI**

المكـــان

CONFIDENTIAL

**SERGE PATENAUDE**

ICRC Delegate

توقيع مندوب اللجنة

CERTIFIED UPDATE
1 2 -12- 2018
International Committee
of the Red Cross

SHATSKY-JD01534

CONFIDENTIAL

SHATSKY-JD01535

التاريخ: ٢٠١٧/١١/٨

ـــم باعمال مدير عام دائرة الاسرى والمحررين

تحية طيبه وبعد،،

**الموضوع : اعادة صرف علاوة الزوجه/للاسيرفهمي عيد رمضان مشاهره**

**هويه رقم(٩٦٧ . <sup>Redacted</sup>)**

باالاشاره للموضوع اعلاه يرجى العلم بان زوجة الاسير المذكور اعلاهى كانت معتقله
وحصلت على جميع مستحقات الاسر يرجى العمل على اعادة صرف علاوة الزوجة حيث ان
زوجها اسير .

مرفق طيه صورة عن شهادات الصليب الاحمر – وعقد الزواج

مع الاحترام

مدير مديرية هيئة شؤون الاسرى والمحررين/ القدس

Municipal Council Building, 4th floor- Ezariyeh
Tel: 2794636

عمارة المجلس المحلي- الطابق الرابع
هاتف: 2794636

CONFIDENTIAL

SHATSKY-JD01535

CONFIDENTIAL

SHATSKY-JD01536

ICRC JER LOCAL OFFIC



№  07259

## TO WHOM IT MAY CONCERN

  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  **FAHMI EID RAMADAN  MASHAHREH**

From :  **EST JERUSALEM**  ID NO: Redacted 096-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :  **04.09.2002**

He is to date :  _  Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  ــــــ فهمي عيد رمضان مشاهرة ـــــــ

من  ـــــ القدس ـــــ  هوية رقم  V ـ ٩٦ ، Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـــ ٤ / شهر ٩ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة | X | إداري ـــــــ

محكوم/ة أو إداري لمدة عدى الحياة xxxxxxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxx/ شهر xxxxxx / سنة xxxxxx

Date:  **14.08.2005**  
التــاريـــخ

Place:  **JERUSALEM-DDI**  
المكـــان

**SERGE PATENAUDE**  
ICRC Delegate  
توقيع مندوب اللجنة  
International Committee of the Red Cross

07 -11- 2017

CONFIDENTIAL  SHATSKY-JD01536

CONFIDENTIAL                                                          SHATSKY-JD01539



№  07259

# TO WHOM IT MAY CONCERN

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr.    **FAHMI EID RAMADAN  MASHAHREH**

From :    **EST JERUSALEM**                              ID NO: Redacted096-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **04.09.2002**

He is to date :    .        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلـ ـة الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــ فهمي عيد رمضان ـ مشاهرة

من ـــــ القدس ـــــ هوية رقم ـــ ٧ـــ ، ٩٦ ، Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـكـ / شهر ـكـ / سنة كـ،،،

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــ محكوم/ة ـــ x ـــ إداري ـــــ

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxxx / شهر xxxxxx / سنة xxxxxx

**CERTIFIED UPDATE**

Date:   **14.08.2005**

التــاريـخ

Place:  **JERUSALEM-DDI**

المكـــان

**SERGE PATENAUDE**
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                                                          SHATSKY-JD01539

CONFIDENTIAL

SHATSKY-JD01541



№ 07259

## TO WHOM IT MAY CONCERN

مكتب ........
44 8177 / سجل ....

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  **FAHMI EID RAMADAN  MASHAHREH**

From :  **EST JERUSALEM**        ID NO: [Redacted]096-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :  **04.09.2002**

He is to date :  .    Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ــــ فهمي عيد رمضان مشاهرة

من ـــــ القدس الشرقية ــــ هوية رقم ـــ √ - ٦٩ . Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـــ٤ـ / شهر ٩ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــ محكوم/ة × ـــ إداري ـــــ

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxxx/ شهر xxxxxx / سنة xxxxxx

**CERTIFIED UPDATE**

05-12-2012

International...

Date:  **14.08.2005**

التــاريـــخ

Place:  **JERUSALEM-DDI**

المكــــان

_____

**SERGE PATENAUDE**

ICRC Delegate

توقيع مندوب اللجنـة

CONFIDENTIAL

SHATSKY-JD01541

CONFIDENTIAL

SHATSKY-JD01542

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| ٤ | ٤ | ٨ | ١ | ٧ | ٧ | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|
| | | النابلس :المديرية/فرع الوزارة | | ٢٠١٢/٢/٢٧ | | تاريخ تعبئة الاستمارة: |

### 1. المعلومات الرئيسية للأسير :

| | | | | | رقم الهوية: (تسع خانات) | ٥ | ٩ | ٦ | ٧ |
|---|---|---|---|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: |
|---|---|---|---|---|---|
| صامد | احسان | محمد | محمد | | |

| ☑ ذكر | ☐ أنثى | الجنس: | اسم الأم: | عزيزة |
|---|---|---|---|---|

| مكان الولادة: | النابلس | تاريخ الميلاد: | ١٩٧٩/١/٢٧ |
|---|---|---|---|

| ☐ أمي | ☑ الأساسية | ☐ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا | المؤهل العلمي: |
|---|---|---|---|---|---|---|

| التنظيم: | المهنة قبل الأسر: | طالب |
|---|---|---|

| مكان الاعتقال: | الشكعة/نابلس | تاريخ الأسر: | ٢٠٠٢ Redacted |
|---|---|---|---|

| ☐ موقوف | ☑ محكوم | ☐ إداري | ☐ محرر | ☐ أخرى | الوضع الاعتقالي: |
|---|---|---|---|---|---|

| اليوم | الشهر | العام | تاريخ الإفراج المتوقع حسب قرار الحكم | يوم | شهر | سنة | في حالة محكوم مدة الحكم حسب شهادة الصليب: | مدى الحياة |
|---|---|---|---|---|---|---|---|---|

| المحافظة: | القدس | التجمع السكاني: | العنوان الدائم: |
|---|---|---|---|

| Redacted | | | ملاحظات: |
|---|---|---|---|

### 2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة:........ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | |
| | | | | | | | 1. |
| | | | | | | | 2. |
| | | | | | | | 3. |
| | | | | | | | 4. |
| | | | | | | | 5. |
| | | | | | | | 6. |

1

CONFIDENTIAL

SHATSKY-JD01542

CONFIDENTIAL

SHATSKY-JD01543

**Palestinian National Authority**
**Ministry of Detainees & Ex-detainees Affairs**
**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية
وزارة شـؤون الأسرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | الحالة الاجتماعية: |
|---|---|---|---|
| ☐ أرمل | ☐ مطلق | ☒ متزوج    ☐ أعزب | |
| | تعبئة بيانات الزوج/ة والأبناء | | في حالة متزوج/ة: |
| تاريخ عقد الزواج ١٦ / ١٠ / ١٩٩٧ | Redacted | ٩ ٨ ١ ٧ | رقم هوية الزوج/ة: |
| عدد الأولاد: ٢ | سا مرت تو ... شمو رامل | | اسم الزوج/ة: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | طالب | ٢٠٠١ | زينت | 1. |
| | طالب | ٢٠٠٢ | عبير ٥ | 2. |
| | | | | 3. |
| | | | | 4. |
| | | | | 5. |
| | | | | 6. |
| | | | | 7. |
| | | | | 8. |
| | | | | 9. |

4. بيانات الوكيل "المستفيد":

| | | | | | رقم الهوية "المستفيد": |
|---|---|---|---|---|---|
| Redacted | | ٧ | ٦ | ٨ ٩ | |
| صلة القرابة: الزوجة | محمد رحم سعود ممد | | اسم الوكيل "المستفيد": |
| / / | | تاريخ الوكالة إن وجدت: |
| مدة سريان الوكالة: | Redacted | البنك: |
| فرع البنك: | | |
| Redacted | رقم الحساب: |
| رقم الهاتف النقال: Redacted | رقم الهاتف الأرضي: |
| التجمع السكاني: | المحافظة: | العنوان الدائم للمستفيد: |
| | ملاحظات: |

| | ملاحظات مقدم الطلب: |
|---|---|
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. | إقــرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL

SHATSKY-JD01543

CONFIDENTIAL

SHATSKY-JD01546



№   07259

## TO WHOM IT MAY CONCERN

**CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     **FAHMI EID RAMADAN  MASHAHREH**

From :     **EST JERUSALEM**                    ID NO: Redacted 96-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **04.09.2002**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم _____ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ / شهر ___ / سنة ___

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___×___ إداري _____

محكوم/ة أو إداري لمدة _____ ×××××××××××× × ××××

وهو/هي أطلق سراحة/ها في يوم ×××××× / شهر ×××××× / سنة ×××××××

**CERTIFIED UPDATE**

Date:  **14.08.2005**

21 -03  2011

International Committee
of the Red Cross

**SERGE PATENAUDE**

ICRC Delegate

التـاريـخ

Place:  **JERUSALEM-DDI**

المكــــان

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01546

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　SHATSKY-JD01548



№  07259

## TO WHOM IT MAY CONCERN

**CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:      **FAHMI EID RAMADAN  MASHAHREH**

From :    **EST JERUSALEM**                     ID NO: Redacted 096-7

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **04.09.2002**

He is to date :   .        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السل ـ، الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  ـــ فهمي عيد رمضان ــ مشاهرة

من ـــــ القدس ـــــ هوية رقم ــــ 096 – 7 ، Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ــ عـ ـ / شهر ــ 9 ـ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ، محكوم/ة ـــ X ـــ إداري ـــــــ

محكوم/ة أو إداري لمدة مدى الحياة xxxxxxxxxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحة/ها في يوم xxxxx / شهر xxxxx / سنة xxxxxxxx

**CERTIFIED UPDATE**

3 1 -10- 2016
International Committee
of the Red Cross

Date:   **14.08.2005**

التــاريـــخ

Place:   **JERUSALEM-DDI**

المكـــان

**SERGE PATENAUDE**
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　SHATSKY-JD01548

Exhibit 214

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|

**Prisoner no. 8408**
**Prisoner Name: Fahmi Abd Ramadan Mushahara**      Document no. 031530967

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|



Redacted

Confidential

Shatsky-JD00433-T

Prisoner Salary Statement

| Prisoner no. 8408 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Fahmi Abd Ramadan Mushahara | | | Document no. 031530967 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 2 of 9

Confidential

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 8408 | | | | | | | |
| Prisoner Name: Fahmi Abd Ramadan Mushahara | | | Document no. 031530967 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00435-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 8408 | | | | | | | |
| Prisoner Name:  Fahmi Abd Ramadan Mushahara | | | Document no. 031530967 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00436-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 8408 | | | | | | | |
| Prisoner Name:  Fahmi Abd Ramadan Mushahara | | | Document no. 031530967 | | | | |
| Month | Year | Beneficiary | ID no | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00437-T

Prisoner Salary Statement

Prisoner no. 8408
Prisoner Name: Fahmi Abd Ramadan Mushahara          Document no. 031530967

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 6 of 9

Confidential

Shatsky-JD00438-T

Prisoner Salary Statement

Prisoner no. 8408
Prisoner Name:  Fahmi Abd Ramadan Mushahara        Document no. 031530967

| Month | Year | Beneficiary | ID no | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|-------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00439-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 8408 | | | | | | | |
| Prisoner Name:  Fahmi Abd Ramadan Mushahara | | | Document no. 031530967 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | Redacted | | | | |
| 4 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,912.50 |
| 5 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,912.50 |
| 6 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 8,312.50 |
| 7 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,912.50 |
| 8 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,912.50 |
| 9 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,912.50 |
| 10 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,883.45 |
| 11 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,865.00 |
| 12 | 2020 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 8,255.00[*] |
| 1 | 2021 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,865.00 |
| 2 | 2021 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,865.00 |
| 3 | 2021 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | 7,865.00 |

Confidential

Shatsky-JD00440-T

| | | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 8408 | | | | | | | | |
| Prisoner Name: Fahmi Abd Ramadan Mushahara | | | Document no. 031530967 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |
| 4 | 2021 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | | 7,865.00 |
| 5 | 2021 | Samiya Mussa Mash'hur Mushahara | Redacted 7689 | | | | | 7,865.00 |

Page 9 of 9

Shatsky-JD00441-T

Original



CONFIDENTIAL

كشف راتب أسير

رقم الأسير   8408
اسم الأسير   لؤي عبد رمضان شاهين

رقم الوثيقة   031530967

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|



Redacted

٧ من الصفحة

CONFIDENTIAL

Shatsky-JD00434



كشف رواتب أسير

رقم الأسير 5408
اسم الأسير فهمي عبد رمضان مشاهرة

رقم الوثيقة 031530967

| أراتب | رقم الحساب | | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|---|

Redacted

لا مزاحمة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00436



CONFIDENTIAL



كشف رواتب أسير

| رقم الأسير | 8408 |
| اسم الأسير | الهبري عود رمضان مشاعرة |
| رقم الوثيقة | 031530967 |

CONFIDENTIAL

Shatsky-JD00438



كشف رواتب أسير

رقم الأسير ٣٤٠٨
اسم الأسير فهمي جبر رمضان مشاهرة

رقم الوثيقة 031530967

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Reducted

٥ من ٧ صفحة



كشف رواتب أسير

رقم الأسير 8403
اسم الأسير حسني حيد وحسني مشاهرة

رقم الهوية 031930967

| الرتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستحق | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,912.50 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 4 |
| 7,912.50 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 5 |
| 8,312.50 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 6 |
| 7,912.50 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 7 |
| 7,912.50 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 8 |
| 7,912.50 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 9 |
| 7,983.65 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 10 |
| 7,865.00 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 11 |
| 8,285.00 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2020 | 12 |
| 7,865.00 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2021 | 1 |
| 7,865.00 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2021 | 2 |
| 7,865.00 | | | | 7689 | سمعية موسى مشهور مشاهرة | 2021 | 3 |

Redacted

لا من الصفحة

CONFIDENTIAL

Shatsky-JD00440

كشف راتب أسير

رقم الأسير   8408
اسم الأسير   ميبهي حمد رمضان مشاهرة

رقم البطاقة   031530967

| المبلغ | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,865.00 | | | | Redacted 7689 | سامية موسى مشهور مشاهرة | 2021 | 4 |
| 7,865.00 | | Redacted | | Redacted 7689 | سامية موسى مشهور مشاهرة | 2021 | 5 |

لا مواصفة

CONFIDENTIAL

# Exhibit 215

CONFIDENTIAL                                                    SHATSKY-JD01378-T

                                                               3826

                          Audit                                49803

                                                               [Illegible]



                          TO WHOM IT MAY CONCERN [English]

According to the information received from the Israeli authorities, the International
Committee of the Red Cross certifies that:

Mr/Mrs.:      HASSAN ABDELRAHMAN HASSAN SALAMEH

From:         KHAN-YUNIS

Was arrested by the Israeli authorities on 05.17.96.

He/She is to date: Sentenced

Length of sentence / administrative period: 99 years 00 Months 00 Days



[Arabic:] According to the information received from the Israeli authorities, the International
Committee of the Red Cross certifies that:

Mr/Mrs.:      HASSAN ABDELRAHMAN HASSAN SALAMEH

From:         KHAN-YUNIS

Was arrested by the Israeli authorities on 05.17.96.

He/She is to date: Sentenced

Length of sentence / administrative period: 99 years

He/She was released on Day __/__ Month __/__ Year __/__

(Tick the box and underline the correct designation)

**Date: 08.18.97**                          MARTIN [Illegible]
                                            [Stamp of
**Place: GAZA**                             the Red
                                            Cross]
              CERTIFIED UPDATE              ICRC Delegate
              03.24.2015[*]
              International Committee of
              the Red Cross

CONFIDENTIAL                                                    SHATSKY-JD01378-T

Al-Hala Street 50/43 Al-Rimal – P.O. Box 29 Gaza Tel: 07-822644/5 02-861494 Fax 07-828884

CONFIDENTIAL                                               SHATSKY-JD01390-T

                *Audit*

TO WHOM IT MAY CONCERN [English]   *3826*

According to the information received from the Israeli authorities, the International
Committee of the Red Cross certifies that:

Mr/Mrs.:      HASSAN ABDELRAHMAN HASSAN SALAMEH

From:         KHAN-YUNIS

Was arrested by the Israeli authorities on 05.17.96.

He/She is to date: Sentenced

Length of sentence / administrative period: 99 years 00 Months 00 Days

      *40960 Renewal of allowance [illegible]*

[Arabic:] According to the information received from the Israeli authorities, the International
Committee of the Red Cross certifies that:

Mr/Mrs.:      HASSAN ABDELRAHMAN HASSAN SALAMEH

From:         KHAN-YUNIS

Was arrested by the Israeli authorities on 05.17.96.

He/She is to date: Sentenced

Length of sentence / administrative period: 99 years

He/She was released on Day __/__ Month __/__ Year __/__

(Tick the box and underline the correct designation)

Date: 08.18.97                                  MARTIN MINDER
                                                [Stamp of
Place: GAZA                            ---------the-Red----------
                                                 Cross]
                                             ICRC Delegate

> CERTIFIED UPDATE
> [Illegible date]
> International Committee of
> the Red Cross

Jala Street ~~50/45 Kimar – P.O. box 29 Gaza~~ Tel: 07-822644/5 02-861494 Fax 07-828884
CONFIDENTIAL                                               SHATSKY-JD01390-T

CONFIDENTIAL                                                                                    SHATSKY-JD01391-T

[English]                                    [Emblem of the P.A.]        [Arabic]
Palestinian National Authority                                          Palestinian National Authority
Ministry of Detainees & Ex-Detainees Affairs                            Ministry of Detainees & Ex-Detainees Affairs
Gen. Dir. For Legal Affairs                                             Gen. Dir. For Legal Affairs

### Prisoner Confirmation of the Selection and Appointment of His Special Representative

### for Receiving His Monthly Allowance from the Ministry of Detainees & Ex-Detainees

I, the undersigned, prisoner Hassan Abdel Rahman Hassan Salameh, from Khan Younis, in the Gaza Strip, whose I.D. number is [Redacted] 0222, located in Asqelon Prison (in the solitary confinement department), by virtue of this confirmation, choose and appoint my special representative, who is empowered to receive my monthly allowance and is my special representative – my wife, Ghafran Alian Sa'ad Salameh, from the Ai-Ein Camp in Nablus, whose ID number is [Redacted] 6422[*]. I request that all of the competent authorities in the Ministry approve her as my special representative, in place of my previous representative, my mother Khadija Abdul Qader Musiah Salameh, whose ID number is [Redacted] 0136, and to arrange the requested power of attorney appointing my wife, mentioned above, in accordance with the law, to work only in accordance thereof. I confirm and undertake, through this written confirmation, not to change the representative mentioned above during the remainder of my prison term, and this written confirmation and my signature therein constitute notice on my part regarding the cancellation of any other powers of attorney preceding the date of this confirmation and the attached power of attorney, regardless of whether or not they are in force at the Ministry. The presentation of any power of attorney to the ministry, of any type or from any source, dated earlier than this date, shall be considered by me null and void, by virtue of this confirmation and the attached power of attorney and notification, without assigning any responsibility to the Ministry.

Issued and signed on 1.12.2012

Signature of the abovementioned prisoner

**Four-part name:** Hassan Abdel Rahman Hassan Salameh

**Prisoner signature:** [handwritten signature]

I, attorney Karim Ajwa, an attorney of the Ministry of Detainees and Ex-Detainees Affairs, confirm that the aforementioned prisoner has signed before me and in my presence, on 1.12.2012, in Asqelon prison (solitary confinement wing), when I visited him, at his request and based on authorization from the General Directorate for Legal Affairs at the Ministry of Detainees and Ex-Detainees Affairs.

[stamp - Palestinian National Authority    [stamp] Palestinian National Authority
Ministry of Detainees & Ex-Detainee Affairs  Ministry of Detainees & Ex-Detainee Affairs
Gen. Dir. For Legal Affairs.                 Gen. Dir. for Legal Affairs                 Attorney stamp and signature
Issued                                       Checked in accordance with approved        [illegible]
Number................................       disbursement rules [signature]             [stamp and signature – Kareem Ajweh
                                                                                        Advocate]

        [stamp] Palestinian National Authority
        Ministry of Detainees & Ex-Detainee Affairs   [stamp - Palestinian National Authority
        Gen. Dir. for Legal Affairs                   Ministry of Detainees & Ex-Detainee Affairs
        Gen. Dir. for Legal Affairs                   Gen. Dir. For Legal Affairs.
                                                      Issued
                                                      Number.................................................

[English:] Lwees Bldg, Sateh Marhaba, P.O.Box 2105 Ramallah        [Arabic:] Lwees Bldg, Sateh Marhaba, P.O.Box 2105 Ramallah
Fax: 02-2420503                                                    Fax: 02-2420503
CONFIDENTIAL                                                                                    SHATSKY-JD01391-T

CONFIDENTIAL                                                                          Shatsky-JD01392-T

| Palestinian National Authority<br>Ministry of Detainees & Ex-Detainees Affairs<br>Gen. Dir. For Legal Affairs<br>[in English] | [Palestine<br>emblem] | Palestinian National Authority<br>Ministry of Detainees & Ex-Detainees Affairs<br>Gen. Dir. For Legal Affairs<br>[in Arabic] |
|---|---|---|
| *Hassan Salameh [Hebrew]*   OK   *40960* | | *3826* |

### Special Power of attorney

I, the undersigned, the prisoner Hassan Abdel Rahman Hassan Salameh, from Khan Younis/Gaza, ID number Redacted 0227, currently located at Asqelon Prison (solitary confinement unit), have appointed and empowered, to act on my behalf and in my stead, my wife, Ghafran Alian Sa'ad Salameh from Al-Ein camp/Nablus, ID no. Redacted 6422 by virtue of this special of attorney. I hereby authorize and appoint the aforementioned authorized representative to receive my entire allowance or any allowance sums or sums I am entitled to, or financial documents, and to sign on behalf of me all papers and documents and anything necessary and related to sums I am entitled to receive from the Ministry of Detainees & Ex-Detainees Affairs and Detainee Allowances, to have them deposited into her account Redacted and to take all special legal and official measures to do so, to supply the competent authority at the Ministry of Detainees & Ex-Detainee Affairs with all of the disbursement confirmations and documents needed for depositing the monthly allowance earmarked for prisoners and connected to myself, as stated above, a special Power of attorney authorized his opinions, statements, actions, to be implemented solely by at the Ministry of Detainees & Ex-Detainees Affairs. This Power of attorney and my signature therein shall be deemed notification by me on the cancellation of any other Power of attorney preceding this Power of attorney, in force or otherwise at the Ministry, and that once any Power of attorney whatsoever, of any type or of any origin, preceding this date, is presented, it shall be deemed null and void by me by virtue of this Power of attorney [and] the attached confirmation, without holding the Ministry of Detainees & Ex-Detainees Affairs legally responsible.

Issued on 1.12.2012.

The grantor-prisoner's signature -  [handwritten signature- Hassan Abdel Rahman Hassan Salameh]

The prisoner's signature: [handwritten: Illegible ]

I, attorney Karim Ajweh, an attorney at the Ministry of Detainees & Ex-Detainee Affairs, confirm that the aforementioned prisoner had signed the request and power of attorney before me and in my presence on 1.12.2012 at the Ashqelon Prison (solitary confinement wing) during my visitation based on a request and power of attorney from the General Directorate of Legal Affairs/the Ministry of Detainees and Ex-Detainee Affairs

Attorney's signature and stamp

Karim Ajweh

[stamp – Karim Ajweh, Advocate]  [handwritten signature]

Power of attorney of the General Director of Legal Affairs
[Illegible]

Ministry of Detainees & Ex-
Detainees Affairs
General Directorate of Legal
Affairs


01.15.2012

Received

Number: ----------------

Palestinian National Authority
Ministry of Detainees & Ex-
Detainees Affairs
General Directorate of Legal
Affairs
[emblem - Palestine]
Compliance with the approved
disbursement rules checked
CONFIRMED

[handwritten signature]

**Handwritten: Audit –
adjustment of allocation and
payments in arrears.**



Palestinian National Authority
Ministry of Detainees & Ex
Detainees Affairs

[emblem - Palestine]

[handwritten signature]

Director of Legal Affairs

The Palestinian National
Authority
Ministry of Detainees & Ex-
Detainees Affairs
General Directorate of Legal
Affairs


01.15.2012

Received

Number: ----------------

Lwees Bldg., Sateh Marhaba, P.O. BOX 2105
Ramallah
Fax: 02-2420503 [English]

Lwees Bldg., Sateh Marhaba, P.O. BOX 2105
Ramallah
Fax: 02-2420503 [Arabic]

CONFIDENTIAL

SHATSKY-JD01392-T

CONFIDENTIAL

SHATSKY-JD01394-T

05-JAN-2021 THU 13:28     EX_DET.REHAB.PROG.          FAX NO. 082531608  P.23



*Um Ahmad*                                        3826     40960

*Renewal of confirmation, or adjustment of allowance, or entitlement*

*12.27.2011*

TO WHOM IT MAY CONCERN [English]

According to the information received from the Israeli authorities, the International
Committee of the Red Cross certifies that:

Mr/Mrs.:     HASSAN ABDELRAHMAN HASSAN SALAMEH

From:        KHAN-YUNIS

Was arrested by the Israeli authorities on 05.17.96.

He/She is to date: Sentenced

Length of sentence / administrative period: 99 years 00 Months 00 Days



*15 years*

*96/15*

*[Signature]*

[Arabic:] According to the information received from the Israeli authorities, the International
Committee of the Red Cross certifies that:

Mr/Mrs.:     HASSAN ABDELRAHMAN HASSAN SALAMEH

| | |
|---|---|
| | 5 / 97 – |
| From:        KHAN-YUNIS | 5 / 98 – |
| | 5 / 99 – |
| | 5 / 2000 – |
| Was arrested by the Israeli authorities on 05.17.96. | 5 / 2001 – |
| | 5 / 2002 – |
| He/She is to date: Sentenced | 5 / 2003 – |
| | 5 / 2004 – |
| Length of sentence / administrative period: 99 years | 5 / 2005 – |
| | 5 / 2006 – |
| | 5 / 2007 – |
| He/She was released on Day __/__ Month __/__ Year __/__ | 5 / 2008 – |
| | 5 / 2009 – |
| (Tick the box and underline the correct designation) | 5 / 2010 – |

Date: 08.18.97                          MARTIN MINDER
                                        [Stamp of
Place: GAZA                             the Red
                                        Cross]
                                        ICRC Delegate

CERTIFIED UPDATE
12.01.2011
International Committee of
the Red Cross

Jala Street 50/45 Rimal    P.O. Box 29 Gaza Tel: 07-822644/5 02-861494 Fax 07-828884

CONFIDENTIAL                                        SHATSKY-JD01394-T

# Original

CONFIDENTIAL

SHATSKY-JD01377





## TO WHOM IT MAY CONCERN

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN  SALAMEH
From    : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days





استناداً إلى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآتية : حسن عبدالرحمن حسن سلامه

من : خانيونس

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٥ / سنة ٩٦

وهو/هي في هذا التاريخ : ينتظر/ تنتظر المحاكمة ☐   محكوم/ة ☑   اداري/ة ☐

محكوم/ة أو اداري لمدة : ٩٩ / سنة / شهر / سنة

وهو/هي اطلق سراحه/ها في يوم / شهر / سنة

(الرجاء وضع X في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

**CERTIFIED UPDATE**

Date        18.08.97
التاريخ      GAZA

Place
المكان

18 -05- 2016
International Committee
of the Red Cross

MARTIN MINDER
ICRC Delegate
مندوب اللجنة

شارع الجلاء ٤٣/ ٥٠ ـ الرمـــال ـ ص . ب ٢٩ غـــزة ـ هاتـف : ٥/ ٨٢٢٦٤٤. ٨٦١٤٩٤. ٨٢٨٨٨٤ : فاكس
Jallaa St. 50/43 · Rimal. P.O. Box 29 · Gaza · Tel. : (07) 822644/5. 861494 Fax : (07) 828884

CONFIDENTIAL SHATSKY-JD01377

CONFIDENTIAL

SHATSKY-JD01378





3826

49803

TO WHOM IT MAY CONCERN

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN  SALAMEH
From    : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days



استناداً إلى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ ة الآنسة :  حسن عبد الرحمن حسن  سلامه

من :  خانيونس

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم  ١٧ / شهر  ٥ / سنة  ٩٦

وهو/هي في هذا التاريخ : بانتظار/ تنتظر المحاكمة ☐  محكوم/ة ☒  اداري ☐

محكوم/ة أو اداري لمدة :  ٩٩ سنة

وهو/هي اطلق سراحه/ما في يوم ........ /شهر ........ /سنة ........

(الرجاء وضع X في المربع المطلوب ووضع خط تحت الئنة المطلوبة).

Date  18.08.97

التاريخ

Place  GAZA

المكان

MARTIN MINET

ICRC Delegate
مندوب اللجنة

شارع الجلاء ٤٣ / ٥٠ المسال ص . ب ٢٩ غـزة - هاتف : ٥/ ٨٢٢٦٤٤٧ ، ٨٦١٤٩٤٧ ، فاكس : ٨٢٨٨٤٧

CONFIDENTIAL

SHATSKY-JD01378

CONFIDENTIAL

SHATSKY-JD01385



*40960*

TO WHOM IT MAY CONCERN

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN  SALAMEH
From   : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days



استناداً إلى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة : حسن عبد الرحمن حسن سلامه

من : خانيونس

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / أشهر ٥ / أسنة ٩٦

وهو/هي في هذا التاريخ : ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري، ☐

محكوم/ة أو اداري لمدة : ٩٩ سنة

وهو/هي اطلق سراحه/ها في يوم / أشهر / أسنة

(الرجاء وضع X في المربع المطلوب ووضع خط تحت الفئة المطلوبة).

Date   18.08.97
التاريخ   GAZA

Place
المكان

MARTIN MINZER
ICRC Delegate
مندوب اللجنة

شــارع الجـلاء ٥٠/٤٣ ـ الرمـال ـ ص . ب ٢٩ غـزة ـ هـاتف : ٨٢٢٦٤٤/٥ (٠٧) ، ٨٦١٤٩٤ (٠٧) ـ فاكس : ٨٢٨٨٨٤ . ٠٧
Jallaa St. 50/43 - Rimal. P.O. Box 29 - Gaza - Tel. : (07) 822644/5. 861494  Fax : (07) 828884

CONFIDENTIAL

SHATSKY-JD01385

CONFIDENTIAL

SHATSKY-JD01390



TO WHOM IT MAY CONCERN

3826

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN  SALAMEH
From   : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days



استناداً إلى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة : حسن عبد الرحمن حسن سلامه

من : خانيونس

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ / شهر ٥ / سنة ٩٦

وهو/هي في هذا التاريخ : ينتظر/ تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة أو اداري لمدة : ٩٩ سنة

وهو/هي اطلق سراحه/ ها في يوم / شهر / سنة

(الرجاء وضع X في المربع المطلوب ووضع خط تحت الفئة المطلوبة).

Date
التاريخ    18.08.97
GAZA

Place
المكان

MARTIN MINGER
ICRC Delegate

CONFIDENTIAL

شــارع الجــلاء /٤٣ ـ ٥٠ـ الرمــال ـ ص . ب ٢٩ غــزة ـ هـاتف : ٧.٨٢٢٦٤٤/٥ ـ ٧.٨٦١٤٩٤ فـاكس : ٧.٨٢٨٨٨٤
Jallaa St. 50/43 · Rimal. P.O Box 29 · Gaza · Tel.: (07) 822644/5. 861404 Fax : (07) 828384

SHATSKY-JD01390

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dir. for Legal Affairs

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة للشؤون القانونية

[illegible]

[illegible] الشهري من وزارة شؤون الأسرى والمحررين

[illegible] Redacted [illegible] في سجن عسقلان [illegible]

[illegible] Redacted [illegible]

[illegible]

٢٠١١ Redacted [illegible] الوكالة [illegible]

[illegible] هذا الإقرار [illegible] هذا الإقرار [illegible]

[illegible] الإقرار [illegible]

[illegible] ١٣ / ١ / [illegible]

[illegible] الأسير المذكور اعلاه

[illegible]

أنا المحامي كريم عجوة محامي وزارة شؤون الأسرى والمحررين أصادق على أن الأسير المذكور اعلاه وقّع أمامي وبحضوري بتاريخ ١٣ / ١ / ٢٠١٢م في سجن عسقلان (قسم العزل) [illegible] على طلبه وتكليفه من الإدارة العامة للشؤون القانونية / وزارة شؤون الأسرى والمحررين.

توقيع وختم المحامي

كريم عجوة
Kareem Ajweh Advocate

مصادقة الإدارة العامة للشؤون القانونية [illegible]

بتاريخ ١٥ [illegible]

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الادارة العامة للشؤون القانونية
15 -01- 2012
صادر
الرقم ..........

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الادارة العامة للشؤون القانونية
15 -01- 2012
وارد
الرقم ..........

Iwees Bldg., Sateh Marhaba, P.O.BOX:2105 [illegible]
fax: 02-2420503

CONFIDENTIAL

SHATSKY-JD01392

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen. Dir. For Legal Affairs

3826

السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة للشؤون القانونية



Redacted

Redacted

Redacted

Redacted

15 -01- 2012

15 -01- 2012

وارد

CONFIDENTIAL

SHATSKY-JD01392

CONFIDENTIAL

SHATSKY-JD01393



## TO WHOM IT MAY CONCERN

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN  SALAMEH
From    : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days



استناداً إلى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة :

من :

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٧ / شهر ٥ / سنة ٩٦

وهو/هي في هذا التاريخ : بنتظر/ ننتظر المحاكمة ☐ محكوم/ة ☑ اداري ☐

محكوم/ة أو اداري لمدة : ٩٩

وهو/هي اطلق سراحه/ها في يوم / شهر / سنة
(الرجاء وضع X في المربع المطلوب ووضع

**CERTIFIED COPY**

Date  18.08.97          1 2 -12- 2011

التاريخ  GAZA          ICRC
                       International Committee
                       of the Red Cross

Place

المكان

شـــارع اجـــلاء /٤٣ ، ٥٠ الرمـــال ، ص . ب ٢٩ غـــزة . هـــاتف /٥ ، ٨٢٢٦٤٤،٧ ، ٨٦١٤٩٤،٧ ، ٨٢٣٢٦٤٤،٧ . فـــاكس : ٨٢٣٨٨٤،٧٠
Jallaa St. 50/43 - Rimal. P.O. Box 29 - Gaza - Tel. : (07) 822644/5. 861494 Fax : (07) 823884

CONFIDENTIAL

SHATSKY-JD01393

CONFIDENTIAL
05-JAN-2012 THU 13:28     EX_DET. REHAB. PROG.          FAX NO. 082531608              P. 23

SHATSKY-JD01394



40960

TO WHOM IT MAY CONCERN

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN SALAMEH
From    : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة: الآنسة   : _____

من        : _____

وأنه قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٧ شهر ٥ سنة ٩٦

وهو/هي في هذا التاريخ : ينتظر/ تنتظر المحاكمة □   محكوم/ة □ اداري □

محكوم/ة أو اداري لمدة : ٩٩ سنة   شهر   يوم

وهو/هي الطلق سراحه/ها في يوم   سنة   شهر   يوم

(الرجاء وضع X في الربع المطلوب ووضع خط تحت الذنة المطلوبة)

18.08.97          01 -12- 2011

Date

GAZA

Place

International Committee
of the Red Cross

MARTIN MILLER
ICRC Delegate

07/43 - Rimal. P.O. Box 29 - Gaza - Tel.: (07) 822644/5. 861494 Fax: (07) 835884

CONFIDENTIAL

SHATSKY-JD01394

CONFIDENTIAL

SHATSKY-JD01396



TO WHOM IT MAY CONCERN

According to the information received from the Israeli authorities,
the International Committee of the Red Cross certifies that :

Mr/Mrs.: HASSAN ABDELRAHMAN HASSAN   SALAMEH
From   : KHAN-YUNIS

Was arrested by the Israeli Authorities on 17.05.96
He/She is to date : Sentenced
Length of sentence / administrative period : 99 Years 00 Months 00 Days



استناداً إلى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد / ة / الآنسة : حسـن عبـد الرحمـن حسـن سلامـة

مـن : خانيونس

كان / ت قد اعتقل / ت من قبل السلطات الاسرائيلية في يوم : ١٧ / شهر ٥ / سنة ٩٦

وهو / هي في هذا التاريخ : ينتظر / تنتظر المحاكمة ___ محكوم / ة ⊠ اداري / ة ___

محكوم / ة أو اداري لمدة : ٩٩ سنة

وهو / هي اطلق سراحه / ها في يوم ___ / شهر ___ / سنة ___

(الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة).

Date   18.08.97
التاريخ   GAZA

Place
المكان

CERTIFIED COPY

MARTIN MINDER
ICRC Delegate
مندوب اللجنة

شارع الجلاء ٤٣ / ٥٠ الرمال ـ ص . ب ٢٩ غـزة ـ هاتف : (٠٧) ٨٢٢٦٤٤ ، ٥ ٨٦١٤٩٤ ، (٠٧) ٨٦١٤٩٤ ، فاكس : (٠٧) ٨٢٨٨٨٤
Jallaa St. 50/43 - Rimal. P.O. Box 29 - Gaza - Tel. : (07) 822644.5. 861494  Fax : (07) 823884

CONFIDENTIAL

SHATSKY-JD01396

# Exhibit 216



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 49803 | | | | | | | | |
| Prisoner Name:  Hassan Abdel Rahman Hassan Salameh       Document no. 930690227 | | | | | | | | |
| Month | Year | Beneficiary | ID nc. | Bank Name | Branch | Account no. | Salary | |
| | | | Redacted | | | | | |

Page 1 of 9

Confidential

Shatsky-JD00374-T

Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name: Hassan Abdel Rahman Hassan Salameh        Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 9

Confidential

Shatsky-JD00375-T

Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name:  Hassan Abdel Rahman Hassan Salameh      Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 3 of 9

Confidential

Shatsky-JD00376-T

Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name: Hassan Abdel Rahman Hassan Salameh     Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 4 of 9

Confidential

Shatsky-JD00377-T



Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name: Hassan Abdel Rahman Hassan Salameh     Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|

Redacted

Page 5 of 9

Confidential

Shatsky-JD00378-T

Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name:  Hassan Abdel Rahman Hassan Salameh       Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 6 of 9

Confidential

Shatsky-JD00379-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 49803 | | | | | | | |
| Prisoner Name:  Hassan Abdel Rahman Hassan Salameh      Document no. 930690227 | | | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00380-T

Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name:  Hassan Abdel Rahman Hassan Salameh      Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 8 of 9

Confidential

Shatsky-JD00381-T

## Prisoner Salary Statement

Prisoner no. 49803
Prisoner Name: Hassan Abdel Rahman Hassan Salameh     Document no. 930690227

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
|       |      |             | Redacted |         |        |             |        |
| 5 | 2021 | [First 3 names illegible] Salameh | Redacted 6422 | | | | 9,882.50[*] |

Page 9 of 9

Confidential

Shatsky-JD00382-T





كشف راتب أسير

رقم الأسير   49823
اسم الأسير   عبدي عبدالرحمن هديل سلامة          رقم الوثيقة   930690227

| لوائب | رقم الحساب | الموزع | الملف | رقم البطاقة | اسم المستفيد | المدة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

لا من استفادة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير   498303
اسم الأسير   حسن عبدالرحمن حسن سلامة

رقم الهوية   030600227

| الراتب | رقم الحساب | المجموع | البنك | رقم البطاقة | اسم المستفيد | القبيلة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted                Redacted

لا من الصفحة

CONFIDENTIAL



CONFIDENTIAL



كشف راتب أسير

رقم الأسرة   9803

اسم الأسرة   عباس عبدالرحمن حسن سلامة

رقم الوثيقة   930680227

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 49823 |
| اسم الأسير | موسى عبد الرحمن حسن سلامة |
| رقم الوثيقة | 030600227 |

| الراتب | رقم الحساب | الفرع | رقم البطاقة | البنك | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | ٤٩8C3 |
| اسم الأسير | حسن عبد الرحمن حسن سلامة |

رقم الوثيقة 930690227

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |

Redacted          Redacted

9 من

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

كشف راتب اسير

| رقم الاسير | 49823 |
| اسم الاسير | عيسى عبدالرحمن حسن سلامة |

رقم الرتبة 930690277

| الترتيب | رقم الصنف | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| | | Redacted | | | | | |
| 9,582.50 | Redacted | | Redacted | 6422 | عمران طارق عبد سلامة | 2021 | 5 |

لا يوجد.

CONFIDENTIAL

Shatsky-JD00382

# Exhibit 217

**CONFIDENTIAL**   *7947*

Clerk   *300317*

SHATSKY-JD01169-T

**Palestinian National Authority**
**Ministry of Detainees & Ex-detainees Affairs**
**Gen. Dep. Detainees & Ex-detainees**

[Emblem of Palestine]

**Palestinian National Authority**
**Ministry of Detainees & Ex-detainees Affairs**
**Gen. Dep. Detainees & Ex-detainees**

---

*447184*   **Main Prisoner Form**   *OK*

| Form no.: | | | | | | |
|-----------|--|--|--|--|--|--|
| Form issuance date: | 3.20.2011 | | | Ministry's administration/branch: | Nablus | |

**1. Basic information concerning the prisoner:**   *OK*

| ID no. (9 digits) | Redacted | | | | 4 | 4 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | | Grandfather's name | Family name | |
|---|---|---|---|---|---|---|
| | Ibrahim | Adnan | | Najib | Abdel Hai | |

| Mother's name: | Iman | | Gender: | ☒ Male | ☐ Female |
|---|---|---|---|---|---|

| DoB: | Redacted .1979 | Place of birth: | Jordan, Zarka |
|---|---|---|---|

| Education: | ☐ Illiterate | ☐ Elementary | ☒ High school | ☐ Diploma | ☐ University | ☐ Higher education |
|---|---|---|---|---|---|---|

| Profession prior to arrest: | Intelligence | Organization: | |
|---|---|---|---|

| Arrest date: | 6.3.2002 | Place of arrest: | Nablus |
|---|---|---|---|

| Arrest status: | ☐ Detained | ☐ Sentenced | ☐ Administrative | ☐ Free | ☐ Civil |
|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year [signature] |
|---|---|---|---|---|---|---|---|
| | | | Life tern | | | | |

| Permanent residence: | Governorate: | | Residential complex: | |
|---|---|---|---|---|

| Notes: | | | | |
|---|---|---|---|---|

**2. Information concerning previous and current arrests: __. Only those attested to by ICRC certificates, in chronological order from newest to oldest.**

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|-----|-------------|-------------|--------------|------|-------|------|-------|
| | | | | Day | Month | Year | |
| 1. | 6.3.2002 | Security | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                    SHATSKY-JD01170-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☒ Single | | ☐ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | | |
| Spouse's ID No. | | | | | | Marriage Contract Date | / | / |
| Spouse Name | | | | | | | Number of Children: | |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | | 4 | 4 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Himself (Ibrahim Abdel Hai) | | | | | | Relationship: | | |
| Date of Authorization if Available: | / / | | | | Authorization's Period of Validity: | | | | |
| Bank: | Redacted | | | | | | | | |
| Account No.: | | | Redacted | | | | Current account in shekels only | | |
| Landline Phone No.: | | | | Cell Phone No.: | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Nablus | | Residential complex: | | | | | |
| Notes: | | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | |
| Applicant's Signature: | [signature] |

2

CONFIDENTIAL                                                    SHATSKY-JD01170-T

CONFIDENTIAL                                                                SHATSKY-JD01173-T

| Palestinian National Authority | [Emblem - | Palestinian National Authority |
| Ministry of Detainees & Ex-detainees Affairs | Palestine] | Ministry of Detainees & Ex-detainees Affairs |
| Ex-detainees Rehabilitation Program | | Ex-detainees Rehabilitation Program |

*3.20.2011*

### Re: Confirmation of a Prisoner's Incarceration Status

The Administration of the Ministry of Detainees and Ex-Detainees Affairs in the _Nablus_ Governorate asserts that prisoner _Ibrahim Adnan Najib Abdel Hai_, bearer of ID no. <sup>Redacted</sup> _4423_, from the governorate of _Nablus - Burin_, is detained in the Israeli occupation prisons on account of his national struggle, and he had been a security prisoner throughout his incarceration period.

With my highest regards,

Confirmation of the General Directorate of Detainees Affairs          Director of the Nablus Directorate
Director of the General Directorate  .....................          Samer Samaru
Stamp and signature ................................................
Date ...............................................................          _[signature]_

Palestine – Ramallah – P.O. box: 2105 – tel: 022428571/2          Palestine – Ramallah – P.O. box: 2105 – tel: 022428571/2
Directorate of Nablus – tel.: 09/2374125 – Fax: 09/2330123          Directorate of Nablus – tel.: 09/2374125 – Fax: 09/2330123

CONFIDENTIAL                                                                SHATSKY-JD01173-T

# Original

CONFIDENTIAL
SHATSKY-JD01168



## TO WHOM IT MAY CONCERN   № 47792

**ICRC**

This certificate is valid only if the English and Arabic parts match each other

٦٩٧٩٦

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: IBRAHIM IMAN NAJIB ABDELHAY

From: NABLUS                    ID No. **Redacted** 4823

Was arrested by the Israeli Authorities on Day: 03   Month:      Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☐   Administrative ☐

Length of sentence/administrative period: LIFE SENTENCE IMPRISONMENT

He/She was released on Day: //////   Month: //////   Year: //////

(Tick the box and underline the correct designation)

52606

الى من يهمه الامـر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : ابراهيم ايمان نجيب عبد الحي سكن النجي

مـن : نابلس **Redacted** ٤٨٢٣   هوية رقم :

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ٣   شهر ١   سنة ٢٠٠٢

وهو/هي في هذا التاريخ:   ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☑   اداري ☐

محكوم/ة او اداري لمدة : مدى الحياه مؤبد

وهو/هي اطلق سراحه/ها في يوم    شهر    سنة

الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة

**CERTIFIED UPDATE**
2 7 -05- 2012
International
the Red Cross

Date 09.11.2003

**CERTIFIED UPDATE**
2 7 -05- 2012
National Committee
of the Red Cross

Place NABLUS   الكان

VERONIQUE VON MOOS
ICRC Delegate                        توقيع مندوب اللجنة

CONFIDENTIAL
SHATSKY-JD01168

CONFIDENTIAL

SHATSKY-JD01169

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين



## استمارة الأسير الرئيسية

| | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| | المديرية/فرع الوزارة: | | | تاريخ تعبئة الاستمارة: ٢٠١٧/٢/ | | | | |

### 1. المعلومات الرئيسية للأسير:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | رقم الهوية: (تسع خانات) | | |
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: | |
| عبد الحق | كسيب | عدنان | ابراهيم | | | |
| ☐ أنثى   ☑ ذكر | | الجنس: | | ايمان | اسم الأم: | |
| الاردن والزرقا | | مكان الولادة: | Redacted | | تاريخ الميلاد: | |
| ☐ دراسات عليا   ☐ جامعي   ☐ دبلوم   ☑ ثانوي   ☐ الأساسية   ☐ أمي | | | | | المؤهل العلمي: | |
| | التنظيم: | | | | المهنة قبل الأسر: | |
| | مكان الأسر: | | ٢٠١٧/٢/ | | تاريخ الأسر: | |
| ☐ مدني   ☐ محرر   ☐ إداري | | ☐ محكوم   ☐ موقوف | | | الوضع الاعتقالي: | |
| العام | الشهر | اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم: | يوم | شهر | سنة | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
| | التجمع السكاني: | | | | المحافظة: | العنوان الدائم: |
| | | | | | | ملاحظات: |

### 2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة والحالية: ـــــــ فقط المثبت بشهادة صليب وتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | ٢٠٠٤/١/٢ | اداري | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

CONFIDENTIAL

SHATSKY-JD01169

CONFIDENTIAL

SHATSKY-JD01170

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | | |
|---|---|---|---|---|---|
| ☐ أرمل | ☐ مطلّق | ☐ متزوج | ☐ أعزب ✓ | الحالة الاجتماعية: | |
| | | تعبئة بيانات الزوج/ة والأبناء | في حالة متزوج/ة: | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| / / | تاريخ عقد الزواج | | | | | | | رقم هوية الزوج/ة: | |
| | عدد الأولاد: | | | | | | اسم الزوج/ة: | | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | | | 1. |
| | | | | 2. |
| | | | | 3. |
| | | | | 4. |
| | | | | 5. |
| | | | | 6. |
| | | | | 7. |
| | | | | 8. |
| | | | | 9. |

4. بيانات الوكيل "المستفيد":

| | | | | | |
|---|---|---|---|---|---|
| Redacted | ٢ | ٤ | ٦ | ٢ | رقم الهوية "المستفيد": |
| صلة القرابة: ابراهيم | نفس | اسم الوكيل "المستفيد": | | | |
| مدة سريان الوكالة | / / | تاريخ الوكالة: | | | |
| Redacted | البنك: | | | | |
| Redacted | الحساب جاري شيكل فقط | Redacted | رقم الحساب: | | |
| رقم الهاتف النقال: | | رقم الهاتف الأرضي: | | | |
| التجمع السكاني: | المحافظة: نابلس | العنوان الدائم للمستفيد: | | | |
| | | ملاحظات: | | | |

| | |
|---|---|
| | ملاحظات مقدم الطلب: |
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها | إقـرار: |
| | توقيع مقدم الطلب: |

CONFIDENTIAL

SHATSKY-JD01170

CONFIDENTIAL

SHATSKY-JD01172

**ICRC**

## TO WHOM IT MAY CONCERN    №   47792

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israel Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.:   IBRAHIM GHEAH NAJIB ABDELHAY

From :   NABLUS                                          ID No. : Redacted

Was arrested by the Israeli Authorities on Day :   03      Month :   06      Year :  2002

He/She is to date:    Awaiting Trial ☐     Sentenced ☑     Administrative ☐

Length of sentence/administrative period :   LIFE SENTENCE IMPRISONMENT

He/She was released on Day :   /////   Month :   //////   Year : //////

**(Tick the box and underline the correct designation)**

**ICRC**

الى من يهمه الأمـــر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة :                                                                

مـــن :   نابلس                هوية رقم :  Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم                شهر             سنة

وهو/هي في هـذا التاريـخ:  بنتظر/تنتظر المحاكمة ☐    محكوم/ة ☑    اداري ☐

محكوم/ة او اداري لمـدة :                                                      

وهـو/هي اطلق سراحه/ها في يوم                شهر             سنة

(الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date   09.11.2003   التاريخ         Place   NABLUS   المكان

VERONIQUE VON MOOS         توقيع مندوب اللجنة

ICRC Delegate

CONFIDENTIAL

SHATSKY-JD01172

CONFIDENTIAL

SHATSKY-JD01173

**Palestinian National Authority**

Ministry of Detainees & Ex-detainees Affairs

Ex-detainees Rehabilitation Program



بسم الله الرحمن الرحيم

السلطة الوطنية الفلسطينية

**وزارة شـــؤون الاســـرى والمحـــررين**

برنامج تاهيل الأسرى المحررين

التاريخ : ٢٠ / ٢ / ٢٠١١ م

<u>الموضوع : اقرار الحالة الاعتقالية للاسير</u>

تشهد مديرية وزارة شؤون الاسرى والمحررين في محافظة نابلس بان الاسير /ة

Redacted ابراهيم نزار نجيب عبد الحي ٢٢٠٢ حامل / ة هوية رقم ------------

من محافظة ــــ نابلس ـــــ معتقل في سجون الاحتلال الاسرائيلي على

خلفية نضاله الوطني وهو اسير امني وما زال قيد الاعتقال .

ولكم فائق الاحترام

مدير مديرية نابلس

سامر سمارو

مصادقة الادارة العامة لشؤون الاسرى

مدير عام الادارة العامة ----------

التوقيع والختم --------------------

التاريخ :----------------------

Palestine - Ramallah - P.O.Box: 2105 - Tel : 022428571/2

Of Nablus - Tel. 09/2374125 - Fax 09/2330123

فلسطين – رام الله – ص.ب : ٢١٠٥ – تلفون : ٠٢٢٤٢٨٥٧١/٢

مديرية نابلس - تلفون : ٠٩/٢٣٧٤١٢٥ – فاكس : ٠٩/٢٣٣٠١٢٣

CONFIDENTIAL

SHATSKY-JD01173

# Exhibit 218

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 52606 | | | | | | | | |
| Prisoner Name:  Ibrahim Adnan Najib Abdel Hai     Document no. 411124423 | | | | | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | | Redacted | | | | |
| 4 | 2020 | Ibrahim Adnan Najib Abdel Hai | | Redacted 4423 | | | | 3.293.59 |
| 5 | 2020 | Ibrahim Adnan Najib Abdel Hai | | Redacted 4423 | | | | 3.293.59 |
| 6 | 2020 | Ibrahim Adnan Najib Abdel Hai | | Redacted 4423 | | | | 3.293.59 |
| 7 | 2020 | Ibrahim Adnan Najib Abdel Hai | | Redacted 4423 | | | | 3.293.59 |
| 8 | 2020 | Ibrahim Adnan Najib Abdel Hai | | Redacted 4423 | | | | 3.293.59 |

Confidential

Shatsky-JD00281-T

| | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 52606 | | | | | | | |
| Prisoner Name: Ibrahim Adnan Najib Abdel Hai      Document no. 411124423 | | | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| 9 | 2020 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,293.59 |
| 10 | 2020 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,293.59 |
| 11 | 2020 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,293.59 |
| 12 | 2020 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,655.80 |
| 1 | 2021 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,255.80 |
| 2 | 2021 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,255.80 |
| 3 | 2021 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,255.80 |
| 4 | 2021 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,255.80 |
| 5 | 2021 | Ibrahim Adnan Najib Abdel Hai | Redacted 4423 | | | | 3,255.80 |

Confidential

Shatsky-JD00282-T

# Original



كشف رواتب أسير

رقم الأسير    52606
اسم الأسير    ابو ظهير عثمان نجار ، عبدالحي

رقم المهنة    411124423

| الراتب | رقم المحاسب | الفرع | رقم الدفعة | البنك | اسم البنك | السنة | الشهر |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3,293.69 | | | | | | | |
| 3,293.69 | | | | | | | |
| 3,693.69 | | | | | | | |
| 3,293.69 | | | | | | | |
| 3,293.69 | | | | | | | |

| Redacted | 1420 | ابو ظهير عثمان نجار ، عبدالحي | 2020 | 4 |
|---|---|---|---|---|
| Redacted | 4423 | ابو ظهير عثمان نجيب عبدالحي | 2020 | 5 |
| Redacted | 4423 | ابو ظهير عثمان نجيب عبدالحي | 2020 | 6 |
| Redacted | 4423 | ابو ظهير عثمان نجيب عبدالحي | 2020 | 7 |
| Redacted | 4423 | ابو ظهير عثمان نجيب عبدالحي | 2020 | 8 |

2 من 1 ـ 2

CONFIDENTIAL

Shatsky-JD00281

كشف راتب أسير

| رقم الأسير | 52806 |
| سم الأسير | ابراهيم هاني نجيب عبدالحي |

رقم المؤسسة 411124423

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | المبلغ | رقم الكشف | الراتب |
|---|---|---|---|---|---|---|---|
| 9 | 2020 | ابراهيم عثمان نجيب عبدالحي | 4423 | Redacted | | | 3,253.59 |
| 10 | 2020 | ابراهيم عثمان نجيب عبدالحي | 1423 | Redacted | | | 3,253.59 |
| 11 | 2020 | ابراهيم عثمان نجيب عبدالحي | 1423 | Redacted | | | 3,253.59 |
| 12 | 2020 | ابراهيم عثمان نجيب عبدالحي | 1423 | Redacted | | | 3,659.80 |
| 1 | 2021 | ابراهيم عثمان نجيب عبدالحي | 4423 | Redacted | | Redacted | 3,255.80 |
| 2 | 2021 | ابراهيم عثمان نجيب عبدالحي | 4423 | Redacted | | | 3,255.80 |
| 3 | 2021 | ابراهيم عثمان نجيب عبدالحي | 1423 | Redacted | | | 3,255.80 |
| 4 | 2021 | ابراهيم عثمان نجيب عبدالحي | 1423 | Redacted | | | 3,255.80 |
| 5 | 2021 | ابراهيم هاني نجيب عبدالحي | 4423 | Redacted | | | 3,255.80 |

2 من صفحة

CONFIDENTIAL

Shatsky-JD00282

# Exhibit 219

CONFIDENTIAL                                              SHATSKY-JD01641-T

**Palestine Liberation Organization**          [PLO emblem]          **Palestine Liberation Organization**
**Commission of Detainees & Ex-Detainees Affairs**                  **Commission of Detainees & Ex-Detainees**
**Qalqilya Directorate**                                            **Affairs**
                                                                   **Qalqilya Directorate**

---

                                                                        6.25.218

Brother Arafat Nazal, may Allah take care of him

The Honorable Deputy Dir. Gen. of the Detainees & Ex-Detainees Affairs

Honorable Brother Hussein Jarrad

Greetings,        ( 1569 )


### Re: Renewal of Power of Attorney

We send you our warmest greetings. Regarding the subject above, the prisoner Ibrahim
Yusuf Ibrahim Atiya, bearer of ID card number [Redacted] 9975, who earns his monthly allowance
based on a Red Cross power of attorney, and whose allowance is delivered to the account of
his sister, Shuruq Yusuf Ibrahim Harisi, bearer of ID card number [Redacted] 1274,

Seeing that the Red Cross's power of attorney is valid for 5 years only, the power of attorney
has been renewed on 5.22.2018. We attach it in order to make sure the payment continued
to be delivered to the beneficiary based on the power of attorney. Thank you.


Attachments:

1. The Red Cross's Power of Attorney.


                                                         Head of the Qalqilya Directorate

                                                         Nael Ghanam
                                                                    [Round stamp:]
                                                                    Palestine Liberation Organization
                                                                    Commission of Detainees & Ex-
                                                                    Detainees Affairs
                                                                    Qalqilya Directorate

                                                         [Red signature]

---

Ramallah – p.o.Box: 2105                        Ramallah – p.o.Box: 2105
Tel: 2980032/3 – 2961713/4,Fax:2963722          Tel: 2980032/3 – 2961713/4,Fax:2963722
Qalqelyah center – Qalqelyah – Telfax: 092-2942587   Qalqelyah center – Qalqelyah – Telfax: 092-2942587

**CONFIDENTIAL**                                **SHATSKY-JD01641-T**

CONFIDENTIAL                                                                          SHATSKY- JD01652-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 5 | 1 | 3 | 0 | 2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.31.2011 | | | Ministry's administration/branch: | | | Qalqilya | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 9 | 9 | 7 | 5 |
|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | |
|---|---|---|---|---|---|---|---|---|
| | Ibrahim | | Yusuf | | Ibrahim | | Atiya | |

| Mother's name: | Nahla Sharif Mujahid | | Gender: | ⊛ Male | ☐ Female |
|---|---|---|---|---|---|

| DoB: | / / | Place of birth: | |
|---|---|---|---|

| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☐ University | ☐ Higher education |
|---|---|---|---|---|---|---|

| Profession prior to arrest: | | Organization: | Hamas |
|---|---|---|---|

| Arrest date: | 9.15.2003 | | Place of arrest: | | |
|---|---|---|---|---|---|

| Arrest status: | ☐ Detained | ⊛ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |
|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| Permanent residence: | Governorate: | Qalqilya | Residential complex: | Redacted |
|---|---|---|---|---|

| Notes: | |
|---|---|

**2. Information concerning previous arrests:**

Number of previous and current arrests: ___/____. Only those attested by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                          SHATSKY- JD01652-T

Original

CONFIDENTIAL

SHATSKY-JD01641



Palestine Liberation Organization
Commission of Detainees & Ex-Detainees Affairs
Qalqilya Directorate

منظمة التحرير الفلسطينية
هيئة شؤون الأسرى والمحررين
مديرية قلقيلية

2018 / 6 / 25



الأخ عرفات نزال حفظه الله

المكلف بمهام مدير عام شؤون الاسرى والمحررين المحترم

الاخ حسين جراد المحترم

تحيه طيبة وبعد :

1569

**الموضوع : تجديد وكالة**

نبعث لكم خالص تحياتنا وبالاشارة الى الموضوع اعلاه فان الاسير (ابراهيم يوسف ابراهيم عطية) حامل
هوية رقم (9750Redacted) يتقاضى مخصصه الشهري بناءا على وكالة من الصليب الاحمر على حساب
شقيقته السيدة (شروق يوسف ابراهيم حارسي) حاملة هوية رقم (1274Redacted) ولكون وكالة الصليب
الاحمر تكون لاجل 5 سنوات فقط ، فانه تم تجديد الوكالة بتاريخ 2018/5/22 ونرفقها لحضرتكم لتأكيد
استمرار الصرف لصالح المستفيدة بناءا على الوكالة مع الشكر .

مرفقات :-
1.وكالة الصليب الاحمر

مدير دائرة قلقيلية
نائل غنام

Ramallah - p.o.Box: 2105
Tel : 2980032/3 - 2961713/4,Fax:2963722
Qalqelyah center - Q alqelyah - Telfax: 092-2942587

رام الله - ص.ب: 2105
تلفون: 2980032/3 - 2961713/4 . فاكس:2963722
مركز قلقيلية قلقيلية. تلفاكس: 09-2942587

CONFIDENTIAL

SHATSKY-JD01641

CONFIDENTIAL

SHATSKY-JD01643



№  81443

## TO WHOM IT MAY CONCERN

(1569)

**This attestation is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:    **IBRAHIM YOUSSEF IBRAHIM ATIEH**

From:    *QALQILIA*    ID NO: Redacted**3975**

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **15.09.2003**

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (do/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

1.8.2015

**هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية**

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بان:

السيد/ة الأنكرة _____ ابراهيم يوسف ابراهيم عطية _____

من _____ قلقيلية _____ هوية رقم ____ Redacted 9975

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __15__ / شهر __9__ / سنة __2003__

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة XXXXXX _____ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة

وهو/هي أطلق سراحة/ها في يوم ____ xxxxxx ____ / شهر ____ xxxxxxxx ____ / سنة ____ xxxxx ____

Date:    04.10.2009
التاريخ

Place:    QALQILIA
المكـــان

ILJ-925443

CERTIFIED UPDATE

1 1 -10- 2015

International Committee
of the Red Cross

MAX WIEGMANN
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01643

CONFIDENTIAL

SHATSKY-JD01645



№  81443

## TO WHOM IT MAY CONCERN

1569

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:   **IBRAHIM YOUSSEF IBRAHIM ATIEH**

From:   *QALQILIA*                    ID NO: Redacted9975

Was arrested by the Israeli Authorities on (dd / mm / yyyy)   15.09.2003

He is to date:  Sentenced

Length of sentence / administrative period: life se

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية CICR

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأنسة _____ ابراهيم يوسف ابراهيم عطية _____

من _____ قلقيلية _____ هوية رقم Redacted99V0 _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __١٥__ / شهر __٩__ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة XXXXXX ___ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة

وهو/هي أطلق سراحة/ها في يوم _XXXXXX_/ شهر ____XXXXXXXX____ / سنة _XXXXX_

Date:   **04.10.2009**
التـــاريـــخ

Place:   **QALQILIA**
المكـــان

ILJ-925443

**MAX-WIEGMANN**
ICRC Delegate
توقيع مندوب اللجنة

CERTIFIED UPDATE
C
R
1 4 -11- 2013
International Committee
of the Red Cross
C
R
C

CONFIDENTIAL

SHATSKY-JD01645

CONFIDENTIAL
SHATSKY-JD01646



№   81443

## TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:   **IBRAHIM YOUSSEF IBRAHIM ATIEH**

From:   *QALQILIA*    ID NO: Redacted9975

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **15.09.2003**

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

1.8.2018

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية CICR

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأنسة  ابراهيم يوسف ابراهيم عطية

من  قلقيلية  هوية رقم Redacted9975

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٥ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة XXXXXX إداري _____

محكوم/م أو إداري لمدة  مدى الحياة

وهو/هي أطلق سراحة/ها في يوم xxxxxx / شهر xxxxxxxx / سنة xxxxx

Date  04.10.2009
التـــاريــخ

Place  QALQILIA
المكـــان  13-06-2016

ILJ – 915443  International Committee

MAX WIEGMANN
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL
SHATSKY-JD01646

CONFIDENTIAL



SHATSKY-JD01647

№   81443

## TO WHOM IT MAY CONCERN

**CICR** This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:   **IBRAHIM YOUSSEF IBRAHIM ATIEH**

From:   *QALQILIA*

ID NO: Redacted 9975

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **15.09.2003**

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

إلى من يهمه الأمر

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ ابراهيم يوسف ابراهيم عطية ____

من ____ قلقيلية ____ هوية رقم Redacted 99V0 ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ــ 15 ــ / شهر ــ 9 ــ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة XXXXXX ____ إداري ____

محكوم/ة أو إداري لمدة ____ مدى الحياة ____

وهو/هي أطلق سراحه/ها في يوم XXXXXX / شهر XXXXXXXX / سنة XXXXX ____

Date:   **04.10.2009**
التاريـخ

Place:   **QALQILIA**
المكـان

ILJ-925443

**MAX-WIEGMANN**
ICRC Delegate
توقيع مندوب اللجنة

29 -08- 2013
International Committee
of the Red Cross

CONFIDENTIAL

SHATSKY-JD01647

CONFIDENTIAL

SHATSKY-JD01648



№ 81443

## TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:   **IBRAHIM YOUSSEF IBRAHIM ATIEH**

From:   *QALQILIA*     ID NO: Redacted 9975

Was arrested by the Israeli Authorities on (dd / mm / yyyy):   **15.09.2003**

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية CICR

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بان:

السيد/ة الآنسة ____ إبراهيم يوسف إبراهيم عطية ____

من ____ قلقيلية ____ هوية رقم ____ Redacted 9975 ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ ١٥ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : بنتظر المحاكمة ____ محكوم/ة XXXXXX ____ إداري ____

محكوم/ة أو إداري لمدة ____ مدى الحياة ____

وهو/هي أطلق سراحة/ها في يوم ____ XXXXXXX ____ شهر ____ XXXXXXXX ____ / سنة ____ XXXXX ____

**CERTIFIED UPDATE**

09-10-2011

International Committee
of the Red Cross

Date:  **04.10.2009**
التاريخ

Place:  **QALQILIA**
المكان

ILJ-925443

**MAX-WIEGMANN**
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01648

CONFIDENTIAL

SHATSKY-JD01652

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| ٩ | ٥- | ١ | ٤ | ٥ | ٢ | | | |

| المديرية/فرع الوزارة: | ٢٠٠٨ / ٢ / ٣١ | تاريخ تعبئة الاستمارة: |
|---|---|---|
| قلقيلية | | |

### 1. المعلومات الرئيسية للأسير:

| رقم الهوية: (تسع خانات) | ٩ | ٩ | ٧ | ٥ | Redacted |
|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | الاسم الأب | الاسم الأول | الاسم الرباعي: |
|---|---|---|---|---|
| | | | | |

| ☑ ذكر | ☐ أنثى | الجنس: | | اسم الأم: |

| مكان الولادة: | / / | تاريخ الميلاد: |

| ☐ أمي | ☐ الأساسية | ☐ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا | المؤهل العلمي: |

| التنظيم: | المهنة قبل الأسر: |

| مكان الأسر: | ٢٠٠٢ / ٢ / ١٥ | تاريخ الأسر: |

| ☐ موقوف | ☑ محكوم | ☐ إداري | ☐ محرر | ☐ مدني | الوضع الاعتقالي: |

| العام | الشهر | اليوم | تاريخ الإفراج المتوقع: | سنة | شهر | يوم | في حالة محكوم مدة الحكم حسب قرار الحكم: |

| | | | حسب شهادة الصليب: |

| المحافظة: | التجمع السكاني: Redacted | العنوان الدائم: |

| ملاحظات: |

### 2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة والحالية: ____١____ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | |
| | | | | | | | .1 |
| | | | | | | | .2 |
| | | | | | | | .3 |
| | | | | | | | 4 |
| | | | | | | | 5 |
| | | | | | | | 6 |

SHATSKY-JD01652

CONFIDENTIAL

SHATSKY-JD01658



№ ˙ 81443

## TO WHOM IT MAY CONCERN

**CICR** This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:   **IBRAHIM YOUSSEF IBRAHIM ATIEH**

From:   *QALQILIA*          ID NO: Redacted 9975

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **15.09.2003**

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

**CICR**

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ ابراهيم يوسف ابراهيم عطية ____

من ____ قلقيلية ____ هوية رقم Redacted 9975 ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٥ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة XXXXXX ____ إداري ____

محكوم/ة أو إداري لمدة ____ مدى الحياة ____

وهو/هي أطلق سراحة/ها في يوم XXXXXX / شهر XXXXXXXX / سنة XXXXX ____

Date:   **04.10.2009**
التاريخ

Place:   **QALQILIA**
المكان

**MAX-WIEGMANN**
ICRC Delegate
توقيع مندوب اللجنة

ILJ-925443

CONFIDENTIAL

SHATSKY-JD01658

Exhibit 220

**Prisoner Salary Statement**

| Prisoner no. 11281 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner Name:  Ibrahim Yusuf Ibrahim Atiya | | | Document no. 949559975 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary | |



Redacted

Confidential

Shatsky-JD00481-T

Prisoner Salary Statement

Prisoner no. 11281
Prisoner Name: Ibrahim Yusuf Ibrahim Atiya          Document no. 949559975

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 6

Confidential                                                                 Shatsky-JD00482-T

Prisoner Salary Statement

Prisoner no. 11281
Prisoner Name:  Ibrahim Yusuf Ibrahim Atiya          Document no. 949559975

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | | | | |

Redacted

Confidential

Shatsky-JD00483-T

Prisoner Salary Statement

Prisoner no. 11281
Prisoner Name:  Ibrahim Yusuf Ibrahim Atiya          Document no. 949559975

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 4 of 6

Confidential

Shatsky-JD00484-T

Prisoner Salary Statement

| Prisoner no. 11281 | | | | | | | |
| Prisoner Name:  Ibrahim Yusuf Ibrahim Atiya | | | | Document no. 949559975 | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00485-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 11281 | | | | | | | |
| Prisoner Name: Ibrahim Yusuf Ibrahim Atiya | | | Document no. 949559975 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | Redacted | | | | |
| 4 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 5 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 6 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 7,200.00 |
| 7 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 8 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 9 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 10 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 11 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 12 | 2020 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 7,200.00 |
| 1 | 2021 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 2 | 2021 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 3 | 2021 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 4 | 2021 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |
| 5 | 2021 | Shurouq Yousuf Ibrahim Al-Harisi | Redacted 1274 | | | | 6,800.00 |

Confidential

Shatsky-JD00486-T

Original



CONFIDENTIAL

Shatsky-JD00481



كشف راتب أسير

| رقم الأسير | 11281 |
| اسم الأسير | أبر أهيم يوسف ابر أهيم عطية |

| رقم الرتبة | 940559975 |

| أفرتب | رقم الحساب | | العدع | درجاء | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted

CONFIDENTIAL

Shatsky-JD00482



كشف ـ راتب أسير

رقم الأسير  11281
اسم الأسير  ابراهيم يوسف ابراهيم صيارة

رقم الهوية  949559975

| القيمة | السنة | اسم المستلم | رقم البطاقة | البنك | الفرع | رقم الحساب | ملاحظات |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



كشف رواتب أسير

رقم الأسير  1281
اسم الأسير  إبراهيم ريسة عبدالرحيم عطية

رقم الرتبة  949559976

| لراتب | رقم الحساب | الفرع | جهة | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



CONFIDENTIAL

Shataky-JD00485

كشف راتب أسير

| رقم الأسير | 1281 |
| اسم الأسير | ابراهيم يوسف ابراهيم عضية |

رقم البطاقة 948569975

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted

| الراتب | اسم المستفيد | السنة | الشهر |
|---|---|---|---|
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 4 |
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 5 |
| 7,200.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 6 |
| 6,000.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 7 |
| 6,000.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 8 |
| 6,300.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 9 |
| 6,300.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 10 |
| 5,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 11 |
| 7,200.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2020 | 12 |
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2021 | 1 |
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2021 | 2 |
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2021 | 3 |
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2021 | 4 |
| 6,800.00 | Redacted 1274 شروق يوسف ابراهيم الحارسي | 2021 | 5 |

CONFIDENTIAL

# Exhibit 221

CONFIDENTIAL                                                                SHATSKY- JD01633-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 5 | 1 | 3 | 0 | 3 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.30.2011 | | Ministry's administration/branch: | | | | Qalqilya | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 2 | 5 | 5 | 4 |
|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | | Grandfather's name | | Family name | |
|---|---|---|---|---|---|---|---|
| | Mohammed | Mustafa | | Mohammed | | Dura | |
| Mother's name: | | | Gender: | | ⊙Male | ☐ Female | |
| DoB: | | | Place of birth: | | | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☐ University | ☐ Higher education | |
| Profession prior to arrest: | | | Organization: | | Fatah | | |
| Arrest date: | 9.15.2003 | | Place of arrest: | | | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other |

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| Permanent residence: | Governorate: | Qalqilya | Residential complex: | Qalqilya | |
|---|---|---|---|---|---|
| Notes: | | | | | |

**2. Information concerning previous arrests:**

Number of previous and current arrests:_____. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                        SHATSKY- JD01633-T

CONFIDENTIAL                                                     SHATSKY- JD01634-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☑ Single | | ☐ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | | |
| Spouse's ID No. | | | | | | Marriage Contract Date | | |
| Spouse Name | / | | | | | Number of Children: | / | |

| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |
|---|---|---|---|---|
| No. | Name | DoB | Marital Status | Education |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | 0 | 5 | 9 | 4 |
|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Wafa Mustafa Abdel Hafiz Dura | | | | Relationship: | Mother | | |
| Date of Authorization if Available: | | | Authorization's Period of Validity: | | | | | |
| Bank: | Redacted | | Bank Branch: | | | Redacted | | |
| Account No.: | | | Redacted | | | | | |
| Landline Phone No.: | / | | Cell Phone No.: | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Redacted | Residential complex: | | | | | |
| Notes: | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | Wafa Mustafa Abdel Hafiz Dura |

2

CONFIDENTIAL                                                     SHATSKY- JD01634-T

# Original

CONFIDENTIAL

SHATSKY-JD01626





No. 17138

3268

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr.   MOHAMMAD MOSTAFA MOHAMMAD  DORRA

From :    QALQILIA

ID NO: Redacted 255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    15.09.2003

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ Redacted مصطفى ____ درة ____

من ____ قلقيلية ____ هوية رقم ____ ٤ - ٥٥٢ ____ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ ١٥ / شهر ____ ٩ / سنة ____ ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة XXXXXX / إداري ____

محكوم/ة أو إداري لمدة ____ مدى الحياة ____

وهو/هي أطلق سراحه/ها في يوم /////// / شهر /////// / سنة ///////

Date:   27.02.2006

التاريخ

Place:   QALQILIA

المكان

ERLEND LINKLATER

ICRC Delegate

توقيع مندوب اللجنة



CONFIDENTIAL

**№   17138**   SHATSKY-JD01627

## TO WHOM IT MAY CONCERN

**CICR**

This certificate is valid only if the English and Arabic parts match each other  3268

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **MOHAMMAD MOSTAFA MOHAMMAD  DORRA**

From :    **QALQILIA**                    ID NO: Redacted 255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **15.09.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأنسة _____

من _____ قلقيلية _____ هوية رقم _ Redacted 00-4 _____

كان/ت، قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم _15_ / شهر _9_ / سنة _2003_

و هو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة xxxxxx إداري _____

محكوم/ة أو إداري لمدة _____

و هو/هي أطلق سراحه/ها في يوم _____/ شهر _____ / سنة _____

Date:   **27.02.2006**
التاريخ

Place:   **QALQILIA**
المكان

**CERTIFIED UPDATE**
1 5 -09- 2013
International Committee of the Red Cross

**ERLEND LINKLATER**
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01628



*3268*

№   17138

## TO WHOM IT MAY CONCERN

 **CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **MOHAMMAD MOSTAFA MOHAMMAD  DORRA**

From :   **QALQILIA**                                   ID NO: Redacted 255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **15.09.2003**

He is to date :            Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

CICR

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأُنبة _____

من _____ هوية رقم ٤ - ٥٥ **Redacted**

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٥ / شهر ٩ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة XXXXXXX إداري _____

محكوم/ة أو إداري لمدة ____ مدى الحياة _____

وهو/هي أطلق سراحة/ها في يوم //////// / شهر //////// / سنة ////////

Date:   **27.02.2006**

التـــاريــخ

Place:   **QALQILIA**

المكـــــان

**CERTIFIED UPDATE**

0 2 -08- 2010

International Committee
of the Red Cross

RLEEND LINKLATER
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01628

CONFIDENTIAL

SHATSKY-JD01629



3268



№  17138

## TO WHOM IT MAY CONCERN

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  MOHAMMAD MOSTAFA MOHAMMAD  DORRA

From :  QALQILIA                                       ID NO: Redacted 255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   15.09.2003

He is to date :            Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ Redacted _____ هوية رقم 00 - 2 _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٥ / شهر ٩ / سنة ٢٠٠

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة xxxxxxx إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحة/ها في يوم //////// / شهر //////// / سنة ////////

Date:  27.02.2006          التاريخ

Place:  QALQILIA            المكان

International Committee of the Red Cross

CERTIFIED UPDATE

1 4 -02 2011

International Committee of the Red Cross

FRED LINKLATER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL 20:23 From:                     To:9022421443                    P: SHATSKY-JD01630





№ 17138



## TO WHOM IT MAY CONCERN

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   MOHAMMAD MOSTAFA MOHAMMAD  DORRA

From :   QALQILIA                                      ID NO: Redacted255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   15.09.2003

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من قبل السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأنسية _____

من _____ هوية رقم _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ / شهر ____ / سنة ____

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة xxxxxxx إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحه/ها في يوم _____/ شهر _____ / سنة _____

**CERTIFIED UPDATE**

Date:   27.02.2006
التـــاريـــخ

Place:   QAL.QILIA
المكـــان

14 -02- 2011

I C R C International Committee of the Red Cross

_____ LINKLATER
ICRC Delegate

PP Ansa_____

A. Moirand/AS

توقيع مندوب اللجنة

CONFIDENTIAL                                                        SHATSKY-JD01630

CONFIDENTIAL

SHATSKY-JD01631



№  17138

**CICR**

## TO WHOM IT MAY CONCERN

*3268*

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **MOHAMMAD MOSTAFA MOHAMMAD  DORRA**

From :   QALQILIA                              ID NO: Redacted 255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **15.09.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ محمد مصطفى محمد درة _____

من _____ قلقيلية _____ هوية رقم __ Redacted __ 00 - 4

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم __ 15 __ / شهر __ 9 __ / سنة __ 2003 __

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _XXXXXX_ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة

وهو/هي أطلق سراحه/ها في يوم __/////////__ / شهر __/////////__ / سنة __//////__

Date   27.02.2006                        **CERTIFIED UPDATE**
التاريخ                                              05 -12- 2016

                                            International Committee        **ERLEND LINKLATER**
                                            of the Red Cross                ICRC Delegate

Place:   QALQILIA                                                            توقيع مندوب اللجنة
المكان



CONFIDENTIAL

SHATSKY-JD01631

CONFIDENTIAL

SHATSKY-JD01633

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شــؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|
| ٤ | ٥ | ١ | ٢ | ٦ | ٢ | |
| | ٿبردكتد | | المديرية/فرع الوزارة: | ٢٠١٦ / ٢ / ٢ | | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير :**

| Redacted | | | ٤ | ٥ | ٥ | ٩ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|---|
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | | | الاسم الرباعي: |
| | | | | | | | اسم الأم: |
| ☑ ذكر   ☐ أنثى | | الجنس: | | | | | |
| | | مكان الولادة: | / / | | | | تاريخ الميلاد: |
| ☐ دراسات عليا   ☐ جامعي   ☐ دبلوم   ☐ ثانوي   ☐ الأساسية   ☑ أمي | | | | | | | المؤهل العلمي: |
| | | التنظيم: | | | | | المهنة قبل الأسر: |
| | | مكان الأسر: | ٢٠١٥ / ٢ / | | | | تاريخ الأسر: |
| ☐ مدني   ☐ محرر   ☐ إداري   ☑ محكوم   ☐ موقوف | | | | | | | الوضع الاعتقالي: |
| العام | الشهر | اليوم | تاريخ الإفراج المتوقع | سنة | شهر | يوم | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
| | | | حسب قرار الحكم: | | | | |
| | التجمع السكاني: | | | المحافظة: | | | العنوان الدائم: |
| | | | | | | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية:ـــــــــــــــــ. فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | تاريخ الاعتقال | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | | |
| | | | | | | | | 1. |
| | | | | | | | | 2. |
| | | | | | | | | 3. |
| | | | | | | | | 4. |
| | | | | | | | | 5. |
| | | | | | | | | 6. |

1

SHATSKY-JD01633

CONFIDENTIAL

SHATSKY-JD01634

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | |
|---|---|---|---|
| الحالة الاجتماعية: | ☐ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| رقم هوية الزوج/ة: | | | | | | | | | | تاريخ عقد الزواج | /   / |
|---|---|
| اسم الزوج/ة: | عدد الأولاد: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | | | | | | | |
|---|---|
| اسم الوكيل "المستفيد": | | صلة القرابة: |
| تاريخ الوكالة: | | مدة سريان الوكالة: |
| البنك: | Redacted | فرع البنك: |
| رقم الحساب: | Redacted |
| الهاتف الأرضي: | | رقم الهاتف النقال: |
| العنوان الدائم للمستفيد: | | المحافظة: Redacted | التجمع السكاني: |
| ملاحظات: | |

Redacted

| ملاحظات مقدم الطلب: | |
|---|---|
| إقرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

2

CONFIDENTIAL

SHATSKY-JD01634

SHATSKY-JD01639

CONFIDENTIAL



№  17138

## TO WHOM IT MAY CONCERN



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  **MOHAMMAD MOSTAFA MOHAMMAD  DORRA**

From :  **QALQILIA**                                     ID NO: Redacted255-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :        **15.09.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR

هذه الشهادة ساريا المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  _____

من  _____  هوية رقم _____ Redacted ٠٠-٢

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم _____ / شهر _____ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة XXXXXX _____ إداري _____

محكوم/ة أو إداري لمدة  _____

وهو/هي أطلق سراحه/ها في يوم _____ / شهر _____ / سنة _____

Date:  **27.02.2006**

التـاريـخ

Place:  **QALQILIA**

المكــان

ERLEND LINKLATER
GVRVA Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01639

Exhibit 222

Prisoner Salary Statement

Prisoner no. 11282

Prisoner Name: Mohammed Mustafa Mohammed Dura          Document no. 936542554

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | Redacted | | | | |



Page 1 of 7

Confidential

**Prisoner Salary Statement**

Prisoner no. 11282
Prisoner Name: Mohammed Mustafa Mohammed Dura          Document no. 936542554

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 7

Confidential

Shatsky-JD00475-T



| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 11282 | | | | | | | |
| Prisoner Name:  Mohammed Mustafa Mohammed Dura | | | Document no. 936542554 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Page 3 of 7

Confidential

Shatsky-JD00476-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 11282 | | | | | | | |
| Prisoner Name: Mohammed Mustafa Mohammed Dura | | | | Document no. 936542554 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00477-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 11282 | | | | | | | | |
| Prisoner Name: Mohammed Mustafa Mohammed Dura | | | | Document no. 936542554 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |



Redacted

Page 5 of 7

Confidential

Shatsky-JD00478-T

Prisoner Salary Statement

Prisoner no. 11282
Prisoner Name: Mohammed Mustafa Mohammed Dura          Document no. 936542554

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | Redacted | | | |
| 4 | 2020 | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 5 | 2020 | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 6 | 2020 | Wafa Mustafa Dura | Redacted 0594 | | | | 7,200.00 |

Confidential

Shatsky-JD00479-T

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Prisoner Salary Statement | | | | |

Prisoner no. 11282
Prisoner Name:  Mohammed Mustafa Mohammed Dura          Document no. 936542554

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 7 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 8 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 9 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 10 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 11 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 12 | | Wafa Mustafa Dura | Redacted 0594 | | | | 7,200.00 |
| 1 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 2 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 3 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 4 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |
| 5 | | Wafa Mustafa Dura | Redacted 0594 | | | | 6,800.00 |

Page 7 of 7

Confidential                                                       Shatsky-JD00480-T

Original



كشف راتب أسير

رقم الأسير   11252
اسم الأسير   محمد مصطفى محمد درة

رقم الهوية   936542554

| الشهر | السنة | اسم المستفيد | البنك | رقم البطاقة | فرك | الدرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|---|

Redacted

7 من صفحة

CONFIDENTIAL

كشف رواتب أسرى

| | | | | | رقم الأسير | 11252 |
| | | | رقم البطاقة | 936542554 | اسم الأسير | محمد مصطفى محمد درة |

| رقم الحساب | الراتب | | الفرع | البنك | رقم الولاية | السنة | اسم المستفيد | الشهر |



Redacted

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00476

كشف رواتب أسير

| | رقم الأسير | 11282 |
| | اسم الأسير | محمد وصباحي محمد دية |

رقم الوظيفة 936542554

| الراتب | رقم الحساب | الفرع | الهاتف | رقم البطاقة | اسم المستفيد | الصفة | الشهر |
|---|---|---|---|---|---|---|---|



Redacted

CONFIDENTIAL

Shatsky-JD00477



كشف رواتب أسير

| رقم الأسير | 11282 |
| اسم الأسير | محمد مصطفى محمد قرة |

رقم البطاقة   936642554

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted

CONFIDENTIAL

Shatsky-JD00478



كشف راتب أسير

| رقم الأسير | 11252 | | | | | | | رقم الوثيقة 936542554 |
| اسم الأسير | بجت مصطفى محمد ثرة | | | | | | | |

| الراتب | رقم الحساب | | النوع | البدل | رقم البطاقة | اسم المستفيد | السنة | الشهر | الأسير |
|---|---|---|---|---|---|---|---|---|---|

Redacted

| 6,300.00 | | | | Redacted 0594 | وفاء مصطفى ثرة | 2020 | ع |
| 6,300.00 | Redacted | | | Redacted 0594 | وفاء مصطفى ثرة | 2020 | 5 |
| 7,200.00 | | | | Redacted 0594 | وفاء مصطفى ثرة | 2020 | 5 |

CONFIDENTIAL

Shatsky-JD00479

كشف راتب أسير

| رقم الأسير | 11262 |
| اسم الأسير | محمد مصطفى محمد درة |

رقم الوثيقة   936542554

| الراتب | رقم الحساب | الدرع | البنك | رقم البطاقة | | اسم الموظف | السنة | الشهر |
|---|---|---|---|---|---|---|---|---|
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2020 | 7 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2020 | 8 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2020 | 9 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2020 | 10 |
| 8,800.00 | | Redacted | | Redacted | 0594 | وفاء مصطفى درة | 2020 | 11 |
| 7,200.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2020 | 12 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2021 | 1 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2021 | 2 |
| 8,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2021 | 3 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2021 | 4 |
| 6,800.00 | | | | Redacted | 0594 | وفاء مصطفى درة | 2021 | 5 |

7 من 7 صفحة

CONFIDENTIAL

Shatsky-JD00480

# Exhibit 223

CONFIDENTIAL                                    **3**                         SHATSKY-JD01618-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form** /old          [illegible signature]

| Form no.: | 4 | 5 | 2 | 3 | 3 | 2 | | |
|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.13.2011 | | Ministry's administration/branch: | | | Ramallah | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 6 | | 4 | | 0 | | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Muayad | | Shukri | | Abd Al-Hamid | | Hamad | | | |

| Mother's name: | Maysar | Gender: | ☑ Male      ☐ Female |
|---|---|---|---|

| DoB: | Redacted .1976 | Place of birth: | |
|---|---|---|---|

| Education: | ☐ Illiterate | ☐ Elementary | ☑ High school | ☐ Diploma | ☐ University | ☐ Higher education |
|---|---|---|---|---|---|---|

| Profession prior to arrest: | Laborer | Organization: | Hamas |
|---|---|---|---|

| Arrest date: | 12.20.2003 | Place of arrest: | Beersheba |
|---|---|---|---|

| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |
|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| Permanent residence: | Governorate: | Ramallah | Residential complex: | Redacted |
|---|---|---|---|---|

| Notes: | |
|---|---|

**2. Information concerning previous arrests:**

Number of previous arrests:_____. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                 SHATSKY-JD01619-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☑ Married | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | |
| Spouse's ID No. | Redacted   3 4 8 1 | | | Marriage Contract Date | 9.29.1998 | |
| Spouse Name | Wurud Hassan Isma'il Hamad | | | Number of Children: | 3 children | |

| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |
|---|---|---|---|---|
| No. | Name | DoB | Marital Status | Education |
| 1. | Hamzah | Redacted .2000 | | |
| 2. | Bilal | Redacted .2004 | | |
| 3. | Tawhid | Redacted .2001 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted   3 4 8 1 | | |
|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Wurud Hassan Isma'il Hamad | Relationship: | Wife |
| Date of Authorization if Available: | | Authorization's Period of Validity: | |
| Bank: | Redacted | Bank Branch: | Redacted |
| Account No.: | Redacted | | |
| Landline Phone No.: | | Cell Phone No.: | |
| Permanent Beneficiary's Address: | Governorate: | Residential complex: | |
| Notes: | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | Wurud Hasan |

2

CONFIDENTIAL                                                                 SHATSKY-JD01619-T

# Original