CONFIDENTIAL

SHATSKY-JD01612



№  17740

## TO WHOM IT MAY CONCERN

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :



Mr:     **MOAYED SHOKRI ABDELHAMID   HAMMAD**

From :    **RAMALLAH**                              ID NO: Redacted**640-3**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **20.12.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



**CICR**

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة      مــــــويد شكري عبدالحميد حمـــاد

من _____ رام اللـــــــــــه _____ هوية رقم   ١٤٠٣Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____٢٠ / شهر ١٢ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ____×____ إداري _____

محكوم/ة أو إداري لمدة _____مــــــــؤبد

وهو/هي أطلق سراحة/ها في يوم _____xx/ شهر _____xx _____ / سنة _____xx

Date:   **03.12.2006**

التــاريــخ

Place:  **RAMALLAH/NA**

المكـــان

BENNO KOCHER

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01612

CONFIDENTIAL

SHATSKY-JD01614



**CICR**

№ 17740

(1407)

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     **MOAYED SHOKRI ABDELHAMID   HAMMAD**

From :     **RAMALLAH**

ID NO: Redacted **640-3**



Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **20.12.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



**CICR**

12245

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة      مـــويد شكري عبد الحميد حمــاد

من _____ رام اللـــــه _____ هوية رقم ____ Redacted ٦٤٠٣

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___٢٠__ / شهر ١٢__ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ____ X ____ إداري _____

محكوم/ة أو إداري لمدة ____ مــــؤبد _____

وهو/هي أطلق سراحة/ها في يوم ____xx__/ شهر ____xx____ / سنة ____xx____

Date:   **03.12.2006**

التـــاريـــخ

Place:  **RAMALLAH/NA**

المكـــان

**CERTIFIED UPDATE**

0 7 -10- 2015

BENNO KOCHER
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01614

CONFIDENTIAL                                                                          SHATSKY-JD01615



№  17740

## TO WHOM IT MAY CONCERN


(1407)

**CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **MOAYED SHOKRI ABDELHAMID  HAMMAD**

From :   **RAMALLAH**                                    ID NO: Redacted **640-3**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **20.12.2003**

He is to date :   Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــــــ مــــؤيد شكري عبدالحميد حمــاد

من ـــــــ رام الله ـــــــ هوية رقم ـ ٤٠٣ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـ٢٠ـ / شهر ١٢ـ / سنة ٢٠٠٣ـ

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة ـ✗ـ إداري ـــــــ

محكوم/ة أو إداري لمدة ـــــــ مــــؤبد

وهو/هي أطلق سراحة/ها في يوم ـــــ xx ـ/ شهر ـ xx ـ / سنة ـ xx ـ

Date:   **03.12.2006**

التـــاريـــخ

Place:   **RAMALLAH/NA**

المكــــان

**CERTIFIED UPDATE**

0 7 -10- 2015

RENNO KOCHER
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL                                                                          SHATSKY-JD01615

CONFIDENTIAL
SHATSKY-JD01616



№  17740

## TO WHOM IT MAY CONCERN

**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **MOAYED SHOKRI ABDELHAMID  HAMMAD**

From :   **RAMALLAH**                    ID NO: Redacted **640-3**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **20.12.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ مويد شكري عبدالحميد حماد ___

من ___ رام الله ___ هوية رقم ___ Redacted ٦٤٠٣

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ٢٠ / شهر ١٢ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ✗ ___ إداري ___

محكوم/ة أو إداري لمدة ___ مؤبد ___

وهو/هي أطلق سراحه/ها في يوم ___ xx / شهر ___ xx ___ / سنة ___ xx

Date:   **03.12.2006**

التـاريـخ

Place:   **RAMALLAH/NA**

المكـان

BENNO KROCHER
ICRC Delegate
توقيع مندوب اللجنة

CERTIFIED UPDATE
05 -08- 2013
International Committee
of the Red Cross

CONFIDENTIAL
SHATSKY-JD01616

CONFIDENTIAL

SHATSKY-JD01618



Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees

السـلـطــة الوطـنـيـة الفـلـسـطـينية

وزارة شــؤون الأســرى والمحـــررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية / ؟؟؟

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | ٤ | ٥ | ٢ | ٢ | ٢ | ٢ | رقم الاستمارة: |

| المديرية/فرع الوزارة: | ؟؟؟ | تاريخ تعبئة الاستمارة: | ؟؟؟ |
|---|---|---|---|

**1. المعلومات الرئيسية للأسير:**

Redacted

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | | | | | | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|---|---|---|---|

الاسم الرباعي:

| | الجنس: ☐ ذكر ☑ أنثى | | اسم الأم: |

| | مكان الولادة: | Redacted | تاريخ الميلاد: |
| ☐ درإسات عليا ☐ جامعي ☐ دبلوم ☐ ثانوي ☐ إعدادي ☑ أساسي ☐ أمي | | | المؤهل العلمي: |

| التنظيم: | | المهنة قبل الأسر: |

| مكان الاعتقال: | | تاريخ الأسر: ؟؟؟ |
| ☐ أخرى ☐ محرر ☐ إداري ☑ محكوم ☑ موقوف | | الوضع الاعتقالي: |

| العام | الشهر | اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم: | سنة | شهر | يوم | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
|---|---|---|---|---|---|---|---|

| Redacted | التجمع السكاني: | المحافظة: | العنوان الدائم: |

ملاحظات:

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: ........ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | |
| | | | | | | | ١. |
| | | | | | | | ٢. |
| | | | | | | | ٣. |
| | | | | | | | ٤. |
| | | | | | | | ٥. |
| | | | | | | | ٦. |

1

CONFIDENTIAL

SHATSKY-JD01618

CONFIDENTIAL

SHATSKY-JD01619

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | |
|---|---|---|---|---|
| ☐ أرمل | ☐ مطلق | ☑ متزوج | ☐ أعزب | الحالة الاجتماعية: |

في حالة متزوج:

تعبئة بيانات الزوج/ة والأبناء

| تاريخ عقد الزواج | ۲۰۰۹/۰۹/۰۱ | Redacted | | رقم هوية الزوج/ة: | ۱۲٤۸۱ |
|---|---|---|---|---|---|
| عدد الأولاد: | | اسم الزوج/ة | Redacted | | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | ۲۰۰۱ Redacted | Redacted | 1. |
| | | ۲۰۰۵ Redacted | Redacted | 2. |
| | | ۲۰۰۱ Redacted | Redacted | 3. |
| | | | | 4. |
| | | | | 5. |
| | | | | 6. |
| | | | | 7. |
| | | | | 8. |
| | | | | 9. |

4. بيانات الوكيل "المستفيد":

| | | |
|---|---|---|
| رقم الهوية "المستفيد": | ۱۲٤۸۱ | |
| اسم الوكيل "المستفيد": | Redacted | |
| تاريخ الوكالة إن وجدت: | | صلة القرابة: Redacted |
| | مدة سريان الوكالة: | |
| البنك: | فرع البنك: Redacted | Redacted |
| رقم الحساب: | Redacted | |
| رقم الهاتف الأرضي: | رقم الهاتف النقال: | |
| العنوان الدائم للمستفيد: | المحافظة: | التجمع السكاني: |
| ملاحظات: | | |

| | |
|---|---|
| ملاحظات مقدم الطلب: | |
| إقـــرار: | أنا الموقع أدناه أقر وأتعهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | Redacted |

2

CONFIDENTIAL

SHATSKY-JD01621



№ 17740

## TO WHOM IT MAY CONCERN

**CICR**

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  **MOAYED SHOKRI ABDELHAMID  HAMMAD**

From :  **RAMALLAH**

ID NO ^Redacted^640-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy)  **20.12.2003**

He is to date :  Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من قبل السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة      مـــؤيد شكري عبدالحميد حمـــاد

من _____ رام اللـــــه _____ هوية رقم ^Redacted^١٤٠٢

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___٢٠___ / شهر __١٢__ / سنة __٢٠٠٣__

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __X__ إداري _____

محكوم/ة أو إداري لمدة _____ مـــؤبد

وهو/هي أطلق سراحة/ها في يوم __xx__ / شهر __xx__ / سنة __xx__

Date:  **03.12.2006**

التــاريـخ

Place:  **RAMALLAH/NA**

المكــان

CERTIFIED UPDATE

13 -03- 2011

International Committee of the Red Cross

BENNO KOCHER

ICRC delegate

توقيع مندوب اللجنة:

CONFIDENTIAL

SHATSKY-JD01621



Exhibit 224

Prisoner Salary Statement

Prisoner no. 12245
Prisoner Name:  Muayad Shukri Abd Al-Hamid Hamad          Document no. 901186403

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | Redacted | | | |

Page 1 of 8

Confidential

Shatsky-JD00466-T

Prisoner Salary Statement

Prisoner no. 12245
Prisoner Name: Muayad Shukri Abd Al-Hamid Hamad          Document no. 901186403

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 8

Confidential

Shatsky-JD00467-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 12245 | | | | | | | |
| Prisoner Name: Muayad Shukri Abd Al-Hamid Hamad | | | | Document no. 901186403 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no | Salary |



Redacted

Page 3 of 8

Confidential

Shatsky-JD00468-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 12245 | | | | | | | |
| Prisoner Name: Muayad Shukri Abd Al-Hamid Hamad | | | Document no. 901186403 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 8

Confidential

Shatsky-JD00469-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 12245 | | | | | | | |
| Prisoner Name: Muayad Shukri Abd Al-Hamid Hamad | | | Document no. 901186403 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00470-T

Prisoner Salary Statement

Prisoner no. 12245
Prisoner Name:  Muayad Shukri Abd Al-Hamid Hamad          Document no. 901186403

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|



Redacted

Page 6 of 8

Shatsky-JD00471-T

Prisoner Salary Statement

Prisoner no. 12245
Prisoner Name: Muayad Shukri Abd Al-Hamid Hamad        Document no. 901136403

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |
| 4 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 5 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 6 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,532.50 |
| 7 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 8 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 9 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 10 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 11 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |

Confidential                                      Shatsky-JD00472-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 12245 | | | | | | | |
| Prisoner Name:  Muayad Shukri Abd Al-Hamid Hamad | | | Document no. 901186403 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| 12 | 2020 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,532.50[*] |
| 1 | 2021 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 2 | 2021 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 3 | 2021 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 4 | 2021 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,132.50 |
| 5 | 2021 | Wurud Hasan Isma'il Hamad | Redacted 3481 | | | | 7,227.50 |

Page 8 of 8

Confidential

Shatsky-JD00473-T

Original



كشف راتب أسير

رقم الأسير: 12245
اسم الأسير: مؤيد شكري ابو الله سعيد حجة

رقم الوثيقة: 901186409

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



كشف رقم أسير

رقم الأسير 12245
اسم الأسير مؤيد شكري عبدالحميد عساف

رقم الوثيقة 901186403

CONFIDENTIAL



CONFIDENTIAL



كشف رائب أسير

رقم الأسير 12245

اسم الأسير سعيد شكري عبدالحميد دصال

رقم البطاقة 901186403



| رقم الحساب | الفرع | رقم البطاقة | البنك | | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,132.50 | | | | | | | |
| 7,132.50 | | | | | | | |
| 7,532.50 | | | | | | | |
| 7,132.50 | | | | | | | |
| 7,132.50 | | | | | | | |
| 7,132.50 | | | | | | | |
| 7,132.50 | | | | | | | |
| 7,132.50 | | | | Redacted 5481 | زروه حسن اسماعيل حماد | 2020 | 4 |
| | | | | Redacted 5481 | زروه حسن اسماعيل حماد | 2020 | 5 |
| | | | | Redacted 5481 | وروه هدن اسماعيل حمد | 2020 | 8 |
| | | | | Redacted 5481 | زروه حسن اسماعيل | 2020 | 7 |
| | | | | Redacted 5481 | وردو حسن اسماعيل حماد | 2020 | 8 |
| | | | | Redacted 5481 | زروه حسن اسماعيل حمد | 2020 | 9 |
| | | | | Redacted 5481 | زروه حسن اسماعيل حماد | 2020 | 10 |
| | | | | Redacted 5481 | زروه حسن اسماعيل حماد | 2020 | 11 |

CONFIDENTIAL

Shatsky-JD00472

كشف راتب أسير

رقم الأسرة   12245
اسم الأسير   مهيب بكري عبدالسيد حماد

رقم الوثيقة   901186403



| م | السنة | اسم المستحق | رقم الوثيقة | | | المبلغ | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|---|
| 2 | 2020 | زروب حسن اسماعيل حماد | Redacted 13481 | | | | | 7,532.50 |
| 1 | 2021 | زروب حسن اسماعيل حماد | Redacted 53481 | | | | | 7,732.50 |
| 2 | 2021 | زروب حسن اسماعيل | Redacted 13481 | Redacted | | | | 7,732.50 |
| 3 | 2021 | زروب حسن اسماعيل حماد | Redacted 13481 | | | | | 7,732.50 |
| 4 | 2021 | زروب حسن اسماعيل | Redacted 53481 | | | | | 7,732.50 |
| 5 | 2021 | زروب حسن اسماعيل حماد | Redacted 13481 | | | | | 7,827.50 |

٨ من الصفحة

CONFIDENTIAL

Shatsky-JD00473

# Exhibit 225

CONFIDENTIAL   OK   [handwritten signature]                    8290                          √ OK   SHATSKY-JD01176-T

[English] Palestinian National Authority                [Emblem of the           [Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs            Palestinian Authority]    Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees                                                Gen. Dep. Detainees & Ex-detainees

## Main Prisoner Form/*Government Official*

| Form no.: | | | | | | | | *Civil servant* |
|---|---|---|---|---|---|---|---|---|
| Form Issuance date: | 3.23.2011 | | | Ministry's administration/branch: | | Ramallah | | |

<u>OK</u>

### 1. Basic information concerning the prisoner:

| ID no. (9 digits) | Redacted | | | | 5 | 6 | 4 | 3 |
|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | |
| | Mohamed | | Abdel Rahman | | Salem | | Mousleh | |
| Mother's name: | Fahimah | | | | Gender: | | ☑ Male    ☐ Female | |
| DoB: | Redacted .1977 | | | | Place of birth: | Ramallah | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☑ High school | ☐ Diploma | ☐ University | | ☐ Higher education | |
| Profession prior to arrest: | Government official | | | | Organization: | Fatah | | |
| Arrest date: | 2.17.2002 | | | | Place of arrest: | Beersheba | | |
| Arrest status: | ☐ Detained | | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other |
| In case of life sentence according to ICRC Certificate | Day | Month | Year Life term | Expected release date according to verdict: | | Day | Month | Year |
| Permanent residence: | Governorate: | | Ramallah | Residential complex: | | Redacted | | |
| Notes: | | | | | | | | |

### 2. Information concerning previous arrests:

No. of previous arrests: __/__. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| 1. | | | | Day | Month | Year | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                SHATSKY-JD01177-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☐ Single | | ☑ Married | ☐ Divorced | | ☐ Widow |
|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | |
| Spouse's ID No. | Redacted | 3 | 9 | 0 | 0 | Marriage Contract Date | 12.3.1998 |
| Spouse Name | Khalida Wahid Abdel Rahim Mousleh | | | | Number of Children: | |

Data on children from first wife: (sons under 18, unmarried daughters of all ages)

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | Ahmad | Redacted .2001[*] | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative "Beneficiary":**

| "Beneficiary's" ID: | Redacted | | | | 5 | 6 | 4 | 3 |
|---|---|---|---|---|---|---|---|---|
| Authorized Representative – "Beneficiary's" Name: | Mohamed Abdel Rahman Salem Mousleh | | | | Relationship: | The prisoner himself | | |
| Date of Authorization if Available: | / / | | | Authorization's Period of Validity: | | | | |
| Bank: | Redacted | | | Bank Branch: | | Redacted | | |
| Account No.: | | | | Redacted | | | | |
| Landline Phone No.: | | | | Cell Phone No.: | | | | |
| Permanent Beneficiary's Address: | Governorate: | Ramallah | | Residential complex: | | | | |
| Notes: | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | [handwritten signature] |

2

CONFIDENTIAL                                                                SHATSKY-JD01177-T

# Original

CONFIDENTIAL
SHATSKY-JD01176

8 2 9 0

السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى و المحررين
الإدارة العامة لشؤون الأسرى والمحررين

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

استمارة الأسير الرئيسية   موظف حكومي

| | |
|---|---|
| رقم الاستشارة: | |
| تاريخ تعبئة الاستشارة: | ٢٠٢٣ / ١ |
| المديرية/فرع الوزارة: | رام الله |

**1. المعلومات الرئيسية للأسير:**

| | |
|---|---|
| رقم الهوية: (تسع خانات) | |
| الاسم الرباعي: | |
| اسم الأم: | |
| تاريخ الميلاد: | |
| التأهيل العلمي: | |
| المهنة قبل الأسر: | موظف حكومي |
| تاريخ الأسر: | ٢٠٠٦ |
| الوضع الاعتقالي: □ موقوف | |
| في حالة محكوم مدة الحكم: | |
| حسب شهادة الصليب: | |
| العنوان الدائم: | |
| المحافظة: | رام الله |
| ملاحظات: | |

الاسم الأول   اسم الأب   اسم الجد   اسم العائلة

Redacted

الجنس: □ ذكر □ أنثى

مكان الولادة: □ أمي   Redacted   □ أساسي □ ثانوي
□ دبلوم □ جامعي □ دراسات عليا

التنظيم:
مكان الاعتقال: □ إداري □ محكوم □ سجن □ محرر □ أخرى
تاريخ الإجراء المتوقع
حسب قرار الحكم
التجمع السكاني

Redacted

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: ...... فقط المعتمد بشهادة صليب، وبتسلسل زمني من الأحدث إلى الأكثر.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| .1 | | | | | | | |
| .2 | | | | | | | |
| .3 | | | | | | | |
| .4 | | | | | | | |
| .5 | | | | | | | |
| .6 | | | | | | | |

CONFIDENTIAL
SHATSKY-JD01177

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | | الحالة الاجتماعية: |
|---|---|---|---|---|---|
| □ أرمل | □ مطلق | ☑ متزوج | □ أعزب | | |
| | | تعبئة بيانات الزوج/ة و الأبناء | | | في حالة متزوج/ة: |
| ١٩٩٨/١٢/ ٣ | تاريخ عقد الزواج | Redacted | 3 | 9 0 0 | رقم هوية الزوج/ة: |
| | عدد الزوجات: | خالده وحيد ابراهيم معالي | | | اسم الزوج/ة |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام و البنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | ٢٠٠٦ Redacted | براء | .1 |
| | | | | .2 |
| | | | | .3 |
| | | | | .4 |
| | | | | .5 |
| | | | | .6 |
| | | | | .7 |
| | | | | .8 |
| | | | | .9 |

4. بيانات الوكيل المستفيد:

| | | | | | |
|---|---|---|---|---|---|
| Redacted | 5 | 6 | 4 | 3 | رقم الهوية المستفيد": |
| محمد عبدالرحمن عبدالرحيم معالي | | | | | اسم الوكيل "المستفيد": |
| الأسير نفسه | صلة القرابة: | | | | تاريخ الوكالة إن وجدت: |
| مدة سريان الوكالة: | | Redacted | | | البنك: |
| فرع البنك: Redacted | | | | | رقم الحساب: |
| رقم الهاتف النقال: | | | | | رقم الهاتف الأرضي: |
| التجمع السكاني: | | رام الله | المحافظة: | | العنوان الدائم للمستفيد: |
| | | | | | ملاحظات: |

| ملاحظات مقدم الطلب: |
|---|
| أنا الموقع أدناه أقر بأن جميع المعلومات الواردة في الطلب صحيحة و أتحمل مسؤوليتها | إقرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL
SHATSKY-JD01177

# Exhibit 226

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 51099 | | | | | | | | |
| Prisoner Name:  Mohamed Abdel Rahman Salem Mousleh | | | Document no. 902845643 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | | Salary |
| | | | Redacted | | | | | |
| 4 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 5 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 6 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,652.29 |
| 7 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 8 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 9 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 10 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 11 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 12 | 2020 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,652.29 |
| 1 | 2021 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |
| 2 | 2021 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | | 1,252.29 |

Confidential

Shatsky-JD00283-T

Prisoner Salary Statement

Prisoner no. 51099
Prisoner Name:  Mohamed Abdel Rahman Salem Mousleh          Document no. 902845643

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 3 | 2021 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | 1,083.08[*] |
| 4 | 2021 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | 1,083.08[*] |
| 5 | 2021 | Mohamed Abdel Rahman Salem Mousleh | Redacted 5643 | | | | 1,083.08[*] |

Page 2 of 2

Confidential

Shatsky-JD00284-T

# Original

كشف راتب أسير

| رقم الأسير | 51059 |
| اسم الأسير | محمد عبد الرحمن سالم مصلح |
| رقم الوثيقة | 902845643 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

Redacted

| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 4 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 5 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 6 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 7 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 8 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 9 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 10 |
| 662.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 11 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2020 | 12 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2021 | 1 |
| 1,252.29 | | | | Redacted | 5643 | محمد عبد الرحمن سالم مصلح | 2021 | 2 |

CONFIDENTIAL



كشف راتب سنوي

رقم الاسير ........ 51059

اسم الاسير ....... محمد عبد الرحمن سالم مصلح         رقم البطاقة: 902345643

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | المبلغ | رقم الحساب | المبلغ |
|---|---|---|---|---|---|---|---|
| 3 | 2021 | محمد عبد الرحمن سالم مصلح | Redacted 5643 | | | | 1,`83.08 |
| 4 | 2021 | محمد عبد الرحمن سالم مصلح | Redacted 5643 | | Redacted | | 1,`83.08 |
| 5 | 2021 | محمد عبد الرحمن سالم مصلح | Redacted 5643 | | | | 1,`83.08 |

صفحة رقم 2

CONFIDENTIAL

# Exhibit 227

CONFIDENTIAL                                                      Shatsky-JD01595-T

| Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affair<br>Gen. Directorate of Detainees Affairs | [Emblem -<br>Palestine] | Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affair<br>Gen. Directorate of Detainees Affairs |

*1.21.2009*



### To whom it may concern

The Ministry of Detainees and Ex-Detainees Affairs asserts that prisoner *Mohammed Hasan Ahmad Arman*, bearer of ID no. [^Redacted *6259)*, is one of the prisoners who are registered at the ministry, and as of date he is still incarcerated.

His wife, Mrs. **Linda Khadr Abd Al-Jalil Arman** received a monthly allowance of Redacted because he is incarcerated.

Thank you for your cooperation,

**Gen. Directorate of Detainees and Ex-Detainees Affairs**

[Stamp:]
> Palestinian National Authority
> Ministry of Detainees and Ex-Detainees Affairs
> Gen. Directorate of Detainees and Ex-Detainees Affairs

CONFIDENTIAL                                                      Shatsky-JD01595-T

CONFIDENTIAL                                                    SHATSKY-JD01599-T

[English] Palestinian National A ~~Audit~~ *[Illegible signature]*    [Emblem of the        [Arabic] Palestinian National Authority
Ministry of Detainees & Ex-deta ...airs         Palestinian Authority]    Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees                                          Gen. Dep. Detainees & Ex-detainees

---

### Main Prisoner Form  / *Old 442897*

| Form no.: | | | | | |
|---|---|---|---|---|---|
| Form issuance date: | 3.23.2011 | | Ministry's administration/branch: | Ramallah | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 6 | 2 | | 5 | 9 |

| Four-part name: | First name | Father's name | | Grandfather's name | | Family name | |
|---|---|---|---|---|---|---|---|
| | Mohammed | Hasan | | Ahmad | | Arman | |

| Mother's name: | Tamam | | Gender: | ☑ Male | ☐ Female |
|---|---|---|---|---|---|

| DoB: | Redacted .1975 | Place of birth: | Ramallah |
|---|---|---|---|

| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☑ University | ☐ Higher education |
|---|---|---|---|---|---|---|

| Profession prior to arrest: | Laborer | | Organization: | Hamas |
|---|---|---|---|---|

| Arrest date: | 8.18.2002 | | Place of arrest: | Hadarim |
|---|---|---|---|---|

| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |
|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| PArmanent residence: | Governorate: | Ramallah | Residential complex: | Redacted |
|---|---|---|---|---|

| Notes: | |
|---|---|

**2. Information concerning previous arrests:**

Number of previous arrests: ___2___ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 5.19.1998 | Verdict | 11.21.1999 | | | | |
| 2. | 5.27.1994 | Verdict | 9.26.1994 | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                    SHATSKY-JD01599-T

CONFIDENTIAL                                                                 SHATSKY-JD01600-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☐ Single | | ☑ Married | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|
| **If Married:** | Enter data of spouse and children | | | | | | | |
| **Spouse's ID No.** | Redacted | | | 7 | 4 | 7 | 9 | **Marriage Contract Date** | 4.19.1996 |
| **Spouse Name** | Linda Khadr Abdel Jalil Arman | | | | | | **Number of Children:** | 3 |
| **Data on children from first wife: (sons under 18, unmarried daughters of all ages)** | | | | | | | | |
| No. | Name | | | DoB | Marital Status | Education | | |
| 1. | Iman | | | Redacted .1998 | | | | |
| 2. | Sansabil | | | Redacted .2001 | | | | |
| 3. | Bilal | | | Redacted .1997 | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | | 7 | 4 | 7 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Authorized Representative – Beneficiary's Name:** | Linda Khadr Abdel Jalil Arman | | | | | Relationship: | Wife | | |
| **Date of Authorization if Available:** | | | **Authorization's Period of Validity:** | | | | | | |
| **Bank:** | Redacted | | | **Bank Branch:** | | | Redacted | | |
| **Account No.:** | | Redacted | | | | | | | |
| **Landline Phone No.:** | Redacted | | | **Cell Phone No.:** | | | | | |
| **PArmanent Beneficiary's Address:** | Governorate: | Ramallah | | **Residential complex:** | | | | | |
| **Notes:** | | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | |
| | *Linda* |

2

CONFIDENTIAL                                                                 SHATSKY-JD01600-T

Original

CONFIDENTIAL

SHATSKY-JD01594

تحرير

## TO WHOM IT MAY CONCERN   № 62213



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr/Mrs. : MOHAMMAD HASSAN AHMAD ERDAN

From : KHARBATHA BANI HARETH/RAMALLAH         ID. NO : Redacted 6259

Was arrested by the Israeli Authorities on Day: 18    Month: AUGUST    Year: 2002

He/She is to date:   Awaiting Trial ☐   Sentenced ☒   Administrative ☐

Length of sentence / administrative period : LIFE SENTENCED

He/She was released on Day: //    Month //    Year: //

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة :

من :                                          هوية رقم: Redacted ٦٢٥٩

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٨ / شهر آب / سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مؤبد

وهو/هي اطلق سراحه/ها في يوم // / شهر // / سنة //

(الرجاء وضع x في المربع المطلوب ووضع خط تحت التعبير الصحيح)

CERTIFIED UPDATE   27-06-2019

Date / التاريخ: 16/03/2004

Place / المكان: RAMALLAH/WB

KATARZYNA RUIZ
International Committee of the Red Cross
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01594

CONFIDENTIAL SHATSKY-JD01595

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Directorate of Detainees Affairs



الـــلـــطـــة الـوطـنـيــة الفلسطينية
وزارة شـؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

٢٠٠٩/١/٢١



<u>لمن يهمه الأمر</u>

تَشهد وزارة شؤون الأسرى والمحررين أن الأسير " **محمد حسن احمد عرمــان**"

حامل هوية رقم (**٦٢٥٩** Redacted) هو احد الأسرى المسجلين لديها وانه مــازال

قيد الأسر حتى تاريخه.

وزوجته السيدة "**لينـدا خضر عبد الجليل عرمان** " تتقاضى راتب شهري بواقع



بسبب وجوده قيد الأسر.

**شاكرين لكم حسن تعاونكم،،،**

**الإدارة العامة لشؤون الأسرى والمحررين**

CONFIDENTIAL SHATSKY-JD01595

CONFIDENTIAL
SHATSKY-JD01596

5

## TO WHOM IT MAY CONCERN     № 62213

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that:

Mr/Mrs :  MOHAMMAD HASSAN AHMAD ERHAN

From :  KHARBATHA BANI HARETH/RAMALLAH     Redacted 6259     ID NO :

Was arrested by the Israeli Authorities on Day: _____ 18 ____ Month: ____ AUGUST ____ Year: ____ 2002

He/She is to date:     Awaiting Trial ☐     Sentenced ☒     Administrative ☐

Length of sentence / administrative period :  LIFE SENTENCED

He/She was released on Day: ____ // ____ Month. ____ // ____ Year: ____ // ____

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة :  محمد حسن احمد عيد عيسى

من :  خربثا بني حارث/رام الله ____ هوية رقم: ١٢٥٩ Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٨ / شهر اب / سنة ٢٠٠٢

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة: مسجونة

وهو/هي اطلق سراحه/ها في يوم // / شهر // / سنة //

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date  التاريخ  16/06/2009

Place  المكان  RAMALLAH/NA

KATRIANA RUIZ
ICRC Delegate
نائب مندوب اللجنة

CONFIDENTIAL
SHATSKY-JD01596

CONFIDENTIAL

SHATSKY-JD01597



## TO WHOM IT MAY CONCERN

№ 62213



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr/Mrs ........................................... Redacted ...........

From ........................................... ID NO ...........

ID NO ...........   Month ...........   Year ...........

Was arrested by the Israeli Authorities on Day:

He/She is to date:   Awaiting Trial ☐   Sentenced ☐   Administrative ☐

Length of sentence / administrative period ........... Month ........... Year ...........

He/She was released on Day: ...........  Month ........... Year ...........

(Tick the box and underline the correct designation)

الى من يهمه الأمر

٧٩٨٧٣٣   ٤٤٦٨٩٧

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : ...........

من : ...........

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ........... / شهر ........... / سنة ...........   Redacted هوية رقم : ...........

وهو/هي في هذا التاريخ: ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☐   اداري ☐

محكوم/ة او اداري لمدة: ...........

وهو/هي اطلق سراحه/ها في يوم ........... / شهر ........... / سنة ...........

( الرجاء وضع × في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

CERTIFIED UPDATE
27 - 11 - 2011
International Committee
of the Red Cross

Date
التاريخ

Place
المكان

ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01597

CONFIDENTIAL

SHATSKY-JD01599



**Palestinian National Authority**
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

السلطة الوطنية الفلسطينية
وزارة شـؤون الأسـرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

٤٤٢٨٩٧ رقـم / قـديم   استمارة الأسير الرئيسية

| | | | رقم الاستمارة: |
|---|---|---|---|
| راهم الله المديرية/فرع الوزارة: | ٢٠١١/٢/٢٩ تاريخ تعبئة الاستمارة: | | |

**1. المعلومات الرئيسية للأسير:**

| Redacted | | ٦ ٠ ٥ ٩ | رقم الهوية: (تسع خانات) |
|---|---|---|---|
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | الاسم الرباعي: |
| عرفه | احمد | حسن | ... | |
| ☑ ذكر ☐ أنثى الجنس: | | | اسم الأم: |
| مكان الولادة: راهم الله | Redacted | تاريخ الميلاد: |
| ☐ أمي ☑ الأساسية ☐ ثانوي ☐ دبلوم ☐ جامعي ☐ دراسات عليا المؤهل العلمي: | | | |
| التنظيم: حماس | | المهنة قبل الأسر: عامل |
| ☐ إداري ☑ محكوم ☐ موقوف مكان الاعتقال: | ٢٠٠٦/٨/١٨ | | تاريخ الأسر: |
| ☐ أخرى ☑ محرر ☐ إداري | | الوضع الاعتقالي: |
| العام الشهر اليوم تاريخ الإفراج المتوقع: | | في حالة محكوم مدة الحكم: |
| | حسب قرار الحكم: | حسب شهادة الصلبين: |
| Redacted | المحافظة: رام الله التجمع السكاني: | العنوان الدائم: |
| | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: ٢   فقط البيانات بشهادة صاحب ويسلسلها زمني من الأحداث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| 1 | ١٩٩٢/٥/١٩ | | ١٩٩٢/٨/١٥ | | | | |
| 2 | ١٩٩٤/٥/٢٧ | | ١٩٩٤/٩/٢٧ | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

CONFIDENTIAL

SHATSKY-JD01599

CONFIDENTIAL

SHATSKY-JD01600

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | | الحالة الاجتماعية: |
| --- | --- | --- | --- | --- | --- |
| □ أرمل | □ مطلق | □ متزوج | □ أعزب | | |
| ١٩ / ٤ / ١٩٧٩ تاريخ عقد الزواج | Redacted | ٩ ٧ ٤ ٧ | | | رقم هوية الزوج/ة: |
| ٢ عدد الأولاد: | | | | | اسم الزوج/ة: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عاماً والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
| --- | --- | --- | --- | --- |
| | | Redacted | | .١ |
| | | ١٩٨٩ Redacted | | .٢ |
| | | ٢٠٠١ Redacted | | .٣ |
| | | ١٩٩٧ Redacted | | .٤ |
| | | | | .٥ |
| | | | | .٦ |
| | | | | .٧ |
| | | | | .٨ |
| | | | | .٩ |

4. بيانات الوكيل المستفيد:

| | | |
| --- | --- | --- |
| ٩ ٤ ٧ | | رقم الهوية المستفيد: |
| صلة القرابة: زوجة | | اسم الوكيل المستفيد: |
| مدة سريان الوكالة: | | تاريخ الوكالة إن وجدت: |
| فرع البنك: Redacted | Redacted | البنك: |
| Redacted | | رقم الحساب: |
| رقم الهاتف النقال: Redacted | | رقم الهاتف الأرضي: |
| التجمع السكاني: | المحافظة: رام الله | العنوان الدائم للمستفيد: |
| | | ملاحظات: |

| | ملاحظات مقدم الطلب: |
| --- | --- |
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. | إقرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL

SHATSKY-JD01602

**TO WHOM IT MAY CONCERN**   № 62213

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the

Red Cross certifies that

Mr/Mrs    MOHAMMAD HASSAN AHMAD ERMAN

From :    KHARBATHA BANI HARETH/RAMALLAH    ID NO.    Redacted6259

Was arrested by the Israeli Authorities on Day    18    Month    AUGUST    Year    2002

He/She is to date    Awaiting Trial ☐    Sentenced ☒    Administrative ☐

Length of sentence / administrative period    LIFE SENTENCED

He/She was released on Day    //    Month    //    Year    //

(Tick the box and underline the correct designation)

الى من يهمه الأمر

هذه الشهادة ، ارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية ، نشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة    :    محمد حسن احمد عرمان

من    :    خربتا بني حارث/رام الله    هوية رقم Redacted٢٥٩

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم    ١٨    / شهر    اب    / سنة ٢٠٠٢

وهو/هي في هذا التاريخ: بنتظر/تنتظر المحاكمة ☐    محكوم/ة ☒    اداري ☐

محكوم/ة او اداري لمدة:    مؤبد

وهو/هي اطلق سراحه/ها في يوم    //    / شهر    //    / سنة    //

( الرجاء وضع ، في المربع المطلوب ووضع خط تحت الفئة المطلوبة )

Date
التاريخ    16/06/2009

Place
المكان    RAMALLAH/NA

CERTIFIED/UPDATE

ICRC
International Committee
of the Red Cross

# Exhibit 228

Prisoner Salary Statement

Prisoner no. 3837
Prisoner Name: Mohammed Hasan Ahmad Arman          Document no. 901056259

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00450-T

Prisoner Salary Statement

Prisoner no. 3837
Prisoner Name: Mohammed Hasan Ahmad Arman          Document no. 901056259

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 8

Confidential

Shatsky-JD00451-T



| | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 3837 | | | | | | | |
| Prisoner Name:  Mohammed Hasan Ahmad Arman | | | Document no. 901056259 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Page 3 of 8

Confidential

Shatsky-JD00452-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 3837 | | | | | | | |
| Prisoner Name: Mohammed Hasan Ahmad Arman | | | | Document no. 901056259 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 8

Confidential

Shatsky-JD00453-T

Prisoner Salary Statement

Prisoner no. 3837
Prisoner Name: Mohammed Hasan Ahmad Arman          Document no. 901056259

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 5 of 8

Confidential

Shatsky-JD00454-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 3837 | | | | | | | |
| Prisoner Name: Mohammed Hasan Ahmad Arman | | | | Document no. 901056259 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00455-T



| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 3837 | | | | | | | |
| Prisoner Name:  Mohammed Hasan Ahmad Arman | | | Document no. 901056259 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Confidential

Shatsky-JD00456-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 3837 | | | | | | | |
| Prisoner Name: Mohammed Hasan Ahmad Arman | | | | Document no. 901056259 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | | Redacted | | | |
| 4 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,085.00 |
| 5 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,085.00 |
| 6 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7, 485.00 |
| 7 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,085.00 |
| 8 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,085.00 |
| 9 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,085.00 |
| 10 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,085.00 |
| 11 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 7,623.33 |
| 12 | 2020 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 8,435.00 |
| 1 | 2021 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 8,035.00 |
| 2 | 2021 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 8,035.00 |
| 3 | 2021 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 8,035.00 |
| 4 | 2021 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 8,035.00 |
| 5 | 2021 | Linda Khadr Abd Al-Jalil Arman | Redacted 7479 | | | | 8,035.00 |

Confidential

Shatsky-JD00457-T

Original



كشف رواتب أسير

رقم الأسير 3837
اسم الأسير محمد حسن احمد عريان

رقم انه لهيئة 901056259

CONFIDENTIAL

Shatsky-JD00450



كشف راتب أسير

رقم الأسير 3837 ...........
رقم التوطينة 901056259 ...........
اسم الأسير محمد حسني أحمد عثمان ...........

Redacted

Redacted

لا يصرف معها

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 3837
اسم الأسير محمد حسن أحمد عرمان
رقم الهوية 901056259

Redacted

Redacted

8 من صفحة

CONFIDENTIAL



CONFIDENTIAL

كشف رواتب الأسير

| رقم الأسير | 3837 |
| اسم الأسير | محمد حسين أحمد عرمان |
| رقم الوشيعة | 901056239 |



Redacted

Redacted

CONFIDENTIAL



كشف رواتب أسير

رقم الأسير        3837
اسم الأسير   محمد حسين أحمد عربان

رقم الرتبة   901058259

| القمر | السنة | اسم المستفيد | | رقم البطاقة | البنك | الفرع | رقم الحساب | قريب |
|---|---|---|---|---|---|---|---|---|

Redacted

Redacted

8 من اصحدة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير ............ 3837
اسم الأسير   محمد حسين أحمد عرمان ...........

رقم الوثيقة 901056259 ..........

| الراتب | رقم الحساب | الفرع | البنك | رقم الدفعة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted        Redacted                          Redacted

8 من 7 صفحة

Shatsky-JD00456



CONFIDENTIAL

# Exhibit 229

CONFIDENTIAL                                                                              SHATSKY-JD01343-T

*[illegible]*

[Illegible]

*File Renewal*

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 5 | 3 | 1 | 4 | 7 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/31/2011 | | | Ministry's administration/branch: | | | Bethlehem | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | | 7 | 1 | | 1 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | |
|---|---|---|---|---|---|---|---|---|
| | Mohammed | | Issa | | Mohammed | | Ma'ali | |
| Mother's name: | | | | Gender: | | ☑ Male | ☐ Female | |
| DoB: | | | | Place of birth: | | | | |
| Education: | ☐ Illiterate | ☑ Elementary | ☐ High school | ☐ Diploma | ☐ University | ☐ Higher education | | |
| Profession prior to arrest: | | | | Organization: | | | | |
| Arrest date: | 3/29/2004 | | | Place of arrest: | | Beer Sheva | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | | ☐ Administrative | ☐ Free | | ☐ Other | |

| In case of life sentence according to ICRC Certificate | Day | Month | Year Life term | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Permanent residence: | Governorate: | Bethlehem | Residential complex: | Redacted |
|---|---|---|---|---|
| Notes: | | | | |

**2. Information concerning previous arrests: ___X___. Only those attested to by ICRC certificates, in chronological order from newest to oldest.**

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                              SHATSKY-JD01343-T

CONFIDENTIAL                                                    SHATSKY-JD01344-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☑ Single | | ☐ Married | | ☐ Divorced | | ☐ Widow |
|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | |
| Spouse's ID No. | | | | | | Marriage Contract Date | |
| Spouse Name | | | | | | Number of Children: | |

**Data on children from first wife: (sons under 18, unmarried daughters of all ages)**

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | | | | | 0 | 9 | 8 | 5 |
|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Su'ad Mohammed Ahmad Ma'ali | | | | Relationship: | Mother | | |
| Date of Authorization if Available: | | | Authorization's Period of Validity: | | | | | |
| Bank: | Redacted | | Bank Branch: | | | | | |
| Account No.: | | | Redacted | | | | | |
| Landline Phone No.: | Redacted | | Cell Phone No.: | | | | | |
| Permanent Beneficiary's Address: | Governorate: | Bethlehem | Residential complex: | | | | | |
| Notes: | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and attest that all the information included within the request is correct and I bear the responsibility for it. |
| Applicant's Signature: | Jihad |

2

CONFIDENTIAL                                                    SHATSKY-JD01344-T

Original

CONFIDENTIAL



SHATSKY-JD01339

№  01584



## TO WHOM IT MAY CONCERN

 This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **MOHAMMAD ISSA MOHAMMAD  MAALI**

From :    **BETHLEHEM**                    ID NO: Redacted 711-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **29.03.2004**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



<div dir="rtl">

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  ـــــــــــــ

من  ـــــــ  Redacted 711-3  هوية رقم ـــــــــ

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٩ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ  محكوم/ة ـــــ  إداري ـــــ

محكوم/ة أو إداري لمدة ـــــ  سيدى الحياة

وهو/هي أُطلق سراحه/ها في يوم ـــــ / شهر ـــــ / سنة //

</div>

Date:  **14.02.2005**                           التاريخ

Place:  **BETHLEHEM-NR**                   المكـــان

International Committee
of the Red Cross

MARIA FERRARA
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                                               SHATSKY-JD01339

CONFIDENTIAL   SHATSKY-JD01340

## TO WHOM IT MAY CONCERN

№  01584



# CICR   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **MOHAMMAD ISSA MOHAMMAD  MAALI**

From :   **BETHLEHEM**   ID NO:^Redacted 711-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **29.03.2004**

He is to date :   Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

# CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ معالي

من _____ Redacted 711-3 _____ هوية رقم

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٩ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة

وهو/هي أطلق سراحة/ها في يوم _____/ شهر _____/ سنة _____

Date:   **14.02.2005**
التـاريـخ

Place:   **BETHLEHEM-NR**
المكـان

MARIA. FERRARA
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL   SHATSKY-JD01340

CONFIDENTIAL
SHATSKY-JD01341





## TO WHOM IT MAY CONCERN

№  01584

CICR   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  **MOHAMMAD ISSA MOHAMMAD  MAALI**

From :   **BETHLEHEM**                                    ID NO: Redacted**711-3**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **29.03.2004**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

CICR   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ Redacted 711-3 _____ هوية رقم _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٩ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة _____ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحه/ها في يوم _____/ شهر _____ / سنة _____

Date:  **14.02.2005**
التاريخ

Place:  **BETHLEHEM-NR**
المكان

MARIA FERRARA
ICRC Delegate
توقيع مندوب اللجنة

PATRICIA E. GUOTE

CONFIDENTIAL
SHATSKY-JD01341

CONFIDENTIAL                                                    SHATSKY-JD01342

u53/4?    2069



## TO WHOM IT MAY CONCERN

№   01584

**CICR**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **MOHAMMAD ISSA MOHAMMAD   MAALI**

From :   **BETHLEHEM**                          ID NO: Redacted **711-3**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **29.03.2004**

He is to date :         Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



الى من يهمه الأمر

**CICR**   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــــــــــــــــــــــــــ معالــــــك

من ـــــ لبيــــت لحــــم ـ   Redacted 711-3   هوية رقم ـــــــــــــــ

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٩ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ محكوم/ة ـــــ إداري ـــــــ

محكوم/ة أو إداري لمدة ـــــــ مدى الحياة

وهو/هي أطلق سراحة/ها في يوم ـــــــ / شهر ـــــــ / سنة ـــــــ

Date:   **14.02.2005**
التــاريـخ

Place:   **BETHLEHEM-NR**
المكــان

MARIA. FERRARA
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                                                    SHATSKY-JD01342

CONFIDENTIAL

SHATSKY-JD01343



**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**

السـلطـة الوطنيـة الفـلسطينيـة

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

استمارة الأسير الرئيسية

| | | ٧ | ٤ | ١ | ٣ | ٥ | ٨ | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| سنة | | المديرية/فرع الوزارة: | | ٢٠١١ / ٣ / ١٣ | | | | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير:**

| | ٧ | ١ | ١ | ٣ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | |
|---|---|---|---|---|
| سطايعة | محمد | عيسى | محمد | الاسم الرباعي: |

| ☑ ذكر | ☐ أنثى | الجنس: | | اسم الأم: |
|---|---|---|---|---|

| | | مكان الولادة: | / / | تاريخ الميلاد: |
|---|---|---|---|---|

| ☐ جامعي | ☐ دراسات عليا | ☐ دبلوم | ☐ ثانوي | ☑ الأساسية | ☐ أمي | المؤهل العلمي: |
|---|---|---|---|---|---|---|

| | | التنظيم: | | المهنة قبل الأسر: |
|---|---|---|---|---|

| ☐ أخرى | ☐ مدني | ☐ إداري | مكان الاعتقال: بير السبع | ٢٠٠٤ / ٣ / ٢٨ | تاريخ الأسر: |
|---|---|---|---|---|---|

| | | | ☐ موقوف | ☑ محكوم | الوضع الاعتقالي: |
|---|---|---|---|---|---|

| العام | الشهر | اليوم | تاريخ الإفراج المتوقع | سنة | شهر | يوم | حالة محكوم مدة الحكم |
|---|---|---|---|---|---|---|---|
| مدى الحياة | | | حسب قرار الحكم: | | | | حسب شهادة الصليب: |

| Redacted | التجمع السكاني: | بيت لحم | المحافظة: | العنوان الدائم: |
|---|---|---|---|---|

| | | | | ملاحظات: |
|---|---|---|---|---|

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: ............. فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم. ✓

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | |
| | | | | | | | 1. |
| | | | | | | | 2. |
| | | | | | | | 3. |
| | | | | | | | 4. |
| | | | | | | | 5. |
| | | | | | | | 6. |

1

SHATSKY-JD01343

CONFIDENTIAL

SHATSKY-JD01344

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شــؤون الأســرى والمحـــررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☑ أعزب | ☐ متزوج | ☐ مطلق | ☐ أرمل |
| --- | --- | --- | --- | --- |
| في حالة متزوج/ة: | تعبئة بيانات الزوج/ة والأبناء | | | |

| رقم هوية الزوج/ة: | | | | | | | | | | تاريخ عقد الزواج | /    /    / |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| اسم الزوج/ة | | | | | | | | | | عدد الأولاد: | |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | ٥ | ٩ | ٨ | ٥ | | Redacted |
| --- | --- | --- | --- | --- | --- | --- |
| اسم الوكيل "المستفيد": | سيدا ، محمد احمد متا كمى | | | | صلة القرابة: | /١ |
| تاريخ الوكالة إن وجدت: | /    /    / | | | | مدة سريان الوكالة: | Redacted |
| البنك: | Redacted | | | | فرع البنك: | Redacted |
| رقم الحساب: | Redacted | | | | | |
| رقم الهاتف الأرضي: | Redacted | | | | رقم الهاتف النقال: | Redacted |
| العنوان الدائم للمستفيد: | المحافظة: بيت ك | | | | التجمع السكاني: | |
| ملاحظات: | | | | | | |

| ملاحظات مقدم الطلب: | |
| --- | --- |
| إقـرار: | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها. |
| توقيع مقدم الطلب: | |

2

CONFIDENTIAL SHATSKY-JD01346



## TO WHOM IT MAY CONCERN

№ 01584



**CICR** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr.   **MOHAMMAD ISSA MOHAMMAD   MAALI**

From :   **BETHLEHEM**          ID NO: Redacted 711-3

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **29.03.2004**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR** هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ مالي _____

من _____ بيت لحم _____ هوية رقم Redacted 711-3 _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢٩ / شهر ٣ / سنة ٢٠٠٤

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ____ إداري _____

محكوم/ة أو إداري لمدة _____ سجن مدى الحياة _____

وهو/هي، أُطلق سراحة/ها في يوم _____ / شهر _____ / سنة ____

Date:   **14.02.2005**                                       30 -03- 2011

التاريخ

Place:  **BETHLEHEM-NR**                                MARIA FERRARA
                                                                            ICRC Delegate
المكان                                                                نوئيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01346

Exhibit 230

Prisoner Salary Statement

Prisoner no. 13019
Prisoner Name: Mohammed Issa Mohammed Ma'ali     Document no. 907377113

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | Redacted | | | |

Confidential

Shatsky-JD00348-T

Prisoner Salary Statement

Prisoner no. 13019
Prisoner Name: Mohammed Issa Mohammed Ma'ali    Document no. 907377113

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 7

Confidential

Shatsky-JD00349-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 13019 | | | | | | | |
| Prisoner Name:  Mohammed Issa Mohammed Ma'ali | | | | Document no. 907377113 | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Prisoner Salary Statement

| Prisoner no. 13019 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Mohammed Issa Mohammed Ma'ali | | | | Document no. 907377113 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00351-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 13019 | | | | | | | |
| Prisoner Name:  Mohammed Issa Mohammed Ma'ali | | | | Document no. 907377113 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential                                          Shatsky-JD00352-T

| Prisoner Salary Statement |
|---|

Prisoner no. 13019
Prisoner Name:  Mohammed Issa Mohammed Ma'ali          Document no. 907377113

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |
| 4 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 5 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 6 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 7,200.00 |
| 7 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 8 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |

Confidential                                              Shatsky-JD00353-T

## Prisoner Salary Statement

Prisoner no. 13019
Prisoner Name:  Mohammed Issa Mohammed Ma'ali                    Document no. 907377113

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 9 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 10 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 11 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 12 | 2020 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 7,200.00 |
| 1 | 2021 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 2 | 2021 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 3 | 2021 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 4 | 2021 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |
| 5 | 2021 | Su'ad Mohammed Ahmad Ma'ali | Redacted 0985 | | | | 6,800.00 |

Page 7 of 7

Confidential

Shatsky-JD00354-T

Original



CONFIDENTIAL

Shatsky-JD00348



CONFIDENTIAL

Shatsky-JD00349



CONFIDENTIAL



كشف راتب أسير

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الرقم |
|---|---|---|---|---|---|---|---|

رقم الأسير   3019
اسم الأسير   محمد حربي محمد معالي

رقم الرعاية   907377113

Redacted          Redacted

7 من صفحة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 13019
اسم الأسير عفت نبيس محمد معلي

رقم الهوية 907377113

CONFIDENTIAL



كشف راتب أسير

رقم الأسير 13019
اسم الأسير محمد عيسى محمد حفش           رقم الهوية 907377113

| الشهر | السنة | اسم المستلم | رقم البطاقة | الفئة | الفرع | رقم الحساب | الرواتب |
|---|---|---|---|---|---|---|---|
| 4 | 2020 | سعد محمد احمد معالي | Redacted 0985 | | Redacted | Redacted | 6,200.00 |
| 5 | 2020 | سعد محمد احمد معالي | Redacted 0985 | | | | 6,800.00 |
| 6 | 2020 | سعد محمد احمد معالي | Redacted 0985 | | | | 7,200.00 |
| 7 | 2020 | سعد محمد احمد معالي | Redacted 0985 | | | | 6,800.00 |
| 8 | 2020 | سعد محمد احمد معالي | Redacted 0985 | | | | 6,800.00 |

7 من 0 صفحة

CONFIDENTIAL

Shatsky-JD00353

كشف رائب أسير

| رقم الأسير | 13019 |
| اسم الأسير | محمد حسين محمد عبد الهادي |

رقم الوثيقة 907377113

| إجمالي | رقم الحساب | المبلغ | بنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 6,900.00 | | | | Redacted 0985 | سعاد محمد حمد معالي | 2020 | 9 |
| 6,900.00 | | | | Redacted 0985 | سعاد محمد حمد معالي | 2020 | 10 |
| 6,800.00 | | | | Redacted 0985 | محمد حمد احمد معالي | 2020 | 11 |
| 7,290.00 | | | | Redacted 0985 | محمد محمد نعمة معالي | 2020 | 12 |
| 5,800.00 | | | | Redacted 0985 | سناء نعمة احمد معالي | 2021 | 1 |
| 6,800.00 | | Redacted | | Redacted 0985 | سعاد محمد احمد معالي | 2021 | 2 |
| 6,800.00 | | | | 0985 | سعاد محمد احمد معالي | 2021 | 3 |
| 6,800.00 | | | | Redacted 0985 | سعاد رشا احمد معالي | 2021 | 4 |
| 6,800.00 | | | | Redacted 0985 | سعاد حسن احمد معالي | 2021 | 5 |

7 من7 صفحة

CONFIDENTIAL

Shatsky-JD00354

# Exhibit 231

CONFIDENTIAL                                                        Shatsky-JD01490-T

| | | |
|---|---|---|
| Palestinian National Authority | [Emblem - | Palestinian National Authority |
| Ministry of Detainees & Ex-Detainees Affairs | Palestine] | Ministry of Detainees & Ex-Detainees Affairs |
| Ex-detainees Rehabilitation Program | | Ex-detainees Rehabilitation Program |

*3.13.2011*

### Re: Confirmation of a Prisoner's Incarceration Status

The General Directorate of Detainees Affairs in the Nablus Governorate asserts that prisoner *Nasser Jamal Mussa Shawish*, bearer of ID no. ᴿᵉᵈᵃᶜᵗᵉᵈ *6188*, from the governorate of *Nablus*, is detained in the prisons of the Israeli occupation on account of his national struggle, and he is a security prisoner and in still detained.

With my highest regards,

[Stamp:] Palestinian National Authority Ministry of Detainees and Ex-Detainees Affairs Nablus Directorate

Confirmation of the General Directorate of Detainees Affairs          Director of the Nablus Directorate
Director of the General Directorate   ......................          Samer Samaru
Stamp and signature ....................................
Date ..................................................................          *[signature]*

Palestine – Ramallah – P.O. Box:2105 – Tel: 022428571/2          Palestine – Ramallah – P.O. Box:2105 – Tel: 022428571/2
Directorate of Nablus–Tel 09/2374125 - Fax: 09/2330123          [Illegible]

CONFIDENTIAL                                                        Shatsky-JD01490-T

CONFIDENTIAL                                                              SHATSKY-JD01491-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

<span style="color:blue">OK</span>
<span style="color:red">Until the issue is resolved.
(Illegible signature)</span>

| Form no.: | 4 | 4 | 7 | 3 | 1 | 2 | |
|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.7.2011 | | Ministry's administration/branch: | | | Tubas | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | | 6 | 1 | | 8 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | Father's name | Grandfather's name | Family name |
|---|---|---|---|---|
| | Nasser | Jamal | Mussa | Shawish |

| Mother's name: | [illegible] | Gender: | ☑ Male    ☐ Female |
|---|---|---|---|

| DoB: | Redacted .1975 | Place of birth: | Tul Karm |
|---|---|---|---|

| Education: | ☐ Illiterate | ☑ Elementary | ☑ High school | ☐ Diploma | ☐ University | ☐ Higher education |
|---|---|---|---|---|---|---|

| Profession prior to arrest: | ----- | Organization: | Fatah |
|---|---|---|---|

| Arrest date: | 3.10.2003 | Place of arrest: | Gilboa |
|---|---|---|---|

| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | ☐ Free | ☐ Other |
|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year Life term | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Permanent residence: | Governorate: | Tubas | Residential complex: | Redacted |
|---|---|---|---|---|

| Notes: | |
|---|---|

**2. Information concerning previous arrests:**

Number of previous arrests: ___2___ . Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 3.10.2003 | Security | Still detained | | | | |
| 2. | 8.19.1993 | Security | 2.8.1994 | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                              SHATSKY-JD01491-T

CONFIDENTIAL

File No. 447312

SHATSKY-JD01498-T

[English] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

[Illegible signature]
Audit

...of the
...ian Authority]

[Arabic] Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen. Dep. Detainees & Ex-detainees

**Main Prisoner Form**

| Form no.: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 6.7.2011 | | | Ministry's administration/branch: | | | Nablus | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 6 | 1 | | 8 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | | |
| | Nasser | | Jamal | | Mussa | | Shawish | | |
| Mother's name: | [illegible] | | | | Gender: | | ☑ Male | ☐ Female | |
| DoB: | Redacted .1975 | | | | Place of birth: | | Tul Karm | | |
| Education: | ☐ Illiterate | | ☐ Elementary | ☑ High school | ☐ Diploma | ☐ University | | ☐ Higher education | |
| Profession prior to arrest: | Laborer | | | | Organization: | | | | |
| Arrest date: | 6.3.2002 | | | | Place of arrest: | | Shata | | |
| Arrest status: | ☐ Detained | | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year Life term | | Expected release date according to verdict: | | Day | Month | Year |
| Permanent residence: | Governorate: | | Nablus | | Residential complex: | | Redacted | | |
| Notes: | | | | | | | | | |

**2. Information concerning previous arrests:**

Number of previous and current arrests: _____. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL

SHATSKY-JD01498-T

# Original

CONFIDENTIAL                                                        SHATSKY-JD01469
ICRC TUBAS

№  0701

# TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:   **NASSER JAMAL MOUSSA SHAWISH**

From:   *TUBAS*                                ID NO: Redacted 6188

Was arrested by the Israeli Authorities on (dd / mm / yyyy): 03.06.2002

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

CICR  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ناصر جمال موسى شاويش

من طوباس هوية رقم Redacted ٦١٨٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٣ / شهر ٦ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة / محكوم/ة  / إداري

محكوم/ة أو إداري لمدة مدى الحياة

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:   15.03.2011
التاريخ

Place:   **TUBAS OFFICE**
المكان

ILJ-122369

CERTIFIED COPY
1 2 -10- 2016
International Committee
of the Red Cross

ROMAIN DE VRIES
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                                                SHATSKY-JD01470

№ 90701



## TO WHOM IT MAY CONCERN

**CICR** This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:   NASSER JAMAL MOUSSA SHAWISH

From:   *TUBAS*                              ID NO: Redacted6188

Was arrested by the Israeli Authorities on (dd / mm / yyyy): 03.06.2002

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

**CICR**

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ناصر جمال موسى شاويش

من ـــــــ طوباس ـــــــ هوية رقم ـــــــ Redacted ١١٨٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـــ / شهر ـــ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــــــ [محكوم/ة] X ـــــ إداري ـــــــ

محكوم/ة أو إداري لمدة ـــــ مدى الحياة

وهو/هي أطلق سراحة/ها في يوم ـــــ / شهر ـــــ / سنة ـــــ

**CERTIFIED UPDATE**

ICRC   20 -17- 2018   ICRC
International Committee
of the Red Cross

Date:   15.03.2011
التاريخ

Place:   TUBAS OFFICE

المكان

ROMAIN DE VRIES
ICRC Delegate
توقيع مندوب اللجنة

ILJ-122369

CONFIDENTIAL                                                SHATSKY-JD01470

CONFIDENTIAL

SHATSKY-JD01472



**ICRC**

**INTERNATIONAL COMMITTEE OF THE RED CROSS**

0 83 ☒ 4

وكـــــــالة

أنا الموقع أدناه _ناصر جمال موسى شاويش_

هوية رقم __Redacted 6188__ من (البلدة)

بموجب هذه الوكالة أفوض _انتصار جمال موسى شاويش_ المسجون حالياً في

تلفون: __ هوية رقم _Redacted 6154_ من (البلدة) __    Redacted

بخصوص التفويضات التالية:

☐ لمعاملات لبنوك: سحب كل (حدد الرقم) __

مبلغ __ (المبلغ كتابة) __ من حسابي رقم ( __ ) لدى بنك __ فرع __

☐ بيع أو التنازل عن __

☑ لأغراض أخرى (حدد): _ادكل افضى المنوط اعلاه باسلام ثجميعات السيارة__
_من ناره شوسن الرجى الشها الاخ الشنيد المتوفى نزيح__
_من محمد حسين شاويش__

مفعول هـذه الوكالة   ☐ سـاري لمـدة (حدد) __   ☐ ساري لأجل غير مسمى

إن مسـؤولية اللجنة الدولية للصليب الأحمر تقتصر فقـط على إيصـال هذه الوكالة إلى الوكيل ولا تتحمل أي مسـؤولية أخرى مستقـبـلا. كمـا وتشهد اللجنة أن السجين المذكور أعلاه قد وقع هذه الوكالة بحضور مندوبها

توقيع السجين: _ناصر جمال موسى الشاويش_   بتاريخ: _19.03.2018_

## POWER OF ATTORNEY

I the undersigned _Nasser Jamal Moussa Shawish_ presently detained in _____ hereby,
ID Nbr _Redacted 6188_ from _____
authorize _Intisar Jamal Moussa Shawish_ ID Nbr _Redacted 6154_ concerning the following authorization:
from _____
phone # _____

☐ For Banks: To withdraw every _____ the amount of _____ ) from my account
(amount in words: _____ bank at _____ branch.
Nbr. _____ at _____

☐ Selling or alienating _____

☑ Others (specify) : _____

**Validity of this power of attorney is:**   ☐ Limited to: _____   ☐ **Unlimited**

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory. No further responsibilities can be put forward to the institution.

This is to certify that the a/m prisoner has signed this PoA in the presence of the ICRC delegate on

Date: _19 March 2018_   Delegate's Signature: _____

CONFIDENTIAL

SHATSKY-JD01472

CONFIDENTIAL   SHATSKY-JD01474



№ 90701

4096

## TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the Information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:  **NASSER JAMAL MOUSSA SHAWISH**

From:  **TUBAS**                    ID NO: Redacted **6188**

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **03.06.2002**

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم _____ Redacted ٦١٨٨

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٣ / شهر ٦ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحة/ها في يوم ____ / شهر ____ / سنة ____

Date: 16.03.2011
التاريخ

Place:  **TUBAS OFFICE**
المكان

**ROMAIN DE VRIES**
ICRC Delegate
توقيع مندوب اللجنة

CERTIFIED
0 3 -11- 2013
International Committee
of the Red Cross

ILJ-122369

CONFIDENTIAL                    SHATSKY-JD01474

CONFIDENTIAL                                    SHATSKY-JD01475



# TO WHOM IT MAY CONCERN

№  50701

ICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:  **NASSER JAMAL MOUSSA SHAWISH**

From:  **TUBAS**                     ID NO: Redacted 6198

Was arrested by the Israeli Authorities on (dd / mm / yyyy):  03.06.2002

He is to date:  Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy):  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر.

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استناداً إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _ ناصر جمال موسى شاويش _

من _ طوباس _ هوية رقم ٦١٩٨ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٣ / شهر ٦ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : بانتظار المحاكمة _ محكوم/ة ✗ _ إداري _

محكوم/ة أو إداري لمدة _ mon à vie / مدى الحياة _

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

ate:  **15.03.2011**
التاريخ

ace:  **TUBAS OFFICE**
المكتب

I-122359

**ROMAIN DE VRIES**
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL                          SHATSKY-JD01475

CONFIDENTIAL

SHATSKY-JD01476



№  90701

## TO WHOM IT MAY CONCERN

YC96

CICR **This attestation is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr:  **NASSER JAMAL MOUSSA SHAWISH**

From.:  **TUBAS**

ID NO:  Redacted **6188**

Was arrested by the Israeli Authorities on (dd / mm / yyyy):  **03.06.2002**

He is to date:  Sentenced

Length of sentence / administrative period:  life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  ناصر جمال موسى شاويش

من  طوباس  هوية رقم  ٦١٨٨ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ٣ / شهر ٦ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ✓ _____ إداري _____

محكوم/ة أو إداري لمدة  سجن المؤبد

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:  **15.03.2011**
التاريخ

Place:  **TUBAS OFFICE**
المكان

ILJ-122369

ROMAIN DE VRIES
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01476

CONFIDENTIAL

TOBAS LOCAL OFFICE

# TO WHOM IT MAY CONCERN № 45218

**ICRC** This certificate is valid only if the English and Arabic parts match each other.

4096

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: NASSER JAMAL MOUSSA SHAWISH

From: AQABA/JENIN                    ID No. Redacted 6188

Was arrested by the Israeli Authorities on Day: 10   Month: 03   Year: 2003

He/She is to date:   Awaiting Trial ☐   Sentenced ☒ x   Administrative ☐

Length of sentence/administrative period: LIFE SENTENCE

He/She was released on Day: xxxxxxx   Month: xxxxxxxx   Year: xxxxxx

(Tick the box and underline the correct designation)

٢٩ ٧٢١٦

**ICRC**

الى من يهمه الأمــر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة : ناصر جمال موسى شاهش

مــن : عقبة / جنين   هوية رقم : ٨٨٨٦ Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ١٠ شهر ٣ سنة ٢٠٠٣

وهو/هي في هذا التاريخ:  بنتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة : مدى الحياة

وهو/هي اطلق سراحه/ها في يوم xxxxx   شهر xxxxx   سنة xxxxx

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date 25.FEB.2003   Place JENIN   المكان

23-08-2009

International Committee of the Red Cross   MANOLO CAVX   توقيع مندوب اللجنة

05 2009

CONFIDENTIAL

SHATSKY-JD01480

CONFIDENTIAL

DETAINEES U=1

SHATSKY-JD01482

## TO WHOM IT MAY CONCERN № 45218

**ICRC** This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.. **NASSER JAMAL MOUSSA SHAWISH**

From : ..... AQABA/JENIN ID No. Redacted 6188

Was arrested by the Israeli Authorities on Day : .......... 10 ......... Month : ...... 03 ........ Year : .. 2003 .....

He/She is to date: Awaiting Trial [_] Sentenced [X] ✗ Administrative ☐

Length of sentence/administrative period : ..... LIFE SENTENCE.

He/She was released on Day : ... xxxxxxx ......... Month : ..... xxxxxxxx ......... Year : xxxxxx ...

(Tick the box and underline the correct designation)

**ICRC**

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة نطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآتية : .... ناصر جمال موسى شاويش

من : ..... عقبة/جنين هوية رقم : .. م.م.٦١٨٨ Redacted

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم ....... شهر ...... سنة .......

وهو /هي في هذا التاريخ : ينتظر/تنتظر المحاكمة ☐ محكوم/ة ☒ اداري ☐

محكوم/ة او اداري لمدة : .... مدى الحياة.

وهو / هي اطلق سراحه/ها في يوم ...... xxxx ...... شهر ...... xxxx ...... سنة ........

(الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date 29.06.2003 التاريخ

CERTIFIED UPDATE

0 ? 08 2011

ICRC International Committee

CONFIDENTIAL

SHATSKY-JD01483



№ 90701

## TO WHOM IT MAY CONCERN

**CICR** This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross attests that:

Mr: **NASSER JAMAL MOUSSA SHAWISH**

From: **TUBAS**

ID NO: Redacted **6188**

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **03.06.2002**

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR** هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ناصر جمال موسى شاويش

من لوياسي _____ هوية رقم _____ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ / شهر ___ / سنة ___

وهو/هي في هذا التاريخ : بانتظار المحاكمة _____ محكوم/ة ___ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة

وهو/هي أطلق سراحة/ها في يوم ___ / شهر ___ / سنة ___

Date: **15.03.2011**
التاريخ

12 -04- 2011

Place: **TUBAS OFFICE**  International Committee of the Red Cross
المكان

**ROMAIN DE VRIES**
ICRC Delegate
توقيع مندوب اللجنة

ILJ-122369

CERTIFIED UPDATE

CONFIDENTIAL

SHATSKY-JD01483

CONFIDENTIAL

24/06/2008   11:40   8925/3237                    TUBAS LOCAL OFFICE

## TO WHOM IT MAY CONCERN   № 45218

**ICRC**   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that:

Mr./Mrs.: __NASSER JAMAL MOUSSA SHAWISH__

From: __AQABA/JENIN__                    ID No. __Redacted 6188__

Was arrested by the Israeli Authorities on Day: __10__   Month: __03__   Year: __2003__

He/She is to date:   Awaiting Trial ☐   Sentenced ☒ ✗   Administrative ☐

Length of sentence / administrative period: __LIFE SENTENCE.__

He/She was released on Day: __xxxxxxx__   Month: __xxxxxxx__   Year: __xxxxxx__

(Tick the box and underline the correct designation)

**CERTIFIED COPY**   17-03-2011

**ICRC**

الى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والانجليزية

استنادا الى المعلومات الواردة من السلطات الاسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة: __ناصر جمال موسى شاويش__

مـن: __عقبة / جنين__   هوية رقم: __Redacted ٦١٨٨__

كان/ت قد اعتقل/ت من قبل السلطات الاسرائيلية في يوم __١٠__ شهر __٣__ سنة __٢٠٠٣__

وهو / هي في هذا التاريخ:   ينتظر/تنتظر المحاكمة ☐   محكوم/ة ☒   اداري ☐

محكوم/ة او اداري لمدة: __مدى الحياة__

وهو / هي اطلق سراحه / ها في يوم __xxxx__ شهر __xxxx__ سنة __xxxx__

( الرجاء وضع x في المربع المطلوب ووضع خط تحت الفئة المطلوبة)

Date __29.06.2003__   التاريخ                    Place __JENIN__   المكان

**CERTIFIED COPY**   2 3 JUN 2008

ICRC Delegate __MANOLO CAVI...__   توقيع مندوب اللجنة

International Committee
of the Red Cross

CONFIDENTIAL

CONFIDENTIAL

SHATSKY-JD01490

**Palestinian National Authority**

Ministry of Detainees & Ex-detainees Affairs

Ex-detainees Rehabilitation Program



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسـرى والمحـررين

برنامج تأهيل الأسرى المحررين

التاريخ :   *2011 / 7 / 113*

**الموضوع : اقرار الحالة الاعتقالية للاسير**

تشهد مديرية وزارة شؤون الاسرى والمحررين في محافظة نابلس بان الاسير /ة

*كمال مصطفى مرك* حامل / ة هوية رقم  Redacted *6188*

من محافظة  ــــــــ  *نابلس*  ــــــــ  معتقل في سجون الاحتلال الاسرائيلي على

خلفية نضاله الوطني وهو اسير امني وما زال قيد الاعتقال .

ولكم فائق الاحترام

مصادقة الادارة العامة لشؤون الاسرى ـــــــــــــ        مدير مديرية نابلس

مدير عام الادارة العامة ـ ــــــــــــــــ        سامر سمارو

التوقيع والختم  ـــــــــــــــــــــــــــ

التاريخ :ـــــــــــــــــــــــــــ

CONFIDENTIAL
SHATSKY-JD01491

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| 4 | 4 | 7 | 3 | 1 | 2 | | | |

| المديرية/فرع الوزارة: | مريس | 2011 / 3 / 17 | تاريخ تعبئة الاستمارة: |
|---|---|---|---|

### 1. المعلومات الرئيسية للأسير:

| رقم الهوية: (تسع خانات) | 8 | 8 | 1 | 6 | Redacted |
|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | الاسم الرباعي: |
|---|---|---|---|---|
| شا دستي | موسى | اكمال | ا محمد | |

| اسم الأم: | مر ب | ☒ ذكر | ☐ أنثى | الجنس: |
|---|---|---|---|---|

| تاريخ الميلاد: | Redacted 1975 | مكان الولادة: | صلا لحم |
|---|---|---|---|

| المؤهل العلمي: | ☐ أمي | ☒ الأساسية | ☐ ثانوي | ☐ دبلوم | ☐ جامعي | ☐ دراسات عليا |
|---|---|---|---|---|---|---|

| المهنة قبل الأسر: | فني |
|---|---|

| تاريخ الأسر: | 10 / 3 / 2003 | مكان الاعتقال: | دير ير ي |
|---|---|---|---|

| الوضع الاعتقالي: | ☐ موقوف | ☒ محكوم | ☐ إداري | ☐ محرر | ☐ أخرى |
|---|---|---|---|---|---|

| في حالة محكوم مدة الحكم | يوم | شهر | سنة | تاريخ الإفراج المتوقع | اليوم | الشهر | العام |
|---|---|---|---|---|---|---|---|
| حسب شهادة الصليب: | مدى ال | ك ل ه | | حسب قرار الحكم: | | | |

| العنوان الدائم: | المحافظة: | را ب | التجمع السكاني: | Redacted |
|---|---|---|---|---|

| ملاحظات: | |
|---|---|

### 2. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة: 2 .... فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر سنة | سنة | |
| 1. | 2003/3/10 | س | د زال معتقل | | | | |
| 2. | 1993 /8 19 | س | 1994 /2/8 | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL
SHATSKY-JD01491

CONFIDENTIAL

SHATSKY-JD01498

رقم الملف   ٤٤٧٢١٤

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees

المنظمة الوطنية الفلسطينية
وزارة شـؤون الأســرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|
| | نابلس | المشيرية/فرع الوزارة: | ٢٠١١ / ٦ / ٧ | | تاريخ تعبئة الاستمارة: |

1  المعلومات الرئيسية للأسير:

| Redacted | ٦ | ١ | ٨ | ٨ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|
| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: |
| شاويش | ممدوح | جمال. | ناهض | | |
| ☐ ذكر   ☐ أنثى | الجنس: | | طرب | | اسم الأم: |
| طولكرم | مكان الولادة: | | ١٩٧٥ Redacted | | تاريخ الميلاد: |
| ☐ جامعي  ☐ دراسات عليا | ☐ أمي  ☐ الأساسية  ☐ الثانوي  ☐ دواوم | | | | المؤهل العلمي: |
| | التنظيم: | | عامل | | مهنة قبل الأسر: |
| ☐ مدني  ☐ محرر  ☐ إداري | مكان الأسر: | | ٢٠٠٤ / ٦ / ٢ | | تاريخ الأسر: |
| | ☐ موقوف  ☐ محكوم | | | | الوضع الاعتقالي: |
| العام | الشهر | اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم | يوم  شهر  سنة | في حالة محكوم مدة الحكم حسب شهادة الصليب: |
| Redacted | | تجمع المكاتبي | نابلس | المحافظة: | العنوان الدائم: |
| | | | | | ملاحظات: |

2  بيانات الاعتقالات السابقة:

تذكر مرات الاعتقال السابقة والحالية ............... فقط المثبتة بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| الرقم | تاريخ الاعتقال | نوع الاعتقال | تاريخ الإفراج | مدة الاعتقال | | | ملاحظات |
|---|---|---|---|---|---|---|---|
| | | | | يوم | شهر | سنة | |
| ١ | | | | | | | |
| ٢ | | | | | | | |
| ٣ | | | | | | | |
| ٤ | | | | | | | |
| ٥ | | | | | | | |
| ٦ | | | | | | | |

SHATSKY-JD01498

CONFIDENTIAL
SHATSKY-JD01501
22/03 2011  10:19 092573237                    ICRC TUBAS                    #4284 P.001/001



№ 00701

## TO WHOM IT MAY CONCERN

CICR This attestation is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of

the Red Cross attests that:

Mr:    **NASSER JAMAL MOUSSA SHAWISH**

From:  **TUBAS**                          ID NO: Redacted 6188

Was arrested by the Israeli Authorities on (dd / mm / yyyy): **03.06.2002**

He is to date: Sentenced

Length of sentence / administrative period: life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية CICR

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ ناصر جمال موسى شاويش _____

من _____ طوباس _____ هوية رقم ____ ٦١٨٨ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ٦ ___ / شهر ___ ٦ ___ / سنة ٢٠٠٢

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ✓ _____ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة ،

وهو/هي أطلق سراحة/ها في يوم _____ / شهر _____ / سنة _____

Date:    **15.03.2011**
التـــاريــخ

CERTIFIED UPDATE

Place:   **TUBAS OFFICE**                    ROMAIN DE VRIES
المكـــان                                     07-06-2011           ICRC Delegate
                                                                   توقيع مندوب اللجنة

ILJ-122369                  International Committee
                            of the Red Cross

CONFIDENTIAL                                                        SHATSKY-JD01501

Exhibit 232



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Salary Statement | | | | | | | |
| Prisoner no. 7639 | | | | | | | |
| Prisoner Name:  Nasser Jamal Mussa Shawish | | Document no. 993006188 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Confidential

Shatsky-JD00422-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 7639 | | | | | | | |
| Prisoner Name:  Nasser Jamal Mussa Shawish | | | Document no. 993006188 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 2 of 9

Confidential

Shatsky-JD00423-T

Prisoner Salary Statement

Prisoner no. 7639
Prisoner Name: Nasser Jamal Mussa Shawish          Document no. 993006188

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | Redacted | | | |

Confidential

Shatsky-JD00424-T

Prisoner Salary Statement

Prisoner no. 7639
Prisoner Name: Nasser Jamal Mussa Shawish    Document no. 993006188

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 4 of 9

Confidential

Shatsky-JD00425-T

| Prisoner Salary Statement | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Prisoner no. 7639 | | | | | | | |
| Prisoner Name: Nasser Jamal Mussa Shawish | | | Document no. 993006188 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 5 of 9

Confidential

Shatsky-JD00426-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 7639 | | | | | | | |
| Prisoner Name: Nasser Jamal Mussa Shawish | | | Document no. 993006188 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00427-T



| | | | | | | | | | | Prisoner Salary Statement | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Prisoner no. 7639
Prisoner Name:  Nasser Jamal Mussa Shawish     Document no. 993006188

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Confidential

Shatsky-JD00428-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 7639 | | | | | | | | |
| Prisoner Name: Nasser Jamal Mussa Shawish | | | Document no. 993006188 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | | Salary |
| | | | | Redacted | | | | |
| 4 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,100.00 |
| 4 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | | 1,700.00 |
| 5 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,100.00 |
| 5 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | | 1,700.00 |
| 6 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,500.00 |
| 6 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | | 1,700.00 |
| 7 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,100.00 |
| 7 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | | 1,700.00 |
| 8 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,100.00 |
| 8 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | | 1,700.00 |
| 9 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,100.00 |
| 9 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | | 1,700.00 |
| 10 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | | 5,100.00 |

Confidential

Shatsky-JD00429-T

| | | | | Prisoner Salary Statement | | | | |
|---|---|---|---|---|---|---|---|---|

**Prisoner no.** 7639
**Prisoner Name:** Nasser Jamal Mussa Shawish     **Document no.** 993006188

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 10 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |
| 11 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,100.00 |
| 11 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |
| 12 | 2020 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,500.00 |
| 12 | 2020 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |
| 1 | 2021 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,100.00 |
| 1 | 2021 | Nablus Shari'ah Court's Bailiff Office | 350 | | | Redacted | 1,700.00 |
| 2 | 2021 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,100.00 |
| 2 | 2021 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |
| 3 | 2021 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,100.00 |
| 3 | 2021 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |
| 4 | 2021 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,100.00 |
| 4 | 2021 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |
| 5 | 2021 | Intisar Jamal Shawish | Redacted 6154 | | | | 5,100.00 |
| 5 | 2021 | Nablus Shari'ah Court's Bailiff Office | 350 | | | | 1,700.00 |

Page 9 of 9

Confidential

Shatsky-JD00430-T

# Original



كشف راتب أسير

رقم الأسير 7539
اسم الأسير نصر جمال موسى شاويش
رقم الوثيقة 993006188

| الراتب | رقم لحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | الصلة | السنة | الشهر |
|---|---|---|---|---|---|---|---|---|

Redacted     Redacted

CONFIDENTIAL

كشف رواتب أسير

| الدير | السنة | اسم المستفيد | | رقم البطاقة | البنك | | الفرع | | رقم الصف | أطراف |
|---|---|---|---|---|---|---|---|---|---|---|

رقم الأسير 7639
اسم الأسير  ناصر جمال موسى شاويش

رقم الرتبة 993006158



Redacted

CONFIDENTIAL

Shatsky-JD00423



كشف رواتب أسير

رقم لأسير 7839
اسم الأسير  ناصر جمال موسى شاويش

رقم الوثيقة  995006185

| الشهر | السنة | أسم المستفيد | رقم البطاقة | النقد | الفرع | رقم الحساب | الراتب |
|-------|-------|--------------|-------------|-------|-------|------------|--------|

Redacted

CONFIDENTIAL



CONFIDENTIAL

كشف رائب أسير

| رقم الأسير | 7639 |
| د م الأسير | ناصر جمال ميرزا شيش |

رقم الهوية 993006188



| الرتبة | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | البيئة | التغير |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

(١ سنة) ٢٠١٥

CONFIDENTIAL

Shatsky-JD00426



CONFIDENTIAL

Shatsky-JD00427