

كشف راتب أسير

| وقم الأسير | 7639 |
| اسم الأسير | الأسير جمب عرسي شاريش |
| رقم الوثيقة | 993006188 |

| إراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | الشهر | السنة |

Redacted

٩ من 7 صفحة

CONFIDENTIAL

Shatsky-JD00428



كشف رانب أسير

| رقم الأسير | 7639 | | | | | | |
| اسم الأسير | أنمر جمال موسى شلويش | | | رقم الوثيقة 993006183 | | | |

| الرتيب | رقم احساب | التبرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 5,100.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 4 |
| 1,700.00 | | | | 350 | نظرة تنفيذ نشساء الشرعي / نابلس | 2020 | 4 |
| 5,100.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 5 |
| 1,700.00 | | | | 350 | دائرة تنفيذ نشساء الشرعي / نابلس | 2020 | 5 |
| 5,600.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 6 |
| 1,700.00 | | | | 350 | دائرة تنفيذ نشساء الشرعي / نابلس | 2020 | 6 |
| 5,100.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 7 |
| 1,700.00 | | | | 350 | دائرة البريد نشساء الشرعي / نابلس | 2020 | 7 |
| 5,100.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 8 |
| 1,700.00 | | | | 350 | دائرة تنفيذ نشساء الشرعي / نابلس | 2020 | 8 |
| 5,100.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 9 |
| 1,700.00 | | | | 350 | دائرة تنفيذ نشساء الشرعي / نابلس | 2020 | 9 |
| 5,100.00 | | | | 5154 Redacted | أنمر جمال شلويش | 2020 | 10 |



كشف رواتب أسير

رقم الأسير ........ 7639
اسم الأسير ........ ناصر جهادي محمد ............

رقم البطاقة 993006188 ........

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 1,750.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2020 | 10 |
| 5,450.00 | | | | Redacted 5154 | انتصار جمال شاويش | 2020 | 11 |
| 1,750.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2020 | 11 |
| 5,550.00 | | | | Redacted 8154 | انتصار جمال شاويش | 2020 | 12 |
| 1,700.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2020 | 12 |
| 5,500.00 | | Redacted | | Redacted 5154 | انتصار جمال شاويش | 2021 | 1 |
| 1,700.00 | | | | 360 | زهرة عبدة النساء الشرعي / ناصر | 2021 | 1 |
| 5,100.00 | | | | Redacted 5154 | انتصار جمال شاويش | 2021 | 2 |
| 1,700.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2021 | 2 |
| 5,100.00 | | | | Redacted 5154 | انتصار جمال شاويش | 2021 | 3 |
| 1,785.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2021 | 3 |
| 5,100.00 | | | | Redacted 5154 | انتصار جمال شاويش | 2021 | 4 |
| 1,700.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2021 | 4 |
| 5,100.00 | | | | Redacted 8154 | انتصار جمال شاويش | 2021 | 5 |
| 790.00 | | | | 350 | زهرة عبدة النساء الشرعي / ناصر | 2021 | 5 |

لا مراسلة :

CONFIDENTIAL

# Exhibit 233

CONFIDENTIAL                                                                   SHATSKY-JD01286-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Form Issuance date: | 3/17/2017 | | | Ministry's administration/branch: | | Jerusalem | | |

**1. Basic information concerning the prisoner:**     [Number erased] 451092

| ID no. (9 digits) | Redacted | | | | | 9` | 6 | 7 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | | |
| | Omar | | Saleh | | Muhammad Faiq | | Sharif | | |
| Mother's name: | Hala | | | | Gender: | | ☑ Male | ☐ Female | |
| DoB: | Redacted /1982 | | | | Place of birth: | | Jerusalem | | |
| Education: | ☐ Illiterate | ☐ Elementary | ☐ High school | ☐ Diploma | ☑ University | ☐ Higher education | | | |
| Profession prior to arrest: | Student | | | | Organization: | | | | |
| Arrest date: | 6/19/2003 | | | | Place of arrest: | | | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | | ☐ Administrative | | ☐ Free | | ☐ Other | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | | Day | Month | Year | |
| | | Life term | | | | | | | |
| Permanent residence: | Governorate: | | Jerusalem | Residential complex: | | Redacted | | | |
| Notes: | | | | | | | | | |

2. Information concerning previous arrests: __/___. Only those attested by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                   SHATSKY- JD01286-T

# Original

CONFIDENTIAL SHATSKY-JD01280





№   07697

## TO WHOM IT MAY CONCERN

CICR   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **OMAR SALEH MOHAMMADFAEQ  SHARIF**

From :   **EST JERUSALEM**          ID NO: Redacted**967-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **19.06.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من قبل السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ عمر صالح محمد فائق شريف _____

من _____ القدس _____ هوية رقم Redacted ٩٧٧-٧ _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٩ / شهر ٦ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ـــ محكوم/ة _____ إداري ـــ

محكوم/ة أو إداري لمدة _____ مدى الحياة XXXX

وهو/هي أطلق سراحة/ها في يوم _____ / سنة _____ XXXX

CERTIFIED UPDATE

16 -02- 2016
International Committee
of the Red Cross

Date:   **11.09.2005**

التـاريـخ

Place:   **JERUSALEM**

المكـــات

**YAN CASTELLI**
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01280

CONFIDENTIAL

SHATSKY-JD01281



07703

# ICRC

## INTERNATIONAL COMMITTEE OF THE RED CROSS

## وكــــالة

أنا الموقع أدناه عمر صالح محمد فائق الشريف

هوية رقم Redacted 0.677 من (البلدة) من (البلدة) الشريف

المسجون حاليا في القعمين

بموجب، هذه الوكالة أفوض عامر صالح محمد فائق الشريف

هوية رقم ١١٤ Redacted

تلفون: Redacted من (البلدة) القدس

بخصوص التفويضات التالية :

☑ لمعاملات البنوك : سحب كل (حدد المدة) مبلغ مفتوح

(المبلغ كتابة): كامل المبلغ

من حسابي رقم Redacted

لدى بنك Redacted فرع Redacted

☐ بيع أو التنازل عن

☐ لأغراض أخرى (حدد):

مفعول هـذه الوكالة  ☑ ساري لمدة (حدد) ٣ سنوات   ☐ سـاري لأجل غير مسمى

إن مسؤولية اللجنة الدولية للصليب الأحمر تقتصر فقط على إيصال هذه الوكالة إلى الوكيل ولا تتحمل أي مسؤولية أخرى مستقلاً. كما وتشهد اللجنة أن السجين المذكور أعلاه قد وقع هذه الوكالة بحضور مندوبي

توقيع السجين:     بتاريخ: 2,12,2015

## POWER OF ATTORNEY

I the undersigned _Omar Saleh Mohammad Faeq Sharif_

ID Nbr Redacted 0.677 from _Jerusalem_ presently detained in _Qeziot_ hereby,

authorize, _Amer Saleh Mohammad Faeq Sharif_ ID Nbr Redacted 2114

phone # Redacted from _Jerusalem_ concerning the following authorization:

☐ For Banks: To withdraw every _____ the amount of _open amount_

(amount in words: _whole amount_ ) from my account

Nbr. Redacted at Redacted bank at Redacted branch.

☐ Selling or alienating

☐ Others (specify) :

Validity of this power of attorney is:   ☑ Limited to: _3 years_      ☐ Unlimited

The responsibility of the ICRC is limited only to the transmission of the present power of attorney to the Mandatory. No further responsibilities can be put forward to the institution.

**This is to certify that the a/m prisoner has signed this PoA in the presence of the ICRC delegate on**

Date: _2-12-2015_     Delegate's Signature:

CONFIDENTIAL

SHATSKY-JD01281

CONFIDENTIAL
SHATSKY-JD01282



№ 07697

## TO WHOM IT MAY CONCERN

كبير الأمـار



This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr: **OMAR SALEH MOHAMMADFAEQ SHARIF**

From : **EST JERUSALEM**     ID NO: Redacted**967-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     **19.06.2003**

He is to date :     Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ عمر صالح محمد فايق شريف _____

من ____ القدس ____ هوية رقم ____ ٧ - ٧ Redacted ٩٦٧ ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم __١٩__ / شهر __٦__ / سنة __٢٠٠٣__

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة ____ إداري ____

محكوم/ة أو إداري لمدة ____ مدى الحياة XXXX ____

وهو/هي أطلق سراحة/ها في يوم __XXXX__ / شهر __XXXX__ / سنة __XXXX__

Date: **11.09.2005**

التــاريـــخ

Place: **JERUSALEM**

المكـــان

CERTIFIED UPDATE
2 7 -12- 2017
International Committee
of the Red Cross

**YAN CASTELLI**

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL                                                      SHATSKY-JD01283



№   07697

## TO WHOM IT MAY CONCERN

ﻧﺺ

١٤٨٦

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **OMAR SALEH MOHAMMADFAEQ   SHARIF**

From :   **EST JERUSALEM**                    ID NO: Redacted**967-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **19.06.2003**

He is to date :   Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــــ عمر صالح محمد فايق سشريف ـــــ

من ـــــ القدس ـــــ هوية رقم ـ V - V٦٧ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٩ / شهر ٦ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ــــ محكوم/ة ـ نعم ـ إداري ـ نعم ـ

محكوم/ة أو إداري لمدة ـــــ مدى الحياة xxxx

وهو/هي أطلق سراحه/ها في يوم ـ xxxxx / شهر ـ xxxx / سنة ـ xxxx

Date:   **11.09.2005**

التاريــخ

**CERTIFIED UPDATE**

0 2 -08- 2015

C International Committee C
R of the Red Cross R
C                          C

Place:   **JERUSALEM**

المكـــان

**YAN CASTELLI**

ICRC Delegate

توقيع مندوب اللجنـة

CONFIDENTIAL                                                      SHATSKY-JD01283

CONFIDENTIAL                                                          SHATSKY-JD01285



№  07697

## TO WHOM IT MAY CONCERN

CICR   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of
the Red Cross certifies that :

Mr:   **OMAR SALEH MOHAMMADFAEQ  SHARIF**

From :   **EST JERUSALEM**                          ID NO: Redacted**967-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **19.06.2003**

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR    هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ عمر صالح محمد فايق شريف ___

من ___ القدس ___ هوية رقم ___ ٧ - ٧٩ Redacted ___

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ١٩ / شهر ___ ٦ / سنة ___ ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة ___ مؤبد السجن xxxx ___

وهو/هي أطلق سراحة/ها في يوم ___ xxxx / شهر ___ xxxx / سنة ___ xxxx

Date:  **11.09.2005**

التـاريــخ

Place:  **JERUSALEM**

المكــــان

CERTIFIED UPDATE
01 -12- 2013
International Committee
of the ...

YAN CASTELLI
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL                                                          SHATSKY-JD01285

CONFIDENTIAL

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السـلـطــة الـوطـنـيــة الفـلـسـطـيـنـيـة

وزارة شــؤون الأســرى والمحــررين

الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|
| الوس | | المديرية/فرع الوزارة: | ٢٠١١ / ٣ / ١٧ | | | | تاريخ تعبئة الاستمارة: |

**1. المعلومات الرئيسية للأسير:**

| ٩ | ٦ | ٧ | ٧ | | | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|---|

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | | الاسم الرباعي: |
|---|---|---|---|---|---|
| شريف | محمد ماجد | مجالي | عـ | | |

| ☑ ذكر    ☐ أنثى | الجنس: | كارم | | اسم الأم: |
|---|---|---|---|---|
| القدس | مكان الولادة: | ٢٨ / ١ / ١٩٨٢ Redacted | | تاريخ الميلاد: |
| ☑ جامعي  ☐ دراسات عليا  ☐ دبلوم  ☐ ثانوي  ☐ الأساسية  ☐ أمي | المؤهل العلمي: | | | |
| | التنظيم: | طالب | | المهنة قبل الأسر: |
| | مكان الاعتقال: | ٢٠٠٢ / ٦ / ١٩ | | تاريخ الأسر: |
| ☑ محكوم  ☐ موقوف  ☐ إداري  ☐ محرر  ☐ أخرى | | | | الوضع الاعتقالي: |

| العام | الشهر | اليوم | تاريخ الإفراج المتوقع | سنة | شهر | يوم | في حالة محكوم مدة الحكم: |
|---|---|---|---|---|---|---|---|
| | | | حسب قرار الحكم: | صبري اكبار ة | | | حسب شهادة الصليب: |
| Redacted | | التجمع السكاني: | القدس | | | المحافظة: | العنوان الدائم: |
| | | | | | | | ملاحظات: |

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة: .............. فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | سنة | شهر | يوم | | | | |
| | | | | | | | .1 |
| | | | | | | | .2 |
| | | | | | | | .3 |
| | | | | | | | .4 |
| | | | | | | | .5 |
| | | | | | | | .6 |

1

CONFIDENTIAL                                                                              SHATSKY-JD01290



№ 07697

## TO WHOM IT MAY CONCERN

CICR

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **OMAR SALEH MOHAMMADFAEQ  SHARIF**

From :   **EST JERUSALEM**                          ID NO: Redacted**967-7**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **19.06.2003**

He is to date :       Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

CICR

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ____ عمر صالح محمد فائق شريف ____

من ____ القدس ____ هوية رقم ____ ٧-٧٦٩ Redacted ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ___ ١٩ / شهر ___٦___ / سنة ___٢٠٠٣___

وهو/هي في هذا التاريخ : ينتظر المحاكمة ___ محكوم/ة ___ إداري ___

محكوم/ة أو إداري لمدة ____ مؤبد السجن xxxx ____

وهو/هي أطلق سراحة/ها في يوم ___ xxxx / شهر ___ xxxx ___ / سنة ___ xxxx ___

Date:   **11.09.2005**                                   16 -03- 2011

التـاريـخ                                         International Committee
                                                  of the Red Cross

Place:   **JERUSALEM**                                         YAN CASTELLI
                                                                ICRC Delegate
الـمـكـان:                                                    توقيع مندوب اللجنة

CONFIDENTIAL                                                                      SHATSKY-JD01290



Exhibit 234



Prisoner **Salary** Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 11094 | | | | | | | |
| Prisoner Name:  **Omar Saleh Muhammad Faiq A-Sharif** | | | | Document no. 960839677 | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Page 1 of 8

Shatsky-JD00316-T

Prisoner Salary Statement

| Prisoner no. 11094 | | | | | | |
| Prisoner Name:  Omar Saleh Muhammad Faiq A-Sharif | | Document no. 060839677 | | | | |

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|



Redacted

Page 2 of 8

Confidential

Shatsky-JD00317-T



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Salary Statement | | | | | | | |
| Prisoner no. 11094 | | | | | | | |
| Prisoner Name:  **Omar Saleh** Muhammad Faiq **A-Sharif** | | | Document no. 060839677 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Confidential

Shatsky-JD00318-T



Prisoner **Salary** Statement

| Prisoner no. 11094 | | | | | | | | |
| Prisoner Name:  Omar Saleh Muhammad Faiq A-Sharif | | | Document no. 060839677 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |

Redacted

Page 4 of 8

Confidential

Shatsky-JD00319-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 11094 | | | | | | | | |
| Prisoner Name:  Omar Saleh Muhammad Faiq A-Sharif | | | | Document no. 060839677 | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00320-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 11094 | | | | | | | | |
| Prisoner Name: Omar Saleh Muhammad Faiq A-Sharif | | | | Document no. 060839677 | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00321-T



| Month | Year | Beneficiary | | ID no. | Bank Name | | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|---|---|

Prisoner Salary Statement

Prisoner no. 11094

Prisoner Name: Omar Saleh Muhammad Faiq A-Sharif    Document no. 060839677

Redacted

Confidential

Shatsky-JD00322-T

## Prisoner Salary Statement

Prisoner no. 11094
Prisoner Name:  Omar Saleh Muhammad Faiq A-Sharif       Document no. 060839677

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 4 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 5 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 6 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,885.00 |
| 7 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 8 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 9 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | Redacted | | 7,485.00 |
| 10 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 11 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 12 | 2020 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,885.00 |
| 1 | 2021 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 2 | 2021 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 3 | 2021 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 4 | 2021 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |
| 5 | 2021 | Amer Saleh Muhammad Faiq A-Sharif | Redacted 2114 | | | | 7,485.00 |

Confidential

Shatsky-JD00323-T

Original



CONFIDENTIAL

Shatsky-JD00316



CONFIDENTIAL



كشف راتب أسير

رقم الأسير ........... 1 C94

اسم الأسير   عمر صالح محمدفلق الشويف

رقم الهوية   060839677

| الراتب | رقم التحويلي | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

لا من الصفحة 1

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00319



كشف راتب أسير

رقم الأسير   11094
اسم الأسير   عمر صلاح محمدفتق الترخ..

رقم الهوية:  060839677

| :راتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted                                    Redacted

8 من 2 صفحة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير .................. 1094 ؟
اسم الأسير ...... عز حسام محمدبان الشريف ......................          رقم الرخصة ........ 060838677

| الراتب | رقم المحاسب | السرع | البنك | رقم البطاقة | اسم المستفيد | الشهر | السنة | الشهر |
|---|---|---|---|---|---|---|---|---|
| | | Redacted | | | Redacted | | | |

8 من (سنة)

CONFIDENTIAL



كشف رواتب أسير

رقم الأسير ١٠٥٤

اسم الأسير نصر صالح محمد فائز الشريف

رقم الهوية 060839677

| الإثبات | السنة | المبلغ | اسم المستفيد | رقم البطاقة | البنك | رقم الحساب | الفرع |
|---|---|---|---|---|---|---|---|

Redacted

8 من 7 صفحة

CONFIDENTIAL

كشف راتب أمير

رقم الأمير 1094
اسم الأمير ............................

قم الوثيقة 060839677

| الراتب | رقم الحساب | الفرع | الحالة | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,485.00 | | | | Redacted 2114 | عامر صلاح محمد فنق الشريف | 2020 | 4 |
| 7,485.00 | | | | Redacted 2114 | تامر صلاح محمد فنق الشريف | 2020 | 5 |
| 7,985.00 | | | | Redacted 2114 | جابر صلاح محمد فنق الشريف | 2020 | 6 |
| 7,485.00 | | | | Redacted 2114 | ... | 2020 | 7 |
| 7,485.00 | | | | Redacted 2114 | علم صلاح محمد فنق الشريف | 2020 | 8 |
| 7,485.00 | | | | Redacted 2114 | نلو صلاح محمد فنق الشريف | 2020 | 9 |
| 7,485.00 | Redacted | | | Redacted 2114 | عمر صلاح محمد فنق الشريف | 2020 | 10 |
| 7,485.00 | | | | Redacted 2114 | عمو صلاح محمد فنق الشريف | 2020 | 11 |
| 7,885.00 | | | | Redacted 2114 | عمر صلاح محمد فنق الشريف | 2020 | 12 |
| 7,485.00 | | | | Redacted 2114 | عامر صلاح محمد فنق الشريف | 2021 | 1 |
| 7,485.00 | | | | Redacted 2114 | تامر صلاح محمد فنق الشريف | 2021 | 2 |
| 7,485.00 | | | | Redacted 2114 | تامر صلاح محمد فنق الشريف | 2021 | 3 |
| 7,485.00 | | | | Redacted 2114 | عامر صلاح محمد فنق الشريف | 2021 | 4 |
| 7,485.00 | | | | Redacted 2114 | عامر صلاح محمد فنق الشريف | 2021 | 5 |

لا م. الصفحة

CONFIDENTIAL

Shatsky-JD00323

# Exhibit 235

CONFIDENTIAL                                                                 SHATSKY-JD01444-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 4 | 3 | 3 | 2 | 5 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3.13.2011 | | | Ministry's administration/branch: | | Qalqilya | | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | | | | | | 5 | 1 | | 4 | | 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | |
|---|---|---|---|---|---|---|---|---|
| | Raed | | Ahmad | | Mahmoud | | Hutari | |
| Mother's name: | Sa'da | | | | Gender: | | ☑ Male    ☐ Female | |
| DoB: | / | / | | | Place of birth: | | | |
| Education: | ☐ Illiterate | ☐ Elementary | | ☐ High school | ☐ Diploma | ☐ University | | ☐ Higher education |
| Profession prior to arrest: | | | | | Organization: | Hamas | | |
| Arrest date: | 3.21.2003 | | | | Place of arrest: | | | |

| Arrest status: | ☐ Detained | | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other |
|---|---|---|---|---|---|---|---|---|

| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | Day | Month | Year |
|---|---|---|---|---|---|---|---|
| | | | Life term | | | | |

| Permanent residence: | Governorate: | Qalqilya | Residential complex: | Redacted | |
|---|---|---|---|---|---|

| Notes: | | | | | |
|---|---|---|---|---|---|

**2. Information concerning previous arrests:**

No. of previous arrests:_____3_____. Only those attested to by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | 1.3.1993 | Security | 9.15.1993 | | | | |
| 2. | 4.1.1998 | " | 8.17.2000 | | | | |
| 3. | 3.21.2003 | " | | | Life term | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                 SHATSKY-JD01444-T

CONFIDENTIAL                                                      SHATSKY-JD01445-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**3. Social Status Information:**

| Marital Status: | ☐ Single | | ☑ Married | | | | ☐ Divorced | | ☐ Widow | |
|---|---|---|---|---|---|---|---|---|---|---|
| If Married: | Enter data of spouse and children | | | | | | | | | |
| Spouse's ID No. | Redacted | | | | 6 | 4 | 3 | 1 | Marriage Contract Date | 9.4.2000 |
| Spouse Name | Asma Abdel Rahim Abdullah Hutari | | | | | | | Number of Children: | | 2 |
| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | | | | | | | |

| No. | Name | DoB | Marital Status | Education |
|---|---|---|---|---|
| 1. | Murad Raed Ahmad Hutari | Redacted .2001 | | |
| 2. | Hur Raed Ahmad Hutari | Redacted .2003 | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | Redacted | | | | 6 | 4 | 3 | 1 |
|---|---|---|---|---|---|---|---|---|
| Authorized Representative – Beneficiary's Name: | Asma Abdel Rahim Abdullah Hutari | | | | | Relationship: | | |
| Date of Authorization if Available: | /    / | | | Authorization's Period of Validity: | | | | |
| Bank: | Redacted | | | | | | | |
| Account No.: | | | | | | | | |
| Landline Phone No.: | | | | Cell Phone No.: | | | | |
| Permanent Beneficiary's Address: | Governorate: | | | Residential complex: | | | | |
| Notes: | | | | | | | | |

| Applicant's Notes: | |
|---|---|
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this form is correct and I take responsibility for it. |
| Applicant's Signature: | Asma Abdel Rahim Abdullah Hutari |

2

CONFIDENTIAL                                                      SHATSKY-JD01445-T

# Original

CONFIDENTIAL SHATSKY-JD01438



## TO WHOM IT MAY CONCERN

№  42718

2633



**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **RAED AHMAD MAHMOUD  HOUTARI**

From :    **QALQILIA**    ID NO: <sup>Redacted</sup>519-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **21.03.2003**

He is to date :    Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من قبل السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ___ رائـد احمد محمـد حوتـري

من ___ قلقيليـم ___ هوية رقم ٤ ـ ٥١٩ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـ١ك ـ / شهر ـك٣ / سنة ٣٠٠ـ

وهو/هي في هذا التاريخ : بنتظر المحاكمة ___ محكوم/ة ـ x ـ ___ إداري ___

محكوم/ة أو إداري لمدة ___ مدى الحياة

وهو/هي أطلق سراحه/ها في يوم ___ / شهر ___ / سنة //

Date:  **13.12.2004**

التاريـخ

Place:  **QALQILIA**

المكـــان

CERTIFIED UPDATE

1 1 -10- 2015

International Committee
of the Red Cross

**DAVIDE VIGNATI**

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL SHATSKY-JD01438

CONFIDENTIAL                                    SHATSKY-JD01439



## TO WHOM IT MAY CONCERN

№  42718



2638

 This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **RAED AHMAD MAHMOUD  HOUTARI**

From :    **QALQILIA**                                    ID NO: Redacted519-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **21.03.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم _____ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ / شهر ____ / سنة____

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __x__ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحة/ها في يوم _____/ شهر _____ / سنة ____

Date:  **13.12.2004**

27 -00- 2013
International Committee
of the Red Cross

التـاريـخ

Place:  **QALQILIA**

المكـــان

**DAVIDE VIGNATI**
ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL                                    SHATSKY-JD01439

CONFIDENTIAL
SHATSKY-JD01440



*2633*

## TO WHOM IT MAY CONCERN

№   42718

   This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **RAED AHMAD MAHMOUD   HOUTARI**

From :   **QALQILIA**

ID NO: Redacted 519-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **21.03.2003**

He is to date :   Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم ____ Redacted 519-4 ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ / شهر ____ / سنة ____

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة ___x___ إداري _____

محكوم/ة أو إداري لمدة _____

وهو/هي أطلق سراحه/ها في يوم _____/ شهر _____ / سنة ''

Date:   **13.12.2004**

التـاريـخ

Place:   **QALQILIA**

المكــان

**CERTIFIED UPDATE**

23 -08- 2010

International Committee
of the Red Cross

DAVIDE VIGNATI

ICRC Delegate

توقيع مندوب اللجنة

N. Busema

CONFIDENTIAL
SHATSKY-JD01440

CONFIDENTIAL



SHATSKY-JD01442

## TO WHOM IT MAY CONCERN

№  42718

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     RAED AHMAD MAHMOUD  HOUTARI

From :     QALQILIA                                ID NO: Redacted 519-4

Was arrested by the Israeli Authorities on (dd /mm/ yyyy)      21.03.2003

He is to date :          Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الأنسة _____ رائب احمد محمد حوتري

عن _____ هوية رقم _____ ٥١٩-٤ Redacted

كان/ت قد اعتقل/ت من قبل السلطات الإسرائيلية في يوم ٢١ / شهر ٣ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة x _____ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة _____

وهو/هي أطلق سراحه/ها في يوم _____ / شهر _____ / سنة _____

Date   13.12.2004

Place   QALQILIA

International Committee
of the Red Cross

DAVIDE VIGNATI
ICRC Delegate
توقيع مندوب اللجنة

CONFIDENTIAL
SHATSKY-JD01444

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية
وزارة شؤون الأسرى والمحررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|---|
| ٤ | ٤ | ٣ | ٣ | ٢ | ٥ | | | | |

| المديرية/فرع الوزارة: خليل | تاريخ تعبئة الاستمارة: ٢٠١١ / ٣ / ٣١ |
|---|---|

**1. المعلومات الرئيسية للأسير:**

| Redacted | ٥ | ١ | ٩ | ٩ | رقم الهوية: (تسع خانات) |
|---|---|---|---|---|---|

| الاسم الكامل | اسم الجد | اسم الأب | الاسم الأول | |
|---|---|---|---|---|
| أبو زايد | محمد | أحمد | راتب | الاسم الرباعي: |

| □ أنثى | ☒ ذكر | الجنس: | سعدة | اسم الأم: |
|---|---|---|---|---|

| مكان الولادة: | / / | تاريخ الميلاد: |
|---|---|---|

| □ دراسات عليا | □ جامعي | □ دبلوم | □ ثانوي | □ الأساسية | □ أمي | المؤهل العلمي: |
|---|---|---|---|---|---|---|

| التنظيم: | سائق | المهنة قبل الأسر: |
|---|---|---|

| مكان الأسر: | ٢٠٠٢ / ٢٧ / ٢١ | تاريخ الأسر: |
|---|---|---|

| □ مدني | □ محرر | □ إداري | □ محكوم ☒ | □ موقوف | □ معتقل | الوضع الاعتقالي: |
|---|---|---|---|---|---|---|

| حسب قرار الحكم: | العام | الشهر | اليوم | تاريخ الإفراج المتوقع: | سنة | شهر | يوم | في حالة محكوم مدة الحكم |
|---|---|---|---|---|---|---|---|---|

| حسب شهادة الصليب: | مدى الحياة |
|---|---|

| المحافظة: خليل | العنوان الدائم: |
|---|---|

| Redacted | التجمع السكاني: | ملاحظات: |
|---|---|---|

**2. بيانات الاعتقالات السابقة:**

عدد مرات الاعتقال السابقة والحالية: ٣ ........ فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|
| | يوم | شهر سنة | | | | |
| | | | ١٩٩٣/٩/١٥ | أمني | ١٩٩٣/١/٢ | 1. |
| | | | ٢٠٠٠/٨/١٧ | " | ١٩٩٨/٤/١ | 2. |
| مدى الحياة | | | | " | ٢٠٠٢/٣/٢١ | 3. |
| | | | | | | 4. |
| | | | | | | 5. |
| | | | | | | 6. |

CONFIDENTIAL
SHATSKY-JD01444

CONFIDENTIAL

SHATSKY-JD01445

Palestinian National Authority

Ministry of Detainees & Ex-detainees Affairs

Gen Dep. Detainees & Ex-detainees



السلطة الوطنية الفلسطينية

وزارة شؤون الأسرى والمحررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| الحالة الاجتماعية: | ☐ أعزب | ☒ متزوج | ☐ مطلق | ☐ أرمل |
|---|---|---|---|---|

في حالة متزوج/ة: تعبئة بيانات الزوج/ة والأبناء

| رقم هوية الزوج/ة: | 1 | 3 | 4 | 6 | Redacted | تاريخ عقد الزواج | ٤ / ٠٩ / ٢٠٠١ |
|---|---|---|---|---|---|---|---|

| اسم الزوج/ة | ١ اسماء عبد الابراهيم عبد الله هوتري | عدد الأولاد: | 2 |
|---|---|---|---|

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| الرقم | الاسم | تاريخ الميلاد | الحالة الاجتماعية | المؤهل العلمي |
|---|---|---|---|---|
| .1 | مؤاد رائد أحمد هوتري | ١٠ .c Redacted | | |
| .2 | حمور رائد أحمد هوتري | ٠٣. c Redacted | | |
| .3 | | | | |
| .4 | | | | |
| .5 | | | | |
| .6 | | | | |
| .7 | | | | |
| .8 | | | | |
| .9 | | | | |

4. بيانات الوكيل "المستفيد":

| رقم الهوية "المستفيد": | 1 | 3 | 4 | 6 | Redacted |
|---|---|---|---|---|---|

| اسم الوكيل "المستفيد": | ١ اسماء عبد الابراهيم عبد الله هوتري | | |
|---|---|---|---|
| تاريخ الوكالة: | / / | صلة القرابة: | |
| مدة سريان الوكالة | Redacted | | |
| البنك: | | | |
| رقم الحساب: | | | |
| رقم الهاتف الأرضي: | | رقم الهاتف النقال: | |
| العنوان الدائم للمستفيد: | المحافظة: | التجمع السكاني: | |
| ملاحظات: | | | |

| ملاحظات مقدم الطلب: | |
|---|---|
| إقــرار : | أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة وأتحمل مسؤوليتها |
| توقيع مقدم الطلب: | ١ اسماء عبد الابراهيم عبد الله هوتري |

2

CONFIDENTIAL

SHATSKY-JD01445

CONFIDENTIAL

SHATSKY-JD01450



CICR

№ 42718

## TO WHOM IT MAY CONCERN

This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:  **RAED AHMAD MAHMOUD  HOUTARI**

From :  **QALQILIA**                                      ID NO: Redacted 519-4

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **21.03.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



CICR

إلى من يهمه الأمر

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة ـــــــ رائد احمد محمود الحوتري

من ـــــــ قلقيليه ـــــــ هوية رقم ـــــ Redacted ٥١٩ - ٤ ـــــــ

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ـــ ١ ك ـ / شهر ـ ٣ ـ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : بنتظر المحاكمة ـــــــ محكوم/ة ـــ x ـــ إداري ـــــــ

محكوم/ة أو إداري لمدة ـــــــ مدى الحياة ـــــــ

وهو/هي أطلق سراحة/ها في يوم ـــــــ / شهر ـــــــ / سنة ـــــــ

Date:  **13.12.2004**

التاريخ

Place:  **QALQILIA**

المكان

DAVIDE VIGNATI
ICRC Delegate

توقيع مندوب اللجنة

1 0 -03- 2011

CONFIDENTIAL

SHATSKY-JD01450

Exhibit 236

Prisoner Salary Statement

Prisoner no. 4076
Prisoner Name:  Raed Ahmad Mahmoud Al-Hutari          Document no. 934715194

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|



Redacted

Page 1 of 8

Confidential

Prisoner Salary Statement

Prisoner no. 4076
Prisoner Name:  Raed Ahmad Mahmoud Al-Hutari          Document no. 934715194

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential                                                    Shatsky-JD00400-T

Prisoner Salary Statement

Prisoner no. 4076
Prisoner Name: Raed Ahmad Mahmoud Al-Hutari          Document no. 934715194

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential                                                    Shatsky-JD00401-T

Prisoner Salary Statement

Prisoner no. 4076
Prisoner Name:  Raed Ahmad Mahmoud Al-Hutari          Document no. 934715194

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00402-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 4076 | | | | | | | |
| Prisoner Name:  Raed Ahmad Mahmoud Al-Hutari | | | Document no. 934715194 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00403-T

Prisoner Salary Statement

Prisoner no. 4076
Prisoner Name:  Raed Ahmad Mahmoud Al-Hutari          Document no. 934715194

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00404-T

Prisoner Salary Statement

Prisoner no. 4076
Prisoner Name:  Raed Ahmad Mahmoud Al-Hutari     Document no. 934715194

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|
| | | | | Redacted | | | |



Confidential

Shatsky-JD00405-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 4076 | | | | | | | |
| Prisoner Name: Raed Ahmad Mahmoud Al-Hutari | | | Document no. 934715194 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| 4 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 5 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 6 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,482.50 |
| 7 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | Redacted | | 8,082.50 |
| 8 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 9 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 10 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 11 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 12 | 2020 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,482.50[*] |
| 1 | 2021 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 2 | 2021 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 3 | 2021 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,082.50 |
| 4 | 2021 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,035.16[*] |
| 5 | 2021 | Asma Abd A-Rahim Hutari | Redacted 6431 | | | | 8,035.00[*] |

Page 8 of 8

Confidential

Shatsky-JD00406-T

Original



CONFIDENTIAL



كشف راتب اسير

رقم الأسير    4076
اسم الأسير   رأفت أحمد محمود هواري

رقم الوثيقة   934715194

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00401



كشف راتب أسير

رقم الأسير 4076
اسم الأسير رائد أحمد محمود حزاري   رقم الدفعة 934715194

| رقم النصب | الفرع | البنك | رقم البطاقة | اسم المستفيد | الأسير الدفعة |
| --- | --- | --- | --- | --- | --- |

Redacted                    Redacted

8 من أسفحة

CONFIDENTIAL

Shatsky-JD00402



كشف راتب أسير

رقم الأسير 4076
اسم الأسير زاىد جمد محمود حرايو

رقم الونية 934715194

| الراتب | رقم الحساب | المبلغ | البيان | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|--------|-----------|--------|--------|-------------|-------------|-------|-------|

Redacted

Redacted

CONFIDENTIAL

Shatsky-JD00403



كشف راتب أسير

رقم الأسير ....4276....
اسم الأسير: رأفت أحمد محمود حوثري.....

رقم الوثيقة 934715194

Redacted                    Redacted                    Redacted

لا من الصفحة

CONFIDENTIAL



كشف راتب أسير

رقم البطاقة 934715194

رقم الأسير 4076

اسم الأسير

CONFIDENTIAL

Shatsky-JD00405



CONFIDENTIAL

Shatsky-JD00406

# Exhibit 237

CONFIDENTIAL                                                                                           SHATSKY-JD01273-T

| [English] Palestinian National Authority | [Emblem of the | [Arabic] Palestinian National Authority |
|---|---|---|
| Ministry of Detainees & Ex-detainees Affairs | Palestinian Authority] | Ministry of Detainees & Ex-detainees Affairs |
| Gen. Dep. Detainees & Ex-detainees | | Gen. Dep. Detainees & Ex-detainees |

**Main Prisoner Form**

| Form no.: | 4 | 5 | 2 | 3 | 8 | 2 | | |
|---|---|---|---|---|---|---|---|---|
| Form issuance date: | 3/15/2011 | | | Ministry's administration/branch: | | Jerusalem | | |

**1. Basic information concerning the prisoner:**

| ID no. (9 digits) | Redacted | | | | 4 | 0 | 6 | 6 |
|---|---|---|---|---|---|---|---|---|
| Four-part name: | First name | | Father's name | | Grandfather's name | | Family name | |
| | Samer | | Abd A-Sami' | | Ahmad | | Al-Atrash | |
| Mother's name: | Nadia | | | | Gender: | | ☑ Male    ☐ Female | |
| DoB: | Redacted/1978 | | | | Place of birth: | | Jerusalem | |
| Education: | ☐ Illiterate | ☑ Elementary | ☐ High school | ☐ Diploma | ☐ University | | ☐ Higher education | |
| Profession prior to arrest: | Laborer | | | Organization: | | | | |
| Arrest date: | 6/14/2003 | | | Place of arrest: | | The street / Jerusalem | | |
| Arrest status: | ☐ Detained | ☑ Sentenced | ☐ Administrative | | ☐ Free | | ☐ Other | |
| In case of life sentence according to ICRC Certificate | Day | Month | Year | Expected release date according to verdict: | | Day | Month | Year |
| | | Life term | | | | | | |
| Permanent residence: | Governorate: | | Jerusalem | Residential complex: | | Redacted | | |
| Notes: | | | | | | | | |

**2. Information concerning previous arrests:** ___/___. Only those attested by ICRC certificates, in chronological order from newest to oldest.

| No. | Arrest date | Arrest type | Release date | Arrest period | | | Notes |
|---|---|---|---|---|---|---|---|
| | | | | Day | Month | Year | |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |

1

CONFIDENTIAL                                                                                           SHATSKY- JD01273-T

CONFIDENTIAL                                          SHATSKY- JD01274-T

| [English] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees | [Emblem of the<br>Palestinian Authority] | [Arabic] Palestinian National Authority<br>Ministry of Detainees & Ex-detainees Affairs<br>Gen. Dep. Detainees & Ex-detainees |
| --- | --- | --- |

**3. Social Status Information:**

| Marital Status: | ☐ Single | ☑ Married | ☐ Divorced | ☐ Widow |
| --- | --- | --- | --- | --- |
| If Married: | Enter data of spouse and children | | | |
| Spouse's ID No. | | 0 6 5 1 | Marriage Contract Date | 12/14/1996 |
| Spouse Name | Sana Abd Hmeidan Al-Atrash | | Number of Children: | 3 |

| Data on children from first wife: (sons under 18, unmarried daughters of all ages) | | | | |
| --- | --- | --- | --- | --- |
| No. | Name | DoB | Marital Status | Education |
| 1. | Katia[*] | 1998 | | |
| 2. | Nadia | 2000 | | |
| 3. | Muhammad | 2002 | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

**4. Information of Authorized Representative (Beneficiary):**

| Beneficiary's ID: | | 0 6 5 1 | | |
| --- | --- | --- | --- | --- |
| Authorized Representative – Beneficiary's Name: | Sana Abd Hmeidan Al-Atrash | | Relationship: | Wife |
| Date of Authorization if Available: | | Authorization's Period of Validity: | | |
| Bank: | Redacted | Bank Branch: | | Redacted |
| Account No.: | | Redacted | | |
| Landline Phone No.: | | Cell Phone No.: | | |
| Permanent Beneficiary's Address: | Governorate: Jerusalem | Residential complex: | | |
| Notes: | | | | |

| Applicant's Notes: | |
| --- | --- |
| Confirmation: | I the undersigned confirm and testify that all of the information provided in this application is correct and I take responsibility for it. |
| Applicant's Signature: | |

2

CONFIDENTIAL                                          SHATSKY- JD01274-T

Original

CONFIDENTIAL                                                                                          SHATSKY-JD01269



№ 07110

 **TO WHOM IT MAY CONCERN**

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    SAMER ABDELSAMIA AHMAD   ATRASH

From :    EST JERUSALEM                                         ID NO: Redacted406-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    14.06.2003

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن :

السيد/ة الآنسة

من ____ القدس / شرق ____ هوية رقم ____ Redacted ____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ____ / شهر ____ / سنة ____

وهو/هي في هذا التاريخ : ينتظر المحاكمة ____ محكوم/ة ____ x ____ إداري

محكوم/ة أو إداري لمدة ____

وهو/هي أطلق سراحه/ها في يوم xx xxxx / شهر xxxx / سنة xxx

**CERTIFIED UPDATE**

Date:    25.07.2005

14-12-2015
International Committee
of the Red Cross

YAN CASTELLI
ICRC Delegate
توقيع مندوب اللجنة

التاريخ

Place:    JERUSALEM-DDI
المكان

CONFIDENTIAL                                                                                          SHATSKY-JD01269

CONFIDENTIAL

SHATSKY-JD01271



№ 07110

## TO WHOM IT MAY CONCERN

445 2382

CICR   **This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:   **SAMER ABDELSAMIA AHMAD   ATRASH**

From :   **EST JERUSALEM**   ID NO: Redacted**406-6**

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :   **14.06.2003**

He is to date :   Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



<div dir="rtl">

إلى من يهمه الأمر

CICR   هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____

من _____ هوية رقم _____ ٦ - ٦ _ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٦ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __ X __ إداري _____

محكوم/ة أو إداري لمدة _____ مدى (مؤبد) XX XX X X X X X X X X X

وهو/هي أطلق سراحة/ها في يوم XXXXX / شهر XXXXX / سنة XXXXX

</div>

CERTIFIED UPDATE

2 9 -10- 2013

International Committee of the Red Cross

**YAN CASTELLI**
ICRC Delegate

<div dir="rtl">توقيع مندوب اللجنة</div>

Date:   **25.07.2005**

<div dir="rtl">التاريخ</div>

Place:   **JERUSALEM-DDI**

<div dir="rtl">المكان</div>

CONFIDENTIAL

SHATSKY-JD01271

CONFIDENTIAL

SHATSKY-JD01272





№  07110

## CICR

### <u>TO WHOM IT MAY CONCERN</u>

3364

**This certificate is valid only if the English and Arabic parts match each other**

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:    **SAMER ABDELSAMIA AHMAD  ATRASH**

From :    **EST JERUSALEM**                    ID NO: Redacted106-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :    **14.06.2003**

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



## CICR

إلى من يهمه الأمر            452382

1200 + 9500 + 4750

هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة  _____ سلام عبد السميع أحمد الأطرش _____

من  _____ القدس  _____ هوية رقم  _____ ٦ ـ ٦ ٠ ١ Redacted

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم ١٤ / شهر ٦ / سنة ٢٠٠٣

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة  ___X___ إداري _____

محكوم/ة أو إداري لمدة _____ مدى الحياة ×× × × × × × × × × × × × × × × ×

وهو/هي أطلق سراحه/ها في يوم ××××× ××/ شهر ×××× ×× / سنة ×××× ××××

Date:    **25.07.2005**

التاريخ

Place:    **JERUSALEM-DDI**

المكـــان

**YAN CASTELLI**

ICRC Delegate

توقيع مندوب اللجنة

CONFIDENTIAL

SHATSKY-JD01272

CONFIDENTIAL

SHATSKY-JD01273

Palestinian National Authority
Ministry of Detainees & Ex-detainees Affairs
Gen Dep. Detainees & Ex-detainees



السـلطــة الوطـنيـة الفــلـسـطينية
وزارة شـؤون الأسـرى والمحـررين
الإدارة العامة لشؤون الأسرى والمحررين

## استمارة الأسير الرئيسية

| | | | | | | | | رقم الاستمارة: |
|---|---|---|---|---|---|---|---|---|
| | | | | المديرية/فرع الوزارة: | | ٦١١ / ٧ / ١٥ | | تاريخ تعبئة الاستمارة: |

١. المعلومات الرئيسية للأسير:

| اسم العائلة | اسم الجد | اسم الأب | الاسم الأول | رقم الهوية: (تسع خانات) | ٤ ٠ ٦ ٦ |
|---|---|---|---|---|---|
| الاطرش | أحمد | عبد السميع | سامي | الاسم الرباعي: | |

| ☒ذكر   ☐ أنثى | الجنس: | ناديا | اسم الأم: |
|---|---|---|---|
| | تاريخ الميلاد: | ١٩٧٨ Redacted | |
| ☐ جامعي ☐ دراسات عليا | ☐ أمي ☒ الأساسية ☐ ثانوي ☐ دبلوم | المؤهل العلمي: |
| | المهنة قبل الأسر: حلاق |
| ☒ موقوف ☐ محكوم ☐ إداري ☐ محرر ☐ أخرى | الوضع الاعتقالي: |
| | تاريخ الأسر: ١٤ / ٦ / ٢٠٠٢ |
| | مكان الاعتقال: |

| العام | الشهر | اليوم | تاريخ الإفراج المتوقع حسب قرار الحكم: | سنة | شهر | يوم | في حالة محكوم مدة الحكم: |
|---|---|---|---|---|---|---|---|
| | | | | | | | حسب شهادة الصليب: |
| | | التجمع السكاني: | المحافظة: | | | العنوان الدائم: |
| Redacted | | | | القدس | | | ملاحظات: |

٢. بيانات الاعتقالات السابقة:

عدد مرات الاعتقال السابقة: .......... فقط المثبت بشهادة صليب وبتسلسل زمني من الأحدث إلى الأقدم.

| ملاحظات | مدة الاعتقال | | | تاريخ الإفراج | نوع الاعتقال | تاريخ الاعتقال | الرقم |
|---|---|---|---|---|---|---|---|
| | يوم | شهر | سنة | | | | |
| | | | | | | | ١. |
| | | | | | | | ٢. |
| | | | | | | | ٣. |
| | | | | | | | ٤. |
| | | | | | | | ٥. |
| | | | | | | | ٦. |

1

SHATSKY-JD01273

CONFIDENTIAL

SHATSKY-JD01274

**Palestinian National Authority**

**Ministry of Detainees & Ex-detainees Affairs**

**Gen Dep. Detainees & Ex-detainees**



السلطة الوطنية الفلسطينية

وزارة شـؤون الأسـرى والمحـررين

الإدارة العامة لشؤون الأسرى والمحررين

3. بيانات الوضع الاجتماعي:

| | | | | |
|---|---|---|---|---|
| □ أرمل | □ مطلق | ☑ متزوج | □ أعزب | الحالة الاجتماعية: |
| | | تعبئة بيانات الزوج/ة والأبناء | | في حالة متزوج/ة: |
| تاريخ عقد الزواج ١٩٩٦/١٢/١٤ | Redacted | ١ ٥ ٦ ٥ ٠ | | رقم هوية الزوج/ة: |
| عدد الأولاد: ٣ | سناء عبد المجيد الأطرش | | | اسم الزوج/ة: |

بيانات الأبناء من الزوجة الأولى:(الأبناء الذكور أقل من 18 عام، والبنات غير المتزوجات بغض النظر عن أعمارهن)

| المؤهل العلمي | الحالة الاجتماعية | تاريخ الميلاد | الاسم | الرقم |
|---|---|---|---|---|
| | | 1 9 7 8 | أنس | 1. |
| | | 2 0 0 0 | ناريا | 2. |
| | | 2 0 0 2 | محمد | 3. |
| | | | | 4. |
| | | | | 5. |
| | | | | 6. |
| | | | | 7. |
| | | | | 8. |
| | | | | 9. |

4. بيانات الوكيل "المستفيد":

| | | | |
|---|---|---|---|
| Redacted | ١ ٥ ٦ ٠ | | رقم الهوية "المستفيد": |
| الزوجة صلة القرابة: | سناء عبد المجيد الأطرش | | اسم الوكيل "المستفيد": |
| | / / | | تاريخ الوكالة إن وجدت: |
| مدة سريان الوكالة: | | | |
| فرع البنك: Redacted | Redacted | | البنك: |
| Redacted | | | رقم الحساب: |
| رقم الهاتف النقال: Redacted | | | رقم الهاتف الأرضي: |
| التجمع السكني: لقو سرى | المحافظة: ١ لقو سرى | | العنوان الدائم للمستفيد: |
| | | | ملاحظات: |

| | |
|---|---|
| | ملاحظات مقدم الطلب: |
| أنا الموقع أدناه أقر وأشهد بأن كافة المعلومات الواردة في الطلب صحيحة و أتحمل مسؤوليتها. | إقـرار: |
| | توقيع مقدم الطلب: |

2

CONFIDENTIAL

SHATSKY-JD01274

CONFIDENTIAL

SHATSKY-JD01277



№  07110

## TO WHOM IT MAY CONCERN

**CICR**  This certificate is valid only if the English and Arabic parts match each other

According to the information received from the Israeli Authorities, the International Committee of the Red Cross certifies that :

Mr:     SAMER ABDELSAMIA AHMAD  ATRASH

From :   EST JERUSALEM                        ID NO: Redacted 406-6

Was arrested by the Israeli Authorities on (dd / mm / yyyy) :     14.06.2003

He is to date :        Sentenced

Length of sentence / administrative period : life sentence

He/She was released on (dd/mm/yyyy): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX



إلى من يهمه الأمر

**CICR**  هذه الشهادة سارية المفعول فقط في حالة تطابق بياناتها باللغتين العربية والإنجليزية

استنادا إلى المعلومات الواردة من السلطات الإسرائيلية، تشهد اللجنة الدولية للصليب الأحمر بأن:

السيد/ة الآنسة _____ سامع عبد السميع أحمد الأطرش _____

من _____ القدس الشرقية _____ هوية رقم _____ ٦٠١٦٢ Redacted _____

كان/ت قد إعتقل/ت من قبل السلطات الإسرائيلية في يوم _١٤_ / شهر _٦_ / سنة _٢٠٠٣_

وهو/هي في هذا التاريخ : ينتظر المحاكمة _____ محكوم/ة __x__ إداري _____

محكوم/ة أو إداري لمدة _مدى الحياة_ xxxxxxxxxxxxxxxxxxx

وهو/هي أطلق سراحه/ها في يوم xxxxxx/ شهر xxxxxx / سنة xxxxxx

Date:  25.07.2005                                    YAN CASTELLI
التاريخ                                               ICRC Delegate
Place:  JERUSALEM DDI                                توقيع مندوب اللجنة
المكان

CONFIDENTIAL

SHATSKY-JD01277



Exhibit 238



| | | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 12294 | | | | | | | | |
| Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash | | | Document no. 034864066 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |
| | | | Redacted | | | | | |

Page 1 of 8

Shatsky-JD00308-T

Prisoner **Salary** Statement

| Prisoner no. <u>12294</u> | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash | | | Document no. 034864066 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00309-T

Prisoner Salary Statement

| Prisoner no. 12294 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash | | | Document no  034864066 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00310-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 12294 | | | | | | | | |
| Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash | | | | Document no. 034864066 | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 8

Confidential

Shatsky-JD00311-T



Prisoner Salary Statement

Prisoner no. 12294
Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash      Document no. 034864066

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|

Redacted

Confidential

Shatsky-JD00312-T

Prisoner **Salary** Statement

| Prisoner no. 12294 |
| Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash     Document no. 034864066 |

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 6 of 8

Confidential                                                      Shatsky-JD00313-T



| | | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 12294 | | | | | | | | |
| Prisoner Name: Samer Abd A-Sami' Ahmad Al-Atrash | | | Document no. 034864066 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | | Salary |
| | | | Redacted | | | | | |
| 4 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | | 7,817.50 |
| 5 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | | 7,817.50 |
| 6 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | | 8,217.50 |
| 7 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | | 7,817.50 |

Confidential

Shatsky-JD00314-T

## Prisoner Salary Statement

Prisoner no. 12294
Prisoner Name:  Samer Abd A-Sami' Ahmad Al-Atrash     Document no. 034864066

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 8 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,807.50[*] |
| 9 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,807.50[*] |
| 10 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,807.50[*] |
| 11 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | Redacted | | | 7,771.69 |
| 12 | 2020 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 8,170.00 |
| 1 | 2021 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,700.00 |
| 2 | 2021 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,700.00 |
| 3 | 2021 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,700.00 |
| 4 | 2021 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,700.00 |
| 5 | 2021 | Sana[*] Abd Hmeidan Al-Atrash | Redacted 0651 | | | | 7,700.00 |

Page 8 of 8

Confidential

Shatsky-JD00315-T

Original



CONFIDENTIAL

Shatsky-JD00308



كشف راتب أسير

رقم الأسير   12294
اسم الأسير   سعيد عبدامجيد احمد لاطرش

رقم الوثيقة   034864068

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



كشف راتب أسير

رقم الأسير : 2254
اسم الأسير : سمير عبد العزيز احمد الاعرج

رقم الهوية 034864066

| الوقت | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم الوالد | الفئة | التقدير |
|---|---|---|---|---|---|---|---|

Redacted

صفحة 2 من 8



كشف رواتب أسير

رقم الأسير : ٢٢٩٤
اسم الأسير : ... نور عبدالنبي أحمد الأطرش ...    رقم الوثيقة : 034864056 ...

| الراتب | رقم المستحق | النوع | | المنطقة | الملف | رقم المنطقة | اسم المستفيد | البلدة | المدينة | الشهر |
|---|---|---|---|---|---|---|---|---|---|---|

Redacted

Redacted

٨ من ٦ صفحة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00314

كشف راتب أسير

| رقم الأسير | 12294 | |
|---|---|---|
| اسم الأسير | سامر عبدالمجيد احمد الإطرش | |

رقم الرشة 034864086

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7.8 7.50 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2020 | 8 |
| 7.8 7.50 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2020 | 9 |
| 7.8 7.50 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2020 | 10 |
| 7.77 69 | | | | Redacted 1651 | سناء عبد حميدان الاطرش | 2020 | 11 |
| 8 170.00 | | Redacted | | Redacted 0651 | سناء عبد حميدان الاطرش | 2020 | 12 |
| 7 770.00 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2021 | 1 |
| 7,770.00 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2021 | 2 |
| 7,770.50 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2021 | 3 |
| 7,770.55 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2021 | 4 |
| 7,770.00 | | | | Redacted 0651 | سناء عبد حميدان الاطرش | 2021 | 5 |

8 من الإصلاحة

CONFIDENTIAL

Shatsky-JD00315



Exhibit 239

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 1704 | | | | | | | |
| Prisoner Name:  Abdul Rahman Yousuf Abd A-Rahman Miqdad | | | | | | | |
| Document no. 410066625 | | | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | Redacted | | | | |
| 4 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,525.86 |
| 5 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,525.86 |
| 6 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,925.85 |
| 7 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,525.86 |
| 8 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,525.86 |
| 9 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |
| 10 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |
| 11 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |
| 12 | 2020 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,877.64 |
| 1 | 2021 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |
| 2 | 2021 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |

Confidential

Shatsky-JD00503-T

**Prisoner Salary Statement**

Prisoner no. 1704
Prisoner Name:  Abdul Rahman Yousuf Abd A-Rahman Miqdad          Document no. 410066625

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 3 | 2021 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |
| 4 | 2021 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |
| 5 | 2021 | Abdul Rahman Yousuf Abdul Rahman M[cut off] | Redacted 6625 | | | | 2,477.64 |

Page 2 of 2

Shatsky-JD00504-T

Original

كشف راتب أسير

| | رقم الأسير | 1704 |
| | اسم الأسير | عدد الرحمن يوسف عبد الرحمن مقداد |
| رقم الوثيقة | 410068625 | |

| ارقت | رقم الكشف | المبلغ | النوع | بنك | رقم الداخلية | اسم المستفيد | السنة | الدور |
|---|---|---|---|---|---|---|---|---|

Redacted

| 2,625.85 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 4 |
| 2,525.85 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 5 |
| 2,925.85 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 6 |
| 2,525.85 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 7 |
| 2,625.85 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 8 |
| 2,477.64 | | Redacted | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 9 |
| 2,477.64 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 10 |
| 2,477.64 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 11 |
| 2,477.64 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2020 | 12 |
| 2,477.64 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2021 | 1 |
| 2,477.64 | | | | Redacted | 5625 | عبد الرحمن يوسف عبد الرحمن م | 2021 | 2 |

3 من صفحة

CONFIDENTIAL

كشف راتب اسير

| رقم الأسير | 1794 |
| اسم الأسير | عبد الرحمن يوسف عبد الرحمن مقداد |

رقم المؤسسة 410066625

| الزانس | رقم الحساب | الفرع | الينك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 2,477.64 | | | | Redacted 3625 | عبد الرحمن يوسف عبد الرحمن م | 2021 | 3 |
| 2,477.64 | | Redacted | | Redacted 3625 | عبد الرحمن يوسف عبد الرحمن م | 2021 | 4 |
| 2,477.64 | | | | Redacted 3625 | عبد الرحمن يوسف عبد الرحمن م | 2021 | 5 |

1 من (صفحة

CONFIDENTIAL



Exhibit 240



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 13166 | | | | | | | | |
| Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad | | | | Document no. 911744878 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |
| | | | | Redacted | | | | |

Page 1 of 7

Confidential

Shatsky-JD00507-T

Prisoner Salary Statement

Prisoner no. 13166
Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad          Document no. 911744878

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 2 of 7

Confidential

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. <u>13166</u> | | | | | | | |
| Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad | | | | Document no. <u>911744878</u> | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 3 of 7

Confidential

Shatsky-JD00509-T

Prisoner Salary Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. <u>13166</u> | | | | | | | |
| Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad | | | | Document no. <u>911744878</u> | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 7

Confidential

Shatsky-JD00510-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 13166 | | | | | | | |
| Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad | | | | Document no. 911744878 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00511-T

**Prisoner Salary Statement**

Prisoner no. 13166
Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad          Document no. 911744878

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 4 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 5 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 6 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 7,200.00 |
| 7 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 8 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 9 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 10 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 11 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 12 | 2020 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 7,200.00 |
| 1 | 2021 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 2 | 2021 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 3 | 2021 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |
| 4 | 2021 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | | | 6,800.00 |

Confidential                              Shatsky-JD00512-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 13166 | | | | | | | |
| Prisoner Name:  Ahmed Muhammad Ahmad Sa'ad | | | | Document no. 911744878 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| 5 | 2021 | Muhammad Ahmad Mahmoud Sa'ad | Redacted 1634 | | Redacted | | 6,800.00 |

Page 7 of 7

Confidential

Shatsky-JD00513-T

# Original

كشف راتب اسير

رقم الاسير   13165
اسم الاسير   أحمد محمد أحمد سعد

رقم الهوية   911744876

| الشهر | السنة | نوع المستند | رقم البطاقة | ملاك | الفرع | رقم الحساب | ملاحظات |
|---|---|---|---|---|---|---|---|



Redacted

٢ من صفحة

CONFIDENTIAL

Shatsky-JD00507

كشف رواتب أسير

| رقم الأخير | 13166 |
| اسم الأخير | أحمد محمد أحمد سعد |

رقم الهوية 911744878

| مراقب | رقم الحساب | المجموع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |



Redacted

7 من 2-من

CONFIDENTIAL

Shatsky-JD00508



كشف رانب أسير

رقم الأسير   13166
اسم الأسير   احمد محمد احمد سعد

رقم لوظيفة   911744879

| أشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|

7 من صفحة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00510



CONFIDENTIAL

كشف رواتب نجع

رقم الأسير 13166
اسم الأسير محمد أحمد سعد

رقم الوثيقة 011744878

| الترتيب | رقم الحساب | الفرع | الهاتف | رقم البطاقة | اسم المستفيد | السنة | التسلسل |
|---|---|---|---|---|---|---|---|

**Reducted**

**Redacted**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,840.00 | | | | Redacted 1634 | محمد أحمد محمود سعد | 2020 | 4 |
| 6,860.00 | | | | Redacted 1634 | أحمد أحمد محمود سعد | 2020 | 5 |
| 7,200.00 | | | | Redacted 1634 | اسامة احمد محمود سعد | 2020 | 6 |
| 6,800.00 | | | | Redacted 1634 | محمد احمد محمود سعد | 2020 | 7 |
| 6,800.00 | | | | Redacted 1634 | محمد احمد محمود سعد | 2020 | 8 |
| 6,800.00 | | | | Redacted 1634 | محمد حمد محمود سعد | 2020 | 9 |
| 6,800.00 | | | | Redacted 1634 | محمد شحت محمود سعد | 2020 | 10 |
| 6,800.00 | | | | Redacted 1634 | محمد هشت محمود سعد | 2020 | 11 |
| 7,200.00 | | | | Redacted 1634 | محمد شحت محمود سعد | 2020 | 12 |
| 6,900.00 | | | | Redacted 1634 | محمد هب محمود سعد | 2021 | 1 |
| 6,800.00 | | | | Redacted 1634 | محمد حمد محمود سعد | 2021 | 2 |
| 6,800.00 | | | | Redacted 1634 | محمد حمد محمود سعد | 2021 | 3 |
| 6,900.00 | | | | Redacted 1634 | محمد محمد محمود سعد | 2021 | 4 |

7 من 6 صفحة

CONFIDENTIAL

Shatsky-JD00512

كشف راتب أسير

| رقم الأسير | 13166 |
| اسم الأسير | احمد محمد احمد سعد |

رقم الهوية 911744878

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |
|---|---|---|---|---|---|---|---|
| 5 | 2021 | محمد احمد محمود سعد | 1634 Redacted | Redacted | Redacted | | 6,800.00 |

7 من 7 صفحة

CONFIDENTIAL

Shatsky-JD00513



Exhibit 241

| Prisoner **Salary** Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 8124 | | | | | | | |
| Prisoner Name:  Ahmed Ali Mahmoud Abu-Khader | | | Document no. 905797064 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 1 of 7

Confidential

Shatsky-JD00267-T



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 8124 | | | | | | | | |
| Prisoner Name: Ahmed Ali Mahmoud Abu-Khader | | | | Document no. 905797064 | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Page 2 of 7

Shatsky-JD00268-T

Prisoner Salary Statement

Prisoner no. 8124
Prisoner Name:  Ahmed Ali Mahmoud Abu-Khader          Document no. 905797064

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 3 of 7

Confidential                                                        Shatsky-JD00269-T

Prisoner **Salary** Statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 8124 | | | | | | | | |
| Prisoner Name: **Ahmed Ali Mahmoud Abu-Khader** | | | | Document no. 905797064 | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 7

Confidential

Shatsky-JD00270-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 8124 | | | | | | | | |
| Prisoner Name: Ahmed Ali Mahmoud Abu-Khader | | | Document no. 905797064 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00271-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 8124 | | | | | | | |
| Prisoner Name:  Ahmed Ali Mahmoud Abu-Khader | | | | Document no. 905797064 | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00272-T

## Prisoner Salary Statement

Prisoner no. 8124
Prisoner Name: Ahmed Ali Mahmoud Abu-Khader          Document no. 905797064

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |
| 4 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 7,550.00 |
| 5 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 7,550.00 |
| 6 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 7,200.00 |
| 7 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 8 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 9 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 10 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 11 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 12 | 2020 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 7,200.00 |
| 1 | 2021 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 2 | 2021 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 3 | 2021 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 4 | 2021 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |
| 5 | 2021 | Muhammad Ali Mahmoud Abu-Khader | Redacted 3821 | | | | 6,800.00 |

Confidential                    Shatsky-JD00273-T

Original



CONFIDENTIAL

Shatsky-JD00267



كشف رواتب أسير

رقم الأسير   812<
اسم الأسير   احمد علي منصور ابراهيم

رقم بطاقة   905797064

| أثبت | رقم الحساب | | الفرع | البنك | رقم البطاقة | اسم المستفيد | البلد | ألشهر |
|------|-----------|--|-------|------|------------|-------------|-------|--------|

Redacted

Redacted

7 من 1 .م. 3

CONFIDENTIAL

Shatsky-JD00268



كشف راتب أمير

رقم الأمير ........... 8124
اسم الأمير   احمد علي محمود ابوتمي ........................................     رقم البطاقة 905787064 ...........

| راتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| | | Redacted | | Redacted | | | |

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 8124 |
| اسم الأسير | محمد علي محمود أبو حصين |
| رقم الوثيقة | 905797064 |

| نرتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted    Redacted

7 - إضافة

CONFIDENTIAL



كشف راتب أسير

رقم الأسير  3124
اسم الأسير  محمد علي محمود أبو حنش

رقم الرتبة  905797064

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted                    Redacted

7 من صفحة

CONFIDENTIAL



كشف رانب أسير

رقم الأسير 5124
قسم الأسير أحمد على محمود ابراكتدر

رق. الوثيقة 905797064

| الآر تعب | رقم استعداد | التاريخ | الابناء | رقم البطاقة | قمى اعتسلته | التأمير | السنة |

Redacted          Redacted

7 .من 6 اصفحة

CONFIDENTIAL

Shatsky-JD00272



كشف راتب أسير

| رقم الأمر | 8124 |
| اسم الأسير | ... محمد علي محمود ابوخضير ... |
| رقم او لجنة | 905797064 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | | |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,550.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 4 |
| 7,660.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 5 |
| 7,260.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 6 |
| 6,900.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 7 |
| 6,800.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 8 |
| 6,800.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 9 |
| 6,600.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 10 |
| 8,650.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 11 |
| 7,200.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2020 | 2 |
| 6,900.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2021 | 1 |
| 6,500.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2021 | 2 |
| 6,800.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2021 | 3 |
| 6,800.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2021 | 4 |
| 8,800.00 | | Redacted | | 3821 | محمد علي محمود ابوخضير | 2021 | 5 |

CONFIDENTIAL

Shatsky-JD00273

Exhibit 242

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 16143 | | | | | | | |
| Prisoner Name:  Asem Umar Saleh Al-Barghouti | | | Document no. 950446633 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00365-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 16143 | | | | | | | |
| Prisoner Name:  Asem Umar Saleh Al-Barghouti | | | | Document no. 950446633 | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00366-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 16143 | | | | | | | |
| Prisoner Name:  Asem Umar Saleh Al-Barghouti | | | | Document no. 950446633 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00367-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 16143 | | | | | | | |
| Prisoner Name: Asem Umar Saleh Al-Barghouti | | | | Document no. 950446633 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 5

Shatsky-JD00368-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 16143 | | | | | | | | |
| Prisoner Name: Asem Umar Saleh Al-Barghouti | | | | Document no. 950446633 | | | | |
| Month | Year | Beneficiary | ID no | Bank Name | Branch | Account no. | | Salary |
| | | | Redacted | | | | | |
| 4 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 5 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 6 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 12,100.00 |
| 7 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 11,700.00 |
| 8 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 9 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 10 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 11 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 12 | 2020 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 1 | 2021 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 2 | 2021 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 3 | 2021 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 4 | 2021 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 5,850.00 |
| 5 | 2021 | Suheir Isma'il Mussa Al-Barghouti | Redacted 8233 | | | | | 6,370.97 |

Confidential

Shatsky-JD00369-T

# Original



كشف راتب أسير

رقم الأسير 16143
اسم الأسير عابد عمر صالح بو خوشي

رقم البطاقة 950446633

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 16143 |
| اسم الأسير | محمد جبر صالح و عوش |
| رقم الوثيقة | 950446633 |

| الرقم | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted                    Redacted

CONFIDENTIAL

Shatsky-JD00366



كشف راتب أسير

| رقم الأسير | 13143 |
| اسم الأسير | محمد حسن سلام زيدي |
| رقم ابو نهمة | 850446633 |

| رقم | رقم الحساب | | الفرع | | قرائك | رقم البطاقة | | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|---|---|

Redacted                    Redacted

CONFIDENTIAL



CONFIDENTIAL

445 . راتب أبيب

رقم الاسم ..........  16143
د.. الأسر..  عائشة عمر عبدالله عبد بن عوض ...

رقم البنك: 950446633

| إلخ بنك | رقم الحساب | المبلغ | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 5,850.00 | | | | Redacted 8233 | جهير احمد عبد موسى بن غباني | 2020 | 4 |
| 5,050.00 | | | | Redacted 3233 | جهير احمد عبد موسى بن عوض | 2020 | 5 |
| 12,130.00 | | | | Redacted 8233 | جهير احمد عبد موسى بن عوض | 2020 | 7 |
| 11,700.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن غباني | 2020 | 3 |
| 5,850.00 | | | | Redacted 5233 | جهير اسماعيل موسى بن عوض | 2020 | 10 |
| 5,850.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2020 | 11 |
| 8,250.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2020 | 12 |
| 5,850.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2021 | 1 |
| 5,850.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2021 | 2 |
| 5,850.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2021 | 3 |
| 5,850.00 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2021 | 4 |
| 6,370.97 | | | | Redacted 8233 | جهير اسماعيل موسى بن عوض | 2021 | 5 |

Redacted

Redacted

Redacted

1 من صفحة

CONFIDENTIAL

Shatsky-JD00369

Exhibit 243



Prisoner Salary Statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 21308 | | | | | | | | |
| Prisoner Name: Anas Ahmad Yosef Mashal | | | Document no. 911560787 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |

Redacted

Page 1 of 4

Confidential

Shatsky-JD00370-T

| Prisoner Salary Statement | | | | | | |
|---|---|---|---|---|---|---|
| Prisoner no. 21308 | | | | | | |
| Prisoner Name: Anas Ahmad Yosef Mashal | | | Document no. 911560787 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 2 of 4

Confidential

Shatsky-JD00371-T



| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 21308 | | | | | | | |
| Prisoner Name: Anas Ahmad Yosef Mashal | | | Document no. 911560787 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Confidential

Shatsky-JD00372-T