| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 21308 | | | | | | | |
| Prisoner Name: Anas Ahmad Yosef Mashal | | | Document no. 911560787 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | Redacted | | | | |
| 4 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 5 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 6 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 7 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 8 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 9 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 10 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 11 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 12 | 2020 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 1 | 2021 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 2 | 2021 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 3 | 2021 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 4 | 2021 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |
| 5 | 2021 | Hanin Munir Saqr Al-Barghouti | Redacted 0395 | | | | 6,230.00 |

Confidential

Shatsky-JD00373-T

Original



كشف راتب أسير

رقم الأسير  21305
اسم الأسير  بدر العدا بريش للمطل

رقم الوثيقة: 911560787

| الراتب | رقم الحساب | الفرع | رقم البطاقة | البنت | اسم المستفيد | السنة | الشهر |
|--------|-----------|-------|-------------|-------|--------------|-------|-------|

Redacted

Redacted

١٠ من أسفحة

CONFIDENTIAL

Shatsky-JD00370



CONFIDENTIAL



كشف رواتب أسير

| رقم الأسير | 21305 |
| اسم الأسير | شعبان أحمد يوسف مشعل |

رقم توطينة  911560787

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهور |
|---|---|---|---|---|---|---|---|

4 من3 صفحة

CONFIDENTIAL

Shatsky-JD00372

كشف رواتب أحادي

رقم الأمر: 21308
اسم الأمر: فتحي ... دوسة ... شهب

رقم الوثيقة: 911560787

| الرقم | رقم لحساب | الاسم | البنك | رقم البطاقة | الاسم التسلسل | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| Redacted | | | | | Redacted | | |
| 6 230.00 | | | | Redacted 0395 | حاوين ما ... ي ... بار بر خوشي | 2020 | 4 |
| 6,230.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2020 | 5 |
| 6,530.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2020 | 6 |
| 6,230.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2020 | 7 |
| 6,230.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2020 | 8 |
| 6,230.00 | | Redacted | | Redacted 0395 | حاوي حاوو ... بر خوشي | 2020 | 9 |
| 6,230.00 | | | | Redacted 0395 | حجي حسين بار بر خوشي | 2020 | 10 |
| 6,230.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2020 | 11 |
| 6,630.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2020 | 12 |
| 6 230.00 | | | | Redacted 0395 | حاوين حسين صنقر بر خوشي | 2021 | 1 |
| 6 230.00 | | | | Redacted 0395 | حاوي حاو دسقر بر خوشي | 2021 | 2 |
| 6,230.00 | | | | Redacted 0395 | حاوين ... بار ... ني بر خوشي | 2021 | 3 |
| 6,230.00 | | | | Redacted 0395 | حاوين شقير صنقر بر خوشي | 2021 | 4 |
| 6,230.00 | | | | Redacted 0395 | صنقر بار صنقر بر خوشي | 2021 | 5 |

٤ من النسخة:

CONFIDENTIAL

Shatsky-JD00373

# Exhibit 244



Prisoner Salary Statement

Prisoner no. 6733
Prisoner Name:  Firas Sadeq Mohamed Ghanem     Document no. 025806985

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|

Redacted

Page 1 of 8

Shatsky-JD00407-T

Prisoner Salary Statement

| Prisoner no. 6733 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Name: Firas Sadeq Mohamed Ghanem | | | Document no. 025806985 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00408-T

Prisoner Salary Statement

| Prisoner no. 6733 | | | | | | | | |
| Prisoner Name:  Firas Sadeq Mohamed Ghanem | | | Document no. 025806985 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |



Redacted

Page 3 of 8

Confidential

Shatsky-JD00409-T



| | Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 6733 | | | | | | | | |
| Prisoner Name:  Firas Sadeq Mohamed Ghanem | | | Document no. 025806985 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |

Redacted

Page 4 of 8

Confidential

Shatsky-JD00410-T



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 6733 | | | | | | | | |
| Prisoner Name: Firas Sadeq Mohamed Ghanem | | | Document no. 025806985 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |

Redacted

Confidential

Shatsky-JD00411-T



Prisoner Salary Statement

| Prisoner no. 6733 | | | | | | | |
| Prisoner Name:  Firas Sadeq Mohamed Ghanem | | | Document no. 025806985 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |

Redacted

Page 6 of 8

Confidential

Shatsky-JD00412-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 6733 | | | | | | | | |
| Prisoner Name:  Firas Sadeq Mohamed Ghanem | | | Document no. 025806985 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |
| | | | Redacted | | | | | |
| 4 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 7,700.00 |
| 5 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 7,700.00 |
| 6 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 8,170.00 |
| 7 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 7,700.00 |
| 8 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 7,700.00 |
| 9 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 7,700.00 |
| 10 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | | 7,700.00 |

Confidential

Shatsky-JD00413-T

**Prisoner Salary Statement**

Prisoner no. 6733
Prisoner Name:  Firas Sadeq Mohamed Ghanem          Document no. 025806985

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 11 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | 7,700.00 |
| 12 | 2020 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | 8,170.00 |
| 1 | 2021 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | 7,700.00 |
| 2 | 2021 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | Redacted | | 7,700.00 |
| 3 | 2021 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | 7,700.00 |
| 4 | 2021 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | 7,700.00 |
| 5 | 2021 | Nawal Hasan Ahmad Ghanem | Redacted 2304 | | | | 7,700.00 |

Page 8 of 8

Confidential

Shatsky-JD00414-T

# Original



CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 6733 |
| اسم الأسير | قراقع صادق محمد غانم |
| رقم الوثيقة | 025806985 |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted                    Redacted

8 من 2صفحة

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 6733 |
| اسم الأسير | غريب بن عبدالله محمد الشام |
| رقم البطاقة | 025806985 |

| الشهر | السنة | اسم المستفيد | البنك | رقم البطاقة | الفرع | رقم الحساب | الراتب |

Redacted

Redacted

8 من صفحة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00410



CONFIDENTIAL

Shatsky-JD00411



CONFIDENTIAL

Shatsky-JD00412



كشف راتب أسير

رقم الأسير   5733
اسم الأسير   فراس هادي محمد عابد
رقم الرتبة 025806985

| الراتب | رقم الحساب | الفرع | بنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| 7,770.00 | | | | Redacted 2304 | م ل حسن احمد غانم | 2020 | 4 |
| 7,770.00 | | | | Redacted 2304 | وت ن زن احمد غانم | 2020 | 5 |
| 8,770.00 | | | | Redacted 2304 | هل يحمدن احمد غانم | 2020 | 6 |
| 7,770.00 | | | | Redacted 2304 | نون حسن احمد غانم | 2020 | 7 |
| 7,770.00 | | | | Redacted 2304 | قرال حسن احمد غانم | 2020 | 8 |
| 7,770.00 | | | | Redacted 2304 | ذوال حسن احمد غانم | 2020 | 9 |
| 7,770.00 | | | | Redacted 2304 | نوال حسن احمد غانم | 2020 | 10 |

8 من/صفحة

CONFIDENTIAL

Shatsky-JD00413



كشف رقب أسير

رقم الأسير .................. 3733
قم الأسر ..................... قم برو محدش عسند A8 ك..........

رقم الوثيقة 025806485

| الرقم | السنة | اسم المستفيد | | رقم البطاقة | | المبلغ | رقم الحساب | الرانب |
|---|---|---|---|---|---|---|---|---|
| 11 | 2020 | نوال حجمن احمد غانم | | Redacted 2304 | | | | 7,770.00 |
| 12 | 2020 | نوال حجمن احمد غانم | | Redacted 2304 | | | | 8,170.00 |
| 1 | 2021 | إنال حجمن فهد غانم | | Redacted 2304 | | Redacted | | 7,170.00 |
| 2 | 2021 | نوال حجمن احمد غانم | | Redacted 2304 | | | | 7,170.00 |
| 3 | 2021 | نوال حجمن احمد غانم | | Redacted 2304 | | | | 7,175.00 |
| 4 | 2021 | نوال حجمن احمد غانم | | Redacted 2304 | | | | 7,775.00 |
| 5 | 2021 | نوال حجمن احمد غانم | | Redacted 2304 | | | | 7,770.00 |

لا من الصفحة

CONFIDENTIAL

Shatsky-JD00414

Exhibit 245



Prisoner Salary Statement

Prisoner no. 256166
Prisoner Name: Karam Lutfi Fathi Rizq      Document no. 353848869

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|

Redacted

Page 1 of 2

Confidential

Shatsky-JD00361-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 256166 | | | | | | | | |
| Prisoner Name:  Karam Lutfi Fathi Rizq          Document no. 853848869 | | | | | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | | | | | | |
| | | | Redacted | | | | | |
| 4 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 2,000.00 |
| 5 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 2,000.00 |
| 6 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 2,400.00 |
| 7 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 2,000.00 |
| 8 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 2,000.00 |
| 9 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 2,000.00 |
| 10 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 3,827.42 |
| 11 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | [Illegible] |
| 12 | 2020 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 4,350.00 |
| 1 | 2021 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 3,950.00 |
| 2 | 2021 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 3,950.00 |
| 3 | 2021 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 3,950.00 |
| 4 | 2021 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 3,950.00 |
| 5 | 2021 | Lutfi Fathi Lutfi Rizq | | Redacted 0230 | | | | 3,950.00 |

Confidential

Shatsky-JD00362-T

Original



كشف رواتب أسر

رقم الأمر   256166
اسم الأمين   كريم الدين فتحي رزق

رقم الشقة:  853848869

| تقرير | البنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | أقر كرب |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

2 من 1 سفحة

CONFIDENTIAL

Shatsky-JD00361



كشف راتب أسير

رقم الأسير   256166
اسم الأسير   كريم لعلمي حجي رزق

رقم الوثيقة   853848868

| الشهر | السنة | اسم المستفيد | | رقم البطاقة | المبلغ | الفرع | رقم الحساب | راتب |
|---|---|---|---|---|---|---|---|---|
| | | Redacted | | Redacted | | Redacted | | |
| 4 | 2020 | لعلمي عنصر لعلمي رزق | | 0230 Redacted | | Redacted | | 2,000.00 |
| 5 | 2020 | لعلمي خدمي لعلمي رزق | | 0230 Redacted | | | | 2,000.00 |
| 6 | 2020 | لعلمي عمص لعلمي رزق | | 0230 Redacted | | | | 2,400.00 |
| 7 | 2020 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 2,000.00 |
| 8 | 2020 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 2,000.00 |
| 9 | 2020 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 2,000.00 |
| 10 | 2020 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 3,877.42 |
| 11 | 2020 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 4,054.62 |
| 12 | 2020 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 4,350.00 |
| 1 | 2021 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 3,950.00 |
| 2 | 2021 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 3,950.00 |
| 3 | 2021 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 3,950.00 |
| 4 | 2021 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 3,950.00 |
| 5 | 2021 | لعلمي عمي لعلمي رزق | | 0230 Redacted | | | | 3,850.00 |

( 1 من 1 صفحة )

CONFIDENTIAL

Shatsky-JD00362

# Exhibit 246



| | | | Prisoner Salary Statement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 18880[*] | | | | | | | | |
| Prisoner Name:  Mohammed Khaled Hasan Amoudi | | | Document no. 914449202 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |

Redacted

Page 1 of 6

Shatsky-JD00355-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 18880[*] | | | | | | | |
| Prisoner Name:  Mohammed Khaled Hasan Amoudi | | | | Document no. 914449202 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 2 of 6

Confidential

Shatsky-JD00356-T



| | | | Prisoner Salary Statement | | | | |
|---|---|---|---|---|---|---|---|

Prisoner no. 18880[*]
Prisoner Name:  Mohammed Khaled Hasan Amoudi                    Document no. 914449202

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| | | | Redacted | | | | |

Page 3 of 6

Confidential

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 18880[*] | | | | | | | | |
| Prisoner Name:  Mohammed Khaled Hasan Amoudi | | | | Document no. 914449202 | | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 4 of 6

Confidential

Shatsky-JD00358-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 18880[*] | | | | | | | |
| Prisoner Name:  Mohammed Khaled Hasan Amoudi | | | Document no. 914449202 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
| | | | Redacted | | | | |
| 4 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 5 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 6 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 6,250.00 |
| 7 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 8 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 9 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 10 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 11 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |

Confidential

Shatsky-JD00359-T

Prisoner Salary Statement

Prisoner no. 18880[*]

Prisoner Name:  Mohammed Khaled Hasan Amoudi          Document no. 914449202

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|---|---|---|---|---|---|---|---|
| 12 | 2020 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 6,250.00 |
| 1 | 2021 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 2 | 2021 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 3 | 2021 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 5,850.00 |
| 4 | 2021 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 6,325.00 |
| 5 | 2021 | Samer Othman Sa'ud Al-Ghul | Redacted 1907 | | | | 6,800.00 |

Redacted

Confidential

Shatsky-JD00360-T

Original



كشف راتب أسير

| رقم الأسير | 16850 |
| اسم الأسير | بشار محمد حسن شاموتي |

رقم الوثيقة: 914449202

| الشهر | السنة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الرواتب |

Redacted

Redacted

6 من استفادة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00356



كشف راتب أسير

| رقم الأسير 18885 |
| اسم الأسير محمد خلد حسن جابوبر | رقم الهوية 914449202 |

| أرالب• | رقم الحساب | الفرع | رقم البطاقة الب٠ | السنة اسم المستفيد | الشهر |

Redacted

Redacted

CONFIDENTIAL



كشف رواتب أسير

رقم الأسير: 8380
اسم الأسير: محمد خالد حسن علموني

رقم الوثيقة: 914449202

| الشهر | السنة | اسم فلسطيني | رقم البطاقة | البنك | الفرع | رقم الحساب | راتب |
|---|---|---|---|---|---|---|---|
| | | | | Redacted | | Redacted | |

CONFIDENTIAL



كشف راتب اسير

| | رقم الراتب: 914449202 | | | رقم الأسير   18380 |
| --- | --- | --- | --- | --- |
| | | | | اسم الأسير   محمد خالد جسن عامودي |

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Redacted | Redacted | | Redacted | | | |
| 5,950.00 | | | | Redacted 1907 | ماهر عثمان سعد الهرا | 2020 | ٨ |
| 5,950.00 | | | | Redacted 1907 | ماهر عثمان سعد الاول | 2020 | ٥ |
| 6,250.00 | | | | Redacted 1907 | سعد عثمان سعد الغراء | 2020 | ٥ |
| 5,850.00 | | | | Redacted 1907 | اسامي عثمان سعد الاول | 2020 | ٧ |
| 5,850.00 | | | | Redacted 1907 | ماهر عثمان سعد الاول | 2020 | ٨ |
| 5,850.00 | | | | Redacted 1907 | ماهر عثمان سعد الاول | 2020 | ٩ |
| 5,850.00 | | | | Redacted 907 | اسامي عثمان سعد الاول | 2020 | ١٠ |
| 5,650.00 | | | | Redacted 1907 | ماهر عثمان سعد الغراء | 2020 | ١١ |

CONFIDENTIAL

Shatsky-JD00359

كشف رواتب الأسير

| رقم الأسير | 18850 |
| اسم الأسير | محمد خالد حسن عامودي |

رقم الهوية 914449202

| الراتب | رقم الحساب | النوع | البنك | رقم البطاقة | اسم المستفيد | السنة | أشهر |
|---|---|---|---|---|---|---|---|
| 6,260.00 | | | | Redacted 1907 | سافر عثمان سعود الفوز | 2020 | 12 |
| 5,650.50 | | | | Redacted 1907 | سافر عثمان سعود الفوز | 2021 | |
| 5,850.00 | | Redacted | | Redacted 1907 | سافر عثمان سعود الفوز | 2021 | |
| 5,950.00 | | | | Redacted 1907 | سافر عثمان سعود المدى | 2021 | 3 |
| 6,325.00 | | | | Redacted 1907 | سافر عثمان سعود الفوز | 2021 | |
| 5,850.00 | | | | Redacted 1907 | سافر عثمان سعود الفوز | 2021 | 5 |

5 من الصفحة

CONFIDENTIAL



Exhibit 247

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 11548 | | | | | | | |
| Prisoner Name:  Sameh Samir Mohammed Shubaki | | | | Document no. 906143979 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 1 of 7

Confidential

Shatsky-JD00487-T



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 11548 | | | | | | | | |
| Prisoner Name:  Sameh Samir Mohammed Shubaki | | | Document no. 906143979 | | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |
| | | | | Redacted | | | | |

Page 2 of 7

Confidential

Shatsky-JD00488-T



Prisoner Salary Statement

Prisoner no. 11548
Prisoner Name:  Sameh Samir Mohammed Shubaki          Document no. 906143979

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|

Redacted

Page 3 of 7

Shatsky-JD00489-T

Prisoner Salary Statement

Prisoner no. 11548
Prisoner Name:  Sameh Samir Mohammed Shubaki          Document no. 906143979

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential

Shatsky-JD00490-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 11548 | | | | | | | |
| Prisoner Name:  Sameh Samir Mohammed Shubaki | | | Document no. 906143979 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00491-T

Prisoner Salary Statement

| Prisoner no. 11548 | | | | | | | |
| Prisoner Name:  Sameh Samir Mohammed Shubaki | | | | Document no. 906143979 | | | |
| Month | Year | Beneficiary | | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00492-T



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 11548 | | | | | | | | |
| Prisoner Name:  Sameh Samir Mohammed Shubaki | | | | Document no. 906143979 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account nc. | Salary | |
| | | | | | Redacted | | | |
| 4 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 5 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 6 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 7,200.00 | |
| 7 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 8 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 9 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 10 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 11 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 12 | 2020 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 7,200.00 | |
| 1 | 2021 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 2 | 2021 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 3 | 2021 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 4 | 2021 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |
| 5 | 2021 | Muhammad Samir Muhammad Shubaki | Redacted 3961 | | | | 6,800.00 | |

Confidential

Shatsky-JD00493-T

Original



كشف راتب أسير

رقم الأسير 11548
اسم الأسير سامح سمير محمد عوض

رقم البطاقة 905143979

| الشهر | السنة | اسم المستفيد | البنك | رقم البطاقة | البنك | النوع | رقم التسديد | الزيادات |
|---|---|---|---|---|---|---|---|---|

Redacted

7 من الصفحة

CONFIDENTIAL

Shatsky-JD00487

كشف راتب أسير

| | رقم الأسير | 1548 |
| رقم الوثيقة | 906143979 | | اسم الأسير | نوام صفار سعمت شوتكي |

| تحر اتب | رقم الحساب | | الفرع | | البنك | رقم البطاقة | | اسم المستفيد | البلد | الشهر |



Redacted

صفحة 2 م 7

CONFIDENTIAL

Shatsky-JD00488



كشف راتب أسير

| | رقم الأسير | 11545 |
| رقم الرتبة | 906143978 | اسم الأسير | سامر منير محمد بريكي |

Redacted

CONFIDENTIAL



كشف راتب أسير

رقم الأسير   1548
اسم الأسير   سميح صبري محمد شوبكي

رقم ابو ظبة   906143879

| الرقم | رقم الحساب | الفرع | البنك | رقم الملاحظة | المبلغ | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

CONFIDENTIAL

Shatsky-JD00490



CONFIDENTIAL

Shatsky-JD00491



كشف راتب أسير

| رقم الأسير | 1548 |
| اسم الأسير | بسام سمير محمد نو بكر |

رقم الرقية 906143979

| الزاتب | رقم الحساب | الفرع | نيك | رقم البطاقة | اسم المستفيد | السنة | الشهر |

Redacted

صفحة 1 من 7

CONFIDENTIAL

Shatsky-JD00492

كشف رواتب أسير

| رقم الأسير | 11548 |
| اسم الأسير | سميح سعيد محمد شوبكي |

رقم الوحدة 806143979

| الراتب | رقم الحساب | الفرع | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|
| | | Redacted | | | | | |
| 6,800.00 | | | | Redacted 3961 | محمد سمير سعيد شوبكي | 2020 | ٤ |
| 6,500.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 5 |
| 7,200.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 6 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 7 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 8 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 9 |
| 6,500.00 | | Redacted | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 10 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 11 |
| 7,200.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2020 | 12 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2021 | 1 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2021 | 2 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2021 | 3 |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2021 | ٤ |
| 6,800.00 | | | | Redacted 3961 | محمد سمير محمد شوبكي | 2021 | 5 |

7 من 7 صفحة

CONFIDENTIAL

Shatsky-JD00493



Exhibit 248

Prisoner Salary Statement

Prisoner no. 9281
Prisoner Name: Wael Mahmoud Mohammed al-Qassim          Document no. 028192755

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Page 1 of 8

Confidential

Shatsky-JD00458-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 9281 | | | | | | | |
| Prisoner Name:  Wael Mahmoud Muhammad al-Qassim | | | | Document no. 028192755 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Page 2 of 8

Confidential

Shatsky-JD00459-T



| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 9281 | | | | | | | | |
| Prisoner Name:  Wael Mahmoud Muhammad al-Qassim | | | | Document no. 028192755 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | | Branch | Account no. | Salary |

Redacted

Page 3 of 8

Confidential

Shatsky-JD00460-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 9281 | | | | | | | |
| Prisoner Name:  Wael Mahmoud Muhammad al-Qassim | | | | Document no. 028192755 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00461-T

| Prisoner Salary Statement | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner no. 9281 | | | | | | | |
| Prisoner Name:  Wael Mahmoud Muhammad al-Qassim | | | | Document no. 028192755 | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |



Redacted

Confidential

Shatsky-JD00462-T

Prisoner Salary Statement

Prisoner no. 9281
Prisoner Name:  Wael Mahmoud Muhammad al-Qassim                    Document no. 028192755

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|



Redacted

Confidential                                                                Shatsky-JD00463-T



Prisoner Salary Statement

Prisoner no. 9281
Prisoner Name: Wael Mahmoud Muhammad al-Qassim     Document no. 028192755

| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | Salary |
|-------|------|-------------|--------|-----------|--------|-------------|--------|

Redacted

Confidential

Shatsky-JD00464-T

| Prisoner Salary Statement | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Prisoner no. 9281 | | | | | | | | |
| Prisoner Name:  Wael Mahmoud Muhammad al--Qassim | | | | Document no. 028192755 | | | | |
| Month | Year | Beneficiary | ID no. | Bank Name | Branch | Account no. | | Salary |
| | | | Redacted | | | | | |
| 4 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 5 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 6 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 8,170.00 |
| 7 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 8 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 9 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 10 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 11 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 12 | 2020 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 8,170.00 |
| 1 | 2021 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 2 | 2021 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 3 | 2021 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 4 | 2021 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |
| 5 | 2021 | Izdihar Mahmoud Muhammad Qassim | Redacted 8091 | | | | | 7,700.00 |

Confidential

Shatsky-JD00465-T

Original



كشف وارد وأسير

رقم الأسير ........ 9281
اسم الأسير  وائل سعود محمد علي القادمي

رقم الرقية 028192755

| الراتب | رقم الحساب | البريد | رقم البطاقة | الملف | اسم المستفيد | المدينة | المنطقة | الشهر |
|---|---|---|---|---|---|---|---|---|

Redacted

Redacted

٨ من ٨ صفحة

CONFIDENTIAL

Shatsky-JD00458



كشف راتب أمير

رقم الأمير 9251
اسم الأمير وائل محمود محمد جمال الناصر

رقم البطاقة 028192755

CONFIDENTIAL

Shatsky-JD00459



كشـف راتب أسير

رقم الأسير ..... 8231
اسم الأسير   وائل حمود محمد علي الياسر

رقم البطاقة 028192755

| الراتب | رقم الصنف | الدرجة | البنك | رقم البطاقة | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|

Redacted

Redacted

8 من صفحة

CONFIDENTIAL



كشف راتب أسير

| رقم الأسير | 9251 |
| اسم الأسير | بلال محمد محمد علي الفاسم |
| رقم الوثيقة | 028192755 |

| الشهر | الصفة | اسم المستفيد | رقم البطاقة | البنك | الفرع | رقم الحساب | الراتب |

Redacted

لا صرف بصمة

CONFIDENTIAL



CONFIDENTIAL

Shatsky-JD00462



CONFIDENTIAL



كشف راتب أسير

| رقم الاسير | 9281 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| اسم الاسير | رائد مسعود محمد شحي القاسم | | | | رقم الهوية | 028192755 | | |

| طرائب | رقم الحرانية | | النوع | | رقم البطاقة | البنك | اسم المستفيد | السنة | الشهر |
|---|---|---|---|---|---|---|---|---|---|

Redacted            Redacted

CONFIDENTIAL

Shatsky-JD00464



CONFIDENTIAL