# Exhibit 264

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

SHABTAI SCOTT SHATSKY,      ) Case No. 18-Civ. 12355
individually and as         )
personal representative     )
of the Estate of Keren      )
Shatsky, J ANNE             ) VIRTUAL VIDEOTAPED
SHATSKY, individually       ) DEPOSITION OF FEDA
and as personal             ) ABDELHADY-NASSER
representative of the       )
Estate of Keren             )
Shatsky, TZIPPORA           )
SHATSKY SCHWARZ, YOSEPH     )
SHATSKY, SARA SHATSKY       )
TZIMMERMAN, MIRIAM          )
SHATSKY, DAVID RAPHAEL      )
SHATSKY, GINETTE LANDO      )
THALER, individually        )
and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

          Plaintiffs,


          against

Feda Abdelhady-Nasser
July 22, 2021

1

2     THE PALESTINE
      LIBERATION ORGANIZATION
3     and THE PALESTINIAN
      AUTHORITY (a/k/a "The
4     Palestinian Interim
      Self-Government
5     Authority" and/or "The
      Palestinian National
6     Authority"),

7
              Defendants.
8

9

10

11                              -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Feda Abdelhady-Nasser
July 22, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF FEDA

 2     ABDELHADY-NASSER, witness herein, called by the

 3     Plaintiffs, for examination, taken pursuant to

 4     the Federal Rules of Civil Procedure, by and

 5     before Karen A. Nickel, a Certified Realtime

 6     Reporter and a notary public in and for the

 7     Commonwealth of Pennsylvania, held remotely

 8     with all parties appearing from their

 9     respective locations, on Thursday, July 22,

10     2021, at 9:30 a.m.

11     COUNSEL PRESENT:

12
       For the Plaintiffs:
13     Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
       Cohen & Gresser, LLP
14     2001 Pennsylvania Avenue, NW
       Suite 300
15     Washington, DC 20006

16     Stephen M. Sinaiko, Esq.
       Cohen & Gresser, LLP
17     800 Third Avenue
       New York, NY 10022
18
       For the Defendants:
19     Mitchell R. Berger, Esq.
       Joseph Alonzo, Esq.
20     Salim Kaddoura, Esq.
       Squire Patton Boggs
21     2550 M Street NW
       Washington, DC 20037
22
       Also Present:  Cosette Vincent
23                    Eszter Vincze

24

25
```

Feda Abdelhady-Nasser
July 22, 2021

1                          -   -   -
                         I N D E X
2
    WITNESS                              PAGE
3
    Feda Abdelhady-Nasser
4
        By Mr. Sinaiko                    7
5

6
                      E X H I B I T S
7

8   NUMBER          DESCRIPTION          PAGE

9   Exhibit 1      Notice of Deposition    13
    Exhibit 2      LinkedIn Profile        22
10  Exhibit 3      Mission Personnel List  30
    Exhibit 4      Calendar Entries        44
11  Exhibit 5      Calendar Entries        53
    Exhibit 6      Calendar Entries        63
12  Exhibit 7      Interview              190

13

14

15

16

17

18

19

20

21

22

23

24

25

Feda Abdelhady-Nasser
July 22, 2021

```
 1              P R O C E E D I N G S
 2                   THE VIDEOGRAPHER:    Good
 3      morning, everyone.   We are now on the record.
 4      Participants should be aware that this
 5      proceeding is being recorded and, as such, all
 6      conversations held will be recorded unless
 7      there is a request and agreement to go off the
 8      record.
 9                   This is the remote video-recorded
10      deposition of Feda Abdelhady-Nasser.   Today is
11      Thursday, July 22, 2021.   The time is now 13:33
12      UTC.
13                   We are here in the matter of Shatsky
14      versus PLO.   My name is Corey Wainaina, remote
15      video technician on behalf of US Legal Support
16      located at 90 Broad Street, New York, New York.
17      I am not related to any party in this action,
18      nor am I financially interested in the outcome.
19                   At this time, will the reporter,
20      Karen Nickel, on behalf of US Legal Support,
21      please enter the statement for remote
22      proceedings into the record.
23                        THE REPORTER:  The attorneys
24      participating in this deposition acknowledge
25      that I am not physically present in the
```

Feda Abdelhady-Nasser
July 22, 2021

1  deposition room and that I will be reporting

2  this deposition remotely.

3          They further acknowledge that, in

4  lieu of an oath administered in person, the

5  witness will verbally declare her testimony in

6  this matter is under penalty of perjury.

7          The parties and their counsel

8  consent to this arrangement and waive any

9  objections to this manner of reporting.  Please

10  indicate your agreement by stating your name

11  and your agreement on the record.

12          MR. SINAIKO:  Steve Sinaiko, on

13  behalf of the Plaintiffs, from Cohen & Gresser

14  in New York City, we agree.

15          MR. BERGER:  Mitchell Berger,

16  Squire Patton Boggs, Washington, D.C., on

17  behalf of Defendants, we agree.

18          (Discussion held off the

19  record.)

20          THE VIDEOGRAPHER:   We are

21  back on the record.  The time is 13:36 UTC

22  time.

23          FEDA ABDELHADY-NASSER, a witness

24  herein, having been first duly sworn, was

25  examined and testified as follows:

Feda Abdelhady-Nasser
July 22, 2021

```
1                    EXAMINATION

2    BY MR. SINAIKO:

3        Q.    Good morning, Ms. Abdelhady-Nasser.

4        A.    Good morning.

5                    MR. BERGER:  Excuse me, Steve.

6    It would be appropriate and courteous for you

7    to refer to the witness as Ambassador.

8                    MR. SINAIKO:  Okay.  Before we

9    get started, I have one housekeeping measure

10   for us to go over.

11                   Since we are here remotely due to

12   the COVID-19 pandemic, we would ask that the

13   Defendant confirm that, pursuant to Rule

14   30(b)(4) of the Federal Rules of Civil

15   Procedure, today's deposition may be taken by

16   video conference.

17                   THE WITNESS:  Yeah.

18                   MR. BERGER:  Yeah, we confirm

19   that.

20                   MR. SINAIKO:  Good.  And

21   pursuant to Rule 29 of the Federal Rules of

22   Civil Procedure, I also want to confirm that

23   the parties are stipulating that Ms. Nickel is

24   an appropriate officer before whom to take the

25   deposition even though she, I believe, is in
```

Feda Abdelhady-Nasser
July 22, 2021

```
1     Pittsburgh, and I'm not actually sure where the
2     witness is but I'm pretty sure that she is not
3     in Pennsylvania.
4              Can we agree, pursuant to Rule 29,
5     that Ms. Nickel is an appropriate officer
6     before whom the deposition may be taken?
7              MR. BERGER:  Yes, so
8     stipulated.
9              MR. SINAIKO:  Great.  Okay.
10    BY MR. SINAIKO:
11        Q.   Good morning.  Thank you for being
12    here today.  My name is Steve Sinaiko.  I am
13    with the law firm of Cohen & Gresser, LLP, in
14    New York City, and I represent the Plaintiffs
15    in this lawsuit.
16              Have you had your deposition taken
17    previously?
18        A.   No, I have not.
19        Q.   Okay.  Let me go over a couple of
20    ground rules for the process so that things go
21    smoothly and we are all on the same page.
22              Will that be okay?
23        A.   Yes.  That's fine.
24        Q.   I'm going to be asking you a series
25    of questions today, and your responses to those
```

1    questions will be sworn under oath and under

2    penalty of perjury.

3              Do you understand?

4       A.    Yes.

5       Q.    The court reporter is going to be

6    transcribing everything we say today, so to

7    make sure that we have an accurate and clear

8    record, and especially because the deposition

9    is taking place by video conference in light of

10   the COVID-19 pandemic, it is important that we

11   not speak over each other and that only one

12   person speaks at a time.

13             So I would ask that you wait until I

14   finish my questions before you start answering

15   them.  And I, for my part, will try to wait

16   until you finish your answers before I ask

17   another question.

18             Will that be all right?

19      A.    Yes.

20      Q.    It's also important for you to

21   respond to my questions verbally rather than by

22   nodding your head or moving your hand or

23   whatever, rather than by a non-verbal response,

24   because only verbal responses can be

25   transcribed.

Feda Abdelhady-Nasser
July 22, 2021

1      Do you understand?

2      A.    Understood.

3      Q.    Okay.  If you don't understand a

4    question that I have asked you during our time

5    today, just let me know and I will try to

6    rephrase the question or otherwise help to move

7    past whatever misunderstanding might exist.

8           However, the Court will assume, and

9    all of the lawyers in the room will assume,

10   that you heard and understood every question

11   that you respond to.

12          Do you understand?

13   A.    Yeah.

14   Q.    At times, Mr. Berger, your lawyer,

15   may object to one of my questions, but unless

16   he instructs you not to answer a question, you

17   should go ahead and answer my question even

18   though there was an objection.

19          Do you understand?

20   A.    Yes.

21   Q.    From time to time, I will probably

22   take breaks during the deposition.  If you need

23   a break, just let your attorney know or let me

24   know and I will do my best to accommodate your

25   request.  But I do ask that if a question is

Feda Abdelhady-Nasser
July 22, 2021

```
 1    pending, if I've asked you a question and you

 2    have not yet answered it, that you answer my

 3    question before we take a break.

 4              Is that okay?

 5         A.   Yes.

 6                   MR. BERGER:  That may be okay

 7    with the witness but, of course, consistent

 8    with the local rules, if we have an issue of

 9    privilege, we are entitled to take a break and

10    discuss whether there is an appropriate

11    privilege objection.

12                   MR. SINAIKO:  Of course.

13    That's the only exception.

14    BY MR. SINAIKO:

15         Q.   Okay.  Within the last 72 hours,

16    have you ingested any substance that would

17    impair your ability to understand and respond

18    to questions?

19         A.   No.

20         Q.   Are you currently under the

21    influence of any such substance?

22         A.   No.

23         Q.   Is there any reason that you can

24    think of, as we sit here now, that you would

25    not be able to give your -- let me withdraw
```

Feda Abdelhady-Nasser
July 22, 2021

1       that.

2               Is there any reason, as you sit here

3       today, you can think of as to why you would not

4       be able to give your best testimony today?

5           A.      No.

6           Q.      Now, as we go through the questions,

7       I will be referring at times to the Defendants.

8       When I refer to the Defendants, that is

9       intended by me, and I hope will be understood

10      by you, to encompass both the Palestinian

11      Authority and the Palestine Liberation

12      Organization.

13              Do you understand?

14          A.      Yes.

15          Q.      And at times, I may refer to the

16      Palestinian Authority as just the PA.   Will

17      that be all right?

18          A.      Yes.

19          Q.      Thank you.

20              And at times, I will refer to the

21      Palestine Liberation Organization as PLO.   Will

22      that be all right?

23          A.      Yes.

24          Q.      And then, there will be times when I

25      refer to the Permanent Observer Mission of the

```
1       State of Palestine to the United Nations, and I

2       will just refer to that as the Observer

3       Mission.  Will that be okay?

4            A.   Yes.

5            Q.   Just to save time.  It's a mouthful.

6                 Okay.  Can we put up Tab No. 1,

7       please.  I would ask the court reporter to mark

8       this as Exhibit 1.

9                      (Deposition Exhibit No. 1 was

10      marked for identification.)

11                      THE VIDEOGRAPHER:   Mr.

12      Sinaiko, for the video record, do you want to

13      see the witness and the document or just the

14      witness?

15                      MR. SINAIKO:  I would like to

16      see the witness and the document.  That will be

17      fine.

18                      THE VIDEOGRAPHER:   Okay.

19      Thank you.

20      BY MR. SINAIKO:

21           Q.   Ambassador Abdelhady-Nasser, have

22      you seen this document previously?

23           A.   Yes.

24           Q.   And what -- when did you see this

25      document?
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1              A.    My lawyer showed it to me yesterday.

 2              Q.    Okay.  And was that the first time

 3     you saw it?

 4              A.    Yes.

 5              Q.    What do you understand this document

 6     to be?

 7                    MR. BERGER:  If you have an

 8     understanding.

 9                    THE WITNESS:  I understand

10     that this is the basis of the deposition or

11     requiring my deposition.

12     BY MR. SINAIKO:

13              Q.    All right.  You understand that this

14     is a notice for your deposition today; correct?

15              A.    Correct.

16              Q.    And do you understand -- is it your

17     understanding that you are testifying today

18     pursuant to this notice?

19              A.    Yes.

20              Q.    And let me ask you, did you do

21     anything, in advance of today, to prepare for

22     your deposition?

23              A.    I met with my lawyer.

24              Q.    Apart from meeting with your lawyer,

25     did you do anything else to prepare for your
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1    deposition today?

 2         A.    I reviewed my calendar of

 3    activities.

 4         Q.    And did you review any documents

 5    other than your calendar of activities?

 6         A.    I reviewed the deposition of my

 7    Senior Ambassador Mansour.

 8         Q.    So you looked at the transcript of

 9    Dr. Mansour's testimony; is that correct?

10         A.    Correct.

11         Q.    And did you look at any documents,

12    apart from your calendar and the transcript of

13    Dr. Mansour's deposition, in advance of your

14    testimony today?

15         A.    No.

16         Q.    Apart from looking at the documents

17    we just described and meeting with your lawyer,

18    did you do anything else to prepare for your

19    deposition today?

20         A.    I tried to go to sleep early.

21         Q.    Probably a good idea.  Anything

22    apart from that?

23         A.    It didn't work.  No.

24         Q.    Okay.  And in advance of your -- in

25    advance of your deposition today, did you have
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1    any conversations with Mr. Mansour --
 2    withdrawn.
 3              In advance of your deposition today,
 4    did you have any conversations with Dr. Mansour
 5    about your testimony that you would be giving
 6    today?
 7         A.   Only that I would have to give a
 8    deposition on July 22nd.
 9         Q.   And when did you say that to
10    Dr. Mansour?
11         A.   When I was informed by one of my
12    lawyers, Joseph Alonzo, that my deposition was
13    set for the 22d of July, so that I could inform
14    him that I would not be on duty that day.
15         Q.   All right.  And apart from telling
16    Dr. Mansour that you would be testifying here
17    today on -- you know, today, July 22nd, did you
18    say anything else to Dr. Mansour or did
19    Dr. Mansour say anything else to you during
20    this conversation concerning your deposition or
21    his?
22         A.   No.  He just wished me luck.
23         Q.   Fair enough.  Okey-doke.
24              Now, you said some time ago that, in
25    addition to looking at documents, in addition
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1    to speaking with -- speaking, albeit briefly,

 2    with Dr. Mansour, you also met with your

 3    lawyer.  When you say you met with your lawyer,

 4    who are you referring to?

 5         A.    I am referring to Mitch Berger and a

 6    phone call with Joseph Alonzo, or two phone

 7    calls with Joseph Alonzo, for arranging times

 8    for the deposition.

 9         Q.    So with respect to Mr. Alonzo, did

10    you have any substantive conversations with him

11    concerning your deposition apart from a

12    conversation for scheduling?

13         A.    He was with me in the last session

14    with Mr. Berger.

15         Q.    Got it.  Okay.  And when was the

16    first time you had a substantive conversation,

17    and I'm not -- I don't want to get into the

18    substance of the conversations, I just want to

19    know when was the first time you had a

20    substantive conversation with Mr. Berger and/or

21    Mr. Alonzo about your testimony here today?

22         A.    About two weeks ago.

23         Q.    And how many times would you say,

24    over the last two weeks, you met with Mr.

25    Berger or Mr. Alonzo to discuss your testimony
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1    here today?
 2           A.     Including the first meeting, three
 3    times.
 4           Q.     Three times?
 5           A.     Including today.
 6           Q.     Oh, got it.  Okay.
 7           A.     Four times including today.
 8           Q.     Okay.  So there were three meetings
 9    over the last two weeks to discuss your
10    testimony here today; correct?
11           A.     Uh-huh.  Yes.
12           Q.     And the first meeting you say
13    happened, approximately, two weeks ago?
14           A.     Yes.
15           Q.     Do you have the date of that
16    meeting?
17           A.     I have it in my calendar.  I don't
18    know the exact date right now.
19           Q.     And what was the duration of that
20    meeting?
21           A.     It was about two hours.
22           Q.     And were -- and both Mr. Berger and
23    Mr. Alonzo participated in that meeting?
24           A.     No.  Just Mr. Berger.
25           Q.     And during this two-hour meeting
```

Feda Abdelhady-Nasser
July 22, 2021

1    with Mr. Berger about two weeks ago, did

2    Mr. Berger show you any documents?

3         A.    No.  We just reviewed my calendar.

4         Q.    Okay.  So did you have the calendar

5    in front of you while you were there?

6         A.    I had a printed version of my

7    calendar with me.

8         Q.    Were there any other documents that

9    you reviewed with Mr. Berger during this

10   initial meeting about two weeks ago?

11        A.    No.

12        Q.    And after this initial meeting about

13   two weeks ago with Mr. Berger, when was the

14   next time you met with one or both of

15   Mr. Berger and Mr. Alonzo to discuss your

16   deposition today?

17        A.    On Tuesday, July the 20th.

18        Q.    And on Tuesday, July the 20th, how

19   long -- did you meet with them or was that a

20   telephone call?

21        A.    It was a virtual meeting with

22   Mr. Berger.

23        Q.    Mr. Berger only?

24        A.    Yes.

25        Q.    And during that meeting, did

1        Mr. Berger show you any documents?

2           A.    No.   We discussed the same documents

3    that we had previously discussed, that I had

4    electronic versions of.

5           Q.    Just your calendar?

6           A.    Correct.

7           Q.    And that's the calendar that was

8    produced in discovery, you understand that to

9    be the case?

10          A.    Yes.

11          Q.    And after this meeting on the 20th,

12   when was the next time -- I guess the next time

13   would have been yesterday; is that right?

14          A.    Correct.

15          Q.    And who participated in that

16   meeting?

17          A.    Mr. Berger and Mr. Alonzo.

18          Q.    What was the duration of that

19   meeting?

20          A.    About an hour.

21          Q.    And the meeting on Tuesday, what was

22   the duration of that one?

23          A.    About two and a half hours.

24          Q.    Got it.   And the meeting, during the

25   meeting yesterday, or the virtual meeting

Feda Abdelhady-Nasser
July 22, 2021

```
 1    yesterday with Mr. Berger and Mr. Alonzo, did

 2    you review any documents with them?

 3         A.    The Notice of Deposition and the

 4    calendars.

 5         Q.    Okay.  And no other documents; those

 6    are the only ones?

 7         A.    Yes.  That is correct.

 8         Q.    Ambassador Abdelhady-Nasser, have

 9    you ever testified, before today, in any

10    deposition or court proceeding of any kind?

11         A.    No, I have not.

12         Q.    Are you a citizen of the United

13    States?

14         A.    Yes, I am.

15         Q.    Are you a natural born citizen?

16         A.    Yes, I am.

17         Q.    And where do you currently reside?

18         A.    I reside in New Jersey.

19         Q.    And the residence that you currently

20    have in New Jersey, has that been your

21    residence at all times on and after January 4th

22    of 2020?

23         A.    Yes, it has.

24         Q.    Have you had any other residences,

25    apart from the one in New Jersey, at any time
```

1    on or after January 4th of 2020?

2         A.    I have visited other residences.

3         Q.    But not -- places where you resided,

4    that's all I'm talking about.

5         A.    Yeah.  I live in New Jersey, in

6    Ridgefield, New Jersey.

7         Q.    Okey-doke.  Convenient.

8              MR. SINAIKO:  If we could take down

9    this document and put up Tab 4, which I would

10   like to mark as Exhibit 2.

11              (Deposition Exhibit No. 2 was

12   marked for identification.)

13   BY MR. SINAIKO:

14        Q.    Now, by the way, if at any time,

15   Ambassador Abdelhady-Nasser, you would like to

16   look at any other part of this document or any

17   document that we show you, just ask and I can

18   arrange for Cosette to turn the pages in

19   whatever way would be helpful to you.  Is that

20   all right?

21        A.    Yes.

22        Q.    Great.  This document that we just

23   put in front of you and marked as Deposition

24   Exhibit No. 2, do you recognize that?

25        A.    Yes, I do.

Feda Abdelhady-Nasser
July 22, 2021

```
 1          Q.     What do you recognize that document

 2     to be?

 3          A.     It is my LinkedIn profile.

 4          Q.     And turning to the second page of

 5     the document, it says here that you received a

 6     Bachelor's degree from New York University, in

 7     1992, in political science and international

 8     relations.

 9                 Is that correct?

10          A.     Yes, that is correct.

11          Q.     And above that, it says that you

12     received a Master of Arts degree from Rutgers

13     University in 2000 in the area of educational

14     leadership and administration; is that correct?

15          A.     Yes.  That is correct.

16          Q.     And --

17                 MR. BERGER:  Just for a clear

18     record, Steve, the actual question you asked is

19     whether that's on the page.  I assume you want

20     to confirm --

21                 MR. SINAIKO:  I was just

22     getting to that.  Sorry for talking over you,

23     Mitch.  I do understand that and I was actually

24     going to come right back to it.

25                 MR. BERGER:  I apologize.
```

Feda Abdelhady-Nasser
July 22, 2021

```
1              MR. SINAIKO:  No apologies

2    needed.  I appreciate the assistance.

3    BY MR. SINAIKO:

4        Q.    Now that we have established what's

5    on the page, are those two entries on your

6    LinkedIn profile accurate?  Did you receive the

7    degree from New York University and the degree

8    from Rutgers that are reflected on Page 2 of

9    your LinkedIn profile?

10       A.    Yes, I did.

11             MR. SINAIKO:  Excellent.  All

12   right.  Cosette, could we go back to Page 1,

13   please?

14   BY MR. SINAIKO:

15       Q.    Looking at Page 1, do you see there

16   is an entry there that says experience?

17       A.    Uh-huh.  Yes.

18       Q.    Underneath that, it says,

19   Ambassador, Deputy Permanent Observer of the

20   State of Palestine to the United Nations.

21             Do you see that?

22       A.    Yes.

23       Q.    Underneath that it says, May 2013.

24   Do you see that?

25       A.    Yes.
```

Feda Abdelhady-Nasser
July 22, 2021

```
1          Q.     Is it accurate that you currently

2     hold the title Ambassador, Deputy Permanent

3     Observer of the State of Palestine to the

4     United Nations?

5          A.     Yes, that is correct.

6          Q.     And is it accurate that you have

7     held that position at all times since May 2013?

8          A.     Yes, that is correct.

9          Q.     And who appointed you to that

10    position?

11         A.     I was promoted to that position by

12    Ambassador Mansour, and it was approved by the

13    President.

14         Q.     When you say "the President," you

15    mean Mr. Abbas?

16         A.     Yes.  President Mahmoud Abbas.

17         Q.     Okay.  Now, on or after January 4 of

18    2020, have you worked for any organization,

19    other than the Permanent Observer Mission of

20    Palestine to the United Nations?

21         A.     No, I have not.

22         Q.     Have you been involved with or have

23    you held -- have you been involved in any other

24    business entity, other than the Permanent

25    Observer Mission of Palestine to the United
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1          A.    I think her name was Mary Louise
 2    Kelly.
 3          Q.    And was that the -- is that the --
 4    let me withdraw and try again.
 5                Was that the only time you have been
 6    interviewed by a member of the media during
 7    2021?
 8          A.    That is correct.
 9                MR. SINAIKO:  Bring up Tab 20,
10    please.  I would like to mark this as our next
11    exhibit.  I think it will be Exhibit 7.
12                THE COURT REPORTER:  I must
13    have missed 6, then.
14                MR. SINAIKO:  Exhibit 6 was
15    the updated privilege log, I think.
16                (Deposition Exhibit No. 7 was
17    marked for identification.)
18    BY MR. SINAIKO:
19          Q.    So this is -- I will just, for the
20    record, I'll just mention what it is.  We are
21    going to mark as Exhibit 7, document titled
22    Palestinian Official Discusses How the UN Can
23    Help End Violence in Israel and Gaza.
24                Do you see that, Ambassador
25    Abdelhady-Nasser?
```

Feda Abdelhady-Nasser
July 22, 2021

```
1          A.    Yes, I do.

2          Q.    Do you see that that's dated May 19,

3     2021?

4          A.    Yes, I do.

5          Q.    And, again, if you would like to

6     turn the pages of the thing, I would be happy

7     to do it.  Just let us know and Cosette can do

8     that for you.

9                I would like to know whether you

10    agree that this is a transcript of the

11    interview you gave to Mary Louise Kelly, on NPR

12    Radio, on May 19, 2021.

13                    MR. BERGER:  Let's see the

14    other pages, please.

15                    MR. SINAIKO:  Certainly.  As I

16    said, she is welcome to look at the pages, as

17    many of them as she likes for as long as she

18    likes.  I mean, there aren't that many.

19                    THE WITNESS:  Okay.

20    BY MR. SINAIKO:

21         Q.    So are we in agreement that that's

22    an accurate transcription of your interview, on

23    May 19, 2021, with Mary Louise Kelly of

24    National Public Radio?

25         A.    Yes, it appears to be so.
```

Feda Abdelhady-Nasser
July 22, 2021

```
 1          Q.    And at the time you participated in
 2     this interview, where were you located?
 3          A.    I was at home.
 4          Q.    And you were participating in this
 5     interview because Ambassador Mansour was
 6     unavailable; correct?
 7          A.    Correct.
 8          Q.    Do you recall why Ambassador Mansour
 9     was unavailable?
10          A.    He had another engagement that
11     afternoon.
12          Q.    Here in New York; correct?
13          A.    Correct.
14          Q.    And you participated in this
15     interview in your capacity as Deputy Permanent
16     Observer at the Observer Mission; correct?
17          A.    Correct.
18          Q.    And one of your purposes in this
19     interview was to advocate for the Palestinian
20     cause; correct?
21          A.    It was to engage on the efforts to
22     bring an end to the hostilities, to the
23     violence that had erupted in May.
24          Q.    And in connection with that, was it
25     your goal to advocate for the Palestinian
```

Feda Abdelhady-Nasser
July 22, 2021

1    COMMONWEALTH OF PENNSYLVANIA        )
                                         ) SS
2    COUNTY OF ALLEGHENY                 )

3                    CERTIFICATE

4         I, Karen A. Nickel, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
5    certify that the witness, FEDA
     ABDELHADY-NASSER, was by me first duly sworn to
6    testify the truth, the whole truth, and nothing
     but the truth; that the foregoing deposition
7    was taken at the time and place stated herein;
     and that the said deposition was recorded
8    stenographically by me and then reduced to
     typewriting under my direction, and constitutes
9    a true record of the testimony given by said
     witness.

10
          I further certify that I am not a
11   relative, employee or attorney of any of the
     parties, or a relative or employee of either
12   counsel, and that I am in no way interested
     directly or indirectly in this action.

13
          IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office this 25th
     day of July 2021.

15

16   _____

                    Karen A. Nickel, Notary Public
17                  Registered Professional Reporter
                    Certified Realtime Reporter

18

19

20

21

22

23

24

25





   DONATE

WORLD

# Palestinian Official Discusses How The U.N. Can Help End Violence In Israel And Gaza

May 19, 2021 · 4:37 PM ET
Heard on All Things Considered

MARY LOUISE KELLY      AMY ISACKSON      VINCENT ACOVINO

**4-Minute Listen**                              PLAYLIST  Download
                                                           Transcript

NPR's Mary Louise Kelly talks with Feda Abdelhady, the Palestinians' deputy permanent observer to the U.N., about how the United Nations can help end the violence in Israel and Gaza.

MARY LOUISE KELLY, HOST:

What is the role of the United Nations in trying to bring about a cease-fire in the Middle East? Diplomats have been meeting. But the U.S. has vetoed any formal reaction by the Security Council, so the meetings continue. We're going to bring in one of the Palestinian officials engaged in those talks. Feda Abdelhady is the Palestinians' deputy permanent observer to the U.N., and she is on the line now. Ambassador, welcome.

FEDA ABDELHADY: Thank you for having me.

KELLY: Is it fair to say the United Nations is paralyzed?



ABDELHADY: At the moment, the United Nations Security Council is paralyzed. Many countries at the U.N. have been mobilized in the past 10 days, in particular regarding the crisis that has engulfed the occupied Palestinian territory and the Palestinian people as a whole. But the council itself remains paralyzed due to the position of the United States on the council that has not allowed it to speak with one voice, to express itself or to undertake any action to respond to this crisis situation.

KELLY: OK. So let's dig in on this - on the U.S. position. As we noted, the U.S. has so far blocked any statement from the Security Council condemning the violence. The U.S. ambassador to the U.N., Linda Thomas-Greenfield, says the U.S. is - and I'll quote - "working tirelessly through diplomatic channels to try to bring an end to the conflict." Do you disagree that quiet, behind-the-scenes diplomacy might be effective here?

ABDELHADY: We think that quiet, behind-the-scenes diplomacy is necessary and particularly when human lives are at stake. But we don't see a contradiction between international action through the Security Council, which is mandated by the U.N. charter to maintain international peace and security and has adopted multiple resolutions on the protection of civilians in situations of armed conflict and therefore can contribute to the effort. We don't see behind-the-scenes diplomatic efforts and Security Council efforts as contradictory to those efforts. They are not mutually exclusive but, in fact, can be complementary.

KELLY: Although, practically speaking, what would be the impact of a statement condemning the violence? Realistically, would you expect that to actually cause either party on the ground to stop shooting?

ABDELHADY: I think that there is more to what diplomats at the U.N. are trying to do than just to simply condemn an action. These actions that are being undertaken are in violation of international law. Israel is an occupying power. But beyond that, it's about prescribing action that can bring an end to the violence, that can protect civilian lives and that can contribute towards a just solution to this decadeslong injustice. And we also cannot underestimate the power that these expressions from the Security Council have, whether it is to the aggressor or to the occupied population. There is a need for

the Palestinian people to hear that the international community sees and understands their pain and is responding to it.

KELLY: So you're saying the messaging can play an important role, even if it is not binding on the ground?

ABDELHADY: I think the messaging can certainly play an important role, and that includes also in sending a message to Israel that its actions are not condoned but rather condemned and that there will be consequences for noncompliance with international law and for its continued violation of human rights.

KELLY: Circling back to the meetings, the whole U.N., the General Assembly will meet again tomorrow, and it's the conflict in the Middle East that's on the agenda. What are you hoping to come out of that?

ABDELHADY: The General Assembly meeting tomorrow has been called for by many member states in order to express themselves on the Palestine question and to call for the implementation of countless U.N. resolutions, including resolutions that have called for protection of the Palestinian civilian population. Those resolutions have never been implemented. The General Assembly will come together tomorrow to collectively address this issue and has the right and the duty to do so.

KELLY: Ambassador, thank you.

ABDELHADY: Thank you.

KELLY: Feda Abdelhady is the Palestinian's deputy permanent observer at the United Nations. And I want to note elsewhere on the show, we hear from Israel's former ambassador to the U.S.

*Copyright © 2021 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

# Sign Up For The NPR Daily Newsletter

Catch up on the latest headlines and unique NPR stories, sent every weekday.

| What's your email? | SUBSCRIBE |

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## More Stories From NPR

HISTORY
**Olympics: Behind The Five Rings**

SPORTS
**1st U.S. Athlete Set To Compete In Olympics Tests Positive For Coronavirus In Japan**

ECONOMY
**Video Gaming The System**

WORLD
**Chinese Tourists Throng 'Red Tourism' Sites To Mark Communist Party Centennial**

SPORTS
**Tokyo Reports Its Highest COVID-19 Numbers Since January As First Olympic Games Start**

HEALTH
**Athletes At The Tokyo Olympics Are Being Given Condoms, And Warnings Not To Use Them**

## Popular on NPR.org

BUSINESS
**Low Pay, No Benefits, Rude Customers: Restaurant Workers Quit At Record Rate**

NATIONAL
**A Couple Is Charged In A Deadly Fire Sparked By Their Gender Reveal**

SPORTS
**Maria Taylor Is Leaving ESPN After A Colleague's Remarks About Race Went Public**

SPORTS
**Sports Illustrated's Swimsuit Issue Has A Trans Model On The Cover For The 1st Time**

NATIONAL
**Americans Will Soon Be Able To Go To Their 2nd Most Popular Travel Destination**

HEALTH
**Worried About Breakthrough COVID Cases? Here's What To Know**


# NPR Editors' Picks

LAW
**Everyone Heard About Jeffrey Epstein's Enablers. Few Listened To His Victims**

ENVIRONMENT
**PG&E Will Bury 10,000 Miles of Power Lines So They Don't Spark Wildfires**

TELEVISION
**'Sexy Beasts' Has Landed On Netflix, And We Have … Questions**

SPORTS
**UNC Becomes The First School To Organize Group Endorsement Deals For Its Players**

MUSIC FEATURES
**A Hip-Hop Artist In West Virginia Takes The DIY Approach To Get His Breakthrough**

NATIONAL
**A Federal Judge Blocks Arkansas Ban On Trans Youth Treatments**

| READ & LISTEN | CONNECT |
|---|---|
| **Home** | **Newsletters** |
| **News** | **Facebook** |
| **Arts & Life** | **Twitter** |
| **Music** | **Instagram** |
| **Podcasts** | **Press** |
| **Programs** | **Contact & Help** |

**ABOUT NPR**

**Overview**

**Diversity**

**Ethics**

**Finances**

**Public Editor**

**Corrections**

**GET INVOLVED**

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**NPR Shop**

**NPR Events**

**NPR Extra**

terms of use

privacy

your privacy choices

text only

© 2021 npr