Exhibit 265

H.E. Amb. Mansour 2020

Calendar entries: Public events subject to functional immunity and jurisdictional immunities under the PSJVTA

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| 2019 Vintage Ceremony IAPR hosted by the UNSG | 01/07/2020 | 15:00 a | 01/07/2020 | 01.00 |
| Pakistan side event "Honor your commitment with the People of Kashmir" | 01/07/2020 | 22:00 a | 01/07/2020 | 01.50 |
| UNSC Debate on Upholding the UN Charter | 01/09/2020 | 15:30 a | 01/09/2020 | 02.50 |
| PGA Briefing on 2020 Priorities | 01/13/2020 | 20:00 a | 01/13/2020 | 02.50 |
| Tunisia hosting a Dinner Buffet in honor of Kuwait outgoing member of the UNSC | 01/15/2020 | 00:30 a | 01/15/2020 | 01.00 |
| Handover Ceremony | 01/15/2020 | 14:00 a | 01/15/2020 | 01.00 |
| condolences Book | 01/15/2020 | 15:00 a | 01/15/2020 | 03.00 |
| G77 Meeting | 01/17/2020 | 20:00 a | 01/17/2020 | 01.00 |
| UNSC Debate on Palestine Question | 01/21/2020 | 15:00 a | 01/21/2020 | 07.00 |
| UNSG Briefing on 2020 Priorities | 01/22/2020 | 15:00 a | 01/22/2020 | 03.00 |
| NAM/CoB at the Ambassadorial level | 01/30/2020 | 20:00 a | 01/30/2020 | 02.00 |
| Austria & Ireland - BLUE DANUBE BALL | 02/01/2020 | 00:00 a | 02/01/2020 | 02.00 |
| Morocco & France: Group of Friends meeting | 02/03/2020 | 20:00 a | 02/03/2020 | 01.50 |
| IAPR Luncheon in honour of Vintage PR's | 02/04/2020 | 18:15 a | 02/04/2020 | 01.50 |
| 399th CEIRPP Meeting: Will be Chaired by UNSG | 02/04/2020 | 20:00 a | 02/04/2020 | 02.00 |
| Reception / Sri Lanka Independence day | 02/04/2020 | 23:30 a | 02/05/2020 | 02.00 |
| Arab Group meeting | 02/05/2020 | 20:00 a | 02/05/2020 | 02.00 |
| BELGIUM - Concert by the Queen Elisabeth Music Chapel (doors open at 6pm and close at 6:45pm) | 02/12/2020 | 00:00 a | 02/12/2020 | 01.50 |
| Division for Palestinian Rights annual "Briefing session for delegates" | 02/14/2020 | 20:00 a | 02/14/2020 | 02.00 |
| 10:00am to 5:30pm - IPU -2020 Parliamentary Hearing &the 75th UN Anniversary | 02/17/2020 | 15:00 a | 02/17/2020 | 01.00 |
| 9:30am to 5:15pm - IPU -2020 Parliamentary Hearing &the 75th UN Anniversary | 02/18/2020 | 14:00 a | 02/18/2020 | 01.00 |
| 5:15pm - CLOSING of IPU -2020 Parliamentary Hearing &the 75th UN Anniversary | 02/18/2020 | 22:00 a | 02/18/2020 | 01.00 |
| G77 Ambassadorial level | 02/19/2020 | 15:00 a | 02/19/2020 | 01.00 |
| Interview with Arabic TRT with Marwan Zaatar (Turkish TV) | 02/21/2020 | 15:45 a | 02/21/2020 | 00.50 |
| Security Council Monthly briefing on Palestine | 02/24/2020 | 15:00 a | 02/24/2020 | 02.00 |
| Kuwait National Day Reception | 02/24/2020 | 23:00 a | 02/25/2020 | 02.00 |
| NAM COB meeting | 02/26/2020 | 20:00 a | 02/26/2020 | 02.00 |
| Opening Exhibition - African Independence Norwegian Solidarity | 02/26/2020 | 23:15 a | 02/27/2020 | 01.00 |
| CSW 64 - Ammended Program | 03/09/2020 | 14:00 a | 03/09/2020 | 03.00 |
| oic Group meeting (briefing by Minister of Gambia & Minister of Ireland) | 03/10/2020 | 19:00 a | 03/10/2020 | 03.00 |
| IRELAND - RIVERDANCE 25 Opening night 6pm Pre-performance reception 7:30pm Performance | 03/10/2020 | 22:00 a | 03/10/2020 | 01.00 |
| Lithuania-Reception- Concert by renowned accordionist Martynas Levickis | 03/11/2020 | 22:15 a | 03/12/2020 | 02.75 |
| St Patrick's Day | 03/27/2020 | 22:00 a | 03/27/2020 | 01.00 |
| special joint thematic event "accelerated implementation of the 2030 agenda in LDCs to leave no one behind" | 04/13/2020 | 19:00 a | 04/13/2020 | 03.00 |
| UNRWA Gaza Briefing to CEIRPP | 04/14/2020 | 14:00 a | 04/14/2020 | 01.00 |
| Virtual Extraordinary High Level Meeting, open to all Member States, of the Group of Friends of Food Security and Nutrition, on the measures taken to mitigate the impacts of COVID-19 on food availability and supply | 04/17/2020 | 14:15 a | 04/17/2020 | 01.75 |
| Security Council Open Debate on Palestine | 04/23/2020 | 14:00 a | 04/23/2020 | 03.00 |
| Arab Troika Meeting with UNSG | 05/05/2020 | 18:45 a | 05/05/2020 | 00.50 |
| Virtual Arab troika (president of the General Assembly) | 05/07/2020 | 17:00 a | 05/07/2020 | 01.00 |
| EUROPE DAY 2020 Via Zoom link | 05/08/2020 | 20:00 a | 05/08/2020 | 00.75 |

Confidential

| Event | Start Date | Time | End Date | Duration |
|---|---|---|---|---|
| informal interactive dialogue with the candidate for the position of PGA for the 75th session | 05/15/2020 | 15:00 a | 05/15/2020 | 02.00 |
| CEIRPP Meeting hosting H.E. Prime Minister, Dr. Shttayeh | 05/18/2020 | 18:30 a | 05/18/2020 | 01.00 |
| Security Council Monthly Briefing on Palestine | 05/20/2020 | 14:00 a | 05/20/2020 | 03.00 |
| Virtual Celebration of the 1st International Tea Day | 05/21/2020 | 14:00 a | 05/21/2020 | 01.00 |
| Arab Group Meeting | 05/21/2020 | 16:00 a | 05/21/2020 | 02.00 |
| Virtual Meeting with Prime Minister of Canada - Justin Trudeau | 05/21/2020 | 19:00 a | 05/21/2020 | 01.00 |
| "COVID19 Solidarity: Promoting Co-Existence and Shared Responsibility | 05/22/2020 | 17:30 a | 05/22/2020 | 01.00 |
| CDC of SG Briefing on High Level Week | 05/29/2020 | 19:00 a | 05/29/2020 | 01.50 |
| virtual informal meeting of the General Assembly | 06/01/2020 | 20:30 a | 06/01/2020 | 01.00 |
| the virtual ambassadorial meeting of the Group of 77 | 06/02/2020 | 19:00 a | 06/02/2020 | 03.00 |
| UN Forum on Palestine | 06/04/2020 | 14:00 a | 06/04/2020 | 02.00 |
| thematic debates of the AHWG on the Office of the President General Assembly and Secretary General Selection | 06/09/2020 | 14:00 a | 06/09/2020 | 01.00 |
| the virtual meeting of the Steering Committee on partnerships for Small Island Developing States, at Ambassadorial Level, | 06/09/2020 | 19:00 a | 06/09/2020 | 02.00 |
| Event on 75th anniversary of UN Charter | 06/10/2020 | 13:00 a | 06/10/2020 | 02.00 |
| Norway SC Candidature Reception | 06/12/2020 | 17:00 a | 06/12/2020 | 01.00 |
| Informal meeting of the plenary on the high-level week of the 75th session of the General Assembly | 06/12/2020 | 19:00 a | 06/12/2020 | 01.00 |
| visiocall call from Amb. de Rivière, French PR, Pdt of SC | 06/12/2020 | 21:30 a | 06/12/2020 | 00.50 |
| Meeting with PGA | 06/16/2020 | 15:15 a | 06/16/2020 | 01.00 |
| 2020 Kenya's UNSC Virtual Reception | 06/16/2020 | 17:00 a | 06/16/2020 | 00.75 |
| virtual reception to mark the end of djibouti campaign to the UNSC 2020 Elections | 06/16/2020 | 18:00 a | 06/16/2020 | 01.00 |
| Remittances in Crisis: How to Keep them Flowing convened by Switzerland and the United Kingdom | 06/16/2020 | 18:00 a | 06/16/2020 | 01.00 |
| UNGA informal meeting (through Webcast) | 06/22/2020 | 19:00 a | 06/22/2020 | 01.00 |
| UNRWA Extraordinary Virtual Ministerial Pledging Conference | 06/23/2020 | 13:00 a | 06/23/2020 | 01.50 |
| SC Monthly Meeting on Palestine - 2334 Report | 06/24/2020 | 13:00 a | 06/24/2020 | 03.50 |
| COMMEMORATION OF THE SIGNING OF THE CHARTER OF THE UNITED NATIONS | 06/26/2020 | 13:00 a | 06/26/2020 | 03.00 |
| Interview (zoom) | 06/30/2020 | 13:00 a | 06/30/2020 | 01.00 |
| Interview with TRT Arabic w/ Nihal | 07/01/2020 | 14:00 a | 07/01/2020 | 00.50 |
| CARICOM Day Virtual Celebration.  https://us02web.zoom.us/webinar/register/WN__S0jwbJgSy2ZDv-4OsXTQg | 07/06/2020 | 22:00 a | 07/07/2020 | 02.00 |
| 401st meeting of the CEIRPP | 07/14/2020 | 14:00 a | 07/14/2020 | 03.00 |
| Virtual informal meeting of the General committee | 07/14/2020 | 20:00 a | 07/14/2020 | 01.00 |
| Secretary-General to deliver Nelson Mandela Lecture | 07/18/2020 | 13:00 a | 07/18/2020 | 01.00 |
| Nelson Mandela Day | 07/20/2020 | 14:00 a | 07/20/2020 | 01.50 |
| SC Open Debate on Palestine | 07/21/2020 | 14:00 a | 07/21/2020 | 03.00 |
| CEIRPP Bureau Retreat | 07/22/2020 | 13:30 a | 07/22/2020 | 04.00 |
| CEIRPP-OIC event on Jerusalem | 07/28/2020 | 14:00 a | 07/28/2020 | 01.50 |
| Maldives Virtual Reception | 07/28/2020 | 17:00 a | 07/28/2020 | 01.00 |
| Paraguay Event on International Friendship Day | 07/30/2020 | 17:00 a | 07/30/2020 | 01.00 |
| Saudi Arabia virtual | 08/04/2020 | 16:00 a | 08/04/2020 | 01.00 |
| Town hall meeting on the high-level week of the 75th session of GA | 08/07/2020 | 14:00 a | 08/07/2020 | 01.00 |
| "Humanitarian Situation in Lebanon" | 08/10/2020 | 14:00 a | 08/10/2020 | 01.00 |
| Zoom farewell reception Ambassador Karel van Oosterom, PR of the Kingdom of the Netherlands | 08/11/2020 | 17:00 a | 08/11/2020 | 01.00 |
| Sc | 08/24/2020 | 14:00 a | 08/24/2020 | 01.00 |
| Security Council briefing on Palestine question | 08/25/2020 | 14:00 a | 08/25/2020 | 02.00 |
| CEIRPP Conference in Jerusalem Youth and Women | 08/27/2020 | 14:00 a | 08/27/2020 | 02.00 |
| Viet Nam Independence Day Reception | 09/02/2020 | 16:15 a | 09/02/2020 | 01.00 |

Confidential

Shatsky-JD00546

| Event | Date | Time | Date | Duration |
|---|---|---|---|---|
| informal meeting of the GA and ECOSOC: Briefing on the phased return to UNHQ | 09/02/2020 | 19:00 a | 09/02/2020 | 00.25 |
| CEIRPP Bureau Meeting with Dr. Zogby | 09/09/2020 | 15:00 a | 09/09/2020 | 01.50 |
| UN Day of South South | 09/10/2020 | 13:00 a | 09/10/2020 | 01.50 |
| Security Council's debate on "Children and armed conflict | 09/10/2020 | 14:00 a | 09/10/2020 | 02.00 |
| PGA Virtual Reception- Marking the end of the 74th Session | 09/10/2020 | 20:00 a | 09/10/2020 | 01.00 |
| Uzbekistan Independence day- Virtual reception programme and connection details | 09/14/2020 | 17:15 a | 09/14/2020 | 01.00 |
| Invitation to Virtual Event - Commemoration of the Independence Day of the Central American States | 09/15/2020 | 15:00 a | 09/15/2020 | 01.00 |
| Closing of 74th and start of 75th session | 09/15/2020 | 19:00 a | 09/15/2020 | 03.00 |
| 2nd plenary meeting of GA | 09/18/2020 | 15:00 a | 09/18/2020 | 01.00 |
| High-level meeting to commemorate the 75th anniversary of the UN | 09/21/2020 | 13:00 a | 09/21/2020 | 03.00 |
| Start of UNGA General Debate | 09/22/2020 | 13:00 a | 09/22/2020 | 04.00 |
| President Abbas speech at UNGA | 09/25/2020 | 13:00 a | 09/25/2020 | 03.00 |
| SC Monthly Briefing - Palestine 2334 | 09/29/2020 | 19:00 a | 09/29/2020 | 02.00 |
| a virtual reception on the occasion of the 50th Anniversary of the Republic of Fiji's Independence | 10/09/2020 | 17:15 a | 10/09/2020 | 01.00 |
| plenary meeting to pay tribute to the memory of the late Amir of the State of Kuwait, His Highness Sheikh Sabah Al-Ahmad Al-Jaber Al-Sabah | 10/13/2020 | 14:00 a | 10/13/2020 | 01.00 |
| Malta International Archaeology Day celebrations | 10/14/2020 | 17:00 a | 10/14/2020 | 01.00 |
| (italy) UN Day' concert - will feature Roberto Bolle and other world class performers as well as the Orchestra of Teatro alla Scala, and will include a number of classical, modern and reimagined dances curated specifically for the UN Day Concert, it will be pre-recorded at Teatro alla Scala in Milan and screened in the GA Hall | 10/22/2020 | 16:00 a | 10/22/2020 | 01.00 |
| Zoom meeting with ADC | 10/22/2020 | 19:00 a | 10/22/2020 | 01.00 |
| Ceremony in commemoration of UN Day. afternoon meeting of GA in continuation of the high-level plenary | 10/26/2020 | 13:00 a | 10/26/2020 | 01.00 |
| SC Quarterly Debate on Palestine | 10/26/2020 | 14:00 a | 10/26/2020 | 03.00 |
| Ramallah virtual Conf on women | 10/28/2020 | 12:00 a | 10/28/2020 | 01.00 |
| High-Level Virtual Roundtable - G20 at the time of Covid-19. What's at stake in 2021 | 10/28/2020 | 18:30 a | 10/28/2020 | 01.50 |
| Virtual Reception for Switzerland's candidacy to the UN Security Council for 2023-2024 | 10/29/2020 | 22:00 a | 10/29/2020 | 01.00 |
| (Zoom) Russian wrap up session on UNSC Presidency | 10/30/2020 | 14:30 a | 10/30/2020 | 01.00 |
| Meeting with PGA | 11/04/2020 | 21:00 a | 11/04/2020 | 01.00 |
| CEIRPP Panel Event: "International Parliamentarians and the Palestine Question" | 11/12/2020 | 15:00 a | 11/12/2020 | 02.00 |
| Speak at the 1st Convention of Beit Shour | 11/14/2020 | 21:00 a | 11/14/2020 | 01.00 |
| Interview from Cairo | 11/16/2020 | 14:00 a | 11/16/2020 | 01.00 |
| Seton Hall University Virtual Talk | 11/19/2020 | 21:00 a | 11/19/2020 | 02.00 |
| Bureau meeting | 11/23/2020 | 16:00 a | 11/23/2020 | 01.00 |
| Virtual Informal meeting of the plenary on business continuity | 11/23/2020 | 20:00 a | 11/23/2020 | 01.00 |
| training session for Solidarity Day | 11/30/2020 | 15:00 a | 11/30/2020 | 02.00 |
| 13th session of the Conference of States Parties | 11/30/2020 | 15:00 a | 11/30/2020 | 03.00 |
| 13th session of the Conference of States Parties | 12/01/2020 | 15:00 a | 12/01/2020 | 03.00 |
| (virtual)International Solidarity Day with Palestinian People Meeting | 12/01/2020 | 15:00 a | 12/01/2020 | 03.00 |
| 9AM to 10AM opening of GA Special session of the GA in response to the COVID-19 pandemic 10AM to 9PM General Debate | 12/03/2020 | 14:00 a | 12/03/2020 | 01.00 |
| 13th session of the Conference of States Parties | 12/03/2020 | 15:00 a | 12/03/2020 | 01.00 |
| GA Special session of the GA in response to the COVID-19 pandemic | 12/04/2020 | 15:30 a | 12/04/2020 | 01.50 |
| DGC Media Seminar on Peace in the Middle East | 12/08/2020 | 15:00 a | 12/08/2020 | 03.00 |
| DGC Media Seminar on Middle East Peace | 12/09/2020 | 15:30 a | 12/09/2020 | 02.50 |
| CEIRPP Bureau Meeting | 12/10/2020 | 16:00 a | 12/10/2020 | 02.00 |
| All I want for Christmas is a stronger multilateral system | 12/10/2020 | 21:30 a | 12/10/2020 | 01.00 |

Confidential

Shatsky-JD00547

| | | | | |
|---|---|---|---|---|
| National Day of the State of Qatar | 12/10/2020 | 23:15 a | 12/11/2020 | 03.00 |
| Virtual UNDP Briefing | 12/14/2020 | 19:30 a | 12/14/2020 | 01.00 |
| GA Meeting on UN75 Implementation | 12/15/2020 | 15:30 a | 12/15/2020 | 03.00 |
| ga voting | 12/16/2020 | 15:00 a | 12/16/2020 | 03.00 |
| GA Voting 2nd Committee | 12/16/2020 | 20:00 a | 12/16/2020 | 01.00 |
| SC Meeting on Palestine - 2334 Quarterly Report | 12/21/2020 | 15:00 a | 12/21/2020 | 03.00 |

Confidential

Shatsky-JD00548

**H.E. Amb. Mansour 2021**

Calendar entries: Public events subject to functional immunity and jurisdictional immunities under the PSJVTA

| Subject | Start Date | Start Time | End Date | Duration |
|---|---|---|---|---|
| Virtual ceremony of the G-77 Chairmanship | 01/18/2021 | 15:00 a | 01/18/2021 | 03.00 |
| Security Council VTC Briefing  Cooperation between the UN and regional and subregioal organizations (League of Arab States) | 01/18/2021 | 15:00 a | 01/18/2021 | 01.00 |
| SC Open Debate on Palestine | 01/26/2021 | 13:30 a | 01/26/2021 | 04.00 |
| briefing of the Presidents of the General Assembly and the ECSOC | 01/27/2021 | 20:00 a | 01/27/2021 | 02.00 |
| Open Dialogue with UN Deputy Secretary-General Amina J. Mohammed on Science for Development in the Context of COVID-19 | 01/29/2021 | 15:00 a | 01/29/2021 | 01.00 |
| CEIRPP Meeting with UNSG | 02/04/2021 | 15:00 a | 02/04/2021 | 02.00 |
| UK virtual briefing to update on preparations for COP26 | 02/08/2021 | 15:00 a | 02/08/2021 | 01.50 |
| Waitangi Day Virtual Reception | 02/09/2021 | 22:00 a | 02/09/2021 | 01.00 |
| CEIRPP Bureau Meeting with PGA | 02/10/2021 | 15:00 a | 02/10/2021 | 01.00 |
| Virtual informal meeting of the General Assembly on COVID-19-related business continuity issues - | 02/10/2021 | 16:30 a | 02/10/2021 | 01.00 |
| 2021 Spring Festival hosted by Ambassador Zhang Jun, PR of China | 02/10/2021 | 21:00 a | 02/10/2021 | 02.00 |
| annual hearing of the Inter-Parliamentary Union | 02/17/2021 | 14:00 a | 02/17/2021 | 03.00 |
| CEIRPP virtual meeting | 02/18/2021 | 20:00 a | 02/18/2021 | 01.00 |
| Co-facilitators virtual Ambassadorial level informal consultation via the Cisco WebEx Platform | 02/22/2021 | 20:00 a | 02/22/2021 | 01.00 |
| Virtual CEIRPP Briefing to Diplomats | 02/25/2021 | 15:00 a | 02/25/2021 | 03.50 |
| SC Monthly Briefing on Palestine | 02/26/2021 | 15:00 a | 02/26/2021 | 02.00 |
| Virtual meeting between the Secretary-General and the extended Troika of the Arab Group | 02/26/2021 | 16:00 a | 02/26/2021 | 00.50 |
| Virtual High level Pledging Event for Humanitarian Crisis in Yemen | 03/01/2021 | 14:00 a | 03/01/2021 | 01.00 |
| Informal meeting of the plenary on COVID-19-related business continuity issues | 03/04/2021 | 20:00 a | 03/04/2021 | 01.00 |
| CEIRPP Bureau Meeting with EU | 03/05/2021 | 20:00 a | 03/05/2021 | 01.00 |
| International Women's Day Event | 03/08/2021 | 15:00 a | 03/08/2021 | 02.00 |
| CEIRPP CSW Event on Palestinian Women | 03/10/2021 | 15:00 a | 03/10/2021 | 01.00 |
| Invitation to the 5th Retreat of the Friends of Monterrey | 03/17/2021 | 13:30 a | 03/17/2021 | 02.50 |
| Virtual' Ireland National Day "St Patick's Day" | 03/17/2021 | 17:00 a | 03/17/2021 | 01.00 |
| Invitation to the 5th Retreat of the Friends of Monterrey | 03/18/2021 | 13:00 a | 03/18/2021 | 01.00 |
| UNGA plenary meeting/ int'l Day of the Elimination of Racial Discrimination | 03/19/2021 | 14:00 a | 03/19/2021 | 02.00 |
| Virtual International Day of Nowruz | 03/22/2021 | 17:00 a | 03/22/2021 | 01.50 |
| UNSC Meeting on Palestine and 2334 Report | 03/25/2021 | 14:00 a | 03/25/2021 | 02.00 |
| Virtual Reception to mark "Golden Jubilee of the Independence of Bangladesh | 03/26/2021 | 18:00 a | 03/26/2021 | 01.00 |
| "Palestinian Affairs and the Biden Administration: Status Quo v. Political Engagement," Dr. Riyad Mansour, Permanent Observer of the State of Palestine to the United Nations | 04/06/2021 | 16:20 a | 04/06/2021 | 01.42 |
| CEIRPP Virtual Event with UNRWA CG | 04/07/2021 | 14:00 a | 04/07/2021 | 01.50 |
| Briefing G77 on the Scientific Group for the UN Food Systems Summit | 04/08/2021 | 15:00 a | 04/08/2021 | 01.00 |
| PGA letter on the High-level Debate on Urban Safety, Security and Good Governance | 04/22/2021 | 14:00 a | 04/22/2021 | 01.00 |
| UNSC Open Debate on Palestine Question | 04/22/2021 | 14:00 a | 04/22/2021 | 03.00 |
| Netherlands National Day Recception | 04/27/2021 | 17:00 a | 04/27/2021 | 01.00 |
| Virtual Bureau meeting with the President of the security council | 04/28/2021 | 19:00 a | 04/28/2021 | 01.00 |
| Informal meeting of the plenary on COVID-19-related business continuity issues | 05/03/2021 | 14:00 a | 05/03/2021 | 02.00 |
| Interactive Dialogue to commemorate the International Day of Multilateralism and Diplomacy for Peace | 05/05/2021 | 14:00 a | 05/05/2021 | 02.00 |
| Join the live webcast via http://webtv.un.org/    Memorial Service for UN Personnel | 05/06/2021 | 13:30 a | 05/06/2021 | 01.00 |
| informal interactive dialogues with the candidates | 05/06/2021 | 14:00 a | 05/06/2021 | 05.00 |

Confidential

| Event | Start Date | Start Time | End Date | Hours |
|---|---|---|---|---|
| informal interactive dialogues with the candidates | 05/07/2021 | 14:00 a | 05/07/2021 | 05.00 |
| Emergency SC meeting | 05/16/2021 | 14:00 a | 05/16/2021 | 01.00 |
| UN Forum on the Question of Palestine "International Parliamentarian Support for the QoP" To access the event, please use this weblink: http://un.interpret.world/loginlink?token=S-r6mLgyJx | 05/18/2021 | 14:00 a | 05/18/2021 | 02.00 |
| Joint Press Conference with Arab Group and OIC Chairs | 05/18/2021 | 15:00 a | 05/18/2021 | 01.00 |
| Interview w/ Morning Joe on MSNBC | 05/19/2021 | 12:00 a | 05/19/2021 | 01.00 |
| Dinner hosted by Makhdoom Shah Mahmood Qureshi Foreign Minister of the Islamic Republic of Pakistan | 05/20/2021 | 00:30 a | 05/20/2021 | 01.00 |
| UNGA meeting | 05/20/2021 | 14:00 a | 05/20/2021 | 01.00 |
| PGA meeting at the Ministerial level, on the margin of the GA formal plenary meeting on the agenda items 37 entitled "the situation in the Middle East", and item 38 entitled "Question of Palestine"  Principal+1 | 05/20/2021 | 18:15 a | 05/20/2021 | 00.75 |
| Al Jazeera interview | 05/22/2021 | 19:00 a | 05/22/2021 | 01.00 |
| 30th Anniversary of Eritrea Independence Day | 05/24/2021 | 22:00 a | 05/24/2021 | 01.00 |
| Virtual Farewell meeting with ICC Prosecutor. https://liechtensteinischelandesverwaltung.my.webex.com/liechtensteinischelandesverwaltung.my/j.php?MTID=m74a2275f1b6246d5cd23bab6c2ba180a | 05/25/2021 | 12:30 a | 05/25/2021 | 01.00 |
| UNGA meeting on Palestine | 05/25/2021 | 14:00 a | 05/25/2021 | 02.00 |
| UNSC Meeting on Palestine | 05/27/2021 | 14:00 a | 05/27/2021 | 03.00 |
| CEIRPP Bureau Meeting | 05/27/2021 | 19:00 a | 05/27/2021 | 02.00 |

Confidential

Shatsky-JD00550