# Exhibit 3

CONFIDENTIAL                                                                                    SHATSKY-JD00977-T

In the name of Allah, the Gracious, the Merciful

| [English] Palestinian National Authority | [Arabic] Palestinian National Authority |
| :---: | :---: |
| Ministry of Social Affairs | Ministry of Social Affairs |
| M's F. & I. C. E | Martyrs' Families and Injured Care Establishment |

[P.A. emblem]

In the name of Allah, the Gracious, the Merciful

### Social Report

**Case**: Martyr of "Al-Aqsa Intifada"

**Name**: Sadeq Ahed Mahmoud Abdel Hafez

**Local number**: 26          **Central number**: 013196

**Governorate**: Qalqilya

**Date**: 03.03.2002[*]

Ramallah - Tel/Fax: 02-2986268

Confidential                                                                                    Shatsky-JD00977-T

Confidential                                                                                       Shatsky-JD00978-T

**Part 1: Personal Information**     *The account   Cairo-Amman Bank   360118*

| | |
|---|---|
| **Local no.**: | **Central no.**: 013196 |
| **The case's name**: Sadeq Ahed Mahmoud Abdel Hafez | **Code name**: |
| **Nationality**: Palestinian | **Identification no.**: [Redacted]1217 |
| **Beneficiary's full name**: Ahed Mahmoud Abdallah Abdel Hafez (wife, <u>father</u>, mother, brother, sister) | **Identification no.**: [Redacted]3896 |
| **Mother's full name**: Nahla Abdel Majid Mohammad Al-Aqran | **Mother's Identification no.**: [Redacted]7079 |
| **Wife's name**: | **Wife's Identification no.**: |
| **Place and date of birth**: [Redacted]1983 Qalqilya | **Place of origin**: Qalqilya |
| **Religion**: Muslim | **Sex**: Male    **Marital status**: Single |
| **Previous job**: [Illegible] and painting[*] cars | **Current job**: --- |
| **Education**: 6th grade at elementary school / 2 years in Qalqilya Industrial Institute / [Illegible] and painting[*] cars ||
| **Date and number of confirmation letter**: ||
| **Date of confirmation in the institution**: ||

**Part 2: Administrative Information**

| | | | |
|---|---|---|---|
| **Military rank**: ||| **Organizational rank**: |
| **Rank confirmation letter**: || **No.** | **Date**: |
| **Developments in previous allowance**: || **Current**: | **Changes**: |
| **Organizational affiliation**: The Popular Front ||| **Sector**: |
| **Date of joining the revolution**: | **Organizationally**: | **Militarily**: | **As a full-time member**: |
| **Training courses undertaken**: ||||
| **Place and date of the incident**: 2.16.2002 / Karnei Shomron Settlement near Qalqilya. ||||
| **Details of the incident**: Martyrdom Operation in Karnei Shomron Settlement ||||
| **Brief Biography**: Born in Qalqilya Governorate. Studied until the 6th grade and then joined the Qalandiya Institute College where he studied for two years and graduated as a technician [illegible] cars until [illegible]. ||||
| **The family's residence: Owned**:  Owned     **Rented**:     **Shared**: ||||
| **Monthly rent**: ||||
| **Full address**: Northern [illegible] Neighbourhood, Qalqilya. ||||
| **Nearest telephone**:[Illegible number] / the uncle[*] of the martyr Abu Ghazi  [Illegible number]  548261/5 Arab Bank ||||

Confidential                                                                                       Shatsky-JD00978-T

Confidential                                                                                              Shatsky-JD00979-T

**Part 3: Family table:**   * married – single                           4.11.2007

1. If married, the names of the wives and minor children are written first, followed by the names of adult children, and then the names of the parents and siblings.
2. If single, the names of the parents are written first, followed by the names of minor siblings, and then adult siblings.

| Serial no. | Name | Relationship to the case | DoB | Education | Profession | Marital status | Address |
|---|---|---|---|---|---|---|---|
| 1 | Ahed Mahmoud Abdallah Abdel Hafez | Father | Redacted 47 | 4th elementary | Laborer | Married | Qalqilya |
| 2 | Nahla Abdel Majid Mohammad al-Aqran | Mother | Redacted 56 | 6th | Housewife | Married | " |
| 3 | Mahmoud Ahed " " | Brother | Redacted 81 | Tawjihi [General Secondary Education] | Student | Single | " [illegible] |
| 4 | Ahlam Ahed Abdel Hafez | Sister | Redacted 77 | 1st grade high school | Housewife | [illegible] | |
| 5 | Hanan Ahed Abdel Hafez | Sister | Redacted 80 | 3rd grade junior high | Student | Single | " [illegible] |
| 6 | Maram Ahed Abdel Hafez | Sister | Redacted 87 | 9th | Student | Single | " [illegible] |
| 7 | Hiba Ahed Abdel Hafez | Sister | Redacted 93 | 2nd grade elementary | Student | Single | " 6th grade elementary |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |

| **Number of dependents**:4 |
| **If married: the wives and minor children**: |
| **If single: the parents and the minor siblings**: Two parents + 6 |
| **Notes concerning the family table**: |

Confidential                                                                                              Shatsky-JD00979-T

Confidential                                                                                                   Shatsky-JD00980-T

**[Illegible]**     [cut off] of Aqsa, Sadeq Ahed Abdel Hafez
                    Qalqilya

**Recommendations of the department**:
_____
_____
_____
_____ Date: _____ Signature: [handwritten]

**Decision of the establishment's director**: (          )
_____
_____
_____
_____ Date: _____ Signature: [handwritten]

**Calculation of the allowance:**

| Basic | Wife | Children | Father | Mother | Minor siblings | Total in Dinar |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Other increments: _____
Total in dinar: _____
Total in shekel: _____

**Confirmation of the director general**:
He is to be confirmed as a martyr of the Al-Aqsa Martyrs as of 3.1.2002 and be paid 600 shekels a month.
_____
_____

**Audit's notes**:            **Date**: 3.4.2002          **Signature**: [signature]
_____     _____
_____     _____
_____     _____

**Computerized notes**:       Date:                       Signature:
_____     _____
_____     _____

Confidential                                                                                                   Shatsky-JD00980-T

# Translator's Certification

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing pages contain an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 01 October 2021.

Yaniv Berman

# Original



السلطة الوطنية الفلسطينية
وزارة الشؤون الاجتماعية
مؤسسة رعاية أسر الشهداء والجرحى

Palestinian National Authority
Ministry of Social Affairs
M's F. & I. C. E.

بسم الله الرحمن الرحيم

# بحث اجتماعي

الحالة : حسب انتفاضة الأقصى

الاسم : صادقة عاصم محمود عبد الحافظ
الرقم المحلي : ٦٦         الرقم المركزي : ١٣١٩٦
المحافظة : قلقيلية
التاريخ : ٢/٢ ع

رام الله - تلفاكس : ٠٢-٢٩٨٦٢٦٨
Ramallah - Tel/ Fax : 02-2986268

أولا : معلومات ذاتية :

الرقم المحلي : ١١٢١٩٦ الرقم المركزي : ٣٦٠١١٨

اسم المعاملة : صادق عاصم محمود عبد الحافظ الاسم الحركي :

الجنسية : فلسطيني رقم الهوية : ١٣١٧ Redacted

اسم المستفيد رباعي : عاصم محمود عبد الله عبد الحافظ رقم الهوية : ٢٨٩٥ Redacted

( الزوجة / الأب / الأم / الأخ / الأخت ) اسم الأب كامل : سهيلة عبد المجيد محمد الإدريسي رقم هوية الأم : ٧٩٠ Redacted

اسم الزوجة : رقم هوية الزوجة :

تاريخ ومكان الميلاد : ١٩٨٣/٣ قلقيلية البلد الأصلي : قلقيلية Redacted

الديانة : مسلم الجنس : ذكر الحالة الاجتماعية : أعزب

العمل السابق : جليس ومعاون حلويات العمل الحالي :

المؤهل العلمي : السادس ابتدائي

تاريخ ورقم كتاب الاعتماد :

تاريخ الاعتماد بالمؤسسة :

ثانياً : معلومات إدارية :

الرتبة العسكرية : الرتبة التنظيمية :

كتاب اعتماد الرتبة : رقم : تاريخ :

تطورات المخصص السابق : الحالي : التعديلات :

التنظيم التابع له : الجبهة الشعبية القطاع :

تاريخ الالتحاق بالثورة : تنظيماً : عسكرياً : نوعاً :

الثورات التي اجتازها :

تاريخ ومكان الحادث : ١٦/٣/٢٠٠٥ مستوطنة كادي حجول قرب مدينة تل أبيب

كيفية حدوث الحادث : عملية استشهادية في مستوطنة كادي حجول

موجز سيرته الذاتية : جبهة البيريخاخية بلبليس دخلت المسلحة ميتم العقد يليه إسرائيلياً درك

مسكن الأسرة : ملك : ملك إيجار : مشترك :

الإيجار الشهري : ٤٩٤٠٣٧٠

العنوان الكامل : حي الشمال قلقيلية

البنك الدولي  ٥٤٨٢٦١/٥

ثالثاً : الجدول الأسري :   • متزوج - أعزب

1- المتزوج : يسجل للزوجات والابناء القصر اولا ثم الابناء فوق من الانتاج ثم الوالدين والاخوة
2- الاعزب : يسجل الوالدين والاخوة القصر اولا ثم الاخوة فوق من الانتاج .

| م | الاسم | العلاقة بالحالة | تاريخ الميلاد | المؤهل العلمي | المهنة | الحالة الاجتماعية | العنوان |
|---|---|---|---|---|---|---|---|
| ١ | عامر محمد عبدالله عبدالباسط | والد | Redacted | الرابع ابتدائي | عامل | متزوج | طفيليه |
| ٢ | نزيهه عبدالعزيز محمد الرحمن | والدة | Redacted | السادس | ربة بيت | متزوجة | |
| ٣ | محمود عامر | ابن | Redacted | توجيهي | طالب | اعزب | |
| ٤ | احمد ماهر عبدالكاظم | اخت | Redacted | اجتماعي | ربة بيت | متزوجة | |
| ٥ | هناء عامر عبدالكاظم | اخت | Redacted | ثانوية عامة | طالبة | عزباء | |
| ٦ | علا عامر عبدالكاظم | اخت | Redacted | رابع | طالبة | عزباء | |
| ٧ | صبا عامر عبدالكاظم | اخت | Redacted | ثاني ابتدائي | طالبة | عزباء | |
| ٨ | | | | | | | |
| ٩ | | | | | | | |
| ١٠ | | | | | | | |
| ١١ | | | | | | | |
| ١٢ | | | | | | | |
| ١٣ | | | | | | | |
| ١٤ | | | | | | | |
| ١٥ | | | | | | | |
| ١٦ | | | | | | | |
| ١٧ | | | | | | | |
| ١٨ | | | | | | | |
| ١٩ | | | | | | | |
| ٢٠ | | | | | | | |
| ٢١ | | | | | | | |

عدد المعالين : ......

- المتزوج : الزوجات والابناء القصر : ......
- الاعزب : الوالدين والاخوة القصر : الوالدين + ٣
ملاحظات على الجدول الأسري : ......

توصية القسم : _____

_____

التاريخ : _____ التوقيع : _____

قرار مدير المؤسسة : ( )

_____

التاريخ : _____ التوقيع : _____

حساب المخصص :

| اساسي | زوجة | أولاد | أب | أم | اخوة قصر | المجموع بالدينار |

علاوات أخرى : _____

المجموع بالدينار : _____

المجموع بالشيكل : _____

اعتماد المدير العام :

● اعتبر شهيد ( مدرج بالأرض ) ابتداءً من ١/٢/ [...] حسب [...]

ملاحظات التدقيق : التاريخ ٢/٤/[...] التوقيع

ملاحظات الحاسب الآلي : التاريخ _____ التوقيع _____