# Exhibit 14

Abdel Jabbar Salem
July 27, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | | |
|---|---|---|
| SHABTAI SCOTT SHATSKY, | ) | Case No. 18-Civ. 12355 |
| individually and as | ) | |
| personal representative | ) | |
| of the Estate of Keren | ) | VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE | ) | DEPOSITION OF ABDEL |
| SHATSKY, individually | ) | JABBAR SALEM |
| and as personal | ) | |
| representative of the | ) | |
| Estate of Keren | ) | |
| Shatsky, TZIPPORA | ) | |
| SHATSKY SCHWARZ, YOSEPH | ) | |
| SHATSKY, SARA SHATSKY | ) | |
| TZIMMERMAN, MIRIAM | ) | |
| SHATSKY, DAVID RAPHAEL | ) | |
| SHATSKY, GINETTE LANDO | ) | |
| THALER, individually | ) | |

and as personal
representative of the
Estate of Rachel
Thaler, LEOR THALER,
ZVI THALER, ISAAC
THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

        Plaintiffs,


        against

Abdel Jabbar Salem
July 27, 2021

1

2       THE PALESTINE
        LIBERATION ORGANIZATION
3       and THE PALESTINIAN
        AUTHORITY (a/k/a "The
4       Palestinian Interim
        Self-Government
5       Authority" and/or "The
        Palestinian National
6       Authority"),

7

                Defendants.
8

9

10

11                          -   -   -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF ABDEL

 2     JABBAR SALEM, witness herein, called by the

 3     Plaintiffs, for examination, taken pursuant to

 4     the Federal Rules of Civil Procedure, by and

 5     before Karen A. Nickel, a Certified Realtime

 6     Reporter and a notary public in and for the

 7     Commonwealth of Pennsylvania, held remotely

 8     with all parties appearing from their

 9     respective locations, on Tuesday, July 27,

10     2021, at 7:30 a.m.

11     COUNSEL PRESENT:

12
       For the Plaintiffs:
13     Melissa H. Maxman, Esq.
       Ronald F. Wick, Esq. (Admitted Pro Hac Vice)
14     Cohen & Gresser, LLP
       2001 Pennsylvania Avenue, NW
15     Suite 300
       Washington, DC 20006
16
       Stephen M. Sinaiko, Esq.
17     Cohen & Gresser, LLP
       800 Third Avenue
18     New York, NY 10022

19     For the Defendants:
       Mitchell R. Berger, Esq.
20     Joseph Alonzo, Esq.
       Squire Patton Boggs
21     2550 M Street NW
       Washington, DC 20037

22
       Also Present:  Elizabeth Bezverkha
23                     Eszter Vincze
                       Corey Wainaina, Videographer
24                     Hadeer Al Amiri, Interpreter
                       Safwan Al-Amin, Check
25                     Interpreter
```

Abdel Jabbar Salem
July 27, 2021

1                    I N D E X

2     WITNESS                              PAGE

3     Abdel Jabbar Salem

4          By Ms. Maxman                    6

5

6                  E X H I B I T S

7
      NUMBER           DESCRIPTION          PAGE
8
      Exhibit 1    Amended Notice of
9                  Deposition               20
      Exhibit 2    Prisoner Payments        28
10    Exhibit 3    E-mail                   37
      Exhibit 4    Payment Records          51
11    Exhibit 5    Combined Exhibits        58

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem
July 27, 2021

1                    P R O C E E D I N G S

2                    VIDEOGRAPHER:   Good morning,

3    everyone.   We are now on the record.

4    Participants should be aware that this

5    proceeding is being recorded and, as such, all

6    conversations held will be recorded unless

7    there is a request and agreement to go off the

8    record.

9                    This is the remote video-recorded

10   deposition of Abdel Jabbar Salem.   Today is

11   Tuesday, July 27, 2021.   The time is now 11:22

12   UTC time.   We are here in the matter of Shatsky

13   versus PLO.

14                   My name is Corey Wainaina, remote

15   video technician on behalf of US Legal Support

16   located at 90 Broad Street, New York, New York.

17   I am not related to any party in this action,

18   nor am I financially interested in the outcome.

19                   At this time, will the reporter,

20   Karen Nickel, on behalf of US Legal Support,

21   please enter the statement for remote

22   proceedings into the record.

23                   THE REPORTER:   The attorneys

24   participating in this deposition acknowledge

25   that I am not physically present in the

Abdel Jabbar Salem
July 27, 2021

 1    deposition room and that I will be reporting

 2    this deposition remotely.

 3             They further acknowledge that, in

 4    lieu of an oath administered in person, the

 5    witness will verbally declare his testimony in

 6    this matter is under penalty of perjury.

 7             The parties and their counsel

 8    consent to this arrangement and waive any

 9    objections to this manner of reporting.  Please

10    indicate your agreement by stating your name

11    and your agreement on the record.

12                    MS. MAXMAN:  Melissa Maxman, I

13    agree.

14                    MR. BERGER:  This is Mitchell

15    Berger on behalf of the Defendants, and I

16    agree.

17                    (The interpreter was duly

18    sworn.)

19         ABDEL JABBAR SALEM, a witness herein,

20    having been first duly sworn, was examined and

21    testified as follows:

22                     EXAMINATION

23    BY MS. MAXMAN:

24       Q.   Good morning, or good afternoon.  I

25    don't know what time it is where you are.

Abdel Jabbar Salem
July 27, 2021

```
 1              Thank you for being here today.  My

 2     name is Melissa Maxman.  I'm a partner at Cohen

 3     & Gresser, and we represent the Plaintiffs in

 4     this matter.

 5              Could you please state your name and

 6     address for the record.

 7         A.    Good afternoon.  My name is Abdel

 8     Jabbar Mohammad Salem.

 9         Q.    And your address?

10         A.    My address is ████████████████.

11         Q.    And how do you spell your name, sir?

12         A.    How do I spell my name?

13         Q.    Yes.

14         A.    A-B-D-E-L, J-A-B-B-A-R, S-A-L-E-M.

15         Q.    Thank you.  What is your occupation

16     and title?

17         A.    I work at -- I work in the financial

18     ministry.  I work as director of the salary and

19     financial in the Palestinian government in

20     Ramallah.

21         Q.    Director of salary and financial,

22     did I hear that correctly?

23         A.    The director of the salary, the

24     wages.

25         Q.    Okay.  Thank you.  Have you ever had
```

1    your deposition taken before?

2         A.    No.

3         Q.    I'm going to be asking you questions

4    throughout today and tomorrow, and I would like

5    to go over some ground rules first so that you

6    understand the process.

7         A.    Yes, ma'am.

8         Q.    Do you understand that you are

9    testifying here today under oath?

10        A.    Yes, correct.

11        Q.    And the court reporter will be

12   transcribing everything we say.  So to make

13   sure that the record is accurate, and

14   especially since this deposition is taking

15   place via video remotely because of the COVID

16   pandemic, it's important that we not speak over

17   each other and that only one person speaks at a

18   time.

19             So please wait until I finish my

20   question before you start answering, and I will

21   wait -- I will try to wait until you finish

22   your answer before I ask another question.

23             Is that understood?

24        A.    (Witness nodded head affirmatively.)

25        Q.    I couldn't hear you, I'm sorry.  I

Abdel Jabbar Salem
July 27, 2021

```
1    think it's the audio.  He said yes?

2         A.    Yes.

3         Q.    Thank you.  It is also important for

4    you to respond to the questions verbally

5    because, otherwise, the court reporter cannot

6    transcribe what you said.  She cannot

7    transcribe a head nod, yes or no.  Is that

8    understood?

9         A.    Understood.

10        Q.    Thank you.  If you don't understand

11   one of my questions, please say so.  I will try

12   to rephrase it for you if you don't understand

13   it.  But if you answer my question, I will

14   assume you understood my question; is that

15   understood?

16        A.    Understood.

17        Q.    Your counsel may object to my

18   questions.  Unless your counsel instructs you

19   not to answer a question, you should go ahead

20   and answer the question even though there is an

21   objection pending.

22             Do you understand that?

23        A.    Understood.

24        Q.    I may take periodic breaks during

25   the deposition.  If you need a break, please
```

Abdel Jabbar Salem
July 27, 2021

```
1      let me know, me or your attorney know, and I

2      will do my best to accommodate your request.

3                However, if a question is pending, I

4      ask that you answer the question first before

5      we take a break.  All right?

6           A.    Thank you.

7                     MS. MAXMAN:  Because we are

8      here remotely during the pandemic, we would ask

9      that the Defendants confirm that pursuant to

10     Rule 30(b)(4) of the Federal Rules of Civil

11     Procedure, today's deposition may be taken by

12     video conference as we are proceeding, and,

13     pursuant to Rule 29, parties also stipulate

14     that Ms. Nickel is an appropriate officer

15     before whom this deposition may be taken even

16     though she is in Pennsylvania and the witness

17     is physically located in Jordan.

18                Do we agree, Mr. Berger?

19                     MR. BERGER:  Yes, we do agree.

20                     MS. MAXMAN:  Thank you.

21     BY MS. MAXMAN:

22          Q.    Is there any reason that you can

23     think of that you will not be able to answer my

24     questions today fully and accurately and

25     truthfully?
```

Abdel Jabbar Salem
July 27, 2021

```
 1           A.    No, there isn't.

 2           Q.    Just so you understand, we are going

 3     to be referring to the Defendants today as --

 4     the Palestinian Authority, I'm going to refer

 5     to as PA, and I will be referring to the

 6     Palestinian Liberation Organization as PLO.

 7                 Do you understand that?

 8           A.    Yes.

 9           Q.    I'm going to start with your

10     personal background, with your educational

11     background.  What is your highest level of

12     education?

13           A.    I have a Bachelor degree in

14     accounting from An-Najah University.

15           Q.    Could you spell the name of your

16     University?

17           A.    I'm not that good in English.

18           Q.    Okay.  You testified that you are

19     the collector of salary wages.  Before your

20     position with -- let me back up.

21                 Who is your employer today?

22           A.    Not the director, the director of --

23     yes.

24           Q.    Okay.  Thank you.  I misheard.

25     Thank you.
```

Abdel Jabbar Salem
July 27, 2021

```
 1                    Who is your employer today?
 2        A.    My director is the Minister of
 3   Finance.
 4        Q.    That is the person to whom you
 5   report?
 6        A.    Correct.
 7        Q.    Yes?
 8                    MR. BERGER:  Counsel, I think
 9   we understood your question.  I think the
10   translation was who is your boss rather than
11   for what organization do you work.
12                    MS. MAXMAN:  Okay.  Thank you.
13   BY MS. MAXMAN:
14        Q.    For what organization do you work
15   currently?
16        A.    The Ministry of Finance.
17        Q.    The Ministry of Finance of what
18   organization?
19        A.    The Palestinian Authority.
20        Q.    Okay.  And when you said you worked
21   for -- your boss was the Minister of Finance,
22   who is that person?
23        A.    Shukri Bishara.
24        Q.    Aside from director of salary, do
25   you have any other titles with the Palestinian
```

Abdel Jabbar Salem
July 27, 2021

1    Authority?

2         A.    No.

3         Q.    Do you hold any other titles within

4    the PLO?

5         A.    No.

6         Q.    And this Shukri Bishara -- forgive

7    me if I'm not pronouncing his name correctly --

8    is -- give me a second.

9              Your boss, does he hold any

10   positions with the PLO?

11        A.    No.  Only the Minister of Finance.

12        Q.    For the Palestinian Authority?

13        A.    Yes.

14        Q.    And who appointed the Minister of

15   Finance?

16        A.    I assume the Prime Minister.

17        Q.    The Prime Minister of the

18   Palestinian Authority?

19        A.    Yes, correct.

20        Q.    How long have you held your current

21   position?

22        A.    Ten years.

23        Q.    Have you had other positions within

24   the PA?

25        A.    Before ten years, I was working in

Abdel Jabbar Salem
July 27, 2021

1    the treasury in the same position, the finance

2    and the Ministry of Finance, and the payment

3    department.

4         Q.    And before that -- well, how long

5    were you in that position?

6         A.    From 1995 up until 2010.

7         Q.    And before 1995, what was your --

8    what was your employment?

9         A.    I was not working anywhere.  I was

10    just graduating from college.  And then I

11    joined the Ministry of Finance.

12         Q.    Okay.  So since college, you have

13    been employed by the Palestinian Authority --

14    I'm sorry, let me rephrase that.

15            Since 1995 when you graduated from

16    college, your only employer has been the

17    Palestinian Authority?

18         A.    Correct.

19         Q.    What are your current

20    responsibilities as director of salary for the

21    ministry of finance?

22         A.    I work as the general director of

23    the salaries, of the wages, in the Ministry of

24    Finance.  This includes preparing, collecting

25    and, up until the distribution of the salaries

Abdel Jabbar Salem
July 27, 2021

1      in the Palestinian Authority.

2            Q.    And are you the director of the

3      salaries for everyone who works for the

4      Palestinian Authority?

5            A.    Yes, correct.

6            Q.    How many people work for the

7      Palestinian Authority?

8            A.    It ranges from employees and semi

9      employees around 120,000 workers.

10           Q.    What do you mean by "semi

11     employees"?

12                 MR. BERGER:   I am going to

13     object to the question as being outside the

14     scope of this jurisdictional discovery

15     deposition.  We have been trying to give you

16     some leeway on background, but the Judge's

17     admonition is to stick to the predicates of the

18     jurisdictional statute.

19                 You may answer, but we're going to

20     see how this goes.

21                 THE WITNESS:   When I say semi

22     employment, I mean, this means some people who

23     work as a contract or temporary, that work for

24     a period of time.

25     BY MS. MAXMAN:

Abdel Jabbar Salem
July 27, 2021

1          Q.    Do you also oversee payments to

2     prisoners?

3          A.    I am responsible for overseeing the

4     distribution of the payment.  The collection

5     and these responsibilities are in the prison

6     affairs.

7          Q.    What are you collecting?

8          A.    Like, what do you mean by that?

9          Q.    You said -- I believe you said, I am

10    responsible for overseeing the distribution of

11    the payments and the collection.  And you said,

12    and these responsibilities are in the prison

13    affairs.

14              And my question is, what do you mean

15    by "collection"?

16         A.    I oversee the information, examine

17    the information that I receive from the

18    prisoners' affairs, because these are not

19    salaries.  These are incentives that are given.

20              So I examine them and oversee them.

21    And then it gets distributed.

22                   MR. BERGER:  Excuse me.  We

23    object to the translation.  He did not use the

24    word "incentives" in his comment.  "Allocation"

25    would be the correct translation.

Abdel Jabbar Salem
July 27, 2021

1              MS. MAXMAN:  Mr. Berger, are

2     you using a check translator on your end?

3              MR. BERGER:  I have an Arabic-

4     proficient associate listening to the

5     translation.  He is serving as our check

6     translator.

7     BY MS. MAXMAN:

8         Q.   Okay.  So you're saying -- let me

9     ask the question again because I am now

10    completely confused.

11             My question is, what do you mean by

12    "collection"?

13        A.   By "collection," I mean the

14    information that we get as a CD, and we examine

15    them -- examine the allocations and the

16    department IT before handling it to prisoners'

17    affairs to avoid inequality.

18        Q.   You mean you get it on a compact

19    disk, a CD?

20             MR. BERGER:  We object to the

21    translation.  The witness did not use the word

22    "inequality."  He used the word "double

23    counting."

24             INTERPRETER:  Sorry.  This is

25    the interpreter.  This is "alaizdiwajia," which

```
 1    is not double counting.

 2                    MR. BERGER:  Duplication is

 3    our translation.

 4                    MS. MAXMAN:  Can we go off the

 5    record for a minute, please?

 6                    MR. BERGER:  Certainly.

 7                    THE VIDEOGRAPHER:   We are now

 8    off the record.  The time is 11:50 UTC time.

 9                    (Discussion held off the

10    record.)

11                    THE VIDEOGRAPHER:   We are

12    back on the record.  The time is 11:53 UTC

13    time.

14                    MS. MAXMAN:  Mr. Berger, can

15    you please identify the associate that is with

16    you that is serving as your check translator?

17                    MR. BERGER:  Yes, I did that

18    off the record.

19                    MS. MAXMAN:  We can't hear

20    you, sir.

21                    MR. BERGER:  Can you hear me

22    now?

23                    MS. MAXMAN:  Yes.

24                    MR. BERGER:  I did that with

25    the court reporter while you were off the
```

Abdel Jabbar Salem
July 27, 2021

```
1      record.  His first name is Safwan, S-A-F-W-A-N,

2      last name Al-Amin, A-L, dash, A-M-I-N.

3                      MS. MAXMAN:  Okay.  Thank you.

4                      MR. BERGER:  While we are

5      talking about check translation, and maybe this

6      will save you some time, but let me put it on

7      the record, which is that our translation of

8      the word you are asking about, "collection,"

9      was, in fact, more properly translated as

10     "preparation."

11                     MS. MAXMAN:  Okay.  We will

12     leave that for a moment and come back to it.

13     BY MS. MAXMAN:

14         Q.   Mr. Salem, you realize you have been

15     designated as the 30(b)(6) deponent about the

16     Palestinian Authority and the PLO today; do you

17     understand that?

18                     INTERPRETER:  I'm sorry, this

19     is the interpreter.  Can you repeat the

20     question?

21                     MS. MAXMAN:  Sure.

22     BY MS. MAXMAN:

23         Q.   Are you aware that you have been

24     designated as the corporate witness for both

25     the PA and the PLO today?
```

```
 1          A.    Yes, I know that.

 2                    MS. MAXMAN:  Can we please put

 3     up Tab 1 which, court reporter, I will be

 4     entering as Exhibit 1 for the record.  It is

 5     the 30(b)(6) deposition notice that is dated

 6     June 16, 2021, and I will ask that we scroll

 7     through the exhibit.

 8                    (Deposition Exhibit No. 1 was

 9     marked for identification.)

10     BY MS. MAXMAN:

11          Q.    And my question for the witness is,

12     have you seen this document before?

13          A.    Yes.

14          Q.    And what -- when did you first see

15     it?

16          A.    When I met with the attorneys.

17          Q.    When was that?

18          A.    Approximately, a month ago.

19          Q.    And you are appearing today as a

20     witness pursuant to this notice; correct?

21          A.    Correct.

22          Q.    Who designated you, who decided that

23     you would be the designee to testify on behalf

24     of the Palestinian Authority?

25          A.    I received this from the Minister of
```

Abdel Jabbar Salem
July 27, 2021

1          A.    Yes, correct.

2          Q.    Does the PA make the payments to the

3     prisoners?

4                    MR. BERGER:  Object to the

5     form of the question.  Assumes facts not in

6     evidence.

7     BY MS. MAXMAN:

8          Q.    You may answer.

9          A.    I didn't understand your question.

10         Q.    Okay.  Does the PA make the payments

11    to the prisoners?

12                    MR. BERGER:  Same objection to

13    form.  You may answer.

14                    THE WITNESS:  The PA pays the

15    allocations for the families and the members of

16    the prisoners, and the PA make the payments,

17    all the payments, and part of these payments

18    goes towards the families of the prisoners.

19    BY MS. MAXMAN:

20         Q.    Where does the PA obtain the funds

21    to make these payments?

22         A.    It's the income that the PA receives

23    from the taxes, from the customs, from the

24    merchants, from the revenues.

25                    MS. MAXMAN:  I would like to

Abdel Jabbar Salem
July 27, 2021

1    off the record.  The time is 12:34 UTC time.

2                    (Discussion held off the

3    record.)

4                    THE VIDEOGRAPHER:   We are

5    back on the record.  The time is 12:45 UTC

6    time.

7    BY MS. MAXMAN:

8         Q.    As of April 18, 2020, who was the

9    head of the prisoners' affairs?

10        A.    The PA.

11        Q.    I mean who is the individual who

12   heads --

13        A.    Qadri Abu Bakr.

14        Q.    Does Mr. Bakr have any other titles

15   within the PA?

16        A.    No.  He is the head of the director

17   of the prisoners' affairs.

18        Q.    Does he have any other titles within

19   the PLO?

20        A.    I don't think so.

21        Q.    Who decides the recipients -- strike

22   that.

23              Who decides what prisoners and

24   ex-prisoners are paid?

25                    MR. BERGER:  Objection.

Abdel Jabbar Salem
July 27, 2021

1    Counsel, can we have an agreement that your

2    question is as of and after April 18, 2020?

3                    MS. MAXMAN:  Yes.

4                    THE WITNESS:  It's the

5    prisoners' affairs within the Palestinian law.

6    BY MS. MAXMAN:

7         Q.    Within Palestinian law?

8         A.    The law for the prisoners' affairs

9    and ex-prisoners.

10        Q.    Are you referring --

11                   MS. MAXMAN:  Can we put up Tab

12   24, Elizabeth.

13                   (Deposition Exhibit No. 3 was

14   marked for identification.)

15                   MS. MAXMAN:  I'm going to

16   represent for the record that this is a copy of

17   an English translation of the Prisoners and

18   Ex-Prisoners Law No. 19 of 2004.  I do not have

19   a copy in -- wait.  Maybe I do have a copy in

20   Arabic.

21                   Actually, Elizabeth, if you scroll

22   back to the end of this document, we do have

23   the law in Arabic.  Could you -- I'll tell when

24   you to stop.  Okay, great.  Okay.  That's

25   perfect.

Abdel Jabbar Salem
July 27, 2021

 1    to the extent of his personal knowledge.

 2                    MS. MAXMAN:  Okay.  I'll just

 3    remind you that he is a corporate designee

 4    witness on this topic, but thank you for

 5    allowing me to --

 6                    MR. BERGER:  He is a designee

 7    on the topics as you drew them, and you didn't

 8    -- and we would never have agreed to have him

 9    testify generally about Palestinian law.  That

10    is not how you drew the 30(b)(6) documents.

11                    MS. MAXMAN:  I don't want to

12    waste any more of our valuable and limited

13    deposition time arguing about this because I --

14    thank you for allowing the witness to answer,

15    and I will move on.

16    BY MS. MAXMAN:

17        Q.    Mr. Salem, is this the law you were

18    referring to when you said -- when I asked you

19    the question, who decides who gets payments,

20    and you said, it's the law?

21        A.    The law is the law that applies to

22    the people and decided within the prisoners'

23    affairs department, and I'm not sure whether it

24    was amendment or renewed; I don't have any

25    knowledge about that.

Abdel Jabbar Salem
July 27, 2021

```
 1          Q.    Okay.  And I'm not asking you about

 2     the details of the law.  I'm just asking when

 3     you said, in response to my question, who

 4     decides which prisoners get payments, it was

 5     the law, are you referring to this law that I

 6     am showing you?

 7          A.    I meant the law that is worked on in

 8     the prisoners and ex-prisoners' affairs that is

 9     used there.

10          Q.    Is this the law that is used by the

11     prisoners' affairs office?

12          A.    I don't know whether the law has

13     been amended or not or renewed, but this is

14     what is within Law No. 19 for the year 2004.

15     But I am not sure it's still the same or it has

16     been amended.

17          Q.    Okay.  Thank you.  As of April 18,

18     2020, through today, is there any formal

19     oversight of the activities of prisoners'

20     affairs?

21          A.    Nothing new happened in this matter.

22          Q.    Is there any authority that oversees

23     the activities of prisoners' affairs?

24          A.    There is the general legal affairs

25     that monitors the activities of the prisoners'
```

Abdel Jabbar Salem
July 27, 2021

1            A.    After approving the payment, and

2     after seeing that it's eligible according to

3     the laws and regulations, they will include

4     this entitlement within the CD for the families

5     of the prisoners.

6            Q.    And then the Ministry of Finance

7     makes the payments?

8            A.    Yes.

9            Q.    Who determines what amount each

10    prisoner or prisoner's family receives?

11           A.    It's according to the scale of

12    salaries within the prisoners' affairs, and

13    what really determines the amount is the

14    duration, the actual duration of the presence

15    of the prisoner in prison.

16           Q.    Who sets the scale?

17           A.    The scale is within the main law of

18    the prisoners' affairs.

19           Q.    Are some prisoners also Palestinian

20    Authority officers in security forces?

21                 MR. BERGER:  Object to the

22    form of the question.  It's outside the scope

23    of the 30(b)(6) notice and of the scope of

24    jurisdictional discovery, but the witness may

25    answer to the extent of his personal knowledge.

Abdel Jabbar Salem
July 27, 2021

1    You may answer.

2                    THE WITNESS:  These

3    regulations are determined by the detainees and

4    freed affairs, and they determine the rules and

5    regulations, and the attorneys are the ones who

6    are going to inspect this document and

7    determine or decide whether the family is

8    eligible for the allocation or not.

9    BY MS. MAXMAN:

10       Q.    So, Mr. Salem, as the corporate

11   designee for both the PA and the PLO, it is

12   your testimony that you have no idea what the

13   facts are supporting the determination of

14   payments to Mr. Abu Wardeh?

15                   MR. BERGER:  Objection,

16   misstates his testimony.  You may answer.

17                   THE WITNESS:  The decision is

18   based on the regulation for, and the rules --

19   the rules and regulations from the prisoners

20   and freed affairs, the attorneys who look,

21   inspect these documents and make the decision

22   for the eligibility of the family to receive

23   the allocation or not.

24                   My knowledge, it would be political

25   or safety and --

Abdel Jabbar Salem
July 27, 2021

```
 1                    MR. BERGER:  Security.

 2                    THE WITNESS:  Security and

 3    they --

 4                    THE COURT REPORTER:  I'm

 5    sorry, I did not hear the word, or safety and

 6    what?

 7                    THE WITNESS:  Political or

 8    security, and the prisoners' affairs and freed

 9    is the ones who make the decision and mainly

10    the general benefit of the legal department who

11    makes this determination and decision.

12                    MR. BERGER:  We also think the

13    translation is criteria, not regulations.

14    BY MS. MAXMAN:

15        Q.    So it's your testimony, Mr. Salem,

16    that the attorneys at the prisoners' affairs

17    department are the individuals who are

18    knowledgeable about how and why a determination

19    is made that Abu Wardeh's beneficiary is

20    eligible for payment; am I understanding you

21    correctly?

22        A.    Within the laws and the criteria

23    that are used to determine in the prisoners'

24    affairs.

25        Q.    So you did not talk to anybody from
```

Abdel Jabbar Salem
July 27, 2021

1    prisoners' affairs about what the laws and

2    criteria were in preparing for your deposition

3    as a corporate designee on behalf of the PLO

4    and the PA in this matter?

5         A.    No, I spoke with the attorneys.

6         Q.    Did you ask them what the criteria

7    were under the laws for becoming eligible for

8    payment?

9         A.    Yes, I did.

10        Q.    What did they tell you?

11        A.    That the prisoner has to be detained

12   under either political or security, of course.

13        Q.    That the prisoner has to be detained

14   because of political or security reasons?

15        A.    Only on security and political basis

16   the allocations will be disbursed to his family

17   as long as he is still in prison.

18        Q.    So are you saying that if Mr. Abu

19   Wardeh was imprisoned for shoplifting, he would

20   not be eligible for a payment?

21        A.    According to my knowledge and

22   according to the criteria that is used, he is

23   not eligible for allocations if it was

24   shoplifting.

25        Q.    What types of crimes would be

Abdel Jabbar Salem
July 27, 2021

1        A.     No.

2        Q.     Okay.  How do you know?

3        A.     Because the act of terror is from

4   the Israeli point of view.  For us, we don't

5   consider it, acknowledge it.  It's either a

6   political or a security act.

7        Q.     Mr. Salem, you're willing to

8   characterize Mr. Abu Wardeh's acts as political

9   or security acts; correct?

10       A.     It is characterized by the legal

11  department and the prisoners' affairs.

12       Q.     So but you're saying that the legal

13  department and prisoners' affairs are unwilling

14  to characterize these acts as terrorism?

15       A.     We are -- we all don't characterize

16  the act as an act of terror.  It is categorized

17  according to the Israeli side and point of

18  view.

19       Q.     So if you are willing to

20  characterize it as one thing and unwilling to

21  characterize it as an act of terrorism, you

22  must know what it is; correct?

23                    MR. BERGER:  Objection,

24  argumentative.

25                    THE WITNESS:  The act of the

Abdel Jabbar Salem
July 27, 2021

1   family is either political or security, and for

2   that reason, it is eligible to dispense the

3   allocations for the family.

4   BY MS. MAXMAN:

5       Q.    What is the act?

6       A.    He had an act, I don't have the full

7   details of the act, but according to the

8   Israeli indictment, he had an act either

9   security or political.  For that reason, it was

10  eligible by the prisoners' affairs to be

11  eligible for dispensing the allocation.

12      Q.    So you would agree that the payments

13  were made to him by reason of his imprisonment

14  for the acts described in the indictment?

15      A.    I don't agree.  I don't agree.  He

16  was entitled to the allocation because he was

17  in prison and not because of the rest of the

18  indictments.

19      Q.    But if he were in prison for

20  shoplifting, you told me he would not be

21  eligible?

22      A.    Definitely no.

23      Q.    Why not?

24      A.    Because the criteria or the

25  standards say it has either to be on a security

Abdel Jabbar Salem
July 27, 2021

1    or a political.

2                      MS. MAXMAN:  All right.  Let's

3    go off the record.

4                      THE VIDEOGRAPHER:   We are off

5    the record.  The time is 15:46 UTC time.

6                      (Discussion held off the

7    record.)

8                      THE VIDEOGRAPHER:   We are

9    back on the record.  The time is 15:48 UTC

10   time.

11                     MS. MAXMAN:  Mr. Berger?

12                     MR. BERGER:  Yes.  On behalf

13   of Defendants, we designate this transcript as

14   confidential under Paragraph 6 of the

15   Protective Order in this case.

16                     MS. MAXMAN:  Do you have

17   anything further to add?

18                     MR. BERGER:  I have nothing

19   further.

20                     MS. MAXMAN:  Nor do I.

21                     THE VIDEOGRAPHER:   We are off

22   the record at 15:48 UTC time.  This concludes

23   today's deposition.  Thank you, everyone, and

24   take care.

25                     (Discussion held off the

Abdel Jabbar Salem Volume II
July 28, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
SHABTAI SCOTT SHATSKY, individually and as
personal representative of the Estate of
Keren Shatsky, J. ANNE SHATSKY, individually
and as personal representative of the Estate
of Keren Shatsky, TZIPPORA SHATSKY SCHWARZ,
YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN,
MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY,
GINNETTE LANDO THALER, individually and as
personal representative of the Estate of
Rachel Thaler, LEOR THALER, ZVI THALER,
ISAAC THALER, HILLEL TRATTNER, RONIT
TRATTNER, ARON S. TRATTNER, SHELLEY
TRATTNER, EFRAT TRATTNER, HADASSA DINER,
YAEL HILLMAN, STEVEN BRAUN, CHANA FRIEDMAN,
ILAN FRIEDMAN, MIRIAM FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN, and BELLA FRIEDMAN,

                    Plaintiffs,

          -against-

THE PALESTINIAN LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a
"The Palestinian Interim Self-Government
Authority" and/or "The Palestinian National
Authority"),

                    Defendants.
-------------------------------------------X
Case No. 18-Civ. 12355

              ** CONFIDENTIAL **

     CONTINUED REMOTE VIDEOTAPED DEPOSITION OF

                ABDEL JABBAR SALEM

            Wednesday, July 28, 2021


Reported by JEFFREY BENZ, CRR, RMR

JOB NO. 366126

Abdel Jabbar Salem Volume II
July 28, 2021

1

2

3

4

5                                  July 28, 2021

6                                  11:36 UTC

7

8

9        Videotaped Deposition of ABDEL JABBAR SALEM,

10   taken remotely, before Jeffrey Benz, a Certified

11   Realtime Reporter, Registered Merit Reporter and

12   Notary Public of the State of New York.

13

14

15

16

17

18

19

20

21

22

23

24

25

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1

 2    A P P E A R A N C E S:

 3

 4        COHEN & GRESSER, LLP

 5        Attorneys for Plaintiffs

 6             2001 Pennsylvania Avenue, NW, Suite 300

 7             Washington, D.C.  20006

 8    BY:   MELISSA MAXMAN, ESQ.
            mmaxman@cohengresser.com
 9
            STEPHEN M. SINAIKO, ESQ.
10          ssinaiko@cohengresser.com

11          ESZTER VINCZE, ESQ.
            evincze@cohengresser.com
12
            RONALD F. WICK, ESQ. (admitted pro hac vice)
13          rwick@cohengresser.com

14
        SQUIRE PATTON BOGGS
15
        Attorneys for Defendants
16
             2550 M Street NW
17
             Washington, D.C.  20037
18
      BY:   MITCHELL R. BERGER, ESQ.
19          mitchell.berger@squirepb.com

20          JOSEPH ALONZO, ESQ.
            joseph.alonzo@squirepb.com
21
            GASSAN BALOUL, ESQ.
22          gassan.baloul@squirepb.com

23          SAFWAN AL-AMIN, ESQ.
            safwan.al-amin@squirepb.com
24

25
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1

2   A P P E A R A N C E S: (Ctd.)

3

4   ALSO PRESENT:

5        ELIZABETH V. BEZVERKHA, Cohen & Gresser

6        HADOOR AL AMIRI, Arabic Interpreter

7        COREY WAINAINA, Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1

 2                          INDEX

 3   ABDEL JABBAR SALEM

 4        Examination by:                    Page

 5            MS. MAXMAN                      138

 6

 7                        EXHIBITS

 8   Number                Description         Page

 9   Exhibit 6     Prisoner salary statement,  147
                   beginning with Bates
10                 number JD 292-T

11   Exhibit 7     Prisoner File for Hussam    147
                   Abdul-Kader Ahmad Halabi,
12                 Bates-numbered JD 1190-T
                   to 1214-T
13
     Exhibit 8     Prisoner salary statement   159
14                 for Mohammed Abdel-Basset
                   Awda Haroub, Bates Number
15                 363 through 364

16   Exhibit 9     File for Mohammed           159
                   Abdel-Basset Awda Haroub,
17                 Bates Number JD 1348
                   through 1367
18
     Exhibit 10    Bates Numbers 524 through   171
19                 525, allocation statements
                   and the prison records for
20                 Yahia Muhamad Naif
                   Abdullah Hajj Hamad
21
     Exhibit 11    Bates Numbers 1782 through  171
22                 1804, Bates Numbers 524
                   through 525, allocation
23                 statements and the prison
                   records for Yahia Muhamad
24                 Naif Abdullah Hajj Hamad

25
```

Abdel Jabbar Salem Volume II
July 28, 2021

 1

 2   Number                  Description           Page

 3
     Exhibit 12    Bates Numbers 533 to 534,    176
 4                 prisoner file for Alaa
                   Raed Saleh Zughayer
 5
     Exhibit 13    Bates Numbers 1857 through   177
 6                 1886, Prisoner File for
                   Alaa Raed Saleh Zughayer
 7
     Exhibit 14    Bates Numbers 1880 to        177
 8                 1886, Prisoner File for
                   Alaa Raed Saleh Zughayer
 9

10   PREVIOUSLY MARKED:

11   Number                  Description           Page

12   Exhibit 3     Palestinian Law             185

13   Exhibit 4     Salary Statement for Abu    138
                   Warda
14

15

16

17

18

19

20

21

22

23

24

25

1                   Salem - Confidential

2             In Tab 21, that's included on 1865T.

3             In his final remarks, the defendant

4    expressed regret for his actions, said that he

5    was sorry for them, and even added that he had

6    not understood the immensity of the actions in

7    which he had taken part.

8             Does that apology to the Israeli court

9    impact in any way the payments that he receives?

10            MR. BERGER:  Objection.  Lacks

11       foundation.

12            But you may answer.

13       A.   This apology, if it's present, which I

14   cannot see from the Israeli court, doesn't

15   affect the allocation, because the amount

16   depends on the actual number of years spent in

17   prison, the actual amount of years that the

18   detainee spends in prison.

19       Q.   So the Palestinian Authority's

20   Prisoners Affairs Department would not take into

21   account the fact that a prisoner that they are

22   paying expressed remorse for his actions.

23       A.   The Detainees Affairs and the

24   attorneys affirmed to me that the -- there is --

25   no statement, I don't see the statement.  And

```
 1                   Salem - Confidential
 2   families.
 3        Q.   Are any of the documents that you've
 4   produced to us -- do any of the documents that
 5   you've produced to us include any of the
 6   financial information about the condition of the
 7   families?
 8        A.   The attorneys affirmed to me that this
 9   is the way they make sure about it.  And the
10   family, when they submit an application for
11   allocations, they are in need of the financial
12   assistance or for the allocation because of
13   their son being in prison.
14             And, of course, the same documents
15   that you have we have, and we supplied you with
16   all the documents that we have.  And there is no
17   information that is not submitted and present in
18   the documents.  Everything was submitted.
19        Q.   Okay.  We have reviewed everything you
20   gave us.  And there is no documentation in
21   anything you gave us about the financial
22   condition of the families.
23             MR. BERGER:  Okay.  There's no
24        question pending.
25             MS. MAXMAN:  Okay.
```

Abdel Jabbar Salem Volume II
July 28, 2021

1                    Salem - Confidential

2        Q.   Can you point me to any of -- anything

3    we've missed?  Is there any document that you've

4    submitted to us that talks about the financial

5    conditions of the families?

6        A.   I don't have any documents in front of

7    me that is not submitted to you.  You have all

8    the documents that I have, and these information

9    has been affirmed by the Detainees Affairs and

10   the attorneys.

11       Q.   Are you aware of --

12            MR. BERGER:  Before you ask the

13       next -- excuse me.  Before you take your --

14       ask your next question, we need to take a

15       short break.  The witness is getting very

16       tired.

17            MS. MAXMAN:  Okay.

18            MR. BERGER:  Five minutes?

19            MS. MAXMAN:  Fine.

20            THE VIDEOGRAPHER:  Okay.  We are now

21       off the record.  The time is 14:24 UTC

22       time.

23            (A recess was taken from 14:24 to

24       14:33.)

25            THE VIDEOGRAPHER:  We are back on the

```
 1                    Salem - Confidential

 2          record.  The time is 14:33 UTC time.

 3          Q.   Mr. Salem, I'm going to direct your

 4     attention to -- on Exhibit 13, pages 1875

 5     through 1878.

 6               Can you tell me what this document is?

 7          A.   This document is the information for

 8     the prisoner.

 9          Q.   And this is a four-page -- a four-page

10     document that is an official Palestinian

11     Authority document, correct?

12          A.   This is a form that is filled, in the

13     directories, in the subdirectories.

14          Q.   It's a preprinted form, correct?

15          A.   Yes, it's a printed form.

16          Q.   And it's created by the Palestinian

17     Authority, correct?

18          A.   The -- it's created by the Detainees

19     Affairs or the subdirectorates.

20          Q.   Of the Palestinian Authority?

21          A.   Yes, correct.

22          Q.   Okay.  And what is the purpose of this

23     form?  Why is this form created?

24          A.   The purpose of the creation of this

25     form is to submit it to the -- the purpose of
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1              Salem - Confidential

 2   this form is to be submitted to the Detainees

 3   and Freed Affairs.  It includes individual

 4   information about the detainee:  the name, the

 5   identification number.  And included with this

 6   form, definitely there is the Red Cross document

 7   and any identification document from -- for the

 8   detainee to be sent to the Detainees Affairs to

 9   be inspected.

10        Q.   And if a prisoner is seeking

11   compensation of any type, whether continued

12   salary or allocation, he must fill out or have

13   someone fill out this form.

14        A.   The ones who is filling this form is

15   the family of the detainee, because they -- the

16   detainee is in prison.  And the family is the

17   ones who submits the information to receive the

18   allocation.

19        Q.   If this form is not submitted, would a

20   prisoner be -- or his family -- be entitled to

21   any compensation?

22        A.   If the family does not submit a

23   request to receive the allocations, the

24   allocations will not be dispensed.

25        Q.   And this is the form on which they
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
 1                  Salem - Confidential
 2   must make the request, correct?
 3        A.   This form is included with the list of
 4   indictment, if it's present, or the certificate
 5   from the Red Cross.  And it will be submitted
 6   all to the Detainees Affairs.  And when it is
 7   submitted, this means that the family is in need
 8   of these allocations.
 9        Q.   And without this form -- if this form
10   is not submitted, no allocations will be made.
11             Am I correct?
12        A.   Definitely, yes.
13        Q.   Okay.  Let's look at this form.  On
14   page 1875, it asks for personal information on
15   the prisoner.
16             Do you see that?  Or ex-prisoner.
17        A.   Yes.  It's a prisoner.  It includes
18   information regarding -- regarding detainee.
19        Q.   Okay.  And let's -- and that includes,
20   for example, religion, marital status, refugee
21   status, education.
22        A.   Yes.
23        Q.   And then turning to the next page,
24   1876, it asks for more information about the
25   prisoner; am I right?
```

```
 1                 Salem - Confidential
 2        A.   Yes, more information.
 3        Q.   And that includes information about
 4   his arrest and also if he has any illnesses?
 5        A.   Yes, correct.
 6        Q.   And then turning over to page 1877, it
 7   asks for information concerning the
 8   beneficiaries of the prisoner's allowance.
 9        A.   Correct.
10        Q.   And then on page 1878, it asks for his
11   employment or his advisor's information, and
12   then asks for documents to be attached.
13             You see that?
14        A.   Yes, I see it.
15        Q.   And those documents are -- include
16   that -- they ask for include the prisoner's ID,
17   the indictment, bank account card, children's
18   birth certificates, copies of education
19   certificates, and other things.  Additional
20   wife, or wives, verdict decision, marriage
21   certificate.
22        A.   Yes.  It's asking, yeah, for a lot of
23   documents and information.
24        Q.   And this information -- this document,
25   the personal information form, is the same or
```

Abdel Jabbar Salem Volume II
July 28, 2021

```
1                    Salem - Confidential
2    similar to the ones that we've seen in the other
3    prisoners' files we've looked at over the last
4    two days; am I right?
5         A.   Most likely, it's similar.  It's a
6    list of personal information about the detainee
7    asking about the information, but the most
8    important document is the indictment.
9         Q.   And in this document that we've just
10   looked at, this does not ask for any financial
11   information about the prisoner's family; am I
12   correct?
13            MR. BERGER:  Objection to the form.
14        Misstates the document.
15            But you may answer.
16        A.   As long as the families of the
17   detainee goes and submits the form to the
18   Detainees Affairs office -- or their one of
19   their offices, this means that the family is in
20   it, even though it's not listed on this form.
21        Q.   But the Palestinian Authority form
22   never asks for documentation evidencing the
23   family's need.
24            MR. BERGER:  Same objection.
25        Misstates the document.
```