Exhibit 15

Farid Ghannam  30(b)(6)
July 29, 2021

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
Case No. 18-Civ. 12355
-------------------------------------x
SHABTAI SCOTT SHATSKY, individually
and as personal representative of the
Estate of Keren Shatsky, J ANNE
SHATSKY, individually and as personal
representative of the Estate of Keren
Shatsky, TZIPPORA SHATSKY SCHWARZ,
YOSEPH SHATSKY, SARA SHATSKY TZIMMERMAN,
MIRIAM SHATSKY, DAVID RAPHAEL SHATSKY,
GINETTE LANDO THALER, individually and
as personal representative of the
Estate of Rachel Thaler, LEOR THALER,
ZVI THALER, ISAAC THALER, HILLEL
TRATTNER, RONIT TRATTNER, ARON S.
TRATTNER, SHELLEY TRATTNER, EFRAT
TRATTNER, HADASSA DINER, YAEL
HILLMAN, STEVEN BRAUN, CHANA
FRIEDMAN, ILAN FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL FRIEDMAN, ZVI
FRIEDMAN, and BELLA FRIEDMAN,

                Plaintiffs,

- against -

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINE AUTHORITY(a/k/a "The
Palestinian Interim Self-Government
Authority" and/or "The Palestinian
National Authority"),
                Defendants.
-------------------------------------x

        Videotaped Deposition of 30(b)(6)

Witness, FARID GHANNAM, (with all parties

participating remotely), on Thursday,

July 29, 2021, commencing at 7:33 a.m.,

before Roberta Caiola, a Professional Court

Reporter and a Notary Public.

```
 1    A P P E A R A N C E S:

 2
      For the Plaintiffs:
 3    ESZTER VINCZE, ESQ.
      MELISSA MAXMAN, ESQ.
 4    RONALD F. WICK, ESQ.
      (Admitted Pro Hac Vice)
 5    COHEN & GRESSER, LLP
      2001 Pennsylvania Avenue, NW
 6    Suite 300
      Washington, DC 20006
 7    mmaxman@cohengresser.com
      evincze@cohengresser.com
 8

 9    STEPHEN M. SINAIKO, ESQ.
      COHEN & GRESSER, LLP
10    800 Third Avenue
      New York, NY 10022
11

12    For the Defendants:
      MITCHELL R. BERGER, ESQ.
13    GASSAN A. BALOUL, ESQ.
      JOSEPH ALONZO, ESQ.
14    SALIM KADDOURA, ESQ.
      SQUIRE PATTON BOGGS
15    2550 M Street NW
      Washington, DC 20037
16    gassan.baloul@squirepb.com
      mitchell.berger@squirepb.com
17    joseph.alonzo@squirepb.com

18
      Also Present:
19    Mordechai Haller
      Simek Shropshire, Paralegal
20    Cohen & Gresser
      Arabic-Hadeer Al Amiri, The Interpreter
21    Corey Wainaina, The Videographer

22

23

24

25
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                          INDEX

2   EXAMINATION OF FARID GHANNAM                PAGE

3   FARID GHANNAM   BY MS. VINCZE                 7

4


5                      E X H I B I T S

6   EXHIBITS              DESCRIPTION            PAGE

7   Exhibit 1  30(b)(6) Notice dated June 16,    24

8             2021

9   Exhibit 2  Document Bates stamped            45

10            Shatsky-JD00012 through

11            Shatsky-JD00249

12  Exhibit 3  Document Bates stamped            61

13            Shatsky-JD00113 through

14            Shatsky-JD00117

15  Exhibit 4  Document Bates stamped            74

16            Shatsky-JD00977 through

17            Shatsky-JD00990

18

19

20

21

22

23

24

25
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1              Farid Ghannam

 2         THE VIDEOGRAPHER:  Good

 3    morning, everyone.  We are now on the

 4    record.  Participants should be aware

 5    that this proceeding is being

 6    recorded and, as such, all

 7    conversations held will be recorded,

 8    unless there is a request and

 9    agreement to go off the record.

10         This is the remote video

11    recorded deposition of Farid Ghannam.

12    Today is Thursday, July 29, 2021.

13    The time is now 11:32 UTC time.  We

14    are here in the matter of Shatsky

15    versus PLO.

16         My name is Corey Wainaina,

17    remote video technician on behalf of

18    U.S. Legal Support, located at 90

19    Broad Street, New York, New York.  I

20    am not related to any party in this

21    action, nor am I financially

22    interested in the outcome.  At this

23    time, will the reporter, Roberta

24    Caiola, on behalf of U.S. Legal

25    Support, please enter the statement
```

Farid Ghannam  30(b)(6)
July 29, 2021

1              Farid Ghannam

2         for remote proceedings into the

3         record.

4              THE COURT REPORTER:  The

5         attorneys participating in this

6         deposition acknowledge that I am not

7         physically present in the deposition

8         room and that I will be reporting

9         this deposition remotely.

10              They further acknowledge that,

11         in lieu of an oath administered in

12         person, I will administer the oath

13         remotely, pursuant to executive order

14         number 202.7 issued by Governor Cuomo

15         on March 19, 2020.

16              The parties and their counsel

17         consent to this arrangement and waive

18         any objections to this manner of

19         reporting.  Please indicate your

20         agreement by stating your name and

21         your agreement on the record.

22              MS. VINCZE:  Eszter Vincze for

23         Cohen & Gresser.  We represent

24         plaintiffs.  We agree.

25              MR. BERGER:  This is Mitchell

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2           Berger, Squire Patton Boggs on behalf

 3           of defendants, and we agree.

 4      ARABIC-HADEER AL AMIRI, called as the

 5      official interpreter, having been duly

 6      sworn (by Roberta Caiola) to translate

 7      questions from English to Arabic and

 8      answers from Arabic to English, translated

 9      as follows:

10      FARID GHANNAM, called as a witness, having

11      been duly sworn (through the interpreter)

12      by a Notary Public of the State of New

13      York, testified as follows:

14                    MS. VINCZE:  Before we begin

15           with Mr. Ghannam, just one

16           housekeeping measure.  Since we are

17           here remotely during the COVID-19

18           pandemic, we would ask that

19           defendants confirm that, pursuant to

20           Rule 30(b)(4) of the Federal Rules of

21           Civil Procedure, that today's

22           deposition may be taken by video

23           conference as we're proceeding.

24                    Pursuant to Rule 29, the

25           parties also stipulate that
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1              Farid Ghannam
2         Ms. Caiola is an appropriate officer
3         before whom this deposition may be
4         taken, even though the witness is in
5         Jordan and Ms. Caiola is located in
6         New York.  Do we agree?
7              MR. BERGER:  This is Mitchell
8         Berger on behalf of defendants.  We
9         agree.
10             MS. VINCZE:  Thank you.
11   EXAMINATION
12   BY MS. VINCZE:
13        Q.    Good morning, Mr. Ghannam.
14   Thank you for coming here today.  My name
15   is Eszter Vincze.  I'm here representing
16   plaintiffs in this case and I will be
17   asking you some questions today and
18   tomorrow.  Before I do so -- pardon?
19             (Pause in proceedings.)
20             -- I just want to go through
21   some ground rules so that you know what to
22   expect today.
23             Please state your name and
24   address for the record.
25        A.    My name is Farid Ahmed Abed
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    Hafez Ghannam.  I live in Palestine,

 3    Ramallah.

 4         Q.    What is your occupation and

 5    title?

 6         A.    My occupation is the Deputy of

 7    the Minister of Finance, and my title is

 8    A1.

 9         Q.    Have you ever had your

10    deposition taken before?

11         A.    No.

12         Q.    So I'm going to go over the

13    process with you, so that we're all on the

14    same page.  Is that all right?

15         A.    Yes.

16         Q.    Do you understand that you are

17    testifying under oath?

18         A.    Yes.

19         Q.    The court reporter will be

20    transcribing everything we say today.  To

21    make sure that the record is accurate, and

22    especially since this deposition is taking

23    place via remotely, in light of the

24    COVID-19 pandemic, it is important that we

25    do not speak over each other, so that only
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam

 2    one person speaks at a time.

 3              Please wait until I finish my

 4    questions before you start answering them,

 5    and I will wait until you finish your

 6    answer before I ask another question.  Is

 7    that understood?

 8         A.    Yes.

 9         Q.    It is also important for you to

10    respond to questions verbally.  For

11    example, nodding your head can't be

12    transcribed.

13         A.    Yes.

14         Q.    If you do not understand a

15    question, please let me know.  I will try

16    to rephrase it for you.  But, if you answer

17    a question, I will assume that you

18    understood my question.  Okay?

19         A.    Yes.

20         Q.    Thank you.  Now, your counsel

21    may object to my questions, but unless your

22    counsel instructs you not to answer a

23    question, you should go ahead and answer my

24    question, even though there was an

25    objection.  Is that understood?
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam

 2         A.    Yes.

 3         Q.    I may take periodic breaks

 4    during the deposition.  If you need a

 5    break, please let me or your attorney know,

 6    and I will do my best to accommodate your

 7    request.  However, if a question is

 8    pending, I ask that you answer the question

 9    first before we take a break.  All right?

10              MR. BERGER:  By counsel, before

11           he answers that, and consistent with

12           the local rules, he's going to say

13           yes for that, save for the exception

14           of any break we need to take to

15           confer over potential questions of

16           privilege before he answers.  You may

17           answer.

18         Q.    Do you remember the question,

19    Mr. Ghannam?

20         A.    Yes.

21         Q.    And, did you understand what I

22    had to say about breaks?

23         A.    Yes.

24         Q.    We're going to show you a lot

25    of documents today.  If at any time you
```

Farid Ghannam 30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2     need to see more of the document than is on

 3     the screen, then please let me know and we

 4     will try to accommodate that.  Okay?

 5          A.    Yes.

 6          Q.    Mr. Ghannam, do you speak

 7     English?

 8          A.    I don't master English

 9     speaking.

10          Q.    Do you speak some degree of

11     English?

12          A.    I cannot speak or express

13     myself in the English language.

14          Q.    Do you understand English?

15          A.    I don't speak the English

16     language well.

17          Q.    Is there any reason you can't

18     testify truthfully today?

19          A.    There is no reasons.

20          Q.    Is there any reason you can

21     think of as to why you would not be able to

22     answer my questions today fully and

23     accurately?

24          A.    There is no reasons.

25          Q.    Now, when I ask you questions,
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    I will be using shorthand for some terms.

 3    For example, when I refer at times to

 4    "defendants," I mean both the Palestinian

 5    Authority and the Palestine Liberation

 6    Organization.  Do you understand?

 7         A.    Yes.

 8         Q.    And I will be referring to the

 9    Palestinian Authority as the PA sometimes.

10    Do you understand that?

11         A.    Yes.

12         Q.    And I will be referring to the

13    Palestinian Liberation Organization as the

14    PLO sometimes.  Do you understand that?

15         A.    Yes.

16         Q.    Thank you.  Let's briefly

17    review your educational background.  What

18    is your highest level of education?

19         A.    The highest level of education

20    that I obtained is a master's degree in

21    financial science and banking, and now I'm

22    studying the Ph.D.

23         Q.    And where did you receive that

24    master's degree?

25         A.    In the Islamic University in
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                  Farid Ghannam
 2    Gaza.
 3         Q.    Where are you studying for your
 4    Ph.D.?
 5         A.    Can you repeat the question?
 6               THE INTERPRETER:  This is the
 7          interpreter.  I will repeat the
 8          question.
 9         Q.    Where are you studying for your
10    Ph.D.?
11         A.    I registered in Morocco, in
12    Mohamed Al Khamis Universiti.
13         Q.    Do you have any licenses, any
14    professional licenses?
15         A.    Yes.
16         Q.    What are those licenses?
17         A.    A license in the financial
18    sciences and banking.  Also, a license to
19    teach in the science, financial science in
20    the university.
21         Q.    And do you teach at the
22    financial -- at the university?
23         A.    I taught in Birzeit University
24    for four years, the financial science and
25    banking.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
1                    Farid Ghannam
2               MR. BALOUL:  This is an
3         objection to the translation.  It's
4          not banking.  It's accounting.
5               THE INTERPRETER:  Accounting.
6         Q.    What courses did you teach?
7         A.    It's general financing.
8         Q.    Do you have a bachelor's
9    degree?
10        A.    Yes.
11        Q.    Where is your bachelor's degree
12   from?
13        A.    From Alexandria University from
14   Egypt.
15        Q.    And when did you obtain that
16   bachelor's degree?
17        A.    1983.
18        Q.    And when did you begin your
19   master's program?
20        A.    I started studying for the
21   master's degree in 2002.
22        Q.    And when did you obtain your
23   master's degree?
24        A.    In 2006.
25        Q.    Do you have any professional
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2    certifications?

 3         A.    Other than the certificate

 4    concerning the financial sciences and

 5    accounting, I don't have any other

 6    certificates.

 7         Q.    You have been designated to

 8    testify on behalf of both the PA and the

 9    PLO, correct?

10         A.    Yes.

11         Q.    Do you have a formal position

12    within the PA?

13         A.    Deputy of the Finance, Minister

14    of Finance.

15         Q.    Do you hold any other titles

16    within the PA?

17         A.    I'm a member in multiple

18    organizations in the Palestinian Authority.

19         Q.    What are those organizations?

20              THE INTERPRETER:  This is the

21         interpreter.  I'm going to ask the

22         respondent to say them one by one.

23         A.    The Alliance for Industrial

24    Cities.

25              (Court reporter clarification.)
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam

 2              THE INTERPRETER:  The Affairs

 3        of Industrial Cities.

 4        A.    The Affairs of the Water

 5   Authority.  The Employment Palestinian

 6   Authority.

 7        Q.    Is that -- are there any other

 8   organizations of which you are a member

 9   within the PA?

10              THE INTERPRETER:  So this is

11        interpreter.

12              (Clarifying.)

13        A.    The Finance Palestinian

14   Authority.

15        Q.    Are there any other

16   organizations, besides the ones that you

17   have listed within the PA, of which you are

18   a member?

19        A.    No.

20        Q.    What do you do for the Alliance

21   for the Affairs of Industrial Cities?

22        A.    I work as a member of the

23   regulatory committee in this institute.

24        Q.    And what do you do for the

25   Affairs of the Water Authority?
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam

 2        A.    The same function.  A member in

 3    the...

 4        Q.    A member in the what?

 5        A.    The same function.  A member in

 6    the organization's affair.

 7              MS. VINCZE:  This is a question

 8         for the interpreter.  Did he -- did

 9         he say -- can you repeat what he said

10         to me again, please?

11              THE INTERPRETER:  Yes, ma'am.

12         It's the same function.  It's a

13         member in the organization affairs.

14        Q.    What do you do in the

15    employment PA?

16        A.    I work as a member in the

17    organization's committee.

18        Q.    And what do you do for the

19    finance PA?

20        A.    I'm a member in the

21    organization's committee.

22        Q.    What is the Alliance of the

23    Affairs of Industrial Cities?

24        A.    I work in the industrial cities

25    as a member.
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                     Farid Ghannam
 2     Mr. Ghannam?
 3          A.    Yes, I do.
 4               MS. VINCZE:  This is Exhibit
 5           Number 1.  For the record, this is
 6           the 30(b)(6) Notice dated June 16,
 7           2021.
 8               MR. BERGER:  Do you have an
 9           Arabic translation?
10               MS. VINCZE:  No.
11          Q.    Do you recognize this document,
12     Mr. Ghannam?
13          A.    Yes.
14          Q.    What is it?
15          A.    This document was presented to
16     me, translated into Arabic by the
17     attorneys, concerning some synonyms, and I
18     read it.
19          Q.    When did you first see it?
20          A.    I saw this document about a
21     month ago.
22          Q.    And do I understand it
23     correctly that you were shown this document
24     by your attorneys?
25          A.    Yes.
```

Farid Ghannam 30(b)(6)
July 29, 2021

```
 1                   Farid Ghannam

 2        Q.     Are you appearing today

 3   pursuant to this notice?

 4        A.     Yes.

 5        Q.     Are you aware that you are here

 6   to testify on behalf of the PA?

 7        A.     Yes.

 8        Q.     Who designated you to testify

 9   on behalf of the PA?

10        A.     The Minister of Finance.

11        Q.     Are you aware that you are also

12   here to testify on behalf of the PLO?

13        A.     Yes.

14        Q.     Who designated you to testify

15   on behalf of the PLO?

16        A.     The Minister of Finance.

17        Q.     Have you read the deposition

18   topics on pages 2 through 3?

19        A.     Yes.

20        Q.     Topic 1 asks for testimony

21   regarding any payments made by defendants,

22   directly or indirectly, after April 18,

23   2020 to any individual -- pardon me --

24   payments made by defendants directly --

25   withdraw the question.
```

Farid Ghannam   30(b)(6)
July 29, 2021

```
 1                    Farid Ghannam
 2    martyrs, whether it's inside or outside,
 3    goes through the Minister of Finance.
 4              MR. BALOUL:  Objection to --
 5         this is Gassan Baloul.  Objection to
 6         the translation.  He did not say
 7         detainees.  He said all payments,
 8         period.  No detainees.
 9              THE INTERPRETER:  This is the
10         interpreter.  He said both.
11              (Cross-talk in Arabic.)
12              MR. BERGER:  Why don't we have
13         him repeat the answer, and maybe this
14         time he'll give us a little bit more.
15              MS. VINCZE:  Mr. Berger, I'm
16         going to repeat the question, and
17         then we will have the answer.  All
18         right?
19         Q.   Now, how do you have direct
20    knowledge of this topic?
21         A.   All the payments that is made
22    to the families of the wounded and martyrs,
23    whether inside or outside, goes through the
24    Ministry of Finance.
25              MS. VINCZE:  A quick question
```

Farid Ghannam  30(b)(6)
July 29, 2021

```
 1                      Farid Ghannam

 2     kinds of support?

 3               MR. BERGER:  Objection,

 4          ambiguous.  You may answer if you

 5          understand the question.

 6          A.    This establishment works

 7     according to the law that governs the

 8     health -- taking care of the family --

 9     martyrs' families and wounded, and whatever

10     the laws say, the establishment works

11     according to that law.

12          Q.    Does that include the 2016 law

13     that you mentioned previously?

14          A.    Yes.

15          Q.    How is the work of the Martyrs'

16     Family and Injured Care Establishment

17     funded?

18          A.    From the general budget.

19          Q.    And what is the source of the

20     funds allocated to it from the general

21     budget?

22          A.    The general income that comes

23     from the taxes collected, directly and

24     indirectly, from the Palestinian

25     population.
```

Farid Ghannam Volume II
July 30, 2021

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - -

| | | |
|---|---|---|
| SHABTAI SCOTT SHATSKY, | ) | Case No. 18-Civ. 12355 |
| individually and as | ) | |
| personal representative | ) | |
| of the Estate of Keren | ) | VIRTUAL VIDEOTAPED |
| Shatsky, J ANNE | ) | DEPOSITION OF FARID |
| SHATSKY, individually | ) | GHANNAM, VOLUME II |
| and as personal | ) | JULY 30, 2021 |
| representative of the | ) | |
| Estate of Keren | ) | |
| Shatsky, TZIPPORA | ) | |
| SHATSKY SCHWARZ, YOSEPH | ) | |
| SHATSKY, SARA SHATSKY | ) | |
| TZIMMERMAN, MIRIAM | ) | |
| SHATSKY, DAVID RAPHAEL | ) | |
| SHATSKY, GINETTE LANDO | ) | |
| THALER, individually | ) | |
| and as personal | ) | |
| representative of the | ) | |
| Estate of Rachel | ) | |
| Thaler, LEOR THALER, | ) | |
| ZVI THALER, ISAAC | ) | |

THALER, HILLEL
TRATTNER, RONIT
TRATTNER, ARON S.
TRATTNER, SHELLEY
TRATTNER, EFRAT
TRATTNER, HADASSA
DINER, YAEL HILLMAN,
STEVEN BRAUN, CHANA
FRIEDMAN, ILAN
FRIEDMAN, MIRIAM
FRIEDMAN, YEHIEL
FRIEDMAN, ZVI FRIEDMAN,
and BELLA FRIEDMAN,

        Plaintiffs,

        against

Farid Ghannam Volume II
July 30, 2021

1

2    THE PALESTINE
     LIBERATION ORGANIZATION
3    and THE PALESTINIAN
     AUTHORITY (a/k/a "The
4    Palestinian Interim
     Self-Government
5    Authority" and/or "The
     Palestinian National
6    Authority"),

7
           Defendants.
8

9

10

11                         -  -  -

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

```
 1              VIRTUAL VIDEOTAPED DEPOSITION OF FARID

 2      GHANNAM, VOLUME II, witness herein, called by

 3      the Plaintiffs, for examination, taken pursuant

 4      to the Federal Rules of Civil Procedure, by and

 5      before Kathy D. Landock, a Certified Realtime

 6      Reporter and a notary public in and for the

 7      Commonwealth of Pennsylvania, held remotely

 8      with all parties appearing from their

 9      respective locations, on Friday, July 30, 2021,

10      at 1133 UTC time.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Farid Ghannam Volume II
July 30, 2021

1    COUNSEL PRESENT:

2

     For the Plaintiffs:
3              Melissa Maxman, Esq.
               Ronald F. Wick, Esq.
4              (Admitted Pro Hac Vice)
               COHEN & GRESSER, LLP
5              2001 Pennsylvania Avenue, NW
               Suite 300
6              Washington, DC 20006

7              Eszter Vincze, Esq.
               Stephen M. Sinaiko, Esq.
8              COHEN & GRESSER, LLP
               800 Third Avenue
9              New York, NY 10022

10

     For the Defendants:
11             Mitchell R. Berger, Esq.
               Joseph Alonzo, Esq.
12             Salim Kaddoura, Esq.
               Gassan A. Baloul, Esq.
13             SQUIRE PATTON BOGGS
               2550 M Street NW
14             Washington, DC 20037

15

16   ALSO PRESENT:

17             Corey Wainaina, Videographer
               Hadeer Al-Amiri, Interpreter
18             Simek Shropshire
               Mordechai Haller
19

20

21                    -  -  -

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

1                    I N D E X

2     WITNESS                              PAGE

3     FARID GHANNAM

4         By Ms. Vincze                    104

5

6                  E X H I B I T S

7
      NUMBER          DESCRIPTION          PAGE
8
      Exhibit 5       Production Numbers
9                     JD 184 through JD 188      111

10    Exhibit 6       Production Numbers
                      JD 596 through JD 602      113
11
      Exhibit 7       Production Numbers
12                    JD 194 through JD 198      122

13    Exhibit 8       Production Number JD 614   124

14    Exhibit 9       Production Numbers
                      JD 689 through JD 698      129
15
      Exhibit 10      Production Numbers
16                    JD 225 through JD 228      130

17    Exhibit 11      Production Numbers
                      JD 83 through JD 85        144
18
      Exhibit 12      Production Numbers
19                    JD 896 through JD 913      147

20    Exhibit 13      The law that governs the
                      caring of families of the
21                    wounded and martyrs        160

22

23

24

25

Farid Ghannam Volume II
July 30, 2021

1          Q.    Can you please page down to JD 87.

2                Mr. Ghannam, is it fair to say this

3     shows that Fatma Hamed Isma'il Masri has been

4     receiving payments on a monthly basis from

5     April 2020 through April 2021?

6          A.    Yes.

7          Q.    And she receives these payments as

8     the beneficiary of Izz al-Din Shuheil Ahmad

9     al-Masri; correct?

10         A.    Yes.

11         Q.    These payments are made from funds

12    under the control of the PA; correct?

13         A.    Yes.

14         Q.    Because all payments made to

15    qualifying beneficiaries of people designated

16    as martyrs are made from funds under the

17    control of the PA; correct?

18                     MR. BERGER:  Objection,

19    indefinite as to time.

20    BY MS. VINCZE:

21         Q.    You may answer, Mr. Ghannam.

22         A.    Yes.

23         Q.    Thank you.

24                To your understanding, does Fatma

25    Hamed Isma'il Masri continue to receive these