# Exhibit 16

02 JUL '01 10:12

**Palestinian National Authority**

| | | |
|---|---|---|
| **Palestinian General Security** | Palestinian General Security | **No.: __/___** |
| **General Intelligence** | [Logo] | |
| **West Bank Governorates Administration** | General Intelligence | **Date: <u>7.2.2001</u>** |
| **Governorate: _____** | | |

[To:] Brother, Head of the Qalqilya Governorate Intelligence, may Allah protect him

Blessing of the homeland,

Re: <u>Security Investigation</u>

*** Please provide us with a detailed, comprehensive and accurate security investigation about the person known as Sadeq Abd al-Hafez, 22 years old, who studies in the Qalandiya Institute.

With the utmost respect,

Head of Intelligence in the governorate of

Ramallah and Al-Bireh

Colonel Ibrahim al-Masri

[Handwritten signature]

CONFIDENTIAL                    07:000291

In the name of Allah, the merciful, the compassionate          First Region

7.9.2001

Re: Security Check

Name: Sadeq Ahed Mahmud Abdallah Abd al-Hafez / Zeid          _Response to request_

Age: 18 years old

Marital Status: Single

Education: Studies in Qalandiya

Job: Student

Current Residence: In Zeid a-Shimali, across from Diwan Zeid a-Shimali.

Political Affiliation: None

Comments:

- After his graduation from the third year of junior high school, the aforementioned went to study car body work and painting in the Qalandiya Institute.
- The aforementioned is working for Muhammad Allam Hisham Mansur in his garage in Jaljuliya Street in [illegible] during school vacation, doing car body work and painting.
- There are no security or moral suspicions concerning the aforementioned.
- The father of the aforementioned is working in Israel as a carpenter. He now left and owns a restaurant in the same neighborhood.
- A week ago, or longer, there was a problem with the aforementioned and another student, and he's now at home. The head of the institute is in contact with his father in order to fix the problem, because he's got only one more day until graduation.
- The brother of the aforementioned, Mahmoud, is going to take the General Secondary Education Certificate Examination this year for the second time.

*** Abu Ya'kub

CONFIDENTIAL                    07:000290

# Translator's Certification

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.  The foregoing pages contain an accurate translation into English of the Arabic document attached.

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 01 October 2021.


Yaniv Berman

Original

السلطة الوطنية الفلسطينية



رئاسة الجهاز الفلسطيني
المخابرات العامة
مكتب محافظات الضفة

الرقم: / عاطف:
التاريخ: ٢/٧/٢٠٠١

الأخ مدير مخابرات محافظة قلقيلية...حفظه الله

تحية الوطن،،،

الموضوع :- بحث أمني

*** يرجى العمل على تزويدنا ببحث أمني مفصل وشامل ودقيق عن المدعو صادق عاهد عبدالحافظ 22 عاماً ويدرس في معهد قلنديا .

وتفضلوا بقبول فائق الاحترام

/ مدير مخابرات محافظة
رام الله والبيرة
عقيد/إبراهيم المصري

**CONFIDENTIAL**

07:000291

بسم الله الرحمن الرحيم

الملتقى الأول
٢٠٠١/٧/٩

الموضوع بيان أمني

الكم  مبادئ عاهد محمود عبد الله عبد الحافظ / زيد

العمر ١٨ عام

الحالة الاجتماعية عزب

الحل  طالب

...

* المذكور بعد أن أنهى الثلث الإعدادي توجه للدراسة ...

* المذكور يعمل لدى محمد ...

* المذكور ...

* والد المذكور يعمل ...

* المذكور قبل مدة ...

* ...

CONFIDENTIAL                    07:000290