# Exhibit 17

> [Logo] BANK OF PALESTINE LTD.
>
> Name: Ahed Mahmud Abdallah Abd al-Hafez
>
> Account No.: ████
>
> Branch: Qalqilya

CONFIDENTIAL 07:000023

1-JUL-2002 11:32 FROM: [cut off]

[Logo] Arab Bank

Trustee's Name: Ahed Mahmud Abdallah Abd al-Hafez

Account No.: ▮▮▮▮▮▮▮▮   500
　　　　　　　　　　　　510[*]
　　　　　　　　　　　　570

Branch: Qalqilya

Phone: 2942710   P.O. Box: 111

CONFIDENTIAL 07:000024

CAIRO AMMAN BANK [Logo]

Customer's Name: <u>Ahed Mahmud Abd al-Hafez</u>

Customer's Number:

[barcode]

Branch: _____

Tel: _____   Fax: _____

CONFIDENTIAL 07:000025

# Translator's Certification

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2. The foregoing pages contain an accurate translation into English of the Arabic document attached.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Kfar Saba, Israel on 01 October 2021.

Yaniv Berman

Original



CONFIDENTIAL

07:000023



CONFIDENTIAL

07:000024



**CONFIDENTIAL**

07:000025