UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SHABTAI SCOTT SHATSKY et al.,

        Plaintiffs,

   v.

PALESTINE LIBERATION ORGANIZATION et al.,

        Defendants,

UNITED STATES OF AMERICA,

        Intervenor.
---------------------------------------------------------------x

18 Civ. 12355 (MKV)

**Notice of Appeal**

    Intervenor the United States appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered on March 21, 2022.

| | | |
|---|---|---|
| Dated: | New York, New York<br>May 20, 2022 | Respectfully submitted,<br><br>DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Intervenor |
| | By: | /s/ Benjamin H. Torrance<br>BENJAMIN H. TORRANCE<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, New York  10007<br>Telephone: 212.637.2703<br>Fax: 212.637.2702<br>E-mail: benjamin.torrance@usdoj.gov |