UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHABTAI SCOTT SHATSKY, *individually and as personal representative of the Estate of Keren Shatsky*, et al.,

Plaintiffs,

-v-

THE PALESTINE LIBERATION ORGANIZATION, and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority),

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    7/1/26

18-cv-12355 (MKV)

ORDER REOPENING CASE

MARY KAY VYSKOCIL, District Judge:

In light of the Order of the Second Circuit vacating the earlier judgment dismissing this case and remanding for further proceedings consistent with the decision of the Supreme Court in *Fuld v. Palestine Liberation Organization*, 606 U.S. 1 (2025) [ECF No. 187], the Clerk of Court respectfully is requested to reopen this case. The parties shall file a joint letter by July 13, 2026.

**SO ORDERED.**

**Date:  July 1, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**