L&A
LOWELL AND ASSOCIATES, PLLC

Lowell & Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: (202) 964-6110
Fax: (202) 964-6116

David A. Kolansky
dkolansky@lowellandassociates.com

July 8, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/8/26

**VIA CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
for the Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007-1312

Re: *Shabtai Scott Shatsky, et al. v. The Palestine Liberation Organization, et al.*, Case No. 1:18-cv-12355-MKV-DCF

Dear Judge Vyskocil:

We represent Plaintiffs in this action. In response to the Court's July 1, 2026 Order directing the Clerk of Court to reopen this case, and pursuant to Rule 2(G) of Your Honor's Individual Rules of Practice in Civil Cases, we write to seek an extension of time of seven days for the parties to file a joint letter with the Court, from July 13, 2026 to July 20, 2026. *See* ECF 188.

Defendants' counsel has consented to this request. This is Plaintiffs' first request for an extension of time to file the joint letter, and the requested extension does not affect any other scheduled deadlines.

Good cause supports this request. Since July 1, Plaintiffs have worked diligently to evaluate the anticipated path forward in this case. However, given this case's history and breadth, Plaintiffs need additional time to assess and prepare their statement to the Court, and to confer as necessary with Defendants in advance.

Accordingly, with Defendants' consent, we respectfully request that the Court extend the deadline for the parties' joint filing by seven days, through and including July 20, 2026.

We thank the Court in advance for its consideration of this request.

**Granted. SO ORDERED.**

Date: July 8, 2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

David Kolansky
David A. Kolansky
LOWELL & ASSOCIATES, PLLC
*Counsel for Plaintiffs*